Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francis Y. Rojas Báez_

Participant's Address: _Hc 74 Box 5827 Naranjito, PR 00719_

Participant's Email Address: _Yaryrojas380@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179214_

Nature of Claim: _____

By: _Francis Y. Rojas Báez_
Signature

_Francis Y Rojas Báez_
Print Name

_____
Title (if Participant is not an individual)

_12/agosto/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
HC-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000    00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Luz Febus Robles_

Participant's Address: _Apartado 258 Naranjito, PR 00719_

Participant's Email Address: _febusanaluz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: x _Ana Luz Febus_
Signature

_Ana Luz Febus Robles_
Print Name

_____
Title (if Participant is not an individual)

_24-agosto-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, PR. 007A



U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000          00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Evelyn Berrios Rodriguez_

Participant's Address:  _Bo. Cedro Arriba HC-72 Box 35494 Naranjito P.R. 00719_

Participant's Email Address:  _evelynberrios650@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _179208_

Nature of Claim:  _____

By:  _Evelyn Berrios Rodriguez_
Signature

_Evelyn Berrios Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A



U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000      00918



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Guzmán Green*

Participant's Address: *Urb. Paisajes de Dorado Yacaranda 93, Dorado P.R. 00646*

Participant's Email Address: *e.guzmángreen 24 @yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *156500*

Nature of Claim: *Recovery the paid of my retired.*

By: *Evelyn Guzmá Gr*
   Signature

*Evelyn Guzmán Green*
Print Name

_____
Title (if Participant is not an individual)

*24 agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baéz
Hc-74 Box 5827
Naranjito, PR. 007A





U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000          00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luz N. Cosme Rivera*

Participant's Address: *Apartado 692 Naranjito, P.R. 00719*

Participant's Email Address: *luzncosme5772@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *179207*

Nature of Claim: _____

By: *[signature]*
Signature

*Luz N Cosme Rivera*
Print Name

_____
Title (if Participant is not an individual)

*24-agosto-21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
HC-74 Box 5827
Naranjito, PR. 007A



U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000          00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Fontanez Rivera_

Participant's Address: _Hc-74 Box 59651 Naranjito, P.R. 00719_

Participant's Email Address: _fontanezrivera.juanita@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141626_

Nature of Claim: _____

By: _Juanita Fonta Rivera_
Signature

_Juanita Fontanez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_24. de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**

1000     00918     R2304M111636-9



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria S. Diaz Ortiz_

Participant's Address: _Hc 71 Box 3019 Cedro Abajo Naranjito PR 00719_

Participant's Email Address: _diazmaria689@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Maria S. Diaz Ortiz_
Signature

_Maria S. Diaz Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_12/agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
HC-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24 21
AMOUNT
**$7.40**
R2304M111636-9

1000          00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' M. Nieves Baez_

Participant's Address: _Hc 75 Box 1672 Naranjito, P.R. 00719_

Participant's Email Address: _josenieves0523@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_Jose M. Nieves Baez_
Print Name

_____
Title (if Participant is not an individual)

_24-agosto-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A

  

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000          00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys M Rivera Narvaez_

Participant's Address: _Hc-73 Box 5048 Naranjito, P.R. 00719_

Participant's Email Address: _riverag620@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179221_

Nature of Claim: _____

By: _Gladys M. Rivera Narvaez_
Signature

_Gladys M Rivera Narvaez_
Print Name

_____
Title (if Participant is not an individual)

_11- agosto-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
HC-74 Box 5827
Naranjito, P.R. 00719




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
1000      00918      R2304M111636-9



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Muniz Ortega_

Participant's Address: _H.C. 74 Box 6091 Naranjito_

Participant's Email Address: _Ortega. muniz rosa@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179239_

Nature of Claim: _____

By: _Rosa M Muniz Ortega_
   Signature

_Rosa M Muniz Ortega_
Print Name

_____
Title (if Participant is not an individual)

_12 de Agosto 2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baéz
Hc-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000          00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys Colón Pintado_

Participant's Address: _HC 74 Box 5424 Naranjito, P.R. 00719_

Participant's Email Address: _gladyscolon080@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179241_

Nature of Claim: _____

By: _Gladys Colón Pintado_
Signature

_Gladys Colón Pintado_
Print Name

_____
Title (if Participant is not an individual)

_11-agosto-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, PR. 007A

 

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24 21
AMOUNT
$7.40
R2304M111636-9
1000    00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magda I. López Rosado_

Participant's Address: _Apt 823- Bo. Anones, Naranjito P.R._

Participant's Email Address: _Lopez magda 621 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179238_

Nature of Claim: _____

By: _Magda I. López Rosado_
Signature

_Magda I. López Rosado_
Print Name

_____
Title (if Participant is not an individual)

_12 / 8 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
HC-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000     00918



CERTIFIED MAIL

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26 PM 3:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lucy I. Colón Rivera_

Participant's Address: _HC-73 Box 5423 Naranjito, P.R. 00119_

Participant's Email Address: _lucy colon r 67 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179236_

Nature of Claim: _____

By: _Lucy I. Colón Rivera_
Signature

_Lucy I. Colón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_12 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A



U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24 21
AMOUNT
**$7.40**
1000      00918      R2304M111636-9



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: Francisca Vázquez Rodríguez

Participant's Address: Hc 73 Box 4699 Naranjito, P.R. 00719

Participant's Email Address: rojasyahaira97@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179213

Nature of Claim: _____

By: _Francisca Vázquez Rodríguez_
    Signature

    Francisca Vázquez Rodríguez
    Print Name

    _____
    Title (if Participant is not an individual)

    12. de agosto de 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000            00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7021 0950 0001 9444 9119



RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M Aponte Negron_

Participant's Address: _Hc 71 Box 3000 Naranjito, PR 00719_

Participant's Email Address: _Iris M Aponte@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179216_

Nature of Claim: _____

By: _Iris M Aponte Negron_
Signature

_Iris M Aponte Negron_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 00719




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
**$7.40**
R2304M111636-9

1000        00918



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lourdes M Rodriguez Sáez*

Participant's Address: *Hc 71 Box 1416 Naranjito, PR. 00719*

Participant's Email Address: *lou_370@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *179210*

Nature of Claim: _____

By: *Lourdes M. Rodriguez Sáez*
Signature

*Lourdes M Rodriguez Sáez*
Print Name

_____
Title (if Participant is not an individual)

*13/Agosto/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
$7.40
1000        00918        R2304M111636-9



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel Berrios Rivera_

Participant's Address: _Hc 71 Box 3253 Naranjito, P.R. 00719_

Participant's Email Address: _monchita726@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179220_

Nature of Claim: _____

By: _Isabel Berrios Rivera_
    Signature

_Isabel Berrios Rivera_
Print Name

_____
Title (if Participant is not an individual)

_13-agosto-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francis Y. Rojas Baez
Hc-74 Box 5827
Naranjito, P.R. 007A




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 24, 21
AMOUNT
$7.40
R2304M111636-9
1000          00918



**CERTIFIED MAIL**

7021 0950 0001 9444 9119

RECEIVED & FILED
2021 AUG 26  PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Rivera Aponte_

Participant's Address: _Urb. Jardines de Coamo K #8 Calle 6_
_Coamo, P.R. 00769_

Participant's Email Address: _derickgabrielmercano-20@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171224_

Nature of Claim: _Revisión de pensión_

By: _Vanessa Rivera Aponte_
Signature

_Vanessa Rivera Aponte_
Print Name

_____
Title (if Participant is not an individual)

_17 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Rivera Aponte
Urb. Jardines de Coamo
K-11 Calle 6
Coamo, P.R. 00769

RECEIVED & FILED
2021 AUG 26 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerks Office
United States District Court,
Clerk's office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

00918-170399

SAN JUAN PR 009
25 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: WILLIAM VEGA MARTINEZ

Participant's Address: URB. TURABO GARDENS    CALLE 33 R6-17 CAGUAS, P.R. 00727

Participant's Email Address: wvega11@yahoo.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173142

Nature of Claim: STEPS BY EXPERIENCE NO INCREASE IN 9 YEEARS    NOT RECEIVE PAYMENT FOR ADDITIONAL POSITION, PURCHASE OF MATERIALS TO BE ABLE TO GIVE THE CLASS SALARY AND PENSION

By: W. Vega

Signature

WILLIAM VEGA MARTINEZ

Print Name

Title (if Participant is not an individual)

August 23, 2021

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



VEGA MARTINEZ, WILLIAM
URB. TURABO GARDENS
CALLE 33 R6-17
CAGUAS, P.R. 00727

RECEIVED
2021 AUG 26 PM
OFFICE
DISTRICT C
SAN JUAN, P

SAN JUAN PR 009
25 AUG 2021 PM 1 L

00918-170625

United States District
Court, Clerk's Office
150 AVE. CHARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: WILLIAM VEGA MARTINEZ

Participant's Address: URB. TURABO GARDENS   CALLE 33 R6-17
CAGUAS, P.R.  00727

Participant's Email Address: wvega11@yahoo.com

Name of Counsel: No Ne

Address of Counsel: No Ne

Email Address of Counsel: None

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173/43

Nature of Claim: STEPS BY EXPERIENCE
NO INCREASE IN 9 YEEARS
NOT RECEIVE PAYMENT FOR ADDITIONAL
POSITION, PURCHASE OF MATERIALS TO BE
ABLE TO GIVE THE CLASS
SALARY AND PENSION

By: W-Vega
Signature

WILLIAM VEGA MARTINEZ
Print Name

Title (if Participant is not an individual)

august 23, 2001
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

00918-170625

VEGA MARTINEZ, WILLIAM
URB. TURABO GARDENS
CALLE 33 RG-17
CAGUAS, P.R. 00727

RECEIVED & FILED
2021 AUG 26 PM 3: 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

SAN JUAN PR    009
SAN JUAN PR    009
25 AUG 2021  PM 1  L
25 AUG 2021  PM 1  L

Court
UNITED STATES DISTRICT
CLERK'S OFFICE
150 AVE. CHARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  WILLIAM VEGA MARTINEZ

Participant's Address:  URB. TURABO GARDENS   CALLE 33 R6-17
CAGUAS, P.R.  00727

Participant's Email Address:  wvega11@yahoo.com

Name of Counsel:  None

Address of Counsel:  None

Email Address of Counsel:  None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  173135

Nature of Claim:  STEPS BY EXPERIENCE NO INCREASE IN 9 YEEARS   NOT RECEIVE PAYMENT FOR ADDITIONAL POSITION, PURCHASE OF MATERIALS TO BE ABLE TO GIVE THE CLASS SALARY AND PENSION

By:  W. Vega
Signature

WILLIAM VEGA MARTINEZ
Print Name

_____
Title (if Participant is not an individual)

August 23, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



VEGA MARTINEZ, WILLIAM
URB. TURABO GARDENS
CALLE 33 R6-17
CAGUAS, P.R. 00727

SAN JUAN PR 009
SAN JUAN PR 009
25 AUG 2021 PM 1 L
25 AUG 2021 PM 1 L

00918-170625

UNITED STATES DISTRICT
Court, CLERK'S OFFICE
150 AVE. CHARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-4767

RECEIVED & FILED
2021 AUG 26

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: WILLIAM VEGA MARTINEZ

Participant's Address: URB. TURABO GARDENS     CALLE 33 R6-17
CAGUAS, P.R. 00727

Participant's Email Address: wvega11@yahoo.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173139

Nature of Claim: STEPS BY EXPERIENCE
NO INCREASE IN 9 YEEARS    NOT RECEIVE PAYMENT FOR ADDITIONAL
POSITION, PURCHASE OF MATERIALS TO BE
ABLE TO GIVE THE CLASS
SALARY AND PENSION

By: W. Vega
Signature

WILLIAM VEGA MARTINEZ
Print Name

Title (if Participant is not an individual)

August 23, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



VEGA MARTINEZ, WILLIAM
URB. TURABO GARDENS
CALLE 33 R6-17
CAGUAS, P.R. 00727

RECEIVED & FILED
2021 AUG 26 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

0091 8-1706.25

UNITED STATES DISTRICT
Court, CLERK'S OFFICE
150 AVE. CHARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: WILLIAM VEGA MARTINEZ

Participant's Address: URB. TURABO GARDENS ___ CALLE 33 R6-17 CAGUAS, P.R. 00727

Participant's Email Address: wvega11@yahoo.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173136

Nature of Claim: STEPS BY EXPERIENCE NO INCREASE IN 9 YEEARS | NOT RECEIVE PAYMENT FOR ADDITIONAL POSITION, PURCHASE OF MATERIALS TO BE ABLE TO GIVE THE CLASS SALARY AND PENSION

By: W. Vega
_____
Signature

WILLIAM VEGA MARTINEZ
_____
Print Name

_____
Title (if Participant is not an individual)

august 13, 2021
_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



00918-170625

VEGA MARTINEZ, WILLIAM
URB. TURABO GARDENS
CALLE 33 R6-17
CAGUAS, P.R. 00727

SAN JUAN PR 009

25 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 26  PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court

UNITED STATES DISTRICT
CLERK'S OFFICE
150 AVE. CHARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arroyo López, Myrna_

Participant's Address: _P.O. Box 501 Boquerón, P.R. 00622-0501_

Participant's Email Address: _myrnaarroyo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167591_

Nature of Claim: _Public Employee Claims_

By: _Myrna Arroyo López_
Signature

_Myrna Arroyo López_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms Myrna Arroyo Lopez
P O Box 501
Boqueron, PR 00622-0501

RECEIVED & FILED
2021 AUG 26  PM 3: 22
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.50
San Juan, P.R.
00918-1767

SAN JUAN PR 009

25 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Milagros Pérez Ayala

Participant's Address: P.O. Box 278 Loiza, Puerto Rico 00772

Participant's Email Address: Perez.Milly12345@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Claim No. 159152

Nature of Claim: I claim my money that was given to me under LAW 84 OF June 4, 1983. This increase was Effective on April 1, 1984, which was never refleted in the check. Special OP-15 890-A is sent to where my name Milagros Pérez Ayala and my social security 5705 indicate, an amount that was sent from the account where this increase that was granted to me would be paid and I was not given account number 111-87-35-004-02-112-01 symbol 0020 plus the title of classification number 38

By: Milagros Pérez Ayala
Signature

Milagros Pérez Ayala
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

And the amount of my salary before the increase $439.00 And the amount that would have been $464.00 if I had been given my raise at that time. But it was not done.

this is the reason I'm claiming.

More interet.

OP-15
Especial

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Oficina Central de Administración de Personal
Santurce, Puerto Rico   00910

Informe de Cambio Especial Número  890-A

Cifra de Cuenta 111-87-35-004-02-112-01        Símbolo     0020

Departamento de Recreación y Deportes        Sec. Aux. Gerencia y Finanzas
_____                Servicios de Oficina
Departamento o Agencia                          Unidad de Trabajo

Se notifica el siguiente aumento en el sueldo del empleado que se indica a continuación, en virtud de lo dispuesto por la Ley 84 del 4 de junio de 1983. El aumento de sueldo que se concede será efectivo al primero de abril de 1984.

Milagros Pérez Ayala
**Nombre del Empleado**

_____        _____
Número de Seguro Social          Número del Empleado

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| Título de Clasificación | Oficinista I | |
| Número del puesto | 38 | |
| Sueldo Mensual | $439.00 | $464.00 |
| Diferencial | | |

Observaciones:

_____

_____

_____

MAY 14 1984

**Firma de la Autoridad Nominadora o**
**su Representante Autorizado**                   Fecha

(`49)



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE RECREACIÓN Y DEPORTES

# C E R T I F I C A C I Ó N

Certifico que, **Milagros Pérez Ayala**, Seguro Social _____, trabajó
en el Departamento de Recreación y Deportes:

| | |
|---|---|
| 18 de noviembre de 1980 | Plan CETA |
| 1 de mayo de 1981 | Transitorio |
| 1 de agosto de 1986 | Regular |
| 15 de agosto de 2013 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 23 de julio de 2021.

**CERTIFICO CORRECTO:**

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

**Nota:** **Cualquier alteración a este documento invalidará el mismo.**

PO Box 9023207 San Juan PR  00902-3207

Tel. (787) 721-2800

**DRD**

Milagros Perez Ayala
P.O. Box 278
Loíza, Puerto Rico 00772



Discovery Notice to the Court's
Clerk's Office at:
United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767



**CERTIFIED MAIL®**

7016 1370 0002 1667 4555

Case No. 17-03283
Claim No. 159152

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laudalina Vázquez Matias_

Participant's Address: _Urb. El Verde Calle 2 # A9 Vega Baja P.R. 00693_

Participant's Email Address: _vinales1951@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement Promesa Title III 17 BK 3283-LTS_

By: _Laudalina Vázquez Matias_
Signature

_Laudalina Vázquez Matiaz_
Print Name

_____
Title (if Participant is not an individual)

_August 24, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

During the years as governor of the
Puert Rico Commonwealth of Puerto Rico,
Mr. Carlos Romero Barceló, gave a salary
increase of $100.00 known as Law 89.
He never honored the salary incrase.
(Law Labor 89 of salary scale 164).
The amount owed is 24,000.00.

Laudalina Vazquez Matías
Urb. El Verde Calle 2 #Aq
Vega Baja.P.R: 00693

RECEIVED & FIL
2021 AUG 26 PM 3: 23
CLERK'S OFFICE
U.DISTRICT CO
SAN JUAN.

00918-170399

United States District Court Clerk's
Office 150 Ave-Carlos Chardon
Ste. 150,
San Juan, P.R. 00918-1767



SAN JUAN PR 009
25 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _FRANCISCA Delgado Wells_

Participant's Address: _calle Triosche #22 Ponce P. L 00715_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _El "Romeraso"_

By: _Francisca Delgado Wells_
    Signature

_Francisca Delgado Wells_
Print Name

_____
Title (if Participant is not an individual)

_8/18/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco Delgado Walls
Calle Trinche #22
Ponce P.R. 00725

RECEIVED &
2021 AUG 26 PM 3:
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District court
clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
SAN JUAN PR 009
25 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raúl Collado Martínez_

Participant's Address: _Urb. Villa Auxerre #121- San Germán, P.R._

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Raúl Collado Martín_
    Signature

    _Raúl Collado Martínez_
    Print Name

    _____
    Title (if Participant is not an individual)

    _August 21st 2021._
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raul Caraballo Martinez
Urb. Villa Carmen
Calle Irma #121
San Germán P.R.
00683

RECEIVED & FILED
2021 AUG 26 PM 3: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Mario de los A. Nazario Miranda_

Participant's Address: _Urb. Coroles De Hatillo Calle 18 A-10 Hatillo P.R. 00659_

Participant's Email Address: _angieNazo1@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49975_

Nature of Claim: _____

By: _Mario de los A. Nazario_
Signature

_Mario de los A. Nazario_
Print Name

_____
Title (if Participant is not an individual)

_23 /agosto /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mario De La A Organiz
Urb. Casas De Vistillo
Colle 18 H-7
1160 Rio Piedras

RECEIVED & FILED
2021 AUG 25 PM 2:
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Tribunal de Distrito de los Estados Unidos
Oficina del Secretario
150 Ave. Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

00918-170625

25 AUG 2021 PM 11
SAN JUAN PR 009

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda I. González Salcedo_

Participant's Address: _P.O. Box 334618 Ponce, P.R 00733-4618_

Participant's Email Address: _lilyorengo95@gmail.com_

Name of Counsel: _Asociación Empleados del ELA_

Address of Counsel: _Hato Rey, P.R_

Email Address of Counsel: _www@aeela.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12058_

Nature of Claim: _Pension / Retire_

By: _Hilda I. González Salcedo_
Signature

_Hilda I. González Salcedo_
Print Name

_Oficial Servicios II_
Title (if Participant is not an individual)

_8/20/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda I. Gonzalez Salcedo
P.O. Box 334618
Ponce P.R. 00733-4618.
Claim Number 42058.

RECEIVED &
2021 AUG 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
25 AUG 2021 PM 1 L

00918-170625

Notice Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R 00918-1767

FOREVER

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Peter John Vazquez Duran_

Participant's Address: _Pedro Mejia St #1934 Urb. Fair View San Juan P.R. 00926_

Participant's Email Address: _phisigma @ hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Aumento de Salario No pagado._

By: _[signature]_
Signature

_Peter J. Vazquez Duran_
Print Name

_____
Title (if Participant is not an individual)

_8/25/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

from: Peter J. Vazquez Duran
Calle Pedro Mejia #1134
Urb. Ferú Viera San Juan PR
, 0926

RECEIVED & FILED
2021 AUG 26  PM 3: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

00918-176825

SAN JUAN PR 009
25 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Iris B. Rodríguez Camacho_

Participant's Address: _398 Urb. Est de los Artesanos Las Piedras, P.R. 00771_

Participant's Email Address: _irisbrodriguez@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _what by law corresponds to me_

Nature of Claim: _____

By: _Iris Rof_
    Signature

_Iris B. Rodríguez Camacho_
Print Name

_____
Title (if Participant is not an individual)

_23/ago/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Iris B. Rodríguez Camacho**
398 Urb. Estancias de Los Artesanos
Calle Tallado Oeste
Las Piedras PR, 00778

RECEIVED FIL
2021 AUG 26  PM 3
FICE
COU
SAN JUAN, P.R.

00918-170625

SAN JUAN P.R. 009
25 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court Clerk's
Office, 150 Ave Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafaela Jiménez Cordero_

Participant's Address: _Calle Paloma K-120, Aibonito, P.R. 00705_

Participant's Email Address: _yayijimenedagmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa Title III_

By: _Rafaela Jiménez Cordero_
Signature

_Rafaela Jiménez Cordero_
Print Name

_____
Title (if Participant is not an individual)

_August 22, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 AUG 26 PM 3: 23

Rafaela Jimenez Cordero
120 Calle Paloma
Aibonito PR 00705

SAN JUAN PR 009
25 AUG 2021 PM 1 L

United States District
Court Clerk's
Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00916-17039

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Antonia Ayala Sánchez_

Participant's Address: _HC HS Box 5024_

Participant's Email Address: _antonia.ayala.960@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Antonia Ayala Sánchez_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_8/24/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Antonia Ayala Sánchez
HC #5 Box 5034
Parce las Martorell
Yabucoa P.R. 00767

00918-170625

Discovery Notice to the court's clerk's office
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
25 AUG 2021 PM 1 L

FOREVER / USA

2021 AUG 26 PM 3:2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Acosta Morales

Participant's Address: Bo. Buena Vista, 112 Calle Capistelly, Mayaguez PR 00680

Participant's Email Address: pamorale140a.gmail.com.

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 7450

Nature of Claim: deuda pago salio minimo

By: Rafael Acosta Villalobos
Signature

Rafael Acosta villalobos
Print Name

_____
Title (if Participant is not an individual)

24 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Acosta Villalobos
Bo. Buena Vista
112 Calle Capistally
Mayaguez, PR 00680

00918-1706825

Discovery Notice
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918-1767

SAN JUAN PR 009
25 AUG 2021 PM 1 L

2021 AUG 26 PM 3:24
RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Leonardo Fernández Maldonado_

Participant's Address: _HC - 04 Box 8510, Comerío P.R 00782_

Participant's Email Address: _LeomdoFdz @ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _____
Signature

_Leonardo Fernández Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_08/24/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Leonardo Fernandez
HC-04 -BOX 8570
Comerio PR 00782

RECEIVED
2021 AUG 26 PM 3:
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
25 AUG 2021 PM 1 L

United states District Courts
Clerk's office, 150 Ave-Carlos Chardon ste.
San Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eva I. Quiñones Acevedo_

Participant's Address: _398 Calle Francisco Colon Guerra_
_Rincon, PR  00677_

Participant's Email Address: _____

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa Title III_

By: _Eva elisa elisa acevedo_
Signature

_Eva I. Quiñones Acevedo_
Print Name

_Participant_
Title (if Participant is not an individual)

_25 / 08 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may

Eva I. Quiñones Quevedo
399 Calle Francisco Colon Guerra
Rincon, P.R. (00677)

RECEIVED &
2021 AUG 26  PM 3: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
25 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  _Juan Colon Feliciano_

Participant's Address:  _PO. Box 560271 - Guayanilla, PR 00656_

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 - LTS_

Nature of Claim:  _____

By:  _Juan Colon Feliciano_          firmado x Uda. Carmen
     Signature                        H. Segarra Cruz

_Juan Colon Feliciano_                My husban died
     Print Name                        10-30-80

     _____
     Title (if Participant is not an individual)

     _08/22/2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Colón Feliciano
P.O. Box 560271
Guayanilla, P.R. 00656-0271

Discovery Notice to the Court's Clerk's office
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767

2021 AUG 26 PM 3: 24

RECEIVED & FILED

PRIORITY
★ MAIL ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 08/27/21

USPS TRACKING® #

U.S. POSTAGE PAID
PM 3-DAY
MINNEOLA, FL
34755
AUG 23, 21
AMOUNT
$7.95
R2307M152486-08

1006

00918

RECEIVED & FILED

2021 AUG 26  PM 3 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

EP14H July 2013 Outer Dimension: 10 x 5

Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen H. Segarra Cruz_

Participant's Address: _P.O. Box 560271 Guayanilla, P.R. 00656-0271_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Carmen H. Segarra Cruz_
Signature

_Carmen H. Segarra Cruz_
Print Name

_____
Title (if Participant is not an individual)

_08/22/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen H. Segarra Cruz
P.O. Box 560271
Guayanilla, P.R. 00656-0271

RECEIVED & FILED

2021 AUG 26 PM 3: 2

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Court's Clerk's Office
United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miriam Figueroa Márquez_

Participant's Address: _P.O. Box 1798_

Participant's Email Address: _mirifigueroa17@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _30594_

Nature of Claim: _PROMESA Title III Department of Education_

By: _Miriam Figueroa Márquez_
Signature

_Miriam Figueroa Márquez_
Print Name

_maestra_
Title (if Participant is not an individual)

_15 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam Figueroa Marquez
P.O. Box 1798
Rio Grande, P.R. 00745-1798

0091B-170399

SAN JUAN PR   009
SAN JUAN PR   009
25 AUG 2021 PM 1 L
25 AUG 2021 PM 1 L

Discovery Notice to the Courts Clerk office
United States District Court, Clerks of the
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-157