Miguel A. Mangual Guilbe

Calle Bella Vista # B-16
Brisas de Maravilla
Mercedita, Puerto Rico 00715

Procedure = 17 BK 3283 LTS

Claim Number= 124260

I, Miguel A. Mangual Guilbe Claim what I have the right to claim for the years worked in the Government System of the Commonwealth of Puerto Rico. In those years laws were passed granting benefits and salary increases to the country's working class, which were not granted to me.

Laws that were approved
1. Law 89 Uniform Remuneration- july 12, 1979 " El Romerazo"
   $50.00 monthly
   Date: From july 1980 to December 2005
   Amount claimed owed $14,700
2. Law #164 of july 12, 2003 effective January 1, 2004
   $100.00 monthy
   Date: From January 2004 to December 2005
   Amount claimed owed $2,400

Amount claimed by Law 89 $14,700 by Law #164 $2,400 for a total of $17,100

Signature: *[signature: Miguel A. Mangual Guilbe]*

Name: Miguel A. Mangual Guilbe

Date : August 17, 2021

Version July 20, 2021  6. 210720V2

Mr. Miguel A. Mangual
B16 Calle Bella Vis.
Mercedita PR 00715-2000



RECEIVED & FILED
2021 AUG 26 PM 3: 23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Oficina del Secretario del Tribunal
Tribunal de Distrito de los Estados Unidos
Oficina del Secretario
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918- 1767 San Juan P.R.

00918-170625