Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Julia M. Troncoso Santiago

Participant's Address: HC 08 Box 880, Ponce, P.R. 00731-9474

Participant's Email Address: juliamtroncoso@hotmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

RECEIVED & FILED 2021 AUG 27 PM 1:49 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 10923

Nature of Claim: Retirement Pension Adjustment of Commonwealth of P.R.

By: Julia M. Troncoso Santiago
Signature

Julia M. Troncoso Santiago
Print Name

Typing Office Clerk I
Title (if Participant is not an individual)

20/agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mrs. Julia M. Troncoso Santiago
Hc 08 Box 808
Ponce, P.R. 00731-9474
RECEIVED & FILED
2021 AUG 27 PM 1:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.
RETURN RECEIPT REQUESTED
CERTIFIED MAIL
7020 1810 0000 5514 3713
Court's Clerk's office at:
United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767
U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
AUG 24, 21
AMOUNT
$7.00
R2305K136463-04
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Julia M-Troncoso Santiago

Participant's Address: HC 08 Box 880, Ponce, P.R. 00731-9474

Participant's Email Address: juliamtroncoso@hotmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 102114

Nature of Claim: The Commonwealth of P.R. (Adjustment Salary)

By: Julia M. Troncoso Santiago
Signature

Julia M. Troncoso Santiago
Print Name

Typing office clerk I
Title (if Participant is not an individual)

20/agosto/2021
Date

RECEIVED & FILED
2021 AUG 27 PM 1:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mrs. Julia M. Troncoso Santiago
Hc 08 Box 800
Ponce, P.R. 00731-9474
CERTIFIED MAIL
7020 1810 0000 5514 3713
RETURN RECEIPT REQUESTED
Court's Clerk's office at:
United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767
U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
AUG 24, 21
AMOUNT
$7.00
R2305K136463-04
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ______________________

Participant's Address: ______________________

Participant's Email Address: ______________________

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

RECEIVED & FILED
2021 AUG 27 PM 1:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa III

By: [signature]
Signature

SONIA I. Perez Díaz
Print Name

______________________
Title (if Participant is not an individual)

25/8/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia I. Perez Diaz
Repto. Metropolitano
46 SE #1216
San Juan, PR. 00921

UNITED STATES POSTAL SERVICE
1000
00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
AUG 25, 21
AMOUNT
$0.55
R2305E126165-11

RECEIVED & FILED
2021 AUG 27 PM 1: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office 150 Ave. Carlos Chardon Ste. 150
San Juan. P.R 00918-1767

RECEIVED FILED 2021 AUG 27 PM 1:38 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen G. Echevarría Molina

Participant's Address: Carr 734 Bº Arenas P.O. Box 1939 Cidra P. Rico 00739

Participant's Email Address: cgeche1955@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175345

Nature of Claim: importe del salario sin cobrar o adeudado de empleados públicos del Departamento de Educación y pensión/jubilación.

By: Carmen G. [signature]
Signature

Carmen G. Echevarría Molina
Print Name

—
Title (if Participant is not an individual)

23 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Carmen G. Echevarría Molina
P.O. Box 1939
Cidra, P.R. 00739-1939
RECEIVED & FILED
2021 AUG 27 PM 1:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
SAN JUAN PR 009
23 AUG 2021 PM 1 L
United States District court, Clerk's Office
150 Ave, Carlos Chardón ste 150,
San Juan P.R. 00918-1767

FOREVER
USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen G. Echevarría Molina

Participant's Address: Carr 734 Bº Arenas P.O. Box 1939 Cidra Puerto Rico 00739

Participant's Email Address: cgeche1955@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

RECEIVED & FILED
2021 AUG 27 PM 1:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175356

Nature of Claim: importe del salario sin cobrar o adeudado de empleados públicos del Departamento de Educación y pensión / jubilación.

By: [signature]
Signature

Carmen G. Echevarría Molina
Print Name

—
Title (if Participant is not an individual)

23 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Carmen G. Echevarria Molina
P.O. Box 1939
Cidra P.R. 00739-1939

SAN JUAN PR 009
23 AUG 2021 PM 1 L

FOREVER USA

RECEIVED & FILED
2021 AUG 27 AM 11:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District court Clerk's office
150 Ave Carlos Chardón ste 150,
San Juan P.R. 00918-1767

23 AUG 2021 PM 1 L
SAN JUAN PR 009

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen G. Rivera Perez

Participant's Address: Calle 203 # GS16 C. Club, Carolina 00982

Participant's Email Address: c. rivera 0652 @ gmail.com

Name of Counsel: Court's Clerk's

Address of Counsel: San juan Pto Rico

Email Address of Counsel: c. rivera 0652 @ gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS (num. 148696

Nature of Claim: Public employee and Pension / retiree

By: [signature]
Signature

Carmen A. Rivera
Print Name

Sra.
Title (if Participant is not an individual)

Agosto 2021
Date

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 27 PM 1: 38

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Haydeé Rodriguez Moreno

Participant's Address: Hc 02 Box 5734 Bo Calvache Rincón P.R 00677

Participant's Email Address: Kinderato@GMail.Com

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

RECEIVED & FILED
2021 AUG 27 PM 1:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 162139

Nature of Claim: Public Employee and Pension Retiree

By: Haydeé Rodriguez Moreno
Signature

Haydeé Rodríguez Moreno
Print Name

____
Title (if Participant is not an individual)

16 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydeé Rodríguez Moreno
HC 02 Box 5734
Bo. Calvache, Rincon P.R

RECEIVED & FILED
2021 AUG 27 PM 1: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
24 AUG 2021 PM

FOREVER / USA

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. San Juan P.R.
00918-1767

00918-999955

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Giovanna M. Vázquez Marcano

Participant's Address: Urb Villa Graciela A11 c/Cefirino Fdz Juncos PR 00777

Participant's Email Address: giovimariem@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 27 PM 1:38

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 71396

Nature of Claim: Pension/Retiree Claims

By: [Signature]
Signature

Giovanna M. Vázquez Marcano
Print Name

Title (if Participant is not an individual)

2/agosto/2021
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

UNITED STATES POSTAL SERVICE
U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
AUG 24, 21
AMOUNT
$6.45
R2305E126165-09
1000
00918
7020 2450 0002 1101 063
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Olga M Martinez Stgo

Participant's Address: PO Box 561786

Participant's Email Address: Guayanilla, P.R 00656

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

RECEIVED & FILED 2021 AUG 27 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: ______

By: ______
Signature

Olga M Martinez Stgo
Print Name

Olga M Martinez Stgo
Title (if Participant is not an individual)

23/8/2021
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga M. Martinez Stgo
P.O Box 561286
Guayanilla, P.R. 00656

RECEIVED & FILED
2021 AUG 27 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
24 AUG 2021 PM 1 L

United States Distrito Court
Clerk's office, 150 Ave Carlos Chardon
States 150
San Juan, P.R. 00918-1767

00918-176835



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José Gomez Rivera

Participant's Address: #1-F21 URB VILLA ENCANTO JUANA DIAZ P.R.

Participant's Email Address: JGmez 508 @ Gmail.com

Name of Counsel: PR TeLCo.

Address of Counsel: SAN JUAN PR.

Email Address of Counsel: N/A

RECEIVED & FILED
2021 AUG 27 PM 1:42
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17508-1-1

Nature of Claim: ReTiRed

By: [signature]
Signature

José Gómez Rivera
Print Name

ReTiRed
Title (if Participant is not an individual)

8-20-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

#1-F21 VILLA ENCANTO
JUANA DIAZ PR 00795
TO:
COURT'S CLERK OFFICE
United STATES DISTRICT COURT CLERK
150 AVE CHARDON SITE 150
SAN JUAN PR 00918-1767
SAN JUAN PR 009
23 AUG 2021 PM 2 L
FOREVER/USA
RECEIVED & FILED
2021 AUG 27 PM 4:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
