UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                                          PROMESA
                                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

          Debtors.[1]

-----------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

      The attached additional pro se Notices of Intent to Participate in Discovery
Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court
on August 30, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing
Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to
Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy
Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal
Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and
(vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-
LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 31, 2021

1.  Violeta Rodriguez Archeval

2.  Minerva Nevarez & Elba Iris Nevarez

3.  Rucelis Lopez Alvarez

4.  Jose R. Adorno Rivera

5.  Brunilda Rodriguez Morales

6.  Nancy McCormick Calimano

7.  David Maldonado Maldonado

8.  Eva J. Tardy Vargas

9.  Ursula Ronda

10. Henry Diaz Lopez

11. Yohamma M. Serrano Cora

12. Elizabeth Melendez Herrera (2 notices)

13. Chloris Diana Diaz

14. Ana D. Cordero Brenes

15. Edna M. Arce Cacho

16. Awilda Feliciano Feliciano

17. Jose A. Figueroa Medina

18. Igdalia E. Perez Aponte

19. Ermelinda Rivera Gonzalez

20. Teresa de Jesus Torres Flores

21. William E. Rivera Berrios

22. Galory de Jesus Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 31, 2021

     23. Maria Mercedes Cordero

     24. Gloria Jean Templeton

     25. Katherine Zapata (2 notices)

     26. Luz I. Rivera Rivera

     27. Jose Orlando Ortiz

     28. Luz N. Tricoche de Jesus

     29. Johny Sanchez Ortiz

     30. Nelly Moreno Villegas

     31. Elaine Vargas (2 Notices)

     32. Wilmer A. Cardona Rivera (3 notices)

     33. Enid L. Quiles Quiles

     34. Ricardo Soto Suarez (3 notices)

Dated:  August 31, 2021