Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Violeta Rodriguez Archeval_

Participant's Address: _Brisas de Maravilla F8 Calle Vista Alegre_ _Mexedith_ _P.R. 00715_

Participant's Email Address: _____

Name of Counsel: _Lic. Alberto Aresti Franceschini_

Address of Counsel: _Suite 1109 Edif. Unión Plaza 416_
_Ave. Ponce de León Hato Rey P.R. 00918_
_Tel. 787-751-5740_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _67476_

Nature of Claim: _Salary Adjustment_

By: _Violeta Rodriguez Archeval_
Signature

_Violeta Rodriguez Archeval_
Print Name

_a_
Title (if Participant is not an individual)

_11 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Violeta Rodriguez
Brisas de Maravilla
Vista Alegre F8
Mercedi, PR 00715-2014

RECEIVED & FILED
2021 AUG 30  PM 4: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-1706Z5

SAN JUAN PR   009
19 AUG 2021  PM 1  L

Court Clerks Office
United States District Clerks
Office 150 Ave Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nevarez, Elba Iris; Nevarez, Minerva_

Participant's Address: _P.O. Box 203   Dorado, Puerto Rico 00646_

Participant's Email Address: _minerva np 1 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Elba I. Nevarez;   Minerva Nevarez_
Signature

_Elba Iris Nevarez, Minerva Nevarez_
Print Name

_N/A_
Title (if Participant is not an individual)

_8-15-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba Ruiz Pereira
P.O. Box 203
Dorado, Puerto Rico 00646

RECEIVED & FILED
2021 AUG 30  PM 4: 45
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN. P.R.

Notice to the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

JACKSONVILLE FL 320

17 AUG 2021 PM 2 L

0091-8-17625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rucelis López Alvarez_

Participant's Address: _16925 SE 23 AVE Summerfield, FL 34491._

Participant's Email Address: _Rucelis @ gmail.com_

Name of Counsel: _N/A._

Address of Counsel: _N/A._

Email Address of Counsel: _N/A._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283 LTS / #175976_

Nature of Claim: _Promesa / Public Employee Claims._

By: _Rucelis López_
Signature

_Rucelis López_
Print Name

_____
Title (if Participant is not an individual)

_8/17/2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rucelis Lopez Alvarez
16925 SE 23 ave.
Summerfield, FL. 34491.

RECEIVED & FILED

2021 AUG 30  PM 4: 45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170825

United States District Court
Clerk's Office
150 ave. Carlos Chardon STE 150
San Juan, PR. 00918-1767

JACKSONVILLE FL 320

17 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  _José R. Adorno Rivera_

Participant's Address:  _c-Italia 324 Floral Park San Juan PR 00917_

Participant's Email Address:  _jadorno5782gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 — LTS_   _3566_

Nature of Claim:  _Retirement System of The Government # P.R._

By:  _José R. Adorno Rivera_
     Signature

     _José R. Adorno Rivera_
     Print Name

     _____
     Title (if Participant is not an individual)

     _8/26/21_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José R. Adorno
C-Italia 324
Floral Park San Juan PR
00917

RECEIVED & FILED
2021 AUG 30 PM 4: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office,
150 Ave. Carlos Chardon Ste. 150
San Juan PR
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Brunilda Rodríguez Morales*

Participant's Address: *c/ Italia #324 Floral Park, S.J. 00917*

Participant's Email Address: *brunnyr2688@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NO. 17-BK-3566-LTS* *3283*

Nature of Claim: _____

By: *B. Rodz. Morales*
Signature

*Brunilda Rodríguez Morales*
Print Name

_____
Title (if Participant is not an individual)

*8/26/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Rodríguez
C/ Italia # 324
Floral Park   San Juan PR
00917

RECEIVED & FILED

2021 AUG 30  PM 4: 4

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Av. Carlos Chardon Ste 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Nancy Mc Cormick Calimano_

Participant's Address:   _P.O. Box 681 Guayama, Puerto Rico 00785-0681_

Participant's Email Address:   _nancymccormick1950@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _PR 1845 SRF 55593 PACKID: 342190 MMLID: 2049475-P SVC·CHN-PC_

Nature of Claim:   _Dept. Education_

By:   _Nancy McCormick Calimano_
Signature

_Nancy Mc Cormick Calimano_
Print Name

_____
Title (if Participant is not an individual)

_25 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 30  PM 4: 41

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

Rmte: Nancy Mc Cormick Calimano
P.O. Box 681
Guayama, Puerto Rico 00785-0681

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _David Maldonado Maldonado_

Participant's Address: _Condominio Iberia II 552 Austral St. Apto 1002_ _San Juan PR 00920_

Participant's Email Address: _daytond72@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _see the next page_

By: _David Maldonado_
Signature

_David Maldonado_
Print Name

_Individual_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $4,800.⁰⁰ dollars based on Law 89 of July 12, 1979. Uniform tax "Romerazo" for the years that I worked for Puerto Rico Telephone. These were from August 22, 1995 to August 22, 1999.

David Maldonado Maldonado
Condominio Iberia II
552 Calle Austral Aph 1002
San Juan PR 00920

RECEIVED & FILED
2021 AUG 30  PM 4: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150 San Juan PR 00918-1767

SAN JUAN PR 009

19 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:        Eva J. Tardy Vargas

Participant's Address:     P.O. Box 401 Guánica PR 00653

Participant's Email Address:   e-tardy10@gmail.com

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     PR 1845 SRF 55176 PACKID: 461904 MMLID:
                  1847036-PSVC. ADSHN-Q

Nature of Claim:  _____

By:   Eva J. Tardy Vargas
      Signature

      Eva J. Tardy Vargas
      Print Name

      Secretary
      Title (if Participant is not an individual)

      08/12/2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eva Jordy Noguez
PO Box 40
Manati, P.R. 00653

RECEIVED & FILED
2021 AUG 30 PH 4:
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.

00918-1706525

United States District Court, Clerk's Office
150 Cave. Carlos Charbor, Ste. 150
(or Juan), P.R. 00918-1767

SAN JUAN PR
18 AUG 2021 PM 2

FOREVER / USA

INT

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ursula Ronda*

Participant's Address: *16814 Banner Shell Pl., Wimauma, FL. 33598-2226*

Participant's Email Address: *UROn 827@ Yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Recovering what is due to me*

By: *Ursula Ronda*
Signature

*Ursula Ronda*
Print Name

_____
Title (if Participant is not an individual)

*8-16-21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Rosado
16,814 Beaher Shell Pl.
Wimauma, FL 33598-2226

RECEIVED & FILED

2021 AUG 30  PM A: 6

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TAMPA FL 335
SAINT PETERSBURG FL
17 AUG 2021  PM 3  L

FOREVER / USA

00918-170625

Discovery Notice to the Court's Clerk's office at:
United STATES District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Henry Díaz López_

Participant's Address: _HC 2 Box. 6637, Salinas, P.R. 00751_

Participant's Email Address: _henrydiazlopez24@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63850_

Nature of Claim: _I did not receive the payment of Law 89 (Romerazo) In addition I did not receive the salary increase for public employees granted during the 90's._

By: _Henry Díaz López_
Signature

_Henry Díaz López_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Henry Díaz López
H.C. 2 Box. 6637
Salinas, P.R. 00751

RECEIVED & FILED
2021 AUG 30  PM 4: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, PR. 00918-1767

SAN JUAN PR  009
18 AUG 2021  PM 2  L


FOREVER / USA

I N I

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: <u>Yohamma M. Serrano Cora</u>

Participant's Address: <u>5073 Stacey Drive East Apt. 1406 Harrisburg PA 17111</u>

Participant's Email Address: <u>yohamma22@gmail.com</u>

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: <u>YC41/-C</u>
Signature

<u>Yohamma M. Serrano</u>
Print Name

_____
Title (if Participant is not an individual)

<u>8·3-21</u>
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mohamma Serrano
5073 Shady Drive East Apt
Harrisburg, PA 17111

RECEIVED & FILED
2021 AUG 30 PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
HARRISBURG, PA
17111
AUG 18 21
AMOUNT
$0.45
R2304N117134-29

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Meléndez Herrera_

Participant's Address: _Calle P, U-3 Monte Brisas 2 Fajardo, P.R._

Participant's Email Address: _Coelina3@g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102539_

Nature of Claim: _Claiming increase salary not paid_

By: _Elizabeth Meléndez Herrera_
Signature

_Elizabeth Meléndez Herrera_
Print Name

_____
Title (if Participant is not an individual)

_8/19/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Melendez
Calle Pue Plente Brisas2
Fajardo, P.R. 00738

RECEIVED & FILED
2021 AUG 30 P 1 27
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, clerk's office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
19 AUG 2021 PM 1 L



USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Melendez Herrera_

Participant's Address: _Calle P, U-3 Monte Brisas 2 Fajardo, P.R. 00738_

Participant's Email Address: _Caeliro.3@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102539_

Nature of Claim: _Claiming increase Salary not paid_

By: _Elizabeth Melendez Herrera_
Signature

_Elizabeth Melendez Herrera_
Print Name

_____
Title (if Participant is not an individual)

_8/19/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Melendez
Calle R, 423 Monte Brisis 2
Fajardo, P.R. 00738

00918-1706625

SAN JUAN PR   009
19 AUG 2021   PM 1   L

United States District Court Clerk's Office
150 Ave. Carlos Chardon ste 150
San Juan, PR. 00918-1767

USA FOREVER

RECEIVED & FILED
2021 AUG 30   PM 4: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Chloris Diana Diaz

Participant's Address:     6146 W. Nelson St.   (6146 W. Nelson St.)

Participant's Email Address:     chlorisdiana@yahoo.com

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _____

Nature of Claim:     Appx. $5,000.00 Pension, as the only beneficiary of Carmen Julia Colón Oquendo. I was only given partial benefits, this Appx $5000.00 is the remainder owed. The Dept. said that due to the status of P.R. there was no more money. Thank you

By:     Chlori Díaz
       Signature

       Chloris Diaz   (Díaz Colón)
       Print Name

       _____
       Title (if Participant is not an individual)

       8/14/2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Diana Diaz
6146 W Nelson
Chicago, IL 60634

RECEIVED & FILED
2021 AUG 30 PM
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN.

00318-170825

CAROL STREAM IL 601
21 AUG 2021 PM 5   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana D. Cordero-Brenes_

Participant's Address: _60 Obrero Street, Manati, PR 00674_

Participant's Email Address: _adcordero@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Participation in Discovery for Confirmation of Plan Adjustment_

By: _[signature]_
    Signature

_Ana D. Cordero Brenes_
Print Name

_____
Title (if Participant is not an individual)

_08/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*D. Orden)
60 Obrero street
Naratif. P.R 00674

RECEIVED & FILE

2021 AUG 30  PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918881706  0018

Discovery Notice to the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edna M Arce Cacho_

Participant's Address: _Urb Fronteras 100 C/ Manuel Martins, Bayamon P.R. 00961_

Participant's Email Address: _afami6480 gmail.com_
_ednaarcecacho@yahoo.com_

Name of Counsel: _None_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Unpaid invoices_

By: _Email_
Signature

_EDNA M. ARCE CACHO_
Print Name

_Executive Director_
Title (if Participant is not an individual)

_8/19/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Edna M. Arce Cacho
Urb. Fronteras
Calle Manuel Ma #100
Bayamon, P. R. 00961

RECEIVED & FILED
2021 AUG 30 PM 4:4
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

00918-170625

U.S. District Court
Clerks Office
150 Ave Carlos Chardon Ste 150,
San Juan Puerto Rico 00918-170

SAN JUAN PR 009
20 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Awilda Feliciano Feliciano_

Participant's Address: _9140 Integra Meadows Dr, Apto 306 Florida, Davenport, 33896_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Docket Entry No. 17308, Case No. 17-3283_

By: _Awilda Feliciano Feliciano_
Signature

_Awilda Feliciano Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Por motivos de enfermedad estoy residiendo
en Florida, por eso cambié mi dirección:

9140 Integra Meadows Drive
Apto. 306
Davenport, Florida 33896

La dirección anterior en en PR
Urb. Ext. Mariani
Calle Dr. López Nussa #7530
Ponce, PR 00717-0247

Por favor arreglar el pueblo es Ponce, PR
y aparecía Maricao, PR.

Para comunicarse conmigo a la dirección
de Florida, Muchas Gracias,

Aquilda Feliciano Feliciano
(787) 568-6124



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 0350 0001 9645 8398

RECEIVED & FILED
2021 AUG 30 PM 4:47
CLERK'S OFFICE

Quilles Oliveras Zelicia
9140 Pradera Meadows
Dorado, 3

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
Aven Juan, PR 00918-1767

U.S. POSTAGE PAID
ECM LETTER
34744 MONTER
AUG 18, 21
AMOUNT
$6.45
R2305P150820-16

1029
00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Jose' A. Figueroa Medina_

Participant's Address: _352 Calle Del Parque , ApT. 401_

Participant's Email Address: _ja fm @ prtc.net_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - BK - 3283 - LTS_

Nature of Claim: _Promesa title III_

By: _Jose' A. Figueroa_
      Signature

_Jose' A. Figueroa Medina_
Print Name

_—_
Title (if Participant is not an individual)

_Aug. 19, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Figueroa
Calle Del Parque 352
Apto. 401
San Juan, PR 00912

RECEIVED & FILED
2021 AUG 30 PM 4:9?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

7016 3560 0000 0425 9075

00918-1706625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AMOUNT
AUG 19, 21
$7.00
R2305H130913-50

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pérez Aponte Iqdalia E._

Participant's Address: _5001 S Dixie Hwy. STE. B-122 WPB FL._

_33405-2913_

Participant's Email Address: _iqdalia787@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283- LTS_

Nature of Claim: _Promesa Title III / The PLAN_

By: _____
**Signature**

_Iqdalia Pérez Aponte._
**Print Name**

_____

**Title (if Participant is not an individual)**

_August, 2021_
**Date**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P R 00918-1767



Ugdalia Perez Aponte
5001 S Dixie Hwy #
West Palm Beach, Fl.
33405-3913

RECEIVED & FILED
2021 AUG 30  PM 4: 48
CLERK'S OFFICE
DISTRICT
SAN JUAN

7020 3160 0001 2868 3357

CERTIFIED MAIL®

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.  00918-1767

00918-176825

U.S. POSTAGE PAID
HIALEAH, FL
33016
AUG 24, 21
AMOUNT
$6.45
R2305K140387-03

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ermelinda Rivera Gonzalez

Participant's Address: Urb La Vega Calle A #34 Villalba, P.R. 00766

Participant's Email Address:

Name of Counsel: Bernardo Negrón Montalvo

Address of Counsel: 27 Calle Muñoz Rivera, Villalba, P.R. 00766

Email Address of Counsel: tobiaslaw50@gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Promesa Title III

By: _E. Rivera_
Signature

Ermelinda Rivera Gonzáles
Print Name

_____
Title (if Participant is not an individual)

8-13-21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmelinda Rivera Monzales
Urb. Malaga
Calle A. 34
P.O. Box 543
Yabucoa, P.R. 00766

RECEIVED & FILED
2021 AUG 30 PM 4:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SOUTHERN N.Y.

To: Discovery Notice to the Court's Clerk's Office al.
United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa de Jesus Torres Flores_

Participant's Address: _HC 02 Box 6451, Guayanilla, PR 00656_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim;

Claim Number: _____

Nature of Claim: _Retirement Claim_

By: _Teresa de Jesus Torres Flores_
Signature

_Teresa de Jesus Torres Flores_
Print Name

_individual_
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teresa De Jesus Torres Flores
H.C. O2 Box - 6451
Guayanilla, P.R. 00656-9714

RECEIVED & FILED
2021 AUG 30 PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
19 AUG 2021  PM 1  L

TO-
Courts clerk office At: United states District Court
Clerk office, 150 Ave: Carlos Chardon Ste.
150 San Juan P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William E. Rivera Berrios_

Participant's Address: _P.O. Box 280 Comerio, P.R. 00782_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _no. 17 BK 3283 - LTS_

Nature of Claim: _About the money was offered and never was sent._

By: _____
     Signature

_William E. Rivera Berrios_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William E. Rivera Berríos
PO Box 280
Camerio, P.R. 00782

RECEIVED & FILED
2021 AUG 30   PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's office, 150 Ave. Carlos Chardon Sta. 150
San Juan, P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Galory De Jesús Rivera*

Participant's Address: *P.O. Box 844 Comerío P.R. 00782*

Participant's Email Address: *galorydj@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: _____

By: *Galory De Jesús Rivera*
_____
Signature

*Galory De Jesús Rivera*
_____
Print Name

_____
Title (if Participant is not an individual)

*August 7, 2021*
_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Malony De Jesis Rivera
P.O. Box 844
Comerio, P.R. 00782

RECEIVED & FILED
2021 AUG 30  PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Mercedes Cordero_

Participant's Address: _1810 Bracken Rd, N Chesterfield, VA 23236_

Participant's Email Address: _Mercycorderop@ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74905_

Nature of Claim: _Empleado Publico y Pensionado_

By: _Maria Mercedes Cordero_
Signature

_Maria Mercedes Cordero_
Print Name

_____
Title (if Participant is not an individual)

_8/19/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Maria Miranda
1810 Bracken Rd.
North Chesterfield, VA 23236

RECEIVED & FILED
2021 AUG 30 PM 4: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RICHMOND VA 232
26 JAN 2021 PM 1 L

Court's Clerk's office at;
United States District Court
Clerk's office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:  Gloria Jean Templeton, PhD

Participant's Address:  PO Box 640  Carrboro, NC  27510

Participant's Email Address:  drjtempleton @ yahoo.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  816

Nature of Claim:  for services to Puerto Rico citizen
                  who are receiving benefits
                  under PROMESA

By:  _Glam Templeton_____
     Signature

Glora Jean Templeton PhD
Print Name

Owner
Title (if Participant is not an individual)

8/13/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jean Templeton, Ph.D., PLLC
PO Box 640
Carrboro, NC 27510

RECEIVED & FILED
2021 AUG 30  PM 4: 48
ERK'S
ISTRICT
AN JUAN,

00918-170625

RALEIGH NC 275
19 AUG 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

00918-1767

FOREVER   USA
923210723120707

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katherine Zapata_

Participant's Address: _973 Galway Blvd. Apopka Fl._

Participant's Email Address: _kathyzapata1999@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS - 175014_   Claim #

Nature of Claim: _Due to Act 89 (PROMESA)_

By: _K. Zapata_
Signature

_Katherine Zapata_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

K. ZAPATA
973 Galway Blvd.
Apoka Florida 32703

RECEIVED & FILED
2021 AUG 30 PM 4: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORLANDO FL 328
20 AUG 2021 PM 5   L
CARRIER ANNEX
OCOEE AUG 20 2021 RD

United States District Court
clerks office
156 Ave. carlos chardon 5th 150
San Juan PR, 00918-1767

00918-176625



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Katherine Zapata_

Participant's Address:  _973 Galway Blvd. Apopka Fl._

Participant's Email Address:  _kathyzapata1999@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17BK 3283 - LTS - Claim # 179 31_

Nature of Claim:  _Money Due to Act 89 (Promesa)_

By:  _Zapata_
Signature

_Katherine Zapata_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

K. ZAPATA
973 GAlway Blvd.
ApokA Fl. 32703

RECEIVED & FILED
2021 AUG 30  PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave carlos Chardon ste. 150
San Juan Puerto Rico  00918-1767

00918-170625

ORLANDO FL 328
20 AUG 2021 PM 5 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz I. Rivera Rivera_

Participant's Address: _c/34 ZD13 Urb. River View. Bayamón P.R. 00961_

Participant's Email Address: _Luzidaliarivera@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63717_

Nature of Claim: _Pension / Retiree claims_

By: _(signature)_
Signature

_Luz I. Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 13 - 2021_
Date

RECEIVED & FILED
2021 AUG 30 PM 4:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Rivera Rivera
Urb. River View
Calle 34 J-13
Bayamón, P.R. 00961

RECEIVED & FILED
2021 AUG 30 PM 4: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
20 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave.
Carlo Chardón Ste. 150,
San Juan, P.R. 00918-1767

USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED & FILED

2021 AUG 30 PM 4: 49

Participant's Name: _JOSE ORLANDO ORTIZ_

Participant's Address: _1732 N. 38TH STREET. MILWAUKEE, WI, 53208_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283-LTS_

Nature of Claim: _INTENTION TO PARTICIPATE IN DISCOVERY_

By: _[signature]_
Signature

_JOSE O. ORTIZ_
Print Name

_____
Title (if Participant is not an individual)

_8/15/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JOSE R ORTIZ
1732 N 33 YH ST
MILWAUKEE, WI
53208

00918-170625

UNITED STATES DISTRICT COURT, CLERK OFFICE
150 AVE CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

0091881806018 COJ
MILWAUKEE WI 530
17 AUG 2021 PM 4 L

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 30 PM 4: 49
RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  _Luz N. Tricoche de Jesus_

Participant's Address:  _Calle Princesa Diana #10810 Urb_
_Rio Grande Estates, Rio Grande 00745_

Participant's Email Address:  _Eloaluz08 @gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 L.T.S_

Nature of Claim  _Salary adjustment._

By:  _Tricoche_
    Signature

_LUZ N. TRICOCHE de Jesús_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 15 /2021_
Date

**Instructions for Filing Notice of Participation**  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 30  PM 4: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-70399

PORTLAND OR 972

18 AUG 2021  PM 6  L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Johnny Sánchez Ortiz_

Participant's Address: _1502. mott Ave. Apt. A.I.H. Far Rockaway N.Y. 11691_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168 645_

Nature of Claim: _____

By: _Johnny Sándre Ortiz_
Signature

_Johnny Sánchez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_8-21-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Johnny Sánchez Ortiz
1502 mott Ave. Apt A.1H
Far Rockway. N.Y. 11691

RECEIVED & FILED
2021 AUG 30   PM 12:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN.

00918-170825

NEW YORK NY 100
21 AUG 2021 PM 9 L

FOREVER / USA

United States District Court. Clerk Office
150 AVe. Carlos Chardon Ste. 150
San Juan. P.R. 00918. 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelly Moreno Villegas_

Participant's Address: _Formosa M 55_

Participant's Email Address: _No Email address_

Name of Counsel: _No Counsel_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _— BK 3283 LTS_

Nature of Claim: _—_

By: _Nelly moreno Villegas_
Signature

_Nelly Moreno Villegas_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

[handwritten return address, partially legible]
Lou Tenorio M5 5
Sta. Juanita
Bayamon, PR 00956

12 AUG 2021 PM 1 L
SAN JUAN PR 009

00918-170625

Prime Clerk LLC
Clerk Office 150 Ave.
Luis Enrique Claudio St. 5
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 30 PM 4: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Elaine Vargas_

Participant's Address: _HC-01 Box 7066 Utuado P.R. 00641_

Participant's Email Address: _cvs1213@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR18455RF55176 Pack ID: 286663_    _MMLID: 1671113-P_
_SVC MML-PC_

Nature of Claim: _Accumulated retirement contribution from Department of
Education_

By: _Elaine Vargas_
     Signature

_Elaine Vargas_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 30  PM 4: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
FCM LG ENV
LITULADO, PR
00064
AUG 25, 21
AMOUNT
$1.00
R2304M11481515-19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elaine Vargas_

Participant's Address: _HC-01 Box 4061 Utuado P.R. 00641_

Participant's Email Address: _evs1213@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PackID 286663   MMLID 1671113-P   SK: MML-PC_

Nature of Claim: _Acumulated retirement contributions from DE Deparment of Education_

By: _Elaine Vargas_
Signature

_Elaine Vargas_
Print Name

_____
Title (if Participant is not an individual)

_9 - august 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 30  PM 4: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
LFM/LODE NV
00641
LIJADO, PR
AUG 25, 21
AMOUNT
$1.00
R2304M114815-19

1000

00918

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED & FILED
2021 AUG 30 PM 4: 49
CLERK'S OFFICE
DISTRICT

Participant's Name: _Wilmer A. Cardona Rivera_

Participant's Address: _B-17 Calle 4 Forest Hills, Bayamon P.R. 00959_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80167 - 152966_

Nature of Claim: _Law 89_

By: _Wx_____
   Signature

_Wilmer A. Cardona Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

W. Cardona
Calle 4-B-17
Forest Hills, Bayamon P.R.
00959



RECEIVED & FILED
2021 AUG 30  PM 4: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918-1767

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED & FILED
2021 AUG 30 PM 4:50
SAN JUAN, P.R.

Participant's Name: _Wilmer A. Cardona Rivera_

Participant's Address: _B-17 Calle 4 Forest Hills, Bayamón P.R. 00959_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80167 - 152964_

Nature of Claim: _Law 89_

By: _Wr_____
Signature

_Wilmer A. Cardona Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

W. Cardona
Calle 4-B-17
Forest Hills, Bayamon P.R.
00959

RECEIVED & FILED
2021 AUG 30 PM 4: 50
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00957
AUG 25 ,21
AMOUNT
**$1.00**
R2305P149970-13

1000        00918

United States District Court
Clerks Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilmer A. Cardona Rivera_

Participant's Address: _8.17 Calle 4 Forest Hills, Bayamon P.R. 00959_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80167 - 152964_

Nature of Claim: _Law 89_

By: _____
Signature

_Wilmar A. Cardona Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

W. Cardona
Calle 4-B-17
Forest Hills, Bayamon P.R.
00959

RECEIVED & FILED
2021 AUG 30 PM 4: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

U.S. POSTAGE PAID
PCM LG ENV
BAYAMON, PR
00957
AUG 25 21
AMOUNT
**$1.00**
R2305P149970-13

1000      00918

United States District Court
Clerks Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Enid L. Quiles Quiles*

Participant's Address: *HC-71 Box 2705 Naranjito P.R. 00719*

Participant's Email Address: *enidquiles7260@gmail.com*

Name of Counsel: *Dpto. de Educación*

Address of Counsel: *P.O. Box 190759, San Juan, P.R. 00919-0759*

Email Address of Counsel: *dc-71365@gobierno.pr*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *The Financial Oversight And Management board for Puerto Rico.*

By: *Enid L. Quiles Quiles*
   Signature

*Enid L. Quiles Quiles*
Print Name

_____
Title (if Participant is not an individual)

*25 agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enid L. Quiles Quiles
HC 71 Box 2705
Naranjito. P.R. 00719.


UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID
FCM LG ENV
TOA ALTA, PR
00953
AUG 25, 21
AMOUNT
$1.20
R2305K139711-50

1000       00918

RECEIVED & FILED
2021 AUG 30 PM 4: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Soto Suarez_

Participant's Address: _urb. El Mibo alley I2 Gig P. R 00736_

Participant's Email Address: _rsot 8870 @ Gmail. Cen_

Name of Counsel: _I cant have a lawyer_

Address of Counsel: _I dont have a lawyer_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36840_

Nature of Claim: _Damages tittle III_

By: _R Soto Suz_
Signature

_Ricardo Soto Suarez_
Print Name

_N/A_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Soto Suarez
Urb. El Torito Calle 1
I-2 Cyey P.R 00736



RECEIVED & FILED
2021 AUG 30 PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court
Clerk's office, 150 Ave. Chardon Ste
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Soto Suarez_

Participant's Address: _Urb. El Torito calle 1 D-2 Cagy P.R 00736_

Participant's Email Address: _rsoto9475@comci.au_

Name of Counsel: _I don't have a lawyer_

Address of Counsel: _I don't have a lawyer_

Email Address of Counsel: _N/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36 840_

Nature of Claim: _Promesa Jittle III_

By: _R. Soto Suz_
Signature

_Ricardo Soto Suarez_
Print Name

_N/a_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Soto Suarez
Urb. El Torito Calle 1
I.2 Cyey P. R 00236

RECEIVED & FILED
2021 AUG 30 PM 4:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

United State District Court
Clerk's office, 150 Ave. Chardon Ste
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Riccacy Soto Suarez_

Participant's Address: _Urb. El Torito calle 1 I-2 Cayey P.R 00736_

Participant's Email Address: _rsoto9475@gmail.com_

Name of Counsel: _I don't have a lawyer_

Address of Counsel: _I don't have a lawyer_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36840_

Nature of Claim: _Promesa Little III_

By: _R Soto Suarez_
Signature

_Ricardo Soto Suarez_
Print Name

_N/A_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Soto Suarez
Urb. El Torito Calle 1
I-2 Cyey P. R 00736

RECEIVED & FILED
2021 AUG 30  PM 4:50
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

United State District Court
Clerk's office, 150 Ave. Chardon Ste
150, San Juan, P.R. 00918-1767