**Exhibit 1 – Schedule of Resolved Claims**

### Exhibit 1 – Schedule of Resolved Claims

| Claimant | Claim Number | Debtor(s) | Asserted Claim Amount | Settled Amount | Stipulation Ex. No. |
|---|---|---|---|---|---|
| VELEZ SERRANO, JOSUE | 74793 | Puerto Rico Electric Power Authority | $250,000.00 | $20,000.00 | 1-A |
| CARLOS J. PÉREZ MOLINA, ANA FIGUEROA COLÓN, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM | 83932 | Puerto Rico Electric Power Authority | $3,500,000.00 | $15,000.00 | 1-B |
| CARLOS J. PÉREZ MOLINA, ANA FIGUEROA COLÓN, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM | 75638 | Puerto Rico Electric Power Authority | $2,194,500.00 | $35,000.00 | 1-C |