Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Middaly Rodriguez Figueroa

Participant's Address: Estancias Begetau Calle Federico 51 Caguas P.R. 00727

Participant's Email Address: Middarf@aol.com

Name of Counsel: Ivonne Gonzáles Morales

Address of Counsel: P.O BOX 9021828, San Juan PR 00902-1828

Email Address of Counsel: ivonnegm@prw.net

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 31 PM 4:03
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Neddaly Rodri...
Estancias Megidia
Calle Federico 51
caguas P.R.00727

United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2021 AUG 31 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose R. Cuevas Pérez_

Participant's Address: _261 Ave. Mano 2 Rivera Camuy, P.R. 00627_

Participant's Email Address: _Josercuevas2289 gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _129 001_

Nature of Claim: _Public Empoyer and Pension/Retiree Claim_

By: _[signature]_
Signature

_Jose R. Cuevas Pérez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/25/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José R. Cuevas Perez
261 Ave Muñoz Rivera
Camuy, P.R. 00627




RECEIVED & FILED
2021 AUG 31  PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



"¿No estoy
yo aquí
que soy
tu madre?"

Court's Clerks United states
Distric Cour Clerks
Office 150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *José R. Cuevas Perez*

Participant's Address:  *261 Ave. Munoz Rivera Camuy, P.R. 00627*

Participant's Email Address:  *Josercuevas2282 gmail. Com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *136040*

Nature of Claim:  *Public Employer Pension / Retiree claim*

By:  *[signature]*

Signature

*José R. Cuevas Perez*

Print Name

*Individual*

Title (if Participant is not an individual)

*08/20/2021*

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José R. Cuevas Perez
261 Ave Muñoz Rivera
Camuy, P.R. 00627



RECEIVED & FILED
2021 AUG 31 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



"¿No estoy
yo aquí
que soy
tu madre?"

Court is Clerks United states
Distric Cour clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José R. Cuevas Pérez_

Participant's Address: _261 Ave. Muñiz Rivera, Camay, P.R. 00637_

Participant's Email Address: _Joserevevas 2282gmail.comp._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _134254_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134254_

Nature of Claim: _Public Employer and Pension/Retiree Claim_

By: _peLC4_
Signature

_José R. Cuevas Pérez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José R. Cuevas Perez
261 Ave Muñoz Rivera
Camuy, P.R. 00627




RECEIVED & FILED
2021 AUG 31 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



"¿No estoy
yo aquí
que soy
tu madre?"

Court's clerks United states
Distric Court clerks
Office 150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José R. Cuevas Pérez_

Participant's Address: _261 Ave. Muñoz Rivera Camuy, P.R. 00627_

Participant's Email Address: _Josercuevas2282 gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122594_

Nature of Claim: _Public Employer and Pension /Retiree Claim_

By: _feLOY_
Signature

_José R. Cuevas Pérez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/20/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José R. Cuevas Perez
261 Ave Muñoz Rivera
Camuy, P.R. 00627

 

RECEIVED & FILED
2021 AUG 31 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



"¿No estoy
yo aquí
que soy
tu madre?"

Court is clerks United states
Distric cour clerks
Office 150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Humberto Campos Borrero*

Participant's Address: *631 STATE ST APT. 1 Perth Amboy N.J 08861*

Participant's Email Address: *fernandoechemendia @ yahoo. com.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *170193*

Nature of Claim: *Public Employee*

By: *Humberto Campos Borrero*
Signature

*Humberto Campos Borrero*
Print Name

_____
Title (if Participant is not an individual)

*AUG - 20 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Humberto @zmpou
631 STATE ST APT-1
Perth Amboy N.J 08861

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
FCM LG ENVE
PERTH AMBOY, NJ
08861
AUG 20, 21
AMOUNT
$1.00
R2305K134173-12

RECEIVED & FIL
2021 AUG 31  PM 4: 02
DISTRICT OFFICE
US DISTRI CT COU
SAN  JR, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Quiñones Navarro_

Participant's Address: _P.O.Box 9722 Plaza Carolina Station Carolina PR 00988_

Participant's Email Address: _lourdes ortiz rivera @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Juanita Quiñones Navarro_
Signature

_Juanita Quiñones Navarro_
Print Name

_____
Title (if Participant is not an individual)

_8/15/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 75132 MMLID: 1674050-P SVC: MML-PC

Quiñones Navarro, Juanita
PO Box 9722
Plaza Carolina Station
Carolina PR 00988-9722

Juanita Quiñones Navarro
PO Box 9722
Plaza Carolina Station
Carolina P.R. 0988-9722

RECEIVED & FILED

2021 AUG 31   PM 4: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SPRINGFIELD, MA
AUG 20, 21
AMOUNT

$0.75

R2304M114796-4

1000
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MAXIMINO PACHECO—OTERO_

Participant's Address: _1204 Pavia Dr. Apopka, FL 32703_

Participant's Email Address: _max_pacheco@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283—LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _(signature)_
  Signature

Print Name: _MAXIMINO PACHECO—OTERO_

_____
Title (if Participant is not an individual)

Date: _August 14, 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Dr. Max Pacheco
1204 Pavia Dr
Apopka, FL 32703

00918$1706 C018

RECEIVED & FILED

2021 AUG 31 PM 4: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste.
San Juan, P. R. 00918-1767



Case:17-03283-LTS   Doc#:18006-1   Filed:09/01/21   Entered:09/01/21 09:32:05   Desc:
Pro se Notices of Participation   Page 18 of 39

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARY R. STONER_

Participant's Address: _622 S. WESTWOOD AVE. TOLEDO, OH 43609_

Participant's Email Address: _MRSTONER@BUCKEYE-EXPRESS.COM_

Name of Counsel: _NONE_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Mary R. Stoner_
Signature

_MARY R STONER_
Print Name

_____
Title (if Participant is not an individual)

_8-20-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Mary R. Stoner
622 S Westwood Ave
Toledo, OH 43609

RECEIVED & FILED

2021 AUG 31  PM 4: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625



20 AUG 2021  PM 17 L

METROPLEX MI 480



Discovery Notice of the Courts Clerk's Office
United States Dist. Court Clerk's Office
150 Ave Carlos Chardoz. Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ROBERT STONER FAMILY TRUST_

Participant's Address: _622 N. WESTWOOD AVE  TOLEDO, OH 43609_

Participant's Email Address: _MRSTONER.MRSTONER@BUCKEYE-EXPRESS.COM_

Name of Counsel: _NONE_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Mary R. Stoner Trustee_
Signature

_MARY R STONER_
Print Name

_____
Title (if Participant is not an individual)

_8-20-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

RECEIVED & FILED

2021 AUG 31  PM 4: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625



Ms. Mary R. Stoner
622 S Westwood Ave
Toledo, OH 43609

METROPLEX MI 480

20 AUG 2021  PM 17 L



Discovery Notice of the Court's Clerk's Office
United States Dist. Court Clerk's Office
150 Ave Carlos Chardon, Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: (Minor) Meralys Concepcion Soto

Participant's Address: 1924 W Orient St. Tampa Fl 33607

Participant's Email Address: cconce02@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ID-114945 MM/ID 1574698-D SUC: MML-PC

Nature of Claim: Special Education

By: Magali Soto
Signature

Magali Soto
Print Name

Mother
Title (if Participant is not an individual)

August 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO. 1450
TOPPAN MERRILL

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 97221 MMLID: 1179189-D SVC: CHN-PC
CONCEPCION SERRANO, CARMELO
3413 W ABDELLA ST
TAMPA FL 33607-1510

RECEIVED

2021 AUG 31

NOTIFY SENDER OF NEW ADDRESS
CONCEPCION SERRANO
1924 W ORIENT ST
TAMPA FL 33607-6255

BC: 33607653924   *1972 00782-16-35



Carmelo Concepción Serrano
Meraly Concepción Soto
Ediel Concepción Soto
1924 W. Orient St.
Tampa, Fl 33607

RETURN RECEIPT
REQUESTED

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste. 150
San Juan, PR. 00918-1767

CERTIFIED MAIL

7019 2280 0001 2643 0489

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: (Minor) Ediel Concepcion Soto

Participant's Address: 1924 W. Orient St. Tampa Fl 33607

Participant's Email Address: cconce02@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ID-114944 MMLID: 1572103-D SVC: MML-PC

Nature of Claim: Special Education

By: Magal. Soto
Signature

Magali Soto
Print Name

Mother
Title (if Participant is not an individual)

August 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

-: 9400922646223150

PR 1845 SRF 55593 PACKID: 97221 MMLID: 1179189-D SVC: CHN-PC
CONCEPCION SERRANO, CARMELO
3413 W ABDELLA ST
TAMPA FL 33607-1510

33607-45150



Carmelo Concepción Serrano
Meralys Concepción Soto
Edniel Concepción Soto
1924 W. Orient St.
Tampa Fl 33607

RETURN RECEIPT
REQUESTED

United States District C
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR. 00918-1767

CERTIFIED MAIL

7019 2280 0001 2643 0489

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  Carmelo Concepción

Participant's Address:  1924 W Orient St Tampa FL 33607

Participant's Email Address:  cconce02@yahoo.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  MMLID 1179189   EPOC ID 17035600228564

Nature of Claim:  Employee Retirement of P.R.

By:  _____
     Signature

     Carmelo Concepción
     Print Name

     _____
     Title (if Participant is not an individual)

     August 20, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

··79400922646223158

PR 1845 SRF 55593 PACKID: 97221 MMLID: 1179189-D SVC: CHN-PC
CONCEPCION SERRANO, CARMELO
3413 W ABDELLA ST
TAMPA FL 33607-1510

33607-15⌷0

NOTIFY SENDER OF NEW ADDRESS
CONCEPCION SERRANO JUAN
1924 W ORIENT ST
TAMPA FL 33607-6359
BC: 336076539924    *1970-10-35

2021 AUG 31 AM 8:58

RECEIVED



Camuelo Concepción Serrano
Meralys Concepción Soto
Ethel Concepción Soto
1924 W. Orient St.
Tampa, Fl 33607

RETURN RECEIPT
REQUESTED

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR. 00918-1767

CERTIFIED MAIL

7019 2280 0001 2643 0489

1023
00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES
POSTAL SERVICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miguel A. Mir*

Participant's Address: *P.O. Box 240, Trujillo Alto, P.R. 00977-0240*

Participant's Email Address: *miguelmirsr@gmail*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17BK3283-LTS*

Nature of Claim: *Professional Engineering Svces.*

By: *Miguel Mir*
Signature

*Miguel A. Mir*
Print Name

_____
Title (if Participant is not an individual)

*23 August 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Miguel A. Mir & Associates**

**CONSULTING ENGINEERS**

August 23,2021

United States District Court
Clerks Office
Ave.Carlos Chrdon,Ste 150
San Juan, PR 00918-1767

                    Claim number #17BK3283-LTS

Gentlemen:

I am including a typical copy of the monthly engineering inspection report for one of the hospital's renovations.

All projects were completed as contracted.

I am accepting the stated retainage, and not interested in further discovery procedures.

Respectfully.

# INFORME MENSUAL

| AEP PROYECTO #5634 DI-ES | FECHAS: | |
|---|---|---|
| HOSPITAL UNIVERSITARIO FASE-A | COMIENZO: | TERMINADO: |
| PUEBLO: RIO PIEDRAS | 18 / ENE / 99 | 14 / DIC. / 99 |
| COSTO: $1,859,000 | | |
| MEJORAS: PISO #2 DE OB/GYN, CUARTOS DE AISLAMIENTO, TANQUE DIESEL, "RETROFIT" DE CENTRIFUGAS, TORRES DE ENFRIAMIENTO, CUARTO DE MAQUINAS. | | |

## PUNTOS SOBRESALIENTES:            ENERO DE 1999

Contratistas:

James Air Conditioning, Inc..
Ing. José Díaz

Pro-Electric
Sr. Héctor Morales

American Control

Administrador de Proyectos
A. E. P.:

Ing. Dionisio Cruz

Proyectista:

Ing. Miguel A. Mir
Miguel A. Mir & Associates

Ingeniero Planta Física:

Ing. Juan Angulo
Hospital Universitario

Inspección Contratada

Ing. Libertario Avilés
Ing. José Ramírez

AFASS

Ing. Carmen Padilla
Ing. Ricardo Esbri

1.   La fecha oficial de comienzo del proyecto es el 18 de enero de1999, con 330 días de duración.

2.   El 15 de enero de 1999 se hace una reunión de preconstrucción en AEP, donde se le orienta al Contratista los procedimientos generales de cómo llenar los documentos oficiales que hay que entregar a la Inspección, Proyectista, AEP, etc.

2-
Informe Hospital Universitario Fase-A
enero de 1999

3.    Se le asigna al Contratista y a la Inspección residente oficinas en el tercer piso del edificio de la Fase-A.

4.    Contratista solicita que se desocupe el piso de Ob/Gyn (segundo piso) y los cuartos de aislamiento del tercer y cuarto piso.  Ing. Amaral indica que tienen planes de mudar las pacientes de este piso a otra área en el mismo segundo piso de forma temporera en lo que se realizan las mejoras.  Ing. Carmen Padilla sugiere solicitar Orden de Cambio para habilitar el primer piso antes de mudar las pacientes.

5.    El Contratista hace entrega de las siguientes tres cartas:
      a) inconvenientes en labores que se le presentaron durante la semana
      b) carta de intención para comenzar a remover el tanque diesel soterrado
      c) carta de referencia de los subcontratistas
      Pendiente a evaluación.

6.    Se le indica al Contratista que puede comenzar la mobilización a partir del 27 de enero de 1999 debido a que la Comisión Conjunta está inspeccionando para acreditación.

7.    Queda pendiente asignar área para furgones y espacios de estacionamiento para uso del Contratista.  Se propone el área verde adyacente al edificio de generadores.  Los demás trabajadores tendrán que estacionarse en el estacionamiento del Hospital Cardiovascular.

8.    Se propone desviar el acceso a la zona de carga por el área del estacionamiento adyacente mientras se trabaja en el tanque diesel soterrado.

# INFORME MENSUAL

| AEP PROYECTO #5634 DI-ES | FECHAS: | |
|---|---|---|
| HOSPITAL UNIVERSITARIO FASE-A | COMIENZO: | TERMINADO: |
| PUEBLO: RIO PIEDRAS | 18 / ENE / 99 | 14 / DIC. / 99 |
| COSTO: $1,859,000 | | |
| MEJORAS: PISO #2 DE OB/GYN, CUARTOS DE AISLAMIENTO, TANQUE DIESEL, "RETROFIT" DE CENTRIFUGAS, TORRES DE ENFRIAMIENTO, CUARTO DE MAQUINAS. | | |

## PUNTOS SOBRESALIENTES:                    DICIEMBRE DE 1999

Contratistas:

James Air Conditioning, Inc..
Ing. José Díaz

Pro-Electric
Sr. Héctor Morales

American Control

Administrador de Proyectos
A. E. P.:

Ing. Dionisio Cruz

Proyectista:

Ing. Miguel A. Mir
Miguel A. Mir & Associates

Ingeniero Planta Física:

Ing. Juan Angulo
Hospital Universitario

Inspeción Contratada

Ing. Libertario Avilés
Ing. José Ramírez

AFASS

Ing. Carmen Padilla
Ing. Ricardo Esbri

1. La Supervisión hace entrega, por segunda ocasión, del Memorial Explicativo sobre la reparación del sistema de intercomunicación de enfermeros/as del área de Ob/Gyn.

2. El Contratista indica que ajustaron el ángulo de las aspas del abanico de una de las celdas de la torre de enfriamiento.

3. Pendiente a que el Contratista entregue planos "as built" del cuarto de máquinas.

2-
Informe Hospital Universitario Fase-A
diciembre de 1999

4.   El Ing. Angulo indica que las cubiertas de las torres de enfriamiento marca
     Marley, localizadas en el techo del edificio de la Fase-B, se cayeron.  El
     Contratista indica que las ajustará en su lugar. En fecha posterior, el Ing. Angulo
     indica que fueron mal instaladas.  La Supervisión le indica al Contratista que se
     oriente con el suplidor de la torre para verificar el tipo de tornillos que lleva para
     que los provea. Luego, el Contratista indica que reemplazó los tornillos de las
     tapas; sin embargo no puso las tuercas de mariposa.  Señala que las pondrá
     próximamente.  Se orientará con el suplidor en cuanto a mejorar el agarre que no
     lleva tornillos en las tapas.

5.   El Contratista indica que AEP no ha aprobado la orden de cambio sobre las
     gavetas y arrancadores de las bombas de agua de torre.  Estas se demoran
     aproximadamente tres meses en llegar.

6.   El Contratista indica que le solicitó al subcontratista la lista de actividades y
     fechas para determinar la duración de la extensión de tiempo de las labores en
     las facilidades temporeras de Ob/Gyn.  La Inspección está revisándola para
     certificarla.

7.   El Contratista indica que luego del cambio de refrigerante de la centrífuga #3,
     ésta fué puesta en operación, sin embargo, su purgadora permitió la entrada de
     aire al sistema por lo que se tuvo que apagar.  Esto demuestra el estado crítico
     en que se encuentran las purgadoras y urge la aprobación de la orden de cambio
     corrrespondiente.

8.   Pendiente a que el Ing. Angulo entregue al Contratista muestra de los tornillos de
     las mezcladoras del área de Ob/Gyn para que se puedan reponer.  En fecha
     posterior, el Contratista compró los tornillos.

9.   Pendiente a que el Contratista entregue la cotización sobre la instalación de un
     medidor de nivel de combustible "petrometer" para el tanque.

10.  La Inspección indica que le entregó al Contratista la lista de las partidas dentro
     de la Orden de Cambio #1.

11.  Pendiente relocalizar la escalera de acceso al techo del cuarto de máquinas de
     los elevadores ya que está siendo obstaculizada por los tubos de agua helada.

12.  Pendiente a que el Contratista le entregue, por escrito, al Ing. Angulo la fecha de
     entrega de los cuartos de aislamiento del cuarto y quinto piso ya que está
     teniendo problemas con OSHA.

13.  El Ing. Angulo indica que se mandó a reparar la purgadora para poder encender
     la centrífuga #3.  Queda pendiente verificar el rendimiento de una celda de la

3-
Informe Hospital Universitario Fase-A
diciembre de 1999

torre de enfriamiento por el ajuste en el ángulo de las aspas del abanico una vez se tenga la centrífuga encendida.

14.　El Contratista indica que falta la conexión eléctrica del abanico de extracción del cuarto de máquinas.

15.　El Contratista indica que reemplazará próximamente la tubería de descarga de los discos de ruptura de las centrífugas a un tamaño mayor.

16.　El Contratista proveyó el "self contained breathing apparatus" que faltaba y los ubicará en la oficina de mantenimiento.

17.　La Inspección indica que están teniendo problemas con la instalación de los nuevos "dispensers" de papel sanitario.  El Ing. Mir recomienda que no se instalen los nuevos, que se compren unos similares a los existentes y se de un crédito por la labor.  El Contratista indica que comprará e instalará los "dispensers" que el Ing. Angulo seleccione.

18.　La Sra. Martínez, del Departamento de Control de Infecciones del Hospital Universitario, pregunta cuándo se entregan los cuartos de aislamiento.  El Contratista se compromete entregar los del cuarto y quinto piso para la primera semana de enero del 2000; los del tercer piso para finales de enero del 2000 y los del segundo piso para principios de febrero del 2000.  En los del cuarto y quinto piso lo que falta es recoger, pintar y el "dispenser" del papel sanitario.  El Contratista indica que para servirle aire acondicionado a estos cuatro cuartos, cambiará temporeramente la polea del abanico de la manejadora en lo que están listos los del segundo y tercer piso.  Hará una orientación sobre las presiones requeridas en los cuartos y el funcionamiento de las alarmas.

19.　La Supervisión le indica al Contratista que debe hacer una prueba de exfiltración en los conductos de aire de los cuartos de aislamiento del cuarto y quinto piso y el tramo hasta la manejadora, antes de entregar los cuartos.  Esta prueba debe ser presenciada y aprobada por la Inspección.

20.　El Contratista indica que Trane instaló la purgadora de la centrífuga #3 pero la centrífuga no funciona por estar llena de aire.  Vendrá próximamente a solucionar el problema.

21.　El Contratista hace entrega de una carta solicitando la extensión de tiempo por los trabajos de las facilidades temporeras de Ob/Gyn.  La Supervisión hará un Memo Explicativo al respecto.

4-
Informe Hospital Universitario Fase-A
diciembre de 1999

22.   El Ing. Amaral indica que hay que corregir el corte de la rejilla por donde pasa el
conducto del aire de descarga del abanico del cuarto de máquinas.  La
Supervisión le indica al Contratista que verifique si las paredes que se
encuentran debajo de esta rejilla no son de carga para poderlas romper y ubicar
el conducto donde se presenta en el plano.

23.   Pendiente a que el Contratista provea e instale los mecanismos que hacen falta
para abrir las ventanas en el área de Ob/Gyn.

24.   La Inspección indica que lo más crítico que queda pendiente es la reparación de
la centrífuga #3.

25.   En cuanto a la válvula de tres vías instalada en la entrada de agua de torre de
las centrífugas, la Supervisión indica que habló con el suplidor y éste indica que
no cree que haya problemas con la caída en presión en la válvula; sin embargo,
el problema puede estar en que la válvula esté parcialmente abierta y que, por no
existir un sensor que la opere, no se puede determinar a menos que se quite el
actuador y se abra manualmente.  Al ser muy poco probable que pongan
funcional el sistema de "reheats" con agua caliente, se determina que no hace
falta esta válvula.  Por lo tanto, se puede quitar o eliminarle el actuador y
operarla de forma manual orientándose con el suplidor.

26.   El Ing. Amaral indica que urge el encendido de una de las celdas de la torre de
enfriamiento y la bomba que le corresponde.  Se señala que instalaron las
bombas de retorno de combustible de los "day tanks" y que sólo queda verificar
el respiradero.

Miguel A. MIR
P. O. Box 240
Trujillo Alto Alto, P.R.
00977-240

CERTIFIED MAIL®

7021 0950 0002 1797 0194



U.S. POSTAGE PAID
FCM LG ENV
TRUJILLO ALTO, PR
00976
AUG 25, 21
AMOUNT

$7.65

1000      00918      R2305P151220-03

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767