# United States Court of Appeals
## For the First Circuit

No. 20-1847

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

ASSURED GUARANTY CORPORATION; ASSURED GUARANTY MUNICIPAL CORPORATION; AMBAC ASSURANCE CORPORATION; THE FINANCIAL GUARANTY INSURANCE COMPANY; NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

Movants - Appellants

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Respondent - Appellee

AMERINATIONAL COMMUNITY SERVICES, LLC, as servicer for the GDB Debt Recovery Authority; CANTOR-KATZ COLLATERAL MONITOR LLC, as collateral monitor for the

GDB Debt Recovery Authority,

Intervenors.

### JUDGMENT

Entered: July 30, 2021

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc: Hermann D. Bauer-Alvarez
Arturo Diaz-Angueira
Carla Garcia-Benitez
Joseph P. Davis III
Mark David Harris
Martin J. Bienenstock
Katiuska Bolanos-Lugo
William D. Dalsen
Jeffrey W. Levitan
Brian S. Rosen
Guy Brenner
Wandymar Burgos-Vargas
Timothy W. Mungovan
Donald B. Verrilli Jr.
Michael T. Mervis
Susana I. Penagaricano Brown
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
John E. Roberts
Ehud Barak
Laura E. Stafford
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung

Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Maja Zerjal
Ginger D. Anders
Adele M. El-Khouri
Kevin J. Perra
Jennifer L. Roche
Rachel G. Miller Ziegler
Gabriel A Miranda-Rivera
Juan Carlos Ramirez-Ortiz
Adam Deming
Elliot Rainer Stevens
Roberto A. Camara-Fuertes
Sonia E. Colon-Colon
Sean Michael Marotta
Neal Kumar Katyal
Atara Miller
Dennis F. Dunne
Grant R. Mainland
Mitchell Reich
Randall A. Brater
John Joseph Hughes III
Jonathan Ohring
Reedy Swanson
Nathaniel Avi Gideon Zelinsky
Raul Castellanos-Malave
Luis Francisco Del-Valle-Emmanuelli
Chantel L. Febus
Monsita Lecaroz-Arribas
Fernando E. Agrait-Betancourt
Jose Alberto Sosa-Llorens
Monsita Lecaroz-Arribas
Carlos Alberto Ruiz Rodriguez
Ralph C. Ferrara
Ann M. Ashton
Clarisa I. Sola-Gomez
Luis E. Pabon-Roca
Heriberto J. Burgos-Perez
Ricardo F. Casellas-Sanchez
Diana Perez-Seda
Howard Robert Hawkins Jr.
Mark C. Ellenberg

Ellen M. Halstead
Casey J. Servais
Thomas J. Curtin
William J. Natbony
Maria Emilia Pico
Martin A. Sosland
Jason W. Callen
James E. Bailey III
Adam Michael Langley
Eric Perez-Ochoa
Luis A. Oliver-Fraticelli
Gregory Silbert
Jonathan D. Polkes
Kelly Diblasi
Robert Berezin
Luis C. Marini-Biaggi
Elizabeth Lemond McKeen
Peter M. Friedman
Ashley M. Pavel
John J. Rapisardi
Carolina Velaz-Rivero
Nancy A. Mitchell
Carmen D. Conde Torres
Douglas Koff
Robert Mark Loeb
Sarah Hartman Sloan
Douglas S. Mintz
Peter J. Amend
Abbey Walsh
Arturo J. Garcia-Sola
Alejandro Jose Cepeda-Diaz
Nayuan Zouairabani-Trinidad