# United States Court of Appeals
## For the First Circuit

No. 20-1847

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

ASSURED GUARANTY CORPORATION; ASSURED GUARANTY MUNICIPAL CORPORATION; AMBAC ASSURANCE CORPORATION; THE FINANCIAL GUARANTY INSURANCE COMPANY; NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

Movants - Appellants

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Respondent - Appellee

AMERINATIONAL COMMUNITY SERVICES, LLC, as servicer for the GDB Debt Recovery Authority; CANTOR-KATZ COLLATERAL MONITOR LLC, as collateral monitor for the

GDB Debt Recovery Authority,

Intervenors.

## MANDATE

Entered: July 30, 2021

In accordance with the judgment of July 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Fernando E. Agrait-Betancourt
Julia D. Alonzo
Peter J. Amend
Ginger D. Anders
Ann M. Ashton
James E. Bailey III
Ehud Barak
Hermann D. Bauer-Alvarez
Robert Berezin
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Randall A. Brater
Guy Brenner
Heriberto J. Burgos-Perez
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Jason W. Callen
Roberto A. Camara-Fuertes
Ricardo F. Casellas-Sanchez
Raul Castellanos-Malave
Alejandro Jose Cepeda-Diaz
Sonia E. Colon-Colon
Carmen D. Conde Torres
Thomas J. Curtin
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III

Luis Francisco Del-Valle-Emmanuelli
Adam Deming
Arturo Diaz-Angueira
Kelly Diblasi
Dennis F. Dunne
Adele M. El-Khouri
Mark C. Ellenberg
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Peter M. Friedman
Carla Garcia-Benitez
Arturo J. Garcia-Sola
Chad Golder
Michael R. Hackett
Ellen M. Halstead
Mark David Harris
Howard Robert Hawkins Jr.
Stephan E. Hornung
John Joseph Hughes III
Neal Kumar Katyal
Douglas Koff
Adam Michael Langley
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Robert Mark Loeb
Michael Luskin
Grant R. Mainland
Luis C. Marini-Biaggi
Sean Michael Marotta
Elizabeth Lemond McKeen
Michael T. Mervis
Rachel G. Miller Ziegler
Atara Miller
Douglas S. Mintz
Gabriel A Miranda-Rivera
Nancy A. Mitchell
Timothy W. Mungovan
William J. Natbony
Jonathan Ohring
Luis A. Oliver-Fraticelli
Luis E. Pabon-Roca
Ashley M. Pavel
Susana I. Penagaricano Brown
Eric Perez-Ochoa

Daniel Jose Perez-Refojos
Diana Perez-Seda
Kevin J. Perra
Maria Emilia Pico
Jonathan D. Polkes
Paul V. Possinger
Juan Carlos Ramirez-Ortiz
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
Mitchell Reich
John E. Roberts
Jennifer L. Roche
Brian S. Rosen
Carlos Alberto Ruiz Rodriguez
Casey J. Servais
Gregory Silbert
Sarah Hartman Sloan
Clarisa I. Sola-Gomez
Jose Alberto Sosa-Llorens
Martin A. Sosland
Laura E. Stafford
Elliot Rainer Stevens
Reedy Swanson
Carolina Velaz-Rivero
Donald B. Verrilli Jr.
Abbey Walsh
Steven O. Weise
Nathaniel Avi Gideon Zelinsky
Maja Zerjal
Nayuan Zouairabani-Trinidad