## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Jason Sugarman, depose and say that I am employed by Prime Clerk LLC ("***Prime
Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases
under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act
(PROMESA).

On August 27, 2021, at my direction and under my supervision, employees of Prime Clerk
caused the following document to be served via first class mail on (1) the 390th Omnibus Service
List attached hereto as **Exhibit A**; (2) the 391st Omnibus Service List attached hereto as **Exhibit B**;
(3) the 392nd Omnibus Service List attached hereto as **Exhibit C**; (4) the 393rd Omnibus Service
List attached hereto as **Exhibit D**:

- Omnibus Objection Notice, customized for each party, a blank copy of which is attached
  hereto as **Exhibit E**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of
Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK
4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are
listed as Bankruptcy Case numbers due to software limitations).

Dated: September 1, 2021

                                                    */s/ Jason Sugarman*
                                                    Jason Sugarman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 1, 2021, by Jason Sugarman, proved to
me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 56184

**<u>Exhibit A</u>**

Exhibit A

390th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1506466-N | CAMERA MUNDI INC | JUAN A SANTOS BERRIOS | SANTOS BERRIOS LAW OFFICES LLC | PO BOX 9102 | HUMACAO | PR | 00791-9102 |
| 1506466-P | CAMERA MUNDI INC | PO BOX 6840 | | | CAGUAS | PR | 00726-6840 |
| 1424175-P | Cobas, Marco A. | 184 Via Enramada | Urb Entrerios | | Trujillo Alto | PR | 00976 |
| 102758-P | COMMUNICATION LEASING LEASING CORPORATION | PO BOX 362526 | | | SAN JUAN | PR | 00936-2565 |
| 1494411-P | Consolidated Waste Services | PO Box 1322 | | | Gurabo | PR | 00778 |
| 1566515-P | Duenas Trailers Rental, Inc. | PO BOX 194859 | | | San Jaun | PR | 00919 |
| 1416322-P | JORGENSEN, ROY | PO BOX 70 | | | BUCHEYSTOWN | MD | 21717 |
| 1687431-P | McCann Erickson Corporation,SA | Colón Santana & Asoc. | 315 Coll & Toste | Urb. Baldrich | San Juan | PR | 00918 |
| 1687431-D | McCann Erickson Corporation,SA | McCann Worldgroup | Att. Rafael Camacho/Belina Hernández | PO Box 9023389 | San Juan | PR | 00902-3389 |
| 1687431-D | McCann Erickson Corporation,SA | McCann Worldgroup | Att. Rafael Camacho/Belina Hernández | PO Box 9023389 | San Juan | PR | 00902-3389 |
| 1687431-D | McCann Erickson Corporation,SA | McCann Worldgroup | Att. Rafael Camacho/Belina Hernández | PO Box 9023389 | San Juan | PR | 00902-3389 |
| 250368-P | Negron Fernandez, Jose R | Bucare | 2105 Topacio | | Guaynabo | PR | 00969 |
| 250368-N | Negron Fernandez, Jose R | Juan Jose Charana-Agudo | Marichal, Hernández, Santiago & Juarbe, LLC | PO Box 190095 | San Juan | PR | 00919-0095 |
| 590356-P | WALDEMAR D LOPEZ MATOS DBA LOPEZ TRUCK AND BUS PARTS | HC 02 BOX 6745 | | | HORMIGUEROS | PR | 00660-9715 |

**<u>Exhibit B</u>**

Exhibit B

391st Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 831192-N | Antilles Office Supply | Calle Inmaculada #4 | | | Manati | PR | 00624 |
| 831192-N | Antilles Office Supply | Calle Inmaculada #4 | | | Manati | PR | 00674 |
| 831192-N | Antilles Office Supply | Jose A. Acevedo Maldonado | Calle Immaculada #4 | | Manati | PR | 00624 |
| 831192-N | Antilles Office Supply | Jose A. Acevedo Maldonado | Calle Immaculada #4 | | Manati | PR | 00674 |
| 831192-N | Antilles Office Supply | Jose A. Acuede Maldonado | Calle Unmaculada #4 | | Monah | PR | 00674 |
| 831192-P | Antilles Office Supply | PO Box 3474 | | | Manatí | PR | 00674 |
| 831192-N | Antilles Office Supply | Calle Inmaculada #4 | | | Manati | PR | 00624 |
| 831192-N | Antilles Office Supply | Calle Inmaculada #4 | | | Manati | PR | 00674 |
| 831192-N | Antilles Office Supply | Jose A. Acevedo Maldonado | Calle Immaculada #4 | | Manati | PR | 00624 |
| 831192-N | Antilles Office Supply | Jose A. Acevedo Maldonado | Calle Immaculada #4 | | Manati | PR | 00674 |
| 831192-N | Antilles Office Supply | Jose A. Acuede Maldonado | Calle Unmaculada #4 | | Monah | PR | 00674 |
| 831192-P | Antilles Office Supply | PO Box 3474 | | | Manatí | PR | 00674 |

Exhibit B

391st Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1726732-D | ANTILLES POWER DEPOT, INC. | ANTILLES POWER DEPOT | PO BOX 810190 | | CAROLINA | PR | 00981 |
| 1726732-P | ANTILLES POWER DEPOT, INC. | WIGBERTO LUGO MENDER, ESQ. | 100 CARR 165 SUITE 501 | | GUAYNABO | PR | 00968 |
| 30842-P | APPLIED CONCEPTS INC | 855 E COLLINS BLVD | | | RICHARDSON | TX | 75081 |
| 1519027-P | COMPANIA de FOMENTO INDUSTRIAL de PUERTO RICO | P.O.BOX 362350 | | | SAN JUAN | PR | 00936-2350 |
| 1519395-N | Consolidated Telecom of Puerto Rico,LLC d/b/a Conso Tel of Puerto Rico,LLC | Jose David Casillas Aponte | PO Box 195600 | | San Juan | PR | 00919-5600 |
| 1519395-P | Consolidated Telecom of Puerto Rico,LLC d/b/a Conso Tel of Puerto Rico,LLC | Rodriguez-Marxuach, PSC | P.O.Box 16636 | | San Juan | PR | 00908-6636 |
| 1554699-P | Consolidated Waste Services | PO Box 1322 | | | Gurabo | PR | 00778 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

391st Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1554699-P | Consolidated Waste Services | PO Box 1322 | | | Gurabo | PR | 00778 |
| 1554699-P | Consolidated Waste Services | PO Box 1322 | | | Gurabo | PR | 00778 |
| 1379121-P | DANOSA CARIBBEAN INC | P.O. BOX 13757 | COMPLEJO INDUSTRIAL LUCHETTI | | SAN JUAN | PR | 00908-3757 |
| 1379121-D | DANOSA CARIBBEAN INC | PO BOX 13757 | | | SAN JUAN | PR | 00908-3757 |
| 1778200-N | Distribuidora Blanco Inc | Lcdo. José A. Molina-Cacho | PO Box 29851 | | San Juan | PR | 00929-0851 |
| 1778200-P | Distribuidora Blanco Inc | P.O. Box 192672 | | | San Juan | PR | 00919-2672 |
| 1778200-N | Distribuidora Blanco Inc | Pmb 555, 1353 Ave Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 2042424-P | DUST CONTROL SERVICES OF P.R., INC. | PO BOX 362048 | | | SAN JUAN | PR | 00936-2048 |
| 1521123-P | ESTUDIOS TÉCNICOS, INC. | PO BOX 12144 | | | SAN JUAN | PR | 00914-0144 |
| 1521123-N | ESTUDIOS TÉCNICOS, INC. | Urb Baldrich 113 Domenech Ave | | | Hato Rey | PR | 00918 |

Exhibit B

391st Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1492674-D | Evertec Group,LLC | c/o Yadhira M. Rodriguez | P.O. Box 364527 | | San Juan | PR | 00936-4527 |
| 1492674-P | Evertec Group,LLC | McConnell Valdés LLC | c/o Evertec Group, LLC | P.O. Box 364225 | San Juan | PR | 00936-4225 |
| 1570759-P | HL Centrovision Group HR Inc. | Ave Munoz Rivera #652 | El Monte Mall Suite 2000 | | Hato Rey | PR | 00918 |
| 238550-P | Jesus J Jorge Coriano DBA Mariolita Landscaping | PO Box 145 | | | Las Marias | PR | 00670 |
| 241220-P | JL AUTO PAINTS, PARTS & BODY SERVICES | #139 HACIENDA MI QUERIDO VIEJO | | | DORADO | PR | 00646 |
| 242621-N | Johnjavi Corp. | Corretjer, L.L.C. | Rafael Humberto Ramírez Polanco | 625 Ponce de Leon Ave. | San Juan | PR | 00917-4819 |
| 242621-P | Johnjavi Corp. | PO Box 246 | | | Las Piedras | PR | 00771 |
| 1521196-N | JOM SECURITY SERVICES, INC. | FERNANDEZ PEREZ LAW OFFICE | ATTN: ELIAS L FERNANDEZ, ATTORNEY | PO BOX 7500 | PONCE | PR | 00732 |
| 1521196-P | JOM SECURITY SERVICES, INC. | PO BOX 2249 | | | GUAYAMA | PR | 00785 |
| 259232-P | KRESTON PR LLC | PO BOX 193488 | | | SAN JUAN | PR | 00919-3488 |
| 669184-N | Mallinckrodt Pharmaceuticals | Attn: Brian J. Deneau | 675 McDonnell Blvd. | | Hazelwood | MO | 64042 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit B

391st Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 669184-P | Mallinckrodt Pharmaceuticals | c/o Polsinelli PC | Attn: Christopher A. Ward | 222 Delaware Avenue, Suite 1101 | Wilmington | DE | 19801 |
| 669184-D | Mallinckrodt Pharmaceuticals | INO Therapeutics LLC | P.O. Box 642509 | | Pittsburgh | PA | 15264-2509 |
| 318514-P | MECANICA TITO | JOSE R. GONZALEZ | PO BOX 310 | | CIALES | PR | 00638 |
| 334407-P | MILLER & CHEVALIER CHARTERED | 900 16TH ST NW | | | WASHINGTON | DC | 20006-2901 |
| 1485607-P | Netwaves Equipment Co. | 316 Avenida De La Constitución | | | San Jaun | PR | 00901 |
| 1485607-N | Netwaves Equipment Co. | Hector Figueroa-Vincenty, Esq. | 310 Calle San Francisco Suite 32 | | San Juan | PR | 00901 |
| 1759383-N | O'NEILL SECURITY & CONSULTANT SERVICES, INC. | Attn: Elias L Fernandez | Fernandez Perez Law Office | PO Box 7500 | Ponce | PR | 00732 |
| 1759383-P | O'NEILL SECURITY & CONSULTANT SERVICES, INC. | PO Box 1057 | | | Guayama | PR | 00785 |
| 1486044-P | Organizacions Oneto, INC | 425 CARR 693 PMB 500 | | | Dorado | PR | 00646 |
| 413631-P | PR STORAGE FORKLIFT DIVISION | PO BOX 250060 | | | AGUADILLA | PR | 00604 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

391st Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 413836-P | PRAXAIR PUERTO RICO B V | PO BOX 307 | | | GURABO | PR | 00778-0307 |
| 1496814-D | Promotions & Direct, Inc. | c/o Andrés Porras | Calle C Suite 791 Urb. Julia | | San Juan | PR | 00922 |
| 1496814-P | Promotions & Direct, Inc. | McConnell Valdés LLC | P.O. Box 364225 | | San Juan | PR | 00936 |
| 1859290-P | Quest Diagnostics of PR Inc | Caparra Gallery Calle Ortegon #107 | Local 105 | | GUAYNABO | PR | 00966 |
| 742981-P | RANGER AMERICAN ARMORED SERVICES INC | Attn: Lilliam Fajardo | PO BOX 29105 | | SAN JUAN | PR | 00929-0105 |
| 831704-P | UNIVERSAL CARE CORPORATION | PO BOX 1051 | | | SABANA SECA | PR | 00952-1051 |
| 1566161-P | WALDEMAR D. LOPEZ MATOS DBA LOPEZ TRUCK | AND BUS PARTS | HC 02 BOX 6745 | | HORMIGUEROS | PR | 00660-9715 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**<u>Exhibit C</u>**

Exhibit C

392nd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|
| 1807795-P | De Jesus Rivas, Ivette | PO Box 9785 | | | Cidra | PR | 00739 |
| 1807795-P | De Jesus Rivas, Ivette | PO Box 9785 | | | Cidra | PR | 00739 |
| 1807795-P | De Jesus Rivas, Ivette | PO Box 9785 | | | Cidra | PR | 00739 |
| 2576299-P | Oriental Bank | PO Box 195115 | | | San Juan | PR | 00919-5115 |
| 1731435-P | Santiago Quijano, Yezenia E | PO Box 705 | | | Camuy | PR | 00627 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit D</u>**

Exhibit D

393rd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2253013-P | Aleman Dones, Eric | HC-61 Box 4387 | | | Trujillo Alto | PR | 00976 |
| 2252961-P | Algarin, Emma Flores | Alturas de Rio Grande | Calle 14 Main L-235 | | Rio Grande | PR | 00745 |
| 2252982-P | Baez, Mariluz | HC 69 BOX 15547 | | | BAYAMON | PR | 00956 |
| 51443-P | BERRIOS TORRES, MARIA S | BZN 2238 BO RIO ABAJO | | | CIDRA | PR | 00739 |
| 2253504-P | Berrios Torres, Maria S | RR01 Buzon 2238 Barrio Rio Abajo | | | Cidra | PR | 00739 |
| 2253504-P | Berrios Torres, Maria S | RR01 Buzon 2238 Barrio Rio Abajo | | | Cidra | PR | 00739 |
| 2253504-P | Berrios Torres, Maria S | RR01 Buzon 2238 Barrio Rio Abajo | | | Cidra | PR | 00739 |
| 2253504-P | Berrios Torres, Maria S | RR01 Buzon 2238 Barrio Rio Abajo | | | Cidra | PR | 00739 |
| 2253504-P | Berrios Torres, Maria S | RR01 Buzon 2238 Barrio Rio Abajo | | | Cidra | PR | 00739 |
| 2253487-P | Berrios Torres, Maria S | RR01 Buzon 2238 (Barrio Rio Abaja) | | | Cidra | PR | 00739 |
| 2252743-P | Colon Cosme, Janet | Urb. Los Prados Sur 110 C/Zirconia | | | Dorado | PR | 00646 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit D

393rd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2252743-P | Colon Cosme, Janet | Urb. Los Prados Sur 110 C/Zirconia | | | Dorado | PR | 00646 |
| 2252743-P | Colon Cosme, Janet | Urb. Los Prados Sur 110 C/Zirconia | | | Dorado | PR | 00646 |
| 2252997-P | CORTES ADORNO, ZORAIDA | PO BOX 64 | | | TRUJILLO ALTO | PR | 00977 |
| 2252976-P | Costoso Rodriguez, Anthony | P.O. Box. 1195 | | | Trujillo Alto | PR | 00977 |
| 2253027-P | de Jesus Rivas, Ivette | P.O. Box 9785 | | | Cidra | PR | 00739 |
| 2253027-P | de Jesus Rivas, Ivette | P.O. Box 9785 | | | Cidra | PR | 00739 |
| 2252803-P | de la Rosa Andujar, Damaris | Urb Puerto Nuevo | Calle 20 NE 1151 | | San Juan | PR | 00920 |
| 2252954-N | DEL C PARRILLA CANALES, MARIA | AUXILIAR ADMINISTRATIVO III | MUNICIPIO DE TRUJILLO ALTO | COND LOS CANTIZALES II EDIF A APTO A 303 | SAN JUAN | PR | 00926 |
| 2252954-P | DEL C PARRILLA CANALES, MARIA | COND LOS CANTIZALES II | EDIF A  APTO A 303 | | SAN JUAN | PR | 00926 |
| 2253348-P | Del Carmen Vidal, Maria | P.O. Box 652 | | | Trujillo Alto | PR | 00977 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit D

393rd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2252993-P | Esquilin Colon, Sandra Ivelisse | Urb. Masiones de Carolina NN 29 Calle Yaurel | | | Carolina | PR | 00987 |
| 2252681-P | Galan Kercado, Carlos E. | Urb. Los Prados Sum 110 C/Zirconia | | | Dorado | PR | 00646 |
| 2252681-P | Galan Kercado, Carlos E. | Urb. Los Prados Sum 110 C/Zirconia | | | Dorado | PR | 00646 |
| 2252681-P | Galan Kercado, Carlos E. | Urb. Los Prados Sum 110 C/Zirconia | | | Dorado | PR | 00646 |
| 2253001-P | Guzman Vega, Jose L | C/65 Infanteria #708 | | | Trujillo Alto | PR | 00976 |
| 2253219-P | Irizarry Rosad, Idalia | 503B 25 de Julio #20 Cond Torres Navel | | | Yauco | PR | 00698 |
| 2253332-N | Lugo Padilla, Carmen R. | 2021 Calle Asociacion | | | San Juan | PR | 00918 |
| 2253332-P | Lugo Padilla, Carmen R. | Colinas Del Sol Calle 4 Apto. 3532 | | | Bayamón | PR | 00957 |
| 1103497-P | MALDONADO MORALES, WILLIAM | HC02 BUZON 3957 | BO JAGUAS | | PENUELAS | PR | 00624 |
| 2253521-P | MAYRA TIRADO MUNOZ | 14 CALLE KIBBAM | | | VEGA BAJA | PR | 00693 |

Exhibit D

393rd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2253493-P | Melendez Negron, Gladys D. | 1450 Main St #504 | | | Bridgeport | CT | 06604 |
| 2252999-P | Molina Betancourt, Luz E | HC 645 BOX 6421 | | | TRUJILLO ALTO | PR | 00976 |
| 2253003-P | MORALES, ORLANDO F | URB. BAIROA CALLE 15A DE-10 | | | CAGUAS | PR | 00725 |
| 2253217-P | Muniz Arroyo, Claribet | CGM 35 Alturo de Yauco | | | Yauco | PR | 00698 |
| 2253062-P | Peña Peña, Iris M. | P.O. Box 186 | | | San Sebastian | PR | 00685 |
| 2253513-P | Perez Santiago, Maria A. | Calle C #37 | Urb. Villa del Rosario | | Vega Baja | PR | 00693 |
| 2253007-P | Ramos Delgado, Jose Luis | P.O. Box 35 | | | Trujillo Alto | PR | 00977 |
| 431300-N | RE EVOLUCION INC | EMINEH DE L. MARRERO | A21 URB. SAN ANTONIO | | ARROYO | PR | 00714 |
| 431300-P | RE EVOLUCION INC | PO BOX 206 | | | ARROYO | PR | 00714 |
| 2253728-P | Rios Collazo, Jose A | 14 Calle Kihsaim | | | vega baja | PR | 00694 |
| 2575338-P | Rios Collazo, Jose A | 14 Calle Kibsaim | | | Vega Baja | PR | 00693 |
| 2069169-P | RIVERA CHEVERES, CARMEN S | BOX 101 | | | BARRANQUITAS | PR | 00794 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit D

393rd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2253356-P | Rodriguez Morales, Angel Luis | P.O. Box 1455 | | | Trujillo Alto | PR | 00977 |
| 2252398-P | Rodriguez Rodriguez, Simon | P.O. Box 318 | | | Camuy | PR | 00627-0318 |
| 2252745-P | Rosario Morales, Miguel | HC-02 Box 3829 | | | Maunabo | PR | 00707 |
| 2253005-P | Rzadkowski, Richard | Urb. Quintas de Cupey | A5 Calle 14 | | San Juan | PR | 00926 |
| 2252987-P | SANCHEZ FIGUEROA, IVELISSE | URB LOMAS DE TRUJILLO | J 6 CALLE 8 | | TRUJILLO ALTO | PR | 00976 |
| 2253509-P | Sanchez Ortiz, Yvette | HC10 Box 7997 | | | Sabana Grande | PR | 00637 |
| 2575572-P | Tirado Muñoz, Mayra | 14 Calle Kibsaim | | | Vega Baja | PR | 00693 |
| 2575572-P | Tirado Muñoz, Mayra | 14 Calle Kibsaim | | | Vega Baja | PR | 00693 |
| 2253047-P | Vicente Carattini, Carmen Delia | 1184 Carr 173 | | | Cidra | PR | 00739 |
| 2253043-P | Vicente Carattini, William | Urb. Sabanera 139 Camino Lastrinitarios | P.O. Box 339 | | Cidra | PR | 00739 |
| 2253100-P | Walker Del Valle, Adela | 17 Cooperativa Jardines de Trujillo | Edificio F-401 | | Trujillo Alto | PR | 00976 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit E</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
|      |         |           |        |                      |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
|        |                    |                       |        |                                |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**