UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                      No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

                  Debtors.[1]

------------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

1.    Letter dated July 26, 2021 from Wilma I. Rosa Vera.
2.    Letter dated July 27, 2021 from Anna Novedo.
3.    Letter dated July 28, 2021 from Lucia Colon Calzada.

---

[1]     The Debtors in these title III cases, along with each Debtor's respective title III case
number listed as a bankruptcy case number due to software limitations and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i)
Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-
3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement
System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto
Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last
Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID:
3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No.
19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

4.      Letter dated July 30, 2021 from Diamaris Galindo Ortiz.

5.      Letter dated August 2, 2021 from Ana Nunez.

6.      Letter dated August 14, 2021 from Robert F. Schott.

7.      Letter dated August 25, 2021 from Antonio Martin.

Dated: September 2, 2021

26 de Julio de 2021

Hon. Judge Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

Jueza Taylor Swain:

Mi nombre es Wilma Inés Rosa Vera, 30 años
de servicio en el Departamento de Educación como
Trabajadora Social Escolar con Maestría. Tengo 67 años y
vivo sola, mi pensión de Retiro es mi único sustento,
es lo único que recibo. Los que trabajamos en el
Dept. de Educación nunca se nos permitió cotizar para
el Seguro Social. Tengo deudas: pago hipoteca de la
casa, plan de salud médico, medicamentos, agua, luz,
teléfono, comida, gasolina y gastos personales. El
alto costo de vida ha aumentado drásticamente,
todo está más caro y aún recibiendo mi pensión
se me hace difícil cumplir con mis responsabilidades.

Como es de su conocimiento la Junta de
Supervisión Fiscal el cuál tiene el privilegio de
contar con sueldos altísimos ha presentado un
plan de ajuste de deuda que contempla un recorte
de 8.5 % a los pensionados que reciben más de
#1,500 mensuales. Esto amenaza la capacidad de
nosotros para mantenernos y cubrir nuestras
necesidades y condiciones de salud. Para esto
$\longrightarrow$

trabajé y me esforcé por 30 años para una pensión justa y completa sin recortes.

El pasado 9 de junio de 2021 se convirtió en ley el Proyecto de la Cámara 120, ahora Ley 7-2021 mejor conocida como ley para un Retiro Digno. La misma establece una política pública de cero recortes a las personas pensionadas de Servicio Público de Puerto Rico.

No aguantamos mayores recortes es mucho lo que pretenden quitarnos a nuestra pensión que de por sí es insuficiente y por la cuál trabajimos por 30 años. El Gobierno No nos la regaló... la trabajamos día a día. Los políticos malversaron fondos de nuestro retiro y ellos cuentan con jugosos sueldos. Ellos andan tranquilitos Como si nada y Nosotros Sufrimos las Consecuencias No es juesto Jueza Swain. Por favor ayúdenos a hacer justicia y que no nos recorten nuestra pensión. Es mi único sustento, vivo solo y No recibo Seguro Social.

Espero nos pueda ayudar

Wilma Rosa Vera

27 Juli/2021

Hon. Judge Laura Taylor Swain

My name is Ausa E. Hernández Novelo,

I am 66 yrs old and I was a

Social Worker for the P.R. dept. of

Education for 33 yrs. I recieve 2,150

for my retirement. This is my only

income. With the 2,150 dollars

I covers my expenses, such as

my house, car payments, electricy,

water, Personal loan and other

expenses. I do not recieve Social

Security and my medical plan is

through the Government, I also

recieve food Stamps.

I hope that you will

tilibra

Consider my situation.

Since the impact of the

cost of living is very

difficult and is very

impacting us all and the

future of our country

which is getting harder from

day today

Sincerely

Ausa E Hernández

27 Julio/2001

Hon. Judge Laura Taylor Swain

Juzga Taylor Swain

Mi nombre es Aura Enelida Hernández Novedo. Tengo 66 años de edad. Trabajé 33 años de servicios como Trabaj Social en el Depto. de Educación. Mi pensión es 2,152 pes.o quincenal recibo 1,075. Con esta cantidad 1,075 cubro mis gastos personales. Como casa, carro, luz, agua z un préstamo personal quedándome con un saldante mínimo. No recibo seguro Social z tengo por ahora el Plan médico del Gabierno Este es mi único ingreso soy Jefa de familia.

Espero que usted considere mi situación. Za que el impacto de los años están exprimiendo z al futuro de nuestro país que cada día es más viejo.

Atentamente,
Aura E. Hernández

[tilibra]

Hon. Judge Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Jueza Taylor Swain

   Mi nombre es Francisca Ortiz García, retirada de
la Ley 160/2013, el 5 de junio de 2020. Fui maestra
del Departamento de Educación del Gobierno de
Puerto Rico. Mi pensión es de $2,349.00. Soy
soltera, pero vivo con mi madre de ochenta y dos
años, a la cual ayudo con mi pensión. Trabajé
arduamente con la esperanza y la seguridad que
al final en mi jubilación tendría un retiro digno.
La pensión que actualmente tengo fue reducida
cuando en el 2013 eliminaron las llamadas
Leyes Especiales: Bono de medicamentos, aportación
al plan médico, Bono de Verano, el pago de los
días de enfermedad, entre otros. Ya mi pensión
sufrió reducciones y no acepto que me reduzcan
un centavo más. Con mi pensión pago mi
sustento: gastos de casa, plan médico (sin
aportación), medicamentos, estudios médicos, ropa,
alimentos y más. Cada centavo me es necesario.

Trabajé por 31 años y cada pensionado no se
retiró pensando en que le reducirán su pensión.
Es un dinero ganado con sacrificio de toda
una vida de trabajo. Esta pensión me la
otorgó Dios. Y cuento con ella, toda ella.

El pasado 9 de junio se convirtió en ley el
Proyecto de la Cámara 120, ahora Ley 7-2021,
mejor conocida como Ley para un Retiro Digno.
Esta establece una política pública de cero recortes
a las pensiones de los(as) participantes de los
sistemas de retiro y las personas jubiladas del
Servicio público de Puerto Rico.

Estimada jueza, como he expuesto y como
usted verá, el dinero que actualmente recibo
de pensión a mis 55 años me permite atender
las etapas de mi vida como pensionada.
Ya hemos recibido recortes y no aguantamos más.
Los costos de vida han subido y siguen
subiendo. ¿Cómo vamos a vivir? Lo que
necesitamos es que aumenten nuestra
pensión, que nos devuelvan beneficios
que nos son necesarios. Porque vivimos estirando
cada centavo de nuestra pensión.

Mayores recortes a nuestras pensiones
Sería violentar nuestro derecho a vivir
dignamente y solo nos sumergirá más
en la pobreza. Recuerde, piense en
cada pensionado y su calidad de vida.

Jueza Taylor Swain, espero que
usted considere el impacto a nuestras
vidas y al futuro de nuestro país que
cada día es más viejo por los pensionados
y jubilados.


Francisca Ortiz Harris
Maestra jubilada de Puerto Rico



Gracias

miércoles 28 de julio de 2021.

Hon. Judge Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St
New York, NY  10007-1312

Hon. Jueza Taylor Swain

Mi nombre es Lucía Colón Calzada, con 30 años de
servicio en el Departamento de Educación de Pto Rico.
Soy divorciada y sin hijos. Se podrá imaginar que
Mi único sustento es mi pensión! Los maestros
en Puerto Rico NO cotizamos al Seguro Social.

Como usted sabe, La Junta de Supervisión Fiscal ha
presentado un Plan de Ajuste de Deuda que contempla
un recorte de 8.5% a los pensionados que reciben
una pensión mayor de $1,500.00 mensuales. Este
recorte se suma a otros recortes que miles de
pensionados ya hemos recibido y que amenazan
nuestra capacidad de sostenernos a nosotros
mismos.
¡Toda familia tiene una persona pensionada!!

Preocupados por estos recortes, hemos trabajado el
pasado año con la Asamblea Legislativa de Puerto Rico

en su deber ministerial de proteger la población
más vulnerable para establecer legislación que
delinee los parámetros por los que el gobierno de
Puerto Rico estaría dispuesto a cooperar con la
implementación de un Plan de Ajuste de Deuda.
Como Usted sabe, la Sección 314(b)(5) de la Ley
Federal PROMESA [Puerto Rico Oversight, Management
and Economic Stability Act] establece que para el
Tribunal certifique un Plan de Ajuste de Deuda, debe
contar con la legislación necesaria para su
implementación.

La medida ha sido un esfuerzo de años en conjunto
con organizaciones de retirados y servidores públicos
activos a los fines de proteger las pensiones que
recibimos luego de décadas de servicio al gobierno de
Puerto Rico, pero más importante ha sido un consenso
entre todos los partidos que componen nuestra
Asamblea Legislativa. Por primera vez en muchísimo
tiempo, tanto los partidos principales como los
emergentes han hecho frente común para defender
lo que es hoy un derecho humano.
¡Un recorte a nuestras pensiones, sería condenarnos
a intentar sobrevivir por el alto costo de vida en
los comestibles, en la gasolina, en los planes médicos
y en las utilidades!!

El pasado 9 de junio, se convirtió en Ley el Proyecto de la Cámara 120, ahora Ley 7-2021, mejor conocida como Ley para un Retiro Digno. La misma establece una política pública de Cero Recortes a las Pensiones de los participantes de los Sistemas de Retiro y las personas jubiladas del servicio público de Puerto Rico.

Muy estimada jueza, como he esbozado anteriormente y como usted verá, el dinero que actualmente recibo de pensión a mis 61 años me permite atender las etapas de mi vida que llegan con la vejez. Ya hemos recibido recortes y no aguantamos más! Mayores recortes a nuestras pensiones sería violentar nuestro derecho a vivir dignamente y solo nos sumergirá más en la pobreza!

Espero que usted considere el impacto a nuestras vidas y al futuro de nuestro país que cada día es más viejo!


Respetuosamente,

Hon. Judge Laura Taylor Swain
District Judge
United State Court house
500 Pearl St
New York, NY 10007-1312

Judge Taylor Swain
    Mi nombre es Diamaris Galindo Ortiz
Soy residente del municipio de Carolina
Puerto Rico. Fui maestra en el
Departamento de Educación
de Puerto Rico durante 30 años
y 10 mes. Me retire en Mayo 2014.
Actualmente con mi pensión de
retirada cubro todos los gastos
que conlleva ser una persona de
62 años con condiciones médicas
que requieren de citas medicas
constantes, compra de medicamen-
tos mensualmente. Esto adicional a
que tengo que cubrir parte del pago
de mi plan médico. Adicional a
esto, cubro gastos de agua, luz
hipoteca, telefono, gasolina, man-
tenimiento de mi auto y otros
gastos como comida entre otros.

Como usted sabe la Junta de Control Fiscal ha preparado un Plan de Ajuste de Deuda que contempla un recorte de 8.5% a los pensionados que reciben una pensión mayor de $1,500 dólares mensuales. Este recorte se suma a otros recortes que miles de pensionados ya hemos recibido y que amenazan nuestra capacidad de sostenernos a nosotros y nuestras familias.

Preocupados por estos recortes hemos trabajado durante el pasado año con la Asamblea Legislativa de Puerto Rico en su deber ministerial de proteger la población más vulnerable para establecer legislación que delinee los parametros por los que el gobierno de Puerto Rico estaría dispuesto a cooperar con la implementación de un Plan de Ajuste de Deuda, debe con la legislación necesaria para su implementación.

la medida ha sido un
esfuerzo en conjunto con or-
ganizaciones de retirados y
servidores publicos activos a
fines de proteger las pensiones
que recibimos luego de decadas
de servicio al gobierno de
Puerto Rico, pero mas importante
ha sido un concenso entre todos
los partidos que componen nuestra
Asamblea Legislativa. Por primera
vez en mucho tiempo, tanto los
partidos principales como los
emergentes han hecho frente
comun para defender lo que
es hoy un derecho

Porque un recorte a nuestras
pensiones seria condenarnos
a intentar o tratar de
sobrevivir a todo lo que
a contesca en nuestra vida
sin tener suficientes recursos
economicos.

Esto es muy injusto ya
que trabajamos por esa
pension. Notemos la culpa de

que el gobierno haga despil-
farado todo el dinero y que
ahora pretendan pagar con
nuestra pensión.

El pasado 9 de junio se
convirtió en ley el Proyecto
de la Cámara 120, ahora cono-
cido como Ley 7-21, mejor
conocida como Ley para un
Retiro Digno. La misma
establece una política pu-
blica de cero recortes a las
pensiones de los (las) participan-
tes de los sistemas de retiro
y las personas jubiladas
del Servicio Público de Puerto Rico.

Estimada jueza como he
explicado anteriormente y
como usted podra ver el di-
nero que actualmente
recibo de pensión a mis
62 años me permite atender
las etapas de mi vida que
llegan con la vejez. Ya
hemos recibido recortes
y no aguantamos más

Mayores recortes a nuestras
pensiones seria violentar
nuestro derecho a vivir
dignamente y solo nos
sumergira mas en la pobreza.
Espero que usted consi-
dere el impacto que esto va
a ocasionar en nuestras
vidas y al futuro de nuestro
pais que cada dia es
mas viejo.

A H
Sra Diamaris Galindo Ortiz

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re:

**THE FINANCIAL OVERSIGHT AND**                    **PROMESA**
**MANAGEMENT BOARD FOR PUERTO RICO,**        **Title III**

     as representative of                               **NO. 17 BK 3283-LTS**

**THE COMMONWEALTH OF PUERTO RICO,**            (Jointly
**Administered)**
**THE EMPLOYESS RETIREMENT SYSTEM OF**
**THE GOVERNMENT, AND THE PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY,**

        **Debtors**

---

**TRUSTWORTHY ON  A PHYLOSOPHY APPRAISEMENT**
**(THESIS)**

---

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, WE THE PEOPLE NEED THINK ABOUT HOW POSSIBLE ARE THE TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT THE RULE ABOUT THE WEIGHT FROM OR AND OVER WEIGHT, JUST LIKE A COMMON CITIZENSHIP BANKRUPT ADJUSTMENT PLAN WHEN ON A COUPLE OF YEARS, THIS AN INHABITANT OF A CITY AFTER ANY FINANCIAL BANKRUPT ADJUSTEMENT PLAN MOST GO ON WITH ANY OR ALL OF THOSE KIND OF THE FOLLOWING REASONS:**

1. **TWINS ... MULTIPLE TRIVIAL BABIES ON AN INFANTS, YOUNGERS OR TEENAGERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.**

2. **A STRONG ACCIDENT WITH SEVERAL INJURIES ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS OR ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.**

3. A HEAVY PERMANENT ILLNESS (CANCER, SIDA, HEPATITS, SPECIAL NEEDLES, VIRUS, ETC.) ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

4. A MENTAL OVERTHROW ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

5. A SMOKE, DRUG & ALCOHOLIC ABUSSERS ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

6. AN HOSTILE DIVORCE (1$^{RT}$, 2ND, 3RD, ETC.) THAT INTAKE ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

7. A NEW MARRIAGE (1$^{RT}$, 2ND, 3RD, ETC.) OR CONSENSUAL PATNERS THAT INTAKE ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

8. ALL KIND OF CIVILIAN OR SOCIAL DISCRIME, DOMESTIC AND GUNS VIOLENCE & AGRESSIVE AND DEATHS LIKE A MATTER OR MANNER OF FACT THAT INTAKE ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

9. THE CLIMATE CHANGING THAT INTAKE AS ANY KIND OF AN ATMOSPHERE PHENOMENON THAT AFFECT AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH

2

LESS FOR THIS OR ANY PUBLIC PAST DUE.

10. THE LIVING COST THAT INTAKE WITH ALL KIND OF FEDERAL FUNDING ON UNEQUALITY MATTER & MANNER OF SELECTIVE FACT FROM ABOUT ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY THOSE PUBLIC PRIVATE SECTORS SITUATION AND VERY MUCH LESS GUARANTEES FOR THIS OR ANY CREDITORS AND DEBTORS TO INPUT, GETPUT AND OUTPUT INCOMES TO SATISFY THIS OR ANY PUBLIC PAST DUE.

ANY INPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS ACTUALLY GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-10 YEARS AFTER THE ADJUSTMENT PLAN). ANY GETPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THE NEXT GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-25 YEARS AFTER THE ADJUSTMENT PLAN). ANY OUTPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS OVERLOOK OF NATIONAL UPDOWNS MIGRATION (GENERATION) FROM PR TO THE USA AND VICEVERSA WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-50 YEARS AFTER THE ADJUSTMENT PLAN).

FOR THESE KIND OF REASONS I PRETEND WITH THIS TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS

3

CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT FROM ABOUT ANY DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ

DATED: JULY 28, 2021

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re:

**THE FINANCIAL OVERSIGHT AND**                    **PROMESA**
**MANAGEMENT BOARD FOR PUERTO RICO,**        Title III

   **as representative of**                               **NO. 17 BK 3283-LTS**

**THE COMMONWEALTH OF PUERTO RICO,**        **(Jointly Administered)**
**THE EMPLOYESS RETIREMENT SYSTEM OF**
**THE GOVERNMENT, AND THE PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY,**

   **Debtors**

---

**PRESENTATION OF AN IDEA TO TAKE AN ADVANTAGE**
**(ANTITHESIS)**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO, IS TOO IMPORTANT THAT
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO
RICO TAKE INTEREST ABOUT THIS ATTRACT FAVOR TO HIS OWN
MAYOR DUTY, REORGANIZE THE PR NATIONAL ECONOMY
DEVELOPMENT, CREATE ANY WELLNESS FINANCIAL FEEDBACK STATUS
AND PURSUIT PUT ON THE HIGHWAY THE PUBLIC PAST DUE
SETTLEMENT REACHED BY MUTUAL CONCESSIONS, THOSE THAT WERE
SITUE OR EXPOSURE TO RISK OR SUSPICION.  SO, TO MAKE A GREAT
CONTRIBUTION FOR THIS CLAIM FROM ABOUT MY WELLNESS AND
HONESTY CITIZENSHIP DUTY I BRING UP THIS PRESENTATION OF AN
IDEA ABOUT SOMETHING TOO MUCH ELEMENTARY TO START WITH
THIS CLASS OF CLAIM, JUST LIKE AN EXAMPLE OF SOLVING PROBLEM.
FOLLOWING AND CONCLUDE FROM ABOUT TO TAKE AN ADVANTAGE
FROM, BEFORE AND AFTER:

1. CONSIDER THE PAYABLE INCOME TAXES BEGINNING FROM ANY
   ANNUAL GROSS AMOUNT JUST BY $10,000.00 TO $20,000.00 AT
   6.5% PAYABLE TAXES FROM ABOUT FORMAL & INFORMAL

WORKED INCOMES, JUST THINKING ABOUT ALL POSSIBLE FEDERAL FUNDS & ELIGIBLE CITIZENSHIPS AT THOSE WELFARE PROGRAMS ON BOARD (HUD, MEDICAID, WIC, FOOD STAMPS, TANF, CHILD CARE & EARLY START & HEAD START, REGULAR & SPECIAL NEEDLE PUBLIC SCHOOL & PELL GRANTS, POW LIGHT & FLUID GAS ASSISTANCE, FEMA, INTERNET ASSISTANCE PROGRAM, SAFE LINK WIRELESS, COLLEGE & UNIVERSITIES AND OTHERS). HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

2. CONSIDER THE PAYABLE INCOME TAXES BEGINNING FROM ANY ANNUAL GROSS AMOUNT JUST ON $20,001.00 TO $35,000.00 AT 7.5% PAYABLE TAXES FROM ABOUT FORMAL & INFORMAL WORKED INCOMES, JUST THINKING ABOUT ALL POSSIBLE FEDERAL FUNDS & ELIGIBLE CITIZENSHIPS AT THOSE WELFARE PROGRAMS ON BOARD (HUD, MEDICAID, WIC, FOOD STAMPS, TANF, CHILD CARE & EARLY START & HEAD START, REGULAR & SPECIAL NEEDLE PUBLIC SCHOOL & PELL GRANTS, POW LIGHT & FLUID GAS ASSISTANCE, FEMA, INTERNET ASSISTANCE PROGRAM, SAFE LINK WIRELESS, COLLEGE & UNIVERSITIES AND OTHERS). HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

3. CONSIDER STUDY AGAIN THE PR NATIONAL SALES TAXES (ELIMINATE COFINA WITH THOSE 11.5% ON SALES TAXES), JUST START WITH THE "IVA" AND UPSIDE WITH A NEW SCALES OF SALES TAXES FROM ABOUT ANOTHER SPECIFIC TAX BY THE WAY OF 3.5%, 5.5% AND UP TO 6.5%, DEPENDING OF THE PRODUCT & SERVICES CLASSIFICATION (1RT, 2ND, 3RD, ETC.) ON EACH STEPS OF BASIC NEEDLE RULES. HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND

MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

4. CONSIDER ADJUST PENSIONS WITH A DISCOUNT OF A 10% MONTHLY FROM ABOUT ANY RETIREE GROSS AMOUNT THAT START ON THE $3,000.00 OR AND UP OF $3,500.00 MONTHLY, LEAVING OUTSIDE TEACHERS & POLICIE AGENTS WITHOUT A SOCIAL SECURITY BENEFITS OR ANY OF THIS CLASS UNDER THE $3,000.00 MONTHLY RETIREE GROSS AMOUNT. HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

5. CONSIDER THE CHECK IN & OUT OF THOSE PUBLIC AND PRIVATE ALLIANCES (PRTC, HOSPITALS & MEDICAL SERVICES, PUBLIC HOUSING, EXPRESS & HIGHWAYS, AIRPORTS, POW LIGHT & PURIFY WATER SERVICES, SAFE LINK WIRELESS, COLLEGE & UNIVERSITIES AND OTHERS) WITH A REAL HIGH WELLNESS INCOMES AND A LESS TAX CONTRIBUTION, LIKE A PROFIT BY FEDERAL FUNDS INTO A  PROPER PAY FOWARD BY THE MATTER OF FACT BY HIS OWN RICHNESS THAT SATISFY THE PR NATION PUBLIC PAST DUE WITH THE RIGHTFUL TO LEND AID TO THIS COMMON PURPOSE. HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

FOR THESE KIND OF REASONS I PRETEND WITH THIS PRESENTATION OF AN IDEA ON AN ADVANTAGE BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON  BOARD  AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO.

IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR.  BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS PRESENTATION OF AN IDEA TO TAKE ON AN ADVANTAGE FROM ABOUT ANY DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC,  O'NEIL & BORGES LLC,  O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ  VELÁZQUEZ

DATED: JULY 28, 2021

4

August 14, 2021

The Honorable Laura Taylor Swain                    Case 17-BK-3283 (LTS)
United State District Judge
Courtroom 17C
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Honorable Judge  Swain:

In follow up to my initial objections to the proposed settlement of the Commonwealth of Puerto Rico

General Obligation bonds, I wish to request the courts indulgence as to the status of my holdings, **$40,000.00** face amount of the **Puerto Rico Commonwealth General Obligation Bonds 5% of July 1, 2041, Cusip # 74514LB89.**

As you are aware, my holdings, of late vintage bonds were guaranteed seniority under the Puerto Rico Constitution, specifically Article VI.  As the article states these obligations are to be paid first and foremost ahead of any and all other Puerto Rico Government expenditures and that the Governor has the obligation to reduce all other appropriations to comply with this article.  Further the receipt of any funds received by Puerto Rico Government, even federal disaster funds, would be allocated first and foremost to these debt obligations.

I am a retiree, recovering from disability. The income from these bonds was and is an integral part of my retirement. They were directly purchased to provide income in my old age and protect my family income. I find it difficult to understand why junior holders, (Commonwealth of Puerto Rico Pensioners), should continue to receive income while a senior creditor disabled retiree is not entitled to the same protections and income sources. Could you please explain why bond holder retiree are not entitled to the same, or better protection of their income, than junior pension creditors?

Based on the current flush status of the Commonwealths finances, it is now clear, with a proposed settlement, it is not ability to pay but willingness to pay that is the issue. As any ruling providing less than full restitution to the General Obligation holders would effectively nullify constitutional articles, the highest law in the Commonwealth, it would be a violation of bankruptcy seniority Article VI is deserving of court, even bankruptcy court protection. I further, ask the question, what protections will be afforded new funding for Puerto Rico if the sanctity of the constitution is violated? Should not all holders, large and small, of these bonds particularly those in individual accounts, receive the full payment plus penalty payments due on senior obligations?  These obligations also paid a lower interest rate because of the lower risk due to the constitutional guarantee.

Regards,

Robert F. Schott

Prime Clerk, LLC.                    1-1845-02 SRF-55001
Grand Central Station
PO Box 4850 New York N.Y
10163-4850

San Juan August 16.



## A BRIEF COMMENTARY UPON THE NEAR FUTURE OF MY RETIREMENT. MORE ABOUT PUERTO RICAN BONDS.

After a brief review of "El Nuevo Día", this morning, August 16, 2021, **execution day may be near on the Retirement and Infrastructure Bond's**. Chez pieces are moving but the winner may be, already decided. We are about to see, meetings, opinions and so forth, however, I believe the future of the **Infrastructure** and **Retirement** Bonds, is already "planned", hopefully not yet decided.

As everybody knows, on the projected monthly statement, there are two important figures which might have been used, to obscure your projection, of the real **Puerto Rican Bond Value. The Market Value of the Island's Bond, if it was really backed by the Constitution and the good will, it probably would have a nice value, but this is not the case. The Market Value of a Puerto Rican Bond, without line of repayment and coming from a bankrupted Island is nothing.** The Government has not paid even the interest. Shame on you.

The Market value is supposed to be what? In fact, it is "0", as of today, but the government has established instead, **34% on the Infrastructure Bonds and 12.6% for Retirement bonds. This is what comes out from the monthly statement.** It is unlikely to have real facts on these unfortunate times, so, the Government invented one and **made the mathematics of uncertainty.**

Also, you will pay with an instrument of "Contingent Value", paid with a tax put to the "Puerto Rican Rum". What a coincidence, more than one will "celebrate "with a very sad and expensive 'RUM SHOT. But this is not funny, in fact it is very sad.

(2)

The people do not want to accept you just being "realistic". They want to fight to get real maximum as they deserve. Of course, it is fair that the public employees receive an improved retirement. These guys worked for it. If the government does not pay, it means you are abandoning your people, and most probably abandoning yourselves too, as people without sole. You would not deserve the position you have. Also, the good faith investors that lend their retiring money, do not deserve a retirement full of anguish, at 34%.

If you permit the Bonds to be ridiculously funded as you are planning, you are going to regret it for years to come., Unless the US, take full possession of the territory and send us, instead of a supervision gang a full US speaking Governor. <u>Jesus, 34% is a joke</u>.

I love this country, I learned loving it by admiring your people on Nov 8, 1960 at my arrival. Where are those gouvernantes, full of dreams, to whom I was delighted to join? Or are they, abandoned to good living, and thinking only on easy  money?  Are we permitting this beautiful Island to continue down the hill, that started "say" in 1,980?  then it is all irrelevant to say. If you do not want to see you might be invaded with thieves at some very high positions, that it may have be happening now, If it is so, it is very sad.

There is not another name than thieves, for "public servants", which may be in commanding positions now, who started with a few dollars and may retire, with "more than rice and beans". That is really defining the good happy Puerto Rican now? If that is so, we might finish **as another Latin country like those which we are surrounded by. God does not permit it.**

Now, **pay us all, your employees, your retired and the "bona fide bond holders, in a fair way. Be honest and fair. But 34% is a joke, remember you have not paid even the interest for this last years.**

Antonio Martin

**Prime Clerk. L.L.C**
**Grand Central Station**
**P.O.Box 4850**
**New York N.Y. 10163-4850**
**1-1845-02-SRF 55001**

