UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

ORDER GRANTING URGENT CONSENSUAL
MOTION FOR ELEVENTH EXTENSION OF DEADLINES REGARDING MOTION OF
WHITEFISH ENERGY HOLDINGS, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Upon the *Urgent Consensual Motion for Eleventh Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Claim* (Docket Entry No. 18012 in Case No. 17-3283 and Docket Entry No. 2611 in Case No. 17-4780, the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Scheduling Order shall be modified as provided herein.

3. The following briefing schedule is set for filing responsive pleadings to the Motion:

    - The deadline for parties to file an opposition to the Motion shall be **October 4, 2021**, at **5:00 p.m. (AST)**.

    - The deadline for the Movant to file a reply to all oppositions and responses shall be **October 11, 2021**, at **5:00 p.m. (AST)**.

4. The Court will thereafter take the Motion on submission.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. This Order resolves Docket Entry No. 18012 in Case No. 17-3283 and Docket Entry No. 2611 in Case No. 17-4780.

SO ORDERED.

Dated: September 2, 2021

     /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.