## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MOTION TO REQUEST REMOVAL OF CREDITORS ELI LILLY AND COMPANY, ELI LILLY EXPORT S.A. (PUERTO RICO BRANCH) AND LILLY DEL CARIBE, INC. FROM MASTER MAILING MATRIX, AS MAY BE AMENDED

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COME NOW, creditors Eli Lilly and Company, Eli Lilly Export, S.A. (Puerto Rico Branch), and Lilly del Caribe, Inc., represented by the undersigned attorneys, and very respectfully aver and pray as follows:

The appearing creditors, **Eli Lilly and Company, Eli Lilly Export, S.A. (Puerto Rico Branch)** and **Lilly del Caribe, Inc.** pray that this Honorable Court enter an Order directing the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, Prime Clerk, and any other necessary party, to remove them from the Master Mailing Matrix, as the same may be amended, in order for the appearing parties to cease receiving any further physical (paper) mailings concerning any developments in the case.

Wherefore, **Eli Lilly and Company, Eli Lilly Export, S.A. (Puerto Rico Branch)** and **Lilly del Caribe, Inc.** pray that this Honorable Court enter an Order directing the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, Prime Clerk, and any other necessary party, to remove them from the Master Mailing Matrix, as the same may be amended, in order for the appearing parties to cease receiving any further physical (paper) mailings concerning any developments in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of September, 2021.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the participants in this case.

REICHARD & ESCALERA, LLC

Attorneys for creditors Eli Lilly and Company,

Eli Lilly Export, S.A. (Puerto Rico Branch)

and Lilly del Caribe, Inc.

MCS Plaza, Suite 1000

255 Ponce de Leon, Ave.

San Juan P.R. 00917

Tel. 787.777.8808

*s/ Fernando Van Derdys*

USDC-PR No. 201913

Email: fvander@reichardescalera.com