## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors.[1] | |

## ORDER ON MOTION TO REQUEST REMOVAL OF CREDITORS ELI LILLY AND COMPANY, ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH) AND LILLY DEL CARIBE, INC. FROM MASTER MAILING MATRIX, AS IT MAY BE AMENDED

Creditors **Eli Lilly and Company, Eli Lilly Export, S.A. (Puerto Rico Branch)** and **Lilly del Caribe, Inc.'s** motion requesting that the Court enter an Order directing the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, Prime Clerk, and any other necessary party, to remove them from the Master Mailing Matrix, as the same may be amended, in order for the petitioning parties to cease receiving any further physical (paper) mailings concerning any developments in the case, is hereby GRANTED.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court hereby ORDERS the Financial Oversight and Management Board for Puerto Rico, the Commonwealth of Puerto Rico, Prime Clerk, and any other necessary party, to remove creditors **Eli Lilly and Company, Eli Lilly Export, S.A. (Puerto Rico Branch) and Lilly del Caribe, Inc.** from the Master Mailing Matrix, as the same may be amended, in order for such entities to cease receiving any further physical (paper) mailings concerning any developments in the case.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2021.

_____
Hon. Laura Taylor Swain
Unites States District Judge