Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Antonio Santiago Rivera_

Participant's Address: _Urb. Jacaranda 35327 Avenida Federal_
_Ponce, PR 00730-1692_

Participant's Email Address: _sanguelen@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174134_

Nature of Claim: _Salary   Puerto Rico Telephone Co._

By: _____
Signature

_José Antonio Santiago Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Santiago
Urb. Jacaranda
35327 Avenida Federal
Ponce, PR 00730-1692

RECEIVED
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP -1 PM 4:26

00918-170625

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009

24 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gabriel Quiles Rodriguez_

Participant's Address: _HC-3 Box 10164 Comerio P.R. 00782_

Participant's Email Address: _caleb_gabriel @ hot mail. com_

Name of Counsel: _N.A._

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public Employee claim_

By: _Gabriel Quiles_
Signature

_Gabriel Quiles_
Print Name

_N/A_
Title (if Participant is not an individual)

_8-24-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED

U.S DISTRICT COURT
SAN JUAN, PR

2024 SEP -1  PM 4: 25

00918-170625

From: Gabriel Quiles Rodriguez
Act-3 Box 10164
Comerio P.R. 00782

To: United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767.

SAN JUAN PR   009
24 AUG 2024 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wanda I. Diaz Ortiz

Participant's Address: Urb Sta Monica Calle 3 - L14 Bayamon, P.R

Participant's Email Address: wdiazortiz620 gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175 093

Nature of Claim: Puerto Rico (Telefonica) Promerazo

By: _Wanda Diaz_
Signature

Wanda I. Diaz Ortiz
Print Name

_____
Title (if Participant is not an individual)

8/18/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

W.P193 orh
Cl3L14 SM Munici
Benjamin P. P.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP -1  PM 4: 25

00918-170399

SAN JUAN PR 009
20 AUG 2021 PM 1  L

Courts Clerk's Office
United States District Court
Clerks Office 150 Ave Chardon St 150
San Juan P.b. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Teresa Hernandez Jimenez*

Participant's Address: *41793 Carr. 483, Quebradillas, P.R. 00678*

Participant's Email Address: *zaidaya_april2@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *140 678*

Nature of Claim: *Commonwealth of P.R.*

By: _____
    Signature

*Teresa Hernandez Jimenez*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teresa Hernández Texidor
41793 Carr. 483
Quebradillas, P.R. 00678



U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
AUG 27 21
AMOUNT
$1.20
R2305K134656-08

1000    00918

RECEIVED & FILED
2021 SEP -1 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:         _Teresa Hernández Jiménez_

Participant's Address:      _41793  Carr. #83 Quebradillas P.R._
                                                                   _00678_
Participant's Email Address: _zaidaya_april2 @ hotmail.com_

Name of Counsel:            _N/A_

Address of Counsel:         _N/A_

Email Address of Counsel:   _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:               _140 678_

Nature of Claim:            _Common wealth of P.R._

By:    _[signature]_
       Signature

       _Teresa Hernández Jiménez_
       Print Name

       _____
       Title (if Participant is not an individual)

       _____
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teresa Hernández

41793 Carr. 483

Quebradillas, P.R. 00678

 

U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
AUG 27 21
AMOUNT
$1.20
R2305K134656-08

1000        00918

RECEIVED & FILED
2021 SEP -1 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

U.S. District Court

Clerk's Office

150 Ave. Carlos Chardon

Ste. 150

San Juan, P.R.

00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa Hernández Jiménez_

Participant's Address: _41793 Carr. 483, Quebradillas, P.R. 00678_

Participant's Email Address: _zaidaya_april2@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140678_

Nature of Claim: _Commonwealth of PR_

By: _____
Signature

_Teresa Hernández Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teresa Hernández F.
41793 Carr. 483
Quebradillas, P.R. 00678

 

U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
AUG 27 21
AMOUNT
$1.20
R2305K134656-08
1000    00918

RECEIVED & FILED
2021 SEP -1 PM 4:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Ana C. Hernández Pérez*

Participant's Address:    *HC1 Box 5543  Moca, P.R. 00676*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
    Print Name

_____
    Title (if Participant is not an individual)

_____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana C. Hernández Pérez
HC 1 Box 5543
Moca, P.R. 00676

RECEIVED & FILED
2021 SEP - 1  PM 4: 2?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
24 AUG 2021 PM 1 L

United States District Court
(Clerks Office)
150 Ave. Carlos Chardón Ste. 150)
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Pérez Reyes_

Participant's Address: _NC 04 Buy 5582 Coamo, PR 00769_

Participant's Email Address: _Angel26264 @ gmail.com_

Name of Counsel: _Lcdo. Pablo Colón Santiago_

Address of Counsel: _Apartado 801175 Coto Laure PR 00780_

Email Address of Counsel: _pablocolonsantiago @ gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _( 18455), GDP 2017 – 0076._

Nature of Claim: _Daños y Perjuicios_

By: _Margarita B Reyes_
Signature

_Margarita Pérez Reyes_
Print Name

_____
Title (if Participant is not an individual)

_23- Agosto. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE GUAYAMA**

| | |
|---|---|
| **MARGARITA PEREZ REYES Y ANGEL L. NIEVES GONZALEZ** **Demandantes** **VS** **JOSE ORTIZ OLIVER, FULANA DE TAL Y LA SOCIEDAD LEGAL DE GANANCIALES CONSTITUIDA ENTRE AMBOS; ADMINISTRACION DE CORRECCION DE PUERTO RICO; EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, REPRESENTADOS POR LA HON. WANDA VAZQUEZ GARCED, SECRETARIA DE JUSTICIA Y COMPAÑÍA DE SEGUROS ABC** **Demandada** | **CIVIL NUM.:** G DP2017-0076 S303 **SOBRE:** **DAÑOS Y PERJUICIOS** 2017 JUN 19 AM 11:40 AREA PRESENTACIONES SEC |

**DEMANDA**

**AL HONORABLE TRIBUNAL:**

    **Comparece** la demandante indicada en el epígrafe, por conducto de la representación profesional que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que para efectos de la litigación de esta causa su dirección es la siguiente:

        Residencial:      Bo. Palmarejo

                         Sector El Cerro Parc. 200

                         Coamo, Puerto Rico

        Postal     :      HC 04 Box 5582

                         Coamo, PR  00769

2. Que el día 18 de marzo de 2017, alrededor de las 9:15 de la mañana, mientras la co demandante Margarita Pérez Reyes se encontraba en el área de registro de la Institución Anexo 500 del Complejo Correccional de Guayama, con el propósito de accesar al área de visita para visitar y relacionarse con su compañero consensual, el co demandante Ángel L. Nieves González, fue atacada por el can utilizado para tales fines, quien le infligió una mordedura en el muslo izquierdo.

3. Que no empece a lo anterior el co demandado oficial a cargo del can, José Ortiz Oliver, pretendió volver a utilizar dicho animal para registrar

a la demandante Pérez Reyes y al ésta reusarse, atemorizada por lo que le había sucedido, fue sometida a un registro al desnudo, todo lo que le provocó un estado de ansiedad y una crisis nerviosa que posteriormente hizo que se desmayara en el área de visitas; que se cayera estrepitosamente al piso, y que recibiera múltiples traumas, contusiones y hematomas en la cabeza, el brazo izquierdo, la pierna derecha y otras partes del cuerpo, hecho por el cual se vio precisada a acudir al Hospital San Lucas Guayama con el propósito de recibir asistencia médica.

4. Que al referido hospital se presenció el co-demandado oficial José Ortiz Oliver, quien intervino impropiamente con el médico que la atendía, hecho por el cual fue dada de alta sin recibir tratamiento alguno.

5. Que posteriormente, ese mismo día, la demandante Margarita Pérez Reyes se vio precisada a acudir a la Sala de Emergencia del Hospital Menonita de Coamo, aquejada por fuertes dólares de cabeza y mareos. Allí se le realizó le limpió y medicó la herida y se le inyectó medicación antitetánica y se le prescribieron medicamentos orales.

6. Que al día siguiente aquejada por fuertes dolores de cabeza y mareos, la co demandante Pérez Reyes visitó la Sala de Emergencia del Hospital Menonita de Aibonito en donde se le realizó una tomografía computarizada, un E.K.G y se le administraron medicamentos intravenosos.

7. Que la causa próxima única y/o eficiente del incidente en el que se vio involucrada la co demandante Pérez Reyes y de todos los daños sufridos por los demandantes, la constituyó la negligencia del co demandado José Ortiz Oliver en el manejo del can y en el trato hacia esta, por cuya negligencia responden vicariamente la Administración de Corrección y el Estado Libre Asociado de Puerto Rico como sus patronos o empleadores.

8. Que igualmente son responsables de los daños de los demandantes, los co demandados Administración de Corrección y Estado Libre Asociado de Puerto Rico, por ser los dueños del can o los que se servían de este.

9. Que se valoran los daños de los demandantes en las siguientes partidas:

    a. Margarita Pérez Reyes, por sus sufrimientos y angustias físicas, mentales y morales............................**$50,000.00**

    b. Ángel L. Nieves González, por sus sufrimientos y angustias mentales al conocer del incidente en el que se vio involucrada su compañera consensual; presenciar la caída que esta sufrió y percibir los sufrimientos y angustias mentales por las que ésta atravesó:...............**$15,000.00**

10. Que se incluye como demandada a la Compañía ABC, nombre ficticio con el cual se designa a cualquier compañía de seguros con cubierta para el resarcimiento de los daños cuyo resarcimiento reclaman los demandantes.

11. Que se incluye como demandada a Fulana de Tal, nombre ficticio con el cual se designa a la señora esposa del co-demandado José Ortiz Oliver, en la eventualidad de que esta exista y que conjuntamente con la co-demandada Sociedad Legal de Gananciales sea responsable del resarcimiento de los daños que en la presente demanda se aducen.

**POR TODO LO CUAL** de este Ilustrado Tribunal muy respetuosamente se suplica que, en su día y previo todo trámite procesal pertinente declare **"Ha Lugar"** la presente demanda y en consecuencia, condene a los demandados de las sumas que se le reclaman por concepto de indemnización; de las costas y gastos del presente litigio y de honorarios de abogado en una suma razonable.

En Ponce para Guayama, Puerto Rico, a       de junio de 2017.

**PABLO COLÓN SANTIAGO & ASOCIADOS**
Urb. Constancia
1739 Paseo Las Colonias
Ponce, PR 00717-2234
Apartado 801175
Coto Laurel, PR 00780-1175
Tel. 284-1520/Fax. 284-1360
pcolon@pablocolonsantiago.com
pablocolonsantiago@gmail.com

**LCDO. PABLO COLÓN SANTIAGO**
**Col. Núm.: 10021**
**RUA NÚM.: 8782**







Ldo Pablo Colon Santiago
Apartado 801175
Coto Laurel PR 00780-1175

CERTIFIED MAIL

7020 1810 0001 6738 3120

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
AUG 26, 21
AMOUNT

**$7.65**

R2303S102886-05

UNITED STATES
POSTAL SERVICE®

1000          00918

RECEIVED & FILED
2021 SEP -1 PM 3:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

U.S. District Court Clerk Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelina López Lugo_

Participant's Address: _HC 4 Box 8195, Juana Díaz, PR 00795-9846_

Participant's Email Address: _adelopez45@gmail.com_

Name of Counsel: _Lic Alberto Aresti Franceschini_

Address of Counsel: _Suite 1109, Edif. Union Plaza, 416 Ave Ponce de Leon_

Email Address of Counsel: _Hato Rey, PR 00918 Tel. (787) 751-5740_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _116519_

Nature of Claim: _Salary Adjustment_

By: _Adelina López Lugo_
Signature

_Adelina López Lugo_
Print Name

_____
Title (if Participant is not an individual)

_24 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

