Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  Edwin Colon Maldonado

Participant's Address:  _____

Participant's Email Address:  _____

Name of Counsel:  Nora Cruz molina

Address of Counsel:  Po Box 2795 Arecibo, p.r. 00613-2795

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  _____
      Signature

Nora Cruz molina
Print Name

Counsel
Title (if Participant is not an individual)

8-18-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
P A I D
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 151824 MMLID: 1751052-P SVC: MML-PC
COLON MALDONADO, EDWIN
NORA CRUZ MOLINA - ATTORNEY
PO BOX 2795
ARECIBO PR  00613-2795

006138279S BO14

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Colon Maldonado_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795  Arecibo  P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
P A I D
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 151823 MMLID: 1419040-P SVC: MML-PC
COLON MALDONADO, EDWIN
NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR  00613-2795

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Colon Maldonado_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _PO Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina @gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 96135 MMLID: 983309-N SVC: CHN-PC
COLON MALDONADO, EDWIN
NORA CRUZ MOLINA
ATTORNEY
P.O. BOX 2795
ARECIBO PR  00613-2795

006133279G B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cesar Jimenez Maldonado_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795  Arecibo  PR. 00613_

Email Address of Counsel: _Nora. Cruz. molina @gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 220447 MMLID: 2045165-N SVC: CHN-PC
JIMENEZ MALDONADO, CESAR
PO BOX 2795
ARECIBO PR  00613

OO6I382796  BOI4

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edward Reyes Guzman_

Participant's Address: _PO Box 141291 Arecibo P.R. 00614_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _PO. Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora-cruz-molina@gmail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 224091 MMLID: 148765-P SVC: MML-PC
EDWARD REYES GUZMAN
LCDA. NORA CRUZ MOLINA
545 AVE JOSI DE CEDEQO
ARECIBO PR  00612

0061283924 C009

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edward Reyes Guzman_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Noa Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo, PR 00613-2795_

Email Address of Counsel: _noa.cruz.molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Noa Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-25-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
**P A I D**
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 224091 MMLID: 148765-P SVC: MML-PC
EDWARD REYES GUZMÁN
LCDA. NORA CRUZ MOLINA
545 AVE JOSÉ DE CEDEÑO
ARECIBO PR  '00612

00612$3924 C009

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco Jimenez Alvarez_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 (Arecibo P.R. 00613 -2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-25-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
**P A I D**
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 68618 MMLID: 178135-NP SVC: MML-PC
JIMENEZ ALVAREZ, FRANCISCO J
NORA CRUZ MOLINA
DESPACHO LEGAL LCDA. NORA CRUZ MOLINA
P.O. BOX 2795
ARECIBO PR  00613-2795

00613-2795  B014

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _William Ramirez Manero_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo_

Email Address of Counsel: _nora. cruz.molina @gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 336166 MMLID: 1932176-N SVC: CHN-PC
MARRERO, RAMIREZ RA
C/O NORA CRUZ MOLINA
ATTORNEY
P.O. BOX 2795
ARECIBO PR  00613-2795

006138275 B014

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Orosorio Torres_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _Nora.cruz.molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vickie Aguila Geiring_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz moura_

Address of Counsel: _P.D Box 2795 Arcibo P.R 00613-2795_

Email Address of Counsel: _nora-cruz-molina @gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_6-18 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 5808 MMLID: 944511-P SVC: CHN-PC
AGUILA GEIRING, VICKIE
CO NORA MOLINA CRUZ
PO BOX 2795
ARECIBO PR  00613-2795

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vickie Orguila Gerring_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _PO Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora-cruz-maluna@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 5809 MMLID: 1774658-N SVC: CHN-PC
AGUILA GEIRING, VICKIE
NORA CRUZ MOLINA, ATTORNEY
P.O. BOX 2795
ARECIBO PR  00613-2795

OO61382795  BO14

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Yolanda Taffanelli Rodriguez_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 461520 MMLID: 1767769-N SVC: CHN-PC
TAFFARELLI RODRIGUEZ, YOLANDA
NORA CRUZ MOLNA, ATTORNEY
P.O.BOX 2795
ARECIBO PR  00613-2795

00613&2795  B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Orama Yanes_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _Nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 384392 MMLID: 1235233-N SVC: CHN-PC
ORAMA RAMOS, JOSE J
NORA CRUZ MOLINA
P.O. BOX 2795
ARECIBO PR  00613-2797

0061382795 B014

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Daniel Flores Mojica / Jackeline Soto Perez_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795  Arecibo, P.R. 00613-2795_

Email Address of Counsel: _Nora.cruz.molina @gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing <u>Notice of Participation</u>**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

00613$2795 8014

FIRST CLASS MAIL
U.S. POSTAGE
P A I D
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 267844 MMLID: 174757-P SVC: MML-PC
FLORES MÓJICA, DANIEL; JACKELINE SOTO PÉREZ
LCDA. NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR  00613-2795

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Daniel Flores Mojica / Jackeline Soto Perk_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel:    _Nora Cruz molina_

Address of Counsel:    _P.o Box 2795 Arecibo, P.R 00613-2795_

Email Address of Counsel: _Nora.cruz.molina @ gmail.com_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____
_____

By: _Cu_
   Signature

_Nora cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

00613$2795 B014

FIRST CLASS MAIL
U.S. POSTAGE
P A I D
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 267845 MMLID: 1419769-P SVC: MML-PC
FLORES MÓJICA, DANIEL; JACKELINE SOTO PÉREZ
NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR  00613-2795

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel Burgos Torres y Otros_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz molina_

Address of Counsel: _P.O Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _Nora-cruz.molina @gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
**P A I D**
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 94234 MMLID: 1418834-P SVC: MML-PC
BURGOS TORRES, ANGEL J. Y OTROS
NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR  00613-2795

00613-2795  B014

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esteban Candelaria Ponce_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo P.R. 00613 -2795_

Email Address of Counsel: _Nora. Cruz-molina @gmail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_6-18-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
P A I D
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 103214 MMLID: 1931700-NP SVC:
MML-PC
Candelaria Ponce. Esteban
Nora Cruz Molina
PO Box 2795
Arecibo PR  00613-2795

006138279S B014

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Nina Cruz Molina

Participant's Address:  P.O. Box 2795, Arecibo P.R. 00613-2795

Participant's Email Address:  nina-cruz-molina @gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  _____
        Signature

Nina Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-18-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE                VERSION JULY 20, 2021                9

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
P A I D
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 177839 MMLID: 117156-P SVC: MML-PC
CRUZ MOLINA, NORA
PO BOX 2795
ARECIBO PR  00613



CERTIFIED MAIL





U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
AUG 27, 21
AMOUNT
**$8.85**
R2305K136482-20

7019 1120 0000 0570 3446

1000      00918

RECEIVED & FILED

2021 SEP -1 PM 3: 55

CLERK'S OFFICE
SAN JUAN, PR



NORA CRUZ MOLINA
ABOGADA

**LCDA. NORA CRUZ MOLINA**
**P.O. BOX 2795**
**ARECIBO, PUERTO RICO 00613-2795**

**UNITED STATES DISTRICT COURT CLERK'S OFFICE**
**150 AVE. CARLOS CHARDON STE.150**
**SAN JUAN, PUERTO RICO 00918-1767**