UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING MOTION TO REQUEST REMOVAL OF
CREDITORS ELI LILLY AND COMPANY, ELI LILLY EXPORT S.A. (PUERTO RICO BRANCH)
AND LILLY DEL CARIBE, INC. FROM MASTER MAILING MATRIX, AS MAY BE AMENDED

The Court has received and reviewed the *Order Concerning Motion to Request Removal of Creditors Eli Lilly and Company, Eli Lilly Export S.A. (Puerto Rico Branch) and Lilly del Caribe, Inc. from Master Mailing Matrix, as May be Amended* (Docket Entry No. 18022 in Case No. 17-3283, the "Motion"), filed by Eli Lilly and Company, Eli Lilly Export, S.A. (Puerto Rico Branch), and Lilly del Caribe, Inc. (together, the "Creditors"). The Financial Oversight and Management Board for Puerto Rico and Prime Clerk are hereby directed to confer with the Creditors (together, the "Parties") concerning the Motion to seek a consensual resolution of the issue raised therein. The Motion will be terminated on **September 14, 2021**, unless the Parties submit a joint status report by **September 13, 2021**, at **5:00 p.m. (Atlantic Standard Time)**, indicating that (and to what extent) disagreement remains concerning the Motion.

SO ORDERED.

Dated: September 3, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).