Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daisy Pagán Martínez_

Participant's Address: _61 Calle Venus - Ponce, P.R. 00730-2820_

Participant's Email Address: _mmserrano64@yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _81506_

Nature of Claim: _Ley de Romero 20_

By: _Daisy Pagán Martínez_
  Signature

_Daisy Pagán Martínez_
  Print Name

_____
  Title (if Participant is not an individual)

_11 agosto 2021_
  Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Daisy Pagan-Martinez
61 Calle Venus
Ponce, PR 00730-2820

RECEIVED & FILED

2021 SEP -2 PH 5: 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks office
Carlos Chardon Ste. 150
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _BETTY S WALKER_

Participant's Address: _P.O. BOX 624 APALACHICOLA FL 32329_

Participant's Email Address: _laurathompson@lpl.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10274_

Nature of Claim: _LOSS OF INVESTMENT_

By: _Betty S. Walker_
Signature

_BETTY S WALKER_
Print Name

_____
Title (if Participant is not an individual)

_09/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Exchange
Investment Services, Inc.
P.O. Box 580, Milledgeville, GA 31059-0580

RECEIVED & FILED

2021 SEP -2 PM 5: 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

Hasler
08/24/2021
US POSTAGE $000.51⁰
FIRST-CLASS MAIL
ZIP 31061
011E12650881

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana C. Hernández Pérez_

Participant's Address: _HC1 Box 5543 Moca, P.R. 00676_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ana C Hernández perez_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_26 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana C. Hernández
HC1 Box 5543
Moca, P.R. 00676

RECEIVED & FILED

2021 SEP -2  PM 5: 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN
25 AUG 2021

GO FOR BROKE

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Godreau Guevara Zulma I.*

Participant's Address: *Urb. La Avboleda c-22 #237 Salinas P.R*
*00751 BOX 874*

Participant's Email Address:

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Zulma I. Godreau Guevara*
 Signature

*Zulma I. Godreau Guevara*
Print Name

_____
Title (if Participant is not an individual)

*30 Agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zulma I. Codriqu Guevara
Urb. La Arboleda C22 #237
Box 877 Salinas P.R. 00751

RECEIVED & FILED
2021 SEP -2  PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

0091883555

SAN JUAN PR  OO9
24 AUG 2021 PM 1 L

Cour As Clerk's Office
United state District Court
Clerk's Office 150 fave
Carlos chardon ste San Juan P.R
00918 - 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alfredo Melendez_

Participant's Address: _4392 Mariner Blvd Spring Hills_
_Fl 34609_

Participant's Email Address: _N/A_

Name of Counsel: _Alba Melendez_

Address of Counsel: _4392 Mariner Blvd Spring Hill_
_Fl-34609_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa title III_

By: _Alfredo Melendez_
Signature

_Alfredo Melendez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alfredo Melendez
4392 Manner Blvd
Spring Hills Fl 34609

RECEIVED & FILED

2021 SEP -2 PM 5:07

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerks Office
150 Ave Carlos Chardon
Suite 150 San Juan PR.
00918-1767

080/42¢



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Genara Garcia Cintron_

Participant's Address: _7731 Retama Terrace Ln_

Participant's Email Address: _milcano Q2288 yahoo.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK  3283 - LTS_

Nature of Claim: _Retired employee seeking compensation_

By: _~~~~~~~~_
Signature

_Milagros R. Cano_
Print Name

_daughter (assigned guardian by the state)_
Title (if Participant is not an individual)

_8/20/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP -2  PM 5: 08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Mr. Cano
7731 Wilsonic Terrace Ln
Humble, TX
77338

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Geraldo Morales Morales_

Participant's Address:  _11403 Ivy Flower Loop, Riverview FL 33578_

Participant's Email Address:  _geraldomrls62 @ gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS_

Nature of Claim:  _____

By:  _Geraldo Morales Morales_
     Signature

_Geraldo Morales Morales_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Geraldo Morales
11403 Ivy Flower Loop
Riverview, FL 33578

RECEIVED & FI
2021 SEP -2  PM 5
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R

0091B-170625

TAMPA FL 335
SAINT PETERSBURG FL
16 AUG 2021 PM 3 L

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

USA
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Blanca M. Candelas Valderrama_

Participant's Address: _1204 Pavia Dr. Apopka, FL 32703_

Participant's Email Address: _blanca_candelas@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Blanca M. Candelas_
Signature

_Blanca M. Candelas Valderrama_
Print Name

_____
Title (if Participant is not an individual)

_08 | 14 | 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blanca M. Candelas
1204 Pavia Dr.
Apopka, FL 32703

RECEIVED & FILED
2021 SEP -2 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170825

MID-ISLAND NY 117
20 AUG 2021 PM 6 L

FOREVER USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

Case:17-03283-LTS   Doc#:18027-1   Filed:09/03/21   Entered:09/03/21 12:13:13   Desc:
Pro se Notices of Participation   Page 17 of 46

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _KRISHNA GUTAVARTY_

Participant's Address: _49 DOLPHIN LANE EAST: COPIAGUE: NY11726_

Participant's Email Address: _KRISH1@OPTONLINE.NET_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _CLAIM # 4521 & 4460_

Nature of Claim: _OWNERSHIP OF BONDS._

By: _[signature]_
Signature

_KRISHNA GUTAVARTY_
Print Name

_____
Title (if Participant is not an individual)

_08/19/2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mr. Krishnareddy Gujavarty
49 Dolphin Ln E
Copiague, NY 11726

RECEIVED & FILED
2021 SEP -2 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MID-ISLAND NY 117
20 AUG 2021 PM 6 L

To: UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 Ave, CARLOS CHARDON STE 150
SAN JUAN
P.R. 00918-1767


Chippendale Chair

SRF 55335

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JeRome AbelmAn_

Participant's Address: _4711 12ᵀᴴ Ave. B'Klyn, NY 11219_ _APT. D-9_

Participant's Email Address: _jeRRy.Abelman@mainetti.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Jerome Abelman_
Signature

_JeRome AbelmAn_
Print Name

_____
Title (if Participant is not an individual)

_AuguST 19, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jerome Abelman
4711 12ᵗʰ Ave. D-9
Bklyn, NY 11219

RECEIVED & FILED
2021 SEP -2  PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

MID-ISLAND NY 117
20 AUG 2021 PM 3 L

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aixa Rivera Gonzalez_

Participant's Address: _3034 N Kilbourn Ave Chgo. Il 60641_

Participant's Email Address: _aixa 3034 @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3284-LTS_

Nature of Claim: _Promesa III_

By: _Aixa Rivera Gonzalez_              _Case
Signature                                 1703283-LTS_

_Aixa Rivera Gonzalez_
Print Name

Title (if Participant is not an individual)

_8-12-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Rivera
3039 W. Railbone Ave
Chgo, IL 60641

8100 90173815DO
CAROL STREAM IL 601
18 AUG 2021 PM 1 L

Discovery Notice to court clerks of PR.
United States District Court, clerks Office.
150 ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

2021 SEP -2 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JEANNETTE ALICEA_

Participant's Address: _Urb. San José #457 Baena_

Participant's Email Address: _alovamol010@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Jeannette Alicea_
Signature

_JEANNETTE ALICEA_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 20 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sr. Jeannette Rucco
Urb. San Jose #457
calle Brana San Juan
Puerto Rico 00923

RECEIVED & FILED

2021 SEP -2  PM 5: 08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009

21 AUG 2021  PM 1  L

00918-170625

Asegúrese de que la dirección de AARP aparezca
a través de la ventanita del sobre >>>

Make sure the AARP return address shows
through envelope window >>>

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria V. Lopez Rodriguez_

Participant's Address: _3140 Hamilton Church Rd_

Participant's Email Address: _Apt. 215 Antioch, TN 37013_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Gloria Lop_
    Signature

_Gloria V. Lopez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8|12|2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria V. Lopez
3140 Hamilton Church Rd
Apt. 215
Antioch, TN 37013

RECEIVED & FILED

2021 SEP -2 PM 5:08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

25 AUG 2021 PM 6 L

NASHVILLE TN 370

Court's Clerk Office
United States District Court, Clerk
Office
150 Ave Chardon Ste. 150
San Juan, P. R. 00918-7

SRF 55335

*Promesa & Title III*

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ethel Alvarez_

Participant's Address: _Paseo del Monte Md-6 Bayamon PR 00961_

Participant's Email Address: _ethelpujols37@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _8738 (17 BK 3283-LTS)_

Nature of Claim: _Do not understand this item_

By: _Ethel Alvarez_
   Signature

_Ethel Alvarez_
   Print Name

_____
   Title (if Participant is not an individual)

_8/12/21_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ethel A.
Paseo del Monte 1106
Bayamon P.R. 00961

TAMPA FL 335

16 AUG 2021 PM 6 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 SEP -2 PM 5: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



FOREVER    USA
938910814124349

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____Ethel Alvarez_____

Participant's Address: _____Paseo del Monte Md6, Bayamon PR 00961_____

Participant's Email Address: ____ethelpupols37@ hotmail. com____

Name of Counsel: ____None____

Address of Counsel: ____none____

Email Address of Counsel: ____none____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____17 BK 3283 - LTS_____

Nature of Claim: _____

By: _____Ethel Alvarez Velez_____
Signature

_____Ethel Alvarez Velez_____
Print Name

_____
Title (if Participant is not an individual)

_____8/12/21_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the C<u>ourt's Clerk's Office a</u>t: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ethel Alvarez
Paseo del Monte Md-6
Bayamon PR 00961

RECEIVED & FILED
2021 SEP -2 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

TAMPA FL 335
16 AUG 2021 PM 4 L

Court Clerk Office
United States Court
150 Ave Carlos Chardon Ste 150
San Juan PR. 00918-1767



FOREVER    938910814124349    USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Gladys López Rosa_

Participant's Address: _Apt. 946, Santa Isabel, P.R. 00757_

Participant's Email Address: _gladyslopez.rosa@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
      Signature

_Gladys López Rosa_
Print Name

_____
Title (if Participant is not an individual)

_08/04/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mely Ayala Cruz
HC02 Box 10613
Juana Diaz 00795

RECEIVED & FILED
2021 SEP -2 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

Commonwealth of P.R
United States District Court, Clerk's
office 150 Ave Carlos Chardon Ste
150, San Juan P.R. 00918-1767

MEMPHIS TN 380
27 AUG 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Cecilia Torres Rodriguez_

Participant's Address: _P.O. Box 516 B. Sabana Hoyos P.R. Arecibo 00688_

Participant's Email Address: _Cecypra724@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155659_

Nature of Claim: _Public Employees Claims_

By: _Cecilia Torres Rodriguez_
    Signature

_Cecilia Torres Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_25/08/2051_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cecilia Torres Rodriguez
P.O Box 1516
Bo. Sabana Hoyas, Arecibo
00688

RECEIVED & FILED
2021 SEP -2 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
27 AUG 2021 PM 4 L

USA FOREVER

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Iris Bermúdez Laureano_

Participant's Address: _RR 1 Box 2224 Cidra, P.R. 00739_

Participant's Email Address: _normaibermudez2@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176150_

Nature of Claim: _Aumentos de salarios impagos Pasos de la escala salarial dejados de pagar_

By: _Norma I.B._
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_23 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. Bermudez Laureano
RR 1 Box 2224
Cidra, P.R. 00739

RECEIVED & FILED
2021 SEP -2 PM 5:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon St.,
San Juan, P.R. 00918-1767

MEMPHIS TN 380
27 AUG 2021 PM 4 L

00918-170399

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herminio Feliciano Baez*

Participant's Address: *HC 5 Box 7641 Yauco, PR 00698-9729*

Participant's Email Address: *herminiofeliciano264@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *32979*

Nature of Claim: *General Unsecured*

By: *Herminio Feliciano Baez*
Signature

*Herminio Feliciano Baez*
Print Name

_____
Title (if Participant is not an individual)

*08/20/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Herminio Feliciano Baez
HC-5 Box 7641
Yauco, PR. 00698-9729

RECEIVED & FILED
2021 SEP -2 PM 5:09
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00591861703 0018

SAN JUAN PR. 009
25 AUG 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniela Ortiz Torres_

Participant's Address: _Box 818 Villalba, P.R 00766_

Participant's Email Address: _danielaortiztorres 7@ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _89508  E. T A. L_

Nature of Claim: _Unpaid wages by the Government of P.R._

By: _Daniela Ortiz Torres_
Signature

_Daniela Ortiz Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 13th 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Daniela Ortiz Torres
Box 818
Villalba, P.R. 00766

RECEIVED & FILED
2021 SEP -2 PM 5: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0059188 1703 0018

SAN JUAN PR   009
25 AUG 2021 PM 1

United States District Court,
Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150 P.R.
San Juan, P.R. 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

-------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)



### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to
documents in the Plan Depository, where information and documents concerning the Plan
are kept, and you will also be able to serve your own discovery requests. If you file this Notice
after August 15, 2021, but on or before October 19, 2021, you may be granted access to
documents in the Plan Depository, but you will not be able to serve your own discovery
requests. Please note that access to the information in the Plan Depository may also require
complying with the Debtors' access requirements. If this Notice is filed after October 19,
2021, you will not be permitted to participate in discovery. If you do not file this Notice, you
will still be able to vote on the Plan, if you are otherwise qualified to vote.**

      The party identified below (the "Participant") hereby advises the Debtors that it
intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth
of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal
Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808);
(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal
Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Bernardo J. Díaz Ocasio_

Participant's Address: _13 Urb. Tanama Arecibo PR 00612_

Participant's Email Address: _bernardojdiaz75 @gmail.com_

Name of Counsel: ~~_____~~

Address of Counsel: ~~_____~~

Email Address of Counsel: ~~_____~~

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Intention to participate in discovery in connection with confirmation of the Plan Depository_

By: _____
    Signature

_Bernardo J. Díaz Ocasio_
Print Name

_Participant_
Title (if Participant is not an individual)

_August 29, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bernardo J. Díaz Ocasio
13 Urb. Tanamá
Arecibo PR 00612



United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Yolanda Isaac Piñero*

Participant's Address: *Walle Arriba Heights*

*PO Box 2957*

Participant's Email Address: *Carolina, PR 00984-2957*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Yolanda Isaac Piñero*

Signature

*Yolanda Isaac Piñero*

Print Name

_____

Title (if Participant is not an individual)

*18/8/2021*

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Po Box 2957
Carolina, PR 00984-2957
Yolanda Isaac Piñero

RECEIVED & FILED
2021 SEP -2 PM 5: 10
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

Unid States District Court, Clerk's
Office 150 Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767.



PRIORITY®
★ MAIL ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 08/28/21

USPS TRACKING® #

9505 5104 0287 1239 4862 52

RECEIVED & FILED

2021 SEP -2 PM 5:10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

1005

00918

U.S. POSTAGE PAID
PM 1-DAY
SAN JUAN, PR
00924
AUG 27, '21
AMOUNT

$7.95

R2303S104007-10

EP14H July 2013 Outer Dimension: 10 x 5