# UNITED STATES COURTS FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INRE THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVES OF THE COMMONWEALTH OF PUERTO RICO ET ALS** <br><br> **DEBTORS** | **PROMESA TITLE III** <br> **NO. 17BK-3283 LTS** |

## MOTION INFORMING THE COURT

Comes now the movant Pro Se Hiram Pérez-Soto, and respectfully alleges and informs to the Honorable Court the following:

1. That in the complaints filed in the Federal District Court 19CV-1266 and 19CV-1774 the defendants obtained a judgment of dismissal. We filed a notice of appeal in the consolidated cases. The number of the case in the Appeals Court First Circuit is 21-1404. That in that case the Appeals Court ordered that I had to obtain a clarification order from the Honorable Bankruptcy Judge. That the approval of the stipulation lifting the automatic stay under certain conditions pertaining to case 19CV-1774 approved on November 4, 2019 and the order lifting the automatic stay under certain conditions pertaining to case 19CV-1266 made on August 22, 2019 are also applicable to

1

the Appeals Court with the same conditions in the case First Circuit 21-1404.

2. That we are sending the letter that I sent to the Counselors for the Oversight Board and AAFAF.  That letter was sent in compliance with the 8th amended notice case management administrative procedures Docket No. 4866-1.  Inasmuch as we have not receive any objections it can be presumed that there is no objection from the aforesaid counselors.

**WHEREFORE**, it is respectfully requested to this Honorable Court to clarify that the order approving the stipulation lifting the automatic stay pertaining to case 19CV-1774 made on November 4, 2019 under certain conditions is also applicable in the appeals case pending in the First Circuit 21-01404.  Also that the order made on August 22, 2019 pertaining to case 19CV-1266 lifting the automatic stay under certain conditions, that those conditions are also applicable to the appeals case pending in the First Circuit 21-01404.

2

I hereby certify that I filed manually this motion with the Clerk of this Court and send by Email copy of this motion to:

Omar Andino Figueroa, Court of Appeals Bar Number 1197240; email:

omar.andino@justicia.pr.gov

Mariola Abreu Acevedo, Court of Appeals Bar Number 1199215; email:

mariola.abreu@justicia.pr.gov

Fernando Figueroa Santiago, Email: Fernando.figueroa@justicia.pr.gov

Today September ____4____ 2021 in San Juan, Puerto Rico.

**HIRAM PEREZ SOTO**
**PRO SE**
S1-5, Calle 11
Villas del Paraná
San Juan, Puerto Rico 00926-6045
Tel. (787) 731-6573
Cel. (787) 438-6687
E-mail:  hperez1057@gmail.com