# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>COMMONWEALTH OF PUERTO RICO.[1]<br><br>Debtor | CASE NO.: 17-03283 (LTS)<br><br>TITLE III; PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW**, Jon Eric Prather, applicant herein, and pursuant to L. Cv. R. 83.1(f) of the United States District Court for the District of Puerto Rico and LBR 9010-1(a) and 2090-1 of the United States Bankruptcy Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Schulte Roth & Zabel LLP; with offices at 919 Third Avenue, New York, NY 10022, telephone number 1 (212) 756-2000, fax 1 (212) 593-5955 and electronic mail: eric.prather@srz.com.

2. Applicant will sign all pleadings with the name "J. Eric Prather".

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

3. Applicant has been retained by Cantor-Katz Collateral Monitor, LLC, to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 2021, applicant has been and presently is a member in good standing of the bar of the State of New York where applicant regularly practices. Bar License number 5863253.

5. Since 2020, applicant has been and presently is a member in good standing of the bar of the State of New Jersey where applicant regularly practices. Bar License number 346302020.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

8. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in any matters.

9. Local counsel of record associated with applicant in this matter is:

**C. CONDE & ASSOC.**
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900
Fax: (787) 729-2203
Email: condecarmen@condelaw.com
*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312
*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No.: 215611

10. Applicant has read the Local Rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 2nd day of September, 2021.

By: s/ Jon Eric Prather
Jon Eric Prather
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
eric.prather@srz.com
Tel. 1 (212) 756-2000
Fax. 1 (212) 593-5955

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

C. CONDE & ASSOC.
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900; Fax: (787) 729-2203
Email: condecarmen@condelaw.com
*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312
*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No.: 215611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>COMMONWEALTH OF PUERTO RICO.[2]<br><br>Debtor | CASE NO.: 17-03283 (LTS)<br><br><br>TITLE III; PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of

Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of September, 2021.

_____
United States District Judge

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).