**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et<br>al.*,<br>                        Debtors.1 | PROMESA<br>Title III<br><br>No. 17 BK 3283<br><br>( Jointly Administered) |

GROUP WAGE CREDITORS PRELIMINARY LIST OF WITNESSES TO BE
OFFERED IN OPPOSITION OF CONFIRMATION OF PLAN OF ADJUSTMENT

---

1       The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of  Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17  BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of  the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal  Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS)  (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**NOW COME GROUP WAGE CREDITORS in the** litigation captioned (1) Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990- 0487 (2) Jeannette Abrams Diaz et al. v.Puerto Rico Department of Transportation & Public Works, Case No. KAC-2005-5021; (3) Nilda Agosto Maldonado et als. v    Puerto Rico Department of Family Affairs (Secretariado, ADFAN, ADSEF,ACUDEN,ASUME )and ARV  Case No. K PE 2005-0608; (4)   Carmen Socorro Cuz Hernandez et als v Puerto Rico Department of Family Affairs, (Secretariado, ADFAN, ADSEF,ACUDEN,ASUME )and ARV   Case No.   (5) Madeline Acevedo-Camacho v Puerto Rico Department of Family Affairs (Secretariado, ADFAN, ADSEF,ACUDEN, ASUME) ARV and NAJ, Case No. 2016-05-1340, (6)  Francisco Beltran Cintron et al. v. Puerto   Rico   Department   of   Family   Affairs,   (Secretariado,   ADFAN, ADSEF,ACUDEN,ASUME)   Case No.  KAC-2009-0809/ CASP No.  2021-05-0345   (7) Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC-2013- 1019 , CASP No. 2021- 05-0346 ; (8)  Alejo Cruz Santos et al. v. Puerto Rico Department of Transportation & Public Works, CASP Case No. RET-2002-06-1493 (the "Cruz Santos, Master Claim No. 29642"); (9)  Delfina Lopez Rosario et al. v. Puerto Rico Police Department, CASP. Case No. 2001-10-372 (the "Lopez Rosario, Master Claims no. 15708"); (10) Prudencio Acevedo Arocho et al. v. Puerto Rico Department of Treasury, Case No. KAC-2005-5022 and (11) consolidated judgment claimants in the case of Norberto Tomassini Arce  and Ivan Ayala v Puerto Rico Department of Correction, case no. A MI 2003-0243 and A PE 2005-0049; through the

undersigned attorney and respectfully  submits this Initial Witness List (defined below) in

accordance with the   Confirmation Procedures Order [ECF No. 17362] (the "Order").

## Wage Group Creditors' Preliminary Witness List

1. Pursuant to the Order, the Court directed the Oversight Board to "file an opening

summary brief explaining what they expect to prove at confirmation, and their initial

witness list, including the topics about which each witness is expected to testify, at the

outset of the discovery period." Order ¶ 4.4 Set forth below is an initial list of witnesses

who may testify on behalf of the Wage Group Creditors, in opposition of the confirmation

of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto

Rico, et al. [ECF No. 17627] (as it may be amended, modified, or supplemented, the

"Plan") and the topics about which each witness is expected to testify (the "Initial Witness

List").[1] The Wage Group Creditors  reserves the right to amend the Initial Witness List as

trial planning proceeds and to: (i) add or remove witnesses; and (ii) modify the topics

about which witnesses may testify, to address responses or objections interposed with

respect to confirmation of the Plan or to further support confirmation of the Plan

   1.   ANDRES MERCADO BONETA,  is a claimant in the case of  Abrams Diaz

group, recently retired, and occupied an administrative and supervisory position at the

Department of Transportation and Public Works (DTOP).  May provide fact testimony

---

[1]  Not identified on this Initial Witness expert witnesses and  expected testimony. Such witnesses, if any, will be identified pursuant to the deadlines established by the Court's Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [ECF No. 17640].

regarding DTOP illegal wage policies and concerning the diverse composition of the Department work force, in terms of labor organizations, the number of affiliates in the respective organizations and related matters. Also, may testify concerning certain out of the ordinary course transactions, included in the proposed plan of reorganization, including but not limited to "cash gift-ups", voting bonus and other concessions, without extending the same benefits to the group wage creditors or to the allowed creditors of competing labor organizations , should not be approved, because are discriminatory and could unduly prejudice successful reorganization efforts.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on September 3, 2021.

**IT IS HEREBY CERTIFIED**, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By          /s/ Ivonne González Morales
            Ivonne González - Morales
            RUA 3725 USDC-PR 202701
            P.O. BOX 9021828
            San Juan, P.R. 00902-1828
            Telephone:  787-410-0119
            Email- ivonnegm@prw.net

            ***Attorney for the Group Creditors***

4