# EXHIBIT 2

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alba Acevedo Vazquez

Participant's Address: Cond. Valencia Suites 352 Badajoz #322 Apt-B-5 Rio Piedras 00923

Participant's Email Address: acuedoalba25@gmail.com

Name of Counsel: Ivonne Gonzalez Morales

Address of Counsel: P.O Box 9021828 San Juan P.R. 00902-1828

Email Address of Counsel: ivonnegm@prw.net

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Maximo federal.

By: Alba Acevedo Vazquez
Signature

Alba Acevedo Vazquez
Print Name

_____
Title (if Participant is not an individual)

5/agosto/2021
Date

**RECEIVED**

**AUG 20 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Qué probabilidad tengo derecho a una ganancia en la Demanda, para poder enviar el dinero $100 dolares a la abogada que representa el caso. Ivonne González

Alba Acevedo Vázquez

(787) 607-1484.

¡Gracias!

RECEIVED

PRIME CLERK LLC

Acevedo Vazquez Alba
Cond Gabriel Suites
322 Calle Badajoz Apt B5
Rio Piedras P.R. 00923

SAN JUAN PR 009
7 AUG 2021 PM 1 L

RECEIVED
AUG 20 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-486068