# EXHIBIT 4

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alma Varela

Participant's Address: Paseo Las Vistas A21 Calle 1 San Juan, P.R. 00926

Participant's Email Address: almavarela64@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: —

Nature of Claim: years that not pay the increase for 20 years

By: Alma Varela
Signature

Alma Varela
Print Name

—
Title (if Participant is not an individual)

16/8/21
Date

RECEIVED
AUG 23 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alma Varela
Paseo Las Vistas
A21 Calle 1
San Juan, P.R 00926

SAN JUAN PR 009
16 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

**RECEIVED**
**AUG 23 2021**
PRIME CLERK LLC

10163-485050