# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana. D. Aquino Cruz_

Participant's Address: _HC 8 Box 89121 - San Sebastian P.R. 00685_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
Signature

_Ana D. Aquino Cruz_
Print Name

_Ana D. Aquino Cruz_
Title (if Participant is not an individual)

Date _8/08/21_

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From 1. Miguel A Pérz Mercado
2. Ana D. Aquino Cruz
HC 8 Box 89121
San Sebastián, P.R. 00685

To Prime Clerk LLC
Grand Central Station
Box 4850
New York NY 10163-4850

SAN JUAN PR 009
18 AUG 2021 PM 2 L



RECEIVED
AUG 24 2021
PRIME CLERK LLC