# EXHIBIT 8

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana M. Bonilla Alicea_ 00956

Participant's Address: _Calle flamboyán 2J-10 Lms. Vds. Bay. P.R._

Participant's Email Address: _mercebonilla75@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56677_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Ana Mercedes Bonilla Alicea_
Signature

_Ana M. Bonilla Alicea_
Print Name

**RECEIVED**
**AUG 2 0 2021**
**PRIME CLERK LLC**

_____
Title (if Participant is not an individual)

_9-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Bonilla Alicea
Urb. Lomas Verdes
Calle Flamboyán 2J-10 Lms. Vds. Bay
P.R. 00956

SAN JUAN PR 009
11 AUG 2021 PM 2 L



RECEIVED
AUG 20 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-488080