# EXHIBIT 11

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angeles Cruz Serrano_

Participant's Address: _Hc-3 Box 40592 Caguas, P.R. 00725_

Participant's Email Address: _cruzangie555@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA_

By: _Angeles Cruz Serrano_
Signature

Print Name: _Angeles Cruz Serrano_

Title (if Participant is not an individual): _____

Date: _8/13/2021_

**RECEIVED**

**AUG 23 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angeles Cruz Serrano
HC-3 Box 40592
Caguas, P.R 00725-9736.

SAN JUAN PR 009
16 AUG 2021 PM 1 L



**RECEIVED**
AUG 23 2021
PRIME CLERK LLC

Prime Clerk LLc
Grand Central Station
P O Box 4708
New York, NY 10163-4708

10163-470808