# EXHIBIT 12

RECEIVED
AUG 23 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Anibal Omar Neris Cruz

Participant's Address: Urb. José Mercado C/ James Madison U-121 Caguas, P.R. 00725

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Anibal O Neris Cruz

Nature of Claim: _____

By: _Anibal O. Neris Cruz_
Signature

Anibal O. Neris Cruz
Print Name

_____
Title (if Participant is not an individual)

14-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anibal Omar Neris
Urb. José Mercado
Caile James Madison U-121
Ceguas, P.R. 00725



SAN JUAN PR 009
16 AUG 2021 PM 1 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

**RECEIVED**
AUG 23 2021
PRIME CLERK LLC

10163-470808