# EXHIBIT 13

RECEIVED

AUG 2 5 2021

Participant must provide all of the information below **in English**:   PRIME CLERK LLC

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:   ANselmo Condero Acevdo

Participant's Address:   H.C. 56 Box 4850 Aguada P.R.

Participant's Email Address:   Hc.56 Box 4850 Aguado 602
do

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   No.17BK 32 83 - LTS.

Nature of Claim:   Promesa III

By:   _Anselm Cordero Aceveda_
Signature

Anselmo Cordero Acevedo
Print Name

_____
Title (if Participant is not an individual)

8/17 - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANSELMO Cordero Acevedo
HC 56 Box 4850
Aguada, P.R. 00602

SAN JUAN PR 009
18 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 1016308

**RECEIVED**

AUG 2 5 2021

**PRIME CLERK LLC**

10163-470808