# EXHIBIT 14

RECEIVED
AUG 23 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Antonia Santana Freytes_

Participant's Address: _P.O Box 1186 San Lorenzo, P.R 00754_

Participant's Email Address: _antoniasantana811@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Antonia Santana
P.O Box 1186
San Lorenzo, P.R 00754

SAN JUAN PR 009
16 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, N.Y. 10163-4708

RECEIVED
AUG 23 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Antonia Santana Freytes_

Participant's Address: _P.O Box 1186 San Lorenzo, PR 00754_

Participant's Email Address: _antoniaSantana811@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Antonia Santana Freytes
P.O Box 1186
San Lorenzo, P.R 00754

Prime Clerk. LLC
Grand Central Station
P.O Box 4708
new York, NY 10163-4708

SAN JUAN PR 009
18 AUG 2021 PM 2 L

RECEIVED
AUG 2 5 2021
PRIME CLERK LLC

10163-470808