# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aracelis Ocasio Maldonado

Participant's Address: HC-83 Box 7173, Vega Alta, PR 00692

Participant's Email Address: araocasio@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 28351

Nature of Claim: Compensation for years of service

By: [signature] A. Maldonado
Signature

Aracelis Ocasio Maldonado
Print Name

Retirada del Municipio Vega Alta
Title (if Participant is not an individual)

25/august/2021
Date

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aracelis Ocasio Maldonado
HC-83 Box 7173
Vega Alta, PR 00692

MEMPHIS TN 380
28 AUG 2021 PM 5 L



RECEIVED
SEP 01 2021
PRIME CLERK LLC

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

11232-152312