# EXHIBIT 17

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Arcadio Ortiz Cedeño

Participant's Address: 130 Avenida Campobello Cidra P.R 00739

Participant's Email Address: quimico123@hotmail.com

Name of Counsel: Department of Education, P.Rico

Address of Counsel: Puerto Rico

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: I worked for the P.R. Department of Education from 1979-2000.

By: _(signature)_
Signature

Print Name: Arcadio Ortiz Cedeño - 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

Title (if Participant is not an individual): _____

Date: July 3/021

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

→ 130 Avenida Campobello
Gdn, P.R. 00739

SAN JUAN PR 009
19 AUG 2021 PM 1 L

RECEIVED
AUG 2 5 2021
PRIME CLERK LLC

10163-470808

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY. 10163-4708