# EXHIBIT 18

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aracelis Navedo González

Participant's Address: PO Box 2023 Guayama, PR 00785

Participant's Email Address: aracelisnavedo@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 87626

Nature of Claim: Employees Retirement System of the Government

By: *Aracelis Navedo González*
Signature

Aracelis Navedo González
Print Name

Title (if Participant is not an individual)

August 30, 2021
Date

RECEIVED

AUG 3 0 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.