# EXHIBIT 20

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aurea Encarnación Rivera

Participant's Address: Urb. Santo Tomás 34 calle San Gabriel Naguabo P.R. 00718

Participant's Email Address: Aurea613@gmail.com

Name of Counsel: O'Neill & Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800 San Juan, P.R. 00918-1813

Email Address of Counsel: HTTps://www.oneilborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Retirement

By: _Aurea Encarnación Rivera_
Signature

Aurea Encarnacion Rivera
Print Name

PBA
Title (if Participant is not an individual)

17 agosto 2021
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea Encarnación Rivera
Urb. Santo Tomas
34 calle San Gabriel
Naguabo, P.R. 00718

SAN JUAN PR 009
18 AUG 2021 PM 2 L



RECEIVED
AUG 2 4 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050