# EXHIBIT 21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aurea Rosado Ortiz*

Participant's Address: *HC-77- Buzon 8661 Vega Alta P.R. 00692*

Participant's Email Address: *yamiraVelez11@hotmail.com*

Name of Counsel: *Yodira Velec Rosado (hija)*

Address of Counsel: *HC-77- Buzon 8661 Vega Alta*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *[signature]*
Signature

*Aurea Rosado Ortiz*
Print Name

*Enfermera Correcion*
Title (if Participant is not an individual)

*agosto 20-2021*
Date

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea Rosado Ortiz
HC. 77. Buzon 8661
Vega Alta P.R. 00692

SAN JUAN PR 009
20 AUG 2021
7021 0350 0001 3416 2739

RECEIVED
SEP 01 2021
PRIME CLERK LLC

To: Prime Clerk Lic
Gran Central Station
PO BOX 4708
New York N.Y 10063-4708