# EXHIBIT 23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda González Santiago_

Participant's Address: _HC02 Box 6272 Guayanilla, P.R 00656_

Participant's Email Address: _brunny.gon@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-bK 03283_

Nature of Claim: _Departamento de Educación - Empleada pública_

By: _Brunilda González Santiago_
Signature

_Brunilda González Santiago_
Print Name

RECEIVED
AUG 24 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_18 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda González Santiago
HC 02 Box 6272
Guayanilla, P.R. 00656

SAN JUAN PR 009
18 AUG 2021 PM 2 L



RECEIVED
AUG 24 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY. 10163-4850

10163-485050