# EXHIBIT 25

RECEIVED
AUG 2 3 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carlos A. Figueroa Torres*

Participant's Address: *39 Calle Arizona #8, Arroyo, P.R. 00714*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17193*

Nature of Claim: *Reclamación por Ley 89 y Ley 34 ya que fue empleado del Depto. DeEduca. di P.R. desde 1975 Al 2013*

By: *[signature]*
Signature

*Carlos A. Figueroa Torres*
Print Name

*Sistema de Retiro de Maestros de P.R. Estado Libre Asociado de P.R.*
Title (if Participant is not an individual)

*9 Agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Figueroa Torres
39 Calle Hostos
Arroyo, P.R. 00714



CERTIFIED MAIL

7021 0350 0001 0814 0473

Commonwealth of Puerto Rico
ACR Processing Center
C/o Prime Clerk, LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

RECEIVED
AUG 23 2021
PRIME CLERK LLC

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 09, 21
AMOUNT
$6.45
R2305K131158-20

11232-152312

Case:17-03283-LTS Doc#:18035-25 Filed:09/06/21 Entered:09/06/21 12:35:54 Desc:
Exhibit 25 - Carlos A Figueroa Torres Page 3 of 3