# EXHIBIT 27

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Lydia Romero Lebrón_

Participant's Address: _7 Ave. Laguna Cond. Lagsmar Apt. 6-D, Carolina, P.R. 00979_

Participant's Email Address: ____

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Reclamación_

By: _Carmen L. Romero_
Signature

_Carmen Lydia Romero Lebrón_
Print Name

____
Title (if Participant is not an individual)

_15 de agosto de 2021_
Date

RECEIVED

AUG 20 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen L. Romero
7 Ave Laguna Cond. Lagunas
Apt. 6-JD, Carolina, P.R.
00979

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

SAN JUAN PR 009
17 AUG 2021 PM 1 L

RECEIVED
AUG 20 2021
PRIME CLERK LLC

10163-470808