# EXHIBIT 31

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen N. Muñoz Colón_

Participant's Address: _HC 645 Box 6686, Trujillo Alto P.R 00976_

Participant's Email Address: _Carmennmunozcolon@gmail.com_

Name of Counsel: _Lcda. Ivonne González Morales_

Address of Counsel: _Cond. Colina Real - Ave Felisa Rincón 2000 Box 1405, San Juan P.R 00926_

Email Address of Counsel: _ivonnegm@prw.net._

2. Participant's <u>Claim number and</u> the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS._

Nature of Claim: _Paid of Sentency of Case of Nilda Agosto Maldonado ELA K PE 2005-0608 in the Schedule H - Litigation related obligations (Docket 12-15-14_

By: _Carmen N Muñoz Colón_
Signature

_Carmen N. Muñoz Colón_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 18, 2021._
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackId:
83896 MMLID: 973010-PSVC: ADSHNQ

## ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

YO, __Carmen N. Muñoz Colón__, mayor de edad, ✓ casado ___ soltero, ___ empleado ___ retirado y vecino de __Com. Ramon T. Colon, Calle 2 #26 Alts. PR__ telefono(s): __787) 382-5357__ y correo electrónico: __carmennmunozcolon@gmail.com__ declaro que soy acreedor en el caso: Nilda Agosto Maldonado vs. ELA, KPE 2005-0608, Sentencia del Tribunal de Primera Instancia, Sala de San Juan, por reclamación de salarios.

Por la presente designo a la Lcda. Ivonne González Morales, P O Box 9021828, San Juan, Puerto Rico 00902-1828, telephone: 787-410-0119, ivonnegm@prw.net, y a la Lcda. Milagros Acevedo Colón, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, telephone: 787-422-7622, maclegaljc@gmail.com, para que me representen legalmente en el caso **The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III. No. 17BK 3283- LTS** ante el Tribunal de Quiebras de Puerto Rico y para que realicen todas las gestiones, determinaciones y roles que sean necesarias para cobrar y distribuir cualquier suma de dinero que me corresponda en pago de la sentencia dictada en el caso K PE 2005-0608. A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al sindico del Título III a pagar directamente a mis abogadas, Ivonne González Morales y Milagros Acevedo Colón, el 25% de todo pago que reciba en el caso **No. 17BK 3283- LTS**. Reconozco haber recibido un adelanto de la sentencia y de existir balance de honorarios adeudados por mi, autorizo a debitar el importe correspondiente. De igual modo, acuerdo pagar todos los gastos, costas y peritos en que se incurra en la tramitación del caso **No. 17BK 3283- LTS**, dentro del término de 30 días contados a partir del recibo de requerimiento del pago.

Certifico que he recibido Memorando y orientación relacionada a la presente autorización y que he tenido oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos, por lo que firmo de forma libre y voluntaria.

_____    August 18 - 2021
Firma                                Fecha

## AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT

I, _____ of legal age, ___ married ___ single, ___ employee ___ retired and resident at _____ telephone(s): _____ and e mail _____ herein states that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case Number 17BK 3283-LTS.

I hereby declared that I was awarded a back pay judgment in the case Nilda Agosto Maldonado vs. ELA, KPE 2005-0608 entered by the Superior Court of San Juan, PR, due to the Commonwealth's violation of wage laws and regulations.

To represent me in the Bankruptcy case and to perform any role and determinations that would be necessary to collect and distribute any money due to me in the case K PE 2005-0608, I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, tel.: 787-410-0119, ivonnegm@prw.net and Milagros Acevedo Colón, Esq. at Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, tel.: 787-422-7622, maclegaljc@gmail.com.

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III Trustee to pay directly 25% from the payments that I will receive in case No. 17BK 3283-LTS to my attorneys Ivonne González Morales and Milagros Acevedo Colón. I also agree to pay the expenses, costs and fees that will be incurred in the case **No. 17BK 3283- LTS**, as they become due and within 30 days of receiving the payment request.

As to this date, I have received partial payment(s) of approximately 25% and/or partial liquidation of the amount corresponding to me in the case of K PE 2005-0608, and I authorize to deduct any amount owed from the payment to be received as stipulated in the professional services contract. In case of non-compliance, I agree to submit to the jurisdiction of the Superior Court of San Juan, PR.

I certify that I have received an Explanatory Memorandum from my attorneys, that I was guided on its document content and have had the opportunity to study and discuss it. I declare my agreement with the terms expressed and sign this authorization, freely and voluntarily.

August 18-2021                        _____
Date                                  Signed

*I think I have sent it for you before, but I'm not secure. Please check.*

Carmen N. Muñoz Colón
HC 645 - Box 6686
Trujillo Alto, P.R. 00976

7020 1810 0001 9972 8982

$7.00
R2305P151220-03

RECEIVED
AUG 24 2021
PRIME CLERK LLC

AUG 23 2021

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708