# EXHIBIT 35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Damaris Candelaria Rosario

Participant's Address: Urb. Madrid c/2 B-9 Humacao, P.R. 00791

Participant's Email Address: damaris_candelaria@yahoo.com

Name of Counsel: Retirement system of the government

Address of Counsel: San Juan, P.R.

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: [signature]
Signature

Damaris Candelaria Rosario
Print Name

Special education assistant
Title (if Participant is not an individual)

Agosto/16/21
Date

**RECEIVED**
**AUG 23 2021**
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damaris Candelaria Rosario
Urb. Madrid c/2 B-9
Humacao, P.R. 00791

SAN JUAN PR 009
16 AUG 2021 PM 2 L



**RECEIVED**
**AUG 23 2021**
**PRIME CLERK LLC**

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, N.Y. 10163-4708

10163-470808