# EXHIBIT 36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: DELIA E. GONZALEZ Díaz

Participant's Address: Brisas del Turabo Edif. 42 APT 299 Caguas, P.R. 00725

Participant's Email Address: 49gonzalesde@gmail.com

Name of Counsel: The Commonwealth of Puerto Rico

Address of Counsel: United State Distric Court clerk's Office 150 Avenue Carlos Chardon ste. 150 San Juan, P.R. 00918-1767

Email Address of Counsel: eisha26m@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: The Commonwealth of Puerto Rico

Nature of Claim: 17 BK 3283-LTS Cofina

By: _Delia E. Cg.Dg._
Signature

Delia E. Gonzalez Díaz
Print Name

Cofina Title III
Title (if Participant is not an individual)

16 Agosto 2021
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan **Confirmation**, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delia E. Gonzalez Diaz
Brisas del Turabo Edif. 42
Apt. 299
Caguas, P.R. 00725

SAN JUAN PR 009
18 AUG 2021 PM 2 L



RECEIVED
AUG 24 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050