# EXHIBIT 37

RECEIVED

AUG 23 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eddie Nieves Izquierdo

Participant's Address: Mansiones De Montecasino I 243 calle Goloudrina Toa Alta P.R. 00953

Participant's Email Address: nieveseddie59@gmail.com

Name of Counsel: Policia De Puerto Rico

Address of Counsel: P.O. Box 70166 San Juan, P.R. 00936-8166

Email Address of Counsel: policia.pr.gov

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 34224

Nature of Claim: _____

By: _Eddie Nieves Izquierdo_
    Signature

   _Eddie Nieves Izquierdo_
   Print Name

   _____
   Title (if Participant is not an individual)

   _August 16, 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eddie Nieves Izquierdo
Mansiones De Montecasino I
243 Calle Golondrina
Toa Alta, Puerto Rico
00953

SAN JUAN PR 009
16 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

RECEIVED
AUG 23 2021
PRIME CLERK LLC

10163-485050