# EXHIBIT 38

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edgardo Boyrié Ramos*

Participant's Address: *HC01 Box 2706 Maunabo P.R 00707*

Participant's Email Address: *edgardoboyrie2016@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Edgardo Boyrié Ramos*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*8-16-21*
Date

**RECEIVED**

**AUG 1 9 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yo Edgardo Boyrie Ramos pido que por favor si se puede me manden las carta en español porque yo no hablo ingles y lo que deje en blanco es porque no entiendo perdonen

Firma: Edgardo Boyrie Ramos

Edgardo Boyrie
HC01 Box 2706
Maunabo P.R 00707



SAN JUAN PR 009
16 AUG RECEIVED M 1
AUS 1 9 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
Po Box 4708
New York, N.Y. 10163-4708