# EXHIBIT 40

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edwin Rivera Ortiz

Participant's Address: Calle 7 G-31 Urb. Las Vegas

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Sistema de retiro de Puerto Rico

By: Edwin Rivera Ortiz
Signature

Edwin Rivera Ortiz
Print Name

Policia de Puerto Rico
Title (if Participant is not an individual)

8/23/21
Date

RECEIVED

SEP 01 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To. Edwin Riuera Ortiz
Calle # 7 J-31 Urb.
Los Jigos, Catano P.R. 00162

SAN JUAN PR 009
25 AUG 2021 PM 1 L



RECEIVED
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050