# EXHIBIT 41

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elba Z. Reyes Torres

Participant's Address: urb- Villa Grillascacolle Eustoquia Pujols # 1425 Ponce P.R 00717

Participant's Email Address: juana77777 2003 @ yahoo.com

Name of Counsel: n/a

Address of Counsel: n/a

Email Address of Counsel: n/a

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No lo tengo actualmente el numero de reclamacion

Nature of Claim: Aumento salarial como maestra en el Departamento Educacion

By: Elba Z Reyes Torres
Signature

Elba Z. Reyes Torres
Print Name

N/A
Title (if Participant is not an individual)

17 / agosto / 2021
Date

RECEIVED

AUG 20 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
AUG 10 2021
PRIME CLERK LLC

Elba Z Reyes Torres
urb. Villa Grillasca calle
Eustoquio Pujols 1425
Ponce PR 00717-0581

SAN JUAN PR 009
17 AUG 2021 PM 1 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York NY 10163-4708

RECEIVED
AUG 20 2021
PRIME CLERK LLC

10163-470808