# EXHIBIT 45

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Epifanio Flores Oyola*

Participant's Address: *Urb. Sabanera #374 Cidra PR 00739*

Participant's Email Address: *floresepi1955@gmail.com.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *155349 / 117420*

Nature of Claim: *Promesa Title III*

By: *[signature]*
Signature

*Epifanio Flores Oyola*
Print Name

RECEIVED

AUG 23 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

*14-agosto-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Epifanio Flores Oyola
Urb. Sabanera
Camino de los Flamboyan AUG 2021 PM 1 L
#374 Cidra PR 00739

SAN JUAN PR   009

RECEIVED

AUG 23 2021

PRIME CLERK LLC

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850