# EXHIBIT 47

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ernesto L. Hernández Pagán_

Participant's Address: _urb. Villa Grillasca calle Eustoquio Pujols 1485 Ponce PR 00[?]_

Participant's Email Address: _juena777772003@yahoo.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No lo tengo actualmente en mis archivos._

Nature of Claim: _Pago de exceso dies por enfermedad en función de Maestro_

By: _Ernesto L. Hernández Pagán_
Signature

_Ernesto L. Hernández Pagán_
Print Name

RECEIVED
AUG 23 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_15 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

15 de agosto de 2021

A: Prime Clerk LLC
De: Ernesto L Hernández Pagán
Asunto: Reclamación del pago de licencias por días de enfermedad, mientras ejercía como maestro en el Departamento de Educación de Puerto Rico

Nota Aclaratoria

Sirva la presente para informarle que actualmente no tengo el número de reclamación (Claim number) porque no poseo el manual de reclamación que habían enviado a los solicitantes de acuerdo a su caso en particular.

Agradeceré me lo puedan enviar a la dirección anterior y así continuar con mi caso de acuerdo a los normas y procesos de Court Clerk office.

Cordialmente
Ernesto L. Hernández Pagán

Ernesto L. Hernández Pagán
urb Ville Grillosco calle
Eustequio Pájels #1425
Ponce P.R. 00717-0581

**RECEIVED**

**AUG 23 2021**

**PRIME CLERK LLC**

10163-485050



SAN JUAN PR 009
16 AUG 2021 PM 1 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York NY 10163-4850