# EXHIBIT 48

Case:17-03283-LTS Doc#:18035-48 Filed:09/06/21 Entered:09/06/21 12:35:54 RECEIVED
Exhibit 48 - Evelyn Alicea Gonzalez Page 2 of 3

AUG 3 1 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Evelyn Alicea Gonzalez

Participant's Address: Box 568 Cabo Rojo, P.R. 00623

Participant's Email Address: aliceaeve a live.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167221

Nature of Claim: Salary

By: _Evelyn Alicea Gonzalez_
Signature

Evelyn Alicea Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August, 24 - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Evelyn Alicea Gonzalez
Box 568
Cabo Rojo, P.R. 00623
Proof of Claim 167221

SAN JUAN PR 009
24 AUG 2021 PM 1 L

Commonwealth of Puerto Rico
Supplemental Information Processing Center
C/o Prime Clerk, LLC
Grand Central Station, P.O. Box 4708, N.Y. 10163-4708

RECEIVED
AUG 31 2021
PRIME CLERK

10163-470808