# EXHIBIT 49

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn M. Calderon Dones_

Participant's Address: _Cond. Villa Carolina Court Apt. 1003_ _Carolina 00985_

Participant's Email Address: _mariposita_boricua_89@hotmail.com_

Name of Counsel: _The Financial Oversight And Management Board For P.R._

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _Evelyn M. Calderon Dones_
Signature

_Evelyn M. Calderon_
Print Name

RECEIVED
AUG 19 2021
PRIME CLERK LLC

Title (if Participant is not an individual)

_13 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn M. Calderon
Cond. Villa Carolina Court
Apt. 1003
Carolina, P.R. 00985

SAN JUAN PR 009
13 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808