# EXHIBIT 1

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Rivera Olivero*

Participant's Address: *Pub 608 - Apd 30,000 Canovanas P.R. 00729*

Participant's Email Address: *evelyn3161@gmail.com*

Name of Counsel: *Eddie J. Rivera Olivero*

Address of Counsel: *ej61R@outlook.com*

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Evelyn Rivera Olivero*

Nature of Claim: *Money No. 17 BK 3283-LTS*

By: *Evelyn Rivera Olivero*
Signature

*Evelyn Rivera Olivero*
Print Name

*Enfermera Graduada*
Title (if Participant is not an individual)

*Agosto/21/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

