# EXHIBIT 3

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Flavia Villanueva Villanueva

Participant's Address: HC-01 Box 8468 Hurabo, P.R. 00778

Participant's Email Address: flaviavillanueva73@gmail.com

Name of Counsel: Commonwealth of Puerto Rico

Address of Counsel: United State Distric Court Clerk's Office 150 Avenue Carlos Chardon Ste. 150 San Juan PR 00918-1767

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Promise Title III

By: _[signature]_
Signature

Flavia Villanueva
Print Name

Title III
Title (if Participant is not an individual)

17 Agosto 2021
Date

RECEIVED
AUG 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Flavia Villanueva
HC-01 Box 8468
Gurabo, P.R. 00778

SAN JUAN PR 009
18 AUG 2021 PM 2 L

RECEIVED
AUG 24 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050