# EXHIBIT 4

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco Cordero Acevedo_

Participant's Address: _HC 56 Box 4850, Aguada P.R. 00602_

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa, Title III_

By: _Francisco Corde Reevedo_
Signature

Print Name: _Francisco Cordero Acevedo_

Title (if Participant is not an individual): _____

Date: _Agosto 17-2021_

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anselmo Cordero Acevedo
HC 56 Box 4850
Aguada, P.R. 00602

SAN JUAN PR 009
18 AUG 2021 PM 2 L



RECEIVED
AUG 2 5 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163 08

10163-470808