# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Frank Cortés Mejías*

Participant's Address: *22 Américo Rodriguez, Adjuntas, P.R. 00601*

Participant's Email Address: *Cortesindio@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Frank Cortés Mejías*
Signature

*Frank Cortés Mejías*
Print Name

RECEIVED
AUG 23 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

*14/ agosto /2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Frank Cortés
2a Américo Rodriguez
Adjuntas, P.R.
00605

SAN JUAN PR 009
AUG 2021 PM 1 L



RECEIVED
AUG 23 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808