# EXHIBIT 6

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Georgina Aguiar Rivera

Participant's Address: PO Box 2519 Bayamón PR 00960

Participant's Email Address: riveratuna@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. BK 3283-LTS

Nature of Claim: Jointly Administered

By: _[signature]_
Signature

Georgina Aguiar Rivera
Print Name

Title (if Participant is not an individual)

Date: 8/22/21

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GEORGINA AGUIAR RIVERA
PO BOX 2519
BAYAMON, PR 00960

SAN JUAN PR 009
23 AUG 2021 PM 1 L



RECEIVED
SEP 01 2021
PRIME CLERK LLC

PRIME CLERK LLC
GRAND CENTRAL STATION
PO BOX 4850
NEW YORK, NY 10163-4850

10163-485050