# EXHIBIT 8

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys E. Jimenez Mendez_

Participant's Address: _Gladys E. Jimenez Mendez_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _P.O. Box 1561 Isabela, P.R. 00662_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Gladys E. Jimenez Mendez_
Signature

Print Name: _Gladys E. Jiménez Méndez_

Title (if Participant is not an individual): _____

Date: _9-11-2021_

RECEIVED
AUG 2 5 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Gladys E. Jimenez Mendez
P.O. Box [illegible]
Isabela, PR [illegible]

Postmark: SAN JUAN PR 009, 20 AUG 2021 PM 1 L

RECEIVED
AUG 25 2021
PRIME CLERK

10163-470808

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708