# EXHIBIT 9

RECEIVED
AUG 24 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys Felix Hernandez_

Participant's Address: _HC 11 Box 48272_

Participant's Email Address: _gladys.felix@upr.edu_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _CFSE failed to pay for my case_

By: _Gladys Felix H._ when I won it.
Signature

_Gladys Felix Hernandez_
Print Name

\* Workers Compensation Failed to pay me when I won my case.

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Gladys Felix H.
HC 11 Box 48272
Caguas, P.R. 00725

To: Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 101-4850

SAN JUAN PR 009
19 AUG 2021 PM 1 L
RECEIVED
AUG 24 2021
PRIME CLERK

10163-485050