# EXHIBIT 12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gladys Pinto Rodriguez

Participant's Address: urb. villa Navarro 14 Maunabo PR. 00707

Participant's Email Address: Gladyspr58@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283 - LTS

Nature of Claim:

By: *Gladys Pinto Rodriguez*
Signature

Gladys Pinto Rodriguez
Print Name

Gladys Pinto Rodriguez
Title (if Participant is not an individual)

7/29/2021
Date

RECEIVED

AUG 23 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Pinto Rodriguez
urb. villa Navarro
#14
Maunabo P.R. 00707

SAN JUAN PR 009
16 AUG 2021 PM 1 L



RECEIVED
AUG 23 2021
PRIME CLERK LLC

Prime clerk LLC
Grand central station
P.O Box 4850
New york, NY 10163-4850

10163-485050