# EXHIBIT 15

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gloria María Acosta Luciano

Participant's Address: Urbanización: Glenview Gardens Calle Elba DD-20 Ponce, Apt. B P.R. 00730

Participant's Email Address: acostagloria592@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 53360

Nature of Claim: 17 BK 3283-LTS

By: _(signature)_
Signature

Gloria María Acosta Luciano
Print Name

_____
Title (if Participant is not an individual)

14-08-2021
Date

RECEIVED

AUG 23 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria M. Acosta Luciano
Urb. Glenview Gardens
Calle Elba DD-20 Apt. B
Ponce, P.R. 00730

SAN JUAN PR 009
16 AUG 2021 PM 1 L



**RECEIVED**
**AUG 23 2021**
**PRIME CLERK LLC**

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050