# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gloria Rodriguez Ortiz

Participant's Address: HC-02 Box 6690 Sta. Isabel, P.R. 00757

Participant's Email Address: gloria234227@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 122759

Nature of Claim: Empleados publicos y pension/jubila

By: Gloria Rodriguez Ortiz
Signature

Gloria Rodriguez Ortiz
Print Name

_____
Title (if Participant is not an individual)

August 6, 2021
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Gloria Rodriguez Ortiz
P.O. Box 6690
Santa Isabel, P.R. 00757

SAN JUAN PR 009
19 RECEIVED PM 1 L
AUG 24 2021
PRIME CLERK



To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850