# EXHIBIT 18

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gretchen D. Nunez Garcia*

Participant's Address: *116 Hacienda Concordia Minnesota Street 11170*

Participant's Email Address: *Santa Isabel PR 00757-315*

Name of Counsel: *Hernan D. Bayer*

Address of Counsel: *USDC No 215005*

Email Address of Counsel: *San Juan PR 00918-183*
*Ave Munoz Rivera Suite 860*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 LTS*

Nature of Claim: *Request of Payment do to Differencial of Multiple Datio*

By: *Gretchen Nunez Garcia*
Signature

*Gretchen Nunez Garcia*
Print Name

*ASSMCA*
Title (if Participant is not an individual)

*August 17 - 2021*
Date

RECEIVED

AUG 25 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra Gretchen Nunez
11170 St. Mioscoti
Santa Isabel, PR 00757

SAN JUAN PR 009
18 AUG 2021 PM 2 L

RECEIVED
AUG 25 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York N.Y 10163 4708

10163-470808