# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GUILLERMO ARROYO LEBRON_

Participant's Address: _P.O. BOX 242 PUNTA SANTIAGO, P.R. 00741_

Participant's Email Address: _guillermo arroyo lebron @ gmail, com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178661_

Nature of Claim: _P.R.T.C._

By: _[signature]_
Signature

_GUILLERMO ARROYO LEBRON_
Print Name

_____
Title (if Participant is not an individual)

_AGOSTO 18, 2021_
Date

RECEIVED
AUG 19 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Guillermo Arroyo
P.O. Box 242
Punta Santiago, P.R. 00741

SAN JUAN PR 009
14 AUG 2021 PM 1  L



RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
New York, NY   10163-4850

10116-999955