# EXHIBIT 20

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Hector S. Sanchez Alicea

Participant's Address: RR #11 Buzon 5607

Participant's Email Address: Bayamón P.R. 00956-9715

Name of Counsel: Departamento de Educación

Address of Counsel: Ave- Chardón Hato Rey San Juan P.R.

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: aumento no otorgado

By: Hx S. [signature]
Signature

Hector S. Sanchez Alicea
Print Name

Maestro Pencionado
Title (if Participant is not an individual)

20 agosto 2021
Date

RECEIVED
AUG 30 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector S. Sanchez
RR #11 Bo. Nuevo
Buzon 5607
Bay, P.R. 00956




CERTIFIED MAIL



7021 0350 0000 7255 5143

Commonwealth of Puerto Rico ACR
Processing Center
c/o Prime Clerk, LLC
850 3rd ave., Suite 412
Brooklyn, N.Y. 11232