# EXHIBIT 21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Heriberto Ortiz Soto_

Participant's Address: _Urb. Villa Nueva c/2 E33 Caguas P.R._

Participant's Email Address: _n/a_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#178794_

Nature of Claim: _By the 89 law._

By: _[signature]_
Signature

_Heriberto Ortiz Soto_
Print Name

_Reclaim_
Title (if Participant is not an individual)

_08/10/21_
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

Instructions for Filing Notice of Participation: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sr. Heriberto Ortiz Soto
Urb Villa Nueve Calle 2-e33
Caguas, PR 00727

RECEIVED
AUG 24 2021
PRIME CLERK LLC

SAN JUAN PR 009
18 AUG 2021 PM 2 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850