# EXHIBIT 23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iniabelle Colón Guzman_

Participant's Address: _RR8 Box 1668, Bayamón, PR 00956_

Participant's Email Address: _inia1701@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44824_

Nature of Claim: _____

By: _Iniabelle Colón Guzman_
Signature

_Iniabelle Colón Guzman_
Print Name

_Sec. Servicios a Sala_
Title (if Participant is not an individual)

_25-8-2021_
Date

RECEIVED

SEP 01 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iniabelle Colon Guzmán
RR8 BOX 1668
Bayamón, PR 00956



MEMPHIS TN 380
27 AUG 2021 PM 3 L

RECEIVED
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO BOX 4850
New York NY 10163-4850

10163-485050