# EXHIBIT 24

RECEIVED

AUG 3 1 2021

PRIME CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SIXTH ADMINISTRATIVE CLAIMS RESOLUTION STATUS NOTICE

To the Honorable United States District Judge Laura Taylor Swain:

1. On March 12, 2020, this Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"). The ACR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Case:17-03283-LTS Doc#:18036-24 Filed:09/06/21 Entered:09/06/21 13:23:22 Desc:
Exhibit 24 - Iris B Pacheco Calderon Page 3 of 5

Case:17-03283-LTS Doc#:17659 Filed:08/03/21 Entered:08/03/21 16:17:33 Desc: Main
Document Page 2 of 4

*— 1 copia del frente de esta pág.*

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) using the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation") in accordance with the procedures contained in Exhibit A to the ACR Order (the "ACR Procedures").

2. Pursuant to Paragraph 5 of the ACR Procedures, the Debtors hereby respectfully submit their *Sixth Administrative Claims Reconciliation Status Notice*, attached hereto as Exhibit A (the "Sixth ACR Status Notice"). The Sixth ACR Status Notice provides an update to the Court regarding the status of claims transferred into the ACR Procedures.[2] *See* ACR Procedures at ¶ 5.

---

[2] Claims have been transferred into the ACR Procedures on July 10, 2020 (the "First ACR Designated Claims") through the *First Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 13603], on September 8, 2020 (the "Second ACR Designated Claims") through the *Second Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 14182], on October 22, 2020 (the "Third ACR Designated Claims") through the *Third Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 14785], on November 6, 2020 (the "Fourth ACR Designated Claims") through the *Fourth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15027], on November 11, 2020 (the "Fifth ACR Designated Claims") through the *Fifth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15086], on November 13, 2020 (the "Sixth ACR Designated Claims") through the *Sixth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15116], on January 4, 2021 (the "Seventh ACR Designated Claims") through the *Seventh Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15534], on January 22, 2021 (the "Eighth ACR Designated Claims") through the *Eighth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15721], on March 5, 2021 (the "Ninth ACR Designated Claims") through the *Ninth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15948], on March 30, 2021 (the "Tenth ACR Designated Claims") through the *Tenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16259], on April 21, 2021 (the "Eleventh ACR Designated Claims") through the *Eleventh Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16514], on May 4, 2021 (the "Twelfth ACR Designated Claims") through the *Twelfth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16677], on June 10, 2021 (the "Thirteenth ACR Designated Claims") through the *Thirteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16926], on June 21, 2021 (the "Fourteenth ACR Designated Claims") through the *Fourteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 17128], on July 2, 2021 (the "Fifteenth ACR Designated Claims") through the *Fifteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 17212], and on July 13, 2021 (the "Sixteenth ACR Designated Claims," and together with the First ACR Designated Claims, the Second ACR Designated Claims, the Third ACR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Iris B. Pacheco Calderón*

Participant's Address: *Urb. Vistas del Convento 2H1, st num. 3*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: _____

By: *Iris B. Pacheco Calderón*
Signature

*Iris B. Pacheco Calderón*
Print Name

Title (if Participant is not an individual)

*August 15, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



— Departamento de Educación

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE    VERSION JULY 20, 2021    9



Iris B. Pacheco Calderón
Urb Vistas del Convento
2H1 Calle 3 Fajardo, P.R.
00738


MEMPHIS
27 AUG 2021

RECEIVED
SEP 02 2021
PRIME CLERK LLC

Commonwealth of Puerto Rico
ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suit 412
Brooklyn, NY 11232