# EXHIBIT 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iris V. Santiago De León

Participant's Address: HC-02 Box 13139 Aguas Buenas, Puerto Rico 00703

Participant's Email Address: nannydeleon.1954@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 71790

Nature of Claim: The nature of my claim for $75,000.00 is as follows:
① Ley 89 - El Romerazo
② Acumulative contribution not received from Sistema de Retiro de Maestros de P.R.
③ Ley 96
④ Steps for 34 years of service as a Teacher in the Department of Education in P.R.

By: Iris V. Santiago DeLeón
Signature

Iris V. Santiago De León
Print Name

Teacher
Title (if Participant is not an individual)

August 16, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

AUG 24 2021

PRIME CLERK LLC

From: Iris V. Santiago De León #71790
HC-02 Box 13139
Aguas Buenas, Puerto Rico
00703

SAN JUAN PR  009
18 AUG 2021 PM 2  L



RECEIVED
AUG 2 4 2021
PRIME CLERK LLC

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050