# EXHIBIT 26

RECEIVED

AUG 2 5 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

*[Handwritten: Irma Betancourt   NO. 17 BK 3283-LTS   I am retired for this case. Thank you   8/20/2021]*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Irma Betancourt
114 Calle Julio Alvarado
Bayamon, PR 00961
Urb. Fronteres



SAN JUAN PR 009
18 AUG 2021 PM 2 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York 10163-4708

RECEIVED
AUG 25 2021
PRIME CLERK LLC

10163-470808