# EXHIBIT 28

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Reyes Diaz_

Participant's Address: _Puerto Nuevo Norte #286 NO C/13 SJ.PR 00921_

Participant's Email Address: _ivelisse2435@gmail.com_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Pension / Retiree Claims_

By: _Ivelisse Reyes Diaz_
Signature

Print Name: _Ivelisse Reyes Diaz_

Title (if Participant is not an individual) _____

Date: _16 Agosto 2021_

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ivelisse Reyes Diaz
C/13 N.O. #28
Puerto Nuevo Norte
San Juan, P.R 00920

SAN JUAN PR 009
25 AUG 2021 PM 1 L

RECEIVED
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050