# EXHIBIT 34

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Jesús Concepción**

Participant's Address: **13200 Emerald Coast Dr. Bldg. 4 Apt 106, Orlando, FL 32824**

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: **No. 17 BK 3283-LTS**

Nature of Claim: **Promesa Title III**

By: _____*(signature)*_____
Signature

Print Name: **Jesús Concepción**

_____
Title (if Participant is not an individual)

**8/16/2021**
Date

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ORLANDO FL 328
19 AUG 2021 PM 5 L



RECEIVED
AUG 25 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y.
10163-4708

10163-470808

From: Mr. Jesús Concepción Santiago
13200 Emerald Coast Drive
Bldg. 4 apt. 106
Orlando, Florida
32824

PEACE