# EXHIBIT 35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jesús Fuentes Rivera

Participant's Address: Jfuentes1660@gmail.com

Participant's Email Address: HC-02 Box-8510 Yabucoa P.R 00767

Name of Counsel: Herman D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. S.J. P.R 00918 Suite 800

Email Address of Counsel: info@oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim:

By: Jesús Fuentes Rivera
Signature

Jesús Fuentes Rivera
Print Name

_____
Title (if Participant is not an individual)

08/19/2021
Date

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SQF 55176 Pack ID: 277457 MAL ID: 2159733 PSVC

Fuentes Rivera, Jesús
HC-#2 BOX 8510
Yabucoa, P.R. 00767-9506

MEMPHIS TN 380
27 AUG 2021 PM 4 L

RECEIVED
SEP 01 2021
ME CLERK LLC

Prime Clerk LLC
Grand Central Station
P O BOX 4850
New York, NY 10163-4850

10163-485050