# EXHIBIT 36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jesús López Nazario

Participant's Address: Urb. La Guadalupe, #1913 calle La Milagrosa, Ponce, P.R. 00730

Participant's Email Address: Jesmayg2008@yahoo.com

Name of Counsel: Herman D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800, San Juan, P.R. 00918-1813

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: the proposed of adjusted

By: _[signature]_
Signature

Jesús López Nazario
Print Name

_____
Title (if Participant is not an individual)

August 18, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Margarita Colon Quiñones

Participant's Address: urb. La Guadalupe 1913 Calle La Milagrosa Ponce, P.R. 00730

Participant's Email Address: Margacq109 yahoo.com

Name of Counsel: Herman D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800 San Juan P.R. 00918-1813

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: The proposed plan of adjusted. Promesa III

By: _[signature]_
Signature

Margarita Colon Quiñones
Print Name

_____
Title (if Participant is not an individual)

August 18, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009
19 AUG 2021 PM 1 L

Prima Clerk LLC
Herman D. Bauer
USDC #215305
250 Muñoz Rivera, Suite 800
San Juan, P.R. 00918-1813

Jesus Lopez Nazario
Urb. Ext. Guadalupe #1913
Calle La Milagrosa
Ponce, P.R. 00730-4313

RECEIVED
AUG 20 2021
O'NEILL & BORGES