# EXHIBIT 38

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Joann Padilla Rivera

Participant's Address: HC-73 Box 4390 Naranjito PR 00719

Participant's Email Address: joanpadilla@2914gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: PROMESA Title III

By: _Joann Padilla Rivera_
Signature

_Joann Padilla Rivera_
Print Name

_____
Title (if Participant is not an individual)

13 agosto 2021
Date

RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joann Padilla Rivera
HC-73 Box 4390
Naranjito PR 00719

SAN JUAN   13 AUG 1000 10163 

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 13, 21
AMOUNT
$0.55
R2304M111636-06

RECEIVED
AUG 19 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808