# EXHIBIT 39

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jocelyn Ortiz Pinet
Participant's Address: HC-01 Box 4474, Loiza P.R 00772
Participant's Email Address: Ortizpinetjocelyn@gmail.com
Name of Counsel: Jocelyn Ortiz Pinet
Address of Counsel: HC-01 Box 4474, Loiza P.R 00772
Email Address of Counsel: Ortizpinetjocelyn@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: The Commonwealth of P.R. The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority.

By: _[signature]_
Signature

Jocelyn Ortiz Pinet
Print Name

_____
Title (if Participant is not an individual)

11 Agosto 2021
Date

**RECEIVED**
**AUG 1 9 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jocelyn Ortiz Pinet
Hc-01 Box 4474
Loiza P.R. 00772

SAN JUAN PR 009
11 AUG 2021 PM 2 L



RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

Prime clerk LLC
Grand Central station
P.O Box 4708
New York, NY 10163-4708

10163-470808