# EXHIBIT 43

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Serbiá Yera_
Participant's Address: _Urb. Villas de Patillas 5 Calle Coral Patillas PR 00723_
Participant's Email Address: _Telephone Number: 787-208-7331_
Name of Counsel: _Hernann D. Bauer - USDC No. 215205_
Address of Counsel: _O'NEILL & BORGES LLC_
_250 Muñoz Rivera Ave. Suite 800_
Email Address of Counsel: _San Juan, PR. 00918-1813_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Núm. 146218_
Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") Tax ID-9686 Case No. 17-BK 3566-LTS Case No. 17 BK 3883-LTS_

By: _José A Ser[...]_
Signature

_José A. Serbiá Yera_
Print Name

_Employees Government Municipal Patillas, P.R._
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket... ...ice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

* _United States District Court Clerk's Office 150 Ave. Carlos Chardon Ste. 150, San Juan PR 00918-1767_



SAN JUAN PR 009
23 AUG 2021 PM 2 L

José A. Serbia Yera
Urb. Villas de Patillas
5 Calle Coral
Patillas, PR. 00723-2653

Hermann D. Bauer - USDG No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave. Suite 800
San Juan, PR. 00918-1813

RECEIVED
AUG 24 2021
O'NEILL & BORGES

00918-181300