# **EXHIBIT 46**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jose L de Jesus Morales

Participant's Address: 166 Rio Guijarra M-20 Monte Carino Toa Alta PRico 00953

Participant's Email Address: joseluisdejesusmorales72@gmail.com

Name of Counsel: PROSKAUER ROSE, LLP / O'NEILL & BORGES, LLC

Address of Counsel: ELEVEN TIMES SQUARE, NEW YORK, NY 10036

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PACKID 85513MMLID 248358 P SVC MML PC NO.17 BK 3283-LTS

Nature of Claim: PROMESA TITLE IV (JOINTLY ADMINISTRED)

By: _____ (Signature)

Print Name: Jose L De Jesus Morales

Title (if Participant is not an individual): _____

Date: 6/julio/2021

**RECEIVED**

**AUG 24 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose de Jesus Morales
166 Rio Guajataca M-20
Monte Carlo Heights
Toa Alta P Rico 00913

SAN JUAN PR OQ9
19 AUG 2021 PM 1 L

RECEIVED
AUG 24 2021
PRIME CLERK

Prime Clerk LLc
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050