# EXHIBIT 47

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Josefina Cardona Alonzo

Participant's Address: 7 Ave. Laguna Cond. Lagomar, Apt. 8-E Carolina, Puerto Rico 00979

Participant's Email Address:

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Reclamación

By: _[signature]_
Signature

Josefina Cardona Alonzo
Print Name

RECEIVED

AUG 20 2021

PRIME CLERK LLC

Title (if Participant is not an individual)

15 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Condominio Lagomar 7 Ave. Laguna
Apt. 8-E, Carolina, P.R. 00979

Prime Clerk LLC
Grand Central PO Box 4708
New York, NY 10163-4708

SAN JUAN PR 009
17 AUG 2021 PM 1 L

RECEIVED
AUG 20 2021
PRIME CLERK LLC