# EXHIBIT 48

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JUAN A MARTINEZ MARTINEZ

Participant's Address: 95 Lenox Ave Apt. 3N, NY NY 10026

Participant's Email Address: jmartinez81951@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS

Nature of Claim: Promesa Title III

By: _[signature]_
Signature

JUAN A. MARTINEZ MARTINEZ
Print Name

Title (if Participant is not an individual)

8/13/21
Date

**RECEIVED**

**AUG 1 9 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A Martinez
95 Malcolm X Blvd. Apt. 3N
New York NY 10026-3020

17 AUG 2021 PM 4 L



**RECEIVED**
**AUG 1 9 2021**
**PRIME CLERK LLC**

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY
10163-4708

10163-470808