# **EXHIBIT 49**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any: chagoperez333Aroba g.mail.com

Participant's Name: Juan Antonio Perez mercado

Participant's Address: 2725-AF4 villas de Rio Grande, PR 00745

Participant's Email Address: chagoperez 333 Aroba g.mail.com

Name of Counsel: THE commonwealth E.L.A.

Address of Counsel: THE U. District court. P.R

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BKA 3283- LTC

Nature of Claim: Ley 17 agosto 1982 ( , ) (Romeraso)

By: _____[signature]_____
Signature

Juan Antonio Perez
Print Name

_____
Title (if Participant is not an individual)

18/8/21
Date

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

18/agosto/21

Yo Juan Antonio Perez
Jubilado del E.L.A de P.R
El 28 de Junio 1918 sometí una
reclamación en virtud del
Título III de promesa. Esta reclama-
ción esta basada en la ley num.
12 del 27 Agosto de 1982. La cual
dice que los empleados publicos
recibiran un aumento de $30
dolares mensuales.

El ELA no dió este
aumento, lo cual se hizo
una demanda, por lo tanto
estos reclamando dicho
aumento. La demanda se
resolvió a favor fanor
Nuestro, por lo cual ospero
se me otorgue dicho
aumento
Gracias

