# EXHIBIT 1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juana Z. Santiago Colon

Participant's Address: P.O. Box 704 - Barranquitas, P.R.

Participant's Email Address: N/A

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 7939

Nature of Claim: ___

By: *[signature]*
Signature

Print Name: Juana Z. Santiago CN

787-857-6346

Title (if Participant is not an individual):

Date: Julio 36, 2021

RECEIVED
AUG 19 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juana Z. Santiago Colon
P.O. Box 709
Barranquitas, P.R. 00794

RECEIVED
AUG 19 2021
PRIME CLERK

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Primer Clerk LLC
Grand Central Station
P.O. Box 4708
New York, Ny 10163-4708