# EXHIBIT 3

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juanita Matta Soto

Participant's Address: URB. Veve Calzada CAlle 16A Blog F-34 FAJARDO, P.R. 00738

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 17 BK 3283-LTS

Nature of Claim: _____

By: *Juanita matta Sato*
Signature

Juanita matta Soto
Print Name

RECEIVED
AUG 19 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

8/12/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Matta Soto_

Participant's Address: _URB. Veve Calzada CAlle 16A Blog F-34_
_FAJARDO, P.R. 00738_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 17BK 3283-LTS_

Nature of Claim: _____

By: _Juanita matta Soto_
Signature

_Juanita Matta Soto_
Print Name

_____
Title (if Participant is not an individual)

_8/12/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juanita Matta Soto
URB. Veve Calzada
Calle- 16A Blog F-34
Fajardo, P.R. 00738

RECEIVED
AUG 19 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708