# EXHIBIT 4

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Leany E. Lugo Cardona

Participant's Address: Urb. Colinas Verde Calle 9 H-10 San Sebastian Puerto Rico 00685

Participant's Email Address: leni896@yahoo.com

Name of Counsel: Departamento De Educacion

Address of Counsel: #150 Federico Costa San Juan P.R. 00918

Email Address of Counsel: de@gouierno.pr

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 124605, 130588, 123710, 113557

Nature of Claim: _____

By: *Leany E. Lugo Cardona*
Signature

Leany E. Lugo Cardona
Print Name

_____
Title (if Participant is not an individual)

August 16, 2021
Date

RECEIVED
AUG 23 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Leany E. Lugo Cardona
Urb. Colina Verde
Calle 9 H-10
San Sebastian
Puerto Rico
00685

SAN JUAN PR 009
16 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY
10163-4850

RECEIVED
AUG 23 2021
PRIME CLERK LLC

10163-485050