# **EXHIBIT 7**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lillian Baez Esquilin

Participant's Address: HC 4 Box 4404 Las Piedras

Participant's Email Address: plibaes @ hotmail.com

Name of Counsel: Court's Clerk's Office United State District

Address of Counsel: Court, Clerk's Office 150 Ave Carlos Chardon Ste 150, San Juan PR 00918-1767

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Promesa Título III

By: Lillian Baez Esquilin
Signature

Lillian Baez Esquilin
Print Name

Ley Promesa título III
Title (if Participant is not an individual)

10 agosto 2021
Date

**RECEIVED**
**AUG 1 9 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Báez Esquilin
HC 4 Box 4404
Las Piedras, P.R. 00771

SAN JUAN PR 009
11 AUG 2021 PM 2 L

RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808