# EXHIBIT 9

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lucila Cora Huertas_

Participant's Address: _H-C-1 Box #542 Arroyo, P.R. 00714_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159796_

Nature of Claim: _Dpto. Educación Puerto Rico_

By: _Lucila Cora Huertas_
Signature

_Lucila Cora Huertas_
Print Name

_Teacher_
Title (if Participant is not an individual)

_Agosto 10/2021_
Date

RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lucila Cora
A-C-1 Box 4542
Arroyo, P.R. 00714

SAN JUAN PR 009
11 AUG 2021 PM 2 L



RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

Primer Clerk LLC
Grand Central Station
P.O Box 4708
New York 10163-4708