# EXHIBIT 14

RECEIVED
AUG 23 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luz Delia Martinez Pantojas*

Participant's Address: *Urb. Las Colinas L-18 Colina 3 Picachos Toa Baja P.R. 00949*

Participant's Email Address: *luzdeliamartinez87@gmail.com*

Name of Counsel: *Promesa III*

Address of Counsel: *Prime Clerk LLC Grand Central Station P.O. Box 4708 New York, NY 10163-4708*

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *The Commonwealth of P.R., the Employees Retirement System of the Government*

By: *Luz Delia Martinez Pantojas*
Signature

*Luz Delia Martinez Pantojas*
Print Name

*13 Agosto/21*
Title (if Participant is not an individual)

*13 Agosto/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Delia Martinez
Urb. Las Colinas L-18
Colina 3 Pistaches
Toa Baja P.R. 00949-4934

SAN JUAN PR 009
16 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, Ny 10163-4708

RECEIVED
AUG 23 2021
PRIME CLERK LLC

10163-470808