# EXHIBIT 15

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Duchesme Benitez_

Participant's Address: _Edificio Luis Muñoz Marín Apt 505_

Participant's Email Address: _AVE. San Patricio Guyanbo P.R 00968_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - Lts_

Nature of Claim: _____

By: _Luz S Duchesme Benitez_
    Signature

_Luz Duchesme Benitez_
Print Name

RECEIVED

AUG 25 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_14/Agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luz S Duchesme Benitez

Edit. Luis Muños Marin

Apt. 505  Ave. San Patricio

Guaynabo P.R. 00968

SAN JUAN PR   009

18 AUG 2021  PM 2  L

to: Prime Clerk LLC

Grand Central Station

P.O Box. 4708

New York N.Y. 10163 - 4708

RECEIVED

AUG 2 5 2021

PRIME CLERK

10163-470808