# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Margarita Domena Rodriguez*

Participant's Address: *Urb Metropolis 2D1 Ave C Carolina PR 00987*

Participant's Email Address: *4mdomena@gmail.com*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No 17 BK 3283-LTS*

Nature of Claim: *"El Romeraso" Promesa*

By: *Margarita Domena Rodriguez*
Signature

*Margarita Domena Rodriguez*
Print Name

RECEIVED

AUG 24 2021

PRIME CLERK LLC

Title (if Participant is not an individual)

*7/30/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Domena Rodriguez
Urb Metropolis
2D1 Ave C
Carolina PR 00987-7482

RECEIVED
AUG 2 4 2021
PRIME CLERK

SAN JUAN PR 009
17 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York NY 10163-4850

10163-485050