# EXHIBIT 17

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Garcia Maldonado_

Participant's Address: _HC-20 Boy 28360 San Lorenzo, P.R. 00754_

Participant's Email Address: _0621mgm@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Margarita Garcia Maldonado_
Signature

_Margarita Garcia Maldonado_
Print Name

RECEIVED

AUG 2 4 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_Agosto 18 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Garcia Maldonado
PL 70 Bay 28360
San Lorenzo-Pto Rico
00754

SAN JUAN PR 009
18 AUG 2021PM 2 L



**RECEIVED**

AUG 2 4 2021

PRIME CLERK LLC

Prime Clerk K I.I.C.
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050