# EXHIBIT 18

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria A. Huertas Lopez

Participant's Address: C/1 C-2 Urb. Vista Bella Bayamon P.R. 00956

Participant's Email Address: mhuertas1943@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 121594

Nature of Claim: Public Employee Claims

By: [signature]
Signature

Maria A. Huertas Lopez
Print Name

Title (if Participant is not an individual)

13 agosto 2021
Date

RECEIVED
AUG 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A Huertas Lopez
8/1 C-2 Urb. Vista
Bella Bay, P.R. 00956

SAN JUAN PR 009
17 AUG 2021 PM 1 L



RECEIVED
AUG 24 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria A. Huertas*

Participant's Address: *C/1 C-2 Urb. Vista Bella Bayamón P.R. 00956*

Participant's Email Address: *mhuertas1943@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *144669*

Nature of Claim: *Commonwealth of P.R*

By: *Maria A. Huerta Lopez*
Signature

Print Name

Title (if Participant is not an individual)

*13 agosto 2021*
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria G. Hrt Lopez
C/1 0-2 Vista Bella
Bnjamin P.R. 00956

SAN JUAN PR 009
17 AUG 2021PM 1 L



**RECEIVED**
**AUG 2 4 2021**
**PRIME CLERK**

Prime Clerk LLC
Grn Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria A. Huertas Lopez

Participant's Address: C/1 C-2 Urb. Vista Bella Bay. P.R. 00956

Participant's Email Address: mhuertas1943@gmail.com

Name of Counsel: ———

Address of Counsel: ———

Email Address of Counsel: ———

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 148334

Nature of Claim: Commonwealth of P.R.

By: _[signature]_
Signature

Maria A. Huertas Lopez
Print Name

Title (if Participant is not an individual)

13 - agosto 2021
Date

RECEIVED

AUG 24 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A. Hurtas Lopez
C/1 C-2 Urb. Vista
Bella Bay. P.R.
00956

SAN JUAN PR 009
17 AUG 2021 PM 1 L

RECEIVED
AUG 24 2021
PRIME CLERK

Prime Clerk LLC,
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria A. Huertas López*

Participant's Address: *C/1 C/2 Urb. Vista Bella Boy. P.R. 00956*

Participant's Email Address: *Mhuertas1943@gmail.com*

Name of Counsel: ———

Address of Counsel: ———

Email Address of Counsel: ———

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *113691*

Nature of Claim: *Employees Retirement System of the Government of the Commonwealth of P.R.*

By: *Maria A. Huertas*
Signature

Print Name: *Maria A. Huertas*

RECEIVED

AUG 24 2021

PRIME CLERK LLC

Title (if Participant is not an individual)

Date: *13 agosto 2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maica Q. Hortos Lopez
c/l C-2 Urb. Vista
Bella, Bayamon P.R.
00956

SAN JUAN PR 009
17 AUG 2021 PM 1 L

RECEIVED
AUG 24 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850 New York
N.Y. 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria A. Huertas López

Participant's Address: C/1 C-2 Urb. Vista Bella Bayamón P.R 00956

Participant's Email Address: mhuertas1943@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 130808

Nature of Claim: Commonwealth of P.R.

By: _____ (Signature)

Maria A. Huertas López
Print Name

RECEIVED
AUG 24 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

13 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A. Huertas Lopez
91, C-2 Urb. Fiesta
Bella Bay, P.R. 00956

SAN JUAN PR 009
17 AUG 2021 PM 1 L

RECEIVED
AUG 24 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050