# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria D. Perez Quintana_

Participant's Address: _691 Calle Guaraní Villa Tabaiba Ponce PR 00716-1320_

Participant's Email Address: _lyn73171@yahoo.com_

Name of Counsel: _A. Aresti Franceschini_

Address of Counsel: _Ave. Ponce de León 416 Edf. Unión Plaza Ofic. 1109, Hato Rey, PR 00918_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90068_

Nature of Claim: _Salary Adjustment_

By: _/s/ Maria Perez_
Signature

_Maria Perez_
Print Name

_____
Title (if Participant is not an individual)

_15 de agosto de 2021_
Date

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Perez Quintana
691 Calle Guaraní
Villa Tabaiba Ponce PR
00716-1320

RECEIVED
SEP 01 2021
ME CLERK LLC

MEMPHIS TN 380
27 AUG 2021 PM 4 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050