# EXHIBIT 21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria E. Cruz Serrano_

Participant's Address: _Urb. José Mercado c/ James Madison U-121, Caguas, P.R. 00725_

Participant's Email Address: _cruesme@de.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Maria E. Cruz Serrano_

Nature of Claim: _PROMESA_

By: _Maria E. Cruz Serrano_
Signature

_Maria E. Cruz Serrano_
Print Name

RECEIVED
AUG 23 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_14-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

AUG 23 2021

PRIME CLERK LLC

Maria E. Cruz Serrano
Urb. Jose Mercado
Calle James Madison U-121
Caguas, P.R. 00725

RECEIVED 16 AUG 2021 PM 1 L
SAN JUAN PR 009

AUG 23 2021
PRIME CLERK LLC



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808