# EXHIBIT 22

RECEIVED

AUG 2 5 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria L Arzuaga Rosa

Participant's Address: HC 50 Box 22413 San Lorenzo 00754

Participant's Email Address: jomby4221@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177052

Nature of Claim: Romero20

By: _Ulla_
Signature

Maria L Arzuaga Rosa
Print Name

_____
Title (if Participant is not an individual)

agosto 14, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L Arzuaga Rosa
HC 50 Box 22413
San Lorenzo PR 00754

SAN JUAN PR 009
18 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708

**RECEIVED**

**AUG 2 5 2021**

PRIME CLERK LLC

10163-470808