# EXHIBIT 24

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria Matias Chaparro

Participant's Address: HC 56 Box 4850 Aguada, P.R. 00602

Participant's Email Address: ___

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa III

By: *Maria T. Matias Chaparro*
Signature

Maria Teresa Matias Chaparro
Print Name

Title (if Participant is not an individual): ___

Date: 8/17/2021

RECEIVED
AUG 2 5 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anselmo Cordero Acevedo
HC 56 Box 4850
Aguada, P.R. 00602

SAN JUAN PR 009
18 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-08

RECEIVED
AUG 25 2021
PRIME CLERK LLC

10163-470808