# EXHIBIT 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Maribel Calderón Jiménez**

Participant's Address: **P.O. Box 468, Cidra P.R. 00739**

Participant's Email Address: **maribelcj07@gmail.com**

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Maribel Calderón Jiménez*
Signature

**Maribel Calderón Jiménez**
Print Name

_____
Title (if Participant is not an individual)

**20/agosto/2021**
Date

RECEIVED
AUG 3 1 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Calderón Jiménez
P.O. Box 468
Cidra, P.R. 00739

SAN JUAN PR 009
24 AUG 2021 PM 1 L



RECEIVED
AUG 31 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050