# EXHIBIT 26

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maribel Fargas Rodriguez

Participant's Address: U-412 Nicaragua St, Rolling Hills, Carolina, P.R. 00987

Participant's Email Address: fargasmaribel@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: 17 BK 3283 - LTS

By: Maribel Fargas Rodriguez
Signature

Maribel Fargas Rodriguez
Print Name

Title (if Participant is not an individual)

Date: 13/agosto/21

RECEIVED
AUG 19 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Fargas Rodz
P.O. Box 1613
Valle Arriba Heights
Carolina, P.R. 00984

SAN JUAN PR
13 AUG 2021 PM 2

RECEIVED
AUG 19 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808