# EXHIBIT 28

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Rivera Perez

Participant's Address: P.O. Box 1875 Juana Diaz PR 00795

Participant's Email Address: mariperz@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Jointly Administered

By: *[signature]*
Signature

Maritza Rivera Perez
Print Name

RECEIVED
AUG 19 2021
PRIME CLERK LLC

Title (if Participant is not an individual)

7-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Rivera Perez

Participant's Address: P.O. Box 1875 Juana Diaz PR 00795

Participant's Email Address: mariperz@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Jointly Administered

By: *[signature]*
Signature

Maritza Rivera Perez
Print Name

Title (if Participant is not an individual)

7-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Rivera Pérez

Participant's Address: P.O. Box 1875 Juana Diaz PR 00795

Participant's Email Address: mariperz@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Jointly Administered

By: *(signature)*
Signature

Maritza Rivera Pérez
Print Name

Title (if Participant is not an individual)

7-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Rivera Perez
PO Box 1875
Juana Diaz PR 00795

SAN JUAN PR 009
13 AUG 2021 PM 2 L

RECEIVED
AUG 1 9 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO BOX 4708
New York, NY 10163-4708

10163-470808