# EXHIBIT 29

RECEIVED
AUG 2 3 2021
PRIME CL...

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Martina Esther Cruz Vargas

Participant's Address: HC-01 Box 10628 Lajas P.R. 00667   HC 01 BOX 3087 Boquerón P.R. 00622 *New Address*

Participant's Email Address: crymar567@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

RECEIVED
AUG 2 3 2021
PRIME CLERK

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: *Martina E Cz Vargas*
Signature

Martina E. Cruz Vargas
Print Name

PROMESA III
Title (if Participant is not an individual)

12 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Martina E. Cruz Vargas
HC 01 Box 3087
Boquerón P.R 00622

SAN JUAN PR 009
16 AUG 2021 PM 1 L

**RECEIVED**
AUG 23 2021
PRIME CLERK LLC



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050