# EXHIBIT 33

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nancy Serrano Torres

Participant's Address: PO Box 2721, Arecibo, P.R. 00613

Participant's Email Address: serrano_nancy58@hotmail.com

Name of Counsel: The Financial Oversight and Management Board For Puerto Rico

Address of Counsel: Prime Clerk LLC Grand Central Station PO Box 4850 New York, NY 10163-4850

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 165874

Nature of Claim: Public Employee Claims

By: Nancy Serrano Torres
Signature

Nancy Serrano Torres
Print Name

RECEIVED
AUG 10 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

August 6th, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Nancy Serrano Torres
PO Box 2721
Arecibo, P.R. 00613

U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
AUG 06, 21
AMOUNT
$6.45
R2307M152866-04

RETURN RECEIPT REQUESTED

10163

7019 1120 0000 7609 5273

SAN JUAN, PR 009
6 AUG 2021 PM 2 L

To: Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

RECEIVED
AUG 10 2021
PRIME CLERK LLC

USA FOREVER

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

9590 9402 4926 9063 4095 89

7019 1120 0000 7609 5273

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

© USPS 2019