# EXHIBIT 34

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Perez Mercado_

Participant's Address: _H.C. 8 Box 89121 – San Sebastian PR 00685_

Participant's Email Address: ____

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: ____

By: _[signature]_
Signature

_Miguel A. Perez Mercado_
Print Name

____
Title (if Participant is not an individual)

_Agosto 18 – 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From 1- Miguel A Perez Mercado
2- Ana D. Aquino Cruz
HC 8 Box 89121
San Sebastian, P.R. 00685

To: Prime Clerk LLC
Grand Central Station
Box 4850
New York, NY 10163-4850

SAN JUAN PR 009
18 AUG 2021 PM 2 L

RECEIVED
AUG 24 2021
PRIME CLERK LLC

