# EXHIBIT 37

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miguel Angel Jordan Gonzalez*

Participant's Address: *A-7 Calle Igualdad Uib. Altamira Fajardo 00738*

Participant's Email Address: *Miguelo Jorda 560 Gmail Comp.*

Name of Counsel: *O'Neill & Borges LLC*

Address of Counsel: *250 Muñoz Rivera Ave. Suite 800 San Juan, P.R. 00918-1813*

Email Address of Counsel: *Http://www.Oneillborges.com*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17BK 3283 - LTS*

Nature of Claim: *Retirement*

By: _____
Signature

*Miguel Angel Jordan Gonzalez*
Print Name

*PBA*
Title (if Participant is not an individual)

*17 Agosto 2021*
Date

RECEIVED

AUG 2 4 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel Angel Jordan Gonzalez
A-7 calle Igualdad
Urb. Altamira
Fajardo, P.R. 00738

SAN JUAN PR 009

18 AUG 2021 PM 2 L

RECEIVED

AUG 2 4 2021

PRIME CLERK LLC

Prime Clerk LLC
Grand Central station
P.O. Box 4850
New York, NY 10163-4850

10163-485050