# EXHIBIT 38

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any.

Participant's Name: Milagros Cotto Zavala
Participant's Address: PO Box 1117 Gurabo, PR 00778
Participant's Email Address: milly1692@hotmail.com
Name of Counsel:
Address of Counsel:
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 56486
Nature of Claim: 503(b)(9) Admin Priority

By: [signature]
Print Name: Milagros Cotto Zavala.

Title (if Participant is not an individual):

Date: 30/08/21

**RECEIVED**

**AUG 30 2021**

**PRIME CLERK LLC**

Instructions for Filing Notice of Participation: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.