# EXHIBIT 39

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mireyda Pintado Pintado_

Participant's Address: _Urb. Jardines Calle Hortencia #53_
_Naranjito P.R. 00719_

Participant's Email Address: _mireydapintado 95 @gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136964_

Nature of Claim: _Promesa Tittle III_

By _[signature]_
Signature

_Mireyda Pintado Pintado_
Print Name

_____
Title (if Participant is not an individual)

_10 agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joann Padilla Rivera
HC-73 BOX 4390
Naranjito PR 00719

SAN JU

13 AU





1000

10163

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 13, 21
AMOUNT

**$0.55**

R2304M11636-06

Prime Clerk LLC
Grand Central Station
P.O. BOX 4708
New York, NY 10163-4708

RECEIVED

AUG 1 9 2021

PRIME CLERK

10163-470808