# EXHIBIT 41

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Modesta Meléndez Colón_

Participant's Address: _HC 03 9856 Box 11061, Juana Díaz 00795_

Participant's Email Address: _—_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. BK 3283-LTS_

Nature of Claim: _____

By: _Modesta Meléndez Colón_
Signature

_Modesta Meléndez Colón_
Print Name

_____
Title (if Participant is not an individual)

_august, 20/2021_
Date

**RECEIVED**

**AUG 3 1 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claim:

I am claiming the amount that Correspond to my pension from the time I worked as a nursey.

Modesta Melendy Colon
No. BK 3283-LTS

MODESTA MELÉNDEZ COLÓN
HC-03 BUZÓN 11061
Juana DIAZ, P.R. 00795-9856

RECEIVED
AUG 3 1 2021   AUG 3 1 2021

CERTIFIED MAIL
7020 2450 0001 1405 4720

PRIME CLERK LLC
GRAND CENTRAL STATION
P.O. BOX 4708
NEW YORK NY 10163-4708

U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
AUG 20, 21
AMOUNT
$6.45