# EXHIBIT 42

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myrna L. Vega Bruno

Participant's Address: Urb. San Demetrio c/Robalo #648-V.Bg 00693

Participant's Email Address: myrnavegabruno@gmail.com

Name of Counsel: Dpto. de Educacción: Angel Sandith School Angeles Pastor - School

Address of Counsel: Julio Otero Street/corner Jose Acosta Vega Baja, P.R. 00920

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Title III

By: Myrna L. Vega Bruno
Signature

Myrna L. Vega Bruno - Tel. #(787) 508-3544
Print Name

Teacher assistant
Title (if Participant is not an individual)

August 24, 2021
Date

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna L. Vega Bruno
urb. San Demetrio
Calle Robalo 648
Vega Baja, P.R. 00693

MEMPHIS TN 380
27 AUG 2021 PM 4 L



**RECEIVED**
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
New York, N.Y 10163-4850

10163-485050