# EXHIBIT 43

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna Velázquez Muñoz_

Participant's Address: _P.O. Box 203 Isabela, P.R. 00662_

Participant's Email Address: ____

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149554_

Nature of Claim: _The commonwealth of P.R. owes me money from a salary increase that occurred in 1984_

By: _Myrna Velázquez Muñoz_
Signature

_Myrna Velázquez Muñoz_
Print Name

____
Title (if Participant is not an individual)

_20-8-2021_
Date

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Velázquez Munoz
P.O. Box 293
Isabela, P.R. 00662

SAN JUAN PR 009
20 AUG 2021 PM 1 L



RECEIVED
AUG 25 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Myrna Velázquez Muñoz*

Participant's Address: *P.O. Box 203 Isabela, P.R. 00662*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *149554*

Nature of Claim: *The commonwealth of P.R. owes me money from salary increase that occurred in 1984*

By: *Myrna Velázquez Muñoz*
Signature

*Myrna Velázquez Muñoz*
Print Name

_____
Title (if Participant is not an individual)

*20-8-2021*
Date

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Velazquez Munoz
P.O. Box 203
Isabela, P.R. 00662

SAN JUAN PR 009
20 AUG 2021 PM 1 L



RECEIVED
AUG 25 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myrna Velázquez Muñoz

Participant's Address: P.O. Box 203 Isabela, P.R. 00662

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149554

Nature of Claim: The Commonweath of P.R. owes me money of a salary increase that occurred in 1984

By: *Myrna Velázquez Muñoz*
Signature

Myrna Velázquez Muñoz
Print Name

_____
Title (if Participant is not an individual)

20-8-2021
Date

RECEIVED
AUG 25 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Velazquez Munoz
P.O. Box 203
Isabela, P.R. 00662

SAN JUAN PR 009
20 AUG 2021 PM 1 L



RECEIVED
AUG 25 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808

RECEIVED
AUG 23 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myrna Velázquez Muñoz

Participant's Address: P.O. Box 203 Isabela, P.R. 00662

Participant's Email Address: ―

Name of Counsel: ―

Address of Counsel: ―

Email Address of Counsel: ―

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149554

Nature of Claim: The Commonwealth of P.R. owes me money of a salary increase that occured in 1984.

By: Myrna Velázquez Muñoz
Signature

Myrna Velázquez Muñoz
Print Name

_____
Title (if Participant is not an individual)

13 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Velázquez Muñoz
P.O. Box 203
Isabela, P.R. 00662

SAN JUAN PR 009
16 AUG 2021 PM 1 L



**RECEIVED**
**AUG 2 3 2021**
**PRIME CLERK LLC**

Prime Clerk LLC
Gran Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050