# EXHIBIT 47

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nicolas Morales Fuertes_

Participant's Address: _HC 12 Box 13237 Humacao P.R 00791_

Participant's Email Address: _morales.ortiz@yahoo.com_

Name of Counsel: _Hermann D. Bauer_

Address of Counsel: _250 Muñoz Rivera Ave., Suite 800 San Juan P.R 00918-1813_

Email Address of Counsel: _info@oneillborges.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: ____

By: _milagros morales_
Signature

____
Print Name

____
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED
SEP 01 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Morales Cruz
HC 12 Box 13237
Humacao P.R. 00791

SAN JUAN PR 009
20 AUG 2021 PM 1 L



RECEIVED
SEP 01 2021
PRIME CLERK LLC

10163-485050

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York NY 10163-4850