# EXHIBIT 48

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda T. Berrios Martinez_

Participant's Address: _HC4 Box 2446 Barranquitas, P.R. 00794_

Participant's Email Address: _nilda.berrios1953@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _____

By: _Nilda T. Berrios Martinez_
Signature

_Nilda T. Berrios Martinez_
Print Name

_____
Title (if Participant is not an individual)

_25 de agosto de 2021_
Date

RECEIVED

SEP 01 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda T. Berrios Martinez
HC 4 Box 2446
Barranquitas, P.R. 00794

SAN JUAN PR 009
25 AUG 2021 PM 1 L


Yogi Berra

RECEIVED
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilda T. Berrios Martinez

Participant's Address: HC 4 Box 2446 Barranquitas, P.R. 00794

Participant's Email Address: nilda.berrios1953@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 12 BK 3283 - LTS

Nature of Claim:

By: _Nilda T. Berrios Martinez_
Signature

Nilda T. Berrios Martinez
Print Name

RECEIVED
SEP 01 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

25 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda T. Berrios Martinez
HC 4 Box 2446
Barranquitas, P.R. 00794

SAN JUAN PR 009
25 AUG 2021 PM 1 L



**RECEIVED**
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Sation
P.O. Box 4850
New York, NY 10163-4850

10163-485050