# EXHIBIT 2

RECEIVED

AUG 23 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Noemi Rodriguez Rivera

Participant's Address: P.O. Box 1003 Isabela, PR 00662

Participant's Email Address: mimi3nr@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ? No lo tengo.

Nature of Claim:

By: Noemi Rodriguez Rivera
Signature

Noemi Rodriguez Rivera
Print Name

_____
Title (if Participant is not an individual)

13 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemi Rodriguez Rivera
PO Box 1003
Isabela, PR 00662

SAN JUAN PR 009
16 AUG 2021 PM 1 L



RECEIVED
AUG 2 3 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808