# **EXHIBIT 4**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma I. Calo Calo

Participant's Address: Parc San Isidro 267 C\22 APT.D, Canovanas P.R. 00729-2747

Participant's Email Address: normacalo1962@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No-17 BK-3293-LTS

Nature of Claim: Promesa Title III

By: _Norma I. Calo Calo_
Signature

Norma I. Calo Calo
Print Name

RECEIVED
AUG 19 2021
PRIME CLERK LLC

Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. Calo Calo
Parc. San Isidro 267 c/22
APT. D Canovanas P.R. 00729-2747

SAN JUAN PR 009
11 AUG 2021 PM 2 L



RECEIVED
AUG 19 2021
RIME CLERK LLC

Prime clerk LLC
Grand Central station
PO Box 4708
New York, NY. 10163-4708

10163-470808

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma Ivette Calo Calo

Participant's Address: Parc. San Isidro 267 c\ 22 APT. D Canovanas P.R 00729-2747

Participant's Email Address: normacalo1962@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No-17 BK-3293-LTS

Nature of Claim: Promesa Title III

By: Norma I. Calo Calo
Signature

Norma I. Calo Calo
Print Name

Title (if Participant is not an individual)

August 11, 2021
Date

**RECEIVED**
**AUG 19 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. Calo Calo
Parc. San Isidro 267 c/22
APT. D. Canovanas P.R. 00929-2747

SAN JUAN PR 009
11 AUG 2021 PM 2 L



RECEIVED
AUG 1 9 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY. 10163-4708

10163-470808