# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nydia E. Ugarte

Participant's Address: P.O. Box 3203, Aguadilla, P.R. 00605

Participant's Email Address: neugarte@hotmail.com

Name of Counsel: The Financial Oversight And Management Board for P.R.

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Retirement System

By: _Nydia E. Ugarte_
Signature

_Nydia E. Ugarte_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_August 17, 2021_
Date

RECEIVED

AUG 25 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia E. Ugarte
P.O. Box 3203
Aguadilla, P.R. 00605

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

SAN JUAN PR 009
19 AUG 2021 PM 1 L

RECEIVED
AUG 25 2021
PRIME CLERK

10163-470808