# **EXHIBIT 8**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Petra Emilia Morales_

Participant's Address: _A-8 Calle Oraguapo Vista del Morro Cataño_

Participant's Email Address: _____

Name of Counsel: _Proskauer Rose LLP / O'Neill & Borges LLC._

Address of Counsel: _Eleven Times Square, New York, NY 10036_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 AACKID 85510 mm LTD 248358885VC unc PC NO 27 BK 3283-LTS_

Nature of Claim: _PROM SRSA TITLE IV (JUNTLY ADMINISTERED)_

By: _Petra Emilia Morales_
Signature

_Petra Emilia Morales_
Print Name

_____
Title (if Participant is not an individual)

_6/ julio /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose De Jesus Morales
166 Rio Guajataca W-20
Monte Casino Heights
Toa Alta PRico 00953

SAN JUAN PR 009
19 AUG 2021 PM 1 L

RECEIVED
AUG 24 2021
PRIME CLERK

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050