# EXHIBIT 9

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Radamés Sánchez Castro

Participant's Address: HC-7 Box 7919 - Yabucoa P.R. 00767.

Participant's Email Address: _____

Name of Counsel: Hermann D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. S.J. P.R. 00918

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 LTS

Nature of Claim: Radamés Sánchez Castro

By: Radamés Sánchez Castro
Signature

Radamés Sánchez Castro
Print Name

_____
Title (if Participant is not an individual)

08-11-2021
Date

RECEIVED
AUG 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Radamés Sánchez Castro
HC7. Box 7919
Yabucoa P.R. 00767.



SAN JUAN PR 009
19 AUG 2021 PM 1 L

To Prime Clerk L.L.C.
Grand Central Station
P.O. Box 4850
New York 10163.4850.

10163-4850 50