# EXHIBIT 12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Richard Diaz Santiago

Participant's Address: 9811 W Fern Ln Miramar Fl 33025

Participant's Email Address: richard.diaz@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 174872  177754

Nature of Claim:

By: *[signature]*
Signature

Richard Diaz Santiago
Print Name

_____
Title (if Participant is not an individual)

August 5 2021
Date

RECEIVED
AUG 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Richard Diaz
9811 W Fern Ln
Miramar Fl 33025

MIAMI FL 330
18 AUG 2021 PM 2 L
RECEIVED
AUG 2 4 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050