# EXHIBIT 13

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Roberto Quintero Santiago

Participant's Address: Urb Hacienda Concordia Miosotis #70 Santa Isabel PR 00757-3119   Miosotis 11170

Participant's Email Address:

Name of Counsel: Hernan D Bauer

Address of Counsel: O'Neill Borges LLC

Email Address of Counsel: 250 Munoz Rivera Ave Suite 800 San Juan PR 00918-1813

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Monetary compensation (Ponciaso) Gov Romero Barcelo

By: Roberto Quintero
Signature

Roberto Quintero Santiago
Print Name

Drugs and narcotics inspector IV ASSMCA
Title (if Participant is not an individual)

August 17, 2021
Date

RECEIVED

AUG 25 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Quintero
Urb Hacienda Concordia 11170
Miosotis Street
00757-3119

SAN JUAN PR 009
15 AUG 2021 PM 2 L

RECEIVED
AUG 25 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York N.Y. 10163-4708

10163-470808