# EXHIBIT 15

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa Rondón Maldonado

Participant's Address: Calle 8 #100 apto. 304 Jardines Country Club Carolina P.R. 00983-1646

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: 

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: 

By: _____
Signature

Rosa Rondón Maldonado
Print Name

_____
Title (if Participant is not an individual)

12 / Agst. / 2021
Date

RECEIVED

**AUG 20 2021**

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa Rondon Maldonado
P.O. Box 7653
Carolina, PR 00986

RECEIVED
AUG 20 2021
PRIME CLERK LLC

10163-470808

Prime Clerk Station PO Box 4708
New York, NY 10163-4708

SAN JUAN PR 009
17 AUG 2021 PM 1 L

