# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosario Rivera Rodriguez

Participant's Address: HC01 Box 14334 Coamo, P.R. 00769

Participant's Email Address: rosarrv7@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 93306

Nature of Claim: Public employee - Pensión Retiree

By: *[signature]*
Signature

Rosario Rivera Rodriguez
Print Name

_____
Title (if Participant is not an individual)

August 7, 2021
Date

RECEIVED
AUG 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RIVERA RODRIGUEZ, ROSARIO
HC 01 BOX 14334
COAMO, PR 00769

SAN JUAN PR 009

17 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

RECEIVED

AUG 2 4 2021

PRIME CLERK

10163-485050