# EXHIBIT 17

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rogelio Villafañe Cruz_

Participant's Address: _Res Bairoa CF8 calle 6 Caguas PR 00725_

Participant's Email Address: _rogelio.villafane@ychoo.es_

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PROMESA_

Nature of Claim:

By: _[signature]_
Signature

_Rogelio Villafañe Cruz_
Print Name

**RECEIVED**

**AUG 23 2021**

**PRIME CLERK LLC**

_____
Title (if Participant is not an individual)

_14/agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Res Barroc. cf 3
Calle 6 Caguas PR 00725
Rogelio Villafane Cruz



SAN JUAN PR 009
16 AUG 2021 PM 1 L

**RECEIVED**
**AUG 23 2021**
**PRIME CLERK LLC**

10163-470808

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New york 10163-4708