# EXHIBIT 21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Suheil Ortiz Benitez

Participant's Address: PMB 238 PO Box 94000 Corozal P.R. 00783

Participant's Email Address: Suheil.Ortiz77@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179209

Nature of Claim: Promessa Tittle III

By: *Suheil Ortiz Benitez*
Signature

Suheil Ortiz Benitez
Print Name

Title (if Participant is not an individual)

10 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joann Padilla Rivera
HC-73 Box 4390
Naranjito PR 00719




SAN JU
13 AU   1000   10163

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 13, 21
AMOUNT
$0.55
R2304M111636-06

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

RECEIVED
AUG 19 2021
PRIME CLERK

10163-470808