# EXHIBIT 23

RECEIVED

AUG 19 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vanessa Rivera Rivera

Participant's Address: RR 1 Box 46-6 A (bajos) Carolina P.R-00983

Participant's Email Address: vanessaarivera1@gmail.com  rivera_vanessa_411@yahoo.com

Name of Counsel: Herman D Bauer / Oneill y Borges

Address of Counsel: 250 muñoz Rivera Ave Suite 800 San Juan P.R- 00918-1813

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: N° 17 BK 3283-LTS

Nature of Claim: Promesa

By: Vanessa Rivera Rivera
Signature

Vanessa Rivera Rivera
Print Name

Debtor
Title (if Participant is not an individual)

13 de Agosto 2021
Date

Nota acleratoria recibi este por mu bnto el dia 12 de Agosto 2021. Intereso seguir en el pleito y ser incluido.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Debo aclarar que lo recibi el dia 12 de Agosto 2021. y que es posible estar pasando por un posible robo de identidad

Ayudada por personal de la Agencia donde labore Asume nivel central. Ya otvi esto en el 2010 y al sol de hoy nunca recibi una respuesta de la Agencia de que había pasado. Y surge la probabilidad de recuperar algo muchos años despues con pumero y estas personas nuevamente estan pendiente de este dinero que yo trabaje. Y apropiarse ilegal mente del mismo. Solicito la investigacion o la accion en esta situacion. Fui cesanteada como retirada y fue por ley y era de servicios esenciales y aprovechando que me encontraba pasando una situacion de salud grave. Pasaron mi Informacion por otra y a mi me cesantea ron y un monton de irregulandades

No conforme con todo lo irregular que pase. Como los papeles de la pension de retiro los someti 5 veces prque se perdian. Nunca recibi la pension de retiro. Pero que para yo no la recibi pero estas personas han logrado acceso a mi propieda buscandolos y tratando de desaparecerlos. Porque para que. Si supuestamente no hay pension. Alguien cobro un cheque y la cambio en su cuenta bancaria y al dia de hoy nadie hizo nada. Y surge una esperanza para cobrar algo y se lo quieren robar tambien. Se roban la correspondencia o peor se quedan con ella y como esta carta y la pusieron en el buzon el 8 de Agosto 2021. Solicito la accion correspondiente e investigacion o el referido a investiga.

y la ayuda en esta situación. De aeela los retroactivos nunca los recibí y pase miles de situaciones. Mi problema era que yo estaba para esas fechas encamada ya que soy Paciente de Cancer ("varios canceres") con traqueostomía y padezco de multiples condiciones y aunque ahora estoy un poco mas fuerte no estoy bien jamas me recupere y sigo convaleciendo. Tengo nececidad economica ya que mis medicamentos son muchos y caros. Tengo un viaje o sea varios a E.U para mi tratamiento y operaciones programadas. Por eso mi escrito. Gracias anticipadas

Vanessa Rivera

Vanessa Rivera Rivera
RR-1 box 46-6 A (bajos)
Carolina P.R. 00987



SAN JUAN PR 009
16 AUG 2021 PM 1  L

RECEIVED
AUG 19 2021
PRIME CLERK LLC

Prime Clerk LLC
850 3rd Avenue suite
412 Brooklyn NY
11232

11232-152312