# EXHIBIT 24

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vicenta Lebrón Vergara

Participant's Address: Box 540 Fajardo P.R. 00738

Participant's Email Address: richard.jussit@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177516

Nature of Claim: Ley 124-1973 Aumento de Salario Ley 89-1979 Retribución de uniforme Ley 89, 12 julio 1995 El Romerazo

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vicenta Lebron Vergara

Participant's Address: Box 540 Fajard P.R. 00738

Participant's Email Address: richard.jessit@gmail.com

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177516

Nature of Claim: Ley 124-1973 Aumento de salario Ley 89-1979 Retribucion de uniforme Ley 89-12 Julio 1995 El Remerazo

By: ____
Signature

____
Print Name

____
Title (if Participant is not an individual)

____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

