# EXHIBIT 26

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victoria Correa Santiago_

Participant's Address: _HC 02 Box 3686 Santa Isabel P.R. 00757_

Participant's Email Address: _virgenmo306@gmail.com_

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim:

By: _Victoria Correa Santiago_
Signature

_Victoria Correa Santiago_
Print Name

RECEIVED

SEP 01 2021

PRIME CLERK LLC

Title (if Participant is not an individual)

_8-23-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victoria Correa Santiago
H COL BOX 3686
Santa Isabel P.R. 00757

SAN JUAN PR 009
25 AUG 2021 PM 1 L



RECEIVED
SEP 01 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050