# EXHIBIT 29

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yasira Delgado Gonzalez_

Participant's Address: _PO Box 140 934 Arecibo, P.R. 00614-0934_

Participant's Email Address: _yasirad@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Yasira Delgado Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

RECEIVED
AUG 23 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yasira Delgado
PO Box 140934
Arecibo, P.R 00614-0934

SAN JUAN PR 009
16 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, N.Y. 10163-4850

RECEIVED
AUG 23 2021
PRIME CLERK LLC

10163-485050