IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOAD FOR PUERTO
RICO,

       as representative of                                     No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,
              Debtors.¹
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PRELIMINARY FACT WITNESS LIST OF DORAL FINANCIAL CORPORATION

Pursuant to the schedule set forth in ¶ 3 of the *Order Establishing Procedures and Deadlines Concerning Objects to Confirmation and Discovery in Connection Therewith*, Doral Financial Corporation ("Doral") hereby files its preliminary fact witness list ("Doral's Preliminary Fact Witness List") in connection with Plan discovery and confirmation.

Doral may call a Commonwealth witness or witnesses who are knowledgeable about: (1) the criteria the Debtors used to decide which pay tax refund claims to pay; and (2) the criteria the Debtors used to select certain tax refund claims in the Administrative Claims Reconciliation

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523- LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

process. As Plan discovery is still ongoing, Doral has not yet identified who will testify to this information.

*/s/ Juan C. Salichs*
Juan C. Salichs
Salichs Pou & Associates PSC
P.O. Box 195553
San Juan, Puerto Rico, 00910-5553
Telephone: (787) 449-6000
USDC-PR Bar No. 211610
*Co-Counsel to Doral Financial Corporation*

*/s/ Brian D. Pfeiffer*
Brian D. Pfeiffer
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, Florida, 33131
Telephone: (305) 371-2700

and

Jason Zakia
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois, 60606
Telephone: (312) 881-5403

and

Steven Schwartz
White & Case LLP
1221 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 819-7002

*Co-Counsel to Doral Financial Corporation*