UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*, | |
| Debtors. | |

---

[Related to Docket #17640]

**PRELIMINARY FACT WITNESS LIST OF
INDIVIDUAL BONDHOLDER (PETER C. HEIN)**

This document is filed pursuant to Docket#17640. I have no confirmation hearing witnesses to list at this time, but reserve all rights, including rights under #17640.

September 6, 2021

    Respectfully Submitted,

    /s/ Peter C. Hein
    Peter C. Hein
    101 Central Park West, Apt. 14E
    New York, NY 10023
    917-539-8487
    petercheinsr@gmail.com

## Certificate of Service

I, Peter C. Hein, certify that I have caused the foregoing "Preliminary Fact Witness List of Individual Bondholder (Peter C. Hein)" to be served via the Court's CM/ECF system.

Dated: September 6, 2021

                                                 /s/ Peter C. Hein
                                                 Peter C. Hein