**EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | ) |
| | ) Case No. 17-BK-03283 (LTS) |
| as representative of | ) |
| | ) (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) |
| | ) |
| Debtors.[1] | ) |
| | ) |

**EXPERT WITNESS DISCLOSURE BY
THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**

Pursuant to the *Order Establishing Procedures and Deadlines Concerning Objection to Confirmation and Discovery in Connection Therewith* [Dkt. 17640], the Official Committee of Retired Employees hereby identifies Dr. Simon Johnson, MIT Sloan School of Management, 100 Main St., Cambridge, MA 02142, as an expert witness in connection with the confirmation hearing of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico [ECF No. 17627] as may be amended (the "**Plan**").

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Dr. Johnson's curriculum vitae is attached hereto as Exhibit A.

2. A list of the publications authored by Dr. Johnson during the previous 10 years is attached hereto as Exhibit B.

3. Dr. Johnson has not testified as an expert during the previous 4 years.

4. The subject matter upon which Dr. Johnson will testify here is why the Plan's treatment of retiree claims does not constitute unfair discrimination under 11 U.S.C. §1129(b)(1) of the Bankruptcy Code as made applicable by PROMESA.

Dated: September 6, 2021

JENNER & BLOCK LLP

By:

*/s/ Robert Gordon*

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-527-0484 (facsimile)

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

*/s/ A.J. Bennazar-Zequeira*

A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

## Exhibit A

Curriculum Vitae

**Simon Johnson**

Sloan School of Management
M.I.T.
100 Main Street, E62-420
Cambridge, MA 02142-1347
phone: (617) 290-9618 (cell)
e-mail:  sjohnson@mit.edu
_____

## I. Current and Recent Positions

- Ronald A. Kurtz (1954) Professor of Entrepreneurship, Sloan School of Management, MIT, from 2004.  Head of Global Economics and Management group. Member of the faculty at MIT Sloan since 1997.
- Board of Directors, Fannie Mae, from February 2021.
- Co-chair, Systemic Risk Council, from August 2021.  Member since creation in 2012.
- Research Associate, National Bureau for Economic Research, from 2004.
- Monthly columnist, Project Syndicate, from 2010.
- Weekly columnist, *Economix*, NYT.com, 2009-14.
- Regular columnist, Bloomberg and Bloomberg View, 2010-13.

**Other Recent Experience**
- Economic Counsellor (chief economist) and Director, Research Department, International Monetary Fund, 2007-2008.
- Co-founder, COVID Response Advisors, 2020-21.
- Senior Fellow, Peterson Institute for International Economics, from 2008 (on leave).
- Member, Systemic Resolution Advisory Committee, Federal Deposit Insurance Corporation, 2011-2016.
- Member, Financial Research Advisory Committee, Office of Financial Research, US Treasury, 2014-2016.
- Member, Panel of Economic Advisers, Congressional Budget Office, 2009-2015.
- Advisory Board Member, Institute for New Economic Thinking (INET), 2010-2018.
- Advisory Board Member, Intelligence Squared (public debate forum), 2017-2020.
- Growth Commission on Puerto Rico, organized by the Center for a New Economy, 2017-2019.
- Co-founder, http://BaselineScenario.com, from 2008 to 2015.
- Co-director, NBER Africa project, 2009-2014.
- President, Association for Comparative Economic Studies, 2008-2009.
- Assistant Director, Research Department, International Monetary Fund, 2004-2006.
- Advisory Council, NBER Africa Project, 2007-2008.  Co-founder, 2006.
- Visiting Fellow, Peterson Institute for International Economics, Washington DC, 2006-2007.
- Co-Chair, Taskforce on Latin American Reforms, Center for Global Development, 2005-2006.
- Non-resident scholar, Asian Institute of Corporate Governance, Korea University, Seoul, 2001-2003
- International Advisory Board, CASE, Warsaw, from 2002.
- Advisory Committee on Market Information, Securities and Exchange Commission, 2000-01.

**Education**
- Massachusetts Institute of Technology, Ph.D. (Economics), 1989.
- University of Manchester (England), M.A. (Economics) with Distinction, 1986.
- University of Oxford (England), B.A. (Economics and Politics), First Class Honours, 1984.

**Previous Primary Academic Appointments**
- Ronald A. Kurtz Associate Professor, Sloan School of Management, MIT, 2001-2004; with tenure from 2002.
- Michael M. Koerner '49 Career Development Associate Professor of Entrepreneurship, Sloan School of Management, MIT, 1997-2001.
- Associate Professor, Fuqua School of Business, Duke University, July 1995-June 1997.
- Director, Fuqua School of Business Center for Manager Development in St. Petersburg, Russia, January 1993-December 1995.
- Assistant Professor, Fuqua School of Business, Duke University, September 1991-June 1995.
- Junior Scholar, Harvard Academy for International and Area Studies, and Fellow, Russian Research Center, Harvard University, 1989-1991.

**Other Academic Positions**
- Member of Editorial Board, COVID Economics (CEPR online publication), from September 2020.
- BREAD Senior Fellow, from 2007.
- Member of Centre for Economic Policy Research, Development Economics group, 2006-2017; digital currency group, 2018-
- Consultant, Research Department, IMF, 2006-2007.
- Program co-organizer, NBER workshop on growth in Africa, April 2006.  Lead organizer, NBER proposal for Africa working group, 2006-2007 and 2008-.
- Associate Editor, *Journal of Financial Economics*, 2004-2011
- Associate Editor, *The Review of Economics and Statistics*, 2003-2008.
- Editorial Board, *Journal of Comparative Economics*, January 2007-2010.
- Editorial Board, Cliometrica, 2007-2010.
- Research Associate, NBER, 2005- (Faculty Research Fellow from 2000-2005), corporate finance, and international finance and macroeconomics groups.
- Affiliate, BREAD (Bureau for Research in Economic Analysis of Development)
- Research Fellow, CEPR (Institutions and Economic Performance)
- Program co-chair, NBER conference on the economic crisis in Indonesia, September 2000.
- Team Leader, Russian European Center for Economic Policy (RECEP), Moscow, 1997-1999.
- Research Associate, Center for Economic Performance, London School of Economics, 1996-1998.
- Visiting Scholar, Sloan School of Management, MIT, July 1996-December 1996.  (Visiting Associate Professor, Sloan School of Management, MIT, January 1997-June 1997.)
- Davidson Institute Research Fellow, The William Davidson Institute at the University of Michigan Business School, 1997-present.
- Research Fellow, Ostekonomiska Institutet, Stockholm School of Economics, 1995-96.
- Visiting Professor, Central European University, Prague, August 1995.
- Research Associate, Institute for Economic Analysis, Moscow, June 1994-January 1995.

- Visiting Scholar, Ostekonomiska Institutet, Stockholm School of Economics, September-December 1994.
- Visiting Professor, INSEAD (Institut Européen d'Administration) and the Euro-Asia Center, Fontainebleau, France.  Taught MBA students June 1992 and executives in 1993-98.

**Other Activities**
- Co-Founder, Immune Observatory (501c3), June 2020-January 2021.
- Co-founder, COVID-19 Policy Alliance, March 2020-June 2021.
- External Examiner/Assessor, PhD thesis, LSE, 2005; London Business School, 1999; CERGE (Charles University), 1999.
- Adviser, Analysis Group-Economics, 2000-2002; and Brattle Group, 1999-2002.
- Senior Associate, Cambridge Energy Research Associates, 1998-99.
- Editor, quarterly edition of *Russian Economic Trends*, 1997-98.
- Consultant, Salomon Brothers International, 1997-98.
- Consultant, The World Bank, UNDP, various dates.
- Senior Adviser to the Minister of Economics in Ukraine, August-December 1994.
- Consultant, in association with three Harvard University projects, to reform groups in the Soviet Union, June 1990-August 199; to the Senior Vice President of the National Bank of Poland, January-April 1990.

**<u>Exhibit B</u>**

List of Publications Authored in Last Ten Years

## I.   Journal Articles

 "Population and Conflict," with Daron Acemoglu and Leopoldo Fergusson.  *Review of Economics Studies*, Volume 87, Issue 4, July 2020, Pages 1565–1604.

"Transitioning Out of the Coronavirus Lockdown: A Framework for Evaluating Zone-Based Social Distancing," with Eric Friedman, John Friedman, and Adam Landsberg, *Frontiers of Public Health*, 8 June 2020.

"The Value of Political Connections in Turbulent Times," with Daron Acemoglu, Amir Kermani, James Kwak, and Todd Mitton.  *Journal of Financial Economics*, Volume 121, Issue 2, Pages 231-448 August 2016.

"Disease and Development: A Reply to Bloom, Canning, and Fink," with Daron Acemoglu. *Journal of Political Economy*, December 2014, volume 122, number 6, pages 1367-1375.

"Ending 'Too Big To Fail': Government Promises Versus Investor Perceptions," with Todd Gormley and Changyong Rhee.  *Review of Finance*, April 2014.

"Forty Years of Leverage: What Have We Learned about Sovereign Debt?" With Peter Boone, *American Economic Review*, 104(5), papers and proceedings, May 2014: 266-71.

 "Is Newer Better?  Penn World Tables Revisions and Their Impact on Growth Estimates," with William Larson, Chris Papageorgiou, and Arvind Subramanian. *Journal of Monetary Economics*, Volume 60, Issue 2, March 2013, Pages 255–274.

"Hither Thou Shall Come But No Further: 'Reply to The Colonial Origins of Comparative Development: An Empirical Investigation; Comment,'" *American Economic Review*, October 2012.

"The Consequences of Radical Reform: The French Revolution," with Daron Acemoglu, Davide Cantoni, and James Robinson, *American Economic Review*, vol. 101(7), pp. 3286–3307, December 2011.

## II.   Books

*Jump-Starting America: How Breakthrough Science Can Revive Economic Growth and the American Dream*, with Jonathan Gruber, PublicAffairs, April 2019.

*African Successes: Government and Institutions, Volume I,* co-editor with Sebastian Edwards, and David N. Weil, University of Chicago Press (for the NBER), 2016.

*African Successes: Human Capital, Volume II,* co-editor with Sebastian Edwards, and David N. Weil, University of Chicago Press (for the NBER), 2016.

*African Successes: Modernization and Development, Volume III,* co-editor with Sebastian
Edwards, and David N. Weil, University of Chicago Press (for the NBER), 2016.

*African Successes: Sustainable Growth, Volume IV,* co-editor with Sebastian Edwards, and
David N. Weil, University of Chicago Press (for the NBER), 2016.

*White House Burning: The Founding Fathers, The National Debt, and Why It Matters To You*,
with James Kwak, Pantheon Books, New York, April 2012.  Wall Street Journal Business
Bestseller. Paperback edition published in 2013.

## III.   **Other Publications**

Why Is COVID-19 Surging in America Again?
Project Syndicate, August 31, 2021

Time to Relax Global Travel Restrictions
Project Syndicate, July 31, 2021

The Better Crisis Response
Project Syndicate, July 1, 2021

Taking the Fight to the Pandemic
Project Syndicate, May 31, 2021

Infrastructure for the Next American Century
Project Syndicate, April 29, 2021

Conseguiremos prevenir o próximo incêndio global?
Jornal de Negócios Premium (Portugal), April 21, 2021

Can We Prevent the Global Fire Next Time?
Project Syndicate, March 31, 2021

Realising the 'Great Realisation': lessons from a pandemic
The Business Times Singapore, March 04, 2021

Realizing the Great Realization
Project Syndicate, March 1, 2021

Vaccination Is Not Enough
Project Syndicate, February 2, 2021

Donald Trump's COVID Comeuppance
Project Syndicate, November 2, 2020

After the Vaccine
Project Syndicate, September 30, 2020

Realizing America's Anti-COVID Potential
Project Syndicate, August 31, 2020

Covid-19 testing is a major public good
The Business Times Singapore | August 05, 2020

The coronavirus quarantine problem for travelers and nursing homes; We can't prevent all
COVID-19 transmissions, but we can leverage the hard-won knowledge we've gained over
recent months to prevent the disease from again getting out of control.
The Boston Globe, August 04, 2020

How to Close America's COVID-19 Testing Deficit
Project Syndicate, July 31, 2020

More tests will save millions
Khaleej Times (United Arab Emirates), July 03, 2020

A Waze to show where viruses are, and where they're heading
The Business Times Singapore, July 02, 2020

Waze for Viruses
Project Syndicate, June 30, 2020

Saving most vulnerable people from Covid-19; Protecting nursing home residents and healthcare
staff caring for them should be top priority as economies reopen.
The Business Times Singapore, June 04, 2020

Saving the Most Vulnerable from COVID-19
Project Syndicate, June 1, 2020

How to recover from the economic catastrophe we're in
Los Angeles Times, May 31, 2020

We must invest in innovation to reduce Ireland's reliance on multinationals
Sunday Independent (Ireland), May 10, 2020

From Lockdown to Lock-In
Project Syndicate, April 30, 2020

How to reduce coronavirus deaths in nursing homes; The people at greatest risk of COVID-19
are our parents, grandparents, and those who care for them. The consequences of failing them are
unimaginable.
The Boston Globe, April 18, 2020

Willkommen in der postviralen Welt
Finanz und Wirtschaft Online, April 12, 2020

Welcome to the Post-Virus World
Project Syndicate, March 30, 2020

A possible path to protect our economy and hospitals from the coronavirus;Are we left with the
hard choice between long-term lock down and a collapsing economy or attempting to reopen the
economy quickly and crashing entire hospital systems? Not necessarily.
The Boston Globe, March 27, 2020

Coronavirus and the Global Economy
Project Syndicate, February 27, 2020

Das Coronavirus und die Weltwirtschaft
Finanz und Wirtschaft Online, March 10, 2020

El coronavirus y la economía global
El Economista (Mexico), March 03, 2020

Warren, Unlike Sanders, Makes the Medicare Math Add Up
The Wall Street Journal, March 03, 2020

JOHNSON: Coronavirus pandemic a major threat to global economy
Daily Nation (Kenya), March 02, 2020

Warren, Unlike Sanders, Makes the Medicare Math Add Up; His plan comes up $12.5 trillion
short, while hers spares the middle class a tax increase.
The Wall Street Journal Online, March 02, 2020

The other warning from coronavirus: Invest more in science; We should invest in scientists to
save ourselves and our neighbors
MarketWatch (U.S.), February 27, 2020

Inequality and Economic Growth
Project Syndicate, January 30, 2020

Getting Past Reagan
Project Syndicate, December 30, 2019

We need new research hubs. Here's how.
Washington Post, The (Washington, D.C.), December 08, 2019

Warren Has the Remedy for Health Costs
The Wall Street Journal | December 02, 2019

Warren Has the Remedy for Health Costs; Her Medicare for All proposal would be a boon to all
businesses, and especially to entrepreneurs.
The Wall Street Journal Online, December 01, 2019

Billionaires must give more money to the poor
Khaleej Times (United Arab Emirates), November 30, 2019

The Billionaire Problem
Project Syndicate, November 29, 2019

Konkurrenz für den Dollar
Finanz und Wirtschaft Online, November 14, 2019

Is the Global Dollar in Jeopardy?
Project Syndicate, November 4, 2019
How to Rethink Capitalism
Project Syndicate, October 1, 2019

Why Brexit will turn out to be no stranger than fiction
Australian Financial Review, September 05, 2019

Brexit, the Novel
Project Syndicate, August 30, 2019

Economic Growth and the US Presidential Election
Project Syndicate, July 31, 2019

Build Your Own Talent Magnet
Project Syndicate, July 1, 2019

The Populist Paradox
Project Syndicate, May 31, 2019

Can Bitcoin Win the Digital Payments 'Gauge War'?
CoinDesk.com, May 16, 2019

How to rebuild America's economic foundations
New Times, The (Kigali, Rwanda) May 01, 2019

How to Rebuild America's Economic Foundations
Project Syndicate, May 1, 2019

How to jump-start America
The Boston Globe, April 15, 2019

The Crisis Last Time
The American Prospect, April 01, 2019, Pg. 81; VOLUME 30; NUMBER 2, 1997

The American Populist Reckoning
Project Syndicate, March 29, 2019

Puerto Rico on the Brink
Project Syndicate, February 28, 2019

Five lessons from the US government shutdown
The Business Times Singapore, February 07, 2019

Five lessons from the US government shutdown
Times of Oman, February 02, 2019

Five Lessons from the US Government Shutdown
Project Syndicate, January 31, 2019

Brexit does not matter
Republica, January 09, 2019

Brexit Does Not Matter
Project Syndicate, December 31, 2018

Trump's War Against NATO
Project Syndicate, November 30, 2018

The future of economic convergence
The Business Times Singapore, November 07, 2018

The future of economic convergence
New Times, The (Kigali, Rwanda), November 02, 2018

The Future of Economic Convergence
Project Syndicate, October 31, 2018

The financial crisis that brought us President Trump
Washington Post, The (Washington, D.C.), October 14, 2018

The first bank of Starbucks
New Times, The (Kigali, Rwanda), October 01, 2018

The First Bank of Starbucks
Project Syndicate, October 1, 2018

US needs to make top executives more accountable
Global Times (China), September 12, 2018

Saving capitalism from economics 101
New Times, The (Kigali, Rwanda), September 03, 2018

Saving Capitalism form Economics 101
Project Syndicate, August 31, 2018

Trump clearly out of his depth in trade talks with EU
Global Times (China), August 06, 2018

Trump's floundering handed Europe a trade victory in Washington
The Business Times Singapore, August 01, 2018

Europe's Trade Victory in Washington
Project Syndicate, July 30, 2018

Trump continues to undermine himself on trade
Global Times (China), July 03, 2018

Trump Undermines Himself on Trade
Project Syndicate, June 29, 2018

Next financial crisis will put central banks on the spot
Global Times (China), June 08, 2018

Controlling the Supreme Court of Finance - the Fed
The Business Times Singapore, June 05, 2018

Controlling the Supreme Court of Finance
Project Syndicate, May 31, 2018

ICOs Are Setting Capital Free. That's Revolutionary
CoinDesk.com, May 22, 2018

Disrupting the autocrats with the power of the Internet
The Business Times Singapore, May 03, 2018

Disrupting the Autocrats
Project Syndicate, April 30, 2018

Should Facebook be more tightly regulated? Big technology companies may be a danger to
society
MarketWatch (U.S.), April 09, 2018

Should tech companies be more tightly regulated?
The Business Times Singapore, April 03, 2018

Do tech companies need tighter oversight?
Global Times (China), April 03, 2018

Should tech companies be more tightly regulated?
Times of Oman, April 02, 2018

Big Tech does not need new rules, current laws are good
Khaleej Times (United Arab Emirates), April 1, 2018

Should Tech Companies Be More Tightly Regulated
Project Syndicate, March 30, 2018

The Making of Lehman Brothers II
Project Syndicate, February 26, 2018

Trumponomics bewirkt kein Wachstum
Finanz und Wirtschaft Online, February 12, 2018

US yet to suffer full effect of damaging Trump policies
Global Times (China), February 12, 2018

Trumponomics Is Failing on Growth
Project Syndicate, January 31, 2018

China wird zum Drachen der Innovation
Finanz und Wirtschaft Online, January 19, 2018

China could soon leapfrog US in innovation
Global Times (China), January 05, 2018

Behold the world's next innovation leader - China; US industry is losing its drive and the Trump
administration's war on science and squeeze on immigration are not helping in the race for
progress.
The Business Times Singapore, January 03, 2018

China could rule the digital world, but can we trust it?
Khaleej Times (United Arab Emirates), January 02, 2018

China, the Innovation Dragon
Project Syndicate, December 29, 2017

Trump's Fateful Mistake on Consumer Financial Protection
Project Syndicate, November 29, 2017

8

America's Tax-Cut Peronists
Project Syndicate, October 31, 2017

How to Rebuild Puerto Rico's Power Grid
Barron's, October 02, 2017

What Puerto Rico needs
The Jordan Times, September 30, 2017

What Puerto Rico Needs
Project Syndicate, September 28, 2017

How to Rebuild Puerto Rico's Power Grid
Dow Jones Institutional News, September 30, 2017, Pg. 35

It's Time to Transform Puerto Rico's Power Grid
Barron's Online, September 30, 2017

What Puerto Rico needs now; Beyond urgently required short-term recovery aid, policy makers
should focus on supplying the U.S. territory with renewable power
The Globe and Mail (Canada), September 29, 2017, Pg. A13

The Rising Price of Trump's Border Wall
Project Syndicate, September 1, 2017

Trump's Growth Charade
Project Syndicate, July 28, 2017

The ups and downs of gold in America
The Buffalo News (New York), July 09, 2017, Pg. G11

Europe not out of the woods yet, but signs are good
Global Times (China), July 05, 2017

A European Economic Miracle?
Project Syndicate, June 30, 2017

Financial Regulation Calls for 20/20 Vision: Weiss and Johnson
Las Cruces Sun-News (New Mexico), June 01, 2017

Jobs in the Age of Artificial Intelligence
Project Syndicate, May 30, 2017

The People vs. Donald Trump
Project Syndicate, April 28, 2017

Lessons from Trump's healthcare debacle
Business Times (Singapore) April 05, 2017

On tax reform, Trump will need the political center; Three lessons from the health-care debacle
MarketWatch (U.S.), March 30, 2017

Lessons from Trump's Health-Care Debacle
Project Syndicate, March 30, 2017

The Financial Fire Next Time
Project Syndicate, February 28, 2017

'Alternative facts' a threat to US economic policymaking
Business Times (Singapore) February 03, 2017

"Alternative Facts" and US Economic Policy
Project Syndicate, January 30, 2017

The Folly of Trumponomics
The American Prospect | January 01, 2017, Pg. 63; VOLUME 28; NUMBER 1

Trump's Extreme Oligarchy
Project Syndicate, December 29, 2016

Why Trump and GOP majorities will only make things worse for hard-pressed Americans; Tax
cuts, repeal of Obamacare and financial deregulation won't do much for lower-income people
MarketWatch (U.S.), November 28, 2016

The Politics of Job Polarization
Project Syndicate, November 27, 2016

The stock market could crash if Donald Trump is elected president; Trump's policies would
curtail imports and slam the brakes on the U.S. economy
MarketWatch (U.S.), November 01, 2016

The Consequences of Trump Shock
Project Syndicate, October 29, 2016

How to improve productivity? Make sure it's shared broadly. The next president should
champion an investment in education and promote inclusive technology.
WashingtonPost.com October 27, 2016

Trump economic plan a disaster
The Timaru Herald, October 04, 2016

Trump's Magical Economic Thinking
Project Syndicate, September 30, 2016

The Many Extremes of Donald Trump
Project Syndicate, August 31, 2016

The Republican Bankruptcy Illusion
Project Syndicate, July 31, 2016

Brexit could be great for the U.S. The U.S. is potentially the biggest winner from the
disintegration of the EU
MarketWatch (U.S.), June 27, 2016

Will America Win or Lose From Brexit?
Project Syndicate, June 26, 2016

Trump's tariff proposal would gut US export jobs
The Boston Globe, June 27, 2016

Reject Donald the Destroyer for the safety of US and the world
The Business Times Singapore, June 02, 2016

Donald Trump's promise to 'make America great again' is a political swindle; A President Trump
would hurt U.S. prosperity and weaken national security, says Simon Johnson
MarketWatch (U.S.), May 31, 2016

Donald the Destroyer
Project Syndicate, May 31, 2016

How Donald Trump could suppress his critics using political prosecutions
telegraph.co.uk, May 04, 2016

The global economy's wild ride is being fueled by too much debt; Countries need to return to
growth without the aid of debt-fueled overconsumption
MarketWatch (U.S.), April 29, 2016

The Next Global Boom—and Bust
Project Syndicate, April 29, 2016

Debating why Britain should remain European
The Daily Star (Lebanon), April 06, 2016

Why Britain Should Remain European
Project Syndicate, March 31, 2016

The end of big banks?
Business Spectator, March 04, 2016

The End of Big Banks
Project Syndicate, February 29, 2016

Is the TPP Good for America
Project Syndicate, February 1, 2016

Puerto Rico needs bankruptcy, not a bailout; Island territory needs investment-led growth, and restructured debt
MarketWatch (U.S.), December 29, 2015

Puerto Rico's Debt Trap
Project Syndicate, December 28, 2015

Failure at the Financial Stability Board
Project Syndicate, November 30, 2015

Resurrecting Glass-Steagall
Project Syndicate, October 29, 2015

Review; Demythologizing Fannie Mae and Freddie Mac
The Houston Chronicle, October 11, 2015

The Boehner Shock
Project Syndicate, September 28, 2015

The US still runs the world
The Business Times Singapore, September 04, 2015

The US Still Runs the World
Project Syndicate, August 28, 2015

The too-big-to-fail problem still remains unresolved
Gulf Times, August 10, 2015

Another disaster is coming unless we downsize 'too-big-to-fail' banks; Republican ideas for special bankruptcy procedures are fatally flawed
MarketWatch (U.S.), August 03, 2015

Still Too Big to Fail
Project Syndicate, July 31, 2015

Getting the Trans-Pacific Partnership Right
Project Syndicate, June 30, 2015

Good trade intentions gone bad; Trans-Pacific Partnership will do little good for U.S. economy
MarketWatch (U.S.), June 01, 2015

Needed: an open debate about free-trade agreement
Gulf Times, June 01, 2015

Good Trade Intentions Gone Bad
Project Syndicate, May 31, 2015

A backwards step for US financial reform
Business Spectator, May 19, 2015

America's biggest banks aren't ready for next meltdown; The new financial risk is the same as
the old financial risk, says Simon Johnson
MarketWatch (U.S.), April 28, 2015

The Old New Financial Risk
Project Syndicate, April 28, 2015

How to fight currency manipulation with trade pacts
The Business Times Singapore, March 27, 2015

How to Fight Currency Manipulation
Project Syndicate, March 24, 2015

Obama takes aim at financial advice
Sydney Morning Herald (Australia), February 27, 2015

Obama Steps Up
Project Syndicate, February 25, 2015

Wall Street for President
Project Syndicate, January 30, 2015

Breaking up of Citigroup a potential campaign theme
The Business Times Singapore, January 02, 2015

Break up Citigroup - and save the financial system; The presidential candidate who vows to
dismantle the megabanks could win it all
MarketWatch (U.S.), December 30, 2014

Break up Citigroup campaign
Gulf Times, December 28, 2014

Break Up Citigroup
Project Syndicate, December 26, 2014

The Federal Reserve's escape from New York
Business Times (Singapore,) November 28, 2014

The Federal Reserve's Escape from New York
Project Syndicate, November 24, 2014

The TPP's Missing Ingredient
Project Syndicate, October 22, 2014

Two Views of Finance
Project Syndicate, September 29, 2014

Washington recaptured
EJ Insight, September 03, 2014

Washington Recaptured
Project Syndicate, August 28, 2014

The Fed in Denial
Project Syndicate, July 22, 2014

Taking systemic risk seriously
EJ Insight, June 30, 2014

Taking Systemic Risk Seriously
Project Syndicate, June 27, 2014

How to Become an Oligarch
Project Syndicate, May 28, 2014

The Future of the Captured State
Project Syndicate, April 22, 2014

The End of Our Financial Illusions
The New York Times Blogs, April 17, 2014

Heroes of Banking Reform
The New York Times Blogs, April 10, 2014

The Importance of Being Boring
Project Syndicate, March 27, 2014

Political connections matter; In the US, as it is around the world, who you are connected to will
get you a foot up in business
The Business Times Singapore, March 11, 2014

14

Truth from the Top
Project Syndicate, February 27, 2014

The Temptation of the Central Bankers
Project Syndicate, January 30, 2014

Community Banks Need to Have a Voice on Fed Board,
Bloomberg Opinion, January 14, 2014

The Fed Shifts Ground on Big Banks
The New York Times Blogs, January 09, 2014

The Rich Country Trap
The New York Times Blogs, January 02, 2014

Financial Regulator's Fine Mess
Project Syndicate, December 30, 2013

Preventing Civil War in South Sudan
The New York Times Blogs, December 26, 2013

Big Banks and the Failure of Bankruptcy
The New York Times Blogs, December 19, 2013 |

Which Stan Fischer Would Serve as Fed's No. 2
Bloomberg Opinion, December 13, 2013

Making the Volcker Rule Work
The New York Times Blogs, December 10, 2013

Too early to say goodbye to 'too big to fail'
The Merced Sun-Star (California), December 09, 2013

Too early to say goodbye to 'too big to fail'
Modesto Bee, December 09, 2013

Premature Celebration of Too Big to Fail's Demise
Bloomberg Opinion, December 08, 2013

Preventing Currency Manipulation
The New York Times Blogs, December 05, 2013

Big Banks' Shadow Dance
Project Syndicate, November 29, 2013

Getting the Volcker Rule Done
The New York Times Blogs, November 28, 2013

Limiting the Fed
The New York Times Blogs, November 21, 2013

Fed and Moody's Vie Again for 'Most Wrong' Crown
Bloomberg Opinion, November 17, 2013

Sizing Up the Fiscal Future
The New York Times Blogs, November 14, 2013

Will Red Sox Win World Series Again This Century?
Bloomberg Opinion, November 07, 2013

The Bankruptcy Exemption
The New York Times Blogs, November 07, 2013

The Perils of a Free Trade Pact with Europe
The New York Times Blogs, October 31, 2013

Are China's Banks Next?
Project Syndicate, October 30, 2013

A Very Expensive Tea Party
The New York Times Blogs, October 24, 2013

JPMorgan Is Too Big to Whine
Bloomberg Opinion, October 21, 2013

Banks' Flawed Arguments to Justify Their Hugeness
Bloomberg Opinion, October 18, 2013

The Long March of the American Right
The New York Times Blogs, October 17, 2013

The Big-Bank Subsidy
The New York Times Blogs, October 10, 2013

The Tea Party's Lethal Embrace of a Proven Loser
Bloomberg Opinion, October 7, 2013

The Loss of U.S. Pre-eminence
The New York Times Blogs, October 03, 2013

3 unlearned lessons from the financial crisis
West Hawaii Today, September 29, 2013

Don't Cry for Me, Ben Bernanke
Project Syndicate, September 27, 2013

Three Unlearned Lessons from the Financial Crisis
Bloomberg Opinion, September 26, 2013

Economic Statecraft, Women and the Fed
The New York Times Blogs, September 26, 2013

Yellen's Credentials to Lead the Fed
The New York Times Blogs, September 19, 2013

Encouraging Entrepreneurship in Portugal and Beyond
The New York Times Blogs, September 12, 2013

Predicting Growth From Path of a Cricket Ball
Ethnic NewsWatch, September 06, 2013, Pg. 4; Vol. 44; No. 36

Summers Sets Up Confirmation Fight of the Century
Bloomberg Opinion, September 08, 2013

The Next Emerging Market Crisis
The New York Times Blogs, September 05, 2013

Bank Leverage Is the Defining Debate of Our Time
Bloomberg Opinion, September 03, 2013

The future lies in a cricket ball's path; If you want to know where technology is headed take in a
Test match at Lords
Cape Argus (South Africa)/Argus Weekend (South Africa), August 31, 2013

Lead us not into the Greenspan temptation
Global Times (China), August 29, 2013

Lead us not into the temptation of Greenspan
Australian Financial Review, August 29, 2013

India's Economic Crisis
The New York Times Blogs, August 29, 2013

Predicting Growth from the Path of a Cricket Ball
Bloomberg Opinion, August 27, 2013

The Greenspan Temptation
Project Syndicate, August 27, 2013

The Government and the Entrepreneurs
The New York Times Blogs, August 22, 2013

Europe's Slow Financial Reforms
The New York Times Blogs, August 15, 2013

Getting Big Banks Out of the Commodities Business
The New York Times Blogs, August 08, 2013

If You Think Europe Is Fine, Take a Look at Italy
Bloomberg Opinion, August 06, 2013

Sadly, Too Big to Fail Is Not Over
The New York Times Blogs, August 01, 2013

Pick Janet Yellen to Lead a Fed A-Team
Bloomberg Opinion, July 25, 2014

A Better Way to Think About Trade
The New York Times Blogs, July 25, 2013

Banking Reform's Fear Factor
Project Syndicate, July 25, 2013

Can Lew Fulfill Promise to Save Financial Reform
Bloomberg Opinion, July 23, 2013

High Profits Signal Danger for Big Banks
The New York Times Blogs, July 18, 2013

Five Facts About the New Glass-Steagall
Bloomberg Opinion, July 11, 2013

A Call to Battle on Bank Leverage
The New York Times Blogs, July 11, 2013

Fumbling Through the Fog Around Too Big to Fail
Bloomberg Opinion, July 08, 2013

An Economic Primer for Spies
The New York Times Blogs, July 04, 2013

The Case for Women
The New York Times Blogs, June 27, 2013

British Banks' Comedy of Terrors
Project Syndicate, June 26, 2013

How Immigration Reform Would Help the Economy
The New York Times Blogs, June 20, 2013

New U.K. Bank Reforms Miss the Big Threat
Bloomberg Opinion, June 19, 2013

Trade Deal Could Stick U.S. With EU's Bank Bomb
Bloomberg Opinion, June 18, 2013

Next debt-ceiling hysterics could do serious harm
Journal Gazette, The (Fort Wayne, IN), June 13, 2013

How the World Bank Makes Doing Business Easier
The New York Times Blogs, June 13, 2013

Next Debt-Ceiling Histrionics Could Do Real Harm
Bloomberg Opinion, June 09, 2013

IMF Greece Report Was Flawed. EU Did Even Worse.
Bloomberg Opinion, June 06, 2013

Multinational Corporations' Support for Big Banks Is Not Persuasive
The New York Times Blogs, June 06, 2013

Choosing the Next Head of the Federal Reserve
The New York Times Blogs, May 30, 2013

How a Big-Bank Failure Could Unfold
The New York Times Blogs, May 23, 2013

Boards on Their Backs
Project Syndicate, May 23, 2013

The Myth of a Perfect Orderly Liquidation Authority for Big Banks
The New York Times Blogs, May 16, 2013

How Will Fed Line Up in Battle Over Bank Capital?
Bloomberg Opinion, May 12, 2013

The Problem With Corporate Governance at JPMorgan Chase
The New York Times Blogs, May 09, 2013

The Case for Megabanks Fails
The New York Times Blogs, May 02, 2013

Goldman's big guns fire dud to defend megabanks
Providence Journal, The (Providence, RI), April 28, 2013

Brown-Vitter Recasts Financial-Reform Battlefield
Bloomberg Opinion, April 28, 2013

The Treasury's Mistaken View on Too Big to Fail
The New York Times Blogs, April 25, 2013

Big Banks' Tall Tales
Project Syndicate, April 25, 2013

The Impact of Higher Capital Requirements for Banks
The New York Times Blogs, April 18, 2013

Goldman's Big Guns Fire Dud to Defend Megabanks
Bloomberg Opinion, April 14, 2013

The Flaw in Obama's Budget Approach
The New York Times Blogs, April 11, 2013

Global banks 'are too big' to censure or curb
Irish Independent, April 04, 2013

Treasury Needs a Tough No. 2
The New York Times Blogs, April 04, 2013

Money-Laundering Banks Still Get a Pass from U.S.
Bloomberg Opinion, March 31, 2013

The Debate on Bank Size Is Over
The New York Times Blogs, March 28, 2013

True costs of phony U.S. fiscal crisis
Providence Journal, The (Providence, RI) March 27, 2013

Austerity's Children
Project Syndicate, March 25, 2013

The London Whale, Richard Fisher and Cyprus
The New York Times Blogs, March 21, 2013

The True Costs of the U.S.'s Phony Fiscal Crisis
Bloomberg Opinion, March 17, 2013

Big Banks Have a Big Problem
The New York Times Blogs, March 14, 2013

Filling a Fed Vacuum in Bank Supervision
The New York Times Blogs, March 07, 2013

Why Higher Bank Equity Is in the Public
Bloomberg Opinion, March 3, 2013

Bernanke's Credibility on 'Too Big to Fail'
The New York Times Blogs, February 28, 2013

The Political Importance of Elizabeth Warren
Project Syndicate, February 25, 2013

Twelve Angry Central Bankers
The New York Times Blogs, February 21, 2013

U.S. Officials Spread the Light on Banking Rules
Bloomberg Opinion, February 17, 2013

The Convergence of George Will and Sherrod Brown
The New York Times Blogs, February 14, 2013

Let's Discuss China as an Important U.S. Market
Bloomberg Opinion, February 11, 2013

A Hollow Case for Big Banks
The New York Times Blogs, February 07, 2013

Too Big to Jail? Top Wall Street Execs Who Committed Crimes Should Get Sent To The Big
House
Pittsburgh Post-Gazette, February 05, 2013

Who Decided U.S. Megabanks Are Too Big to Jail?
Bloomberg Opinion, February 03, 2013

Jacob Lew, Mary Jo White and Dunbar's Number
The New York Times Blogs, January 31, 2013

The Debt Ceiling and Playing With Fire
The New York Times Blogs, January 24, 2013

Germany's Gold Delusion
Project Syndicate, January 24, 2013

Handicapping the Contenders to Replace Bernanke
Bloomberg Opinion, January 20, 2013

The Legacy of Timothy Geithner
The New York Times Blogs, January 17, 2013

Betrayed by Basel
The New York Times Blogs, January 10, 2013

Bond villain Goldfinger would envy latest taxpayer shakedown; Wall Street's methods for
fleecing the public are less dramatic but every bit as heinous, writes Simon Johnson
Ottawa Citizen, January 05, 2013

Goldfinger Would Envy Latest Taxpayer Shakedown
Bloomberg Opinion, January 04, 2013

The Supreme Court and the Next Fiscal Cliff
The New York Times Blogs, January 03, 2013

Will 2013 mark the beginning of American decline?
The Bradenton Herald, December 28, 2012, Pg. 6

2013: Start of America's decline? Economics - America's global position is indeed threatened
The Telegraph (Nashua, NH) December 28, 2012

Will 2013 Mark the Beginning of American Decline?
Pittsburgh Post-Gazette, December 27, 2012 Pg. A-7

Will 2013 mark the beginning of the decline of America?
The Charlotte Observer, December 27, 2012

The S.E.C. at a Turning Point
The New York Times Blogs, December 27, 2012

Will 2013 mark the beginning of American decline?
Harrisburg Daily Register (Harrisburg, IL) December 26, 2012

Will 2013 mark the beginning of American decline?
Star-News (Wilmington, NC), December 26, 2012, Pg. 7A

Financial reforms breakthrough year
Pakistan Today, December 24, 2012, Vol. III; No. 176

Will 2013 Mark the Beginning of American Decline?
Bloomberg Opinion, December 23, 2012

Financial Reform's Breakthrough Year
Project Syndicate, December 21, 2012

Last-Ditch Attempt to Derail Volcker Rule
The New York Times Blogs, December 20, 2012

Volcker Spots a Problem
The New York Times Blogs, December 13, 2012

Tarullo Telegraphs Fed's Plans to Cap Bank Size
Bloomberg Opinion, December 09, 2012

The Real Fiscal Risks in the United States
The New York Times Blogs, December 06, 2012

Dropping the Ball on Financial Regulation
The New York Times Blogs, November 29, 2012

Fed's Dudley Signals a Shift Toward Bank Reform
Bloomberg Opinion, November 25, 2012

Mary Miller vs. Neil Barofsky for the S.E.C.
The New York Times Blogs, November 22, 2012

America's Fiscal Cliff Dwellers
Project Syndicate, November 18, 2012

Five people who could replace Geithner; A divided D.C. will require someone who can negotiate
The Charleston Gazette-Mail, November 13, 2012

My Top Five Choices for a New Treasury Secretary
Bloomberg Opinion, November 11, 2012

Simon Johnson
The Boston Globe, November 11, 2012, Pg. G1, 14

The Importance of Elizabeth Warren
The New York Times Blogs, November 08, 2012

Breaking up banks a severely conservative idea
Providence Journal, The (Providence, RI) November 08, 2012

'Too Big to Fail' Remains Very Real
The New York Times Blogs, November 01, 2012

Breaking Up Banks Is a Severely Conservative Idea
Bloomberg Opinion, October 28, 2012

The Dark Side of Bipartisanship
The New York Times Blogs, October 25, 2012

Too Big to Handle
Project Syndicate, October 24, 2012

Running Citigroup Without Subsidies
The New York Times Blogs, October 18, 2012

Fed Should Push to Cut Biggest Banks Down to Size
Bloomberg Opinion, October 14, 2012

Read This Book, Win the Election
The New York Times Blogs, October 11, 2012

Money, Power and the Rule of Law
The New York Times Blogs, October 04, 2012

A Very Strange Way to Assess the Safety of Banks
Bloomberg Opinion, October 14, 2012

Fiscal Confrontation Undermines the U.S.
The New York Times Blogs, September 27, 2012

Restoring the Legitimacy of the Fed
The New York Times Blogs, September 20, 2012

Mitt and the Moochers
Project Syndicate, Sept 20, 2012

The Next Panic
The Atlantic, September 19, 2012

Will Germans Pick Up Tab for Deutsche Bank, Too?
Bloomberg Opinion, September 16, 2012

Who Built That?
The New York Times Blogs, September 06, 2012

Cut big US banks down to size
MyPaper, September 04, 2012, Pg. A19

Big Banks Are Hazardous to U.S. Financial Health
Bloomberg Opinion, September 02, 2012

America's strange fiscal conservatism; The budget deficit seems not to matter to those in the US
to whom it should
The Business Times Singapore, August 29, 2012

America's Exceptional Fiscal Conservatism
Project Syndicate, August 23, 2012

The Real Conservative Opportunity in the Election
Bloomberg Opinion, August 19, 2012

Mario Draghi Cannot Save the Euro With Easy Money
Bloomberg Opinion, August 05, 2012

The Watchdog Needs a Watchdog
Bloomberg Markets Magazine, August 01, 2012

Are global megabanks good, or a menace for economies?
The Daily Star (Lebanon), July 31, 2012

Banking Supervision Bagley Is Just a Symptom of a Failed Organisation
The Star (South Africa), July 24, 2012, Pg. 16

HSBC Needs a New CEO Who Will Break Up the Bank
Bloomberg Opinion, July 22, 2012

Finance's Crisis of Legitimacy
Project Syndicate, July 18, 2012

Banks' Living Wills Don't Defuse Systemic Risk
Bloomberg Opinion, July 08, 2012

Are America's great universities the partners of rapacious elites?
The Daily Star (Lebanon), June 27, 2012

U.S. Banks Aren't Ready for Coming Europe Crisis
Bloomberg Opinion, June 24, 2012

Scary reality lies ahead for the euro
The New York Times - International Edition, June 22, 2012

Predators and Professor
Project Syndicate, June 18, 2012

New Watchdog Needed to Keep the Heat on Watchdogs
Bloomberg Opinion, June 10, 2012

Will There Be a Meaningful Volcker Rule?
The New York Times Blogs, June 07, 2012

Golden standards for the euro; A stronger fiscal union, a central ministry of finance, and debt
sharing may just allow the common currency to survive
The Business Times Singapore, May 31, 2012

U.S. Needs a National Safety Board for Finance
Bloomberg Opinion, May 27, 2012

The Euro Awaits Its Verdict
Project Syndicate, May 22, 2012

German Unions Seeking Higher Pay Could Save Euro:
Bloomberg Opinion, April 29, 2012

That Old Tax Magic
Project Syndicate, April 20, 2012

Beware of Long-Term Forecasts with No Health Fix
Bloomberg Opinion, April 15, 2012

How the U.S. Became Banker to the World (Part 3)
Bloomberg Opinion, March 27, 2012

How the U.S. Became Banker to the World (Part 2)
Bloomberg Opinion, March 26, 2012

U.S. Dollar Outgrew Its Gold Foundation (Part 2)
Bloomberg Opinion, March 26, 2012

Bitter Money Fights Shaped U.S History (Part 1):
Bloomberg Opinion, March 25, 2012

How the U.S. Became Banker to the World (Part 1)
Bloomberg Opinion, March 25, 2012

Captured Europe
Project Syndicate, March 20, 2012

Federal Reserve Stress Tests Make Us All Muppets
Bloomberg Opinion, March 18, 2012

Hope glimmers for the economy after the election
Providence Journal, March 07, 2012, Pg. 7

After the U.S. Election, a Glimmer of Fiscal Hope
Bloomberg Opinion, March 04, 2012

My Say: Too big to jail: Robo-signing settlement a sell-out
The Edge Malaysia, February 27, 2012

Too Big to Jail
Project Syndicate, February 22, 2012

Liquidity-Versus-Capital Debate Divides Stanford
Bloomberg Opinion, February 19, 2012

Government is not the ultimate cause of all financial evil
The Daily Star (Lebanon), February 07, 2012

The Financial Services Roundtable Has No Clothes
Harrisburg Daily Register (Illinois), February 07, 2012  Pg. 4A

The Financial Services Roundtable Has No Clothes
Bloomberg Opinion, February 05, 2012

Europe's Crisis Still Likely to End Badly
Providence Journal, January 25, 2012  Pg. 6

JOHNSON: Europe's Debt Crisis Still Likely to End Badly
Modesto Bee, January 25, 2012, Pg. A11

The Libertarian and the Lobbyists
Project Syndicate, January 23, 2012

Europe's Debt Crisis Is Still Likely to End Badly
Bloomberg Opinion, January 22, 2012

Last Chance on Mortgage Mess
Politico.com, January 22, 2012

Obama's Consumer Financial-Protection Trump Card
Bloomberg Opinion, January 08, 2012

My Say: Austerity and the Modern Banker
The Edge Malaysia, December 26, 2011

Austerity and the Modern Banker
Project Syndicate, December 20, 2011

IMF Bazooka Is Between Meaningless and Dangerous
Bloomberg Opinion, December 18, 2011

Dudley Should Resign as NY Fed Leader
Bloomberg Opinion, December 08, 2011

Lærepenge
Dagens Næringsliv, December 05, 2011, s.00

Deutsche Bank Could Transfer Contagion
Bloomberg Opinion, December 1, 2011

Europe Could Learn From Korea's Experience
The Moscow Times, November 28, 2011

Does Europe Have a Korean Option
Project Syndicate, November 23, 2011

Middle Class Pays for Financiers' Mistakes
Bloomberg Opinion, November 07, 2011

Drowning in Credit
Bloomberg Markets Magazine, November 1, 2011

My Say: Occupy the Mortgage Lenders
The Edge Malaysia, October 31, 2011

Bank of America Is Too Much of a Behemoth to Fail
Bloomberg Opinion, October 23, 2011

Three Reasons Why Too Big to Fail is Still Not Fixed
Providence Journal, October 21, 2011

Occupy the Mortgage Lenders
Project Syndicate, October 20, 2011

Too Big to Fail Not Fixed, Despite Dodd-Frank
Bloomberg Opinion, October 09, 2011

The U.S. Needs a Meaningful Mortgage Settlement
Bloomberg Opinion, September 25, 2011

Who Will Eclipse America?
Project Syndicate, September 19, 2011

Brace for a Long Recovery from Global Credit Glut
Bloomberg Opinion, September 11, 2011