Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Claribel De la Matta Ruiz_

Participant's Address: _262 Uruguay St. PH3 San Juan PR 00917_

Participant's Email Address: _claridlm@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _United State, P.R. District_

By: _____
Signature

_Claribel De la Matta Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Claribel Delz, Nette Rin
262 Veyay St 9A-3
San Juan, PR 00917.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3 PM 5: 25

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150.
San Juan, P.R. 00918-1767

7020 1290 0002 0122 0895

CERTIFIED MAIL

U.S. POSTAGE PAID
SGSM
AUGUSTA PR
AUG 20 21
AMOUNT
$7.00
R2305K135893-15

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Harry Zayas Barrios_

Participant's Address: _HC 02 Box 5681, Villalba, PR 00766-9753_

Participant's Email Address: _____

Name of Counsel: _Lic. Alberto Aresti Franceschini_

Address of Counsel: _Suite 1109, Edif Union Plaza 416 Ave Ponce de León, Hato Rey, PR 00918_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#34976_

Nature of Claim: _Salary Adjustment_

By: _____
Signature

_Harry Zayas Barrios_
Print Name

_[signature]_

Title (if Participant is not an individual)

_15 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3 PM 5: 25

00918-170625

Harry Reyes Barrios
1002 Box 5681
Villalba PR 00766, 6753

United States District Court, Clerks
Office, 150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

MEMPHIS TN 380
27 AUG 2021 PM 3 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Elvin Guzman Torres_

Participant's Address: _24B Elias Barbosa st. Coto Laurel, P.R. 00780-2140_

Participant's Email Address: _elvinguzman1758@gmail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283-LTS_

Nature of Claim: _Promesa Tittle III_

By: _Elvin guzman torres_

Signature

_____

Print Name

_____

Title (if Participant is not an individual)

_08-19-2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3  PM 5: 24

Court's Clerk's Office
United States District Court
Clerk's Office
Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Raquel Maria Cáliz Ramirez*

Participant's Address: *Jardines del Caribe / PP61 Calle 41 / Ponce, P.R. 00728*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: _____

By: *Raquel M. Cáliz Ramirez*
Signature

*Raquel M. Cáliz Ramirez*
Print Name

*Agosto - 26 - 2021*
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel M Caliz Ramirez
Jardines Caribe
PP61 Calle 41
Ponce, P.R. 00728

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3  PH 5: 23

00916-1706525

MEMPHIS TN 380
27 AUG 2021 PM 4 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Raquel Maria Cáliz Ramírez*

Participant's Address: *Jardines del Caribe /PP61 Calle 41 /Ponce, P.R. 00728*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: _____

By: *Raquel M. Cáliz Ramey*
Signature

*Raquel M Cáliz Ramírez*
Print Name

_____
Title (if Participant is not an individual)

*August 26, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel M. Cáliz Ramirez
Jardines Caribe
PPei Calle 41
Ponce, P.R. 00728

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3 PM 5: 24

00918-170625

MEMPHIS TN 380
27 AUG 2021 PM 4 L

United States District Court
Clerk's Office
150 Ave, Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: ___IRWIN J. NELSON MD___

Participant's Address: ___16149 VIA MONTEVERDE Delray Beach FL 33446___

Participant's Email Address: ___Irwinjnelson@att.net___

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___17 BK 3283 LTS___

Nature of Claim: _____

By: ___[signature]___

Signature

___IRWIN J. NELSON MD___

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Irwin J. Nelson, MD.
170 Altessa Blvd
Melville, NY 11747

RECEIVED/FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3 PM 5: 23

00918-170625

Overruling Notice to Carta Clark
US District court, Clerk Office
150 Ave. Carlos Chardon Ste 150
San Juan 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Sylvia Canales Rodriguez*

Participant's Address:  *El Torito Calle 5 6-8  Cayey PR 00736*

Participant's Email Address:  *sylviacanales@hotmail.com*

Name of Counsel:  *N/A*

Address of Counsel:  *N/A*

Email Address of Counsel:  *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  *Sylvia Canales*
Signature

*Sylvia Canales*
Print Name

_____
Title (if Participant is not an individual)

*7/28/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sylvia Corales
El Tonito calle 5 6-8
Cayey, PR 00736

RECEIVED /
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP -3 PM 5:22

00918-170625

MEMPHIS TN 380
27 AUG 2021 PM 3  L

To: United States District Court,
Clerks Office, 150 Ave Carlos Chardon
State 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Casiano Rivera_

Participant's Address: _HC 01 Box 4306 Juana Diaz P.R 00795_

Participant's Email Address: _mcasianorivera @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86434_

Nature of Claim: _Law approved claim during the course of 5ard that they have not paid me._ 4 ea.

By: _Margarita Casiano Rivera_
  Signature

_Margarita Casiano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_16. agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Casiano Rivera
HC 01 Box 4306
Juana Diaz P.R
   00795

RE_____
CLERK_____
U.S. DISTRICT_____
SAN JUAN, P.R

2021 SEP -3 PM 5: 22

00918-170625

United State District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R 00918-1767

27. AUG. 2021  PM

MEMPHIS TN

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Felix Guzman

Participant's Address:    310 Stofford st Apt 508

Participant's Email Address:   guzmanIvisot50@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    171619

Nature of Claim:    PRomesa

By:    _Felix Guzman_
Signature

    Felix GUZMán
Print Name

_____
Title (if Participant is not an individual)

    8-20-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Felix Huzman
310 Stafford St apt 508
Soples/mass 01104

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3  PH 5: 21

00918-176625

To ) United States District court,
Clerk's office,
150 Ave. Carlos Chardon Ste 150.
San Juan, P.R. 00918-1767

25 AUG 2021

HARTFORD C

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos E. Ruiz Vazquez_

Participant's Address: _11602 Winterset Cove Dr. Riverview FL. 33579_

Participant's Email Address: _calondraruiz306 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Carlos E. Ruiz Vaz_
Signature

_Carlos E. Ruiz Vazquez_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carlos E. Ruiz Vázquez
11602 Winterset Cove Dr.
Riverview, FL 33579

RECEIVED IN
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3  PM 9: 21

00918-170625

United States District Court
Clerk's Office 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R.
00918-1767

SAINT PETERSBURG FL
14 AUG 2021  PM 4  L

TAMPA FL 335

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Garcia Garcia_

Participant's Address: _5H15 Calle 8 Urb Monte Brisas 5_
_Fajardo, P.R. 00738_

Participant's Email Address: _—0 —_

Name of Counsel: _—0 —_

Address of Counsel: _—0 —_

Email Address of Counsel: _—0 —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165086_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Rafael Garcia Garcia_
Signature

_Rafael Garcia Garcia_
Print Name

_____
Title (if Participant is not an individual)

_8 / 23 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael García García
67 1/2 Calle 5 Urb. Monte Brisas 5
Fajardo, P.R. 00738

RECEIVED
CLERK'S
U.S. DISTRIC[T]
SAN JUAN

SEP -3 PM 5 21

00937621706 0015

SAN JUAN PR   009
24 AUG 2021 PM 1 L

Court's Clerk's Office att
United State District Court
Clerk's Office 150 ave. Carlos Chardon Ste 150
San Juan, P.R. 00918 - 1767

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:

> Mr William Luebbert
> 902 Primrose Ln
> Jefferson City MO 65109-1828

Participant's Address:

Participant's Email Address:  _WJLVLL CEMBARQMAIL.COM_

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _HTA BANKRUPCY 17-BK-3567-LTS / 3808_

Nature of Claim:  _INVESTED IN HTA BONDS - SOLD AT SUBSTANTIAL LOSS_

By:  _William J Luebbert_
Signature

_WILLIAM J. LUEBBERT_
Print Name

Title (if Participant is not an individual)

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



FROM

902 Primrose Ln
Jefferson City MO 65109-1828

RECEIVED
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3 PM 5: 21

0091881706 0018

MID-MISSOURI PSDF
MO 652
25 AUG 2021   PM

FOREVER / USA

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON
SUITE 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Casiano Rivera_

Participant's Address: _HC 01 Box 4304 Juana Diaz PR 00795_

Participant's Email Address: _mcasianorivera @ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155110_

Nature of Claim: _Low approved claim durling the course of_
_that they have not paidme._ _several years_

By: _Margarita Casiano Rivera_
Signature

_Margarita Casiano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_16. Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Margarita Cassiano Rivera
Hc 01 Box 4304
Juna Diaz PR
00795

RE... ...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP -3 PM 3:21

00918-170625

United State District Court
clerks office
150 Ave Carlos Chardon Ste 150
San Juan PR. 00918-1767

27 AUG 2021 MEMPHIS TN

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Casiano Rivera_

Participant's Address: _HC 01 Box 4306 Juana Diaz PR 00795_

Participant's Email Address: _mcasianorivera @ gmail-Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88967_

Nature of Claim: _Law approved claim during the course of 5 and years that they have not paid me._

By: _Margarita Casiano Rivera_
Signature

_Margarita Casiano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_16 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Casiano Rivera
the D1 Box 4306
Juana Diaz PR
00795

RE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -3  PM 3: 21

00918-170625

MEMPHIS TN
27 AUG 2021 PM

FOREVER / USA

United State District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan. P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria I. Santiago Díaz_

Participant's Address: _Urb Puerto Nuevo 286 NO C/13 SJ PR 00920_

Participant's Email Address: _misantiago06@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Pension / Retiree Claims_

By: _[signature]_
Signature

_Maria I. Santiago Díaz_
Print Name

_____
Title (if Participant is not an individual)

_8 / 13 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Maria I Santiago Diaz
Puesto Nuevo Norte 286
No C113 San Juan,
San Juan. PR 00920

RE. ___ ___
CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP -3 PM 3: 20

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

SAN JUAN PR    009

21 AUG 2021 · PM 1    L



Discovery Notice To The court's Clerk's
Office at United States District court
Clerk's Office 150 Ave. Carlos Chardon
STe. 150 San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alfredo Melendez*

Participant's Address: *4392 Manner Blvd Spring Hills Fl. 34609*

Participant's Email Address: *n/A*

Name of Counsel: *Alba Melendez*

Address of Counsel: *4392 Manner Blvd Spring Hills Fl. 34609*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa title III*

By: *Alfredo Melendez*
    Signature

*Alfredo Melendez*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alfredo Melendez
4899 Manner Blvd
Spring Hills Fl. 34609

United States District Court
Clerks Office
150 Ave. Carlos Chardon
Suite 150 San Juan P.R.
00918-1767

RE... 
CLE...
U.S. DIS...
SAN...

20?1 SEP -3   P...  20