## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## MOTION ADDING CERTIFIED TRANSLATION OF JUDGMENT TO AMENDED PRIME CLERK CLAIM NUMBER 6272

**TO THE HONORABLE COURT:**

Comes Now, Sucesión Pastor Mandry Mercado, excepting Javier Mandry Mercado, through its undersigned counsel and respectfully states and requests:

1. On August 31, 2021, Sucesión Pastor Mandry Mercado filed Amended Prime Clerk Claim Number 6272 (the "Amended Claim"), attaching thereto the judgment in Spanish entered by the Court of First Instance of Puerto Rico, Superior Section of Ponce in Civil Number JAC-2008-0853.

2. Sucesión Pastor Mandry Mercado is forwarding a certified translation of said judgment to the English language for it to be appended to its Spanish version attached to the Amended Claim.

**WHEREFORE**, it is respectfully requested that the attached certified translation to the English language of the judgment be directed to be made part of Amended Prime Clerk Claim Number 6272, as set forth in the attached proposed order.

San Juan, Puerto Rico, this 7th day of September 2021

**s/CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices Counsel for
Sucesión Pastor Mandry Mercado
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com