# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Adding Certified Translation of Judgment to Amended Prime Clerk Claim Number 6272* (the "Amended Claim") and good cause appearing therefor, it is hereby directed that the certified translation to the English language of the judgment entered in Civil Number JAC-2008-0853 be attached to the Spanish version filed with the Amended Claim.

Dated: _____, 2021

_____
Honorable Laura Taylor Swain
United States District Judge