Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mechell Lee Garcia Jiménez_

Participant's Address: _P.O. Box 8831 Vega Baja P.R. 00694_

Participant's Email Address: _leegarciajimenez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _SJ2019CV00849_

Nature of Claim: _Unjustified dismissal_

By: _M. Garcia_
Signature

_Michell Garcia Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_August 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

- Michell Lee-Garcia Jiménez
- Unjustified dismissal (2014)
  Case # SJ 2019CV00849.
       (Non case).

- I have the intention to participate
in Discovery in connection with
confirmation of the plan.

- Please, pay me what the
 government owes me. There was
 <u>no</u> Bankrupcy when all this
 happened. They did harm to
 me and my family. Even though
I proved my innocence, I have
received nothing.

M. Garcia

Michell Garcia Jimenez
Po Box 8831
Vega Baja, PR 00694

United States District Court
Clerk office Ave Carlos
Chardon Ste. 150
San Juan, PR 00918-1767




U.S. POSTAGE PAID
FCM LG ENV
VEGA BAJA, PR
00693
SEP 08, 21
AMOUNT
1000
00918
$1.16
R2303S101747-08

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Martell Morales

Participant's Address: Parc. Magueyes Ave. Rochdale 315 Ponce P.R. 00728

Participant's Email Address: carmenmarimartell31@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 41605

Nature of Claim: 17 BK 3283-LTS

By: Carmen M. Martell
Signature

Carmen M. Martell Morales
Print Name

_____
Title (if Participant is not an individual)

30 august 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Martell Muñez
Parc. Magueyes
Ave. Rochdale 315
Ponce P.R. 00728





7020 2450 0001 3224 8590

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
AUG 30, 21
AMOUNT
$7.96
R2305E123294-11
1000    00918

RETURN RECEIPT
REQUESTED

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nitsa Roqué Torres*

Participant's Address: *P.O. Box 84, Cidra, P.R. 00657*

Participant's Email Address: *nitza.roque01@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *118913*

Nature of Claim: *Public Employee and Pension/Retire Claims*

By: *Nitsa Roqué Torres*

Signature

*Nitsa Roqué Torres*

Print Name

*Individual*

Title (if Participant is not an individual)

*08-25-2021*

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nitza Reyes Pérez
P.O. Box 84
Camuy, P.R. 00627

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD ON DOTTED LINE

**CERTIFIED MAIL**

7019 0700 0002 1474 6916

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 01, 21
AMOUNT
**$7.96**
R2304H109298-05

1000          00918

Courts Clerk's Office
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nitsa Rogue' Torres*

Participant's Address: *P. O. Box 84, Camuy, P. R. 00627*

Participant's Email Address: *nitza. roque 01 @ gmail. com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *119167*

Nature of Claim: *Public Employee and Pension /Retire Claims*

By: *Nitsa Roque' Torres*
Signature

*Nitsa Roque' Torres*
Print Name

*Individual*
Title (if Participant is not an individual)

*08-25-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nitsa Reyes Pérez
P.O. Box 84
Camuy, P.R. 00627

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 0700 0002 1474 6916

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 01, 21
AMOUNT

**$7.96**

1000            00918        R2304H109298-05

Courts Clerk's Office
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nitza Roque' Torres_

Participant's Address: _P.O. Box 84, Camuy, P.R. 00627_

Participant's Email Address: _nitza.roque ol @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _13 46 71_

Nature of Claim: _Public Employee and Pension/Retire Claims_

By: _Nitza Roque' Torres_
Signature,

_Nitza Roque Torres_
Print Name

_Individual_
Title (if Participant is not an individual)

_08-25-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nitsa Reyes Feliu
P.O. Box 84
Camuy, P.R. 00627

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD ON DOTTED LINE

7019 0700 0002 1474 6916

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 01, 21
AMOUNT
**$7.96**
R2304H109298-05

1000   00918

Courts Clerk's Office
United States District Court,
Clerk's office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Frances Marta Córdova Alvira

Participant's Address:  Villa Cristiana 259
P.O. Box 238, Loíza, PR  00772

Participant's Email Address:  francesalvira51@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  I do not have legal representation

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  165499

Nature of Claim:  Public Employee Claims - Over $12,000

By:  _Frances M. Córdova Alvira_
Signature

Frances M. Córdova Alvira
Print Name

Science teacher - DE
Title (if Participant is not an individual)

31 ago 2021
Date 31 August 2021

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

August 31, 2021

Exposition

The governor Anibal Acevedo Vilá in the years 2008-2009 approved « Ley de Educación de Primer" or "First Education Law" as of July 1, 2007 an increase of $150 and record the increase for the next eight years until it reaches $3,000. This law was not fulfilled. I received the approved increase.

On the other hand working in the
1) Escuela Nueva Mediania Baja
2) Escuela Lola Millan
3) Escuela Georgina Baquero
for ten (10) years I did not receive a payment of $100 a month.
about $12,000.

Frances Cordero
P.O. Box 238
Loiza, PR 00772




7020 0640 0002 0256 8877

U.S. POSTAGE PAID
FCM LG ENV
LO/ZA PR
00772
AUG 31 '21
AMOUNT
$7.96
R2305K132912-21

00918

Court's Clerk Office
United States District Court,
Clerk's office
150 Ave. Carlos Chardon Ste 150,
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Díaz Torres_

Participant's Address: _HC-01-Box 1081- Arecibo, P.R. 00612_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165503_

Nature of Claim: _Reclamos de Empleados Públicos (ECF No. 12274-2)_

By: _Luis A Díz Torre_
Signature

_Luis A. Díaz Torres_
Print Name

_____
Title (if Participant is not an individual)

_24 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sr. Luis A. Díaz Torres
HC-01-Box 1087
Arecibo, P.R. 00612

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP -7 PM 5: 44

RETURN RECEIPT
REQUESTED

7019 1120 0000 7609 3125

United State District Court
Clerk's Office, 150 Ave.,
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

$7.00

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose E. Vazquez Hernandez_

Participant's Address: _P.O. Box 10553 Ponce P.R 00732_

Participant's Email Address: _jevh55@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _____

By: _____
Signature

_Jose E. Vazquez Herendez_
Print Name

_25/8/2021_
Title (if Participant is not an individual)

_25/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose F Vazquez
P.B.Box 10553
Ponce P.R. 00732

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7 PM 5: 43

MEMPHIS TN 380
28 AUG 2021 PM 1 L

FOREVER / USA

U.S. District Court, clerks
Office, 150 Ave Carlos Chardon
Ste 150, San Juan P.R, 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ismael González Sánchez_

Participant's Address: _Calle 13 I-14 Jardines de Cayey   Cayey, P.R. 00736_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110012_

Nature of Claim: _General Unsecured / Priority / Secured / 503(b)(9) Admin Priority / Admin Priority_

By: _____
Signature

_Ismael González Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 25, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ismael González Sánchez
Calle 13 I-14 Sardinas de Cayey
Cayey, P.R. 00736

RECEIVED & FILED
CLERKS OFFICE
U.S. DIST. COURT
SAN JUAN P.R.
2021 SEP -7 PM 5:43

MEMPHIS TN 380
30 AUG 2021 PM 4 L

00918-170625

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Santa Olmeda_

Participant's Address: _HC-50 Box 40575, San Lorenzo P.R. 00734_

Participant's Email Address: _gsanta1943@gmail.com_

Name of Counsel: _Commonwealth Plan Confirmation_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Angel L. Santa Olmeda._
Print Name

_Angel L. _____
Title (if Participant is not an individual)

_Aug. 12, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Angel F. Santa Olalla
Apt. 50  Box 405-75
San Juan, Puerto Rico
00734

0091881767

SAN JUAN PR  009
25 AUG 2021 PM 1  L

United States District Court
Clerks Office 150 Av. Carlo
Chardon Ofc. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Florinda Rivera Rodriguez_

Participant's Address: _HC-4 Box 50602 Morovis P.R. 00687_

Participant's Email Address: _riverarodriguezflorinda@gmail.com_

Name of Counsel: _Hermann D. Bauer (USDC No. 215205_

Address of Counsel: _O'Nel & Borges LLC - 250 Muñoz Rivera Suite 800 San Juan, PR 00918-1813_

Email Address of Counsel: _http://www.pacer.psc.uscourts.gov_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(85490) (81128)_

Nature of Claim: _Promesa III No. 17BK 3283-LTS_

By: _Florinda Rivera Rodriguez_
    Signature

_Florinda Rivera Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_25/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From; Florida Ruiz Robles
Hc 4 Box 50692
Morris, P.R. 00687

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7 PM 5: 43

00918-170399

MEMPHIS TN 380
28 AUG 2021 PM 1 L

To United States District Court
Clerk's Office, 150 Ave, Carlos Chardon, Ste.
150,
San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Florinda Rivera Rodriguez_

Participant's Address: _HC-4 Box 50602   Morovis, P.R 00687_

Participant's Email Address: _riverarodriguez.florinda@gmail.com_

Name of Counsel: _Hermann D. Bauer (USDC No. 215205_

Address of Counsel: _O'Neill & Borges LLC_

Email Address of Counsel: _htt://www.pacer.psc.uscourts.gov_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(81128) and (85490)_

Nature of Claim: _Ley Promesa III NO-17-BK3283-LTS_
_The Financial oversight and Management Board for P.R._

By: _Florinda Rivera Rodriguez_
Signature

_Florinda Rivera Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_25/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Florinda Rivera Rodriguez
HC 4 Box 50692
Morovis, P.R. 00687

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP -7  PM 5: 43

MEMPHIS TN 380
28 AUG 2021 PM 1 L

00918-170399

To: United States District Court
Clerk's Office, 150 Ave. Carlos Chardon, Ste.
150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Nancy Mc Cormick Calimano_

Participant's Address: _P.O. Box 681 Guayama, Puerto Rico 00785-0681_

Participant's Email Address: _nancymccormick 1950@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PACKID: 202345 MMUD: 318348-PSVC: MML-PC_

Nature of Claim: _Dept. Education_

By: _Nancy Mc Cormick Calimano_
Signature

_Nancy Mc Cormick Calimano_
Print Name

_____
Title (if Participant is not an individual)

_25 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rmte: Nancy Mc Cormick Calimano
P.O. Box 681
Guayama, Puerto Rico 00785 - 0681

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7  PM 5: 43

28. AUG 2021 PM 1 L

MEMPHIS TN 380

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, Puerto Rico 00918 - 1767

00918-1706.25



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Angel R. Morales - Biaggi_

Participant's Address: _P.O. Box 371783 Cayey 00737_

Participant's Email Address: _angelmorales50@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _It's been a long time waiting._

By: _Angel R Morales_
Signature

_Angel R. Morales - Biaggi_
Print Name

_____
Title (if Participant is not an individual)

_2+ ago 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Rosario-Rolón
P.O. Box 371783
Cayey, P.R. 00737

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2011 SEP -7 PH 5 42

MEMPHIS TN 380

28 AUG 2021 PM 5 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R.
00918- 1767

00918-170625

00918- 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Rosario - Rolón_

Participant's Address: _P.O. Box 371783 Cayey, P.R. 00737_

Participant's Email Address: _mariarosario519@yahoo.com_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _It's been a long time waiting._

By: X _María Rosario Rolón_
Signature

_María Rosario - Rolón_
Print Name

—
Title (if Participant is not an individual)

_24 aug 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Rosario-Rolón
P.O. Box 371783
Cayey, P.R. 00737

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2011 SEP -7 PH 5: 42

United States District Court
Clerk's office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R.
00918 - 1767

00918-170625

MEMPHIS, TN 380
28 AUG 2021 PM 5 L

FOREVER

EARTHDAY

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Flavia V. Rondón Derieux*

Participant's Address: *HC-50 Box 40575; San Lorenzo, P.R. 00754*

Participant's Email Address: *fvrondon@gmail.com*

Name of Counsel: *Commonwealth of Puerto Rico*

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Flavia V. Rondón Derieux*
_____
Signature

*Flavia V Rondón Derieux*
_____
Print Name

_____
Title (if Participant is not an individual)

*Aug. 6, 2021.*
_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Flavia V. Rondón Serieux
Apt. 59 Box 49575
San Lorenzo, P.R.
00754

0091881767

SAN JUAN PR 009

25 AUG 2021 PM 1 L

United States District Court
Clerk's Office, 150 Ave. Carlo
Chardón Ste 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida Gonzalez Hernandez_

Participant's Address: _12232 Royal Palm Blvd Coral springs, Fl 33065_

Participant's Email Address: _aidagh28@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169090          39668_

Nature of Claim: _Unpaid wages by the government of P.R._

By: _[signature]_
Signature

_Aida Gonzalez Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_August 27, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Gonzalez Hernandez
12232 Royal Palm Blvd
Coral Springs, Fl 33065

00918-170625

MIAMI FL 330

27 AUG 2021 PM 6 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



2021 SEP -1 PM 5:12

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Fernando Vélez Morales*

Participant's Address: *Box 314 Moca, P.R. 00676*

Participant's Email Address: *Fernandocbombero @ gmail-com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: x *[signature]*
Signature

*Fernando Vélez Morales*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fernando Vélez Morales
80X 314
Moca, P.R. 00676

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7  PM 5:42

SAN JUAN PR 009
24 AUG 2021 PM 1 L

United States District Court,
Clark's Office
150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918 - 1767



GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilma L. Diaz_

Participant's Address: _HC #22 Box 11627_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17BK 3283 -LTS_

Nature of Claim: _Promesa Title 111_

By: _[signature]_
Signature

_Wilma L. Dias_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

favor de explicarme el que es esto
porque he firmado, pero desconozco que estás
asiendo. y la dirección a la que enviaron
ese documento no es mia.

Gracias

Wilma I. Diaz
Hc # 22 Box 11627
Juncos PR 00777

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP -7  PM 5: 42

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose G. Leon Muñoz_

Participant's Address: _HC03 BOX 12661 Juana Diaz P.R. 00795_

Participant's Email Address: _leonmarcel35@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Law III_

By: _____
Signature

_Jose G. Leon Muñoz_
Print Name

_Saf_
Title (if Participant is not an individual)

_8/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Galeon Muñoz
4CO3 Box 126061
Juana Diaz P.R. 00795

RECEIVED
CLERK'S OFFICE
U.S. DIST. COURT
SAN D. CA
2021 SEP -7 PM 5:42

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos chardon Ste. 150
San Juan, P.R. 00918 - 1767

MEMPHIS TN 380
28 AUG 2021 PM 5 L



FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Linta Arroyo Pacheco_

Participant's Address: _427 Fabur Jr. Orlando, Fl 32822._

Participant's Email Address: _Wsoto153@gmail.com_

Name of Counsel: _none_

Address of Counsel: _"_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retired source_

By: _Linda Arroyo Pacheco_
    Signature

_Linda Arroyo Pacheco_
Print Name

_Retired source_
Title (if Participant is not an individual)

_8-27-21._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lina Aceevp Pacheco
427 Fablo Jr.'
Orlando, Fl 32822

RECEIVE / FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7  PM 5: 42

United States District Court,
Clerks office 150 Ave. Carlos
Chardon Ste. 150, San Juan, P.R.
00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yamira Pagán Pérez

Participant's Address: HC I Box 5083 Barranquitas, P.R. 00794-9675

Participant's Email Address: yamiravaleria@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 56518

Nature of Claim: _____

By: Yamira Pagán Pérez
Signature

Yamira Pagán Pérez
Print Name

_____
Title (if Participant is not an individual)

25 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yamira Pagán Pérez
HC 1 Box 8083
Barranquitas, PR 00794-9675

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7 PM 5:41

00918-170625

MEMPHIS TN 380
30 AUG 2021 PM 2 L

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Freddie Guadalupe Delgado_

Participant's Address: _16 Dogwood Drive TRl. ocala, Fl. 34472_

Participant's Email Address: _fg. delgado @ hot mail . com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10228_

Nature of Claim: _Inquiring about back pay_

By: _Freddie Guadalupe Delgado_
Signature

_Freddie Guadalupe Delgado_
Print Name

_No_
Title (if Participant is not an individual)

_08 - 18 - 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Freddie Guadalupe Delgado.
16 Dogwood Drive TRI.
Ocala, Fl. 34472

JACKSONVILLE FL 320

19 AUG 2021 PM 4 L

United States District court clerk's
office, 150 Ave. L. Carlos chardon Ste. 150,
SanJuan, P.R. 00 918 - 1767.

00518-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz T. Cuevas_

Participant's Address: _P.O-Box 3026 Arecibo PR 00613_

Participant's Email Address: _Cuevasluz T @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _promese_

By: _[signature]_
    Signature

_Luz T. Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_8/25/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis T. Cuevas
P.O. Box 2032
Arecibo P.R 0613

MEMPHIS TN 380
27 AUG 2021 PM 3 L

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, P.R 00918 17o 7