1 de septiembre de 2021

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

*In re:* JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., Deudores

PROMESA Título III Núm. 17 BK 3283-LTS (Administrado Conjuntamente)
La presente radicación guarda relación con el ELA y el SER.

TRICENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DE EMPLEADOS EN LAS QUE SE ALEGAN RESPONSABILIDADES DE LAS ENTIDADES QUE NO SON DEUDORES DE TÍTULO III

CLAIM NUMBER: 176117
DE: ELIZABETH MARTINEZ CENTENO
XXX-XX-8590
CASE NUMBER: 17 BK 3283-LTS
Número en la lista de casos del Anexo A: 440

**REPLICA DE CONFORMIDAD CON LOS PROCEDIMIENTOS ESTABLECIDOS**

Se identifica el caso de la Commonwealth of Puerto Rico, Caso Número 17 BK 03283-LTS, petición hecha el 3 de mayo de 2017, acreedor actual Puerto Rico Telephone Company, PR – ELA, ejecutado el 13 de septiembre de 2020.

Se deberá enviar notificación al acreedor ELIZABETH MARTINEZ CENTENO, dirección AS3 RIO PORTUGUES, URB. VALLE VERDE 1, BAYAMON, PR 00961.

Esta Reclamación no es una enmienda de otra presentada.

El importe de la Reclamación es de $4,800, dinero que se me debe. La Puerto Rico Telephone Company (PRTC) existía cuando ocurrió el Romerazo.

El motivo por el cual el Tribunal no debe cancelar la Objeción Global con relación a mi Reclamación es porque a pesar de que la Puerto Rico Telephone Company ya no existe bajo ese nombre, sí fue una entidad gubernamental para el tiempo que aplica a esta Reclamación. Invoco como reclamante que estos son los hechos y derechos para oponerme a la Objeción Global: la PRTC fue privatizada, tuvo un cambio de nombre y de dueño y actualmente se llama Claro. Se evidencia esta información con carta de certificación de empleo de Claro (antes PRTC) que se adjunta.

Página 2                                              1 de septiembre de 2021

El 1 de febrero de 1982 comencé a trabajar en la Puerto Rico Telephone Company y estuve trabajando allí hasta el 2 de mayo de 2001 (Véase certificación de empleo adjunta).

El fundamento de la Reclamación es la Ley 89 – 1979 – de retribución uniforme, Ley 89, 1995, Romerazo de salarios y beneficios laborales no pagados, y se incluyen como anexo los documentos originales de la Reclamación.

Solicito respetuosamente que no se rechace mi Reclamación.

Declaro que lo anterior es veraz y correcto a mi leal saber y entender.

*[signature]*

ELIZABETH MARTINEZ CENTENO
AS3 RIO PORTUGUES
URB. VALLE VERDE 1
BAYAMON, PR 00961
787-314-3786
Email: elizabethmartinezcenteno@gmail.com

Este documento se envió por correo del Servicio Postal de los Estados Unidos.