**FROM:**

Ms. Elizabeth Martinez
AS 3 Rio Portuges
Urb. Valle Verde 1
Bayamon, PR 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7  PM 5:45



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
SEP 02, 21
AMOUNT
$1.56
R2304E107370-7

1000   00918

**TO:**

Secretaría (Clerk's Office)
Tribunal de Distrito de los EE. UU.
Sala 150 Edificio Federal
San Juan, PR 00918-1767

**Utility Mailer**
**10 1/2" x 16"**

