**FROM:**

Damaris Martinez Centeno
12 Camino Del Valle
Urb. Colinas De Plata
Toa Alta, Puerto Rico
00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -7  PM 5: 45



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
SEP 02, 21
AMOUNT
$1.56
R2304E107370-7

**TO:**

Secretaria (Clerk's Office)
Tribunal de Distrito Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, Puerto Rico
00918-1767

**Utility Mailer
10 1/2" x 16"**

