# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Claim No. 17784 |

## NOTICE OF SETTLEMENT AND ORDER CONCLUDING EVALUATIVE MEDIATION PROCESS

Pursuant to The Alternative Dispute Resolution Procedures (Dkt. No. 12576-1) for the resolution of Claims, as authorized by the Court pursuant to the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief* (Dkt. No. 12576), the Honorable Ramon E. Reyes, Jr. hereby notifies the Court of the settlement of Claim Number 17784 filed by Claimant Lesly Ann Melendez Ramirez against the Debtor Puerto Rico Electric Power Authority.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Claim Number 17784 has settled for the amount of $32,500, or the opportunity to opt into a convenience class, whichever will provide for the greater recovery.  In light of the parties' agreement no further written evaluation is necessary.  It is hereby ORDERED that the Evaluative Mediation process for Claim Number 17784 is terminated and the Claims Register shall be updated to reflect the liquated claim amount of $32,500, or the opportunity to opt into a convenience class, whichever will provide for the greater recovery.

/s/ Ramon E. Reyes, Jr.

Ramon E. Reyes, Jr.
United States Magistrate Judge
Dated: September 7, 2021