# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>COMMONWEALTH OF PUERTO RICO.[1]<br><br>Debtor | CASE NO.: 17-03283 (LTS)<br><br>TITLE III; PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW**, Jacqueline Maero Blaskowski, applicant herein, and pursuant to L. Cv. R. 83.1(f) of the United States District Court for the District of Puerto Rico and LBR 9010-1(a) and 2090-1 of the United States Bankruptcy Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Schulte Roth & Zabel LLP; with offices at 901 Fifteenth Street NW, Washington, DC 20005, telephone number 1 (202) 729-7470, fax 1 (202) 730-4520 and electronic mail: Jacqueline.MaeroBlaskowski@srz.com.

2. Applicant will sign all pleadings with the name "Jacqueline Maero Blaskowski."

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

3. Applicant has been retained by Cantor-Katz Collateral Monitor, LLC, to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 2019, applicant has been and presently is a member in good standing of the bar of the District of Columbia where applicant regularly practices. Bar License number 1671070.

5. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

6. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

7. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in any matters.

8. Local counsel of record associated with applicant in this matter is:

**C. CONDE & ASSOC.**
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900
Fax: (787) 729-2203
Email: condecarmen@condelaw.com
*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312
*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No.: 215611

9. Applicant has read the Local Rules of this court and will comply with the same.

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case

before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 8th day of September, 2021.

> By: s/ Jacqueline Maero Blaskowski
> Jacqueline Maero Blaskowski
> Schulte Roth & Zabel LLP
> 901 Fifteenth Street NW
> Washington, DC 20005
> noah.gillespie@srz.com
> Tel. 1 (202) 729-7470
> Fax. 1 (202) 730-4520

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

> C. CONDE & ASSOC.
> San Jose Street #254, 5th Floor
> San Juan, PR 00901-1253
> Tel: (787) 729-2900; Fax: (787) 729-2203
> Email: condecarmen@condelaw.com
> *S/Carmen D. Conde Torres*
> Carmen D. Conde Torres, Esq.
> USDC No.: 207312
> *S/Luisa S. Valle Castro*
> Luisa S. Valle Castro, Esq.
> USDC No.: 215611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>COMMONWEALTH OF PUERTO RICO.[2]<br><br>**Debtor** | CASE NO.: 17-03283 (LTS)<br><br>TITLE III; PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of

Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this \_\_\_\_\_ day of September, 2021.

_____
United States District Judge

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).