UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 8, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 9, 2021

1. Juan R. Lopez Moya
2. Alfredo Martinez Figueroa
3. Heriberto Torres Soto
4. Victor J. Andujar Colon
5. Luz E. Aviles Padin
6. Maria Socorro Lugo Rodriguez
7. Cesar E. Caminero Milan
8. Miguel Antonio Santini Vazquez
9. Antero Salgado Diaz
10. Maria Esther Mendez Rodriguez
11. Jorge Luis Santiago Sepulveda
12. Hector Luis Flores Bermudez
13. Gladys Lopez Rosa
14. Marlyn Arroyo Velez
15. Maria M. Perez Martinez
16. Magali Crispin Ramirez (3 notices)
17. Lucia Nieves Alicea
18. Nilda Vega Burgos
19. Nelida Vega Burgos
20. Norberto Montalvo Martinez
21. Milagros Figueroa Torres (2 notices)
22. Rafaela Alejandro Gonzalez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 9, 2021

23. Francisco D. Bello Fonseca

24. Rosa M. Lasalle Concepción

25. Helen Burgos Rodriguez

26. Michelle Ortiz Rodriguez

27. Gabriel Martinez Bermudez

28. Maria Ivette Rivera del Valle

Dated: September 9, 2021