Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _López Moya, Juan R._

Participant's Address: _HC 3 Box 20660, Arecibo, PR 00612_

Participant's Email Address: _planeta1947@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _114377_

Nature of Claim: _Commonwealth of Puerto Rico, et al.,_

By: _Juan R. López Moya_
Signature

_Juan R. López Moya_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Juan R. Lopez
#C 3 Box 36660
Arecibo, PR. 00612

CERTIFIED MAIL
7020 3160 0003 5020 6388

ReadyPost
Document Mailer

RETURN RECEIPT
REQUESTED

00918#1706 C018



To: US District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

CLERK'S OFFICE
2021 SEP -8 PM 5: 31



U.S. POSTAGE PAID
ARECIBO, PR
00612
SEP 01 21
AMOUNT
$7.38
R2304W120797-13

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alfredo Martinez Figueroa_

Participant's Address: _HC-22 BOX 7375 Juncos PR 00777_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 2115_

Nature of Claim: _____

By: _____
    Signature

_Alfredo Martinez Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**ReadyPost** Document Mailer

RECEIVED & FILED
2021 SEP -8 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

From:

US POSTAGE
PAID
09/07/2021
From 00777
0 lbs 2 ozs
Zone 1

Pitney Bowes
CommPrice
NO SURCHARGE

026W0004897285

3000788107

**USPS FIRST-CLASS PKG**

Hc 22
Box 7375
Juncos PR 00777-9730

Alfredo Martinez

0005

C018

UNITED STATES DISTRICT COURT
150 AVE. CARLOS CHARDON
STE. 150
SAN JUAN PR 00918-1706

USPS TRACKING #

9400 1092 0556 8778 6758 89

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Heriberto Torres Soto

Participant's Address: HC02 Box 7482 Lares, P.R. 00669

Participant's Email Address: hery.torres.3a@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3283-LTS

Nature of Claim: Confirmation of Commonwealth Plan of Adjustment in In Re Commonwealth of Puerto Rico

By: _____
   Signature

Heriberto Torres Soto
Print Name

_____
Title (if Participant is not an individual)

August 28, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Heriberto Torres Soto
HC-2 Box 7482
Lares, P.R. 00669

7020 3160 0000 1783 4997

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



1000

00918



U.S. POSTAGE PAID
FCM LE...
SAN JUAN, PR
00936
AUG 28, 21
AMOUNT
$6.45
R2305H129083-17

00918-170625

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 00936
AUG 28 2021

USPS
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andujar Colon, Victor J._

Participant's Address: _Sector Mogote Calle B #16 Cayey, PR 00736_

Participant's Email Address: _violell24 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _11063_

Nature of Claim: _salary adjustment debt_

By: _____
Signature

_Victor J. Andujar Colon_
Print Name

_____
Title (if Participant is not an individual)

_8/26/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Andujar Cobin, Victor J.

Bo. Mogote
16 Calle B
Cayey P.R. 00736

RECEIVED & FILED

2021 SEP -8 PM 1:38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

7020 3160 0000 4994 7095

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S.
POV
0073
AUG
AMO

R230.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz E. Avilés Padín_

Participant's Address: _322 Calle 17 Parcelas Terranova, Quebradillas, P.R. 00678._

Participant's Email Address: _luzeaviles 24 @ outlook.es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160681_

Nature of Claim: _Public Employee and Pension/Retire Claims_

By: _Luz E. Avilés Padín_
Signature

_Luz E. Avilés Padín_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/28/2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz E. Avilés Padín
322 Calle 17
Parcelas Terranova
Quebradillas, P.R. 00678-9667.

7012 2210 0002 7354 1234

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

0091881706 0018

Court's Clerk's Office at:
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767.




UNITED STATES
POSTAL SERVICE

1000

00918

R2305K136738-03

QUEBRADILLAS, PR
AUG 28, 21
AMOUNT
$6.45

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Socorro Lugo Rodriguez_

Participant's Address: _12465 Jon Evans Dr. El Paso TX 79938_

Participant's Email Address: _marysoky61@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107421_

Nature of Claim: _Laws of salary increase approved in the Government of Puerto Rico during the years 1984-2002, who were never paid by the Government Agency where I worked during that period, Department of Education, Food School Authority (previous Food School Division)._

By: _Maria S. Lugo Rodriguez_
Signature

_Maria S. Lugo Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Lugo Rodriguez
12465 Valle Quiamos Dr.
El Paso, TX 79938

7021 0350 0001 3258 7497

CERTIFIED MAIL

7021 0350 0001 3258 7497

00918-170625

United States District Court
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

U.S. POSTAGE PAID
EL PASO, TEX
79903
AMG 120, 21
AMOUNT
$4.15
R2307M15Z881-99

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Cesar E. Caminero Milan_

Participant's Address:   _Calle Yaguez # 69 Guanica P.R 00653_

Participant's Email Address:   _Mr1836186 @ gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _No. 17 BK 3283 - LTS_

Nature of Claim:   _A promise of payment_

By:   _____
Signature

_César F. Caminero Milan_
Print Name

_Married    Mr._
Title (if Participant is not an individual)

_08 / 30 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**ReadyPost**
Document Mailer

00918-999955

From: Cesar E. Camacho Milan
Calle Yagüez #69
Guanica P.R 00653

2021 SEP -8 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P

7020 1290 0001 9185 9884

CERTIFIED MAIL

To: United States District Court
Clerk's office, 150 Ave.
Carlos Chardon Ste.
150, San Juan, P.R 00918-1767

MEMPHIS TN 380
PM 3

1000

00918

US POST
FCM LG
YAUCO,
00698
AUG 30
AMOUNT
$7

R2305H1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel Antonio Santini Vazquez_

Participant's Address: _HC V Box 6186, Barrangitas, PR 00794-9204_

Participant's Email Address: _miguelsantinivazquezxoxo @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _000000045, Account No. 106008 4056_

Nature of Claim: _Perdida Fondos Mutuos Cerrados_

By: _Miguel [signature]_
Signature

_Miguel A. Santini_
Print Name

_____
Title (if Participant is not an individual)

_30/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Miguel Santini
HC 2 Box 6186
Barranquitas, PR 00794

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5: 27

00918-170399

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Antero Salgado Diaz*

Participant's Address: *PO Box 9031055 (Old San Juan Station), San Juan, P.R. 00903-1055*

Participant's Email Address: *miasalgado11@gmail.com*

Name of Counsel: *Not apply = N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *178105*

Nature of Claim: *El Romerao*

By: *Antero Salgado Diaz*
Signature

*ANTERO SALGADO DÍAZ*
Print Name

*N/A*
Title (if Participant is not an individual)

*Agosto 25, 2021.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Antero Salgado
P.O. Box 902/055
Old San Juan Station
San Juan, P.R. 00902-1055

To: United States District Court
Clerk's Office 150 Ave. Carlos)
Chardon Ste. 150 San Juan
P.R. 609/8-1967.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 27

MEMPHIS TN 380
31 AUG 2021  PM 3  L

00918-170399

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:    _Maria Esther Mendez Rodriguez_

Participant's Address:    _P.O BOX 800863. Coto laurel P.R. 00780-0863_

Participant's Email Address:    _Mariamendezrodriguez@live.Com_

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _17 BK 3283-LTS_

Nature of Claim:    _TitleIII PRomesa_

By: _Maria E. Oyeidez Rdz_
Signature

_Maria Esther Mendez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 10th, 2021_
Date

2021 SEP -8 PM 5: 27
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Un a$ia e. Ojeda Jyadez
P.O Box dtto Laurel
800 863
P.r.
0078-0863

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 27

0091881703 0018

MEMPHIS TN 380
28 AUG 2021 PM 1 L

90: Tribunal de Distrito un, dos
Oficina Secretario
Carlos Chardon 150 Ave
Ste. 150 San Juan
PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge Luis Santiago Sepulveda_

Participant's Address: _H.C. 2 Box 8593 / Abucoa P.R.00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3243 -LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
    Signature

_Jorge Luis Santiago Sepulveda_
Print Name

_____
Title (if Participant is not an individual)

_8/29/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge L. Santiago Sepulveda
HC 72 8593
Yabucoa. P.R. 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 27

United States District court.
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan, P.R.
00918-1767

00918-170399

31 AUG 2021 PM 5 L    MEMPHIS TN 380

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector Luis Flores Bermudez_

Participant's Address: _RR1 Box 2224, Cidra P.R. 00739_

Participant's Email Address: _Coquin flores 55 2 gmail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176078_

Nature of Claim: _Aumento de Salarios y Pasos no recibidos_

By: _Hector L. F. BC_
_____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_23 agosto 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -8 PM 5: 27

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor L. Flores Bermúdez
RR1, Bo. 2224
Cidra, Puerto Rico
00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 27

00918$1703 C078

MEMPHIS TN 380
27 AUG 2021  PM 4  L

United States District Court,
Clerk's Office 150 Ave. Carlos
Chardón Ste. 150, San Juan, P.R.
00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name:   Gladys López Rosa

Participant's Address:   Apt. 946, Santa Isabel P.R 00757

Participant's Email Address:   gladyslopez.rosa @gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   reclamaciones de pago, aumentos, pasos

By:   _____
   Signature

Gladys López Rosa
Print Name

_____
Title (if Participant is not an individual)

agosto, 4 - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5: 27

Glady Ayer Lau
HC 62 Box 10013
Guara, Pig., 00795

0091817 706 C018

Commonwealth of P.R.
United States District Court Clerks'
Office 150 Que Carlos Chardos
office 150, San Juan P.R. 00918-1767

MEMPHIS TN 380
27 AUG 2021 PM 4 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marlyn Arroyo Vélez

Participant's Address: Urb. Boringuen B5 Calle 2 Cabo Rojo, P.R. 00623

Participant's Email Address: Marlenearroyo61 @ Gmail.com

Name of Counsel: — NA —

Address of Counsel: — NA —

Email Address of Counsel: — NA

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Objection to reduction in pension

By: _Marlyn Arroyo Vélez_
Signature

I had a reduction in my pension when I was 65 years old of $165.⁰⁰ monthly. That would be a second reduction.

Marlyn Arroyo Vélez
Print Name

——— — — —
Title (if Participant is not an individual)

8-31-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5:26

From: Marilyn Arroyo Vélez
Urb. Boringuen
B-5 Calle 2
Cabo Rojo, P.R. 00623

To: United States District Court
clerk's Office 150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-176625

MEMPHIS TN 380
4 SEP 2021 PM 4 L



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Perez Martinez_

Participant's Address: _Urb. El Madrigal Calle 5 E 3 Ponce P.R. 00730_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92520_

Nature of Claim: _Promesa III 17 BK 3283 - LTS_

By: _Maria Perez Martinez_
Signature

_Maria Perez Martinez_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 25 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Maria Perez Martinez
Urb. El Madrigal
Calle 5 E 3
Ponce P.R. 00732

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5: 26

00916-170625

MEMPHIS TN 380
4 SEP 2021 PM 2 L

FOREVER / USA

To/. United State District Court's Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magali Crispin Ramirez_

Participant's Address: _362 Urb. Savannah Real San Lorenzo P.R.00754_

Participant's Email Address: _magalie_crispin @ Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ley 89_

By: _Magali Crispin Ramirez_
    Signature

_Magali Crispin Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_25 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 26

MCrispin Ramirez
362 Urb. Savannah Real
San Lorenzo P.R 00754

Clerk's Office United States District Court
Clerk's Office 150 Ave Carlos Chardon
Ste 150 San Juan P.R 00918-1767

MEMPHIS TN 380
2 SEP 2021  PM 1  L

Thinking of...

FOREVER USA

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name: _Magali Crispin Ramirez_

Participant's Address: _362 Urb. Savannah Real San Lorenzo P.R 00754_

Participant's Email Address: _magalie-crispin @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Ley 89_

By: _Magali Crispin Ramirez_
        Signature

_Magali Crispin Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_25 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5:26

Mi Ocupia Rienig
302 Iyb. Sacanab Real
San Lorenzo P.R. 00754

Clerk's Office United States District Court
Clerk's Office 150 Ave Carlos Chardon
Ste 150 San Juan P.R. 00918-1767

MEMPHIS TN 380
2 SEP 2021 PM 1 L

FOREVER USA
PURPLE HEART

00918831768 C018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Magali Crispin Ramirez_

Participant's Address: _362 Urb. Savannah Real San Lorenzo P.R 00754_

Participant's Email Address: _magalie_crispin@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Ley 89_

By: _Magali Crispin Ramirez_
Signature

_Magali Crispin Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_25 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are _not_ represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M Chopin Fanus
362 Urb. Savannah
Reg San Lorenzo PR
00754

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP .8 PM 5: 25

0091881705

Clerk's Office, United States District Court
Clerk's Office, 150 Ave Carlos Charlon Ste. 150
San Juan, P.R. 60918-1767

MEMPHIS TN 380
2 SEP 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lucía Nieves Alicea

Participant's Address: P.O.Box 1475 , Quebradillas, P.R. 00678

Participant's Email Address: lucia19562020 @ hot mail - com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 118646

Nature of Claim: Unpaid wages (Law 89 Dept of Education PR)

By: _Lucía Nieves Alicea_
    Signature

_Lucía Nieves Alicea_
Print Name

_____
Title (if Participant is not an individual)

_20-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Lucia Nieves Alicea
P.O. Box 1475
Quebradillas, P.R.
00678

To:
United States District Court Clerk's Office
150 Ave. Carlos Chardón, Ste 150
San Juan, P.R. 00918 - 1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 26

00918-176625

MEMPHIS TN 380

4 SEP 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Vega Burgos_

Participant's Address: _Urb. Vista Alegre B15 C/ Orquidea Villalba, P.R. 00766_

Participant's Email Address: _NildaVega.NVH9@Gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _unpaid wages by the government of P.R._

By: _Nilda Vega Burgos_
Signature

_Nilda Vega Burgos_
Print Name

_____
Title (if Participant is not an individual)

_September 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Vega Burgo
Rt. Vista alegre
315 Calle Orquidea
Villalba, P.R 00766

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 26

00918-1706215

MEMPHIS TN 380
8 SEP 2021  PM 2  L

FOREVER USA

United State District Court
Clerk's Office
150 Ave. Carlos Chardiu St.
Ste150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nélida Vega Burgos_

Participant's Address: _Urb. Las Flandras C18-10 Villalba, P.R. 00766_

Participant's Email Address: _nelidavegab@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Un paid Wages by the government of PR._

By: _Nélida Vega Burgos_
Signature

_Nélida Vega Burgos_
Print Name

_____
Title (if Participant is not an individual)

_agosto 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 25

From:
Nilda Vega Burgos
Urb. Las Flandes C-1 H-10
Villalta, P.R.
00766

00918-170625

MEMPHIS TN 380
4 SEP 2021  PM 2  L

FOREVER USA

United States District Court, Clerk Office
150 Ave Carlos Chardri Ste 150
San Juan, P.R.
00918, 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norberto Montalvo Martínez

Participant's Address: La Providencia Calle 7 A1 H6 Toa Alta PA 00853

Participant's Email Address: bettyvera0217@gmail.com

Name of Counsel: N/A

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS   # 1366685

Nature of Claim: Promesa Title III

By: X _____
Signature

Norberto Montalvo Martínez
Print Name

_____
Title (if Participant is not an individual)

08/31/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -8 PH 5:25

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norberto Montalvo
La Providencia
Calle 7 A 146
Toa Alta PR
00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 25

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

FOREVER / USA
FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Figueroa Torres_

Participant's Address: _PO Box 8910 Ponce, P. Rico 00732-8910_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Promesa III    17 BK 3283-LTS_

By: _Milagros Figueroa Torres_
Signature

_Milagros Figueroa Torres_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 25-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 25

De: Milagros Figueroa Torres
P.O.Box 8910
Ponce P.R. 00732-8910

To: United State District Court, Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176825

4 SEP 2021   PM 2   L

MEMPHIS TN 380



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Figueroa Torres_

Participant's Address: _PO Box 8910 Ponce, P. Rico 00733-8910_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Promesa 211_        _17 BK 3283-LTS_

By: _Milagros Figueroa Torres_
    Signature

_Milagros Figueroa Torres_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 26 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 25

De' Milagros Figueroa Torres
P O Box 8910
Ponce, P.R. 00733 - 8910

00918-170625

To/ United State District court's Clerk Offi
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918 - 1767

MEMPHIS TN 380
4 SEP 2021  PM 2  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafaela Alejandro González_

Participant's Address: _Box 409 Naranjito PR. 00719_

Participant's Email Address: _rafaelaalejandro@1350gmail.comp_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17BK 3283-LTS_

Nature of Claim: _Intent to participate in Discovery for Commonwealth Plan Confirmation case No17_

By: _Rafaela Alejandro González_
Signature

_Rafaela Alejandro González_
Print Name

_N/A_
Title (if Participant is not an individual)

_23 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -8 PM 5: 25

Rafaela Alejandro Gonzalez
P.O. Box 409
Naranjito P.R. 00719

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5: 25

00918-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

3 SEP 2021

MEMPHIS TN 380

PM 3 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco D. Bello Fonseca_

Participant's Address: _RR 1 Box 16243 Toa Alta P.R 00953_

Participant's Email Address: _Franciscobello 76@ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _F. Bello_
Signature

_Francisco D. Bello Fonseca_
Print Name

_____
Title (if Participant is not an individual)

_15 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco D. Bello Fonseca
RR #1 Box 16243
Toa Alta, P.R. 00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP .8  PM 5: 25

00918-176825

MEMPHIS TN 380

04 SEP 2021  PM 5  L

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Rosa M Lasalle Concepción

Participant's Address:    P.O Box 214 Quebradillas, PR 00678

N/A  Participant's Email Address: _____

N/A  Name of Counsel: _____

N/A  Address of Counsel: _____

N/A  Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    144 746

Nature of Claim:    Public Employee and Pensional Retiree clams

By:    Rosa M Lasalle Concepción
          Signature

Rosa M Lasalle Concepción
Print Name

Individual
Title (if Participant is not an individual)

8-21-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M Lasalle
P.O. Box 214
Quebradillas, P.R.
00678

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP .8  PM 5: 25

Court's Clerk's Office at United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918 1767

00918-170625

MEMPHIS TN 380
4 SEP 2021 · PM 3  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Helen Burgos Rodriguez*

Participant's Address:  *Urb. Los Angeles calle Areyto #477 Yauco P.R. 00698*

Participant's Email Address:  *helenbr2 @ live.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *No. 17 BK 3283-LTS*

Nature of Claim:  *Commonwealth of Puerto Rico*

By:  *Helen Burgos Rodz.*
      Signature

*Helen Burgos Rodz.*
Print Name

*Promesa*
*III*
Title (if Participant is not an individual)

*2 de sept. de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 24

Helen Burgos Rodz.
Urb. Los Angeles _ calle Aneyto
Yauco, P.R. 00698

calle Aneyto # 477   4 SEP 2021

MEMPHIS TN 380   PM 2  L

00918-170625

United States District Court,
Clerk's office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Michelle Ortiz Rodríguez

Participant's Address: RR 1 Box 16243 Toa Alta, P.R. 00953

Participant's Email Address: michi.ortiz39@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: _____
Signature

Michelle Ortiz Rodríguez
Print Name

_____
Title (if Participant is not an individual)

15 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8 PM 5: 24

Michelle Ortiz Rodriguez
RR 1 Box 16243
Toa Alta, P.R. 00953

00918-170625

MEMPHIS TN 380

04 SEP 2021 PM 5 L

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gabriel Martinez Bermudez_

Participant's Address: _Palomas Abajo, Sector Higuero Car 156, Comerio P.R. 00782_

Participant's Email Address: _negromartinez 1934 @gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136518_

Nature of Claim: _Public Employee And Pension - Retiro Claim_

By: _(signature)_
Signature

_Gabriel Martinez Bermudez_
Print Name

_____
Title (if Participant is not an individual)

_1 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gabriel Martinez Bermudez
Box 694
Comerio P.R 00782

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 24

00918-170625

To. United States District Court,
Clerk's Office
150 Av. Carlos Chardon Sr. 150
San Juan P.R. 00918-1765

04 SEP 2021  PM 5 L

MEMPHIS TN 380

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Maria Ivette Rivera Del Valle_

Participant's Address: _123 Chateau Cir. DeBary, Fl. 32713_

Participant's Email Address: _riveraivette914@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Titla III_

By: _____
Signature

_Maria Ivette Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8-16-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Ruiz Innudable
123 Chateau Cir.
Deborg FL. 32 713.

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -8  PM 5: 24

United States District Court,
Clerks Office 150
Ave. Carlos Chardon St.
San Juan PR. 00 918 - 1767



MEMPHIS TN 380
31 AUG 2021 PM 6  L
ORLANDO FL 328

FOREVER USA