# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On September 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Thirty-Seventh Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation Rendered Outside of Puerto Rico and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico for the Period from August 1, 2021 through August 31, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Thirty-Seventh Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation Rendered Outside of Puerto Rico and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico for the Period from August 1, 2021 through August 31, 2021

- Thirty-Seventh Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation Rendered Outside of Puerto Rico and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico for the Period from August 1, 2021 through August 31, 2021

- Thirty-Seventh Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation Rendered Outside of Puerto Rico and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico for the Period from August 1, 2021 through August 31, 2021

Dated: September 9, 2021

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 9, 2021, by Asir U. Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 56351

## Exhibit A

# Exhibit A

Fee Statement Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Edificio Union Plaza PH-A Piso 18 | Avenida Ponce de León #416 | Hato Rey, San Juan | PR | 00918 | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org | Overnight Mail and Email |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Overnight Mail and Email |
| EDGE Legal Strategies, PSC | Attn: Eyck O. Lugo | 252 Ponce de León Avenue | 252 Ponce de León Avenue, Citibank Tower, 12th Floor | San Juan | PR | 00918- | elugo@edgelegalpr.com | Email |
| Financial Oversight and Management Board | Attn: Professor Arthur J. Gonzalez, FOMB Board Member | 40 Washington Square South | Office 314A | New York | NY | 10012 | arthur.gonzalez@nyu.edu | Overnight Mail and Email |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail and Email |
| Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege | 353 N. Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Overnight Mail and Email |
| Marini Pietrantoni Muniz LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero Esq., Valerie Blay Soler | MCS Plaza, Suite 500 | 255 Ponce de Leon Ave | San Juan | PR | 00917 | vblay@mpmlawpr.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com | Overnight Mail and Email |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com; jspina@omm.com | Overnight Mail and Email |
| Office of the United States Trustee for Region 21 | Attn: Guy G. Gebhardt | 75 Spring Street, SW, Room 362 | | Atlanta | GA | 30303 | | Overnight Mail |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Joseph A. Spina | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight Mail and Email |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; | Email |
| Puerto Rico Department of Treasury | Attn: Reylam Guerra Goderich, Omar E. Rodríguez Pérez, Angel L. Pantoja Rodríguez, Francisco Parés Alicea & Francisco Peña Montañez | PO Box 9024140 | | San Juan | PR | 00902-4140 | Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov | Overnight Mail and Email |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov | Overnight Mail and Email |

