UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                (Jointly Administered)
et al.,

          Debtors.[1]

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 9, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 10, 2021

1. Emilia Otero Davila

2. Angel G. Cortes Maldonado

3. Jorge Luis Garcia Torres

4. Amarilys Hernandez Medina

5. Felix V. Melendez Carrasquillo

6. Angel Filiberto Otero Negron

7. Luisa Murray Soto

8. Marisol Vargas Vargas

9. Edith MediaVilla Mercado

10. Ramon Eric Martinez Cardona

11. Vidalina Montes Ruiz

12. Vilma del C. Medina Ocasio

13. Kary A. Santiago Zambrana

14. Rafael L. Balaquer

15. Nimia Ortiz Alicea

16. Luz M. Mercado Crespo

17. Luisa Josefina Gomez Peña

18. Lucy Montañez Ahedo

19. William Figueroa Mendez

20. Luis A. Garcia Sued

21. Milmarie Garcia Sued

22. Elba I. Martinez Morales (4 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 10, 2021

    23. Carmen L. Vicente Isaac

    24. Griselle Viñales Hernández

    25. Gladys Burgos Rodriguez

    26. Vivian E. Mateo Bermudez

    27. Margarita Rivera

    28. Patricia Velez Vega

    29. Katharina Feliciano Castillo

    30. Jeannette Correa Birriel

    31. Jennie Fornes Camacho

    32. Jose Cruz Colon

    33. Vilma del C. Medina Ocasio

    34. Katherine L. Rivera Mangual

    35. Juliaris N. Arroyo Hernandez

    36. Rosita Cruz Cruz (4 notices)

    37. Iris M. Arbelo (4 notices)

    38. Juan Fonseca Cruz

Dated:  September 10, 2021