Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emilia Otero Llavila_

Participant's Address: _392 Calle Greda, Bo. Martín Gonzalez_
_Carolina, P.R. 00987-7248_

Participant's Email Address: _None_

Name of Counsel: _Iván Pagán Hernández_

Address of Counsel: _Box 8765 Carolina, P.R. 00988_

Email Address of Counsel: _i.paganhernandez@gmail.com_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17BK 3283-LTS_

Nature of Claim: _retirement_

By: _x Emilia Otero Dávila_
Signature

_Emilia Otero Dávila_
Print Name

_N/A_
Title (if Participant is not an individual)

_Sept. 8, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel G. Cortés Maldonado_

Participant's Address: _Hc-01 Box 4946 - Utuado PR 00641_

Participant's Email Address: _acortesmldo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283 - LTS_

Nature of Claim: _Intent to participate in Discovery_

By: _Angel G. Cortés Maldonado_
Signature

_Angel G. Cortés Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_08 - 23 - 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9 PM 4: 40

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANGEL G CORTES MALDONADO
HC 01 BOX 4946
UTUADO PR 00641

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4:40

00918-170625

UNITED STATES DISTRIC COURT
CLERK'S OFFICE
150 AVE CHARDON STE 150
SAN JUAN PR 00918-1767

28 AUG 2021 PM 4 L

MEMPHIS TN 380



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge Luis Garcia Torres_

Participant's Address: _P.O Box 323, Villalba, P.R 00766_

Participant's Email Address: _garcia.torres.jose22@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106466    et. al._

Nature of Claim: _un paid wages by the goverment of P.R._

By: _Jorge Luis Garcia Torres_
Signature

_Jorge L. Garcia Torres_
Print Name

_____
Title (if Participant is not an individual)

_august 4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge L. Garcia Torres
P.O Box 323 , Villalba
Puerto Rico 00766

RECEIVED & FILED

2021 SEP -9  PM 4:22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380

31 AUG 2021 PM 3 L

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos chardon
Ste. 150 , San Juan, PR 00918 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amarilys Hernández Medina_

Participant's Address: _HC-01 Box 4946 – Utuado PR 00641_

Participant's Email Address: _amarilyshm@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Intent to participate in Discovery_

By: _____
   Signature

_Amarilys Hernández Medina_
Print Name

_____
Title (if Participant is not an individual)

_08-23-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AMARILYS HERNANDEZ MEDINA
HC 01 BOX 4946
UTUADO PR 00641

00918-170625

UNITED STATES DISTRIC COURT
CLERK'S OFFICE
150 AVE CHARDON STE 150
SAN JUAN PR 00918-1767



MEMPHIS TN 380

28 AUG 2021 PM 4 L

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 SEP -9 PM 4: 32

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Félix V. Meléndez Carrasquillo

Participant's Address:   PO BOX 6400 PMB 190 CAYEY, PR 00737

Participant's Email Address:   valo15@caribe.net

Name of Counsel:   n/a

Address of Counsel:   n/a

Email Address of Counsel:   n/a

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   41611

Nature of Claim:   Employees retirement systems of the Goverment of Pueto Rico

By:   _Félix V. Meléndez_
      Signature

Félix V. Meléndez Carrasquillo
Print Name

_____
Title (if Participant is not an individual)

08/27/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Félix V. Meléndez Carrasquillo
PO BOX 6400 PMB 190
CAVEY, PR 00737

RECEIVED & FILED
2021 SEP -9 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Ángel Filiberto Otero Negrón_

Participant's Address:    _P.O. Box 323 Villalba P.R. 00766_

Participant's Email Address:    _angel oteronegron@gmail.com_

Name of Counsel:    _N/A_

Address of Counsel:    _N/A_

Email Address of Counsel:    _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _101163 et. al._

Nature of Claim:    _unpaid wages by the government of Puerto Rico_

By:    _Ángel F. Otero Negrón_
Signature

_Ángel F. Otero Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 4. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP -9 PM 4: 33

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

31 AUG 2021 PM 4 L

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:    _Luisa Murray-Soto_ _Caguas, PR_

Participant's Address:    _3 Carr 784 Apt 3201 Cond River Glance_ _00727_

Participant's Email Address:    _lumurr @gmail.com_

Name of Counsel:    _n/A_

Address of Counsel:    _N/A_

Email Address of Counsel:    _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _331 2 411_

Nature of Claim:    _wages services performed & Individual Contribution to ERS of Government of Puerto Rico_

By:    _Luisa Murray Sot_
      Signature

_Luisa Murray-Soto_
Print Name


Title (if Participant is not an individual)

_August 29, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luisa Murray Soto
Cond. Rivas Glance
3 Cam 784 Apt 3201
Caguas PR 00727

RECEIVED & FILED
2021 SEP -9 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

US District Court,
Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

MEMPHIS TN 380
31 AUG 2021 PM 3  L

USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisol Vargas Vargas_

Participant's Address: _P.O Box 1581 Hormigueros, PR 00660_

Participant's Email Address: _ma_vargas_vargas@hotmail.com_

Name of Counsel: _none_

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa Title III Employee Retirement Systems_

By: _Marisol Vargas Vargas_
Signature

_Marisol Vargas Vargas_
Print Name

_____
Title (if Participant is not an individual)

_August, 15 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L Vargo Vargo
P.8 Box 1587
Hormiguero P.R. 00660

RECEIVED & FILED
2021 SEP -9 PM 4: 32
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN,PR

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 5 L

United States District
Court Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edith Mediavilla Mercado*

Participant's Address: *Calle Fortunato Vizcarrondo APTS 8 SJ PR 00926 4442*

Participant's Email Address: *Edithmediavilla 03 @ Icloud. com*

Name of Counsel: *The Financial oversight And Management For Punto Rico*

Address of Counsel: *The Comon Wealth Of Puerto Rico*

Email Address of Counsel: *Puerto Rico INF @ Primerclerk./com/*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Promesa Tithe III*

Nature of Claim: *NO 17 BR 3283 LTS*

By: *Edith Mediavilla Mercado*
Signature

*Edith Mediavilla Mercado*
Print Name

*Promesa*
Title (if Participant is not an individual)

*18/8/2021*
Date

___

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edith Mediavilla~ Mercado
C/Fortunato Vizcarrondo
Apt S 8 San Juan PR 00926-4442

RECEIVED & FILED
2021 SEP -9 PM 4: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 1 L

United STATE District Court Clerk's
Oficina 150 Ave Carlos Chardon
STE 150 San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón Eric MARTINEZ CARDONA_

Participant's Address: _HC-05 Box 34611 Hatillo PR 00658_

Participant's Email Address: _r.martz@rocketmail.com_

Name of Counsel: _Policia de Puerto Rico_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Ramon Martinez Cardona_
Signature

_Ramón E. MARTINEZ_
Print Name

_____
Title (if Participant is not an individual)

_30 August 2021_
Date

_I don't want to touch my retirement. I do not agree because I have several diseases._

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_God bless you._

Ramon E. Martinez
HC-05 Box 34611
Hatillo PR. 00659

RECEIVED & FILED
2021 SEP -9 PM 4:
CLERK'S OFFICE
U.DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767.

31 AUG 2021 PM 1  L

MEMPHIS TN 380

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vidalina Montes Ruiz_

Participant's Address: _HC1 Box 6448- Yauco, P.R. 00698-9775_

Participant's Email Address: _—_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _To participate in discovery with confirmation of the debtors' proposed plan._

By: _Vidalina Montes Ruiz_
Signature

_Vidalina Montes Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_August 29, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Vidalina Montes Ruiz
HC 1 Box 6448
Yauco, P.R. 00698-9775

RECEIVED & FILED
2021 SEP -9 PN 4: 3[ ]
[CLE]RK'S OFFICE
[U]S DISTRICT COURT
SAN JUAN, P[.R.]

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
31 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilma del C. Medina Ocasio_

Participant's Address: _PO Box 366, Luquillo, PR 00773_

Participant's Email Address: _consejera1080@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57716_

Nature of Claim: _Public Employee claims_

By: _Vilma delC Medina Ocasio_
Signature

_Vilma del C. Medina Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_August 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 57126 | FELICIANO TARAFA, ALEXIS | Union Grievance Claims | $ - |
| 57128 | BETANCOURT FUENTES, MARTA ROSA | Public Employee and Pension/Retiree Claims | $ 5,400.00 |
| 57169 | SALAZAR, AWILDA RIVERA | Public Employee and Pension/Retiree Claims | $ 63,114.60 |
| 57268 | RODRIGUEZ RIVERA, MARIA I. | Public Employee and Pension/Retiree Claims | $ 56,682.05 |
| 57279 | NEVAREZ MARRERO, ANEBIS | Public Employee and Pension/Retiree Claims | $ 40,000.00 |
| 57309 | VILLEGAS RIVERA, NAYDA L. | Public Employee and Pension/Retiree Claims | $ 58,587.86 |
| 57320 | CANCIO MEDINA, ANTONIO M. | Public Employee Claims | $ 11,000.00 |
| 57329 | SANCHEZ MASCARO, MARIA LUISA | Public Employee and Pension/Retiree Claims | $ 34,431.17 |
| 57348-1 | MARRERO NEVAREZ, MAYRA | Public Employee Claims | $ - |
| 57354 | RODRIGUEZ, SYLVIA ALVAREZ | Public Employee Claims | $ 14,856.00 |
| 57364 | SOTO, YAMIL PEREZ | Public Employee Claims | $ 6,200.00 |
| 57374 | SOSA VARELA, AMARILIS | Public Employee and Pension/Retiree Claims | $ 33,316.38 |
| 57383 | BAEZ BAEZ, LYDIA I | Public Employee and Pension/Retiree Claims | $ 11,077.14 |
| 57419 | MERCADO ACEVEDO, AMILCAR | Public Employee and Pension/Retiree Claims | $ - |
| 57421-1 | PAGAN MORALES, DOLLY | Public Employee Claims | $ 22,200.00 |
| 57435 | COLLAZO ROSADO, MARIA DOLORES | Public Employee and Pension/Retiree Claims | $ 55,638.20 |
| 57465 | COLON FUENTES, BRENDA I. | Public Employee and Pension/Retiree Claims | $ 19,800.00 |
| 57489 | CRUZ, GLADYS SANTANA | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 57556 | FELICIANO ECHEVARRIA, SILKA J. | Public Employee and Pension/Retiree Claims | $ 101,820.12 |
| 57704-1 | GONZÁLEZ RIVERA, NESTOR J. | Public Employee Claims | $ - |
| 57716 | MEDINA OCASIO, VILMA DEL C. | Public Employee Claims | $ 4,800.00 |
| 57733 | BURGOS PARIS, LEIDA I | Public Employee Claims | $ 20,000.00 |
| 57743 | FONTANEZ FLECHA, DEBORA | Public Employee and Pension/Retiree Claims | $ 108,000.00 |
| 57796 | ARROYO LUCENA, LUZ N | Public Employee and Pension/Retiree Claims | $ 15,000.00 |
| 57800 | LEDESMA MOULIER, ZENAIDA | Public Employee and Pension/Retiree Claims | $ 1,600.00 |
| 57808 | SANTIAGO RODRIGUEZ, ELIZABETH | Public Employee and Pension/Retiree Claims | $ - |
| 57839 | RIVERA ORTIZ, FELIPE | Public Employee and Pension/Retiree Claims | $ - |
| 57860 | VELEZ AROCHO, CYNTHIA M | Public Employee Claims | $ 6,032.60 |
| 57884 | RODRIGUEZ PADILLA, SHEILA M. | Public Employee and Pension/Retiree Claims | $ - |
| 57899 | CARMONA FIGUEROA, SONIA NOEMI | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 57929 | CARTAGENA, ADELAIDA | Public Employee and Pension/Retiree Claims | $ - |
| 57949 | CRUZ GONZALEZ, EVELYN | Public Employee and Pension/Retiree Claims | $ 6,300.00 |
| 57952 | DIAZ DE JESUS, MELBA I. | Public Employee and Pension/Retiree Claims | $ 17,000.00 |

Wilmadele Pedraza Class
PO Box 366
Aguilla, PR 00773

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-1706825

MEMPHIS TN 380
31 AUG 2021 PM 1 L

RECEIVED & FILED
2021 SEP -8 AM 9: 33
CLERK'S OFFICE
U.S DISTRICT CO...
SAN JUAN, P.R.

FOREVER/USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Kary A. Santiago Zambrana

Participant's Address: Urb. Villa Laura calle Girasol #11001 Villalba P.R. 00766

Participant's Email Address: Ksantiago0507@yahoo.es

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: Incentive law 89

By: _Kary A. Santiago Zambrana_
Signature

Kary A. Santiago Zambrana
Print Name

Teacher
Title (if Participant is not an individual)

16. agosto. 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kary A. Santiago Zambrana
Urb. Villa Laura c/Girasol #1101
Villalba P.R. 00766

RECEIVED & FILED
2021 SEP -9 PM 4: 04
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

MEMPHIS TN 38
30 AUG 2021 PM 3

FOREVER / USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Rafael L. Balaguer_

Participant's Address: _P. O. Box 1062 Ensenada, P.R. 00647_

Participant's Email Address: _balaguer1954@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12532_

Nature of Claim: _Aportación Acumuladas en Retiro_

By: _Rafael Mofgun_
Signature

_Rafael Luis Balaguer_
Print Name

_17/Agosto/2021_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael L Balaguer
P.O. Box 1042
Ensenada, P.R. 00647

RECEIVED & FILED
2021 SEP -9 PM 4: 34
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
30 AUG 2021 PM 4 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

★ USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nimia Ortiz Alicea_

Participant's Address: _P.O. Box 1062 Ensenada, P.R. 00647_

Participant's Email Address: _nimiaortiz22@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112556 - 119040_

Nature of Claim: _Ley 1 = Aportacion acumulada en Retiro_

By: _Nimia Ortiz Alicea_
Signature

_Nimia Ortiz Alicea_
Print Name

_____
Title (if Participant is not an individual)

_27 de agosto del 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nimia Ortiz Alicea
P.O. Box 1062
Ensenada P.R. 00647

RECEIVED & FILED
2021 SEP -9 PM 4: 34
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



MEMPHIS TN 380
30 AUG 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:  _Luz M. Mercado Crespo_

Participant's Address:  _Coop. Ciudad Univ.—1—Ave. Periferal apt. 1104-A, Trujillo Alto, P.R. 00976-2124_

Participant's Email Address:  _neriluz2008@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 - LTS_

Nature of Claim:  _Retirement Pension_

By:  _Luz M. Mercado Crespo_
Signature

_Luz M. Mercado Crespo_
Print Name

_____
Title (if Participant is not an individual)

_8/25/2021_
Date

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz N Mercado Crespo
A Ave Perifiral
apt 1104 - A
Coop Luis, Univ
Trujillo Alto Pr 00976

RECEIVED & FILED
2021 SEP -9 PM 4: 3
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

0091B-170625



MEMPHIS TN 380
30 AUG 2021 PM 2 L

United State District Court, Clerk's Office
150 Ave - Carlos Chardon Ste 150
San Juan Pr 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luisa Josefina Gómez Peña_

Participant's Address: _8384 Balbino Torinta, Urb. Rio Cristal, Mayagüez, Puerto Rico. 00680_

Participant's Email Address: _Yosegomez@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167109_

Nature of Claim: _Raise salary_

By: _____
Signature

_Luisa Josefina Gómez Peña_
Print Name

_____
Title (if Participant is not an individual)

_08/24/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luisa J. Cians Peña
8384 Balbina Tonite.
Urb. San Cristal, Mayagüez,
Puerto Rico, 00680.—

RECEIVED & FILED
2021 SEP -9 PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-174799

MEMPHIS TN 380
31 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave.,
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.—

FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lucy Montañez Ahedo_

Participant's Address: _P.O. Box 551_

Participant's Email Address: _lucymontanezahedo2020@g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _____
    Signature

_Lucy Montañez Ahedo_
Print Name

_____
Title (if Participant is not an individual)

_August - 30 -2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Figueroa Mendez_

Participant's Address: _Box 2606, Junca 2 Contract Station, San Sebt PR 00685_

Participant's Email Address: _William95er82@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169803_

Nature of Claim: _Debts Claimed Department of Agricultural_

By: _William Figueroa_
     Signature

_William Figueroa_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/30/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

WILLIAM FDIGUEROA MENDEZ
BOX 2606 JUNCAL CONTRAC STATION
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 SEP -9  PM 4:

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

31 AUG 2021 PM 5 L

MEMPHIS TN 380



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis A. Garcia Sud_

Participant's Address: _PO Box 141 - Guayama, PR 00785_

Participant's Email Address: _luissud@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104/21_

Nature of Claim: _Promesa Title III - No. 17-BK 3283-LTS_

By: _[signature]_
    Signature

_Luis Garcia Sud_
Print Name

_____
Title (if Participant is not an individual)

_8/28/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Garcia Sued
PO Box 141
Yabucoa, PR 00788

United State District Court
Clerks Office
150 Ave. Carlos Chardon St.
San Juan PR
00918-1706

MEMPHIS TN 380
31 AUG 2021 PM 5

RECEIVED & FILED
2021 SEP -9 PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milmarie Garcia Sued_

Participant's Address: _P.O. Box 141 Guayama P.R. 00785_

Participant's Email Address: _milmariegarcia@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No tengo número_

Nature of Claim: _Promesa Title III - no.17 BK 3283-LTS_

By: _Milmarie Garcia Sued_
Signature

_Milmarie Garcia Sued_
Print Name

_____
Title (if Participant is not an individual)

_8/28/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MilMarie Garcia Sued
P.O. Box 141
Humacao, PR 00 785

RECEIVED FILED
2021 SEP -9 ₪ 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan PR 00918-1767

00918-176625

NEMPHIS TN 380
31 AUG 2021 PM 5 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elba I. Martinez Morales

Participant's Address: Hc 04 Box 1797 Camuy, P.R. 00627

Participant's Email Address: elbaris2009@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 147264

Nature of Claim: Public Employee and Pension / Retired claims

By: Elba Martinez Morales
_____
Signature

Elba I. Martinez Morales
_____
Print Name

_____
Title (if Participant is not an individual)

30-9-21
_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba I. Martinez
He-04 Box 17970
Camuy, P.R. 00627

RECEIVED & FILED
2021 SEP -9  PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 2  L

United States District
Court Office
150 Ave Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elba I. Martinez Morales

Participant's Address: Hc-04 Box 17970 Camuy, P.R. 00627

Participant's Email Address: elbairis2009@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 128280

Nature of Claim: Public Employee and Pension / Retired claims

By: Elba I. Martinez Morales
    Signature

Elba I. Martinez Morales
Print Name

_____
Title (if Participant is not an individual)

30-9-21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba I. Martinez
He-04 Box 17970
Camuy, P.R. 00627

RECEIVED & FILED

2021 SEP -9  PM 4: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-1706.25





MEMPHIS TN 380

31 AUG 2021 PM 4

United States District
Court Office
150 Ave Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Elba I. Martinez Morales_

Participant's Address: _Hc-04 Box 17970 Camuy, P.R. 00627_

Participant's Email Address: _elbairis2009@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140017_

Nature of Claim: _Public Employee and Pension/Retired claims_

By: _Elba I. Martinez Morales_
     Signature

_Elba I. Martinez Morales_
Print Name

_____
Title (if Participant is not an individual)

_30-9-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba I. Martinez
He-04 Box 17970
Camuy, P.R. 00627

RECEIVED & FILED
2021 SEP -9 PM 4:35
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R

0091B-1706Z5

MEMPHIS TN 380
31 AUG 2021 PM 4

United States District
Court Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Elba I. Martinez Morales

Participant's Address: Hc-04 Box 17970 Camuy, P.R. 00627

Participant's Email Address: elbairis2009@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 145396

Nature of Claim: Public Employee and Pension/Retired Claims

By: Elba I. Martinez Morales
    Signature

Elba I. Martinez Morales
Print Name

_____
Title (if Participant is not an individual)

30-9-21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re*
*Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba I. Martinez
He-04 Box 17970
Camuy, P.R. 00627

RECEIVED & FILED
2021 SEP -9 PM 4:35
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District
Court Office
150 Ave Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

31 AUG 2021 PM 4:1

MEMPHIS TN 380



FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L Vicente Isaac_

Participant's Address: _1001 Bouganvillea Ave Tampa Fl 33612_

Participant's Email Address: _Cacara 40 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Carmen L Vicente Isaac_
Signature

_Carmen L Vicente Isaac_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen R Vicente Isaac
1001 Bouganvillea ave.
Tampa FL 33612

RECEIVED & FILED
2021 SEP -9 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

Court's Cleack's Office
United State District Court Cleacks
Office, 150 ave Carlos Chardon Ste 150
San Juan P.R. 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

00918-170625

TAMPA FL 335
SAINT PETERSBURG FL
1 SEP 2021 · PM 3 · L

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Griselle Viñales Hernández_

Participant's Address: _P.O. Box 118, Dorado, PR 00646-0118_

Participant's Email Address: _N/A_

Name of Counsel: _Lic. Ivonne Gonzalez Morales_

Address of Counsel: _Edificio Gallardo, San Juan, PR 00921_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Salary Debt_

By: _Griselle Viñales Hdez_
Signature

_Griselle Viñales Hernández_
Print Name

_____
Title (if Participant is not an individual)

_August 25, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Griselle Viñales Hernández
P.O. Box 118
Dorado, PR 00646-0118

RECEIVED & FILED
2021 SEP -9  PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
'31 AUG 2021 PM 4 L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys Burgos Rodríguez_

Participant's Address: _Ext. Jacaguax Calle 4 #49 Diez P.R. 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1635-21- 163643 - 163492_

Nature of Claim: _____

By: _____
     Signature

_Gladys Burgos Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_8-26 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 40

De.: Eladio Burgos Rodriguez
Ext. Ext. Portugues
Calle 4 # 90 Bo. Singleton P.R. 00795

MEMPHIS TN 380    28 AUG 2021 PM 1  L

United States District Court Clerks
Office 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-17-64

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vivian E. Mateo Bermudez_

Participant's Address: _2 Franklin Town Blvd # 1601 Philadelphia PA 19103_

Participant's Email Address: _vivianmateo1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51587_

Nature of Claim: _Salary increases not received from Education Department_

By: _Vivian E Mateo Bermudez_
Signature

_Vivian E. Mateo Bermudez_
Print Name

_____
Title (if Participant is not an individual)

_8/22/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

V. Mateo Bermudez
2 Franklin Town Blvd
# (601)
Philadelphia, PA 19163

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 40

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Suite. 150
San Juan, P.R. 00918-1767



PHILADELPHIA PA 190

24 AUG 2021  PM 5  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Margarita Rivera*

Participant's Address: *P.O. Box 1526 Arroyo, P.R. 00714*

Participant's Email Address: *margieriver 070.mr @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *171238*

Nature of Claim: *Salarias trabajados*

By: *Margarita Rivera*
Signature

*Margarita Rivera*
Print Name

_____
Title (if Participant is not an individual)

*7 septiembre 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Case 1703283*

Margarita Rivera
P.O. Box 1526
Arroyo, P.R 00714

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 40

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R 00918-1767


FOREVER / USA

PRIORITY® MAIL ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 09/08/21

USPS TRACKING® #

9505 5103 3328 1250 4933 81

EP14H July 2013 Outer Dimension: 10 x 5

U.S. POSTAGE PAID
PM 1-DAY
ARROYO, PR
00714
SEP 07 21
AMOUNT
$7.95
R2304M114202-20

1005

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Patricia Velez Vega

Participant's Address: 10 Ruta 25

Participant's Email Address: patricia.velez.vega@gmail.com

Name of Counsel: PROSKAUER ROSE LLP

Address of Counsel: Eleven Times Square New York, NY 10036

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-03566

Nature of Claim: Demand to The Financial Oversight and Management Board for US Commonwealth of PR

By: _[signature]_

Signature

Patricia Velez Vega

Print Name

_____

Title (if Participant is not an individual)

8-13-2021

Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9 PM 4:39

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Patricia Velez Vega
10 Ruta 25
Isabela, PR 00662 -

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4: 39

00918-170625

Discovery Notice to the Court clerks Off
USDC clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan PR, 00918-1767

MEMPHIS TN 380
31 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katharina feliciano Castillo_

Participant's Address: _Urb. Victoria calle Orquidea 5 Aguadilla 000603_

Participant's Email Address: _suarezkatharina@yahoo.com_

Name of Counsel: _P/A_

Address of Counsel: _P/A_

Email Address of Counsel: _P/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03566_

Nature of Claim: _Employees Retirement System of GCPR_

By: _Katharina feliciano Castillo_
    Signature

_Katharina feliciano Castillo_
Print Name

_____
Title (if Participant is not an individual)

_8·13·21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katharina feliciano
Urb. Victoria
Calle Orquidea 5
Aguadilla] P.R 00603

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 39

00918-170625

Discovery Notice to the Court Clerk's off.
U.S.D.C Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

31 AUG 2021  PM 2  L

MEMPHIS TN 380



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jeannette Correa Birriel_

Participant's Address: _HC 02 Box 14663 Carolina, P.R. 00987_

Participant's Email Address: _j.correa5767@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _138383_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _[signature]_
Signature

_Jeannette Correa Birriel_
Print Name

_____
Title (if Participant is not an individual)

_8-24-2021_
Date

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4:39

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeanette Correa Birriel
HC 02 Box 14663
Carolina, P.R. 00987

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4: 39

00918-170625

MEMPHIS TN 380

31 AUG 2021 PM 2 L

Discovery Notice to the Court's Clerk's Office at
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jennie Fornés Camacho_

Participant's Address: _Urb. Mansiones de Monterrey- 579 Calle Madrid_
_Yauco, P.R._

Participant's Email Address: _fornesjenniepr@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Notice of Intent to participate in discovery for confirmation of Commonwealth Plan of Adjustment._

By: _Jennie Fornés Camacho_
Signature

_Jennie Fornés Camacho_
Print Name

_____
Title (if Participant is not an individual)

_August 30, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9 PM 4:39

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 39

From: Jennie Fornés Camacho
Ueb. Mansiones de Monterrey
Calle Madrid 579
Yauco, P.R. 00698-2571

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

00918-170625

MEMPHIS TN 380

31 AUG 2021 PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  José Cruz Colón

Participant's Address:  HC 2 Box 8159 Yabucoa, P.R 00767

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  No. 17 BK 3283-LTS

Nature of Claim:  Promesa Title III

By:  X _José Cruz Colón_____
    Signature

  José Cruz Colón
    Print Name

  _____
    Title (if Participant is not an individual)

  8-23-21
    Date

2021 SEP -9 PM 4:39
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Cruz Colón
HC 2 Box 8159
Yabucoa, P.R. 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4: 39

00918-1706025

U.S. District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

31 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilma del C. Medina Ocasio_

Participant's Address: _PO Box 366, Luquillo, PR 00773_

Participant's Email Address: _Consejera1080@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57716_

Nature of Claim: _Public Employee claims_

By: _Vilma del C. Medina Ocasio_
Signature

_Vilma del C. Medina Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_30 / August / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9 PM 4: 38

**Exhibit A**

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 57126 | FELICIANO TARAFA, ALEXIS | Union Grievance Claims | $ - |
| 57128 | BETANCOURT FUENTES, MARTA ROSA | Public Employee and Pension/Retiree Claims | $ 5,400.00 |
| 57169 | SALAZAR, AWILDA RIVERA | Public Employee and Pension/Retiree Claims | $ 63,114.60 |
| 57268 | RODRIGUEZ RIVERA, MARIA I. | Public Employee and Pension/Retiree Claims | $ 56,682.05 |
| 57279 | NEVAREZ MARRERO, ANEBIS | Public Employee and Pension/Retiree Claims | $ 40,000.00 |
| 57309 | VILLEGAS RIVERA, NAYDA  L. | Public Employee and Pension/Retiree Claims | $ 58,587.86 |
| 57320 | CANCIO MEDINA, ANTONIO M. | Public Employee Claims | $ 11,000.00 |
| 57329 | SANCHEZ MASCARO, MARIA LUISA | Public Employee and Pension/Retiree Claims | $ 34,431.17 |
| 57348-1 | MARRERO NEVAREZ, MAYRA | Public Employee Claims | $ - |
| 57354 | RODRIGUEZ, SYLVIA ALVAREZ | Public Employee Claims | $ 14,856.00 |
| 57364 | SOTO, YAMIL PEREZ | Public Employee Claims | $ 6,200.00 |
| 57374 | SOSA VARELA, AMARILIS | Public Employee and Pension/Retiree Claims | $ 33,316.38 |
| 57383 | BAEZ BAEZ, LYDIA I | Public Employee and Pension/Retiree Claims | $ 11,077.14 |
| 57419 | MERCADO ACEVEDO, AMILCAR | Public Employee and Pension/Retiree Claims | $ - |
| 57421-1 | PAGAN MORALES, DOLLY | Public Employee Claims | $ 22,200.00 |
| 57435 | COLLAZO ROSADO, MARIA DOLORES | Public Employee and Pension/Retiree Claims | $ 55,638.20 |
| 57465 | COLON FUENTES, BRENDA I. | Public Employee and Pension/Retiree Claims | $ 19,800.00 |
| 57489 | CRUZ, GLADYS SANTANA | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 57556 | FELICIANO ECHEVARRIA, SILKA J. | Public Employee and Pension/Retiree Claims | $ 101,820.12 |
| 57704-1 | GONZÁLEZ RIVERA, NESTOR J. | Public Employee Claims | $ - |
| 57716 | MEDINA OCASIO, VILMA DEL C. | Public Employee Claims | $ 4,800.00 |
| 57733 | BURGOS PARIS, LEIDA I | Public Employee Claims | $ 20,000.00 |
| 57743 | FONTANEZ FLECHA, DEBORA | Public Employee and Pension/Retiree Claims | $ 108,000.00 |
| 57796 | ARROYO LUCENA, LUZ N | Public Employee and Pension/Retiree Claims | $ 15,000.00 |
| 57800 | LEDESMA MOULIER, ZENAIDA | Public Employee and Pension/Retiree Claims | $ 1,600.00 |
| 57808 | SANTIAGO RODRIGUEZ, ELIZABETH | Public Employee and Pension/Retiree Claims | $ - |
| 57839 | RIVERA ORTIZ, FELIPE | Public Employee and Pension/Retiree Claims | $ - |
| 57860 | VELEZ AROCHO, CYNTHIA M | Public Employee Claims | $ 6,032.60 |
| 57884 | RODRIGUEZ PADILLA, SHEILA M. | Public Employee and Pension/Retiree Claims | $ - |
| 57899 | CARMONA FIGUEROA, SONIA  NOEMI | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 57929 | CARTAGENA, ADELAIDA | Public Employee and Pension/Retiree Claims | $ - |
| 57949 | CRUZ GONZALEZ, EVELYN | Public Employee and Pension/Retiree Claims | $ 6,300.00 |
| 57952 | DIAZ DE JESUS, MELBA I. | Public Employee and Pension/Retiree Claims | $ 17,000.00 |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4: 39

Ulnadt Nubrullear
PO Box 366
Aguada, PR 00173

00916-170625

U.S. District Court, Clerk's Office
150 Ave Carlos Chardon Ste
150, San Juan, 00918-1767

MEMPHIS TN 380

31 AUG 2021 PM 5 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katherine L. Rivera Mangual_

Participant's Address: _HC 04 Box 22048 Juana Diaz, PR 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83327_

Nature of Claim: _Employees Retirement System_

By: _Katherine L. Rivera Mangual_
Signature

_# 17 BK 3283-LTS_

_Katherine L. Rivera Mangual_
Print Name

_____
Title (if Participant is not an individual)

_27 de agosto de 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9 PM 4:38

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 38

Katherine L. Rivera Mangual
HO 04 Box 22018
Juana Díaz , PR 00795

0091881706 0018

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan PR 00918-1767



FOREVER USA
love

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juliaris N. Arroyo Hernández

Participant's Address: Hc-01 Box 4946

Participant's Email Address: juliaris1441@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Intent to participate in Discovery

By: _Juliaris Arroyo_
Signature

Juliaris N. Arroyo Hdez
Print Name

_____
Title (if Participant is not an individual)

08/23/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9 PM 4:38

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JULIARIS N ARROYO HERNANDEZ
HC 01 BOX 4946.
UTUADO PR 00641

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4: 38

00918-170625

UNITED STATES DISTRIC COURT
CLERK'S OFFICE
150 AVE CHARDON STE 150
SAN JUAN PR 00918-1767

MEMPHIS TN 380

28 AUG 2021 PM 4 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosita Cruz Cruz_

Participant's Address: _Apdo 918, Camuy, PR. 00627_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134546_

Nature of Claim: _Public Employee and pension—_
_Retiree claims_

By: _Rosita Cruz Cruz_
Signature

_Rosita Cruz Cruz_
Print Name

_Individual_
Title (if Participant is not an individual)

_08-30-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosita Cruz
Apdo 918
Camuy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2021 SEP -9  PM 4: 38

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
31 AUG 2021 PM 5 L


FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Rosita Cruz Cruz_

Participant's Address: _Apdo 918, Camuy, P.R. 00627_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _142146_

Nature of Claim: _Public Employee and pension — Retiree Claims_

By: _Rosita Cruz_
    Signature

_Rosita Cruz Cruz_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 – 30 – 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP -9  PM 4: 38

Rosita Cruz
Apdo 918
Camuy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4: 38

00918-170625

MEMPHIS TN 380

31 AUG 2021 PM 5 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosita Cruz Cruz_

Participant's Address: _Apdo 918, Camuy P.R. 00627_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128855_

Nature of Claim: _Public Employee and pension—Retiree claims_

By: _Rosita Cruz Cruz_
Signature

_Rosita Cruz Cruz_
Print Name

_Individual_
Title (if Participant is not an individual)

_08-30-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2021 SEP -9 PM 4: 38

Rosita Cruz
Apdo 918
Camuy, P.R.
00627

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

31 AUG 2021 PM 5 L

MEMPHIS TN 380



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rosita Cruz Cruz*

Participant's Address: *Apdo 918, Camuy, P.R. 00627*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *162204*

Nature of Claim: *Public Employee and pension - Retiree Claims*

By: *Rosita Cruz Cruz*
Signature

*Rosita Cruz Cruz*
Print Name

*Individual*
Title (if Participant is not an individual)

*08-30-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosita Cruz
Apdo 918
Camuy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP -9 PM 4: 38

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 5 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Iris M. Arbelo_

Participant's Address: _PO Box 339 - Camuy, P.R. 00627_

Participant's Email Address: _iris arbelo nieves @ yahoo.es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151260_

Nature of Claim: _Public Employee and pension._

By: _Iris M. Arbelo_
   Signature

_Iris M. Arbelo_
Print Name

_Individual_
Title (if Participant is not an individual)

_30 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Iris M. Arbelo
PO Box 339
Camoy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9 PM 4:38

00918-170449

United States District
Court, Clerks Office,
150 Ave. Carlos Chardon Ste.
150, San Jean, P.R. 00918-
17607

MEMPHIS TN 380
31 AUG 2021 PM 5 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M. Arbelo_

Participant's Address: _PO Box 339_

Participant's Email Address: _iris Arbelonieves @ yahoo - es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _13 4209_

Nature of Claim: _Public Employee and pension._

By: _Iris M. Arbelo_
    Signature

_Iris M. Arbelo_
Print Name

_Individual_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Iris M. Arbelo
PO Box 339
Camoy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4: 38

00918-170449

MEMPHIS TN 380
31 AUG 2021 PM 5 L

United States District
Court, Clerks Office,
150 Ave. Carlos Chardon Str.
150. San Juan, P.R. 00918 -
17607

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M. Arbelo_

Participant's Address: _PO Box 339 - Camuy, P.R. 00627_

Participant's Email Address: _iris arbelo nieves @ yahoo . es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134209_

Nature of Claim: _Public Employee and pension._

By: _Iris M. Arbelo_
Signature

_Iris M. Arbelo_
Print Name

_Individual_
Title (if Participant is not an individual)

_30-agosto-2021_
Date

2021 SEP -9  PM 4:3_
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Iris M. Arbelo
PO Box 339
Camuy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4:38

00918-170449

United States District
Court, Clerks Office
150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-
1767

MEMPHIS TN 380

31 AUG 2021 PM 5 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M. Arbelo_

Participant's Address: _PO Box 339_

Participant's Email Address: _iris arbelonieves @ yahoo - es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _138,415_

Nature of Claim: _Public Employee and pension._

By: _Iris M. Arbelo_
Signature

_Iris M. Arbelo_
Print Name

_Individual_
Title (if Participant is not an individual)

_30 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Iris M. Arbelo
P.O. Box 339
Camoy, P.R.
00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -6   PM 4:38

00918-1704449

MEMPHIS TN 380

31 AUG 2021 PM 5 L

FOREVER / USA

United States District
Court, Clerks Office,
150 Ave. Carlos Chardón Ste.
150, San Juan, P.R. 00918-
1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Fonseca Cruz_

Participant's Address: _P. O Box 1526 Arroyo, P.R. 00714_

Participant's Email Address: _margieriver 070.mr @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 12 07_

Nature of Claim: _Salarios trabajados_

By: _Margarita Rivera_ (esposa)
   Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_7 de sept. 2021_
Date

*Mi esposo Juan Fonseca murió el 24 de diciembre 2021. Adjunto copia certificado defuncion S. social 6671*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
21 SEP -9 PM 4:40



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2020-00516-030518-224215-02269963

NOMBRE DEL FALLECIDO (DECEASED NAME)
JUAN FONSECA CRUZ

SEXO (SEX)
M

ESTADO CIVIL (MARITAL STATUS)          NOMBRE CONYUGE (SPOUSE'S NAME)
CASADO (MARRIED)                        MARGARITA RIVERA

FECHA DEFUNCION (DEATH DATE)           FECHA REGISTRO (REGISTRATION DATE)
24 DIC 2020                             29 DIC 2020

LUGAR DEFUNCION (DEATH PLACE)          FUE EMBALSAMADO? (EMBALMED?)
GUAYAMA, PUERTO RICO                    NO FUE EMBALSAMADO (NOT EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)          EDAD (AGE)
29 AGO 1942                             78 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
PATILLAS, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)       NOMBRE DE LA MADRE (MOTHER'S NAME)
CATALINO FONSECA                        FELICITA CRUZ

FECHA EXPEDICION (DATE ISSUED)
11 ENE 2021

ESTE ES UN ABSTRACTO DEL DEFUNCION DE    THIS IS AN ABSTRACT OF THE RECORD
DEFUNCION ORIGINALMENTE INSCRITO EN EL    FILED IN THE DEMOGRAPHIC REGISTRY OF
REGISTRO DEMOGRAFICO DEL PUERTO RICO,     PUERTO RICO ISSUED UNDER THE
BAJO LA AUTORIDAD CONFERIDA POR LA LEY    AUTHORITY OF LAW 22, APRIL 22, 1931
DEL 22 DE ABRIL DE 1931

SECRETARIO DE SALUD
SECRETARY OF HEALTH

DIRECTOR REGISTRO DEMOGRAFICO
STATE REGISTRAR

Sello
Estado Libre Asociado
Departamento
Registro Dem
Arroyo

$120
01/04/2021
$10.00

Sello de Rentas Internas
0007-1-2021-0104-978431072

ADVERTENCIA/WARNING: No es válido sin la presencia de una Marca de Agua.
Not valid without seen Watermark.
Cualquier alteración, raspadura o tachadura anula esta Certificación.
Void if altered or erased.

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED

Margarita Rivera
*Juan Fonseca Cruz
P.O. Box 1526
Arroyo, P.R. 00714

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP -9  PM 4:40

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR  00918-1767



