Número de reclamación **171214**
31 de agosto de 2021

**ASUNTO**: Solicitud de Réplica

Agustín González Velázquez
Hc 64 Buzón 6948
Patillas, PR 00723
787-558-0988
ive.gonzalez67@gmail.com

Tribunal de Distrito de Estados Unidos
Para el Distrito de Puerto Rico
Commonwealth of Puerto Rico
Claim number 171214

El motivo en la que me opongo en la objeción global consiste en la Sentencia NUNC PRO TUNC dictada en el caso Núm. KAC96-1381. Ante este particular no estoy de acuerdo con la objeción, pues hay una sentencia previa dictada por el Centro Judicial de San Juan. Entre los casos que reclamo se encuentran la demanda de Alfredo Maldonado Rodríguez y otros versus Zoé Laboy Alvarado y otros. También reclamo la denegación del Sistema de Retiro de Puerto Rico cuyo número de reclamación es el 171214. Ese número aplica en ambos casos. El costo de las demandas consiste, primero, de $20,000, entiéndase la relacionada con la de Alfredo Maldonado Rodríguez. Mientras que la segunda demanda consiste en un monto de $30,000 aplicable al Sistema de Retiro de Puerto Rico. Por lo tanto, solicito revisión de casos para que se tome una decisión correspondiente.

Adjunto copia de la Sentencia Nunc Pro tunc dictada en el caso Núm. KAC96-1381

Atentamente,

*Agustín González Velázquez*
Agustín González Velázquez