*Número de Evidencia de Reclamación:* **171214**
*Reclamante:* **Gonzalez Velazquez, Agustin**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
    - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

        _Uea anejo_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _Uea anejo_

Batch 8



*Número de Evidencia de Reclamación:* 171214
*Reclamante:* Gonzalez Velazquez, Agustin

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de Corrección y Rehabilitación

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Comenze 5 de Julio de 1977 hasta 30 de Octubre de 1996.

3(c). Últimos cuatro dígitos de su número de seguro social: 0381

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   
   Vea Anejo

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   Departamento De Corrección / Departamento de Justicia

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   Tribunal de Primera Instancia Sala San Juan, P.O Box 190887 San Juan P.R. 00919-0887

4(c). Número de caso: Civil Num. KAC 96-1381

4(d). Título, epígrafe, o nombre del caso:
   Alfredo Maldonado Rodriguez y Otros
   U.S. Zoe Laboy Alvarado y otros

Batch 8

2

*Número de Evidencia de Reclamación:* **171214**
*Reclamante:* **Gonzalez Velazguez, Agustin**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Sentencia nunc Pro Tunc; tramite unteriores necesario

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
28 de Junio de 2002 monto adeudado aún por determinarse, vease Contestacion a Pregunta #2



Scanned by CamScanner

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ Y otros<br>Demandante<br><br>vs.<br>ZOE LABOY ALVARADO Y otros<br>Demandados | CIVIL NUM.: KAC96-1381<br>KAC97-0144<br>KAC98-0530<br>KAC98-0531<br>(CONSOLIDADOS)<br><br>SOBRE: SENTENCIA DECLARATORIA |

## SENTENCIA NUNC PRO TUNC

Los demandantes reclaman el pago de los aumentos de sueldos y de los pasos por servicios activo prestados unos en la Administración de Corrección de Puerto Rico y otros en el Cuerpo de Bomberos de Emergencias Estatal, según sea el caso, durante los períodos de tiempo requeridos y enmarcados en las leyes en que basan su reclamación, y los cuales aumentos de sueldo o pasos dispuestos no le han sido pagados.

Como resultado de Vista Transaccional celebrada del caso, el día 4 de abril de 2000, el Tribunal dictaminó e indicó cómo habría de disponer en el caso, sobre lo cual hubo acuerdo entre las partes y especificando las directrices y el derecho aplicable al caso.

Analizando y evaluando los expedientes y las leyes aplicables, se dicta la presente Sentencia.

1. Se declara Ha lugar la reclamación incoada por los demandantes en el presente caso por entender que ellos tienen derecho a que se les paguen aquellos aumentos de sueldo y aquellos pasos por servicio activo, según dispuestos por ley, en aquellos casos en que aún no se les han reconocido o no se les ha efectuado el pago correspondiente.

2. Se ordena a la parte demandada y a la parte demandante el análisis de la reclamación de cada uno de los reclamantes en el caso, conforme a las leyes, las directrices y el derecho aplicable según esbozado, para determinar si se les ha reconocido o pagado o no los haberes a que tienen derecho. En los casos en que no se haya reconocido y/o no se haya efectuado el pago y proceda el mismo, deberá indicarse para cada demandante, el monto total que le

Scanned by CamScanner

corresponda a la fecha en que se haga el informe.

3. Que se determina que las leyes aplicables al caso de epígrafe son:

| | Fecha | Cantidad | Descripción |
|---|---|---|---|
| 1. | 12/julio/1979 | | Aumento de sueldo equivalente a un tipo o paso de la escala correspondiente a Ley 89 |
| 2. | 1/julio/1974 | $50.00 | Enmiendas a los Planes de Clasificación y Retribución, Reglamento de Retribución Uniforme de 7 de junio de 1984, según enmendado |
| 3. | 1/julio/1977 | $30.00 | Revisión al Plan Retributivo, supra |
| 4. | 1/julio/1979 | Ver normas | Aumento por Ley 3 |
| 5. | 1/julio/1980 | Ver normas | Revisión al Plan Retributivo, supra |
| 6. | 1/octubre/1983 | $30.00 | Aumento por Ley 12 de 27 de agosto de 1982 |
| 7. | 1/abril/1984 | Ver normas | Revisión al Plan Retributivo, Ley 84 de 3 de junio de 1983 |
| 8. | 1/octubre/1986 | $55.00 | Aumento por Ley 90 de 9 de julio de 1986 |
| 9. | 1/noviembre/1986 | $35.00 | Adelanto al Plan Retributivo, supra |
| 10. | 1/enero/1987 | Ver normas | Revisión a los Planes de Clasificación y Retribución, supra |
| 11. | 1/abril/1988 | $40.00 | Aumento por Ley 1 de 9 de febrero de 1988 |
| 12. | 1/julio/1990 | $50.00 | Aumento por Ley 7 de 7 de mayo de 1989 |
| 13. | 1/diciembre/1991 | Se aseguró un mínimo de $30 a los Oficiales de Custodia y $20 a los empleados civiles | Revisión a los Planes de Retribución, supra |
| 14. | 1/julio/1993 | $100.00 | Ley 26 de 23 de julio de 1993, Aumento a la serie de clase de Oficiales de Custodia y Técnicos de Servicios Sociopenales |

Scanned by CamScanner

| | | | |
|---|---|---|---|
| 15. | 1/octubre/1994 | $100.00 | Ley 100 de 91 de septiembre de 1994, Estipulación Estatal sobre "Personal de Custodia y Manejo" de 1 de septiembre de 1994, Aumento a la escala de "Aumento a la escala Oficial de Clase de Custodia y Técnicos de Servicios Sociopenales. |
| 16. | 1/julio/1995 | $180.00 | Ley 370 de 12 de agosto de 1995, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, 1 de septiembre a la serie de Aumento a la escala de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 17. | 1/julio/1995 | $200.00 | Orden del Administrador y OPG Aumento a Superintendentes y Supervisores Regionales. |
| 18. | 1/agosto/1995 | $125.00 | Aumento por Productividad y Eficiencia a empleados civiles con un año o más en la Administración y productividad excelente o buena. |
| 19. | 1/noviembre/1995 | $60.00 | Ley 124 de 9 de agosto de 1995 (transitorios y regulares) |
| 20. | 1/octubre/1997 | $100.00 | Adelanto Plan Retributivo Personal Administrativo y Apoyo |
| 21. | 1/abril/1998 | $100.00 | Adelanto al Plan Retributivo a Oficiales de Custodia y Técnicos de Servicios Sociopenales. |
| 22. | 1/julio/1999 | $100 o menos | Adelando al Plan Retributivo, supra |

4. La representación legal de la parte demandada conjuntamente con la representación legal de los demandantes preparará y someterá al Tribunal hojas de cómputo y de liquidación en las que se indicarán las cantidades que hay que pagar a cada demandante, siguiendo las directrices y el derecho aplicable al caso. Al radicar en el Tribunal los originales de las hojas de cómputo y liquidación, la parte demandada, a través de la Administración de Corrección de Puerto Rico, o del Cuerpo de Bomberos de Emergencias Estatal según sea el caso, notificará y

Scanned by CamScanner

entregará una copia de dichas hojas de cómputo y de liquidación a la representación legal de los demandantes.

5. La parte demandada preparará y radicará en el Tribunal, suministrando copia a la representación legal de los demandantes, las nóminas necesarias para efectuar el pago a los demandantes. Las nóminas contendrán: (a) los nombres y otra identificación de los demandantes; (b) el total de lo adeudado y a ser cobrado por cada demandante en pleito; (c) la cantidad retenida para el pago de retiro de cada demandante; (d) la cantidad retenida por concepto de seguro social; (e) la cantidad retenida por concepto de contribución sobre ingresos; (f) la cantidad retenida por concepto de honorarios; (g) la cantidad neta correspondiente a cada demandante y consignada a su favor en la Secretaría del Tribunal.

6. Una vez se determine el monto individual agregado, si alguno, del total de las reclamaciones se procederá a consignar dicha cantidad en el presupuesto de la agencia demandada. Para poder así, ésta efectuar la consignación de fondos contemplados en la estipualación, procediendo así con el pago a los demandantes. De convenirlo las partes, el pago podrá efectuarse en forma más acelerada. Cualquier otra forma o sistema de pago que las partes acuerden, distinto al aquí indicado, será informado conjuntamente y por escrito por los abogados de las partes.

7. Los demandantes tiene derecho a que se les pague intereses legales, por sentencia, a razón del porciento anual fijado por la Junta Financiera, desde la fecha de esta sentencia, hasta su pago. Por lo tanto, resulta de interés para el Estado Libre Asociado de Puerto Rico que el pago se efectúe dentro del tiempo más breve posible.

REGISTRESE Y NOTIFIQUESE.

DADA en San Juan, Puerto Rico, a 28 de junio de 2002.

JUEZ SUPERIOR
MIGUEL J. FABRE RAMIREZ
JUEZ SUPERIOR

CERTIFICO
SECRETARIO RIVERA
SECRETARIA AUXILIAR

Scanned by CamScanner