# **EXHIBIT 2**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Adan N. Ortiz-Recio

Participant's Address: Calle Santa Rosa #23, Lajas, P.R. 00667

Participant's Email Address: Lourdes ortiz94@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Ley 89-Incentivo

By: *Adan N. Ortiz Recio*
Signature

Adan N. Ortiz-Recio
Print Name

_____
Title (if Participant is not an individual)

13 de agosto de 2021
Date

RECEIVED
SEP 07 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Adan N. Ortiz-Recio

Participant's Address: Calle Santa Rosa #23, Lajas, P.R. 00667

Participant's Email Address: Lourdesortiz94@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Ley 89 - Incentivo, Vacaciones y Enfermedad

By: _[signature]_
Signature

Adan N. Ortiz-Recio
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adan Ortiz Recio
Calle Santa Rosa 23
Lajas P.R. 00667

MEMPHIS TN 380
28 AUG 2021 PM 5 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y.
10163 4850

RECEIVED
SEP 07 2021
PRIME CLERK LLC

10163-485050