# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: BenJaMiN PaboN ORTIZ

Participant's Address: HC-4-Box 6461-Yabucoa P.R. 00767

Participant's Email Address: _____

Name of Counsel: HeRMaNN D. BaueR

Address of Counsel: 250 MuÑoz Rivera·Ave.S.J.P.R.00918-Suite 800

Email Address of Counsel: info@oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283-LTS

Nature of Claim: _____

By: _Benjamin Pabon Ortiz_
Signature

BenJaMiN PaboN OrTiz
Print Name

RECEIVED
SEP 08 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

08/11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Benjamin Pabón Ortiz
HC 4 Box 6461
Yabucoa, P.R. 00767

MEMPHIS TN 380
4 SEP 2021 PM 2 L

RECEIVED
SEP 08 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850