# EXHIBIT 6

RECEIVED

SEP 01 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Santiago Burgos_

Participant's Address: _HC-5 Bof 13080 Juana Diaz, P.R. 00795_

Participant's Email Address: _pitonegron@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97263_

Nature of Claim: _El Romeraso, Ley 89 Incentivo Sila Calderon, Escala Salarial pasos, 3% Costo Vida de Retirado_

By: _Carmen Santiago Burgos_
    Signature

_Carmen Santiago Burgos_
Print Name

RECEIVED

SEP 03 2021

PRIME CLERK

_____
Title (if Participant is not an individual)

_9/1/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**FedEx Express** — International Air Waybill

Origin Copy

**1 From**

Date: 09 02 21

Sender's FedEx Account Number:

Sender's Name: Jenny Vega

Company: DDS Blue

Address: 850 Ave. Tito Castro

Address: Corr. 14

City: Ponce

State/Province: PR

Country:

ZIP/Postal Code: 00716

Email: Jenny.Vega@ddsandphotos.com

Internal Billing Reference: Doc Count 03

**2 To**

28 ☐ Residential Delivery

Recipient's Name: Pr. Ballet, Luceassy   Phone: 2122574369

Company: PRIME CLERK

Address:

Address: 850 3RD AVE STE 412   Dept./Floor

City: BROOKLYN

State/Province: NY

Country: US

ZIP/Postal Code: 11232

Email Address:

Recipient's Tax ID Number for Customs Purposes:

**3 Shipment Information**

Total Packages:   Total Weight:   kg   DIM

Commodity Description:

Legal Docs

RECEIVED
SEP 03 2021
PRIME CLERK

Value for Customs:

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number, no license required in FAIR, not subject to FAIR.
For U.S. Export Only: Check One   ☐ No EEI required, enter exemption number:
☐ Yes - Enter AES proof of filing citation.

Total Declared Value for Carriage:

Total Value for Customs (Specify Currency):

**FedEx Tracking Number:** 8124 5398 9135   0402   Form ID No.

**4 Express Package Service**

NOTE: Service order has changed. Please select carefully.

06 ☒ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**5 Packaging**

06 ☐ FedEx Envelope   02 ☒ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options**

01 ☐ HOLD at FedEx Location   02 ☐ SATURDAY Delivery

10 ☒ Direct Signature   34 ☐ Indirect Signature

**7 Payment**   Complete required fields on both transportation charges and duties and taxes.

Bill transportation charges to:

1 ☐ Sender   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Cheque

FedEx Acct. No.: 5055-8954-7

Total Transportation

Credit Card Exp. Date:

Bill duties and taxes to:

1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Cheque

FedEx Acct. No.:

**8 Required Signature**

Sender's Signature:

Recipient's Signature:

662

Origin Station ID: PSEA   Country Code/Destination Station ID: US/FGTA XI FGTA   URSA Routing

Handling Units
Total Volume (cm)

Received At:   ☐ Reg. Stop   ☐ On-Call Stop   ☐ Drop Box   ☐ World Service Center   ☐ Station   Forms Attached: ☐ CI   ☐ CO

Base Charges   Declared Value Charge   DCA/ SPA   COD/ Col. Courier   Credit Card Auth.

9/3   16

PART 159406 • Rev. Date 8/13 • © 1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill