# EXHIBIT 8

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cristobal SANTIAgo moliNA

Participant's Address: HC #2 Box 7911 yAbucoA. P.R. 00767

Participant's Email Address: MoliNA cristobal1738@gmail.com

Name of Counsel: HermANN D. BAker

Address of Counsel: 250 Muñoz Rivera Ave. SJ. P.R 00918 suite 800

Email Address of Counsel: Inf.@ oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BR 3283-LTS

Nature of Claim:

By: Cristobal Santiago Molina
Signature

Cristobal SANTIAgo moliNA
Print Name

Title (if Participant is not an individual)

09/01/2021
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cristobal Santiago
HC# 2 Bo 7911
Yabucoa P.R. 00767

MEMPHIS TN 380
4 SEP 2021 PM 3 L

RECEIVED
SEP 08 2021
PRIME CLERK LLC

Primeclerk LLC
Grand Central Station
P.O Box 4708
New York NY 10163-4708