# EXHIBIT 9

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Deborah Saudi Narváez Beauchamp
Participant's Address: Urb. Villa España Calle Salamanca F 3, Bayamon, Puerto Rico 00691
Participant's Email Address: rmcastrillon@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

new address

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SR#55176 PACKID: 254533 MMLID: 2035389-D SVC: MM-PC

Nature of Claim: Education Department of Puerto Rico Teacher's debt

By: _Deborah J. Narváez Beauchamp_
Signature

Deborah S. Narváez Beauchamp
Print Name

_____
Title (if Participant is not an individual)

August 24, 2021
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Deborah S. Narváez Beauchamp
Urb Villa España
F-3 calle Salamanca
Bayamón, PR 00961

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

RECEIVED
SEP 08 2021
PRIME CLERK

1016334850 B097