# EXHIBIT 11

Case:17-03283-LTS Doc#:18075-11 Filed:09/12/21 Entered:09/12/21 20:30:26 Desc:
Exhibit 11 - Eddie M Rodriguez Rivera Page 2 of 3

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eddie M. Rodriguez Rivera_

Participant's Address: _1644 Clairton Rd West Mifflin PA 15122_

Participant's Email Address: _yasmineddie@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 03283 LTS_

Nature of Claim: _Promesa Titulo III_

By: _Eddie M. Rodriguez Rivera_
Signature

_Eddie M. Rodriguez Rivera_
Print Name

_Teacher_
Title (if Participant is not an individual)

_1982 - 1991_
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eddie M. Rodriguez
1644 Clairton Rd
West Mifflin PA 15122

PITTSBURGH PA 150
3 SEP 2021 PM 3 L

RECEIVED
SEP 08 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station P.O. Box 4708
New York, N.Y 10163-4708

10163-470808