# EXHIBIT 12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elisa Hernández Amaro

Participant's Address: Urb Lirios Cala II 490 Street San Ignacio Juncos PR 00777

Participant's Email Address: elisa32024@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: Elisa Hernándy Amaro
Signature

Elisa Hernández Amaro
Print Name

Title (if Participant is not an individual)

08/26/2021
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elisa Hernandez Amaro
Urb. Lirios Cala II 490
Calle San Ignacio
Juncos PR 00777

MEMPHIS TN 380
4 SEP 2021 PM 4 L

RECEIVED
SEP 08 2021
PRIME CLERK LLC

10163-470808

Prime Clerk LLC
Grand Central Station
PO BOX 4708
New York, NY 10163-4708