# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eyda Galarza Sánchez

Participant's Address: HC-05 Box 56106 Caguas, P.R. 00725

Participant's Email Address: galarzaeida958@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 135379

Nature of Claim: 17 BK 03283-LTS

By: *Eyda Galarza Sánchez*
Signature

Eyda Galarza Sánchez
Print Name

Retirada del Sistema de Retiro de Maestro (maestra)
Title (if Participant is not an individual)

30 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
SEP 08 2021
PRIME CLERK LLC

Eyda Galarza
HC-05 Box 56106
Caguas, P.R. 00725

MEMPHIS TN 380
4 SEP 2021 PM 2 L

RECEIVED
SEP 08 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P O Box 4850
New York, N.Y. 10163-4850

10163-485050