# EXHIBIT 17

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda T. Irizarry Rivera_

Participant's Address: _urb El valle, Robertes St 48 Lajas PR._

Participant's Email Address: _hilloan@yahoo.com_

Name of Counsel: ———

Address of Counsel: ———

Email Address of Counsel: ———

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 1154 Case No 17-3564 - Docket Entry No 129.55 ?_

Nature of Claim: _Promesa_

By: _Hilda J Irizarry_
Signature

_Hilda T Irzarry_
Print Name

_____
Title (if Participant is not an individual)

_August         2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

