# EXHIBIT 22

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jill Rodriguez Landin

Participant's Address: #2200 Ave Los Chalet Box 42 San Juan, PR 00126

Participant's Email Address: jill-rodlandin@gmail.com

Name of Counsel: Hermann D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave, Suite 800 San Juan PR 00918-1813

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: _[signature]_
Signature

Jill Rodriguez Landin
Print Name

_____
Title (if Participant is not an individual)

1 de sept, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Hernahn D. Bauer
250 Muñoz Rivera Ave
Suite 800 San Juan P.R.
00918-1813



Jill Rodriguez Landin
#200 Ave Chalet
Box 42 San Juan P.R.
00926