# EXHIBIT 24

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Felix Mora Martinez_

Participant's Address: _Apt. 443 Camuy PR. 00627_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _✓No. 17 BK 3283-LTS_

Nature of Claim: _Public Employee Claim_

By: _José F. Mora Martinez_
Signature

_José F. Mora Martinez_
Print Name

RECEIVED
SEP 03 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_8-22-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José F. Mora Martinez
Apt. 443
Camuy, P.R 00627

MEMPHIS TN 380
30 AUG 2021 PM 4 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York N.Y. 10163-4850

RECEIVED
SEP 03 2021
PRIME CLERK

10163-485050