# EXHIBIT 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Moreno Cordero_

Participant's Address: _Ext Santa Teresita Alodia #3843 - Ponce PR. 00730-4619_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK-3283 LTS - ID - 3481 - 8474_

Nature of Claim: _ID - 17-BK-3284 LTS - 17BK-3567 LTS_

By: _Lrds Moreno Cordero_
Signature

_Lourdes Moreno Cordero_
Print Name

RECEIVED
SEP 08 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_23 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lourdes Moreno Cordero

Participant's Address: Ext. Santa Teresita Alodia #3843- Ponce, P.R. 00730-4619

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK-3283-LTS — 17431- 3808

Nature of Claim: BK-3566 -JD- 9686 - BK- 4780

By: _Lourdes Moreno Cordero_
Signature

Lourdes Moreno Cordero
Print Name

_____
Title (if Participant is not an individual)

23 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lourdes Moreno Cordero

Participant's Address: Ext Santa Teresita Alodia #3843-Ponce, PR·00730-4619

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK-3283-LTS - ID-3481

Nature of Claim: 19-BK-5523 - ID- 3801 - 17BK-3284

By: _Lourdes Moreno Cordero_
Signature

Lourdes Moreno Cordero
Print Name

_____
Title (if Participant is not an individual)

23 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lourdes Moreno Cordero

Participant's Address: Ext. Santa Teresita Alodia #3843-Ponce, PR. 00730-4619

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 17 BK 3283-LTS

Nature of Claim: ID- 8474 - 17-3566 - 19-5523

By: *Lourdes Moreno Cordero*
Signature

Lourdes Moreno Cordero
Print Name

_____
Title (if Participant is not an individual)

23 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 100213 | FRAGOSO RODRIGUEZ, MARIE L. | Public Employee and Pension/Retiree Claims | $ 4,150.80 |
| 100221 | LEDEE MELENDEZ, MERCEDES | Public Employee and Pension/Retiree Claims | $ - |
| 100225 | MALDONADO MEDINA, JULIA | Public Employee and Pension/Retiree Claims | $ - |
| 100231 | BONILLA BONILLA, MARGOT | Public Employee and Pension/Retiree Claims | $ 50,000.00 |
| 100233 | ORTIZ PEREZ, MARIA MAGDALENA | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 100241 | SANTIAGO AYALA, LETICIA | Public Employee and Pension/Retiree Claims | $ - |
| 100254 | CRUZ DOMINICCI, ANA H. | Public Employee Claims | $ 35,000.00 |
| 100281 | MARTINEZ CRESPO, HECTOR I | Public Employee and Pension/Retiree Claims | $ 41,833.74 |
| 100301 | RIVERA ALVAREZ, ANA | Public Employee and Pension/Retiree Claims | $ - |
| 100309 | BUSSATTI PEREZ, ALFREDO R | Public Employee and Pension/Retiree Claims | $ - |
| 100338 | DIAZ LOPEZ, MARTA ROSA | Public Employee and Pension/Retiree Claims | $ - |
| 100374 | ROSARIO LOPEZ, EMILSIE I | Public Employee and Pension/Retiree Claims | $ 67,504.89 |
| 100386 | LABOY VARGAS, WALTER | Public Employee and Pension/Retiree Claims | $ - |
| 100394 | ELIAS RIVERA, MONICA I. | Public Employee and Pension/Retiree Claims | $ - |
| 100404 | RODRIGUEZ HERNANDEZ, ANTONIA | Public Employee and Pension/Retiree Claims | $ 8,500.00 |
| 100421 | RENTAS ROJAS, MILDRED ELISA | Public Employee Claims | $ 19,200.00 |
| 100433 | GONZALEZ RIVERA, NYLSA M. | Public Employee and Pension/Retiree Claims | $ - |
| 100466 | ALVARADO TORRES, ISIDRA | Public Employee and Pension/Retiree Claims | $ - |
| 100472 | MEDINA VELAZQUEZ, ANA L | Public Employee and Pension/Retiree Claims | $ - |
| 100475 | OLMEDA OLMEDA, ZULMA IRIS | Public Employee and Pension/Retiree Claims | $ - |
| 100476 | FELICIANO VELAZQUEZ, NANCY | Public Employee and Pension/Retiree Claims | $ 21,000.00 |
| 100479 | OLMEDA OLMEDA, ZULMA IRIS | Public Employee and Pension/Retiree Claims | $ - |
| 100482 | PINA GARCIA, ANA | Public Employee and Pension/Retiree Claims | $ - |
| 100485 | RIVERA-CRUZ, IVAN | Public Employee and Pension/Retiree Claims | $ - |
| 100507 | RONDON COSME, MILDRED | Public Employee and Pension/Retiree Claims | $ - |
| 100513 | GONZALEZ GONZALEZ, NEREIDA | Public Employee Claims | $ 14,400.00 |
| 100522 | RODRIGUEZ FIGUEROA, ELIZABETH | Public Employee and Pension/Retiree Claims | $ 29,414.68 |
| 100525 | GONZALEZ TORRES, MILAGROS | Public Employee and Pension/Retiree Claims | $ - |
| 100539 | BENTINE ROBLEDO, ASTRID E. | Public Employee and Pension/Retiree Claims | $ - |
| 100622 | ORTIZ RODRIGUEZ, DIGNA | Public Employee and Pension/Retiree Claims | $ - |
| 100641 | GONZALEZ COTTO, ANA M. | Public Employee and Pension/Retiree Claims | $ - |
| 100646 | REILLO RIVERA, CARMEN S | Public Employee and Pension/Retiree Claims | $ - |
| 100648 | MULER RODRIGUEZ, RAFAEL A. | Public Employee Claims | $ 5,000.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 99450 | CORDERO ACEVEDO, EVELYN | Public Employee and Pension/Retiree Claims | $ - |
| 99472 | ORTIZ, EDNA D. | Public Employee and Pension/Retiree Claims | $ - |
| 99485 | CAICOYA ORTIZ, LOURDES INES | Public Employee and Pension/Retiree Claims | $ - |
| 99489 | VELEZ RIVERA, MARILYN | Public Employee and Pension/Retiree Claims | $ 15,000.00 |
| 99501 | MONTANEZ MARRERO, LILLIAM | Public Employee and Pension/Retiree Claims | $ 24,000.00 |
| 99508 | BAEZ SANTANA, RAMON A. | Public Employee and Pension/Retiree Claims | $ 12,000.00 |
| 99524-1 | MORENO CORDERO, LOURDES | Public Employee Claims | $ 17,000.00 |
| 99531 | DEL CAMPO FIGUEROA, MARIA V. | Public Employee Claims | $ 20,000.00 |
| 99541 | REILLO RIVERA, CARMEN S. | Public Employee and Pension/Retiree Claims | $ - |
| 99599 | YERA SANTIAGO, BENJAMIN | Public Employee and Pension/Retiree Claims | $ - |
| 99617 | CORDERO ACEVEDO, EVELYN | Public Employee and Pension/Retiree Claims | $ - |
| 99626 | ORTIZ REYES, IVETTE | Public Employee Claims | $ 16,000.00 |
| 99661 | MUNIZ RUIZ, BETZAIDA | Public Employee and Pension/Retiree Claims | $ - |
| 99680 | FIGUEROA PEREZ, ALMA I. | Public Employee Claims | $ 31,250.00 |
| 99700 | VEGA COLÓN, MARIBEL | Public Employee and Pension/Retiree Claims | $ - |
| 99701 | LOPEZ SANCHEZ, JOHN | Public Employee and Pension/Retiree Claims | $ - |
| 99702 | SEPULVEDA, VERONICA | Public Employee and Pension/Retiree Claims | $ 1,000.00 |
| 99728 | ALVARADO MARTINEZ, MARIA DELIA | Public Employee and Pension/Retiree Claims | $ - |
| 99737 | LAUREANO GARCIA, JOSE | Public Employee Claims | $ 20,800.00 |
| 99764 | MORALES GASCOT, OTONIEL | Public Employee and Pension/Retiree Claims | $ - |
| 99778 | LOZADA HERNANDEZ, LUIS ARMANDO | Public Employee and Pension/Retiree Claims | $ - |
| 99828 | BERRIOS RIVERA, AIXA | Union Grievance and Public Employee Claims | $ 38,500.00 |
| 99852 | ORTIZ RODRIGUEZ, RAFAEL | Public Employee and Pension/Retiree Claims | $ - |
| 99901 | CABALLERO BONILLA, SANDRA M. | Public Employee Claims | $ 8,400.00 |
| 99921 | RIVERA ROSARIO, GERALDO | Public Employee and Pension/Retiree Claims | $ 25,000.00 |
| 99973 | BOCACHICA COLON, ABIGAIL | Public Employee and Pension/Retiree Claims | $ - |
| 100031 | RIVERA TOLEDO, NILDA MARIA | Public Employee Claims | $ 5,400.00 |
| 100034 | LAUREANO MARTINEZ, CARMEN I | Public Employee and Pension/Retiree Claims | $ 13,800.00 |
| 100068 | RIVERA MELENDEZ, PATRICIA | Public Employee and Pension/Retiree Claims | $ - |
| 100069 | NISTAL GONZALEZ, LLIANA | Public Employee Claims | $ 10,535.00 |
| 100129 | MELENDEZ RAMIREZ, KARLA M. | Public Employee and Pension/Retiree Claims | $ - |
| 100136 | CLASS MARTINEZ, NORA H | Public Employee and Pension/Retiree Claims | $ - |
| 100191 | BERBERENA MALDONADO, GLADYS | Union Grievance and Public Employee Claims | $ 56,000.00 |

Lourdes Moreno Cordero
Ext. Santa Teresita Alodia- 3843
Ponce, PR. 00730-4619



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

RECEIVED
SEP 08 2021
PRIME CLERK LLC