# EXHIBIT 26

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lydia E. García Méndez

Participant's Address: HC-03 Box 22477 Rio Grande 00745

Participant's Email Address: lydiagarcia.I.lg@gmail.com

Name of Counsel: The Financial Oversight and Management Board for Puerto Rico

Address of Counsel: Prime Clerk LLC Grand Central Station PO Box 4708 New York NY 10162-4708

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 -LTS

Nature of Claim: Employees Retirement System Commonwealth of Puerto Rico

By: _Lydia E. García Méndez_
Signature

_Lydia E. García Méndez_
Print Name

_____
Title (if Participant is not an individual)

23 Agosto, 2021
Date

**RECEIVED**
**SEP 0 8 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia E. Garcia Mendez
HC 03 Box 22477
Rio Grande, 00745

MEMPHIS TN MEMPHIS TN
30 AUG 2021 30 AUG 2021


FOREVER/USA

RECEIVED
SEP 08 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
Po Box 4708
New York, NY 10163-4708