# EXHIBIT 29

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria R. Ortiz Navarro_

Participant's Address: _Hc 4 Box 6461 Yabucoa P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _Hermann D. Bauer_

Address of Counsel: _250 Muñoz Rivera Ave. SJ P.R. 00918 suite 800_

Email Address of Counsel: _info@oneillborges.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Maria R. Ortiz Navarro_
Signature

_Maria R. Ortiz Navarro_
Print Name

_____
Title (if Participant is not an individual)

_08/27/2021_
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria R. Ortiz Navarro
HC-4 Box 6461
Yabucoa P.R 00767

MEMPHIS TN 380
4 SEP 2021 PM 4 L



RECEIVED
SEP 08 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050