# EXHIBIT 35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro A. Miró Sotomayor

Participant's Address: 2201 - Caer. 14 - Alborada Apt. 11501 Coto Laurel P.R. 00780-2320

Participant's Email Address: pedromiro2007@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

RECEIVED
SEP 08 2021
PRIME CLERK LLC

2. Participant's Claim number and the nature of Participant's Claim

Claim Number: 11287

Nature of Claim: Against Cofina; not for P.R. Retirement

By: /s/ Amiró
Signature

Pedro A. Miró Sotomayor
Print Name

My claim is for Cofina.

_____
Title (if Participant is not an individual)

26 Ag. 21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Several times I have notified that my claim is for Cofina not for the Puerto Rico Retirement; by telephone, buy mail. I has not being corrected. why? /s/ Amiró

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE   VERSION JULY 20, 2021   9

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro A. Miró Sotomayor

Participant's Address: 2201 Carr. 14 – Alborada – Apt. 11501
Coto Laurel – P.R. – 00780

Participant's Email Address: pedromiro@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 11287

Nature of Claim: Against Cofina; not P.R. Retirement bonds

By: _Miró_
Signature

Pedro A. Miró Sotomayor
Print Name

_/_
Title (if Participant is not an individual)

13 Ag 21
Date

My wife – Natividad Garcia Miro
claim – 34502
Against – Cofina

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Attached:

1 - 2 confirmation Discovery information
   - 13 Ag 21
   - 26 Ag. 21

2 - Delivery address cards

3 - Two proof. of claim # 11287
   # 34502

4. Again is mentioned
   That our claims are not for
   the P.R. Retirement Fund.
   - Our claim are to Cofina.
   - Correction has not been done
   in spite of our requests

Pedro A. Miró Sotomayor

Miró
26 Ag 21
Thanks

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Prime Clerk LLC
   Grand Central Station
   P.O. Box 4708, New York
   NY 10163-4708

   9590 9402 4566 8278 7070 48

2. Article Number (Transfer from service label)

   7014 2120 0002 5838 8027

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   8/17/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
     (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4566 8278 7070 48

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Pedro A. Miró Sotomayor
2201 Carr. 14
Cond. Alborada Apt. 11501
Coto Laurel, PR 00780-2320

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7014 2120 0002 5838 8022

Sent To: Prime Clerk LLC
Street & Apt. No., or PO Box No.: Grand Central Station
City, State, ZIP+4: P.O. Box 4708, New York, NY 10163

Form 3800, July 2014 — See Reverse for Instructions

**Prime Clerk**
830 Third Avenue, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 5/21/2018
Proof of Claim No.: 34502

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Natividad Garcia de Miro
2201 Carr. 14 Apt. 11501 Cond. Alborada
Coto Laurel, PR 00784

Cofina

80-232076

**Prime Clerk** LLC
830 Third Ave, 9th Floor
New York, NY 10022

30 MAY '18
PM 6 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 5/2/2018
Proof of Claim No.: 11287

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

PEDRO A. MIRO SOTOMAYOR
2201 CARR 14 APT 11501
COTO LAUREL, PR 00780-2320

Cofina

0-232076

Dr. Pedro A. Miró Sotomayor
2201 Carr. 14
Cond. Alborada Apt. 11501
Coto Laurel, PR 00780-2320

**CERTIFIED MAIL**



7020 1290 0001 6422 0741





U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
AUG 27, 21
AMOUNT
**$7.20**
R2304W119590-02

PRIME CLERK LLC
GRAND CENTRAL STATION
P.O. BOX 4708
NEW YORK, NY 10163-4708

**RECEIVED**
**SEP 08 2021**
PRIME CLERK LLC

10163-470608