# EXHIBIT 36

RECEIVED
SEP 03 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pura Ortiz Pagán

Participant's Address: P.O. Box 251 Hormigueros, PR 00660-0251

Participant's Email Address: puraortiz_75 gmail.com

Name of Counsel: Centro de recaudacion de ingresos Municipales

Address of Counsel: P.O. Box 195387 San Juan P.R. 00919-5387

Email Address of Counsel: https://www.crimpr.net

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 LTS

Nature of Claim: Wage Discrimination and Labor Marginalization

By: _Pura C Ortiz Pagán_
Signature

Print Name: Pura Ortiz Pagán

Title (if Participant is not an individual): _____

Date: 08-23-21

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: PURA C. ORTIZ
PO BOX 251
HORMIGUEROS, P.R. 00660-0251

7020 0090 0002 1235 0968




U.S. POSTAGE PAID
FCM LETTER
HORMIGUEROS, PR
00660
AUG 23, 21
AMOUNT
$7.00
R2305K134273-06

RECEIVED
SEP 03 2021
PRIME CLERK LLC

To: Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

1016304708 B096