# EXHIBIT 37

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Márquez Olmeda

Participant's Address: H.C. #2 Box 8616 Yabucoa, P.R. 00767

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: The Commonwealth of Puerto Rico

By: *[signature]* Rafael Márquez Olmeda
Signature

Rafael Márquez Olmeda
Print Name

III Promesa
Title (if Participant is not an individual)

10 / agosto / 2021
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Márquez Olmeda
H.C #2 Bn 8616
Yabucoa, P.R. 00767

RECEIVED
SEP 08 2021
PRIME CLERK

MEMPHIS TN 380
2 SEP 2021 PM 3 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York NY 10163-4850

10163-485050