# EXHIBIT 38

RECEIVED

SEP 01 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Rafael Negron Perez_

Participant's Address:  _HC-5 Box 13080 Juan Diaz P.R. 00795_

Participant's Email Address:  _pitonegrox@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _44267_

Nature of Claim:  _El Romance Ley 89 Ley Inencitivo Sila Calderon, Escala Salarial pasos, 3% costo de vida Retirado_

By:  _Rafael Negron Perez (Cam Janlig (Esposa))_
Signature

_Rafael Nigron Perez_
Print Name

_____
Title (if Participant is not an individual)

_9/1/2021_
Date

RECEIVED

SEP 03 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**FedEx** Express · *International Air Waybill*

Origin Copy

**1 From**

Date 09 02 21   Sender's FedEx Account Number

Sender's Name  Jenny Vega   Phone 87 81-2911

Company  DGS Police

Address  880 Ave. Tito Castro

Address  Carr. 14

City  Ponce   State/Province  P.R.

Country   ZIP/Postal Code  00716

Email Address  Jenny.Vega.child.and.phelps.com

Internal Billing Reference  Doc Count   03

**2 To**                                          28 ☐ Residential Delivery

Recipient's Name  P.R. Ballot Processing   Phone 2122574169

Company  PRIME CLERK

Address

Address  850 3RD AVE STE 412   Dept./Floor

City  BROOKLYN   State/Province  NY

Country  US   ZIP/Postal Code  11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages  Total Weight   kg   DIM   in   cm

Shipper's Load and Count/SLAC

Commodity Description   Value for Customs

Legal Doc's

**RECEIVED**
**SEP 03 2021**
**PRIME CLERK**

Has EEI been filed in AES?   No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
For U.S. Export Only: Check One   No EEI required, enter exemption number:
☐ Yes - Enter AES proof of filing citation.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)  USV

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.

06 ☒ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☐ FedEx Intl. Economy

**5 Packaging**

06 ☐ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options**  Fees may apply. See the FedEx Service Guide.

01 ☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature
No Signature Required

**7 Payment**  Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

1 ☐ Sender  Acct. No. in Section 1 will be billed   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No.  9095-8996-7   Total Transportation

Credit Card No.   Credit Card Exp. Date   Specify Currency

Bill duties and taxes to:

1 ☐ Sender  Acct. No. in Section 1 will be billed   ☐ Recipient   ☐ Third Party   ☐ Cash/Check/Cheque

FedEx Acct. No.

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.

Recipient's Signature

662

FedEx Tracking Number  8124 5398 9135   0402   Form ID No.

Origin Station ID  PSEA   Country Code/Destination Station ID  US/FBTA X1 FBTA   URSA Routing   Handling Units

Total Volume (cm)

PART 159409 • Rev. Date 8/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. BBDA • Non-Negotiable International Air Waybill

Package Label · Commercial Invoice Label · Delivery Record Label · Delivery Recipient Label
8124 5398 9135