# EXHIBIT 39

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth Nelida Montalvo Nieves_

Participant's Address: _P.O. Box 332 Peñuelas P.R. 00624_

Participant's Email Address: _ruthnelida@gmail.com_

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____

Nature of Claim: ____

By: _Ruth N. Montalvo Nieves_
Signature

_Ruth Nelida Montalvo Nieves_
Print Name

____
Title (if Participant is not an individual)

_Agosto 25 - 2021_
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Lugo Velázquez_

Participant's Address: _P.O Box 332 Peñuelas P.R. 00624_

Participant's Email Address: _none (person die)_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ruth N Montalvo Nieves_ — spouse Sr. José A. Lugo Velázquez
    Signature                     He died May 19-2015.

Print Name: _____
_Ruth N Montalvo Nieves_

Title (if Participant is not an individual): _____

Date: _25 august 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

SEP 08 2021

PRIME CLERK LLC

Ruth Nelida Montalvo Nieves
P.O. Box 332
Peñuelas, P.R. 00624

SAN JUAN PR 009
25 AUG 2021 PM 1 L

RECEIVED
SEP 08 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708