# EXHIBIT 40

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Silvia Cueves Ortiz

Participant's Address: Comunidad Las Pelá Calle paraiso 0135

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS

Nature of Claim: Jointly Administered

By: _Silvia Cuevas Ortiz_
Signature

Silvia Cuevas Ortiz
Print Name

_____
Title (if Participant is not an individual)

28 agosto 2021
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Silvia Cuevas Ortz-
Comunidad Las pelá
Calle Paraiso - 0135
Yauco, P.R. 00698

RECEIVED
SEP 0 8 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

