# EXHIBIT 41

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Zaida I. Soto Cabrera

Participant's Address: Calle 1 (J-11) Urb. Forest Hills Bayamón, P.R. 00959

Participant's Email Address: zaidaivettesoto@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 138765

Nature of Claim: Promesa Título III (aumento salarial Romerazo)

By: Zaida I. Soto Cabrera
Signature

Zaida I. Soto Cabrera
Print Name

_____
Title (if Participant is not an individual)

31/agosto/21
Date

RECEIVED
SEP 08 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida I. Soto Cabrera
Calle 1 (J-11)
Urb. Forest Hills
Bayamón, P.R. 00959

MEMPHIS TN 380
2 SEP 2021 PM 3 L



RECEIVED
SEP 08 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808