IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:
PROMESA
THE FINANCIAL OVERSIGHT AND TITLE III
MANAGEMENT BOARS FOR PUERTO RICO,

As representative of  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO, et al.,(Jointly Administered)

Debtors

*********************************************

### NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE COURT:

Come now the underdsigned claimant EVA S. SOTO CASTELLO, claim number 14,181, pro se, and respectfully gives notice as follows:

Claimant new postal address is as follows:

Eva Soto Castello, Esq.
Urb Fair View
674 Platero St.
San Juan, P.R. 00926

Certificate of Service: Commonwealth of Puerto Rico Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, N.Y. 10163-4708.

Respectfully Submitted.

In San Juan, Puerto Rico, this 31 day of August, 2021.

Eva Soto Castello, Esq.
Urb Fair View
674 Platero St.
San Juan, P.R. 00926

Jean S Lopez-Lozano
UEB Kaine View
699 Sueño No 57
Sand Juan, PR 00926

MEMPHIS TN 380
3 SEP 2021 PM 2 L

CLERK U.S. DISTRICT COURT
CHARDON AVE
San Juan, PR 00918

2021 SEP 10 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN
RECEIVED & FILED