UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 13, 2021

1. Jose Miguel Rodriguez Melendez
2. Lissette Aviles Nieves
3. Teriangeli Leon Cortes
4. Abigail Pacheco Valdivieso
5. Migdalia Fernandez Silva
6. Roberto Samalot Lugo
7. Cynthia I. Vidot Hernandez
8. Ana L. Dorta Dorta (4 notices)
9. Alma I. Terron Ruiz (4 notices)
10. Elvin Castro Marquez (2 notices)
11. Milagros Rosa Rivera & Elvin Castro
12. Kelvin Castro Rosa (2 notices)
13. Kelvin Castro Rosa & Milagros Rosa
14. Milagros Rosa & Kelvin Castro
15. Juan David Padilla Robles
16. Daisy Rodriguez Sanchez
17. Diana I. Fernandez Pagan
18. Carmen Rosa Carrillo Rodriguez
19. Maria A. Cruz Sepulveda
20. Marilyn Juan Montalvo
21. Maria V. Rosado Soto
22. Vanessa Moreno Rodriguez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 13, 2021

    23. Pedro A. Villodas Colon

    24. Adianez Torres Santiago

Dated: September 13, 2021