Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Miguel Rodriguez Melendez_

Participant's Address: _VIA-63-3K-N-1 Villa Fontana Carolina P.R. 00983_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 2535_

Nature of Claim: _Despido Injustificado_

By: _[signature]_
   Signature

_José Miguel Rodriguez Melendez_
Print Name

_____
Title (if Participant is not an individual)

_9/07/20/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 - PM 4: 10

José Miguel Rodríguez Melendez
UA-63-3k-N-1 Urb. Villa Fontana
Carolina P.R. 00 983

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aviles Nieves, Lissette_

Participant's Address: _GG-20  25 wb·Cana Bayamon P.R 00957_

Participant's Email Address: _Kuilandrums@yahoo·Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176252_

Nature of Claim: _____

By: _Lissette Aviles Nieves_
Signature

_Lissette Aviles Nieves_
Print Name

_____
Title (if Participant is not an individual)

_18- agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lissette Aviles Nieves
GG-30 #85 urb. Ciana
Bayamon PR 00957-6824

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10   PM 4:10

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste, San Juan, PR. 00918-1767.

MEMPHIS TN 380

2 SEP 2021   PM 1 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teriangeli León Cortés_

Participant's Address: _18 Colinas de Verde Azul, Juana Díaz P.R 00795_

Participant's Email Address: _teriangeli79@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141909_

Nature of Claim: _Department of Education_

By: _____
Signature

_Teriangeli León Cortés_
Print Name

_____
Title (if Participant is not an individual)

_September 1th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teriangeli León Cortés
18 Colinas de Verde Azul,
Juana Díaz P.R. 00795

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4:10

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardón Ste. 150, San Juan,
P.R. 00918-1767

00918-999955

MEMPHIS TN 380

04 SEP 2021 PM 5 L

USA

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Abigail Pacheco Valdivieso_

Participant's Address: _Urb Valle Alto 1740 Llanura, Ponce PR 00730_

Participant's Email Address: _____

Name of Counsel: _Lic. Alberto Aresti Franceschini_

Address of Counsel: _Suite 1109 Edif. Union Plaza 416 Ave. Ponce
de León, Hato Rey, PR 00918. Tel 787-751-5740_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _34743_

Nature of Claim: _Salary Adjustment_

By: _Abigail Pacheco Valdivieso_
    Signature

_Abigail Pacheco Valdivieso_
Print Name

_____
Title (if Participant is not an individual)

_26-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7019 1640 0001 4812 1373

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Olivia Padua Valdivieso
1240 W. Wally Old
1240 Stadium
Ponce, PR 00730-4431

SAN JUAN, PR
2021 SEP 10 PM 4:05

00918-170625

MEMPHIS
TN 380
31 AUG '21
PM 5 L

United States District Court
Clerk's Office Chamber Ste 150
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767





ZIP 00715  $ 006.96⁰
02  4W
0000380096 AUG 27 2021

U.S. POSTAGE ≫ PITNEY BOWES

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Migdalia Fernández Silva_

Participant's Address: _13304 Coastal Key Rd, Tampa Fl. 33612_

Participant's Email Address: _tita 2010 live @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134561, 151700, 154176, 161540_

Nature of Claim: _Ley Sila M. Calderón, Ley Romero Barceló, Años de Servicios, Días por enfermedad_

By: _Migdalia Fernández Silva_
     Signature

_Migdalia Fernández Silva_
Print Name

_____
Title (if Participant is not an individual)

_8/26/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Fernández
13304 Coastal Key Ri
Tampa, Fl. 33612

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP 10  PM 4: 05

CERTIFIED MAIL

7021 0350 0000 4943 1593

United States District Court Clerk's
Office, 150 Ave. Carlos Chardón, Ste. 150
San Juan, Puerto Rico, 00918-1767

CPU



R2305M144014

U.S. POSTAGE
$7.38
FCML        0023
Orig: 33620
Dest: 00918
08/30/21
2000052608

02   6W

0091881706 0018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Samalot  Lugo , Roberto_

Participant's Address: _6735 Carr. 4484 Quebradillas, P.R._

Participant's Email Address: _tatsuito96 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177677_

Nature of Claim: _I was employed by the Commonwealth of Puerto Rico_
_During the time stated /indicated on the claim._

By: _____
Signature

_Roberto Samalot Lugo_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Samalot Lugo, Roberto
6735 Carr 4484
Quebradillas, P.R. 00678

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4: 05

7012 2210 0002 7354 1494

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
AUG 31, 21
AMOUNT
$4.91
R2305E128500-16.

RECEIVED AND
CLERK'S OFFICE
U.S. DISTRICT COU

'21 SEP 10

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:             _Cynthia F. Vidot Hernandez_

Participant's Address:          _P.O Box 606, Barceloneta PR. 00617_

Participant's Email Address:    _Cynthiavidot53martes13@gmail.com_

Name of Counsel:                _____

Address of Counsel:             _____

Email Address of Counsel:       _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:                   _$179,000_

Nature of Claim:                _Retiro de Maestros (DE)_

By: _Cynthia F. Vidot Hernandez_
Signature

_Cynthia F. Vidot Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 14 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**ReadyPost**

Document Mailer

00918-170625

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 0090 0002 1032 3384

From: Cynthia Violet Hernandez
P.O. Box 606
Barceloneta P.R.
00617

To: United States District
Court Clerks Office,
150 Ave. Carlos Chardon
Ste, 150, San Juan P.R.
00918-1767

U.S. POSTAGE PAID
BARCELONETA, PR
00617
AUG 27, 24
AMOUNT
$4.15
R2304E104937-10

2021 SEP 10 PM 4:05

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Dorta Dorta_

Participant's Address: _HC 5 BM 92578 Arecibo P.R. 00612_

Participant's Email Address: _dortadal@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120822_

Nature of Claim: _Commonwealth of P.R. Employees Retirement_

By: _[signature]_  _System of the Government of the Commonwealth._

Signature

_[signature]_

Print Name

_____

Title (if Participant is not an individual)

_3 de Septiembre de 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation; in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sarah Nesta
HC 5 Box 92578
Arecibo P.R. 00612




U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT
**$8.56**
R2304M113097-01

1000      00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
21 SEP 10 PM 4:05

United States District Court Clerks
Office 150 Ave. Carlos Chardon Ste
San Juan P.R 00918-1767



CERTIFIED MAIL

9 0700 0000 0002 1474 5896

Case:17-03283-LTS   Doc#:18077-1   Filed:09/13/21   Entered:09/13/21 09:23:08   Desc:
Pro se Notices of Participation   Page 17 of 64

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ana L. Dorta Brito*

Participant's Address: *HC 5 Box 92578 Arecibo P.R. 00612*

Participant's Email Address: *dortadal @ outlook.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *152554*

Nature of Claim: *Commonwealth of P.R. Employes Retirement System*

By: *Ana L. Dorta Brito*
Signature

*Ana L. Dorta Brito*
Print Name

_____
Title (if Participant is not an individual)

*3 de Septiembre de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Chad. Clark
HC 5 Box 92578
Arecibo P.R 00612



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT

**$8.56**

R2304M113097-01

1000            00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 10 PM 4:05

United States District Court Clerks
Office 150 Ave. Carlos Chardon Ste
San Juan P.R 00918-1767



CERTIFIED MAIL

7019 0700 0002 1474 5896

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Dord Dord_

Participant's Address: _HC 5 Box 92578 Arecibo P.R 00612_

Participant's Email Address: _dortadal @ outlook.com_
_dortadal @ outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120822_

Nature of Claim: _Commonwealth of P.R Employee Retirement System_

By: _Ana L. Dord Dord_
Signature

_Ana L. Dord Dord_
Print Name

_____
Title (if Participant is not an individual)

_30 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anah. Neth
HC 5 Box 92578
Arecibo P.R 00612.




U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT
**$8.56**
R2304M113097-01

1000        00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 10  PM 4:05

United States District Court Clerks
Office 150 Ave. Carlos Chardon Ste
San Juan P.R 00918-1767



CERTIFIED MAIL

7019 0700 0002 1474 5896

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ana R. Urdal Ulrdin_

Participant's Address: _Hc 5 Box 92578 Arecibo P. R 00612_

Participant's Email Address: _dortadal@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152554_

Nature of Claim: _Commonwealth of P.R. Employees Retirement System_

By: _Ana R. Urdal Ulrdin_
Signature

_Ana R. Urdal Ulrdin_
Print Name

_____
Title (if Participant is not an individual)

_3 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anah. Nexta
DC 5 Box 92578
Arecibo P.R 00612




U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT
**$8.56**
R2304M113097-01

1000       00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 10  PM 4:05

United States District Court Clerks
Office 150 Ave. Carlos Chardon Ste
San Juan P.R 00918-1767



7019 0700 0002 1474 5896

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Alma I Terrón Ruiz_

Participant's Address: _HC04 Box 17819 Barrio Zanjas Camuy PR00627_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _131007_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Alma I Terrón Ruiz_
Signature

_Alma I Terrón Ruiz_
Print Name

_Individual_
Title (if Participant is not an individual)

_09/03/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Alma I Terrón Ruiz
HC 04 Box 17819
Barrio Zanjas
Camuy, Puerto Rico
       00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT

1000          00918          **$8.16**
                                R2304M113097-01

Para Court's Clerk's Office
United States District Court
Cleak's Office
150 Avenida Chardon Ste. 150
San Juan, Puerto Rico
       00918 - 1767

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7019 0700 0002 1474 5889

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 10 PM 4: 04

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alma I Terrón Ruiz

Participant's Address: HC 04 Box 17819 Barrio Zanjas Camuy PR 00627

Participant's Email Address: _____

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 117562

Nature of Claim: Public Employee and Pension / Retire Claims

By: _Alma I Terrón Ruiz_
Signature

Alma I Terrón Ruiz
Print Name

Individual
Title (if Participant is not an individual)

09/03/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Alma I Terrón Ruiz
HC 04 Box 17819
Barrio Zanjas
Camuy, Puerto Rico
        00627





U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT
**$8.16**
1000          00918          R2304M113097-01

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR
2021 SEP 10 PM 4:04

Para: Court's Clerk's Office
   United States District Court
   Cleak's Office
     150 Avenida Chardon Ste.150
      San Juan, Puerto Rico
          00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7019 0700 0002 1474 5889

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alma I. Terrón Ruiz

Participant's Address: HC 04 Box 17819 Barrio Zanjas Camuy PR00627

Participant's Email Address: _____

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 123412

Nature of Claim: Public Employee and Pension/Retiree Claims

By: _Alma I. Terrón Ruiz_
Signature

Alma I. Terrón Ruiz
Print Name

Individual
Title (if Participant is not an individual)

09/03/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Alma I Terrón Ruiz
HC 04 Box 17819
Barrio Zanjas
Camuy, Puerto Rico
00627




U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT
**$8.16**
R2304M113097-01

1000          00918

Para: Court's Clerk's Office
United States District Court
Cleak's Office
150 Avenida Chardon Ste. 150
San Juan, Puerto Rico
00918 - 1767

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7019 0700 0002 1474 5889

RECEIVED AND FILED
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4:04

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alma I Terrón Ruiz_

Participant's Address: _HC 04 Box 17819 Barrio Zanjas Camuy PR 00627_

Participant's Email Address: _____

Name of Counsel: _N/A_____

Address of Counsel: _N/A_____

Email Address of Counsel: _N/A_____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _163248_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Alma I Terrón Ruiz_
Signature

_Alma I Terrón Ruiz_
Print Name

_Individual_
Title (if Participant is not an individual)

_09/03/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Alma I Terrón Ruiz
HC 04 Box 17819
Barrio Zanjas
Camuy, Puerto Rico
00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
SEP 04, 21
AMOUNT
**$8.16**
R2304M113097-01

1000      00918

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

2021 SEP 10 PM 4:04

Para: Court's Clerk's Office
United States District Court
Cleak's Office
150 Avenida Chardon Ste. 150
San Juan, Puerto Rico
00918 - 1767

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 0700 0002 1474 5889

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elvin Castro Marquez_

Participant's Address: _8316 Loo Kout Pointe Dr Windermere Fl 34786_

Participant's Email Address: _Castro 50 Md @ yahoo.com_

Name of Counsel: _— o —_

Address of Counsel: _— o —_

Email Address of Counsel: _— o —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50483_

Nature of Claim: _Damasy Perjaeco Violacion Ley 447 Pension x Merito_

By: _[signature]_
    Signature

_Elvin Castro_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA
8316 LOOK OUT Pointe Dr.
Windermere, FL 34786



U.S. POSTAGE PAID
FCM LG ENV
WINDERMERE, FL
34786
AUG 07 '21
AMOUNT
$1.20
R2304H109665-11

UNITED STATES
POSTAL SERVICE

1029        00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elvin Castro Marques_

Participant's Address: _8316 Lookout Pointe Dr  Fl 34786_

Participant's Email Address: _Castro 50Md @ yahoo.com_

Name of Counsel: _— 0 —_

Address of Counsel: _— 0 —_

Email Address of Counsel: _— 0 —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _18251_

Nature of Claim: _Violacion Derechos Constitucionales_
_Ley 447 Pencion x Merito_

By: _[signature]_

Signature

_Elvin Castro Marques_

Print Name

Title (if Participant is not an individual)

_8/6/2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA
8316 LOOKOUT POINTE Dr.
Windermere, FL 34786



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
SAN JUAN, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Rosa Rivera and Alvin Castro Tutor_

Participant's Address: _8316 Look out Pointe Dr. Windermere Fl 34786_

Participant's Email Address: _Milrosas40@yahoo.com_

Name of Counsel: _-0-_

Address of Counsel: _-0-_

Email Address of Counsel: _-0-_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _52452_

Nature of Claim: _Daños y Perjudo y Violacion Derechos Constitucional_

By: _[signature]_

Signature

_Milagros Rosa_

Print Name

Title (if Participant is not an individual)

_8/6/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA

8316 LOOKOUT POINTE Dr.

Windermere, FL 34786



U.S. POSTAGE PAID
FCM LG ENV
WINDERMERE, FL
34786
AUG 07 21
AMOUNT
**$1.20**
R2304H109665-11

1029        00918

United States District Court

Clerk's Office

150 Ave. Carlos Chardon Ste, 150

SAN JUAN, Puerto Rico

00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kelvin Castro Rosa_

Participant's Address: _8316 Lookout Pointe Dr Fl 34786_

Participant's Email Address: _Milrosas 40 @ yahoo.com_

Name of Counsel: _— 0 —_

Address of Counsel: _— 0 —_

Email Address of Counsel: _— 0 —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _9659_

Nature of Claim: _Daños y Perjucio, Ley Federal IDEA y Ley Estatal_
_51-1996   # 150,000 # reclamante_

By: _Kelvin Castro_

Signature

_Kelvin Castro Rosa_

Print Name

_____

Title (if Participant is not an individual)

_8/6/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA
8316 LOOKOUT POINTE Dr.
Windermere, FL 34786



U.S. POSTAGE PAID
FCM LG ENV
WINDERMERE, FL
34786
AUG 07, 21
AMOUNT

$1.20

1029          00918          R2304H109665-11

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Kelvin Castro Rosa_

Participant's Address: _8316 Lookout Pointe Dr Fl 34786_

Participant's Email Address: _Milrosasyo@yahoo.com_

Name of Counsel: _— 0 —_

Address of Counsel: _— 0 —_

Email Address of Counsel: _— 0 —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _18373_

Nature of Claim: _Danos y perjuicio Ley federal IDEA 4_
_Ley estatal 51-1996  # 150,000_

By: _Kelvin Cas..._
    Signature

_Kelvin Castro Rosa_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA
8316 LOOKOUT POINTE Dr.
Windermere, FL 34786



U.S. POSTAGE PAID
FCM LG ENV
WINDERMERE, FL
34786
AUG 07 21
AMOUNT
**$1.20**
R2304H109665-11

1029          00918

UNiTED STATES DISTRICT COURT
CLerK's OFFICE
150 AVE. CARLOS CHARDON STE, 150
SAN JUAN, PUERTO RICO
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kelvin Castro Rosa and Milagros Rosa_

Participant's Address: _8316 Lookout Pointe Dr Fl 34786_

Participant's Email Address: _Milrosa40@yahoo.com_

Name of Counsel: _—0—_

Address of Counsel: _—0—_

Email Address of Counsel: _—0—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _8254, 9659_

Nature of Claim: _Daños y perjuicio, Ley Federal IDEA y ley_
_Estatal 51-1996   $150,000 + reclamante_

By: _Milagros_   _Kelvin Castro_
Signature

_Milagros Rosa and Kelvin Castro_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA
8316 LOOKOUT POINTE Dr.
Windermere, FL 34786



U.S. POSTAGE PAID
FCM LG ENV
WINDERMERE, FL
34786
AUG 07 21
AMOUNT

**$1.20**

1029    00918    R2304H109665-11

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Rosa and Kelvin Castro_

Participant's Address: _8316 Loo Koout Pointe Drive Fl 34786_

Participant's Email Address: _Milrosas 40@ yahoo.com_

Name of Counsel: _— 0 —_

Address of Counsel: _— 0 —_

Email Address of Counsel: _— 0 —_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17943_

Nature of Claim: _Daños y Perjuicio, violación Ley Federal IDEA y Ley Estal 51-1996 Monto $150,000_

By: _[signatures]_   _x Reclamante_

Signature

_Milagros Rosa and Kelvin Castro Rosa_

Print Name

_____

Title (if Participant is not an individual)

_8/6/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. ROSA
8316 LOOKOUT POINTE Dr.
Windermere, FL 34786



U.S. POSTAGE PAID
FCM LG ENV
WINDERMERE, FL
34786
AUG 07 21
AMOUNT
**$1.20**
R2304H109665-11

1029          00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
SAN JUAN, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan David Padilla Robles

Participant's Address: Urb. Hacienda Real #433 Carolina, PR 00987

Participant's Email Address: drpadillarobles@gmail.com

Name of Counsel: N/A

Address of Counsel: "

Email Address of Counsel: "

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 -LTS

Nature of Claim: To received every adjustments, with interest corresponding to Retirement system of the Government of the Commonwealth of P.R. (that applies to me)

By: _____
Signature

Juan D. Padilla
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan D. Padilla Robles
Urb. Hacienda Real #433
Carolina) P.R. 00987

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4: 08

MEMPHIS TN 380

31 AUG 2021 PM 4 L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R. 00918-1767

0091 8#1703 C018



Participant must provide all of the information below in **English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daisy Rodriguez Sanchez_

Participant's Address: _HC-09 Box 61898 Caguas P,R00725-9258_

Participant's Email Address: _day rodriguez 52 @ yahoo. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - CTS_

Nature of Claim: _Commonwealth plan adjustment._

By: _[signature]_
Signature

_Daisy Rodriguez Sanchez_
Print Name

_____
Title (if Participant is not an individual)

_8 - 8 - 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Rodriguez
140-09 By 61898
Caguas, P.R. 00725-9258

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10  PM 4: 08

00918-170625

MEMPHIS TN 380
1 SEP 2021  PM 3  L
FOREVER / USA
STATION



United States District Court
Clerk's Office
150 Ave. Carlos Chardon, ste 150
San Juan, P.R. 00919-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Diana I Fernandez Pagan_

Participant's Address: _7496 Corr 484 Camino Los Pagan Quebradilla P.R._ _00678_

Participant's Email Address: _difernandez1965@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _67364_

Nature of Claim: _____

By: _Diana I Fernandez R_
    Signature

    _Diana I. Fernandez Pagan_
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10  PM 4: 08

Diane I. Fridman Pagan
4146 con 484
Catrin Las Pagani
Catrin Las Pagani
-   PR 00678

00918-170625

Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan PR 00918-1767

1 SEP 2021  PM 4 L

MEMPHIS TN 380

Thinking

Participant must provide all of the information below in English.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Rosa Carrillo Rodriguez_

Participant's Address: _Villa del Rey 5ta C/31 L-G-5 Caguas, P.R.00727_

Participant's Email Address: _negry652@g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Jointly Administered Promesa Title III_

By: _Carmen Rosa Carrillo Rodriguez_
Signature

_Carmen Rosa Carrillo Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rosa Carrillo Rodz
Villa del Rey 5ta c/31
L-G-5 Caguas, P.R. 00727

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10  PM 4: 08

00918-170625

To: United States District court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150, San Juan)
P.R. 00918-1767

MEMPHIS TN 380

1 SEP 2021  PM 4  L

Drug Free USA

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Maria A. Cruz Sepúlveda_

Participant's Address:   _Urb. Jardines del Caribe RR-12_415t._
_Ponce, P.R. 00728_

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _17 BK   3283_

Nature of Claim:   _____

By:   _Maria Cruz Sepúlveda_
Signature

_Maria A. Cruz Sepúlveda_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Antonia Cruz Seguinot
BR-12  41 St  Jardines del Conde
Ponce, P.R. 00728

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10  PM 4:08

United States District Court
Clerks Office
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

27 AUG 2021  PM 4


Alabama
1819

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Marilyn Juan Montalvo_

Participant's Address: _HC-02 Box 11949 Lajas P.Rico 00667_

Participant's Email Address: _jmarilyn 5752 @ g.mail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _68305_

Nature of Claim: _Public employee claim_

By: _Marilyn Juan Montalvo_
     Signature

_Marilyn Juan Montalvo_
Print Name

_—_
Title (if Participant is not an individual)

_September 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilyn Juan
HC-02 Box 11999
Lajas P. Rico
00667

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10   PM 4:08

00918-170625

To: Court's Clerk's United States
District Court, Clerks
Office, 150 Ave. Carlos
Chardon Ste. 150
San Juan, PR
00 918 - 1767

MEMPHIS TN 380

3 SEP 2021   PM 3   L

FOREVER USA

Participant must provide all of the information below in **English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria V. Rosado Soto_

Participant's Address: _HC-01-Box 5648 Hatillo, P.R. 00659_

Participant's Email Address: _m_rosado9027@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 K BK 3283-LTS_

Nature of Claim: _____

By: _Maria V. Rosado Soto_
Signature

_Maria V. Rosado Soto_
Print Name

_Maestra_
Title (if Participant is not an individual)

_1° septiembre-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María V. Rosado Soto
HC-01- Box 5448
Hatillo, P.R. 00459-9702

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4:09

MEMPHIS TN 380
2 SEP 2021 PM 2 L

FOREVER / USA

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Moreno Rodriguez_

Participant's Address: _Suite 8 P.O. Box 71325 San Juan PR 00936_

Participant's Email Address: _Vanessa Moreno 11.VM @ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _71131_

Nature of Claim: _Pension / Retiree claims_

By: _Vanessa Moreno Rodriguez_
Signature

_Vanessa Moreno Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_20/8/2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Wolens
Suite f P.O. Box
71328 San Juan P.R
00936

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4:09

United States District court
clerks Office,150 Ave; cal 105
chardon Ste; 150 San Juan, P.R.
00918-1767.

MEMPHIS TN 380
2 SEP 2021 PM 3 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4: 09

Participant must provide all of the information below **in English**.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro A Villodas Colon_

Participant's Address: _Villa Carolina, 206-14 Calle 514, Carolina, PR 00985_

Participant's Email Address: _PVillodascolon @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By:

Signature _[signature]_

Print Name _PEDRO A VELLODAS COLON_

Title (if Participant is not an individual)

Date _8/14/2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Villalobos Colón
Villa Carolina
806-14 call. 514
Carolina, PR 00985

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10  PM 4:09

United States District Court
Clerk's office
150 ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

2 SEP 2021   PM 3   L

FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Adianez Torres Santiago

Participant's Address: URB Sta Elena Jaguey K2 Calle 16 Guayanilla P.R. 00656

Participant's Email Address: adianez3648@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 86169

Nature of Claim: Aportación Acumulada en el Retiro

By: _____
    Signature

Adianez Torres Santiago
Print Name

_____
Title (if Participant is not an individual)

27 de Agosto 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adianez Torres Santiago
Urb. Sta Elena K3 calle 16
Jaguey, Guayanilla P.R. 00656

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 10 PM 4:09

00918-170625

United State District court, clerk's
Office, 150 Ave carlos Chardon Ste. 150
San Juan, P.R. 00918-7167

30 AUG 2021 PM 4 L

MEMPHIS TN 380