## EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Thirty-Eighth Omnibus Objection**

Case:17-03283-LTS Doc#:18078-1 Filed:09/13/21 Entered:09/13/21 09:28:59 Desc:
Exhibit A - Satisfied Claims Page 1 of 2

## Three Hundred and Thirty-Eighth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS COMPANY<br>P O BOX 53860<br>AZ 24 02 19<br>PHOENIX, AZ 85072 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 986 | $ 16,290.00 |
| | Reason: Proof of Claim asserts liability on the basis of unclaimed property. The records of the Department of Treasury show such claim is fully satisfied, pursuant to Check No. 00245728 dated 11/20/2018. | | | | | |
| 2 | ROSA FONTANEZ, PABLO<br>HC 6 BOX 14109<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120450 | $ 293,208.90 |
| | Reason: The records of the Department of Correction and Rehabilitation show the judgment owed to Pablo Rosa Fontanez has been paid in full in the total amount of $220,161.71. This amount differs from the original amount agreed to by the parties in their original payment plan because Mr. Fontanez used days in excess of his accrued number of days, and thus, the settlement amount was reduced correspondingly. | | | | | |
| 3 | TAMRIO, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13069 | $ 129,673.72 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. T20171009004R, 2017.18.09005R, 2017301006R, 2017301007R, 2017301008R, 2017100201R, 2017100202R, and 2017100205R. The records of the Department of Transportation and Public Works show such invoices have been fully satisfied, pursuant to Check Nos. 00224267, 00223871, 00224266, 00224268, 00224269, 00237967, 00238499, and 00238498 dated 07/13/2018, 07/12/2018, 07/13/2018, 07/13/2018, 07/13/2018, 09/26/2018, 09/28/2018, and 09/28/2018, respectively. | | | | | |
| | | | | | TOTAL | $ 439,172.62 |