# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Thirty-Ninth Omnibus Objection**

Three Hundred and Thirty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ADIRONDACK HOLDINGS I LLC ROPES & GRAY LLC LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 07/27/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174352 | Undetermined* | ADIRONDACK HOLDINGS I LLC ROPES & GRAY LLC LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 07/27/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174349 | $ 14,414,433* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | JLG CONSULTING ENGINEERING, P.S.C. EUGENE F. HESTRES VELEZ, ESQ. BIRD BIRD & HESTRES, P.S.C. PO BOX 9024040 SAN JUAN, PR 00902-4040 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 101963 | $ 311,455.15 | JLG CONSULTING ENGINEERING, INC. P.O. BOX 9023472 SAN JUAN, PR 00902-3472 | 05/15/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173979 | $ 103,983* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | LEON CANDELARIO, MIRZA I 2131 COLINA ST. ST. VALLE ALTO PONCE, PR 00730-4127 | 08/07/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174768 | $ 2,300.00 | LEON, MIRZA I. 2131 COLINA ST. VALLE ALTO PONCE, PR 00730 | 05/03/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179202 | $ 1,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1