# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Forty-Third Omnibus Objection**

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO ACEVEDO, DEBORAH
PALMAS DE MONTEBELLO
APTO 401
TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 79229 | $ 5,355.92* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 2 | ALVAREZ ECHEANDIA, KAREM M.
1 COND. JARD. SAN FCO APT. 411
SAN JUAN, PR 00927 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127662 | $ 39,575.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 3 | ARROYO CAMACHO, EVELYN
HC 3 BOX 9866
PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126315 | $ 21,513.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 4 | ARROYO CAMACHO, EVELYN
HC 3 BOX 9866
PENUELAS, PR 00624 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 126302 | $ 21,513.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Puerto Rico Highways and Transportation Authority. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 5 | CASTRO ROMERO, JOSE V.
BOX 1108 CALLE MAGUIE GONZ # 35
MOCA, PR 00676-1108 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70753 | $ 19,097.16 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 6 | CINTRON ORTIZ, JUANA J
URB QUINTAS DE CABO ROJO
201 CALLE CANARIO
CABO ROJO, PR 00623-4232 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 73245 | $ 70,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 7 | COLON CINTRON, HECTOR M.
URB. BRISAS DEL PRADO
BUZON 2008
SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126252 | $ 13,370.50 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 10

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CORCHADO, ERIC LOPEZ<br>URB. LAS TERRENAS<br>156 CALLE CORALINA<br>VEGA BAJA, PR 00693-8907 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57188 | $ 1,331.77 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 9 | CRUZ MORALES, EVARISTO<br>URB. EL CEREZAL CALLE GUADIANA 1608<br>SAN JUAN, PR 00926 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160123 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 10 | DIAZ GARCIA, NAYDA E.<br>CALLE 14 B 14 URB SANTA RITA<br>VEGA ALTA, PR 00692 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77035 | $ 15,858.69 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 11 | DOMINGUEZ CALDERON, JACQUELINE<br>COND TORRES ANDALUCIA<br>TORRE 1 APT 911<br>SAN JUAN, PR 00926 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147798 | $ 27,683.04 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 12 | DURAN COLLADO, GRACE<br>CALLE 15 #601<br>PARCELAS HILL BROTHERS<br>SAN JUAN, PR 00924 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74739 | $ 27,407.49 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 13 | FELICIANO PEREZ, DANIEL<br>HC 59 BOX 6805<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70045 | $ 6,454.67 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 14 | FEMANDEZ MALDONADO, NEREIDA<br>PO BOX 2234<br>VEGA BAJA, PR 00694-2234 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144911 | $ 40,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | GARABITO DIAZ, KARMY JEANNETTE<br>CIUDAD UNIVERSITARIA<br>K-17 CALLE 5<br>TRUJILLO ALTO, PR 00676 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49884 | $ 14,844.*  |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 16 | GARABITO DIAZ, ZAHIRA MAXIM<br>#B28A CALLE<br>3 RINCON ESPANOL<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87891 | $ 12,500* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 17 | GONZALEZ DOBLE, MANUEL<br>24 MILMOHR COURT<br>NORTHPORT, NY 11768 | 4/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4853 | $ 8,800.96 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 18 | GONZÁLEZ VARGAS, DAMARIS<br>HC 60 BOX 12272<br>AGUADA, PR 00602 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71123 | $ 8,377.24 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 19 | HERNANDEZ ORTIZ, LUIS R<br>URB. VENUS GARDENS<br>AW10 PIEDRAS NEGRAS<br>SAN JUAN, PR 00926 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17989 | $ 34,822.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 20 | HERNANDEZ RODRIGUEZ, EDWARDO<br>P.O. BOX 9300806 RIO PIEDRAS STATION<br>SAN JUAN, PR 00928 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158849 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 21 | LAZARINI GARCIA, ROSA E<br>PO BOX 905<br>GUANICA, PR 00653 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109460 | $ 5,016.78 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MARQUEZ CURBELO, MARINA<br>PO BOX 475<br>HATILLO, PR 00659 | 7/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160013 | $ 3,873.03* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 23 | MARTINEZ RUIZ, SANDRA<br>URB VISTA AZUL S 27 CALLE 23<br>ARECIBO, PR 00612 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83582 | $ 18,360.74 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 24 | MARTINEZ, MARIA<br>2T-22<br>CALLE HIEDRA<br>UB. LOMAS VERDES<br>BAYAMON, PR 00956 | 6/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38418 | $ 21,600.60 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 25 | MELENDEZ RODRIGUEZ, AMARILIS<br>BOX 162<br>TOA ALTA, PR 00954 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128180 | $ 30,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 26 | MELON BONILLA, CARMEN L<br>159 CALLE DOMENECH<br>ISABELA, PR 00662 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28742 | $ 3,467.78 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 27 | PAGAN, LUIS NIEVES<br>URB COUNTRY CLUB<br>QK2 CALLE 531<br>CAROLINA, PR 00982-2012 | 5/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17966 | $ 3899.33 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | PEREZ JIMENEZ, JOSE M.<br>URB. VILLAS DE CANEY F-19<br>CALLE AGUEYBANA<br>TRUJILLO ALTO, PR 00976 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70218 | $ 23,489.90* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 29 | PLANAS CABRERA, ARLLENE<br>URB VILLAS DEL RIO CANAS<br>1326 C/ PADRE SANTIAGO GUERRA<br>PONCE, PR 00728-1946 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39819 | $ 23,044* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 30 | QUINONES NIEVES, LUIS HERIBERTO<br>2433 CALLE GRAN VIA<br>PONCE, PR 00717 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116689 | $ 8,165.27* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 31 | QUINONES ROSADO, EDNA M<br>2591 CALLE BIRIJI<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167546 | $ 32,155* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 32 | RAMIREZ MELENDEZ, CARMEN C<br>URB SANTA JUANA 3<br>CALLE 9 W-5<br>CAGUAS, PR 00725 | 5/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23227 | $ 10,629* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 33 | REYES LOPATEGUI, LILLIAM<br>ESTANCIAS DEL CARMEN<br>CALLE TENDAL 2055<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111261 | $ 30,232* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | REYES RIVERA, LENA<br>377 ESTERO CT<br>SAFETY HARBOR, FL 34695 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2109 | $ 2,900.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 35 | REYES RIVERA, LENA<br>377 ESTERO CT<br>SAFETY HARBOR, FL 34695 | 3/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 1819 | $ 1,000.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 36 | RIOS, ANABELLE GRACIANO<br>1173 CALLE ESMERALDA<br>LAS PRADERAS<br>BARCELONETA, PR 00617 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53285 | $ 39,973* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 37 | RIVERA BAEZ, ARNALDO<br>COND GOLDEN VIEW PLAZA<br>APT 608 MODESTA #503<br>SAN JUAN, PR 00924 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11216 | $ 24,035 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 38 | RIVERA BERRIOS, IGDANIA<br>DIANA SE-3 LEVITTVILLE<br>TOA BAJA, PR 00949 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97786 | $ 20,000.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 39 | RIVERA HERNANDEZ, GLORIA<br>377 JUAN A DAVILA ST<br>URB ROOSEVELT<br>SAN JUAN, PR 00918 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115288 | $ 3,485.03 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | RODRIGUEZ ALEJANDRO, ANGELA MARIA<br>URB. VEREDAS DEL RIO II<br>#15 CALLE RIO CAMPO<br>TOA ALTA, PR 00953-9003 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118206 | $ 11,194.96* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 41 | RODRIGUEZ CLAS, SHEILA<br>URB LAS TERRENAS<br>156 CORALINA<br>VEGA BAJA, PR 00693 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64407 | $ 5,502.34 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 42 | RODRIGUEZ DIAZ, MARILYN<br>URB. SAVANNAH REAL<br>#205 C PASEO BARCELONA<br>SAN LORENZO, PR 00754 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25288 | $ 69,226.72 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 43 | RODRÍGUEZ LUGO, VIVIANA M.<br>O30 CALLE PUERTO RICO<br>VILLAS DEL CAFETAL II<br>YAUCO, PR 00698 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49586 | $ 35,646.14* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 44 | RODRIGUEZ ZORAIDA, VIVES<br>PO BOX 2126<br>MAYAGUEZ, PR 00681 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131857 | $ 35,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 45 | ROMAN, TERESA BAEZ<br>URB MONTECASINO<br>101 CALLE LAUREL<br>TOA ALTA, PR 00953 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76691 | $ 30,721.38* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | ROSADO HERNANDEZ, AWILDA<br>URB REXVILLE<br>D G 9 CALLE 27<br>BAYAMON, PR 00957 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49680 | $ 23,799.67 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 47 | ROSADO MARTINEZ, RUBEN<br>HC-2 BOX 39553<br>CABO ROJO, PR 00623 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161749 | $ 822.15 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 48 | ROSADO SUAREZ, CRISTINA VIRGEN<br>2433 CALLE GRAN VIA<br>PONCE, PR 00717 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116832 | $ 10,815.64* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 49 | RUIZ MILLAN, AGAPITO<br>198 PROL CALLE LUNA<br>SAN GERMAN, PR 00683 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30290 | $ 10,566.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 50 | SALAS PEREZ, GLORIA E.<br>BOX 1108 CALLE MAGUIE GONZ # 35<br>MOCA, PR 00676-1108 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70416 | $ 16,662.73 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 51 | SANCHEZ RODRIGUEZ, MARISELA<br>HC 01 BOX 6022<br>SANTA ISABEL, PR 00757 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140850 | $ 21,032.38 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 52 | SANCHEZ, EDWIN TORRES<br>EDIF LA TRINIDAD<br>CALLE CASTILLO #11<br>APT 1004<br>PONCE, PR 00730 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140938 | $ 705.49* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 10

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | SANTIAGO CRUZ, JOSE L<br>618 PERLA ESTANCIA<br>SANTA ISABEL, PR 00757 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 100584 | $ 25,118.83* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 54 | SEDA PAGAN, MATHEAW<br>PARCELAS ELIZABETH 375 CALLE FLAMBOYAN<br>CABO ROJO, PR 00623 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150579 | $ 2,115.23 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 55 | SERRANO QUILES, LILLIAN<br>D-3 CALLE 1, TOA ALTA HEIGHTS<br>TOA ALTA, PR 00953 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46305 | $ 15,379.07 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 56 | SOTOMAYOR CARRASQUILLO, NINOTCHKA<br>2013 GLORIA OAK CT<br>ORLANDO, FL 32820 | 5/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9508 | $ 1,684.76 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 57 | TORRES MERCADO, MARILYN<br>PO BOX 387<br>PENUELAS, PR 00624 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127223 | $ 8,877.94 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 58 | TORRES TORRES, FELIPE<br>COND. MIRAMAR TOWER<br>CALLE HERNANDEZ # 721, APT. 12-H<br>SAN JUAN, PR 00907 | 6/4/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31203 | $ 107,044.76 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| 59 | VARGAS SANCHEZ, EXOR M.<br>128 URB. PORTAL DEL VALLE<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45104 | $ 1,955.06 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Forty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | VEGA, FRANKIE ORTIZ<br>URB. SABANA<br>K 10 COSTA RICA<br>SABANA GRANDE, PR 00637 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41260 | $ 2,337,501 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. | | | | | |
| | | | | | TOTAL | $ 1,126,544,656* |

\* Indicates claim contains unliquidated and/or undetermined amounts