# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Forty-Eighth Omnibus Objection**

## THREE HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION

### Exhibit A - Claims to Be Reclassified and Reduced

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FERNANDEZ STIEHL, MARTA R LADA IVETTE LOPEZ SANTIAGO COND. DARLINGTON. OFIC. 1103 AVE. MUNOZ RIVERA #1007 SAN JUAN, PR 00925 | 126062 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $28,437.50 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $0.00 |
| | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Secured | $28,437.50 | PUERTO RICO ELECTRIC POWER AUTHORITY | Secured | $0.00 |
| | | | | Subtotal | $56,875.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $28,437.50 |
| | | | | | | | Subtotal | $28,437.50 |

Reason: Claimant asserts a claim for $28,437.50 in box 8 of proof of claim form. Claimant asserts the claim is secured and is also entitled to administrative priority treatment under 11 U.S.C. § 503(b)(9). Debtors have no evidence Claimant has a perfected security interest in Debtors' property, and the claim is not for goods sold. Accordingly, claimant is not entitled to administrative priority or a secured claim, and the claim should be reclassified a general unsecured claim in the amount of $28,437.50.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | PERELES VELEZ, HECTOR 31 A VILLAS DE LA ESPERANZA JUANA DIAZ, PR 00795-9627 | 2505 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $575.99 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $0.00 |
| | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Secured | $575.99 | PUERTO RICO ELECTRIC POWER AUTHORITY | Secured | $0.00 |
| | | | | Subtotal | $1,151.98 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $575.99 |
| | | | | | | | Subtotal | $575.99 |

Reason: Claimant asserts a claim for $575.99 in box 8 of proof of claim form. Claimant asserts the claim is secured and is also entitled to administrative priority treatment under 11 U.S.C. § 503(b)(9). Debtors have no evidence Claimant has a perfected security interest in Debtors' property, and the claim is not for goods sold. Accordingly, claimant is not entitled to administrative priority or a secured claim and the claim should be reclassified a general unsecured claim in the amount of $575.99.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ROSARIO FELICIANO, SAMUEL EL PLANTIO L1A CALLE 9 TOA BAJA, PR 00949 | 6538 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $1,249.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $0.00 |
| | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $1,249.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Secured | $0.00 |
| | | | | Subtotal | $2,498.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $1,249.00 |
| | | | | | | | Subtotal | $1,249.00 |

Reason: Claimant asserts a claim for $1,249.00 in box 8 of proof of claim form. Claimant asserts the claim is secured and is also entitled to administrative priority treatment under 11 U.S.C. § 503(b)(9). Debtors have no evidence Claimant has a perfected security interest in Debtors' property, and the claim is not for goods sold. Accordingly, claimant is not entitled to administrative priority or a secured claim and the claim should be reclassified a general unsecured claim in the amount of $1,249.00.

| | TOTAL | | TOTAL | |
|---|---|---|---|---|
| | | $60,524.98 | | $30,262.49 |

\* Indicates claim contains unliquidated and/or undetermined amounts