## EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Fifty-Third Omnibus Objection**

Three Hundred and Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | NAME | CLAIM# | ASSERTED | | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | AALAEI, SOPHIE<br>3741 45TH STREET<br>HIGHLAND, IN 46322 | 754 | Commonwealth of Puerto Rico | 503(b)(9) | $3,500,000.00* | | Commonwealth of Puerto Rico | 503(b)(9) | $2,660,000.00* |
| | | | Commonwealth of Puerto Rico | Secured | Undetermined* | | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | | Subtotal | $3,500,000.00* | | | Subtotal | $2,660,000.00* |
| | Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth. | | | | | | | | | |
| 2 | BARRIERA MUNOZ, SIMON<br>URB CONSTANCIA<br>3035 CALLE SOLER<br>PONCE, PR 00717 | 1972 | Commonwealth of Puerto Rico | Unsecured | $544,000.00 | | Commonwealth of Puerto Rico | Unsecured | $150,000.00 |
| | Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth. | | | | | | | | | |
| 3 | CARLOS VALDES DE LLAUGER/CARMEN CASTRO DE VALDES<br>COND. KINGS COURT PLAYA<br>KINGS COURT 59<br>APT. 304<br>SAN JUAN, PR 00911-1160 | 74417 | Commonwealth of Puerto Rico | Secured | $229,167.14 | | Commonwealth of Puerto Rico | Secured | $50,000.00 |
| | Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant also asserts liability, in part, based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth. | | | | | | | | | |
| 4 | DOUGLAS A. ARON FAMILY TRUST<br>855 WORCESTER RD.<br>FRAMINGHAM, MA 01701 | 10734 | Commonwealth of Puerto Rico | Unsecured | $3,717,937.12 | | Commonwealth of Puerto Rico | Unsecured | $1,090,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

Three Hundred and Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FRANCISCO TORO DE OSUNA<br>VIVIANA VELEZ PEREZ COMM PROP<br>28 URB EXT. QUINTAS SANTA MARIA<br>MAYAGUEZ, PR00682 | 2426 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $50,000.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | Undetermined* |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

| 6 | GONZALEZ-DIEZ, MARIANO E<br>P.O. BOX 9945<br>ARECIBO, PR 00613-9945 | 8456 | Commonwealth of Puerto Rico | Secured | $870,852.00 | Commonwealth of Puerto Rico | Secured | $135,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. Another portion will remain at ERS.

| 7 | HOWARD, WALTER J.<br>5 SWAYZE DR.<br>LATHAM, NY 12110 | 3631 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | NAME | CLAIM# | ASSERTED | | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | | DEBTOR | PRIORITY STATUS | AMOUNT |
| 8 | INMOBILIARIA SAN ALBERTO, INC<br>PO BOX 30532<br>MANATI, PR 00674-8513 | 37813 | Commonwealth of Puerto Rico | Secured | $13,692,945.40 | | Commonwealth of Puerto Rico | Secured | $93,514.50 |
| | Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, which is not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth. | | | | | | | | |
| 9 | JUDITH MARIE TIDIKIS & FRANK TIDIKIS, TENANTS BY THE ENTIRETIES<br>12 CRANES NEST<br>STUART, FL 34996 | 2883 | Commonwealth of Puerto Rico | Unsecured | $70,000.00 | | Commonwealth of Puerto Rico | Unsecured | $50,320.00 |
| | Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by the Puerto Rico Public Buildings Authority that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Another portion will remain at the Commonwealth. | | | | | | | | |
| 10 | JULIA PENNY CLARK AND WILLIAM BRYSON<br>7833 ABERDEEN ROAD<br>BETHESDA, MD 20814-1101 | 26106 | Commonwealth of Puerto Rico | Unsecured | $448,187.43 | | Commonwealth of Puerto Rico | Unsecured | $103,400.00 |
| | Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks, in part, recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth. | | | | | | | | |
| 11 | NACHTMAN LIVING TRUST ROBERT AND JOAN NACHTMAN TTEES<br>16 ROBIN DRIVE<br>HAUPPAUGE, NY 11788 | 4772 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 | | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |
| | Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion will remain at the Commonwealth. | | | | | | | | |
| 12 | OCASIO JIMENEZ, WALLACE R<br>GOLDEN COURT II<br>155 ARTERIAL HOSTOS APT 271<br>SAN JUAN, PR 00918-8299 | 31422 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $215,308.17* | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* |

* Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 4

Three Hundred and Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|
| 13 RIVERA, VICTOR M. C/2 #14 PASEO ALTO SAN JUAN, PR 00926-5917 | 30977 | Commonwealth of Puerto Rico | Secured | $1,660,000.00 | Commonwealth of Puerto Rico | Secured | $410,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Further, Claimant provides no basis for asserting GDB Bonds against ERS. Proof of claim also seeks, in part, recovery for amounts for which ERS is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of ERS and/or are associated with entities, The Puerto Rico Aqueducts and Sewers Authority and The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that are not Title III Debtors. Claimant has failed to provide a basis to assert such claims against ERS, the Commonwealth or any other Commonwealth instrumentality arising from these bonds. Another portion will remain at ERS.

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

| | | | TOTAL | $ 25,083,397.26* | | TOTAL | $ 4,792,241.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts