# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fifty-Fourth Omnibus Objection**

Three Hundred and Fifty-Fourth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | MARCHAND CASTRO, MARISOL<br>PASEO LAS BRISAS<br>CALLE IBIZA 67<br>SAN JUAN, PR 00926 | 159486 | Commonwealth of Puerto Rico | Unsecured | $200,000.00* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Another portion will remain at the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | RAMON SILVA & INES M FRADERA<br>PO BOX 880<br>GUAYNABO, PR 00970-0880 | 5100 | Commonwealth of Puerto Rico | Unsecured | $40,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | TOMAS CUERDA INC.<br>PO BOX 363307<br>SAN JUAN, PR 00936 | 150005 | Commonwealth of Puerto Rico | Unsecured | $442,208.86* | Commonwealth of Puerto Rico | Unsecured | $25,000.00* |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Another portion will remain at the Commonwealth.

| | | | | TOTAL | $ 682,208.86* | TOTAL | | $ 50,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts