1

8 de Septiembre 2021

**EXHIBIT C**

**Notice**

Información Importante Para Reclamantes de Réplica

Objeción Global de la secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico Estoy Radicando una Objeción Global Conforme a la Regla 3007-1 al Tribunal de Distrito de los Estados Unidos de América alegando que yo Sr. Julio C. Luna Santeago Estoy reclamando lo que me pertenece bajo el Reclamo 169013 y conforme a Dicha consideración a dicha Réplica.

Lo antes escrito anteriormente No tengo la menor que se pueda resolver eficazmente todo lo anterior escrito y diferentes puestos En la Central Azucarera de Puerto Rico. Dentro de mis Obligaciones de Trabajo Aquí les envio una lista en todos los puestos que realize:

1. Los Cilos
2. El enfriadero
3. Planta de carbón
4. Romana de pesar azucar Negra
5. Romana de pesar azucar blanca
6. Analista químico de laboratorio
7. La Calificadora
8. Masma 1 y 2



Continuación
EXHIBIT C

9. Los Tanques de mezcla
10. Tanques de Filtral para Trabajar en los Tachos
11. El Mel
12. Tachos de Refinería
13. Tachos de Fabrica
14. Empacador de Azucar Blanca
15. Centrifuga
16. Caja de Inspeccion

Att Queda de los Licenciados y Honorable Juez

Sr. Julio C. Luna Santiago
Cond. Riberas del Bucaná III
Edf. 2410 Apt. 453
Ponce, P.R. 00731-5062
Telefono 787-974-1620

muchas Gracias

Seguro Social 9605
Nacimiento 24 Diciembre