Julio C. Luna Santiago
Cond. Riberas del Bucaná III
Edf. 2410 Apt. 453
Ponce, P.R. 00731-5062

RECEIVED & FILED
2021 SEP 13 PM 6: 00
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.



Secretaria (clerk's Office
Tribunal de Distrito de Estados Unidos Distric Court
Sala 150 Edificio Federal Federal Building
San Juan Puerto Rico 00918-1767