UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

        The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 14, 2021

1. Enrique Rivera Torres
2. Claribel Camacho Quiñones
3. Wilfredo Garcia Torres
4. Mayra Cintron Ortiz
5. Mildred Rivera Jusino
6. Virginia Rosa Rivera
7. Sonia Suarez Rivera
8. Lydia E. Rivera Rivas
9. Rafael Rodriguez Torres
10. Raquel Y. Zayas Leon
11. Ada M. Sotomayor Cardona
12. Maria Garcia Torres
13. Pedro Ivan Alvarado Torres
14. Rosa M. Rodriguez Matos
15. Angel Luis Jimenez Rosas
16. Wanda Ruiz Arizmendi
17. John D. Rivera Ortiz
18. Nilda M. Rios Cardona
19. Carmen M. Perez Gonzalez
20. Lizy E. Rivera Torres
21. Nilsa Moreno Miranda
22. Anibal Ocasio Velez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 14, 2021

23. Ronald J. Jachimak

24. Melba Nazario Negron

25. Jinny Feliciano Vega

26. Carmen Gonzalez Barbot

27. Ivette de Jesus Rivas

28. William Ortiz Ramos

29. Denisse Lugo Reyes

30. Jose A. Soler Vargas

31. Debora Fontanez Flecha

32. Wanda I. Lopez Vega

33. Maria M. Berrios Batista

34. Maritza Plaza Maldonado

35. Theresa Muñoz Colon

36. Esther A. Moreno Bonet

37. Ivonne Santiago Nazario

38. Rosa E. Lazarini Garcia

39. Yanira Garcia Cosme

40. Gladys E. Perez Ocasio

41. Maribel Jimenez Montaner

42. Nelida Baez Agosto

43. Jose E. Vazquez Gonzalez (2 notices)

44. Ileana Santiago Santiago

45. Victor R. Gonzalez Sanchez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 14, 2021

    46. Winda L. Acevedo Perez

    47. Ida R. Seda Pagan

    48. Virginia Valentin Santiago

    49. Carmen S. Leon Ortiz

    50. Maria M. Moreno Marrero

Dated: September 14, 2021