Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Enrique Rivera-Torres

Participant's Address: 84 Desiree Aurora St. Winter Garden FL. 34787

Participant's Email Address: Corkike23@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Intent to participate in discovery for confirmation of commonwealth plan of adjustment

By: _____
Signature

Enrique Rivera-Torres
Print Name

_____
Title (if Participant is not an individual)

Tuesday, September 7, 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Riveratorres
84 Desiree Aurora St.
Winter Garden, FL 34787

RECEIVED & FILED
2021 SEP 13 PM 6: 04

00918-170625

To: United States District Court
clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

ORLANDO
7 SEP 2021

FOREVER / USA
FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Claribel Camacho Quiñones_

Participant's Address: _HC2 Box 639 Yauco, P.R 00698_

Participant's Email Address: _clarybelcamacho@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Claribel Camacho Quinos_
Signature

_Claribel Camacho Quiñones_
Print Name

_____
Title (if Participant is not an individual)

_20/agosto/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Clabel Camacho Quinones
HC 02 Box 505
Jayuya, PR 00069 8

00918-170625

MEMPHIS TN 380

1 SEP 2021 PM 3 L

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R.
00918-1767

2021 SEP-3 PM 3 57
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Garcia-Torres_

Participant's Address: _HC02. Box 10483 Yauco. PR 0698-_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Wilfredo Garcia Torres_
Signature

_Wilfredo Garcia-Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Wilfredo García-Torres
HC 02. Box 10483
Yauco, P.R. 00698

To: Discovery Notice to Clerk's Clerk office at;
United States District Clerk office.
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
26 SEP 2021 PM 5   7

RECEIVED & FILED
2021 SEP 13 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MAYRA Cintrón ORTIz_

Participant's Address: _1607 Ave Ponce de León cond cobian Plaza Apto 1003 S. Juan. P.R. 00909_

Participant's Email Address: _Christian savinon @hotmail.con_

Name of Counsel: _Christine M. Savinon Cintron_

Address of Counsel: _1607 Ave Ponce de León Cond cobian Plaza Apto 1003 San Juan P.R. 00909_

Email Address of Counsel: _mcintron 2140 gmail.com._

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Sistema de Retiro de los empleados del Gobierno Estado Libre Asociado_

By: _Mayra Cintron Ortiz_
Signature

_Mayra Cintron Ortiz_
Print Name

_Register Nurse_
Title (if Participant is not an individual)

_24 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

27 de Agosto de 2021



The Financial Oversight
and Management Board for Puerto Rico

A quien pueda interesar:

Yo Mayra Cintrón Ortiz comencé a trabajar en el Hospital Pediátrico Universitario el 16 de Noviembre de 1989, desempeñándome en el puesto de enfermera generalista de sala de emergencias, 1996 comencé a ejercer como supervisora general los turnos 11pm a 7 am y en el 1999 fui nombrada a supervisora de la sala de emergencia del Hospital Pediátrico Universitario, luego pase a ser supervisora general del turno 7am a 3pm y actualmente soy supervisora de las Clínicas Externas del Hospital Pediátrico Universitario. En Noviembre del 2021 cumpliré 32 años de servicio laborando en el Hospital por el bienestar de la salud de los niños de Puerto Rico. La cual me llena de mucho orgullo haber prestado mis servicios al sector público de nuestro País. Por este medio deseo comunicar el porqué de mi reclamación y entiendo que tengo el derecho del beneficio el cual estoy reclamando y que la ley promesa me ofrece y me brinda ciertos derechos al beneficio reclamado por la ley promesa. Además deseo expresar que dentro de unos años estaré jubilada y que este beneficio sea un apoyo a una servidora pública, en que entiendo que tengo unas aportaciones acumuladas en el sistema de retiro, que esa ley promesa representa al gobierno de Puerto Rico y a todos los servidores públicos que a aportado al sistema de retiro. Deseo expresar que hemos dedicado toda nuestra vida a la población pediátrica y brindando un servicio de calidad. Esperamos que se reorganicen las finanzas del gobierno de puerto rico y podamos tener un retiro digno.

Atentamente,

Mayra Cintrón Ortiz

Numero de reclamación # 17-BK3283-LTS

Myrta Cintrón Ortiz
1607 Ave. Ponce de León
cond cobian Plaza Aptº 1003
San Juan P.R. 00909

00918$1706 C.018

United States District Court, clerks
Office, 150 Ave. Carlos
Chardón Ste. 150
San Juan P.R. 00918 - 1767

RECEIVED & FILED
2021 SEP 13 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MILDRED RIVERA JUSINO

Participant's Address: URB. LAS VEGAS, AVE. FLOR DEL VALLE D-31, CATAÑO, PR 00962-6505

Participant's Email Address: ARCOIRIS24@YAHOO.COM

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 105909   155678

Nature of Claim: EMPLOYEES RETIREMENT SYSTEM

By: _____
Signature

Print Name: MILDRED RIVERA JUSINO

Title (if Participant is not an individual): _____

Date: 31 AUGUST 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MILDRED RIVERA JUSINO
URB. LAS VEGAS
D-31 AVE. FLOR DEL VALLE
CATAÑO, PR. 00962-6505

00918-1706ᴇ5

MEMPHIS TN 380

2 SEP 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR. 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 SEP 13 PM 5: 57

RECEIVED & FILED

RUDOLPH

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Virginia Rosa Rivera*

Participant's Address: *HC-2 Box 71107, Comerio (P.R.) 00782*

Participant's Email Address: *vrosarivera @ g mail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *109730*

Nature of Claim: *Empleados del gobierno del ELA; intereses sobre la base de unas leyes ptnas. no especificadas*

By: *Virginia Rosa Rivera*
Signature

*Virginia Rosa Rivera*
Print Name

_____
Title (if Participant is not an individual)

*28 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Rosa Rivera
HC-2 Box 7110+
Comerio P.R. 00 782
e# 10 9730

RECEIVED & FILED
2021 SEP 13 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

00918-170625

Clerk's Office
150 Ave. Carlos Chardón
Ste. 150,
San Juan, P R.
00 918-1767

1 SEP 2021   PM 4 L

MEMPHIS TN 380



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Sonia Suarez Rivera_

Participant's Address: _Urb. Rio Grande Hillis Calle B-67_
_Rio Grande P.R 00745_

Participant's Email Address: _Ssuarez516@Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151740_

Nature of Claim: _____

By: _Sonia Suárez Rivera._
    Signature

_Sonia Suarez Rivera._
Print Name

_____
Title (if Participant is not an individual)

_30/Agosto- 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Buenos Tarde - No estoy Segura si ese es mi numero
de claim Number- pero si es mi numero de reclamacion
mi num. celuran- es 787.3543652. Muchas gracias._

RECEIVED & FILED

2021 SEP 13  PM 5: 57

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

OOS18-1706625

To. United States District Court, Clerks
office , 150 Ave. Carlos chardon Ste.150
San Juan    P.R.   00918-1767



MEMPHIS TN 380

1 SEP 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lydia E. Rivera Rivas_

Participant's Address: _Urb. Turabo Gardens, K-4 Calle 3, Caguas, P.R. 00727-6000_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#17 BK 3283-LTS_

Nature of Claim: _Promesa, Title III_

By: _Lydia E. Rivera Rivas_
Signature

_Lydia E. Rivera.Rivas_
Print Name

_____
Title (if Participant is not an individual)

_8/31/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



R

Lydia Rivera
URB Turabo Gardens
K4 Calle 3
Caguas PR 00727

RECEIVED & FILED

2021 SEP 13 PM 5: 57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

2 SEP 2021 PM 4 L

United States District court, clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Rodriguez Torres

Participant's Address: urb La Lula Calle CC Ponce, P.R 00730

Participant's Email Address: rrodrigueztorres360@gmail.com

Name of Counsel: Mark Garcia

Address of Counsel: urb lula calle 2 c-6 Pnce P.R 00730

Email Address of Counsel: M1960garcia@gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: The financial oversight and management board of P.R. confirmation of commonwealth plan of adjustment.

By: _Rfael Rodriguez Torres_
Signature

_Rafael Rodriguez Torres_
Print Name

_Trabajador III_
Title (if Participant is not an individual)

_2/agosto/21_
Date

RECEIVED & FILED
2021 SEP 13  PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Rodriges
Urb calle 2 c/c
Ponce PR00730

NASHVILLE TN 370

7 SEP.2021 PM 6 L

00918-170625

San Juan PR 00918-1767

United States District Court
Clerk's OFFice
150 Ave. Carlos Chardon
Ste 150

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Raquel Y. Zayas León

Participant's Address:   Ext. Altavista, UU2 c/25 Ponce PR
00716-4370

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   108294

Nature of Claim:   Employees Retirement System

By:   Raquel Y. Zayas León
Signature

Raquel Y. Zayas León
Print Name

_____
Title (if Participant is not an individual)

31 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel Y. Zayas León
Ext. Altavista
U3 Calle 25
Ponce PR. 00716-4370

RECEIVED
SEP 13 PM

MEMPHIS TN 380
2 SEP 2021 PM 1 L

00916-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada M. Sotomayor Cardona_

Participant's Address: _P.O. Box 444 Juana Diaz, P.R. 00795_

Participant's Email Address: _ada 277842 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promes Title III_

By: _Ada M. Sotomayor Cardona_
Signature

_Ada M. Sotomayor Cardona_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 31, 2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Srta Ada M Sotomayor
PO Box 444
Juana Diaz, PR 00795

RECEIVED & FILED
2021 SEP 13  PM 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170825

MEMPHIS TN 380
2 SEP 2021   PM 4 L



United States Dist. Cout
clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria Garcia Torres*

Participant's Address: *Urb. La Lula calle 2 C-6 Ponce PR 00730*

Participant's Email Address: *M1960garcia@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS.*

Nature of Claim: *The financial oversight and management board -confirmation of commonwealth plan of OPPR of adjustment*

By: *Mar G.* _____
    Signature

*Maria Garcia Torres*
Print Name

*asistente al estudiante.*
Title (if Participant is not an individual)

*28/8/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María Burcet
iul4 calle 2 C6
Ponce PR00730)

RECEIVED & FILED
2021 SEP 13 PM 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170399

7 SEP 2021   PM 7

NASHVILLE TN 3_

United States Dist.
Court office   Clerks office
150 Ave. Carlos Chardon St
Sanjuan PR 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Ivàn Alvarado Torres_

Participant's Address: _HC 02 Box 7810 Santa Isabel PR 00752-9725_

Participant's Email Address: _morenonilsa @ Gmail.com_

Name of Counsel: _Oneill & Borges LLC_

Address of Counsel: _250 Muñoz Rivera Ave. Suite 800 San Juan PR 00918-1813_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public Employee Education Claims_

By: _Pedro Iva Alvarado Torres_     _No. 17 BK-3283 LTS_
Signature

_Pedro Ivan Alvarado Torres_
Print Name

_III (Promesa)_
Title (if Participant is not an individual)

_9/3/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Iuan Alvarado Torres
HC 02 Box 7810
Santa Isabel PR 00757-9729

2021 SEP 13 PM 3:04
CLERK'S
U.S. DISTRICT
SAN JUAN

00918-170625

MEMPHIS TN 380
6 SEP 2021 PM 2 L

USA FOREVER

Court's Clerk's Office
United States District Court Clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan, PR 00918- 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Rodriguez Matos_

Participant's Address: _Hc 2 Box 5271 Comerio, P. R. 00782_

Participant's Email Address: _rodriguezmatosrosa @gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179017_

Nature of Claim: _Public Employee and Pension / Retiree_

By: _Rosa M. Rodriguez Matos_
Signature

_Rosa M. Rodriguez Matos_
Print Name

_____
Title (if Participant is not an individual)

_29 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra Rosa M Rodriguez Matos
HC 2 Box 5271
Comerio, PR 00782

RECEIVED & FILED

2021 SEP 13  PM 5: 58

ERK'S OFFICE
ISTRICT COURT
AN JUAN, PR

00918-176625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

6 SEP 2021   PM 4  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angel Luis Jimenez Rosas

Participant's Address: Res Carmen edif 14 Apt 143 Mayaguez P.R. 00682

Participant's Email Address: angeljimenez350@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim:

By: _Angel Luis Jimenez Rosas_
    Signature

Angel Luis Jimenez Rosas
Print Name

_____
Title (if Participant is not an individual)

31 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge L. Pimenez Rosas
P.O.S. Cerro Llorito #214 Apt/43
Mayaguez P.R. 00682

NASHVILLE TN 370

7 SEP 2021 PM 4 L

00918-1706525

Office United States
District court clerks
Office 150 Ave Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ruiz Arizmendi_

Participant's Address: _P. O. Box 1298 Rincón, PR. 00677_

Participant's Email Address: _wanda.ruiz.1963@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33312_

Nature of Claim: _Pension / retiree claim_

By: _Wanda Ruiz Arizmendi_
Signature

_Wanda Ruiz Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_September 03, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Ruiz Armendariz
P.O. Box 1298
Peñuelas, P.R. 00677-1298

RECEIVED & FILED
2021 SEP 13  PM 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918$1703 C018

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _John D. Rivera Ortiz_

Participant's Address: _HC 11 BOX 47603 Caguas PR 00725_

Participant's Email Address: _chupitaker@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _146851 Retiree Claims_

Nature of Claim: _Pension 1_

By: _John D. Rivera Ortiz_
Signature

_John D. Rivera Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 13 PM 5: 58

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

John D. Rivera Ortiz
HC 11 Box 47603
Caguas PR 00725

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

6 SEP 2021 PM 2 L



SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda. M Rios Cardona_

Participant's Address: _Box 371 Rincón Puerto Rico 00677_

Participant's Email Address: _nilda.rincón@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _39214_

Nature of Claim: _Pension Retired Claims_

By: _Nilda M Rios Cardona_
Signature

_Nilda M. Rios Cardona_
Print Name

_____
Title (if Participant is not an individual)

_3 de sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda M. Rio Cardona
Box 371
Rincón, Puerto Rico 00677

0091 8 $1706 C018

United States District Court
Clerk's Office, 150
Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2021 SEP 13 PM 3: 5
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.


FOREVER / USA

BRP 56923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: Carmen M. Pérez González

Participant's Address: 510 Villa Fontana, Mayaguez P.R. 00682

Participant's Email Address: cmperez43@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 110383

Nature of Claim: Public Employee Claims

By: _Carmen M. Pérez González_
Signature

Carmen M. Pérez González
Print Name

—
Title (if Participant is not an individual)

Sept. 4, 2021
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Perez
510 Villa Fontana
Mayaguez, P.R. 00682

RECEIVED & FILED
2021 SEP 13 PM 5: 58

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

COLUMBUS OH 430   7 SEP 2021   PM 4   L

00918-170625

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lizy E Rivera Torres_

Participant's Address: _HC 11 BOX 47603 Caguas PR 00725_

Participant's Email Address: _brenjanice75@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155075_

Nature of Claim: _Pension Retiree_

By: _(signature)_
   Signature

_Lizy Enid Rivera Torres_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 13 PM 5:58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Lizy E Rivera Torres
HC 11 Box 47603
Caguas PR 00725

00918-1706225

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



MEMPHIS TN 380

6 SEP 2021 PM 2 L

usa
forever

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilsa Moreno Miranda_

Participant's Address: _HC 02 Box 7810 Sta Isabel PR 00757-9725_

Participant's Email Address: _moreno.nilsa @ Gmail.Con_

Name of Counsel: _O'neill & Borges LLC_

Address of Counsel: _250 Munoz Rivera Aue Suite 800_
_San Juan PR 00918 1813_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169977_

Nature of Claim: _Public Employee Claims Education_

By: _Nilsa Moreno Miranda_
Signature

_Nilsa Moreno Miranda_
Print Name

_III (Promesa)_   _No. 17 BK. 3283 LTS_
Title (if Participant is not an individual)

_9/3/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilsa Moreno Mirande
#C02 Box 7810
Santa Isabel PR 00757 9729

RECEIVED & FILED
2021 SEP 13  PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

6 SEP 2021  PM 2 L      MEMPHIS TN 380

Court Clerk office
United States District Court Clerks
Office 150 Ave Carlos Chardon Ste. 150
San Juan PR 00 918-1767


USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Aníbal Ocasio Vélez_

Participant's Address:  _2097 Carretera 494 Isabela, P.R. 00662_

Participant's Email Address:  _anibalocasiovelez@yahoo.es_

Name of Counsel:  _N/a_

Address of Counsel:  _N/a_

Email Address of Counsel:  _N/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _N/a_

Nature of Claim:  _N/a_

By:  _Aníbal Ocasio Vélez_
     Signature

     _Aníbal Ocasio Vélez_
     Print Name

     _____
     Title (if Participant is not an individual)

     _28 - august - 21_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anibal Ocasio Velez
2097 carretera - 494
Bo. Arenales Bajos
Isabela, P.R. 00662

00918-1706.25

MEMPHIS TN 380
31 AUG 2021 PM 1 L

United District
Clerk's office - 150
Ave Carlos Chardon Ste 150
San Juan, P.R 00918-1767

$0.510
US POSTAGE
FIRST-CLASS
062S0010389454
FROM 00662

S81444.152

RECEIVED & FILED
2021 SEP 13 PM 5:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: RONALD J. JACHIMAK

Participant's Address: 2408 CEDAR ST. ROLLING MEADOWS, IL 60008-3418

Participant's Email Address: RONALDJACHIMAK@YAHOO.COM

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: TO RECIVE PRORATA OF BANKRUPTCY DISTRI-BUTION

By: _Ronald Jachimak_
Signature

RONALD JACHIMAK
Print Name

_____
Title (if Participant is not an individual)

SEPT. 7, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RONALD JACHIMIAK
2408 CEDAR ST.
ROLLING MEADOWS, IL
60008-3418

CAROL STREAM IL 601

7 SEP 2021   PM 1   L




UNITED STATES DISTRICT COURT

CLERK'S OFFICE

150 AVE CARLOS CHARDON STE. 150

SAN JUAN, P.R. 00918-1767

00918-176825



CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 13 PM 5:59

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Melba Nazario Negron*

Participant's Address: *Calle Eureka 2326 Urb Constancia Ponce PR 00717*

Participant's Email Address: *melbanazario@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa Title III*

By: *Melba Nazario Negron*
Signature

*Melba Nazario Negron*
Print Name

_____
Title (if Participant is not an individual)

*08/30/2021*
Date

2021 SEP 13 PM 5:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Melba Maori.
Calle Eureka 2326
Urb. Constancia
Ponce, PR 00717

RECEIVED & FILED
2021 SEP 13 PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918#1706 C018

Discover Notice to the Court's Clerk office of
United State District Court, Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

FOREVER   USA
FOREVER   USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jinny Feliciano Vega

Participant's Address: PO Box 9160 Humacao, PR 00792

Participant's Email Address: jinnygrossen1@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 16524

Nature of Claim: Pension/Retiree

By: _____
Signature

Jinny Feliciano Vega
Print Name

_____
Title (if Participant is not an individual)

08/26/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jimmy Feliciano Vega
Po Box 9160
Humacao, PR 00792

RECEIVED & FILED
2021 SEP 13  PH 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

MEMPHIS TN 380
31 AUG 2021 PM 2 L

Court's Clerk's Office
United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

WORLD WAR I
TURNING THE TIDE

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Gonzalez Barbot_

Participant's Address: _Urb. Tibes D-31 Calle Agueybana, Ponce, PR 00730-7129_

Participant's Email Address: _carmenbarbot86@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17-BK-3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico (Bankruptcy)_

By: _Carmen Gonzalez Barbot_
Signature

_Carmen González Barbot_
Print Name

_—_
Title (if Participant is not an individual)

_8/27/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen González Barbot
Urb. Tibes - D-31 - Calle Agueybana
Ponce, PR. 00730 - 7124

RECEIVED & FILED
2021 SEP 13  PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

31 AUG 2021 PM 5 L

MEMPHIS TN 380

Court's Clerk's office
United States District Court
Clerk's Office
150 Ave. Carlos Chardin ste. 150,
San Juan, PR. 00918 - 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ivette De Jesús Rivas

Participant's Address: P.O. Box 9785, Cidra, PR 00739

Participant's Email Address: ivettedejesúsrivas55@gmail.com

Name of Counsel: ELA

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 LT

Nature of Claim: Ley Promesa, Ley 161, Ley 61 Ley 89

By: _Ivette De Jesús Rivas_
Signature

Ivette De Jesús Rivas
Print Name

_____
Title (if Participant is not an individual)

30 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Reclamaciones designadas:
11 8974          176131          107553
11 9485          90741

From: Ivette De Jesus Rivas
P.O. Box 9785
Cidra, P.R. 00739

MEMPHIS TN 380
31 AUG 2021 PM 5 L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 13 PM 4:59
RECEIVED & FILED

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _William Ortiz Ramos_

Participant's Address: _42.5 3rd Ave Apt 322 Columbus, GA 31901_

Participant's Email Address: _O.william 48@ yahoo.com_

Name of Counsel: _Don't know_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88751_

Nature of Claim: _Dept of Health Puerto Rico_

By: _[signature]_
    Signature

_William Ortiz-Ramos_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Ortu Ramos
425 3rd Ave Apt 322
Columbus, GA 31901

RECEIVED & FILED
2021 SEP 13 PM 6: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MACON GA 310
7 SEP 2021

United States District Court
Clerks Office 150 Ave.
Carlos Chardon Ste. 150
San Juan Puerto Rico

FOREVER / USA
FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Denisse Lugo Reyes_

Participant's Address: _cond. Puerta Real apt. 511 clarasco 834 San Juan, PR 00925_

Participant's Email Address: _lola12306@hotmail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12602_

Nature of Claim: _wages and extra hours_

By: _Denisse Lugo_
Signature

_Denisse Lugo_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Denisse Lugo Reyes
cond. Puerta Real apt. 511
calle Añasco 834
San Juan, P.R. 00925

RECEIVED & FILED
2021 SEP 13 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
31 AUG 2021 PM 2 L

Notice to the Court's clerk Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón Suite 150



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Jose A. Soler Vargas_

Participant's Address: _P O Box 7 Boqueron 00622_

Participant's Email Address: _Solervargas @ Yahoo.Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _Solervargas @ Yahoo.Com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LST_

Nature of Claim: _PROMESA III Title_

By: _[signature]_
    Signature

_Jose A. Soler Vargas_
Print Name

_N/A_
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 SEP 13 PM 6:00
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Valle Vazquez
P.O. Box 7
Boqueron, PR 00622

RECEIVED & FILED

2021 SEP. 13  PM 6: 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court' Clerk's
United States District Court
Clerk's Office
150 ave. Carlos Chardón st-150
San Juan, PR 00918-1767

0091B-1706.25



MEMPHIS TN 380

28 AUG 2021 PM 1  L

FOREVER                    USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Débora Fontánez Flecha_

Participant's Address: _HC-12 Box 7308 Humacao, P.R. 00791_

Participant's Email Address: _debbiedwin85@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Primera Title III No.17 BK 3283-LTS_

Nature of Claim: _Carrera Magisterial_

By: _[signature]_
Signature

_Débora Fontánez Flecha_
Print Name

_____
Title (if Participant is not an individual)

_23/8/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Debora Fontanez
#118 Box 7386
Humacao, P.R. 0791

United States District Court
Clerks office
150 ave. Carlos Chardon
ste 150
San Juan, P.R. 00918-1767

00918-170625

31 AUG 2021 PM 2 L
MEMPHIS TN 380

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wanda I. López Vega

Participant's Address: P.O. Box 58 Urb. Villamar H-11 Guayama P.R. 00785

Participant's Email Address: wandalopezbodas@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF55593 Pack ID: 133768 MMLID: 165001 - PS VC: MML-PC

Nature of Claim: Dep. Education

By: Wanda I. López Vega
_____
Signature

Wanda I. López Vega
_____
Print Name

_____
Title (if Participant is not an individual)

30 Aug. 2021
_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda I. López Vega
PO Box 58
Urb Villamar Hill
Guayama, PR.
00785-0058

RECEIVED & FILED
2021 SEP 13 PH 6: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon-Ste 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
2 SEP 2021 PM 3 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Berrios Batista_

Participant's Address: _H6 Box 14119 Corozal P.R 00783._

Participant's Email Address: _mariambb234@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _123031_

By: _M. Berrie_
   Signature

_Maria M. Berrios Batista_
Print Name

_____
Title (if Participant is not an individual)

_3 de Sept. de 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María M. Berríos Batista
Hc-6 Box 14119
Corozal, P.R. 00783

RECEIVED & FILED
2021 SEP 13 PH 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

6 SEP 2021 PM 2 L

MEMPHIS TN 380

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Plaza Maldonado_

Participant's Address: _Urb. Santa Teresita Calle SanEdmundo 6516 Ponce P.R 00730_

Participant's Email Address: _maritzaplaza638@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Pasos, aumentos salariales otorgados,_

By: _Maritza Plaza Maldonado_
Signature

_Maritza Plaza Maldonado_
Print Name

_Teacher Department of Education_
Title (if Participant is not an individual)

_9/ de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 SEP 13 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT

**FROM:**

Maritza Plaza Maldonado

Urb. Santa Teresita calle

San Edmundo 6516 Ponce P.R.

00730





U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
SEP 10, 21
$1.56
R2304M116599-03

00918

SEP 10 2021

**TO:**

District Court

Office 150 Ave Carlos

Chardón Ste. 150 San Juan

P.R 00918- 1767

**Utility Mailer**
**10 1/2" x 16"**

**Ready Post.**

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Theresa Muñoz Colón_

Participant's Address: _P.O.Box 800147 Coto Laurel P.R.00780_

Participant's Email Address: _theresa1014@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82283 / 126954_

Nature of Claim: _Law 89-1995, Law 134,1996, Law 96-2002, Law 164-2003, Law 164-2004, Law 109-2008_

By: _Theresa Muñoz Colón_
Signature

_Theresa Muñoz Colón_
Print Name

_Case: No.17 BK-3283-LTS_

_____
Title (if Participant is not an individual)

_September 8, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Theresa Muñoz Colon
P. O. Box 800147
Coto Laurel P.R. 00780



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 09, 21
AMOUNT
**$1.16**
R2304W119590-02

1000        00918

RECEIVED & FILED
2021 SEP 13  PM 6: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court,
Clerk's Office, 150 Avenue Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ESTHER A. MORENO-BONET_

Participant's Address: _81 King's Court Apt. 3B3   San Juan, PR 00911_

Participant's Email Address: _bonet8·em @ gmail. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _~_

Nature of Claim: _____

By: _Esther A moren bonet_
Signature

_Esther A. Moreno-Bonet_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Esther A. Moreno
81 King's Ct. Apt. 3B
San Juan, PR 00911

RECEIVED & FILED
2021 SEP 13 PM 6: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918- 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Tvonne Santiago Nazario_

Participant's Address: _Urb Casamia 5217 C/Alcatraz Ponce P.R 00728_

Participant's Email Address: _cuarente55 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566 LTS_

Nature of Claim: _____

By: _Yvonne Santiago Nazario_
Signature

_Ivonne Santiago Nazario_
Print Name

_____
Title (if Participant is not an individual)

_30 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivonne Santiago Rosado
Urb. Casamia 5217
C/ Alcatraz, Ponce P.R
00728-2407

RECEIVED & FILED

2021 SEP 13  PM 6: 02

CLERK'S OFFICE
JUAN

United States District Court
Clerk's office, 150 Ave. Chardon Ste 150,
San Juan, P.R  00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa E. Lazarini García_

Participant's Address: _P.O. Box 905, Guánica, P.R. 00653_

Participant's Email Address: _lazax874@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _132423   and   109460_

Nature of Claim: _Aportaciones acumuladas_
_Accumulated Contributions_

By: _Rosa García_
   Signature

_Rosa E. Lazarini García_
Print Name

_____
Title (if Participant is not an individual)

_August 27, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa E. Lazarini Garcia
P. O. Box 905
Guánica, P.R. 00653

RECEIVED & FILED
2021 SEP 13 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 1  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Yaniva Garcia Cosme

Participant's Address:   Hc-3 Box 10413 Comerio PR 00782

Participant's Email Address:   yanivagarcia1976@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   87206

Nature of Claim:   Pensión

By:   Yaniva Garcia Cosme
     Signature

     Yaniva Garcia Cosme
     Print Name

     _____
     Title (if Participant is not an individual)

     19/agosto/2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanira Garcia Cosme
Hc-3 Box 10413
Comerio PR 00782

RECEIVED & FILED
2021 SEP 13 PM 5: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00910-176767

Tribunal de distrito de los EU
Oficina 150, Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767



SAN JUAN PR 009
2021 AUG 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys E. Perez Ocasio_

Participant's Address: _8411 Callejon Los lugos, Quebradillas P.R. 00678_

Participant's Email Address: _glaperez@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _69120_

Nature of Claim: _____

By: _Gladys E. Perez Ocasio_
Signature

_Gladys E. Perez Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_1-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys E Pérez Ocasio
8411 Callejon los Lugos
Quebradillas, P.R. 00678-9728

RECEIVED & FILED
2021 SEP 13 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
2 SEP 2021 PM 4 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Jiménez Montaner_

Participant's Address: _Apartado 2426 San Germán P.R. 00683_

Participant's Email Address: _enfermerasrb2015@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Maribel Jiménez Montaner_
Signature

_Maribel Jiménez Montaner_
Print Name

_____
Title (if Participant is not an individual)

_September 2 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maribel Jiménez Montañez
Apartado 2/2 ala
San Germán, P.R. 00683

RECEIVED & FILED
2021 SEP 13 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
6 SEP 2021 PM 3 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelida Báez Agosto_

Participant's Address: _Po Box 2878 Guaynabo PR 00970_

Participant's Email Address: _Nutricion02020@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Nelida Báez Agosto_
Signature

_Nelida Baez Agosto_
Print Name

_Promesa III_
Title (if Participant is not an individual)

_30 de agosto de 2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Báez Flags +o
PO Box 3878
Guaynabo PR. 00970

00918-1706.25

United States District Court
Clerk's office 150 Ave.
Carlos Chardac Ste. 150
San Juan P.R. 00918-1767

MEMPHIS TN 380

1 SEP 2021   PM 4 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José E. Vázquez González_

Participant's Address: _Plaza Ocho 86 Gran Vista II, Gurabo PR 00778_

Participant's Email Address: _Jvq2410@hotmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _60472_

Nature of Claim: _Pension/Retiree claims_

By: _[signature]_
Signature

_José E. Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_August 29, 2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José E. Vázquez
Plaza Ocho 86
Gran Vista II
Gurabo PR. 00778

RECEIVED & FILED
2021 SEP 13 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerks Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR. 00918-1767

MEMPHIS TN 380
1 SEP 2021 PM 3 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Jose E. Vázquez González_

Participant's Address:   _Plaza Ocho 86 Gran Vista II, Gurabo PR. 00778_

Participant's Email Address:   _JVq2410 @ hotmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _54 944_

Nature of Claim:   _503 (b)(9) Admin. Priority_

By:   _____
     Signature

     _José E. Vázquez_
     Print Name

     _____
     Title (if Participant is not an individual)

     _August 30, 2021_
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José E. Vazquez
Plaza Ochero 86
Gran Vista II
Gurabo P.R. 00778

RECEIVED & FILED
2021 SEP 1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
1 SEP 2021 PM 3 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste 150
San Juan, PR 00918-1767

*17099 BK 3283-LTS*

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ileana Santiago Santiago*

Participant's Address: *Villa Taina 120 Susua Baja Yauco PR 00698*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *N.A*

Nature of Claim: *N.A*

By: *Ileana Santiago Santiago*
Signature

*Ileana Santiago Santiago*
Print Name

*Operadora Curdu Telefonica*
Title (if Participant is not an individual)

*Agnts 15/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sheow Antiogo Antiogo
Will Juin 130
Yauw PR 00698

RECEIVED & FILED
2021 SEP 13 PM 5: 41
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

31 AUG 2021 PM 5 L
MEMPHIS TN 380

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor R. Gonzalez Sánchez_

Participant's Address: _Urb. Mansiones de los Cedros Calle Guayacán l'75_
_Cayey, P.R. 00736_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _94570_

Nature of Claim: _priority/secured/503(b)(a) admin. Priority/admin. Priority_

By: _Víctor R. Gonzalez_
Signature

_Victor R. Gonzalez Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_August 27, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor R. Anzola Ansly
Mans de la Piedra
Calle Guayam 175
Cayey P.R. 00736

RECEIVED & FILED
2021 SEP 13  PM 5:4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
1 SEP 2021   PM 2  L

United States District Court, Clerk's
Office, 150 Ave Carlos Chardustic 150
San Juan, P.R. 00 918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        WiNda L. Acevedo Pérez

Participant's Address:     7541 Coventry Dr. PortRichey FL., 34668

Participant's Email Address:   feliwin.viruet@gmail.com.

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              _____

Nature of Claim:           _____

By:       _____
          Signature

          WiNda L. Acevedo Perez
          Print Name

          Pensioners Adm. System Retirement of P.R.
          Title (if Participant is not an individual)

          September 7, 2021
          Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms. Winda Acevedo
7541 Coventry Dr
Port Richey, FL 34668

RECEIVED & FILED

2021 SEP 13  PM 5: 41

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



SAINT PETERSBURG FL
7 SEP 2021 · PM 3 · L

T.A.M.PA FL 335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ida R. Seda Pagan_

Participant's Address: _Urb. Camino del Sol II 80 Ave. Luna Manati, PR, 00674_

Participant's Email Address: _idaseda1234@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _60482_

Nature of Claim: _Pension/Retiment System of PR 4oo._

By: _Ida R. Seda Pagan_
Signature

_Ida R. Seda Pagan_
Print Name

_____
Title (if Participant is not an individual)

_August 26 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Seda Pagán, Ida R.
80 Ave Luna
Urb. Camino del Sol #
Manatí, PR 00674

RECEIVED & FILED
2021 SEP 13   PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00518817O6 0018

Court's Clerk's Office (USDC)
150 Ave. Carlos Chardón Ste 150
San Juan PR
   00918-1767
Ref. Case # 17 BK 3283-LTS


FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virginia Valentín Santiago_

Participant's Address: _PO Box 384 - Angeles, PR 00611-0384_

Participant's Email Address: _Valentinvirginia@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Intent to participate in Discovery_

By: _Virginia Valentín Sgo_
Signature

_Virginia Valentín_
Print Name

_____
Title (if Participant is not an individual)

_08-13-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Valentín Santiago
PO Box 384
Angeles, PR 00611-0384

RECEIVED & FILED
2021 SEP 13   PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
6 SEP 2021   PM 3   L



United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen S. León Ortiz_

Participant's Address: _C/22 42-27 Villas del Rey_
_Caguas, P.R. 00725_

Participant's Email Address: _carmenleon0802@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44640_

Nature of Claim: _Employees Retirement_

By: _Carmen S. León Ortiz_
Signature

_Carmen S. León Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_09-01-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen S. Fas Villa
C/22 4 E. 22
Vistas del Rey
Caguas, P.R. 00725

RECEIVED & FILED
2021 SEP 13  PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
28 SEP 2021   PM 2 L

0091841706 C018

United States District Court
Clerk's Office
150 Avi. Carlos Chardón
Ste. 150
San Juan, P.R. 00917-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ___Moreno Marrero, Maria M.___

Participant's Address: ___7423 102nd St Lubbock TX 79424___

Participant's Email Address: ___morenomagda230@gmail.com___

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___77038___

Nature of Claim: ___Pension/Retiree Claims___

By: ___[signature]___
Signature

___Maria M. Moreno___
Print Name

_____
Title (if Participant is not an individual)

___Sept 7, 2021___
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Moreno
7423 102nd St
Lubbock TX 79424

RECEIVED & FILED
2021 SEP 13 PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LUBBOCK TX 794
8 SEP 2021 PM 1 L

00918-170625

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan P.R. 00918-1767

