UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

       The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 14, 2021

1. Julio C. Luna Santiago
2. Pablo Moreno Sanchez
3. Stuart Ares Bouret
4. Maria Luisa Figueroa Breban
5. Maria de los Angeles Martinez Rivera (2 notices)
6. Ronny Jo Siegal
7. Joel Rodriguez
8. Norma I. Cuevas Gonzalez
9. Modesto Matheu Quiles
10. Ana M. Anadon Irizarry
11. Norma I. Cuevas Gonzalez
12. Wesley W. Oswald
13. Maria T. Rivera Veguilla (3 notices)
14. Norma I. Pedraza Olique
15. Loidis Dominguez Rodriguez
16. Rosa Maria Alvarado Hernandez
17. Julia B. Alvarado
18. Grisele Rivera Diaz
19. Olga Rosalie Ramos Perez
20. Victor J. Andujar Colon
21. Rosalie Torres Ortiz
22. Sonia Suarez Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 14, 2021

23. Zoraida Rodriguez Grajales

24. Maria Luisa Oquendo Martinez

25. Olga M. Torres Quesada

26. Evelyn N. Rivera Lozada

27. Iris Barbelan Gonzalez

28. Fernando Leiva Acosta

29. Monica Rodriguez Burgos

30. Floyd Sears

31. Carmelo Delgado Rodriguez

32. Luis Antonio Figueroa Ramos

33. Carmen Maria Mendez Mendez

34. Jose M. Torres Merced

35. Pedro Lopez Pecunia

36. Virginia Rivera Rodriguez

37. Freddie Lebron Lopez

38. Jaime A. Colon Aponte

39. Jose Encarnacion Ramos

40. Armando Rodriguez Cruz

41. Aurora Castro Felix

42. Leida Cruz Rentas

43. Yolanda Mojica Rosario (2 notices)

44. Saturnino Velez Rosado

Dated: September 14, 2021