Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio C. Luna Santiago_

Participant's Address: _Cond. Riberas del Bucaná III Edf. 2410_

Participant's Email Address: _Apt. 453 Ponce, P.R. 00731-5062_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169013_

Nature of Claim: _Titulo III Promesa_

By: _Julio C. Luna Santiago_
Signature

_Julio C. Luna Santiago_
Print Name

_____
Title (if Participant is not an individual)

_7 de Septiembre 2021_
Date

RECEIVED & FILED
CLERK'S OFFICE
SEP 13 2021
US DISTRICT COURT
SAN JUAN, PR
AM 1 2 3 4 5 6 7 8 9 10 11 12 PM

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio C. Luna Santiago
Cond. Riberas del Bucaná III
Edf. 2410 Apt. 453
Ponce, P.R. 00731-5062

RECEIVED & FILED
2021 SEP 13 PM 6:00
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.




Secretaria (clerk's Office
Tribunal de Distrito de Estados Unidos Distric Court
Sala 150 Edificio Federal  Federal Building
San Juan Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo Moreno Sanchez_

Participant's Address: _HC03 Box #16446_

Participant's Email Address: _pablomoreno5259@gmail.com_

Name of Counsel: _N/A._

Address of Counsel: _N/A._

Email Address of Counsel: _N/A._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Late promised to workers_

By: _Pablo Moreno Sanchez_
Signature

_Pablo Moreno Sanchez_
Print Name

_____
Title (if Participant is not an individual)

_8/23/2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Afonso Sanchz
HC03 Box 16440
Loomo P.R. 00769

00918-170625

United State District court Clerks
office, 150 Ave. Carlos Chardon Ste. 150
Son Juan P.R. 00918-1767

ORLANDO FL 328
8 SEP 2021 PM 2 L

RECEIVED & FILED
2021 SEP 13 PM 5: 41
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Stuart Ares Boñet*

Participant's Address: *P.O. Box 339 Hormigueros P.R. 00660*

Participant's Email Address: *Stuart.ares@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *96185*

Nature of Claim: *Pension/Retiree Procedures*

By: *[signature]*
Signature

*Stuart Ares Boñet*
Print Name

_____
Title (if Participant is not an individual)

*August 23, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Stuart Ares Bonet
P.O. Box 339 Hormigueros
PR 00660-1859.

RECEIVED & FILED
2021- SEP 13  PM 5: 41
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767.

MEMPHIS TN 380
1 SEP 2021   PM 3   L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Maria Luisa Figueroa Breban*

Participant's Address:  *Urb Las Delicias #3018 calle Herminio Tormes Ponce P.R*

Participant's Email Address:  *NONE*

Name of Counsel:  *NONE*

Address of Counsel:  *NONE*

Email Address of Counsel:  *NONE*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17 BK 3283-LTS*

Nature of Claim:  *$12,000.00  Amount estimet*

By:  *Maria Luisa Figueroa Breban*
Signature

*Maria Luisa Figueroa Breban*
Print Name

_____
Title (if Participant is not an individual)

*30-9-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Luisa Figueroa
P.O. Box 8145
Ponce P.R. 00732

RECEIVED & FILED
2021 SEP 13 PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380
1 SEP 2021  PM 3  L

United States District Court Clerks Office
150 ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Martinez Rivera, Maria de los Angeles_

Participant's Address: _C-23 calle 3 Hacienda El Zorzal, Bayamón P.R. 00956_

Participant's Email Address: _mariadelosamartinezrivera@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174732_

Nature of Claim: _Public Employer Claims_

By: _Maria de los A. Martinez Rivera_
Signature

_Maria de los Angeles Martinez Rivera_
Print Name

_retired teacher_
Title (if Participant is not an individual)

_09-03-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de los A. Martinez Rivera (1747132)
C-23 calle 3 Hacienda El Zorzal
Bayamón, Puerto Rico 00956-6843

RECEIVED & FILED
2021 SEP 13 PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

8 SEP 2021   NASHVILLE TN 370   PM 4

00918-176625

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Martinez Rivera Mariade los Ángeles_

Participant's Address: _C-23 calle 3 Hacienda El Zorzal, Bayamon, P.R. 00956-6843_

Participant's Email Address: _mariadelosamartinezrivera@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174732_

Nature of Claim: _Public Employer Clains_

By: _Maria de los A. Martinez Rivera_
    Signature

_Maria de los Ángeles Martinez Rivera_
Print Name

_retired teacher_
Title (if Participant is not an individual)

_09-03-2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de los A. Martinez Rivera (74732)
C-23 calle 3 Hacienda El Zorzal
Bayamon, P.R
00956-6843

RECEIVED & FILED
2021 SEP 13 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

8 SEP 2021 PM 4
NASHVILLE TN

00918-170625

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste. 150,
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Ronny Jo Siegal*

Participant's Address:  *812 Bellaire Drive Demarest, NJ 07627*

Participant's Email Address:  *RJGSIEGAL @ Verizon. net*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  *Ronny Jo Siegal*
     Signature

     *Ronny Jo Siegal*
     Print Name

     _____
     Title (if Participant is not an individual)

     *August 23, 2021*
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Morgan Stanley
The Compass Group

RECEIVED & FIL
2021 SEP 13 PM 5:
CLERK'S
DISTRICT
N JUAN, P.

One Penn Plaza, 43rd Floor
New York NY 10119-0001

00910-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

NEW YORK NY 100
7 SEP 2021 PM 13 L





ZIP 10119 $ 000.53⁰
02 4W
0000338430 SEP 07 2021
U.S. POSTAGE >> PITNEY BOWES
3000

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joel Rodriguez_

Participant's Address: _H12 Calle 15 Urb. Ciudad Massó, San Lorenzo, P.R. 00754_

Participant's Email Address: _joel@serviciocpa.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _____
Signature

_Joel Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8/27/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joel Rodriguez
#12 Caile 15
Urb. Ciudad Massó
San Lorenzo, P.R. 00754

RECEIVED & FILED
2021 SEP 13 PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
6 SEP 2021   PM 2   L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I Cuevas Gonzalez_

Participant's Address: _Urb. Vista Del Rio II, House # Q16, P.O.Box665, Añasco, P.R 00110_

Participant's Email Address: _Cuevasnorma77@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156362_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Norma I Cuevas Gonzalez_
    Signature

_Norma I. Cuevas Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 24th, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Norma I Cuevas Gonzalez
P.O. Box 665
Añasco, P.R. 00610

RECEIVED & FILED
2021 SEP 13 PM 5: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

To:

Court's Clerk's Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon St. San Juan, P.R.
00918-1767

00918-1706525

MEMPHIS TN 380

1 SEP 2021   PM 3   L

USA ★ FOREVER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

     **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS   Doc#:18100-1   Filed:09/14/21   Entered:09/14/21 09:48:06   Desc:
Pro se Notices of Participation   Page 20 of 102

Page 2/2

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:    Modesto Matheu Quiles

Participant's Address:    8223 Shoregrove Dr. Humble, Tx 77346

Participant's Email Address:    Modesto.matheu @ gmail.com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.   Participant's Claim number and the nature of Participant's Claim:
        OICPR — worked/Participant between 1979 to 1983.

Claim Number:    _____

Nature of Claim:    Any retirement funds left under my name?

By:   _Modesto Matheu Quiles_____
      Signature

      Modesto Matheu Quiles
      Print Name

      _____
      Title (if Participant is not an individual)

      9-6-2021
      Date

RECEIVED & FILED
2021 SEP 13  PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Modesto Matheu
8223 Shoregrove Dr
Humble, TX 77346

RECEIVED & FILED
2021 SEP 13 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NORTH HOUSTON TX 773

7 SEP 2021 PM 2 L

United States District Court
Clerk's office
150 Ave. Carlos Chardon STE. 150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ana M. Anadón Irizarry_

Participant's Address: _979 Grand Hilltop Dr. Apopka Fl._
_32703_

Participant's Email Address: _mjanadon @ yahoo.com_

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Reclamo Aumento Promesa Romero Barceló_

By: _Ana M. Anadón Irizarry_
Signature

_Ana M. Anadón Irizarry_
Print Name

_Reclamante_
Title (if Participant is not an individual)

_9/07/1921_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Anadón Irizarry
979 Grand Hilltop Dr.
Apopka Fl. 32703

RECEIVED & FILED
2021 SEP 13 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón
Ste 150
San Juan, P.R. 00918-1767

ORLANDO 328
7 SEP 202
APOPKA, FL 32712
SEP 1 2021
FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Cuevas González_

Participant's Address: _Urb Vista Del Rio II, P.O Box 665, Añasco, P.R. 00610_

Participant's Email Address: _cuevasnorma77@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167620_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Norma I. Cuevas González_
Signature

_Norma I. Cuevas González_
Print Name

_____
Title (if Participant is not an individual)

_August 24, 2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 SEP 13 PM 5: 32
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

To: Numa I. Cuevas Gonzalez
P.O. Box 665
Añasco, PR 00610

To: Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan
00918-1767

00918-170625

MEMPHIS TN 380
1 SEP 2021   PM 4   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wesley W. Oswald_

Participant's Address: _3369 CR 2182, Greenville tx 75402_

Participant's Email Address: _Wmozie@gmail.com_

Name of Counsel: _None_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173135      #25,000_

Nature of Claim: _Proof of Claim denial_

By: _Wesley W Oswald_
Signature

_Wesley W Oswald_
Print Name

_____
Title (if Participant is not an individual)

_9-8-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



U.S.
PME 1-Day
GREENVILLE, TX
75402
SEP 09 21
AMOUNT

**$29.40**

1007       00918       R2306Y151762-88

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



**PRESS FIRST**

PAPER POUCH



## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 032 517 175 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (941) 929-0506

Wesley Oswald
3369 CR 2182
Greenville tx 75402

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

United States Dist. Court, Clks off.
150 Ave
Carlos Chardon Ste 150
San Jaun P.R. 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

0 0 9 1 8 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 75402 | 9/10/21 | $ 29.40 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9/9/21 | ☐ 3:00 PM | $ | $ |

| Time Accepted | ☑ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:10 | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 29.40 |

| Weight | ☑ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs.   ozs. | | Webs |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996


**PEEL FROM THIS CORNER**


PS10001000006

EP13F May 2020




**UNITED STATES POSTAL SERVICE**


This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

*I am not [illegible]*
*She was another employee Dismissed in the 2001 sleep.*
*Married Name*

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria T. Rivera Veguilla *[illegible] Montalvo*

Participant's Address: HC-8 Box 2789 Sabana Grande, PR
00637-9235

Participant's Email Address: Mtriveramtr7@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 22580

Nature of Claim: Hybrid Retirement Version 2013-2017

By: ~~[illegible]~~
Signature

Maria T. Rivera Veguilla    < Maria Rivera Veguilla
Print Name                        Maria T. Rivera

_____
Title (if Participant is not an individual)

26 August 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**MARIA T RIVERA**
HC 8 BOX 2789
SABANA GRANDE PR 00637-9235



**MARIA T RIVERA**
HC 8 BOX 2789
SABANA GRANDE PR 00637-9235

RECEIVED & FILED
2021 SEP 13  PM 5: 34
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.



CERTIFIED MAIL

7020 1290 0001 8452 4317





U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
SEP 09, 21
AMOUNT
**$5.91**
R2305K135317-06

UNITED STATES
POSTAL SERVICE
1000

00918

Notice to the Court's Clerk's Office Court

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

*Married
nomp*

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria T. Rivera Veguilla /de Montalvo*

Participant's Address: *HC-8 Box 2789 Sabana Grande, PR 00637*

Participant's Email Address: *mtriveramtr7@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *23162*

Nature of Claim: *Employee grievance*

By: *M Rivera*

Signature

Print Name: *Maria T. Rivera Veguilla*

*Maria T. Rivera*

*Maria Rivera Veguilla*

Title (if Participant is not an individual)

Date: *26 August 2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria T. Rivera Vequilla
HC-8 Box 2789
Sabana Grande, PR 00637-9235

I Maria T. Rivera Vequilla
Maria Rivera Vequilla
Maria T. Rivera

all are one and the same,
do intent to participate in
Discovery (in connection with
confirmation of the Plan)
Common Wealth Plan Confirmation
in the Common wealth of Puerto
Rico. Case No. 17 BK 3283 LTS.

August 26, 2021



**MARIA T RIVERA**
HC 8 BOX 2789
SABANA GRANDE PR 00637-9235



**MARIA T RIVERA**
HC 8 BOX 2789
SABANA GRANDE PR 00637-9235



CERTIFIED MAIL

7020 1290 0001 8452 4317



UNITED STATES
POSTAL SERVICE



00918

U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
SEP 09 21
AMOUNT
**$5.91**
R2305K135317-06

RECEIVED & FILED
2021 SEP 13 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Notice to the court's Clerk's Office Court

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria T. Rivera Veguilla / Maria Rivera Veguilla : Maria T. Rivera_

Participant's Address: _HC-8 Box 2789 Sabana Grande, PR 00637-9235_

Participant's Email Address: _Mtrivera mtr7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _25610_

Nature of Claim: _Retiremen Pension_

By: _____
Signature

Print Name _Maria T. Rivera Veguilla / Maria Rivera Veguilla / Maria T. Rivera_

_Never used except a short while, due to mixup with another person with same last names Maria T. Rivera de Montal_

Title (if Participant is not an individual) _____

Date _26 Aug 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Always mixed up with Milagros Rivera Montalvo_

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9






**MARIA T RIVERA**
HC 8 BOX 2789
SABANA GRANDE PR 00637-9235

**MARIA T RIVERA**
HC 8 BOX 2789
SABANA GRANDE PR 00637-9235

CERTIFIED MAIL

7020 1290 0001 8452 4317

U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
SEP 09, 21
AMOUNT
**$5.91**
R2305K135317-06

00918



RECEIVED & FILED
2021 SEP 13 PM 5:34
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

Notice to the Court's Clerk's Office Court

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Pedraza Olique_

Participant's Address: _347 Sector Cotto Cidra, P.R. 00739_

Participant's Email Address: _pedrazanorma7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179036_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Norma I. Pedraza_
Print Name

_Teacher_
Title (if Participant is not an individual)

_September 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From
Norma I. Pedraza Oligue
347 Sector Cotto
Cidra, P. R. 00739-2103

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**



U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
SEP 07, 21
AMOUNT
**$5.11**
R2304M113360-15
1000      00918

7021 0950 0001 5356 3887

To:
United States District Court
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Loidis Domínguez Rodríguez

Participant's Address:  168 Puerto St., Parcelas Punta Plata, Barceloneta, P.R. 00617

Participant's Email Address:  None

Name of Counsel:  Luis E. Pérez Lebrón, Esq. (jurisdiction of Puerto Rico)

Address of Counsel:  P.O. Box 1466, Mayagüez, P.R. 00681

Email Address of Counsel:  leperezlebron  gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  Civil #ISCI201600787  Court of First Instance, Mayagüez, P.R.

Nature of Claim:  Tort action

By:  _on behalf of Loidis Domínguez Rodríguez_
Signature

Loidis Domínguez Rodríguez
Print Name

Plaintiff and Participant
Title (if Participant is not an individual)

9-1-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CERTIFIED MAIL

7021 0350 0000 0598 1926



U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
SEP 10, 21
AMOUNT

$8.16

1000      00918      R2303S104539-01

FROM:   LCDO. LUIS E. PEREZ LEBRON
        PO BOX 1466
        MAYAGUEZ, PR  00681


TO:   UNITED STATES DISTRICT COURT
      CLERK'S OFFICE
      150 AVE. CARLOS CHARDON, SUITE 150
      SAN JUAN, PR  00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: ROSA MARIA Alvarado Hernández

Participant's Address: 2016 Pitch Way Kissimmee Fl 34746

Participant's Email Address: gleryzmar@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 03283 LTS

Nature of Claim: Intent To Participate in Discovery for conf

By: _Rosa M Alvarado Hernan_
    Signature

Rosa M Alvarado Hernández
Print Name

_____
Title (if Participant is not an individual)

8/30/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raward
2016 Pitch Way
Kissimmee, Fl 34746

CERTIFIED MAIL

7021 0950 0001 5872 2593



U.S. POSTAGE PAID
FCM LG ENV
KISSIMMEE, FL
34741
SEP 07, 21
AMOUNT
$5.11
R2305K142734-07

1029        00918

U S District Court
Clerk's office, 150 Ave Carlos Chardon Strat STE 150
San Juan P.R 00918-1767

RECEIVED & FILED
2021 SEP 13 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Julia B. Alvarado*

Participant's Address: *12907 New York Wood Circle* *Orlando FL*

Participant's Email Address: *juliett049@aol.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 03283 LTS*

Nature of Claim: *Participate in Discovery for Conf.*

By: *Julia B. Alvarado*
   Signature

*Julia B Alvarado*
Print Name

_____
Title (if Participant is not an individual)

*8/30/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia B Alvarado
12907 New York Wood C
Orlando Fl 32824



CERTIFIED MAIL

7021 0950 0001 5872 2623

 

U.S. POSTAGE PAID
FCM LG ENV
KISSIMMEE, FL
34741
SEP 07 21
AMOUNT

1029    00918    **$5.11**
R2305K142734-07

RECEIVED & FILED
2021 SEP 13 PM 5:36

U.S. DISTRICT COURT
SAN JUAN, P.R.

US District Court
Clerk's office, 150 Ave Carlos Chardon
Ste .150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Gnsele Rivera Díaz_

Participant's Address: _P.O. Box 958, Cidra, P.R. 00739-0958_

Participant's Email Address: _rivera.grisele @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _* At this moment I don't have one._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175766_

Nature of Claim: _Title III - 1973 Ley Promesa_
_Retired Department of Education_
_1984 - 2014_

By: _[signature]_
Signature

_Gnsele Rivera Díaz_
Print Name

_____
Title (if Participant is not an individual)

_June 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hawk Rivera Ds
P.O. Box 958
Cidra, PR. 00739-0958

RECEIVED & FILED
2021 SEP 13 PM 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

MEMPHIS TN 380
1 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____55 265_____

Nature of Claim: _____Salarios Impagos Impagos_____

By: _____
    Signature

_____Olga Rosalie Ramos Pérez_____
Print Name

_____
Title (if Participant is not an individual)

_____8/26/21_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga R Romos
Puerto Nuevo
614 Andres
San Juan PR 00920-5317

RECEIVED & FILED

2021 SEP 13 PM 5: 46

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan PR 00918-1767

MEMPHIS TN 380

1 SEP 2021 PM 4 L

Thinking



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andujar Colón, Victor J._

Participant's Address: _Sector Mogote calle B #16 Cayey, PR 00736_

Participant's Email Address: _viole1124@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12305_

Nature of Claim: _Salary adjustment debt_

By: _Victor J. Andujar Colón_
Signature

_Victor J. Andujar Colón_
Print Name

_____
Title (if Participant is not an individual)

_8/26/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Andujar Colón; Victor J.
Bo Mogote
16 Calle B
Cayey PR.00736

RECEIVED & FILED
2021 SEP 13 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7020 3160 0000 4994 7101

United States District Court
Clerk's Office,
150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767.

00918-1706625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosalie Torres Ortiz_

Participant's Address: _105 St. Km. 4.7, Limón, Mayagüez, P.R. 00680_

Participant's Email Address: _torres.rosalie @ gmail.com_

Name of Counsel: _The Financial Oversight and Management Board of Puerto Rico._

Address of Counsel: _Eleven Times Square, New York, NY 10036_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Rosalie Torres Ortiz_
Signature

_Rosalie Torres Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosalie Torres Ortiz
P.O. Box 1752
Mayaguez, P.R. 00681

CERTIFIED MAIL

7021 0350 0000 0601 1974

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Sonia Suarez Rivera._

Participant's Address: _Urb Rio Grande Hillis calle-B 67 Rio Grande_
_P.R. 00745._

Participant's Email Address: _Ssuarez 516 @ Hotmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151740_

Nature of Claim: _____

By: _[signature]_
Signature

_Sonia Suarez Rivera._
Print Name

_____
Title (if Participant is not an individual)

_30/ Agosto- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nota. No se si ese es mi numero de Nature of. Claim 151740
pero es mi numero de reclamacion que me dieron, Muchas gracias
cel. 787- 3543632.

RECEIVED & FILED

2021 SEP 13  PM 5: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

7018 1130 0000 2072 3601

CERTIFIED MAIL

1 SEP

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
PALMER, PR
00721
AUG 31, 21
AMOUNT
$7.38
R2305K132249-77

00918-170625

To. United States District Court. Clerks
office, 150 Ave. Carlos Chadon ste. 150
San Juan P.R.   00 918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Rodriguez Grajales_

Participant's Address: _1701 Tupelo Hill LN Apt 205 Raleigh, NC 27607_

Participant's Email Address: _zoryrdz @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement Funds_

By: _Zoraida Rodriguez Grajales_
Signature

_Zoraida Rodriguez Grajales_
Print Name

_____
Title (if Participant is not an individual)

_8/31/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Please send all my
correspondence to
this address:
1701 Tupelo Hill LN
Apt 205 Raleigh,
NC 27607.

Thank You!
Zraida Rodriguez Shayares



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 0680 0002 0855 6406

Jovaida Rodriguez Grajales
1701 Topelo Hill LN Apt 205
Raleigh N a 27607

United States District Court, Clerk's Office

150 Ave Carlos Chardon STE, 150
San Juan P. R. 00918 - 1767

RECEIVED & FILED
2021 SEP 13 PM 5: 37

00918-1706625

U.S. POSTAGE PAID
PCM
RETAILER
RALEIGH, NC
27615
SEP 07 21
AMOUNT
$3.75
R2304E108877-10

1000

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria Luisa Oquendo Martinez

Participant's Address: Urb. Santa Clara #48 Calle Luz Divina Ponce P.R 00716-2592

Participant's Email Address: _____

Name of Counsel: NO

Address of Counsel: NO

Email Address of Counsel: NO / mmoquendo62@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Salary Claim PROMESA Title III

By: _Maria Luisa Oquendo martinez_
Signature

_Maria Luisa Oquendo Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August/16/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María Luisa Oquendo Martínez
Urb. Santa Clara
48 Calle Luz Divina
Ponce P.R 00716-2593

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 2450 0001 3224 8187

SAN JUAN PR 009
23 AUG 2021 PM

UNITED STATES
POSTAL SERVICE

1000

00918



U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00731
AUG 23, 21
AMOUNT

$6.45

R2305K134027-14

Court's Clerk's Office
of United States District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste.
150, San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga M. Torres Quesada_

Participant's Address: _Extensión Jardines de Coamo Calle 15 A11_
_Coamo, P.R. 00769_

Participant's Email Address: _olga torres quesada arroba gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 4761   Commonwealth of Poerto Rico_

Nature of Claim: _Case No. 17 BK 3283 - LTS_

By: _Olga M. Torres Quesada_
Signature

_Olga M. Torres Quesada_
Print Name

_____
Title (if Participant is not an individual)

_09/03/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Coamo, P.R.
3 de sept de 2021

A quién pueda interesar:

Adjunto envío información solicitada

Si necesita alguna otra información

este es mi teléfono: 939402268

Gracias,

Olga M. Irrs Quesad

RECEIVED & FILED
2021 SEP 13 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Olga M. Torres Quesada
Esf Jard de Ceano
Calle 15 #17
Coamo, PR 00769

00918

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
00769
SEP 03, 21
AMOUNT
$6.80
R2305H126384-05

CERTIFIED MAIL

7019 2280 0001 1749 4353

To: United State District Court Clerk's Office
150 Avenida Carlos Chardon Ste, 150
San Juan, Puerto Rico 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn N. Rivera Lozada*

Participant's Address: *Cond Concordia Gardens 1 #8 Calle Livorna Apt. 9d*
*San Juan, PR 00924*

Participant's Email Address: *(evriverg6)*
*evrivera6 @ hotmail. com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *165790, Case 17 BK 3283-LTS*

Nature of Claim: *The Federal Minimum Wage, established to government*
*of Puerto Rico on April 15, 1986*

By: *Evelyn N. Rivera Lozada*
Signature

*Evelyn N. Rivera Lozada*
Print Name

*I was emplo*
Title (if Participant is not an individual)

*09-04-2021*
Date

2021 SEP 13 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Evelyn N. Rivera
Cond Concordia Gardens 1
#8 Calle Lironea Apt. 9d
San Juan, PR 00924

RECEIVED &
2021 SEP 13 PM 5:
CLERK'S OFFICE
U S. DISTRICT
SAN JUAN, P.R.

00518817 06 0010

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767


FOREVER
USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris Barberan Gonzalez_

Participant's Address: _c/Rosa de york - EC-51. 4ª sec. Levittown P.R. 00949_

Participant's Email Address: _ibarbe4h@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Iris Barberan Gonzalez_
Signature

_Iris Barberan Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris Barbeian Gonzalez
C/Rosa de york EC-51
Levittown P.R. 00949

United States District Court
Clerks Office,
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

MEMPHIS TN 380
6 SEP 2021 PM 3 L

Thinking
FOREVER / USA

00918-170625

RECEIVED & FILED
2021 SEP 13 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS  ~~3566~~

Nature of Claim: Promesa III

By: _____
Signature

Fernando Leiva Acosta
Print Name

_____
Title (if Participant is not an individual)

25/8/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 13 PM 5:37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Fernando Leiva Acosta
46 SE 1216 Repto. Metrop.
San Juan, P.R. 00921

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Monica Rodríguez Burgos_

Participant's Address: _306 Calle Aries, Sandin, Vega Baja P.R. 00693_

Participant's Email Address: _mrb306@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Discovery Notice_

By: _Monica Rodríguez Burgos_
Signature

_Monica Rodríguez Burgos_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 02, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Monica Rodriguez Burgos
306 Calle Aries
Sandin, Vega Baja
Puerto Rico 00693

RECEIVED
2021 SEP 10 PM 3:00
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

ReadyPost
Document Mailer

MEMPHIS TN 380
3 SEP 2021 PM 3 L

FOREVER / USA

To: United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DR. FLOYD SEARS_

Participant's Address: _2 LAKE ROAD  GREAT NECK NY 11020_

Participant's Email Address: _dr. floyd sears @ GMAIL.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _$5000._

By: _Dr Floyd Sears_
Signature

_DR FLOYD SEARS_
Print Name

_____
Title (if Participant is not an individual)

_8/26/21._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

On a Wing & Pray
9 LAKE ROAD
GREAT NECK, NY 11020

MID-ISLAND NY 117

7 SEP 2021   PM 2 L

FOREVER / USA

RECEIVED & FILED
2021 SEP 13  PM 5: 37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

UNITED STATES DISTRICT COURT
CLERKS OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmelo Delgado Rodriguez_

Participant's Address: _Catle 14 H H-5 Sierra Linda Bayamón_

Participant's Email Address: _delmarflor@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _(signature)_
Signature

_Carmelo Delgado Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8/28/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmelo Delgado Rodríguez
Calle 14 HH-5 Sierra Linda
Bayamón, P.R. 00957

00918-170625

MEMPHIS TN 380

31 AUG 2021 PM 3   L

FOREVER USA

Discovery Notice to the Courts
Clerk's Office At NY
United States District Court (Clerk)
Office

150 Ave Carlos Chardon Ste
150
San Juan, P.R. 00918-1797

RECEIVED & FILED
2021 SEP 13 PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:        Luis Antonio Figueroa Ramos

Participant's Address:     PO Box 2312, Guayama, PR 00785

Participant's Email Address:   figueroaluis48@yahoo.com

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:              2706

Nature of Claim:           Pensioner

By:      _____
         Signature

Luis Antonio Figueroa Ramos
Print Name

_____
Title (if Participant is not an individual)

08-23-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis A. Figueroa Ramos
PO Box 2312
Guayama, PR 00 785

RECEIVED & FILED
2021 SEP 13 AM 9: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

009184706 C018

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00 918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Maria Méndez Méndez_

Participant's Address: _HC-01 Box 5382, Moca, Puerto Rico 00676_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _"ERS"_

By: _____
Signature

_Carmen M. Méndez Méndez_
Print Name

_____
Title (if Participant is not an individual)

_August 25, 2022_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Mérida
HC-1 Box 5382
Moca, P.R. 00676-9684

RECEIVED & FILED
2021 SEP 13 PM 5: 29
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170399

MEMPHIS TN 380
15 SEP 2021 PM 3  L

United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José M. Torres Merced_

Participant's Address: _HC 5 Box 7100 Guaynabo, PR 00971-9580_

Participant's Email Address: _manolitojose18@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61161_

Nature of Claim: _Employees Retirement System_

By: _✓ José Manuel Torres Merced_
Signature

_José M. Torres Merced_
Print Name

_____
Title (if Participant is not an individual)

_9/3/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José M. Torres Merced
HC-5 Box 7100
Guaynabo, PR 00971-9580

RECEIVED & FILED
2021 SEP 13  PM 5: 2?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918¿1713 C018

MEMPHIS TN 380
6 SEP 2021   PM 3  L

To: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon, Ste 150,
San Juan, PR 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Pedro López Pecunia*

Participant's Address: *Cond Monterrey Apt. CB - Jaff 54 109 San Juan PR. 00911*

Participant's Email Address: *Pipo 081363 @ g-mail.com*

Name of Counsel: *No Counsel*

Address of Counsel: *No Counsel.*

Email Address of Counsel: *No Counsel*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Nose 17 BK 3283 LTS. $*

Nature of Claim: *have for past year show $ of 244.00 less than I was entitled for.*

By: _____
     Signature

     *Pedro Lpy Pecun*

Print Name

*Pedro López Pecunia*

Title (if Participant is not an individual)

*Agosto 31, 1921.*

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021          9

From: Pedro Lopez Bruno
con R. Pen Finley C.B
Dept 9 - 109
San Juan, PR 00911

RECEIVED & FILED
2021 SEP 13  PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P

To: United States District Court
Clerks Office
150 Ave Chardon Ste 150
San Juan, PR 00918-1767

0091.8-170399

MEMPHIS TN 380
2 SEP 2021  PM 1 L

PURPLE HEART   STATION

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Virginia Rivera Rodriguez_

Participant's Address: _4051 fox bend ln Kissimmee FL 34744_

Participant's Email Address: _dile 4600 @ Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Virginia Rivera_
    Signature

_Virginia Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/15/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Rivera
4051 Fox bend Ln
Kaimmee Fl. 34744

RECEIVED & FILED
2021 SEP 13 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170399

ORLANDO FL 328
31 AUG 2021 PM 2 L

United States District court, Clerk's
Office 150 Ave. Carlos Chardon
Ste. 150. San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Freddie Lebron Lopez_

Participant's Address: _82 Watkin terr Rochester NY 14605_

Participant's Email Address: _mirella.lebron@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_FREDDIE LEBRON LOPEZ_
Print Name

_____
Title (if Participant is not an individual)

_9/2/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Freddie Lebron Lopez
82 Watkin ter
Rochester NY 14605

RECEIVED & FILED
2021 SEP 13 PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerk's office
150 Ave Carlos Chardon Ste
150, San Juan, PR. 00918-1767.

00918-170399

ROCHESTER NY 144
7 SEP 2021   PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jaime A. Colón Aponte_

Participant's Address: _P.O. Box 58   Guayama, P.R 00785_

Participant's Email Address: _jaca0440@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55393 Pacu ID: 59937 MML ID: 674273 -
PSVC: MML-PC_

Nature of Claim: _____

By: _J.A Colón Aponte_
Signature

_Jaime A. Colón Aponte_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 30 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE         VERSION JULY 20, 2021         9

Jaime A. Colón Aponte
P.O. Box 58
Guayama, P.R. 00785-0058

RECEIVED & FILE
2021 SEP 13 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

2 SEP 2021 PM 3 L

MEMPHIS TN 380

Thinking

USA 42

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**: *"español"*

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Encarnacion Ramos_

Participant's Address: _Marginal, Dal Jorista #3000, Apto 10-J (cond) Inta Buite Carolina PR 00979_

Participant's Email Address: _joseencarnacion@live.com_

Name of Counsel: _Office courts Clerks_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _"172075" (BK 3283-LTS_

Nature of Claim: _Publico employee_

By: _____
Signature

_Jose encarnacion Ramos_
Print Name

_Sr._
Title (if Participant is not an individual)

_Cegosto 2021_
Date

RECEIVED & FILED
2021 SEP 13 PM 5: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 13 PM 5: 30

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P R

00918-170399

United State District Cout Clerks
Office 150 ave Carlos Chardon
Ste 150,
San Juan Puerto Rico
00918-1767

MEMPHIS TN 380

6 SEP 2021 PM 2

POST OFFICE MURALS / FOREVER / USA

ROCKVILLE, MD

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Armando J Rodriguez Cruz_

Participant's Address: _urb. Del Carmen Calle #8 H.72. Cammuy PR 00627_

Participant's Email Address: _arrodriguez @ Salud.gov. PR_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#. 152 697_

Nature of Claim: _____

By: _[signature]_
Signature

_Armando J Rodriguez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_1- Sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Armando J Rodriguez
urb. Del Carmen Calle #8
H.72 Ponce PR 00627

RECEIVED & FILED

2021 SEP 13  PM 5: 30

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

00910-176767

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan PR. 00918-1767

4 SEP 2021  PM 2  L

MEMPHIS TN 380

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurora Castro Félix_

Participant's Address: _Hc 2 Box 8777 Yabucoa, P.R. 00767_

Participant's Email Address: _itycastro395 a g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case # 2016-05-1340 Titlo III No 17 BK 3283 LTS_

Nature of Claim: _Salarial Reclamation_

By: _Aurora Castro Félix_
Signature

_Aurora Castro Félix_
Print Name

_____
Title (if Participant is not an individual)

_August 25, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Aurora Castro Félix
Hc 2 Box 8777
Yabucoa, P.R.
00767

RECEIVED & FILED
2021 SEP 13  PM 5: 30
CLERK'S OFFICE
U. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
Ave. Carlos Chardon Ste 150
San Juan, P.R.
00918-1767

00918$9999

MEMPHIS TN 380
1 SEP 2021   PM 4  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Leida Cruz Rentas*

Participant's Address: *Ext. Salazar calle Salpicón num. 1713 Ponce, P.R. 00717*

Participant's Email Address: *cruz.leida @ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *92429*

Nature of Claim: *dinero adeudado*

By: *Leida Cruz Rentas*
Signature

*Leida Cruz Rentas*
Print Name

_____
Title (if Participant is not an individual)

*24 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luisa Cruz Realta)
Urt. Salagn calle salpiesa Num. 17/3
Ponce, P.R. 00717

MEMPHIS TN 380
31 AUG 2021 PM 5 L

RECEIVED & FILED
2021 SEP 13  PM 5: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardor
Ste. 150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Mojica Rosario_

Participant's Address: _Calle 4 #12, Urb. M Ansiones Sierra Taina, Bayamon PR 00956_

Participant's Email Address: _sonen12003 e yahoo. com_

Name of Counsel: _N|A_

Address of Counsel: _N|A_

Email Address of Counsel: _N|A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _See the next page_

By: _Yolanda Mojica Rosario_
Signature

_Yolanda Mojica Rosario_
Print Name

_Individual_
Title (if Participant is not an individual)

_August 26, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant's Claim – Yolanda Mojica

Participant's Claim Number – 49762

Cont….

Nature of Claim:

I'm claming the amount of $21,600 dollars based on law 89 of July 12, 1979, Uniform Tax,
"Romerazo".  This applies to years that I worked for Puerto Rico Telephone Company.  These
are from March 3, 1981 to March 3, 1999.

RECEIVED & FILED
2021 SEP 13  PM 5: 30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Yolanda Mojica
Calle 4 #12 HC-67
Urb. Mansiones de Sierra Taina
Bayamón, P.R. 00956

RECEIVED & FILED

2021 SEP 13  PM 5: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00318-170625

27 AUG 2021 PM 6 L

ORLANDO FL 328

To: United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Yolanda Mojica Rosario

Participant's Address:    Calle 4 #12, Urb. Mansiones Sierra Taina, Bayamon PR 00956

Participant's Email Address:    sonen12003@yahoo.com

Name of Counsel:    N/A

Address of Counsel:    N/A

Email Address of Counsel:    N/A

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:    49762

Nature of Claim:    See the next page

By:    Yolanda Mojica Rosario
Signature

Yolanda Mojica Rosario
Print Name

Individual
Title (if Participant is not an individual)

August 26, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant's Claim – Yolanda Mojica

Participant's Claim Number – 49762

Cont....

Nature of Claim:

I'm claming the amount of $21,600 dollars based on law 89 of July 12, 1979, Uniform Tax, "Romerazo".  This applies to years that I worked for Puerto Rico Telephone Company.  These are from March 3, 1981 to March 3, 1999.

RECEIVED & FILED
2021 SEP 13 PM 5: 30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Yolanda Mojica
Calle 4 #12 HC-67
Urb. Mansiones Sierra Jaina
Bayamon, P.R. 00956

ORLANDO FL 328
27 AUG 2021 PM6 L

RECEIVED & FILED
2021 SEP 13 PM 5:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _SATURNINO VeCeZ ROSado_

Participant's Address: _223 Calle OLga NOLLa, Villasde Maria<sup>Felisa</sup> 00680_

Participant's Email Address: _SATURNINOV12@Email.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _JOINTLY ADMINISTERED_

By: _Saturnino Velez_
    Signature

_SATURNINO VeCeZ ROSado_
Print Name

_____
Title (if Participant is not an individual)

_7/Sept/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Satumino Velez
223 Calle Olga Nolla
Villas de Felisa
Mayaguez P.R.
00680

United States District Court
Clerk's Office
150 Ave Chardaste, 150
San Juan P.R.
00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 SEP 13 PM 5: 30

RECEIVED & FILED



NEOPOST
09/08/2021
US POSTAGE $001.19°

ZIP 00680
041M11461554