Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Neyda Rivera Feliciano

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795, Arecibo P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 264896 MMLID: 361121-P SVC: MML-PC
NEYDA RIVERA FELICIANO
LCDA. NORA CRUZ MOLINA
545 AVE JOSÉ DE CEDEÑO
ARECIBO PR '00612

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yadira Ramos Cruz

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo, P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____ (Signature)

Print Name: Nora Cruz Molina

Title (if Participant is not an individual): Counsel

Date: 9-7-2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 325825 MMLID: 594808-P SVC: MML-PC
YADIRA RAMOS CRUZ
LCDA. NORA CRUZ MOLINA
545 AVE JOSÉ DE CEDEÑO
ARECIBO PR '00612

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro A. Oliles Lope R

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz molina

Address of Counsel: P.O Box 2795 Arcibo P.R. 00613-2795

Email Address of Counsel: nora.cruz.moina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Cll_____
Signature

Nora Cruz molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY  10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 73139 MMLID: 1930968-NP SVC: MML-PC
Quiles Lopez, Pedro A.
Attn: Nora Cruz Molina, ESQ
PO Box 2795
Arecibo PR  00613-2795

0061302795  B015

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Quiles Lopez

Participant's Address: ___

Participant's Email Address: ___

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo, PR. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___

Nature of Claim: ___

By: [signature]
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 73124 MMLID: 1421172-P SVC: MML-PC
QUILES LÓPEZ PEDRO A.
NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR 00613-2795

0061302795 B015

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Quiles Lopez

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O Box 2795 Arecibo, P.R. 00613-2795

Email Address of Counsel: nora.cruz-molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 73138 MMLID: 397695-P SVC: MML-PC
Quiles Lopez, Pedro
LCDA. Nora Cruz Molina
PO BOX 2795
Arecibo PR 00613-2795

0061302795 B015

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Quiles Iper

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE            VERSION JULY 20, 2021            9

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 73140 MMLID: 416186-P SVC: MML-PC
Quiles Lopez, Pedro A.
LCDA. Nora Cruz
PO Box 2795
Arecibo PR 00613-2795

0061302795 B015

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vidal Santiago

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo, PR. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 310993 MMLID: 586311-P SVC: MML-PC
VIDAL SANTIAGO V . DPTO. REC. NAT. Y AMBIENTALES
LCDA. NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR 00613-2795



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José Mama Ramos

Participant's Address: ____

Participant's Email Address: ____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O Box 2795 Arecibo, PR. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____

Nature of Claim: ____

By: _[signature]_
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 14677 MMLID: 845703-NP SVC: MML-PC
ORAMA RAMOS, JOSE J
NORA CRUZ MOLINA
ATTORNEY
DESPACHO LEGAL LCDA. NORA CRUZ MOLINA
P.O. BOX 2795
ARECIBO PR 00613-2795

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José L. Orama Ramos

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: /s/ _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

9-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55593 PackID: 14680 MMLID: 853944-NP SVC: MML-PC
ORAMA RAMOS, JOSE JULIAN
NORA CRUZ MOLINA
DESPACHO LEGAL LCDA. NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR 00613-2795