

CERTIFIED MAIL

7020 1290 0002 0122 9317



NORA CRUZ MOLINA
ABOGADA

LCDA. NORA CRUZ MOLINA
P.O. BOX 2795
ARECIBO, PUERTO RICO 00613-2795

UNITED STATES DISTRICT COURT CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE.150
SAN JUAN, PUERTO RICO 00918-1767





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
SEP 08, 21
AMOUNT
$5.51
R2304E105144-03

1000   00918

2021 SEP 13 PM 5:33
RECEIVED & FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.