10 de septiembre 2021

Saludos Secretaria del Tribunal a la Junta de Supervisión y al Comité de Acreedores

Asunto: Les pido que me reclasifiquen al Gobierno de P.R. Estado Libre Asociado por la cantidad de 25,000.00 y no por 1,500.00. Ya varias veces he enviado el comunicado y no me han reclasificado. Espero que sí se pueda reclasificar ya que se le envió evidencia de que no me pagaron los días por enfermedad 13,000.00 sin contar intereses y el dinero por calidad de vida y aumento económico por 12,000.00 que en diez años no me brindaron. Aparezco en el SRF 56286 reclasificada en 1,500.00 # de reclamo 106655 con el Rango (b) Les pido que me reclasifiquen a los 25,000.00 rango (c)

Gracias anticipadas

Migdalia González Vega

Les someto evidencia