Tricentésima Sexagésima Séptima Objeción Global
Anexo A - Reclamos a ser reclasificados

| N.° DE RECLAMACIÓN | ALEGADOS | | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|
| | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 106655 ~~~~~ | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | $1,500.00* | | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $1,500.00* |
| ✗ | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | Subtotal | $1,500.00* | | | Subtotal | $1,500.00* |

EZ VEGA, MIGDALIA
AJAGUA HACIENDA
UEN
, PR 00725

*handwritten: 25,000.00*

a: La evidencia de reclamo y la documentación de respaldo invocan obligaciones asociadas con litigios en curso derivados de la relación de empleo del demandante con el Estado Libre Asociado e sus agencias. En consecuencia, toda obligación debe invocarse contra el Estado Libre Asociado, no contra el ERS. Asimismo, la Evidencia de reclamo también invoca obligaciones asociadas tigio en curso, cuyo resultado puede derivar en obligaciones adicionales de pensión adeudadas al demandante. Sin embargo, de acuerdo con la Ley 106, el Estado Libre Asociado, y no el ERS, es ble del pago de las pensiones.

| 5387^ | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* | | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |

EZ VELEZ, CIELITO
E ECHEVARRIA TANTAO
OS LEGALES DE PR INC
839 CALLE POST 108 SUR
UEZ, PR 00681

a: La Evidencia de reclamo y la documentación de respaldo invocan obligaciones asociadas con una pensión por discapacidad. Sin embargo, de acuerdo con la Ley 106, el Estado Libre Asociado, RS, es responsable del pago de las pensiones por discapacidad.
o n°. 5387 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados

| 49316 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00* | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00* |

OLA, ALVIN RIVERA
SITY GARDENS
LLE 8
O, PR 00612

a: La Evidencia de reclamo y la documentación de respaldo invocan obligaciones asociadas con una pensión por discapacidad. Sin embargo, de acuerdo con la Ley 106, el Estado Libre Asociado, RS, es responsable del pago de las pensiones por discapacidad.

| 148988^ | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

N ESCAPA, MLAGROS
ARAMANA 1028
UEZ, PR 00680

a: La Evidencia de reclamo y la documentación de respaldo invocan obligaciones asociadas con litigios en curso contra el Estado Libre Asociado y/o una de sus agencias. En consecuencia, la a de reclamo se invoca adecuadamente contra el Estado Libre Asociado, no contra el ERS.
o n°. 148988 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

*handwritten: Solicitud por reclasificar con Gobierno Puerto Rico*

que la reclamación contiene montos por liquidar o indeterminados

10 de enero 2020

Saludos al Tribunal De Distrito de los Estados Unidos Para el Distrito de Puerto Rico.

A continuación la radicación de mi réplica a la Objeción global. Esta es mi información.

① Nombre - Migdalia González Vega
Dirección - Calle Emajagua #304 Hacienda Bouquer Caguas
Correo electrónico - gmigdalia11@gmail.com

② Epígrafe Tribunal De Distrito de los Estados Unidos Para el Distrito De Puerto Rico, Notificación de la Centésima Objeción Global (no sustantiva) Del Estado Libre Asociado de Puerto Rico, De la Autoridad De Carreteras y Transportación De Puerto Rico y Del Sistema De Retiro De los Empleados Del Gobierno Del Estado Libre Asociado De Puerto Rico a Reclamos Deficientes en los que se alegan intereses sobre la base De la Reivindicación salariales laborales o servicios prestados.

(Evidencia)

Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

15 de octubre de 2019

Sr(a). 301. Migdalia González Vega
Número de empleado **93685**
Programa / Puesto:
Región: CAGUAS
Distrito: Gurabo
Escuela: MYRNA M. FUENTES

Wilfredo Falson Negrón
Director Ejecutivo

## INFORME DE LICENCIAS DE ENFERMEDAD AL PERSONAL DOCENTE POR ACUERDO DE LA *LEY 26-2017*

Conforme a nuestros récords de asistencia, usted posee un balance acumulado hasta de:

| 82 días | 2 horas | 7 minutos |

Todo personal que tenga exceso de los noventa (90) días de licencias de enfermedad acumuladas en el año natural 2016, tiene el derecho de utilizarlos cuando esté enfermo. De igual forma, los días de enfermedad acumulados en el año natural 2017, que puede acumular en exceso de los noventa (90) días se utilizarán cuando esté enfermo no más tarde del 31 de diciembre de 2017. Después del 31 de diciembre de 2017, se perderá el balance en exceso de enfermedad que no haya sido utilizado.

La carta circular del Departamento de Hacienda, *CC-1300-16-1*, establece que solo se pagarán los balances acumulados hasta un tope de 90 días de licencia de enfermedad a todo empleado que haya estado activo en el servicio público por más de 10 años. De tener cualquier reclamación relacionada a sus balances de enfermedad, deberá pasar por las oficinas centrales de la Asociación de Maestros de Puerto Rico.



P.O. Box 190759, San Juan PR 00919-0759  Tel.: (787)773-3488, 3489

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho



**Left receipt (06/10/2021):**

Certified Mail Fee $3.60
Extra Services & Fees
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $1.60
Total Postage and Fees $5.20

Sent To: Brian Rosen Esq
Street: Kauser Rose LLP Clementine
City, State, ZIP: New York NY 10036

7020 2450 0000 7437 7969

Total $5.20
Grand Total: $5.20
Cash $5.25
Change -$0.05

USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.

or call 1-800-410-7420.

V: 421620-0725
Receipt #: 840-50060159-3-8119172-1
Clerk: 03

---

**Right receipt (09/04/2021):**

Certified Mail Fee $3.75
Extra Services & Fees
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $1.36
Total Postage and Fees $8.16

Sent To: Prime Clerk LLC
Street: Grand Central Station
City, State, ZIP: P.O. Box 4850 N.Y 10163-4850

Tracking #: 70211970000081797003
Return Receipt $3.05
Tracking #: 9590 9402 6926 1104 2711 04
Total $8.16

Garden Beauty Bk   1   $11.60   $11.60

Grand Total:   $19.76
Credit Card Remitted   $19.76
    Card Name: VISA
    Account #: XXXXXXXXXXXX9077
    Approval #: 060898
    Transaction #: 387
    AID: A0000000031010   Chip
    AL: VISA DEBITO
    PIN: Verified   VISA DEBITO

***********************************************
USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.
***********************************************

The timeliness of service to or from destinations outside the contiguous US may be affected by the limited availability of transportation.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account purchases of Priority Mail labels with the USPS Loyalty program by using Click and Ship. Visit www.usps.com/smallbizloyalty for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or on the front if space permits.

**Article Addressed to:**

A.F.S
P.O Box 2461
Harrisburg, PA 17105-2461

9590 9402 6363 0296 8272 64

Article Number *(Transfer from service label)*

7020 1290 0000 5183 7007

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box•

Migdalia Gazaly Vega
Calle Emajagua #304
Hacienda Borinquen
Caguas P·R 00725