Migdalia Gonzalz Vega
Calle Emajagua # 304
Hacienda Borinquen
00725

CERTIFIED MAIL

7021 1970 0000 8179 8505



U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
SEP 10, 21
AMOUNT
$8.16
1000          00918          R2304E106218-02

Secretaria ( Clerk's Office )
Tribunal de Distrito de
Estados Unidos
Sala 150 Edificio Federal
( Federal Building )
San Juan ( Puerto Rico ) 00918-1762

RECEIVED & FILED
2021 SEP 13 PM 3 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.