# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK-3283 (LTS) |
| As representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

PLEASE TAKE NOTICE that Antonio J. Amadeo Murga, counsel for Juan Carlos Pérez Irene, et al, party in interest in the above-captioned Title III, hereby respectfully withdraws his appearance as counsel thereof on the grounds that the case was dismissed after appeal by the Supreme Court of Puerto Rico in Case No. CC-2019-0515.

WHEREFORE, it is respectfully requested that Antonio J. Amadeo Murga be removed from the master service list of attorneys in this case.

**RESPECTFULLY SUBMITTED**

### CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

1

In San Juan, Puerto Rico, September 14, 2021.

*s/Antonio J. Amadeo Murga*
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
605 Condado, Ave.
Suite 518
San Juan, PR 00907
Tel. (787)764-0893
ajamadeo@gmail.com