September 8, 2021

United States District Court, Clerk's Office
150 Ave
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock and Brian S. Rosen

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins, James Bliss, James Worthington
G. Alexander Bongartz

Gentlemen:

I received the enclosed "Three Hundred and Seventy-Fourth Omnibus Objection, Exhibit A – Claims to be Disallowed" Document". The reason given for this denial is, "Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders".

Also enclosed are documents showing the effort I made in the March-April 2020 time frame to try to understand whether I should file proof of claim forms for the two bonds that I own.

      Claim # 173735    $25,000
      Claim # 173721    $15,000

Previously I received a notice regarding claim # 173721 that "Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s)". Given that the only fiscal agent that I had at the time was Charles Schwab it seemed reasonable to assume that Schwab had already filed the Proof of Claim Forms for both of these bonds.

I have enclosed documentation that shows that I sent Proof of Claim Forms for both of the above bonds at the same time. These Claim Forms were received by the Prime Clerk on April 9, 2020. However, when I received confirmation that they were received, see the enclosed receipt by the

Prime Clerk stamped May 7, 2020, it only documents receipt of Claim # 173735. I have no idea why the other Claim # 173721 was not also documented as having been received.

Given that these bonds are insured by Assured Guaranty Municipal Corp, that I have continued to receive interest payments, and that they continue to be listed at their full value or at a slight discount I am confused as to why there is no information about their value in all the notices I've received regarding the bankruptcy.

Bottom line, I fail to understand why my claim for either or both of these bonds is being denied.

Wesley W. Oswald
3369 CR 2182
Greenville, TX 75402
941-929-0506
wmozie@gmail.com