Three Hundred and Seventy-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 623 | ORTIZ SOLIS, JOSE RAFAEL<br>PO BOX 1173<br>PATILLAS, PR 00723 | 10/2/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171301^ | Undetermined |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

^Claim #171301 also contained on Exhibit A to the 379th Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 624 | OSWALD, WESLEY<br>3369 CR 2182<br>GREENVILLE, TX 75402 | 4/9/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173735 | $ 25,000.0 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 625 | OYOLA CINTRÓN, SELENIA<br>HC 74 BOX 5831<br>NARANJITO, PR 00719-7446 | 5/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179217 | $ 33,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 626 | P.C.S.P UN MENOR (EDITH L. PEREZ LOPEZ)<br>CAROL J. COLON SANTIAGO<br>PO BOX 288<br>HATILLO, PR 00659-0288 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156078 | $ 150,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 627 | PABON VEGA, JIMMY<br>HC 05 BOX 10688<br>MOCA, PR 00676 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157330 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 628 | PACHECO BURGOS, MIGUEL A<br>PO BOX 1893<br>YABUCOA, PR 00767 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137664^ | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

^Claim #137664 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 629 | PADILLA RIVERA, BASILIO<br>URB ALTURAS SAN JOSE<br>0023 CALLE 21<br>SABANA GRANDE, PR 00637 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117169 | $ 238,639.89 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

\* Indicates claim contains unliquidated and/or undetermined amounts

THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON JUNE 12, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS JULY 14, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Oswald, Wesley | 173721 | 04/09/2020 | Puerto Rico Highways and Transportation Authority | $15,000.00 |
| Docket Number | 13406 | Objection Title | Debtors' One Hundred and Ninety-Eighth Omnibus Objection | |
| Reason: | Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 12 DE JUNIO DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 14 DE JULIO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Oswald, Wesley | 173721 | 04/09/2020 | Puerto Rico Highways and Transportation Authority | $15,000.00 |
| Número de registro de actos procesales | 13406 | Título de la objeción | Debtors' One Hundred and Ninety-Eighth Omnibus Objection | |
| Base para: | El Reclamante reclama notas aseguradas secundariamente cuyos números CUSIP están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o más Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o el fideicomisario de estos bonos. | | | |

**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 4/9/2020
Proof of Claim No.: 173735

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Wesley Oswald
3369 CR 2182
Greenville, TX 75402

**Wes Oswald**

| | |
|---|---|
| From: | UPS Quantum View <pkginfo@ups.com> |
| Sent: | Thursday, April 9, 2020 10:27 AM |
| To: | wmozie@gmail.com |
| Subject: | UPS Delivery Notification, Tracking Number 1ZA9V9400295056560 |



## Your package has been delivered.

**Delivery Date:** Thursday, 04/09/2020
**Delivery Time:** 11:22 AM

At the request of Wesley Oswald this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1ZA9V9400295056560 |
| **Ship To:** | Common Wealth of Puerto Rico<br>Claims ProcessingCenter Prime Clerk<br>850 3RD AVE<br>FLOOR 4 ROOM 412<br>BROOKLYN, NY 11232<br>US |
| **UPS Service:** | UPS 2ND DAY AIR |
| **Number of Packages:** | 1 |
| **Weight:** | 0.4 LBS |
| **Delivery Location:** | INSIDE DELIVERY |
| | JANETT |

**Staples Business Center**

Stay productive on the go in 1,200+ sto[res]
- Wi Fi
- Self serve copying & printing
- Scanning
- And more

1

3-27-20

Called 844-822-9231 spoke with a gentleman who advised he could not help me except to suggest that I send an email to PuertoRico@primeclerk.com

Sent email to PuertoRico@primeclerk.com. (SEE PHONE RESPONSE ON 3-28-20)

Called 212-318-6391 and spoke with an attorney who represents the Puerto Rico Committee. He was of no real help.

Called Proskauer Rose at 212-969-3000, left message, got an email from their Web Site, info@proskauer.com, They represent the Puerto Rico Oversight Board. Sent an email on 3/27/20.

Sent email to info@proskauer.com

3/28/20

Received a call, 844-822-9231, from Puerto Prime Clerk advising that Charles Schwab is the agency that must send in a Proof of Claim form for all owners of Puerto Rico bonds.

3/30/20

Called Joe, he will speak to someone and let me know.

4/6/20

Joe confirms that Schwab has **not** filed and "Proof of Claim Forms" for its clients.

Sent Proof of Claim Forms via UPS at Staples

**Wes Oswald**

| | |
|---|---|
| **From:** | Wes Oswald <wmozie@gmail.com> |
| **Sent:** | Friday, March 27, 2020 2:07 PM |
| **To:** | 'puertoricoinfo@primeclerk.com' |
| **Subject:** | Puerto Rico Bonds |

After receiving notice from my broker, Charles Schwab, making a number of phone calls to attorneys, searching the Prime Website and printing "Proof of Claim" forms I have not yet been able to determine if I should send in these Proof of Claim forms for the two bonds I own. Can you help answer that question?

Wes & Mary Jo Oswald
3369 CR 2182
Greenville TX 75402
941-929-0506
MJ Cell 941-266-4355
wmozie@gmail.com

## Wes Oswald

**From:** Wes Oswald <wmozie@gmail.com>
**Sent:** Friday, March 27, 2020 2:01 PM
**To:** 'info@proskauer.com'
**Subject:** Puerto Rico Bonds

I own two Puerto Rico Bonds. I received a notice from Charles Schwab which had a link to bankruptcy notice with your firms name on it. I called the phone number at the bottom of the fourth page on this notice and was told by the person I talked with that I needed to call Schwab to find out who the trustee is handling this bankruptcy case/s. Schwab could not provide me with any information. I called the Puerto Committee, 212-318-6391, and have not heard from them. I called Proskauer #, 212-969-3000, and was told to send this email since no one was in the office because of the virus.

When I went on the Prime Website I found a "Proof of Claim" form. I've completed two of these forms for each of the 2 bonds I own. Obviously I want to protect my investment as much as possible. So, my question is simple. Is it necessary for me to send in these two Proof of Claim forms by the designated deadline of June 21, in order to protect my right to be paid something for these bonds which are alleged to be in default, i.e., my two cussip numbers were among those listed on the Prime Website?

Wes Oswald

Wes & Mary Jo Oswald
3369 CR 2182
Greenville TX 75402
941-929-0506
MJ Cell 941-266-4355
wmozie@gmail.com

1

3-26-20

Spoke with a representative at Proskauer Rose LLP (a lady) at 844-822-9231. She advised that I should not send in the Proof of Claim forms yet. Rather I should talk with someone at Schwab to find out who the trustee is for this case. More than likely the trustee has already filed a Proof of Claim for these bonds based on information given to them by Schwab.

She could not tell me whether I can expect to continue to receive interest payments.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☒ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |
| ☐ | Puerto Rico Public Building Authority / El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Sept 27, 2019 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   _Wesley Oswald_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**
¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Wesley Oswald
Number / Número: 3369 Street / Calle: CR 2182
City / Ciudad: Greenville State / Estado: tx ZIP Code / Código postal: 75402
Contact phone / Teléfono de contacto: 941-929-0506
Contact email / Correo electrónico de contacto: wmosjie@gmail.com

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: Wesley Oswald
Number / Número: 3369 Street / Calle: CR 2182
City / Ciudad: Greenville State / Estado: tx ZIP Code / Código postal: 75402
Contact phone / Teléfono de contacto: 941-929-0506
Contact email / Correo electrónico de contacto: wmosjie@gmail.com

**4. Does this claim amend one already filed?**
¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2: Give Information About the Claim as of the Petition Date**
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**
¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Puerto Rico Commenwealth Hwy & trans.
Cussip 745190 R67

**7. Do you supply goods and / or services to the government?**
¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410

| | |
|---|---|
| **8. How much is the claim?** ¿Cuál es el importe de la reclamación? | $ 15,000.00 . Does this amount include interest or other charges? ¿Este importe incluye intereses u otros cargos? ☒ No / No ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?** ¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. _own bond cussip 745190R67_ |
| **10. Is all or part of the claim secured?** ¿La reclamación está garantizada de manera total o parcial? | ☐ No / No ☒ Yes. The claim is secured by a lien on property. Sí. La reclamación está garantizada por un derecho de retención sobre un bien. **Nature of property / Naturaleza del bien:** ☐ Motor vehicle / Vehículos ☒ Other. Describe: _Assured guaranty muni corp._ Otro. Describir: _Assured guaranty Corp._ **Basis for perfection / Fundamento de la realización de pasos adicionales:** _____ Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención. **Value of property / Valor del bien:** $ _Cost #14,939.85_ _Fair Value $15,000.00_ **Amount of the claim that is secured / Importe de la reclamación que está garantizado:** $ _15,000.00_ **Amount of the claim that is unsecured / Importe de la reclamación que no está garantizado:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.) (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.) **Amount necessary to cure any default as of the Petition Date / Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _15,000.00_ **Annual Interest Rate** (on the Petition Date) _5.25_ Tasa de interés anual (cuando se presentó el caso) _____ % ☒ Fixed / Fija ☐ Variable / Variable |
| **11. Is this claim based on a lease?** ¿Esta reclamación está basada en un arrendamiento? | ☒ No / No ☐ Yes. Amount necessary to cure any default as of the Petition Date. Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410          Proof of Claim

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 03/26/2020 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Wesley Oswald_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Wesley   W   Oswald
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: _____

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: 3369   CR 2182
Number / Número   Street / Calle

Greenville   tx   75402
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto 941-929-1508   Email / Correo electrónico wmozie@gmail.com

Modified Official Form 410

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |
| ☐ Puerto Rico Public Building Authority / El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date: Sept 27, 2019 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

Wesley Oswald

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

☒ No / No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name / Nombre: Wesley Oswald
Number / Número, Street / Calle: 3369 CR 2182
City / Ciudad, State / Estado, ZIP Code: Greenville tx 75402
Contact phone: 941-929-0506
Contact email: wmozie@gmail.com

Where should payments to the creditor be sent? (if different)

Name / Nombre: Wesley Oswald
Number / Número, Street / Calle: 3369 CR 2182
City / Ciudad, State / Estado, ZIP Code: Greenville tx 75402
Contact phone: 941-929-0506
Contact email: wmozie@gmail.com

**4. Does this claim amend one already filed?**

☒ No / No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No / No
☐ Yes. Who made the earlier filing? _____

### Part 2 / Parte 2: Give Information About the Claim as of the Petition Date

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)

Puerto Rico Commonwealth

**7. Do you supply goods and/or services to the government?**

☒ No / No
☐ Yes. Provide the additional information set forth below

Vendor / Contract Number: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017: $ _____

Modified Official Form 410

**8. How much is the claim?** $ 25,000.00

¿Cuál es el importe de la reclamación?

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?
☒ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Own Bond CUSSIP 745/46WL7

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No
☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: Assured Guaranty Muni Corp

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: Cost Basis 26,852.25 $Par Value 25,000.00

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ 25,000

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $ 25,000.00

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) 6 %
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410

Proof of Claim

**12. Is this claim subject to a right of setoff?**
¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**
¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $ _____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

### Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 03/26/2020 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: _Wesley Oswald_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Wesley W Oswald
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: _____

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: 3369 CR 2102
                     Number / Número    Street / Calle

Greenville     tx         76402
City / Ciudad  State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto: 941-929-0506  Email / Correo electrónico: wmozie@gmail.c

Modified Official Form 410