PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE (941) 929-0506
Wesley Oswald
3369 CR 2182
Greenville tx 75402

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT) PHONE ( )
United States Dist. Court, Clks off
150 Ave
Carlos chardon Ste 150
San Jaun P.R. 00918-1767
ZIP + 4® (U.S. ADDRESSES ONLY)
00918-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ PEEL FROM THIS CORNER

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 75402
Scheduled Delivery Date: 9/10/21
Postage: $29.40
Date Accepted: 9/9/21
Scheduled Delivery Time: 3:00 PM
Time Accepted: 1:10 PM
Total Postage & Fees: $29.40
Flat Rate

EI 032 517 175 US

U.S. POSTAL SERVICE
PME 1-Day
GREENVILLE, TX
75402
SEP 09, 21
AMOUNT
$29.40
R2306Y151762-88

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

EP13F May 2020