September 7, 2021

Secretaria (Clerks Office)

Tribunal del Distrito de los Estados Unidos (United States District Court)

Sala 150 Edificio Federal (Federal Building)

San Juan PR, 00918-1767

Greetings:

My name is Zobeida Medina Serrano. I am currently claim # 179433 and # 179428 of the case # 17BK 3283—LTS. I recently received a document, Annex A from the global objection, rejecting and dismissing my claim due to the claim being received out of the stipulated date for the claim.

I am objecting this dismissal because the claim was sent via mail on June 11, 2021 and because of the current pandemic the post service has delays in their deliveries, making it arrive to your offices on June 25, 2021. I am requesting a reconsideration of my claim and to not been dismissed from the case. The documentation sent during that date was to document better my case and to add my postal address because I was not receiving the correspondence from the case.

Kind regards,

*Zobeida Medina Serrano*
Zobeida Medina Serrano

Claim # 179433/179428

September 7, 2021

Secretaria (Clerks Office)

Tribunal del Distrito de los Estados Unidos (United States District Court)

Sala 150 Edificio Federal (Federal Building)

San Juan PR, 00918-1767

Greetings:

My name is Zobeida Medina Serrano. I am currently claim # 179433 and # 179428 of the case # 17BK 3283—LTS. I am claiming the amount of $40,000 dollars based on Law 89 of July 12. 1999. Uniform tax "Romerazo" for the years I worked on the Department of Education. I also did not receive payment of Law 96 (Sila Calderon) and Law 164 (Escala Salarial). I did not receive the salary increase for public employees granted during the 90's.

Kind regards,

*Zobeida Medina Serrano* (signature)

Zobeida Medina Serrano

Claim # 179433/179428