Zobeida Medina Serrano
PO Box 9889
Cidra, PR 00739









United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767