UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENTT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDING AUTHORITY<br><br>   Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(jointly administered) |

TO HONORABLE LAURA TAYLOR SWAIN
United States District Judge

OBJECTIONS TO CONFIRMATION
AND DISCOVERY IN CONNECTION THEREWITH

   1. With due respect, I cannot agree to any reduction in my scarce pension unless an audit of the debt is ordered and any ilegal debt is deducted from the allegad debt and any debt incurred with knowlwdge that it could not be paid for, is also deducted from the alleged debt due.

   2. Request is made that an audit of the alleged debt is ordered.

   3. Request is made that the illegal ""Extra Constitutional Debt" is determined and deducted from the alleged debt.

   4. The debt incurred with knowledge that it could not be repaid is determined and deducted fron the alleged debt that is being collected.

   The above Motion is respectfully submitted.
   Dated: August 25, 2021 in San Juan, Puerto Rico.

Address:
Cond. El Monte Sur
190 Ave. Hostos Apt. 939
San Juan, Puerto Rico 00918

Edgardo Márquez Lizardi
Retired Member of the
Judiciary Retirement System
SS Last four Numbers 3520
Email: emarquez@coqui.net
Cel No. (787) 313-2667