Edgardo Márquez Lizardi
Cond. El Monte Sur
190 Ave. Hostos Apt. 939
San Juan, Puerto Rico 00918

RECEIVED & FILED
2021 SEP 13 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
1 SEP 2021 PM 4 L

