# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, et. al. | |
| Debtors | |

## ORDER

The Court has considered Asociación de Empleados del ELA's *Motion For Extension Of Time To Respond To Three Hundred Eighty-Eighth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Claims Filed By AEELA* (the "Motion") and good cause appearing therefor, the Motion is hereby granted.

Dated: September ____, 2021

                                                                                                                 _____
                                                                                                                 Honorable Laura Taylor Swain
                                                                                                                  United States District Judge