## **Exhibit A**

Improper 1.5% Fee Withholdings from Retiree Committee Professionals

**Jenner**

| Period Covered | Amount Due |
|---|---|
| June 2019 | 2,466.07 |
| January 2020 | 6,228.96 |
| February 2020 | 1,733.75 |
| March 2020 | 6,204.42 |
| April 2020 | 6,585.98 |
| May 2020 | 4,720.78 |
| June 2020 | 5,110.51 |
| July 2020 | 5,367.11 |
| August 2020 | 2,559.31 |
| September 2020 | 4,435.28 |
| October 2020 | 5,712.64 |
| November 2020 | 4,426.09 |
| December 2020 | 2,529.90 |
| January 2021 | 2,317.30 |
| February 2021 | 3,541.40 |
| March 2021 | 4,527.80 |
| April 2021 | 4,227.76 |
| May 2021 | 4,069.69 |
| June 2021 | 6,850.73 |
| July 2021 | 5,497.93 |
| **Total** | **$89,113.41** |

**FTI**

| Period Covered | Amount Due |
|---|---:|
| Holdback (June 2019–September 2019) | 811.83 |
| January 2020 | 3,390.68 |
| Holdback (October 2019–January 2020) | 1,209.73 |
| February 2020 | 4,455.84 |
| March 2020 | 3,391.26 |
| April 2020 | 2,089.77 |
| May 2020 | 3,700.19 |
| Holdback (February 2020–May 2020) | 1,070.78 |
| June 2020 | 5,227.19 |
| July 2020 | 4,305.69 |
| August 2020 | 2,257.82 |
| September 2020 | 2,206.79 |
| Holdback (June 2020–September 2020) | 1,105.28 |
| October 2020 | 3,263.24 |
| November 2020 | 2,277.95 |
| December 2020 | 2,821.20 |
| January 2021 | 2,042.07 |
| Holdback (October 2020–January 2021) | 685.47 |
| February 2021 | 2,173.20 |
| March 2021 | 4,725.99 |
| April 2021 | 4,251.16 |
| May 2021 | 3,537.12 |
| June 2021 | 4,827.50 |
| July 2021 | 4,497.05 |
| **Total** | **$ 70,324.83** |

**Bennazar**

| Period Covered | Amount Due |
|---|---|
| June 2018 | 948.95 |
| July 2018 | 913.95 |
| August 2018 | 969.87 |
| September 2018 | 1,115.94 |
| October 2018 | 975.34 |
| November 2018 | 783.78 |
| December 2018 | 798.73 |
| January 2019 | 1,246.08 |
| February 2019 | 1,015.84 |
| March 2019 | 1,232.58 |
| April 2019 | 1,104.10 |
| May 2019 | 1,091.44 |
| June 2019 | 1,271.43 |
| July 2019 | 1,010.14 |
| August 2019 | 1,014.05 |
| September 2019 | 1,313.89 |
| Holdback (June 2019–September 2019) | 500.29 |
| October 2019 | 1,084.08 |
| November 2019 | 1,064.14 |
| December 2019 | 1,143.21 |
| January 2020 | 980.84 |
| Holdback (October 2019–January 2020) | 467.39 |
| February 2020 | 1,349.56 |
| March 2020 | 1,117.04 |
| April 2020 | 1,063.67 |
| May 2020 | 1,137.24 |
| Holdback (February 2020–May 2020) | 507.46 |
| June 2020 | 1,129.98 |
| July 2020 | 1,136.80 |
| August 2020 | 1,073.01 |
| September 2020 | 964.07 |
| Holdback (June 2020-September 2020) | 483.83 |
| October 2020 | 1,092.87 |
| November 2020 | 965.96 |
| December 2020 | 834.44 |
| January 2021 | 783.00 |
| February 2021 | 1,144.02 |
| March 2021 | 1,047.53 |
| April 2021 | 1,063.29 |

iii

| | |
|---|---:|
| May 2021 | 927.91 |
| Holdback (October 2020–January 2021) | 406.51 |
| **Total** | **$40,273.35** |

**Segal**

| Period Covered | Amount Due |
|---|---|
| March 2020 | 594.18 |
| April 2020 | 377.30 |
| May 2020 | 252.34 |
| Holdback (June 2019–September 2019) | 375.09 |
| June 2020 | 619.18 |
| July 2020 | 451.21 |
| August 2020 | 503.04 |
| September 2020 | 106.38 |
| Holdback (February 2020–May 2020) | 177.87 |
| October 2020 | 295.91 |
| Holdback (October 2019–January 2020) | 308.52 |
| November 2020 | 641.70 |
| December 2020 | 546.32 |
| January 2021 | 392.23 |
| Holdback (June 2020–September 2020) | 155.61 |
| February 2021 | 550.17 |
| March 2021 | 679.91 |
| April 2021 | 261.24 |
| May 2021 | 404.64 |
| June 2021 | 1,019.93 |
| Holdback (October 2020–January 2021) | 66.09 |
| July 2021 | 783.68 |
| **Total** | **$9,562.54** |

**Marchand**

| Period Covered | Amount Due |
| --- | --- |
| January 2020 | 279.17 |
| March 2020 | 328.75 |
| April 2020 | 395.49 |
| May 2020 | 423.99 |
| Holdback (October 2019–January 2020) | 117.86 |
| June 2020 | 496.79 |
| July 2020 | 458.01 |
| August 2020 | 391.26 |
| Holdback (February 2020–May 2020) | 168.36 |
| September 2020 | 322.96 |
| October 2020 | 405.51 |
| November 2020 | 363.64 |
| December 2020 | 328.67 |
| January 2021 | 397.12 |
| Holdback (June 2020–September 2020) | 185.45 |
| February 2021 | 611.64 |
| March 2021 | 614.05 |
| April 2021 | 485.77 |
| May 2021 | 477.34 |
| Holdback (October 2020–January 2021) | 164.34 |
| **Total** | **$7,416.17** |