**Exhibit B**

Letter to Hacienda Counsel

Case:17-03283-LTS Doc#:18114-2 Filed:09/14/21 Entered:09/14/21 18:07:15 Desc: Exhibit B Page 1 of 7

919 THIRD AVENUE NEW YORK, NY 10022-3908                                JENNER&BLOCK LLP

July 19, 2021

Robert Gordon
Tel 212 891 1610
RGordon@jenner.com

**VIA EMAIL**

John J. Rapisardi
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
jrapisardi@omm.com

Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
pfriedman@omm.com

Re:   *In re Financial Oversight & Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico*, Case No. 17-BK-3283-LTS (D.P.R.)

Dear John and Peter,

    I hope you are well.

    I write regarding payment of professional fees in the above-referenced Title III case. As you know, my firm, Jenner & Block LLP ("**Jenner**"), is co-counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**"). Starting in 2018 or 2019 and continuing to the present, without explanation and basis, Hacienda has withheld 1.5% of total fees from Jenner and the Retiree Committee's other advisors: FTI Consulting, Inc. ("**FTI**"); Bennazar, García & Milián, C.S.P. ("**Bennazar**"); Segal Consulting ("**Segal**"): and Marchand ICS Group ("**Marchand**," and together with Jenner, FTI, Bennazar, and Segal, the "**Retiree Committee Professionals**").

    The *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement Of Expenses Of Professionals* (Dkt. 3269) (the "**Interim Compensation Order**") directs the Commonwealth to pay professionals 90% of fees requested in their monthly fee statements. The only basis for reducing a professional's monthly payment is a timely objection; once the Commonwealth receives notice that no timely objection has been filed, it has an unconditional obligation to pay a professional within 14 days. In addition, the respective omnibus orders awarding interim professional compensation direct the Commonwealth to pay each professional 100% of the approved fees under each respective order. *See, e.g.*, *Omnibus Order Awarding: I. Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Tenth Interim (June 1, 2020-September 30, 2020) and Prior*

John J. Rapisardi
Peter Friedman
July 19, 2021
Page 2

*Compensation Periods; II. Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Final Fee Period* (Dkt. 15971).

As such, Hacienda's unilateral withholding of 1.5% of the fees awarded to the Retiree Committee Professionals is improper and in violation of the District Court's orders. For many months, Jenner has attempted to resolve this issue consensually through AAFAF's Puerto Rico Counsel. We have appreciated said Counsel's efforts to facilitate a dialogue and resolution with Hacienda. However, while we have been told repeatedly that Hacienda was looking into the issue, we have received no response to our inquiries, and Hacienda has continued to withhold 1.5% of the Retiree Committee Professionals' fees—hence, this letter to you, seeking your assistance. As a courtesy, we wish to apprise you that if this issue is not resolved promptly, the Retiree Committee Professionals will have no choice but to seek relief from the District Court.

The outstanding payments due to the Retiree Committee Professionals include the following:[1]

**Jenner**

| Period Covered | Amount Due |
|---|---|
| June 2019 | 2,466.07 |
| January 2020 | 6,228.96 |
| February 2020 | 1,733.75 |
| March 2020 | 6,204.42 |
| April 2020 | 6,585.98 |
| May 2020 | 4,720.78 |
| June 2020 | 5,110.51 |
| July 2020 | 5,367.11 |
| August 2020 | 2,559.31 |
| September 2020 | 4,435.28 |
| October 2020 | 5,712.64 |
| November 2020 | 4,426.09 |
| December 2020 | 2,529.90 |
| January 2021 | 2,317.30 |
| February 2021 | 3,541.40 |
| March 2021 | 4,527.80 |

---

[1] These amounts are not necessarily completely current and comprehensive, and the Retiree Committee Professionals reserve all rights to all such withheld amounts, regardless of whether they are reflected herein.

John J. Rapisardi
Peter Friedman
July 19, 2021
Page 3

| | |
|---|---:|
| April 2021 | 4,227.76 |
| May 2021 | 4,069.69 |
| **Total** | **$76,764.75** |

**FTI**

| Period Covered | Amount Due |
|---|---:|
| Holdback (June 2019 – September 2019) | 811.83 |
| January 2020 | 3,390.68 |
| Holdback (October 2019 - January 2020) | 1,209.73 |
| February 2020 | 4,455.84 |
| March 2020 | 3,391.26 |
| April 2020 | 2,089.77 |
| May 2020 | 3,700.19 |
| Holdback (February 2020 - May 2020) | 1,070.78 |
| June 2020 | 5,227.19 |
| July 2020 | 4,305.69 |
| August 2020 | 2,257.82 |
| September 2020 | 2,206.79 |
| Holdback (June 2020 – September 2020) | 1,105.28 |
| October 2020 | 3,263.24 |
| November 2020 | 2,277.95 |
| December 2020 | 2,821.20 |
| January 2021 | 2,042.07 |
| February 2021 | 2,173.20 |
| March 2021 | 4,725.99 |
| **Total** | **$ 52,526.52** |

**Bennazar**

| Period Covered | Amount Due |
|---|---:|
| June 2018 | 948.95 |
| July 2018 | 913.95 |
| August 2018 | 969.87 |
| September 2018 | 1,115.94 |

John J. Rapisardi
Peter Friedman
July 19, 2021
Page 4

| | |
|---|---:|
| October 2018 | 975.34 |
| November 2018 | 783.78 |
| December 2018 | 798.73 |
| January 2019 | 1,246.08 |
| February 2019 | 1,015.84 |
| March 2019 | 1,232.58 |
| April 2019 | 1,104.10 |
| May 2019 | 1,091.44 |
| June 2019 | 1,271.43 |
| July 2019 | 1,010.14 |
| August 2019 | 1,014.05 |
| September 2019 | 1,313.89 |
| Holdback (June 2019 - September 2019) | 500.29 |
| October 2019 | 1,084.08 |
| November 2019 | 1,064.14 |
| December 2019 | 1,143.21 |
| January 2020 | 980.84 |
| Holdback (October 2019-January 2020) | 467.39 |
| February 2020 | 1,349.56 |
| March 2020 | 1,117.04 |
| April 2020 | 1,063.67 |
| May 2020 | 1,137.24 |
| Holdback (February 2020-May 2020) | 507.46 |
| June 2020 | 1,129.98 |
| July 2020 | 1,136.80 |
| August 2020 | 1,073.01 |
| September 2020 | 964.07 |
| Holdback (June 2020-September 2020) | 483.83 |
| October 2020 | 1,092.87 |
| November 2020 | 965.96 |
| December 2020 | 834.44 |
| January 2021 | 783.00 |
| February 2021 | 1,144.02 |
| March 2021 | 1,047.53 |
| **Total** | **$37,876.54** |

John J. Rapisardi  
Peter Friedman  
July 19, 2021  
Page 5

### Segal

| Period Covered | Amount Due |
|---|---|
| March 2020 | 594.18 |
| April 2020 | 377.30 |
| May 2020 | 252.34 |
| Holdback (June 2019 - September 2019) | 375.09 |
| June 2020 | 619.18 |
| July 2020 | 451.21 |
| August 2020 | 503.04 |
| September 2020 | 106.38 |
| Holdback (February 2020 - May 2020) | 177.87 |
| October 2020 | 295.91 |
| Holdback (October 2019 - January 2020) | 308.52 |
| November 2020 | 641.70 |
| December 2020 | 546.32 |
| **Total** | **$5,249.04** |

### Marchand

| Period Covered | Amount Due |
|---|---|
| January 2020 | 279.17 |
| March 2020 | 328.75 |
| April 2020 | 395.49 |
| May 2020 | 423.99 |
| Holdback October 2019 - January 2020 | 117.86 |
| June 2020 | 496.79 |
| July 2020 | 458.01 |
| August 2020 | 391.26 |
| Holdback February 2020 - May 2020 | 168.36 |
| September 2020 | 322.96 |
| October 2020 | 405.51 |
| November 2020 | 363.64 |
| December 2020 | 328.67 |
| January 2021 | 397.12 |
| Holdback October 2019 - January 2021 | 185.45 |

John J. Rapisardi
Peter Friedman
July 19, 2021
Page 6

| | |
|---|---:|
| February 2021 | 611.64 |
| March 2021 | 614.05 |
| **Total** | **$6,288.72** |

      Please let me know if we can provide any additional information. We appreciate any assistance you can provide and look forward to your prompt response.

Sincerely,


Robert Gordon

cc:     A.J. Bennazar
          Hector Mayol
          Sean Gumbs
          Kim Nicholl
          Jorge Marchand