Participant must provide all of the information below in **English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Zobeida Medina Serrano*

Participant's Address:    *PO Box 9889, Cidra, PR 00739*

Participant's Email Address:    *profzmedina@yahoo.com*

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *Case No. 17 BK 3283-LTS/179433/179428*

Nature of Claim:    *See Attached*

By: *Zobeida Medina Serrano*
Signature

*Zobeida Medina Serrano*
Print Name

_____
Title (if Participant is not an individual)

*9/7/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 769855

EPOC ID: 170328301211101

RECEIVED

JUN 25 2021

PRIME CLERK

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount.   You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contigente, Sin liquidez no asegurado por un monto Indeterminado.   Debe presentar una prueba de reclamación oportunamente o se le prohíbira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[   ] Date Stamped Copy Returned
[   ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | ZOBEIDA MEDINA SERRANO<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor |
|---|---|



| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br> Sí. ¿De quién? _____ |
|---|---|

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

ZOBEIDA MEDINA SERRANO
HC 1 BOX 8000
AGUAS BUENAS PR 00703

Contact phone / Teléfono de contacto _____

Contact email / Correo electrónico de contacto _____

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_Zobeida Medina Serrano_
Name / Nombre

_PO Box 9889_
Number / Número Street / Calle

_Cidra PR 00739_
City / Ciudad State / Estado ZIP Code / Código postal

Contact phone / Teléfono de contacto _____

Contact email / Correo electrónico de contacto _____

| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br> Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br> Sí. ¿Quién hizo la reclamación anterior?_____ |

---

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br> Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_Departamento de Educación de Puerto Rico_ |
|---|---|
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410 Proof of Claim page 2

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property /<br>Sí. Identifique el bien: _Aumento retroactivo no pagado_ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.     $ 40,000.00<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:    Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  6/7/2021  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _Zobeida Medina Serrano_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name    _Zobeida_                    _Medina Serrano_
        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo    _Maestra Bibliotecaria (Acreedor)_

Company / Compañía    _Departamento de Educación de PR_
        Identify the corporate servicer as the company if the authorized agent is a servicer.
        Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección    _PO Box 9889_
            Number / Número        Street / Calle
        _Cidra_                    _PR_        _00739_
        City / Ciudad                State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _939-253-2653_ Email / Correo electrónico _profz_medina@yahoo.com_

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ *Indeterminado*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Ley 96 de Si la Calderón, Ley 89 el Romerazo, Ley 164 Escala Salarial, todo lo que aplique a mi caso*

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:        $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410                              Proof of Claim                                        page 3

# GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Zobeida Medina Serrano,** con número de seguro social que termina en **1043.**

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **21 de diciembre de 2007** |
| **Tiempo Cotizado para la Pensión** | **30 años, 0 mes, 0 sem, 0 día** |
| **Pensión Mensual Inicial** | **$2,102.50** |
| **Pensión Mensual Actual** | **$2,102.50** |

Esta certificación se expide hoy, **10 de junio de 2021** en San Juan, **Puerto Rico**.

*Cynthia Sanjurjo Santos*

**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Contacto**

sba



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

( 787.777.1414    787.764.6910    www.srm.pr.gov





# CERTIFICADO VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA

SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

ZOBEIDA MEDINA SERRANO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA SECUNDARIA

(Español)

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 9 de junio DE 19 82 ,

DADO EN SAN JUAN DE PUERTO RICO EL 19 de octubre DE 19 83 .

SECRETARIA DE INSTRUCCIÓN PÚBLICA

Número 1006



# DEPARTAMENTO DE EDUCACIÓN

Department of Education

### ESTADO LIBRE ASOCIADO DE PUERTO RICO

Commonwealth of Puerto Rico

## Certificado Vitalicio

Life Certificate

## El Secretario de Educacion por la presente confiere a

The Secretary of Education hereby issues to

**ZOBEIDA MEDINA SERRANO**

## el presente Certificado que lo faculta para ejercer como

this Certificate that entitles the holder to perform as

**MAESTRO(A) BIBLIOTECARIO**

**TEACHER LIBRARIAN**

## en las escuelas publicas o privadas de Puerto Rico.

in the School System of Puerto Rico.

**Expedido el**   **27 de noviembre**    **de 20**12
Issued on   November 27    20 12

**Dado en San Juan de Puerto Rico, el**   **27 de noviembre**   **de 20**12
Given at San Juan Puerto Rico on   November 27   20 12

Dr. Edward Moreno Alonso
*Secretario de Educación*
*Secretary of Education*

Número de Certificado: 990446
Certificate Number: 990446

Zobeida Medina Serrano
PO Box 9889
Cidra, PR 00739





CERTIFIED MAIL®

7021 0950 0001 5356 4556

U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
SEP 09, 21
AMOUNT
**$8.16**
R2304M113360-15

RECEIVED & FILED
2021 SEP 13 PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ STEPHEN L. BRUSS _____

Participant's Address: _____ 4 KAYSER LANE WEST ORANGE, NJ 07052 _____

Participant's Email Address: _____ SELBY1112@COMCAST.NET _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ ?_____

Nature of Claim: _____

By: _____ Stephen Bruss _____
   Signature

_____ STEPHEN BRUSS _____
   Print Name

_____
   Title (if Participant is not an individual)

_____ SEPT. 1, 2021 _____
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

STEPHEN BRUSS
4 KAYSER LANE
WEST ORANGE, NJ 07052

RECEIVED & FILED

2021 SEP 14  PM 3: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

U.S. DISTRICT COURT
CLERKS office
150 AVE CARLOS CHARDON - STE 150
SAN JUAN, PR 00918-1767

DV DANIELS NJ  070

3 SEP 2021  PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Framyr M. Santiago Cabrera_

Participant's Address: _PO Box 2023, Guaynabo, PR 00970_

Participant's Email Address: _Fsantiago19@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III / Commonwealth of PR_

By: _____
   Signature

_Framyr M. Santiago Cabrera_
Print Name

_____
Title (if Participant is not an individual)

_8/23/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Framir M. Santiago
PO Box 2023
Guaynabo, PR 00970

RECEIVED & FILED
2021 SEP 14  PM 3: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
6 SEP 2021  PM 1  L

FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María S. Pérez Nieves_

Participant's Address: _Box 705 Quebradillas PR. 00678_

Participant's Email Address: _nievesperez.marias8@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283 -LTS_

Nature of Claim: _____

By: _María S Perez Nieves_
Signature

_María S. Pérez Nieves_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Perez Vieves
Box 205
Quebradillas P.R. 00678

RECEIVED & FILED
2021 SEP 14  PH 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's
Office, 150 Ave, Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

MEMPHIS TN 380

06 SEP 2021  PM 5  L



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katherine Bermúdez Matos_

Participant's Address: _C/12 M-10, Lagos de Plata, Toa Baja P.R. 00949_

Participant's Email Address: _orka1820@hotmail.com_

Name of Counsel: _N/a_

Address of Counsel: _N/a_

Email Address of Counsel: _N/a_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 -LTS (Jointly Administered)_

Nature of Claim: _Promesa Title III_

By: _Katherine Bermúdez Matos_
Signature

_Katherine Bermúdez Matos_
Print Name

_____
Title (if Participant is not an individual)

_30/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katherine-Bermúdez Matos
Orlando Jiménez Rodríguez
C/12 M-10 Villa Pagos de Plata
Toa Baja, P.R. 00949

RECEIVED & FILED
2021 SEP 14 PM 3: 10
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave·Carlos Chardon Ste 150,
San Juan , P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Orlando Jiménez Rodriguez*

Participant's Address: *C/12 M-10, Lagos de Plata Toa Baja P.R. 00949*

Participant's Email Address: *orka1820@hotmail.com*

Name of Counsel: *N\a*

Address of Counsel: *N\a*

Email Address of Counsel: *N\a*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS (Jointly Administered*

Nature of Claim: *Promesa Title III*

By: *Orlando Jiménez Rodriguez*
Signature

*Orlando Jiménez Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*30/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katherine Bernard Matos
Orlando Jiménez Rodríguez
C/12 M-10 Urb Bajos de Plata
Sta Baja, P.R. 00949

RECEIVED & FILED
2021 SEP 14 PH 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

JACKSONVILLE FL 320
10 SEP 2021 PM 3
FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Fernonde M. Diaz Ortiz_

Participant's Address: _C-3L-14 Sta. Monica Bay. P.R. 00957_

Participant's Email Address: _diizmutta@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Fernondo Diaz_
Print Name

_____
Title (if Participant is not an individual)

_23/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fumanche Diaz
C/3L-14 Ala. merica
Bay. P.R. 00 95 7

RECEIVED & FILED
2021 SEP 14 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District courts clerk
150 ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
1 SEP 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helbert Soto Troche_

Participant's Address: _HC 37 BOX 7792 Guanica PR 00653_

Participant's Email Address: _HSotoTroche@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _____

By: _Helbert Soto Troche_
Signature

_Helbert Soto Troche_
Print Name

_Conserje_
Title (if Participant is not an individual)

_19 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helbert Soto Truelo
HC 37 Box 7792
Guanica, P.R. 00653

RECEIVED & FILED
2021 SEP 14  PM 3: 10
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

00918-171105

United State District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

MEMPHIS TN 380
6 SEP 2021  PM 1

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Fuentes Torres_

Participant's Address: _Strae Cristal urb Vega Serena Vega, P.R. 00693_ Home 244

Participant's Email Address: _FuentesTorrel123@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26802_

Nature of Claim: _17 BK 3283 – LTS_

By: _Luis A. Fu_
Signature

_Luis A. Fuentes Torres_
Print Name

_No Working_
Title (if Participant is not an individual)

_Aug 29, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1

Presente pruebas y Evidencia
que Trabaje para el Departamento de
Salud para la Fecha 1987 - 1999
Permanente - como Empleado regular
y que fui derpedido por Entonce
gobernado Rosello cuando vendio los
Hospitaler a Empreza privata

Me deben el retiro el gobierno

NOTE
La Segunda
carta que ENVIO
La 1 fue
con Identificación
del Trabajo
en el Departamento de Salud

Mas
yo
Le ENVIE certificado
Carta que
por Salud que
yo fue Empleado
Regular

Luis N. Fuentes iShes
P.O. Box- 37-1183
Cayey, P.R. 00737-1183

31 AUG 2021 PM 2 L
MEMPHIS TN 380

RECEIVED & FILED
2021 SEP 14  PM 3: 10
ERK'S
STRICT   URT
AN JUAN, PR

1767

United States District
Court, Clerk's Office, 150
Ave, Carlos Chardon Ste.
150, San Juan, P.R. 00 918-

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:                   _____

Participant's Address:                _____

Participant's Email Address:          _____

Name of Counsel:                      _____

Address of Counsel:                   _____

Email Address of Counsel:             _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:          17 BK 3283 - LTS
                               3566

Nature of Claim:       Promesa III

By:          _____
             Signature

             Kevin L. Leiva Pérez
             Print Name

             _____
             Title (if Participant is not an individual)

             25/8/21
             Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kevin Reivn Perez
Repto. Metropolitano
46 S E #1216
San Juan, P.R. 00921

RECEIVED & FILED
2021 SEP 14 PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

6 SEP. 2021 PM 1 L
MEMPHIS TN 380

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Cotto Zavala_

Participant's Address: _Plaza Ocho #86 Gran Vista II Gurabo PR B0778_

Participant's Email Address: _milly1642 @ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _60106_

Nature of Claim: _Pension / Retiree Claims_

By: _____
Signature

_Milagros Cotto Zavala_
Print Name

_____
Title (if Participant is not an individual)

_29/08/20_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Cotto
Plaza ocho #86
Gran Vista II
Gurabo, PR 00778

RECEIVED AND FILED
CLERK'S OFFICE

21 SEP 15 PM 2: 59

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

MEMPHIS TN 380
1 SEP 2021 PM 4 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Padín Rodríguez_

Participant's Address: _Calle Lamela #75 Quebradillas, P.R. 00678_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135489_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Aida L. Padín Rodríguez_
   Signature

_Aida L. Padín Rodríguez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 - 27 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida L. Pabón Rodríguez
Calle Gémelo #25
Guaynabillas, P.R. 00678

RECEIVED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 14  PM 2:59

00918-170625



MEMPHIS TN 380
6 SEP 2021  PM 3  L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Sto. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Padín Rodríguez_

Participant's Address: _Calle Lamela #75 Quebradillas, P.R. 00678_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140349_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Aida L. Padín Rodríguez_
Signature

_Aida L. Padín Rodríguez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 - 27 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida L. Pales Rodriguez
Calle Jazmin #75
Guadelilla, P.R. 00678

RECEIVED FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 14 PM 2:55

00918-170625

MEMPHIS TN 380
6 SEP 2021 PM 3 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Padin Rodriguez_

Participant's Address: _Calle Jamela #75 Quebradillas, P.R. 00678_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140357_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Aida L. Padin Rodriguez_
Signature

_Aida L. Padin Rodriguez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 - 27 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida L. Pabon Rodríguez
calle Gemelo #25
Juncalillas, P.R. 00678

DEPT
CLERK
U.S. DISTRICT COURT
SAN
2021 SEP 14  PM 2:59

00918-170625

MEMPHIS TN 380
6 SEP 2021   PM 3  L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Aida L. Padín Rodríguez_

Participant's Address: _Calle Lamela #75 Quebradillas, P.R. 00678_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143721_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Aida L. Padín Rodríguez_
Signature

_Aida L. Padín Rodríguez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08-27-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida L. Pabón Rodríguez
Calle Gomera #75
Puebloville, P.R. 00678

DESC...
CLERK...
U.S. DISTRICT COURT
SAN...

2021 SEP 14 PM 2:59

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English:**

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enrique Rodriguez Ortiz_

Participant's Address: _HC 37 Box 4595 Guánica, PR 00653_

Participant's Email Address: _I don't have it._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Veteran's claim number 18 565 555_

Nature of Claim: _US Army veteran_

By: _Enrique Rodriguez Ortiz_
    Signature

_Enrique Rodriguez Ortiz_
Print Name

_married_
Title (if Participant is not an individual)

_September 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Enrique Rodríguez
HC 37 Box 4595
Guanica, PR 00653-8448

NASHVILLE TN 370
10 SEP 2021 PM 5

00918-170625

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Pérez Martínez_

Participant's Address: _Urb. El Madrigal Calle 11 L-8_
_Ponce, P.R. 00730_

Participant's Email Address: _julia perez 795@gmail.Co._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _julia perez 795@gmail.CO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59 526_

Nature of Claim: _Promesa Title III No.17 BK 3283-LTS_

By: _Julia Pérez Martínez_
Signature

_Julia Pérez Martínez_
Print Name

_____
Title (if Participant is not an individual)

_8 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia Perez
Urb. El Madrigal
Calle 11 L-8
Ponce P.R. 00730-1433

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 14  PM 2:59

00918-170625

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan P.R. 00918-1767

NASHVILLE TN 370
10 SEP 2021 PM 5 L

FOREVER / USA
STATION

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Iulia Pérez Martínez_

Participant's Address: _Urb. El Madrigal Calle 11 L-8 Ponce, P.R._
                                                                  _00730.1433_

Participant's Email Address: _juliaperez7958@gmail.Co._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59 526_

Nature of Claim: _Promesa III   No. 17 BK 3283-LTS_

By: _____
    Signature

_Iulia Pérez Martínez_
Print Name

_____
Title (if Participant is not an individual)

_8 septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia Pérez Martínez
Urb. El Madrigal
Calle 11 L-8
Ponce, P.R. 00730-1433

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 14 PM 2:59

00918-17062S

United States District Court, Clerks'
office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

NASHVILLE TN 370

10 SEP 2021 PM 5  L



FOREVER / USA
STATION

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Pérez Santiago_

Participant's Address: _B-26 Urb Alturas de Coamo Coamo PR 00769_

Participant's Email Address: _evesantiago53@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17Bk3283-LTS · Commonwealth of P.R._

Nature of Claim: _151985_

By: _Evelyn Pérez Santiago_
Signature

_Evelyn Pérez Santiago_
Print Name

_111_
Title (if Participant is not an individual)

_7 septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Perez Santiago, Evelyn
B16 Urb. Alturas de Coamo
Coamo, P.R. 00769

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
SEP 07, 21
AMOUNT
$7.38
R2303S102189-03

7020 1810 0000 5514 9111

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Rios Hernandez Parent of then minor L.E.A.R._

Participant's Address: _RR 02 Box 7030, Manati, P.R. 00674_

Participant's Email Address: _adams709 @ verizon.net_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16822_

Nature of Claim: _____

By: _____
    Signature

_Lydia E. Rios Hernandez_
Print Name

_N/A_
Title (if Participant is not an individual)

_Agosto / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

JUN '18
PM 13 L

U.S POSTAGE >> PITNEY BOWES

ZIP 11232
02 4W      $ 000.35⁰
0000349804 JUN 26 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 5/18/2018
Proof of Claim No.: 16822

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Lydia E. Rios, parent of then minor L.E.A.R.
Lydia E. Rios Hrnandez
RR 02 Box 7030
Manati, PR 00674

FIRST-CL
US POS
PA.
PERMIT
TOPPAN M

**Prime Clerk LLC**
**Grand Central Station**
**PO Box 4708**
**New York, NY 10163-4708**

LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

PR 1845 SRF 55176 PackID: 301617 MMLID: 1353182-P SVC: ADSHN-Q
LYDIA E RIOS HERNANDEZ
RR 2 BOX 7030
MANATI PR 00674

00574@9656 R002

FIRST CLASS MA
U.S. POSTAGE
PAID
ToppanMerrill

**Prime Clerk LLC**
**Grand Central Station**
**PO Box 4850**
**New York, NY 10163-4850**

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL**

PR 1845 SRF 55176 PACKID: 152529 MMLID: 1478868-P SVC: MML-PC
LYDIA E. RIOS, PARENT OF THEN MINOR L.E.A.R.
LYDIA E. RIOS HRNANDEZ
RR 02 BOX 7030
MANATI PR 00674

0057439656 R002

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55593 PACKID: 301628 MMLID: 1353182-P SVC: CHN-PC
LYDIA E RIOS HERNANDEZ
RR 2 BOX 7030
MANATI PR  00674

0006 743 5555   R002

Lydia E. Rios, Parcel
Lydia E. Rios Hernández
PR 02 Box 7030
Manati PR. 00674



U.S. POSTAGE PAID
FCM LG ENV
MANATI, PR
00674
SEP 07, 21
AMOUNT
1000        00918
$8.16
R2305K134648-11
UNITED STATES POSTAL SERVICE®



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**
7021 1970 0000 7934 7838

United States Districto Court clerk's office
150 Ave, Carlos Chardon Sto.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nereida Negron Padin_

Participant's Address: _PO Box 250610 Aguadilla, P.R. 00604-0610_

Participant's Email Address: _nery.negron26 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nereida Negron Padin_
Print Name

_____
Title (if Participant is not an individual)

_13 septiembre 2021_
_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**   *Retail*

**P**

**US POSTAGE PAID**
**$7.95**

Origin: 00603
09/13/21
4203610604-24

**PRIORITY MAIL 1-DAY®**

0 Lb 1.80 Oz

1005

EXPECTED DELIVERY DAY: 09/14/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5106 8772 1256 3831 42

- When used internationally, a customs
declaration label may be required.

* Domestic only



P S 0 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**FROM:**

Nereida Negron Padin
PO Box 250610
Aguadilla, P.R.
00604.0610

**TO:**

United States District
Court, Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.