Sept 14, 2021

PRIME CLERK LLC
Grand Central Station
PO Box 4850
New York, NY 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

Re: Payment objection received.
    See attachments
Gentlemen:

We refer to a document received with 4 days to replay, indicating, one or more debtors are seeking to disallow our request for payment of certain Puerto Rican Bonds under consideration by financial oversite and Management Board for Puerto Rico, and the Government of the Island. <u>Allegations are made we did not present a claim within certain time limits</u>. We have communicated with the office of the Prime Clerk in Puerto Rico, as suggested by your document, and these are our comments:

Our name, Martin Cervera Antonio.
Claim # 167898
Presentation Date 10/30/2018
Debtor: Commonwealth of Puerto Rico
Case # 17-03283
Omnibus Objection Case #30074.
My Address: Yagrumo H-22
Caparra Hills, Guaynabo, P.R 00968

**We have communicated with Judge Swain about my objections to unpayment, over a tv. Meeting, at Federal Building, which included my wife's concurrence also, and have publicly expressed the reasons why these bonds shall be paid. See copy of my previous communications.**

Very truly yours,
Antonio Martin Cervera.

This pc/documents/tony/prime clerk