## August 17, **MORE ABOUT PUERTO RICAN BONDS.**

San Juan August 17 (1)

### A BRIEF COMMENTARY UPON THE NEAR FUTURE OF MY RETIREMENT. MORE ABOUT PUERTO RICAN BONDS.

After a brief review of "El Nuevo Día", yesterday morning, **execution day may has arrived for the Retirement and Infrastructure Bond's**. Chez pieces are moving but the winner is already appointed, poor Bond Holders. We are about to see, meetings, opinions and so forth, however, I believe the future of the **Infrastructure** and **Retirement** Bonds, is already "planned", **hopefully not yet decided.**

**Puerto Rico has graciously awarded** the value of Infrastructure Bonds as 12.6% and the Retirement Bondsin 34%. This means 13 cents per dollar on Infrastructure and 34 cents per dollar on Retirement Bonds. **This means the price for anything would have to be rised 10 times so you can buy it with what is left from your money.**

**Now, are we going to permit that regardless we have or do not have invested you preciuos savings to happen? being manipulated only because someone took your money (an elegant name for you know what) to spend it in God knows what?**

Also, you will be paid , not with clinking money, but with a Contingent money instrument of "Contingent Value", paid **with a tax put to the "Puerto Rican Rum".** This is funny if it wasn't so sad. **If you don't like it go have a shot on us.**

Also. MARKET VALUE AS INDICATED IS COMPLETELY UNACCEPTABLE. And has not real factual base.

(2)

As the article indicates the PUBLIC EMPLOYEES, will be paid with a surplus, of government money because "they have got losses of other benefits", **so have we. What about retaining our interest in 4 years?**

Look, all this is not intended to create a confrontation. In my position they should be paid us what is fair, as well as we should be fare.. **All the rhetoric's of the government should pay the employees, but they have no money, after the billions shower received is totally false, we agree with, but we are not rich Vultures',**

Everyone on his possibilities should receive a reasonable amount of money, on our case proportional to our investment, and the government employees, proportional to their honest work for years. All the rest in 'POLITICS'

Come on, as indicted on my Brief Story of July 13, I put on the government hands, little by little, a huge part of my retirement, my bonds name is Retirement Bonds; so the retirement fund if that would have created, would ha to pay for it. **It is clear the goverbment shoul scrap their pockets and get the moiney.** Now **pay us both, in a fair way.**

**I, SEE YOU MAY HAVE BEEN THINKING IN 34%, for the bonds, BUT THIS WOULD BE A JOKE. AFTER USING OUR DOLLARS OF 100% AND <u>NOT PAYING THE INTEREST FOR 4 YEARS. Let us hve a better treatment.</u>**

**The governmet shall also pay what is due due, reconsidering their employment Retirment. LET US BOTH HAVE A HAPIER ENDING.**

Antonio Martin
Yagrumo H-22 Caparra Hills
Guaynabo, P.R
00968

This PC/Documents/tony/August 16 Bonds