# A BRIEF STORY OF HOW PUERTO RICAN BONDS BECAME A PUBLIC DEBDT (1)

**San Juan July 13, 2021**

My name is Antonio Martin Cervera, I was born in Havana and arrived to Puerto Rico, in **November 8, 1960. I was then 22 years old.**

In **1963** I wanted to be an Independent Practitioner. As such, I would not have the benefit of a Big Company providing me with a Retiring Check. I had to start savings, immediately. The bonds look a good instrument as described;

1.-The bond was **sure and trustable**; they were issued by Puerto Rico, and **guaranteed by Puerto Rican Constitution.**

2.-The Bonds were issued **to help financing Puerto Rico development** on **different areas, to benefit Puerto Ricans transformation**. Economy at that time was full of dreams. I was then also a dreamer.

3.-Bonds were **Tax Free**. That was good for savings.

4.-By buying bonds, I had the **opportunity to cooperate, with the development of the Island, to become more independent of the United States,** regardless the Political direction that they would take at the near future.

5, - I was directed to an **important Security Trading Co. to protect my investments.**

6.-The Government at that time was a respectable institution, which denounce corruption and punish it.

One day around **2012** things started to go really bad. One day, when I arrived to the Company in which I was an investor, and **I felt so well protected,** I saw real sad faces. **Happiness had stopped**. They were

# A BRIEF STORY OF HOW PUERTO RICAN BONDS BECAME A PUBLIC DEBDT (1)

**San Juan July 13, 2021**

My name is Antonio Martin Cervera, I was born in Havana and arrived to Puerto Rico, in **November 8, 1960. I was then 22 years old.**

In **1963** I wanted to be an Independent Practitioner. As such, I would not have the benefit of a Big Company providing me with a Retiring Check. I had to start savings, immediately. The bonds look a good instrument as described;

1.-The bond was **sure and trustable**; they were issued by Puerto Rico, and **guaranteed by Puerto Rican Constitution.**

2.-The Bonds were issued **to help financing Puerto Rico development** on **different areas, to benefit Puerto Ricans transformation.** Economy at that time was full of dreams. I was then also a dreamer.

3.-Bonds were **Tax Free**. That was good for savings.

4.-By buying bonds, I had the **opportunity to cooperate, with the development of the Island, to become more independent of the United States,** regardless the Political direction that they would take at the near future.

5, - I was directed to an **important Security Trading Co. to protect my investments.**

6.-The Government at that time was a respectable institution, which denounce corruption and punish it.

One day around **2012** things started to go really bad. One day, when I arrived to the Company in which I was an investor, and **I felt so well protected,** I saw real sad faces. **Happiness had stopped**. They were

(2)

looking down and walking fast. **All P.R, Bonds were reduced in value, one half, in one day.**

First responses were confusing, but I found that **allegedly Unscrupulous Bond Holders put their Puerto Rican Bonds as guarantee, for cheap big loans to spend. They used cheap money to quick operations which brought down the value of their respective Bonds**. Their actions compromise Bonafede bonds as ours.

(2-)The Company Director in P.R., was challenged, but later, nothing happened, and **nobody was indicted. Some people filed for bankruptcy, Bonds were worth nothing.**

**The company invented something to put some dollars on investor's pockets. Repurchase** was the idea. The same Company repurchased around half of the clients' bond portfolios, **and at least put some cash on investors pockets, but half of the capital never came back.**

### GOBERNMENT SAY SPEND NOW AND WE WILL SEE LATER

**The government had gone nuts, it was the beginning of the careless government we are immersed in these days, dedicated to promote spending instead of promoting production.**

### Let's see what they have done on negotiating the bonds:

1.- The **Coffina** bonds:
All the sudden **we found that all the Cofina bonds were not all equal. What'? No Sr. they were Juniors or Seniors, The Juniors were priced ½ the value of the Seniors. And of course, I had juniors. No body knew that.** I have never been seen a real Bond in my life, only papers, and nobody spoke about that, and <u>I paid the same price than the rest of the people, who by money or influence had bought the "seniors". The government ripped me of on the first "negotiation",</u>

(3)

2.- The next step: **The Constitution did not guarantee all bonds issued;** of course mine were not guaranteed. What about U.S. Constitution had to say? Silence please.

3.- **The money received for our bonds was not used for the purpose stated on the bond face at all times. You could have invested in say in "retirement", but funds were gone for something else. Nobody knows. Could it be corruption?**

4.- **The bonds did not have repayment funds compromised. A completely absurd for a solid future. "Money is gone."**

**Since 2016, the day the Bonds fell down and allegedly loss their value, to 2021**, we have had to stay working and some bonds have been negotiated at a reduced price.

**At 2016 I was 78 years old; I have passed my retirement year (2003) by13 years END OF STORY,**

# LETS GO TO NEGOCIATING-2016-2021 FIRST GOVERNMENT PUBLIC EXPRESIONS.

**On Governor Garcia Padilla's speech:**
1.-Thre is no money to pay the debt, he said, **(A big smile)**
2.- I have no bonds, (that was very funny)
3.- **WE CAN NOT PAY EVEN THE INTEREST "hilarious"**
P.R, investors were called names **"VULTURES"** big smiles....
(No comments) VERY FUNNY
4.- People starter calling" us "names".

**Why "names"? BONA FIDE INVESTORS ARE BROKE. Everybody is making fun of us.** They are calling us "'vultures" and that is completely wrong, we bought with 100% Dollars. A Vulture is who can buy something at 50% of the value, this is a "vulture" not us. We are Puerto Rican working people ripped of by the government of PR and very little understanding of why we are not entitled to be paid.

**NOW, WHO WOULD TRUST PUERTO RICO SO THAT SOMEONE (4) BUYS NEW BONDS ,NOW OR IN THE NEAR FUTURE AND BE PAID?**

# WHY THE GOVERNMENT DOES NOT BECOME SERIOUS AGAIN?. THE GOVERNMENT HAS NOW THE RESPONSIBILITY TO PAY, BEFORE THEY ISSUE BONDS AGAIN.

## THINGS TO DO: LOOK

1.- <u>These days everybody wants to guarantee payment of retirement to public employees</u>. I also agree ON THAT. You should PAY . They deserved it for a life of work.

2.- My unpaid bonds are called "<u>RETIREMENT BONDS</u>"
   That is what is written on them

3.- I lent my money <u>to pay RETIREMENT OF PUBLIC EMPLOYEES</u>.

4.- I believe I shall BE PAID ALSO MY RETIREMENT BONDS 100%? Why pay the public employees full and give us a few cents?

5.- Why not to pay us some of the unpaid interest too?
Why cannot THE GOVERNMEMNT do now all these, and let it be a sign of finalizing dark ages, and open the public for new investments?

**Thank You**
Arq. Tony Martin 82 years old, July 13,2021
Yagrumo h-22 Caparra Hills
Guaynabo PR 00968
Tel (787)502-8741
Email: tonymartinarch@hotmail.com
This PC/ documents/tony/July 13 LAST