

Martin
Calle Yagrumo
ra Hills
nabo, PR 00968

F OF CLAIM



PRIME CLERK LLC
GRAND CENTRAL ST.
P.O. BOX 4850
NEW YORK NY.
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

2021 SEP 15 AM 9:20