IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES AND ITS PROFESSIONALS REQUESTING LEAVE
TO CITE A SPANISH-LANGUAGE ADMINISTRATIVE DETERMINATION
AND FOR EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION

Upon consideration of the *Motion of the Official Committee of Retired Employees and its Professionals Requesting Leave to Cite a Spanish-Language Administrative Determination and an Extension of Time to File a Certified Translation* (Docket Entry No. 18115 in Case No. 17-

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3283, the "Motion"),[2] the Court has found and determined that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein; (ii) venue is proper before this Court pursuant to PROMESA section 307(a), 48 U.S.C. § 2167(a); (iii) due and proper notice of the Motion has been provided under the particular circumstance and no other further notice need be provided; and, (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Retiree Committee and the Retiree Committee Professionals are permitted to rely on Determinación Administrativa Núm. 13-14, *Aclaración al alcance de la imposición de la aportación especial bajo la ley Núm. 48-2013* (Aug. 28, 2013) ("Determination 13-14") in their *Motion to Compel to Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*.

3. A certified English-language translation of Determination 13-14 cited in the Motion to Compel must be filed on or before September 21, 2021.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5. This Order resolves Docket Entry No. 18115 in Case No. 17-3283.

Dated: September 15, 2021

                                                                                                  /s/ Laura Taylor Swain
                                                                                                  Laura Taylor Swain
                                                                                                  United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.