Sept 14, 2021

PRIME CLERK LLC
Grand Central Station
PO Box4850
New York, NY 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

Re: Payment objection received.
    See attachments.
Gentlemen:

We refer to a document received with 4 days to replay, indicating, one or more debtors are seeking to disallow our request for payment of certain Puerto Rican Bonds under consideration by financial oversite and Management Board for Puerto Rico, and the Government of the Island. <u>Allegations are made we did not present a claim within certain time limits.</u> We have communicated with the office of the Prime Clerk in Puerto Rico, as suggested by your document, and these are our comments:

My name, Maria Teresita Martin
Claim Number: 167899
Presentation Date 10/30/2018
Debtor: Commonwealth of Puerto Rico
Case # 17-03283
Omnibus Objection Case #30074.
My Address: Yagrumo H-22
Caparra Hills, Guaynabo, P.R 00968

**My husband has communicated with Judge Swain about our objections to unpayment, over a tv. Meeting, at Federal Building, which included my agreement, and have publicly expressed the reasons why these bonds shall be paid. See copy of my husband previous communications.**

Very truly yours,
Maria Teresita Martin    *Maria Teresita Martin*

This pc/documents/tony/tere prime clerk