Sept 14, 2021

PRIME CLERK LLC
Grand Central Station
PO Box4850
New York, NY 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

Re: Payment objection received.
　　See attachments
Gentlemen:

We refer to a document received with 4 days to replay, indicating, one or more debtors are seeking to disallow our request for payment of certain Puerto Rican Bonds under consideration by financial oversite and Management Board for Puerto Rico, and the Government of the Island. <u>Allegations are made we did not present proof of claim.</u>

| Description | | Security Identifier | | | | |
|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH PUBLIC IMPT REF BDS 2011 A 5.250% 07/01/24 B/E DTD 02/17/11 CALLABLE 09/30/21 @ 100.000 INS ASSURED GUARANTY MUNICIPAL COR 1ST CPN DTE 07/01/11 CPN PMT SEMI ANNUAL ON JAN 01 AND JUL 01 Moody Rating A2 S & P Rating AA 01/23/15 [3,12] | 165,000.000 | 100.0000 | 165,000.00 Original Cost Basis: $174,738.00 | 74514LWN3 101.7320 | 167,857.80 | 2,857.80 |
| EMPLOYEES RETIREMENT SYS GOVT COMWLTH PUERTO RICO SR PENSION FDG SER'C 6.150% 07/01/28 B/E DTD 06/30/08 CALLABLE 09/30/21 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 08/01/08 CPN PMT MONTHLY ON 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating WR 06/27/08 [*,3,12] | 50,000.000 | 100.0040 | 50,001.88 Original Cost Basis: $50,002.76 | REDACTED 11.4500 | 5,725.00 | -44,276.88 |
| PUERTO RICO COMWLTH INFRASTRUCTURE FING AUTH SPL TAX REV SPL TAX REV BDS 2006 5.000% 07/01/31 B/E DTD 09/28/06 CALLABLE 09/30/21 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 01/01/07 CPN PMT SEMI ANNUAL ON JAN 01 AND JUL 01 Moody Rating WR 08/15/11 [*,3,12] | 30,000.000 | 99.0000 | 29,700.00 | REDACTED 39.7500 | 11,925.00 | -17,775.00 |

Name : Maria Teresita Martin　　*[signature]*
Claim 167899
Presentation Date 10/30/2018
Deptor Commonweakth of Puerto Rico
Case # 17-03283
Omnibus Objection Case $300 My address: Yagruno H-22, Capatta Hills, Guaynabo, P.R. 00968 (787)273-1498

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Maria T Soto Villares (Maiden) / Maria Teresita Martin (Passport) | 167899 | 10/30/2018 | Commonwealth of Puerto Rico | $680,000.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Maria T Soto Villares (Maiden) / Maria Teresita Martin (Passport) | 167899 | 10/30/2018 | Commonwealth of Puerto Rico | $680,000.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**