Teresita Soto De Martin
H22 Calle Yagrumo
Guaynabo, PR 00968-3124

OOF OF CLAIM



PRIME CLERK LLC
GRAND CENTRAL ST.
P.O BOX 4850
NEW YORK N.Y.
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

2021 SEP 15 AM 9:20