# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

--------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

--------------------------------------------------------------------x

## COVER SHEET TO FORTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

---

[1]  The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2020 through October 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $757.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $757.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-second monthly fee application in these cases.

00853518; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for October 2020.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On February 17, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period  October 1 through October 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 1.80 | $ 549.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $220.00 | 1.10 | $ 242.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.20 | $ 37.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | | | | | |
| | **Totals** | | | 3.20 | $ 842.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (84.20) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 757.80 |

**HTA TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **Totals** | | $ - | |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | $ - | |

00853518; 1

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| **HTA TITLE III** | | | |
| **Summary of Legal Fees for the Period October 1 through October 31, 2020** | | | |
| | | | |
| 204 | Coomunications with Claimholders | 0.40 | 88.00 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | 37.00 |
| 210 | Analysis and Strategy | 1.60 | 488.00 |
| 219 | Docketing | 0.10 | 14.00 |
| 222 | Claims and Claims Objections | 0.20 | 61.00 |
| 224 | Fee Applications O&B | 0.70 | 154.00 |
| | | | |
| | | | $ 842.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (84.20) |
| | | | |
| | **TOTALS** | **3.20** | $ 757.80 |

00853518; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $682.02, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $682.02.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.


s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00853518; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE HTA TITLE III

Bill #:  382239

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2020:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 842.00 |
| Less Discount | $ -84.20 |
| | |
| Net Professional Services | $ 757.80 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 757.80** |

Electronic Invoice

IN ACCOUNT WITH

261 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/06/20 | MMB | 219 | Docket court notice received by email dated September 28, 2020, regarding order dkt. 931 setting lift of stay motion, response, reply schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/09/20 | UMF | 224 | Draft thirty-ninth monthly fee application of O&B for July 2020 in the Title III case of the HTA. | .40 | 220.00 | 88.00 |
| 10/15/20 | HDB | 210 | Review Motion to Dismiss Appeal 20-1847. | 1.20 | 305.00 | 366.00 |
| 10/16/20 | UMF | 224 | Draft fortieth monthly fee application of O&B for the month of August 2020 in the Title III case of the HTA. | .30 | 220.00 | 66.00 |
| 10/21/20 | GMR | 206 | File the Amended First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as representative of Debtor, Puerto Rico Highways and Transportation Authority ("HTA"), for the Period from July 1, 2019 through May 31, 2020 through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 10/24/20 | HDB | 222 | Review Two Hundred Seventieth Omnibus Objection (Non-substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor. | .20 | 305.00 | 61.00 |
| 10/30/20 | HDB | 210 | Revise (.2) and comment (.2) draft memorandum by J. Gonzalez regarding definition of statutory terms in connection with appropriation statutes. | .40 | 305.00 | 122.00 |

O'Neill & Borges LLC

Bill #:  382239                                                       November 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/30/20 | UMF | 204 | Tel. conf. with M. Rios, counsel for the Asociacion para el Seguro Compulsorio regarding post-petition claim. | .40 | 220.00 | 88.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 842.00 |
| Less Discount | $ -84.20 |
| NET PROFESSIONAL SERVICES: | $ 757.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.80 | 305.00 | 549.00 |
| UBALDO M. FERNANDEZ BARRERA | 1.10 | 220.00 | 242.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.20** | | **$ 842.00** |

**TOTAL THIS INVOICE**                                  **$ 757.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

----------------------------------------------------------------x

**COVER SHEET TO FORTY-THIRD MONTHLY FEE APPLICATION OF
O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO
RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS &
TRANSPORTATION AUTHORITY, FOR THE PERIOD OF
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2020 through November 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $406.35 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $406.35 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-third monthly fee application in these cases.

00858252; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for November 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On February 19, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00858252; 1

**HTA TITLE III**

**Summary of Legal Fees for the Period  November 1 through November 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.50 | $ 152.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.50 | $ 285.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | Totals | | | 2.10 | $ 451.50 |
| | Less: 10% Courtesy discount | | | | $ (45.15) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 406.35 |

**HTA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2020**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | Totals | | | $ - | |
| **SUMMARY OF DISBURSEMENTS** | | | | $ - | |

| | **HTA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period November 1 through November 30, 2020** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.70 | 133.00 |
| 209 | Adversary Proceeding | 0.50 | 152.50 |
| 218 | Employment and Fee Applications | 0.80 | 152.00 |
| 219 | Docketing | 0.10 | 14.00 |
| | | | |
| | | | $ 451.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (45.15) |
| | | | |
| | **TOTALS** | **2.10** | **$ 406.35** |

00858252; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $365.72, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $365.72.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00858252; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE HTA TITLE III

Bill #: 384147

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2020:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 152.00 |
| Less Discount | $ -15.20 |
| Net Professional Services | $ 136.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 136.80** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/13/20 | DJP | 218 | Analyze the Seventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2020 Through September 30, 2020, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 11/13/20 | DJP | 218 | File the Seventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2020 Through September 30, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/13/20 | DJP | 218 | Analyze the Notice of Filing of Seventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2020 Through September 30, 2020, in anticipation of its filing. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  384147                                                                          December 4, 2020

| 11/13/20 | DJP | 218 | File the Notice of Filing of Seventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2020 Through September 30, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                      $ 152.00

Less Discount                                                $ -15.20

NET PROFESSIONAL SERVICES:                       $ 136.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| **Total** | **.80** | | **$ 152.00** |

**TOTAL THIS INVOICE**                              **$ 136.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE HTA TITLE III

RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 4, 2020

FOMB IN RE HTA TITLE III

Bill #: 384148

Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2020:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 299.50 |
| | $ -29.95 |
| Net Professional Services | $ 269.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 269.55** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/04/20 | HDB | 209 | Revise draft status report in Adv. 17-00151. | .30 | 305.00 | 91.50 |
| 11/19/20 | DJP | 206 | Email correspondence with L. A. Rappaport in connection with the filing of the Joint Status Report in Adv. 17-00151. | .20 | 190.00 | 38.00 |
| 11/20/20 | HDB | 209 | Revise and sign-off to file Joint Status Report in Adv. 17-00151. | .20 | 305.00 | 61.00 |
| 11/20/20 | DJP | 206 | Analyze the Joint Status Report to be filed in Adv. 17-00151 in compliance with court order. | .30 | 190.00 | 57.00 |
| 11/20/20 | DJP | 206 | File the Joint Status Report in compliance with court order in Adv. 17-00151, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/24/20 | MMB | 219 | Docket court notice received by email dated November 20, 2020, regarding order dkt. 308 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES  $ 299.50

$ -29.95

NET PROFESSIONAL SERVICES:  $ 269.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| DANIEL J. PEREZ REFOJOS | .70 | 190.00 | 133.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384148                                                              December 4, 2020

| **Total** | **1.30** | **$ 299.50** |

TOTAL THIS INVOICE                                    $ 269.55

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

----------------------------------------------------------------x

# COVER SHEET TO FORTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2020 through December 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $521.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $521.55 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-fourth monthly fee application in these cases.

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00858491; 1

On February 19, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00858491; 1

**HTA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 1.30 | $ 396.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 0.50 | $ 95.00 |
| | | | | | |
| | **Totals** | | | **2.20** | **$ 579.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (57.95)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 521.55** |

**HTA TITLE III**

**Summary of Disbursements for the Period December 1 through December 31, 2020**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | | | | | |
| | **Totals** | | | **$ -** | |
| | | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | **$ -** | |

**HTA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 0.60 | 183.00 |
| 208 | Stay Matters | 0.70 | 213.50 |
| 218 | Employment and Fee Applications | 0.50 | 95.00 |
| 224 | Fee Applications-O&B | 0.40 | 88.00 |
| | | | $ 579.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (57.95) |
| | | | |
| | **TOTALS** | **2.20** | **$ 521.55** |

00858491; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $469.40, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $469.40.

## **Professional Certification**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00858491; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021
FOMB IN RE HTA TITLE III
Bill #:   385872
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2020:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 579.50 |
| Less Discount | $ -57.95 |
| | |
| Net Professional Services | $ 521.55 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 521.55** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/03/20 | HDB | 208 | Review Objection of the Puerto Rico Highways and Transportation Authority to Mr. Luis Duprey-Rivera's Motion for Relief from the Automatic Stay. | .30 | 305.00 | 91.50 |
| 12/11/20 | HDB | 208 | Analyze Lift Stay Notice by Finca Perseverancia Inc. (.3) Draft e-mail to S.  Ma and E. Barak concerning implications of arguments by movant. | .40 | 305.00 | 122.00 |
| 12/16/20 | DJP | 218 | Analyze the Second Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ( HTA ) for the Period from June 1, 2020 Through September 30, 2020, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/16/20 | DJP | 218 | File the Second Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ( HTA ) for the Period from June 1, 2020 Through September 30, 2020, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/18/20 | HDB | 206 | Review Appellees Brief filed by Commonwealth of Puerto Rico, FOMB and Puerto Rico Highways and Transportation Authority in Appeal No. 20-1657. | .60 | 305.00 | 183.00 |
| 12/18/20 | UMF | 224 | Draft O&B's forty-first monthly fee application for the month of September 2020 in the HTA Title III. | .40 | 220.00 | 88.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

O'Neill & Borges LLC

Bill #:  385872

January 7, 2021

|  | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 579.50 |
| Less Discount | | $ -57.95 |
| NET PROFESSIONAL SERVICES: | | $ 521.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| **Total** | **2.20** | | **$ 579.50** |

**TOTAL THIS INVOICE**                                    **$ 521.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------------x

### COVER SHEET TO FORTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF JANUARY 1, 2021 THROUGH JANUARY 31, 2021

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant                              O'Neill & Borges LLC ("O&B")

Authorized to provide professional services    Financial Oversight and Management
to:                                            Board, as Representative for the Debtor
                                               Pursuant to PROMESA Section 315(b)

Time period covered by this application:       January 1, 2021 through January 31, 2021

Amount of compensation sought as actual,       $13.05
reasonable and necessary:

Amount of expense reimbursement sought         $0.00
as actual, reasonable and necessary:

Total amount for this invoice:                 $13.05

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-fifth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for January 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 25, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.10 | $   14.50 |
| | | | | | |
| | **Totals** | | | **0.10** | **$   14.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$   (1.45)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   13.05** |

**HTA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2021**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | | | | | |
| | **Totals** | | | **$   -** | |
| **SUMMARY OF DISBURSEMENTS** | | | | **$   -** | |

### HTA TITLE III

**Summary of Legal Fees for the Period January 1 through January 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| 219 | Docketing | 0.10 | | 14.50 |
| | | | $ | 14.50 |
| | Less: 10% Courtesy Discount | | $ | (1.45) |
| | **TOTALS** | **0.10** | **$** | **13.05** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $11.75, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $11.75.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

249 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

January 31, 2021
Bill #: 393760
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 14.50 |
| Less Discount | $ -1.45 |
| | |
| Net Professional Services | $ 13.05 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 13.05** |

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/26/21 | MMB | 219 | Docket court notice received by email dated January 21, 2021, regarding order dkt. 959 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 14.50 |
| Less Discount | | $ -1.45 |
| NET PROFESSIONAL SERVICES: | | $ 13.05 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **.10** | | **$ 14.50** |

**TOTAL THIS INVOICE**                              **$ 13.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE