# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------------x

### COVER SHEET TO FORTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:                          O'Neill & Borges LLC ("O&B")

Authorized to provide professional services   Financial Oversight and Management
to:                                         Board, as Representative for the Debtor
                                            Pursuant to PROMESA Section 315(b)

Time period covered by this application:    October 1, 2020 through October 31, 2020

Amount of compensation sought as actual,    $32,301.90
reasonable and necessary:

Amount of expense reimbursement sought      $0.00
as actual, reasonable and necessary:

Total amount for this invoice:              $32,301.90

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fortieth monthly fee application in these cases.

00853527; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2020.



/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00853527; 1

On February 17, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

| | | | | | |
|---|---|---|---|---|---|
| **PREPA TITLE III** | | | | | |
| **Summary of Legal Fees for the Period October 1 through October 31, 2020** | | | | | |
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 13.10 | $ 3,995.50 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 0.70 | $ 231.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 10.20 | $ 2,550.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 38.30 | $ 13,213.50 |
| Michelle Marichal Soderberg | Member | Corporate | $ 255.00 | 0.70 | $ 178.50 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 220.00 | 0.90 | $ 198.00 |
| Jose L. Notario Toll | Jr. Member | Corporate | $ 225.00 | 3.80 | $ 855.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 16.30 | $ 2,934.00 |
| Laura E. Diaz Gonzalez | Associate | Labor | $ 170.00 | 18.80 | $ 3,196.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 14.30 | $ 2,788.50 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 0.40 | $ 74.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 6.30 | $ 1,197.00 |
| Olga Alicea | Paralegal | Litigation | $ 150.00 | 29.40 | $ 4,410.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.50 | $ 70.00 |
| | | | | | |
| | **Totals** | | | 153.70 | $ 35,891.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (3,589.10) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 32,301.90 |

| | | |
|---|---|---|
| **PREPA TITLE III** | | |
| **Summary of Disbursements for the Period October 1 through October 31, 2020** | | |
| **Description - Expenses** | | **Amounts** |
| | | |
| | **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | | $ - |

00853527; 1

### PREPA TITLE III

### Summary of Legal Fees for the Period October 1 through October 31, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 3.80 | 855.00 |
| 202 | Legal Research | 20.30 | 3,488.50 |
| 203 | Hearings and Non-Field Comm. With Court | 1.50 | 485.50 |
| 206 | Documents Filed on Behalf of the Board | 7.80 | 1,606.50 |
| 207 | Non-Board Court Filings | 0.70 | 213.50 |
| 208 | Stay Matters | 1.40 | 427.00 |
| 209 | Adversary Proceeding | 10.00 | 2,880.50 |
| 210 | Analysis and Strategy | 2.30 | 652.00 |
| 213 | Labor, Pension Matters | 73.30 | 20,055.50 |
| 219 | Docketing | 0.50 | 70.00 |
| 220 | Translations | 29.40 | 4,410.00 |
| 221 | Discovery/2004 Examinations | 1.20 | 366.00 |
| 222 | Claims and Claims Objections | 0.60 | 183.00 |
| 224 | Fee Applications O&B | 0.90 | 198.00 |
|  |  |  | $ 35,891.00 |
|  | **Less: 10% Courtesy discount** |  | $ (3,589.10) |
|  | **TOTALS** | **153.70** | **$ 32,301.90** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $29,071.71 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $29,071.71.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00853527; 1

# **Exhibit A**

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

Bill #:    382242

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 9,088.50 |
| Less Discount | $ -908.85 |
| Net Professional Services | $ 8,179.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 8,179.65** |

IN ACCOUNT WITH

259 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/20 | HDB | 208 | Review Stipulation Modifying the Automatic Stay Between Maria Colon Crispin and the Puerto Rico Electric Power Authority. | .20 | 305.00 | 61.00 |
| 10/02/20 | HDB | 209 | Commence review of Dr. Jose Alameda's rebuttal expert report to Andrew Wolfe. | .70 | 305.00 | 213.50 |
| 10/02/20 | HDB | 207 | Review Official Committee of Unsecured Creditors' Supplemental Brief Regarding Status Report of Government Parties. | .30 | 305.00 | 91.50 |
| 10/06/20 | RML | 213 | Draft email to S. Levy regarding Retirement System Regulations. | .30 | 345.00 | 103.50 |
| 10/06/20 | RML | 213 | Tel. conf. with Proskauer Team, E&Y Team, M. Lopez and A. Figueroa on options available to employees on Retirement Plan. | 1.10 | 345.00 | 379.50 |
| 10/06/20 | RML | 213 | Draft bullets on Retirement options for transferred employees. | .80 | 345.00 | 276.00 |
| 10/07/20 | RML | 213 | Tel. conf. with M. Lopez and S. Levy regarding table on options for retirement plans of transferred employees. (0.6) Draft email to M. Lopez, E&Y and Proskauer on retirement plan options. (0.4). Exchange various emails with P. Hamburger regarding retirement options. (0.3) | 1.30 | 345.00 | 448.50 |
| 10/07/20 | HDB | 206 | Review and sign off to file Informative motion (in connection with the Luma Energy Administrative Expense Motion. | .20 | 305.00 | 61.00 |
| 10/08/20 | HDB | 206 | Review Opposing Parties' Response to Government Parties' Informative Motion in Connection with LUMA Administrative Expense Motion at Docket No. 2237. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  382242                                                          November 4, 2020

| 10/09/20 | RML | 213 | Tel. conf. with N. Jaresko, E&Y, Proskauer and FOMB PREPA team on pension options available to employees to be transferred to LUMA. | 1.10 | 345.00 | 379.50 |
|---|---|---|---|---|---|---|
| 10/09/20 | RML | 213 | Review updated presentation on pension options. (0.3) Exchange emails with P. Hamburger on open issues related to the various pension options. (0.3) Research open issues in connection with available pension options. (1.2) | 1.80 | 345.00 | 621.00 |
| 10/09/20 | UMF | 224 | Draft thirty-seventh monthly fee application of O&B for July 2020 in the Title III case of the PREPA. | .50 | 220.00 | 110.00 |
| 10/09/20 | DJP | 206 | Analyze the Government Parties' Supplemental Response to Official Committee of Unsecured Creditors' Supplemental Brief Regarding Status Report of Government Parties, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 10/09/20 | DJP | 206 | File the Government Parties' Supplemental Response to Official Committee of Unsecured Creditors' Supplemental Brief Regarding Status Report of Government Parties, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/09/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Government Parties' Supplemental Response to Official Committee of Unsecured Creditors' Supplemental Brief Regarding Status Report of Government Parties. | .20 | 190.00 | 38.00 |
| 10/09/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Government Parties' Supplemental Response to Official Committee of Unsecured Creditors' Supplemental Brief Regarding Status Report of Government Parties. | .20 | 190.00 | 38.00 |
| 10/14/20 | HDB | 207 | Review US National Bank's Reservation of Rights in connection with motion for Approval of Settlement Agreement Pursuant To Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019. | .20 | 305.00 | 61.00 |
| 10/14/20 | HDB | 210 | Tel. conf with E. Barak regarding PREPA regulations,. | .30 | 305.00 | 91.50 |
| 10/15/20 | HDB | 206 | Revise and sign-off to file informative motion regarding partial payment of insurance proceeds. | .30 | 305.00 | 91.50 |
| 10/15/20 | HDB | 208 | Review memorandum order granting is part Efron Dorado's Motion to Lift Stay. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  382242 | November 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/20 | HDB | 221 | Analyze Memorandum Order Regarding Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .30 | 305.00 | 91.50 |
| 10/15/20 | DJP | 206 | Analyze the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds, and supporting exhibit, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 10/15/20 | DJP | 206 | File the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds, and supporting exhibit, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/15/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Informative Motion Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds, and supporting exhibit. | .20 | 190.00 | 38.00 |
| 10/16/20 | UMF | 224 | Draft thirty-eighth monthly fee application of O&B for the month of August 2020 in the Title III case of PREPA. | .40 | 220.00 | 88.00 |
| 10/19/20 | HDB | 203 | Review Memorandum Opinion and Order PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .70 | 305.00 | 213.50 |
| 10/19/20 | DJP | 206 | Analyze the Memorandum Opinion Granting in Part and Denying in Part PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim For Compensation for Front-end Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement With LUMA Energy. | .40 | 190.00 | 76.00 |
| 10/21/20 | HDB | 206 | Revise and sign-off to file Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as representative of Debtor, Puerto Rico Electric Power Authority. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382242                                                                November 4, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/20 | GMR | 206 | File the Urgent joint motion of plaintiff and defendants to extend dates in scheduling order in adversary proceeding no. 17-00229. | .20 | 185.00 | 37.00 |
| 10/21/20 | GMR | 206 | File the Amended First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as representative of Debtor, Puerto Rico Electric Power Authority ("PREPA"), for the Period from July 1, 2019 through May 31, 2020 through the court's electronic filing system in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 10/23/20 | HDB | 203 | Review Order on Motion to Terminate PREPA 9019 Motion. | .10 | 305.00 | 30.50 |
| 10/23/20 | OMA | 220 | As requested by attorney J. A. Candelaria, begin translation into English of Judgment dated 9/30/2020, in Case KLAN201900304 in the PR Court of Appeals.. 15 pages; 4,186 words. | 4.70 | 150.00 | 705.00 |
| 10/24/20 | HDB | 222 | Review Two Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which It Is Not Liable. | .20 | 305.00 | 61.00 |
| 10/26/20 | HDB | 207 | Review Notice of Appeal filed by UTIER of the Memorandum Opinion Granting in Part and Denying in Part PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with Luma Energy. | .20 | 305.00 | 61.00 |
| 10/26/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue translation into English of Judgment dated 9/30/2020, in Case KLAN201900304 in the PR Court of Appeals. 16 pages; 5,034 words. | 4.70 | 150.00 | 705.00 |
| 10/27/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue translation into English of Judgment dated 9/30/2020, in Case KLAN201900304 in the PR Court of Appeals. 18 pages; 5,849 words. | 6.10 | 150.00 | 915.00 |
| 10/28/20 | HDB | 208 | Review Lift Stay Notice regarding Emmanuel Rodriguez Vazquez v. Puerto Rico Electric Power Authority (PREPA) et al., Civil No: KDP2015-0831. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382242                                                                November 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/28/20 | HDB | 208 | Review stay relief motion regarding William Medina Ruiz v. Puerto Rico Electric Power Authority (PREPA) et al., Civil No: CIDP2014-0035. | .20 | 305.00 | 61.00 |
| 10/28/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue translation into English of Judgment dated 9/30/2020, in Case KLAN201900304 in the PR Court of Appeals. 1 page; 100 words. | .30 | 150.00 | 45.00 |
| 10/28/20 | OMA | 220 | As requested by attorney J. A. Candelaria, begin certified translation into English of case 2010 TSPR 109, dated 6/30/2020.  6 pages; 1,087 words. | 2.30 | 150.00 | 345.00 |
| 10/29/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue certified translation into English of case 2010 TSPR 109, dated 6/30/2020. 6 pages; 1,593 words. | 4.00 | 150.00 | 600.00 |
| 10/30/20 | HDB | 208 | Review Stay Relief Motion regarding William Soto Santiago v. Commonwealth of Puerto Rico et al., Civil No: KDP2015-1024. | .20 | 305.00 | 61.00 |
| 10/30/20 | HDB | 222 | Review Whitefish Energy's Motion for Allowance of an Administrative Claim. | .40 | 305.00 | 122.00 |
| 10/30/20 | HDB | 208 | Review Stay Relief Notice regarding Ana Digna Tavarez et. al. v. Puerto Rico Electric Power Authority (PREPA) et al., Civil No: EDP2017-00111. | .20 | 305.00 | 61.00 |
| 10/30/20 | HDB | 208 | Review stay relief notice relative to Jesus Lacen Guanill et al. v. Puerto Rico Electric Power Authority (PREPA) et al., Civil No: N3CI201-004345. | .20 | 305.00 | 61.00 |
| 10/30/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue certified translation into English of case 2010 TSPR 109, dated 6/30/2020.  15 pages; 3,654 words. | 7.30 | 150.00 | 1,095.00 |

TOTAL PROFESSIONAL SERVICES                          $ 9,088.50

Less Discount                                                    $ -908.85

NET PROFESSIONAL SERVICES:                          $ 8,179.65


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 6.40 | 345.00 | 2,208.00 |
| HERMANN BAUER | 5.90 | 305.00 | 1,799.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382242                                                          November 4, 2020

| | | | |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .90 | 220.00 | 198.00 |
| DANIEL J. PEREZ REFOJOS | 2.10 | 190.00 | 399.00 |
| GABRIEL MIRANDA RIVERA | .40 | 185.00 | 74.00 |
| OLGA M. ALICEA | 29.40 | 150.00 | 4,410.00 |
| **Total** | **45.10** | | **$ 9,088.50** |

**TOTAL THIS INVOICE**                                         **$ 8,179.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020
FOMB IN RE PREPA TITLE III
Bill #: 382244
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending October 31, 2020:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 1,803.50 |
| | $ -180.35 |
| Net Professional Services | $ 1,623.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,623.15** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/02/20 | CEG | 209 | Review UTIER rebuttal expert report. | .80 | 250.00 | 200.00 |
| 10/05/20 | HDB | 209 | Review Alemeda's Rebuttal Report to Nadol Expert Report. | .50 | 305.00 | 152.50 |
| 10/09/20 | HDB | 209 | Tel. conf with R. Emmanuelli regarding expert discovery issues and scheduling. (.2) Draft e-mail to J. Richman regarding same. (.2) Review proposed revised schedule. (.2) Correspond with R. Emmanuelli regarding briefing schedule for Adv. 17-00229. (.1) | .70 | 305.00 | 213.50 |
| 10/13/20 | HDB | 209 | Exchange e-mails J. Richman regarding briefing schedule. (.1). Reach out to R. Emmanuelli regarding briefing schedule proposal. (.1). Review briefing schedule proposed by R. Emmanuelli and draft e-mail regarding same to J. Richman. (.1) | .30 | 305.00 | 91.50 |
| 10/15/20 | HDB | 209 | Coordinate revisions to discovery and dispositive motion schedule in 17-00229. | .30 | 305.00 | 91.50 |
| 10/16/20 | HDB | 209 | Exchange e-mails with J. Richman regarding discovery and briefing schedule in 17-0229. (.2) | .20 | 305.00 | 61.00 |
| 10/19/20 | HDB | 221 | Review issues regarding discovery schedule. (.1) Review e-mail from R. Emmanuelli. (.1) Prepare for call with R. Emmanuelli. (.2) Draft e-mail to J. Richman regarding briefing schedule. (.1) Tel. conf. with R. Emmanuelli regarding same. (.2) | .70 | 305.00 | 213.50 |
| 10/20/20 | HDB | 209 | Exchange e-mails with J. Richman regarding updated proposed briefing schedule. (.2) Revise draft motion to revise briefing schedule. (.2) Draft e-mail to R. Emmanuelli regarding amendments to complaint. (.1) Revise edits to draft Motion to Amend Briefing Schedule in 17-00229. (.1) | .60 | 305.00 | 183.00 |

O'Neill & Borges LLC

Bill #:  382244                                                    November 4, 2020

| 10/22/20 | HDB | 221 | Review letter by counsel by UTIER concerning depositions of experts. | .20 | 305.00 | 61.00 |
|---|---|---|---|---|---|---|
| 10/27/20 | HDB | 209 | Review e-mails by C. George to J. Richman regarding impacts of Acts 80, 81 and 82 over PREPA, in connection with damages expert report. | .30 | 305.00 | 91.50 |
| 10/27/20 | CEG | 209 | Exchange emails with J. Richman regarding several issues on Law 80, 81 and 82-2020 and potential indirect impact on PREPA. | .70 | 250.00 | 175.00 |
| 10/28/20 | CEG | 209 | Tel. conf. with J. Roth, J. Robertson and other counsels regarding  expert witnesses virtual-deposition in 17-00229. | .50 | 250.00 | 125.00 |
| 10/29/20 | HDB | 209 | Review J. Richman e-mail regarding deposition strategies. | .10 | 305.00 | 30.50 |
| 10/30/20 | CEG | 213 | Review Opinion and Order in CFSE case regarding validity of Law 26-2017's potential impact on the case. | .40 | 250.00 | 100.00 |
| 10/30/20 | MMB | 219 | Docket court notice received by email dated October 21, 2020, regarding order dkt. 122 setting various deadlines - H. Bauer, U. Fernandez, D. Pérez.. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                       $ 1,803.50

                                                  $ -180.35

NET PROFESSIONAL SERVICES:                        $ 1,623.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.90 | 305.00 | 1,189.50 |
| CARLOS E. GEORGE | 2.40 | 250.00 | 600.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **6.40** | | **$ 1,803.50** |

**TOTAL THIS INVOICE**                            **$ 1,623.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020
FOMB IN RE PREPA TITLE III
Bill #: 382245
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2020:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 4,002.00 |
| Less Discount | $ -400.20 |
| Net Professional Services | $ 3,601.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,601.80** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 813**
**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/20 | LED | 202 | Draft memorandum outline pertaining to possible claims arising under alleged violations to Act 26-2017. | 1.60 | 170.00 | 272.00 |
| 10/01/20 | LED | 202 | Analyze applicable case law regarding employer health plan contributions and Puerto Rico Labor Relations Board jurisdiction. | 1.20 | 170.00 | 204.00 |
| 10/01/20 | LED | 202 | Review definitions for unfair labor practices provided by Act 130-1945. | .30 | 170.00 | 51.00 |
| 10/01/20 | LED | 202 | Identify similarities between Act 3-2017, Act 66-2014 and Act 26-2017. | 1.10 | 170.00 | 187.00 |
| 10/02/20 | CEG | 209 | Consider several issues related to local administrative remedies tin lieu of mandamus for appeal brief | .40 | 250.00 | 100.00 |
| 10/02/20 | LED | 202 | Edit memorandum outline to include summary of Acts 26-2017, Act 3-2017, and Act 66-2014. | 1.40 | 170.00 | 238.00 |
| 10/02/20 | LED | 202 | Analyze changes implemented by Act 3-2017 to marginal public employee benefits. | 1.00 | 170.00 | 170.00 |
| 10/02/20 | LED | 202 | Draft argument regarding availability Act 130-1945 remedies in cases arising under Act 26-2017. | 1.30 | 170.00 | 221.00 |
| 10/02/20 | LED | 202 | Draft argument regarding the availability of administrative review for cases arising under Act 26-2017. | 2.10 | 170.00 | 357.00 |
| 10/02/20 | LED | 202 | Edit memorandum on administrative remedies upon noncompliance with Act 26-2017. | 1.30 | 170.00 | 221.00 |
| 10/02/20 | LED | 202 | Review case law regarding Act 26-2017 claims. | .50 | 170.00 | 85.00 |
| 10/02/20 | LED | 202 | Review case law regarding legal hermeneutics. | 1.00 | 170.00 | 170.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382245                                                                November 4, 2020

| 10/02/20 | LED | 202 | Edit memorandum to include research on legal hermeneutics. | .30 | 170.00 | 51.00 |
| 10/05/20 | CGB | 209 | Draft email to C. George regarding implications of legal analysis on alternative Puerto Rico law remedies available to UTIER. | .20 | 330.00 | 66.00 |
| 10/05/20 | CEG | 210 | Revise memo on possibility of administrative review mechanisms for violations arising under Act 26-2017, and an unfair labor practices claims under Act 130-1945 for alleged non-compliance with Act 26-2017. | .90 | 250.00 | 225.00 |
| 10/05/20 | LED | 202 | Review Act 26-2017 legislative history. | 1.00 | 170.00 | 170.00 |
| 10/05/20 | LED | 202 | Edit research memorandum regarding Act 26-2017 as requested by C. George. | 1.80 | 170.00 | 306.00 |
| 10/06/20 | LED | 202 | Analyze legislative history and debate regarding Act 26-2017. | 1.40 | 170.00 | 238.00 |
| 10/06/20 | LED | 202 | Draft legislative discussion and Civil Code provisions to research memorandum on Act 29-2017. | 1.50 | 170.00 | 255.00 |
| 10/12/20 | CGB | 209 | Analize Bonilla v. Chardon Puerto Rico Supreme Court opinion (0.3); Draft email to C. George regarding implications of same for potential claim for breach of statutory obligation (0.2). | .50 | 330.00 | 165.00 |
| 10/12/20 | CEG | 209 | Consider issues with regards to application of Law 26 with regards to the PREPA health insurance. | .60 | 250.00 | 150.00 |
| 10/12/20 | CEG | 209 | Exchange emails with J. Richman regarding application of Law 26-2017. | .40 | 250.00 | 100.00 |

TOTAL PROFESSIONAL SERVICES                          $ 4,002.00

Less Discount                                        $ -400.20

NET PROFESSIONAL SERVICES:                           $ 3,601.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .70 | 330.00 | 231.00 |
| CARLOS E. GEORGE | 2.30 | 250.00 | 575.00 |
| LAURA E. DIAZ GONZALEZ | 18.80 | 170.00 | 3,196.00 |
| **Total** | **21.80** | | **$ 4,002.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382245

November 4, 2020

**TOTAL THIS INVOICE**        **$ 3,601.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

---

FOMB IN RE PREPA TITLE III

November 4, 2020
Bill #:    382246
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2020:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 894.00 |
| | $ -89.40 |
| Net Professional Services | $ 804.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 804.60** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:  19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/06/20 | HDB | 209 | Review issues regarding notice of Motion for Approval of Settlement Agreement. (.2)  Revise and sign-off to file Motion for Approval of Settlement Agreement in 19-00369. (.3) | .50 | 305.00 | 152.50 |
| 10/06/20 | DJP | 206 | Analyze the Motion of Puerto Rico Electric Power Authority Pursuant To Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Certain Insurers and Granting Related Relief, and supporting exhibits, in anticipation of its filing. | .50 | 190.00 | 95.00 |
| 10/06/20 | DJP | 206 | File the Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Certain Insurers and Granting Related Relief, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/06/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Certain Insurers and Granting Related Relief, and supporting exhibits. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  382246                                                                November 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/06/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Motion of Puerto Rico Electric Power Authority Pursuant To Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Certain Insurers and Granting Related Relief, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 10/06/20 | DJP | 206 | Respond to email from L. Wolf in connection with the filing of the Motion of the Puerto Rico Electric Power Authority pursuant to Puerto Rico Bankruptcy Code Section 105, PROMESA Section (315)a and Bankruptcy rule 9019 for Order Approving Settlement Agreement with Certain Insurers and Granting Related reliefs and supporting exhibits. | .20 | 190.00 | 38.00 |
| 10/07/20 | DJP | 206 | Draft email to M. Rosenthal and L. Wolf proposing legal strategy in connection with the Notice of Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement With Certain Insurers and Granting Related Relief. | .20 | 190.00 | 38.00 |
| 10/07/20 | DJP | 206 | Analyze the Notice of Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement With Certain Insurers and Granting Related Relief, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 10/07/20 | DJP | 206 | File the Notice of Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement With Certain Insurers and Granting Related Relief, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/07/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Certain Insurers and Granting Related Relief. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  382246                                                                                November 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding Motion of Puerto Rico Electric Power Authority for Order Approving Settlement Agreement with Certain Insurers, and supporting exhibit, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 10/16/20 | DJP | 206 | File the Certificate of No Objection Regarding Motion of Puerto Rico Electric Power Authority for Order Approving Settlement Agreement with Certain Insurers, and supporting exhibit, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/16/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Certificate of No Objection Regarding Motion of Puerto Rico Electric Power Authority for Order Approving Settlement Agreement with Certain Insurers, and supporting exhibit. | .20 | 190.00 | 38.00 |
| 10/16/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Certificate of No Objection Regarding Motion of Puerto Rico Electric Power Authority for Order Approving Settlement Agreement with Certain Insurers, and supporting exhibit. | .20 | 190.00 | 38.00 |
| 10/21/20 | HDB | 209 | Review Status Report as of October 21, 2020 in 19-00369. | .20 | 305.00 | 61.00 |
| 10/23/20 | HDB | 209 | Review order authorizing settlement in 19-00369. | .10 | 305.00 | 30.50 |
| 10/30/20 | MMB | 219 | Docket court notice received by email dated October 21, 2020, regarding order dkt. 97 setting scheduling conference, deadline to file joint status report - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .30 | 140.00 | 42.00 |

TOTAL PROFESSIONAL SERVICES                              $ 894.00

                                                         $ -89.40

NET PROFESSIONAL SERVICES:                               $ 804.60


**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| DANIEL J. PEREZ REFOJOS | 3.20 | 190.00 | 608.00 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382246                                                                        November 4, 2020

| **Total** | **4.30** | **$ 894.00** |

**TOTAL THIS INVOICE** $ 804.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

Bill #: 382247

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending October 31, 2020:

**Client.Matter: P1705 - 816**

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 274.50 |
| | $ -27.45 |
| | |
| Net Professional Services | $ 247.05 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 247.05** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/20/20 | HDB | 209 | Review BRIEF tendered by Appellees FOMB and PREPA in Appeal No. 20-1332. | .90 | 305.00 | 274.50 |

TOTAL PROFESSIONAL SERVICES $ 274.50

$ -27.45

NET PROFESSIONAL SERVICES: $ 247.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| **Total** | **.90** | | **$ 274.50** |

**TOTAL THIS INVOICE** **$ 247.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2020
FOMB IN RE PREPA TITLE III
Bill #: 382248
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,626.00 |
| | $ -162.60 |
| Net Professional Services | $ 1,463.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,463.40** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/06/20 | MMB | 219 | Docket court notice received by email dated September 29, 2020, regarding order setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 10/08/20 | HDB | 209 | Edit draft response que legal query by M. Palmer regarding law 458. | .30 | 305.00 | 91.50 |
| 10/08/20 | JLN | 201 | Review inquiry from M. Palmer regarding definition of juridical person. (0.1) Analyze inquiry and review law 458-2000. (0.8) Research into legislative history of related statutory amendment. (0.8) | 1.70 | 225.00 | 382.50 |
| 10/08/20 | JEG | 202 | At the request of J. Notario, conduct research regarding the definition of juridical person contained in Law 458-2000. (0.8). Draft answer to M. Palmer regarding definition of juridical person contained in Law 458-2000. (0.7) | 1.50 | 195.00 | 292.50 |
| 10/09/20 | JLN | 201 | Finalize review of legislative history of 458-2000 (0.4) and revise draft response to M. Palmer regarding same (0.6). Quick review of case law on Expressio Unius Exclusio Alterius doctrine. (0.3) | 1.30 | 225.00 | 292.50 |
| 10/21/20 | JLN | 201 | Revise draft responses to client inquiries regarding Ambac arguments related to effects of new Civil Code and rescission of contracts. (0.5) Discuss issues related to inquiries with J. Gonzalez. (0.3) | .80 | 225.00 | 180.00 |
| 10/23/20 | HDB | 210 | Respond to queries by L. Stafford regarding contract annulment issues under Puerto Rico Law. | .40 | 305.00 | 122.00 |
| 10/29/20 | HDB | 209 | Review and sign-off to file Motion to Modify Briefing Schedule. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  382248                                                                November 4, 2020

| 10/29/20 | DJP | 206 | Respond to email from L. Stafford in connection with the filing of PREPA's Second Unopposed Urgent Motion to Extend Briefing Schedule. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 10/29/20 | DJP | 206 | Analyze PREPA's Second Unopposed Urgent Motion to Extend Briefing Schedule, and proposed order, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 10/29/20 | DJP | 206 | File PREPA's Second Unopposed Urgent Motion to Extend Briefing Schedule, and proposed order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 10/29/20 | DJP | 206 | Draft email to Magistrate Judge attaching stamped version of the PREPA's Second Unopposed Urgent Motion to Extend Briefing Schedule and proposed order in Word format. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                     $ 1,626.00

                                                $ -162.60

NET PROFESSIONAL SERVICES:                      $ 1,463.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| JOSE L. NOTARIO TOLL | 3.80 | 225.00 | 855.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 190.00 | 190.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.50 | 195.00 | 292.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **7.30** | | **$ 1,626.00** |

**TOTAL THIS INVOICE**                          **$ 1,463.40**

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2020

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2020
FOMB IN RE PREPA TITLE III
Bill #:  384042
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2020:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 18,202.50 |
| Less Discount | $ -1,820.25 |
| Net Professional Services | $ 16,382.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 16,382.25** |

IN ACCOUNT WITH

2302 ... MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR  00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/20 | RML | 213 | Review Act 29 and Act 120 inquiries in preparation for call with Luma. [0.9] Review written statement from OATRH  filed in the House of representatives in connection with RC 064. (0.8) Tel. conf. with Luma representatives, Proskauer Team and C. George review CBA and pension issues. (1.5) | 3.20 | 345.00 | 1,104.00 |
| 10/01/20 | CEG | 213 | Consider several issues related to vested rights pursuant to PPP law and impact in CBA and pension plan. (.8) Tel. conf. with R. M. Lazaro, Proskauer and LUMA representatives to discuss same (1.5). | 2.30 | 250.00 | 575.00 |
| 10/02/20 | RML | 213 | Conf. with M. Lopez regarding results of CBA and pension call with Luma. | .40 | 345.00 | 138.00 |
| 10/02/20 | RML | 213 | Review inquiries from S. Levy on PREPA Retirement System. | .30 | 345.00 | 103.50 |
| 10/05/20 | RML | 213 | Conf. with M. Lopez regarding response to S. Levy inquiry on PREPA plan. (0.4) Work on response to S. Levy inquiries on PREPA Plan. (0.3) Respond to P. Possinger inquiries on PREPA plan. (0.2) | .90 | 345.00 | 310.50 |
| 10/05/20 | RML | 213 | Tel. conf. with C. George and J. Candelaria analyses of various inquiries made by E&Y on PREPA Retirement System and transferred employees. (0.6) Review information provided by A. Figueroa on employees to be transferred and PREPA benefits. (.3) | .90 | 345.00 | 310.50 |
| 10/05/20 | RML | 213 | Review information requested by Proskauer on PREPA's Retirement plan. (0.6) Draft email to P. Possinger regarding information on PREPA's Retirement Plan and Regulations. (0.4) | 1.00 | 345.00 | 345.00 |

O'Neill & Borges LLC

Bill #:  384042                                                                      November 30, 2020

| 10/05/20 | RML | 213 | Finalized responses to E&Y inquiries on PREPA Retirement System. | .50 | 345.00 | 172.50 |
|---|---|---|---|---|---|---|
| 10/05/20 | RML | 213 | Draft response to various inquiries from E&Y on retirement benefits of transferred employees and PREPA's Retirement System. | 2.10 | 345.00 | 724.50 |
| 10/05/20 | CEG | 213 | Tel. conf. with R. Lazaro and J. Candelaria to discuss inquiries made by E&Y with regards to public-private partnership transactions with PREPA. | .60 | 250.00 | 150.00 |
| 10/05/20 | JAC | 213 | Conference call with C. George and R. M. Lazaro to discuss inquiries by E&Y regarding public-private partnership transactions with PREPA. | .60 | 180.00 | 108.00 |
| 10/05/20 | JAC | 213 | Revise email by R. M. Lazaro regarding PREPA-Luma transaction (0.6) and provide comments to the same (0.3). | .90 | 180.00 | 162.00 |
| 10/07/20 | RML | 213 | Review memorandum on options in connection with pensions O transferred employees. (0.6) Work on comments to memorandum. (0.8) Draft email to Proskauer team on comments to memorandum. (0.2) Review and respond to additional questions for Proskauer on law provisions impacting retirement plan options. (0.7) | 2.30 | 345.00 | 793.50 |
| 10/07/20 | RML | 213 | Review issue loans under PREPA plan. (0.4) Respond to E&Y inquiries on PREPA plan. (0.3) | .70 | 345.00 | 241.50 |
| 10/07/20 | HDB | 210 | Review analysis regarding PREPA Pension Plan issues as per Proskauer's request (P. Possinger). | .30 | 305.00 | 91.50 |
| 10/07/20 | JAC | 213 | Conduct research on loan programs under PREPA retirement system (3.1) and draft email to R. M. Lazaro regarding research findings (0.4). | 3.50 | 180.00 | 630.00 |
| 10/08/20 | RML | 213 | Review of changes made by P. Hamburger to summary of pension issues. (0.3) Conference call with J. Candelaria and C. George regarding pending Puerto Rico law issue related to the transfer of PREPA employee under P3 transaction. (0.7) Review issue transfer of employees under P3 transaction and separation from service rules. (0.5) | 1.50 | 345.00 | 517.50 |
| 10/08/20 | RML | 213 | Review E&Y update pension outline. (0.4) Tel. conf. with M. Lopez regarding E&Y updated pension outline. (0.3) Draft email to S. Levy regarding comments to Pension outline. (0.3) | 1.00 | 345.00 | 345.00 |

O'Neill & Borges LLC

Bill #:  384042                                                                November 30, 2020

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/20 | CEG | 213 | Tel. conf. with R. Lazaro and J. Candelaria to discuss pending PR law issues with regards to transfer of PREPA employees under public-private partnership transaction. | .70 | 250.00 | 175.00 |
| 10/08/20 | JAC | 213 | Conference call with R. M. Lazaro and C. George to discuss pending Puerto Rico law issues related to transfer of PREPA employees under public-private partnership transaction. | .70 | 180.00 | 126.00 |
| 10/09/20 | RML | 213 | Tel. conf. with  F. Contreras, A. Figueroa, Proskauer and E&Y regarding pension options available to employees. | .60 | 345.00 | 207.00 |
| 10/09/20 | RML | 213 | Review summary of presentation on pension plan options. (0.4) Draft email to E&Y regarding suggested changes to summary of presentation. (0.3) Review updated pension presentation with additional comments from pension team. [0.2] Discuss with C. George inquiry on separation from service under Act 17. (0.3) | 1.20 | 345.00 | 414.00 |
| 10/09/20 | RML | 203 | Review issue regarding applicability of same desk rule to transferred employees. (.4) Discuss such issues with M. Marichal. (.3) | .70 | 345.00 | 241.50 |
| 10/09/20 | MMS | 213 | Review issue regarding applicability of same desk rule to transferred employees. (.4) Discuss such issues with R. M. Lazaro. (.3) | .70 | 255.00 | 178.50 |
| 10/09/20 | JAC | 213 | Analyze PREPA retirement system regulations to assess benefits due to termination of service. | 2.10 | 180.00 | 378.00 |
| 10/10/20 | RML | 213 | Analyze email from FOMB on various inquiries in connection with next steps on pension plan options for transferred PREPA employees. | .50 | 345.00 | 172.50 |
| 10/12/20 | RML | 213 | Review materials sent by Proskauer to FOMB in connection with next steps  on pension options. (1.2) Draft comment to summary  of Key issue on PREPA pension matter.(0.8) Draft email to Proskauer on summary of key pension issues. (0.3) | 2.30 | 345.00 | 793.50 |
| 10/12/20 | RML | 213 | Review issue in connection with distribution under PREPA plan. (0.4) Draft email to Proskauer on distributions under PREPA plan. (0.7) Exchange additional email on distribution options available under PREPA plan. (0.2) | 1.30 | 345.00 | 448.50 |

O'Neill & Borges LLC

Bill #:  384042                                                          November 30, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/20 | JEG | 213 | Request a copy of Act No. 112 of June 30, 1957 (Rules and Regulations Act of 1958) to the Puerto Rico Legislative Library. (0.1). Conduct research on statutes governing the adoption of rules and regulations by government entities in Puerto Rico prior to 1957. (2.4) | 2.50 | 195.00 | 487.50 |
| 10/12/20 | JEG | 213 | At the request of R. Lazaro, obtain the Spanish version of OATRH's legal opinion regarding the scope of Section 15 of Act 120-2018, as amended by Act 17-2019. | .20 | 195.00 | 39.00 |
| 10/13/20 | RML | 213 | Prepare for call to discuss PREPA pension and labor issue. (0.8) Tel. conf. with K. Rifkin, P. Hamburger and P. Possinger to discuss pension issues. (1.5) | 2.30 | 345.00 | 793.50 |
| 10/13/20 | JEG | 213 | Review the Rules and Regulation Act of 1957. (0.3). Conduct research to obtain the transcripts of the Senate debate on they Senate Bill the became said Act. (0.5). Review such transcripts. (0.7) | 1.50 | 195.00 | 292.50 |
| 10/13/20 | JEG | 213 | Obtain the original version of Act 83 of May 2, 1941 (the PREPA Enabling Act then known as the Puerto Rico Water Resources Authority or PRWRA. (0.4). Review provisions of such Act related to the Powers of the PRWRA.  (0.5) | .90 | 195.00 | 175.50 |
| 10/13/20 | JEG | 213 | Review provisions of statutes adopted before 1957 such as Act 222 of May 5, 1950, Act 181 of May 11, 1942,  Act 133 of May 8, 1941, Act 221 of October 19, 1954, and Act 493 of May 15, 1952, related to the authority of government entities to adopt regulations and the requirements for those regulations to have the force of law. (2.3). Research Puerto Rico case law prior to 1957 regarding the requirements for administrative rules and regulations to have the force of law. (1.2) Conduct research on Puerto Rico case law regarding the regulation that created PREPA's Employees Retirement System. (0.6) | 4.10 | 195.00 | 799.50 |
| 10/15/20 | RML | 213 | Tel. conf. with Proskauer Team, EY team and FOMB pension team on pension matter. | 1.20 | 345.00 | 414.00 |
| 10/15/20 | RML | 213 | Analyze questions made by Proskauer in connection with PREPA regulations. | .50 | 345.00 | 172.50 |
| 10/15/20 | CEG | 213 | Consider various issues regarding the framework for PREPA  employment vested rights analysis. | .50 | 250.00 | 125.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384042                                                                        November 30, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/20 | JAC | 213 | Draft answers to Proskauer Rose LLP's inquiry regarding PREPA-ERS regulation, as requested by C. George. | 1.10 | 180.00 | 198.00 |
| 10/15/20 | JAC | 213 | Revise answers to Proskauer Rose LLP's inquiry regarding PREPA-ERS regulation. | .30 | 180.00 | 54.00 |
| 10/15/20 | JAC | 213 | Conduct research regarding Uniform Administrative Procedure Act's applicability to the PREPA-ERS regulation. | .80 | 180.00 | 144.00 |
| 10/15/20 | JEG | 213 | Draft for J. Candelaria's review, an analysis of the legal norms governing the adoption of rules and regulations by government entities in Puerto Rico before 1957 and PREPA's authority to adopt a regulation to create an Employees Retirement System. | 3.40 | 195.00 | 663.00 |
| 10/15/20 | JEG | 213 | Review answers drafted by J. Candelaria to inquiries from E. Stevens regarding PREPA's ERS. | .20 | 195.00 | 39.00 |
| 10/16/20 | RML | 213 | Review K. Rifkin summary on Pension issues and draft comments regarding same. [0.8] Review Proskauer comments to summary of pension issues. [.04] Draft email to pension team on summary of pension issues..[0.2] | 1.40 | 345.00 | 483.00 |
| 10/16/20 | RML | 213 | Tel. conf. with M. Lopez regarding draft of FAQ prepared by LUMA. [0.3] Review draft of LUMA's FAQ and related issues.[0.6]. Draft email with comments to LUMA's FAQ[.4] Review Proskauer comments to FAQ. [0.3] | 1.60 | 345.00 | 552.00 |
| 10/16/20 | RML | 213 | Review response to inquiries on summary of labor issues. | .40 | 345.00 | 138.00 |
| 10/16/20 | HDB | 210 | Review analysis by C. George and J. Candelaria regarding adoption and validity of PREPA ERS Regulations. | .40 | 305.00 | 122.00 |
| 10/16/20 | CEG | 213 | Revise responses to various inquiries on PREPA ERS and its regulations. | 1.20 | 250.00 | 300.00 |
| 10/16/20 | JAC | 213 | Draft comments to C. George's proposed answers to Proskauer Rose LLP's inquiry regarding PREPA-ERS regulation. | .50 | 180.00 | 90.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384042

November 30, 2020

| 10/19/20 | RML | 213 | Review revisions by K. Rifkin and P. Hamburger to summary of pension matters. (0.4) Review and respond to additional inquiries from Proskauer of PREPA plan regulations. (0.3) | .70 | 345.00 | 241.50 |
|---|---|---|---|---|---|---|
| 10/19/20 | JAC | 213 | Preliminary analysis of Proskauer Rose LLP's additional inquiries on PREPA-ERS regulation. | .30 | 180.00 | 54.00 |
| 10/20/20 | RML | 213 | Review (0.2) and draft response (0.6) to inquiries on PREPA's retirement plan regulations. | .80 | 345.00 | 276.00 |
| 10/21/20 | RML | 213 | Tel. conf. with M. Lopez regarding PREPA retirement plan. (0.3) Review PREPA retirement plan regulation to complete Q&A for plan participants to be transferred to LUMA. (0.5) | .80 | 345.00 | 276.00 |
| 10/27/20 | CEG | 213 | Consider several issues on PREPA Retirement System and related CBA provisions. | .20 | 250.00 | 50.00 |
| 10/27/20 | JAC | 213 | Conduct research on PREPA's authority to amend and repeal regulations to answer inquiry by Proskauer Rose LLP (1.6), and commence to draft answer to inquiry by Proskauer Rose LLP regarding same. (0.3) | 1.90 | 180.00 | 342.00 |
| 10/28/20 | RML | 213 | Review implication of Reciprocity Act on PREPA Retirement System. | .80 | 345.00 | 276.00 |
| 10/28/20 | JAC | 213 | Conduct additional research on PREPA's authority to amend and repeal regulations. | .80 | 180.00 | 144.00 |
| 10/29/20 | JAC | 213 | Conduct research regarding reciprocity between public retirement systems. | 2.50 | 180.00 | 450.00 |
| 10/30/20 | JAC | 213 | Continue to prepare answer to inquiry by Proskauer Rose LLP on PREPA's authority to amend and repeal regulations. | .30 | 180.00 | 54.00 |

TOTAL PROFESSIONAL SERVICES                         $ 18,202.50

Less Discount                                                    $ -1,820.25

NET PROFESSIONAL SERVICES:                          $ 16,382.25

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 31.90 | 345.00 | 11,005.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384042                                                          November 30, 2020

| | | | |
|---|---|---|---|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| CARLOS E. GEORGE | 5.50 | 250.00 | 1,375.00 |
| MICHELLE MARICHAL SODERBERG | .70 | 255.00 | 178.50 |
| JORGE A. CANDELARIA | 16.30 | 180.00 | 2,934.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 12.80 | 195.00 | 2,496.00 |
| **Total** | **67.90** | | **$ 18,202.50** |

**TOTAL THIS INVOICE**                          **$ 16,382.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

--------------------------------------------------------------------x

### COVER SHEET TO FORTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2020 through November 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $18,330.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $18,330.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-first monthly fee application in these cases.

00858260; 1

## __Principal Certification__

I hereby authorize the submission of this Monthly Fee Statement for November 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On February 19, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 7.20 | $ 2,196.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 1.60 | $ 528.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 1.40 | $ 350.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 25.60 | $ 8,832.00 |
| Jose L. Notario Toll | Jr. Member | Corporate | $ 225.00 | 1.30 | $ 292.50 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 13.50 | $ 2,430.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 5.80 | $ 1,131.00 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 1.70 | $ 314.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 7.70 | $ 1,463.00 |
| Ivette Rodríguez | Associate | Corporate | $ 170.00 | 3.70 | $ 629.00 |
| Olga Alicea | Paralegal | Litigation | $ 150.00 | 14.30 | $ 2,145.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.40 | $ 56.00 |
| | **Totals** | | | 84.20 | **$ 20,367.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (2,036.70)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 18,330.30** |

**PREPA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2020**

| Description - Expenses | | | | | Amounts |
|---|---|---|---|---|---|
| | | | | | |
| | **Totals** | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | | **$ -** |

00858260; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 3.50 | 721.50 |
| 203 | Hearings and Non-Field Comm. With Court | 0.30 | 91.50 |
| 206 | Documents Filed on Behalf of the Board | 9.10 | 1,847.00 |
| 208 | Stay Matters | 0.20 | 61.00 |
| 209 | Adversary Proceeding | 7.70 | 2,299.00 |
| 210 | Analysis and Strategy | 1.40 | 266.00 |
| 212 | General Administration | 0.20 | 61.00 |
| 213 | Labor, Pension Matters | 46.40 | 12,593.00 |
| 219 | Docketing | 0.40 | 56.00 |
| 220 | Translations | 14.30 | 2,145.00 |
| 221 | Discovery/2004 Examinations | 0.20 | 61.00 |
| 222 | Claims and Claims Objections | 0.50 | 165.00 |
| | | | $   20,367.00 |
| | **Less: 10% Courtesy discount** | | $   (2,036.70) |
| | **TOTALS** | **84.20** | $   18,330.30 |

00858260; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $16,497.27 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $16,497.27.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00858260; 1

# **Exhibit A**

00858260; 1

IN ACCOUNT WITH

...UGOH...LICUERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020
FOMB IN RE PREPA TITLE III
Bill #:    384150
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 1,762.00 |
| Less Discount | $ -176.20 |
| Net Professional Services | $ 1,585.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,585.80** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/04/20 | HDB | 208 | Review revised Lift Stay notice on behalf of Mr. Jesus Lacen Guanill, Ms. Bereida Guanill Navarro, Ms. Gabriela Guanill, Ms. Elizabeth Navarro Guanill, Ms. Estefani Lacen, Ms. Betzaida Lacen Guanill, Mr. Jeremy Lacen Villanueva, and Mr. Wilfredo Dávila Serrano. (.1) Draft e-mail to .Ma regarding same. (.1) | .20 | 305.00 | 61.00 |
| 11/04/20 | HDB | 203 | Analyze Order denying Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion. | .30 | 305.00 | 91.50 |
| 11/04/20 | JEG | 213 | At the request of J. Candelaria, conduct research related to OATRH Regulation for the implementation of Act 8-2017. | 3.60 | 195.00 | 702.00 |
| 11/04/20 | MMB | 219 | Docket court notice received by email dated November 2, 2020, regarding order dkt. 2284 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/11/20 | HDB | 206 | Review and sign off to file Urgent Consensual Motion for Extension of Deadlines with Whitefish Energy. | .20 | 305.00 | 61.00 |
| 11/11/20 | DJP | 206 | Analyze the Urgent Consensual Motion for Extension of Deadlines in connection with the Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .30 | 190.00 | 57.00 |
| 11/11/20 | DJP | 206 | File the Urgent Consensual Motion for Extension of Deadlines in connection with the Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384150                                                    December 4, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 11/11/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Consensual Motion for Extension of Deadlines in connection with the Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 190.00 | 38.00 |
| 11/12/20 | MMB | 219 | Docket court notice received by email dated November 12, 2020, regarding order dkt.2291 setting deadlines to file oppositions, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 11/18/20 | CGB | 222 | Tel. Conf. with F. Longo regarding Omnibus objection to claim 184 (0.2); Draft email to L. Stafford regarding same (0.2); Review response thereto from L. Stafford (0.1). | .50 | 330.00 | 165.00 |
| 11/18/20 | HDB | 206 | Review Omnibus Motion of Puerto Rico Electric Power Authority for Order (a) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief. | .40 | 305.00 | 122.00 |
| 11/18/20 | HDB | 206 | Review PREPA's Motion for Order Approving PREPA's Assumption of Certain Renewable Energy Power Purchase and Operating Agreements. | .30 | 305.00 | 91.50 |
| 11/19/20 | HDB | 212 | Tel. conf with counsel for Windmar regarding hearing continuance. (.1) Draft e-mail to P. Possinger regarding same. (.1) | .20 | 305.00 | 61.00 |
| 11/24/20 | HDB | 206 | Review Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (a) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief. | .20 | 305.00 | 61.00 |
| 11/25/20 | MMB | 219 | Docket court notice received by email dated November 24, 2020, regarding order dkt. 2309 setting deadlines to file responses, reply, motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  384150                                                                    December 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/27/20 | DJP | 206 | Email correspondence with M. Wheat in connection with the filing of the Certificate of No Objection Regarding Eighth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 11/27/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding Eighth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, and proposed order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 11/27/20 | DJP | 206 | File the Certificate of No Objection Regarding Eighth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, and proposed order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/27/20 | DJP | 206 | Email to Prime Clerk LLC requesting service of the Certificate of No Objection Regarding Eighth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, and proposed order. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                     $ 1,762.00

Less Discount                                                   $ -176.20

NET PROFESSIONAL SERVICES:                       $ 1,585.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |
| HERMANN BAUER | 1.80 | 305.00 | 549.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384150                                                                December 4, 2020

| | | | |
|---|---|---|---|
| DANIEL J. PEREZ REFOJOS | 1.60 | 190.00 | 304.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 3.60 | 195.00 | 702.00 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **7.80** | | **$ 1,762.00** |

**TOTAL THIS INVOICE**                                        **$ 1,585.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

260 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020
FOMB IN RE PREPA TITLE III
Bill #:    384152
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2020:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 13,961.00 |
| Less Discount | $ -1,396.10 |
| Net Professional Services | $ 12,564.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12,564.90** |

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/20 | RML | 213 | Analyze draft of response to PREPA plan inquiries from M. Lopez. | .60 | 345.00 | 207.00 |
| 11/02/20 | RML | 213 | Draft responses to FAQ for PREPA transferee employees. (2.3) Research PREPA regulations and retirement laws to respond to FAQ for PREPA Transferee employees. (1.9). Work on revisions to FAQ. (0.8) | 5.00 | 345.00 | 1,725.00 |
| 11/02/20 | RML | 213 | Review response to Proskauer inquiry on amendments to PREPA regulations. | .30 | 345.00 | 103.50 |
| 11/02/20 | JAC | 213 | Finalize research regarding reciprocity between public retirement systems (0.9), and draft email to R. M. Lazaro regarding research findings (0.7). | 1.60 | 180.00 | 288.00 |
| 11/02/20 | JAC | 213 | Conduct additional research on PREPA-ERS loans (0.9) and reciprocity with other retirement systems (2.4); Draft and provide comments to PREPA "frequently asked questions" document (0.4). | 3.70 | 180.00 | 666.00 |
| 11/02/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue translation of Manual on PREPA Retirement Benefits and Services. 10  pages; 2,176 words. | 5.10 | 150.00 | 765.00 |
| 11/03/20 | RML | 213 | Respond to inquiries from Proskauer on PREPA plan. | .30 | 345.00 | 103.50 |
| 11/04/20 | RML | 213 | Research inquiries made by E&Y and Proskauer on FAQ. (0.7) Review benefits applicable to employees transferred to another government agency under mobility rules. (0.4) Tel. conf. with J. Candelaria regarding mobility rules. (0.3) Draft on revisions  to FAQ. (1.1) | 2.50 | 345.00 | 862.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384152                                                          December 4, 2020

| 11/04/20 | JAC | 213 | Conduct research on recent government employment legislation applicability to PREPA and PREPA P3 transactions (3.8); and draft email to R. M. Lazaro regarding the same (0.3); Tel. conf. with R. M. Lazaro regarding same.(0.3) | 4.40 | 180.00 | 792.00 |
|---|---|---|---|---|---|---|
| 11/04/20 | OMA | 220 | As requested by attorney J. A. Candelaria, begin translation of PREPA Manual on Retirement Benefits and Services.  20  pages; 4,882 words. | 7.10 | 150.00 | 1,065.00 |
| 11/05/20 | RML | 213 | Review M. Lopez and P. Possinger email regarding loan inquiries under PREPA Plan. (0.3) Review changes by Proskauer to FAQ regarding PREPA Plan. (0.3) Draft to P. Possinger email regarding edits and comments to FAQ. (0.4). | 1.00 | 345.00 | 345.00 |
| 11/05/20 | RML | 213 | Review (.1) and respond (.2) to email from P. Possinger regarding pension plan funding.  Review presentation on pension plan funding. (0.5) | .80 | 345.00 | 276.00 |
| 11/05/20 | RML | 213 | Review final version of FAQ and response to our comments. (0.3) Respond to group on FAQ issues. (0.2) | .50 | 345.00 | 172.50 |
| 11/05/20 | JAC | 213 | Revise email to Proskauer Rose LLP regarding PREPA-ERS regulations. | .30 | 180.00 | 54.00 |
| 11/05/20 | JAC | 213 | Revise email by Proskauer Rose LLP regarding PREPA pension treatment under PROMESA. | .20 | 180.00 | 36.00 |
| 11/05/20 | OMA | 220 | As requested by attorney J. A. Candelaria, continue translation of Manual on Retirement Benefits and Services.  6  pages;1,572 words. | 1.60 | 150.00 | 240.00 |
| 11/06/20 | RML | 213 | Tel. conf. with E&Y and Proskauer regarding funding of PREPA Plan. | .70 | 345.00 | 241.50 |
| 11/10/20 | RML | 213 | Review email from P. Possinger regarding work on CBAs and memorandum on legal issues regarding pension reform. (0.4) Exchange email on CBAs with A. Figueroa. (0.2) Analyze issues regarding PREPA Pension Reform. (0.6) | 1.20 | 345.00 | 414.00 |
| 11/11/20 | RML | 213 | Exchange various emails with A. Figueroa on PREPA CBAs. (0.4) | .40 | 345.00 | 138.00 |

O'Neill & Borges LLC

Bill #:  384152                                                                                    December 4, 2020

| 11/11/20 | RML | 213 | Review UCIPE CBA regarding pension provisions (0.4); exchange emails with I. Rodriguez regarding revision of pension provisions of CBAs (0.3); Review Pilots CBA regarding pension provisions (0.4). | 1.00 | 345.00 | 345.00 |
|---|---|---|---|---|---|---|
| 11/11/20 | IRH | 213 | Translate UITICE collective bargaining agreement provisions on retirement benefits. | 1.10 | 170.00 | 187.00 |
| 11/11/20 | IRH | 213 | Translate UPAEE collective bargaining agreement provisions on retirement benefits. | .70 | 170.00 | 119.00 |
| 11/11/20 | IRH | 213 | Translate UEPI collective bargaining agreement provisions on retirement benefits. | .90 | 170.00 | 153.00 |
| 11/11/20 | IRH | 213 | Compile UTIER collective bargaining agreement provisions on retirement benefits. | .40 | 170.00 | 68.00 |
| 11/12/20 | RML | 213 | Review changes to FAQ from LUMA. (0.4) Draft email to M. Lopez regarding changes to FAQ from LUMA. (0.2). Review memorandum of framework of labor and pension issues. (0.5) | 1.10 | 345.00 | 379.50 |
| 11/12/20 | RML | 213 | Exchange emails with P. Possinger on PREPA pension analysis.(0.2) Review memorandum on pension analysis(0.5). Review plan provisions on CBAs. (0.3) | 1.00 | 345.00 | 345.00 |
| 11/12/20 | JAC | 213 | Preliminary analysis of Proskauer Rose LLP's memorandum with next steps regarding PREPA-Luma transaction. | .40 | 180.00 | 72.00 |
| 11/13/20 | RML | 213 | Tel. conf. with J. Candelaria regarding analysis of memorandum of issues of PREPA Pension Plan Analysis. (.0.7). Analysis of PREPA Plan issues. (0.5). | 1.20 | 345.00 | 414.00 |
| 11/13/20 | RML | 213 | Review changes to memorandum on PREPA Pension Plan analysis. (0.4) Draft comments and suggested changes to memorandum. (0.5). Draft email to J. Candelaria regarding next steps on memorandum.(0.2). Review summary on pension plan provisions of various PREPA CBAs. (0.6). Draft email to I. Rodriguez regarding comments to memorandum on PREPA CBAs. (0.3) | 2.00 | 345.00 | 690.00 |
| 11/13/20 | JAC | 213 | Conference call with R. M. Lazaro regarding Proskauer Rose LLP's memorandum on PREPA-Luma transaction. | .70 | 180.00 | 126.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384152                                                                December 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/13/20 | JAC | 213 | Continue analysis of Proskauer Rose LLP's memorandum on PREPA-Luma transaction in view of guidance from R. M. Lazaro(1.6), and draft comments and edits for R. M. Lazaro's review (0.4). | 2.00 | 180.00 | 360.00 |
| 11/13/20 | JAC | 213 | Prepare for conf call with R. M. Lazaro regarding Proskauer Rose LLP's memorandum on PREPA-Luma transaction. | .20 | 180.00 | 36.00 |
| 11/13/20 | IRH | 213 | Edit CBA memorandum to include pertinent translations of retirement provisions in PREPA collective bargaining agreements. | .60 | 170.00 | 102.00 |
| 11/15/20 | RML | 213 | Review modifications of memorandum on CBAs. (0.3) Draft email to Proskauer with comment to CBA memorandum. (0.3) Review proposed edits to memorandum on Pension Analysis. (0.4) | 1.00 | 345.00 | 345.00 |
| 11/17/20 | RML | 213 | Draft email to H. Bauer on memorandum on pension reform. (0.2) Draft email to P. Possinger on comments to memorandum on PREPA pension reform. (0.3) | .50 | 345.00 | 172.50 |
| 11/20/20 | RML | 213 | Review updated draft on analysis of pension reform. | .40 | 345.00 | 138.00 |
| 11/23/20 | RML | 213 | Tel. conf. with A. Figueroa, Proskauer and Luma on pension FAQ and labor matters. (0.9) Review issue regarding transfer of PREPA benefits to LUMA 401(k) plan. (0.5) Review changes proposed by LUMA to FAQ. (0.4). Respond to email on changes. (0.1) | 1.90 | 345.00 | 655.50 |
| 11/30/20 | RML | 213 | Review presentation of pension reform analysis. (0.4) Tel. conf. with Proskauer, E&Y and FOMB regarding pension reform analysis. (1.1). Review updated presentation of pension reform analysis. (0.4) Tel. conf. with M. Lopez regarding PREPA pension reform inquiries. (0.3) | 2.20 | 345.00 | 759.00 |

TOTAL PROFESSIONAL SERVICES                    $ 13,961.00

Less Discount                                              $ -1,396.10

NET PROFESSIONAL SERVICES:                    $ 12,564.90

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|

O'Neill & Borges LLC

Bill #:   384152                                                                December 4, 2020

| | | | |
|---|---|---|---|
| ROSA M. LAZARO | 25.60 | 345.00 | 8,832.00 |
| JORGE A. CANDELARIA | 13.50 | 180.00 | 2,430.00 |
| IVETTE RODRIGUEZ | 3.70 | 170.00 | 629.00 |
| OLGA M. ALICEA | 13.80 | 150.00 | 2,070.00 |
| **Total** | **56.60** | | **$ 13,961.00** |

**TOTAL THIS INVOICE**                                              **$ 12,564.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE PREPA TITLE III

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020
FOMB IN RE PREPA TITLE III
Bill #: 384153
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending November 30, 2020:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,065.50 |
| | $ -106.55 |
| Net Professional Services | $ 958.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 958.95** |

Electronic Invoice

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/20 | HDB | 209 | Review issues regarding deposition schedule in Adv. 17-00229. | .20 | 305.00 | 61.00 |
| 11/17/20 | HDB | 209 | Review e-mails by J. Richman regarding deposition scheduling in Adv. 17-00229. | .20 | 305.00 | 61.00 |
| 11/18/20 | HDB | 209 | Review Notice of Andrew Wolfe's deposition. | .20 | 305.00 | 61.00 |
| 11/18/20 | CEG | 209 | Consider various issues on UTIER CBA: Law 162-2019. | .30 | 250.00 | 75.00 |
| 11/19/20 | HDB | 209 | Review Notice of Deposition for Andrew Farber. | .20 | 305.00 | 61.00 |
| 11/19/20 | CEG | 209 | Exchange emails with J. Richman regarding certified translation of Law 162-2020. | .10 | 250.00 | 25.00 |
| 11/19/20 | OMA | 220 | As requested by attorney C. E. George, certify previously done English translation of S.B.1402 (Law No. 162 of 4/9/2019). | .50 | 150.00 | 75.00 |
| 11/23/20 | HDB | 209 | Review letter by M. Morris to R. Emmanuelli regarding deposition instructions. (.2) Review draft deposition protocol. (.2) | .40 | 305.00 | 122.00 |
| 11/25/20 | HDB | 221 | Review Alameda (.1) and Sanzillo (.1) Notices of deposition. | .20 | 305.00 | 61.00 |
| 11/25/20 | HDB | 209 | Review Plaintiffs proposed edits to Stipulation for Taking of Depositions. | .20 | 305.00 | 61.00 |
| 11/26/20 | CEG | 209 | Exchange various emails with J. Richman and Proskauer team related to several issues on expert witnesses' depositions in Adv. 17-00229 and related rules. | .70 | 250.00 | 175.00 |

O'Neill & Borges LLC

Bill #:  384153                                                                                         December 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/30/20 | HDB | 209 | Review issues regarding proposed Stipulation for depositions in Adv. 17-00229 (.3);  Revise draft revisions to draft Stipulation on depositions. (.2) | .50 | 305.00 | 152.50 |
| 11/30/20 | CEG | 209 | Review stipulation related to virtual depositions in Adv. 17-00229(0.2) and related exchange of emails with J. Richman (0.1). | .30 | 250.00 | 75.00 |

TOTAL PROFESSIONAL SERVICES                  $ 1,065.50

$ -106.55

NET PROFESSIONAL SERVICES:                       $ 958.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.10 | 305.00 | 640.50 |
| CARLOS E. GEORGE | 1.40 | 250.00 | 350.00 |
| OLGA M. ALICEA | .50 | 150.00 | 75.00 |
| **Total** | **4.00** | | **$ 1,065.50** |

**TOTAL THIS INVOICE**                              **$ 958.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

December 4, 2020
Bill #:    384154
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2020:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 607.00 |
| | $ -60.70 |
| | |
| Net Professional Services | $ 546.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 546.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/23/20 | CGB | 209 | Analyze email exchange between J. Mendez and B. Sushon regarding the contents of the proposed appendix on appeal. | .30 | 330.00 | 99.00 |
| 11/25/20 | CGB | 209 | Analyze Plaintiffs' appeal brief in appeal 20-1797. | .80 | 330.00 | 264.00 |
| 11/25/20 | HDB | 209 | Analyze Appellant Brief in Appeal 20-1797. | .80 | 305.00 | 244.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 607.00 |
|  | $ -60.70 |
| NET PROFESSIONAL SERVICES: | $ 546.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.10 | 330.00 | 363.00 |
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| **Total** | **1.90** | | **$ 607.00** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 546.30** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 4, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 4, 2020

FOMB IN RE PREPA TITLE III

Bill #: 384155

Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending November 30, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 2,971.50 |
| | $ -297.15 |
| Net Professional Services | $ 2,674.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,674.35** |

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/20 | DJP | 210 | Analyze email from S. Schaefer in connection with the authentication of a vendor registration form submitted to PREPA by Vitol S.A., Inc. | .20 | 190.00 | 38.00 |
| 11/02/20 | DJP | 210 | Conduct search in PREPA's and the P. R. Comptroller's websites in connection with vendor registration form submitted to PREPA by Vitol S.A., Inc. | .50 | 190.00 | 95.00 |
| 11/02/20 | DJP | 210 | Analyze rules of evidence governing self-authentication of public documents in connection with the authentication of a vendor registration form submitted to PREPA by Vitol S.A., Inc. | .50 | 190.00 | 95.00 |
| 11/02/20 | DJP | 210 | Respond to email from S. Schaefer in connection with the authentication of a vendor registration form submitted to PREPA by Vitol S.A., Inc. | .20 | 190.00 | 38.00 |
| 11/05/20 | DJP | 206 | Email correspondence with L. Stafford in connection with PREPA's consolidated response and cross-motion in connection with Vitol's motion for summary judgment. | .20 | 190.00 | 38.00 |
| 11/05/20 | DJP | 206 | Email correspondence with M. Palmer relating to certain citations to be included in PREPA's consolidated response and cross-motion in connection with Vitol's motion for summary judgment. | .30 | 190.00 | 57.00 |
| 11/06/20 | HDB | 209 | Review D. Perez's analysis of Civil Code transition issues in connection with Opposition to and Cross Motion for Summary Judgment. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384155                                                                                    December 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/06/20 | DJP | 206 | Analyze email from M. Palmer in connection with certain articles of the 2020 Puerto Rico Civil Code to be cited in PREPA's consolidated response and cross-motion in connection with Vitol's motion for summary judgment. | .20 | 190.00 | 38.00 |
| 11/06/20 | DJP | 206 | Analyze certain articles of the 2020 Puerto Rico Civil Code to be cited in PREPA's consolidated response and cross-motion in connection with Vitol's motion for summary judgment, in anticipation of summarizing the contents thereof in email to M. Palmer. | .70 | 190.00 | 133.00 |
| 11/06/20 | DJP | 206 | Draft email to M. Palmer summarizing the contents of certain articles of the 2020 Puerto Rico Civil Code to be cited in PREPA's consolidated response and cross-motion in connection with Vitol's motion for summary judgment. | .20 | 190.00 | 38.00 |
| 11/06/20 | MMB | 219 | Docket court notice received by email dated October 29, 2020, regarding order dkt. 47 setting deadline for PREPA to file consolidated response and cross-motion, other deadlines - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |
| 11/09/20 | HDB | 209 | Review draft Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment in Adv. 19-00453. (1.6) Draft e-mails with edits and suggestions to draft motion. (.2)  Review Statement of Uncontested Material Facts. (.4) | 2.20 | 305.00 | 671.00 |
| 11/09/20 | JLN | 202 | Review draft of summary motion Adv. 19-00453. (0.9) Discuss possible revisions with J. E. Gonzalez. (0.3) Revise draft email to client regarding same. (0.1) | 1.30 | 225.00 | 292.50 |
| 11/09/20 | DJP | 206 | Analyze current version of the Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment. | 1.10 | 190.00 | 209.00 |
| 11/09/20 | DJP | 206 | Email correspondence with L. Stafford in connection with the Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment. | .20 | 190.00 | 38.00 |
| 11/09/20 | DJP | 206 | Analyze the Plaintiff's Response to Defendants' Statement of Undisputed Material Facts in Adv. 19-00453, in anticipation of its filing. | .40 | 190.00 | 76.00 |

O'Neill & Borges LLC

Bill #:  384155                                                                                          December 4, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/09/20 | DJP | 206 | File the Plaintiff's Response to Defendants' Statement of Undisputed Material Facts in Adv. 19-00453, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/09/20 | DJP | 206 | Analyze the Informative Motion Regarding Submission of Certified Translations in Adv. 19-00453, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 11/09/20 | DJP | 206 | File the Informative Motion Regarding Submission of Certified Translations in Adv. 19-00453, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/09/20 | DJP | 206 | Analyze the final version of the Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment, in anticipation of its filing. | .50 | 190.00 | 95.00 |
| 11/09/20 | DJP | 206 | File the final version of the Memorandum of Points and Authorities in Support of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and Opposition to Vitol's Motion for Summary Judgment, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 11/09/20 | GMR | 206 | Review the Puerto Rico Electric Power Authority's Notice of Cross-Motion pursuant to Bankruptcy Rule 7056 for Summary Judgment on Claims and Counterclaims in anticipation to its filing in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 11/09/20 | GMR | 206 | File the Puerto Rico Electric Power Authority's Notice of Cross-Motion pursuant to Bankruptcy Rule 7056 for Summary Judgment on Claims and Counterclaims in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 11/09/20 | GMR | 206 | Review the Declaration of Chantel L. Febus in respect of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment pursuant to Bankruptcy Rule 7056 and Opposition to Vitol's Motion for Summary Judgment and 56 exhibits thereto in anticipation to its filing. | .60 | 185.00 | 111.00 |
| 11/09/20 | GMR | 206 | File the Declaration of Chantel L. Febus in respect of Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment pursuant to Bankruptcy Rule 7056 and Opposition to Vitol's Motion for Summary Judgment and 56 exhibits thereto. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  384155                                                                    December 4, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/09/20 | GMR | 206 | Review the statement of uncontested facts in Adv. 19-00453 in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 11/09/20 | GMR | 206 | File the statement of uncontested facts in Adv. 19-00453. | .20 | 185.00 | 37.00 |
| 11/09/20 | JEG | 202 | Review draft of summary judgment Motion in Adv. 19-00453 (1.3). Draft email to the Proskauer team with suggested edits to said Motion. (0.6) | 1.90 | 195.00 | 370.50 |
| 11/20/20 | JEG | 202 | Call to the office of the Secretary of the Senate regarding requirements of requests for transcripts of public hearings. (0.1). At the request of J. Notario, draft email to L. Stafford regarding such requirements. (0.2) | .30 | 195.00 | 58.50 |

TOTAL PROFESSIONAL SERVICES                          $ 2,971.50

                                                     $ -297.15

NET PROFESSIONAL SERVICES:                           $ 2,674.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.50 | 305.00 | 762.50 |
| JOSE L. NOTARIO TOLL | 1.30 | 225.00 | 292.50 |
| DANIEL J. PEREZ REFOJOS | 6.10 | 190.00 | 1,159.00 |
| GABRIEL MIRANDA RIVERA | 1.70 | 185.00 | 314.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 2.20 | 195.00 | 429.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **13.90** | | **$ 2,971.50** |

**TOTAL THIS INVOICE**                               **$ 2,674.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------x

## COVER SHEET TO FORTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2020 through December 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,754.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $12,754.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-second monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On February 19, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period December 1 through December 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 9.80 | $ 2,989.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 0.20 | $ 66.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 22.20 | $ 5,550.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 7.60 | $ 2,622.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 0.60 | $ 132.00 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 220.00 | 7.50 | $ 1,650.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 0.20 | $ 39.00 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 2.00 | $ 370.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 3.60 | $ 684.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.50 | $ 70.00 |
| | | | | | |
| | Totals | | | 54.20 | $ 14,172.00 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (1,417.20) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 12,754.80 |

00858501; 1

| | | | | | |
|---|---|---|---|---|---|
| **PREPA TITLE III** | | | | | |
| **Summary of Legal Fees for the Period December 1 through December 31, 2020** | | | | | |
| | | | | | |
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 9.80 | $ 2,989.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 0.20 | $ 66.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 22.20 | $ 5,550.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 7.60 | $ 2,622.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 0.60 | $ 132.00 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 220.00 | 7.50 | $ 1,650.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 0.20 | $ 39.00 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 2.00 | $ 370.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 3.60 | $ 684.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.50 | $ 70.00 |
| | | | | | |
| | **Totals** | | | **54.20** | **$ 14,172.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (1,417.20)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 12,754.80** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $11,479.32 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $11,479.32.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00858501; 1

# **Exhibit A**

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

January 7, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 7, 2021
Bill #: 385875
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2020:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 2,501.50 |
| Less Discount | $ -250.15 |
| Net Professional Services | $ 2,251.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,251.35** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/01/20 | HDB | 213 | Review draft PREPA Pension Funding Projections and Reform Issues | .50 | 305.00 | 152.50 |
| 12/02/20 | HDB | 206 | Revise draft Status Report on Cobra Administrative Expense Motion. | .30 | 305.00 | 91.50 |
| 12/02/20 | HDB | 203 | Review Order Granting Motion to Assume Certain Contracts (.2) and Order granting in part motion to reject certain PPOAs (.1)) | .30 | 305.00 | 91.50 |
| 12/02/20 | GMR | 206 | File the Status Report pursuant to June 5, 2020 Order regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims through the court's electronic filing system in Case No. 17-4780 at Docket No. 2314. | .20 | 185.00 | 37.00 |
| 12/04/20 | HDB | 213 | Review issues regarding pension implementation. | .30 | 305.00 | 91.50 |
| 12/04/20 | HDB | 207 | Review Notice of Appeal of Order Denying the Official Committee of Unsecured Creditors' Motion to Terminate Rule 9019 Motion. | .20 | 305.00 | 61.00 |
| 12/04/20 | DJP | 206 | Analyze the First Interim Application of the Brattle Group, Inc. For Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Electric Power Authority, for the Period June 1, 2020-September 30, 2020, in anticipation of its filing. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  385875                                                                                January 7, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/04/20 | DJP | 206 | File the First Interim Application of the Brattle Group, Inc. For Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Electric Power Authority, for the Period June 1, 2020-September 30, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/09/20 | HDB | 206 | Revise and sign-off on Status Report of the Government Parties Regarding the Covid-19 Pandemic and the 9019 Motion. | .30 | 305.00 | 91.50 |
| 12/09/20 | DJP | 206 | Analyze the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/09/20 | DJP | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/09/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .20 | 190.00 | 38.00 |
| 12/09/20 | MMB | 219 | Docket court notice received by email dated December 9, 2020, regarding order dkt. 2329 setting deadline for further status report - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/10/20 | HDB | 206 | Review Response to Court Order regarding Jurisdiction in the appeal captioned Official Committee of, et al v. Commonwealth of Puerto Rico, et al in Appeal No. 20-2014. | .40 | 305.00 | 122.00 |
| 12/11/20 | HDB | 222 | Revise draft of the Two Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims. | .20 | 305.00 | 61.00 |
| 12/11/20 | HDB | 206 | Revise and sign-off to file Urgent Consensual Motion for Second Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  385875                                                                 January 7, 2021

| 12/11/20 | DJP | 206 | Analyze the Urgent Consensual Motion for Second Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/11/20 | DJP | 206 | File the Urgent Consensual Motion for Second Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 12/11/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Consensual Motion for Second Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 190.00 | 38.00 |
| 12/14/20 | HDB | 207 | Analyze Appellant Brief in Appeal No. 20-1709. | 1.10 | 305.00 | 335.50 |
| 12/14/20 | MMB | 219 | Docket court notice received by email dated December 11, 2020, regarding order dkt. 2334 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/15/20 | HDB | 209 | Review Appellate Brief tendered by Windmar in Appeal No. 20-1710. | .90 | 305.00 | 274.50 |
| 12/15/20 | HDB | 208 | Review UCC's Reply in Support of Response to Court Order of November 9, 2020 in Appeal No. 20-2014. | .40 | 305.00 | 122.00 |
| 12/16/20 | DJP | 218 | Analyze the Second Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from June 1, 2020 Through September 30, 2020, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 12/16/20 | DJP | 218 | File the Second Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. As Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from June 1, 2020 Through September 30, 2020, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  385875                                                                                                January 7, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/17/20 | HDB | 207 | Joint Motion in Compliance with Order Related to WideRage Corporation Stay Relief Motion. | .20 | 305.00 | 61.00 |
| 12/18/20 | UMF | 224 | Draft O&B's thirty-ninth monthly fee application for the month of September 2020 in the PREPA Title III. | .60 | 220.00 | 132.00 |
| 12/22/20 | MMB | 219 | Docket court notice received by email dated December 18, 2020, regarding order dkt. 2341 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/22/20 | MMB | 219 | Docket court notice received by email dated December 21, 2020, regarding order dkt. 2345 setting deadline to file oppositions, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 12/23/20 | HDB | 207 | Review Urgent Consensual Motion for Third Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 305.00 | 61.00 |
| 12/23/20 | GMR | 206 | Finalize the Urgent Consensual Motion for Third Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 12/23/20 | GMR | 206 | File the Urgent Consensual Motion for Third Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 12/23/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the Urgent Consensual Motion for Third Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 185.00 | 37.00 |
| 12/23/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Urgent Consensual Motion for Third Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 185.00 | 37.00 |
| 12/28/20 | MMB | 219 | Docket court notice received by email dated December 28, 2020, regarding order dkt. 2351 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                                 $ 2,501.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  385875

January 7, 2021

Less Discount        $ -250.15

NET PROFESSIONAL SERVICES:    $ 2,251.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 5.50 | 305.00 | 1,677.50 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 220.00 | 132.00 |
| DANIEL J. PEREZ REFOJOS | 2.30 | 190.00 | 437.00 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| **Total** | **9.90** | | **$ 2,501.50** |

**TOTAL THIS INVOICE**      **$ 2,251.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021
FOMB IN RE PREPA TITLE III
Bill #: 387402
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 30, 2020:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 2,797.00 |
| Less Discount | $ -279.70 |
| | |
| Net Professional Services | $ 2,517.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 2,517.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/01/20 | RML | 213 | Respond to P. Possinger inquiry of Act 106 distributions. (0.4) Review changes to presentation. (0.3) Tel. conf. with M. Lopez regarding options for LUMA employees. (0.3) | 1.00 | 345.00 | 345.00 |
| 12/01/20 | CEG | 213 | Consider several issues on  PREPA pension  under funding and related issues pursuant to the CBA (0.2); review outline of procedure to follow (0.2) | .40 | 250.00 | 100.00 |
| 12/02/20 | RML | 213 | Tel. conf. with PREPA Governing Board, Proskauer, E&Y and FOMB regarding pension matters. | 1.10 | 345.00 | 379.50 |
| 12/02/20 | RML | 213 | Review revised Pension Reform analysis. (0.5) Respond to inquiries on language on Pension Reform Analysis. (0.4) Exchange various emails with E&Y and Proskauer on proposed changes to Pension Reform Analysis document. (0.5). Tel. conf. with M. Lopez regarding Pension Reform Analysis. (0.3). | 1.70 | 345.00 | 586.50 |
| 12/03/20 | RML | 213 | Analyze tax consequences of transfer from PREPA Plan to Luma plan. (0.4). Tel. conf. with C. Villafane, Luma attorney, regarding transfer from PREPA Plan to Luma Plan. (0.4). Draft email to Proskauer and FOMB on results of conversation with LUMA counsel on plan matters. (0.3) Draft comments to list of pending items of PREPA plan. (0.2) . Draft additional questions on treatment of outstanding loans under PREPA Plan. (0.4) Review issues on deductions for payment of loans. (0.4) | 2.00 | 345.00 | 690.00 |
| 12/03/20 | CEG | 213 | Consider legal issues on FOMB - PREPA pensions - RFI requirements. | .30 | 250.00 | 75.00 |
| 12/04/20 | RML | 213 | Review issues deduction for payroll to pay outstanding loans form former employer plan. | .30 | 345.00 | 103.50 |

O'Neill & Borges LLC

Bill #:  387402

January 7, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/14/20 | RML | 213 | Respond to A. Figueroa inquiry on transfers form PREPA Plan and FAQ. | .40 | 345.00 | 138.00 |
| 12/16/20 | RML | 213 | Analyze revised version of FAQ on PREPA plan with comments from LUMA. | .40 | 345.00 | 138.00 |
| 12/18/20 | RML | 213 | Analyze letter from PREPA Governing board on PREPA Plan outstanding inquiries. | .70 | 345.00 | 241.50 |

TOTAL PROFESSIONAL SERVICES                     $ 2,797.00

Less Discount                                                  $ -279.70

NET PROFESSIONAL SERVICES:                     $ 2,517.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 7.60 | 345.00 | 2,622.00 |
| CARLOS E. GEORGE | .70 | 250.00 | 175.00 |
| **Total** | **8.30** | | **$ 2,797.00** |

**TOTAL THIS INVOICE**                                      **$ 2,517.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021
Bill #: 385877
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2020:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 6,163.00 |
| | $ -616.30 |
| Net Professional Services | $ 5,546.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,546.70** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/01/20 | HDB | 209 | Sign-off on final draft of Stipulation for Taking of Depositions in Adv. 17-000229. (0.2) Review e-mail from Chambers regarding Stipulation. (0.1) Coordinate for compliance with Chamber's request regarding draft Stipulation. (0.1) | .40 | 305.00 | 122.00 |
| 12/01/20 | GMR | 206 | Review the Proposed Stipulation Regarding Taking of Depositions by Remote Means pursuant to Fed. R. Civ. P. 30(b)(4) in anticipation to its filing in Adv. 17-00229. | .20 | 185.00 | 37.00 |
| 12/01/20 | GMR | 206 | File the Proposed Stipulation Regarding Taking of Depositions by Remote Means pursuant to Fed. R. Civ. P. 30(b)(4) in Adv. 17-00229 through the court's electronic filing system. | .20 | 185.00 | 37.00 |
| 12/01/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Proposed Stipulation Regarding Taking of Depositions by Remote Means pursuant to Fed. R. Civ. P. 30(b) in Adv. 17-00229. | .20 | 185.00 | 37.00 |
| 12/01/20 | GMR | 206 | Draft proposed order to the stipulation regarding taking of depositions by remote means and the proposed order thereof, as requested by the Chambers of the Hon. Judith G. Dein. | .40 | 185.00 | 74.00 |
| 12/02/20 | HDB | 209 | Tel. conf. with C. George regarding Nadol deposition. | .30 | 305.00 | 91.50 |
| 12/02/20 | CEG | 209 | Exchange emails with M. Morris and J. Richman regarding UTIER's letter regarding virtual-depositions. | .40 | 250.00 | 100.00 |
| 12/02/20 | CEG | 209 | Exchange emails with M. Morris enclosing A. Figueroa-Jaramillo's deposition transcript. | .10 | 250.00 | 25.00 |

O'Neill & Borges LLC

Bill #:  385877                                                                                  January 7, 2021

| 12/02/20 | CEG | 209 | Consider various issues with regards to PS 1402/ Act 162-2019 enactment to challenge expert report in Adv. 17-00229. | .10 | 250.00 | 25.00 |
|---|---|---|---|---|---|---|
| 12/02/20 | CEG | 209 | Participate in the deposition of M. Nadol. | 5.10 | 250.00 | 1,275.00 |
| 12/02/20 | DJP | 206 | Analyze Order in Adv. 17-00229 Approving Proposed Stipulation Regarding Taking of Depositions by Remote Means pursuant to Fed. R. Civ. P. 30(b)(4). | .20 | 190.00 | 38.00 |
| 12/02/20 | DJP | 206 | Email correspondence with Matthew Skrzynski in connection with the filing of the Status Report Pursuant to June 5, 2020 Order Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 190.00 | 38.00 |
| 12/02/20 | JEG | 214 | Answer query from C. George regarding bills submitted by petition. | .10 | 195.00 | 19.50 |
| 12/03/20 | HDB | 209 | Review query by M. Morris regarding Errata Sheet in deposition transcripts (0.1) and analyze C. George's response thereto (0.1). | .20 | 305.00 | 61.00 |
| 12/03/20 | CEG | 209 | Review legislative  record ,(UTIER presentation, commission report, legislative process) to consider various issues on PS 1402/ Act 162-2019. | .50 | 250.00 | 125.00 |
| 12/03/20 | CEG | 209 | Exchange emails with J. Richman and M. Morris regarding virtual depositions and errata sheet. | .60 | 250.00 | 150.00 |
| 12/03/20 | JEG | 214 | As requested by C. George, call the Government Committee of the Puerto Rico House of Representatives to request written statements on SB 1402. | .10 | 195.00 | 19.50 |
| 12/04/20 | HDB | 209 | Review analysis by C. George regarding legislative history of Bill PS 1402. | .20 | 305.00 | 61.00 |
| 12/04/20 | CEG | 209 | Participate in the deposition of A. Wolfe. | 4.20 | 250.00 | 1,050.00 |
| 12/08/20 | HDB | 209 | Review letter by UTIER regarding A. Wolfe's deposition and access to links cited in report. | .20 | 305.00 | 61.00 |
| 12/11/20 | CEG | 209 | Attend Dr. Hines' deposition. | 2.10 | 250.00 | 525.00 |
| 12/11/20 | CEG | 209 | Attend Dr. Farber's deposition. | 1.40 | 250.00 | 350.00 |
| 12/14/20 | HDB | 209 | Review update regarding Sanzillo deposition. | .30 | 305.00 | 91.50 |
| 12/14/20 | CEG | 209 | Attend deposition T. Sanzillo. | 7.00 | 250.00 | 1,750.00 |

O'Neill & Borges LLC

Bill #:  385877                                              January 7, 2021

TOTAL PROFESSIONAL SERVICES                    $ 6,163.00

$ -616.30

NET PROFESSIONAL SERVICES:                     $ 5,546.70

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| CARLOS E. GEORGE | 21.50 | 250.00 | 5,375.00 |
| DANIEL J. PEREZ REFOJOS | .40 | 190.00 | 76.00 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .20 | 195.00 | 39.00 |
| **Total** | **24.70** | | **$ 6,163.00** |

**TOTAL THIS INVOICE**                         **$ 5,546.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH                                           250 MUÑOZ RIVERA, SUITE 800
                                                          SAN JUAN, PR 00918-1813
                                                          TEL. (787) 764-8181
                                                          FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 7, 2021
Bill #: 385878
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2020:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 401.50 |
| | $ -40.15 |
| Net Professional Services | $ 361.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 361.35** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/08/20 | CGB | 209 | Review appellate court order in App. 20-1797 requiring Appellants to file a corrected brief. | .10 | 330.00 | 33.00 |
| 12/14/20 | CGB | 209 | Review notice of filing of appellant's corrected brief and related appendix. | .10 | 330.00 | 33.00 |
| 12/15/20 | HDB | 209 | Analyze Appellant Brief by Appellants Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Angel Figueroa-Jaramillo, Ernesto Zayas Lopez, Ralphie Dominicci Rivera, Jose Ramon Rivera-Rivera, Sammy Rodriguez, Alvin Roman and Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica in Appeal No. 20-1797. | 1.10 | 305.00 | 335.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 401.50 |
|  | $ -40.15 |
| NET PROFESSIONAL SERVICES: | $ 361.35 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| **Total** | **1.30** | | **$ 401.50** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 361.35** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 7, 2021
Bill #:   385879
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2020:

**Client.Matter: P1705 - 814**

**RE:   19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 232.00 |
| | $ -23.20 |
| Net Professional Services | $ 208.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 208.80** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE:  19-00369-LTS SCEMUS V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/11/20 | HDB | 209 | Review e-mails from L. Wolf regarding Stipulation for the Settlement of claim in Adv. 19-00369. | .20 | 305.00 | 61.00 |
| 12/11/20 | DJP | 206 | Email correspondence with L. Wolff in connection with the filing of a joint stipulation in Adv. 19-00369. | .20 | 190.00 | 38.00 |
| 12/14/20 | DJP | 206 | Email with L. Wolf in connection with the filing of the Parties' Joint Stipulation for Dismissal with Prejudice in Adv. 19-00369. | .20 | 190.00 | 38.00 |
| 12/14/20 | DJP | 206 | Analyze the Parties' Joint Stipulation for Dismissal with Prejudice, in anticipation of its filing in Adv. 19-00369. | .30 | 190.00 | 57.00 |
| 12/14/20 | DJP | 206 | File the Parties' Joint Stipulation for Dismissal with Prejudice of Adv. 19-00369, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

|  | |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 232.00 |
| | $ -23.20 |
| NET PROFESSIONAL SERVICES: | $ 208.80 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| **Total** | **1.10** | | **$ 232.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  385879                                                          January 7, 2021

### TOTAL THIS INVOICE                                              $ 208.80

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
2

IN ACCOUNT WITH

249 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 7, 2021

FOMB IN RE PREPA TITLE III

**RE:  20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 7, 2021
Bill #:    387202
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2020:

**Client.Matter: P1705 - 819**

**RE:  20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 2,077.00 |
| Less Discount | $ -207.70 |
| Net Professional Services | $ 1,869.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,869.30** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 819**
**RE:  20-00142-LTS PV Prop. V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/29/20 | HDB | 209 | Review Complaint filed by PV Properties against PREPA to compel purchase of RECs. (0.8)  Draft e-mail to P. Possinger and M. Bienenstock regarding complaint. (0.1)  Review e-mail with issues regarding complaint by M.Bienenstock. (0.1)  Draft e-mail A. Collazo regarding interpretation of Act 82. (0.2)  Review issues regarding standing raised by E. Barak. (0.2) | 1.40 | 305.00 | 427.00 |
| 12/29/20 | ALC | 209 | Review English version of Act 17 amendments to Act 82 published by PREPA in connection with preliminary analysis of PV Properties (Windmar) complaint against FOMB and PREPA to compel PREPA to purchase RECs generated by Windmar's renewable systems. | 1.60 | 220.00 | 352.00 |
| 12/30/20 | ALC | 209 | Preliminary analysis of PV Properties (Windmar) Complaint against FOMB and PREPA regarding PREPA's obligation to comply with the Renewables Portfolio Standard. (PV v PREPA) | .90 | 220.00 | 198.00 |
| 12/30/20 | ALC | 209 | Preliminary analysis of Act 82 (Renewable Energy Portfolio Standard) compliance obligations in connection with preliminary analysis of PV Properties (Windmar) complaint against FOMB and PREPA to compel purchase of RECs generated by PV's renewable systems. | 2.90 | 220.00 | 638.00 |
| 12/30/20 | ALC | 209 | Preliminary analysis of Act 17 amendments to Act 82 (Renewable Energy Portfolio Standard) compliance obligations in connection with preliminary analysis of PV Properties (Windmar) complaint against FOMB and PREPA to compel purchase of RECs generated by PV's renewable systems. | 2.10 | 220.00 | 462.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   387202                                                              January 7, 2021

|  | TOTAL PROFESSIONAL SERVICES | $ 2,077.00 |
|---|---|---|
|  | Less Discount | $ -207.70 |
|  | NET PROFESSIONAL SERVICES: | $ 1,869.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.40 | 305.00 | 427.00 |
| ANTONIO L. COLLAZO | 7.50 | 220.00 | 1,650.00 |
| **Total** | **8.90** |  | **$ 2,077.00** |

**TOTAL THIS INVOICE**                                          **$ 1,869.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

**COVER SHEET TO FORTY-THIRD MONTHLY FEE APPLICATION OF
O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO
ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2021 through January 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $20,596.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $20,596.95 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's forty-third monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for January 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 25, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 11.90 | $ 3,748.50 |
| Carla Garcia Benitez | Member | Litigation | $ 335.00 | 1.00 | $ 335.00 |
| Carlos E. George | Member | Labor | $ 255.00 | 9.60 | $ 2,448.00 |
| Rosa M. Lazaro | Member | Corporate | $ 350.00 | 3.30 | $ 1,155.00 |
| Jerry L. Marrero | Member | Corporate | $ 320.00 | 0.90 | $ 288.00 |
| Nicole Berio Dorta | Jr. Member | Corporate | $ 225.00 | 4.30 | $ 967.50 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 225.00 | 55.30 | $ 12,442.50 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 6.20 | $ 1,209.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 195.00 | 1.20 | $ 234.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.40 | $ 58.00 |
| | | | | | |
| | **Totals** | | | **94.10** | **$ 22,885.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (2,288.55)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 20,596.95** |

**PREPA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 6.20 | 1,209.00 |
| 206 | Documents Filed on Behalf of the Board | 1.20 | 234.00 |
| 207 | Non-Board Court Filings | 0.60 | 189.00 |
| 209 | Adversary Proceeding | 15.00 | 4,253.00 |
| 210 | Analysis and Strategy | 61.80 | 14,278.50 |
| 213 | Labor, Pension Matters | 4.40 | 1,435.50 |
| 214 | Legal/Regulatory Matters | 2.10 | 472.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 1.60 | 504.00 |
| 219 | Docketing | 0.40 | 58.00 |
| 222 | Claims and Claims Objections | 0.80 | 252.00 |
| | | | $ 22,885.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (2,288.55) |
| | | | |
| | **TOTALS** | 94.10 | $ 20,596.95 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $18,537.26 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $18,537.26.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                                                    250 Muñoz Rivera, Suite 800
                                                                                    San Juan, PR 00918-1813
## O'NEILL & BORGES LLC                                                            Tel. (787) 764-8181
                                                                                    Fax (787) 753-8944

January 31, 2021
FOMB IN RE PREPA TITLE III                                              Bill #:   393762
                                                                   Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 6,393.00 |
| Less Discount | $ -639.30 |
| Net Professional Services | $ 5,753.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,753.70** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/04/21 | HDB | 222 | Review Reply of the Puerto Rico Electric Power Authority to Response Filed by Power Technologies Corp. to One Hundred Eighty-fourth Omnibus Objection (Non-substantive) to Subsequently Amended Claims. | .20 | 315.00 | 63.00 |
| 1/08/21 | HDB | 207 | Review Response by YFN Yabucoa Solar, LLC to PREPA's Omnibus Motion for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreement and (B) Granting Related Relief Re: (2298) Notice of Motion filed by The Financial Oversight and Management Board for Puerto Rico. | .60 | 315.00 | 189.00 |
| 1/13/21 | HDB | 210 | Review issues regarding query by P. Possinger regarding proposed Senate investigation of the Luma contract. (.2) Review Resolution 1 by the Senate regarding Luma Investigation. (.2) | .40 | 315.00 | 126.00 |
| 1/13/21 | HDB | 210 | Review Executive Order 2021-12 regarding Oversight of Luma Contract. | .30 | 315.00 | 94.50 |
| 1/13/21 | HDB | 215 | Commence review of outline of draft PREPA Disclosure Statement. (1.2) Review issues regarding areas of input. (.2) Draft e-mail to D. Desatanik regarding PREPA disclosure statement input. (.2) | 1.60 | 315.00 | 504.00 |
| 1/13/21 | HDB | 210 | Tel. conf with E. Arias regarding CW lending authority. | .20 | 315.00 | 63.00 |
| 1/14/21 | HDB | 210 | Edit memorandum regarding authority to lend by the CW. (.6) Tel, conf with E.Barak regarding CW's authority to lend. (.2) | .80 | 315.00 | 252.00 |

O'Neill & Borges LLC

Bill #:  393762                                                                          January 31, 2021

| 1/18/21 | ALC | 210 | Analyze stakeholders' written comments in Senate's hearings in connection with the approval of Act 17 for purposes of analysis of legislative intent regarding PREPA's debt refinance pursuant Title III of PROMESA as expressed in Sect. 6.3(q) of Act 54 as amended by Act 17. | 2.20 | 225.00 | 495.00 |
|---|---|---|---|---|---|---|
| 1/19/21 | HDB | 222 | Revise draft Two Hundred Eighty Eighth Omnibus Objection to Claims by PREPA (.2) and suggested edits to Spanish version (.2) | .40 | 315.00 | 126.00 |
| 1/19/21 | ALC | 210 | Analyze PREB's statutory authority over rates and charges pursuant Act 57-2014 and amendments incorporated pursuant Act 4-2016 in connection with analysis of  legislative intent regarding PREPA's debt refinance pursuant Title III of PROMESA as  expressed in Sect. 6.3(q) of Act 54 as amended by Act 17 | 2.90 | 225.00 | 652.50 |
| 1/20/21 | ALC | 210 | Review Senate's journal of sessions in connection with Senate Bill 1121 for purposes of analysis regarding legislative intent of PREPA's bond issues pursuant Title III or Title VI of PROMESA as expressed in Sect. 6.3(q) of Act 54 as amended by Act 17 | 2.30 | 225.00 | 517.50 |
| 1/22/21 | ALC | 210 | Draft memorandum regarding legislative intent of Section 6.3(q) of Act 54 as amended by Act 17-2019 for purposes of analysis of actions outside PREB's purview when bonds are issued under Title III or VI of PROMESA. | 1.90 | 225.00 | 427.50 |
| 1/22/21 | DJP | 206 | Analyze the Urgent Consensual Motion for Fourth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, in anticipation of its filing. | .30 | 195.00 | 58.50 |
| 1/22/21 | DJP | 206 | File the Urgent Consensual Motion for Fourth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 1/23/21 | HDB | 222 | Review Two Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants. | .20 | 315.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393762

January 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/25/21 | ALC | 210 | Draft memorandum regarding actions outside PREB's purview when bonds are issued under Title III or VI of PROMESA pursuant Section 6.3(q) of Act 57. | 3.10 | 225.00 | 697.50 |
| 1/25/21 | MMB | 219 | Docket court notice received by email dated January 13, 2021, regarding order dkt. 2366 setting deadline to file reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |
| 1/26/21 | JLM | 210 | Discuss with A. Collazo analysis of Section 6.3 (q) of Act 57 legislative intent regarding exemption of PREB power to approve bonds authorized under PROMESA Title III or VI. | .50 | 320.00 | 160.00 |
| 1/26/21 | HDB | 210 | Analyze draft memorandum by A. Collazo regarding Section 6.3 (q) Act 57 (003). | .10 | 315.00 | 31.50 |
| 1/26/21 | ALC | 210 | Discuss with J. L. Marrero analysis of Section 6.3(q) of Act 57 and legislative intent regarding exemption of PREB power to approve bonds authorized under PROMESA Title III or VI. | .50 | 225.00 | 112.50 |
| 1/26/21 | ALC | 210 | Edit memorandum in connection with rates and other actions outside PREB's purview when bonds are issued under Title III or VI of PROMESA pursuant Section 6.3(q) of Act 57. | 2.10 | 225.00 | 472.50 |
| 1/26/21 | MMB | 219 | Docket court notice received by email dated January 25, 2021, regarding order dkt. 2371 setting deadline to file responses, reply - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |
| 1/27/21 | HDB | 210 | Revise draft memorandum on novation issues under Puerto Rico law. (.5) Respond to D. Desatnik's query on novation issues.  (.1) | .60 | 315.00 | 189.00 |
| 1/27/21 | NBD | 210 | Review e-mails sent by D. Desatnik, M. Harris and H. Bauer regarding inquiries pertaining to extinctive novation under PR law. | .30 | 225.00 | 67.50 |
| 1/27/21 | NBD | 210 | Perform legal research regarding extinctive novation under 1930 and 2020 PR civil codes. | 1.60 | 225.00 | 360.00 |
| 1/27/21 | NBD | 210 | Draft e-mail to M. Harris discussing meaning of "incompatibility in all points" with regards to extinctive novation under 1930 and 2020 PR Civil Codes. | .90 | 225.00 | 202.50 |
| 1/28/21 | HDB | 210 | Review e-mails by M. Herris (.1) and N. Berio (.1) regarding novation issues under Puerto Rico law. | .20 | 315.00 | 63.00 |

O'Neill & Borges LLC

Bill #:  393762

January 31, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/28/21 | NBD | 210 | Perform additional legal research regarding 2020 PR Civil Code provisions pertaining to extinctive novation as a result of follow-up questions sent by M. Harris. | .60 | 225.00 | 135.00 |
| 1/28/21 | NBD | 210 | Draft follow-up e-mail to M. Harris regarding 2020 PR Civil Code provisions pertaining to extinctive novation. | .90 | 225.00 | 202.50 |

TOTAL PROFESSIONAL SERVICES $ 6,393.00

Less Discount $ -639.30

NET PROFESSIONAL SERVICES: $ 5,753.70

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JERRY LUCAS MARRERO | .50 | 320.00 | 160.00 |
| HERMANN BAUER | 5.60 | 315.00 | 1,764.00 |
| ANTONIO L. COLLAZO | 15.00 | 225.00 | 3,375.00 |
| NICOLE BERIO DORTA | 4.30 | 225.00 | 967.50 |
| DANIEL J. PEREZ REFOJOS | .50 | 195.00 | 97.50 |
| MILAGROS MARCANO BAEZ | .20 | 145.00 | 29.00 |
| **Total** | **26.10** | | **$ 6,393.00** |

**TOTAL THIS INVOICE** **$ 5,753.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 31, 2021
Bill #:   393763
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 1,435.50 |
| Less Discount | $ -143.55 |
| Net Professional Services | $ 1,291.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,291.95** |

IN ACCOUNT WITH
250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/12/21 | RML | 213 | Prepare for call with Proskauer, E&Y and FOMB regarding PREPA plan. (0.6). Tel. conf. with Proskauer, EY and FOMB on PREPA plan. (1.1) Tel. conf. with M. Lopez regarding communication on PREPA plan. (0.3) | 2.00 | 350.00 | 700.00 |
| 1/12/21 | CEG | 213 | Tel. conf. with P. Possinger, E&Y team and R. Lazaro regarding PREPA Pension Reform/Communications. | 1.10 | 255.00 | 280.50 |
| 1/13/21 | RML | 213 | Review issue regarding committee created by Governor to supervised LUMA contract. | .30 | 350.00 | 105.00 |
| 1/26/21 | RML | 213 | Tel. conf. with M. Lopez regarding PREPA employees' retirement benefits and LUMA offers. (0.3) Review provisions of PREPA employees' eligibility to receive pension benefits. (0.3) | .60 | 350.00 | 210.00 |
| 1/28/21 | RML | 213 | At the request of R. Tague, compare government employee's vs private employees' benefits. | .40 | 350.00 | 140.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 1,435.50 |
| Less Discount | $ -143.55 |
| NET PROFESSIONAL SERVICES: | $ 1,291.95 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 3.30 | 350.00 | 1,155.00 |
| CARLOS E. GEORGE | 1.10 | 255.00 | 280.50 |
| **Total** | **4.40** | | **$ 1,435.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393763                                                                    January 31, 2021

**TOTAL THIS INVOICE**                                    **$ 1,291.95**

IN ACCOUNT WITH                         250 MUÑOZ RIVERA, SUITE 800
                                        SAN JUAN, PR 00918-1813
                                        TEL. (787) 764-8181
                                        FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021
Bill #: 393764
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 2,444.50 |
| Less Discount | $ -244.45 |
| Net Professional Services | $ 2,200.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,200.05** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/07/21 | CEG | 209 | Review Judge Swain's opinion and order on in interpretation of Law 176-2019 to consider impact on UTIER claims. | .60 | 255.00 | 153.00 |
| 1/11/21 | HDB | 209 | Review issues regarding cancellation of Alameda deposition. | .20 | 315.00 | 63.00 |
| 1/12/21 | HDB | 209 | Review Motion to Extend Schedule. in adv. 17-00229. | .20 | 315.00 | 63.00 |
| 1/13/21 | CEG | 210 | Exchange emails with W. Torres with regards to A. Figueroa-Jaramillo's revised deposition transcript. | .30 | 255.00 | 76.50 |
| 1/13/21 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and proposed order, in anticipation of its filing in adv. 17-00229. | .30 | 195.00 | 58.50 |
| 1/13/21 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and proposed order in avd. 17-00229 through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 1/13/21 | DJP | 206 | Draft email to magistrate judge attaching stamped version of the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and proposed order filed in adv. 17-00229. | .20 | 195.00 | 39.00 |
| 1/25/21 | MMB | 219 | Docket court notice received by email dated January 13, 2021, regarding scheduling order dkt. 128 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |
| 1/28/21 | CEG | 209 | Exchange emails with M. Morris regarding edits to A. Figueroa's deposition transcript. | .20 | 255.00 | 51.00 |
| 1/28/21 | CEG | 209 | Review questions outline for Dr. Alameda's deposition. | .40 | 255.00 | 102.00 |

O'Neill & Borges LLC

Bill #:   393764                                                      January 31, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/29/21 | CEG | 209 | Participate in Dr. Alameda's deposition. | 7.00 | 255.00 | 1,785.00 |

TOTAL PROFESSIONAL SERVICES                    $ 2,444.50

Less Discount                                            $ -244.45

NET PROFESSIONAL SERVICES:                   $ 2,200.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .40 | 315.00 | 126.00 |
| CARLOS E. GEORGE | 8.50 | 255.00 | 2,167.50 |
| DANIEL J. PEREZ REFOJOS | .70 | 195.00 | 136.50 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **9.70** | | **$ 2,444.50** |

**TOTAL THIS INVOICE**                              **$ 2,200.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                     250 Muñoz Rivera, Suite 800
                                                    San Juan, PR 00918-1813
                                                    Tel. (787) 764-8181
O'NEILL & BORGES LLC                                Fax (787) 753-8944

January 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 393765
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 140.50 |
| Less Discount | $ -14.05 |
| Net Professional Services | $ 126.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 126.45** |

Electronic Invoice

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/12/21 | HDB | 209 | Exchange e-mails with Y. Gonzalez regarding extension of time. (.2) Review issues concerning draft motion for extension of time in adv. 17-00256. (.2) | .40 | 315.00 | 126.00 |
| 1/25/21 | MMB | 219 | Docket court notice received by email dated January 13, 2021, regarding order dkt. 79 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 140.50 |
| Less Discount | | $ -14.05 |
| NET PROFESSIONAL SERVICES: | | $ 126.45 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 315.00 | 126.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **.50** | | **$ 140.50** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 126.45** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 31, 2021
Bill #:    393766
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 478.50 |
| Less Discount | $ -47.85 |
| Net Professional Services | $ 430.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 430.65** |

Electronic Invoice

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/15/21 | CGB | 209 | Overview of the Appellate brief filed by AAFAF in Appeal no.20-1797. | .30 | 335.00 | 100.50 |
| 1/15/21 | HDB | 209 | Review Appellee's Brief filed by appellees Charles Bayles, Commonwealth of Puerto Rico, FOMB, Ralph A. Kreil, David K. Owens, Maria Palou-Abasolo, Robert Poe, PREPA and AAFAF. | 1.20 | 315.00 | 378.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 478.50 |
| Less Discount | | $ -47.85 |
| NET PROFESSIONAL SERVICES: | | $ 430.65 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .30 | 335.00 | 100.50 |
| HERMANN BAUER | 1.20 | 315.00 | 378.00 |
| **Total** | **1.50** | | **$ 478.50** |

**TOTAL THIS INVOICE**  $ 430.65

IN ACCOUNT WITH                                         250 MUÑOZ RIVERA, SUITE 800
                                                         SAN JUAN, PR 00918-1813
# O'NEILL & BORGES LLC                                   TEL. (787) 764-8181
                                                         FAX (787) 753-8944

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 393767
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 289.50 |
| Less Discount | $ -28.95 |
| | |
| Net Professional Services | $ 260.55 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 260.55** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/15/21 | CGB | 209 | Overview of appellate opinion in appeal 20-1332 confirming dismissal and associated judgment. | .30 | 335.00 | 100.50 |
| 1/15/21 | HDB | 209 | Analyze Opinion and Order affirming Judgment by the First Circuit. | .60 | 315.00 | 189.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 289.50 |
| Less Discount | | $ -28.95 |
| NET PROFESSIONAL SERVICES: | | $ 260.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .30 | 335.00 | 100.50 |
| HERMANN BAUER | .60 | 315.00 | 189.00 |
| **Total** | **.90** | | **$ 289.50** |

**TOTAL THIS INVOICE**      **$ 260.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

January 31, 2021
Bill #:   393768
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 346.50 |
| Less Discount | $ -34.65 |
| | |
| Net Professional Services | $ 311.85 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 311.85** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/03/21 | HDB | 209 | Review documents concerning 2018 Vitol Mediation in anticipation of call with C. Febus and Proskauer team. (.6) Tel. conf with C. Febus, J. Levitan and other Proskauer Team Members regarding Vitol Mediation. (.5) | 1.10 | 315.00 | 346.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 346.50 |
| Less Discount | | $ -34.65 |
| NET PROFESSIONAL SERVICES: | | $ 311.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 315.00 | 346.50 |
| **Total** | **1.10** | | **$ 346.50** |

**TOTAL THIS INVOICE**      **$ 311.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                250 Muñoz Rivera, Suite 800
                                                San Juan, PR 00918-1813
                                                Tel. (787) 764-8181
                                                Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2021

FOMB IN RE PREPA TITLE III

Bill #:   393769

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2021:

**Client.Matter: P1705 - 819**

**RE:  20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 11,357.50 |
| Less Discount | $ -1,135.75 |
| Net Professional Services | $ 10,221.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 10,221.75** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 819**
**RE:  20-00142-LTS PV Prop. V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/01/21 | ALC | 210 | Email H. Bauer with preliminary comments to M. Bienenstock preliminary analysis in connection with PV Properties complaint against FOMB and PREPA for compliance with Renewable Portfolio Standard seeking declaratory judgment stating that PREPA must purchase PV's Renewable Energy Credits. | .40 | 225.00 | 90.00 |
| 1/03/21 | HDB | 209 | Review analysis of Law 82-2010 and Law 17-2019 prepared by A. Collazo relative to the PV Properties Adversary Complaint. (.3)  Draft e-mail regarding same to M. Bienenstock and P. Possinger.  (.1) | .40 | 315.00 | 126.00 |
| 1/04/21 | JLM | 210 | Communicate with A. Collazo regarding legal analysis to provide response concerning PREPA obligations with RECs issued in light of allegations being made in PV Properties' complaint. | .40 | 320.00 | 128.00 |
| 1/04/21 | ALC | 210 | Further analyze of PV Properties / Windmar complaint seeking declaratory judgment stating that PREPA must purchase its Renewable Energy Credits stemming from distributed generation systems. | .90 | 225.00 | 202.50 |
| 1/04/21 | ALC | 210 | Preliminary analysis of Act 33-2019 amendments to act 82 in connection with analysis of PV Properties Complaint seeking declaratory judgment that PREPA must buy its Renewable Energy Credits. | .80 | 225.00 | 180.00 |
| 1/04/21 | ALC | 210 | Analysis of Act 114 and amendments introduced by Act 17-2019 in connection with allegations by PV Properties that PREPA must purchase its Renewable Energy Credits generated from DG Systems. | 2.60 | 225.00 | 585.00 |

O'Neill & Borges LLC

Bill #:  393769                                                                        January 31, 2021

| 1/04/21 | ALC | 210 | Review PREB's dockets to identify whether PREB has imposed penalties to PREA for noncompliance with the RPS or otherwise enforce Act 82 for purposes of compliance with the RPS in connection with analysis of PV Properties complaint against FOMB and PREPA. . | 1.20 | 225.00 | 270.00 |
|---|---|---|---|---|---|---|
| 1/04/21 | JEG | 202 | Conduct research on whether PREB has issued a resolution regarding PREPA's noncompliance with the RPS. (0.5). Speak to contact at PREB about this issue. (0.1) | .60 | 195.00 | 117.00 |
| 1/07/21 | ALC | 210 | Analysis of PREPA Net Metering regulations to determine if environmental and social attributes of DG energy sold to PREPA via net metering are transferred to PREPA with the payment for excess energy, with the netted energy or both. | 2.60 | 225.00 | 585.00 |
| 1/07/21 | ALC | 210 | Review status of PREB's process for implementing Act 82 via regulation and whether obligation to purchase RECs is being considered for purposes of preliminary analysis of PV Properties complaint seeking declaratory judgment. | 1.80 | 225.00 | 405.00 |
| 1/07/21 | ALC | 210 | Email exchange with P. Possinger regarding discussion of PV. Properties complaint and next steps. | .30 | 225.00 | 67.50 |
| 1/07/21 | ALC | 210 | Review comments made by Office of Independent Consumer Ombudsman in connection with PREBs proposed rulemaking procedures for implementing Act 82 (RPS) for purpose of preliminary analysis of PV Property Complaint seeking declaratory judgment that PREPA must purchase its RECs to comply with Act 82's RPS. | .70 | 225.00 | 157.50 |
| 1/08/21 | ALC | 210 | Continue analysis of PREPA's obligation to comply with the Renewable Portfolio Standard created by Act 82 as amended by Act 17 and 33 in connection with preliminary analysis of PV Properties Complaint seeking declaratory judgment that PRPA must buy its RECs generated by DG systems for purposes of compliance with the RPS. | 2.40 | 225.00 | 540.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393769                                                                    January 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/08/21 | ALC | 210 | Analysis of comments made by National Public finance Guarantee Corporation during PREB's initiation of rulemaking process for implementing Act 82 (RPS) in connection with analysis of PV Properties complaint against FOMB and PREPA seeking declaratory judgment that PREPA must buy the RECs generated by its DG systems. | .40 | 225.00 | 90.00 |
| 1/08/21 | ALC | 210 | Analysis of comments made by SUNRUN and SESA PR during PREB's initiation of rulemaking process for implementing Act 82 (RPS) in connection with analysis of PV Properties complaint against FOMB and PREPA seeking declaratory judgment that PREPA must buy the RECs generated by its DG systems. | 1.90 | 225.00 | 427.50 |
| 1/11/21 | HDB | 209 | Tel. conf with P. Possinger, A. Collazo and others regarding PV Properties complaint for purchases of REC. (1.0).  Review issues concerning PREB rates. (.3) | 1.30 | 315.00 | 409.50 |
| 1/11/21 | HDB | 209 | Review memorandum regarding PREB rate setting requirements. | .40 | 315.00 | 126.00 |
| 1/11/21 | ALC | 214 | Prepare for telephone conference with Proskauer to discuss PV. Properties complaint allegations regarding PREPA obligations pursuant Act 82 and discuss general RPS and RECs obligations. | 1.10 | 225.00 | 247.50 |
| 1/11/21 | ALC | 214 | Attend to telephone conference with Proskauer to discuss PV. Properties complaint allegations regarding PREPA obligations pursuant Act 82 and discuss general RPS and RECs obligations. | 1.00 | 225.00 | 225.00 |
| 1/11/21 | ALC | 210 | Analysis of memorandum to Proskauer regarding approval of the Transition Charge by PREB as part of the Title III proceeding in connection with requested analysis of Section 6.3(q) of Act 57 and whether Title III actions, including securitization charge/ rate would be excluded from PREB's purview. | 1.90 | 225.00 | 427.50 |
| 1/11/21 | ALC | 210 | Review BIT analysis and discussions with Proskauer and McKinsey in connection with Section requested analysis on whether Title III actions, including securitization charge/ rate would be excluded from PREB's purview. | .60 | 225.00 | 135.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393769                                                                                    January 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/11/21 | ALC | 210 | Review PREPA T&D memo/ file in connection with requested analysis of Section 6.3(q) of Act 57 and whether Title III plan of adjustment, including securitization-related charge/ rate would be excluded from PREB's purview. | .90 | 225.00 | 202.50 |
| 1/11/21 | ALC | 210 | Email P. Possinger in connection with discussions about PV. Properties complaint allegations regarding PREPA obligations pursuant Act 82 and general RPS and RECs obligations. | .10 | 225.00 | 22.50 |
| 1/12/21 | ALC | 210 | Review House Committee report and other legislative history on Act 17 in connection with requested analysis of Section 6.3(q) of Act 57 and whether Title III actions under plan of adjustment, including securitization-related charge/ rate would be excluded from PREB's purview. | 2.40 | 225.00 | 540.00 |
| 1/12/21 | ALC | 210 | Review AAFAF's and PREPA's comments and position for the House and Senate hearings regarding approval of Act 17-2019 as requested analysis of Section 6.3(q) of Act 57 and whether Title III actions under plan of adjustment, including securitization-related charge/ rate would be excluded from PREB's purview. | 2.60 | 225.00 | 585.00 |
| 1/13/21 | ALC | 210 | Review legislative history on prohibition of discriminatory charges in section 1.2, 2.6, and 6.21 of Act 57 as amended  by Act 17 -2019. (1.4); review amendments to Act 114 (Net Metering Law) introduced by Act 17-2019 and legislative history regarding the same (1.10); Draft outline of legal issues raised by potential charge for payment of restructured debt outside the RSA (0.9); Analize need for potential legislative amendments to address same (0.5). | 3.30 | 225.00 | 742.50 |
| 1/14/21 | HDB | 210 | Tel. conf with P. Possinger, E. Barak, A. Collazo and M. Dale and others regarding transition charge. | .50 | 315.00 | 157.50 |
| 1/14/21 | ALC | 210 | Prepare for conference call with Proskauer to discuss prohibition on discriminatory charges pursuant Act 17-2019, and Exclusion of PREB's purview of debt restructured pursuant Section 6.3 of Act 57 (.50). Attend to call with Proskauer regarding the same (.50). Discuss legislative intent of Act 17-2019 with J. Gonzalez (.30) Conduct further research for legislative intent of Section 6.3 and Act 17 amendments to PREPA law and Act 57(3.6). | 4.90 | 225.00 | 1,102.50 |

O'Neill & Borges LLC

Bill #:  393769                                                      January 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/15/21 | ALC | 210 | Analyze Positive Report issued by Senate's Special Committee on Energy Affairs as part of approval of Act 17 in connection with analysis of legislative intent regarding PREPA's debt refinance pursuant Title III of PROMESA as expressed in Sect. 6.3(q) of Act 54 as amended by Act 17 | 2.80 | 225.00 | 630.00 |
| 1/15/21 | ALC | 210 | Analyze legislative history of Act 4-2016 amendments to Act 57 as part of analysis of legislative intent regarding PREPA's debt refinance pursuant Title III of PROMESA as expressed in Sect. 6.3(q) of Act 54 as amended by Act 17. | 2.70 | 225.00 | 607.50 |
| 1/15/21 | JEG | 202 | At the request of A. Collazo, conduct research on the legislative history and intent of article 6.3 (q) of Act 57-2014. (4.3). Draft email regarding research findings. (1.3) | 5.60 | 195.00 | 1,092.00 |
| 1/18/21 | CGB | 209 | Email exchange with J. El Koury to confirm authorization to receive service of process in adversary 20-00142 (0.1); receive process (0.2) Draft email to J. El Koury and Proskauer team forwarding served summons (0.1). | .40 | 335.00 | 134.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 11,357.50 |
| Less Discount | $ -1,135.75 |
| NET PROFESSIONAL SERVICES: | $ 10,221.75 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .40 | 335.00 | 134.00 |
| JERRY LUCAS MARRERO | .40 | 320.00 | 128.00 |
| HERMANN BAUER | 2.60 | 315.00 | 819.00 |
| ANTONIO L. COLLAZO | 40.30 | 225.00 | 9,067.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 6.20 | 195.00 | 1,209.00 |
| **Total** | **49.90** | | **$ 11,357.50** |

**TOTAL THIS INVOICE**                        **$ 10,221.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE