UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 15, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 16, 2021

1. Hernan J. Jimenez Barreto
2. Adolfo Ortiz Pagan
3. Jacob Rivera Concepcion (2 notices)
4. Roberto Rivera Velez
5. Carmen R. Barrientos Quiñones
6. Monserrate Quiñones Bloise
7. Nilsa Mercado Santos
8. Ventura Ortiz Ruperto
9. Norma I. Cuevas Gonzalez
10. Sandra C. Rivera Berly
11. Candida R. Roman Rosa
12. Isaac Mercado Rivera
13. Ruysdael Davila Rodriguez
14. Carmen N. Zayas Sotomayor
15. Victor M. Negron Archeval
16. Maribel Alvarado Colon
17. Alicia Oliver Calderon
18. Hector J. Ruiz Lamourt
19. Norma I. Cuevas Gonzalez
20. Emilio Melia Rodriguez
21. Damaris Miranda Valentin
22. Omayra Nieves Torres

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 16, 2021

23. Esperanza Hernandez Maldonado

24. Ricardo Cruz Torres

25. Brenda Liz Garcia Ruiz

26. Maria S. Morales Valentin

27. Mildred Ramos Rosa

28. Maria E. Rivera Martinez

29. Sandra Mujica Baker

30. Sandra Mujica Baker & Alexis F. Martinez Mujica

31. Alexis Francis Martinez Mujica

32. Cruz Crespo Martinez (2 notices)

33. Jose A. Rosado Crespo

34. Esteban Robles Rivera

35. Angel L. Rodriguez Gonzalez

36. Wilfredo Lugo Morales

37. Juan B. Rodriguez Arroyo

38. Fausto Peñaloza Rosario

39. Isabel Roman Valentin

40. Jose Luis Aponte Lopez

41. Pedro J. Bracero Velez

42. Nereida Torres Jimenez

43. Jose A. Munera Torres

44. Maria Lourdes Delgado Menendez

45. Maria L. Quiñones Cotto

3

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 16, 2021

46. Iris M. Lopez Lopez

47. Samuel Cruz Castillo

48. Agustin Lopez Ortiz

49. Aurea H. Rodriguez Cordero

50. Marlyn Rodriguez Acosta

51. Maria E. Aponte Rivera

Dated: September 16, 2021