Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hernan J. Jimenez Barreto_

Participant's Address: _HC 01  Box  11363  Carolina PR 00987_

Participant's Email Address: _____

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _29425_

Nature of Claim: _Commonwealth_

By: _____
Signature

_Hernan J. Jimenez Barreto_
Print Name

_No_
Title (if Participant is not an individual)

_8/25/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hernan J. Jimenez Banieto
1401 Box 11363
Carolina PR 00987

RECEIVED & FILED
2021 SEP 15 PM 5:06
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

NASHVILLE TN 370
10 SEP 2021 PM 5 L

GO FOR BROKE
BRAVE AMERICAN
SOLDIERS SERVING
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adolfo Ortiz Pagán_

Participant's Address: _Apartado 2424 San Germán, P.R. 00683_

Participant's Email Address: _adolfo.ortiz@upr.edu_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Adolfo Ortiz Pagán_
Signature

_Adolfo Ortiz Pagán_
Print Name

_____
Title (if Participant is not an individual)

_September 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Adolfo Ortiz Pagán
apartado 2484
San Germán, P.R. 00683

RECEIVED & FILED

2021 SEP 15  PM 5: 06

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 38

6 SEP 2021   PM 4

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jacob Rivera Concepcion_

Participant's Address: _Urb. Macbrell-79- calk Jose' De Diego, Dorado PR 00646_

Participant's Email Address: _cur-lugo@gmail.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109 125_

Nature of Claim: _Department of Education- Public Employee_

By: _Jacob Rivera Concepcion_
    Signature

_Jacob Rivera Concepcion_
Print Name

_____
Title (if Participant is not an individual)

_Sept 6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jacob Rivera Concepción
Urb. Martorell F-9
Calle José De Diego
Dorado, P.R. 00646

RECEIVED & FILED
2021 SEP 15 PM 5: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

NASHVILLE TN 370
10 SEP 2021 PM 6 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jacob Rivera Concepción_

Participant's Address: _Urb Hartorell-79 calle José De Diego, Dorado PR. 00646_

Participant's Email Address: _cmrlugo@gmail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110723_

Nature of Claim: _Department of Education- Public Employee_

By: _Jacob Rivera Concepción_
Signature

_Jacob Rivera Concepción_
Print Name

_____
Title (if Participant is not an individual)

_Sept 6 /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jacob Rivera Concepción
Urb. Martorell F-9
calle José De Diego
Dorado, PR 00646

RECEIVED & FILED
2021 SEP 15 PM 5:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

NASHVILLE TN 370
10 SEP 2021 PM 5 L
FOREVER

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Roberto Rivera Velez

Participant's Address: HC-01 Box 3908 Hormigueros, P.R. 00660

Participant's Email Address: riveravelez.roberto@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: My pension was reduced about 8% years ago by local government.

By: _Roberto Rivera Velez_
Signature

Roberto Rivera Velez
Print Name

_____
Title (if Participant is not an individual)

Sept. 03, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

R. Rivera Velez
HC-01 Box 3908
Hormigueros, P.R. 00660

RECEIVED & FILED
2021 SEP 15  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

U.S. District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



MEMPHIS TN 380
11 SEP 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen R. Barrientos Quiñones_

Participant's Address: _Apartado 1669 Dorado P.R. 00646_

Participant's Email Address: _crmnbarrientosa@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Carmen R. Barrientos Quiñones_
Signature

_Carmen R. Barrientos Quiñones_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Apartado 1669
Dorado, PR 00646-1669

RECEIVED & FILED

2021 SEP 15  PM 5: 03

CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office United States Distric Court,

Clerk's Office 150 Ave. Carlos Chardon Ste.150

San Juan, 00918-1767

00918-170625

MEMPHIS TN 380

11 SEP 2021   PM 3   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Monserrate Quiñones Bloise_

Participant's Address: _Mendez Vigo #324 Dorado P.R. 00646_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BR 3283-LTS_

Nature of Claim: _____

By: _Monserrate Quiñones_
Signature

_Monserrate Quiñones Bloise_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Monserrate Quiñones Olivo
Monday Vigo #324
Dorado, P.R. 00646

RECEIVED & FILED

2021 SEP 15 PM 5:03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706525

MEMPHIS TN 380

11 SEP 2021 PM 3  L

Court's Clerk's Office United States Distric Court,

Clerk's Office 150 Ave. Carlos Chardon Ste.150

San Juan, 00918-1767

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED & FILED
2021 SEP 15 PM 5: 03

Participant's Name: Nilsa Mercado Santos

Participant's Address: La Providencia Calle Lempirs #2635 Ponce, PR 00728

Participant's Email Address: nilsamercado2065000@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 19 BK 3283 - LTS

Nature of Claim: Commonwealth of PR - Promesa 711 -

By: _Nilsa Mercado Santos_ (signature)
Signature

Nilsa Mercado Santos
Print Name

— 
Title (if Participant is not an individual)

9/2/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda Mercado Santos
La Providencia
Calle Lomprias #2635
Ponce, P.R.

RECEIVED
2021 SEP 15 AM
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

00918-170625

MEMPHIS TN 380
6 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón ste. 150,
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ventura Ortiz Ruperto_

Participant's Address: _HC-7 Box 71607, San Sebastian PR 00685_

Participant's Email Address: _ortizrupertoventura@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170153-1_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Ventura Ruperto_
Signature

_Ventura Ortiz Ruperto_
Print Name

_Self Claimante_
Title (if Participant is not an individual)

_9/3/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

VENTURA ORTIZ RUBERTE
HC 7 BOX 71601
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 SEP 15   PM 5: 03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



MEMPHIS TN 380

6 SEP 2021   PM 3 L

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma I Cuevas Gonzalez*

Participant's Address: *Urb. Vista Del Rio II, House # Q16, P.O.Box 665 Añasco, P.R. 00 610*

Participant's Email Address: *cuevasnorma77@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *156362*

Nature of Claim: *Public Employee and Pension/Retiree Claims*

By: *Norma I Cuevas Gonzalez*
Signature

*Norma I Cuevas Gonzalez*
Print Name

_____
Title (if Participant is not an individual)

*August 24th, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Norma I. Cuevas Gonzalez
P.O. Box 665
Añasco, P.R. 00610

RECEIVED & FILED
2021 SEP 15 PM 5:0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380

1 SEP 2021 PM 4 L

0061$81708

TO: Court's Clerk's Office
United States District Court, Clerks
Office, 150 Ave, Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra C. Rivera Berly_

Participant's Address: _PO Box 1848, Coamo, PR 00769_

Participant's Email Address: _Sandrarivera berly@gmail.com_

Name of Counsel: _No Counsel_

Address of Counsel: _No Counsel_

Email Address of Counsel: _No Counsel_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _60077_

Nature of Claim: _Public employee claim_

By: _Sandra Rivera Berly_
Signature

_Sandra C. Rivera Berly_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date _August 5, 2021_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sandra Rivera Berly
PO Box 1848
Coamo, PR 00769

RECEIVED & FILED
2021 SEP 15 PM 5:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR 00918~1767

00918-170625

MEMPHIS TN 380
6 SEP 2021   PM 1

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:    *Candida R. Roman Rosa*

Participant's Address:    *T-1416 Calle T. Urb Alturas, Vega Baja, P.R. 00693*

Participant's Email Address:    _____

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *116190*

Nature of Claim:    *Employees Retirement System of P.R. Gob. Title III debtors*

By:    *Candida R. Roman Rosa*
       Signature

       *Candida R. Roman Rosa*
       Print Name

       _____
       Title (if Participant is not an individual)

       *September 9, 2021*
       Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Lénedeli R. Román Rosa
T-1 #16 Calle T Urb. Alturas
Vega Baja, P.R. 00693

RECEIVED & FILED
2021 SEP 15  PM 5: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Courts Clerks. United States District Court Clerks
Office, 150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

NASHVILLE TN 370
10 SEP 2021 PM 6  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isaac Mercado Ridera_

Participant's Address: _HC2 Box 23943 Carr. 346 Km. 9.1 Int. Mayagüez P.R. 00680 calle Antonio Torres, Poblado Rosario, San German P.R._

Participant's Email Address: _— None_

Name of Counsel: _— N/A_

Address of Counsel: _— N/A_

Email Address of Counsel: _— N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _Maestro del Departamento de Educación - Retirado Teacher's_

By: _Isaac Mercado Rivera_
Signature

_Isaac Mercado Rivera_
Print Name

_____
Title (if Participant is not an individual)

_September, 1 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Isaac Mercado Rivera
HC2 Box 23 943
Mayaguiz, P.R. 00680

RECEIVED & FILED
2021 SEP 15  PM 5: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruysdael Davila Rodriguez*

Participant's Address: *Urb. Tierra Santa B-8, Villalba, P.R. 00766*

Participant's Email Address: *ruysdaeldavila1@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *164202*

Nature of Claim: *Public Employees Pension/Retiree Claims*

By: _____
Signature

*Ruysdael Davila Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*7-SEPT-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RUYSDAEL DAVILA
Urb Tierra Santa  B- 8
Villalba, Puerto Rico 00766
787-484-6010

RECEIVED & FILED
2021 SEP 15  PM 5: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office
U.S. District Court
Clerks office
150 Av Carlos Chardon ste 150
San Juan, P.R. 00918-1767

00918-176825



MEMPHIS TN 380
11 SEP 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Carmen N. Zayas Sotomayor*

Participant's Address:    *Urb. Tierra Santa B-8 Villalba, P.R. 00766*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *117960*

Nature of Claim:    *Public Employee & Pension/Retiree claims*

By:   *Carmen N. Zayas Sotomayor*
    Signature

*Carmen N. Zayas Sotomayor*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen V. Reyes Schmidt,
Urb. Tierra Santa B-8
Villalba P.R. 00766

RECEIVED
2021 SEP 15
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S District Court
Clerks office
150 Ave. Carlos Chardon ste 150
San Juan, P.R. 00918-1767

0091B-170625

11 SEP 2021 PM

MEMPHIS TN

Gettysburg, July 1-3, 1863
FOREVER
USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor M. Negron Archeval_

Participant's Address: _Urb. Santa Teresita_

Participant's Email Address: _5530 Calle San Rogelio_ Ponce PR 00730-4424

Name of Counsel: _na_

Address of Counsel: _na_

Email Address of Counsel: _na_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III No. 17 BK 3283-LTS_

Nature of Claim: _Bankrupcy case_    last 4 digits of federal Tax ID 3481)

By: _(signature)_
Signature

_Victor Manuel Negron Archeval_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor M Negron
STA TERESITA 5530
Calle San Rogelio
Ponce PR 00730-4424

RECEIVED & FILED

2021 SEP 15  PM 5: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NASHVILLE TN 370

10 SEP 2021   PM 5  L

United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Alvarado Colón_

Participant's Address: _HC-73 Box 5627 Cayey, P.R 00736_

Participant's Email Address: _alvarado.colon.maribel@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _① 171640, ② 89531, ③ 102710_

Nature of Claim: _Aumentos aprovados y no otorgados: El Romerazo, Ley 89, Ley 96, 3% aumento retiro._

By: _Maribel Alvarado Colón_
Signature

_Maribel Alvarado Colón_
Print Name

_____
Title (if Participant is not an individual)

_7 septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Alvarado Colón
HC-73 Box 5627
Cayey, P.R. 00736

RECEIVED & FILED
2021 SEP 15 PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

Court's Clerk's United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R 00918-1767

NASHVILLE TN 370
10 SEP 2021 PM 5  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alicia Oliver Calderon_

Participant's Address: _243 Calle Paris PMB 1266 San Juan P.R. 00917_

Participant's Email Address: _Ovo 5950 a gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _I do not know_

Nature of Claim: _____

By: _Alicia Oliver Calderon_
Signature

_Alicia Oliver Calderon_
Print Name

_____
Title (if Participant is not an individual)

_8 septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alicia Oliver Calderon
243 Calle Paris PMB 1266
San Juan, P.R. 00917-3632

RECEIVED & FILED
2021 SEP 15 PM 5: 04
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1706225

United States District Court Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

NASHVILLE TN 370

10 SEP 2021 PM 3 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector J. Ruiz Lamourt_

Participant's Address: _Urb Jardines de Guatemals Calle 5 Casa G~9_
_50~ Sebostian  PR 00685_

Participant's Email Address: _Contabilidadelasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172470_

Nature of Claim: _Claimed Debts Department of Agriculture_

By: _Hector J. Ruiz Lamourt_
Signature

_Hector J Ruiz_
Print Name

_Self Aplicant_
Title (if Participant is not an individual)

_9/7/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HECTOR J RUIZ LAMOURT
URB JARDINES DE GUATEMALA
CALLE 5 CASA G-9
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 SEP 15  PM 5: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-173625

11 SEP 2021   PM 5  L

MEMPHIS TN 380

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Cuevas Gonzalez_

Participant's Address: _Urb. Vista Del Rio II, P.O. Box 665, Añasco, P.R. 00610_

Participant's Email Address: _cuevasnorma77@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167620_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Norma I. Cuevas Gonzalez_
Signature

_Norma I. Cuevas González_
Print Name

_____
Title (if Participant is not an individual)

_August 24th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

TO: Norma I Cuevas Gonzalez
P.O. Box 665
Atasco, P.R 00610

RECEIVED & FILED
2021 SEP 15 PH 5:04
CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

Court's Clerk's Office
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon ste. 150,
San Juan, P.R. 00918 - 1767

00918∰1706 C018



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emilio Mehía Rodríguez_

Participant's Address: _Urb. Las Lomas  Calle 32  Q3#4  San Juan PR00921_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Emilio Mehía Rodríguez_
Signature

_Emilio Mehía Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_8/27/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  <u>United States District Court, Clerk's</u> <u>Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>



MEMPHIS TN 380
6 SEP 2021 PM 2 L

RECEIVED & FILED
PM 5: 04
2021 SEP 15 PM 5: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-176625

Emilio Melia
Calle 32 Q 3 #4
Las Lomas
SJ PR 00921

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damaris Miranda Valentin_

Participant's Address: _7107 Tripoli Way, Orlando, Fl, 32822._

Participant's Email Address: _darymiranda@hotmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70860_   _(No. 17 BK 3283-LTS)_

Nature of Claim: _Public Employee's Pension/Retiree Department of Education of P.R._
_If I have the rights._

By: _Damaris Miranda Valentin_
Signature

_Damaris Miranda Valentin_
Print Name

_Promesa III_
Title (if Participant is not an individual)

_09/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Damaris Miranda
7107 Tripoli Way,
Orlando, Fl, 32822.

RECEIVED & FILED
2021 SEP-15 PM 5:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00910-170625

ORLANDO FL 328
10 SEP 2021 PM 4 L

To: Discovery Notice to the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 ~ 1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Omayra Nieves Torres_

Participant's Address: _2231 Calle Luis Muñoz Marín, Quebradillas PR 00678_

Participant's Email Address: _Omayra03470@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72273_

Nature of Claim: _____

By: _(signature)_
    Signature

_Omayra Nieves Torres_
Print Name

_____
Title (if Participant is not an individual)

_2 sept 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Omayra Nieves Torres
2231 Calle Luis Muñoz Marin
Quebradillas, P.R. 00678

RECEIVED & FILED

2021 SEP 15  PM 5: 05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

NASHVILLE TN 370
10 SEP 2021 PM 7  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED & FILED
2021 SEP 15  PM 5:05
SAN JUAN, P.R.

Participant's Name: Esperanza Hernandez Maldonado

Participant's Address: Hco2 Box 3843 Maunabo, P.R. 00707

Participant's Email Address: hernaNesperan 54 @gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 123485

Nature of Claim: 123485

By: _Esperanza Hernandez Maldonado_
Signature

Esperanza Hernandez Maldonado
Print Name

_____
Title (if Participant is not an individual)

9-4-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Oppenheimer Henríquez
HC 02 Box 3843
Maunabo, P.R. 00707

RECEIVED & FILED
2021 SEP 15  PM 5: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To United States District Court
Clerk's Office
150 Ave. Carlos Chardón ste. 150
San Juan P.R. 00918-1767

NASHVILLE TN 370

10 SEP 2021  PM 3  L

USA FOREVER

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Ricardo  Cruz Torres_

Participant's Address:   _P.O. Box 354 Tallaboa Alta Sector la Moca Carretera 520_
_KM 1.5 Peñuelas, P.R. 00624_

Participant's Email Address:   _r Cruz _14 @ yahoo. Com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _79581_

Nature of Claim:   _Romeraso_

By:   _Ricardo Cz Torres_
Signature

_Ricardo Cruz Torres_
Print Name

_____
Title (if Participant is not an individual)

_September 7, 2021_
Date

2021 SEP 15 PM 5:05   RECEIVED & FILED   CLERK'S OFFICE US DISTRICT COURT SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Cruz Torres
P.O. Box 354
Peñuelas, P.R. 00624

RECEIVED & FILED
2021 SEP 15  PM 5: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

To: United States District Court
Clerk's office, 150
Ave, Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda Liz Garcia Ruiz_

Participant's Address: _P.O. Box 1193 Sabana Seca P.R. 00952-1193_

Participant's Email Address: _lizruizlr115@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78523_

Nature of Claim: _PROMESA Title III (Empleador Sistema Retiro)_

By: _[signature]_
Signature

_Brenda Liz Garcia Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_08/25/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda L. Garcia Ruiz
P.O. Box 1193
Sabana Seca P.R. 00952-1193

RECEIVED & FILED
2021 SEP 15  PM 5:05
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

NASHVILLE TN 370
8 SEP 2021  PM 5  L

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria S. Morales Valentin_

Participant's Address: _1335 County Road 414 Cleburne Tx 76031_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3383 - LTS_

Nature of Claim: _Promesa Title III_

By: _Maria S. Morales Valentin_
Signature

_Maria S. Morales Valentin_
Print Name

_____
Title (if Participant is not an individual)

_08/26/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Ray
1325 County Road 414
Cleburne, TX 76031-8910

RECEIVED & FILED
2021 SEP 15 PM 5: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NORTH TEXAS, TX P&DC
DALLAS TX 750
27 AUG 2021 PM 5 L

United States District Court
Clerk's office
150 Ave. Carlos Chardon Sta. 150
San Juan, P.R. 00918 - 1767



Case:17-03283-LTS   Doc#:18129-1   Filed:09/16/21   Entered:09/16/21 11:14:57   Desc:
Pro se Notices of Participation   Page 55 of 106

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mildred Ramos Rosa

Participant's Address: 21-41 34th Ave. apt 4D L.I.C. N.Y. 11106

Participant's Email Address: mildred_ramos2000@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 16757

Nature of Claim: Retirement Department of Education

By: Mildred Ramos Rosa
Signature

Mildred Ramos Rosa
Print Name

_____
Title (if Participant is not an individual)

9/7/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Ramos Rosa
21-41 34th Ave. apt-4D
Long Island City, N.Y. 11106

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918 - 1767

RECEIVED & FILED

2021 SEP 15  PM 5: 05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

NEW YORK NY 100

10 SEP 2021  PM 7  L

USA

FOREVER

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria E. Rivera-Martinez_

Participant's Address: _43 Clay St. 1st Floor, New Haven CT. 06513_

Participant's Email Address: _Yuguery 77@ Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 -LTS_

Nature of Claim: _Financial Oversight_

By: _____
    Signature

_____
    Print Name

_individual_
Title (if Participant is not an individual)

_9.09.2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Rivera-Martinez
43 Clay St. 1st Floor
New Haven, CT. 06513

RECEIVED & FILED

2021 SEP 15 PM 5:05

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.

00918-170625

HARTFORD CT 060
10 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _SANDRA MUJICA BAKER_

Participant's Address: _476 CaBO N. Alverio, SAN Juan PR 00918_

Participant's Email Address: _hugosandriamartinez2000 @ yahoo . com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK- 3283- LTS_

Nature of Claim: _BANKruptcy_

By: _Sandra Mujica Baker_
Signature

_SANDRA MUJICA BAKER_
Print Name

_____
Title (if Participant is not an individual)

_09/13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 SEP 15  PM 4: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

M

Sandra Mujica
Ext Roosevelt
476 Calle Cabo H Alverio
San Juan PR 00918-2619

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
SEP 14, 21
AMOUNT
$1.96
R2303S1001113-27

UNITED STATES
POSTAL SERVICE®

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra Mujica Baker / Alexis F. Martinez Mujica_

Participant's Address: _476 Calle Cabo H. Alverio, San Juan PR 00918_

Participant's Email Address: _hugosandramartinez2000 @ yahoo, com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK- 3283 - LTS_

Nature of Claim: _BANKruptcy_

By: _Sandra Mujica Baker_
Signature _Alexis Martinez_

_SANDRA MUJICA BAKER_
Print Name _ALEXIS F. MARTINEZ MUJICA_

_____
Title (if Participant is not an individual)

_09/13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M

Sandra Mujica
Ext Roosevelt
476 Calle Cabo H Alverio
San Juan PR 00918-2619

RECEIVED & FILED
2021 SEP 15 PM 4:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
SEP 14, 21
AMOUNT
$1.96
R2303S100013-27

Case:17-03283-LTS   Doc#:18129-1   Filed:09/16/21   Entered:09/16/21 11:14:57   Desc:
Pro se Notices of Participation   Page 63 of 106

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ALEXIS FRANCIS MARTINEZ MUSICA_

Participant's Address: _476, Calle Cabo H Alverio, San Juan P.R. 00918_

Participant's Email Address: _hugosandramartinez2000@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3283-LTS_

Nature of Claim: _Bankruptcy_

By: _Alexis F. Martinez_
    Signature

_ALEXIS FRANCIS MARTINEZ MUJICA_
Print Name

_____
Title (if Participant is not an individual)

_09/13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



M

Sandra Mujica
Ext Roosevelt
476 Calle Cabo H Alverio
San Juan PR 00918-2619

RECEIVED & FILED

2021 SEP 15  PM 4: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 0098-1767

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
SEP 14, 21
AMOUNT

$1.96

R2303S100113-27

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Crespo Martinez_

Participant's Address: _P.O. Box 299 Rincon P.R. 00677_

Participant's Email Address: _cruz_crespo_martinez@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115024         145541_

Nature of Claim: _Public Employee Claims_

By: _Cruz Crespo Martinez_
   Signature

_Cruz Crespo Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Cruz Crespo Martinez
P.O. Box 299
Rincón Puerto Rico
　　　　　　00677

RECEIVED & FILED
2021 SEP 15 PM 1:5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Crespo Martinez_

Participant's Address: _P.O. Box 299 Rincon P.R. 00677_

Participant's Email Address: _cruz_crespo_martinez@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115024_

Nature of Claim: _Public Employee Claims_

By: _Cruz Crespo Martinez_
 Signature

_Cruz Crespo Martinez_
 Print Name

_____
 Title (if Participant is not an individual)

_September 13, 2021_
 Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cruz Crespo Martinez
P.O. Box 299
Rincón Puerto Rico
          00677



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2021 SEP 15 PM 4:5_
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *José A. Rosado Crespo*

Participant's Address:  *P.O. Box 299 Rincón P.R. 00677*

Participant's Email Address:  *jarc_01@hotmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  *Public Employee Claim*

By:  _____
Signature

*Jose Rosado Crespo*
Print Name

_____
Title (if Participant is not an individual)

*September 13, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Rosado Crespo
P.O. Box 299
Rincon Puerto Rico
        00677



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico
        00918-1767

RECEIVED & FILED
2021 SEP 15 PM 4:5[?]
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Case:17-03283-LTS   Doc#:18129-1   Filed:09/16/21   Entered:09/16/21 11:14:57   Desc:
Pro se Notices of Participation   Page 71 of 106

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Esteban Robles Rivera*

Participant's Address: *Calle Santa Marta N-2 Urb. Sta. Marta*
*Toa Baja P.R. 00949*

Participant's Email Address: *glorystom per 52@ hotmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: _____

By: *[signature]*
Signature

*Esteban Robles Rivera*
Print Name

_____
Title (if Participant is not an individual)

*September 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Esteban Robles Rivera
Calle Santa Marta N-2
Urb. Santa Maria
Toa Baja P.R. 00949

CERTIFIED MAIL

7020 1810 0001 2777 0717

U.S. POSTAGE PAID
FCM LG ENV
TOA BAJA, PR
00949
SEP 13 '21
AMOUNT
$8.76
R2304E107044-07

1000            00918

UNITED STATES
POSTAL SERVICE

RECEIVED & FILED
2021 SEP 15 PM 4 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States Distric Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Rodriguez González_

Participant's Address: _Hc. 30 Box 32628 San Lorenzo P.R 00754_

Participant's Email Address: _yagrumo67@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36456_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _[signature]_

Signature

_Angel L. Rodriguez González_

Print Name

_NO_

Title (if Participant is not an individual)

_August, 26 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel L Rodriguez Gonzalez
HC 30 Box 32628
San Lorenzo PR 00764

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7021 1970 0000 8182 8080

00918-1706525

United States District Court
Clerk's Office
150 Ave Carlos Chardon S
San Juan PR 00918-1767

2021 SEP 15 PM 12:53

U.S. DISTRICT COURT
CLERK'S OFFICE

RECEIVED & FILED





U.S POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 27, 21
AMOUNT
$7.00
R2304M116337-11
00918
1000

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _WILFREDO Lugo Morales_

Participant's Address: _Box 30118 Alfuy PRid_

Participant's Email Address: _00 680_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157192_

Nature of Claim: _Reclamo de dinero Adeudado._

By: _[signature]_
Signature

_WILFREDO Lugo Morall)_
Print Name

_Maestro_
Title (if Participant is not an individual)

_7 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



To: Wilredo Ruiz Morales
Box 30118
Cabo, PR 00680

RECEIVED & FILED
2021 SEP 15 PM 4:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To United States District Court, Chalks
Office 150 Hitz Carlos Chandel
STA 150 San Juan PR. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
SEP 08, 21
AMOUNT
$3.78
R2305K140633-32

7021 0350 0000 0598 1438

Case:17-03283-LTS   Doc#:18129-1   Filed:09/16/21   Entered:09/16/21 11:14:57   Desc:
Pro se Notices of Participation   Page 77 of 106

SRF 55923

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:      Juan B. Rodríguez Arroyo

Participant's Address:   Calle Pedro Diaz 14 Urb. Fernández Cidra, P.R 00739

Participant's Email Address: 

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:      175383

Nature of Claim:   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT
OF THE COMMONWEALTH OF PUERTORICO

By:   _Juan B. Rodríguez Arroyo_
      Signature

      Juan B. Rodríguez Arroyo
      Print Name

      Promesa Title III
      Title (if Participant is not an individual)

      9-6-2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juan B. Rodriguez Cruz
c/o Fernandez
14 Pedro Diaz Franco
Cidra, P.R. 00739

RECEIVED & FILED
2021 SEP 1  PM
CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN,

United State District Court
Clerk's Office 150 Ave, Charlon Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Fausto Peñaloza Rosario*

Participant's Address: *CaLLE H 14-1-142*

Participant's Email Address: *URB ALTUR A Rio GRande PR 00745*

Name of Counsel: _____

Address of Counsel: *Prime CloiKLLC BraNd CeNTeal StatioN*

Email Address of Counsel: *Po Bo4 4850 New Yoik NV 10163-4850*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *No 14 BK 3283-LTS*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*8/21/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Fausto Peralya Rosario
QP 14 ID 142
leb. alturas de rio grande
Rio grande, PR 00745

RECEIVED & F
2021 SEP 15 PM 56
CLERK'S OFFI
U.S. DISTRICT COU
SAN JUAN, P

Clerk's Office
United States District Court
150 ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Isabel Roman Valentín*

Participant's Address: *Box 332 Añasco P.R. 00610*

Participant's Email Address: _____

Name of Counsel: *Department of Educacion*

Address of Counsel: _____

Email Address of Counsel: *Reclamacion Pago Ley 89*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *144908*

Nature of Claim: *Dpto. of Education*

By: *Isabel Roman Valentín*
Signature

*Isabel Roman Valentín*
Print Name

_____
Title (if Participant is not an individual)

*26 de agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel Roman Valentin
Box 332
Añasco, P.R 00610

RECEIVED & FILED
2021 SEP 15 PM 4:5
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
1 SEP 2021 PM 3 L



Discovery Notice to the court's Clerk's
office at
United States District court Clerk's
office
150 Ave. Carlos Chardon ste. 150
San Juan 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _José Luis Aponte López_

Participant's Address: _P.O Box 892   Patillas, P.R. 00723_

Participant's Email Address: _maribelaponte55@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _José L. Aponte_
    Signature

_José L. Aponte López_
Print Name

_____
Title (if Participant is not an individual)

_Sept / 04 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose L. Aponte
PO Box 892
Patillas, PR 00723-0892

RECEIVED & FILED

2021 SEP 15 PM 4:

CLERK'S OFFICE
DISTRICT PR
SAN JUAN

UNITED STATES DISTRICT COURT.

CLERKS OFFICE

150 AVE. CARLOS CHARDON STE. 150

SAN JUAN, P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *PEDRO J BRACERO VELEZ*

Participant's Address: *P.O. Box 8943*

Participant's Email Address: *pjbracero@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *177815*

Nature of Claim: *LAW 89 - July 1 1979 & LAW 89-1 July 1 1995 - PROMESA*

By: *Pedro / Bracero Velz*
Signature

*PEDRO J BRACERO VELEZ*
Print Name

_____
Title (if Participant is not an individual)

*July 17 2020*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PEDRO J BRACERO
P.O. Box 0943
Ponce PR 00732

RECEIVED & FILED
2021 SEP 15 PM 12:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

UNITED STATES DISTRICT COURT
CLERK'S Office
150 AVE. CARLOS CHARDON
STE. 150
San Juan PR 00918-1767

00918-170625



WASHINGTON DC
10 SEP 2021 PM 3

Maine
1820

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Nereida Torres Jiménez_

Participant's Address: _P.O. Box 1723 Juana Díaz, P.R. 00079,_

Participant's Email Address: _nereidatorres 527 @ gmail . com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico The
Employees Retirement System of Puerto Rico_

By: _Nereida Torres Jiménez_
Signature

_Nereida Torres Jiménez_
Print Name

_Employees of Department Education of Puerto Rico_
Title (if Participant is not an individual)

_september 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 15 PM 4: 56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Nerida Torres Jiménez
P.O. Box 1723
Juana Díaz, P.R. 00795

0091B-170625

Discovery Notice to the Court's Clerk's Office at
United States District Court Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

MEMPHIS TN 380
11 SEP 2021 PM 5 1

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Jose A. Munera Torres

Participant's Address:  P.O. Box 1723 Juana Diaz, P.R. 00795

Participant's Email Address:  jmunera 223 @ gmail.com

Name of Counsel:  none

Address of Counsel:  none

Email Address of Counsel:  none

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  No. 17 BK 3283 - LTS

Nature of Claim:  The commonwealth of Puerto Rico The employees
Retirement system of Puerto Rico

By:  Jose A. Munera
Signature

Jose A. Munera Torres
Print Name

Employees of Department Education of Puerto Rico
Title (if Participant is not an individual)

september 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose R Munera Torres
P.O Box 1723
Juncos, D. P.R 00795

RECEIVED & FILED
2021 SEP 15 PH 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00910-170625

MEMPHIS TN 350
11 SEP 2021 PM 5 L

Discovery Notice to the Court's Clerk's Office at
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Lourde Delgado Menendez_

Participant's Address: _P.O. Box 486 Barranquitas, PR 00794_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Maria Lourdes Delgado Menendez_
Signature

_Maria Lourdes Delgado Menendez_
Print Name

_____
Title (if Participant is not an individual)

_18 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA C. Delgado Mercado
Po. Box 286
Patilla PR 00794.

RECEIVED &
2021 SEP 15 P
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P

00918-170399

MEMPHIS TN 380
28 AUG 2021 PM 5 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan PR. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria L. Quiñones Cotto_

Participant's Address: _Urb. Sans Souci B-23 Calle 13, Bayamón P.R. 00957_

Participant's Email Address: _cuchi_mlq @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176438 , 176439_

Nature of Claim: _Ley 89 , Ley 96_

By: _Maria Quiñones Cotto_
Signature

_Maria L. Quiñones Cotto_
Print Name

_____
Title (if Participant is not an individual)

_Spt. 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Quiñones Gtt
Urb. Sans Souci B-23
Calle 13, Bayamón
O.R. 00957-4336

RECEIVED & FILED
2021 SEP 15 PM 5 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Court
Clerk Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
11 SEP 2021 PM 5 L



FOREVER / USA

STATION

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M. López López_

Participant's Address: _Palacios Del Escorial 11-46_

Participant's Email Address: _iris.Aguada@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III._

By: _____
Signature

_Iris M. López López_
Print Name

_____
Title (if Participant is not an individual)

_8/20/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris M. López López
Palacios de Leferis'cif
11-41
Carolinee, PR. 00967

RECEIVED & FILED
2021 SEP 15 PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

MEMPHIS TN 380
27 AUG 2021 PM 3 L

To: Discovery Notice to the Cards
Clerks Office
United States District Court
Clerks office
150 Ave. Carlos Cherdon Ste. 150
San Juan, PR 00918



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Samuel Cruz Castillo_

Participant's Address: _Est. Maria Antonia K-619 Guanica P.B.00653_

Participant's Email Address: _scroz3781@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Samuel Cz Castillo_
    Signature

_Samuel Cruz Castillo_
Print Name

_____
Title (if Participant is not an individual)

_September – 10 -2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Samuel Cruz Castillo
Est. Maria Antonia K-019
Juana PR. 00653

RECEIVED & FILED
2021 SEP 15  PM 4:57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District court
Clerks office, 150 Ave
Carlos Chardon St. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _A Gustin  López Ortiz_____

Participant's Address: _Urb. sierra Linda GG-5 Calle 9___

Participant's Email Address: _R
Voelk9 @ gmail.com_____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _14052_____

Nature of Claim: _Employees Retirement system of the government
of the Commonwealth of Puerto Rico_

By: _____
Signature

_A Gustin López Ortiz_____
Print Name

_Retired_____
Title (if Participant is not an individual)

_27 Agosto 2021_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Agustín López Ortíz
Urb Sierra Linda, BG-5 calle 9
Bayamón P.R. 00957

RECEIVED & FILLED

U.S. District court, clerk
office 150 Ave Carlos Chardon Stes150
San Juan, P.R. 00918-1767



Case:17-03283-LTS   Doc#:18129-1   Filed:09/16/21   Entered:09/16/21 11:14:57   Desc:
Pro se Notices of Participation   Page 101 of 106

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:     _Aurea H. Rodriguez Cordero_

Participant's Address:   _115 Camino de los Flamboyanes Urb. Veredas_
                         _Gurabo, P.R. 00778_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _17BK 3283 - LTS_

Nature of Claim:     _Emploees Retirement System of P.R._

By: _Aurea H Rodriguez Cordero_
Signature

_Aurea H. Rodriguez Cordero_
Print Name

_____
Title (if Participant is not an individual)

_9/5/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea H. Rodríguez Cordero
Urb. Veredas
115 Camino de las Flamboyanes
Gurabo, PR 00778

RECEIVED & FILED
2021 SEP 15  PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918 - 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marlyn Rodriguez Acosta_

Participant's Address: _P.O. Box 561174 Guaycilla P.R 00656_

Participant's Email Address: _marlyn1010200@hotmail.com_

Name of Counsel: _O'Neill & Borges LLC_

Address of Counsel: _250 Munoz Rivera Ave-Suite 800 San Juan PR_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153162 ( 17 BK 3283 LTS )_

Nature of Claim: _PROMESA Title 111_

By: _Marlyn Rodriguez Acosta_
Signature

_Marlyn Rodriguez_
Print Name

_Promesa_
Title (if Participant is not an individual)

_8/19/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marlyn (Rodriguez Hugh
P.O. Box 5211 74
Guaynabo PR 00656

RECEIVED & FILED
2021 SEP 15  PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan PR 00918-1767

28 AUG 2021
MEMPHIS TN 380
28 AUG 2021. PM 1  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _María E. Aponte Rivera_

Participant's Address: _Mansiones de las Artes ave Calle Banks 117 Las Pedras PR 00771_

Participant's Email Address: _maria.aponte @ familia. pr.gov_

Name of Counsel: _LCDO. VICTOR M Bermúdez Perez_

Address of Counsel: _Urb.Villa Andalucía A-22 Calle Ronda San Juan PR 00 926_

Email Address of Counsel: _bermudez perez - law @ yahoo.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public employee claims_

By: x _María E Aponte Rivera_
      Signature

_María E. Aponte Rivera_
Print Name

_____
Title (if Participant is not an individual)

_30 - 8 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mónica Aponte Rivera
MANS IARETCSANOS
117 Calle Bambú
Las Piedras, P.R. 00771

RECEIVED & FILED
2021 SEP 15 PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
CLERK'S OFFICE
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

11 SEP
FOREVER / USA
FOREVER / USA