# EXHIBIT H

## Explanatory Notes

Paralegals have assisted in various matters to help minimize costs invoiced to the client. Managing Partner Alberto Estrella was requested to do specific work by the client, this he billed less than 15 hours for that work.