# INVOICE

EIN: 66-081-8961

**RITA**
Urb. Crown Hills
138 Winston Churchill, PMB 628
San Juan,  00926-6013
Puerto Rico

787-969-6676
info@ritapr.com

BILL TO
**Estrella LLC**
Margarita  Torres

787-977-5050
mtorres@estrellallc.com

| | |
|---|---|
| **Invoice Number:** | 6376 |
| **Invoice Date:** | November 30, 2020 |
| **Payment Due:** | December 30, 2020 |
| **Amount Due (USD):** | **$1,462.66** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Traducción**<br>Mun. de Quebradillas v. Corp. Salud Lares, 180 D.P.R. 1003 (2011)<br>Las Marias v Municipio San Juan | 9376 | $0.15 | $1,406.40 |

| | |
|---|---|
| **Subtotal:** | $1,406.40 |
| Sales Tax  4%: | $56.26 |
| **Total:** | $1,462.66 |
| **Amount Due (USD):** | **$1,462.66** |