**OGMA Language Studio**
PO Box 366764
San Juan, PR 00936
+1787 3083880
cbauza@ogmals.com




**BILL TO**
Olga Cabrera
Estrella LLC

## INVOICE 3N-123120-1

**DATE** 12/31/2020   **TERMS** Net 30

**DUE DATE** 01/30/2021

| DATE | ITEM | WORD COUNT | RATE | AMOUNT |
|---|---|---|---|---|
| 12/04/2021 | **Translation**<br>Carmen Silva v. San Jorge Chiropractic, PSC-Sentencia<br>(doc: Carmen Silva v. San Jorge Chiropractic-Sentencia.pdf) | 3,395 | 0.16 | 543.20 |
| 12/09/2021 | **Translation (Rush)**<br>Court-certified translation<br>Tactical Equipment Consultants, Inc.<br>(doc: Comptroller Certification - Tactical Equipment Consultants, Inc.pdf) | 799 | 0.25 | 199.75 |
| 12/11/2021 | **Translation**<br>Court-certified translation<br>Puma v. C-Fuels - MTA 055 - 150003061<br>(doc: Executed MTA dated June 9, 2015 (00212590xA0984).PDF) | 1,739 | 0.16 | 278.24 |

Preferred payment method: Direct Deposit
Checking Account | Banco Popular de PR
Acct. no. 030069424
Routing no. 021502011

**TOTAL DUE** **$1,021.19**