**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricardo Estrada Maisonet
267 Calle Sierra Morena
PMB 801
San Juan, PR 00926-5583

9590 9402 5309 9154 8441 27

2. Article Number (Transfer from service label)

7019 1120 0001 6794 3155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Maria f Manuel
C. Date of Delivery: 7-dic/2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053             Domestic Return Receipt



9590 9402 5309 9154 8441 27

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

ESTRELLA LLC
ATTORNEYS & COUNSELORS
DEC 09 2020
RECEIVED

Estrella, LLC | Attorneys & Counselors
PO Box 9023596
San Juan PR 00902

1600.09.227



**ESTRELLA** LLC
ATTORNEYS & COUNSELORS

PO Box 9023596
San Juan, Puerto Rico 00902



7019 1120 0001 6794 3148

$6.900
US POSTAGE
FIRST-CLASS
FROM 00901
DEC 03 2020
stamps
endicia

IA



ESTRELLA LLC
ATTORNEYS & COUNSELORS
DEC 07 2020
RECEIVED

RICARDO ESTRADA MAISONET
CALLE AMAZONA SUITE 6
PMB 136137
SAN JUAN PR 00926

OLD SAN JUAN STATION
DEC 07 2020

NIXIE    009    DE    1         05/20
        RETURN TO SENDER
      INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

IA
BC: 00902359896    *2183-09809-03-47

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricardo Estrada Maisonet
PMB 136137
Calle Amazona Suite 6
San Juan PR 00924

9590 9402 5309 9154 8442 33

2. Article Number (Transfer from service label)

7019 1120 0001 6794 3148

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricardo Estrada Maisonet
PO Box 190759
San Juan, PR 00919-0759

9590 9402 5309 9154 8441 34

2. Article Number *(Transfer from service label)*

7019 1120 0001 6794 3131

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Mxxxx
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
12-7-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

