UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17BK 3283-LTS |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY. | |
| Debtors, | |

MOCION INFORMATIVA,
SOLICITUD Y OPOSICION

Comparece Carmen E. Crespo Solano por derecho propio expone y solicita:

1. Que la documentación recibida por ustedes debe estar traducida en el idioma español, ya que este caso perjudica a la población del pueblo de Puerto Rico que su lenguaje principal es el español.

2. Me parece que el imponer una orden que afecta a los involucrados, deberían tener un entendimiento claro para poder tener una opinión justa y sin imposición de falta de entendimiento, ya que el contenido de la orden es en lenguaje legal y los términos no son entendibles, me parece un tanto discriminatorio.

2

Por todo lo cual solicito me envíen la información traducida en español, para tener el mismo derecho de los demás, inclusive que tienen la oportunidad de pagar honorarios de abogados y para poder contestar correctamente y que tome en consideración mi parte y análisis de mi parte.

Muchas gracias,

*Carmen E Crespo Solano*
Carmen E. Crespo Solano
153 Calle Lighthouse
Las Villas
Aguadilla, Puerto Rico 00603

Copia a:
    Laura Taylor Swain
    United States District Judge
    United States District Court
    150 Ave. Carlos Chardon Ste.150
    San Juan, P. R. 00918-1767

    Martin J. Benenstock
    Brian S. Rosen
    PROSKAUVER ROSE LLP
    Eleven Times Square
    New York, NY 10036

    Hermann D. Bauer
    USDC No. 215205
    O'NEILL & BORGES LLC
    250 Muñoz Rivera Ave. Suite 800
    San Juan, P. R. 00918-1813