Carmen E Crespo
153 Calle Lighthouse
Las Villas
Aguadilla, P.R. 00603

RECEIVED & FILED
2021 SEP 15 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Case:17-03283-LTS Doc#:18136-1 Filed:09/15/21 Entered:09/16/21 16:18:24 Desc Envelope Page 1 of 1

MEMPHIS TN 380
11 SEP 2021 PM 1 L

Laura Taylor Swain
United States District Judge
United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

