Villalongo
34 W. Cambria St
Phila PA 19133

RECEIVED & FILED
2021 SEP 15 PM 4:57
CLERK'S OFFICE
U.S. DIST. CT. COURT
SAN JUAN, P.R.

PHILADELPHIA PA 190
10 SEP 2021 PM 9 L

Clerks Office
United States District Court
Room 150 Federal Bldg
San Juan P.R. 00918

