September 8, 2021
Bridgeport, Ct 06606

Clerk's Office
United States District Court
Room 150 Chardon Avenue; Federal Building
San Juan, Puerto Rico 00918-1767

Ref: Claim # 63198

RECEIVED & FILED
2021 SEP 15 PM 4: 53

To Whom it may concern:

    For this month of September I have received a pamphlet in whose pages are identified as follows: "Three Hundred and Eighty - Third Omnibus Objection / Exhibit A - Claims to be Disallowed", and in whose pages listed of the 5 of 23, and under alphabetical order according to surnames: "ECHEVARRIA CORDOVES ANIBAL"; number 33; case number 17 BK 03283-LTS; Commonwealth of Puerto Rico; CLAIM # 63198, the word is detailed at the end: *"UNDETERMINED?*

    I worked for the government for the 70s within the sugar corporation, and I was deducted retirement benefits that I never got. The amount that had been put under claim was $5,000.00, and I have the impression that this tramitt want to eliminate such claims? While the politicians of the government of Puerto Rico, under the direction of the very misnamed "Junta Fizcal" make and undo with the funds they receive?

    I would like, if possible you could let me know that this matter would be.

    I accompany with this letter the pages where I and my wife who work as a teacher for the Department of Education in Puerto Rico are listed.

    I pray to God [that this chapter may be resolved and that these funds may be recovered in the best possible way.

I greatly thank you for your time and pray to God that you will be blessed in great health in the midst of this pandemic that is not ending. Thank you...

Best Regard

*[signature]*

Anibal Echevarria
397 Pond ST
Bridgeport, CT 06606
e-mail : cheva_777@yahoo.com