## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 62661 | RENTAS COSTAS, SONIA | Public Employee and Pension/Retiree Claims | $ - |
| 62687 | BENITEZ CASTRO, YOEL | Public Employee and Pension/Retiree Claims | $ 7,800.00 |
| 62715 | RIVERO MENDEZ, CAROLINA | Public Employee Claims | $ 12,000.00 |
| 62727 | CARMONA FIGUEROA, SONIA NOEMI | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 62754-1 | RIVERA RAMOS, JULIA E. | Pension/Retiree Claims | $ 100,467.15 |
| 62829 | ORTIZ MARCUCCI, ZAIDA | Public Employee and Pension/Retiree Claims | $ - |
| 62830 | GONZALEZ MORA, IRENE | Public Employee and Pension/Retiree Claims | $ 11,000.00 |
| 62870 | DEL VALLE, MARIA S | Public Employee and Pension/Retiree Claims | $ - |
| 62925 | GONZALEZ NARVAEZ, KEILYVETTE | Public Employee and Pension/Retiree Claims | $ - |
| 62929 | RODRIGUEZ MARTINEZ, ROSA E | Public Employee and Pension/Retiree Claims | $ - |
| 62931-1 | FUENTES ECHEVARRIA, ENID | Public Employee Claims | $ 3,000.00 |
| 62932 | DE LOS ANGELES SERRANO CANALES, MARIA | Public Employee and Pension/Retiree Claims | $ - |
| 62950 | RIVERA CRUZ, JORGE A | Public Employee and Pension/Retiree Claims | $ - |
| 63020-1 | JIMENEZ VALLE, BETZAIDA | Pension/Retiree Claims | $ 28,069.57 |
| 63030 | COLON OLIVERAS, LIZBETH | Public Employee and Pension/Retiree Claims | $ - |
| 63069 | BERRIOS RIVERA, AIXA | Union Grievance, Public Employee and Pension/Retiree Claims | $ 18,000.00 |
| 63109 | RODRIGUEZ RODRIGUEZ, YARISEL | Public Employee and Pension/Retiree Claims | $ 40,000.00 |
| 63113-1 | TORRES DIAZ, GRISEL MARIE | Public Employee and Pension/Retiree Claims | $ 28,092.29 |
| 63114 | CEPEDA PIZARRO, GABRIEL | Public Employee Claims | $ 10,000.00 |
| 63125 | FIGUEROA VILLALBA, TAIMI | Public Employee and Pension/Retiree Claims | $ 28,800.00 |
| 63146 | CRUZ GALARZA, MIRIAN | Union Grievance and Public Employee Claims | $ 51,371.00 |
| 63165 | COLON RENTAS, IRIS E | Public Employee and Pension/Retiree Claims | $ - |
| 63196 | BORRERO TEXIDOR, EDITH M. | Public Employee Claims | $ 8,400.00 |
| 63198-1 | ECHEVARRIA CORDOVES, ANIBAL | Pension/Retiree Claims | $ 5,000.00 |
| 63205 | ACEVEDO RAMOS, ALBA IRIS | Public Employee and Pension/Retiree Claims | $ 57,941.00 |
| 63206 | SANTIAGO, JACQUEINE AYALA | Public Employee and Pension/Retiree Claims | $ - |
| 63208 | MATIAS ROVIRA, MARIA | Union Grievance, Public Employee and Pension/Retiree Claims | $ - |
| 63211 | RIVERA CALIZ, RAMON E. | Public Employee and Pension/Retiree Claims | $ - |
| 63232 | RIOS PORTO, CARMEN IRADIS | Public Employee and Pension/Retiree Claims | $ - |
| 63253 | BURGOS FELICIANO, IRIS DELIA | Public Employee Claims | $ 15,000.00 |
| 63255-1 | SANCHEZ CARRASQUILLO, MARIANN | Union Grievance Claims | $ 50,000.00 |
| 63263 | CANCEL ROSA, VANGIOE | Union Grievance and Public Employee Claims | $ 16,800.00 |
| 63266 | RIVERA LÓPEZ, FRANCES M. | Public Employee Claims | $ 19,175.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 73865 | ALVAREZ ORTIZ, VIVIAN | Public Employee and Pension/Retiree Claims | $ 40,000.00 |
| 73891 | SARTORIUS STEDIM NORTH AMERICA, INC. | Tax Refunds | $ 16,462.00 |
| 73911 | DIAZ BONES, OLGA L | Public Employee and Pension/Retiree Claims | $ 2,700.00 |
| 73915 | DE JESUS GONZALEZ, EDGARDO A | Public Employee and Pension/Retiree Claims | $ 37,176.48 |
| 73961 | ALVARADO IRIZARRY, BETZAIDA | Public Employee and Pension/Retiree Claims | $ - |
| 73983 | COLON MEDINA, ELBA I. | Public Employee and Pension/Retiree Claims | $ - |
| 73997 | DIAZ BENITEZ, GILBERTO | Public Employee and Pension/Retiree Claims | $ - |
| 74000 | DIAZ BONES, OLGA L | Public Employee and Pension/Retiree Claims | $ 2,700.00 |
| 74033 | LABOY ACOSTA, MARTA I | Public Employee and Pension/Retiree Claims | $ 1,500.00 |
| 74049 | SANTOS JIMNEZ, ROSA HERMINIA | Public Employee and Pension/Retiree Claims | $ - |
| 74064 | VALENTIN MATIAS, ROSA | Public Employee and Pension/Retiree Claims | $ 71,809.81 |
| 74067 | FEBRES, SHARON S | Public Employee Claims | $ 9,000.00 |
| 74071 | BAJANDAS FIGUEROA, RAQUEL | Public Employee and Pension/Retiree Claims | $ - |
| 74080 | GINES AYUSO, SHAKIRA | Public Employee Claims | $ 6,000.00 |
| 74100 | BAEZ MORALES, ADA LILLIAN | Public Employee and Pension/Retiree Claims | $ - |
| 74133 | CRUZ LAMBOY, KARLA Y | Public Employee and Pension/Retiree Claims | $ 36,000.00 |
| 74147 | RIVERA NEGRON, ZULMA D. | Public Employee Claims | $ 20,000.00 |
| 74150 | LEON VELAZQUEZ, LIZ AURI | Public Employee and Pension/Retiree Claims | $ - |
| 74154 | GARCIA RIVERA, IVETTE | Public Employee and Pension/Retiree Claims | $ 65,000.00 |
| 74165 | DIAZ PEREZ, WANDA E | Public Employee and Pension/Retiree Claims | $ - |
| 74168 | RUIZ QUINTANA, IISA | Public Employee and Pension/Retiree Claims | $ 69,930.43 |
| 74176 | COLLAZO RIVERA, GLENDA L. | Public Employee Claims | $ 11,400.00 |
| 74177 | CARATINI BERMUDEZ, LEILA | Public Employee and Pension/Retiree Claims | $ 5,000.00 |
| 74209 | MARTINEZ RIVERA, JESSICA | Public Employee Claims | $ 4,800.00 |
| 74220 | VIZCARRONDO-GARCIA, ANA M. | Public Employee and Pension/Retiree Claims | $ - |
| 74239 | CANDELARIA GONZALEZ, LISSETTE | Public Employee and Pension/Retiree Claims | $ 22,800.00 |
| 74311 | VELEZ GONZALEZ, LIZBETH | Public Employee Claims | $ 14,400.00 |
| 74318 | AMADOR BEAUCHAMP, AURILUZ | Public Employee and Pension/Retiree Claims | $ 25,696.19 |
| 74341 | TORRES GONZALEZ, MARIA DE L. | Public Employee Claims | $ 18,607.50 |
| 74348 | PEREZ SEGARRA, GREGORIO | Public Employee Claims | $ 14,400.00 |
| 74349 | DIAZ BENITEZ, GILBERTO | Public Employee and Pension/Retiree Claims | $ - |
| 74381 | QUILES RAMOS, LOURDES | Public Employee and Pension/Retiree Claims | $ 3,000.00 |
| 74416 | REINA GARCIA, RITA M. | Public Employee and Pension/Retiree Claims | $ - |