387 Pond ST
Bridgeport, CT 06606
Ref: Claim # 63198



7020 0640 0002 2487 1221



RETURN RECEIPT REQUESTED





U.S. POSTAGE PAID
FCM LETTER
BRIDGEPORT, CT
06610
SEP 11, 21
AMOUNT
$7.58
R2304M112112-25



Clerk's Office
United States District Court
Room 150- Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918-1767