ELAINE LYNN IRREV TRUST
M, H, J LYNN & E JONISCH AS TTEES
7562 GRANVILLE DR APT 308
TAMARAC  FL 33321-8739

Attachment 1 to rebuttal of "Opposing the "Omnibus Objection"

Proof of Claim extracted from JPMorgan Monthly
account report from Elaine Lynn Irrev Trust report
Dated 9/30/18

See pages 10, 11, 12, 13, 14, 15, 17, 30, 31, 32



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

Note:  [1] This is the Annual Percentage Yield (APY) which is the rate earned if balances remain on deposit for a full year with compounding, there is no change in the interest rate and all interest
is left in the account.

\*\* Unrealized Gain/Loss is shown as "N/A" in cases where we do not have appropriate cost information for all tax lots comprising the position. Please contact your J.P. Morgan team for additional
information.

# Cash & Fixed Income Detail

| | Price | Quantity | Value | Adjusted Tax Cost<br>Original Cost | Unrealized<br>Gain/Loss | Est. Annual Income<br>Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | |
| **US DOLLAR JPM DEPOSIT SWEEP** | 1.00 | 2,305,448.25 | 2,305,448.25 | 2,305,448.25 | | 12,656.91<br>173.35 | 0.55 % [1] |
| | | | | | | | |
| **Short Term** | | | | | | | |
| **SAN ANTONIO TEXAS WATER REVENUE**<br>SAN ANTONIO WATER SYSTEM REF 5 1/4%<br>MAY 15 2034 DTD 01/15/2009<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 11/15/2018 @ 100<br>79642B-GZ-0 AA+ /AA1 | 100.41 | 40,000.00 | 40,164.80 | N/A \*\* | N/A | 2,100.00<br>793.32 | 1.84 % |
| **WI ST HSG & ECON DEV AUTH SER A**<br>1.600% 05/01/2019 DTD 12/21/2017<br>976904-H7-0 AA /AA3 | 99.76 | 25,000.00 | 24,939.50 | N/A \*\* | N/A | 400.00<br>166.65 | 2.02 % |

J.P.Morgan



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **Short Term** | | | | | | | |
| NY ST ENVRNMNTL FACS CORP ST CLEAN WTR & DRINKING WTR REVOLVING 3.000% FDS-NYC MUNI WTR FIN 06/15/2019 DTD 12/14/2017 64986D-EW-1 AAA /AAA | 100.83 | 10,000.00 | 10,082.60 | N/A ** | N/A | 300.00 88.33 | 1.81% |
| **Total Short Term** | | | $75,186.90 | $0.00 | $0.00 | $2,800.00 $1,048.30 | 1.90% |
| **US Fixed Income** | | | | | | | |
| ATLANTA GA WTR & WSTWTR REV PREREFUNDED-SER B 5.250% 11/01/2034 DTD 10/22/2009 PREREFUNDED 047870-PH-7 AA /AA2 | 103.53 | 30,000.00 | 31,059.60 | N/A ** | N/A | 1,575.00 656.25 | 1.94% |
| FL ST BRD OF EDU PUB E CAP OUTLAY 2010-SER B UNLTD TAX 5.000% 06/01/2031 DTD 01/27/2011 PAR CALL 06/01/2020 @ 100.000 34153P-YE-2 AAA /AAA | 104.93 | 20,000.00 | 20,986.60 | N/A ** | N/A | 1,000.00 333.32 | 1.97% |
| NEW YORK STATE DORMITORY AUTHORITY REVS NONST SUPPORTED DEBT MOUNT SINAI HOSP 4% A JUL 01 2020 DTD 06/10/2010 HELD BY DTC BOOK ENTRY ONLY 649905-R4-0 A- /A3 | 103.28 | 15,000.00 | 15,491.25 | N/A ** | N/A | 600.00 150.00 | 2.08% |
| PR ELEC PWR AUTH PWR REF-SER DDD 07/01/2020 DTD 10/14/2010 IN DEFAULT 74526Q-ZE-5 NA /CA | 65.00 | 15,000.00 | 9,750.00 | N/A ** | N/A | | 30.72% |



**ELAINE LYNN IRREV TRUST**
For the Period 9/1/18 to 9/30/18

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **COUNTY OF SUFFOLK NEW YORK** INDL DEV AGY CIVIC FAC REV REF DOWLING COLLEGE CIVIC FAC IN DEFAULT DEC 01 2020 DTD 06/01/1996 DTC B/E CALLABLE 07/11/2008 @ 101 864768-BD-7 NA /NR | 5.00 | 20,000.00 | 1,000.00 | N/A ** | N/A | 223.32 | 875.80 % |
| **COMMONWEALTH OF PUERTO RICO** REF PUB IMPT UNLIMITED TAX 5 1/2% A JUL 01 2021 DTD 10/25/2001 HELD BY DTC BOOK ENTRY ONLY 745145-ZC-9 NA /BAA | 105.52 | 20,000.00 | 21,103.40 | N/A ** | N/A | 1,100.00 275.00 | 3.38 % |
| **PA ST TPK COMMN TPK REV** PREREFDED-SUB-SER B 5.000% 12/01/2036 DTD 10/31/2011 PREREFUNDED 12/01/2021 @ 100 709224-F3-8 | 108.77 | 5,000.00 | 5,438.25 | N/A ** | N/A | 250.00 83.33 | 2.12 % |
| **PR ELEC PWR AUTH PWR REV REF-SER ZZ** 07/01/2023 DTD 05/05/2010 PAR CALL 07/01/2020 @ 100.000 IN DEFAULT 74526Q-WT-5 NA /CA | 65.00 | 50,000.00 | 32,500.00 | N/A ** | N/A | | 11.33 % |
| **PR CMWLTH** PUB IMPT UNLIMITED TAX  A JUL 01 2024 DTD 08/10/2006 HELD BY DTC BOOK ENTRY ONLY PAR CALL 07/01/2016 @ 100 IN DEFAULT 74514L-JY-4 NA /CA | 59.00 | 15,000.00 | 8,850.00 | N/A ** | N/A | | 12.08 % |

J.P.Morgan



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **PR COMWLTH AQUEDUCT & SWR AUTH REV**<br>SR LIEN A JUL 01 2024<br>DTD 03/18/2008<br>HELD BY DTC BOOK ENTRY ONLY<br>745160-PX-3 NR /CA | 96.63 | 15,000.00 | 14,493.75 | N/A ** | N/A | 918.75<br>229.68 | 6.84% |
| **STATE OF CALIFORNIA**<br>PUB IMPS UNLIMITED TAX 5 5/8%<br>APR 01 2025 DTD 04/01/2009<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 04/01/2019 @ 100<br>13063A-4Q-4 AA- /AA3 | 101.87 | 20,000.00 | 20,373.00 | N/A ** | N/A | 1,125.00<br>562.50 | 5.28% |
| **NY ST DORM AUTH REVS ST SUPPORTED**<br>DEBT REF CONS SVC CONTRACT 4% A<br>JUL 01 2025 DTD 09/24/2009<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 07/01/2019 @ 100<br>64983M-8T-8 AA /NR | 101.55 | 20,000.00 | 20,309.60 | N/A ** | N/A | 800.00<br>200.00 | 3.74% |
| **SUNSHINE ST GOVERNMENTAL FING COMMN**<br>FL REV MIAMI DADE CNTY PROG 5 1/8% A<br>SEP 01 2025 DTD 04/14/2011<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 09/01/2021 @ 100<br>867868-DX-6 AA /AA3 | 107.74 | 15,000.00 | 16,161.00 | N/A ** | N/A | 768.75<br>64.05 | 3.84% |
| **MET TRANSPRTN AUTH NY REV**<br>3.125% NOV 15 2025 DTD 09/28/2012<br>HELD BY DTC BOOK ENTRY<br>PAR CALL 11/15/2022 @ 100<br>59259Y-TF-6 A /A1 | 101.65 | 15,000.00 | 15,246.75 | N/A ** | N/A | 468.75<br>177.08 | 2.87% |

J.P.Morgan



ELAINE LYNN IRREV TRUST
For the Period 9/1/18 to 9/30/18

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **STATE OF CALIFORNIA**<br>VAR PURP UNLIMITED TAX 5%<br>MAR 01 2026 DTD 03/18/2010<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 03/01/2020 @ 100<br>13063B-EK-4 AA- /AA3 | 104.42 | 75,000.00 | 78,312.75 | N/A ** | N/A | 3,750.00<br>312.45 | 4.30% |
| **PUERTO RICO SALES TAX FINANCING**<br>CORP SALES TAX REV FIRST 5% A<br>AUG 01 2027 DTD 02/09/2010<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 02/01/2020 @100<br>74529J-KF-1 NA /CA | 49.00 | 20,000.00 | 9,800.00 | N/A ** | N/A | 1,000.00<br>166.66 | 15.96% |
| **PA ST 1ST SER**<br>UNLIMITED TAX 3.000% 06/15/2028<br>DTD 05/15/2014<br>PAR CALL 6/15/2024 @ 100<br>70914P-VT-6 A+ /AA3 | 97.69 | 15,000.00 | 14,652.90 | N/A ** | N/A | 450.00<br>132.50 | 3.28% |
| **PR COMWLTH**<br>REF PUB IMPT UNLIMITED TAX 5 3/8% C<br>JUL 01 2028 DTD 03/17/2011<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 07/01/2016 @ 100<br>74514L-XE-2 AA /A2 | 104.63 | 35,000.00 | 36,619.10 | N/A ** | N/A | 1,881.25<br>470.30 | 4.77% |
| **NY CITY NY MUNI WTR FIN AUTH REV**<br>REF-SER EE 3.200% 06/15/2029<br>DTD 11/20/2014<br>PAR CALL 6/15/2024 @ 100<br>64971G-KG-9 AA+ /AA1 | 100.78 | 20,000.00 | 20,155.40 | N/A ** | N/A | 640.00<br>188.44 | 3.11% |

J.P.Morgan



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **PR ELEC PWR AUTH PWR REV** 4.8% A JUL 01 2029 DTD 05/01/2012 HELD BY DTC BOOK ENTRY ONLY PAR CALL 7/1/2022 @ 100 74526Q-ZX-3 NA /CA | 65.00 | 15,000.00 | 9,750.00 | N/A ** | N/A | 720.00 180.00 | 10.24 % |
| **PORT AUTH OF NEW YORK & NEW JERSEY** NY CONS-ONE HUNDRED SIXTY-THIRD 4% JUL 15 2029 DTD 7/15/2010 HELD BY DTC BOOK ENTRY PAR CALL 7/15/2020 2 100 73358W-CJ-1 AA- /AA3 | 102.32 | 40,000.00 | 40,927.60 | N/A ** | N/A | 1,600.00 337.76 | 3.74 % |
| **MIAMI-DADE CNTY FL SOL WST SYS REV** REF 3.25% 10/01/2030 DTD 12/17/2015 PAR CALL 593339-AQ-7 AA- / | 98.92 | 25,000.00 | 24,730.25 | N/A ** | N/A | 812.50 406.25 | 3.36 % |
| **MET TRANSPRTN AUTH NY REV** 4% D NOV 15 2030 DTD 08/20/2012 HELD BY DTC BOOK ENTRY ONLY PAR CALL 11/15/2022 @ 100 59259Y-QQ-5 A /A1 | 103.22 | 15,000.00 | 15,482.70 | N/A ** | N/A | 600.00 226.67 | 3.67 % |
| **IL ST SER A** UNLIMITED TAX 4.000% 04/01/2031 DTD 04/10/2013 PAR CALL 04/01/2023 @ 100 452152-RQ-6 AA /A2 | 101.07 | 15,000.00 | 15,160.05 | N/A ** | N/A | 600.00 300.00 | 3.89 % |
| **NY CITY NY TRNSTIONALFIN AUTH BLDG** AID REV FISCAL 2015-SER S-2 3.500% 07/15/2031 DTD 06/25/2015 PAR CALL 07/15/2025 @ 100.000 64972H-WV-0 AA /AA2 | 101.14 | 25,000.00 | 25,285.75 | N/A ** | N/A | 875.00 184.70 | 3.39 % |

J.P.Morgan



**ELAINE LYNN IRREV TRUST**
For the Period 9/1/18 to 9/30/18

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **NY ST MTGE AGY HOMEOWNER NON AMT NON** ACE-SER 168 3.700% 10/01/2031 DTD 03/29/2012 PAR CALL 10/01/2021 @ 100.000 649883-RD-9 NA /AA1 | 100.65 | 15,000.00 | 15,097.35 | N/A ** | N/A | 555.00 277.50 | 3.64% |
| **NJ ST TRANSN TR FD AUTH** TRANSN SYS CAP APPREC REOF @ 26.791 TO YIELD 6.100% ZERO CPN A DEC 15 2031 DTD 01/14/2010 HELD BY DTC BOOK ENTRY ONLY 646136-XJ-5 BBB /BAA | 55.79 | 60,000.00 | 33,471.00 | N/A ** | N/A | | 4.47% |
| **CITY OF DETROIT MICHIGAN SCHOOL** DIST REF SCH BLDG & SITE IMPT UNLIMITED TAX 5 1/4% A MAY 01 2032 DTD 08/17/2005 FSA INSURED HELD BY DTC BOOK ENTRY ONLY 251129-Z4-7 AA /AA1 | 118.63 | 10,000.00 | 11,863.40 | N/A ** | N/A | 525.00 218.75 | 3.51% |
| **CA ST REF-VARIOUS PURPOSE** UNLTD TAX 4.000% 02/01/2033 DTD 03/27/2013 PAR CALL 02/01/2023 @ 100.000 13063B-T4-4 AA- /AA3 | 104.03 | 15,000.00 | 15,604.35 | N/A ** | N/A | 600.00 99.99 | 3.64% |
| **PR COMWLTH PUBLIC IMPS UNLIMITED TAX** 07/01/2033 DTD 09/18/2008 HELD BY DTC BOOK ENTRY ONLY PAR CALL 07/01/2018 @ 100 IN DEFAULT 74514L-VM-6 NA /CA | 59.00 | 20,000.00 | 11,800.00 | N/A ** | N/A | | 4.71% |

**J.P.Morgan**



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **NY CITY NY MUNI WTR FINAUTH WTR &** SWR SYS REV 3.375% EE JUN 15 2034 DTD 03/19/2012 HELD BY DTC BOOK ENTRY ONLY PAR CALL 6/15/2022 @ 100 64972F-5P-7 AA+ /AA1 | 97.32 | 10,000.00 | 9,731.50 | N/A ** | N/A | 337.50 99.37 | 3.60% |
| **ATLANTA GA WTR & WSTWTR REV** UNREFUNDED-SER B 5.250% 11/01/2034 DTD 10/22/2009 PAR CALL 11/01/2019 @ 100.000 047870-PQ-7 AA /AA2 | 103.22 | 10,000.00 | 10,321.60 | N/A ** | N/A | 525.00 218.75 | 4.96% |
| **NY ST HSG FIN AGY REVENU AFFORDABLE** HSG-SER B 3.950% 11/01/2034 DTD 06/26/2014 PAR CALL 05/01/2023 @ 100.000 64986U-P3-5 NA /AA2 | 101.80 | 30,000.00 | 30,540.60 | N/A ** | N/A | 1,185.00 493.74 | 3.80% |
| **MET TRANSPRTN AUTH NY REV SER C** 4.000% 11/15/2034 DTD 06/26/2014 PAR CALL 11/15/2024 @ 100 59259Y-2E-8 A /A1 | 103.06 | 20,000.00 | 20,612.60 | N/A ** | N/A | 800.00 302.22 | 3.74% |
| **NY CITY NY TRNSTIONALFIN AUTH REV** SUB-FUTURE TAX SECD-FISCAL 4.000% 02/01/2035 DTD 04/29/2014 PAR CALL 2/1/2024 @ 100 64971W-EJ-5 AAA /AA1 | 102.85 | 10,000.00 | 10,285.00 | N/A ** | N/A | 400.00 66.66 | 3.76% |
| **PA ST TPK COMMN TPK REV** UNREFDED-SUB-SER B 5.000% 12/01/2036 DTD 10/31/2011 PAR CALL 12/01/2021 @ 100 709224-F5-3 A /A3 | 106.49 | 25,000.00 | 26,622.00 | N/A ** | N/A | 1,250.00 416.65 | 4.47% |

**J.P.Morgan**



**ELAINE LYNN IRREV TRUST**
For the Period 9/1/18 to 9/30/18

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **AL ST INCENTIVES FING AUT SER A** 5.000% 09/01/2037 DTD 10/23/2012 PAR CALL 09/01/2022 @ 100.000 01030L-CL-7 A /AA3 | 106.84 | 25,000.00 | 26,709.00 | N/A ** | N/A | 1,250.00 104.15 | 4.46% |
| **IL ST** UNLTD TAX 4.000% 01/01/2038 DTD 01/26/2016 PAR CALL 01/01/2026 @ 100.000 452152-B7-5 AA /A2 | 98.94 | 15,000.00 | 14,840.25 | N/A ** | N/A | 600.00 150.00 | 4.08% |
| **JEA FL ELEC SYS REV** C 4% 10/01/2038 DTD 05/16/2013 PAR CALL 46613C-4B-8 A+ /AA3 | 100.12 | 10,000.00 | 10,012.40 | N/A ** | N/A | 400.00 200.00 | 3.99% |
| **NY CITY NY HSG DEV CORPMF HSG REV** SER E-1-A 4.900% 11/01/2038 DTD 12/19/2013 PAR CALL 11/01/2022 @ 100 64972B-4D-4 AA+ /AA2 | 104.58 | 30,000.00 | 31,374.30 | N/A ** | N/A | 1,470.00 612.48 | 4.55% |
| **PR SALES TAX FING CORP SALES TAX REV** C 08/01/2039 DTD 12/13/2011 HELD BY DTC BOOK ENTRY ONLY PAR CALL 8/01/2021 @ 100 IN DEFAULT 74529J-NW-1 NA /CA | 84.00 | 20,000.00 | 16,800.00 | N/A ** | N/A | | 0.91% |
| **MET TRANSPRTN AUTH NY REV GREEN** BDS-SER A1 3.500% 11/15/2041 DTD 02/25/2016 PAR CALL 5/15/2026 @ 100 59261A-CR-6 A /A1 | 94.23 | 10,000.00 | 9,423.10 | N/A ** | N/A | 350.00 132.22 | 3.88% |

**J.P.Morgan**



ELAINE LYNN IRREV TRUST
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **NJ ST TURNPIKE AUTH** <br> A 4% JAN 01 2043 <br> DTD 04/04/2013 <br> HELD BY B/E ONLY <br> PAR CALL 07/01/2022 @ 100 <br> 646139-3P-8 A+ /A2 | 101.28 | 15,000.00 | 15,192.15 | N/A ** | N/A | 600.00 <br> 150.00 | 3.92% |
| **MET TRANSPRTN AUTH NY REV** <br> TRANSPTRN-SER E 5.000% 11/15/2043 <br> DTD 11/15/2013 <br> PAR CALL 11/15/2023 @ 100 <br> 59259Y-M7-1 A /A1 | 107.90 | 25,000.00 | 26,973.75 | N/A ** | N/A | 1,250.00 <br> 472.20 | 4.47% |
| **LYNCHBURG VA REF-PUBLIC IMPT** <br> UNLTD TAX 4.000% 06/01/2044 <br> DTD 07/10/2014 <br> PAR CALL 06/01/2024 @ 100.000 <br> 551239-6G-6 AA+ /AA2 | 102.39 | 20,000.00 | 20,478.00 | N/A ** | N/A | 800.00 <br> 266.66 | 3.85% |
| **Total US Fixed Income** | | | $891,392.05 | $0.00 | $0.00 | $34,432.50 <br> $10,141.60 | 5.65% |



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

Notes:   * Transaction Market Value is representative of the prior trading day's market value. This is for informational purposes only and is not to be used for any financial or tax
purposes. The Transaction Market Value shown is in USD.

| Settle Date | Type<br>Selection Method | Description | Quantity<br>Cost | Transaction<br>Market Value * |
|---|---|---|---|---|
| **Securities Transferred In** | | | | |
| 9/27 | Receipt of Assets | NY ST MTGE AGY HOMEOWNER NON AMT NON ACE-SER 168 3.700% 10/01/2031 DTD 03/29/2012 PAR CALL 10/01/2021 @ 100.000 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 649883-RD-9) | 15,000.000<br>0.00 | 15,088.95 |
| 9/27 | Receipt of Assets | NEW YORK STATE DORMITORY AUTHORITY REVS NONST SUPPORTED DEBT MOUNT SINAI HOSP 4% A JUL 01 2020 DTD 06/10/2010 HELD BY DTC BOOK ENTRY ONLY TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 649905-R4-0) | 15,000.000<br>0.00 | 15,492.00 |
| 9/27 | Receipt of Assets | PA ST 1ST SER UNLIMITED TAX 3.000% 06/15/2028 DTD 05/15/2014 PAR CALL 6/15/2024 @ 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 70914P-VT-6) | 15,000.000<br>0.00 | 14,628.45 |
| 9/27 | Receipt of Assets | PA ST TPK COMMN TPK REV PREREFDED-SUB-SER B 5.000% 12/01/2036 DTD 10/31/2011 PREREFUNDED 12/01/2021 @ 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 709224-F3-8) | 5,000.000<br>0.00 | 5,437.05 |
| 9/27 | Receipt of Assets | PA ST TPK COMMN TPK REV UNREFDED-SUB-SER B 5.000% 12/01/2036 DTD 10/31/2011 PAR CALL 12/01/2021 @ 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 709224-F5-3) | 25,000.000<br>0.00 | 26,615.50 |

# J.P.Morgan



**ELAINE LYNN IRREV TRUST**
For the Period 9/1/18 to 9/30/18

Notes: * Transaction Market Value is representative of the prior trading day's market value. This is for informational purposes only and is not to be used for any financial or tax
purposes. The Transaction Market Value shown is in USD.

| Settle Date | Type Selection Method | Description | Quantity Cost | Transaction Market Value * |
|---|---|---|---|---|
| **Securities Transferred In** | | | | |
| 9/27 | Receipt of Assets | PORT AUTH OF NEW YORK & NEW JERSEY NY CONS-ONE HUNDRED SIXTY-THIRD 4% JUL 15 2029 DTD 7/15/2010 HELD BY DTC BOOK ENTRY PAR CALL 7/15/2020 2 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 73358W-CJ-1) | 40,000.000 0.00 | 40,929.20 |
| 9/27 | Receipt of Assets | PR CMWLTH PUB IMPT UNLIMITED TAX A JUL 01 2024 DTD 08/10/2006 HELD BY DTC BOOK ENTRY ONLY PAR CALL 07/01/2016 @ 100 IN DEFAULT TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74514L-JY-4) | 15,000.000 0.00 | 8,850.00 |
| 9/27 | Receipt of Assets | PR COMWLTH PUBLIC IMPS UNLIMITED TAX 07/01/2033 DTD 09/18/2008 HELD BY DTC BOOK ENTRY ONLY PAR CALL 07/01/2018 @ 100 IN DEFAULT TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74514L-VM-6) | 20,000.000 0.00 | 11,800.00 |
| 9/27 | Receipt of Assets | PR COMWLTH REF PUB IMPT UNLIMITED TAX 5 3/8% C JUL 01 2028 DTD 03/17/2011 HELD BY DTC BOOK ENTRY ONLY PAR CALL 07/01/2016 @ 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74514L-XE-2) | 35,000.000 0.00 | 36,622.60 |

J.P.Morgan



**ELAINE LYNN IRREV TRUST**
For the Period 9/1/18 to 9/30/18

Notes: * Transaction Market Value is representative of the prior trading day's market value. This is for informational purposes only and is not to be used for any financial or tax purposes. The Transaction Market Value shown is in USD.

| Settle Date | Type Selection Method | Description | Quantity Cost | Transaction Market Value * |
|---|---|---|---|---|
| **Securities Transferred In** | | | | |
| 9/27 | Receipt of Assets | COMMONWEALTH OF PUERTO RICO REF PUB IMPT UNLIMITED TAX 5 1/2% A JUL 01 2021 DTD 10/25/2001 HELD BY DTC BOOK ENTRY ONLY TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 745145-ZC-9) | 20,000.000 0.00 | 21,104.40 |
| 9/27 | Receipt of Assets | PR COMWLTH AQUEDUCT & SWR AUTH REV SR LIEN A JUL 01 2024 DTD 03/18/2008 HELD BY DTC BOOK ENTRY ONLY TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 745160-PX-3) | 15,000.000 0.00 | 14,512.50 |
| 9/27 | Receipt of Assets | PR ELEC PWR AUTH PWR REV REF-SER ZZ 07/01/2023 DTD 05/05/2010 PAR CALL 07/01/2020 @ 100.000 IN DEFAULT TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74526Q-WT-5) | 50,000.000 0.00 | 32,812.50 |
| 9/27 | Receipt of Assets | PR ELEC PWR AUTH PWR REF-SER DDD 07/01/2020 DTD 10/14/2010 IN DEFAULT TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74526Q-ZE-5) | 15,000.000 0.00 | 9,843.75 |
| 9/27 | Receipt of Assets | PR ELEC PWR AUTH PWR REV 4.8% A JUL 01 2029 DTD 05/01/2012 HELD BY DTC BOOK ENTRY ONLY PAR CALL 7/1/2022 @ 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74526Q-ZX-3) | 15,000.000 0.00 | 9,843.75 |

J.P.Morgan



**ELAINE LYNN IRREV TRUST**
**For the Period 9/1/18 to 9/30/18**

Notes:   * Transaction Market Value is representative of the prior trading day's market value. This is for informational purposes only and is not to be used for any financial or tax
purposes. The Transaction Market Value shown is in USD.

| Settle Date | Type Selection Method | Description | Quantity Cost | Transaction Market Value * |
|---|---|---|---|---|
| **Securities Transferred In** | | | | |
| 9/27 | Receipt of Assets | PUERTO RICO SALES TAX FINANCING CORP SALES TAX REV FIRST 5% A AUG 01 2027 DTD 02/09/2010 HELD BY DTC BOOK ENTRY ONLY PAR CALL 02/01/2020 @100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74529J-KF-1) | 20,000.000 0.00 | 9,850.00 |
| 9/27 | Receipt of Assets | PR SALES TAX FING CORP SALES TAX REV C 08/01/2039 DTD 12/13/2011 HELD BY DTC BOOK ENTRY ONLY PAR CALL 8/01/2021 @ 100 IN DEFAULT TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 74529J-NW-1) | 20,000.000 0.00 | 16,800.00 |
| 9/27 | Receipt of Assets | ROYAL BANK SCOTLAND GRP PLC PREF 6.6% SER S TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 780097-73-9) | 1,000.000 0.00 | 25,420.00 |
| 9/27 | Receipt of Assets | SAN ANTONIO TEXAS WATER REVENUE SAN ANTONIO WATER SYSTEM REF 5 1/4% MAY 15 2034 DTD 01/15/2009 HELD BY DTC BOOK ENTRY ONLY PAR CALL 11/15/2018 @ 100 TRANSFER FROM JPMORGAN CHASE BANK, NATIONAL ASSOCIATION J.P. MORGAN SECURITIES LLC/JPMC TRADE DATE 09/26/18 (ID: 79642B-GZ-0) | 40,000.000 0.00 | 40,168.40 |

J.P.Morgan

JEFFREY LYNN
3 CEDARFIELD TER
SAINT JAMES NY 11780-1522

Melvin Lynn
7562 Granville Dr
Tamarac FL 33321

Attachment 2 to rebuttal of oposing The "Omnibus Objection"
Proof of Claim extracted from JPMorgan monthly
account report from Melvin Lynn Revocable Trust dated 9/30/18



**M LYNN REV TR**
**For the Period 9/1/18 to 9/30/18**

Note:    **P** indicates position adjusted for Pending Trade Activity.

## Cash & Fixed Income Detail

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **Short Term** | | | | | | | |
| **P  IL ST SER A-AGM-CR**<br>UNLIMITED TAX 4.750% 09/01/2026<br>DTD 09/23/2009<br>PAR CALL 09/01/2018 @ 100<br>452152-HM-6 AA /A2 | 100.03 | 15,000.00 | 15,003.75 | 0.00 | 15,003.75 | 712.50 | 2.44% |
| **P  NY ST DORM AUTH ST PERSO**<br>PREREFDED-2017-SER A 5.000%<br>02/15/2034 DTD 07/01/2009<br>PREREFUNDED  @ 100<br>64990F-BU-7 NA /NR | 101.17 | 30,000.00 | 30,351.00 | 0.00 | 30,351.00 | 1,500.00 | 1.82% |
| **P  WI ST HSG & ECON DEV AUTH SER A**<br>1.600% 05/01/2019 DTD 12/21/2017<br>976904-H7-0 AA /AA3 | 99.76 | 25,000.00 | 24,939.50 | 0.00 | 24,939.50 | 400.00 | 2.02% |
| **P  NY ST ENVRNMNTL FACS CORP ST CLEAN**<br>WTR & DRINKING WTR REVOLVING 3.000%<br>FDS-NYC MUNI WTR FIN 06/15/2019<br>DTD 12/14/2017<br>64986D-EW-1 AAA /AAA | 100.83 | 10,000.00 | 10,082.60 | 0.00 | 10,082.60 | 300.00 | 1.81% |
| **Total Short Term** | | | $80,376.85 | $0.00 | $80,376.85 | $2,912.50 | 2.00% |

J.P.Morgan



**M LYNN REV TR**
For the Period 9/1/18 to 9/30/18

| | | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | | |
| P | **PR CMWLTH** UNLIMITED TAX JUL 01 2018 DTD 10/16/2007 HELD BY DTC BOOK ENTRY ONLY IN DEFAULT 74514L-NC-7 NA /NR | 59.00 | 20,000.00 | 11,800.00 | 0.00 | 11,800.00 | | |
| P | **ATLANTA GA WTR & WSTWTR REV** 6.25% A NOV 01 2039 DTD 06/25/2009 HELD BY DTC BOOK ENTRYONLY PAR CALL 11/1/2019 @ 100 047870-KL-3 AA- /AA2 | 104.60 | 15,000.00 | 15,689.40 | 0.00 | 15,689.40 | 937.50 | 1.94% |
| P | **FL ST HSG FINCORP REVENU HOMEOWNER** MTG-SER A-1 4.000% 01/01/2020 DTD 01/12/2010 PAR CALL 07/01/2019 @ 100.000 34074M-CK-5 NA /AAA | 100.77 | 20,000.00 | 20,154.60 | 0.00 | 20,154.60 | 800.00 | 3.36% |
| P | **FL ST BRD OF EDU PUB E CAP OUTLAY** 2010-SER B UNLTD TAX 5.000% 06/01/2031 DTD 01/27/2011 PAR CALL 06/01/2020 @ 100.000 34153P-YE-2 AAA /AAA | 104.93 | 20,000.00 | 20,986.60 | 0.00 | 20,986.60 | 1,000.00 | 1.97% |
| P | **NEW YORK STATE DORMITORY AUTHORITY** REVS NONST SUPPORTED DEBT MOUNT SINAI HOSP 4% A JUL 01 2020 DTD 06/10/2010 HELD BY DTC BOOK ENTRY ONLY 649905-R4-0 A- /A3 | 103.28 | 15,000.00 | 15,491.25 | 0.00 | 15,491.25 | 600.00 | 2.08% |
| P | **PR ELEC PWR AUTH PWR REF-SER DDD** 07/01/2020 DTD 10/14/2010 IN DEFAULT 74526Q-ZE-5 NA /CA | 65.00 | 15,000.00 | 9,750.00 | 0.00 | 9,750.00 | | 30.72% |

**J.P.Morgan**



**M LYNN REV TR**
For the Period 9/1/18 to 9/30/18

| | Price | Quantity | Value | Adjusted Tax Cost<br>Original Cost | Unrealized<br>Gain/Loss | Est. Annual Income<br>Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| P NY CITY NY TRANSITIONAL FIN AUTH REV<br>MULTI-MODAL BONDS-SUB-SUBSERIE 4.0%<br>08/01/2020 DTD 09/25/2018<br>64971X-GS-1 AAA /AA1 | 103.61 | 75,000.00 | 77,709.00 | 0.00 | 77,709.00 | 3,000.00 | 1.98% |
| P COUNTY OF SUFFOLK NEW YORK<br>INDL DEV AGY CIVIC FAC REV REF<br>DOWLING COLLEGE CIVIC FAC IN DEFAULT<br>DEC 01 2020 DTD 06/01/1996 DTC B/E<br>CALLABLE 07/11/2008 @ 101<br>864768-BD-7 NA /NR | 5.00 | 10,000.00 | 500.00 | 0.00 | 500.00 | | 875.80% |
| P CABLEVISION SYSTEMS CORP<br>5.875% SEP 15 2022<br>DTD 09/27/2012<br>12686C-BB-4 B- /B3 | 101.94 | 15,000.00 | 15,290.55 | 0.00 | 15,290.55 | 881.25 | 5.32% |
| P HARRIS CNTY TX MUNI UTIL DI<br>CONTRACT-WTR SWR & DRAIN FACS UNLTD<br>TAX 5.700% 12/01/2022 DTD 12/01/2010<br>PAR CALL 12/01/2020 @ 100.000<br>41422H-AK-2 NA /NR | 104.34 | 30,000.00 | 31,301.40 | 0.00 | 31,301.40 | 1,710.00 | 4.54% |
| P PR ELEC PWR AUTH PWR REV REF-SER ZZ<br>07/01/2023 DTD 05/05/2010<br>PAR CALL 07/01/2020 @ 100.000<br>IN DEFAULT<br>74526Q-WT-5 NA /CA | 65.00 | 25,000.00 | 16,250.00 | 0.00 | 16,250.00 | | 11.33% |
| P PR CMWLTH<br>PUB IMPT UNLIMITED TAX A<br>JUL 01 2024 DTD 08/10/2006<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 07/01/2016 @ 100 IN DEFAULT<br>74514L-JY-4 NA /CA | 59.00 | 15,000.00 | 8,850.00 | 0.00 | 8,850.00 | | 12.08% |

J.P.Morgan



**M LYNN REV TR**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **P  MET TRANSPRTN AUTH NY REV** <br> 3.125% NOV 15 2025 DTD 09/28/2012 <br> HELD BY DTC BOOK ENTRY <br> PAR CALL 11/15/2022 @ 100 <br> 59259Y-TF-6 A /A1 | 101.65 | 15,000.00 | 15,246.75 | 0.00 | 15,246.75 | 468.75 | 2.87% |
| **P  STATE OF CALIFORNIA** <br> VAR PURP UNLIMITED TAX 5% <br> MAR 01 2026 DTD 03/18/2010 <br> HELD BY DTC BOOK ENTRY ONLY <br> PAR CALL 03/01/2020 @ 100 <br> 13063B-EK-4 AA- /AA3 | 104.42 | 50,000.00 | 52,208.50 | 0.00 | 52,208.50 | 2,500.00 | 4.30% |
| **P  PROVIDENCE RI PUB BLDGS AUTH REV** <br> VARIOUS CAP PROJ 5 7/8% A <br> JUN 15 2026 DTD 04/28/2011 <br> HELD BY DTC BOOK ENTRY ONLY <br> PAR CALL 06/15/2021 @ 100 <br> 74381M-AG-0 AA /A2 | 108.25 | 10,000.00 | 10,824.50 | 0.00 | 10,824.50 | 587.50 | 4.59% |
| **P  ROCHESTER NY SER B** <br> UNLTD TAX 5.000% 02/15/2027 <br> DTD 02/15/2001 <br> 771690-3W-2 AA- /AA3 | 119.39 | 5,000.00 | 5,969.60 | 0.00 | 5,969.60 | 250.00 | 2.43% |
| **P  PR PUB BLDGS AUTH REV GTD UNREFDED** <br> BAL-GOVT FACS-SER <br> 07/01/2027 DTD 01/30/2002 <br> PAR CALL 12/09/2013 @ 100 <br> IN DEFAULT <br> 745235-VX-6 NA /CA | 60.00 | 5,000.00 | 3,000.00 | 0.00 | 3,000.00 | | 7.62% |

J.P.Morgan



**M LYNN REV TR**
**For the Period 9/1/18 to 9/30/18**

| | | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | | |
| P | **PUERTO RICO SALES TAX FINANCING**<br>CORP SALES TAX REV FIRST 5% A<br>AUG 01 2027 DTD 02/09/2010<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 02/01/2020 @100<br>74529J-KF-1 NA /CA | 49.00 | 20,000.00 | 9,800.00 | 0.00 | 9,800.00 | 1,000.00 | 15.96% |
| P | **PA ST 1ST SER**<br>UNLIMITED TAX 3.000% 06/15/2028<br>DTD 05/15/2014<br>PAR CALL 6/15/2024 @ 100<br>70914P-VT-6 A+ /AA3 | 97.69 | 15,000.00 | 14,652.90 | 0.00 | 14,652.90 | 450.00 | 3.28% |
| P | **PR CMWLTH UNREF BAL-07-PUB IMPT-NATL**<br>IBC UNLTD TAX 5.000% 07/01/2028<br>DTD 12/01/1998<br>PAR CALL 11/17/2014 @ 100.000<br>74514L-RG-4 NA /NR | 100.11 | 10,000.00 | 10,010.60 | 0.00 | 10,010.60 | 500.00 | 4.99% |
| P | **PR COMWLTH**<br>REF PUB IMPT UNLIMITED TAX 5 3/8% C<br>JUL 01 2028 DTD 03/17/2011<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 07/01/2016 @ 100<br>74514L-XE-2 AA /A2 | 104.63 | 15,000.00 | 15,693.90 | 0.00 | 15,693.90 | 806.25 | 4.77% |
| P | **FRST HILLS TX MUNI UTIL D WTRWKS &**<br>SWR SYS UNLTD TAX 4.800% 09/01/2028<br>DTD 11/01/2010<br>PAR CALL 09/01/2017 @ 100.000<br>345757-CL-0 NA /NR | 100.09 | 15,000.00 | 15,013.05 | 0.00 | 15,013.05 | 720.00 | 4.79% |

J.P.Morgan



**M LYNN REV TR**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **P  PR ELEC PWR AUTH PWR REV**<br>4.8% A JUL 01 2029<br>DTD 05/01/2012<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 7/1/2022 @ 100<br>74526Q-ZX-3 NA /CA | 65.00 | 15,000.00 | 9,750.00 | 0.00 | 9,750.00 | 720.00 | 10.24% |
| **P  PORT AUTH OF NEW YORK & NEW JERSEY**<br>NY CONS-ONE HUNDRED SIXTY-THIRD<br>4% JUL 15 2029 DTD 7/15/2010<br>HELD BY DTC BOOK ENTRY<br>PAR CALL 7/15/2020 2 100<br>73358W-CJ-1 AA- /AA3 | 102.32 | 40,000.00 | 40,927.60 | 0.00 | 40,927.60 | 1,600.00 | 3.74% |
| **P  MET TRANSPRTN AUTH NY REV**<br>4% D NOV 15 2030 DTD 08/20/2012<br>HELD BY DTC BOOK ENTRY ONLY<br>PAR CALL 11/15/2022 @ 100<br>59259Y-QQ-5 A /A1 | 103.22 | 25,000.00 | 25,804.50 | 0.00 | 25,804.50 | 1,000.00 | 3.67% |
| **P  IL ST SER A**<br>UNLIMITED TAX 4.000% 04/01/2031<br>DTD 04/10/2013<br>PAR CALL 04/01/2023 @ 100<br>452152-RQ-6 AA /A2 | 101.07 | 15,000.00 | 15,160.05 | 0.00 | 15,160.05 | 600.00 | 3.89% |
| **P  NY CITY NY TRNSTIONALFIN AUTH BLDG**<br>AID REV FISCAL 2015-SER S-2 3.500%<br>07/15/2031 DTD 06/25/2015<br>PAR CALL 07/15/2025 @ 100.000<br>64972H-WV-0 AA /AA2 | 101.14 | 25,000.00 | 25,285.75 | 0.00 | 25,285.75 | 875.00 | 3.39% |

J.P.Morgan



**M LYNN REV TR**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| **P PR SALES TAX FING CORP SALES TAX REV** C 08/01/2039 DTD 12/13/2011 HELD BY DTC BOOK ENTRY ONLY PAR CALL 8/01/2021 @ 100 IN DEFAULT 74529J-NW-1 NA /CA | 84.00 | 20,000.00 | 16,800.00 | 0.00 | 16,800.00 | | 0.91% |
| **P MET TRANSPRTN AUTH NY REV GREEN** BDS-SER A1 3.500% 11/15/2041 DTD 02/25/2016 PAR CALL 5/15/2026 @ 100 59261A-CR-6 A /A1 | 94.23 | 10,000.00 | 9,423.10 | 0.00 | 9,423.10 | 350.00 | 3.88% |
| **P PORT AUTH OF NY & NJ NY SPL OBLG** 6% DEC 01 2042 DTD 12/09/2010 HELD BY DTC BOOK ENTRY PAR CALL 12/1/2020 @ 100 73358E-EM-2 AA /NR | 107.32 | 15,000.00 | 16,098.60 | 0.00 | 16,098.60 | 900.00 | 5.45% |
| **P NJ ST TURNPIKE AUTH** A 4% JAN 01 2043 DTD 04/04/2013 HELD BY B/E ONLY PAR CALL 07/01/2022 @ 100 646139-3P-8 A+ /A2 | 101.28 | 15,000.00 | 15,192.15 | 0.00 | 15,192.15 | 600.00 | 3.92% |
| **P MET TRANSPRTN AUTH NY REV** TRANSPTRN-SER E 5.000% 11/15/2043 DTD 11/15/2013 PAR CALL 11/15/2023 @ 100 59259Y-M7-1 A /A1 | 107.90 | 25,000.00 | 26,973.75 | 0.00 | 26,973.75 | 1,250.00 | 4.47% |

# J.P.Morgan



**M LYNN REV TR**
**For the Period 9/1/18 to 9/30/18**

| | Price | Quantity | Value | Adjusted Tax Cost / Original Cost | Unrealized Gain/Loss | Est. Annual Income / Accrued Interest | Yield |
|---|---|---|---|---|---|---|---|
| **US Fixed Income** | | | | | | | |
| P **LYNCHBURG VA REF-PUBLIC IMPT** UNLTD TAX 4.000% 06/01/2044 DTD 07/10/2014 PAR CALL 06/01/2024 @ 100.000 551239-6G-6 AA+ /AA2 | 102.39 | 20,000.00 | 20,478.00 | 0.00 | 20,478.00 | 800.00 | 3.85% |
| **Total US Fixed Income** | | | $792,161.55 | $0.00 | $792,161.55 | $32,243.75 | 4.97% |

J.P.Morgan