




**PRIORITY MAIL 3-DAY®**

US POSTAGE PAID
$7.95
Origin: 33351
09/10/21
1130630275-28

0 Lb 4.20 Oz
1004

EXPECTED DELIVERY DAY: 09/14/21

SHIP TO: ROOM #150
San Juan PR 00918

USPS TRACKING® #

9505 5100 2581 1253 9728 93

FROM:
Melvin Lynn
7562 Granville Drive
Tamarac, FL 33321

TO:
Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
~~00918-1767~~  Room# 150
00918-1767
Av. Carlos E. Chardon
San Juan, 00918, PR

FLAT RATE ENV
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSU


PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP