IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO.

    As representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDING AUHTORITY

    Debtors.

PROMESA
TITLE III

No. 17 BK 3283-LTS

(Jointly Administered)

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 SEP 16 PM4:54

_____

## MOTION FOR DELETION FROM ALL MAILING LISTS

**TO THE HONORABLE COURT**

**COMES NOW, CARMEN I. JIMENEZ FERRER,** by herself, and very respectfully,
**ALLEGES, STATES** and **PRAYS:**

    1. That I am a senior citizen of, and live in Puerto Rico.  My mailing address is the one
listed below.  You will note that it is a USPS box, a small one at that.

    2. My postal box is being clogged with notices and other correspondence related to these
cases.  The fact of the matter is that I am not a creditor or any other sort of party in interest in
these cases.

    3. The continued delivery to me of correspondence in these cases is a waste and, an
inconvenience.

**WHEREFORE**, it is respectfully requested from this Honorable Court, to note the above

and in consequence, delete my name and address from any mailing list so as to avoid the delivery

to me of future mail, since I am not a creditor nor a party in interest.

**RESPECTFULLY SUBMITTED** at San Juan Puerto Rico this 9th day of September

2021.

Carmen I. Jimenez Ferrer
PO Box 9020403
San Juan, PR  00902-0403
Phone: 787-457-6166