UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

        The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 17, 2021

1. Miguel Rivera Rosa
2. Gilberto Torres Ramos
3. Beatriz Tossas Colon
4. Luz M. Ocasio Berrios
5. Wanda I. Lozada Diaz
6. Aissa Cruz Santos
7. Blanca Iris Perez Rodriguez
8. Angelica Rodriguez Arribe
9. Angel P. Ayala Perez
10. Joyce Sykoff
11. Zaragosa Aviles Santiago
12. Rosita Laboy Cruz
13. Graciela Feliciano Estrada
14. Teresa Rivera Perez
15. Gilberto Torres Ramos
16. Jose Antonio Cabrera Sotomayor
17. Ana R. Torres Granela
18. Cruz Grisel Gonzalez Vega
19. Virginia Machuca Garcia
20. Pedro Masso Melendez
21. Alexis Tirado Garcia (2 notices)
22. Irma Garcia Ortiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 17, 2021

    23. Maria R. Tirado Gonzalez

    24. Minerva Carrero Ojeda

    25. Francisco Jose Quiñones Cintron

    26. Raquel M. Diaz Rios

    27. Rosa M. Rodriguez Matos

    28. Middaly Rodriguez Figueroa (2 notices)

    29. Ana Delia Soto Troche

    30. Damaris Maysonet Medina

Dated: September 17, 2021