Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel Rivera Rosa_

Participant's Address: _Parc Nueva Vida 2384 Calle los Millonarios Ponce, P.R. 00728_

Participant's Email Address: _Dignacruz 419 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_

Nature of Claim: _Public Employee (unearned salary)_

By: _____
    Signature

_Miguel Rivera Rosa_
Print Name

_miguel Rivera Rosa_
Title (if Participant is not an individual)

_August 31 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Miguel Rivera Rosa
Parcelas Nueva Vida 2384
Calle los Millonarios Ponce, P.R. 00728

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 18   PM 4: 35

To: U.S District Court, Clerk office
150 Ave. Carlos Chardoh Ste 150,
San Juan P.R. 00918-1767.

00918-176525

MEMPHIS TN 380
SEP 2021 PM 4 L

FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gilberto Torres Ramos_

Participant's Address: _P.O. Box 514 Aguirre P.R. 00704_

Participant's Email Address: _giltorrem@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Participate in Discovery for Confirmation of Commonwealth Plan of Adjustment_

By: _____
Signature

_Gilberto Torres Ramos_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gilberto Torres Ramos
PO Box 514
Aguirre P.R. 00704

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 16 PM 4:38

SEP 16 PM 4:38

00918-170625

2021 SEP 16 PM 4:39

SPOKANE WA 990
8 SEP 2021 PM 3 L
FOREVER / USA

United States District Court
Clerk's Office
Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Beatriz Tossas Colón_

Participant's Address: _Urb. Villa Del Carmen calle Salerno #1043 Ponce, P.R. 00716_

Participant's Email Address: _beatossas71@gmail.com_

Name of Counsel: _____

Address of Counsel: _____ N/A _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _52369 , 74073 , 74073_

Nature of Claim: _____

By: _Beatriz Tossas Colón_
Signature

_Beatriz Tossas Colón_
Print Name

_Retiro de maestro (DE)_
Title (if Participant is not an individual)

_28 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16   PM 4:39

Beatriz Tossas Colón
Urb. Villa Del Carmen
Calle Salerno #1043
Ponce, P.R. 00716

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 156, San Juan
P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M.Ocasio Berrios_

Participant's Address: _Luz Ocasio P.O. Box 2021 Guaynabo P.R. 00970_

Participant's Email Address: _____

Name of Counsel: _Common Wealth of Puerto Rico_

Address of Counsel: _The Financial Ovesight Board of Managment_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Titulo III_

By: _Luz m Ocasio_
Signature

_Luz M Ocasio_
Print Name

_Maestra Retirada_
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose M. Osorio Berrios
P. O. Box 3021
Guaynabo, P.R. 00970

United States District Court
Clerks Office, 150 Ave. Carlos
Chardon Ste. 150 San Juan
P.R. 00918-1767

CERTIFIED MAIL

7020 0640 0000 6148 9276

U.S. POSTAGE PAID
FCM LETTER
GUAYNABO, PR
00969
SEP 02, 21
AMOUNT
$7.58
R2305K138387-16

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wanda I. Lozada Diaz

Participant's Address: San Patricio apartments apt. 1212 Ave. S.P. I-4
Guaynabo PR. 00968.

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: W. L. i.
_____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
### (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE DEFUNCION
### (CERTIFICATION OF DEATH)

NUMERO



NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)

NOMBRE DEL FALLECIDO (DECEASED NAME)
WANDA IVELISSE LOZADA DIAZ

SEXO (SEX)
F

ESTADO CIVIL (MARITAL STATUS)
NUNCA SE CASO (NEVER MARRIED)

NOMBRE CONYUGE (SPOUSE'S NAME)

FECHA DEFUNCION (DEATH DATE)
12 JUL 2021

FECHA REGISTRO (REGISTRATION DATE)
18 AGO 2021

LUGAR DEFUNCIÓN (DEATH PLACE)
GUAYNABO, PUERTO RICO

FUE EMBALSAMADO? (EMBALMED?)
NO FUE EMBALSAMADO (NOT EMBALMED)

CAUSA DE MUERTE (CAUSE OF DEATH)

FECHA NACIMIENTO (BIRTH DATE)

EDAD (AGE)
56 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
CAGUAS, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
RAMON LOZADA

NOMBRE DE LA MADRE (MOTHER'S NAME)
MARGARITA DIAZ

FECHA EXPEDICIÓN (DATE ISSUED)
19 AGO 2021

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE
DEFUNCION OFICIALMENTE INSCRITO EN EL
REGISTRO DEMOGRAFICO DE PUERTO RICO
BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24
DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS
FILED IN THE DEMOGRAPHIC REGISTRY OF
PUERTO RICO ISSUED UNDER THE
AUTHORITY OF LAW 24, APRIL 22 1931

Sello



DEPARTAMENTO
REGISTRO DEMO

DISTRITO NUM
0128

GUAYNABO

Sello de Rentas Internas
80140 2021 0728 92896138

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

Wanda del C. [signature]

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

**ADVERTENCIA/WARNING No es válido sin la prescencia de la Marca de Agua**
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTERA



Wanta Lozada.
ave. San Patricio 1-4
apt. 12/2
Guaynabo P.R. 00968

United States District Court Clerk's
Office 150 Ave. Carlos Chardon Sre
150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _AISIA CRUZ SANTOS_

Participant's Address: _COUNTRY CLUB, 907 DURBEC, SAN JUAN,
P.R. 00924_

Participant's Email Address: _aisucruz6@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157725_

Nature of Claim: _Pronein title III_

By: _____
      Signature

_AISU CRUZ SANTOS_
Print Name

_____
Title (if Participant is not an individual)

_September 9th, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ARNLD. CHN JANG
907 DUXAEC ST
COUNTY CLUB, SANJUAN - 00924, 8311





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00924
SEP 14, 21
AMOUNT
**$1.16**
R2303S104007-10

1000          00918

Count's Clerk's Office
United States District Court
Clerk's Office, Avenida Chardon
Street, 150 SANJUAN, P.R. 00914-
1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Blanca Iris Perez Rodriguez

Participant's Address: Res Flamboyen Gardens colle A # 4 Mayaguez Pr 00680

Participant's Email Address:

Name of Counsel: Departamento de Educacion de Puerto

Address of Counsel: San Juan P.R.

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 - 03283 - LTS

Nature of Claim: _____

By: Blanca I Perez Rodriguez
    Signature

    Blanca Iris Perez Rodriguez
    Print Name

    _____
    Title (if Participant is not an individual)

    10 de septiembre 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

00918   $7.95
R2304H108607-01



**UNITED STATES POSTAL SERVICE ®** | **PRIORITY® MAIL**

**FROM:**

Blanca I. Perez Rodriguez
Res. Flamboyan Gardens
Calle A. #4
Mayaguez PR 00680

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.c
** See International Mail Manual at http://

EXPECTED DELIVERY DAY:

USPS TRACKING® #



9505 5114 5411 1257 2126 70

**FLAT RATE ENV**
ONE RATE ■ ANY WEIGHT

**TO:**

United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR
00918-1767

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.



EP14F May 2020

packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Case:17-03283-LTS   Doc#:18141-1   Filed:09/17/21   Entered:09/17/21 09:22:07   Desc:
Pro se Notices of Participation   Page 16 of 65

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Angelica Rodriguez Arribe_

Participant's Address: _Calle 8 # 357 LAS Mareas salinas, P.R 00751_

Participant's Email Address: _Angelica Rodriguez 00123@ g. Hail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169733_

Nature of Claim: _Claiming: My money I worked in Deparment of Education on august 30, 1976 until may 29, 2009 Employee number 73 660433481._

By: _Angelica Rodriguez_
    Signature

_Angelica Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_9-8-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angélica Rodríguez
HC-01 Box 4908
Salinas, P.R. 00751

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 16 PM 4:40

00918-170625

Discovery notice to the Court,
Clerk's Office at
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

MEMPHIS TN 380
11 SEP 2021 PM 2 L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel P. Ayala Pérez_

Participant's Address: _P.O. Box 1193 Sabana Seca P.R. 00952-1193_

Participant's Email Address: _lizruizlr115@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78954_

Nature of Claim: _PROMESA Title III (Empleados Sistema de Retiro)_

By: _Angel P. Ayala Pérez_
Signature

_Angel Pablo Ayala Pérez_
Print Name

_____
Title (if Participant is not an individual)

_08/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel P. Ayala Pérez
P.O. Box 1193
Sabana Seca P.R. 00952-1193

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16 PM 4:38

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

8 SEP 2021 PM 4 L

NASHVILLE TN 370

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joyce Sykoff_

Participant's Address: _18 Sunset Drive   Tinton Falls, NJ 07724_

Participant's Email Address: _jfs1107@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Joyce Sykoff_
Signature

_Joyce Sykoff_
Print Name

_____
Title (if Participant is not an individual)

_9/9/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED / STAMP
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16 PM 4: 38

Joyce Sykoff
18 Sunset Dr.
Tinton Falls, NJ 07724-3234



00918-170625

US District Court Clerk's Office
150 Ave, Carlos Chardon Ste. 150
San Juan, PR 00918-1767



TRENTON NJ 085
9 SEP 2021 PM 3 L

FOREVER / USA

Case:17-03283-LTS   Doc#:18141-1   Filed:09/17/21   Entered:09/17/21 09:22:07   Desc:
Pro se Notices of Participation   Page 22 of 65

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Zaragoza Avilés Santiago_

Participant's Address: _La Lula M3 Calle 12 Ponce, P.R 00730_ _00730_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Zay AS_____
Signature

_Zaragoza Avilés Santiago_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ZARAGOZA Aviles Santiago
La Lula M 3 Calle 12
Ponce P.R. 00730

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16   PM 4: 38

00918-170625

United States District Court
Clerk's office
150 Avenue Chardon Ste. 150
San Juan P.R. 00918-1767

NASHVILLE TN 370
10 SEP 2021   PM 4   L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Bosita Laboy Cruz*

Participant's Address: *P.O Box 840 Lajas, PR. 00667*

Participant's Email Address: *jacinta 4672 @ g.mail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *(17 BK 3283 LTS) RU* / *17 BK 3283 - LTS*

Nature of Claim: *Title III*

By: *Bosita Laboy Cz*
Signature

*Bosita Laboy Cruz*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Rosita Laboy Cruz
Box 840
Lajas, PR 00667

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4: 38

00918-170625

United States District Court,
Clerk's Office. 150 Ave.
Carlos Chardon Ste. 150,
San Juan PR. 00 918 - 1767

MEMPHIS TN 380
11 SEP 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Feliciano Estrada, Graciela_

Participant's Address: _#19 Urb. Monte Verde - Peñuelas, PR 00624_

Participant's Email Address: _gfelicianoestrada 35 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Law Known as Romero zo_

By: _Graciela Feliciano Estrad_
Signature

_Graciela Feliciano Estrada_
Print Name

_Retired Teacher_
Title (if Participant is not an individual)

_4 sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

20 SEP 16 PM 4:38

Feliciana Estrada, Graciela
#19 Urb. Monte Verde
Peñuelas, PR 00624

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

NASHVILLE TN 370
10 SEP 2021 PM 3 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:    _Teresa Rivera Pérez_

Participant's Address:    _Urb. Fernández 14 Pedro Díaz Fonseca_
_Cidra, P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _175388_

Nature of Claim:    _Employees Retirement System of the_
_Government of the Commonwealth of_
_Puerto Rico._

By:    _Teresa Rivera Pérez_
Signature

_Teresa Rivera Pérez_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_9-6-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teresa Rivera Perez
Urb. Fernandez
14 Pedro Puig Fonseca
Cidra, P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 15 PM 4: 38

00918-1706325

NASHVILLE TN 370
10 SEP 2021   PM 5   L

United States District Court
Clerk's Office 150 Ave Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gilberto Torres Ramos_

Participant's Address: _P.O. Box 514 Aguirre P.R. 00704_

Participant's Email Address: _giltosvam@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Participate in Discovery for Confirmation of Commonwealth Plan of Adjustment_

By: _____
Signature

_Gilberto Torres Ramos_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED / al. FILES
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16   PM 4:38

Gilberto Torres Ramos
P O Box 514
Aguirre P.R. 00704

00918-1706251

United States District Court
Clerk's Office
Que Calbs Chardon Ste. 150
San Juan PR 00918-1767

SPOKANE WA 990
8 SEP 2021   PM 1   L

FOREVER / USA



Case:17-03283-LTS   Doc#:18141-1   Filed:09/17/21   Entered:09/17/21 09:22:07   Desc:
Pro se Notices of Participation   Page 32 of 65

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _José Antonio Cabrera Sotomayor_

Participant's Address:    _P.O. Box 2161 - Coamo, P.R. 00769_

Participant's Email Address:    _- NONE -_

Name of Counsel:    _- NONE -_

Address of Counsel:    _- NONE -_

Email Address of Counsel:    _- NONE -_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _17 BK 3283 - LTS_

Nature of Claim:    _Paid of Benefit that de P.Rico Geoberment_
_debt to me._

By:    _Jose A. Sh____
    Signature

    _José A. Cabrera Sotomayor_
    Print Name

    _I am the same person that fill this document. (no other person)_
    Title (if Participant is not an individual)

    Date  _Sept. 8 / 2021_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4: 37

Jose A. Chacon Sotomayor
P.O. Box 2161
Boqueron, P.R. 00769

United States District Court.
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P. Rico 00918-1767

00918-170625

MEMPHIS TN 380

11 SEP 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana R. Torres Granela_

Participant's Address: _Urb. Costa Sur Calle Mar Caribe - D #6 Yauco, P.R. 00698_

Participant's Email Address: _—_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 110676_

Nature of Claim: _Dept. Education_

By: _Ana R Torres Granela_
Signature

_Ana R. Torres Granela_
Print Name

_____
Title (if Participant is not an individual)

_6-sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana R Torres Granela
Urb. Costa Sur, Calle Mar Caribe —
Bloque D #6
Yauco, P.R. 00698

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16 PM 4:37

00918-176825

MEMPHIS TN 380
11 SEP 2021 PM 2 L

United States District Court
Clerk's office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Grisel Gonzalez Vega_

Participant's Address: _HC 73 Box 4880 Naranjito P.R. 00719_

Participant's Email Address: _grisel gonzalezvega @ gmail . com_

Name of Counsel: _None_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _65852_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
Signature

_Cruz Grisel Gonzalez Vega_
Print Name

_____
Title (if Participant is not an individual)

_September 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Cruz Ariel Gonzalez Vega
HC #3 Box 4880
Naranjito, P.R. 00719

RECEIVED AND FILED
CLERK'S OFFICE

2021 SEP 15 PM 4:37

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

10 SEP 2021 PM 3 L

Alabama
1819

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virginia Machuca García_

Participant's Address: _Repto Teresita AD-3 Calle 30 Bayamón PR 00961-8343_

Participant's Email Address: _virginiamachucagarcia @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103 713_

Nature of Claim: _Benefits for teachers from Laws "El Romerazo", "Paso, por años de servicio" (Steps from since years) and_

By: _Virginia Machuca García_ the 3% benefit for retired teacher
Signature                                             Approx $30,000. that were not received.

_Virginia Machuca García_
Print Name

_____
Title (if Participant is not an individual)

_September 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Machuca García
Reparto Teresita
A.D-3 Calle 30
Bajamón PR 00961-8343

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4:37

00918-1706235

MEMPHIS TN 380
6 SEP 2021 PM 1 L

FOREVER / USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Massó Meléndez_

Participant's Address: _Com. Miramar - Calle Margarita #665-49_ _Guayama, P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Pedro Massó Meléndez_
Signature

_Pedro Massó Meléndez_
Print Name

_____
Title (if Participant is not an individual)

_September 2th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Masso Melendez
Com. Miramar
Calle Margarita # 645-49
Guayama, P.R. 0784

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4:37

00918-1706025

MEMPHIS TN 380

6 SEP 2021  PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Tirado Garcia Alexis*

Participant's Address: *P.O. Box 976 Hatillo P.R. 00659*

Participant's Email Address: *alexis.tirado991@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *162899*

Nature of Claim: *Public Employs End pension/Retire Claims*

By: *Alex Tirad Garcia*
Signature

*Alexis Tirado Garcia*
Print Name

*Individual*
Title (if Participant is not an individual)

*09-06-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alejos Viñabarrios
Box 974
Nattle P.R. 00659

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16   PM 4: 37

00918-1706.25

United States District Court
Clerk Office 150 Ave. Carlo Chardon
Ste. 150, San Juan P.R.
00918-1767

MEMPHIS TN 38
11 SEP 2021   PM 2

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

Case:17-03283-LTS   Doc#:18141-1   Filed:09/17/21   Entered:09/17/21 09:22:07   Desc:
Pro se Notices of Participation   Page 44 of 65

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Tirado Garcia Alexis*

Participant's Address: *P.O. Box 976 Natillo P.R. 00659*

Participant's Email Address: *alexs tirado 991 @ gmail.com.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *116241*

Nature of Claim: *Public Employs and pension / Refine Claims*

By: *Alexis Tirado Garcia*
Signature

*Alexis Tirado Garcia*
Print Name

*Individual*
Title (if Participant is not an individual)

*09-06-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aleyda Viñas Rivera
Box 976
Naztillo P.R. 00659

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16   PM 4: 37

00918-170625

United States District Court
Clerk office 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R.
00918-1767

MEMPHIS TN 38

11 SEP 2021   PM 2

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma Garcia Ortiz_

Participant's Address: _Urb. El Cafetal c-8 D-8 Yauco, P.R_

Participant's Email Address: _iigarciaortiz @ gmail.com,_

Name of Counsel: _Departamento Educacion Education Department_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Irma Garcia Ortiz_
Signature

_Irma Garcia Ortiz_
Print Name

_Teacher_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4: 36

IRMA GARCIA ORTIZ
URB. VILLAS DEL CAFETAL
CALLE 8 G8
YAUCO, PUERTO RICO
00698

00918-170628

MEMPHIS TN 3

11 SEP 2021  PM 2



United States District Court
clerks Office
150 Ave. Carlos Chardon
Ste. 150.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria R. Tirado González_

Participant's Address: _53c Portugues Est. del Rio Hormigueros, PR 00620_

Participant's Email Address: _tiradogonzalezmaria@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150637  Tit. 11 101(s)_

Nature of Claim: _Reclamacion de dinero por empleo_
_Claim for money owed for work_

By: _[signature]_
Signature

_Maria Tirado_
Print Name

_____
Title (if Participant is not an individual)

_Mon Sep, 6  2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

536 Portugués
Urb. Estancias del Rio
Hormigueros, PR 00660

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4: 36

00918-170625

Court's Clerk's Office
United State District Court
Clerks Office, 150 Ave. Carlos Chardon Ste
150, San Juan, PR 00918 - 1767

MEMPHIS TN 380

11 SEP 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Minerva Carrero Ojeda_

Participant's Address: _Urb. Cos Flamboyanes # 52 Aguada, PR 00602_

Participant's Email Address: _mcarrero6533@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-4780-LTS_

Nature of Claim: _Profit Employee_

By: _[signature]_
    Signature

_Minerva Carrero Ojeda_
Print Name

_____
Title (if Participant is not an individual)

_8-24-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Minerva Y Carrero
52 Urb Los Flamboyanes
Aguada, PR 00602-3121

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16   PM 4: 36

00918-170625

MEMPHIS TN 380

6 SEP 2021   PM 1   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco José Quiñones Cintrón_

Participant's Address: _Palacios del Río 2 839 Rosario Street, Toa Alta_
                       _00953_

Participant's Email Address: _frankiequinones@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _____
    Signature

_Francisco J. Quiñones_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fransisco Quinones
Palacios del Rio 2
839 Calle Rosario
Toa Alta, PR
00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

2011 SEP 16 PM 4:36

00918-170625

MEMPHIS TN 380
6 SEP 2021 PM 2 L

FOREVER/USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raquel M. Díaz Ríos_

Participant's Address: _1237 c/62 SE Reparto Metropolitano, S.J. PR 00921_

Participant's Email Address: _raqueltutu52@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Raquel M. Díaz Ríos_
Signature

_Raquel M. Díaz Ríos_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel M. Diaz B.25
1237 C/62 SE
Reparto Metropolitano
San Juan PR00921

RECEIVED AND FILED
CLERK'S OFFICE
US DISTRICT COURT
2021 SEP 15  PM 4:36
00918-1706825

MEMPHIS TN 380
SEP 2021 PM 3 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan PR 00918-1767

Case:17-03283-LTS   Doc#:18141-1   Filed:09/17/21   Entered:09/17/21 09:22:07   Desc:
Pro se Notices of Participation   Page 56 of 65

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Rodriguez Matos_

Participant's Address: _Hc 2 Box 5271 Comerio, P.R. 00782_

Participant's Email Address: _rodriguezmatosrosa@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179017_

Nature of Claim: _Public Employee and Pension/Retiree_

By: _Rosa M. Rodriguez Matos_
Signature

_Rosa M. Rodriguez Matos_
Print Name

_L_
Title (if Participant is not an individual)

_March 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 16  PM 4: 36

Sra Rosa M Rodriguez Matos
HC 2 Box 5271
Comerio, PR 00782

MEMPHIS TN 380
11 SEP 2021  PM 2 L

00918-170625

United States District Court
Clerks Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918- 1767



Case:17-03283-LTS   Doc#:18141-1   Filed:09/17/21   Entered:09/17/21 09:22:07   Desc:
Pro se Notices of Participation   Page 58 of 65

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Middaly Rodriguez Figueroa*

Participant's Address: *Estancias Degetau Calle Federico 51 Caguas P.R 00727*

Participant's Email Address: *middarf@aol.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *11772*

Nature of Claim: *Sueldo Laboral*

By: *Middaly Rodriguez*
_____
Signature

*Middaly Rodriguez Figueroa*
_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Rodriguez
Estancias Metro 2
call Federico 51
Caguas, P.R 00727

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 SEP 10   PM 10:36

00918-1706625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R 00918-1767

MEMPHIS TN 380
6 SEP 2021   PM 4 L

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its c
    if any:

Participant's Name: _Middaly Rodriguez Figuer_

Participant's Address: _Estancias Vegetau Calle Federico_

Participant's Email Address: _middarf@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Estado libre asociado de P.B. Retiro_

By: _Middaly Rodriguez_
    Signature

_Middaly Rodriguez Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_4 de septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this N
must be filed electronically with the Court on the docket using the CM/ECF docket event
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filin
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you m
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Cle
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Michael Rodriguez
Estancias Veytias 8
calli Federico 51
Cagur, P.R 00727

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
S.D.V. S.J., P.R

21 SEP 13 PM 4:36

00910-1706 25

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R 00918-1767

6 SEP 2021 PM 4 L

MEMPHIS TN 380

Thinking of You

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Delia Soto Troche_

Participant's Address: _HC 37 Box 7792 Guánica, P.R. 00653_

Participant's Email Address: _ana.soto13@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Ana D. Soto Troche_
Signature

_Ana D. Soto Troche_
Print Name

_Enfermera Práctica_
Title (if Participant is not an individual)

_17 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana D. Soto Troche
HC 37 Box 7792
Juanica, P.R. 00653

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

'NI SEP 16 PM 4:36

00918-170625

United States District Court,
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

MEMPHIS TN 380
6 SEP 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damaris. Maysonet Medina_

Participant's Address: _Hc 3 Box 6638 Dorado P.R. 00646_

Participant's Email Address: _darynpr @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110 377_

Nature of Claim: _Public Employee and Pension / Retiree claims_

By: _Damaris Maysonet Medina_
Signature

_Damaris Maysonet Medina_
Print Name

_____
Title (if Participant is not an individual)

_September 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Damaris Maysonet Medina
Hc 3 Box 6636
Dorado P.R. 00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 16  PM 4: 35

To: United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

00918-170625

MEMPHIS TN 380
10 SEP 2021 PM 3  L

FOREVER / USA