UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                   No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

     Debtors.[1]

-----------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

     The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 17, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 20, 2021

1.  Rosa I. Robles Carrasquillo

2.  Maria N. Gonzalez Cruz

3.  Victor L. Pirela Figueroa (2 notices)

4.  Ana L. Romero Marrero

5.  Gladys Ana Roman Miro

6.  Julia D. Rodriguez Torres

7.  Myriam Touset Rodriguez

8.  Maria I. Torres Torres

9.  John Devine TTEE, Marie A. Devine TTEE Devine Living Trust, Dated 5/29/2007

10. Dulce Martinez Quiles

11. Miguel A. Fonseca Sanchez

12. Lucila Caraballo Rivera

13. Maura Osorio Lopez

14. Eva Luz Quiñones Acevedo

15. Julio A. Caballero Figueroa

16. Eulogio Troche Torres (2 notices)

17. Ramon C. Hoots

18. Miguel A. Nieves Hernandez

19. Maria M. Belvis Luchetty

20. Raul A. Nazario Rodriguez

21. Candida Maldonado Calderon

22. Alex Melendez Feliciano

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 20, 2021

      23. Alba Nydia Ilarazza Davila

      24. Carmen A. Calderon Rodriguez

      25. Ivelisse Hernandez Melendez

      26. Blas Canino Mojica

      27. Maribel Calderon Jimenez

Dated:  September 20, 2021