SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa I. Robles Carrasquillo_

Participant's Address: _Cond. Caminito Apt. 801 Gurabo PR 00778_

Participant's Email Address: _robles1695@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _____
Signature

_Rosa I. Robles Carrasquillo_
Print Name

_____
Title (if Participant is not an individual)

_September 15, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria N. González Cruz*

Participant's Address: *PO Box 8972, Ponce, PR 00732-8972*

Participant's Email Address: *m.noelia.gonzalez @gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3566 - LTS*

Nature of Claim: *Accumulated retirement contributions for being a government employee since 1992 to the present. The evidence of the certifications was submitted along with the filing of the claim on June 28, 2018. Certifications are included as evidence.*

By: *Maria N. González Cruz*
Signature

*Maria N. González Cruz*
Print Name

_____
Title (if Participant is not an individual)

*September 9, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA GONZALEZ CRUZ**

P.O. BOX 8972

PONCE, PR 00732

Seguro Social: XXX-XX-9730

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE TRIBUNALES |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $66,812.90 |

Esta certificación fue emitida el 9 de septiembre de 2021.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2021090955896285

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · www.retiro.pr.gov

# ESTADO DE CUENTA ESTIMADO

09 de septiembre de 2021

## Agencia: 122 - ADMINISTRACION DE TRIBUNALES

MARIA GONZALEZ CRUZ
P.O. BOX 8972
PONCE, PR 00732 8972

**Seguro Social: XXX-XX-9730**

A base de la información en nuestros registros, al 09 de septiembre de 2021 usted posee:

**Fecha de Nacimiento: 01 de febrero de 1969**          **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 31 de octubre de 1992**

**Fecha de Comienzo de Cotización: 31 de octubre de 1992**

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 21.00 |
| Aportaciones: | $40,256.74 |
| Intereses: | $10,158.24 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $50,414.98 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $15,174.90 |
| Intereses: | $1,223.02 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,397.92 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 – PO Box 42003 San Juan, PR 00940-2203

Maria N Gonzalez Cruz
PO Box 8972
Ponce PR 00732-8972

00918-170625

MEMPHIS TN 380
13 SEP 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's Office
150 Carlos Chardón Ave Suite 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor L. Pirela Figueroa_

Participant's Address: _Jardines de Lafayette Calle JG-6 Arroyo P.R. 00714_

Participant's Email Address: _rerodz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74900_

Nature of Claim: _Public Employee Claims_

By: _Victor L. Pirela Figueroa_
Signature

_Victor L. Pirela Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_9 sept._

Victor L. Pirela Figuera
Jardines de Lafayette
Calle J6-4
Arroyo, P.R. 00714

MEMPHIS TN 380
13 SEP 2021 PM 1 L

00918-706625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R.
00918-1767

21 SEP 17 PM 4:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Victor L. Pirela Figueroa*

Participant's Address:  *Jardines de Lafayette Calle JG-6 Arroyo P.R. 00714*

Participant's Email Address:  *rerodz16@gmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *74900*

Nature of Claim:  *Public Employee Claims*

By:  *[signature]*
Signature

*Victor L. Pirela Figueroa*
Print Name

_____
Title (if Participant is not an individual)

*September 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor L. Pirela Figueroa
Jardines de Lafayette
Calle J6-6
Arroyo, P.R. - 00714

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

00918-1706 918

MEMPHIS TN 380

13 SEP 2021 PM 1 L

2021 SEP 17 PM 4:10

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR
RECEIVED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Romero Marrero_

Participant's Address: _2177 Allwood Dr Bethlehem, Pa 18018_

Participant's Email Address: _Janpcardona@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa_

By: _Ana L Romero Marrero_
Signature

_Ana L Romero Marrero_
Print Name

_____
Title (if Participant is not an individual)

_8 | 30 | 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana L. Romero
3177 Allwood Dr.
Bethlehem, Pa 18018

00918-170625

LEHIGH VALLEY PA 180
9 SEP 2021   PM 4   L

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-FO67

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys Ana Roman Miro_

Participant's Address: _10215 Regal Dr. #3 Largo, FL 33774_

Participant's Email Address: _angelygla@yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _23362 & 27047_

Nature of Claim: _Maintain the pension granted by the Highway Authority (ACT) on July 2010 (Ley 70) for life including husband death benefits._

By: _[signature]_
Signature

_Gladys Ana Roman Miro_
Print Name

_____
Title (if Participant is not an individual)

_Sept 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Ana Roman Mis
10215 Regal Dr #3
Largo, FL 33774

00918-1706255

SAINT PETERSBURG FL
13 SEP 2021 PM 9 L
TAMPA FL 335

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rodríguez Torres, Julia D._

Participant's Address: _Urb. ANAIDA C-27 Calle Eclipse Ponce PR 00716-2534_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Julia Rodríguez Torres_
    Signature

_Julia D. Rodríguez Torres_
Print Name

_____
Title (if Participant is not an individual)

_9/8/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rodriguez Torres, Julia D
Urb. Aviatio
< 27 Calle Eclipse
Ponce, P.R 00716-2534

00918-170625

MEMPHIS TN 380
13 SEP 2021   PM 3   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767



Case:17-03283-LTS   Doc#:18156-1   Filed:09/20/21   Entered:09/20/21 09:30:31   Desc:
Pro se Notices of Participation   Page 16 of 63

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myriam Touset Rodriguez_

Participant's Address: _HC. 01  Box 9371  Guayanilla, P.R. 00656_

Participant's Email Address: _davidsamuel 02 @ hot mail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97708_

Nature of Claim: _A raise given to my salary between 1980 to 1989._

By: _Myriam Touset Rodriguez_
     Signature

_Myriam Touset Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_September 9, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Rosset Reyes
HC-01 - Box 9971
Guayanilla, P.R. 00652

00918-170625

MEMPHIS TN 380

13 SEP 2021   PM 3. L

United States District Court
Clerk Office
150 Avenue Carlos Chardon, Ste. 150
San Juan, P.R. 0918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria I. Torres Torres_ _Fl. 32217_

Participant's Address: _6457 Fort Caroline rd apt#60 Jacksonville_

Participant's Email Address: _marucatorres@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _D.E. Basado en el salario_

By: _Maria Torres_
    Signature

_Maria I. Torres Torres_
Print Name

_Maestra retirada (DE)_
Title (if Participant is not an individual)

_9-2-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria J Torres
6457 Fort Caroline
Apt #60 Jacksonville
Florida, 32277

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP 17  PM 4:08

13 SEP 2021  PM 1 L

00918-170625

United State District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _John Devine TTEE, Marie A Devine TTEE Devine Living Trust, Dated 8/29/2008_

Participant's Address: _2889 N Tomberlin Pt. Hernando, Fl 34442_

Participant's Email Address: _rere1013@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _$25,000 Stock_

By: _John Devine_
Signature

_John Devine_
Print Name

_____
Title (if Participant is not an individual)

_Sept 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. Devine
2889 N Tomberlin PT
Hernando, Fl 34442

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17   PM 4:08

00918 1399 C050

United States District Court
Clerks office
150 Ave,
Carlos Chardon
Ste 150
San Juan, PR 00918-1767

JACKSONVILLE FL 320
13 SEP 2021   PM 1   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Dulce Martine Ouiles*

Participant's Address: *Cond-Viña Del Mar-Calle Roses ARTAY APTSC*

Participant's Email Address: *NO = AAECIBO P.R.006/2= #202*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PROMESA - TATLe 111 - NOBK 3283 L.T.S*

Nature of Claim: _____

By: *Dulce Martinez Ouiles*
Signature

*DULCE MARTINEZ OuiLes*
Print Name

_____
Title (if Participant is not an individual)

*28 - 8 - 21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dulce Martiz
Carl Vivi del Mar apto G-C
Calle Rosadan #305
Arecibo P.R.00612

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17  PM 4:08

MEMPHIS TN 380
2 SEP 2021  PM 3 L

FOREVER USA

Court Clerk's Office
United States District Court
Clerk Office
150 Ave Carlos Chardon Ste 150

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Fonseca Sanchez_

Participant's Address: _HC 5 Box 44000 16712_

Participant's Email Address: _fonsecanuelia@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _____

By: _Miguel A Fonsec_
Signature

_Miguel Fonseca_
Print Name

_Participant_
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Miguel A. Fonseca Sanchez
# C.S Box 10712
Cabruca PR.007 6)-9695

RECEIVED AT
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17  PM 4:08

00918-170621

MEMPHIS TN 380

31 AUG 2021 PM 2  L

United States
District Court Clerk's
Office 150
Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lucila Caraballo Rivera_

Participant's Address: _B-18 Calle Camelia Alturas del Capital_

Participant's Email Address: _lucyanlucy401 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Titulo III_

By: _Lucila Caraballo Rivera_
    Signature

_Lucila Caraballo Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8 - sept 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lucila Caraballo Rivera
B-16. Calle Camelia Alturas del Cafetal
Yauco, P.R. 00698

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17  PM 4:08

00918-170625

13 SEP 2021

MEMPHIS TN 380   PM 3   L

United States District Court
Clerk's Office, 150 Ave Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

*2 second time sent*

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maura Osorio López_

Participant's Address: _P.O. Box 894 Rio Grande, Puerto Rico 00745_

Participant's Email Address: _mauraosorio55@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73426_

Nature of Claim: _Public Employee and Pension/Retiree claims_
_Law 96 Salary increase not received from labor law_

By: _Maura Osorio López_
Signature

_Maura Osorio López_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maura Osorio López
P.O. Box 894
Rio Grande, Puerto Rico
00745

RECEIVED BY
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17 PM 4: 08

0091881706 CC18

MEMPHIS TN 380

11 SEP 2021 PM 1 L

Thinking

FOREVER / USA

To: Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave. Chardón Ste.150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eva Luz Quiñones Acevedo_

Participant's Address: _Calle 501 16 Sur_
_Rincon, P.R. 00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Eva Luz Quiñones Acevedo_
Signature

_Eva L. Quiñones Acevedo_
Print Name

_Participant_
Title (if Participant is not an individual)

_2/ Septiembre /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

QSD   FEBRUARY 7

Esta es mi
nueva direcciòn
Postal

Eva Luz Quiñones
Calle Sol 16 Sur
Rincòn, PR
00677

from Eva L. Quiñones Acevedo
Calle Sol 16 Sur
Ponce, P.R. 00677

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP 17  PM 4: 08

00918-170525

NASHVILLE TN 370
13 SEP 2021 PM 6  L

To. United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio A. Caballero Figueroa_

Participant's Address: _B-23 Street 13 Urb. Sans Souci, Bayamón PR 00957-4336_

Participant's Email Address: _yuyocaballero@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176927_

Nature of Claim: _Uniform retribution - Law 189 July 12, 1979_

By: _(signature)_
Signature

_Julio A. Caballero_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP 17  PM 4: 09

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon 150
San Juan P.R. 00918-1767

NASHVILLE TN 370

13 SEP 2021  PM 6  L

FOREVER / USA



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Eulogio Troche Torres_

Participant's Address:   _HC-01 Box 4260 Las Marias P.R. 00670_

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _Desconozco_

Nature of Claim:   _Aumento Salarial dejado de pagar_

By:   _Eulogio Troche Torres_
     Signature

_Eulogio Troche Torres_
Print Name

_____
Title (if Participant is not an individual)

_9-Septiembre-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Eulogio Trade Bros
HC-1 Box 4260
Las Marias, P.R. 00670

00918-1706.25

11 SEP 2001 PM 2L

1000

00918

U.S. POSTAGE PAID
LAS MARIAS, PR
00670
SEP 09, 21
AMOUNT
$0.58
R2305K132906-8

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 110
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eulogio Troche Torres_

Participant's Address: _HC-01 Box 4260 Las Marias, P.R. 00670_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Des conozco_

Nature of Claim: _Aumento salarial dejado de pagar_

By: _Euly ole Sor_
Signature

_Eulogio Troche Torres_
Print Name

_____
Title (if Participant is not an individual)

_9- Septembre- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

Eulogio Trucko Torrez
HC-01 Box 4260
Las Marias P.R. 00670

RECEIVED AND
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17 PM 4:47

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00 918-1767



U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
00670
SEP 09, 21
AMOUNT
$0.58
R2305K132906-8

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RAMON C. HOOTS_

Participant's Address: _3124 COUNTRY CLUB RD_

~~Participant's~~ Email Address: _WINSTON-SALEM, N.C. 27104_

Name of Counsel: _RAMHOO3@BELLSOUTH.NET_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly administered_

By: _Ramon C Hoot_
    Signature

_RAMON C. HOOTS_
Print Name

_9-4-2021_
Title (if Participant is not an individual)

_9-4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Ramon C. Hoots
3124 Country Club Rd
Winston Salem, NC 27104

2021 SEP 17 PM

United States District Court
Clerks Office, 150 AVE Carlos Chardon Ste. 150
San Juan. P.R.            00918-1767

00918-170825

GREENSBORO NC 270
PIEDMONT TRIAD AREA
13 SEP 2021 PM 4 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Miguel A. Nieves Hernández_

Participant's Address: _Pedro Hernández Street #95 Quebradillas P.R. 00678_

Participant's Email Address: _mignieves@gmail.com_

Name of Counsel: _____

Address of Counsel: _____ _No Have_ _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _142307_

Nature of Claim: _Public Employee claim_

By: _Miguel A. Nieves /daniel/_
    Signature

_Miguel A. Nieves Hernández_
Print Name

_Office Typewriter II_
Title (if Participant is not an individual)

_09/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Nc
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Nieves Hernández
Urbanización Kennedy
Calle Pedro Hernández #95
Quebradillas, Puerto Rico 00678

NASHVILLE TN 370

13 SEP 2021 PM 6 L

00918-1706.25

United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria M. Belvis Luchetty*

Participant's Address: *HC-1 Box 6680 Hormigueros PR 00660-9714*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Employees Retirement System*

By: *[signature]*
Signature

*Maria M. Belvis Luchetty*
Print Name

*9/9/21*
Title (if Participant is not an individual)

*9/9/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Belvis Luchetty
HG-1 Box 6680
Hor migueros P.R. 00660-9714

Clerks office United States District Land
Clerks office 150 Ave Carlos Charbon st 400
San Juan P.R. 00918-170625

00918-170625

MEMPHIS TN 380

13 SEP 2021 PM 3 L

60

2021 SEP 17 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raúl A. Nazario Rodríguez_

Participant's Address: _160 Rodney Ave Somerset N.J. 08873_

Participant's Email Address: _Y.L.nazario@.hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raul NAZARIO Rodriguez
160 Rodney Ave Somerset
N.J. 08873

DV DANIELS NJ 070
27 AUG 2021 PM 6 L

USA FOREVER

UNiTed States District Court to
Clerk's Office 150 Ave,
CARLos CHARdoN Ste 150 SAN JUAN
Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Caldenado Maldonado Calderon_

Participant's Address: _56 Mosher St_

Participant's Email Address: _jenny jusino @.yahoo.com_

Name of Counsel: _____

Address of Counsel: _____ N/A _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Candida Malalorada Calder___
Signature

_Candida Maldonado Calderon_
Print Name

_____
Title (if Participant is not an individual)

_September 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Candida Maldonado Calderon
SE Moshor St
Holyoke, MA
01040

RECEIVED BY
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17 PM 4:

United States District Court
Clerk's Office
150 Carlos Chardon Avenue
Suite 150
SanJuan, PR

HARTFORD CT 06
02 SEP 2021 PM 8

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alex Meléndez Feliciano_

Participant's Address: _Urb. Miraflores 50-20 Calle 54 Bayamón, P.R. 00957-3851_

Participant's Email Address: _melendez.alex78 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _77710_

Nature of Claim: _____

By: _signature_
Signature

_Alex Meléndez Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alexander Feliciano
Urb. Miraflores
50-20 Calle 54
Bayamón, P.R. 00957-3851

0091B-170399

MEMPHIS TN 380

31 AUG 2021 PM 1 L

United States District Court,
clerk's Office, 150 Ave-Carlos Chardon
Ste.150, San Juan; P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alba Nydia Ilarraza Dávila_

Participant's Address: _Calle Almácigo D-14 Quintas de Dorado_
_Dorado, P.R. — PO Box 84, Dorado PR. 00646_

Participant's Email Address: _albanydia.265@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153466_

Nature of Claim: _During the year as governor of the Puerto Rico_
_Commonwealth of Puerto Rico, Mr. Carlos Romero_
_Barceló gave a salary_

By: _Alba Nydia Ilarraza Dávila_      _increase of $100.00 know_
Signature                              _as Law 89. He never honored_
                                       _the salary increase. (Labor_
_Alba Nydia Ilarraza Dávila_          _Law 89 of Salary scale 164)_
Print Name                             _The amount owed is $24,073._

_____
Title (if Participant is not an individual)

_August 26, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba N. Illorar Davila
PO Box 84
Dorado, PR 00646-0084

00918-170353

United State District Court
Clerk's Office, 150 Cave. Carlos Chardon
Ste. 150, San Juan, PR 00918-1767

MEMPHIS TN 380
11 SEP 2021   PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen A. Calderón Rodríguez

Participant's Address: 776 Calle 21 SE Urb. Caparra Terrace SJ.PR 00921

Participant's Email Address: Xenarod99@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Pensión

By: _Carmen A. Calderón Rodríguez_
Signature

Carmen Calderón Rodríguez
Print Name

_Carmen A. Calderón Rodríguez_
Title (if Participant is not an individual)

08/15/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose Efrain Teruel
Calle 776
St. Pl. 00921

00918-170625

MEMPHIS TN 380
13 SEP 2021   PM 1   L

United States District Court
Clerks Office
150 Ave. Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Hernandez Melendez, Ivelisse*

Participant's Address: *PO BOX 9020964  San Juan PR 00902*

Participant's Email Address: *hivette92@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *94840*

Nature of Claim: *Active ERS Participant Claims*

By: *Ivelisse Hernández M.*
    Signature

*Ivelisse Hernández Meléndez*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivelisse Hernandez Melendez
P.O. Box 9020964
San Juan, P.R. 00902

00918-170625

MEMPHIS TN 380

13 SEP 2021   PM 3   L

USA FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _____*Blas Canino Mojica*_____

Participant's Address: _____*HC 46 Box 5051 Dorado PR 00646-9796*_____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____*Public employee and pension/retiree claims*_____

By: _____*Blas Canino Mojica*_____
     Signature

_____*Blas Canino Mojica*_____
Print Name

_____
Title (if Participant is not an individual)

_____*September 2021*_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blas Carino Monica
HC 46 Box 3857
Cidra P.R. 00746-9746

00916-170625

United States District Court Clerk's office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

SEP 2021 PM 3

FOREVER USA

SEP 17 PM 11

SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED

*Proof of Claim: 168154*

*Caldéron Jiménez, Maribel*

*Information Questionnaire*

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Calderón Jiménez_

Participant's Address: _P.O. Box 448, Cidra, P.R. 00739_

Participant's Email Address: _maribelcjo7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168154_

Nature of Claim: _Importe de salario no cobrado_

By: _Maribel Calderón Jiménez_ _aumento de 3% anual de pensión_
Signature

_Maribel Calderón Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_10 / sept. / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide _more_ information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal action with or against the Puerto Rican government

   ☑ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _Comencé a trabajar en 1974 y terminé en dic-2,006_

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _60,000 aproximadamente_

3. **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No. _Please continue to Question 4._

   ☑ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:

   _Departamento de educacion distrito de Cidra_

Batch 5

3(b).  Identify the dates of your employment related to your claim:

_30 años de servicios_

3(c).  Last four digits of your social security number: _6765_

3(d).  What is the nature of your employment claims (select all applicable):

    ☐  Pension

    ☐  Unpaid Wages

    ☐  Sick Days

    ☐  Union Grievance

    ☐  Vacation

    ☑  Other (Provide as much detail as possible.  Attach additional pages if necessary).

_Salarios no pagados, Ley Promesa_
_Ver informe renta anual vitalicia._

**4.  Legal Action.  Does your claim relate to a pending or closed legal action?**

    ☐  No.

    ☐  Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

_N / A_

4(b).  Identify the name and address of the court or agency where the action is pending:

_N / A_

4(c).  Case number: _____

4(d).  Title, Caption, or Name of Case: _____

4(e).  Status of the case (pending, on appeal, or concluded): _____

4(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

    If yes, what is the date and amount of the judgment? _____



990123400410219

Modelo SC-1515 (Rev.)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**                .9%=$218.70

| MARIBEL CALDERON JIMENEZ | Núm. Reclamación 41603 | Sexo F |
|---|---|---|

**Tipo de Renta:**

| | | Fecha de Nacimien |
|---|---|---|
| a- Años de Servicio y edad | c- Incapacidad | 54        4 |
|    Opcional        (X) |    Ocupacional        ( ) | Año        Mes |
|    Obligatorio    ( ) |    No Ocupacional    ( ) | |
| b. Edad      ( ) | d- Diferida        ( ) | |

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 52       8       14 | 30    3    2    4 | $48,402.60 | 2006       12 |
| Años   Meses   Días | Años  Meses  Sem.  Días | | Año        Mes |
| | | | **Fecha de Efectivida** |
| | | | 2006       12 |
| | | | Año        Mes |

Retiro Ley Núm. **91 DEL 2004**

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,430.00 — $ 1,822.50

.75% X  30 AÑOS

    (Por ciento)              (Tiempo Acreditado)

***En caso de renta anual diferida, ésta comenzará al cumplir la edad de_____

  ( )  o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años
    de edad

  ( )  o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y
    menos de 60 años de edad

  b.  Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ |

Diferencia Mínimo o Renta Sistema de Retiro

| Renta Mensual  Vitalicia | $1,822.50 |
|---|---|
| Renta Anual Vitalicia | $21,870.00 |

**Computado:**

Carlos Serrano / Fecha 18/12/06

**Cotejado:**

Iyonne L. Ortiz Valladares / Fecha 12/19/

**Recomendado:**

Irma García Hernández / 19/12/06
Directora Area Servicios de Retiro / Fecha

**Aprobado:**

22 dic 06
Fecha

Dinelia Oyola Mor
Subdirectora Ejec

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
2 1 DIC 2006
JOSÉ REYES DÁVILA

Fecha: 12/18/2006

amf

Maribel Calderón Jiménez
P.O. Box 468
Cidra, P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 17  PM 4:11

00918-170625

13 SEP 2021

MEMPHIS

United States District Court
Clerk's Office
150 Ave. Carlos chardon Ste.
150, San Juan, P.R. 00918-1767

