John F. Galano

2 Red Fox Trail

Warren, NJ 07059

September 10, 2021

Email address: galanoj@msn.com

To: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

DEBTORS: THE COMMONWEALTH OF PUERTO RICO

CASE # 17 BK 3283-LTS

TITLE: 374TH OMNIBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO

CLAIM # 1 7 3 7 1 3

---

**BASIS FOR OPPOSING THE OMNIBUS OBJECTION**

- Prior to the filing of my initial claim received by Prime Clerk on April 2, 2020, I had not received any notification from Prime Clerk or any other concerned party that a proof of claim needed to be filed prior to the extended Bar Date of June 29, 2018;
- The notification when sent initially, should have been mailed with a U.S. Postal Service tracking number to ensure that the affected parties did, in fact, receive the notification;
- To support my objection, I noticed that the majority of the total 989 claims that have been disallowed (shown in Exhibit A) reflect the same "reason" as mine, I.e. Proof of claim was not timely filed" and therefore, I assume they were not aware of the June 29, 2018 filing deadline as well;
- Overall, I believe my claim should be reinstated since I have, to the best of my knowledge complied with the requirements set forth except for not filing prior to June 29, 2018.

Note: Supporting documentation of my claim in the amount of $5,000.00 for the purchase of a Puerto Rico Commonwealth General Obligation Public Improvement bond on August 12, 2004, was provided to Prime Clerk as part of my initial filing on April 2, 2020. My claim is for a net of $5,000.00 due my receiving a partial redemption for $5,000.00 on May 3, 2012, since the initial bond purchase was for $10,000.00.

I can be reached at 732-259-9365 or galanoj@msn.com should you require further documentation or clarification.

Respectfully,

*John F. Galano*

John F. Galano