John F. Galane
2 Red Fox Trail
Warren Twp. NJ 07059

10 SEP 2021 PM 5 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767