Facunda Martínez Colón
Barrio Guavate
22328 carr 184.
Cayey, Puerto Rico 00736-9425

Abogados de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Time Square
Nueva York, Nueva York 10036-8299

Attn.: Martin J. Bienenstock
Brian S. Rosen

Ref. *Solicitud Continuar con Reclamo* radicada con el grupo de Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. *Caso núm.* **17BK 03566-LTS** (N.º De Reclamación-179193).

Estimada Secretaría (Clerk's Office)

Me dirijo a ustedes con respeto, para objetar su decisión a no aceptar el reclamo que realice, por ser radicada según su comunicado con retraso. La objeto por entender que soy parte de ese grupo de empleado que radico dicha reclamación , por considerar tener derecho al mismo por ser mi dinero de retiro acumulado por años de trabajo realizado y el cual servirá para afrontar el retiro. (anejo evidencia de aportación al Sistema de Retiro).

Facunda Martínez Colón

CC: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

Abogados de la Junta de Supervición (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

página #2

Abogados del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
Attn: Luc A. Despins
James Bliss
James worthington
G. Alexander Bongartz