# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

RE: FACUNDA MARTINEZ COLON
BO. GUAVATE
22328 CARR. 184
CAYEY, PR 00736

Seguro Social: XXX-XX-0567

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | DEPT. DE CORRECCION Y REHABILITACION |
| Años de Servicio: | 28 |
| Balance de Aportaciones: | $53,371.07 |

Esta certificación fue emitida el 27 de mayo de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020052748483654

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, PR 00940-2203
787.754.4545 · www.retiro.pr.gov



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

02 de abril de 2018

Agencia: 417 - SALUD CORRECCIONAL

FACUNDA MARTINEZ COLON
BO. GUAVATE
22328 CARR. 184
CAYEY, PR 00736

Seguro Social: XXX-XX-0567

A base de la información en nuestros registros, al 02 de abril de 2018 usted posee:

**Fecha de Nacimiento:** 23 de diciembre de 1963       **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 01 de julio de 1989
**Fecha de Comienzo de Cotización:** 01 de julio de 1989       *6L*

| Ley 447 al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 24.00 | Años Acreditados: | 4.06 |
| Aportaciones: | $32,051.75 | Aportaciones: | $15,060.82 |
| Intereses: | $6,805.67 | Intereses: | $1,070.03 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $38,857.42 | Total Aportaciones: | $16,130.85 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: *1,035.50* | $0.00 | | |

*Híbrido $91.22*

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

