Facenda Martinez Carlos
22328 Carr 184
Barrio Guavate
Cayey P.R. 00736-9425

MEMPHIS TN 380
13 SEP 2021 PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados unidos
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

00918-133999