Todd Hauck
9306 lakeside Trail
Champlin, MN 55316
612-360-8944
todddede@yahoo.com

**Court:** United States District Court for the District of Puerto Rico
**Debtor:** Commonwealth of Puerto Rico/The Financial Oversight and Management Board for Puerto Rico
**Case:** No. 17 BK 3283-LTS
**Title:** Three Hundred Sixty-Eighth Omnibus Objection of the Commonwealth of Puerto Rico to Satisfied Claims
**Claim Number:** 9269

**Reason for Opposing the Omnibus Objection**
The reason for opposing the Omnibus Objection is the satisfied claim stated in the objection (check number 0014381) was for **different physical Bearer Bonds (unclaimed property)** that were ESCHEATED and paid by Office of the Commissioner of Financial Institutions Unclaimed Property Division after I sent them the Physical Bearer Bonds (see below for a description of the Bearer Bonds that were paid):

**Puerto Rico Highway Authority, Highway Revenue Bond (Series M), Certificates 4984, 4988, CUSIP 745194JY7**

**This claim Number - 9269** is for another physical Bearer Bond that I hold (Full copy of front and back of physical Bearer Bond included in the claim: 9269). This physical Bearer Bond has been ESCHEATED to Puerto Rico (Unclaimed Property):

**Puerto Rico Water Resources Authority, 5% Electric Revenue Bond (Series 1968), $5000, Certificate Number 340969**

**Supporting Documentation**
See complete front and back copy of Physical Bearer Bond in the claim: 9269 and attached.

Documentation stating Bearer Bonds have been escheated to Puerto Rico - attached

Todd Hauck
*/s/ Todd Hauck*
9/13/21