# J.P.Morgan

2200 Ross Avenue 6th Floor           (866) 657-0039
Dallas, TX 75201

Ref# 2016-1208-MAIL 1

Todd Hauck
9306 Lakeside Trail
Champlin, MN 55316

December 29, 2016

Re: Puerto Rico Water Resources Authority 5% Electric Revenue Bond ( Series 1968 ),
Cusip Number: 7459909E3C, Coupon Number: 48 for Certificate Number: 340969

Dear Bondholder:

We have received your request in regards to the identified issue.

After extensive research we are unable to locate this issue on our records nor find were we send funds for this issue. We did handle some Puerto Rico issues but this issue was not one of them. I reached out and called Abandoned Property Supervisor Salva Davis Valentin by phone. The number did not work and also sent email on 12/19/16 as of today have not received response.

If you have any questions, please contact the Customer Service Department (866) 657-0039 Monday through Friday, 8:30 a.m. – 4:00 p.m. (Central Standard Time).

Sincerely,

*Donna Woods*

Donna Woods
Corporate & Investment Bank

**Prudential**

Jean H. Barry
Operations Supervisor

Prudential Securities Incorporated
200 Campus Drive
Florham Park NJ 07932
Mail to PO Box 1990
Morristown NJ 07962
Tel 973 301-8355
800 824-4120  Fax 973 301-8361

Mrs. Bernice Bednarz
55 Lake Drive E
Wayne N.J.    07470 4323

*DECEASED AUNT*

Dear Mrs. Bednarz

RE:
5000 Puerto Rico Water Resources Auth
Electric Rev Bond Ser 1968 Cert # 340969
Due Jan 1 1992 5%

10,000 Puerto Rico Highway Authority
Series M Due July 1 1993 9/1/4%
2 Certs @ $5000 #4988 and #4984

We are returning these bonds to you because they have been "escheated" to the state due to thier age.

If you have any questions regarding this, please contact your Financial Advisor, James Kostival, at (973)301-8350

Yours truly

*[signature: Jean H Barry]*

Jean H. Barry
Operations Dept.

# Prudential

Date: 8-10-01

Attention: JEAN BARRY

Account: _____

Re: ==Puerto Rico Wat Res Auth of SY. 1-1-1952==

Please be advised Prudential Securities, Inc. has presented your clients' securities to an agent, trustee or company office in the attempt to exchange them.

These securities, however, can not be exchanged due to one or more of the following reasons:

____ The certificates have been reported lost, stolen, or replaced

✓ ==The funds/securities have been escheated to the state==

____ Company charter has been canceled

____ The securities are non-transferable

____ Other_____

If you have any questions or require further assistance, please do not hesitate to contact the Securities Out-Processing Section at (212)778-7627 or (212)778-4130. Thank you.

Respectfully yours,

Securities Out-Processing