TODD HAUCK
9306 LAKESIDE DR
CHAMPLIN, MN 55316



Au. Carlos E. Chardon
CLERK'S OFFICE PR 00918
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767