UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER CONCERNING MOTION FILED BY CARMEN E. CRESPO SOLANO

The Court has received and reviewed the *Moción Informativa, Solicitud y Oposición* (Docket Entry No. 18136, the "Motion"), filed by Carmen E. Crespo Solano. The Motion objects to the fact that documents in these proceedings are in English and appears to request that the Court issue Spanish-language versions of its orders. However, United States law, 48 U.S.C. § 864, requires that all documents in proceedings in the United States District Court for the District of Puerto Rico must be in English. (La ley federal 48 U.S.C. § 864, requiere que todo documento sometido en los procedimientos en el Tribunal Federal del Distrito de Puerto Rico esté en inglés.) The Motion is therefore denied.

SO ORDERED.

Dated: September 20, 2021

                                                                                  /s/ Laura Taylor Swain
                                                                                LAURA TAYLOR SWAIN
                                                                                United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).