**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Gandia, Myriam S. | 179447 | 7/14/2021 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $50,000.00 |
| Reason: | | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Gandia, Myriam S. | 179447 | 7/14/2021 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $50,000.00 |
| Base para: | | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## Three Hundred and Eighty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 324 | GANDIA, MYRIAM S.<br>26154 CORKWOOD COURT<br>LAND O'LAKES, FL 34639 | 4/21/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173753 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 325 | GARCIA BURGOS, NELSON<br>BARRIO PALO SECO<br>BUZON 236<br>MAUNABO, PR 00707 | 5/26/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174041 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 326 | GARCIA COTTO, ELIZABETH<br>HC 04 BOX 4284<br>HUMACAO, PR 00791 | 7/2/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174220 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 327 | GARCIA COTTO, MARIA ESTHER<br>HC 4 BOX 4171<br>HUMACAO, PR 00791 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173590 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 328 | GARCIA ECHEVERRIA, MIGUEL<br>CALLE FRANCISCO MENDEZ 2F12<br>URB. BAIROA PARK<br>CAGUAS, PR 00727 | 9/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 175042 | $ 4,800.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 329 | GARCIA HERNANDEZ, LUIS MIGUEL<br>HC-03 BOX 5776<br>HUMACAO, PR 00791 | 3/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173493 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 330 | GARCIA HERNANDEZ, WILLIAM<br>HC 1 BOX 17480<br>HUMACAO, PR 00791 | 3/30/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173695 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

ASR-CS-001
Rev. 02/2002

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
CENTRO DE SERVICIOS A PARTICIPANTES Y PENSIONADOS

## RECIBO DE DOCUMENTOS POR RECLAMACIÓN

Recibí los documentos descritos a continuación:

Concepto: B y M (P)

Nombre: Teresa Cruz Del Moral

Número de Empleado o de Seguro Social: _____

Agencia, Corporación o Municipio: Pensionada

Documentos:
1. B x M (P)
2. Acta Defunción (copia cert.)
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

Recibido por: Carmen Colón
Nombre Completo del Empleado

Firma

Oficial Admin.
Puesto

Fecha (Día/Mes/Año): 12/08/02

Hora: AM

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### (COMMONWEALTH OF PUERTO RICO)

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE DEFUNCION**
(CERTIFICATION OF DEATH)


NUMERO A319837

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2002-00578-015472-320062

NOMBRE DEL FALLECIDO (DECEASED NAME)
GENARA CRUZ DEL MORAL

SEGURO SOCIAL (SOCIAL SECURITY)

SEXO (SEX)
F

ESTADO CIVIL (MARITAL STATUS)
CASADA (MARRIED)

NOMBRE CONYUGE (SPOUSE'S NAME)
FERNANDO FIGUEROA MARTINEZ

FECHA DEFUNCION (DEATH DATE)
05 JUL 2002

FECHA REGISTRO (REGISTRATION DATE)
06 AGO 2002

LUGAR DEFUNCION (DEATH PLACE)
RIO PIEDRAS, PUERTO RICO

FUE EMBALSAMADO? (WAS EMBALMED?)
SI FUE EMBALSAMADO (EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)
1931

EDAD (AGE)
71 AÑOS

LUGAR NACIMIENTO (BIRTH PLACE)
YABUCOA, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
RAFAEL CRUZ

NOMBRE DE LA MADRE (MOTHER'S NAME)
NATIVIDAD DEL MORAL

FECHA EXPEDICION (DATE ISSUED)
13 AGO 2002

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

DEPARTAMENTO DE **SALUD**
GOBIERNO DE PUERTO RICO

A03652125

*Dando Salud... a tu Vida.*
**ADVERTENCIA:** Cualquier alteración o borradura cancela esta certificación.
**WARNING:** Any alteration or erasure voids this certification.

# DEATH TRANSCRIPT

**THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

## CERTIFICATE OF DEATH

Certificate No. 156-15-012557

DATE FILED

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
MARCH 18, 2015 06:41 PM

**1. DECEDENT'S LEGAL NAME:** FERNANDO FIGUEROA (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: Brooklyn
- 2c. Type of Place: 4. ☒ Nursing Home/Long Term Care Facility
- 2d. Any Hospice care in last 30 days: 2 ☒ No
- 2e. Name of hospital or other facility: Bushwick Center for Rehabilitation and Health Care

**Date and Time of Death:** March 18, 2015, 12:11 PM
**4. Sex:** Male
**5. Date last attended by a Physician:** 03/18/2015

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

**Name of Physician:** Esther Zellermaier, D.O.
**Signature:** Esther Zellermaier
**Address:** 50 Sheffield Avenue, Brooklyn, New York 11207
**License No.:** 013073
**Date:** MAR-18-2015

**7a. Usual Residence State:** New York
**7b. County:** Kings
**7c. City or Town:** Brooklyn
**7d. Street and Number:** 50 Sheffield Avenue
**Apt. No.:** 301
**ZIP Code:** 11207
**7e. Inside City Limits?:** 1 ☒ Yes

**8. Date of Birth:** 1922
**9. Age at last birthday:** 92
**10. Social Security No.:** ####-##-0133

**11a. Usual Occupation:** Sugar Cain Worker
**11b. Kind of business or industry:** Factory

**13. Birthplace:** Yabucoa, Puerto Rico
**14. Education:** 1 ☒ 8th grade or less; none

**15. Ever in U.S. Armed Forces?:** 2 ☒ No
**16. Marital/Partnership Status at time of death:** 6 ☒ Widowed
**17. Surviving Spouse's/Partner's Name:** *** ***

**18. Father's Name:** Joaquin Figueroa
**19. Mother's Maiden Name:** Rosa Martinez

**20a. Informant's Name:** Norma Figueroa
**20b. Relationship to Decedent:** Daughter
**20c. Address:** 1163 Sutter Avenue 4 B, Brooklyn, New York 11208

**21a. Method of Disposition:** 1 ☒ Burial
**21b. Place of Disposition:** Municipal Cemetery
**21c. Location of Disposition:** Yabucoa, Puerto Rico
**21d. Date of Disposition:** 03/22/2015

**22a. Funeral Establishment:** Funeraria Juan - John's Funeral Home
**22b. Address:** 509 Liberty Avenue, Brooklyn, New York 11207

---

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

March 18, 2015  Order No. 20150320146

Steven P. Schwartz, Ph.D., City Registrar

VR 15 (Rev. 01/09)



X00907935