Myriam Gandia
26154 Corkwood Ct
Land O Lakes FL 34639-5612

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767