(B)

15 de sept. 2021

Prime Clerk. LLC
Grand Central Station

Saludos:

Por este medio hago constar que envie evidencia del 173121 de Reembolso de doble Prima.

Hago constar que en Puerto Rico hay problemas con el correo. La correspondencia llega tarde.

Le envio copia de 5 de sept. 2018

atte:
[signature]

Redacted

Tel. 787-548-5703

Autorizo a las agencias pertinentes vease Record Del Dept. de Hacienda.