GOBIERNO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
San Juan, Puerto Rico

00 7443-T22
INES LUGO SANTANA
URB LOS CAOBOS
1021 CALLE ACEROLA
PONCE PR 00716-2620

Fecha de Notificación: 30 de agosto de 2018

RE: REEMBOLSO PAGO DOBLE DE PRIMA DEL SEGURO COMPULSORIO PERIODO 1998-2010

Estimado contribuyente:

De conformidad con la Orden dictada en el caso Gladys García Rubiera, et al v. Juan Flores Galarza, et al. Civil No. 02-1179 (GAG), el Departamento de Hacienda estableció un mecanismo para que toda persona que realizó el pago doble de la prima del seguro compulsorio en algún momento entre los años 1998 al 2010 pueda reclamar el reembolso de dicho pago, según el procedimiento y la Solicitud de Reembolso que se incluyen.

De acuerdo con nuestros records, usted tiene derecho a reclamar reembolso para los vehículos de motor detallados al dorso [Ver el detalle al dorso.]

La solicitud puede ser enviada por internet a través de www.hacienda.pr.gov, siguiendo las instrucciones establecidas en el portal, o por correo postal al Area de Seguros Públicos, Departamento de Hacienda, Apartado 9024140, San Juan, PR 00902-4140, en o antes del periodo de dos años, contados desde la última publicación de este aviso en el periódico.

Esta notificación se efectúa en cumplimiento y como resultado de la estipulación y sentencia dictada en el caso de García Rubiera, et al., v. Hon. Luis G. Fortuño, et al. Civil Número 02-1179 (GAG) ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico, y estipulación en el caso de Gladys García Rubiera, et al v. Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio, Civil Número KDP2001-1441 (801) Sala de San Juan del Tribunal de Primera Instancia.

Cualquier pregunta puede comunicarse al (787) 622-0123, opción numero 3

Cordialmente,

Carlos M. Allende Soto
Secretario Auxiliar Interino
Área de Seguros Públicos

# SOLICITUD DE REEMBOLSO DE PRIMA DUPLICADA DEL SEGURO COMPULSORIO

1. **NOMBRE Y APELLIDOS DEL SOLICITANTE**
   Inés M. Lugo Santana

2. **SEGURO SOCIAL DEL SOCILITANTE DEL SOLICITANTE (9 dígitos)***
   Redacted

3. **DIRECCION POSTAL***
   Los Caobos Calle Acerola 1021 Ponce PR 00716

4. **DIRECCION DE CORREO ELECTRONICO**

5. **EL SUSCRIBIENTE ES EL DUEÑO DEL (LOS) VEHICULO(S) DESCRITOS A CONTINUACION Y BAJO PENA DE PERJURIO DECLARA QUE:**

   a. Es o era el dueño del (los) vehículo(s) descrito(s) a continuación, pago una póliza de seguro privada y la póliza de seguro compulsorio al Departamento de Hacienda por dicho vehículo(s).

   b. El suscribiente no ha sido reembolsado, ni ha recibido credito de la poliza de seguro compulsorio aplicable al (los) vehículo(s) aquí descrito(s).

   c. El suscribiente aparece en las listas de dueños de vehículo(s) con derecho a reembolso enviados por la Asociacion de Suscripcion Conjunta del Seguro de Responsabilidad Obligatoria al Departamento de Hacienda correspondientes a los años 1998 al 2010.

   d. El suscribiente solicita el reembolso del pago del seguro compulsorio

6. **INFORMACION CORRESPONDIENTE AL (LOS) VEHICULO(S) POR EL (LAS) CUAL(ES) SE SOLICITA REEMBOLSO. (PUEDE UTILIZAR PAGINAS ADICIONALES SI ES NECESARIO).**

| Número de Tablilla | Numero de Identificación del Vehículo (VIN)* | Compañía Aseguradora* | Número de Póliza* | Año Reclamado* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Autorizo Véase Reco

*Informacion requerida

FECHA DE SOLICITUD: 5 de sept. 2018

FIRMA DEL SOLICITANTE: Inés M. Lugo Santana

**Información adicional:**

El Secretario de Hacienda tendrá 120 días desde el recibo de la solicitud para verificar que la información contenida en su solicitud es correcta, que el solicitante aparece en las listas provistas por la ASC y que no adeuda contribuciones al Gobierno de Puerto Rico. Luego de hecha la verificación, el Secretario procederá a aprobar la solicitud. Si la solicitud es rechazada, las razones para el rechazo serán notificadas al solicitante por correo. El reembolso está sujeto a lo que se disponga en el caso de Título III de PROMESA.

Todo solicitante tiene un período de dos años, contados desde la última publicación de este aviso en el periódico, para efectuar su reclamo al Departamento de Hacienda.

El reembolso de las primas duplicadas no conllevará el pago de intereses y del reembolso o crédito correspondiente y de este será descontado un 20% correspondiente a honorarios de abogados a:

| | |
|---|---|
| Lic. Antonio J. Amadeo Murga | Lic. Mario M. Oronoz |
| 904 VIG Center | Urb. Torrimar |
| 1225 Ave. Ponce de Leon | K-4 Calle Bambú |
| San Juan, PR 00907 | Guaynabo, PR 00966 |

Dichos abogados recibirán una cantidad equivalente al 20% de todos los reembolsos y créditos que el Departamento de Hacienda conceda a los reclamantes, que surjan de las solicitudes hechas durante el término de dos años a partir del último día en que esta notificación se publique en los periódicos, cuya suma no será menor de $1,375,000.00, sujeto a lo que en cuanto al desembolso de las cuantías se disponga en el caso de Título III de PROMESA.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No | Petition Date |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No 17-bk-03283 | Petition Date May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No 17-bk-03284 | Petition Date May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No 17-bk-03567 | Petition Date May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No 17-bk-03566 | Petition Date May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energia Eléctrica de Puerto Rico | Case No 17-bk-04780 | Petition Date July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Titulo III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Titulo 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Titulo 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

1. Who is the current creditor?

¿Quién es el acreedor actual?

Ines U. Lugo Santana

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor ______

| | | | |
|---|---|---|---|
| 2 | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No  No<br>☐ Yes  From whom?<br>Si  ¿De quién? _____ | |
| 3 | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>_Luis M. Rega Santana_<br>Name  Nombre<br><br>_Los Caobos Calle Almendro 1031_<br>Number  Número        Street  Calle<br><br>_Rio PR 00926_<br>City  Ciudad     State  Estado    ZIP Code  Código postal<br><br>_787-548-5703_<br>Contact phone  Teléfono de contacto<br><br>Contact email  Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name  Nombre<br><br>Number  Número   Street  Calle<br><br>City  Ciudad    State  Estado   ZIP Code  Código postal<br><br>Contact phone  Teléfono de contacto<br><br>Contact email  Correo electrónico de contacto | |
| 4 | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No  No<br>☐ Yes  Claim number on court claims registry (if known)<br>   Si  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>   Filed on  Presentada el _____ MM DD YYYY  DD MM AAAA | |
| 5 | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No  No<br>☐ Yes  Who made the earlier filing?<br>   Si  ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6 | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No  No<br>☒ Yes  Identify the agency or department and contact name (A list of Commonwealth of Puerto Rico agencies and departments is available at  https://cases.primeclerk.com/puertorico/)<br>   Si  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en  https://cases.primeclerk.com/puertorico/)<br><br>_Departamento de Hacienda_ |
| 7 | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No  No<br>☐ Yes  Provide the additional information set forth below  Si  Proporcionar la información adicional establecida a continuación<br><br>Vendor  Contract Number  Número de proveedor  contrato<br><br>If any, amounts due after the Petition Date listed above, but before June 30, 2017<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionada anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Proof of Claim

8. How much is the claim?

   ¿Cuál es el importe de la reclamación?

   $_____ Does this amount include interest or other charges?
   ¿Este importe incluye intereses u otros cargos?

   ❏ No / No

   ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   **Reembolso pago doble de prima del seguro Compulsorio 1998-2010**

10. Is all or part of the claim secured?

    ¿La reclamación está garantizada de manera total o parcial?

    ☑ No / No
    ❏ Yes. The claim is secured by a lien on property.
    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ❏ Motor vehicle / Vehículos
    ❏ Other. Describe:
    Otro. Describa: _____

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest, for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para mantener válido un derecho de garantía, por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien: $_____

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $_____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $_____
    The sum of the secured and unsecured amounts should match the amount in line 8.
    La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 8.

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____

    Annual Interest Rate _____
    Tasa de interés anual _____
    ❏ Fixed / Fija
    ❏ Variable / Variable

11. Is this claim based on a lease?

    ¿Esta reclamación está basada en un arrendamiento?

    ❏ No / No
    ❏ Yes. Amount necessary to cure any default as of the Petition Date
    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso

| | |
|---|---|
| Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensacion? | ☑ No / No<br><br>☐ Yes. Identify the property.<br>   Sí. Identifique el bien _____ |
| Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3: Sign Below / Firmar a continuacion

The person completing this proof of claim must sign and date it. FRBP 9011(b)

*[signature and printed name illegible]*

Print the name of the person who is completing and signing this claim. Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamacion