Inés U. Lugo Santana
Los Caobos Calle Acerola
1021  Ponce P.R. 00716

Secretaria (Clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Rooms 150 Federal Building
San Juan (Puerto Rico) 00918-1767