Statement under penalty of perjury

I Cynthia Navarro Pagán, of legal age, married, attorney at law and resident of San Juan Puerto Rico hereby state under penalty of perjury as follows:

1. My name and personal circumstances are as set forth above.

2. On July 28 and 29, 2020, I personally delivered at the office of Prime Clerk, where proof of claims were delivered for the PROMESA Title III case, the proof of claims attached to this statement. On those dates I was going to file proof claims on behalf of the Unión de Empleados de la Autoridad de Edificios Públicos and on behalf of the Unión de Empelados de Oficina de la Autoridad de Edificios Públicos. Upon arrival at that office which was open, I presented each of the proof of claims to the person in charge of receiving them with a copy asking to have each copy to be stamped with the stamp of the date and time in which it was received. The person said that he could only stamp it with a stamp that only set forth the word COPY. He assured me that having arrived at the PRIME CLERK LLC office all of the Proof of Claims were going to be acknowledged as filed on their respective dates.

3. Several days after the filing the filings were verified through the PRIME Clerk electronic filing system and the proof of claims attached were downloaded with the date in which they were filed on July 28, and 29, 2020.

4. Claim number 174604 as set forth in the receipt stamp of PRIME CLERK LLC was filed on July 28, 2020. Claim number 174660 as set forth in the receipt stamp of PRIME CLERK LLC was filed on July 29, 2020. Claim number 174661 as set forth in the receipt stamp of PRIME CLERK LLC was filed on July 29, 2020.

In testimony of which I execute this statement under penalty of perjury this 20th day of September 2021.

*[signature]*

CYNTHIA NAVARRO-PAGÁN