[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

RECEIVED

JUL 29 2020

PRIME CLERK LLC

**Fill in this information to identify the case:**

Debtor 1: Puerto Rico Buildings Authority jointly w/ Common, of PR

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of ____ Puerto Rico ____

Case number: 17-03283



17032838010021

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Unión de Empleados de Oficina de AEP on behalf of *bargaining unit employees*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Roberto O. Maldonado-Nieves
Name
344 Street #7 N.E. Office 1-A
Number  Street
San Juan, Puerto Rico  00920
City  State  ZIP Code
Contact phone 787-782-3221
Contact email romn1960@gmail.com

Where should payments to the creditor be sent? (if different)
Unión de Empleados de Oficina de AEP
Name
P.O. Box 40820 Estación Minillas
Number  Street
San Juan, Puerto Rico  00940
City  State  ZIP Code
Contact phone 787-307-6334
Contact email ueopaep@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on N/A
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410  Proof of Claim  page 1

Claim Number: 174660

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 20,000.00 . Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Refusal of P.B.A. to pay holidays

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☑ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$ _____<br><br>$ _____<br><br>$ N/A<br><br>$ _____<br><br>$ _____<br><br>$ _____ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/28/2020
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name      Roberto O. Maldonado-Nieves
          First name        Middle name        Last name

Title     Attorney

Company   Roberto O. Maldonado-Nieves
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   344 Street #7 N.E. Office 1-A
          Number    Street
          San Juan, Puerto Rico                             00920
          City                                  State       ZIP Code

Contact phone  _____    Email  _____

Attachement to Proof of Claim by Unión de Empleados de Oficina y Profesionales de la Autoridad de Edificios Públicos on behalf of collective bargaining unit.

Refusal by PBA to pay salary in holidays. Case A-10-2638. The claim is subject to an arbitration judgment dated July 13, 2012.

PBA has failed to comply with judgment

Amount in pay due is estmated in $20,000.00 accumulating interest at 6% per year plus legal fees as set forth in the judgment at a rate of 25% of the award.

# FedEx Express International Air Waybill

**Origin Copy**

## 1 From

- **Date:** 7/20/2020
- **Sender's FedEx Account Number:**
- **Sender's Name:** Johann Munoz
- **Phone:**
- **Company:** City Towers
- **Address:** 250 Ponce De Leon Ave,
- **Address:** Suite 503
- **City:** Hato Rey
- **State/Province:** PR
- **Country:**
- **ZIP Postal Code:** 00918
- **Email Address:**
- **Internal Billing Reference:** 1845-0002  74 # of claims

## 2 To

- 28 ☐ Residential Delivery
- **Recipient's Name:**
- **Phone:** 2122574169
- **Company:** PRIME CLERK
- **Address:**
- **Address:** 850 3RD AVE STE 412
- **Dept/Floor:**
- **City:** BROOKLYN
- **State/Province:** NY
- **Country:** US
- **ZIP Postal Code:** 11232
- **Email Address:**
- **Recipient's Tax ID Number for Customs Purposes:**

## 3 Shipment Information

- **Total Packages:** 1
- **Total Weight:** 2 lbs ☒
- **DIM:** / /
- **Commodity Description:** Doc's
- **Country of Manufacture:** USA
- **Value for Customs:** NCV
- **Total Declared Value for Carriage:** NCV
- **Total Value for Customs:** NCV
- Has EEI been filed in AES? ☐ No EEI required... ☐ No EEI required, enter exemption number ☐ Yes – Enter AES proof of filing citation

**FedEx Tracking Number:** 8135 9267 1131 0402

## 4 Express Package Service
NOTE: Service order has changed. Please select carefully.
- 06 ☒ FedEx Intl. First
- 01 ☐ FedEx Intl. Priority
- 03 ☐ FedEx Intl. Economy

## 5 Packaging
- 06 ☐ FedEx Envelope
- 02 ☒ FedEx Pak
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 15 ☐ FedEx 10kg Box
- 25 ☐ FedEx 25kg Box
- 01 ☐ Other

## 6 Special Handling and Delivery Signature Options
- 01 ☐ HOLD at FedEx Location
- 03 ☐ SATURDAY Delivery
- 10 ☐ Direct Signature
- 34 ☐ Indirect Signature

**RECEIVED JUL 31 2020 PRIME CLERK**

## 7 Payment
- 1 ☐ Sender
- 2 ☒ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Check/Cheque

**FedEx Acct. No.** 9095-8996-7

**Bill duties and taxes to:**
- 1 ☐ Sender
- 2 ☐ Recipient
- 3 ☒ Third Party
- 5 ☐ Cash/Cheque

## 8 Required Signature

**Sender's Signature:** Johann Munoz

**Recipient's Signature:** 662

- **Origin Station ID:** SIG
- **Country Code/Destination Station ID:** FBT
- **URSA Routing:** XIFBT
- **Handling Units:**
- **Total Volume (cm):**

- **Received At:** 1 ☐ Reg. Stop  2 ☒ On-Call Stop  3 ☐ Drop Box  4 ☐ World Service Center  5 ☐ Station
- **Forms Attached:** ☐ CI ☐ CO
- **Base Charges:** 76.30
- **Declared Val. Chrg.:**
- **Other:** 7/24
- **ODA/OPA:** 80
- **Credit Card Auth.:**
- **FedEx Emp. #:**
- **Del. Courier Emp. #:**
- **Date:**
- **Time:**

PART 156409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill