[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

RECEIVED

JUL 28 2020

PRIME CLERK LLC

### Fill in this information to identify the case:

Debtor 1: Puerto Rico Buildings Authority jointly w/ Common, of PR

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 17-03283


170328380100178

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Unión de Empleados de la AEP on behalf of GEORGE PAGAN NEGRON
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: GEORGE PAGAN-NEGRON

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Roberto O. Maldonado-Nieves
Name

344 Street #7 N.E. Office 1-A
Number   Street

San Juan, Puerto Rico        00920
City                State    ZIP Code

Contact phone: 787-782-3221

Contact email: romn1960@gmail.com

Where should payments to the creditor be sent? (if different)

Unión de Empleados de la AEP
Name

1214 Calle Cádiz Urb. Puerto Nuevo
Number   Street

San Juan, Puerto Rico        00920
City                State    ZIP Code

Contact phone: 787-479-2692

Contact email: gilberto.roldan@uieaep.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____   Filed on N/A
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

Claim Number: 174604

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ 203,008 . Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   WRONGFUL TERMINATION

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $_____
   Amount of the claim that is secured: $_____

   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No
☑ Yes. Check one:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☑ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 13,650 |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 07/28/2020
            MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Roberto O. Maldonado-Nieves
      First name   Middle name   Last name

Title: Attorney

Company: Roberto O. Maldonado-Nieves
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 344 Street #7 N.E. Office 1-A
         Number   Street
         San Juan, Puerto Rico      00920
         City   State   ZIP Code

Contact phone: 787-782-3221      Email: romn1960@gmail.com

Official Form 410    Proof of Claim    page 3

Attachement to Proof of claim by

Unión de Empleados de Autoridad de Edificios Públicos on behalf of
George Pagán Negrón

Wrongful termination claim pending arbitration hearing

Amount in back pay due $203,008.00 accumulating interests at 6% per year, and additional back pay at the monthly wage until reinstatement plus legal fees

Sick leave and vacation pay accumulated as of date of termination until reinstatement as provoded by collective bargaining agreement with PBA

Sick days accumulated 94.5 and vacation leave days 157.5 that continue accumulating until reinstatement in addition to all of the penalties provided by the CBA

# FedEx International Air Waybill — Origin Copy

**1 From**
- Date: 7/20/2020
- Sender's FedEx Account Number: [blank]
- Sender's Name: Johann Munoz
- Phone: [blank]
- Company: City Towers
- Address: 250 Ponce De Leon Ave,
- Address: Suite 503
- City: Hato Rey
- State/Province: PR
- Country: [blank]
- ZIP/Postal Code: 00918
- Email Address: [blank]
- Internal Billing Reference: 1845-D002   74 # of Claims

**2 To**
- Residential Delivery: [ ]
- Recipient's Name: [blank]
- Phone: 2122574169
- Company: PRIME CLERK
- Address: [blank]
- Address: 850 3RD AVE STE 412
- City: BROOKLYN
- State/Province: NY
- Country: US
- ZIP/Postal Code: 11232

**3 Shipment Information**
- Total Packages: 1
- Total Weight: 2 lbs
- Commodity Description: Doc's
- Country of Manufacture: USA
- Value for Customs: NCV
- Total Declared Value: NCV
- Total Value for Customs: NCV

**4 Express Package Service**
- FedEx Tracking Number: 8135 9267 1131 0402
- [X] 06 FedEx Intl. First
- [ ] 01 FedEx Intl. Priority
- [ ] 03 FedEx Intl. Economy

**5 Packaging**
- [ ] 06 FedEx Envelope
- [X] 02 FedEx Pak
- [ ] 03 FedEx Box
- [ ] 04 FedEx Tube
- [ ] 15 FedEx 10kg Box
- [ ] 25 FedEx 25kg Box
- [ ] 01 Other

**6 Special Handling and Delivery Signature Options**
- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery
- [ ] Direct Signature
- [ ] Indirect Signature

RECEIVED JUL 31 2020 PRIME CLERK

**7 Payment**
- Bill transportation charges to: [X] 2 Recipient
- FedEx Acct. No.: 9095-A996-7

**8 Required Signature**
- Sender's Signature: Johann Munoz

- 662
- Origin Station ID: SIG
- Country Code/Destination Station ID: FBT
- URSA Routing: XIFBT
- Received At: On-Call Stop
- FedEx Emp. #: 16630
- 7/24  180