Carlos E. Galan Renade
Urb. Los Prados Sur 110
Calle Zirconia
Dorado P.R. 00646-9650

CERTIFIED MAIL
7021 0350 0001 3417 7900

U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
SEP 17, 21
AMOUNT
$5.11
R2307M152654-13

Secretaria (Clerk's office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918-1767