Janet Colón Cosme
Urb. Los Prados Sur 110
Calle Zirconia
Dorado, Puerto Rico 00646-9650




Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767