Aixa E. Rodriguez
Cond. Las Flores Apartments
1st H-30 Apt. 1
Juana Diaz, PR 00795

CERTIFIED MAIL

7020 1810 0000 5515 6119





U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
SEP 18, 21
AMOUNT
$8.16
R2305K134027-03

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. CT.
SAN JUAN, PR
2021 SEP 20 PM 4:40

To: Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767