UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 20, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 21, 2021

1. Ana Calderon
2. Osvaldo Martinez Vazquez
3. Edwin Baez Irizarry
4. Angel L. Cintron Serrano
5. Peter Joel Zambrana Ortiz
6. Jose R. Zambrana Guzman
7. Nitsa Bonilla Garcia
8. Delia Ortiz Rivera
9. Glenda Y. Perez Perez
10. Herminio Cortes Dominicci
11. Maria del Carmen Sanchez Diaz
12. Dolores Echevarria Figueroa
13. Julio Maldonado Ramos (2 notices)
14. Miguel A. Nieves Hernandez
15. Anthony Quiñones
16. Ana Delia Figueroa Torres
17. Jack Mercado de Jesus
18. Neville Santiago Morgado
19. German Gomez Ortiz
20. Francisca Maldonado Hernandez
21. Santos V. Roque Rivera
22. Madeline Morales Valentin (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 21, 2021

23. Aurea Quiñones Bloise

24. Carmen L. Martinez Morales (3 notices)

25. Maria A. Clemente Rosa (8 notices)

26. Rafael Acosta Villalobos

27. The Cecora Asset Management Trust c/o Marguerite Ann Cecora

28. Jorge L. Fuentes

29. Miriam Irizarry Valentin

30. Enid J. Montalban Torres

31. Jose M. Anadon Ramirez

32. Gustavo J. Ruberte Maldonado

33. Frances M. Morales Cruz

34. Maria N. Gonzalez Cruz

35. Jose A. Cabrera Sotomayor

36. Ana Rosa Espinet Pagan

37. Luz D. Martinez Roman

38. Alicia G. Roman Hernandez

39. Luz M. de Leon Roman

40. Noel Ocasio Hernandez

41. William Martis II Rosario

42. Eduardo Ferrer Velazquez (2 notices)

43. Carmen Rivera Rivera

44. Roberto Luis Sanjurjo Perez (2 notices)

45. Rosa M. Jimenez Rosado

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 21, 2021

    46. Luz H. Ocasio Ramirez (2 notices)

    47. Jorge L. Pagan Ortega

    48. Wanda A. Martinez Acevedo

    49. Elizabeth Santiago Rodriguez

    50. Ramon Luis Garcia Colon

Dated: September 21, 2021