Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Calderón, Ana

Participant's Address:    2673 2nd Ave S.E. Naples, Fl. 34117

Participant's Email Address:    ana bc 43 @ yahoo . com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    ERS   17-BK-3566-LTS

Nature of Claim:    Promesa Title III

By:    Ana Calderón
       Signature

       Ana Calderón
       Print Name

       _____
       Title (if Participant is not an individual)

       08/10 / 2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Calderón, Ana
2673 2nd Ave. S.E.
Naples, Fl. 34117

RECEIVED AT SAN JUAN
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 35

00918-170625

TAMPA FL 335
SAINT PETERSBURG FL
11 SEP 2021 PM 3 · L ·

United States District Court (Clerk's Office)
150 Ave. Carlos Chardon Ste 156
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Osvaldo Martinez Vasquez_

Participant's Address: _HC01 Box 10434, Lajas, P.R. 00667-9711_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _30660_

Nature of Claim: _General Unsecured_

By: _Osvaldo Martinez Vasquez_
    Signature

_Osvaldo Martinez Vasquez_
Print Name

_____
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Osvaldo Martinez Vasquez
HC 01 Box 10434
Lajas, P.R. 00667-9711

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 2:37

00918-170625

United States District Court
Clerks' Office
150 Ave. Carlos Charón Ste. 150

San Juan, P.R. 00918-1767

MEMPHIS TN 380
13 SEP 2021 PM 2 L

FOREVER / USA



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edwin Baez Irizarry*

Participant's Address: *HC 5 Box 7634 Yauco P.R 00698*

Participant's Email Address: *ebaez8657@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *31066*

Nature of Claim: *General Unsecured*

By: *Edwin Baez Irizarry*
Signature

*Edwin Baez Irizarry*
Print Name

_____
Title (if Participant is not an individual)

*08/20/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Baez Irizarry
Hc. 5. Box 7634
Yauco P.R. 00698

RECE.
CLER.
U.S. DIST.
SAN JUA.

20 PM 37

00918-170625

MEMPHIS TN
13 SEP 2021 PM 2 L

FOREVER / USA

United States District Cort
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918 - 1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Cintrón Serrano_

Participant's Address: _5527 Leon CiR Orlando Fl. 32810_

Participant's Email Address: _angel.cintrón1130@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173422_

Nature of Claim: _Promesa_

By: _Angel L. Cintrón Serrano_
Signature

_Angel L. Cintrón Serrano_
Print Name

_____
Title (if Participant is not an individual)

_9 - 15 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel L. Cintron Serrano
5527 Leon Cir
Orlando, Fl. 32810

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4: 36

00918-170625

United States District Court's office
150 Ave CArlos CHardon Ste. 150
SanJuan, P. R. 00918- 1767

ORLANDO FL 328

15 SEP 2021 PM 6 L



PURPLE HEART

FOREVER USA

STATION

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Peter Joel Zambrana Ortiz_

Participant's Address: _Urb. Jacaguax C-1 #88 J.Díaz P.Rico 00795_

Participant's Email Address: _p_zambrana @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa   Title III_

By: _(signature)_
Signature

_Peter J. Zambrana Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 7 2021_
Date

Nisa, Peter J. Lambana
Sacagwax c-1 #688
J.Diaz, P.R.
00795

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.

20?? SEP 20 PM 4:36

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

13 SEP 2021 PM 5 L

NASHVILLE TN 370



SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José R. Zambrana Guzmán_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Peter J. Zambrana Ortiz (son)_

Address of Counsel: _Jacaguax c-1 #88 J. Díaz  00795_

Email Address of Counsel: _p_zambrana@yahoo.com_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _José died in May 2019_
Signature

_José R. Zambrana Guzmán_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 7 2021_
Date

Nita, Peter J. Zambrana
Jacaguax c-1 #88
J. Diaz, P.R.
00795

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

20\_\_ SEP 20 PM 4: 36

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

NASHVILLE TN 370

13 SEP 2021 PM 5 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nitsa Bonilla García_

Participant's Address: _C. La Cruz #26 Int. J. Díaz P. Rico 00795_

Participant's Email Address: _p_zambrana@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Nitsa Bonilla García_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 7 2021_
Date

Nisa, Peter J. Zambrana
Jacaguax C-1 #88
J Diaz, P.R.
00795

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN

2021 SEP 20 PM 4: 36

00918-1706.25

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

13 SEP 2021 PM 5 L

NASHVILLE TN 370

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delia Ortiz Rivera_

Participant's Address: _Urb. Jacaguax c-1 #88 J. Diaz P.R. 00795_

Participant's Email Address: _p_zambrana@yahoo.com_

Name of Counsel: _Peter J. Zambrana Ortiz   (son)_

Address of Counsel: _Jacaguax c-1 #88 J. Diaz 00795_

Email Address of Counsel: _p_zambrana@yahoo.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Delia died in January 2019_
Signature

_Delia Ortiz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 7 2021_
Date

Nita, Peter J. Zambrana
Joaquin c-/#828
J.D.M., P.R.
00795

RECEIVED AND FIL...
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 36

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-1706.25

NASHVILLE TN 370

13 SEP 2021  PM 5  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Glenda Y. Pérez Pérez_

Participant's Address: _PO Box 334, Punta Stgo, PR 00741_

Participant's Email Address: _glendayam 01@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA   Title III_

By: _Glenda Y. Pérez Pérez_
   Signature

_Glenda Y. Pérez Pérez_
Print Name

_N/A_
Title (if Participant is not an individual)

_4 September 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Glenda Y. Pérez Pérez
PO Box 334
Punta Styo, PR 00741

RECEIVED AND FILED
CLERK
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP 20 PM 4:37

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

13 SEP 2021 PM 3 L

MEMPHIS TN 380

FOREVER/USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   HERMINIO CORTES DOMINICC

Participant's Address:   P.o. Box 5133 Ponce PR 00733-5133

Participant's Email Address:   miguelamoralss Muniz6 yahoo. Com

Name of Counsel:   17 BK 3283-L - TS

Address of Counsel:

Email Address of Counsel:

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK - 3283-LTS

Nature of Claim:   Promesa Title (1)

By:   Herminio Cortes Dominica
Signature

Herminio Cortes Dominicci
Print Name

Police
Title (if Participant is not an individual)

9/4/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Herminio Cortés
P.O. Box 5133
Ponce PR 00733-5133

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 36

00918-170625

United States District Court Office
Ave Carlos Chardon Ste 150
San Juan, PR  00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARIA del CARMEN Sanchez Diaz_

Participant's Address: _SIERRA BAYAMON BLQ 81 #24 CALLE 68 Bayamon PR 00961_

Participant's Email Address: _muri @ coqui.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Maria del Carmen Sanchez Diaz_
Signature

_Maria del Carmen Sanchez Diaz_
Print Name

_____
Title (if Participant is not an individual)

_Sept 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA DEL CARMEN SANCHEZ DIAZ
URB SIERRA BAYAMON
81 24 CALLE 68
BAYAMON PR 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 36

00918-170625

MEMPHIS TN 380

13 SEP 2021  PM 3  L

DISCOVERY NOTICE TO THE COURT'S CLERK OFFICE
AT
UNITED STATES DISTRICT COURT CLERK OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Dolores Echevarria Figueroa*

Participant's Address: *HC-02 Box 3843 Maunabo PR 00707*

Participant's Email Address: *doloresechevarria80@gmill.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *125731*

By: *Dolores Echevarria* (signature)
Signature

*Dolores Echevarria*
Print Name

_____
Title (if Participant is not an individual)

*7 September 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Dolores Echevarria
HC 02 Box 3843
Maunabo, P.R. 00707

RECEIVED AND FILED
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 36

To: United States District Court,
Clerk's office
150 ave Carlos chardon ste. 150
San Juan P.R. 0919-1765

00918-170625

NASHVILLE TN 370

10 SEP 2021  PM 3



★ USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Maldonado Ramos_

Participant's Address: _55 Valle Escondido Estates, 8 St, Q-8 Coamo Dorado, P.R. 0097_

Participant's Email Address: _julio.maldonado1961@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17- BK 3283_

Nature of Claim: _Commonwealth Of Puerto Rico_

By: _[signature]_
Signature

_Julio Maldonado Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_09/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Alejandro Rosario
55 Calle Esmeralda
Guaynabo, P.R. 00971

RECEIVED AND FILED
CLERK'S OFFICE
U.S. ...
SAT JUAN ...

2021 SEP 20  PM 4: 36

00918-1706625

United States District Court Clerk Off.
150 Ave. Carlos Chardón
Suite 150
San Juan, P.R. 00918-1767



MEMPHIS
13 SEP 2021
PM 2
FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Maldonado Ramos_

Participant's Address: _55 Valle Escondido Estates, Est @ 8 st Guaynabo, P.R. 03971_

Participant's Email Address: _julio.maldonado1961@hotmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-03283_

Nature of Claim: _Commonwealth of Puerto Rico (by Romero)_

By: _[signature]_

Signature

_Julio Maldonado Ramos_

Print Name

_Participant_

Title (if Participant is not an individual)

_09/10/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Maldonado Rosas
55 Valle Escondido
Coray Dora, P.R. 00971

RECEIVED AND FILED
CLERK'S OFFICE
U.S.
SAN JUAN, P.R.

2021 SEP 20  PM 4: 36

00918-1706.25

United States District Court Clerks
150 Ave. Carlos Charco
Suite 150
San Juan, P.R. 00918-1767



MEMPHIS
13 SEP 2021

FOREVER / USA
FOREVER / USA
FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Nieves Hernández_

Participant's Address: _Pedro Hernández Street #95 Quebradillas P.R. 00678_

Participant's Email Address: _mjnieves59@gmail.com_

Name of Counsel: _____

Address of Counsel: _NO HAVE_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153878_

Nature of Claim: _Public Employee claim_

By: _Miguel A. Nieves Hernández_
Signature

_Miguel A. Nieves Hernández_
Print Name

_Office Typewriter II_
Title (if Participant is not an individual)

_09/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Nieves Hernández
Urbanización Kennedy
Calle Pedro Hernández #95
Quebradillas, Puerto Rico 00678

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4 36

00918-170625

United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

13 SEP 2021 PM 3 L

SEP 09 2021

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anthony Quinones_

Participant's Address: _329 Placid Lk Dr Sanford FL 32773_

Participant's Email Address: _aqRFLA@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA title III_

By: _(signature)_
Signature

_Anthony Quinones_
Print Name

_N/A_
Title (if Participant is not an individual)

_9/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Anthony Quiñones
329 Placid Lake Dr.
Sanford, FL 32773

RECORDED IN THE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 20  PM 4:35



ORLANDO FL 328

7 SEP 2021  PM 4 L

FOREVER / USA

TO: United States District court
Clerks office.
United states Distric Court
Clerks office, 150 AVE. CARLOS
CHARDON STE. 150, SAN JUAN, P.R. 0098-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     ANA DELIA FIGUEROA TORRES

Participant's Address:     Urb. Alturas de Peñuelas II, Calle 16 Q 24, Peñuelas, PR   00624

Participant's Email Address:   kegean50@hotmail.com

Name of Counsel:     LCDO  SERAFIN ROSADO SANTIAGO

Address of Counsel:     CALLE SANTA ANA #7, ADJUNTAS, PR   00601

Email Address of Counsel:   lcdoserafinrosado@yahoo.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:     138095

Nature of Claim:     RECLAMOS DE EMPLEADOS PUBLICOS

By: _(signature)_
Signature

ANA DELIA FIGUEROA TORRES
Print Name

_____
Title (if Participant is not an individual)

September 9, 2021
Date

AFF #25,685
Sworn and subscribed before me, by
Ana Delia Figueroa Torres, of legal
age, married, retired, and resident
in Adjuntas, Puerto Rico, to whom I
known personally, in Adjuntas, PP,
today september 9th, 2021

_(signature)_
PUBLIC NOTARY
RUA  3804

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Delia Figueroa Torres
Urb. Alturas II De Peñuelas
Calle 16 Q24, Peñuelas, P.R.
00624

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST
SAN

2021 SEP 20 PM 35

00918-170625

MEMPHIS TN 380
13 SEP 2021 PM 2 L

USA FOREVER

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardón Ste. 150, San Juan P.R.
00918-1767

CLAIM # 173757 on pag. 79 of 153 IN Exhibit A - Claims to
Disallowed

creditor # 517        I AM NOT A LAWYER OR A ATTORNEY.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:
                                    (father & mother, Last NAMES)

Participant's Name:        JACK Mercado De Jesus

Participant's Address:     Calle 3 E-6 Monte SoL, ToA Alta, PR 00953

Participant's Email Address:  jackmercado25@outlook.com

Name of Counsel:           N/   I disagree with the 374
                                OMNIBUS OBJECTION of the
Address of Counsel:        /    commonwealth of PR
                           A    Exhibit A Claims to be Disallowed
Email Address of Counsel:       all 989 bondowners should be

2.    Participant's Claim number and the nature of Participant's Claim:    (claim #)  paid.
                                                                          173757  (IN
Claim Number:     No. 17-BK-3283-LTS                                               Exhibit
                  REQUEST PAYMENT of $1,081.00                                      A.)
Nature of Claim:  (FROM THE GOVERMENT of the Commonwealth
                  of Puerto Rico) on the SAVING Note
By: Jack Mercado DeJesus      # 2009-000677.
    Signature
where
IN      JACK Mercado DeJesus   I AM 64 years old, retired
PR &    Print Name             from the Commonwealth
USA can I LEGAL Advice?        of PR. I made a Loan
recieved  Title (if Participant is not an individual)   of $800.00 at 7% interest
                                                        to buy THIS SAVING NOTE.
       Sept. 17, 2021          I voted IN favor the Adjustment
       Date                    PLAN, EVEN despite the fact I
                                                              earned
**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice   more de
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re*   $1,500.00/
*Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may   month.
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CLAIM # 173757   Please read the document I previously
Proof was timely filed, the amount due is $1,081.00
  of            send email to you guys (2 Time s)
Claim.   I believe all the lies the commonwealth
              of PR IN press & TV commercials.

I Agree All   Loans or bonds of commonwealth of PR.
  should be paid. Why should they NOT pay
my SAVING Note. There are NO Attorneys IN PR or USA
who know the PROMESA LAW. Then how can I get?
                              LEGAL Advice



U.S. POSTAGE PAID
PME 1-Day
SABANA SECA, PR
00952
SEP 17, 21
AMOUNT
**$29.40**
R2304E106667-04


UNITED STATES
POSTAL SERVICE

1005    00918

**PRESS FIRMLY TO SEAL**

 FSC
MIX
FSC C116918

 how2recycle.info
PAPER
POUCH

**PRESS**

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

18

**FOR DOMESTIC AND INTERNATIONAL USE**


UNITED STATES
POSTAL SERVICE®

PRIORITY
MAIL
EXPRESS®


EJ 762 042 906 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)   PHONE ( )
Jack Mercado De Jesús
Calle 3 E-6 Monte Sol
Toa Alta, PR 00953

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )
Clerk's Office
United States District Court
Room 150 Federal Building
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918
ZIP + 4® (U.S. ADDRESSES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
00952 | 9-18-21 | $ 26.35

Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
9-17-21 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON  6PM | $ | 

Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee
☐ AM ☒ PM | $ | $ 3.05 | $

Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees
$ | $ | $ 29.40

Weight | ☐ Flat Rate | Acceptance Employee Initials
lbs 19 ozs. | VM |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
9/18 | ☐ AM ☐ PM | BC

Delivery Attempt (MM/DD/YY) | Time | Employee Signature
 | ☐ AM ☐ PM |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


 **PEEL FROM THIS CORNER**

BF May
12 1/2 x 9 1/2



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

 POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Neville Santiago Morgado_

Participant's Address: _Urb. Montecasino 174 Calle Caoba Toa Alta, PR 00953_

Participant's Email Address: _neville-santiago@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175532_

Nature of Claim: _Commonwealth of Puerto Rico / case#: 17BK03283-LTS_

By: _Neville Santiago Morgado_
Signature

_Neville Santiago Morgado_
Print Name

_____
Title (if Participant is not an individual)

_September 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Neville Santiago Morgado
Urb. Montecasino
174 calle Cedro
Toa Alta, P.R. 00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 45

CERTIFIED MAIL

7021 0350 0000 7255 5235

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00957
SEP 11, 21
AMOUNT

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _German Gomez Ortiz_

Participant's Address: _HC 02 Box 11681   Humacao, PR  00791_

Participant's Email Address: _jgd.4683@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Preliminary Confirmation Submission and Discovery_

By: _German Gomez Ortiz_
Signature

_German Gomez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_16/sept/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE.**

*Retail*

**P**   US POSTAGE PAID
**$7.95**

Origin: 00791
09/17/21
4245900791-5

**PRIORITY MAIL 1-DAY®**

0 Lb 1.80 Oz

**1005**

EXPECTED DELIVERY DAY: 09/18/21

**C018**

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**

9505 5103 3593 1260 3476 76

**FROM:**

Germán Gómez Ortiz
BCO2 BOX11681 Humacao PR
00791 jgd4683cagmail.com

**TO:**

Discovery notice to the courts
& Cler's office at
United States District Courts office
150 Ave Carlos Ste 150         at
San Jun PR 00918-1767

PRIORITY®
MAIL

■ Expected de
■ Most domes
■ USPS Track
■ Limited inter
■ When used

*Insurance does
Domestic Mail Ma
** See Internation

tions apply).*

estinations.

d.

e the

s of coverage.

**FLAT R**
ONE RATE ■

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisca Maldonado Hernández_

Participant's Address: _381 Ave. 7 elisa Rivén dell Paumonte_
_Apt 806 San Juan, P.R. 00926_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK  3283 - LTS_

Nature of Claim: _No. 17BK  3283 - LTS_

By: _Francisca Maldonado Hernández_
   Signature

_Francisca Maldonado Hernández_
Print Name

_30 0_
Title (if Participant is not an individual)

_30 agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 4:46

Francisco Maldonado Vélez
381 Ave. Felisa Rincón de Gautier
Cond. Panorama
Apt 806
San Juan, Puerto Rico 00926-

Commonwealth of Puerto Rico
United States District Court, Clerk's
Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santos V. Roque Rivera_

Participant's Address: _Street # 2 D-8 Urb-Vista Monte, Cidra, PR 00739_

Participant's Email Address: _luisramos499@gmail.com_

Name of Counsel: _No._

Address of Counsel: _No._

Email Address of Counsel: _No._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179101   179102   179103   179104_

Nature of Claim: _- See back -_

By: _Santos V. Roque Rivera_
Signature

_Santos V. Roque Rivera_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of claim:

179101 — Claim for increase of
salary for the former
governor, Sila M. Calderón.
This increase salary that
was never paid to me, and
it also affected my pension.

179102 — Claim for increase of
salary by salary scale.
This increase of salary,
I have never been paid;
and my pension is being
affected.

179103 — Claim for increase to my
pension from 3%, every
three years, not payed
since my retirement in
2007; and my pension
was affected.

179104 — Claim for increase of
salary by the former
governor Carlos Romero
Barceló, that was never
paid to me. And also, my
pension is affected.

Santos V. Roque Rivera
Street #2 D-8
Urb. Vista Monte
Cidra, PR. 00739



CERTIFIED MAIL

0021 0950 0001 5356 4587

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767



U.S. POSTAGE PAID
CIDRA, PR
00739
SEP 10, 21
AMOUNT
$6.80
R2304M113360-15

1000

00918

00918-170625

FOREVER / USA

Case:17-03283-LTS   Doc#:18172-1   Filed:09/21/21   Entered:09/21/21 09:52:09   Desc:
Pro se Notices of Participation   Page 48 of 135

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Madeline Morales Valentin*

Participant's Address: *Bo. Buena Vista, 112 Calle Capisfally, Mayaguez*

Participant's Email Address: *mamimale140@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *130077 y 179/41*

Nature of Claim: _____

By: *Madeline Morales Valentin*
Signature

*Madeline Morales Valentin*
Print Name

_____
Title (if Participant is not an individual)

*8 de septiembre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Madelia Morales Valletic
Bo. Buena Vista
112 Calle Capoyolly
Mayagüis, P.R.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 20   PM 4: 47

00918-170625

11 SEP 2021

MEMPHIS TN 380

PM 3   L

FOREVER / USA

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR   00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madeline Morales Valentin_

Participant's Address: _Bo. Buena Vista, 112 Calle Capiz Kelly, Mayaguez_

Participant's Email Address: _mamorale140@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130077 y 179141_

Nature of Claim: _Salario minimo_

By: _Madeline Morales Valentin_
Signature

_Madeline Morales Valentin_
Print Name

_____
Title (if Participant is not an individual)

_1 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mardelsio Morales Valetin
Bo. Buena Vista
112 Calle Caparjally
Mayagüez 3, PR.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

2021 SEP 20 PM 4: 47

00918-170625

MEMPHIS TN 380
11 SEP 2021 PM 3 L

FOREVER / USA

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea Quiñones Bloise_

Participant's Address: _Mendez Vigo #324 Dorado P.R. 00646_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Aurea Quiñones Bloise_
Signature

_Aurea Quiñones Bloise_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mirta Quiñones Blair
Mendez Vigo #721
Dorado PR 00646

RECEIVED AND FI—
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:47

San Juan, 00918-1767

Clerk's Office 150 Ave. Carlos Chardon Ste.150

Court's Clerk's Office United States Distric Court,

00918-170625

MEMPHIS TN 380

11 SEP 2021   PM 3   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Martinez Morales

Participant's Address: Hc 04 Box 17969 Camuy, P.R. 00627

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 132916

Nature of Claim: _____

By: Carmen S. Martínez Morales
   Signature

Carmen L. Martinez Morales
   Print Name

_____
   Title (if Participant is not an individual)

13-09-21
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Martinez Mora
Hc-04 Box 17969
Camuy, P.R. 00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 4:47

00918-170525

United States District
Court, Clerk's Office
150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

16 SEP 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Martinez Morales

Participant's Address: Hc 04 Box 17969 Camuy, P.R. 00627

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 108747

Nature of Claim: _____

By: Carmen Martinez Morales
Signature

Carmen Martinez Morales
Print Name

_____
Title (if Participant is not an individual)

13-09-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Martinez Mora
Afc-04 Box 17969
Camuy, P.R. 00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:47

United States District
Court, Clerk's office
150 Aven.
Carlos Chardon Ste., 150
San Juan, P.R. 00918-17167

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Carmen L. Martinez Morales**

Participant's Address: **Hc-04 Box 17969 Camuy, P.R.00627**

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: **148 227**

By: **Carmen Martinez Morales**
Signature

**Carmen L. Martinez Morales**
Print Name

_____
Title (if Participant is not an individual)

**13 - 09 - 21**
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Martinez-Morales
HC-04 Box 17969
Camuy, P.R. 00627

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 20  PM 4:47

16 SEP 2021

United States District
Court, Clerk's Office
150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARIA A. Clemente Rosa_

Participant's Address: _Cond. Astralis 9546 C/n Diaz Way Apt 311_
_torre 6 CAROLINA PR. 00979_

Participant's Email Address: _clero_62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92159_

Nature of Claim: _17 BK - 3283_

By: _Dra Maria A. Clemente_     _Lic R-16045_
    Signature

_Maria A. Clemente Rosa_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Amulero_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Viviana Diaz_   08/05/21 |
| 1. Article Addressed to: Unite States District Court. Clerks Office, 150 Ave. Carlos Chardón Ste. 150, S.J. P.R. 00918-1767 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 6502 0346 7917 02 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1810 0000 9898 4359 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Juan PR 00918

| | | |
|---|---|---|
| Certified Mail Fee $3.60 | 0001 | 05 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $7.95

Total Postage and Fees $14.40

Sent To _United States District Court_
Street and Apt. No., or PO Box No. _Clerk's Office_
City, State, ZIP+4® _Chardón Ste 150 S.S.J. 00918-1767_

AUG 4 2021
08/04/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



Dra. María A. Clemente Rosa
Condominio Astralis 95.
Calle Díaz Way Apt. 31.
Carolina,P.R. 00979

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:46

CERTIFIED MAIL

7016 3560 0000 0338 7038

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, 21
AMOUNT
$7.78
R2303S103558-01

*Sept 4/2021*

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  María A. Clemente Rosa

Participant's Address:  Cond. Astralis 9546 C/A Díaz Way Apt 311 Carolina

Participant's Email Address:  clero_62a yahoo.com    P.R. 00979

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283 - LTS  *133 537*

Nature of Claim:  *17 BK 3283-LTS*

By:  *[signature]*  *Lic. R-16045*

Signature

María A. Clemente Rosa

Print Name

_____

Title (if Participant is not an individual)

4 de septiembre 2021

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Dra. María A. Clemente Rosa
Condominio Astralis 95.
Calle Díaz Way Apt. 31.
Carolina, P.R. 00979

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:46

CERTIFIED MAIL

7016 3560 0000 0338 7038

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, '21
AMOUNT
$7.78
R2303S103558-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Clemente Rosa_

Participant's Address: _Cond. Asturias 9546 C/A Diaz Way Apt. 311_
_torre #6 CAROLINA, P.R.00979_

Participant's Email Address: _clero_62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92159 / 133537 / 92159_

Nature of Claim: _17 BK-3283_

By: _Maria A. Clemente_
Signature     _Lic.R-16045_

_Maria A. Clemente Rosa_
Print Name

_____
Title (if Participant is not an individual)

_4 Sept 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



U.S. POSTAGE PAID
SCM LETTER
SAN JUAN, PR
00936
SEP 09, '21
AMOUNT
$7.78
R2303S103558-01

00918
1000

CERTIFIED MAIL

7016 3560 0000 0338 7038

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Dra. María A. Clemente Rosa
Condominio Astralis 95
Calle Díaz Way Apt. 31
Carolina, P.R. 00979

2021 SEP 20 PM 4:46
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A-Clemente Rosa_

Participant's Address: _Cond. Asthalia 9546 C/A Diaz Way Apt 311_
_torre #6 CAROLINA PR@ 979_

Participant's Email Address: _Clero_62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92/59 / 133537 / 92/59_

Nature of Claim: _17 BK 3283_

By: _Maria C. Clemente_ _Lic. R-16045_
Signature

_Maria A-Clemente Rosa_
Print Name

_____
Title (if Participant is not an individual)

_4 Sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dra. María A. Clemente Rosa
Condominio Astralis 95.
Calle Díaz Way Apt. 31.
Carolina, P.R. 00979

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:46

CERTIFIED MAIL

7016 3560 0000 0338 7038

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, 21
AMOUNT

$7.78

R2303103558-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Clemente Rosa_

Participant's Address: _Cond. Astralis 9546 c/A Diaz Way Apt 311 torre #6 CAROLINA P.R 00979_

Participant's Email Address: _clero_62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92159   133537   / 92159_

Nature of Claim: _17BK - 3283_

By: _Dr. Maria A. Clemente Rosa_   _Lic. R-16045_
   Signature

_Maria A. Clemente Rosa_
Print Name

_____
Title (if Participant is not an individual)

_4/sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, 21
AMOUNT

$7.78

R2303S103558-01

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918

1000

7016 3560 0000 0338 7038

United States District Court, Clerk's Office

150 Ave. Carlos Chardon Ste. 150

San Juan, P.R. 00918-1767

Dra. María A. Clemente Rosa
Condominio Astralis 95.
Calle Díaz Way Apt. 31.
Carolina, P.R. 00979

2021 SEP 20 PM 4:46

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARÍA A. Clemente Rosa_

Participant's Address: _Cond. Astralis 9546 C/A Díaz Way Apt 311 Torre #1_
_CAROLINA, P.R 00979_

Participant's Email Address: _clero_62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92159/17 BK 3283 - LTS - /133534_

Nature of Claim: _____

By: _María A. Clemente_
Signature

_María A. Clemente Rosa_
Print Name _Lic. R - 16045_

_____
Title (if Participant is not an individual)

_Jueves 4/sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dra. María A. Clemente Rosa
Condominio Astralis 95.
Calle Díaz Way Apt. 31.
Carolina, P.R. 00979

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:46

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 3560 0000 0338 7038

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, 21
AMOUNT

$7.78
R2303S103558-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _MARIA A. Clemente ROSA_

Participant's Address: _Cond. Astralis 9546 C/A Diaz Way Apt. 311_
_torre #6, CAROlina P.R. 00979_

Participant's Email Address: _clero_62 @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92159 / 133537 / 92159_

Nature of Claim: _17 BK 3283_

By: _Di. Maria C. Clemente_
Signature

_Maria A. Clemente Rosa_
Print Name
_Lic. R-16045_

_____
Title (if Participant is not an individual)

_4 Sept 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 20 PM 4:16

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 46

Dra. María A. Clemente Rosa
Condominio Astralis 95.
Calle Díaz Way Apt. 31.
Carolina, P.R. 00979

CERTIFIED MAIL

7016 3560 0000 0338 7038

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, 21
AMOUNT
$7.78
R2300S103558-01

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Maria A. Clemente Rosa

Participant's Address:    Cond. Astralis 9546 C/A Diaz Way Apt 311 torre #6, CAROLINA P.R. 00979

Participant's Email Address:    clero_62@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    92159   133537   /   92159

Nature of Claim:    17 BK 3283

By:    Maria C. Clemente
Signature

Maria A. Clemente Rosa
Print Name   Lic. R-16045

_____
Title (if Participant is not an individual)

4 sept 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dra. María A. Clemente Rosa

Condominio Astralis 95.

Calle Díaz Way Apt. 31:

Carolina,P.R. 00979

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 46

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 3560 0000 0338 7038

United States District Court, Clerk's Office

150 Ave. Carlos Chardón Ste. 150

San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
SEP 09, 21
AMOUNT

$7.78

R2303S103568-01

0091800180G C018

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Acosta Villalobos_

Participant's Address: _Bo, Buena Vista, 112 Calle Capilolly, Mayaguez_

Participant's Email Address: _mamorale1402 gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104127, 104175, 58221, 30851_

Nature of Claim: _Salario minimo_

By: _Rafael Acosta Villalobos_
Signature

_Rafael Acosta Villalobos_
Print Name

_____
Title (if Participant is not an individual)

_2 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Acosta Villalobos
Bo. Buena Vista
112 Calle Capazuly
Mayaguez, P.R. 00686

RECEIVED Clerk's
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
20?? SEP 20  PM 4:48

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
11 SEP 2021 PM 3 L

USA
FOREVER

Case:17-03283-LTS   Doc#:18172-1   Filed:09/21/21   Entered:09/21/21 09:52:09   Desc:
Pro se Notices of Participation   Page 79 of 135

SRF 55335

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _The Cecova Asset Management Trust_

Participant's Address: _99 old Oak Lane_

Participant's Email Address: _MargOcecova@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _Owned 10% of Puerto Rico Public Building Authority_

By: _Marguerite Ann Cecova_
Signature

_Marguerite Ann cecova_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Mail to_

**Anna M. Cecora**
99 Old Oak Ln.
Levittown, NY 11756-4616

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

PM SEP 20 PM 48

MID-ISLAND NY 117
15 SEP 2021 PM 4 L

FOREVER / USA

00918$1706 C018

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jorge L. Cuentes_

Participant's Address: _Urb Verdemas Calle Cuarzo 3/an 201 Elijio P. Rodya-_

Participant's Email Address: _Cuentesil16@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _NONE_

By: _(signature)_
Signature

_Jorge L. Cuentes_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am Jorge Fuente
I accept the treatment of the board.
Once again thank for help
to the people of P.R. also thank
to Hno, Judge Taylor Swin
and Hno, Janest o. and the Remaender
board. That's what we have. we are
better than rest of world. We are
better than Grecia, Spain, people, and most
of people of Center America
one africa Haiti, Cuba, Latino America
Dominica Republic. and Irag ofganistan, europ
etc, etc, etc, etc.

9/13/2021

thanks



"Yo creo que Tú eres el Cristo, el Hijo de Dios"

PEACE

Finding cures.
Saving children.®

You're
the best

Wishing
You Well!

Best
Wishes

God Bless
America

PEACE ON EARTH

United States District
Court Clerk's office
150 ave. Carlos Chardon
Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miriam Irizarry Valentin

Participant's Address: 7777 Wendell Road  Orlando Florida 32807

Participant's Email Address: Lope7091@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Jointly Administered

By: Miriam Irizarry Valentin
/Signature

Miriam Irizarry Valentin
Print Name

_____
Title (if Participant is not an individual)

September 11th, 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Miriam Irizarry
7777 Wendell Road
Orlando FL 32807-8539

7020 0090 0000 7476 1202

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150,
San Juan, P.R 00918-1767

U.S. POSTAGE PAID
FCM LETTER
ORLANDO, FL
SEP 13, 21
AMOUNT
$7.38
R2304P116628-03

1029

00918

00918-176625

20 SEP 20 PM 4:48

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Enid J. Montalbán Torres

Participant's Address: P.O. Box 2541 Bayamón, PR 00960

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: _Enid J. Montalbán Tor_
Signature

Enid J. Montalbán Torres
Print Name

_____
Title (if Participant is not an individual)

November 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Enid J. Montalbán Torres
P.O. Box 2541
Bayamón, PR 00960

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
SEP 11, '21
AMOUNT
$3.75
R2307N153289-17

1000
00918

7020 0640 0001 8050 0975

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' M Anadón Ramirez_

Participant's Address: _HC 03 Box 11731 Juana Diaz PR 00795_

Participant's Email Address: _anadonjossiannem@gmail.com_

Name of Counsel: _17 BK 3283-LTS_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152634_

Nature of Claim: _113976_

By: _Jose M. Anadón Ramirez_
Signature

_Jose' M Anadón Ramirez_
Print Name

_Ranger_
Title (if Participant is not an individual)

_08-26-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



José M. Amador Ramírez
HC 03 Box 11731
Juana Díaz PR 00795

1000

00918

U.S. POSTAGE PAID
FCM LETTER
COTO LAUREL, PR
00780
AUG 26, 21
AMOUNT
$6.45
R2305M147983-03

7020 2450 0001 1400 6323

MEMPHIS TN 380
27 AUG 2021 PM 2 L

00918-170625

United States District Court, Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan PR 00918-1767

USA ★ FOREVER

2021 SEP 20 PM 4:49

RECEIVED AND
CLERK'S OFFICE
U.S. DISTRICT CO
SAN JUAN, P.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gustavo J. Ruberté Maldonado*

Participant's Address: *423 Calle Zafiro Ext. Alturas 2 Peñuelas PR 00624*

Participant's Email Address: *gjruberte@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Unpaid Wages and steps "Carrera Magisterial"*

By: *[signature]*
Signature

*Gustavo J Ruberte Maldonado*
Print Name

_____
Title (if Participant is not an individual)

*9-sept-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gustavo/ Roberto
423 Ext. Alturas 2
c/Zafiro
Penuelas PR 00624

RECEIVED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 20 PM 4:56

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
13 SEP 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Frances M. Morales Cruz_

Participant's Address: _423 Calle Zafiro Ext. Alturas 2 Peñuelas PR 00624_

Participant's Email Address: _frances-marie.morales @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Unpaid Wages & Steps "Quinquenio and Trigenio"_

By: _Frances M. Morales C_
Signature

_Frances M. Morales Cruz_
Print Name

_____
Title (if Participant is not an individual)

_9-Sept, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gustavo Ruberte
423 Ext. Alturas 2
c/zafiro
Penuelas PR 00624

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:56

MEMPHIS TN 380
13 SEP 2021 PM 2 L

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

HANUKKAH

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria N. González Cruz_

Participant's Address: _PO Box 8972, Ponce, PR 00732-8972_

Participant's Email Address: _m.noelia.gonzalez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Accumulated retirement contributions_

By: _Maria N. González Cruz_       _for being a government_
Signature                          _employee since 1992 to_
_Maria N. González Cruz_           _the present. The evidence_
Print Name                         _of the certifications was_
                                   _submitted along with_
_____                              _the filing of the claim_
Title (if Participant is not an individual)   _on June 28, 2018._
_September 9, 2021_                _Certifications are included_
Date                               _as evidence._

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA GONZALEZ CRUZ**                      Seguro Social: XXX-XX-9730

P.O. BOX 8972

PONCE, PR 00732

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas
computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a
ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de
que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de
Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE TRIBUNALES |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $66,812.90 |

Esta certificación fue emitida el 9 de septiembre de 2021.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de
información faltante o suministrada por el Patrono.

Número de Certificación: ASR2021090955896285

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico
http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · 🖳 www.retiro.pr.gov

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

09 de septiembre de 2021

## Agencia: 122 - ADMINISTRACION DE TRIBUNALES

MARIA GONZALEZ CRUZ                                      **Seguro Social: XXX-XX-9730**
P.O. BOX 8972
PONCE, PR 00732 8972

A base de la información en nuestros registros, al 09 de septiembre de 2021 usted posee:

**Fecha de Nacimiento: 01 de febrero de 1969**                 **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 31 de octubre de 1992**
**Fecha de Comienzo de Cotización: 31 de octubre de 1992**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 21.00 | | Tiempo Trabajado: | 4 | |
| Aportaciones: | | $40,256.74 | Aportaciones: | $15,174.90 |
| Intereses: | | $10,158.24 | Intereses: | $1,223.02 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | | $50,414.98 | Total Aportaciones: | $16,397.92 |
| SNC Pagado: | | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 - PO Box 42003 San Juan, PR 00940-2203

Maria N Gonzalez Cruz
PO Box 8912
Ponce PR 00732-8912

boilerplate
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 56

00918-170625

United States District Court
Clerk's Office
150 Carlos Chardon Ave Suite 150
San Juan PR 00918-1767

MEMPHIS TN 380
13 SEP 2021  PM 2  L

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *José A. Cabrera Sotomayor*

Participant's Address: *P. O. Box 2161 - Coamo, P.R. 00769*

Participant's Email Address: *NONE*

Name of Counsel: *NONE*

Address of Counsel: *NONE*

Email Address of Counsel: *NONE*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK - 3283 LTS*

Nature of Claim: *I am perjudicate by the government Action in these case.*

By: *José A. Cabrera*
Signature

*José A. Cabrera Sotomayor*
Print Name

*The person that claims fill this form*
Title (if Participant is not an individual)

*Sept. 14 / 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 · PM 4: 56

00918-1706.25

Jose A. Cabrera Sotomayor
P.O. Box 2161
Yabyo, P.R. 00769

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

NASHVILLE TN 370
16 SEP 2021 PM 5 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana R. Espinet Pagán_

Participant's Address: _339 Calle Bravante_

Participant's Email Address: _aespinet0 @ gmail·con_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ana Rosa Espinet P._
Signature

_Ana Rosa Espinet Pagán_
Print Name

_____
Title (if Participant is not an individual)

_Sept 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ANA ROSA ESPINET-PAGÁN
BRAVANTE #339
SAN JUAN, PR  00923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 4: 56

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Luz D. Martínez Román

Participant's Address:   C/Sta. Ana Blq. 4 #5 Alturas de Torrimar Guaynabo PR 00969

Participant's Email Address:   LUZMARTINEZROMAN1935@GMAIL.COM

Name of Counsel:   N/A

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17-BK 3283-LTS

Nature of Claim:   Discovery for Commonwealth Plan Confirmation

By:   _Luz D. Martínez Román_
Signature

Luz D. Martínez Román
Print Name

_Luz D. Martínez Román_
Title (if Participant is not an individual)

Sept 4 - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz D Martinez Romni
c/ Sta. Ana B-4 #5
Alt. de Torrimar
Gubo, PR 00969

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 56

00918-1706:25

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
11 SEP 2021  PM 2  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ALICIA G. ROMÁN-HERNÁNDEZ

Participant's Address: URB. VILLA CAPRI 1188 CALLE TRIESTE
SAN JUAN, PR 00924-5043

Participant's Email Address: 3rdaliciageorgina@gmail.com

Name of Counsel: I do not have a Counsel.

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3283-LTS

Nature of Claim: My retirement Money.

By: _Alicia G. Román Hernández_
Signature

Alicia G. Román-Hernández
Print Name

_____
Title (if Participant is not an individual)

September 6, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ALICIA G ROMAN

URB VILLA CAPRI 1188 CALLE TRIESTE
SAN JUAN, PR 00924-5043

MEMPHIS TN 380

11 SEP 2021 PM 2 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, PR

2021 SEP 20  PM 4

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. de León Román_

Participant's Address: _Urb Camino del Sol II, 80 Aveluna, Manatí PR 00674_

Participant's Email Address: _luz5206@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61654_

Nature of Claim: _Pension /Retirement Sistem of PR_

By: _Luz M. de León_
Signature

_Luz M de León_
Print Name

_____
Title (if Participant is not an individual)

_September 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz M. De León
Urb. Camino del Sol II
90 Ave Loma
Mameti, PR 00674

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20. PM 4: 56

00516-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, PR 00918-1767

MEMPHIS TN 380

13 SEP 2021 PM 4 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Noel Ocasio Hernández*

Participant's Address: *P.O. Box 1256 Quebradillas, PR 00678*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *159360*

Nature of Claim: *Public Employee and Pension / Retiree Claims*

By: *Noel Ocasio Hernández*
Signature

*Noel Ocasio Hernández*
Print Name

*Individual*
Title (if Participant is not an individual)

*09 / 10 / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

From: Mr. Noel Plaji o Hernández
P. Box 1256
Quebradillas, P.R. 00678

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:57

00918-170625

13 SEP 2021

MEMPHIS TN 380

To: Court Clerks Office
United States District Court Clerk's
Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: William Martis II Rosario

Participant's Address: Calle-2 #99 Jardines de Toa Alta, Toa Alta P.R. 00953

Participant's Email Address: martis.willie@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 114834

Nature of Claim: _____

By: _____
Signature

William Martis II Rosario
Print Name

_____
Title (if Participant is not an individual)

Septiembre/10/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Warts Robison
c/2 #98 Sardines e Tea Alta
Tea Alta, P.R. 00953

00918-170625

United State District Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

MEMPHIS TN 380

13 SEP 2021 PM 2  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eduardo Ferrer Velázquez*

Participant's Address: *Cond. Quintana, Torre B Apt. 206, San Juan, P.R. 00917*

Participant's Email Address: *edwardsferrer@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Accumulated Retirement Contributions*

By: _____
Signature

*Eduardo Ferrer Velázquez*
Print Name

_____
Title (if Participant is not an individual)

*August 31, 2021.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Ferrer Velázquez
206 Cond. Quintana B
San Juan, PR 00917

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 01

00918-170581

MEMPHIS TN 380

11 SEP 2021  PM 5: 1

United State District
Court's Clerk's Office
150 Carlos Chardón Ave., 150 ste.
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eduardo Fenner Velázquez_

Participant's Address: _Cond. Quintana, Torre B Apt. 206, San Juan P.R. 00917_

Participant's Email Address: _edwardsfenner @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _accumulated retirement contributions_

By: _____
   Signature

_Eduardo Fenner Velázquez_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Ferrer Vélazquez
206 Cond. Quintana B
San Juan, P.R. 00917

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5:01

00918-170625

MEMPHIS TN 380
11 SEP 2021  PM 5:L
Thinking

United States District
Court's Clerk's Office
150 Carlos Chardon Ave., 150 Ste.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Rivera Rivera_

Participant's Address: _C-16 L-55 Urb. Rio Grande State, Rio Grande, P.R. 00745_

Participant's Email Address: _karmenrivera56@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170813_

Nature of Claim: _____

By: _Carmen Rivera Rivera_
Signature

_Carmen Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_10 de Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Riviera Riviera
C-16-155
Urb. Rio Cangle State
Rio Grande, P.R. 00745-

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 3:01

00918-170625

13 SEP 2021  PM 2  L

MEMPHIS TN 380

To. United States Districts Court,
Clerks Office
150 Ave. Carlos Chardón ste.
150, San Juan, P.R.
00918-1767


FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Luis Sanjurjo Pérez_

Participant's Address: _Sector Los Millonario, P.O Box 401, Med. Baja Loiza PR 00772_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _34/56_

Nature of Claim: _NO. 17 BK 3283 LTS_

By: _Roberto Luis Sanjurjo Pérez_
   Signature

_Roberto L. Sanjurjo Pérez_
Print Name

_____
Title (if Participant is not an individual)

_03/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto L Sanjurjo Perez
P.O Box 401
Sector Los Millonario
Med Baja, Loiza P.R.
00772

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 5:01

00918-170625

United States District Court, Clerk's
Office 150 Ave. Carlos Chardon Ste 150.
San Juan P.R. 00918, 1767.

MEMPHIS TN 380
13 SEP 2021   PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Luis Sanjurjo Perez_

Participant's Address: _Sector Los Millonario, P.O Box 401, Med. Baja, Loiza P.R 00772_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _34156_

Nature of Claim: _No. 17 BK 3283 LTS_

By: _Roberto Luis Sanjurjo Pez_
Signature

_Roberto L. Sanjurjo Perez_
Print Name

_____
Title (if Participant is not an individual)

_10 / sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto L Sanjurjo Perez
P.O Box 401
Sector Los Millonario
Med Baja Loiza PR
00772

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 5:01

00918-170625

MEMPHIS TN 380

13 SEP 2021 PM 2 L

USA ★ FOREVER

United States District Court, Clerk's
Office 150 Ave. Carlos Chardon ste 150.
San Juan PR 00918, 1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Jiménez Rosado_

Participant's Address: _Box 3189 Vega Alta, Puerto Rico-00692_

Participant's Email Address: _rJiménez rosado @yahoo.Com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172524_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _Rosa M Jiménez Rosado_
Signature

_Rosa M. Jiménez Rosado_
Print Name

_____
Title (if Participant is not an individual)

_08/29/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Rosa M Jimines Rosb
Box 3189 Vega alta
Puerto Rico 00692

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 5:01

MEMPHIS TN 380

13 SEP 2021 PM 4 L

00918-170625

To: United States District Court
Clarki Africa
150 ave, Carlos Chardon Ste.
150, San Juan, Puerto Rico 00918-1767



HEALING
PTSD
FIRST-CLASS USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz H. Ocasio Ramírez_

Participant's Address: _Box 426 Sabana Grande, PR. 00637_

Participant's Email Address: _luvyocasio@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Asunto: Retiro de gobierno_

By: _____
    Signature

_Luz H. Ocasio Ramírez_
Print Name

_____
Title (if Participant is not an individual)

_September 10/ 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Luz H. Ocasio
Box 426
Sabana Grand, PR
00637

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 21

00918-170625

Court's Clerk Office At
United States District Court
Office 150 Ave Carls
Chardon St 150
San Juan PR
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz H. Ocasio Ramírez_

Participant's Address: _Box 426 Sabana Grande PR. 00637_

Participant's Email Address: _luzyocasio29@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147 144 55267    159659    160067_

Nature of Claim: _____

By: _Luz H. Ocasio_
Signature

_Luz H. Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_September 6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Luz H. Ocasio
Box 426
Sabana Grande, P.R.
00637

00918-170625

MEMPHIS TN 380
13 SEP 2021 PM 4 L

Court's Clerk Office at United
State District Court
Office 150 Ave Carlos
Chardon Ste 150
San Juan, PR.

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Jorge L. Pagán Ortega*

Participant's Address:    *c/o Abi Rpt. Teresita Bay. PR 00961*

Participant's Email Address:    *jpaganortega52@ G-mail.com*

Name of Counsel:    *N/A*

Address of Counsel:

Email Address of Counsel:

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____

     Signature

_____

     Print Name

_____

     Title (if Participant is not an individual)

_____

     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Clerks Office
United States District Court
150 Ave. Carlos Chardon Ste.
San Juan P.R. 00918-1767

Case:17-03283-LTS   Doc#:18172-1   Filed:09/21/21   Entered:09/21/21 09:52:09   Desc:
Pro se Notices of Participation   Page 130 of 135

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Wanda A. Martínez Acevedo

Participant's Address:     c/40 AL-1 Rpt. Teresita Bayamón P.R. 00961

Participant's Email Address:     Wandite53@gmail.com

Name of Counsel:     N/A

Address of Counsel:     N/A

Email Address of Counsel:     N/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
    Print Name

_____
    Title (if Participant is not an individual)

_____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



NASHVILLE TN 370

16 SEP 2021 PM 5 L

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste.
San Juan P.R. 00918-1767

Case:17-03283-LTS   Doc#:18172-1   Filed:09/21/21   Entered:09/21/21 09:52:09   Desc:
Pro se Notices of Participation   Page 132 of 135

SRF 55923

Participant must provide all of the information below in English:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Santiago Rodriguez_

Participant's Address: _3085 SW 18th Dr  Gainesville FL 32608_

Participant's Email Address: _elisantiagocalimano@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55790_

Nature of Claim: _Owed retirement benefits_

By: _Elizabeth Santiago_
  Signature

_Elizabeth Santiago_
  Print Name

_____
  Title (if Participant is not an individual)

_9/9/21_
  Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eliza D.M Santiago
3035 SW 113th Dr.
Gainsoville, FL 32608

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 20

00918-170399

JACKSONVILLE FL 320
9 SEP 2021 PM 1- L

United Sated District Court
Clerk's Office
150 Ave. Carlos Chardon Ste
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón Luis García Colón_

Participant's Address: _Hacienda Florida 104 Calle Caoba San Lorenzo, P.R. 00754-9679_

Participant's Email Address: _____

Name of Counsel: _PROSKAUER ROSE LLP_

Address of Counsel: _Eleven Times Square New York, NY 10036_

Email Address of Counsel: _N/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Demand to the Financial Oversight and Management Board For Puerto Rico Vs. Commonwealth of Puerto Rico._

By: _Ramón Luis García Colón_
Signature

_Ramón Luis García Colón_
Print Name

_____
Title (if Participant is not an individual)

_7 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón L. García Colón

Maribnda Florida

04 Calle Caoba

San Lorenzo, P.R. 00754-9679

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

RECEIVED ALE...
U.S...
7021 SEP 20

13 SEP 2021   PM 3   L

MEMPHIS TN 380

00918-170399