18 Sept. 2021

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United State District Court)
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918

Replica Objeción Global.

I. Datos del Contacto.
   Nombre: Brenda I. Ortiz Castellano
   Dirección: Parcelas Saint Just
       Calle Sector Los Marquez #2
       Trujillo Alto, PR. 00974
   Teléfono de Contacto: 787-292-9747

II. Epígrafe

   A. Secretaria (Clerks Office)
      Tribunal de Distrito de los Estados Unidos
      (United States District Court)
      #150 Avenida Chardón
      Edificio Federal (Federal Building)
      San Juan, P.R. 00918

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento:
17 BK 3283-LTS

D. Objetivo Global
Referir a la Solicitud de dinero no pagado por el Estado Libre Asociado
Número de las evidencias de reclamo 175075 - Ley 89 - julio 1995 - El Romerazo.

III. El Tribunal no debe declarar la Objeción Global debido a que son dineros adeudados mediante la aprobación por el Gobierno del Estado Libre Asociado durante el período que Puerto Rico Telephone Co. pertenecía al Gobierno de Puerto Rico.

IV. Documentación Justificativa
Se incluyen documentos que evidencian los años de servicio con la Puerto Rico Telephone Co., PR, Estado Libre Asociado desde el 8 de julio de 1986 hasta

Culminé como Secretaria del Depto. de Oficinas comerciales, PR, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio durante los cuales PRTC era del Gobierno de Puerto Rico hasta que se concretó la venta por el Estado Libre Asociado.

De necesitar información adicional favor comunicarse con la que suscribe.

Brenda I. Ortiz Castellan

Brenda I. Ortiz Castellano