Brenda Ortiz Castellano
Parcelas SaintJust
2 calle Sector Los Marquez
Trujillo Alto, P.R. 00974



Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
(United States District Court)
#150 Avenida Chardon
Edificio Federal (Federal Building)
San Juan, P.R. 00918