Jacqueline Rosado Cobn
Urb Sombras del Real
901 Calle: El Caoba
Coto Laurel P.R. 00780



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
SEP 17, 21
AMOUNT
$1.16
R2304M116599-03

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767