Marlene Garcia Sep 13 2021

Hc-03 Box 15442

Juana Diaz PR 00795

787 615-1539

Num claime 174222

Promesa No 17BKO3283-Lts

Reclamacion y fundamento pon los Cuales tengo derecho a Reclaman ya que fuimos gobienno dunante la firma de Ley Romenazo. Junio 17 1984 al trabajan para la Puento Rico Telephon Company. Reclamacion de dinero adeudad por leyes aprobadas que me compete pon años de Senvicio como Representante Senvicio II para PRTC y pentenecia al gobienno Del Estado Libre asociado de Puento Rico. La Reclamacio incluye horas trabajadas, horas extras de trabajo, bono, Uacaciones y aumento Sala en sueldo de horas trabajadas y los intereses

adquiridos. por concepto de la ley 89.
El Romerazo que fue en Julia 1999.
Por ley nos compete ya que eramos
gobierno. Por concepto de Ley Titulo
Ley promesa III. al igual asi
Como 'otras Leyes que m apliquen
y no se me ha otorgado la
Compensacion Correspondiente..