Marlene Garcia
HC-03 Box 15442
Juana Diaz PR 00795
  

Secretaria (Clerks office)
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R 00918-1767