# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Keirry del C. Alvarez Martinez

Dirección Postal: 20 Rio Cañas Abajo
Juana Diaz PR 00795-9122

Teléfono de contacto res. 787-260-1774  cel. 787-313-7195

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de reclamante _____
   Ley #89 – Retribución Uniforme Efectiva el 12 de julio de 1979

   Número de reclamante 174504
   Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes las cuales fueron aprobadas durante el periodo de los anos que PRTC era una agencia del Gobierno (ELA)**

   Ley #89 - Retribución de Uniforme – 12 de julio de 1979
   Ley #89 - Romerazo – Efectiva en 1 de julio de 1995

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 1 de diciembre de 1986 hasta el 31 de mayo de 2019. Culmine mi laborar como Representante de servicio III

en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio,

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_____Keirry del C. Alvarez Martinez_____
Nombre en letra de molde

_____[signature]_____
Firma



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

KEIRRY D ALVAREZ
XXX-XX-9463

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 1ro de diciembre de 1986.
- Trabajó como empleada regular hasta el 1ro de junio de 2019.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 30 de junio de 2020.

*Abigail Alejandro González*

Abigail Alejandro González
Oficial de Compensación
Compensación y Récords

ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

### NOTIFICACIÓN DE ESTATUS DE NO-VOTANTE
### (RECLAMACIONES EN DISPUTA)

> Está recibiendo esta Notificación porque ha presentado una Reclamación que fue sujeta a objeción.
>
> Lea detenidamente esta Notificación y háblela con su abogado. Si no tiene abogado sería recomendable que consulte a alguno.

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

1

Case:17-03283-LTS Doc#:18176 Filed:09/20/21 Entered:09/21/21 10:10:57 Desc: Main Document Page 6 of 6