Keirry del C Alvarez Martinez
20 Rio Cañas Abajo
Juana Diaz, PR 00795-9122





7020 1810 0000 5515 6027

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767