## NOTIFICACIÓN IMPORTANTE SOBRE INFORMACIÓN SENSIBLE CONTENIDA EN LAS RÉPLICAS.

Todos los materiales sometidos al Tribunal en respuesta a la Objeción Global podrán radicarse públicamente y quedar accesibles para la población en general. En consecuencia, la réplica **no** debe incluir documentos ni información sensibles; por ejemplo, copias de licencias de conducir, pasaportes, partidas de nacimiento, tarjetas del Seguro Social, información médica sensible o información comercial confidencial. La información sensible sometida al Tribunal en respuesta a la Objeción Global debe cumplir con las siguientes directrices:

- Los números del Seguro Social y los números de identificación contributiva deben ocultarse (esto es, tacharse), salvo los últimos cuatro dígitos.

- Las fechas de nacimiento deben ocultarse, salvo el año de nacimiento de la persona.

- El nombre de cualquier persona que se sepa que es menor de edad debe ocultarse, salvo las letras iniciales de la persona.

- Los números de cuentas financieras deben ocultarse, salvo los últimos cuatro dígitos.

Dicha información sensible o confidencial que los reclamantes invoquen en apoyo de su reclamación debe proporcionarse directamente al abogado de los Deudores, y se mantendrá en confidencialidad. Usted podrá proporcionar esta información enviándola por correo a la siguiente dirección:

> Abogados de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299
> Attn: Martin J. Bienenstock
> Brian S. Rosen

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *In re: Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema de radicación de casos del Tribunal deberán radicar su réplica de forma electrónica en un formato pdf susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema de radicación de casos del Tribunal, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

5

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
Sala 150 Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918-1767

Abogados de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

Abogados del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse por correo para ser recibida por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **20 de septiembre de 2021**, salvo extensión por escrito por parte de los Deudores o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite. <u>Su réplica debe estar firmada. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.</u>

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **20 de septiembre de 2021**, salvo extensión por escrito por parte de los Deudores o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
#150 Avenida Chardón
Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema de radicación de casos del Tribunal, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

6



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

Roca Troche, María Enid
PO Box 166
Mercedita PR 00715

Re:    Reclamación Núm. 178337 REQUIERE RESPUESTA

Estimado **Roca Troche,** María Enid

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Claim No. 17 8337    *Creditor Name:* Roca Troche, María Enid

| | | |
|---|---|---|
| (1) | Nombre Completo | María Enid Roca Troche |
| (2) | Número de teléfono | 787-374-6483 |
| (3) | Número de empleado | 07224 |
| (4) | Agencia para la cual trabaja(ó) y fecha.  Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Puerto Rico Telephone Company |
| (5) | Correo electrónico | mroca3220@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | REDACTED 3220 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) 178337 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Puerto Rico telephone Company era agencia del gobierno. |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

Roca Troche, María Enid
PO Box 166
Mercedita PR 00715

Re:  Reclamación Núm. 174643 REQUIERE RESPUESTA

Estimado **Roca Troche,** María Enid

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Claim No. 17:4643   Creditor Name: Roca Troche, María Enid

| | | |
|---|---|---|
| (1) Nombre Completo | María Enid Roca Troche | |
| (2) Número de teléfono | 787-374-6483 | |
| (3) Número de empleado | 07220 | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Puerto Rico Telephone Comp. | |
| (5) Correo electrónico | mroca220@gmail.com | |
| (6) Número de seguro social (últimos cuatro dígitos) | REDACTED 3220 | |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>174643 | |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Puerto Rico telephone Comp. era agencia del gobierno. | |

*** Attach any supporting documentation you may have related to your claim. ***

# Tricentésima Octogésima Segunda Objeción Global
## Anexo A - Reclamos a ser desestimados

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| 736 ROBLES REYES, JOSE M. 21 FLOR DE MAGA NARANJO VALLEY FAJARDO, PR 00738 | 10/23/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177530 | Indeterminado* |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 737 ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT. 145 HUMACAO, PR 00791 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177296 | Indeterminado* |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 738 ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT. 145 HUMACAO, PR 00791 | 9/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178062 | Indeterminado* |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 739 ROBLES RIVERA, MARIA T. 221 AVENIDA B URB. SANTA ISIDRA I FAJARDO, PR 00738 | 9/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176091 | Indeterminado* |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 740 ROBLES RIVERA, MARIA T. 221 AVENIDA B URB. SANTA ISIDRA I FAJARDO, PR 00738 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177152 | Indeterminado* |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 741 ROCA TROCHE, MARIA ENID PO BOX 166 MERCEDITA, PR 00715 | 7/26/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178337 | $ 4,800.00* |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 742 RODRIGUEZ ACEVEDO, WILLIAM BOX 5000-818 AGUEDA, PR 00602 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177330 | $ 4,800.00 |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Octogésima Segunda Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 743 | RODRIGUEZ ACEVEDO, WILLIAM BOX 5000-818 AGUADA, PR 00602 | 9/22/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178438 | $ 4,800.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 744 | RODRIGUEZ ALICIA, FELIPE C/4 B1 COUNTRY ESTATE BAYAMON, PR 00986 | 9/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176012 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 745 | RODRIGUEZ ALICIA, FELIPE CALLE 4 B1 COUNTRY STATE BAYAMON, PR 00956 | 9/1/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178557 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 746 | RODRIGUEZ AMARO, JUAN HC-60 BOX 42500 SAN LORENZO, PR 00754 | 10/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177082 | $ 4,800.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 747 | RODRIGUEZ CARRO, MIRTA V. 156 CALLE 14 URB FOREST HILLS BAYAMON, PR 00959 | 10/8/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176559 | $ 14,600.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 748 | RODRÍGUEZ CHERVONI, JOHANNA CARR 307 KM 7.0 BELLO HORIZONTE A 18 BOQUERON, PR 00622 | 9/14/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175459 | $ 4,800.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Octogésima Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 750 | RIVERA TORRES, VILMARIE RR-1 BOX 2258-1 CIDRA, PR 00739 | 9/8/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175167 | $ 12,000.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 751 | RIVERA, CARMELO CAMACHO HC 02 - BOX 3878 MAUNABO, PR 00707 | 7/16/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174270 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 752 | RIVERA, MARTA N URB LEVITTONWN LAKES JS9 CALLE ASUNCION BOBADILLA TOA BAJA, PR 00949-3602 | 7/26/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174325 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 753 | RIVERA, MIGUEL Q-16 CALLE GUANABANA URB. JARDINES DE CATANO CATANO, PR 00962 | 9/2/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174935 | $ 3,600.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 754 | RIVERA-RIVERA, JANET BONNEVILLE HEIGHTS/CALLE VIEQUES #12 CAGUAS, PR 00727 | 9/8/2020 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175201 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 755 | ROCA TROCHE, MARIA ENID PO BOX 166 MERCEDITA, PR 00715 | 7/29/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174643 | $ 4,800.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 756 | RODRIGUEZ ALVAREZ, MANUEL HC 6 BOX 11502 YABUCOA, PR 00767 | 3/4/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173386 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Octogésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 757 | RODRIGUEZ CACERES, ANSELMO<br>HC #6 BOX 10370<br>YABUCOA, PR 00767 | 12/30/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172929 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 758 | RODRIGUEZ CARMONA, CARMEN LETICIA<br>URB. LA RAMBLA CALLE AVILA #1127<br>PONCE, PR 00732 | 7/29/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174625 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 759 | RODRIGUEZ CASTRO, JUAN<br>HC 11 BOX 12650<br>HUMACAO, PR 00791 | 2/7/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173163 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 760 | RODRIGUEZ CHACON, JOSUE DAVID<br>C-32 SAN JUAN BAUTISTA ST.<br>REPARTO FLAMINGO<br>BAYAMON, PR 00959 | 9/3/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175015 | $ 11,000.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 761 | RODRIGUEZ COLON, ADALBERTO<br>HC 4 BOX 4166<br>HUMACAO, PR 00791-5328 | 3/10/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173463 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 762 | RODRIGUEZ COLON, ANGEL LUIS<br>HC 4 BOX 4166<br>HUMACAO, PR 00791-8911 | 3/9/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173461 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 763 | RODRIGUEZ COLON, SANTOS<br>HC 04 BOX 4166<br>HUMACAO, PR 00791-8911 | 3/6/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173444 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados





**CERTIFIED MAIL**

7021 1970 0000 3439 2156

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
SEP 17, 21
AMOUNT
**$8.16**
R2305M146599-02

00918

Maria Enid Roca
PO BOX 166
Mercedita PR
00715

RETURN RECEIPT
REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los
   Estados Unidos
150 Avenida Chardón
Edificio Federal
     San Juan Puerto Rico
                  00918