UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

   Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 20, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 21, 2021

1. Loraine Ramos Medina
2. Rafael Quiñones Manautou
3. Victoria Balbuena Francisco
4. Arturo Aguayo Ortiz
5. Vilma del C. Medina Ocasio
6. Veronica Amador Colon
7. Ana L. Medina Mateo
8. Rene Ruiz Soto
9. Doris B. Ruiz Goyco
10. Lucy Arce Luchetty Silva
11. Maria Magdalena Rolon Cruz
12. Walter Toro Matos
13. Sara Rosado Rodriguez
14. Veronica Flores Melecio
15. Daisy Quiñones Rodriguez
16. Eulogio Troche Torres
17. Ana Delia Figueroa Torres
18. Daniel Salas Cortes
19. Nelson Huertas Bullat
20. Heidi Soto Pagan
21. Minerva Calderon Morales
22. Pablo L. Moran Ortiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 21, 2021

23. Esther Rosario Charles

24. Lymarie Pagan Martinez

25. Doris Rivera Barbosa

26. Juan R. Lopez Moya

27. Maria Mercedes Melendez Martinez

28. Alvilda Ortiz Santiago

29. Orlando Vargas Oliver

30. Roberto Torres Nicot

31. Marta M. Galvez Ocasio

32. Danitza Rodriguez Andino

33. Alice Daisy Afanador Andujar

34. Evelyn Rodriguez Valentin

35. Nydia I. Collazo

36. Juan Ramirez Cortes

37. Susana Suren

38. Andres Soto Nieves

39. Haydee Rodriguez Cardona

40. Luis A. Ortolaza Ortolaza

41. Noemi Maldonado Freytes

42. Juan B. Rodriguez Arroyo

43. Blanca R. Perez Ortiz

44. Rafael Sanchez Pabon

45. Carlos R. Rodriguez Diaz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 21, 2021

    46. Paula Lopez Lopez

    47. Maribel Alvarez Rosado

    48. Haydee Crespo Rios

    49. Vivian Palermo Acosta

    50. Ana A. Saiter Velez

Dated: September 21, 2021