Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramos Medina, Loraine_

Participant's Address: _791 Pedro Margarit Fair View San Juan PR00926_

Participant's Email Address: _loryramos19@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107605_

Nature of Claim: _Active ERS Participant Claims_

By: _Loraine Ramos Medina_
Signature

_Loraine Ramos Medina_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Loraine Ramos Medina
791 Pedro Margarit
Urb. Fair View
San Juan, P.R. 00926

00918-170399

MEMPHIS TN 380
13 SEP 2021 PM 3 L

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: RAFAEL QUIÑONES MANAUTOU

Participant's Address: Urb. El Cemifl-ANTONIO ARIAS CRUZ
SANJUAN, P.R. 00924

Participant's Email Address: rafaelqui 659 @gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Rafael Quiñones Manautou_
Signature

RAFAEL QUIÑONES MANAUTOU
Print Name

_____
Title (if Participant is not an individual)

7 Sept - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

R. Quiñones Manautou
Urb. El Cemi #1 - Antonio Arias
Cruz - San Juan, P.R. 00924

RECEIVED CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 20 PM 5:20

MEMPHIS TN 380
11 SEP 2021 PM 2 L

Courts Clerk Office
US District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victoria Balbuena Francisco_

Participant's Address: _Calle Colón #13 Fajardo, P.R. 00738_

Participant's Email Address: _alibalbuena@yahoo.com_

Name of Counsel: _O'neill é Borges LLC_

Address of Counsel: _250 Muñoz Rivera Ave. Suite 800 San Juan, P.R. 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_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Victoria Balbuena Francisco_
Print Name

_____
Title (if Participant is not an individual)

_08 - 18 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victoria Balbaena Francisco
Calle Colón #13
Fajardo PR 00738

RECEIVED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR
2021 SEP 20  PM 5:20

NASHVILLE TN 370
10 SEP 2021  PM 5  L

USA ★ FOREVER

0091881703 C018

United States District Court
Clerks Office, 150 Ave. Carlos
Chardon Ste. 150  San Juan
PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arturo Aguayo Ortiz_

Participant's Address: _Urb. Villa Grillasca calle Pujals 1441 Ponce PR 00717_

Participant's Email Address: _arturo aguayo 550 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _ERS_

By: _Arturo Aguayo Ortiz_
Signature

_Arturo Aguayo Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_10/Sept./2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arturo Gaguayo Ortiz
Urb. Villa GrilMasca calle E. Nujols
#1441 Ponce, P.R. 00717

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 5:20

MEMPHIS TN 380
13 SEP 2021 PM 4 L

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan
P.R. 00918-1767.

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Vilma delC Medina Ocasio*

Participant's Address: *PO Box 364, Luquillo, PR 00773*

Participant's Email Address: *Consejera1080@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *37716*

Nature of Claim: _____

By: *Vilma DelC Medina Ocasio*
Signature

*Vilma del C. Medina Ocasio*
Print Name

_____
Title (if Participant is not an individual)

*31 / August / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Velma dela Nieves Aceves
PO 300 340
Aguada, PR 00773

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 4:37

U.S. District Court, Clerk's Office
150 Ave. Carlos Chardon Stl 150
San Juan, PR 00918-1767

8100.81706.00018

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Veronica Amador Colón_

Participant's Address: _#13 calle 19 Urb El Cortijo Bayamón PR 00956_

Participant's Email Address: _amadorveronica44@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178960_

Nature of Claim: _Public Employer and Pension Retiree Claims_

By: _Veronica Amador Colón_
Signature

_Veronica Amador Colón_
Print Name

_N/A_
Title (if Participant is not an individual)

_31-August-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Veronica Amador Colón
013 Calle 19
Urb El Cortijo
Bayamón P.R. 00956

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:37

United States District Court
Clerk's Office, 150 Ave, Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Ana L. Medina Mateo_

Participant's Address:  _Ext. Alturas de San Patricio, 12 Calle 1, Guaynabo PR 00968_

Participant's Email Address:  _anamedina1948@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _No. 17 BK 3283-LTS_   _Intent to participate in Commonwealth of Puerto Rico)_

Nature of Claim:  _Plan of Adjustment 9 moves Title III (_

By:  _Ana Med_
Signature

_Ana L Medina Mateo_
Print Name

_____
Title (if Participant is not an individual)

_9/6/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Season's
Greetings

Ana Medina
Ext Alts De San Patricio
12 Calle 1
Guaynabo, PR 00968

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 4: 37

00918-170625

NASHVILLE TN 370

10 SEP 2021   PM 5   L

FOREVER / USA

U.S. District Court
Clerks office

150 Ave. Carlos Chardon
Ste # 150

San Juan, PR
7

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _René Ruiz Soto_

Participant's Address: _P.O Box 16  Añasco , P.R. 00610_

Participant's Email Address: _ruizvene52 @ yahoo . com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK3283_LTS_

Nature of Claim: _PROMESA Title III_

By: _René Ruiz Soto_
Signature

_René Ruiz Soto_
Print Name

_____
Title (if Participant is not an individual)

_7 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

R. Ruiz
P.O. Box 16
Arecibo P.R. 00612

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 20   PM 4: 37

00918-170625

Court's Clerk's Office
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste
150, San Juan P.R. 00918 - 1767

13 SEP 2021   PM 5  L

NASHVILLE TN 370



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Doris B. Ruiz Goyco_

Participant's Address: _P.O. Box 2925 Mayagüez, P.R. 00681-2925_

Participant's Email Address: _herespdrios@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title 111_

By: _Doris B. Ruiz Goyco_
Signature

_Doris B. Ruiz Goyco_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fr. Doris B. Ruiz Goyco
PO Box 2925
Mayaguiz, PR 00681-2925

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:37

00918-176625

To: United States District Court,
Clerk's Office
150 Ave. Carlos Charden
Ste. 150, San Juan, P.R.
00918-1767

13 SEP 2021 PM 5 L

NASHVILLE TN 370

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lucy Arce Luchetty-Silva*

Participant's Address: *URB-Buenaventura-Alely 5046*

Participant's Email Address: *Mayaguez, P.R 00682*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Employers Retirement System*

By: *Lucy Arce Silva*
   Signature

*Lucy Arce Silva*
Print Name

_____
Title (if Participant is not an individual)

*9 - 9 - 21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruby Laurie Alonzo
Neil Brionpatu a
5046 - Aunto -
Moy, P.K. Clerks

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4 37

P.K. Clerks Office United State District Court

Clerks Off 150 Ave Carlos Charbon Sty 150

San Juan PR. 00 918 - 1767

MEMPHIS TN 380
13 SEP 2021  PM 4  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Magdalena Rolón Cruz_

Participant's Address: _P.O. Box 1076, Cidra, P.R. 00739_

Participant's Email Address: _rolon.maria.magdalena10@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179084_

Nature of Claim: _Public Employee Claim_

By: _____
Signature

_Maria Magdalena Rolón Cruz_
Print Name

_maria magdalena Rolón cruz_
Title (if Participant is not an individual)

_7/September/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:37

Maria M. Robin Cruz
P.O. Box 1076
Orocovis, P.R. 00739

Discovery notice to the Court's Clerk's Office
United States District Court, Clerks' Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
10 SEP 2021  PM 3  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Walter Toro-Mators_

Participant's Address: _73 Calle Capitán Correa_ _Ponce 00731_

Participant's Email Address: _bullred108@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _CASE:17-03283-LTS_

Nature of Claim: _Discovery for Confirmation of Commonwealth Plan of Adjustment (Employee Retirement System)_

By: _Walter Toro-Mators_
    Signature

_Walter Toro-Mators_
Print Name

_School counselor in Ponce, P.R._
Title (if Participant is not an individual)

_September 2nd, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2021 SEP 20  PM 4:38

W. Toro-Matos
#3 Calle Capitan Correa
Ponce, P.R. 00731

00918-170625

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

FOREVER

SRF 55923

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Sara Rosado Rodriguez

Participant's Address:    P.O. Box 614 Lajas, P.R. 00667

Participant's Email Address:    saryjose72@gmail.com

Name of Counsel:    n/A

Address of Counsel:    n/A

Email Address of Counsel:    n/A

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    17 BK 3283-LTS

Nature of Claim:    Promesa Title III

By:    Sara Rosado Rodriguez
Signature

   Sara Rosado Rodriguez
Print Name

  
Title (if Participant is not an individual)

   September 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra Rosado Rodríguez
P.O. Box 614
Lajas, P.R. 00667

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:38

0C9318-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
13 SEP 2021 PM 4

Barn Swallow

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Veronica Flores Melecio_

Participant's Address: _c/Nogal H-18  Urb. El Plantio  Toa Baja  P.R. 00949_

Participant's Email Address: _veronica.flores00949@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63008_

Nature of Claim: _The Financial Oversight and Management for P.R_
_Case 17 BK 3283-LTS_

By: _Veria H Melecio_
Signature

_Veronica Flores Melecio_
Print Name

_____
Title (if Participant is not an individual)

_27/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Veronica Flores
cl Nogal H-18 Urb. El Plantio
Toa Baja P.R. 00949

United States District Court,
clerks office, 150 Ave Carlos Chardon
ste. San Jun P.R. 00918-1762

MEMPHIS TN 380
13 SEP 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Daisy Quinones Rodriguez

Participant's Address: Villa Carolina Blq 82-23 Calle 84 Carolina P.P 00985

Participant's Email Address: Quinones_D@de.pr.gov

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: 87444

Nature of Claim: Pension/Retiree Claims

By: Daisy Quinones Rodriguez
Signature

Daisy Quinones Rodriguez
Print Name

_____
Title (if Participant is not an individual)

Sept 6, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Acunnes
Villa Carolina
82-23 Calle 84
Carolina PR 0985

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 20   PM 4: 38

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

NASHVILLE TN 370
10 SEP 2021   PM 4   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eulogio Troche Torres_

Participant's Address: _HC - 1 Box 4260 Las Marias, P.R. 00670_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Desconocio_

Nature of Claim: _Aumento Salarial dejado de pagar_

By: _Eulogio Troche Torres_
Signature

_Eulogio Troche Torres_
Print Name

_____
Title (if Participant is not an individual)

_9 - Septiembre - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2001 SEP 20  PM 1: 38

Eulogio Tosado Torres
HC-1 Box 4260
Los Llanos, P.R. 0670.

United States District Court
Clerk's Office
150 Av. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
00670
SEP 09, 21
AMOUNT
$0.58
R2305K132906-8

1000

00918

UNITED STATES
POSTAL SERVICE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ANA DELIA FIGUEROA TORRES

Participant's Address: URB. ALTURAS DE PEÑUELAS II, CALLE 16 Q 24, PEÑUELAS, PR 00624

Participant's Email Address: kegean50@hotmail.com

Name of Counsel: LCDO. SERAFIN ROSADO SANTIAGO

Address of Counsel: CALLE SANTA ANA #7, ADJUNTAS, PR 00601

Email Address of Counsel: lcdoserafinrosado@yahoo.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 81844

Nature of Claim: RECLAMOS DE EMPLEADOS PUBLICOS

By: _____ AFF. #26.688

Signature

ANA DELIA FIGUEROA TORRES

Print Name

Sworn and subscribed before me, bay Ana Delia
Figueroa Torres, of legal age, married,
retired, an resident in Adjuntas, Puerto Rico
to whom I known personally, in Adjuntas
Puerto Rico, toda september 9th, 2021

_____
Title (if Participant is not an individual)

September 9th, 2021

Date

PUBLIC NOTARY
RUA 3804

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana D. Figueroa Torres
Alturas de Penuelas II
Calle 16 Q24 Penuelas, P.R.
00624

RECEIVED AND
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:38

00918821706 CC18

MEMPHIS TN 380
13 SEP 2021 PM 2 L

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan, P.R.
00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniel Salas Cortés_

Participant's Address: _243 Calle Paris PMB 1914 San Juan PR 00917_

Participant's Email Address: _danielito104 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _NO. 17BK 3283-LTS_

By: _____
Signature

Print Name _Daniel Salas Cortés_

_____
Title (if Participant is not an individual)

Date _11 Sep 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daniel Salas Cortés
243 Calle Paris
PMB 1914
San Juan PR 00917

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

'20 SEP 20  PM 1:39

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



13 SEP 2021  PM

FOREVER / USA

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nelson Huertas Bullat*

Participant's Address: *P.O. Box 801 Ciales, P.R. 00638*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: *huertasbuyat0209@gmail.com*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *89275*

Nature of Claim: *Departamento de Educación - Ley 89 El Romerazo de la Sila Calderón*

By: *[signature]*
    Signature

*Nelson Huertas Bullat*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Nelson Huertas Bullat
P.O Box 801 Ciales, P.R 00638

RECEIVED AND FILED
CLERK'S
U.S. DISTRICT COURT
SAN JUAN, PR

20 SEP 20 PM 4:39

NASHVILLE TN 370
16 SEP 2021 PM 5 L

FOREVER / USA

00918-1706.25

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Heidi Soto Pagán*

Participant's Address: *E-26 Calle 11 Urb. Fair View S.J. P.R. 00926*

Participant's Email Address: *heidi.k.2000 @ gmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *95964*

Nature of Claim: *Empleados Publicos*

By: *Heidi Soto Pagán*
Signature

*Heidi Soto Pagán*
Print Name

*Empleados Públicos*
Title (if Participant is not an individual)

*8 Sept. 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heidi Soto Pagán
E-26 Calle 11
Urb. Fair View
San Juan, P.R.
00926

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4: 39

00918-176525

MEMPHIS TN 380
11 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767



SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Minerva Calderon Morales

Participant's Address:   A-4 calle 15 Toa Alta Heights, Toa Alta, PR 00953

Participant's Email Address:   minnie55cm@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Minerva Calderon Morales_
Signature

Minerva Calderon Morales
Print Name

_____
Title (if Participant is not an individual)

9/7/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Minerva Calderón
Calle is A-4
200 A+A Heights
200 A+A, PR 00953

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:39

00918-170625

MEMPHIS TN 380
11 SEP 2021 PM 2 L

United States District court, Clerk's
Office 150 Ave Carlos Chardón
Suite 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo L. Morán Ortiz_

Participant's Address: _P. O. Box 1245 Hormigueros, P. R 00660_

Participant's Email Address: _pablomoranjd @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _8727_

Nature of Claim: _____

By: _Pablo L. Morán Ortiz_
    Signature

_Pablo L. Morán Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_09 / 04 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Marin
P.O. Box 1245
Hormigueros, P.R 00660

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN
2021 SEP 20 PM 4:39

Court's Clerk's Office
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
11 SEP 2021 PM 2 L



USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esther Rosario Charlo_

Participant's Address: _Urb Country club calle 506 OJ-10 Carolina PR 00982_

Participant's Email Address: _erosa45@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 03283_

Nature of Claim: _Wages /commonwealth of P.R._

By: _(signature)_
Signature

_Esther Rosario Charlo_
Print Name

_____
Title (if Participant is not an individual)

_09 09 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Esther Rosario Charles
Urb Country club
Calle 506 OJ-10
Carolina, P.R 00982





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
SEP 17, 21
AMOUNT
1000
00918
$1.36
R2304H109441-01

United States District Court
Clerk's Office
150 Ave Carlos Chardón STE 150
San Juan, P.R. 00918 — 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lymarie Pagan Martinez_

Participant's Address: _Calle 40 AL-1 Reparto Teresita Bay. PR 00961_

Participant's Email Address: _l.m.pagano703@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51500_

Nature of Claim: _Public Employee claims_

By: _Lymarie Pagan_
Signature

_Lymarie Pagan_
Print Name

_____
Title (if Participant is not an individual)

_9/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lyma[...]
17811 Olive Oak Way
Orlando, FL 32820



SEMINOLE P&DC 328
THU 16 SEP 2021 PM

United States District Court
Clerk's office 150 Ave. Carlos
Chardon Ste. 150, San Juan,
PR 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Doris Rivera Barboso_

Participant's Address: _Postal: Po Box 376 Dorado PR 00646_
_carr. 696 P.5 A #22 Higuillar Dorado P.R00646_

Participant's Email Address: _dorisriver2222@gmail.com_

Name of Counsel: _N / A_

Address of Counsel: _N / A_

Email Address of Counsel: _N / A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130 60_

Nature of Claim: _Department of Education - Public Employee_
_Pension / Retiree_

By: _Doris Rivera Barboso_
Signature

_Doris Rivera Barboso_
Print Name

_____
Title (if Participant is not an individual)

_September 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Doris Rivera Barros
PO Box 376
Dorado PR 00646



United States District Court
Clerk's Office 150
Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:             *López Moya, Juan R.*

Participant's Address:          *HC 3 Box 20660, Arecibo PR 00612*

Participant's Email Address:    *planeta1947@yahoo.com*

Name of Counsel:                *N/A*

Address of Counsel:             *N/A*

Email Address of Counsel:       *N/A*

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:                   *114377*

Nature of Claim:                *Commonwealth of Puerto Rico, et. al,*

By:     *Juan R. López Moya*
        Signature

        *Juan R. López Moya*
        Print Name

        *N/A*
        Title (if Participant is not an individual)

        *September 14, 2021*
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan R. Lopez Moya
HC 3 Box 20660
Arecibo, PR. 00612



CERTIFIED MAIL

7021 0350 0001 4307 0629

$8.16

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Mercedes Meléndez Martinez_

Participant's Address: _HC-01 Box 2476 Maunabo, P.R. 00707_

Participant's Email Address: _yolandatee187@gmail.com_ (Hija Yolanda Teller (787)900-6108)

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_To whom it may concern:_
_My mom was a teacher since she was 19 yrs. old earning $100/mo. Presently, she is in an elderly home Brisa del Mar, Inc in Guadarraya, Sect. Recio Patillas, P.R. with Alzheimer. She retired in 2005. She dedicated her life to her profession and her students. No one as of yet, have investigated the health_

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

_issues of teachers after retirement. It's not fair for their retirement savings to be use for administrative debt payments, as they did with the the Special Education Dept.) These teachers worked hard and sacrificed their time with their students to educate a community. Teachers equally as other professions,_

have the possibility. So there
wouldn't be other professional legislators who earn
more than a teacher wouldn't permit their retirement savings to
be touched, so why don't (they?) take away free privileges or make
them pay for these privileges to pay the administrated debt?

cordially,
Yolanda Gilley
(787) 900-6108

From: Mercedes Melendez
HC-01 Box 2476
Maunabo, P.R. 00707



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®

7020 3160 0001 2188 1637



U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
SEP 16, 21
AMOUNT
**$8.16**
R2305K131745-1

1000    00918

To: United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AT OFFICE
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 SEP 20 PM 4:01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alvilda Ortiz Santiago

Participant's Address: Urb Velomas, Central Igualdad #211, Vega Alta, PR 00692

Participant's Email Address: toaboricua@icloud.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17308 in case No. 17-3283

Nature of Claim:

By: _Alvilda Ortiz Santiago (signature)_
Signature

Alvilda Ortiz Santiago
Print Name

_____
Title (if Participant is not an individual)

July 31, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alvida Ortiz
Urb. Valones 211
c/Central Juabal
Vga Alta PR 00692

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 20

00918-1706 25

MEMPHIS TN 380
13 SEP 2021  PM 2  L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan PR 00918-1767

FOREVER
USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Orlando Vargas Oliver_

Participant's Address: _243 Calle Paris PMB 1266 San Juan P.R. 00917_

Participant's Email Address: _Ovo5950@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _I do not know_

Nature of Claim: _____

By: _Orlando Vargas Oliver_
Signature

_Orlando Vargas Oliver_
Print Name

_____
Title (if Participant is not an individual)

_8 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE        VERSION JULY 20, 2021        9

Orlando Vargas Oliver
343 calle Paris PMB1266
San Juan, P.R. 00917-3632

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:41

00918-176625

NASHVILLE TN 370
10 SEP 2021 PM 6 L

United States District Court Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:           Roberto Torres Nicot

Participant's Address:        Apartado 325133 Ponce PR 00733-5133

Participant's Email Address:  miguela morales muniz @yahoo.com

Name of Counsel:              _____

Address of Counsel:           _____

Email Address of Counsel:     _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                 17 BK 3283-LTS

Nature of Claim:              Promesa Title III

By:   _Roberto Torres Nicot_
      Signature

      Roberto Torres Nicot
      Print Name

      Mechanic
      Title (if Participant is not an individual)

      9/4/2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  <u>United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

Roberto Torres Nicot
Apartado 5133
Ponce PR - 00733 -5133

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:42

00918-1706.25

United States District, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR  00918 - 1767

MEMPHIS TN 380
13 SEP 2021  PM 3  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta M. Gálvez Ocasio_

Participant's Address: _HC03 BZN. 19251 Río Grande_

Participant's Email Address: _Martagalvez 22 @ g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Debt from Goberno Carlos Romer and Sila M._

Nature of Claim: _Calderon. I didn't receive the money they approve._

By: _Marta M. Galvez_
Signature

_Marta M. Galvez Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_29 august 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_How Many time I supposed to be writing the Same over and over again. Spending time and money_

_#Do not lower the money from my retirement._

From: Marta N. Melee
4-03 Bda. 19 251
Rio Grande, P. R. 00721

MEMPHIS TN 380
26 SEP 2021 PM 3 L

00918-170625

20 SEP 20 PH 4:42

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States district court
clerks office
150 Ave. Chardon Ste 150
San Juan, P. R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Danitza Rodriguez Andino

Participant's Address: 200 Hilldale Ave. Haverhill, MA 01832

Participant's Email Address: danitza1235@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 85954

Nature of Claim: About my retirement money

By: Danitza Rodriguez Andino
Signature

DANITZA RODRIGUEZ ANDINO
Print Name

_____
Title (if Participant is not an individual)

8/26/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Danta Rodriguez Andino
200 Hilldale Ave.
Hamershill, MA 01832

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 1:42

00918-170625

27 AUG 2021 PM 3 L

BOSTON MA 021

FOREVER USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
ste. 150
San Juan, P.R. 00918-769
1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alice Daisy Afanador Andújar*

Participant's Address: *P.O. Box 98-Loiza, P.R. 00772*

Participant's Email Address: *daisyafanador 55 @gmail.com / aliceafanador andújar @gmail.com*

Name of Counsel: *Lcda. Ivonne Gonzalez Morales*

Address of Counsel: *Edificio Gallardo, San Juan, P.R. 00921*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Discovery for Confirmation of Common weath plan of adjustment. I ready inchuded my salary readjustment document before.*

By: *Alice Daisy Afanador Andújar*
Signature

*Alice Daisy Afanador Andújar*
Print Name

_____
Title (if Participant is not an individual)

*1 de septiembre 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alice Daisy Atanador
P.O. Box 98
Loiza, P.R. 00772

00918-1706825

United States District Court Clerk's
Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Evelyn Rodriguez Valentin_

Participant's Address: _HC 08 Box 39934   Caguas P.R. 00725_

Participant's Email Address: _evirodz60 @gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS    num. 23781_

Nature of Claim: _Commonwealth of. P.R._

By: _Evelyn Rodriguez Valentin_
    Signature

_Evelyn Rodriguez Valentin_
Print Name

_____
Title (if Participant is not an individual)

_9-sept-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Rodriguez Valentin
HC 08 Box 39434
Caguas P.R. 00725

00918-170625

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
13 SEP 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Nydia I. Collazo*

Participant's Address: *Capitán Correa J-8 Rept. Flamingo, Bayamón P.R. 00959*

Participant's Email Address: *nydiaivette29@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *143238*

Nature of Claim: *Public Employee & pension / retiree*

By: *Nydia I. Collazo*
    Signature

*Nydia I. Collazo*
Print Name

_____
Title (if Participant is not an individual)

*September 5 - 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia I. Collazo
Calle Capitán Correa J-8
Reparto Flamingo
Bayamón, P.R. 00959

RECEIVED AND FILED
U.S. DIS...
SAN J...
20_ SEP 20 PM __ 42

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

NASHVILLE TN 370
10 SEP 2021 PM 7 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan  Ramírez  Cortés_

Participant's Address: _Sector Juan Ramírez, 2029 carr. 417 Int. Aguada, P.R._

Participant's Email Address: _____

Name of Counsel: _Departamento de Educación_

Address of Counsel: _Sistema de Retiro de Maestros, San Juan P.R._

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _Dinero Adeudado_

By: _Juan Roz Coe_
Signature

_Juan Ramírez Cortés_
Print Name

_Sistema Retiro Maestros_
Title (if Participant is not an individual)

_7 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Ramirez Cortés
Sector Juan Ramirez
2029 Carr. 4/17 Int.
Aguada, P.R. 00602

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 1: 12

00918-170625

MEMPHIS TN 380

13 SEP 2021   PM 1 L

FOREVER

*Thinking of You*

STATION

United State District, clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Susana Suren_

Participant's Address:  _3525 Madison st Bellwood IL 60104_

Participant's Email Address:  _Susanasuren@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _170054_

Nature of Claim:  _____

By:  _[signature]_
Signature

_Susana Suren_
Print Name

_____
Title (if Participant is not an individual)

_09-05-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Susana Suren
3525 Madison St
Bellwood IL 60104

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4: 43

00918-170625

S SUBURBAN IL · 604
13 SEP 2021 PM 2 L

FOREVER / USA

United States District Court Clerk Office
150 Ave. Carlos Chardons Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andrés Soto Nievas_

Participant's Address: _HC7 Box 75473, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadclaseq@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170 743 - 1_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Andrés Soto Nievas_
Signature

_Andrés Soto Nievas_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_30 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ANDRES SOTO NIEVES
HC 75473
SAN SEBASTIAN, PR 00685

REC... ...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 43

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATES DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-1767 C018

00918$1706 C018

MEMPHIS TN 380
21 PM 5 L

USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Haydeé Rodríguez Cardona_

Participant's Address: _Dulce Sueño G-59 Parque Ecuestre_

Participant's Email Address: _rodriguezhaydee 134 @ yahoo . com_

Name of Counsel: _Ivonne González Morales_

Address of Counsel: _____

Email Address of Counsel: _ivonnegm@ prw-net_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_            _$20,000_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Haydeé Rodríguez Cardona_
Print Name

_____
Title (if Participant is not an individual)

_9 de Septiembre, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydeé Rodríguez
c/Dulce Sueño G-59 Parque Ecuestre
Carolina PR 00987

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 4:43

0091821708 C018

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _LuisAOrtolaza Ortolaza_

Participant's Address: _HC 7 Box 12363_

Participant's Email Address: _Arecibo, PR. 00612 - 8626_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO: 17 BK 3283 - L.TS_

Nature of Claim: _____

By: _Luis A. Ortolaza Ortolaza_
Signature

_Luis A. Ortolaza Ortolaza_
Print Name

_____
Title (if Participant is not an individual)

_10 Sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Ortolaza Ortolaza
H c 7 Box 12363
Arecibo, PR. 00612 - Puerto

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:43

United States District
Court Clerk's office
150 Ave. Carlos Chardon Ste. 150



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Noemi Maldonado Freytes*

Participant's Address:   *385 Calle Andres Narvaez Morovis P.R. 00687*

Participant's Email Address:   *nmaldonado30@hotmail.com*

Name of Counsel:   *The commonwealth of P.R.*

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283 - LTS*

Nature of Claim:   *PROMESA*

By:   *Noemi Maldonado*
Signature

*Noemi Maldonado*
Print Name

_____
Title (if Participant is not an individual)

*16 aug 21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemi Maldonado
385 Calle Andres Narvaez
Morovis P.R. 00687

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:43

00916-170625

13 SEP 2021 PM 4 L

MEMPHIS TN 380

United States District Court
Clerk Office
150 Ave. Carlos Ste. 150
San Juan P.R. 00918-1767



USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Juan B. Rodriguez Arroyo

Participant's Address: 14 Pedro Diaz Fonsech urb. Fernandez
Cidra, P.R. 00739

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175383

Nature of Claim: EMPLOYEES RETIREMENT SYSTEM OF THE GOBERMENT
OF THE COMMONWEALTH OF PUERTO RICO

By: _Juan B. Rodriguez Arroyo_
Signature

Juan B. Rodriguez Arroyo
Print Name

Promesa Title III
Title (if Participant is not an individual)

9-8-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan B. Rodríguez Arroyo
Urb. Fermentos
14 Pedro Díaz, Ponce
Coto, P.R. 00739

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 43

00918-170625

13 SEP 2021  PM 4 L

MEMPHIS TN 380

United States District Court, Clerk's Office
150 Ave. Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Blanca R. Pérez Ortiz_

Participant's Address: _Urb. Reparto Flamingos G44 Calle Capitan Correa_
_Bayamon P.R 00959_

Participant's Email Address: _blancaperla7777 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33396_

Nature of Claim: _Notice to intent participate in Discovery for_
_Confirmation of commonwealth_
By: _Blanca R Perez Ortiz_     _Plan of adjustment_
Signature

_Blanca R Perez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_8/12/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blanca R. Pérez Ortiz
Urb. Reparto Flamingo 944
Calle Capetian Corner
Bayamón P.R. 00959

RECEIVED AND FILED
CLERK'S OFFICE
U.S.

20 SEP 20 PM 4: 43

00918-170625

United States District Court .
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918 - 1767

MEMPHIS TN 380

13 SEP 2021 PM 2   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Rafael Sanchez Pabón_

Participant's Address: _Mansiones de Guaynabo calle 2 C-2_

Participant's Email Address: _paradise2650@yahoo.com_  _Guaynabo, PR 00969_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Confirmation of Commonwealth Plan_

By: _Rafael Sanchez Pabón_
    Signature

_RAFAEL Sánchez Pabón_
Print Name

_____
Title (if Participant is not an individual)

_9 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 43

Rafael Sanchez
Mansiones de Guaynabo
C 2 Calle 2
Guaynabo, PR 00969

Discovery Notice to the Court's Clerk's Office at,
United States District Court, Clerks' Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos R. Rodríguez Díaz_

Participant's Address: _Urb. Haciendas de San Germán, 288 Calle Bromelia, San Germán, P.R. 00683_

Participant's Email Address: _cr2d@hotmail.com / crod2diaz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112509_

Nature of Claim: _General Unsecured_

By: _[signature]_
    Signature

_Carlos R. Rodríguez Díaz_
Print Name

_____
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos R. Rodriguez Diaz
Urb. Haciendas de San German
288 Calle Brunelis,
San German, P.R.   00683

RECEIVED
CLERK'S
U.S. DISTRICT
SAN JUAN, PR

28 ... 23   PM 5: 43

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



MEMPHIS TN 380
13 SEP 2021 PM 2  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Paula López López_

Participant's Address: _P.O. Box 639 Añasco, P.R. 00610_

Participant's Email Address: _paula.lopez.paloma @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Pomesa Title III_

By: _Paula López López_
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_7 sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Paula López
P.O. Box 639
Añasco, P.R. 00610

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 · PM 4:44

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardón Suite 150
San Juan, P.R.

00918-1767

NASHVILLE TN 370

13 SEP 2021 PM 5 L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Maribel Alvarez Rosado*

Participant's Address:    *P.O. Box 481 Añasco, P.R. 00610*

Participant's Email Address:    *malvarezrosado@yahoo.com*

Name of Counsel:    *N/A*

Address of Counsel:    *N/A.*

Email Address of Counsel:    *N/A.*

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *17 BK 3283 - LTS*

Nature of Claim:    *Promesa Title III*

By:    *Maribel Alvarez Rosado*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*7-sept. 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maribel Alvarez
PO Box 481
Añasco, PR 00610-0481

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4: 44

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Suite 150
San Juan, P.R.
00918-1769A



NASHVILLE TN 370
13 SEP 2021  PM 5  L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Haydée Crespo Ríos

Participant's Address:     P.O. Box 21 Añasco, P.R. 00610

Participant's Email Address:   hcresporios @ hotmail.com

Name of Counsel:     N/A

Address of Counsel:     N/A

Email Address of Counsel:     N/A

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     17 BK 3283 - LTS

Nature of Claim:     Promesa Title III

By:     *Haydée Crespo Ríos*
    Signature

    Haydée Crespo Ríos
    Print Name

    _____
    Title (if Participant is not an individual)

    September 10, 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydée Crespo Rios
P.O. Box 21
Añasco, P.R. 00610

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:44

00918-176625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



NASHVILLE TN 370
13 SEP 2021  PM 5  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Vivian Palermo Acosta_

Participant's Address: _HC 1 Box 7236 San Germán P.R 00683_

Participant's Email Address: _Vivian.palermo1958@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _(signature)_
Signature

_Vivian Palermo Acosta_
Print Name

_____
Title (if Participant is not an individual)

_2021 09 06_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vivian Palermo Acosta
HC 1 Box 7236
San German P.R 00683

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:44

00918-1706625

CERTIFIED MAIL

7021 0350 0002 1734 6100

Court's Clerk's Office
Unit States District Court
Clerk's Office
150 Ave Carlos Chardon
San Juan, P.R 00918-1767

POSTAGE PAID
SAN GERMAN, PR
SEP 20 21
AMOUNT
$4.33
R2305M1472B7-09

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana. A. Saiter Velez_

Participant's Address: _Coop. Jordines San Ignacio Apt 703-B_ _San Juan P.R 00927_

Participant's Email Address: _angiesaiter @ yahoo.com._

Name of Counsel: _Karla Isabel Encarnación Saiter_

Address of Counsel: _Savahnna Real C/Ramires QQ15 San Lorenzo_

Email Address of Counsel: _Karla Saiter 75 @ g.mail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ley Promesa Title III_

By: _[signature]_
Signature

_Ana A. Saiter Velez_
Print Name

_Secretaria_
Title (if Participant is not an individual)

_Sept 9/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Ana A. Saiter Velez_
_(939) 644-5667_
_#12-6790_
_Hospital Pediatria centro médica_
_Dept. Salud S.J PR_
_Abril/83 - hasta el día de hoy._
_S.S. 2276_

Ana R. Santini Vils
2009 Jardin San Ignacio
Apt. 703 Edy. B
San Juan, P.R. 00927

RECEIVED &
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 4:14

00918-176625

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

NASHVILLE TN

13 SEP 2021 PM 3 L

FOREVER USA