Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria I. Rivera Vega_

Participant's Address: _Urb. Las Delicias #505 A. Ordoñez Ponce PR 00728_

Participant's Email Address: _gloria.rivera.vega.655@gmail.com_

Name of Counsel: _NONE_

Address of Counsel: _N—A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _132437_

Nature of Claim: _Wage not recived_
_Amount Owed        $10,000.00 estimated_

By: _Gloria I. Rivera Vega_
Signature

_Gloria I. Rivera Vega_
Print Name

_____
Title (if Participant is not an individual)

_09/09/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From Gloria I. Rivera Vega
Urb Las Delicias 565
A. Cintrón
Ponce, PR 00728-3808

CERTIFIED MAIL

7020 1810 0000 5515 5839

00918-170625

To: United States District Court
Clerk's Office, 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Rivera_

Participant's Address: _Box 4066 Aguadilla P-R 00605_

Participant's Email Address: _lillian 7336@ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa//    17 BK 3283-LTS_

Nature of Claim: _Promesa_

By: _Lillian Rivera_
Signature

_Lillian Rivera_
Print Name

_Retire_
Title (if Participant is not an individual)

_11/9/2021_
Date

_Vote "No"
To Promesa
We need a deguit retirement_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk's</u> Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Rivera
BOX 4066
Aguadilla P.R. 00605

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 20  PM 5: 30

00918-170399

MEMPHIS TN 380
13 SEP 2021 PM 2  L

United States District Court
Clerks Office, 150 Ave. Carlos Chardón Ste.
150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mariano Morales SanTana*

Participant's Address: *Urb Las vegas 0-3 Calles Cataño PR 00962*

Participant's Email Address: *MarianoMorales793@Gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *accumulated reTiremeNT ConTribuTIONS*

By: *Mariano Morales SanTana*
Signature

*Mariano Morales SanTana*
Print Name

_____
Title (if Participant is not an individual)

*Au gusT 31, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marino Fernandez Santana
and. Las Vegas
0-3 calle 5
Cataño PR 00962

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 20

United States District Court
Clerk's Office 150
Ave Carlos Chardon St. 150
San Juan PR 00918-1767

00918-170399

NASHVILLE TN 370
13 SEP 2021  PM 4  L



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth E. Rodriguez Figueroa_

Participant's Address: _P.O. Box 444   Arroyo, P.R. 00714_

Participant's Email Address: _rerodz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103876_

Nature of Claim: _Public Employee Claims_

By: _Ruth E. Rodriguez Figueroa_
Signature

_Ruth E. Rodriguez Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_September 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth E. Rodriguez Ligue
P.O. Box #44
Arroyo, P.R. 00714

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20   PM 5: 20

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R.

00918-1767

00918-170399

MEMPHIS TN 380

15 SEP 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A. Figueroa Guerra_

Participant's Address: _Riberas de Bucana #3 Apt 275_
_Bloque 2411 Ponce PR 00731_

Participant's Email Address: _juanafigueroa54@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61406_

Nature of Claim: _- 17 BK 3283 - LTS_

By: _[signature]_
Signature

_Juan A. Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 30/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Figueroa Guerra
Riberas del Bucanas 3
Apt. 275, Bloque 2411
Ponce, P.R. 00731

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 20

United State, District. Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918, 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Teresa Rivera Pérez*

Participant's Address: *14 Pedro Díaz Fonseca Urb. Fernández Cidra, P.R. 00739*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *175388*

Nature of Claim: *Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

By: *Teresa Rivera Pérez*
Signature

*Teresa Rivera Pérez*
Print Name

*Promesa Title III*
Title (if Participant is not an individual)

*9-8-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Teresa Rivera Pérez
14 Pedro Díaz toñoela
Cidra, P.R. 00739

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5:20

00918-70399

MEMPHIS TN 380
13 SEP 2021  PM 4  L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste.
150.
San Juan, P.R. 00718-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nélida Olivera Feliciano_

Participant's Address: _Urb Flamboyanes 1622 Calle Lilas Ponce PR 00716-9612_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 ~ LTS_

Nature of Claim: _____

By: _Nélida Olivera Feliciano_
Signature

_Nélida Olivera Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Olivera Feliciano
Urb Flamboyanes
1622 Calle Lilas
Ponce PR 00716-4612

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT...

20 SEP 20  PM 5 19

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767



TP 340
13 SEP '21
PM 3 L

U.S. POSTAGE PITNEY BOWES

ZIP 00715
02 4W
0000380096 SEP 07 2021
$ 004.00⁰

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Michell Lee-García Jiménez_

Participant's Address: _P.O. Box 8831 Vega Baja, P.R. 00694_

Participant's Email Address: _leegarciajimenez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _SJ 2019 CV 0089 /AQ-14-0755_

Nature of Claim: _Unjustified Dismissal_

By: _M. García_
Signature

_Michell Lee-García Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_September 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



STATION

Congratulations

Document
Mailer

MEMPHIS TN 380

13 SEP 2021

Ready**Post**

RECEIVED
U.S.
SAN JUAN

2021 SEP 20   PM 12:19

From: Michell Garcia
PO Box 8831
Vega Baja, PR 00694

To: United States District Court
Clerk's Office - 150 Ave.
Carlos Chardon Ste 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
SEP 10, 21
AMOUNT
$1.36
R2305M14847477

1000

00918

UNITED STATES
POSTAL SERVICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Michell Lee. Garcia Jiménez

Participant's Address: P.O. Box 8831 Vega Baja P.R. 00694

Participant's Email Address: leegarciajimenez @gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ST 2019 CV0089 / AQ-14-0755

Nature of Claim: Unjustified Dismissal.

By: M. Garcia
    Signature

Michell Lee-Garcia Jiménez
Print Name

_____
Title (if Participant is not an individual)

September 9, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Samuel Padilla Sierra_

Participant's Address: _Repto Teresita AD-3 Calle 30 Bayamón PR 00961- 8343_

Participant's Email Address: _Sampadillapr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _99424_

Nature of Claim: _Benefits for teachers from laws "El Remerazo". Pasos por año de servicio" (steps from service years) and_

By: _Samuel Padilla Sierra_ _3% benefit for retired teacher. Approx $30,000 were_
Signature                              _not received_

_Samuel Padilla Sierra_
Print Name

_____
Title (if Participant is not an individual)

_September 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Samuel Padilla Sierra
Reparto Teresita
AD-3 ,Calle 30
Bayamón PR 00961 - 8343

RECEIVED
U.S. DISTRICT COURT
SAN JUAN

20?? SEP 20  PM 3:19

00918-170625

MEMPHIS TN 380
6 SEP 2021   PM 4 L

FOREVER USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eduardo Ferrer Velázquez*

Participant's Address: *Cond. Quintana, Torre B Apt. 206, San Juan, P.R. 00917*

Participant's Email Address: *edwardsferrer@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Accumulated Retirement Contributions*

By: _____
    Signature

*Eduardo Ferrer Velázquez*
Print Name

_____
Title (if Participant is not an individual)

*August 31, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwards Ferrer Velázquez
206 Cond. Quintana B
San Juan, P.R. 00917

RECEIVED AT
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 19

MEMPHIS TN 380

11 SEP 2021  PM 5  L

San Juan,
00918-170825

United State District
County Clerk's Office
150 Carlos Chardon Ave, 150 Ste.

P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Haydeé Nazario Alvira_

Participant's Address: _HC 66 Box 7651 Fajardo P.R. 00738_

Participant's Email Address: _haydee 121956 (a) gmail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170798_

Nature of Claim: _____

By: _Haydeé Nazario Alvira_
Signature

_Haydeé Nazario Alvira_
Print Name

_____
Title (if Participant is not an individual)

_Sept 8/ 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydee Vizano
HH-66 Bzt 765'
Fajardo P.R. 00738

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SEP 20 PM 5: 19

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR
SEP 20 PM 5: 19

00918-170625

United States District Court,
Clerks office
150 Ave. Carlos Chardon Ste
5 An Juan, P.R. 00918-1767

11 SEP 2021 PM 5 L
MEMPHIS TN 380

USA ★ FOREVER

Case:17-03283-LTS   Doc#:18180-1   Filed:09/21/21   Entered:09/21/21 12:03:58   Desc:
Pro se Notices of Participation   Page 25 of 39

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Carlos A. Rivera Oquendo*

Participant's Address: *HC-73, Box 4880, Naranjito, P.R. 00719*

Participant's Email Address: *carlos a rivera aquendo @ Gmail . Com.*

Name of Counsel: *NONE*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: *Pension / Retiree*

By: *Carlos A Rivera Oquendo*
    Signature

*Carlos A. Rivera Oquendo*
Print Name

Title (if Participant is not an individual)

*September 8, 2021.*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767)

Carlos A. Rivero Guerro
HC-73, Bm 1980
Naranjito, P.R. 00719

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 5: 19

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Suite 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

10 SEP 2021  PM 3  L

Alabama
1819

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria N. Gonzalez Cruz_

Participant's Address: _PO Box 8972, Ponce, PR 00732-8972_

Participant's Email Address: _m.noelia.gonzalez@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Accumulated retirement contributions for being a government employee since 1992 to the present. The evidence of the certifications was submitted along with the filing of the claim on June 28, 2018._

By: _Maria N. Gonzalez Cruz_
Signature

_Maria N. Gonzalez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_September 9, 2021_
Date

_Certifications are included as evidence._

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA GONZALEZ CRUZ**

P.O. BOX 8972

PONCE, PR 00732

Seguro Social: XXX-XX-9730

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE TRIBUNALES |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $66,812.90 |

Esta certificación fue emitida el 9 de septiembre de 2021.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2021090955896285

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



RETIRO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
📞 787.754.4545 • 🖥 www.retiro.pr.gov

# ESTADO DE CUENTA ESTIMADO

09 de septiembre de 2021

## Agencia: 122 - ADMINISTRACION DE TRIBUNALES

MARIA GONZALEZ CRUZ

P.O. BOX 8972

PONCE, PR 00732 8972

**Seguro Social: XXX-XX-9730**

A base de la información en nuestros registros, al 09 de septiembre de 2021 usted posee:

**Fecha de Nacimiento: 01 de febrero de 1969**          **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 31 de octubre de 1992**

**Fecha de Comienzo de Cotización: 31 de octubre de 1992**

| *Ley Anterior al 30 de junio de 2013* | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|
| Años Acreditados: | 21.00 | Tiempo Trabajado: | 4 |
| Aportaciones: | $40,256.74 | Aportaciones: | $15,174.90 |
| Intereses: | $10,158.24 | Intereses: | $1,223.02 |
| Gastos Teneduría: | $0.00 | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $50,414.98 | Total Aportaciones: | $16,397.92 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema.  Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio.  Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta

Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, PR  00940-2203

Maria N Gonzalez Cruz
Po box 8972
Ponce PR 00732-8972

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 5: 19

00918-170625

MEMPHIS TN 380
13 SEP 2021 PM 1 L

FOREVER USA

United States District Court
Clerk's Office
150 Carlos Chardin Ave Suite 152
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Joel Andrés Maldonado García*

Participant's Address: *Urb. Velomas #211 C/ Central Igualdad Vega Alta Pr 00692*

Participant's Email Address: *joelmaldog09@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17308 in Case No. 17-3283*

Nature of Claim: _____

By: *Joel A. Maldonado*
Signature

*Joel A. Maldonado García*
Print Name

_____
Title (if Participant is not an individual)

*July 21, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joel Maldonado
Urb. Veloms #211
c/central Guanica
Vega Alta PR 00692

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20 PM 5:

00918-170625

MEMPHIS TN 380
13 SEP 2021 PM 3 L

FOREVER

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elvin Santos Vega_

Participant's Address: _P.O Box 8371, Ponce, P.R 00732_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _(signature)_
Signature

_Elvin Santos Vega_
Name

_____
(Name of participant if Participant is not an individual)

_September 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eloin Santes Vega
P.O Box 8371
Ponce, P.R 00732

00918-170449

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan PR
00918-1767

NASHVILLE TN
13 SEP 2021 PM 3 L

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Rivera Olivero_

Participant's Address: _Pub 608 apd 30, 000 Canovanas P.R 00729_

Participant's Email Address: _evelyn 3161 @ Gmail . Com_

Name of Counsel: _Eddie J. Rivera Oliveo_

Address of Counsel: _____

Email Address of Counsel: _ej61R @ outlook . Com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Evelyn Rivera Olivero_

Nature of Claim: _provesa title III NO. BK 3283-LTS_

By: _Evelyn Rivera Olivero_
Signature

_Evelyn Rivera Olivero_
Print Name

_Enfermera Graduada_
Title (if Participant is not an individual)

_Agosto /28/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Evelyn Rivera Oliveras
Pub 608 apd 30,000
Canovanas P.R.
00729

the financial oversight and
Management Board for puerto Rico
Que Carlos Chardon Office 150
San Juan P.R. 00918

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00722
AUG 30, 21
AMOUNT
$7.38
R2305P150006-05

1000

00918

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Torres Montalvo_

Participant's Address: _Repto Saman Calle #1 J-17 Boqueron, P.R._
_(POB #260)_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____

Signature                    _count me out whatever_
_it is._

_____

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tell me in plain English…what is this all about?

There is something that states about Creditors/Debtors

Do I owe?

Or is it making changes to some laws?

RECEIVED AND
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 20  PM 4:44

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
150, San Juan P.R. 00918-1767

00918-170625

NASHVILLE TN. 370

13 SEP 2021  PM 5  L

