Agosto/28/2021

A quien Corresponda:
Eulexa Rivera Clinero
Reclamacion # 80617
Hospital pediatrico
Dpto Salud Centro Medico

Por la presente quiero informarle que comenze a trabajar en Agosto 9, 1982, en el Hospital pediatrico Centro Medico, que acumule unas aportaciones desde el 1982 hasta el dia de hoy en adelante, entiendo que tengo el derecho del beneficio de la ayuda, que la ley promesa me brinda y ofrece transparencia en cuanto a mis derechos como servidor publico se refiere, que sea en apoyo a mi pencion una vez este retirada que entiendo tengo unas aportaciones acumuladas en el sistema de retiro, que en ley promesa, representa el gobierno de puerto rico, representa a todos los empleados que hemos dedicado nuestra vida a servir, a dar, a ofrecer un servicio de calidad que en mi caso es a los pacientes del hospital pediatrico, que ojala se reorganicen las finanzas del gobierno de puerto rico y podamos como empleados y servidores publicos, tener un retiro digno que se pueda promover la ayuda a los empleados que sirva de avance encaminado a los empleados

público que deseamos retirarnos, luego de haber trabajado tantos años, a descansar a disfrutar de ese retiro digno que tenemos ducho.

Respetuosamente.

*[signature]*

Evelyn Rivera Olivers
Pmb 608 apd 30,000
Canovanas P.R.
00729



the financial Oversight and
Management Board for puerto Rico
Aue Carlos Chardon Office 150
San Juan P.R. 00918




U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
AUG 30, 21
AMOUNT
$7.38
R2305P150006-05

1000          00918

RETURN RECEIPT
REQUESTED