pag 2 of 2

CLAIM # 173757 on pag. 79 of 953 IN Exhibit A - Claims to be Disallowed

creditor # 517    I AM NOT A LAWYER OR A ATTORNEY.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

(Father & mother, Last NAMEs)

Participant's Name: JACK Mercado De Jesus

Participant's Address: Calle 3 E-6 Monte Sol, Toa Alta, PR 00953

Participant's Email Address: jackmercado 25@OUTLOOK.COM

Name of Counsel: N/A    I disagree with the 374 OMNIBUS OBJECTION of the commonwealth of PR

Address of Counsel:

Email Address of Counsel: Exhibit A Claims to be Disallowed all 989 bondowners should be paid.

2. Participant's Claim number and the nature of Participant's Claim: (Claim # 173757) (paid in Exhibit A.)

Claim Number: No. 17-BK3283-LTS

Nature of Claim: REQUEST PAYMENT of $1,081.00 (FROM THE GOVERMENT of the Commonwealth of Puerto Rico) on the SAVING NOTE # 2009-000677.

By: Jack Mercado DeJesus
Signature

Where IN PR & USA can I recieved LEGAL Advice?

Print Name: JackMercado DeJesus    I AM 64 years old, retired from the Commonwealth of PR. I made a Loan of $800.00 at 7% interest to buy this SAVING NOTE. I voted IN favor the Adjustment PLAN, EVEN despite the fact I earned more de $1,500.00/ month.

Title (if Participant is not an individual)

Date: Sept. 17, 2021

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CLAIM # 173757    Please read the document I previously send (mail to you guys) 2 times s/. Proof was timely filed, the amount due is $1,081.00 of Claim. I believe all the lies the commonwealth of PR IN press & TV commercials.

210720V2 Confirmation Discovery Procedures Notice    Version July 20, 2021    9

I Agree All Loans or bonds of Commonwealth of P.R. should be paid. Why should they NOT pay my SAVING Note. There are No ATTORNEYS IN P.R. or USA who know the PROMESA LAW. Then how can I get LEGAL Advice?