Mr. Jack Mercado
Calle 3 E-6 Montesol
Toa Alta, PR 00953

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1797