**Exhibit A**

**Paul Hastings**

| Period | Amount |
|---|---|
| June 2021 | $9,340.15 |
| May 2021 | $5,285.63 |
| April 2021 | $9,288.83 |
| **Total** | **$23,914.61** |

**Zolfo Cooper**

| Period | Amount |
|---|---|
| June 2021 | $4,530.22 |
| May 2021 | $2,847.26 |
| April 2021 | $2,074.75 |
| **Total** | **$9,452.23** |

**Genovese**

| Period | Amount |
|---|---|
| Holdbacks for Sept. 2020 – Jan. 2021 | $476.42 |
| May 2021 | $1,231.24 |
| April 2021 | $749.55 |
| March 2021 | $1,077.19 |
| February 2021 | $473.78 |
| January 2021 | $369.96 |
| December 2020 | $700.58 |
| November 2020 | $767.95 |
| October 2020 | $1,516.33 |
| September 2020 | $2,037.65 |
| August 2020 | $1,253.10 |
| July 2020 | $1,165.92 |
| June 2020 | $751.99 |
| May 2020 | $2,689.81 |
| Holdbacks for February – August 2020 | $1,132.95 |
| April 2020 | $2,689.83 |
| March 2020 | $2,705.03 |
| Holdback October 2019 – January 2020 | $1,434.89 |

| | |
|---|---|
| Holdbacks June-September 2019 | $1,418.88 |
| February 2020 | $2,576.23 |
| January 2020 | $2,234.32 |
| December 2019 | $2,848.03 |
| November 2019 | $4,515.92 |
| October 2019 | $6,545.44 |
| September 2019 | $5,975.18 |
| August 2019 | $4,165.89 |
| July 2019 | $4,405.19 |
| June 2019 | $4,126.38 |
| April and May 2019 | $7,470.82 |
| | |
| **TOTAL** | **$69,506.45** |