**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES AND ITS PROFESSIONALS SUBMITTING CERTIFIED ENGLISH-
LANGUAGE TRANSLATION OF ADMINISTRATIVE DETERMINATION**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") and the Retiree Committee Professionals (together with the Retiree Committee, "**Movants**"), respectfully submit this informative motion ("**Motion**") to submit a certified English-language translation in compliance with the Court's September 15, 2021 *Order Granting the Motion of the Official Committee of Retired Employees and Its Professionals Requesting Leave to Cite a Spanish-Language Administrative Determination and for Extension of*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Time to File a Certified Translation* [Dkt. 18121] (the "**Order**"). In support of this Motion, Movants state:

1. On September 14, 2021, the Movants filed their *Motion to Compel to Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 18114] ("**Motion to Compel**").

2. In support of arguments in the Motion to Compel, the Movants cited Determinación Administrativa Núm. 13-14, *Aclaración al alcance de la imposición de la aportación especial bajo la ley Núm.48-2013* (Aug. 28, 2013) (available in Spanish at http://www.hacienda.pr.gov/sites/default/files/publicaciones/2014/05/13-14.pdf) ("**Determination 13-14**").

3. Contemporaneously with the Motion to Compel, Movants sought leave from the Court to rely on Determination 13-14 and requested a seven-day extension to file a certified translation of Determination 13-14 [Dkt. 18115], which the Court granted under the Order.

4. Under the Order, the Movants must file a certified English-language translation of Determination 13-14 on or before September 21, 2021.

5. In compliance with the Order, Movants attach a certified English-language translation of Determination 13-14 as **Exhibit A** hereto.

6. With the filing of this Motion, Movants represent that they have submitted all certified English-language translations required under the Order.

WHEREFORE, the Retiree Committee and the Retiree Committee Professionals respectfully request that the Court take notice of the filing of the certified English-language translation of Determination 13-14.

| | |
|---|---|
| September 21, 2021 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Edificio Union Plaza, 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.com<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |