UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENTED MOTION FOR ENTRY OF ORDER EXTENDING
TIME TO REPLY TO THE MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES,
AND ITS PROFESSIONALS, TO COMPEL THE PUERTO RICO DEPARTMENT OF TREASURY TO
COMPLY WITH THE FIRST AND SECOND AMENDED ORDERS SETTING PROCEDURES FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AT ECF NO. 18114

Upon the *Urgent Consented Motion for Entry of Order Extending Time to Reply to the Motion of the Official Committee of Retired Employees, and Its Professionals, to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals at ECF No. 18114* (the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

this district is proper pursuant to PROMESA section 307; and the Court having found that the
relief requested in the Extension Motion is in the best interests of the Commonwealth and
Movants; and the Court having found that the Debtor provided adequate and appropriate notice
of the Extension Motion under the circumstances and that no other or further notice is required;
and the Court having reviewed the Extension Motion; and the Court having determined that the
factual bases set forth in the Extension Motion establish just cause for the relief granted herein;
and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED
THAT:

1.  The Extension Motion is granted as set forth herein.

2.  The deadline to respond to the Motion to Compel, shall be extended to **September
    28, 2021**.

3.  The Court will thereafter take the Motion to Compel on submission, unless the Court
    determines that a hearing is necessary.

4.  This Order resolves Docket Entry No. 18189 in Case No. 17-3283.

SO ORDERED.

Dated: September 21, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge