UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 21, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 22, 2021

1. Wilma Ivette Rivera Colon (2 notices)
2. Maria del C. Acosta Medina
3. Maribel Garcia Cotto
4. Marilyn Huertas
5. Idalmie Martinez Rivera
6. Zoraida Huertas Lugo
7. John M. Valenzisi
8. Rafael Ramos Barrios
9. Olga Cruz Velez
10. Jose E. Amadeo
11. Virginia Sanchez Alvarado
12. Fco. A. Cedeño
13. Ida L. Cedeño Rivera
14. Ileana Torres Perez
15. Arnold D. Ruiz Guadarrama
16. Carmen L. Collazo Rivera
17. Iris M. Riefkohl Medina
18. Nayda E. Ortiz Rivera
19. Raymond Mangual
20. Carlos E. Bosque Lanzot
21. Juan Anibal Garcia Camacho
22. Ramon A. Lisojo Crespo

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 22, 2021

23. Maura Osorio Lopez (2 notices)

24. Carmen Iris Zayaz Zayas

25. Mercedes Rodriguez

26. Willie A. Andrade Garcia

27. Lillian Rodriguez Pratts (2 notices)

28. Hernan Rivera Cruz

29. Awilda Ortiz Villodas

30. Angeles del Carmen Miranda Colon

31. Iram Marquez Rodriguez

32. Juan Carlos Falcon Lopez

33. Virginia Rosa Rivera

34. Norma I. Marin Lopez

35. Omayra Perez Viera

36. Eduardo Ferrer Velazquez (2 notices)

37. Rosa E. Lopez Emmanuelli

38. Victor L. Pirela Figueroa

39. Ramon A. Lisojo Crespo

40. Miguel Ortiz

41. Matilda Serrano Soto

42. Felicita Ruiz Jimenez

43. Sheila Hernandez Pantoja

44. Norma Rodriguez Cintron

45. Carmen D. Martinez Mercado

3

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 22, 2021

    46. Maritza Martinez Adorno

    47. Raymond Mangual

    48. Ruth E. Rodriguez Figueroa

    49. Nelly Yordan Centeno

    50. Bienvenido Viruet Muñiz

Dated: September 22, 2021