Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wilma Ivette Rivera Colón

Participant's Address: San Rafael Estates 124 Girasol, Bay. PR 00959

Participant's Email Address: wilmairiveracolon@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

RECEIVED & FILED
2021 SEP 21 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #113776

Nature of Claim: Public Employee and Pension Retiree Claims

By: [signature]
Signature

Wilma I. Rivera Colón
Print Name

Title (if Participant is not an individual)

Sept. 13-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilma I. Rivera Colón
San Rafael Estates
124 Girasol, Bay. P.R. 00959

MEMPHIS TN 380
16 SEP 2021 PM 4 L

RECEIVED & FILED
2021 SEP 21 PM 0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon STE.150
San Juan, Puerto Rico, 00918-1767

00918-170625

5923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wilma Ivette Rivera Colón

Participant's Address: San Rafael Estates 124 Girasol, Bay PR. 00959

Participant's Email Address: wilmairiveracolon@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

RECEIVED & FILED
2021 SEP 1 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 113776

Nature of Claim: Public Employee and Pension Retiree Claims

By: [signature]
Signature

Wilma I. Rivera Colón
Print Name

______
Title (if Participant is not an individual)

13 Sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilma I. Rivera Colón
San Rafael Estates
124 Girasol, Bay. P.R. 00959

MEMPHIS TN 380
16 SEP 2021 PM 4 L

RECEIVED & FILED
2021 SEP 21 PM 4: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon, STE. 150
San Juan, Puerto Rico, 00918-1767

00918-170625

SRF 55923

RECEIVED & FILED 2021 SEP 21 PM 4: 08 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria del C. Acosta Medina

Participant's Address: HC 67 Bzn. 20056 Fdo. P.R. 00738

Participant's Email Address: maria acosta 2126 a.Gmail.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170433

Nature of Claim: Increase of salary not received.

By: [signature]
Signature

Maria del C. Acosta Medina
Print Name

__________
Title (if Participant is not an individual)

4 sept 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: María del C. Acosta Medina
HC 47 Bzn. 20036
Fajardo, P.R. 00738
MEMPHIS TN 380
11 SEP 2021 PM 2 L
RECEIVED & FILED
2021 SEP 21 PM 4: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
FOREVER
To: Court, Clerk' Office at U.S.
District Court, Clerks
Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767
00918-170625

RECEIVED & FILED
2021 SEP 21 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maribel Garcia Cotto

Participant's Address: PO Box 4936 Aguas Buenas, PR 00703

Participant's Email Address: maricampana9497@yahoo.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3566-LTS 9686

Nature of Claim: Employees of The Commonwealth of PR Retirement

By: [signature]
Signature

Maribel Garcia Cotto
Print Name

__________
Title (if Participant is not an individual)

Sept/9 /2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Garcia Cotto
PO Box 436
Aguas Buenas PR.
00703

NASHVILLE TN 370
17 SEP 2021 PM 5 L

Thinking

FOREVER USA

RECEIVED & FILED
2021 SEP 21 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marilyn Huertas

Participant's Address: 15751 SW 106 ter apt. 305, Miami, FL 33196

Participant's Email Address. piraguas3@yahoo.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 176040

Nature of Claim: I was employe by the commonwealth of P.R. by that time

By: [signature]
Signature

Marilyn Huertas
Print Name

__________
Title (if Participant is not an individual)

9-1-2021
Date

2021 SEP 21 PM 6:13
U.S. DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marilyn Huertas
15751 SW 106th Terrace
Miami, FL. 33196
CERTIFIED MAIL
7021 1970 0001 2175 6137
USA FOREVER
UNITED STATES POSTAL SERVICE
1020
00918
U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL
33197
SEP 16, 21
AMOUNT
$4.33
R2305M144505-31
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iddmie Martinez Rivera

Participant's Address: Urb. villa esperanza calle 6 #101 Ponce P.R. 00716

Participant's Email Address: idamtz15@Gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 84015

Nature of Claim: Promises not fulfilled from governor for incresment of salery.

By: [signature]
Signature

Iddmie Martinez Rivera
Print Name

______________________
Title (if Participant is not an individual)

August 14, 2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 SEP 21 PM 6:13

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

· Urb. villa Esperanza calle 6
#101 Ponce, P.R 00716

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
SEP 14, 21
AMOUNT
$6.80
R2305M146599-02

USA FOREVER

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 SEP 21 PM 6:13

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

+ United states District Court,
Clerk's office, 150 Ave. Carlos
Chardon ste. 150, san Juan
P. R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Zoraida Huertas Lugo

Participant's Address: 15751 Sw. 106 ter apt 305 miami Fl 33196

Participant's Email Address: Piraguas4@Yahoo.Com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 176121

Nature of Claim: I was Employe by the Commonwealth of PR By that time

By: [signature]
Signature

Zoraida Huertas Lugo
Print Name

______________________
Title (if Participant is not an individual)

9/11/2021
Date

2021 SEP 21 PM 6:12
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Zoraida Huertas
15751 SW 106th terrace
Miami, FL 33196
CERTIFIED MAIL
7021 1970 0001 2175 6144
USA FOREVER
UNITED STATES POSTAL SERVICE
1020
00918
U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL
33197
SEP 16, 21
AMOUNT
$4.33
R2305M144505-31
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: John M. Valenzisi

Participant's Address: 4778 Valhalla Drive Boulder Co. 80301

Participant's Email Address: JohnValenzisi@MSN.Com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Municipal Bond Holder

By: [signature]
Signature

John M. Valenzisi
Print Name

______
Title (if Participant is not an individual)

______
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



John Valenzisi
4778 Valhalla Dr.
Boulder, CO 80301-4353
UNITED STATES POSTAL SERVICE
1023
00918
U.S. POSTAGE PAID
FCM LETTER
SUPERIOR, CO
80027
AUG 26, 21
AMOUNT
$7.00
R2304H109677-01
2021 SEP 21 PM 6:12
United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767
7020 1290 0000 0706 7564
CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Ramos Barrios

Participant's Address: 1000 Minda Dr. Austin TX 78758

Participant's Email Address: ramosmorales@hotmail.com

Name of Counsel: N/A

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 7883 Case 17BK-3283 LTS

Nature of Claim: Income Tax Refund / Personal Bankruptcy

By: [signature]
Signature

Rafael Ramos Barrios
Print Name

[signature]
Title (if Participant is not an individual)

9/16/2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.
2021 SEP 21 PM 6:11

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Ramos Barrios
2100 Pipers Field Dr.
Apt 5
Austin TX 78758

AUSTIN TX 787
RIO GRANDE DISTRICT
17 SEP 2021 PM 4 L

FOREVER / USA

United States District Court
Clerk's office
150 Ave. Carlos Chardon
Ste. 150, San Juan PR. 00918-1767

RECEIVED
CLERK
U.S. DIST. COURT
SAN JUAN
21 SEP 21 PM 6:11

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Olga Cruz Vélez

Participant's Address: Cond. Río Vista Apt. J274 Carolina PR 00987

Participant's Email Address: olguibluestar7@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 53475

Nature of Claim: Pension/Retiree Claim Gobierno de P.R.

By: [signature]
Signature

Olga Cruz Vélez
Print Name

______
Title (if Participant is not an individual)

27/8/2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 SEP 21 PM 6:11

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Olga Cruz Vélez
Cond Río Vista
Apt. J074
Carolina P.R. 00987
CERTIFIED MAIL
7021 1970 0000 3381 0477
United States District Court Clerk Office
150 Ave Chardon Ste 150
San Juan PR 00918-1767
$6.45

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jose E. Amadeo

Participant's Address: 437 Belle Pointe Dr. Madisonville LA 70447

Participant's Email Address: amadeo.jose@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: ______

By: [signature]
Signature

Jose E. Amadeo
Print Name

______
Title (if Participant is not an individual)

______
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From
Jose Amadeo
437 Belle Pointe Dr.
Madisonville, LA 70447
CLERK'S OFFICE
U.S. DISTRICT COURT
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767
FOREVER / USA
USPS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: VIRGINIA Sanchez - ALVARADO

Participant's Address: 10394 W Amelia AV. AVONDALE AZ 85392

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: Virginia Sanchez Alvarado
Signature

______
Print Name

______
Title (if Participant is not an individual)

9/16/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Sanchez Alvarado
10394 W. Amelia Ave
Avondale, AZ 85392-5603

PHOENIX AZ 852
17 SEP 2021 PM 6 L

FOREVER / USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 SEP 21 PM 6:09

ATTN: COURT Clerk office
US DISTRICT COURT,
150 Ave, Carlos chardon
STE. 150, San Juan PR 00918

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Fco. A. Cedeño

Participant's Address: HC 3 Box 15941 - Utuado P.R. 00641

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Promesa

By: [signature]
Signature

______
Print Name

Fco. A. Cedeño - Retired
Title (if Participant is not an individual)

27 ago. 2021
Date

2021 SEP 21 PM 6:07
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fm. Del C. Cedeño
HC 3 Box 18941
Utuado P.R 00641

MEMPHIS TN 380
16 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Chardón Ste-150
San Juan, P.R. 00918-1767

2021 SEP 21 PM 6:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918$1706 C018

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: IDA L CEDENO RIVERA

Participant's Address: HC-03 BOX 18941, UTUADO PR00641

Participant's Email Address: idac9330@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA

By: ______
Signature

IDA L CEDENO RIVERA
Print Name

OFIC. MECI
Title (if Participant is not an individual)

27/09/21
Date

2021 SEP 21 PM 6:07
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

<u>**Instructions for Filing Notice of Participation**</u>: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fm.
[illegible]
HC 3 Box 18941
Utuado P.R. 00641

MEMPHIS TN 380
16 SEP 2021 PM 2 L

USA FOREVER

United States District Court
Clerk's Office
150 Ave Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 SEP 21 PM 6:07
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1706 C018

KF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ileana Torres Pérez

Participant's Address: RR 4 Box 2944

Participant's Email Address: Bayamón P.R.

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: ______

By: ______
Signature

Ileana Torres Perez
Print Name

Ileana Torres Pérez
Title (if Participant is not an individual)

6 Septiembre 2021
Date

2021 SEP 21 PM 6:09
U.S. DISTRICT COURT
CLERK'S OFFICE

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ileana Torres
RR 4 Box 2944
Bayamón, P.R. 00956

NASHVILLE TN 370
10 SEP 2021 PM 5 L

FOREVER USA

2021 SEP 21 PM 6:08
RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN

United States District Court,
150 ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Arnold D. Ruiz Guadarrama

Participant's Address: urb. Brisas del Parque I Calle Camino #13 Caguas, P. Rico

Participant's Email Address: arnodean@hotmail.com

Name of Counsel: "Pro se"

Address of Counsel:

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 12256

Nature of Claim: The employees Retirement System of The Commonwealth of Puerto Rico

By: [signature]
Signature

Arnold D. Ruiz Guadarrama
Print Name

Title (if Participant is not an individual)

9/14/21
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 6:08

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ARNOLD D. RUIZ GUADARRAMA
URB. BRISAS DEL PARQUE I
CAlle CAMINO #13
CAGUAS, P.R. 00725

MEMPHIS TN 380
16 SEP 2021 PM 4 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 6:08

TO: DISCOVERY NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDÓN STE. 150
SAN JUAN, PUERTO RICO 00918-1767

UNITED STATES POSTAL SERVICE
1000
00918
US POSTAGE
FCM LETTER
CAGUAS
00725
SEP 14 21
AMOUNT
$0.58
R2304E106576-02

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Collazo Rivera Carmen L.

Participant's Address: J-10 Calle 12 Urb. Sta. Juana II Caguas P.R. 00725

Participant's Email Address: Yamitza f @gmail

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Promesa title III

By: Carmen L. Collazo
Signature

Carmen L. Collazo
Print Name

______
Title (if Participant is not an individual)

14 sept 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Collazo Rivera
Urb. Sta. Juana II
J-10 Calle 12
Caguas, P.R. 00725

NASHVILLE TN 370
17 SEP 2021 PM 5 L

FOREVER
EARTH DAY

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 21 PM 6:06

United States Distric Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iris M. Riefkohl Medina

Participant's Address: Calle 1 A15 Ext. Colinas Verdes San Juan, PR 00924

Participant's Email Address: iriefkohl@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: [signature]
Signature

Iris M. Riefkohl
Print Name

______
Title (if Participant is not an individual)

9-15-2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 SEP 21 PM 6:06

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris M. Riefkohl Medina
Ext. Colinas Verdes
Calle 1 A15
San Juan, PR 00924

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 2:05

MEMPHIS TN 380
18 SEP 2021 PM 3 L

USA ★ FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nayda E. Ortiz Rivera

Participant's Address: Jards. de Arroyo B-4 Calle X Arroyo, P.R. 00714

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 142460

Nature of Claim: claiming money owed to us teachers since 1977 to 2005. Moneys identified and assigned to us and were never paid. not even the 3% of increase in life cost.

By: Nayda E Ortiz Rivera
Signature

Nayda E. Ortiz Rivera
Print Name

______
Title (if Participant is not an individual)

Sept 13, 2021
Date

2021 SEP 21 PM 6:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nayda E. Ortiz Rivera
B-4 - Calle X
Jards. de Arroyo
Arroyo, P.R. 00714

MEMPHIS TN 380
16 SEP 2021 PM 4 L

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 6:06

00918-170625



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond Mangual

Participant's Address: PO BOX 1074, Isabela, P.R. 00662

Participant's Email Address: raymond.mongual@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Notice of Intent to to Participate in Discovery for Commonwealth Plan Confirmation

By: [signature]
Signature

Raymond Mangual
Print Name

______
Title (if Participant is not an individual)

9-13-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond Mangual
PO Box 1074
Isabela, P.R. 00662

NASHVILLE TN 370
17 SEP 2021 PM 3 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:57

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625



CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 SEP 21 PM 6:01

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: CARLOS E. BOSQUE LANZOT

Participant's Address: ESTANCIAS de LA PARGUERA #1 LAJAS P.R. 00667

Participant's Email Address: Carlosbosque1959@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: A-> 112963 B-> 130114

Nature of Claim: A-> public Employee AND Pension/Retiree Claims B-> Public Employee Claims

By: [signature]
Signature

CARLOS E. BOSQUE LANZOT
Print Name

______
Title (if Participant is not an individual)

2-septiembre-2021
Date

CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 SEP 21 PM 6:01

<u>**Instructions for Filing Notice of Participation**</u>: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos E. Bosque Lanot
Estancias de la Parguera #1
Lajas P.R. 00667

MEMPHIS TN 380
6 SEP 2021 PM 2 L

USA ★ FOREVER

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 6:01

United states District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767.

00918$1703

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 3:56

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan Anibal Garcia Camacho

Participant's Address: PO Box 4936 Aguas Buenas PR 00703

Participant's Email Address: anibalgarcia camacho@yahoo.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3566-LTS 9686

Nature of Claim: Employees of the Commonwealth of PR retirement

By: [signature]
Signature

Juan Anibal Garcia Camacho
Print Name

______________________
Title (if Participant is not an individual)

Sept 19/2021
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juan A Garcia-Camacho
P O Box 436
Aguas Buenas, PR 00703
discovery
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:56
NASHVILLE TN 370
17 SEP 2021 PM 5 L
United State District Court
Clerk's Office 150
Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767
00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón A. Lisojo Crespo

Participant's Address: P.O. Box 1079

Participant's Email Address: ramónlisojo@gmail.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: [signature]
Signature

Ramón A. Lisojo Crespo
Print Name

______________________
Title (if Participant is not an individual)

9 de sept. de 2021
Date

2021 SEP 21 PM 6:28

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A. Lisojo Crespo
P.O. Box 1079
San Sebastián, P.R. 00685

MEMPHIS TN 380
11 SEP 2021 PM 2 L

FOREVER / USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 21 PM 6:28

United States District Court,
Clerk's Office, 150 Ave. Chardon Ste-150
San Juan, P.R. 00918-1767

00918$1706 C018

Second time sent

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maura Osorio López

Participant's Address: P.O. Box 894 Río Grande, Puerto Rico 00745

Participant's Email Address: mararosario 55@ yahoo. com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 73596

Nature of Claim: Public Employee – Deparment of Education Law 89 Salary increase not received from the law from 1982 – 1989

By: [signature]
Signature

Maura Osorio López
Print Name

Title (if Participant is not an individual)

August, 4, 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 SEP 21 PM 6:28

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maura Osorio López
P.O. Box 894
Río Grande, Puerto Rico
00745

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 21 PM 6:28

To: Court's Clerk's Office
United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

FOREVER / USA

00918$1706 C018

Second time sent

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maura Osorio López

Participant's Address: P.O. Box 894 Rio Grande, Puerto Rico 00745

Participant's Email Address: mararosario55@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 90353

Nature of Claim: Public Employee and Pension/Retiree claims Law 164-66 Annual step payment of twenty five from 2008-2010

By: Maura Osorio López
Signature

Maura Osorio López
Print Name

Title (if Participant is not an individual)

August 4, 2021
Date

2021 SEP 21 PM 5:00 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maura Osorio Lopez
P.O. Box 894
Río Grande, Puerto Rico
00745

MEMPHIS TN 380
11 SEP 2021 PM 1 L

Thinking of You
FOREVER / USA

To: Court's Clerk's Office
United States District Court,
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Iris Zayas Zayas

Participant's Address: Apartado 582 Barranquitas, P.R. 00794

Participant's Email Address: carmeniriszayaszayas@icloud.com

Name of Counsel: Departamento de Educación

Address of Counsel: Hato Rey, Puerto Rico

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283_LTS

Nature of Claim: Promesa

By: Carmen I. Zayas
Signature

Carmen I. Zayas Zayas
Print Name

______
Title (if Participant is not an individual)

24-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I. Zayas Zayas
Apartado 582
Barranquitas, P.R. 00794

RECEIVED
2021 SEP 21
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

MEMPHIS TN 380
11 SEP 2021 PM 2 L
Thinking

USA
2014 FOREVER

To: United States District Count,
Clerk's office, 150 Ave. Carlos
Chardon ste. 150, San Juan
P.R. 00918-1767.

00918@1706 C018

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED & FILED 2021 SEP PM 4: 15 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

Participant's Name: Mercedes Rodriguez

Participant's Address: Urb. Jardines de Guamani Calle 4 G16

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Discovery of Commonwealth Plan

By: Mercedes Rodriguez
Signature

Mercedes Rodriguez
Print Name

______
Title (if Participant is not an individual)

9-12-2021
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mercedes Rodriguez
Box 1804
GuayAMA, P.R 00785

RECEIVED & FILED
2021 SEP 21 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
16 SEP 2021 PM 4 L

USA ★ FOREVER

United States Distric Court Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Willie A. Andrade García

Participant's Address: calle 7, H-16, Urb. Bellomonte Guaynabo 00969

Participant's Email Address: dwa.vpaschool@gmail.com

Name of Counsel: —X

Address of Counsel: —X—

Email Address of Counsel: —X

RECEIVED & FILED 2021 SEP 21 PM 4:15 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 B.K 3283-LTS

Nature of Claim: Comerazo

By: Don Willie A. Andrade Garcia
Signature

Willie A. Andrade García
Print Name

______________________
Title (if Participant is not an individual)

______________________
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 SEP 21 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
MEMPHIS TN 380
SEP 2021 PM 1 L
FOREVER / USA
00910-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lillian Rodriguez Pratts

Participant's Address: Ext. La Milagrosa, Calle 2, Bloq. D-1 Bayamon, P.R. 00959

Participant's Email Address: lalily_00959@yahoo.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

RECEIVED & FILED
2021 SEP 21 PM 4:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #98214

Nature of Claim: Public Employee and Pension Retiree Claims

By: Lillian Rodriguez Pratts
Signature

Lillian Rodriguez Pratts
Print Name

______________________
Title (if Participant is not an individual)

13 sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lillian Rodriguez Pratts
Ext. La Milagrosa
calle 2 Blog. D-1
Bayamon P.R. 00959
MEMPHIS TN 380
16 SEP 2021 PM 4 L
Thinking
FOREVER USA
RECEIVED & FILED
2021 SEP 21 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
To: Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon, STe. 150
SAN Juan, P.R. 00918-1767
00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Hernán Rivera Cruz

Participant's Address: 200 Luis Castellón Mayagüez, P.R 00680

Participant's Email Address: ReggieRivera8161@Yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 4:15

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 1845 SRF 55923 MMLID 2363345 Pack ID 1-261768

Nature of Claim: Employees Retirement System of the Government of the Comonwealth of Puerto Rico

By: [signature]
Signature

Hernán Rivera Cruz
Print Name

Yes

Title (if Participant is not an individual)

Sept. 7, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Puerto Rico 1845 SRF 55923 MMLID 2363345 PackID 1-261768
RIVERA CRUZ,HERNAN
URB RIO CRISTAL
200 CALLE LUIS CASTELLON
MAYAGUEZ PR 00680

Hernán Rivera Cruz
URB RIO CRISTAL
200 CALLE LUIS CASTELLON
MAYAGUEZ PR 00680-1903

MEMPHIS TN 380
11 SEP 2021 PM 1 L

RECEIVED & FILED
2021 SEP 21 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Awilda Ortiz Villodas

Participant's Address: Jards. de Arroyo B-6 Calle X Arroyo, P.R. 00714

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 4:1

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 165714 – 109736

Nature of Claim: Claiming money owed to us teachers since to 1977 to 2005. moneys identified and assignment to us and never paid. not even the 3% of increase in life cost.

By: Awilda Ortiz Villodas
Signature

Awilda Ortiz Villodas
Print Name

______
Title (if Participant is not an individual)

Sept. 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurilda Ortiz Villodas
Jards. de Arroyo
B-6 Calle x
Arroyo, P.R. 00714

RECEIVED & FILED
2021 SEP 21 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
16 SEP 2021 PM 4 L

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:57

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angeles del Carmen Miranda Colón

Participant's Address: Urb. Altamesa, San Ignacio St. # 1392 S.J., P.R. 00921

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 137196

Nature of Claim: ______

By: [signature]
Signature

Angeles Miranda Colón
Print Name

______
Title (if Participant is not an individual)

10/sept./2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Angeles Miranda
San Ignacio St. #1392
Altamesa, SJ, P.R
00921

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:57

MEMPHIS TN 380
16 SEP 2021 PM 4 L

Thinking of You

FOREVER / USA

To:
Court's Clerk's Office
United States District Court
Clerk's Office, 150
Ave. Chardón Ste. 150
San Juan, P.R.
00918-1767

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 3:57

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lillian Rodriguez Pratts

Participant's Address: Ext. La Milagrosa, Calle 2 Bloq. D-1, Bayamón, P.R. 00959

Participant's Email Address: lalily_00959@yahoo.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #98214

Nature of Claim: Public Employee and Pension Retiree Claims

By: Lillian Rodriguez Pratts
Signature

Lillian Rodriguez Pratts
Print Name

____________________
Title (if Participant is not an individual)

Sept. 13 - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Rodriguez Pratts
Ext. La Milagrosa
CALLE 2 Blog. D-1
Bayamón, Puerto Rico, 00959-

MEMPHIS TN 380
16 SEP 2021 PM 4 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:57

To: Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. CARLOS Chardon Ste. 150
SAN Juan, P.R. 00918-1767

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 3:57

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iram Marquez Rodriguez

Participant's Address: Hc 6 Box 6408, Juana Diaz, P.R. 00795

Participant's Email Address: ____________________

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: ____________________

By: X [signature]
Signature

X Iram Marquez Rodriguez
Print Name

____________________
Title (if Participant is not an individual)

9/5/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marquez Rodriguez, Iram
Hc 6 Box 6408
Juana Diaz P.R. 00795
MEMPHIS TN 380
16 SEP 2021 PM 4 L
FOREVER / USA
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:57
United States District Court
Clerks office
150 Ave. Carlos chardon ste.
San Juan, P.R 00918-1767
00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan Carlos Falcón López

Participant's Address: Urb. Jacaguax calle 1 #102 Juana Díaz, P.R. 00795

Participant's Email Address: jcflis@hotmail.com

Name of Counsel: I do not have a Counsel.

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: I am retired from Correctional Administración

By: Juan Carlos Falcón López
Signature

Juan Carlos Falcón López
Print Name

________________
Title (if Participant is not an individual)

September-7-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Carlos Falcón López
Urb. Jacaguax calle 1 #102
Juana Díaz, P.R. 00795

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:58

MEMPHIS TN 380
11 SEP 2021 PM 2 L

celebrate
FOREVER / USA

United State District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Virginia Rosa Rivera

Participant's Address: HC-2 Box 7110? Comerio PR 00782

Participant's Email Address: vrosarivera@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 109730

Nature of Claim: Leyes otras no especificadas en D. Educ.

By: Virginia Rosa Rivera
Signature

Virginia Rosa Rivera
Print Name

______
Title (if Participant is not an individual)

______
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Rosa Rivera
HC-2 Box 71107
Comerío, P.R. 00782

MEMPHIS TN 380
11 SEP 2021 PM 5 L

FOREVER / USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:58

Clerk's Office
150 Ave. Carlos Chardón
Ste. 150,
San Juan, PR. 00918-1767

00918-170625

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma I. Marín López

Participant's Address: Calle Ebano #76 Montecasino Toa Alta PR 00953

Participant's Email Address: —

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179256

Nature of Claim: ______

By: Norma I Marín López
Signature

Norma I Marín López
Print Name

______
Title (if Participant is not an individual)

Sept 1, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Norma I. Marin Lopez
Monte Casino Calle Ebano Num. 76
Toa Alta, PR 00953

NASHVILLE TN 370
17 SEP 2021 PM 5 L

REC
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2021 SEP 21 PM 3:58

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767

00918-170625

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 SEP 21 PM 3:58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Omayra Pérez Viera

Participant's Address: HC 3 Box 17445 Aguas Buenas, P.R 00703

Participant's Email Address: ompevi4@gmail.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Title III

By: Omayra Pérez Viera
Signature

OPerez Viera
Print Name

__________
Title (if Participant is not an individual)

September 13, 2021
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

OMAYRA PEREZ VIERA
HC 3 BOX 17445
AGUAS BUENAS P.R. 00703

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:58

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

00918-170625



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 21 PM 3:58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eduardo Ferrer Velázquez

Participant's Address: Cond. Quintana, Torre B Apt. 206, San Juan PR. 00917

Participant's Email Address: edwardsferrer@yahoo.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Accumulated retirement Contributions

By: [signature]
Signature

Eduardo Ferrer Velázquez
Print Name

__________
Title (if Participant is not an individual)

August 31, 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Ferrer Velázquez
206 Cond. Quintana B
San Juan, P.R. 00917

MEMPHIS TN 380
11 SEP 2021 PM 5 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

United State District
Court's Clerk's Office
150 Carlos Chardon, 150 Ste.
San Juan, P.R. 00918-1767

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eduardo Fernen Velázquez

Participant's Address: Cond. Quintana, Torre B Apt. 206, San Juan P.R. 00917

Participant's Email Address: edwardsfernen@yahoo.com

Name of Counsel: ________________

Address of Counsel: ________________

Email Address of Counsel: ________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Accumulated Retirement Contributions

By: [signature]
Signature

Eduardo Fernen Velázquez
Print Name

________________
Title (if Participant is not an individual)

August 31, 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Ferrer Velázquez
206 Cond. Quintana B
San Juan, P.R. 00917

MEMPHIS TN 380
11 SEP 2021 PM 5 L

CAPPUCCINO
FOREVER USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

United State District
Court's Clerk's Office
150 Carlos Chardon Ave., 150 ste.
San Juan, P. R. 00918-1767

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 SEP 21 PM 2:58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ROSA E. LÓPEZ EMMANUELLI

Participant's Address: 355 CALLE GALILEO APT. 3 L COND. JARDS. METROPOLITANOS I SAN JUAN PR 00927-4514

Participant's Email Address: rosaelenalopez109@gmail.com

Name of Counsel: NO PROCEDE

Address of Counsel: NO APLICA

Email Address of Counsel: NO APLICA

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: ______

By: [signature]
Signature

ROSA E. LÓPEZ EMMANUELLI
Print Name

______
Title (if Participant is not an individual)

September 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ROSA E. LÓPEZ EMMANUELLI
Cond. Jard. Metropolitanos I
355 Calle GALILEO APT. 3L
SAN JUAN PR 00927-4514

NASHVILLE TN 370
17 SEP 2021 PM 4 L

USA BASEBALL ALL-STAR
Yogi Berra
FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 3:59

00918-170625

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Victor L. Pirela Figueroa

Participant's Address: Jardines de Lafayette Calle J G-6 Arroyo P.R. 00714

Participant's Email Address: kerodz16@gmail.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 74900

Nature of Claim: Public Employee Claims

By: [signature]
Signature

Victor L. Pirela Figueroa
Print Name

__________
Title (if Participant is not an individual)

September 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Victor L. Pirela Figueroa
Urb. Jardines de Lafayette
Calle JG-6
Arroyo, P.R. 00714
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:38
MEMPHIS TN 380
13 SEP 2021 PM 4 L
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

CLERK'S OFFICE
U.S. DISTRICT COURT
2021 SEP 21 PM 3:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón A. Lisojo Crespo

Participant's Address: P.O. Box 1079 San Sebastián, P.R. 00685

Participant's Email Address: ramonlisojo@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 17BK 3283-LTS

Nature of Claim: Promesa Title III

By: [signature]
Signature

Ramón A. Lisojo Crespo
Print Name

______
Title (if Participant is not an individual)

9 de sept. de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A. Lisojo Crespo
P.O. Box 1079
San Sebastián, P.R. 00685

MEMPHIS TN 380
11 SEP 2021 PM 2 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

United States District Court,
Clerk's Office, 150 Ave. Chardon Ste-150,
San Juan, P.R. 00918-1767

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miguel Ortiz

Participant's Address: P.O. Box 693 Boqueron P.R 00622

Participant's Email Address: NONE

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-K-3283-LTS

Nature of Claim: Promesa Title III

By: [signature]
Signature

Miguel Ortiz
Print Name

Title (if Participant is not an individual)

9-17-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fm Miguel Ortiz
P.O. Box 693
Boqueron P.R 00622

TAMPA FL 335
SAINT PETERSBURG FL
18 SEP 2021 PM 4 L

USA ★ FOREVER

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 3:59

United States district Court
Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

RECEIVED AND FILED CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR
2021 SEP 21 PM 3:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Matilde Serrano Soto

Participant's Address: HC 74 Box 5608, Naranjito, P.R. 00719

Participant's Email Address: serranomaty@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 133072

Nature of Claim: Pension/Retiro

By: [signature]
Signature

Matilde Serrano Soto
Print Name

______
Title (if Participant is not an individual)

2/Septiembre/21.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Matilde Serrano Soto
HC 74 Box 5608
Naranjito P.R. 00719

MEMPHIS TN 380
16 SEP 2021 PM 4 L

FOREVER / USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2021 SEP 21 PM 3:59

Clerk's office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 SEP 21 PM 3:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Felicita Ruiz Jiménez

Participant's Address: HC - 56 Box 5109 Aguada, PR. 00602

Participant's Email Address: eliciaruiz004@gmail.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Financial oversight and management Board por P.R.

By: [signature]
Signature

Felicita Ruiz Jiménez
Print Name

____________________
Title (if Participant is not an individual)

7 de septiembre 2021 (09/07/21)
Date

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felicita Ruiz-Jimenez
HC 56 Box 5109
Aguada, PR 00602-~~9613~~ 8691

RECEIVED AND FILED
CLERK'S OFFICE
U.S. ...
SAN ...
2021 SEP 21 PM 4: 00

MEMPHIS TN 380
11 SEP 2021 PM 1 L

Discovery Notice to the Court's At,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

00918-170625



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 5:00

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sheila Hernandez Pantoja

Participant's Address: 240 Wanoosnoc Rd. Fitchburg, MA 01420

Participant's Email Address: hernandezsheila89@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: [signature]
Signature

Sheila Hernandez Pantoja
Print Name

______
Title (if Participant is not an individual)

9-15-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sheila Y. Hernández Partagás
240 Wanoosnoc Rd.
Fitchburg MA. 01420-7134

CERTIFIED MAIL
7018 1130 0000 9357 1642

UNITED STATES POSTAL SERVICE
1006

00918

U.S. POSTAGE PAID
PM 3-Day
FITCHBURG, MA
01420
SEP 18, 21
AMOUNT
$15.90
R2305P150892-21

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

PRIORITY
★ MAIL ★
TRACKED
★ ★ ★
INSURED
UNITED STATES
POSTAL SERVICE
For Domestic Use Only
Label 107R, July 2013

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 6:00

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma Rodríguez Cintrón

Participant's Address: Urb. Las Flores calle 4-I-8 Juana Díaz, P.R. 00795

Participant's Email Address: ______

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 122098, 50843

Nature of Claim: Claim for money owed for years of service as a teacher of Intermediate Level Spanish in the Education Department of Puerto Rico.

By: [signature]
Signature

Norma Rodríguez Cintrón
Print Name

N/A
Title (if Participant is not an individual)

______
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Rodriguez Cintrón
Urb. Las Flores
Calle 4-I-8
Juana Díaz, P.R.
00795

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 6:00

NASHVILLE TN 370
17 SEP 2021 PM 4 L

celebrate
FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170449

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 6:00

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen D. Martinez Mercado

Participant's Address: Barriada Santa Ana Calle A #353-5

Participant's Email Address: Guayama, P.R. 00784

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170370

Nature of Claim: ______

By: Carmen D. Martinez Mercado
Signature

Carmen D. Martinez Mercado
Print Name

______
Title (if Participant is not an individual)

Septiembre 06/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen N. Martinez Mercado
Barriada Santa Ana
Calle A # 353 - 5
Guayama, P.R. 00784

NASHVILLE TN 370
10 SEP 2021 PM 5 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 21 PM 6 00

Court's Clerk's Office at: United States District Court, Clerk's office, 150 ave Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767.

00918-170825



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 21 PM 6:00

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Martinez Adorno

Participant's Address: Urb. Fajardo Gardens, calle Sauce #312 Fajardo, P.R. 00738

Participant's Email Address: mmaritza79@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: ______

By: Maritza Martinez Adorno
Signature

Maritza Martinez Adorno
Print Name

______
Title (if Participant is not an individual)

9/7/21
Date

2021 SEP 21 PM 6:01
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Maithaz Adorno
Urb. Fajardo Gardens #312
calle Sauce, Fdo. P.R. 00738

NASHVILLE TN 370
17 SEP 2021 PM 5 L

Thinking

FOREVER / USA
STATION

TO: United States District Court,
clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond Mangual

Participant's Address: PO Box 1074 Isabela, P.R. 00662

Participant's Email Address: raymond.mangual@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: Discovery for Commonwealth Plan Confirmation

By: [signature]
Signature

Raymond Mangual
Print Name

Title (if Participant is not an individual)

9-13-2021
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond Mongual
PO Box 1074
Isabela, P.R. 00662

NASHVILLE TN 370
17 SEP 2021 PM 5 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 6:01

Court's Clerk Office
United States District Court
150 Ave, Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ruth E. Rodriguez Figueroa

Participant's Address: P.O. Box 444 Arroyo P.R. 00714

Participant's Email Address: rerodz16@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 103876

Nature of Claim: Public Employee Claims

By: [signature]
Signature

Ruth E. Rodriguez Figueroa
Print Name

______
Title (if Participant is not an individual)

September 10, 2021
Date

REC'D AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 SEP 21 PM

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

9 sept.

Ruth E. Rodriguez [illegible]uero
P.O. Box 444
Arroyo, P.R. 00714

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918$1706 C018

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nelly Yordán Centeno

Participant's Address: HC1 Box 7380 Guayanilla, P.R. 00656

Participant's Email Address: yordannelly@gmail.com

Name of Counsel: no

Address of Counsel: no

Email Address of Counsel: no

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 139951

Nature of Claim: To claim increase funding to the Commonwealth of Puerto Rico

By: Nelly Yordán Centeno
Signature

Nelly Yordán Centeno
Print Name

______________________________
Title (if Participant is not an individual)

Sept. 2-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 21 PM 6:01

NASHVILLE TN 370
10 SEP 2021 PM 3 L

FOREVER / USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Bienvenido Viruet Muñiz

Participant's Address: 187 Owenshire Circle Kiss FL 34744

Participant's Email Address: DJLG 29 @ Aol.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 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

Nature of Claim: CASE # 17 BK 3283-LTS

By: Bienvenido Viruet Muñiz
Signature

Bienvenido Viruet Muñiz
Print Name

____________________
Title (if Participant is not an individual)

14 de Sept 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Bienvenido Viruet Muñiz
187-Owenshire Cir.
Kiss. FL 34744

ORLANDO FL 328
15 SEP 2021 PM 5 L

USA ★ FOREVER

United States District Court, Clerk's
Office, 150 Ave, Carlos Chardón Ste, 150,
San Juan Puerto Rico, 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 21 PM 6:01

00918-170399