ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
OFICINA DE INVESTIGACIONES Y PROCESAMIENTO CRIMINAL

EL PUEBLO DE PUERTO RICO
VS.
POR: _ART. 173 C.P. (ROBO DOMICILIARIO) Y ARTS. 5.04 Y 5.15 L.A._
(Delito)

OBE E. JOHNSON

DECLARACIÓN JURADA   _EDUVIGES DEL ROSARIO (SOLTERO) (F.N. 17/OCT/66)_
(Nombre)

En San Juan, Puerto Rico de 18 de febrero de 2005
(Pueblo) (Fecha)

Yo, Eduviges Del Rosario vecino de Santurce, P.R.
(Nombre) (Pueblo)

Con residencia en Calle 11 #2063, Esq. Avenida B, Bo. Obrero y teléfono núm. 473-6894
(Dirección Exacta) (Teléfono Residencial)

que trabajo para Comerciante – Punto Familiar con dirección en Eduardo Conde 2112, Esq. Los Santos,
(Nombre del Patrono) (Dirección del Patrono)

Villa Palmeras, Santurce, P.R. ,con teléfono núm. _____ núm. Seguro Social
(Teléfono del Trabajo)

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 número de licencia de conducir _____ y 38 años de edad

ante el Fiscal comparezco y, previa las advertencias de ley que me han sido hechas, espontáneamente bajo juramento declaro:

El sábado 5 de febrero de 2005, como a las 6:00 de la tarde me encontraba estacionando carro frente a mi casa, cuando se me acercó un hombre de tez negra, de estatura baja, flaco, vestido con una camisa clara, casi blanca, por fuera, y pantalón mahón azul. Este hombre tenía en una de sus manos un bultito oscuro y en la otra tenía un libro. Al momento de yo estar estacionando mi carro este hombre se encontraba en la acera. Me bajé para ir a mi casa que era al frente, entonces él se me acercó y me habló en inglés. En inglés me preguntó si hablaba inglés, le dije que no, que español solamente. En inglés me dijo que era importante hablar inglés. Me preguntó si era casado, le dije que sí, que si me interesaban los libros, le contesté que no y que estaba cansado, que otro día. Le pregunté cómo se llamaba y me dijo el nombre de Thomas. Me preguntó mi nombre y yo le dije Peniel. Le dije que vivía ahí, señalando hacia mi casa que era al frente donde estábamos hablando inclusive me vio cuando subí. Me preguntó de dónde yo era, le contesté de República Dominicana, entonces yo le pregunté de donde era y me contestó de Africa. El hombre se fue y al otro día 6 de febrero yo iba en mi guagua por la avenida A y veo al hombre negro caminando llevando un sobre amarillo en una de las manos. Le toqué bocina pero él no me vio. ¿El lunes 7 de febrero, más o menos a las 4:00 de la tarde, voy en mi guagua por la avenida Ponce de León esquina Sagrado Corazón, parada 26 y veo en la parada al hombre negro, le toqué bocina, lo llamé por su nombre y le pregunté como estaba. El se me acercó y nos saludamos dándonos las manos. Le pregunté si lo llevaba a algún lado y me dijo que no. Ahí me volvió a decir si me interesaban los libros, le dije que no, que al otro día. Entonces él me dijo: "ok, tomorrow", pero no apareció al otro día. El miércoles 9 de febrero a las 8:30 de la noche, me encontraba en mi casa solo cuando oigo que me están gritando "mister, mister", salí al balcón y era el Sr. Thomas. Lo saludé, lo invité a que entrara a la casa y él entró. Ese día estaba vestido con un mahón azul largo, tenis oscuros con costuras blancas y azules, camisa azul de mangas y tenía en su mano un bulto oscuro. Le dije que se sentara en la sala, se sentó en el sofá, le ofrecí café y me dijo que no le gustaba. Le ofrecí un trago de ron y me dijo que no quería. Le pregunté si quería agua, me contestó que un poquito. Fui a la cocina, serví el agua y se la puse en la mesa. Me senté en una de las sillas del comedor y cerca de él. Ahí me dice: "check a book" y cuando abrió el zipper del bulto que lo había puesto en el piso, metió la mano en el bulto y sacó una pistola color negra. Se que era una pistola porque la chamboneó, como que la cargó. Inmediatamente se paró y me puso la pistola detrás de la oreja del lado derecho, cogió el bulto y empezó a empujarme con la pistola por donde me la tenía pegada a la vez que me decía que caminara y que le diera el dinero. Esto me lo decía en inglés, decía: "give me the money now", lo que me repetía varias veces. Me llevó empujándome

*CONTINUA AL DORSO.........................*

CONTINUACION DE LA DECLARACION JURADA DE: _____
                                                    (Nombre)

con la pistola pegada detrás de la oreja hasta el cuarto del medio. Ahí entendí que me dijo en inglés que me tirara piso, me tiré al piso boca abajo y entonces el me tiró una la toalla en la cabeza color amarilla a la vez que en ingles me decía: "give the money now". Como me estaba pidiendo dinero, me llevé la mano al bolsillo de atrás del pantalón y ahí me jamaqueo con los pies diciéndome que le diera el dinero. Yo con temor que me fuera a matarle dije en inglés que abriera la puerta de closet. Sentí que abrió el closet, también lo sentí buscando y de momento exclamó en inglés: "beatyfull" o "wonderfull", algo así. Pasaron como unos cinco o diez minutos tal vez, que sentí que no estaba. Me levanté y chequié el closet y veo que no estaba la bolsa donde yo tenía $25,500.00 en efectivo en billetes de cien. Esta bolsa era negra plástica y la tenía en el closet del cuarto del medio, encima de los zapatos. Este dinero era para comprar el negocio que yo administro e irme porque he sido objeto de asalto y secuestro por dos ocasiones. Busqué al individuo por toda la casa, no lo vi, lo busqué por toda la manzana tampoco lo vi. Subí a casa lo busqué y no estaba, solamente estaba en el cuarto que él me metió el bulto oscuro. Chequié el bulto, tenía una caja, la abrí y tenía un paquetito que parecía droga. Era un paquete con tape blanco. Dejé el paquete y el bulto en casa y salí a ver si lo veía. Fui a la avenida A de Barrio Obrero, a la Avenida Ponce de León y al Viejo San Juan, de ahí fui al Cuartel de la parada 15, pero me dijeron que tenía que ir al Cuartel de Barrio Obrero. Fui a chequear al Aeropuerto de Isla Verde, a varias personas y a oficiales le di la descripción de Thomas y entonces me dijeron que sin el nombre completo no podían hacer nada. Inclusive un oficial me llevó a una línea que iba a salir en ese momento pero no me permitieron chequear porque iban a salir. El oficial me dijo que fuera al C.I.C. del Cuartel General, llamé y me dijeron que fuera a Barrio Obrero. Luego volví a pasar por la avenida Borinquen, la Ponce de León donde vi dos patrullas le hice señas pero no se pararon, entonces volví al Viejo San Juan, busqué por los muelles, volví a la parada 26, cogí para el Aeropuerto donde me amanecí hasta las 7:00 del día 10 de febrero, pero nunca vi a Thomas. Después volví a la avenida Borinquen, a la gente que veía le di la descripción de Thomas pero nadie lo conocía. Seguí taxis y finalmente fui a la parada 26 a desayunar y ahí pregunté por el individuo, una persona me dijo que si era uno que hacía trucos con las cartas y practicaba karate, que hablaba ingles y ahí me dijo que esa persona vivía en el edificio al lado de la cafetería y hacía cinco días que no lo veía. Fui al edificio, hablé con el administrador y él me dijo que el individuo no se había mudado pero hacía cinco días que no lo veía. Entonces le dije que quería hablar con Thomas para poner una escuela de Karate. Me fui y regresé donde el administrador de nombre Tony y le dije la verdad de lo que me estaba pasando. El administrador subió al cuarto y me dijo que no estaba ahí. Después me subió al cuarto y el individuo no estaba. Entonces el administrador me enseñó el contrato del cuarto y me dijo que él no se llamaba Thomas si no Obe E. Johnson, después fui al Cuartel de Barrio y di la querella, ahí llamaron al C.I.C. y luego llegó el Agte. Muñiz, me entrevistó y yo le expliqué todo, le di el nombre de Obe. En los momentos que iba para mi casa a llevar al Agte. Muñiz recibí una llamada del Administrador a mi celular diciéndome que el individuo había vuelto al apartamento. Fui con el Agte. Muñiz al apartamento de Obe y el Administrador me dijo que Obe le había entregado la llave y le pedió $75.00 que tenía de fondo. Rápido fui con el Agte. Muñiz al Aeropuerto a chequear, pero no apareció por todo aquello. Luego el martes 15 de febrero salí para la República Dominicana a hacer unas gestiones de dinero y anoche jueves 17 de febrero como a eso de las 11:30 de la noche recibí una llamada del oficial Luis Muñiz informándome que tenía una persona detenida con las características de Obe, que tenía que ir a Puerto Rico. Entonces hoy 18 de febrero, llegué a Puerto Rico a las 12:45 de la tarde e inmediatamente fui al Cuartel General de Hato Rey, me entrevisté con el Agte. Muñiz y allí me explicó que iba a hacer un line up, me llevó a un cuarto donde a través de un cristal habían cinco hombres de tez negra con batas amarillas y un número en el pecho y entre ellos identifiqué sin ninguna duda al número dos (2) como Obe E. Johnson. El dinero no ha sido recuperado hasta el momento. De todo ese dinero tengo los número de serie. El paquete con el tape blanco y el bulto oscuro se lo entregué al Agte. Muñiz.

Declaración Jurada Núm. 126

                                    X _____
                                        EDUVIGES DEL ROSARIO
                                        (Firma del Declarante)

Hora: 8:35 P.M.
Jurada y suscrita ante mí, hoy 18 de febrero de 2005

_____                    _____
Ma. Carmen González                          ANA MARIA MARTINEZ ORAMA
(Nombre del Taquígrafo que investiga)         (Firma y Sello del Fiscal que toma juramento)

                                    UNIDAD INVESTIGATIVA DE SAN JUAN
                                    Fiscalía o División a la cual está adscrito

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO <br><br> VS. <br><br> **OBE E. JOHNSON** <br> Acusado <br> Número de querella: 05146601179 <br> Fecha nacimiento: 12 ENERO 1972 <br> Lugar nacimiento: LIBERIA <br> Sexo: MASCULINO <br> Seguro Social: 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 <br> Dirección: 2624 S BERBRO ST. PHILADELPHIA, PA 19153 <br> Núm. Licencia Conducir: NO CONSTA <br> Señas: NINGUNA | CASO NUM. **KPD2005G0656** <br><br> POR: <br> **ART. 173 CÓDIGO PENAL (USO ARMA EN COMISIÓN DE DELITO)** |

## SENTENCIA
## NUNC PRO TUNC

Hoy, día **15 de septiembre de 2005**, señalado este caso para el pronunciamiento de sentencia, comparecieron EL PUEBLO DE PUERTO RICO representado por su **Fiscal Maricarmen Rodríguez Barea** y el referido acusado en persona asistido de su **abogada, Lcda. Fabiola Acarón Porrata-Doria, de la Sociedad para Asistencia Legal.** El Tribunal le informó de la naturaleza del cargo, sobre las alegaciones de su defensa, y sobre el fallo dictado y preguntó si tenía alguna causa legal que aducir para demostrar que no procedía dictar sentencia.

No existiendo tal causa legal, el Tribunal pronuncia su sentencia en la siguiente forma: Que habiendo sido el acusado de epígrafe juzgado debidamente por Tribunal de Derecho y declarado convicto de un delito **de Art. 173 del Código Penal (uso arma en comisión de delito)**, el Tribunal en cumplimiento de su fallo del día **13 de junio de 2005**, condena a dicho acusado a la pena de **veinte (20) años de cárcel, sin costas, consecutivos con casos KLA2005G0212, KLA2005G0213 y consecutiva con cualquier otra sentencia que esté cumpliendo. Sentenciado bajo el Código Penal de 1974.** No se impone Articulo 67 del Código Penal (Pena Especial) por acusado ser indigente. Abónese preventiva.

NOTIFÍQUESE.

Dada en San Juan, Puerto Rico, a 15 de septiembre de 2005 y enmendada hoy 9 de marzo de 2017 a los fines de corregir que fue sentenciado bajo el Código Penal de 1974.

KALIL BACO VIERA
JUEZ SUPERIOR

POR: **ELOINA TORRES CANCEL**
**JUEZA SUPERIOR**

CERTIFICO: Que el texto que antecede constituye la sentencia recaída en el caso de epígrafe, constando el original en los autos del mismo.

En San Juan, Puerto Rico, a 14 MAR 2017

**Nora Torres Quiles**
Secretaria Auxiliar del Tribunal I

Recibí la orden anterior con el sentenciado _____ y el día _____ puse a dicho sentenciado bajo la custodia del alcaide de la Cárcel de _____, quien firma.

_____  _____
Alcaide                                        Alguacil

Num. Identificador SEN2017 1511/6

...NAL DE PRIMERA INSTANCIA
...ALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br>VS.<br>**OBE E. JOHNSON**<br>Núm. de Querella: 05146601179<br>Fecha de Nacimiento: 12 ENERO 1972<br>Lugar de Nacimiento: LIBERIA<br>Sexo: MASCULINO<br>Seguro Social: 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<br>Dirección: 2624 S BERBRO ST.<br>PHILADELPHIA, PA 19153<br>Núm. Licencia Conducir: NO CONSTA<br>Señas: NINGUNA | CASO NUM.<br>**KLA2005G0213**<br><br>POR:<br><br>**ART. 5.15 LEY DE ARMAS<br>(USO ARMA EN COMISION DE DELITO)** |

## SENTENCIA

Hoy, día **15 de septiembre de 2005**, señalado este caso para el pronunciamiento de sentencia, comparecieron EL PUEBLO DE PUERTO RICO representado por su **Fiscal Maricarmen Rodríguez Barea** y el referido acusado en persona asistido de su **abogada, Lcda. Fabiola Acarón Porrata-Doria, de la Sociedad para Asistencia Legal.** El Tribunal le informó de la naturaleza del cargo, sobre las alegaciones de su defensa, y sobre el fallo dictado y preguntó si tenía alguna causa legal que aducir para demostrar que no procedía dictar sentencia.

No existiendo tal causa legal, el Tribunal pronuncia su sentencia en la siguiente forma: Que habiendo sido el acusado de epígrafe juzgado debidamente por Tribunal de Derecho y declarado convicto de un delito de **Art. 5.15 Ley de Armas (uso arma en comisión de delito)**, el Tribunal en cumplimiento de su fallo del día **13 de junio de 2005**, condena a dicho acusado a la pena de **cinco (5) años de cárcel, sin costas, consecutivos con casos KPD2005G0656, KLA2005G0212 y consecutiva con cualquier otra sentencia que este cumpliendo.** No se impone Artículo 67 del Código Penal (Pena Especial) por acusado ser indigente. Abónese preventiva.

NOTIFIQUESE

Dada en San Juan, Puerto Rico, a 15 de septiembre de 2005.

**KALIL BACO VIERA**
**Juez Superior**

CERTIFICO: que el texto que antecede constituye la sentencia recaída en el caso de epígrafe, constando el original en los autos del mismo.

Lcda. Rebecca Rivera Torres – Secretaria Regional

RECIBI la orden anterior con el sentenciado _____ el día ____ de _____ de ____ y el día ____ de _____ de ____, Puse a dicho sentenciado bajo la custodia del Alcaide de la Cárcel de Distrito de _____, quien firma.

| | |
|---|---|
| Alcaide | Alguacil |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br>VS.<br>**OBE E. JOHNSON**<br>Núm. de Querella: 05146601179<br>Fecha de Nacimiento: 12 ENERO 1972<br>Lugar de Nacimiento: LIBERIA<br>Sexo: MASCULINO<br>Seguro Social: 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<br>Dirección: 2624 S BERBRO ST.<br>PHILADELPHIA, PA 19153<br>Núm. Licencia Conducir: NO CONSTA<br>Señas: NINGUNA | CASO NUM.<br>**KLA2005G0212**<br><br>POR:<br><br>**ART. 5.04 LEY DE ARMAS<br>(USO ARMA EN COMISION DE<br>DELITO)** |

## SENTENCIA

Hoy, día **15 de septiembre de 2005**, señalado este caso para el pronunciamiento de sentencia, comparecieron EL PUEBLO DE PUERTO RICO representado por su **Fiscal Maricarmen Rodríguez Barea** y el referido acusado en persona asistido de su **abogada, Lcda. Fabiola Acarón Porrata-Doria, de la Sociedad para Asistencia Legal.** El Tribunal le informó de la naturaleza del cargo, sobre las alegaciones de su defensa, y sobre el fallo dictado y preguntó si tenía alguna causa legal que aducir para demostrar que no procedía dictar sentencia.

No existiendo tal causa legal, el Tribunal pronuncia su sentencia en la siguiente forma: Que habiendo sido el acusado de epígrafe juzgado debidamente por Tribunal de Derecho y declarado convicto de un delito de **Art. 5.04 Ley de Armas (uso arma en comisión de delito)**, el Tribunal en cumplimiento de su fallo del día **13 de junio de 2005**, condena a dicho acusado a la pena de **diez (10) años de cárcel, sin costas, consecutivos con casos KPD2005G0656, KLA2005G0213 y consecutiva con cualquier otra sentencia que este cumpliendo.** No se impone Artículo 67 del Código Penal (Pena Especial) por acusado ser indigente. Abónese preventiva.

NOTIFIQUESE

Dada en San Juan, Puerto Rico, a 15 de septiembre de 2005.

KALIL BACO VIERA
**Juez Superior**

CERTIFICO: que el texto que antecede constituye la sentencia recaída en el caso d epígrafe, constando el original en los autos del mismo.

Lcda. Rebecca Rivera Torres – Secretaria Regional

RECIBI la orden anterior con el sentenciado _____ el día __ _____ de _____ y el día ____ de _____ de _____, Puse a dicho sentenciado bajo la custodia del Alcaide de la Cárcel de Dist _____, quien firma.

_____     _____
Alcaide                                         Alguacil

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE JUSTICIA
Apartado 9020192, San Juan, PR 00902-0192

OFICINA DE AYUDA AL CIUDADANO                                TEL. (787) 729-7002

28 de octubre de 2015

Obe E. Johnson
Ponce Adultos 1000
Módulo 4-6
PO Box 10786
Ponce, PR 00732

Estimado señor Johnson:

Reciba un saludo cordial del Hon. César R. Miranda, Secretario de Justicia y de todos los que laboramos en la Oficina de Servicios al Ciudadano.

Acuso recibo de su comunicación donde reclama la pérdida de su compañía o propiedad y encarcelamiento a causa de la mala representación por parte de la Lcda. Fabiola Acuron Porrata-Doria.

El Departamento de Justicia se abstiene de analizar los méritos de éste caso ya que representamos al Estado en el juicio que se ventila en estos momentos ante el Tribunal. Deberá canalizar este asunto a través de su abogado en el Tribunal.

Por lo antes expuesto, hemos procedido con el archivo de su petición, pero de igual manera le informamos que en nuestro Departamento de Justicia, tiene las puestas abiertas para cualquier otra solicitud en la que podamos ayudarle.

Cordialmente,

Pamela C. González Díaz, M.A.P.
Auxiliar Administrativo I

SAC0005252