Jose E. Johson
Institucion
SA-099
P.O. Box 1000-5
Guayama 500
Guayama, PR 00785-0000

9/04/21

"RESPON-"
LEGAL

Clerk's Office
"United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767