

Ho-21-1611

Departamento de Corrección y Rehabilitación

Informe de Transacciones del Confinado (detallado)

## 116651   OBE E. JOHNSON

Guayama Anexo 500

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| pcotto | 06/27/2017 | 06/27/2017 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 177033100074) | | ($1.00) | $28.27 |
| k_guay500 | 07/05/2017 | 07/05/2017 | Compra | 17070633-4931 | | ($2.52) | $25.75 |
| k_guay500 | 07/14/2017 | 07/14/2017 | Compra | 17070633-5152 | | ($1.81) | $23.94 |
| k_guay500 | 07/26/2017 | 07/26/2017 | Compra | 17070633-5443 | | ($2.55) | $21.39 |
| k_guay500 | 08/24/2017 | 08/24/2017 | Compra | 17080633-5823 | | ($4.36) | $17.03 |
| k_guay500 | 09/08/2017 | 09/08/2017 | Compra | 17090633-6000 | | ($2.10) | $14.93 |
| icarradero | 10/12/2017 | 10/12/2017 | Compra | Factura: 17100633-6160 | | ($4.45) | $10.48 |
| jlpagan | 10/16/2017 | 10/16/2017 | Compra | Factura: 17100633-6325 | | ($3.18) | $7.30 |
| mbatista_gy | 11/01/2017 | 11/01/2017 | Compra | Factura: 17110633-6635 | | ($1.58) | $5.72 |
| mbatista_gy | 11/14/2017 | 11/14/2017 | Compra | Factura: 17110633-6901 | | ($2.72) | $3.00 |
| icarradero | 01/23/2018 | 01/23/2018 | Compra | Factura: 18010633-8464 | | ($2.72) | $0.28 |
| pcotto | 06/28/2019 | 06/27/2019 | Depósito Electrónico | (Referencia bancaria: 178085100194) | | $21.00 | $21.28 |
| pcotto | 06/28/2019 | 06/28/2019 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 178085100194) | | ($1.00) | $20.28 |
| NTrodriguez | 07/15/2019 | 07/15/2019 | Compra | Factura: 19070633-6758 | | ($2.99) | $17.29 |
| pcotto | 07/16/2019 | 07/15/2019 | Depósito Electrónico | (Referencia bancaria: 196020100327) | | $21.00 | $38.29 |
| pcotto | 07/16/2019 | 07/16/2019 | Cargo por Servicio (Dep Elect) | (Referencia bancaria: 196020100327) | | ($1.00) | $37.29 |
| frarodriguez | 07/29/2019 | 07/29/2019 | Compra | Factura: 19070633-6929 | | ($4.00) | $33.29 |
| icarradero | 08/14/2019 | 08/14/2019 | Compra | Factura: 19080633-7063 | | ($2.64) | $30.65 |
| Yvramos | 08/26/2019 | 08/26/2019 | Compra | Factura: 19080633-7240 | | ($6.25) | $24.40 |
| Yvramos | 10/08/2019 | 10/08/2019 | Compra | Factura: 19100633-7874 | | ($5.39) | $19.01 |
| asmartinez | 10/16/2019 | 10/16/2019 | Devolución | Factura: 19100633-7961– Factura Original: 19100633-7874 | | $3.85 | $22.86 |
| Yvramos | 11/04/2019 | 11/04/2019 | Compra | Factura: 19110633-8259 | | ($5.23) | $17.63 |
| Yvramos | 11/18/2019 | 11/18/2019 | Compra | Factura: 19110633-8418 | | ($1.62) | $16.01 |
| Yvramos | 12/02/2019 | 12/02/2019 | Compra | Factura: 19120633-8582 | | ($0.81) | $15.20 |
| Yvramos | 12/16/2019 | 12/16/2019 | Compra | Factura: 19120633-8936 | | ($1.45) | $13.75 |
| frarodriguez | 01/08/2020 | 01/08/2020 | Compra | Factura: 20010633-9119 | | ($1.62) | $12.13 |
| Yvramos | 02/03/2020 | 02/03/2020 | Compra | Factura: 20020633-9516 | | ($1.62) | $10.51 |
| Yvramos | 03/03/2020 | 03/03/2020 | Compra | Factura: 20030633-9925 | | ($1.62) | $8.89 |
| Yvramos | 04/13/2020 | 04/13/2020 | Compra | Factura: 20040633-0487 | | ($1.68) | $7.21 |
| Yvramos | 08/03/2020 | 08/03/2020 | Compra | Factura: 20080633-2499 | | ($2.22) | $4.99 |



Departamento de Corrección y Rehabilitación

Informe de Transacciones del Confinado (detallado)

## 116651   OBE E. JOHNSON

Guayama Anexo 500

| | Fec Reg | Fec Recibo | Transacción | Comentario | Recibo / Chk | Cantidad | Balance |
|---|---|---|---|---|---|---|---|
| Yvramos | 09/28/2020 | 09/28/2020 | Compra | Factura: 20090633-3679 | | ($1.91) | $3.08 |
| icarradero | 10/13/2020 | 10/13/2020 | Compra | Factura: 20100633-3963 | | ($0.84) | $2.24 |
| Yvramos | 01/11/2021 | 01/11/2021 | Compra | Factura: 21010633-5629 | | ($1.68) | $0.56 |

Total de transacciones:   294

Balance Final:   $0.56