Obe E. John, Sr.
P.O. Box 10,005
Institución Guayama
500 Correccional
Módulo B-A #109
Guayama, Puerto Rico
00785-4005

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan P.R. 00918-1767