```
Court Name: District Court
Division: 1
Receipt Number: PRX100078883
Cashier ID: arodrigu
Transaction Date: 09/22/2021
Payer Name: ADSUAR MUNIZ GOYCO SEDA
--------------------------------
PRO HAC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HAC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 071129
 Amt Tendered:  $600.00
--------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF REED
COLLINS & JEREMY CAIN

THRU: ERIC PEREZ-OCHOA
```