# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA; Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION PRO HAC VICE OF LAUREN FAIRMAN

**TO THE HONORABLE COURT:**

COMES NOW, Lauren Fairman, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

2. Applicant will sign all pleadings with the name "Lauren Fairman".

3. Applicant has been retained by plaintiff National Public Finance Guarantee Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 2021, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices. Bar License number: 5897566.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of New York | August 26, 2021 |

6. Applicant is a member in good standing of the bar of the court listed in paragraph 5.

7. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

8. Local counsel of record associated with applicant in this matter is:

ERIC PEREZ-OCHOA
USDC-PR No. 206314

ALEXANDRA CASELLAS-CABRERA
USDC-PR No. 301010

**ADSUAR MUÑIZ GOYCO
SEDA & PEREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9000
E-mail: epo@amgprlaw.com
acasellas@amgprlaw.com

9. Applicant has read the Local Rules of this court and will comply with same.

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court unless the requirement is otherwise waived.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: September 22, 2021.

    Lauren Fairman
    Printed Name of Applicant

    Signature of Applicant

    767 Fifth Avenue
    New York, N.Y. 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: lauren.fairman@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: September 22, 2021.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010

By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314
E-mail: epo@amgprlaw.com

*s/Alexandra C. Casellas Cabrera*
Alexandra C. Casellas Cabrera
USDC-PR No. 301010
acasellas@amgprlaw.com

3

**I HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

By: *s/ Lauren Fairman*
Lauren Fairman, Esq.
767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: lauren.fairman@weil.com

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2021.

_____
U.S. District Judge