UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>  Debtors.<br><br>WAL-MART PUERTO RICO, INC.<br>Proof of Claim No. 160793<br><br>  Respondent. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br>THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM (ERS) OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE. |

### AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT OCTOBER 6, 2021 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

**COMES NOW** Wal-Mart Puerto Rico, Inc. ("Wal-Mart"), by and through the undersigned attorneys, and respectfully submits this amended informative motion in response to the Court's *Notice of Adjournment of Omnibus Objection Scheduled for Hearing at the August 4, 2021 Omnibus Hearing to the October 6, 2021 Omnibus Hearing* (Dkt. No. 17625) ("the Order"), setting forth guidelines for parties wishing to be heard at the October 6, 2021 omnibus hearing (the "Hearing"), which will be conducted telephonically via CourtSolutions, and respectfully states as follows:

1. Antonio Bauzá-Santos of Bauzá Brau Irizarry & Silva, LLC will appear telephonically to present the arguments of Wal-Mart at the Hearing. Counsel seeks to be heard and address the following:

a. *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable [ECF No.16030];*

b. *Wal-Mart's Opposition to the Three Hundred Third Omnibus Objection (Substantive) [ECF No. 16413]; and*

c. *Any other responses or motions related to the foregoing.*

2. Guillermo J. Silva-Wiscovich of Bauzá Brau Irizarry & Silva, LLC will also appear telephonically on behalf of Wal-Mart at the Hearing, but does not seek to be heard.

3. Wal-Mart reserves the right to be heard on any matter presented to the Court and to respond, as necessary, to any statements made by any party related to the above-captioned Title III cases or any adversary proceeding pending in the above-captioned Title III cases, to the extent it impacts the rights, claims, or interests of Wal-Mart.

WHEREFORE, Wal-Mart respectfully requests that Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 22nd day of September, 2021.

*/s/Antonio Bauzá Santos*
**ANTONIO BAUZÁ SANTOS**
**USDC-PR NO. 229206**
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8758
FAX: (787) 282-3673
Email: antonio.bauza@bioslawpr.com

*/s/Guillermo J. Silva-Wiscovich*
**GUILLERMO J. SILVA-WISCOVICH**
**USDC-PR NO. 210708**
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8743
FAX: (787) 282-3673
Email: gsilva@bioslawpr.com

*Counsel for Respondent*
*Wal-Mart Puerto Rico, Inc.*