**Exhibit B**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------- x
                                                                 :
In re                                                            :
                                                                 :   PROMESA
THE FINANCIAL OVERSIGHT AND                                      :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                :
                                                                 :
      as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO,                                 :   (Jointly Administered)
et al.,¹                                                         :
                                                                 :
      Debtors.                                                   :
                                                                 :
--------------------------------------------------------------- x
```

**[PROPOSED ORDER]** ORDER GRANTING MOTION FOR LEAVE TO FILE LEGAL BRIEF AS
*AMICUS CURIAE* OF THE OFFICE OF THE COURTS ADMINISTRATION OF THE
COMMONWEALTH OF PUERTO RICO

Upon the *Motion for Leave to File Legal Brief as Amicus Curiae of* the Office of the Courts

Administration of the Commonwealth of Puerto Rico ("OAT"), (Docket Entry No. ___ in Case No.

17-03283, the "Motion"), and the Court having found that OAT has demonstrated a special and

particularized interest in relation to the Seventh Amended Title III Joint Plan of Adjustment of the

Commonwealth of Puerto Rico ("Plan of Adjustment"), *see* Docket Entry No. 17627, and the

"Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the

Commonwealth of Puerto Rico, et al." (the "Disclosure Statement"), *see* Docket Entry No. 17628,

and that no other or further notice is required, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1.  Leave to file the Proposed Brief, as *amicus curiae*, is hereby granted to OAT, and

2.  This Order resolves Docket Entry No. _____ .


SO ORDERED.


Date: _____


/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN

UNITED STATES DISTRICT JUDGE