UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5: 31

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| | CASE NO. 17-BK-3283-LTS |
| As representative of | (JOINTLY ADMINISTERED) |
| | THIS FILING RELATES TO ERS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| et al. | |
| Creditor Num. Claims:16543 | |

**REPLY TO THREE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO EMPLOYMENT RELATED CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

To the Honorable United States District Court Judge Laura Taylor Swain:

The debtors in these Title III cases included former employees who have a claim against the Employees Retirement System (ERS), and the commonwealth of Puerto Rico related to contributions to the systems, wages owed and labor benefits.
In my case I have two (2) claims, one of them (claim num. 16543) is against ERS. I reply and object to three hundred sixty-seventh omnibus objection (non-Substantive).

I provided and included with the reply on Exhibit A supporting documentation for proof my claim against ERS.

### JURISDICTION

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a).

1

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5:32

## REPLY TO THE OBJECTIONS TO PROOF OF CLAIM AGAINST ERS

1. Claim Num. 16543 is related to the payments that as a government employee I made to the ERS and at the time of my disassociation from public service in November 2014, I was not paid this money that by law corresponded to me. When you begin to work in the Government of Puerto Rico enter under the provisions of the Num Act. 1-1990 of retirement that allowed that when I separated from the government it was by dismissal or resignation the ERS reimburse my contributions with interest. Unilaterally, the government not only changed the acquired rights of the employees, in my case they have not disbursed the money paid in the amount of $ 108,204.18 without counting the interest accumulated during these 19 years. (See Exhibit A).
2. Law Num 106-2017 is not applicable in my claim, it will be of prospective application to debts contracted after 2017, but not prior to that date, as is my claim.
3. Those of us who are listed in the Hybrid System are entitled to 100% of the contributions that until 2014, I paid to ERS, $108,204.18 not counting *the interests* accumulated during this time.
4. It is unfair that arbitrarily and unilaterally the ERS not reimbursed my money that was paid for some many years and is its savings of my entire useful life.
5. For all the above this claim num. 16543 is filed against the correct debtor, which is the ERS.

## NOTICE CERTIFICATION

I certify that I provide notification of this reply by mail to the Secretary of the court, counsel for the oversight board and counsel for the creditors.

**Respectfully Submitted.**

Dated: September 17, 2021.
San Juan, Puerto Rico

Creditor Num. 16543

Maria Franco Soto
The Coliseum Tower, Apt. 2202
576 Arterial B Ave.
San Juan, PR 00918
787-397-9591
Mfranco.1811@gmail.com

2