**EXHIBIT A**

OPF_HIST

SISTEMAS DE RETIRO DE EMPLEADOS E.L.A.
Sistema de Control de Remesas
**HISTORICO DE NOMINAS**

28-05-2019
09:31:13 AM
Página: 1

### MARIA M FRANCO SOTO

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 4 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2019 3 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2019 2 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2019 1 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2018 12 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2018 11 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2018 10 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,146.00 | 0.00 | 777.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2018 9 | 171 DEPARTAMENTO EDUCACION (NO DOCENTE | I | 9,990.25 | 0.00 | 849.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 |
| 2014 10 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 597.33 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 9 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 597.33 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 5.72 | 0.00 |
| 2014 8 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 597.33 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 7 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 597.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 6 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 5 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 4 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 3 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2014 2 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |

OPF_HIST                                SISTEMAS DE RETIRO DE EMPLEADOS E.L.A.                                28-05-2019
                                              Sistema de Control de Remesas                                    09:31:13 AM
                                                   **HISTORICO DE NOMINAS**                                       Página: 2

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 1 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2013 12 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2013 11 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2013 10 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2013 9 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2013 8 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.28 | 0.00 |
| 2013 7 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 552.38 | 450.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 11.26 | 0.00 |
| 2013 6 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 5,503.95 | 620.58 | 455.46 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013 5 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,496.05 | 394.18 | 289.30 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013 4 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013 3 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013 2 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2013 1 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 12 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 11 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 10 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 9 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|
| | | Sistema de Control de Remesas | | | | | | | 09:31:13 AM |
| | | **HISTORICO DE NOMINAS** | | | | | | | Página: 3 |

### MARIA M FRANCO SOTO

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 8 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 7 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 507.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 6 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 5 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 4 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 3 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 2 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2012 1 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 12 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 11 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 10 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,500.00 | 462.38 | 372.38 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 9 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 4,000.00 | 411.00 | 331.00 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 8 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,500.00 | 359.62 | 289.60 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 7 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,500.00 | 359.62 | 289.60 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 6 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,500.00 | 324.62 | 289.62 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 4 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,500.00 | 324.62 | 289.62 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 3 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,500.00 | 324.62 | 289.62 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sistema de Control de Remesas | | | | | | | 09:31:13 AM |
| | | | **HISTORICO DE NOMINAS** | | | | | | | Página: 4 |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,846.00 | 263.96 | 235.50 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 2 | 217 CORPORACION DE LAS ARTES MUSICALES | I | 3,500.00 | 324.62 | 289.62 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,846.00 | 263.96 | 235.50 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2010 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,423.00 | 131.98 | 117.75 | 132.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2010 2 | 115 ADMINISTRACION SERVICIOS MEDICOS | A | -6,000.00 | -556.50 | -496.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2010 2 | 115 ADMINISTRACION SERVICIOS MEDICOS | I | 6,000.00 | 556.50 | 496.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2010 1 | 115 ADMINISTRACION SERVICIOS MEDICOS | I | 6,000.00 | 556.50 | 496.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 12 | 115 ADMINISTRACION SERVICIOS MEDICOS | I | 6,000.00 | 556.50 | 496.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 11 | 115 ADMINISTRACION SERVICIOS MEDICOS | I | 6,000.00 | 556.50 | 496.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 10 | 115 ADMINISTRACION SERVICIOS MEDICOS | I | 5,492.31 | 509.41 | 454.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

OPF_HIST

SISTEMAS DE RETIRO DE EMPLEADOS E.L.A.
Sistema de Control de Remesas
**HISTORICO DE NOMINAS**

28-05-2019
09:31:13 AM
Página: 5

### MARIA M FRANCO SOTO

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2009 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 264.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,746.00 | 254.70 | 227.24 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 3,075.26 | 285.23 | 254.47 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2008 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,935.48 | 272.27 | 242.91 | 166.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Sistema de Control de Remesas | | | | | | | | 09:31:13 AM |
| | | **HISTORICO DE NOMINAS** | | | | | | | | Página: 6 |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,596.00 | 240.78 | 214.82 | 111.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,326.00 | 215.73 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2007 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,446.00 | 226.86 | 202.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,696.00 | 250.05 | 223.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Sistema de Control de Remesas | | | | | | 09:31:13 AM |
| | | | **HISTORICO DE NOMINAS** | | | | | | Página: 7 |

### MARIA M FRANCO SOTO

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2006 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 964.11 | 89.42 | 79.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,321.00 | 215.28 | 192.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,492.50 | 231.18 | 206.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 11,376.00 | 1,055.12 | 941.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,664.00 | 247.08 | 220.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,664.00 | 247.08 | 220.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,664.00 | 247.08 | 220.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 4,088.50 | 379.21 | 338.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,664.00 | 247.08 | 220.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,482.00 | 230.20 | 205.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,482.00 | 230.20 | 205.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2005 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,482.00 | 230.20 | 205.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,482.00 | 230.20 | 205.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,482.00 | 230.20 | 205.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Sistema de Control de Remesas | | | | | | | | 09:31:13 AM |
| | | **HISTORICO DE NOMINAS** | | | | | | | | Página: 8 |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,482.00 | 230.20 | 205.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,492.72 | 231.20 | 206.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.22 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.22 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.22 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.22 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.22 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.21 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.21 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2004 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 2,040.00 | 189.21 | 168.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | 28-05-2019 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Sistema de Control de Remesas | | | | | | | 09:31:13 AM | |
| | | | **HISTORICO DE NOMINAS** | | | | | | | Página: 9 | |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2003 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,940.00 | 179.94 | 160.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,993.50 | 184.90 | 164.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,886.50 | 174.97 | 156.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,833.00 | 170.01 | 151.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

OPF_HIST

SISTEMAS DE RETIRO DE EMPLEADOS E.L.A.

Sistema de Control de Remesas

**HISTORICO DE NOMINAS**

28-05-2019

09:31:13 AM

Página: 10

### MARIA M FRANCO SOTO

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 3 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 2 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 1 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 12 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,733.00 | 160.74 | 143.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 11 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 2,042.00 | 189.40 | 168.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 10 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 9 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 8 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|
| | | Sistema de Control de Remesas | | | | | | | 09:31:13 AM |
| | | **HISTORICO DE NOMINAS** | | | | | | | Página: 11 |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 7 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 6 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 5 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 4 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 3 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 2 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 2,800.00 | 259.70 | 235.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000 1 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,630.00 | 151.18 | 134.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 12 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,409.00 | 130.68 | 116.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 11 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 119.46 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 10 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 119.46 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 9 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 119.46 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 8 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 119.46 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 7 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 119.46 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 3 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 2 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999 1 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|
| | | Sistema de Control de Remesas | | | | | | | 09:31:13 AM |
| | | **HISTORICO DE NOMINAS** | | | | | | | Página: 12 |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 12 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 11 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 10 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 9 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 8 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,159.20 | 0.00 | 95.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 5 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 4 | 888 AGENCIAS DEL GOBIERNO CENTRAL - REME | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1998 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | -0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Case:17-03283-LTS   Doc#:18209-1   Filed:09/22/21   Entered:09/23/21 08:47:11   Desc:
Exhibit   Page 14 of 15

| OPF_HIST | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. | | | | | | | | 28-05-2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Sistema de Control de Remesas | | | | | | | | 09:31:13 AM |
| | | **HISTORICO DE NOMINAS** | | | | | | | | Página: 13 |

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1997 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 6 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 5 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 4 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 3 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 2 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1996 1 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| OPF_HIST | | | SISTEMAS DE RETIRO DE EMPLEADOS E.L.A. Sistema de Control de Remesas **HISTORICO DE NOMINAS** | | | | | | | | 28-05-2019 09:31:13 AM Página: 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**MARIA M FRANCO SOTO**

| REMESA | AGENCIA | TIPO | SALARIO | PATRONAL | INDIVIDUAL | PREST. PER. | PREST. HIP. | PREST. PVC. | PREST. PPH. | DESC. SNC. | SEG INC | SEG INC OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995 12 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1995 11 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1995 10 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1995 9 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,288.00 | 0.00 | 106.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1995 8 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,248.00 | 0.00 | 103.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1995 7 | 176 DEPT. DEL TRABAJO Y RECURSOS HUMANO | I | 1,328.00 | 0.00 | 109.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 227 | 626,447.33 | 49,929.18 | 53,258.71 | 17,410.65 | 0.00 | 0.00 | 0.00 | 0.00 | 274.64 | 0.00 |