576 Arterial B
Apt. 2202
SJ P.R. 00918

7019 2280 0000 9069 4238



Para:
Secretaria (clerk's Office)
Tribunal de Distrito de los E.U.A
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

2021 SEP 22 PM 5:31

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT