## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| TORCOS CHEMICAL & JANITORIAL SUPPLIES INC (TORCOS, INC) <br><br> DEMANDANTE <br><br> vs. <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACION FINANCIERA PARA PUERTO RICO como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO <br><br> ADMINISTRACIÓN DE SERVICIOS MÉDICOS <br> AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS <br> AUTORIDAD DE EDIFICIOS PUBLICOS <br> DEPARTAMENTOS DE EDUCACIÓN, REGIONES Y COMPONENTES FISCALES <br> DEPARTAMENTO DE SALUD <br> DEPARTAMENTO DE LA FAMILIA Y REGIONES <br> OMEP | PROMESA <br> Titulo III <br><br> Num 17 BK 3283-TS <br><br> SOBRE: <br><br> COBRO DE DINERO |

### OBJECIÓN GLOBAL

**AL HONORABLE TRIBUNAL**:

Comparece la parte demandante, en representación de la Compañíá Torcos Chemical & Janitorial Supplies Inc., (Torcos, Inc.) a través de su representante Damaris Torres Decos, Administradora de la Compañía, que suscribe y muy respetuosamente, EXPONE, ALEGA Y SOLICITA:

I.

## II.  LAS PARTES

1. La parte demandante Torcos Chemical & Janitorial Supplies Inc., (Torcos, Inc.) con dirección postal PO Box 29708 San Juan Puerto Rico 00929, con el número de telefono (787) 276-1255 .

2. La parte demandada es La Junta de Supervisión y Administración Financiera para Puerto Rico, en representación del Estado Libre Asociado de Puerto Rico y las Agencias mencionadas en el epigrafe..

## III.  HECHOS

3. La parte demandante presento un reclamación el 18 de mayo de 2018, la cual tiene el número 14559, en contra de Estado Libre Asociado de Puerto Rico, por la cantidad de $66,130.42.

4. A la fecha de hoy 20 de septiembre de 2021, la deuda es **$36,384.76**, la cual se compone de la siguiente: **Vea Anejo 1 ESTADO DE CUENTAS A COBRAR, FACTURAS, CONDUCES Y ÓRDENES DE COMPRA:**

Admonistración de Servicios Médicos **$490.50**

Autoridad de Acueductos y Alcantarillados **$50.58**

Autoridad de Edificios Pùblicos **$1,103.49**

Departamento de Educación, Regiones y Componentes Fiscales **$33,401.70**

Departamento de Salud **$89.18**

Departamento de la Familia y Regiones **$1,152.06**

Omep **$97.25**

4. La parte demandante se opone a dar descuentos o condonar dicha deuda ya que esa deuda fue por mercancia entregada a las agencias antes mencionadas y las mismas disfutaron y utilizaron los suministros servidos por

2

nuestra empresa. Cabe señalar que muchas de estas órdenes fueron hechas por una subasta con las agencias (en el Caso especifico del Departamento de Educación) o por el metodo de compra de mercado libre, (cotizaciones)

5. Las facturas por la cantidad de $16,441.47 que alegadamente fueron pagas, son por concepto de otras ordenes de compras entregadas, facturadas. Podemos facilitar el dato de las mismas si nos suministran las agencias, números de facturas y evidencias de pago para verificar y confirmar con nuestro sistema.

6. **POR TODO LO CUAL,** se solicita muy respetuosamente, de este Honorable Tribunal declare con lugar la presente demanda y, en consecuencia, declare la Objeción de Torcos Chemical & Janitorial Supplies Inc., (Torcos, Inc.) y continue el proceso de cobro de dinero con cualquier otro pronunciamiento que en derecho proceda.

En San Juan, Puerto Rico, hoy 20 de septiembre de 2021.

Damaris Torres Decos
PO Box 29708
San Juan, PR 00929
(787) 276-1255
damaristorresdecos@gmail.com

Damaris Torres Decos
Administradora
Torcos Chemical & Janitorial Supplies Inc.

Secretaria (Clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rio 00918-1767

Abogados de La Junta de Supervición
(Counsel for the Oversight Board)
Proskauser Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
Attn: Matin J. Bienenstock
Paul V. Possinger
Ehud Barak

Abogados del Comite de Acreedores
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz