9/20/21 at 10:05:18.38

# TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 000065; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer / Contact / Telephone 1 | Invoice/CM # | 0-30 | 31-6 | 6 | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 000065<br>REGION EDUCATIVA BA<br>JUANITA OTERO<br>787 785-6455 X 5167 | 08-104952 | | | | 26.12 | 26.12 | 2008-241 |
| | 08-104114 | | | | 331.07 | 331.07 | 2008-IMM-13 |
| | 08-104377 | | | | 188.24 | 188.24 | 2008-288 |
| | 09-118603 | | | | 587.90 | 587.90 | 00081-0000071090 |
| | 11-131751 | | | | 52.50 | 52.50 | 00081-0000161377 |
| | 11-136025 | | | | 228.40 | 228.40 | 00081-0000171908 |
| | 13-148867 | | | | 608.16 | 608.16 | 00081-0000277043 |
| | 13-152030 | | | | 449.94 | 449.94 | 00081-CBB1300314 |
| | 13-154119 | | | | 96.90 | 96.90 | 00081-0000314323 |
| | 13-151968ci | | | | 48.57 | 48.57 | 00081-CBB1300289 |
| | 144067 | | | | 33.84 | 33.84 | 00081-0000239462 |
| | 16-172017 | | | | 199.32 | 199.32 | 00081-337363 |
| | 16-173504 | | | | 1,593.72 | 1,593.72 | 00081-0000524864 |
| | 17-177299 | | | | 822.93 | 822.93 | 00081-0000559767 |
| | 18-180093 | | | | 171.00 | 171.00 | 00081-0000601690 |
| | 18-180114 | | | | 319.00 | 319.00 | 00081-000602306 |
| | 18-180601 | | | | 78.00 | 78.00 | 00081-0000615575 |
| | 18-180595 | | | | 271.40 | 271.40 | 00082-0000622529 |
| | 18-180596 | | | | 330.60 | 330.60 | 00081-0000619799 |
| | 18-180459 | | | | 47.10 | 47.10 | 00081-0000615015 |
| | 21-187431 | 503.43 | | | | 503.43 | 00081-0000759943 |
| | 21-187430 | 1,137.25 | | | | 1,137.25 | 00081-0000759939 |
| 000065<br>REGION EDUCATIVA BA | | 1,640.68 | | | 6,484.71 | 8,125.39 | |
| **Report Total** | | 1,640.68 | | | 6,484.71 | 8,125.39 | |



## TORCOS, INC.
### CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
08-104952

Invoice Date
Apr 24, 2008

Sold To    DISTRITO ESCOLAR BAYAMON
           CALL BOX 60-7082
           BAYAMON, PR  00960

Ship to    ESC. JACINTO LOPEZ MARTINEZ
           CALLE NORTE 200
           DORADO

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000065 | 2008241 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 5/24/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 1.00 | MAR-MP4PS16 | MAPOS DE ROSCA DE RAYON | 226.12 | 26.12 |
| | | Bajo pena de nulidad absoluta certifico que ningun servidor publico es parte o tiene algun interes en las ganancias del producto de esta factura. El importe de esta factura es justo y aun no ha sido pagada. Fecha_____ Firma | | |

**TOTAL ORDER  26.12**

# Sales Order

**Sales Order Number:**
104952

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Date:**
Apr 17, 2008

**Ship By:**
Apr 17, 2008

Voice.   787 270 1255, 1254
Fax      787 276 3403

**Page:**
1

**Sold To:**
COMP. FISCAL DE DORADO
P.O. BOX 728
DORADO, PR  00646

**Ship To:**
ESC. JACINTO LOPEZ MARTINEZ
CALLE NORTE 200
DORADO
796 1255

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 030928 | 2008-241 | TORCOS |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| CARMEN CONCEPCION | PMR | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | MAR MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.18 | 26.12 |

FIRMA : *Nilsa Otero*

NOMBRE EN MOLDE: *Nilsa Otero*

FECHA : *22/abril/08*  HORA: *12:30 P M*

CANTIDAD BACK ORDER: _____

| | |
|---|---|
| Subtotal | 26.12 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 26.12 |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

e-3403

EC-4

**ORDEN DE COMPRA**

| | |
|---|---|
| Escuela: | JACINTO LOPEZ MARTINEZ |
| Código: | 71076 |
| Distrito: | Dorado |

| | |
|---|---|
| Orden Núm: | 2008241 |
| Fecha: | 4/9/2008 |
| Subasta: | SF-MLR-10-2007 |
| Fecha de Entrega: | 4/16/2008 |

Suplidor: Torcos

Dirección: P.O.BOX 29708, San Juan, PR

S.S. Patronal: 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

Teléfono: (787) 276-1255

Entregar a: CALLE NORTE #200 Dorado ,P.R. 00646, DORADO

Persona Contacto: Sra. Nilsa Otero García

Teléfono: (787) 796-1255

Ana I. Correa Rivera
Firma Comprador

Firma de Director Escolar o Representante Autorizado

Cuenta Núm:
08-400-4101-0000

Aportación:
$26.19

| | Descripción del Equipo | Cantidad | Detalle de la Cantidad | Precio Unitario | Importe |
|---|---|---|---|---|---|
| 1 | MAPOS DE RAYON DE 16 ONZ (DE ROSCA) | 1 | DOCENA | $26.19 | $26.19 |

| | | |
|---|---|---|
| | Total Importe | $26.19 |
| | Total a Pagar por la Orden de Compra | $26.19 |

Comentarios u Observaciones :   SOLICITUD #08-0252



**IMPORTANTE**
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER
EN TODAS LAS FACTURAS Y CONFIRMAR SI NO PUEDE
ENTREGAR A TIEMPO

Suplidor

Página 1 de 1



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-104114

Invoice Date
Mayo 3, 2008

Sold To    DISTRITO ESCOLAR BAYAMON
CALL BOX 60-7082
BAYAMON, PR 00960

Ship to    ESC. INES MENDOZA
AVE. NELSON MARTINEZ NADAL
URB. FLAMBOYAN GARDENS
BAYAMON

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000065 | 2008-IMM-13 | Net 30 days |
| **Sales Rep: ID** | **Shipping Method** | **Due Date** |
| | | 6/2/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 1.00 | UD100093 | CEPILLOS PARA LIMPIAR INODORO | 9.25 | 9.25 |
| 1.00 | SM100303 | MAPOS DE 16 OZ. EN RAYON | 26.19 | 26.19 |
| 1.00 | R1236-L | GUANTES GRANDES 10/100 CS. | 33.80 | 33.80 |
| 3.00 | DOP-HES | LIMPIADOR MULTIUSOS | 15.99 | 47.97 |
| 3.00 | INS-L904185 | DESODORANTE EN SPRAY LYSOL | 28.75 | 86.25 |
| 1.00 | FP242406K | BOLSAS PLASTICAS 24 X 24 1,000 CS. | 12.20 | 12.20 |
| 300 | FP434822K | BOLSAS PLASTICAS 43 X 48 150/CS. | 22.68 | 68.04 |
| 14.00 | UD10068 | RECOGEDORES PLASTICOS | 1.15 | 16.10 |
| 3.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 54.51 |
| 1.00 | APM 276 | TOILET TISSUE SMARTSOFT 500/2 PLY | 30.80 | 30.80 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura. El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

**TOTAL ORDER  385.11**

# Sales Order

**Sales Order Number:**
104114

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR   00929

**Sales Order Date:**
Mar 14, 2008

**Ship By:**
Mar 14, 2008

Voice:   707 276 1255, 1254
Fax:        787 276 3403

**Page:**
1

**Sold To:**
DISTRITO ESCOLAR BAYAMON I
CALL BOX 60-7082
BAYAMON, PR   00960

**Ship To:**
ESC. INES MENDOZA
AVE. NELSON MARTINEZ NADAL
URB FLAMBOYAN BAYAMON
780 8232

787 786 3010

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| BAY-000013 | 2008-IMM-13 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA NATAL | PMR | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | UD100093 | SANIBALL BOWL BRUSH | 0.77 | 9.25 |
| 12.00 | SM100303 | MAPO GANCHO #16 ALGODON | 2.18 | 26.19 |
| 10.00 | R1236 LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.80 |
| 3.00 | DOF CHE5 | CHERRY ALL PURPOSE CLEANER 5 GAL. (PAILA) | 15.99 | 47.97 |
| 3.00 | INS L904185 | LYSOL DIS. SCRIP LINEN 12/6 ONE STRAY | 28.75 | 86.25 |
| 1.00 | FT242406K 02 | PLASTIC BAGS 7 10 GLS 6MIC BLACK 20/50 | 12.20 | 12.20 |
| 3.00 | FT434822K 26 | PLASTIC BAGS 50GLS 22MIC BLACK 6/25 | 4.67 | 14.00 |
| 14.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 16.10 |
| 3.00 | ATL RT351 | ROLL TOWEL 12 350 NATURAL | 18.17 | 54.51 |
| 1.00 | ATM 276 | TOILET TISSUE SMARTSOFT 500 2 PLY 96 ROLLS | 30.80 | 30.80 |

FIRMA : *Carlos Rubén Núñez*

CANTIDAD BACK ORDER:

NOMBRE EN MOLDE:

FECHA : 1/5/2008   HORA: 2:40 PM JEM

| | |
|---|---|
| Subtotal | 331.07 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 331.07 |

NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.

EC-4

ORDEN NUM. *2008 IMM-13*
FECHA: *4- marzo 2008*
SUBASTA: *SF-ML R-10-2007*
CUENTA NUM: *2008-111-4101-1008*
*08-17*
FECHA DE ENTREGA:

Escuela: *Inés M. Mendoza*
Municipio: *Bayamón I*

**ORDEN DE COMPRA**

SUPLIDOR *Torcos Chemichal Jnitorial*
*P.O Box 29708, San Juan*
*Puerto Rico*
S.S. PATR. *660477431*  TEL. *7872767255*

ENTREGAR A *Esc. Inés M. Mendoza*
*Ave. Nelson Martínez Nadal*
*Urb. Alturas de Flamboyán Bay*
TEL. *787 780-8232*

FIRMA COMPRADOR *Dennisse Santos*
FIRMA DE DIRECTOR ESCOLAR Ó REPRESENTANTE AUTORIZADO

| | DESCRIPCION | CANTIDAD | PRECIO UNITARIO | IMPORTE |
|---|---|---|---|---|
| 1 | Cepillos para limpiar Inodoro UD | 1 doc. | 9.25 | 9.25 |
| 2 | Mapos de 16 onzas en Rayon 3M | 1 doc. | 26.19 | 26.19 |
| 3 | Guantes Grandes 10 cjas de 100 unidades R-1236 | 1 ctn | 33.80 | 33.80 |
| 4 | Escobas UD | 1 doc. | 13.11 | 13.11 |
| 5 | Limpiador Multiusos TOP-CHES | 3 galas | 15.99 | 47.97 |
| 6 | Desodorante en spray de 16 oz De 12 unidad INS-L 12/co | 3 cjas | 28.75 | 86.25 |
| 7 | Bolsas Plásticas 24x24 de 1000 unidad | 1 cja | 12.20 | 12.20 |
| 8 | Bolsas Plásticas 43x48 de 150 unidad | 3 cja | 22.68 | 68.04 |
| 9 | Recogedor de basura UD | 14 c/u | 1.15 | 16.10 |
| 10 | Papel Toalla de 12 unidades ATL7HT351 | 3 c/u | 18.17 | 54.51 |
| 11 | Papel Sanitario 96/500 APM 276 | 1 cja | 30.80 | 30.80 |
| 12 | Removedor de Cera | 1 paila | 37.66 | 37.66 |
| 13 | Cera para piso | 1 paila | 54.50 | 54.50 |

$490.38

IMPORTANTE
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER EN TODAS LAS FACTURAS Y CONFIRMAR SI NO PUEDE ENTREGAR A TIEMPO

207415

BLANCA-Suplidor / ROSA-Sub-Delegado Comprador / AMARILLA-Pagador / AZUL-Propiedad / VERDE-Receptor



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-104377

Invoice Date
Mayo 8, 2008

Sold To   DISTRITO ESCOLAR BAYAMON
CALL BOX 60-7082
BAYAMON, PR  00960

Ship to   ESC. ELEMENTAL URB.
FRANCISCO LOPEZ
SECTOR LA MARINA
NARANJITO

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000065 | 2008288 | Net 30 days |
| Sales Rep. ID | Shipping Method | Due Date |
| | | 6/7/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 4.00 | APM-276 | PAPEL SANITARIO COLOR BLANCO 96/500 | 30.80 | 123.20 |
| 11.00 | UD100068 | RECOGEDOR DE BASURA | 1.15 | 12.65 |
| 2.00 | SM100303 | MAPOS DE  16 OZ. 2 DOCENAS | 26.19 | 26.19 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias  del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

**TOTAL ORDER   188.24**

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

Voice.   787 276 1255, 1254
Fax·     787 276 3403

Sales Order Number:
104377

Sales Order Date:
Mar 27, 2008

Ship By:
Mar 27, 2008

Page:
1

**Sold To:**
COMPONENTE FISCAL DE NARANJITO
APARTADO 916
NARANJITO, PR  00719

**Ship To:**
ESC. ELEMENTAL URBANA FCO. LOPEZ
SECTOR TA MARTNA,
NARANJITO
869 3230

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010012 | 2008-288 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| | PMR | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | **FECHA DE ENTREGA 4 ABRIL** | | |
| 4.00 | APM 276 | TOILET TISSUE SMARTSOFT 500 2 PLY 96 ROLLS | 30.80 | 123.20 |
| 11.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 12.65 |
| 24.00 | SM100303 | MAPO GANCHO #16 ALGODON | 2.18 | 52.38 |

FIRMA
NOMBRE EN MOLDE: Oscar E. Risso Garcia
FECHA: 25 4 2008   HORA: 2:23

CANTIDAD BACK ORDER: _____

| | |
|---|---|
| Subtotal | 188.23 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 188.23 |

NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA

EC-4

**ORDEN DE COMPRA**

| Escuela: | ELEMENTAL URBANA  FCO. LOPEZ C |
| Código: | 78956 |
| Distrito: | Naranjito |

| Orden Núm: | 2008288 |
| Fecha: | 3/17/2008 |
| Subasta: | MLR - 1002007 |
| Fecha de Entrega: | 4/4/2008 |

| Suplidor: TORCOS CHEMICAL & JANITORIAL  276-3403 |
| Dirección:  P.O. BOX 29708 SAN JUAN, PUERTO RICO 00000 |
| S.S. Patronal:  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 |
| Teléfono:  (787) 276-1255 |

Entregar a:  SECTOR LA MARINA APDO. 926 NARANJITO
PUERTO RICO 00719.

Persona Contacto:  OSCAR RIVERA

Teléfono:  (787)869-3230

Lydia E. Landrón Fuentes
Firma Comprador

Firma de Director Escolar o Representante Autorizado

Cuenta Núm :
2008-300-4102-0000

Aportación:
$188.23

| | Descripción del Equipo | Cantidad | Detalle de la Cantidad | Precio Unitario | Importe |
|---|---|---|---|---|---|
| 1 | PDA - 29 - PAPEL SANITARIO COLOR BLANCO, TWO PLY, INDUSTRIAL DOMESTICO, 96/500 HOJAS   APH 275 | 4 | cajas/96 rollos | $30.80 | $123.20 |
| 2 | PDA- 26- RECOGEDOR DE BASURA   UD100069 | 11 | unidades | $1.15 | $12.65 |
| 3 | PDA - 4 - MAPOS DE 16 ONZ.   3m | 2 | cajas/12 | $26.19 | $52.38 |
| | | | Total Importe | | $188.23 |
| | | | Total a Pagar por la Orden de Compra | | $188.23 |

Comentarios u Observaciones :    Sol. # 08-0175/ Efrain Ortiz. Contrato # 2008-0124, Departamento de Educación.



# Torcos, Inc.

CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255  Fax.: (787) 276-3403

787 276-1254, 3400, 3833

**Invoice**

Invoice Number
09-11860

Invoice Date
17 Oct 200

Page
1

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship to:**
SUPERIOR VOCACIONAL NUEVA
CARR 164 BO. NUEVO
NARANJITO
,  PR

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-0000071090 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | NEW ENGLAND | | 16/11/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 13.50 | 40.50 |
| 12.00 | PF-225 | PAIMER HAND FREE ROLL TOWEL DISPENSER | 24.70 | 296.40 |
| 12.00 | DOP-636261-OM-155 | ALCOHOL ISOPROPILICO 50% 24/16 OZ. | 1.00 | 12.00 |
| 2.00 | ATL-HH70 | DOMESTIC ROLL TOWEL 30/80 ROLL | 27.00 | 54.00 |
| 10.00 | HUSKY 515-12/8 OZ | GEL TYPE INSTANT HAND SANITIZER 12/8 ONZ | 18.50 | 185.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANANCIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA  10/17/09  FIRMA  _Aleida Deon..._

| | |
|---|---|
| Subtotal | 587.90 |
| Sales Tax | |
| Total Invoice Amount | 587.90 |
| Payment/Credit Applied | |
| **TOTAL** | 587.90 |

*14*

# Sales Order

Sales Order Number:

118603

Sales Order Date:

Sep 15, 2009

Ship By:

Sep 15, 2009

Page:

1

276 1255, 1254
787 276 3403

**Sold To:**

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

**Ship To:**

SUPERIOR VOCACIONAL NUEVA
CARR 164 BO NUE VO
NARANJITO, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000071090 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
|  | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 13.50 | 40.50 |
| 12.00 | EF-225  *imp.* | PAIMER HAND FREE ROLL TOWEL DISPENSER | 24.70 | 296.40 |
| 12.00 | DOP-636261-OM-15 | ALCOBOL ISOPROPILICO 50% 24/16 OZ. | 1.00 | 12.00 |
| 2.00 | ATL-HH70 | DOMESTIC ROLL TOWEL 30/80 ROLL | 27.00 | 54.00 |
| 10.00 | HUSKY 515-12/8 | CGEL TYPE INSTANT HAND SANITIZER 12/8 ONZ | 18.50 | 185.00 |

SIGNATURE *Jeannette Rivera*  DATE *16-oct-09*

PRINT NAME *Jeannette Rivera*  HOUR *2:10 pm*

PIECES  B/O

| | |
|---|---|
| Subtotal | 587.90 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 587.90 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

## INVOICE
9-118603

Invoice Date
17 Oct. 2009

| Sold To | DISTRITO ESCOLAR BAYAMON | Ship to | SUPERIOR VOCACIONAL NUEVA |
|---|---|---|---|
| | CALL BOX 60-7082 | | CARR 164 BO. NUEVO |
| | BAYAMON, PR  00960 | | NARANJITO |

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000065 | 00081-0000071090 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 16/11/09 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 3.00 | INS-CL00104 | CLOROX 6 GAL CASE | 123.50 | 40.50 |
| 12.00 | PF-225 | DISPENSER PAPEL  TOALLA  HD | 24.70 | 296.40 |
| 12.00 | DOP-63661 | ALCOHOL ISIPROPILICO 50% | 1.00 | 12.00 |
| 2.00 | ATL-HH70 | PAPEL TOALLA CAJA DE 30 | 27.00 | 54.00 |
| 10.00 | HUSKY 515 | HAND SANITIZER | 18.50 | 185.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias  del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha 10/17/12
Firma

**TOTAL ORDER   587.90**

# Sales Order

**TORC...**
**P.O. BOX 29708**
**SAN JUAN, PR  00929**

Sales Order Number:
118603

Sales Order Date:
Sep 15, 2009

Ship By:
Sep 15, 2009

Page: 1

Voice: 787 276 1255, 1254
Fax:   787 276 3403

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

**Ship To:**
SUPERIOR VOCACIONAL NUEVA
CARR 164 BO NUE VO
NARANJITO, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00001-0000071090 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 13.50 | 40.50 |
| 12.00 | PF-225  *Imp.* | PALMER HAND FREE ROLL TOWEL DISPENSER | 24.70 | 296.40 |
| 12.00 | DOP-636261-OM-15 | ALCOHOL ISOPROPILICO 50% 24/16 OZ. | 1.00 | 12.00 |
| 2.00 | ATL-HH70 | DOMESTIC ROLL TOWEL 30/80 ROLL | 27.00 | 54.00 |
| 10.00 | HUSKY 515-12/8 | GEL TYPE INSTANT HAND SANITIZER 12/8 ONZ | 18.50 | 185.00 |

SIGNATURE _Jeannette Rivera_   DATE _16-oct-09_

PRINT NAME _Jeannette Rivera_   HOUR _2:10 pm_

PIECES _____   B/O _____

| | | |
|---|---|---|
| Subtotal | | 587.90 |
| Sales Tax | | |
| Freight | | 0.00 |
| **TOTAL ORDER AMOUNT** | | 587.90 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

# Purchase Order

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000071090 | 09/11/2009 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE    Ana N. Gomez Belen | | | USD |

**Vendor:** 660477341
TORCOS INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   SUPERIOR VOCACIONAL NUEVA   787 8699128
CARR #164 BO NUEVO
NARANJITO PR 00719
Puerto Rico

Bill To:   PR
Puerto Rico

118403

| Tax Exempt? N      Tax Exempt ID: | | Replenishment Option:   Standard | | | |
|---|---|---|---|---|---|
| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
| 1- 1   BLANQUEADOR   (CAJA DE 6 GALONES) | | 3.00 CAJ | 13.50 | 40.50 | 09/11/2009 |
| | | Schedule Total | | 40.50 | |
| | | Item Total  000000000000000727 | | 40.50 | |
| 2- 1   DISPENSER PARA ROLLO DE PAPEL<br>TOALLAS DE ALTA RESISTENCIA | | 12.00 UNO | 24.70 | 296.40 | 09/11/2009 |
| | | Schedule Total | | 296.40 | |

Dispenser para papel toalla. City Stationery, Inc.  esta a 31.90 . Favorablemente q sea de este
suplidor.

| | | Item Total  000000000000000733 | | 296.40 | |
|---|---|---|---|---|---|
| 3- 1   ALCOHOL   BOTELLA | | 12.00 UNO | 1.00 | 12.00 | 09/11/2009 |
| | | Schedule Total | | 12.00 | |

Botella de alcohol de 16 oz.

| | | Item Total  000000000000000864 | | 12.00 | |
|---|---|---|---|---|---|
| 4- 1   PAPEL TOALLA CAJA DE (30)  COLOR<br>BLANCO DE ALTA RESISTENCIA | | 2.00 CAJ | 27.00 | 54.00 | 09/11/2009 |
| | | Schedule Total | | 54.00 | |

En City Stationery, Inc. lo puede conseguir.  Que sea la caja de 12  q esta a 69.90 dolares.
Papel toalla de dispenser. 787-765-5095

| | | Item Total  000000000000000734 | | 54.00 | |
|---|---|---|---|---|---|
| 5- 1   HAND SANITIZER | | 10.00 UNO | 18.50 | 185.00 | 09/11/2009 |
| | | Schedule Total | | 185.00 | |

City Stationery, inc. 1/2 galon a 13.98 .  787-765-5095

| | | Item Total  000000000000000731 | | 185.00 | |
|---|---|---|---|---|---|
| | | Total PO Amount | | 587.90 | |

Authorized Signature



TEL. FAX- 780-6610



DEPARTAMENTO DE EDUCACION
REGION EDUCATIVA DE BAYAMON
UNIDAD FISCAL





| **To:** | TORCOS INC. | **From:** | ANA N. GOMEZ BELEN |
|---|---|---|---|
| **Fax:** | (787)276-3403 | **Date:** | September 14, 2009 |
| **Phone:** | (787)785-6455 | **Pages:** | 3 |
| **Re:** | COTIZACION | **CC:** | VENDEDOR |

☑ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

•**Comments:** ENVIO ORDEN DE COMPRA.

GRACIAS POR SU ATENCION

ANA N. GOMEZ, COMPRADORA



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE

Invoice Number:   11-131751
Invoice Date:     Aug 2, 2011
Page:             1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| REGION EDUCATIVA BAYAMON<br>UNIDAD FISCAL REGIONAL<br>APARTADO 60920<br>BAYAMON, PR 00960 | MARIA VAZQUEZ DE UMPIERRE<br>787-799-0023<br>CAR 167 KM3 PARC VANSCOY BO BU<br>BAYAMON<br>, PR |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-0000161377 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
|  | GT |  | 9/1/11 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 4.00 | FER-2228 | PISTERO METAL | 2.95 | 11.80 |
| 10.00 | SM100300 (SD) | MAPO ROSCA BLANCO JUMBO (SD) | 2.25 | 22.50 |
| 10.00 | COQ-A-16 | COQUI COTTON MOP # 16 | 2.50 | 25.00 |
| 10.00 | COQ/DOM/GIG/AZUL | MAPO DOMESTICO GIGANTE AZUL | 2.50 | 25.00 |
| 30.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.75 | 52.50 |
| 30.00 | BAGS366014K-100 | BAGS 55 GALS. 14 MICRONS BLACK 100/CS. | 9.50 | 285.00 |
| 20.00 | BAGS242406K | BAGS 7-10 GALS. 6 MICRONES BLACK 1000/CS | 14.50 | 290.00 |
| 40.00 | BAGS334013K-200 | BAGS 35 GALS 13 MICRONS BLACK 200/CS. | 9.50 | 380.00 |
| 1.00 | BAGS243306N-500 | BAGS 13 GALS 6 MICRONS NATURAL 500/CS. | 13.50 | 13.50 |
| 9.00 | RUB9W27-00 | CONTENEDORES CON RUEDAS Y TAPA 50 GALONES GRIS. | 75.00 | 675.00 |
| 13.00 | MAR-WB2815BK | 28 QT. MEDIUM WASTE BASKET | 5.50 | 71.50 |
| 25.00 | UD100151 | CUBO CON EXPRIMIDOR DOMESTICO | 4.25 | 106.25 |
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.65 | 4.95 |
| 7.00 | UD100068 | RECOGEDOR PLASTICO | 1.75 | 12.25 |
| 15.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.95 | 29.25 |

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE
QUE NINGUN SERVIDOR PUBLICO DE ESTA AGENCIA O
MUNICIPIO ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS DEL PRODUCTO DEL
CONTRATO OBJETO DE ESTA FACTURA Y DE SER
PARTE O TENER INTERES EN LAS GANANCIAS O
PRODUCTOS DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA
SUMINISTRAR BIENES O SERVICIOS OBJETO DEL
CONTRATO HA SIDO EL PAGO ACORDADO CON EL
REPRESENTANTE AUTORIZADO DE LA CORPORACION.
EL IMPORTE DE ESTA FACTURA ES JUSTO Y
CORRECTO. LOS PRODUCTOS HAN SIDO
ENTREGADOS Y NO HAN SIDO PAGADOS.  FECHA
_____  FIRMA _____

| | |
|---|---|
| Subtotal | 2,004.50 |
| Sales Tax | |
| Total Invoice Amount | 2,004.50 |
| Payment/Credit Applied | |
| **TOTAL** | **2,004.50** |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

**Sales Order Number:**
131751
**Sales Order Date:**
Jun 5, 2011

Voice: 787 276 1255, 1254
Fax:   787 276 3403

**Ship By:**
Jun 5, 2011
**Page:**
1

**Sold To:**

REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**

MARIA VAZQUEZ DE UMPIERRE 787-799-0023
CAR 167 KM3 PARC VANSCOY BO BU
BAYAMON
, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000161377 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | CT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | FER-2228 | PISTERO METAL | 2.95 | 11.80 |
| 10.00 | SM100300 (SD) | MAPO ROSCA BLANCO JUMBO (SD) | 2.25 | 22.50 |
| 10.00 | COQ-A-16 | COQUI COTTON MOP # 16 | 2.50 | 25.00 |
| 10.00 | COQ/DOM/GIG/AZUL | MAPO DOMESTICO GIGANTE AZUL | 2.50 | 25.00 |
| 30.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.75 | 52.50 |
| 30.00 | BAGS366014K-100 | BAGS 55 GALS. 14 MICRONS BLACK 100/CS. | 9.50 | 285.00 |
| 20.00 | BAGS242406K | BAGS 7-10 GALS. 6 MICRONES BLACK  1000/CS | 14.50 | 290.00 |
| 40.00 | BAGS334013K-200 | BAGS 35 GALS 13 MICRONS BLACK 200/CS. | 9.50 | 380.00 |
| 1.00 | BAGS243306N-500 | BAGS 13 GALS 6 MICRONS NATURAL 500/CS. | 13.50 | 13.50 |
| 9.00 | RUB9W27-00 | CONTENEDORES CON RUEDAS Y TAPA  50 GALONES GRIS. | 75.00 | 675.00 |
| 13.00 | MAR-WB2815BK | 28 QT. MEDIUM WASTE BASKET | 5.50 | 71.50 |
| 25.00 | UD100151 | CUBO CON EXPRIMIDOR DOMESTICO | 4.25 | 106.25 |
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.65 | 4.95 |
| 7.00 | UD100068 | RECOGEDOR PLASTICO | 1.75 | 12.25 |
| 15.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.95 | 29.25 |

*devolvio* *Devolvio*

SIGNATURE _____  DATE _1-8-2011_

PRINT NAME _____  HOUR _____

PIECES _____  B/O _____

| | |
|---|---|
| Subtotal | 2,004.50 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 2,004.50 |

P.S se devolvieron las bolsas de 13 gal. Muy Fragilo
Te llamare para arreglos.

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA  AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 6.6% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5%  POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

1-agosto-2011

TORRES INC.
P.O.BOX 29708
SAN JUAN, P.R. 00929

Voice: 787 276 1255, 1254
Fax: 787 276 [illegible]

# Sales Order

Sales Order Number:
131751-CT
Sales Order Date:
Aug 19, 2011

Ship By:
Aug 18, 2011
Page:
1

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60030
BAYAMON, PR 00960

Ship To:
MARIA VAZQUEZ DE UMPIERRE
CARR 167 KM 3 PARC CANDELARIA
BO. [illegible]
BAYAMON, PR
787 799 [illegible]

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000965 | 90091-0000161377 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 30.00 | | RECOGER: MAPAS DE CAMBIO [illegible] | | |
| 10.00 | | ENTREGAR: [illegible] | | |
| | | AZUL [illegible] | | |
| | | ***NO ACEPTO LAS 20 CAJAS DE BOLSAS | | |
| | | [illegible] NO ACEPTO LA CAJA (1) BOLSAS | | |
| | | [illegible] DEBIDO A QUE LAS QUIERO MAS | | |
| | | FUERTES Y RESISTENTES*** | | |
| | | POR LO TANTO SE LE CAMBIA POR: | | |
| 2.00 | | [illegible] 15/15 [illegible] | | |
| 1.00 | | CLASS [illegible] 200 | | |
| 8.00 | | BAGS [illegible] 100CS 55 GLS. | | |
| 1.00 | | BAGS [illegible] (300 /CS) [illegible] GLS. | | |
| 3.00 | | [illegible] VINYL GLOVES (GUANTES DE VINIL), POWDER | | |
| | | [illegible] | | |

SIGNATURE [signature] DATE 13-9-11
PRINT NAME ____________ HOUR 2:55 pm
PIECES ____________ P/O ____________

[initials]

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 0.00 |

Vine para abril.

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

Quedando me a [illegible] sprinklers, entrego los mapas [illegible]

# Sales Order

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

Sales Order Number:
131751-B

Sales Order Date:
Sep 21, 2011

Ship By:
Sep 21, 2011

Voice: 787 276 1255,  1254
Fax:    787 276 3403

Page:
1

**Sold To:**

REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**

MARIA VAZQUEZ DE UMPIERRE
CARR 167 KM 3
PARC VANSCOY BO. BU
BAYAMON, PR
787-799-0023

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000161377 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 25.00 | | EXPRIMIDORES DOMESTICOS | | |

*RUSH*

Devolvere  los Mapos y los cubos  en la proxima, almacen
cerrado. AVS.

| SIGNATURE | DATE 21/9/11 | Subtotal | 0.00 |
|---|---|---|---|
| PRINT NAME | HOUR | Sales Tax | |
| PIECES | B/O | Freight | 0.00 |
| | | **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA
RECLAMACION DEBE SER NOTIFICADA  AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5%  POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

SC-744
# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor:   660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

(714) 276-3403

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000161377 | 05/23/2011 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Ana N. Gomez Belen | | | USD |

Ship To:   MARIA VAZQUEZ DE UMPIERRE   787 7990023
CARR 167 KM 15 HM 3 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00957
Puerto Rico

Bill To:   28 calle Santa Cruz Apartado REB 60-920
Bayamon PR 00961
Puerto Rico

Tax Exempt?  N    Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | PISTERO DE METAL | | 4.00 UNO | 2.95 | 11.80 | 06/22/2011 |
| | | | Schedule Total | | 11.80 | |
| | | | Item Total  00000000000000672 | | 11.80 | |
| 2- 1 | MAPOS | | 10.00 UNO | 2.25 | 22.50 | 05/23/2011 |
| | | | Schedule Total | | 22.50 | |
| | MAPOS DE ROSCA EN ALGODON | | | | | |
| | | | Item Total  00000000000000210 | | 22.50 | |
| 3- 1 | MAPOS | | 10.00 UNO | 2.50 | 25.00 | 05/23/2011 |
| | | | Schedule Total | | 25.00 | |
| | MAPOS INDUSTRIALES DE ALGODON 16 ONZ O 20 ONZ | | | | | |
| | | | Item Total  00000000000000210 | | 25.00 | |
| 4- 1 | MAPOS | | 10.00 UNO | 2.50 | 25.00 | 05/23/2011 |
| | | | Schedule Total | | 25.00 | |
| | MAPOS A COLORES EN ALGODON | | | | | |
| | | | Item Total  00000000000000210 | | 25.00 | |
| 5- 1 | ESCOBA DE PALO LARGO | | 30.00 UNO | 1.75 | 52.50 | 05/23/2011 |
| | | | Schedule Total | | 52.50 | |
| | DESOLLINADORES ( PARA LIMPIAR LOS TECHOS DE LAS TELAS DE ARAÑAS), POLVO ETC. TAMBIEN CONOCIDO COMO ESCOBILLAS DE TECHO | | | | | |
| | | | Item Total  00000000000000189 | | 52.50 | |
| 6- 1 | BOLSAS PLASTICAS PARA BASURA DE 55 GALONES CAJA DE 100 BOLSA | | 30.00 CAJ | 9.50 | 285.00 | 06/22/2011 |
| | | | Schedule Total | | 285.00 | |
| | BOLSAS DE BASURA 55 GALONES | | | | | |
| | | | Item Total  00000000000000673 | | 285.00 | |
| 7- 1 | BOLSAS DE BASURA CAJA DE 1,000 MIN ,.7-8 MICRONES | | 20.00 CAJ | 14.50 | 290.00 | 06/22/2011 |

13/175

Authorized Signature



SC-744

**Departamento de Educacion PR**
Ave. Tnte.Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

## Purchase Order

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000161377 | 05/23/2011 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE Ana N. Gomez Bolen | | | USD |

Ship To:  MARIA VAZQUEZ DE UMPIERRE   787 7990023
CARR 167 KM 15 HM 3 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00957
Puerto Rico

Bill To:  28 calle Santa Cruz Apartado REB 60-920
Bayamon PR 00961
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| | | Schedule Total | | 290.00 | |
| BOLSAS DE BASURA 30 GALONES | | | | | |
| | | Item Total  00000000000000697 | | 290.00 | |
| 8- 1  BOLSAS PLASTICAS P/BASURA DE 33-39 GALONES | | 40.00 CAJ | 9.50 | 380.00 | 06/22/2011 |
| | | Schedule Total | | 380.00 | |
| BOLSAS DE BASURA 33 O 39 GALONES | | | | | |
| | | Item Total  00000000000000168 | | 380.00 | |
| 9- 1  BOLSAS DE BASURA CAJA DE 150 MINIMO 22 MICRONES | | 1.00 CAJ | 13.50 | 13.50 | 06/22/2011 |
| | | Schedule Total | | 13.50 | |
| BOLSAS DE BASURA DE 13 GALONES | | | | | |
| | | Item Total  00000000000000698 | | 13.50 | |
| 10- 1  ZAFACON PLASTICO CON RUEDAS DE 55 GALONES | | 9.00 CAJ | 75.00 | 675.00 | 06/22/2011 |
| | | Schedule Total | | 675.00 | |
| | | Item Total  00000000000000410 | | 675.00 | |
| 11- 1  ZAFACON PARA BASURA EN MATERIAL PLASTICO DURABLE CAPACIDAD PARA 7.5 GALS. APROX. DIMENSIONES APROXIMADAS ALTURA 15"X 10"ANCHO AOROX. | | 13.00 UNO | 5.50 | 71.50 | 05/23/2011 |
| | | Schedule Total | | 71.50 | |
| ZAFACON DE 3 CUARTILLOS | | | | | |
| | | Item Total  00000000000000222 | | 71.50 | |
| 12- 1  CUBO CASERO C/EXPRIMIDOR PLASTICO | | 25.00 UNO | 4.25 | 106.25 | 05/23/2011 |
| | | Schedule Total | | 106.25 | |
| | | Item Total  00000000000000594 | | 106.25 | |
| 13- 1  RECOGEDOR DE BASURA CON MANGO DE MADERA | | 3.00 UNO | 1.65 | 4.95 | 05/23/2011 |

Authorized Signature



SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | | Dispatch via Print | |
|---|---|---|---|
| Purchase Order 00081-0000161377 | Date 05/23/2011 | Revision | Page 3 |
| Payment Terms Net_7 | Freight Terms Destination | | Ship Via US Mail |
| Buyer DE    Ana N. Gomez Belen | | Phone | Currency USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   MARIA VAZQUEZ DE UMPIERRE   787 7990023
CARR 167 KM 15 HM 3 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00957
Puerto Rico

Bill To:   28 calle Santa Cruz Apartado REB 60-920
Bayamon PR 00961
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 4.95 | |
| | RECOGEDOR DOMESTICO PLASTICO CON MANGO EN MADERA | | | | | |
| | | | Item Total  00000000000000571 | | 4.95 | |
| 14- 1 | RECOGEDOR DE BASURA PLASTICO C/MANGO DE MADERA | | 7.00 UNO | 1.75 | 12.25 | 06/22/2011 |
| | RECOGEDOR INDUSTRIAL | | Schedule Total | | 12.25 | |
| | | | Item Total  00000000000000435 | | 12.25 | |
| 15- 1 | ESCOBAS CON PALO | | 15.00 UNO | 1.95 | 29.25 | 05/23/2011 |
| | | | Schedule Total | | 29.25 | |
| | ESCOBAS BUENA CALIDAD SIMILAR O IGUAL A LA MARCA PROMO | | | | | |
| | | | Item Total  00000000000000191 | | 29.25 | |
| | | | Total PO Amount | | 2,004.50 | |

*1-8-2011*

Authorized Signature

FORCOS INC.
P.O.BOX 29708
SAN JUAN, P.R. 00929

# Sales Order

**Sales Order Number:**
13 1751-CT

**Sales Order Date:**
Aug 18, 2011

**Ship By:**
Aug 18, 2011

**Page:**
1

Voice: 787 276 1255, 1254
Fax:  787 276 3403

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**
MARIA VAZQUEZ DE UNPIERRE
CARR 167 KM 3 PARC CANBOOV
BO. BU
BAYAMON, PR
787 799 0023

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000161377 |  |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 30.00 |  | RECOGER: MAPOS DE CAUCHO # 16 (30)*** |  |  |
| 10.00 |  | ENTREGAR:  ***MAPOS ROSCA GRANDE GIGANTE |  |  |
|  |  | AZUL (COQ/COM/CHG/AZUL)*** |  |  |
|  |  | ***NO ACEPTO LAS 20 CAJAS DE BOLSAS |  |  |
|  |  | 243406** NO ACEPTO LA CAJA (1) BOLSAS |  |  |
|  |  | 243306 DEBIDO A QUE LAS QUIEREN MAS |  |  |
|  |  | FUERTES Y RESISTENTES*** |  |  |
|  |  | POR LO TANTO SE LE CAMBIA POR: |  |  |
| 2.00 |  | DESTOIL 15/15 CUZ. |  |  |
| 1.00 |  | CLASSIC 200 |  |  |
| 6.00 |  | BAGS 3856150K +1000CS 55 GLS. |  |  |
| 1.00 |  | BAGS 243306H (500 /CS) 33GLS. |  |  |
| 2.00 |  | FCGL VINYL LARGE (GUANTES DE VINYL, POWDET |  |  |
|  |  | FREE) |  |  |

SIGNATURE _____   DATE  13-9-11

SPRINT NAME _____   HOUR  2:55 pm

PIECES _____   B/O _____

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax |  |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 0.00 |

Une para abril .

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POP OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1 % DE SALES TAX, Y EL 5.5% A NIVEL ESTADAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CHEQUE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

**Sales Order Number:**

131751-B

**Sales Order Date:**

Sep 21, 2011

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

**Ship By:**

Sep 21, 2011

**Page:**

1

**Sold To:**

REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**

MARIA VAZQUEZ DE UMPIERRE
CARR 167 KM 3
PARC VANSCOY BO. BU
BAYAMON, PR
787-799-0023

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000161377 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 25.00 | | EXPRIMIDORES DOMESTICOS | | |

*RUSH*

Devolvere los Mapos y los cubos en la proxima, almacen
cerrado. AHS.

SIGNATURE _____  DATE _21/9/11_

PRINT NAME _____  HOUR _____

PIECES _____  B/O _____  *am.*

| | |
|---|---|
| **Subtotal** | 0.00 |
| **Sales Tax** | |
| **Freight** | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

**TORCOS INC.**
P.O.BOX 29708
SAN JUAN, PR  00929

# Sales Order

Sales Order Number:
*131751*   134193

Sales Order Date:
22 Sep 2011

Ship By:
22 Sep 2011

Voice:   787 276 1255, 1254
Fax:     787 276 3403

*Esc. Maria E. Vazquez Umpiere*

Page:
1

Sold To:
    REGION EDUCATIVA BAYAMON
    UNIDAD FISCAL REGIONAL
    APARTADO 60920
    BAYAMON, PR  00960

Ship To:
    OFICINA DEL SUP. DE CATAÑO
    CATAÑO, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | *00081-000161377* | |
| Customer Contact | Shipping Method | Payment Terms |
| JUANITA OTERO | NEW ENGLAND | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | RECOGER: | | |
| | | LOS MAPOS Y LOS  CUBOS QUE NO SE | | |
| | | RECOGIERON EN 9-21-11 | | |
| | | VER A MARISOL GARAY | | |

*23/9/2011*
*Se entregaron los 23 Cubos de mapear y los mapos sin palo.*
*thus.*

| | |
|---|---|
| SIGNATURE _____ | DATE *9-22-11* |
| PRINT NAME _____ | HOUR _____ |
| PIECES _____ BACK ORDER _____ | *gm'* **TOTAL ORDER AMOUNT** |

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER
NOTIFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1 RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE
CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

*SOBAOS, INC.*
*P.O. BOX 29708*
*SAN JUAN, P.R. 00929*

# Sales Order

**Sales Order Number:**
131751-00

**Sales Order Date:**
Aug 10, 2011

Voice: 787 276 1255, 1254
Fax:   787 276 1493

**Ship By:**
Aug 10, 2011
Page:

**Sold To:**

REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR 00960

**Ship To:**

MARIA VAZQUEZ DE UMPIERRE
CARR 167 RM 1 PARC CABASOY
BO 30
BAYAMON, PR
787 785-0021

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000365 | 00081-0000161377 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | LSM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | | PROVEER: MAPOS DE CAUCHO #16 (CM)*** | | |
| 10.00 | | ENTREGAR:   STENABOS ROSCA GRANDE GIGANTE | | |
| | | AZUL (100/ROW/50/CAJA)*** | | |
| | | COMO ACEPTO LAS 20 CAJAS DE BOLSAS | | |
| | | 244405***NO ACEPTO LA CAJA DE BOLSAS | | |
| | | 243305 DEBIDO A QUE LAS QUIEREN MAS | | |
| | | FUERTES Y RESISTENTES*** | | |
| | | POR LO TANTO SE LE CAMBIA POR: | | |
| 2.00 | | DESFOIL 15/15 (N2, | | |
| 1.00 | | CLASSIC 200 | | |
| 3.00 | | BAGS 2658150K  100CS 5% OFF. | | |
| 1.00 | | BAGS 243305N (500 /CS)  3/CS | | |
| 2.00 | | ROLL VINIL LARGE (GUANTES DE VINIL  POWDER | | |
| | | FREE) | | |

SIGNATURE _____  DATE __12 - 7 - 11__   Subtotal

PRINT NAME _____  HOUR __2:55 p.m.__   Sales Tax

RECIBI _____     NO _____    Freight

**TOTAL ORDER AMOUNT**

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE DESDE EL DIA DE SU RECIBO. ESTA CONTRATANDO EL 1.0%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ES EL DOCUMENTO ES FINAL.

FENCES INC.

# Sales Order

Sales Order Number:

Sales Order Date:

Ship By:

Page:

Sold To                                    Ship To:

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| | | Payment Terms |
| Customer Contact | Shipping Method | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|

SIGNATURE: _Maria Sn..._    DATE  13-9-11

HOUR  2:55 PM

Subtotal

Sales Tax

Freight

TOTAL ORDER AMOUNT

Por Clave para abril.



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403



# INVOICE

| | |
|---|---|
| Invoice Number: | 11-136025 |
| Invoice Date: | Dec 15, 2011 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| REGION EDUCATIVA BAYAMON<br>UNIDAD FISCAL REGIONAL<br>APARTADO 60920<br>BAYAMON, PR 00960 | SU MATRULLAS<br>CARR 564 KM 4 HM 3<br>BO. MATRULLAS<br>OROCOVIS, PR<br>787-867-3966 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-0000171908 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | LRM | | 1/14/12 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2.00 | CS238 | D & D DISINFECTANT SPRAY 15.5 OZ | 33.00 | 66.00 |
| 5.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 5.50 | 27.50 |
| 5.00 | INS-F505084 | FABULOSO 12/28 OZ. **CITRICO, FRUTAS** | 15.58 | 77.90 |
| 1.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 18.00 | 18.00 |
| 2.00 | UD100068 | RECOGEDOR PLASTICO | 1.50 | 3.00 |
| 3.00 | BAGS242406N-500 | BAGS 7-10 GALS. 6 MICRONES NATURAL 500/CS. | 12.00 | 36.00 |

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE
QUE NINGUN SERVIDOR PUBLICO DE ESTA AGENCIA O
MUNICIPIO ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS DEL PRODUCTO DEL
CONTRATO OBJETO DE ESTA FACTURA Y DE SER
PARTE O TENER INTERES EN LAS GANANCIAS O
PRODUCTOS DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA
SUMINISTRAR BIENES O SERVICIOS OBJETO DEL
CONTRATO HA SIDO EL PAGO ACORDADO CON EL
REPRESENTANTE AUTORIZADO DE LA CORPORACION.
EL IMPORTE DE ESTA FACTURA ES JUSTO Y
CORRECTO. LOS PRODUCTOS HAN SIDO
ENTREGADOS Y NO HAN SIDO PAGADOS. FECHA
_____ FIRMA

| | |
|---|---|
| Subtotal | 228.40 |
| Sales Tax | |
| Total Invoice Amount | 228.40 |
| Payment/Credit Applied | |
| **TOTAL** | **228.40** |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

# Sales Order

**Sales Order Number:**
136025

**Sales Order Date:**
Dec 13, 2011

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

**Ship By:**
Dec 13, 2011

**Page:**
1

**Sold To:**

REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**

SU MATRULLAS
CARR 564 KM 4 HM 3
BO. MATRULLAS
OROCOVIS, PR
787-867-3966

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000171908 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JUANITA OTERO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | CS238 | D & D DISINFECTANT  SPRAY 15.5 OZ | 33.00 | 66.00 |
| 5.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 5.50 | 27.50 |
| 5.00 | INS-F505084 | FABULOSO 12/28 OZ. **CITRICO, FRUTAS** | 15.58 | 77.90 |
| 1.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 18.00 | 18.00 |
| 2.00 | UD100068 | RECOGEDOR PLASTICO | 1.50 | 3.00 |
| 3.00 | BAGS242406N-500 | BAGS 7-10 GALS. 6 MICRONES NATURAL 500/CS. | 12.00 | 36.00 |

SIGNATURE _____   DATE _14 diciembre 2011_

PRINT NAME _____   HOUR _9:30 am._

PIECES _____   B/O _____

| | |
|---|---|
| **Subtotal** | 228.40 |
| **Sales Tax** | |
| **Freight** | 0.00 |
| **TOTAL ORDER AMOUNT** | 228.40 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

12/09/2011 10:06 7877806_ _ 0 REGION EDUC BAYAMON PAGE 01/02

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Purchase Order** 136025

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

| Purchase Order | Date | Dispatch via Print | |
|---|---|---|---|
| 00081-0000171908 | 06/20/2011 | Revision | Page 1 |
| Payment Terms | Freight Terms | | |
| Net 7 | Destination | | Ship Via US Mail |
| Buyer | Phone | | Currency USD |
| DE Juanita Otero Cris | | | |

Ship To: SU MATRULLAS 787-867-3966
CARR 564 KM 4 HM 3 BO MATRULLAS
OROCOVIS PR 00720
Puerto Rico

Bill To: 28 calle Santa Cruz Apartado REB 60-920
Bayamon PR 00961
Puerto Rico

Tax Exempt? N  Tax Exempt ID:
Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1 DESINFECTANTE LYSOL EN SPRAY | | 2.00 CAJ | 33.00 | 66.00 | 06/20/2011 |
| Schedule Total | | | | 66.00 | |
| Item Total 000000000000000164 | | | | 66.00 | |
| 2- 1 GUANTES DESECHABLES | | 5.00 CAJ | 5.50 | 27.50 | 06/20/2011 |
| Schedule Total | | | | 27.50 | |
| Item Total 000C00000000000198 | | | | 27.50 | |
| 3- 1 FABULOSO (CITRICO, FRUTA CON BIRCABONATO ) CJA/12 DE 28 ONZAS | | 5.00 CAJ | 15.58 | 77.90 | 07/20/2011 |
| Schedule Total | | | | 77.90 | |
| Item Total 000000000000000205 | | | | 77.90 | |
| 4- 1 BALLETA PARA LIMPIEZA (DE MICROFIBRA) | | 1.00 CAJ | 18.00 | 18.00 | 06/20/2011 |
| Schedule Total | | | | 18.00 | |
| Item Total 000000000000000166 | | | | 18.00 | |
| 5- 1 RECOJEDOR DE BASURA | | 2.00 UNO | 1.50 | 3.00 | 06/20/2011 |
| Schedule Total | | | | 3.00 | |
| Item Total 000000000000000215 | | | | 3.00 | |
| 6- 1 BOLSAS PLATICAS PARA BASURA DE 10 GALONES | | 3.00 CAJ | 12.00 | 36.00 | 07/20/2011 |
| Schedule Total | | | | 36.00 | |
| Item Total 00000000000000000169 | | | | 36.00 | |

Req. 0000074056
E4101-221 (2010-11)

Total PO Amount 228.40

Authorized Signature

SC-744

## Receive Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Receive Order | Date | Revision | Page |
|---|---|---|---|
| OD081-0000171908 | 06/20/2011 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Juanita Otero Cris | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   SU MATRULLAS   787-867-3966
CARR 534 KM 4 HM 3 BO MATRULLAS
OROCOVIS PR 00720
Puerto Rico

Bill To:   28 calle Santa Cruz Apartado REB 60-920
Bayamon PR 00961
Puerto Rico

Tax Exempt? N     Tax Exempt ID:              Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity | Due Date |
|---|---|---|---|---|
| 1- 1 | DESINFECTANTE LYSOL EN SPRAY | | 2 | 06/20/2011 |
| 2- 1 | GUANTES DESECHABLES | | 5 | 06/20/2011 |
| 3- 1 | FABULOSO (CITRICO, FRUTA CON BIRCABONATO ) CJA/12 DE 28 ONZAS | | 5 | 07/20/2011 |
| 4- 1 | BALLETA PARA LIMPIEZA (DE MICROFIBRA) | | 1 | 06/20/2011 |
| 5- 1 | RECOJEDOR DE BASURA | | 2 | 06/20/2011 |
| 8- 1 | BOLSAS PLATICAS PARA BASURA DE 10 GALONES Req. 0000074056 E4101-221 (2010-11) | | 3 | 07/20/2011 |



## Toda entrega se considera final.  No se aceptan "Back Orders".

| Certifico que los articulos y servicios indicados fueron recibidos segun lo solicitado | | | Aprobado por: | | |
|---|---|---|---|---|---|
| 14/12/11 | Maria J Len | (787) 867-3966 | | | |
| Fecha | Nombre y Firma del Receptor | Teléfono | Fecha | Nombre y Firma Jefe de Agencia o Representante | Teléfono |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
13-152030

Invoice Date:
12 Aug 2013

Page:
1

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship to:**
JOSE M TORRES 730-0090
CARR 167 RAMAL 812 KM 3.1
BO DAJAOS
BAYAMON, PR

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-CBB1300314 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | GT | | 11/9/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | INS-LASER-G | CICLON CLORO 6 GAL. 128OZ. | 11.40 | 22.80 |
| 1.00 | PS-00015 | ESCOBA ALPHA DZ | 16.96 | 16.96 |
| 2.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 60.75 | 121.50 |
| 2.00 | UM-HAND SOAP | BREEZE HAND SOAP  4/1 GAL | 17.75 | 35.50 |
| 8.00 | CHEPB-APC4G | ALL PURPOSE NEUTRAL CHERRY GAL | 2.85 | 22.80 |
| 1.00 | SM100303 | MAPO GANCHO #16 ALGODON DZ | 90.31 | 90.31 |
| 1.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL DZ | | |
| 1.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 15.00 | 15.00 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 33.98 |
| 2.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 20.99 | 41.98 |
| 5.00 | UD100068 | RECOGEDOR PLASTICO | 1.22 | 6.10 |
| 1.00 | CS239 | FOAM AWAY GERMICIDAL DISINFECTANT CLEANER 12/19 OZ | 22.60 | 22.60 |
| 1.00 | FP-VL-40661.OK | PLASTICS BAGS 40 X 66 K 65 GALLONS  100/CS BLACK | 20.41 | 20.41 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 449.94 |
| Sales Tax | |
| Total Invoice Amount | 449.94 |
| Payment/Credit Applied | |
| **TOTAL** | 449.94 |

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR 00929

**Sales Order**

Sales Order Number:
152020

Sales Order Date:
Jul 15, 2013

Ship By:
Jul 15, 2013

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR   00960

Ship To:
JOSE M TORRES 790-0090
CARR 167 RAMAL 812 KM 3.1
BO DAJAOS
BAYAMON, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00061-CBB1300314 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | INS-LASER-G | CICLON CLORO 6 GAL. 128OZ. | 11.40 | 22.80 |
| 1.00 | PS-00015 | ESCOBA ALPHA DZ | 16.95 | 16.95 |
| 2.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ. | 60.75 | 121.50 |
| 2.00 | UM-HAND SOAP | BREEZE HAND SOAP 4/1 GAL | 17.75 | 35.50 |
| 8.00 | CHEPS-APC4G | ALL PURPOSE NEUTRAL CHERRY GAL | 2.85 | 22.80 |
| 1.00 | SM100303 | MAPO GANCHO #18 ALGODON DZ | 90.31 | 90.31 |
| 1.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL DZ | | |
| 1.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 15.00 | 15.00 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 33.98 |
| 2.00 | PAP 12-600-2P | TOILET TISSUE 12 ROLLS 2PLY | 20.99 | 41.98 |
| 5.00 | UD100066 | RECOGEDOR PLASTICO | 1.22 | 6.10 |
| 1.00 | CS239 | FOAM AWAY GERMICIDAL DISINFECTANT CLEANER 12/19 OZ | 22.60 | 22.60 |
| 1.00 | FF-VL-40661.OK | PLASTICS BAGS 40 X 66 K 65  GALLONS 100/CS BLACK | 20.41 | 20.41 |

SIGNATURE _____

PRINT NAME  Nancy Nazario

PIECES _____   B/O _____

DATE  8/12/13

HOUR _____

| | |
|---|---|
| Subtotal | 449.94 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 449.94 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

# Delivery Order

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBB1300314 | 05/21/2013 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| CONTRACT BUYER | | USD |



Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  JOSE M TORRES   787-730-0090
70680
CARR 167 RAMAL 812 KM 3 HM 1 BO DAJAOS
BAYAMON PR 00956
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Replenishment Option:  Standard

| | Tax Exempt? N   Tax Exempt ID: | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|---|
| Line-Sch | Item/Description | | | | |

1- 1  BLANQUEADOR  S. F. (OC) 2010-008
(CAJA DE 6 GALONES)

2.00 CAJ      11.40        22.80 05/21/2013

**Schedule Total**                      22.80

Contract Line: 39    Category Line:   0   Release: 5193

**Item Total** 00000000000000727 ____ 22.80

Contract ID:   08120120273

2- 1  "ESCOBA DE FIBRA PLAST.APRESADA
S.F (OC) 2010-008 EN UNA CAPSULA
DE 9"" DE ANCHO APROX. C/MANGO DE
PLASTICO DE 52""APROX. DEBE
INCLUIR PALO 1 DOCENA"

1.00 UNO      16.96        16.96 05/21/2013

**Schedule Total**                      16.96

Contract Line: 24    Category Line:   0   Release: 5194

**Item Total** 00000000000000670 ____ 16.96

Contract ID:   08120120273

3- 1  HAND SANITIZER CAJA DE 4 GALONES
CON POMPA PARA CADA UNO. GARANTIA
DE 30 DIAS EN MANUFACTURA.

2.00 UNO      60.75       121.50 05/21/2013

**Schedule Total**                     121.50

Contract Line: 17    Category Line:   0   Release: 5195

**Item Total** 00000000000000731 ____ 121.50

Contract ID:   08120120273

4- 1  JABON LIQUIDO ANTIBACTERIAL S.F.
(OC) 2010-008  P/MANOS EN VASE DE
UN GALON. CAJA DE 4 GALONES

2.00 CAJ      17.75        35.50 05/21/2013

**Schedule Total**                      35.50

Contract Line: 4    Category Line:   0   Release: 5196

**Item Total** 00000000000000559 ____ 35.50

Contract ID:   08120120273

5- 1  LIMPIADOR MULTIUSOS NEUTRAL
''SUBASTA SF(OC) 2010-008  PARA
AREAS ABIERTAS CAJA 4 GALONES

8.00 UNO       2.85        22.80 05/21/2013

**Schedule Total**                      22.80

Contract Line: 3    Category Line:   0   Release: 5197

**Item Total** 00000000000000555 ____ 22.80

Contract ID:   08120120273

6- 1  LAMPAZO COMBO (MAPO) S. F. (OC)
2010-008 DE RAYON DE 16 OZ PARA
SECAR PISOS Y PALO DE MADERA. CAJA
DE 12 GARANTIA DE 30 DIAS

1.00 DOC      90.31        90.31 05/21/2013

Toda entrega se considera final.  No se aceptan "Back Orders".

Authorized

SC-744

# Delivery Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Dispatch via Print

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBB1300314 | 05/21/2013 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| CONTRACT BUYER | | | USD |

**Ship To:** JOSE M TORRES   787-730-0090
70680
CARR 167 RAMAL 812 KM 3 HM 1 BO DAJAOS
BAYAMON PR 00956
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N        Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|

Contract ID:    08120120273

| | | | | |
|---|---|---|---|---|
| | Schedule Total | | | 90.31 |
| Contract Line: 11 | Category Line: | 0 | Release: 5198 | |
| Item Total 00000000000000426 | | | 90.31 | |

7- 1   "PAÑOS PARA LIMPIEZA  REUSABLES Y
RESISTENTES. SIMILAR AL "" HANDY
WIPES""  CAJA DE 200 PAÑOS. S.F
(OC) 2010-008"

1.00 DOC        15.00              15.00 05/21/2013

| | | | | |
|---|---|---|---|---|
| | Schedule Total | | | 15.00 |
| Contract Line: 19 | Category Line: | 0 | Release: 5199 | |
| Item Total 00000000000000569 | | | 15.00 | |

Contract ID:    08120120273

8- 1   "PAPEL TOALLA ABSORBENTE COLOR
NATURAL S.F (OC) 2010-008 PARA
CARRETE ""DISPENSER"" ROLLOS DE
APROX. 8"" DE ANCHO POR 350 DE
LARGO. CAJA DE 12 ROLLOS. "

2.00 CAJ        16.99              33.98 05/21/2013

| | | | | |
|---|---|---|---|---|
| | Schedule Total | | | 33.98 |
| Contract Line: 35 | Category Line: | 0 | Release: 5200 | |
| Item Total 00000000000000436 | | | 33.98 | |

Contract ID:    08120120273

9- 1   "PAPEL SANITARIO COLOR BLANCO S.F
(OC) 2010-008 (""TWO PLAY"")
INDUSTRIAL DOMESTICO. 1000 POR
ROLLO. RESISTENTE CAJA DE 12."

2.00 CAJ        20.99              41.98 05/21/2013

| | | | | |
|---|---|---|---|---|
| | Schedule Total | | | 41.98 |
| Contract Line: 38 | Category Line: | 0 | Release: 5201 | |
| Item Total 00000000000000572 | | | 41.98 | |

Contract ID:    08120120273

10- 1   RECOGEDOR DE BASURA PLASTICO CON
MANGO MADERA S.F (OC) 2010-008

5.00 UNO         1.22               6.10 05/21/2013

| | | | | |
|---|---|---|---|---|
| | Schedule Total | | | 6.10 |
| Contract Line: 34 | Category Line: | 0 | Release: 5202 | |
| Item Total 00000000000000570 | | | 6.10 | |

Contract ID:    08120120273

11- 1   "DESODORANTES/DESINFECTANTES  S.
F. (OC) 2010-008
""SPRAY-ON/WIFE-OFF"" PARA
SUPERFICIE DE TRABAJO  19 ONZAS
CAJA DE 12."

1.00 CAJ        22.60              22.60 05/21/2013

## Toda entrega se considera final.  No se aceptan "Back Orders".

**Authorized**

# Delivery Order

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Dispatch via Print**

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBB1300314 | 05/21/2013 | | 3 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| CONTRACT BUYER | | | USD |

Ship To:   JOSE M TORRES   787-730-0090
70680
CARR 167 RAMAL 812 KM 3 HM 1 BO DAJAOS
BAYAMON PR 00956
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Replenishment Option:  Standard

| Tax Exempt? N | Tax Exempt ID: | | | | | | |
|---|---|---|---|---|---|---|---|
| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |

Schedule Total                                22.60

Contract Line: 7      Category Line:  0    Release: 5203

Item Total  000000000000000598            22.60

Contract ID:    08120120273

                                          1.00 CAJ        20.41            20.41 05/21/2013

12- 1  "BOLSAS PLASTICA DE BASURA S.F
(OC) 2010-008 CAJA DE 150  BOLSAS
MIN. MINIMO. 22 MICRONES. PARA USO
EN AREAS DE OFICINAS TAMAÑO APROX.
43"" X 48"""

Schedule Total                                20.41

Contract Line: 31     Category Line:  0    Release: 5204

Contract ID:    08120120273

Item Total  000000000000000698            20.41

**Total PO Amount**                    449.94

Toda entrega se considera final.  No se aceptan "Back Orders".

**Authorized**



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE

| | |
|---|---|
| Invoice Number: | 16-173504 |
| Invoice Date: | Jun 27, 2016 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| REGION EDUCATIVA BAYAMON<br>UNIDAD FISCAL REGIONAL<br>APARTADO 60920<br>BAYAMON, PR 00960 | VAN SCOY 797-7335<br>CARR 167 KM 15.1 HM 4 PARC VAN<br>COY BO BUENA VISTA<br>BAYAMON, PR |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-0000524864 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | WM | | 7/27/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 16.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 160.00 |
| 16.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 9.00 | 144.00 |
| 7.00 | DOP-03-128-SML | NEUTRO DETERGENT LEMON 4/1 GAL. CS. **28 GAL** | 17.52 | 122.64 |
| 2.00 | INSTYLEX12/16OZ. | TYLEX 12/16 OZ. | 26.00 | 52.00 |
| 5.00 | BAGS243308K | BAGS 13 GALS. 8 MICRONS BLACK 1000/CS. | 21.99 | 109.95 |
| 12.00 | BAGS3858150K | BAGS 55 GALS. 1.5M BLACK 100/CS. | 21.90 | 262.80 |
| 15.00 | PS-00015 | ESCOBA ALPHA | 1.69 | 25.35 |
| 26.00 | INS-UB-010 | MAPO STAR ALGODON # 10 | 2.35 | 61.10 |
| 26.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.59 | 19.08 |
| 8.37 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR **124 ROLLOS** | 17.78 | 148.80 |
| 16.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.50 | 440.00 |
| 8.00 | FER-3209 | RASTRILLOS HOJA PLASTICA | 6.00 | 48.00 |

| | | |
|---|---|---|
| Subtotal | | 1,593.72 |
| Sales Tax | | |
| Total Invoice Amount | | 1,593.72 |
| Payment/Credit Applied | | |
| **TOTAL** | | **1,593.72** |

Bajo Pena de nulidad absoluta certifico que ningun servidor publico de _____es parte o tiene algun interes en las ganancias o beneficios del producto del contrato ha medido una dispensa previa.  La unica cosideración para suministrar bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la corporación.  El importe de esta factura es justo y correcto.  Los trabajos de construcción han sido realizados, los productos han sido pagados.  Fecha:_____  Firma:_____

# Sales Order

*TORCOS, INC.*
*P.O.BOX 29708*
*SAN JUAN, PR   00929*

**Sales Order Number:**
173504

**Sales Order Date:**
Jun 7, 2016

**Ship By:**
Jun 7, 2016

**Page:**
1

Voice: 787 276 1255, 1254
Fax:    787 276 3403

**Ship To:**
VAN SCOY 797-7335
CARR 167 KM 15.1 HM 4 PARC VAN
COY BO BUENA VISTA
BAYAMON, PR

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000524864 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 16.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 160.00 |
| 16.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 9.00 | 144.00 |
| 7.00 | DOP-03-128-2ML | NEUTRO DETERGENT LEMON 4/1 GAL. CS. **28 GAL** | 17.52 | 122.64 |
| B/O 2.00 | INSTYLEX12/16OZ | TYLEX 12/16 OZ. | 26.00 | 52.00 |
| B/O 5.00 | BAGS243308K | BAGS 13 GALS. 8 MICRONS BLACK 1000/CS. | 21.99 | 109.95 |
| 12.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 21.90 | 262.80 |
| 15.00 | PS-00015 | ESCOBA ALPHA | 1.69 | 25.35 |
| 26.00 | INS-UB-010 | MAPO STAR ALGODON # 10 | 2.35 | 61.10 |
| 26.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.59 | 19.08 |
| 8.37 | INS-513139- | BOUN'BOUNTY ROLL TOWEL 15 ROLLS REGULAR **124 ROLLOS** | 17.78 | 148.80 |
| 16.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.50 | 440.00 |
| 8.00 | FER-3209 | RASTRILLOS HOJA PLASTICA | 6.00 | 48.00 |

SIGNATURE

PRINT NAME   *Mildred Gonzz*

PIECES _____   B/O

DATE   6/15/16
HOUR   3:18 pm

| | |
|---|---|
| Subtotal | 1,593.72 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 1,593.72 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR O PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO O BJETO DE ESTA FACTURA Y SER PARTE OTIENE INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO  HAN SIDO PAGADOS. FECHA _____
FIRMA _____

TOR-COS INC.
P.O.BOX 29708
SAN JUAN, PR   00929

Voice:   787 276 1253, 1254
Fax:      787 276 2402

# Sales Order

Sales Order Number:
173504-8

Sales Order Date:
Jun 16, 2016

Ship By:
Jun 16, 2016

Page:
1

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60980
BAYAMON, PR   00960

Ship To:
VANS SCOY 797-7225
CARR 167 HM 15.1 HM 4 PARCELA
VANS SCOY  BUENA VISTA
BAYAMON, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00061-0000524064 | |
| Customer Contact | Customer Service Name | Payment Terms |
| JUANITA OTERO | ROS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | INSTYLEX12/1600. | 25.00 | | |
| 5.00 | BASE243006K  1000C3 | 21.99 | | |

SIGNATURE   _Wanda Santiago_          DATE   _6/24/16_          Subtotal          0.00

PRINT NAME   _Wanda Santiago_         HOUR   _3:19 pm_          Sales Tax

PIECES _____   BO ____                          TOTAL ORDER AMOUNT          0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA
LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, SE LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR LATE
CHARGES MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS
PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y, DE SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____
FIRMA _____

# Purchase Order

SC-744

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order 00081-0000524864 | Date 05/26/2016 | Revision | Page 1 |
|---|---|---|---|
| Payment Terms Net 2 | Freight Terms Destination | | Ship Via US Mail |
| Buyer DE    Juanita Otero Cris | | Phone | Currency USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   VAN SCOY    787-797-7335
70326
CARR 167 KM15.1 HM 4 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00956
Puerto Rico

Bill To:   PR
Puerto Rico



Tax Exempt?  N    Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | BLANQUEADOR CLOROX LIQUIDO (CJA/4 GALONES) | | 16.00 CAJ | 10.00 | 160.00 | 05/26/2016 |
| | Schedule Total | | | | 160.00 | |
| | Item Total  000000000000000562 | | | | 160.00 | |
| 2- 1 | HAND SANITIZER | | 16.00 CAJ | 9.00 | 144.00 | 05/26/2016 |
| | Schedule Total | | | | 144.00 | |
| | pote grande | | | | | |
| | Item Total  000000000000000183 | | | | 144.00 | |
| 3- 1 | DESINFECTANTE MAESTRO LIMPIO | | 28.00 CAJ | 4.38 | 122.64 | 05/26/2016 |
| | Schedule Total | | | | 122.64 | |
| | en galon | | | | | |
| | Item Total  000000000000000183 | | | | 122.64 | |
| 4- 1 | DESINFECTANTE TYLEX BOWL CLEARNERS | | 2.00 CAJ | 26.00 | 52.00 | 05/26/2016 |
| | Schedule Total | | | | 52.00 | |
| | Item Total  000000000000000185 | | | | 52.00 | |
| 5- 1 | BOLSAS PARA BASURA DE 13 GAL. | | 5.00 CAJ | 21.99 | 109.95 | 05/26/2016 |
| | Schedule Total | | | | 109.95 | |
| | Item Total  000000000000000982 | | | | 109.95 | |
| 6- 1 | BOLSAS PLASTICAS PARA BASURA TAMAÑO 46"X 54" | | 12.00 CAJ | 21.90 | 262.80 | 05/26/2016 |
| | Schedule Total | | | | 262.80 | |
| | Item Total  000000000000000924 | | | | 262.80 | |
| 7- 1 | ESCOBAS CON PALO | | 15.00 UNO | 1.69 | 25.35 | 05/26/2016 |
| | Schedule Total | | | | 25.35 | |
| | Item Total  000000000000000191 | | | | 25.35 | |
| 8- 1 | MAPOS | | 26.00 UNO | 2.35 | 61.10 | 05/26/2016 |
| | Schedule Total | | | | 61.10 | |

Authorized Signature
DE   Juanita Otero Cristobal 2016-06-01 08:05:05

SC-744

# Purchase Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000524864 | 05/26/2016 | | 2 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Juanita Otero Cris | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  VAN SCOY   787-797-7335
70326
CARR 167 KM15.1 HM 4 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00956
Puerto Rico

Bill To:  PR
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Item Total  000000000000000210 | | 61.10 | |
| 9- 1 | RECOGEDOR DE BASURA CON MANGO DE MADERA | | 12.00 UNO | 1.59 | 19.08 | 05/26/2016 |
| | | | Schedule Total | | 19.08 | |
| | | | Item Total  000000000000000571 | | 19.08 | |
| 10- 1 | PAPEL TOALLA | | 124.00 ROL | 1.20 | 148.80 | 05/26/2016 |
| | | | Schedule Total | | 148.80 | |
| | | | Item Total  000000000000002816 | | 148.80 | |
| 11- 1 | PAPEL SANITARIO COLOR BLANCO ("TWO PLY"). INDUSTRIAL DOMESTICO. 96 ROLLO DE 500 HOJAS. RESISTENTE | | 16.00 CAJ | 27.50 | 440.00 | 06/25/2016 |
| | | | Schedule Total | | 440.00 | |
| | | | Item Total  000000000000000417 | | 440.00 | |
| 12- 1 | RASTRILLO DE REJILLA PLASTICA  CON MANGO EN MADERA. GARANTIA DE 30 DIAS. | | 8.00 UNO | 6.00 | 48.00 | 06/25/2016 |
| | | | Schedule Total | | 48.00 | |
| | | | Item Total  000000000000000677 | | 48.00 | |

Req. 0000345997, RFQ: 137104

Total PO Amount          1,593.72

Authorized Signature
DE   Juanita Otero Cristobal 2016-06-01 08:05:05

 Gmail

**TORCOS INC. <torcoscorp@gmail.com>**

---

## ORDEN DE COMPRA 00081-0000524864
1 message

---

**TORCOS INC.** <torcoscorp@gmail.com>                    Tue, Dec 26, 2017 at 11:59 AM
To: Bernice Cruz Rodriguez <cruzrb@de.pr.gov>

HOLA RECIBI CANCELACION DE LA ORDEN DE COMPRA 00081-
0000524864, ESTA ORDEN FUE ENTREGADA Y FACTURADA EN JUNIO
27 DEL 2016.  NECESITO COMUNICARME CON ALGUIEN CON
RESPECTO A ESTA SITUACION.  CON GRANDES SACRIFICIOS
HACEMOS NEGOCIOS EN PR PARA RECIBIR ESTS SORPRESAS.
DEJAME SABER CON QUIEN PUEDO COMUNICARME

--

# ATENCION:
# DEBIDO AL HURACAN MARIA NUESTRO
# NUMERO DE CONTACTO ES 787-543-
# 6065.

# Torcos Inc.
P.O. Box 29708
San Juan, P.R. 00929

Damaris Torres
Alfredo Ramirez
Nereida Torres
Betsy Aleman
Sonia Decos

Tel. 787-276-1255
      787-276-1254

Fax 787-276-3403
Cel  787-983-4331
Cel  787-245-9327
Cel  787-543-6065
C

 Virus-free. www.avg.com

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

CANCELED PO                                    Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000524864 | 05/26/2016 | 2 - 06/14/2017 | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Juanita Otero Cris | | | USD |

Vendor:  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:    VAN SCOY  787-797-7335
70326
CARR 167 KM15.1 HM 4 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00956
Puerto Rico

Bill To:    PR
Puerto Rico

**Tax Exempt?** N    **Tax Exempt ID:**                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | BLANQUEADOR CLOROX LIQUIDO (CJA/4 GALONES | | 16.00 CAJ | 10.00 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | | Item Total  000000000000000562 | | | 0.00 | |
| 2- 1 | HAND SANITIZER | | 16.00 CAJ | 9.00 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | pote grande | | | | | |
| | | Item Total  000000000000000183 | | | 0.00 | |
| 3- 1 | DESINFECTANTE MAESTRO LIMPIO | | 28.00 CAJ | 4.38 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | en galon | | | | | |
| | | Item Total  000000000000000183 | | | 0.00 | |
| 4- 1 | DESINFECTANTE TYLEX BOWL CLEARNERS | | 2.00 CAJ | 26.00 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | | Item Total  000000000000000185 | | | 0.00 | |
| 5- 1 | BOLSAS PARA BASURA DE 13 GAL. | | 5.00 CAJ | 21.99 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | | Item Total  000000000000000982 | | | 0.00 | |
| 6- 1 | BOLSAS PLASTICAS PARA BASURA TAMAÑO 46"X 54" | | 12.00 CAJ | 21.90 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | | Item Total  000000000000000924 | | | 0.00 | |
| 7- 1 | ESCOBAS CON PALO | | 15.00 UNO | 1.69 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |
| | | Item Total  000000000000000191 | | | 0.00 | |
| 8- 1 | MAPOS | | 26.00 UNO | 2.35 | 0.00 | CANCEL |
| | | Schedule Total | | | 0.00 | |

**Authorized**
DE   Juanita Otero Cristobal 2017-06-14 22:01:23

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave: Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| CANCELED PO | | | Dispatch via E-Mail | |
|---|---|---|---|---|
| Purchase Order | | Date | Revision | Page |
| 00081-0000524864 | | 05/26/2016 | 2 - 06/14/2017 | 2 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 2 | Destination | | | US Mail |
| Buyer | | Phone | | Currency |
| DE   Juanita Otero Cris | | | | USD |

Vendor:   660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:    VAN SCOY   787-797-7335
70326
CARR 167 KM15.1 HM 4 PARC VANS COY BO BUENA VISTA
BAYAMON PR 00956
Puerto Rico

Bill To:    PR
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Item Total  00000000000000210 | | 0.00 | |
| 9- 1 | RECOGEDOR DE BASURA CON MANGO DE MADERA | | 12.00 UNO | 1.59 | 0.00 | CANCEL |
| | | | Schedule Total | | 0.00 | |
| | | | Item Total  00000000000000571 | | 0.00 | |
| 10- 1 | PAPEL TOALLA | | 124.00 ROL | 1.20 | 0.00 | CANCEL |
| | | | Schedule Total | | 0.00 | |
| | | | Item Total  00000000000002816 | | 0.00 | |
| 11- 1 | PAPEL SANITARIO COLOR BLANCO ("TWO PLY"). INDUSTRIAL DOMESTICO. 96 ROLLO DE 500 HOJAS. RESISTENTE | | 16.00 CAJ | 27.50 | 0.00 | CANCEL |
| | | | Schedule Total | | 0.00 | |
| | | | Item Total  00000000000000417 | | 0.00 | |
| 12- 1 | RASTRILLO DE REJILLA PLASTICA  CON MANGO EN MADERA. GARANTIA DE 30 DIAS. | | 8.00 UNO | 6.00 | 0.00 | CANCEL |
| | | | Schedule Total | | 0.00 | |
| | | | Item Total  00000000000000677 | | 0.00 | |

Req. 0000345997, RFQ: 137104

Total PO Amount                                    0.00

Authorized
DE   Juanita Otero Cristobal 2017-06-14 22:01:23



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833



# Invoice

Invoice Number:
17-177299

Invoice Date:
28 Jun 2017

Page:
1

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship to:**
MARTIN GARCIA GIUSTI
CARR 863KM. 0  HM. 9
BO. PAJAROS
TOA BAJA, PR

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000065 | 00081-0000559767 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | NT | | 28/7/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 20.00 | 300.00 |
| 1.67 | INS-L902291 | LYSOL SP DISINFECTANT ORIGINAL 12/12 ONZ AEROSOL  20 POTES | 49.82 | 83.20 |
| 5.00 | PAP 440-96R-2P | TOILET TISSUE  96 ROLLS-2 PLY 4" X 3.08" | 28.00 | 140.00 |
| 7.00 | MOP-SM100304 | MAPO GANCHO #20  ALGODON | 6.99 | 48.93 |
| 7.00 | UD100140 | PALO DE GANCHO PARA MAPO #303 (MAPO GANCHO #16) | | |
| 2.00 | INS926080 | PROFORCE PAÑOS DZ MICROFIBRA | 9.00 | 18.00 |
| 3.00 | INS-CL00136 | CLOROX  WIPES DESINFECTANTE 4 POR CASE 78 TOALLITAS | 17.10 | 51.30 |
| 7.00 | FER-2228 | PISTERO METAL | 4.50 | 31.50 |
| 3.00 | FER-049206238558 | CARRITO PARA MANGUERA | 50.00 | 150.00 |

*Voucher*
*6/29/17  (474)*
*UC796110*

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINSTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____   FIRMA _____

| | |
|---|---|
| Subtotal | 822.93 |
| Sales Tax | |
| Total Invoice Amount | 822.93 |
| Payment/Credit Applied | |
| **TOTAL** | 822.93 |

# Sales Order

TOR COS INC
P.O. BOX 29708
SAN JUAN, PR   00929

Voice:   787 276 1288, 1284
Fax:      787 276 3403

**Sales Order Number:**
177299

**Sales Order Date:**
May 3, 2017

**Ship By:**
May 3, 2017

**Page:**
1

**Sold To**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR   00960

**Ship To**
MARTIN GARCIA GIUSTI
CARR 863101  C  BH19
BO. PAJAROS
TOA BAJA, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000055 | 00351-0000053767 |  |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | 800 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | BAG5055150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 20.00 | 300.00 |
| 1.87 | INS-L502281 | LYSOL DF DISINFECTANT ORIGINAL 12/12 OZS AEROSOL  20 TOTES | 45.82 | 85.80 |
| 3.00 | PAP-930-9SR-SE | TOILET TISSUE  96 ROLLS-2 PLY 4" X 3.08" | 60.00 | 180.00 |
| 7.00 | MOP-3ME00504 | MAPO GANCHO #20  ALGODON | 6.99 | 48.93 |
| 7.00 | UEL00140 | PALO DE GANCHO PARA MAPO #203  (MAPO GANCHO #20) | | |
| 2.00 | INS026030 | PROFORCE PANOS DE MICROFIBRA | 9.00 | 18.00 |
| 3.00 | INS-CL60136 | CLOROX  WIPES DESINFECTANTE 4 POR CASE 78 TOALLITAS | 17.10 | 51.30 |
| 7.00 | FER-2220 | PISTERO METAL | 4.50 | 31.50 |
| 3.00 | FER-09920C23850K | CARRITO PARA MANGUERA | 50.00 | 150.00 |

Sr. Martin Garcia Giusti
Maestro Orientador
P.M.B. #18 April 1061 7600 1
Toa Baja, P.R. 00951-9400
Tel 787-961-7231

SIGNATURE   _Zaida Aldarondo_     DATE  06/6/17
PRINT NAME  ZAIDA Aldarondo     HOUR  9:48
PIECES _____  NO

| | |
|---|---|
| Subtotal | 822.99 |
| Sales Tax | |
| TOTAL ORDER AMOUNT | 822.99 |

SO-744                        **Purchase Order**        *177299*

# Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000559767 | 02/08/2017 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 2 | Destination | | US Mail |
| **Buyer** | **Phone** | | **Currency** |
| DE   Nilda E. Ramos Vaz | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   MARTIN GARCIA GIUSTI   787-251-2231
78832
CARR 863 KM 0 HM 9 BO PAJAROS
TOA BAJA PR 00949
Puerto Rico

**Bill To:**   PR
Puerto Rico

**Tax Exempt?**  N   **Tax Exempt ID:**                         **Replenishment Option:**  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | BOLSAS DE BASURA COLOR NEGRAS HEAVY DUTY   DE 55 GALONES O 60 GALONES | | 15.00 CAJ | 20.00 | 300.00 | 02/09/2017 |
| | Schedule Total | | | | 300.00 | |
| | Item Total  000000000000000924 | | | | 300.00 | |
| 2- 1 | LYSOL SPRAY   FRAGANZIA DEL POTE AZUL Y  FRAGANCIA DEL POTE AMARILLO DESPACHAR 20 POTES DE 12ONZAS | | 20.00 GAL | 4.16 | 83.20 | 02/09/2017 |
| | Schedule Total | | | | 83.20 | |
| | Item Total  000000000000001564 | | | | 83.20 | |
| 3- 1 | PAPEL DE BAÑO CAJA DE 96ROLLOS DE 500 HOJAS BUENA CALIDAD | | 5.00 CAJ | 28.00 | 140.00 | 03/11/2017 |
| | Schedule Total | | | | 140.00 | |
| | Item Total  000000000000000411 | | | | 140.00 | |
| 4- 1 | MAPO #12 EN ALGODON CON PALO BUENA CALIDAD DOS  DOCENA | | 7.00 UNO | 6.99 | 48.93 | 02/09/2017 |
| | Schedule Total | | | | 48.93 | |
| | Item Total  000000000000000210 | | | | 48.93 | |
| 5- 1 | TOALLAS  DE FIBRA PARA LIMPIAR BUENA CALIDAD | | 2.00 UNO | 9.00 | 18.00 | 02/09/2017 |
| | Schedule Total | | | | 18.00 | |
| | Item Total  000000000000000229 | | | | 18.00 | |
| 6- 1 | TOALLAS HUMEDECIDAS MARCA CLOROX O LYSOL PARA LIMPIEZA. PAQUETE DE 5 POTES | | 3.00 CAJ | 17.10 | 51.30 | 02/09/2017 |
| | Schedule Total | | | | 51.30 | |
| | Item Total  000000000000000663 | | | | 51.30 | |
| 7- 1 | PISTERO EN METAL BUENA CALIDAD | | 7.00 UNO | 4.50 | 31.50 | 03/11/2017 |
| | Schedule Total | | | | 31.50 | |
| | Item Total  000000000000000672 | | | | 31.50 | |
| 8- 1 | CARRO PARA ENROLLAR LAS MANGUERA BUENA CALIDAD | | 3.00 UNO | 50.00 | 150.00 | 02/09/2017 |

**Authorized Signature**
DE  Nilda E. Ramos Vazquez 2017-03-24 10:39:14

*email*
*9/11/18*

# Purchase Order

SC-744

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000559767 | 02/08/2017 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Nilda E. Ramos Vaz | | | USD |

**Vendor:**  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   MARTIN GARCIA GIUSTI   787-251-2231
78832
CARR 863 KM 0 HM 9 BO PAJAROS
TOA BAJA PR 00949
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt?  N    Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|

Schedule Total                                                    150.00

Item Total  000000000000000171                       150.00

ESCUELA MARTIN GARCIA GIUSTI

Total PO Amount                              822.93

Authorized Signature
DE  NIlda E. Ramos Vazquez 2017-03-24 10:39:14

6-29-17
474



**SC-744**

# Purchase Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000559767 | 02/08/2017 | 1 - 07/20/2018 | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Nilda E. Ramos Vaz | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   MARTIN GARCIA GIUSTI   787-251-2231
78832
CARR 863 KM 0 HM 9 BO PAJAROS
TOA BAJA PR 00949
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | BOLSAS PLASTICAS PARA BASURA TAMAÑO 46"X 54" | | 15.00 CAJ | 20.00 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000924 | | | | 0.00 | |
| 2- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 20.00 GAL | 4.16 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000001564 | | | | 0.00 | |
| 3- 1 | PAPEL SANITARIO BLANCO CAJA DE 12/1000' | | 5.00 CAJ | 28.00 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000411 | | | | 0.00 | |
| 4- 1 | MAPOS | | 7.00 UNO | 6.99 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000210 | | | | 0.00 | |
| 5- 1 | TOALLA DE SECAR EN LA COCINA | | 2.00 UNO | 9.00 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000229 | | | | 0.00 | |
| 6- 1 | SPRAY ANTIBACTERIAL CAJA DE 12 DE 20 OZ | | 3.00 CAJ | 17.10 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000663 | | | | 0.00 | |
| 7- 1 | PISTERO DE METAL | | 7.00 UNO | 4.50 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000672 | | | | 0.00 | |
| 8- 1 | CARRO BOLSAS 25 GAL. | | 3.00 UNO | 50.00 | 0.00 | CANCEL |
| | Schedule Total | | | | 0.00 | |
| | Item Total  00000000000000171 | | | | 0.00 | |

ESCUELA MARTIN GARCIA GIUSTI

Reg.
Bayamón
6/28/2017
17-177299

**Unauthorized**
DE  Nilda E. Ramos Vazquez 2019-10-27 22:28:01



SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000559767 | 02/08/2017 | 1 - 07/20/2018 | 2 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Nilda E. Ramos Vaz | | USD |

**Vendor:**  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   MARTIN GARCIA GIUSTI   787-251-2231
78832
CARR 863 KM 0 HM 9 BO PAJAROS
TOA BAJA PR 00949
Puerto Rico

**Bill To:**   PR
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

**Total PO Amount**                    0.00

**Unauthorized**
DE   Nilda E. Ramos Vazquez 2019-10-27 22:28:01



M Gmail

TORCOS INC. <torcoscorp@gmail.com>

**factura 17-177299**
1 message

**TORCOS INC.** <torcoscorp@gmail.com>
To: "Carmen Q. Rodríguez Rodríguez" <CARMEN_Q@de.pr.gov>, NILDA RAMOS E <RAMOSVN@de.pr.gov>

Thu, Jun 3, 2021 at 10:31 AM

Buenos días

Nilda, tengo esta factura que me envían la cancelación, pero esta se entregó para 26-6-2017 a las 9.48 am, lo recibió Zaida Aldarondo, se envía factura 28/7/2017, entrada al sistema de sifde 6/29/2017 con el voucher 00796110.
Necesito que se verifique esta factura y el pronto pago. Te envié un atachmente de la misma.

gracias
Betsy Alemán

Aceptamos ATH, VISA, MC.

# TORCOS INC.

**787-276-1255**
**787-276-1254**
**787-983-4331 CEL.**
**787-276-3403 FAX**



IMG_20210603_0003.pdf
2103K



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
18-180093

Invoice Date:
Feb 23, 2018

Page:
1

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

Ship to:
RAFEL CORDERO
CALLE MARGINAL
AVE. LOSCAÑOS
CATAÑO, PR

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-0000601690 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | SDD | | 3/25/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-F505084 | FABULOSO 12/28 OZ. | 17.00 | 17.00 |
| 15.00 | RUB2956-BLACK | WASTEBASKET MEDIUM BLACK 28 1/8 U.S. QT | 5.00 | 75.00 |
| 1.00 | INS-L902291 | LYSOL SP DISINFECTANT ORIGINAL 12/12.5 ONZ AEROSOL | 51.00 | 51.00 |
| 1.00 | INS-L908626 | LYSOL 9/40 OZ ALL PURPOSE CLEANER LIMON | 28.00 | 28.00 |

Bajo pena de nulidad absoluta, certifico que ningun servidor publico de este organismo es parte o tiene algun interes En las ganancias o beneficios del contrato objeto de esta factura y de ser parte o tener interes en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa.. La unica consideracion para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los productos han sido entregados y no han sido pagos.

Firma _____ Fecha

_____

| | |
|---|---|
| Subtotal | 171.00 |
| Sales Tax | |
| Total Invoice Amount | 171.00 |
| Payment/Credit Applied | |
| **TOTAL** | 171.00 |

TORO, INC.
P.O. BOX 29708
SAN JUAN, PR   00929

# Sales Order

Sales Order Number:
180693

Sales Order Date:
Feb 14, 2018

Ship By:
Feb 14, 2018

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3402

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60320
BAYAMON, PR  00960

**Ship To:**
RAFEL CORDERO
CALLE MARGINAL
AVE. LIRCAÑOS
CATAÑO, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 060055 | 00061-0000601690 | |
| Customer Contact | Customer Service Name | Payment Terms |
| JUANITA OTERO | 600 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 00 | IN3-F505094 | FABULOSO 12/28 OZ. | 17.00 | 17.00 |
| 00 | RUB2956-BLACK | WASTEBASKET MEDIUM BLACK 28 1/8 U.S. QT | 5.00 | 35.00 |
| 00 | IN3-L902291 | LYSOL 3P DISINFECTANT ORIGINAL 12/12.5 ONZ AEROSOL | 51.00 | 51.00 |
| 00 | IN3-0903075 | LYSOL 9/40 OZ ALL PURPOSE CLEANER LIMON | 28.00 | 28.00 |

JCC



SIGNATURE

PRINT NAME   Julie Ortiz

PIECES _____   NO

DATE   22/Feb/18

HOUR

Subtotal                 171.00
Sales Tax
TOTAL ORDER AMOUNT       171.00

NO ACEPTAMOS RECLAMACIONES POR MERCADERIA EN EMPACO MALA, POR FUEGO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DEBE ENTREGARLE A LA OFERTA COBRANDO EL 11.5% DE SALES TAX. ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 11.5% POR LA LEY.

SOLO DE PARTE FLUIDO ABSOLUTA Y PARTICO QUE HA PASADO CON FLUIDO DE...

000065

SC-744

# Purchase Order

Dispatch via E-Mail

## Departamento de Educacion PR
Ava. Tinte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

180093

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000601690 | 01/29/2018 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Juanita Otero Cris | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   RAFAEL CORDERO   787-788-1557
70763
CALLE MARGINAL AVE LOS CAÑOS
CATAÑO PR 00962
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                        Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LIMPIADOR MULTIUSOS FABULOSO | | 1.00 CAJ | 17.00 | 17.00 | 02/28/2018 |
| | Schedule Total | | | | 17.00 | |
| | Item Total  000000000000000205 | | | | 17.00 | |
| 2- 1 | ZAFACON PLASTICO RECTANGULAR DE 13 A 15 GALONES | | 15.00 UNO | 5.00 | 75.00 | 01/29/2018 |
| | Schedule Total | | | | 75.00 | |
| | Item Total  000000000000000227 | | | | 75.00 | |
| 3- 1 | LYSOL DESINFECTANTE EN SPRAY | | 1.00 CAJ | 51.00 | 51.00 | 02/28/2018 |
| | Schedule Total | | | | 51.00 | |
| | Item Total  000000000000000205 | | | | 51.00 | |
| 4- 1 | LYSOL EN LIQUIDO | | 1.00 CAJ | 28.00 | 28.00 | 02/28/2018 |
| | Schedule Total | | | | 28.00 | |
| | Item Total  000000000000000205 | | | | 28.00 | |

Req. 0000411710, RFQ: 158523

CONTESTAR AL E-MAIL:

oterocj@de.pr.gov

**Total PO Amount**                               171.00

**Authorized Signature**
DE   Juanita Otero Cristobal 2018-02-02 13:56:27



## *Torcos, Inc.*
### CHEMICAL AND JANITORIAL SUPPLIES
P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax.: (787) 276-3403

# Invoice

Invoice Number:
18-180114

Invoice Date:
Mar 12, 2018

Page:
1

787 276-1254, 3400, 3833

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

Ship to:
SU MATRULLAS
CARR 564 KM 4 HM3
BO. MATRULLAS
OROCOVIS, PR

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000065 | 00081-000602306 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | SDD | | 4/11/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11.00 | INS-L2077 | LESTOIL 15/15 OZ. ORIGINAL | 29.00 | 319.00 |

Bajo pena de nulidad absoluta, certifico que ningun servidor publico de este organismo es parte o tiene algun interes En las ganancias o beneficios del contrato objeto de esta factura y de ser parte o tener interes en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa.. La unica consideracion para suministrar los bienes o sevicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los productos han sido entregados y no han sido pagos

Firma _____ Fecha

_____

| | |
|---|---|
| Subtotal | 319.00 |
| Sales Tax | |
| Total Invoice Amount | 319.00 |
| Payment/Credit Applied | |
| **TOTAL** | 319.00 |

# Sales Order

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

**Sales Order Number:**
180114

**Sales Order Date:**
Feb 14, 2018

**Ship By:**
Feb 14, 2018

**Page:**
1

Voice:  787 276 1255, 1254
Fax:    787 276 3403

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**
SU MATRULLAS
CARR 564 KM 4 HM3
BO. MATRULLAS
OROCOVIS, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-000602306 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11.00 | IN3-L2077 | LESTOIL 15/15 OZ. ORIGINAL | 29.00 | 319.00 |

SIGNATURE

PRINT NAME

PIECES _____ B/O _____

DATE  9 marzo 2018
HOUR  2:15

| | |
|---|---|
| Subtotal | 319.00 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 319.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVICOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CONEL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

SC-741

# Purchase Order

000065

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000602306 | 01/31/2018 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE    Juanita Otero Cris | | | USD |

**Vendor:**  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   SU MATRULLAS   787-867-3966
12666
CARR 564 KM 4 HM 3 BO MATRULLAS
OROCOVIS PR 00720
Puerto Rico

180114

**Bill To:**   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1-  1  LIMPIADOR MULTIUSOS LESTOIL | | 11.00 CAJ | 29.00 | 319.00 | 03/02/2018 |
| Attn:     ANGELICA, JUSINO VAZQUEZ | | | | | |

Schedule Total                                                319.00

(similar a lestoil, de 15 onzas, original, caja de 15)

Item Total  000000000000000205               319.00

**Total PO Amount**                        319.00

**Authorized Signature**
DE   Juanita Otero Cristobal 2018-01-31 16:27:16



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276 1253 / 740003833

# Invoice

Invoice Number:
18-180601

Invoice Date:
11 Apr 2018

Page:
1

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR   00960

Ship to:
INTERMEDIA BO. QUEBRADA ARENAS
CARR 159 KM. 19.0 BO QUEBRADA
ARENAS    787 794- 1420
TOA ALTA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000065 | 00081-0000615575 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| NT | | | 11/5/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | UD100025 | 13.5'' FLOOR BRUSH (VENEZUELA) | 13.00 | 78.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 78.00 |
| Sales Tax | |
| Total Invoice Amount | 78.00 |
| Payment/Credit Applied | |
| **TOTAL** | 78.00 |

**TOR.COS INC.**
P.O.BOX 29708
SAN JUAN, PR  00929

# Sales Order

Sales Order Number:
180601

Sales Order Date:
Apr 9, 2018

Ship By:
Apr 9, 2018

Page:
1

Voice:  787 276 1255, 1254
Fax:    787 276 3403

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**
INTERMEDIA BO. QUEBRADA ARENAS
CARR. 159 KM. 19.0 BO QUEBRADA
ARENAS   787 794- 1420
TOA ALTA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 00 00 65 | 00081-0000615575 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | UD100025 | 13.5'' FLOOR BRUSH (VENEZUELA) | 13.00 | 78.00 |

SIGNATURE _Evelyn Rios Sta_      DATE _4/10/2018_      Subtotal                78.00
PRINT NAME _Evelyn Rios Sta_     HOUR _11:45_           Sales Tax
PIECES _____ B/O _____     **TOTAL ORDER AMOUNT**           78.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBUEDO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA A UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE

SC-744

# Purchase Order

 000065

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000615575 | 03/07/2018 | | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Nilda E. Ramos Vaz | | USD |

**Vendor:**  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  Intermedia BO Qubrada Arenas   794-1420
77461
Carr. 159 KM 19.0 Barrio Quebrada Arenas
Toa Alta PR 00794
Puerto Rico

*180601*

Bill To:  P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CEPILLO PLASTICO PARA EL PISO | | 6.00 UNO | 13.00 | 78.00 | 03/08/2018 |

Schedule Total                                          78.00

Item Total  000000000000000174          78.00

SEGUNDO ENVIO

ENVIAR COTIZACION AL EMAIL:  ramosvn@de.pr.gov

**Total PO Amount**                    78.00

**Authorized Signature**
DE   Nilda E. Ramos Vazquez 2018-03-20 07:52:22

# Invoice



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

Invoice Number:
18-180595

Invoice Date:
11 Apr 2018

Page:
1

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR   00960

Ship to:
INTERMADIA BO. QUEBRADA ARENAS
CARR 159 KM. 19.0
BO. QUEBRADA ARENAS
TOA ALTA, PR
794-1420

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| 000065 | 00082-0000622529 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | NT | | 11/5/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.00 | 135.00 |
| 2.00 | FER-2228 | PISTERO METAL EN FORMA DE TUBITO | 5.20 | 10.40 |
| 12.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. | 10.50 | 126.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 271.40 |
| Sales Tax | |
| Total Invoice Amount | 271.40 |
| Payment/Credit Applied | |
| **TOTAL** | 271.40 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

Sales Order Number:
180595

Sales Order Date:
Apr 9, 2018

Ship By:
Apr 9, 2018

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR 00960

**Ship To:**
INTERMADIA BO. QUEBRADA ARENAS
CARR 159 KM. 19.0
BO. QUEBRADA ARENAS
TOA ALTA, PR
794-1420

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00082-0000622529 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.00 | 135.00 |
| 2.00 | FER-2228 | PISTERO METAL EN FORMA DE TUBITO | 5.20 | 10.40 |
| 12.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. | 10.50 | 126.00 |

SIGNATURE *Evelyn Rios Ortiz*
PRINT NAME *Evelyn Rios Ortiz*
PIECES _____   B/O ____

DATE 4/10/2018
HOUR 11:45

| | |
|---|---|
| Subtotal | 271.40 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 271.40 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA ACOBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGE" MENSUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA A UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____
FIRMA _____

4/10/18

SC-744

**Purchase Order**

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000622529 | 03/16/2018 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Nilda E. Ramos Vaz | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** Intermedia BO Qubrada Arenas   794-1420
77461
Carr. 159 KM 19.0 Barrio Quebrada Arenas
Toa Alta PR 00794
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 15.00 GAL | 9.00 | 135.00 | 03/16/2018 |
| | Schedule Total | | | | 135.00 | |
| | Item Total  000000000000001564 | | | | 135.00 | |
| 2- 1 | PISTERO DE METAL en FORMA DE TUBITO | | 2.00 UNO | 5.20 | 10.40 | 04/15/2018 |
| | Schedule Total | | | | 10.40 | |
| | Item Total  000000000000000672 | | | | 10.40 | |
| 3- 1 | LIMPIADOR MULTIUSOS - LESTOIL EN GALONES | | 12.00 CAJ | 10.50 | 126.00 | 04/15/2018 |
| | Schedule Total | | | | 126.00 | |
| | Item Total  000000000000000205 | | | | 126.00 | |

**Total PO Amount**                                        271.40

**Authorized Signature**
DE   Nilda E. Ramos Vazquez 2018-03-20 07:32:48



Invoice Number:
18-180596

Invoice Date:
19 Apr 2018

Page:
1

**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1284; 340003833

Sold To:
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

Ship to:
MERCEDES ROSADO 869-3130
CARR 152 CALLE GEORGETTY
NARANJITO, PR

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000065 | 00081-0000619799 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| NT | | | 19/5/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | INSMR.CLEAN12/28OZ. | MR.CLEAN 9/24 OZ. | 21.60 | 129.60 |
| 6.00 | INS-F505084 | FABULOSO 12/28 OZ. | 17.00 | 102.00 |
| 5.00 | INS-L992782 | LYSOL 4 PER PACK 19 OZ. AEROSOL | 19.80 | 99.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
'.OS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
AGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 330.60 |
| Sales Tax | |
| Total Invoice Amount | 330.60 |
| Payment/Credit Applied | |
| **TOTAL** | 330.60 |

**TOR.COS INC.**
P.O.BOX 29708
SAN JUAN, PR  00929

# Sales Order

**Sales Order Number:**
180596

**Sales Order Date:**
Apr 9, 2018

**Ship By:**
Apr 9, 2018

**Page:**
1

Voice:  787 276 1255, 1254
Fax:    787 276 3403

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**
MERCEDES ROSADO 869-3130
CARR 152 CALLE GEORGETTY
NARANJITO, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000619799 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | INSMR.CLEAN12/2 | MR.CLEAN 9/24 OZ. | 21.60 | 129.60 |
| 6.00 | INS-F505084 | FABULOSO 12/28 OZ. | 17.00 | 102.00 |
| 5.00 | INS-L992782 | LYSOL 4 PER PACK 19 OZ. AEROSOL | 19.80 | 99.00 |

SIGNATURE

PRINT NAME  Lydia E. Landron

PIECES            B/O

DATE  18/abril/2018

HOUR

| | | |
|---|---|---|
| Subtotal | | 330.60 |
| Sales Tax | | |
| **TOTAL ORDER AMOUNT** | | 330.60 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA ACOBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGE" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE ___ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DEL CONTRATO O SI ES PARTE DE ESTA TURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA A UNICA CONSIDERACION A SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS BIENES HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA ___

000065

SC-744

## Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

180596

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000619799 | 03/12/2018 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Juanita Otero Cris | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   MERCEDES ROSADO    787-869-3130
           71217
           CARR 152 CALLE GEORGETTY
           NARANJITO PR 00719
           Puerto Rico

Bill To:   P.O. Box 190759
           San Juan PR 00919-0759
           Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LIMPIADOR MULTIUSOS MAESTRO LIMPIO | | 6.00 CAJ | 21.60 | 129.60 | 04/12/2018 |
| | Schedule Total | | | | 129.60 | |
| | Item Total  000000000000000205 | | | | 129.60 | |
| 2- 1 | LIMPIADOR MULTIUSOS FABULOSO AROMA: LAVANDA, PASION FRUTAL (3 C/U) | | 6.00 CAJ | 17.00 | 102.00 | 04/12/2018 |
| | Schedule Total | | | | 102.00 | |
| | Item Total  000000000000000205 | | | | 102.00 | |
| 3- 1 | LIMPIADOR MULTIUSOS LYSOL SPRAY 19 ONZ EL POTE | | 5.00 CAJ | 19.80 | 99.00 | 04/12/2018 |
| | Schedule Total | | | | 99.00 | |
| | Item Total  000000000000000205 | | | | 99.00 | |

Req. 0000412391, RFQ: 159225

CONTESTAR AL E-MAIL:

oterocj@de.pr.gov

**Total PO Amount** | 330.60

**Authorized Signature**
DE   Juanita Otero Cristobal 2018-03-18 20:18:58



# TORCOS, INC.
**CHEMICAL & JANITORIAL SUPPLIES**

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1254  3400-3833
FAX: 787-276-3403

**Invoice Number:**
18-180459

**Invoice Date:**
19 Apr 2018

**Page:**
1

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR   00960

**Ship to:**
SU BOTIJAS II   857-0411
CARR 156 KM. 6 HM 2
BO. BOTIJAS II
OROCOVIS

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000065 | 00081-0000615015 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | NT | | 19/5/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INSMR.CLEAN12/28OZ. | MR.CLEAN 9/24 OZ. | 21.60 | 21.60 |
| 3.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 8.50 | 25.50 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION.  EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____  FIRMA _____

| | |
|---|---|
| Subtotal | 47.10 |
| Sales Tax | |
| Total Invoice Amount | 47.10 |
| Payment/Credit Applied | |
| **TOTAL** | 47.10 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

# Sales Order

**Sales Order Number:**
180459

**Sales Order Date:**
Mar 16, 2018

**Ship By:**
Mar 16, 2018

**Page:**
1

**Voice:**   787 276 1255, 1254
**Fax:**      787 276 3403

**Sold To:**
REGION EDUCATIVA BAYAMON
UNIDAD FISCAL REGIONAL
APARTADO 60920
BAYAMON, PR  00960

**Ship To:**
SU BOTIJAS II   857-0411
CARR 156 KM. 6 BM 2
BO. BOTIJAS II
Orocovis

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000065 | 00081-0000615015 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JUANITA OTERO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INSMR.CLEAN12/2 | MR.CLEAN 9/24 OZ. | 21.60 | 21.60 |
| 3.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 8.50 | 25.50 |

SIGNATURE _Maria Rivera_    DATE _18/04/18_    **Subtotal**    47.10
PRINT NAME _Maria Rivera_    HOUR _3:00_    **Sales Tax**
PIECES _____   B/O                          **TOTAL ORDER AMOUNT**   47.10

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO OP OR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA
LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE
CHARGES" MENSUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA
FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UN A DISPENSA PREVIA. LA A UNICA CONSIDERACION
PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL COTRATO HA SIDO EL PAGO ACORDADO O CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE
ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS
PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO  HAN SIDO PAGADOS.  FECHA _____
BAJO PENA DE NULIDAD  ABSOLUTA VERIFICO QUE
FIRMA_____

SC-744                                                     **Purchase Order**                    000065

# Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000615015 | 03/06/2018 | | 1 |

**Dispatch via E-Mail**

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Juanita Otero Cris | | | USD |

Vendor:  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   SU BOTIJAS II   787 8670411
           12724
           CARR 156 KM 6 HM 2 BO BOTIJAS 2
           OROCOVIS PR 00720
           Puerto Rico

190454

Bill To:   P.O. Box 190759
           San Juan PR 00919-0759
           Puerto Rico

Tax Exempt?  N     Tax Exempt ID:

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | DESINFECTANTE MR. CLEAN 28 ONZAS | | 1.00 CAJ | 21.60 | 21.60 | 03/06/2018 |
| | | | Schedule Total | | 21.60 | |
| | | | Item Total 000000000000000183 | | 21.60 | |
| 2- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 3.00 GAL | 8.50 | 25.50 | 03/06/2018 |
| | | | Schedule Total | | 25.50 | |
| | | | Item Total 000000000000001564 | | 25.50 | |

Replenishment Option:   Standard

Req. 000412534, RFQ: 159317

CONTESTAR AL E-MAIL:

oterocj@de.pr.gov

Total PO Amount                           47.10

**Authorized Signature**
DE   Juanita Otero Cristobal 2018-03-13 07:55:27

9/20/21 at 10:12:19.28

**TORCOS INC.**

**Aged Receivables**

**As of Sep 30, 2021**

Filter Criteria includes: 1) IDs: 000077; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-3 | 31- | 61-90 | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 000077<br>REGION EDUCATIVA DE<br>JOSE VILLA<br>787-852-1265 | 09-114497 | | | | 1,434.05 | 1,434.05 | 00081-0000046161 |
| | 12-138461 | | | | -0.60 | -0.60 | 00081-0000200018 |
| | 13-147458 | | | | 500.01 | 500.01 | 2013030 |
| | 13-155204 | | | | 69.67 | 69.67 | 00081-0000276515 |
| | 13-144101 | | | | 15.51 | 15.51 | 00081-0000236504 |
| | 15-164217 | | | | 115.86 | 115.86 | 0081-0000389130 |
| | 15-169256 | | | | 394.82 | 394.82 | 00081-0000459648 |
| | 18-180578 | | | | 892.96 | 892.96 | 00081-0000623789 |
| | 19-180879 | | | | 968.00 | 968.00 | 00081-0000630221 |
| 000077<br>REGION EDUCATIVA DE | | | | | 4,390.28 | 4,390.28 | |
| **Report Total** | | | | | 4,390.28 | 4,390.28 | |



# TORCOS,INC.
### CHEMICAL & JANITORIAL SUPPLIES

[ 787 ] 276 - 1255
[ 787 ] 276 - 1254
[ 787 ] 276 - 3403

P.O. BOX 29708  SAN JUAN, PR 00929 - 0782

# Invoice

**Invoice Number:**
19-180879

**Invoice Date:**
Jan 15, 2019

**Page:**
1

**Sold To:**
REGION EDUCATIVA DE HUMACAO
BOX 9340
HUMACAO, PR   00792-9340

**Ship to:**
ANA ROQUE DE DUPREY
CALLE DR. VIDAL # 3
852-1115
HUMACAO

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000077 | 00081-0000630221 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| NT | | | 2/14/19 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 9.00 | 54.00 |
| 10.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 25.00 | 250.00 |
| 3.00 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.50 | 55.50 |
| 4.00 | INS-4359 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 8.70 | 34.80 |
| 3.00 | FER-000435 | HAND SANITIZER 12/8 LUCKY | 16.00 | 48.00 |
| 7.00 | INSLESGAL | LESTOIL 128 OZ.  GALON | 40.00 | 280.00 |
| 3.00 | CPC-14278 | AJAX CLEANSER OXY BLEACH 24/21 | 27.90 | 83.70 |
| 8.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.00 | 144.00 |
| 2.00 | FER-920110 | MASCARILLAS (DUST MASKS)50 PIECES PER CASE | 5.00 | 10.00 |
| 4.00 | UD100068 | RECOGEDOR PLASTICO | 2.00 | 8.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_Region Educ. Humacao_ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTAA FACTURA Y SER
PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA
MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O
SERVICIOS OBJETO DEL CONTRATO HA SIDO PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.
LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION
HAN SIDO REALIZADOS. LOS PRODUCTOS HAN SIDO ENTREGADOS(LOS SERVICIOS
PROFECIONALES) Y NO HAN SIDO PAGADOS. FECHA
FIRMA _Betsy Aleman_

| | |
|---|---|
| Subtotal | 968.00 |
| Sales Tax | |
| Total Invoice Amount | 968.00 |
| Payment/Credit Applied | |
| **TOTAL** | 968.00 |

# Sales Order

**TORCOS INC.**
**P.O.BOX 29708**
**SAN JUAN, PR  00929**

**Sales Order Number:**
180879

**Sales Order Date:**
May 15, 2018

**Ship By:**
May 15, 2018

**Page:**
1

**Voice:**  787 276 1255, 1254
**Fax:**  787 276 3403

**Sold To:**
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

**Ship To:**
ANA ROQUE DE DUPREY
CALLE DR. VIDAL # 3
852-1115
HUMACAO

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 00081-0000630221 | |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| JOSE VILLA | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 9.00 | 54.00 |
| 10.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 25.00 | 250.00 |
| 3.00 | INS-513139-BOUN | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.50 | 55.50 |
| 4.00 | INS-4359 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 8.70 | 34.80 |
| (1) 3.00 | FER-000435 | HAND SANITIZER 12/8 LUCKY 2 Bl | 16.00 | 48.00 |
| (12) 28.00 | INSLESGAL | LESTOIL 128 OZ.  GALON / 6 6b | 10.00 | 280.00 |
| 3.00 | CPC-14278 | AJAX CLEANSER OXY BLEACH 24/21 | 27.90 | 83.70 |
| 8.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.00 | 144.00 |
| 2.00 | FER-920110 | MASCARILLAS (DUST MASKS)50 PIECES  PER CASE | 5.00 | 10.00 |
| 4.00 | UD100068 | RECOGEDOR PLASTICO | 2.00 | 8.00 |

SIGNATURE _____
PRINT NAME _____
PIECES _____  B/O _____

DATE  8/24/18
HOUR  3.00

| | |
|---|---|
| **Subtotal** | 968.00 |
| **Sales Tax** | |
| **TOTAL ORDER AMOUNT** | 968.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA O POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AAL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____
FIRMA _____

8/24/18

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR   00929*

# Sales Order

**Sales Order Number:**
180879-B

**Sales Order Date:**
Aug 27, 2018

**Ship By:**
Aug 27, 2018

**Page:**
1

**Voice:**  787 276 1255, 1254
**Fax:**   787 276 3403

**Sold To:**
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR   00792-9340

**Ship To:**
ANA ROQUE DE DUPREY
CALLE DR. VIDAL #3
787-852-1115
HUMACAO

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 00081-0000630221 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JOSE VILLA | NT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | CS. HAND SANITIZER 12/8 LUCKY  $16.00 CS. | | |
| 16.00 | | GALS. LESTOIL  128 OZ. GALLON  $$10.00 EA. | | |

SIGNATURE _(signature)_     DATE  *enero 11, 2019*     Subtotal        0.00
PRINT NAME  *Brenda L. Ortiz*     HOUR  *2:25 pm*     Sales Tax
PIECES _____  B/O ___     **TOTAL ORDER AMOUNT**       0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO OPOR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE PRODUCTOS DEL CONTRATO OBJERO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA A UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO O EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS.  FECHA _____
FIRMA _____          *MARCOS A.*

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor:  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000630221 | 04/06/2018 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| DE   Roberto Santiago V852-0010 | | | USD |

Ship To:  ANA ROQUE DE DUPREY  787-852-1115
30270
CALLE DR VIDAL NUM 3
HUMACAO PR 00791
Puerto Rico

Bill To:  PR
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | BLANQUEADOR LIQUIDO  CAJA DE 4 GALONES | | 6.00 CAJ | 9.00 | 54.00 | 04/06/2018 |
| | Schedule Total | | | | 54.00 | |
| | Item Total 000000000000000562 | | | | 54.00 | |
| 2- 1 | BOLSAS PLASTICAS PARA BASURA TAMAÑO 46"X 54" | | 10.00 CAJ | 25.00 | 250.00 | 04/06/2018 |
| | Schedule Total | | | | 250.00 | |
| | Item Total 000000000000000924 | | | | 250.00 | |
| 3- 1 | PAPEL TOALLA BOUNTY Caja de 13 rollos) | | 3.00 CAJ | 18.50 | 55.50 | 04/06/2018 |
| | Schedule Total | | | | 55.50 | |
| | Item Total 000000000000004287 | | | | 55.50 | |
| 4- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 4.00 GAL | 8.70 | 34.80 | 04/06/2018 |
| | Schedule Total | | | | 34.80 | |
| | Item Total 000000000000001564 | | | | 34.80 | |
| 5- 1 | HAND SANTIZER EN POTE DE 12 OZ | | 3.00 CAJ | 16.00 | 48.00 | 04/06/2018 |
| | Schedule Total | | | | 48.00 | |
| | Item Total 000000000000000926 | | | | 48.00 | |
| 6- 1 | LIMPIADOR MULTIUSOS | | 7.00 CAJ | 40.00 | 280.00 | 05/06/2018 |
| | Schedule Total | | | | 280.00 | |
| | LIMPIADOR LESTOIL DE CAJA DE4/1GL | | | | | |
| | Item Total 000000000000000205 | | | | 280.00 | |
| 7- 1 | LIMPIADOR MULTIUSOS | | 3.00 CAJ | 27.90 | 83.70 | 05/06/2018 |
| | Schedule Total | | | | 83.70 | |
| | AJAX EN POLVO CAJA DE 24/14OZ | | | | | |
| | Item Total 000000000000000205 | | | | 83.70 | |
| 8- 1 | PAPEL MARRON PARA SECAR MANOS | | 8.00 CAJ | 18.00 | 144.00 | 04/06/2018 |

Authorized Signature
DE   Roberto Santiago Vellón 2018-04-10 14:11:01

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf.
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order 00081-0000630221 | Date 04/06/2018 | Revision | Page 2 |
|---|---|---|---|
| Payment Terms Net 2 | Freight Terms Destination | | Ship Via US Mail |
| Buyer DE   Roberto Santiago V852-0010 | | Phone | Currency USD |

Vendor:  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   ANA ROQUE DE DUPREY   787-852-1115
30270
CALLE DR VIDAL NUM 3
HUMACAO PR 00791
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                                   Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 144.00 | |
| | | | Item Total 000000000000004960 | | 144.00 | |
| 9- 1 | MASCARILLAS DESECHABLES S.F (OC) 2010-008 PROTECTORAS CONTRA EL POLVO, GASES Y OTROS INHALANTES. DAJA DE 50. | | 2.00 CAJ | 5.00 | 10.00 | 05/06/2018 |
| | | | Schedule Total | | 10.00 | |
| | | | Item Total 000000000000000212 | | 10.00 | |
| 10- 1 | RECOGEDOR DE BASURA PLASTICO CON MANGO MADERA S.F (OC) 2010-008 | | 4.00 UNO | 2.00 | 8.00 | 04/06/2018 |
| | | | Schedule Total | | 8.00 | |
| | | | Item Total 000000000000000570 | | 8.00 | |

ESCUELA SUP. ANA ROQUE, HUMACAO

Total PO Amount              968.00

Authorized Signature
DE   Roberto Santiago Vellón 2018-04-10 14:11:01



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
( 787 ) 276 - 1255
( 787 ) 276 - 1254
( 787 ) 276 - 3493

INVOICE:        18-180578
INVOICE DATE: 22 DE OCTUBRE 2018
PAGE            1

**Bill To:**

REGION EDUCATIVA DE HUMACAO
BUZON 9340
HUMACAO, PR 00792-9340

**Ship To:**

JUAN A SANCHEZ 734-4347
CARR 946 KM 0.9 BO PLACITA
JUNCOS,, PR

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | |
|---|---|---|---|
| 000077 | 00081-0000623769 | NET 30 DAYS | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787-923-1979 | BAS | | 21/11/18 |

| Quantity | Item | Description | Unit price | Amount |
|---|---|---|---|---|
| 1 | FER-049206238558 | CARRITO MANGUERA | 46.95 | 46.95 |
| 3 | CS239 | FOAM AWSY DESINF 12/19 | 22.00 | 66.00 |
| 2 | INS-904343 | AIRWICK 12/8 | 13.50 | 27.00 |
| 9 | PS-00015 | ESCOBA ALPHA | 1.99 | 17.91 |
| 19 | MOP-UB012 | MAPO ROSCA STAR NUM 12 | 2.20 | 41.80 |
| 19 | UD100143 | PALO DE MAPO | | |
| 22 | BAGS385815K | BOLSAS 38581.5K 100CS | 23.00 | 506.00 |
| 5 | INS-L75610 | LYSOL DESINFE 144 GL | 8.99 | 44.95 |
| 5 | UD100068 | RECOGEDOR PLASTICO | 1.99 | 9.95 |
| 3 | INS-9262080 | PROFORCE MICROFIBRA | 9.00 | 27.00 |
| 1 | INS6401986 | COTTONELL 24 ROLLOS | 18.50 | 18.50 |
| 2 | INS-513139 | BOUNTY ROLL TOWEL 15R | 18.55 | 37.10 |
| 1 | DOP-BRAR03-009 | BLACK RAIDER 12/9 CUCARACHAS | 18.00 | 18.00 |
| 5 | FER-RASTRILLO METAL | RASTRILLO METAL | 5.90 | 11.80 |
| | UD100151 | CUBO CASERO CON EXPRIMIDOR | 4.00 | 20.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 892.96 |
| SALES TAX | | |
| TOTAL INVOICE AMOUNT | | 892.96 |
| **TOTAL** | | 892.96 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES
PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTAA FACTURA Y SER PARTE O TENER
INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA
SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION.  EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS
DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS(LOS SERVICIOS PROFECIONALES) Y NO HAN SIDO PAGADOS.
FECHA_____ FIRMA_____.

TORCOS INC.
P.O BOX 29708
SAN JUAN, PR   00929

# Sales Order

Sales Order Number:
180678

Sales Order Date:
Apr 5, 2018

Ship By:
Apr 5, 2018

Page:
1

Voice:   787 276 1255, Ext4
Fax:     787 276 3403

**Sold To:**
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

**Ship To:**
JUAN A SANCHEZ    734-4347
CARR 946 KM. 0   BM. 0
BO. PLACITA
JUNCOS    *pabellon*   *322-3199*

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 00081-0009C82799 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JOSE VILLA | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | FER-04920G22305 | CARRITO PARA MANGUERA | 46.95 | 46.95 |
| 3.00 | CS235 | FOAM AWAY GERMICIDAL DISINFECTANT CLEANER 12/19 OZ | 22.00 | 66.00 |
| 2.00 | INS-904373 | AIRWICK  12/8 OZ | 13.50 | 27.00 |
| 9.00 | IS-00015 | ESCOBA ALPHA | 1.99 | 17.91 |
| 19.00 | MOP-UB012 | MAYO DE ROSCA STAR NUM # 12 ROSCA | 2.20 | 41.80 |
| 19.00 | UD100183 | PALO DE ROSCA 4' (48") | | |
| 22.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 23.00 | 506.00 |
| 5.00 | INS-1758610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 8.99 | 44.95 |
| 5.00 | UD100088 | RECOGEDOR PLASTICO | 1.99 | 9.95 |
| 3.00 | INS926000 | PROFORCE PAÑOS DE MICROFIBRA | 9.00 | 27.00 |
| 1.00 | INS6401986 | COTTONELLE TOILET TISSUE SINGLE ROLL 24 ROLLOS | 18.50 | 18.50 |
| 2.00 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.55 | 37.10 |
| 1.00 | DOF SRAP03-009 | BLACK RAIDER INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ | 18.00 | 18.00 |
| 2.00 | FER-RASTRILLO | RASTRILLO DE METAL 18" | 5.90 | 11.80 |
| 5.00 | UD100151 | CUBO CASERO EXPRIMIDOR | 4.00 | 20.00 |

SIGNATURE *Lizette Miranda*   DATE *11 mayo 2018*   Subtotal   892.96

PRINT NAME *Lizette Miranda*   HOUR *3:59*   Sales Tax

PIECES _____   B/O   **TOTAL ORDER AMOUNT**   892.96

NO ACEPTAMOS RECLAMACIONES DE... MERCANCIA DE... HECHA LA PREPARACION... ESTA... DE STOCK... TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 15 DE JULIO SE ESTA CERRANDO EL 15% DE SALE TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA A LSA CONDICIONES AL DORSO DE ESTA SI NO HAY CARGO DE MANEJO

NINGUN SERVIDOR PUBLICO DE... ES PARTE O TIENE A CUN INTERES ENT AS GANANCIAS O BENEFICIOS PRODUCTO... DEL CONTRATO OBJECTO DE ESTA FACTURA Y SER PARTE... INTERES ENT AS GANANCIAS O BENEFICIOS PRODUCTO... DEL CONTRATO... MEDIANO EN DESEMPENA... LA HABIDA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO... EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTI Y CORRECTO. LOS TRABAJOS DE CONSTRUC... QUE HAN SIDO CORRECTO... LOS TRABAJOS DE CONSTRUCCION... NO HAN SIDO PAGADOS... QUE PRODUCTO... HAN SIDO ENTREGADOS O LOS SERVICIOS PRESTADOS HAN SIDO... Y NO HAN SIDO PAGADOS    FECHA FIRMA

# Sales Order

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR. 00929*

**Sales Order Number:**
180578-B

**Sales Order Date:**
May 14, 2018

**Ship By:**
May 14, 2018

**Page:**
1

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

**Sold To:**
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

**Ship To:**
JUAN A. SANCHEZ
CARR 946 KM 0.9
BO. PLACITA
JUNCOS
787-322-3199

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 00081-0000623789 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JOSE VILLA | NT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 22.00 | | CAJAS DE BOLSAS  3858150K 55 GALS. BLACK 100/CS. $23.00 CS. | | |
| 1.00 | | COTTONELL TOILET TISSUE SINGLE ROLL 24 ROLLS $18.50  EA. PACK | | |

*B.O*  *falta*

SIGNATURE
PRINT NAME
PIECES _____ B/O _____

DATE _7 agosto 18_
HOUR _11:38_

| | |
|---|---|
| **Subtotal** | 0.00 |
| **Sales Tax** | |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AAL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA URA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UN A DISPENSA PREVIA. LA A UNICA CONSIDERACION MINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE TURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS S HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _6/7/18_

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

**Sales Order**

Sales Order Number:
180578-B1

Sales Order Date:
Aug 6, 2018

Ship By:
Aug 6, 2018

Page:
1

Voice:  787 276 1255, 1254
Fax:    787 276 3403

Sold To:
DEPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship To:
JUAN A SANCHEZ
CARR 946 KM 0.9
BO PLACITA
JUNCOS, PR

*Soely Medina*
*Sra. 787-955-7014   * Circa Com. Juncos*
*PLAZA*

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 090077 | 00091-0000623709 | |
| Customer Contact | Customer Service Name | Payment Terms |
| JOSE VILLA | ART | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | COTTONEL TOILET TISSUE SINGLE ROLL 24 ROLL PACK @ $18.50 PER PACK | | |

SIGNATURE
PRINT NAME
PIECES                    B/O

DATE  *10/19/18*
HOUR  *4:00 pm*

Subtotal            0.00
Sales Tax
**TOTAL ORDER AMOUNT**   0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA POR TORCO O POR OVER STOCK.  TODA RECLAMACION DEBE SER NOTIFICADA A EL PROXIMO DIA LABORABLE. DESDE EL 1 DE JULIO SE ESTA ACREDITANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR SALE CHARGES MENSUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIO OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION.  EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS SE HAN REALIZADO, LOS PRODUCTOS HAN SIDO ENTREGADOS O LOS SERVICIOS PRESTADOS Y NO HAN SIDO PAGADOS.  FECHA _____ FIRMA

*Mariscos A.*

SC-744

# Purchase Order

Dispatch via E-Mail

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000623789 | 03/20/2018 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE Roberto Santiago V652-0010 | | | USD |

Vendor: 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To: JUAN A SANCHEZ 787-734-4347
30734
CARR 946 KM 0 HM 9 BO PLACITA
JUNCOS PR 00777
Puerto Rico

Bill To: PR
Puerto Rico

Tax Exempt? N  Tax Exempt ID:  Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CARRITO PARA MANGUERA HEAVY DUTY S.F (OC) 2010-008 CON RUEDAS DE HASTA 100 PIES, GARANTIA DE 30 DIAS | | 1.00 UNO | 46.95 | 46.95 | 04/19/2018 |
| | Schedule Total | | | | 46.95 | |
| | Item Total 00000000000000678 | | | | 46.95 | |
| 2- 1 | DESODORANTES/DESINFECTANTES S.F. (OC) 2010-008 "SPRAY-ON/WIFE-OFF" PARA SUPERFICIE DE TRABAJO 19 ONZAS CAJA DE 12. | | 3.00 CAJ | 22.00 | 66.00 | 04/19/2018 |
| | Similar a Lysol Spray | | | | | |
| | Schedule Total | | | | 66.00 | |
| | Item Total 00000000000000598 | | | | 66.00 | |
| 3- 1 | AEROSOL DE OLOR SPRAY DE OLOR (ESPECIFICAR) | | 2.00 CAJ | 13.50 | 27.00 | 03/20/2018 |
| | Schedule Total | | | | 27.00 | |
| | Similar a Glade Spray | | | | | |
| | Item Total 00000000000010672 | | | | 27.00 | |
| 4- 1 | ESCOBAS CON PALO | | 9.00 UNO | 1.99 | 17.91 | 03/20/2018 |
| | Schedule Total | | | | 17.91 | |
| | Item Total 00000000000000191 | | | | 17.91 | |
| 5- 1 | MAPOS | | 19.00 UNO | 2.20 | 41.80 | 03/20/2018 |
| | Schedule Total | | | | 41.80 | |
| | Mapos con palos | | | | | |
| | Item Total 00000000000000210 | | | | 41.80 | |
| 6- 1 | BOLSAS PLASTICAS PARA BASURA TAMAÑO 46"X 54" | | 22.00 CAJ | 23.00 | 506.00 | 03/20/2018 |
| | Schedule Total | | | | 506.00 | |

Bolsas de basura para zafacones de 55 galones.

Authorized Signature
DE Roberto Santiago Vellón 2018-03-21 16:33:22

**SC-744**

# Purchase Order

**Dispatch via E-Mail**

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000623789 | 03/20/2018 | | 2 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 2 | Destination | | US Mail |
| **Buyer** | | **Phone** | **Currency** |
| DE   Roberto Santiago V852-0010 | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** JUAN A SANCHEZ  787-734-4347
30734
CARR 948 KM 0 HM 9 BO PLACITA
JUNCOS PR 00777
Puerto Rico

**Bill To:** PR
Puerto Rico

**Tax Exempt?** N   **Tax Exempt ID:**      **Replenishment Option:** Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | Item Total 00000000000000924 | | | | 506.00 | |
| 7- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 5.00 GAL | 8.99 | 44.95 | 03/20/2018 |
| | Schedule Total | | | | 44.95 | |
| | Item Total 00000000000001564 | | | | 44.95 | |
| 8- 1 | RECOGEDOR DE BASURA PLASTICO CON MANGO MADERA S.F (OC) 2010-008 | | 5.00 UNO | 1.99 | 9.95 | 03/20/2018 |
| | Schedule Total | | | | 9.95 | |
| | Item Total 00000000000000570 | | | | 9.95 | |
| 9- 1 | PAÑOS DE LIMPIEZA DE MICRO FIBRA S.F. (O.C.)2010-008 QUE PUEDAN UTILIZARSE MOJADOS Y SECCS. 12/PAQUETE. | | 3.00 CAJ | 9.00 | 27.00 | 04/19/2018 |
| | Schedule Total | | | | 27.00 | |
| | Item Total 00000000000000575 | | | | 27.00 | |
| 10- 1 | PAPEL SANITARIO COLOR BLANCO S.F (OC) 2010-008 ("TWO PLY"). INDUSTRIAL DOMESTICO. 96 ROLLO DE 500 HOJAS. RESISTENTE | | 1.00 CAJ | 18.50 | 18.50 | 04/19/2018 |
| | Schedule Total | | | | 18.50 | |
| | Similar a Charmin | | | | | |
| | Item Total 00000000000000417 | | | | 18.50 | |
| 11- 1 | PAPEL TOALLA BOUNTY Caja de 13 rollos) | | 2.00 CAJ | 18.55 | 37.10 | 03/20/2018 |
| | Schedule Total | | | | 37.10 | |
| | Item Total 00000000000004287 | | | | 37.10 | |
| 12- 1 | INSECTICIDA PARA CUCARACHAS DE (9 OZ) CAJA DE 12 | | 1.00 CAJ | 18.00 | 18.00 | 04/19/2018 |
| | Schedule Total | | | | 18.00 | |
| | Item Total 00000000000000730 | | | | 18.00 | |
| 13- 1 | RASTRILLO (ESPECIFICAR) | | 2.00 UNO | 5.90 | 11.80 | 03/20/2018 |
| | Schedule Total | | | | 11.80 | |

**Authorized Signature**
DE   Roberto Santiago Vellón 2018-03-21 16:33:22

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000623789 | 03/20/2018 | | 3 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE Roberto Santiago V852-0010 | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** JUAN A SANCHEZ 787-734-4347
30734
CARR 946 KM 0 HM 9 BO PLACITA
JUNCOS PR 00777
Puerto Rico

**Bill To:** PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | Rastrillo en metal | | | | | |
| | | | Item Total  00000000000011548 | | 11.80 | |
| 14- 1 | CUBO PLASTICO CON EXPRIMIDOR DE MAPO | | 5.00 UNO | 4.00 | 20.00 | 04/19/2018 |
| | | | Schedule Total | | 20.00 | |
| | | | Item Total  00000000000000178 | | 20.00 | |

ESCUELA JUANA SANCHEZ, JUNCOS

**Total PO Amount**                                    892.96

**Authorized Signature**
DE  Roberto Santiago Vellón 2018-03-21 16:33:22



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
15-169256

Invoice Date:
16 Jul 2015

Page:
1

Sold To:
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship to:
EDUARDO GARCIA CARRILLO
CARR 186 KM 7 HM 5
BO. CAMPO RICO
CANOVANAS

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000077 | 00081-0000459648 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | GT | | 15/8/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-L2075 | LESTOIL 15/28 OZ ORIGINAL | 36.94 | 110.82 |
| 12.00 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.50 | 222.00 |
| 4.00 | DOP-DL03128 | DISH WASH 4 GAL | 15.50 | 62.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANÁNCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 394.82 |
| Sales Tax | |
| Total Invoice Amount | 394.82 |
| Payment/Credit Applied | |
| **TOTAL** | 394.82 |

TO___S INC.
P.O.BOX 29708
SAN JUAN, PR 00929

**Sales Order**

Sales Order Number:
169256

Sales Order Date:
Jul 14, 2015

Ship By:
Jul 14, 2015

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

Sold To:
DEPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship To:
EDUARDO GARCIA CARRILLO
CARR 186 KM 7 HM 5
BO. CAMPO RICO
CANOVANAS

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 00081-0000459648 | |
| Customer Contact | Customer Service Name | Payment Terms |
| JOSE VILLA | MP | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-L2075 | LESTOIL 15/28 OZ ORIGINAL | 36.94 | 110.82 |
| 12.00 | INS-513139-BOUN BOUNTY ROLL TOWEL 15 ROLLS REGULAR | | 18.50 | 222.00 |
| 4.00 | DOF-DL03128 | DISH WASH 4 GAL | 15.50 | 62.00 |

SIGNATURE
PRINT NAME     *Jessica Lamb*
PIECES         B/O

DATE   7/15/15
HOUR   2:23 pm

Subtotal        394.82
Sales Tax
**TOTAL ORDER AMOUNT        394.82**

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

SC-744                                     **Purchase Order**

**Departamento de Educacion PR**                                    Dispatch via Print

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000459648 | 07/13/2015 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Roberto Santiago V852-0010 | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929



Ship To:  EDUARDO GARCIA CARRILLO   787-886-2200
34928
CARR 186 KM 7 HM 5 BO CAMPO RICO
CANOVANAS PR 00729
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:                        Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | MATERIALES GENERALES SALÓN DE CLASES Y/O ESCUELA | | 3.00 UNO | 36.94 | 110.82 | 07/13/2015 |
| | | | Schedule Total | | 110.82 | |
| | 24 potes de lestoil para uso de taller de hojalatería y pintura | | | | | |
| | | | Item Total 000000000000000704 | | 110.82 | |
| 2- 1 | PAPEL TOALLA | | 12.00 ROL | 18.50 | 222.00 | 07/13/2015 |
| | | | Schedule Total | | 222.00 | |
| | 12 paquetes de 12 rollos grandes de papel toalla bounty para uso de taller de hojalatería y pintura | | | | | |
| | | | Item Total 000000000000002816 | | 222.00 | |
| 3- 1 | LIQUIDO DE FREGAR.  S. F. (OC) 2010-008 CAJA DE 4 GALONES. | | 4.00 UNO | 15.50 | 62.00 | 08/12/2015 |
| | | | Schedule Total | | 62.00 | |
| | 25 potes de liquid de fregar para uso de taller de vocacional industrial | | | | | |
| | | | Item Total 000000000000000725 | | 62.00 | |

ESCUELA VOCACIONAL EDUARDO GARCIA CARRILLO, CANÓVANAS

Total PO Amount          394.82

Authorized Signature



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
15-164217

Invoice Date:
4 Mar 2015

Page:
1

Sold To:
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR   00792-9340

Ship to:
RAFAEL N COCA
31302 CALLE FERNANDEZ GARCIA
FINAL
LUQUILLO
787-889-3243

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000077 | 0081-0000389130 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | GT | | 3/4/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | MED-ALCO | ALCOHOL WIPES | 8.00 | 24.00 |
| 2.00 | MED-GAS 2 X 2 | GAZA  2 X 2 4PLY    50/PACK | 5.50 | 11.00 |
| 3.00 | MED-GAZA93042 | GAZA 3X3 4PLY    25/PACK | 5.50 | 16.50 |
| 2.00 | MED-BANDAGE | CURITAS BAND-A SHEER ASS40 | 4.90 | 9.80 |
| 2.00 | MED-03240 | GIANTES NITRILE LARGE 100CS | 8.00 | 16.00 |
| 0.25 | INS-AGUAOXI | AGUA OXIGENADA 3% 16 ** 3 POTES** | 26.40 | 6.60 |
| 4.00 | MED-BETADINE PADS | BETADINE PADS   CS-100 | 7.99 | 31.96 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____  FIRMA _____.

| | |
|---|---|
| Subtotal | 115.86 |
| Sales Tax | |
| Total Invoice Amount | 115.86 |
| Payment/Credit Applied | |
| **TOTAL** | 115.86 |

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR 00920

Voice: 787 275 1255, 1254
Fax: 

**Sales Order**

Sales Order Number:
164217

Sales Order Date:
Aug 14, 2014

Ship By:
Aug 14, 2014

Page

Sold To:
DEPTO. EDUCACION SECTOR HUMACAO
BOX 9340
HUMACAO, PR 00791-9340

Ship To:
RAFAEL H COCA
#2302 CALLE FERNANDEZ GARCIA
FINAL
JUNCOS
787-

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 600077 | 0052-0000166130 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JOSE VILLA | NEW ENGLAND | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | MED-ALCO | ALCOHOL MEDIC | 5.00 | 24.99 |
| 2.00 | MED-GAS 2X2 | GASA 2 X 2 4PLY 25/PACK | 9.00 | 21.99 |
| 1.00 | MED-GASASQG92 | GASA 2X2 NO 8 20/CAJA | 1.50 | 10.20 |
| 2.00 | MED-BANDAGE | CURITAS BAND-A PRIETA ASRTD | 1.90 | 3.50 |
| 2.00 | MED-G2040 | GUANTES NITRILO LARGE 100CT | 9.00 | 21.90 |
| 0.17 | END-AGUAOXI | AGUA OXIGENADA 31 15 FN J 2 SYRENT | 26.90 | 5.00 |
| 1.00 | MED-BETADINE CARDBOARD GALLON 35.00 | | 1.00 | 21.90 |

SIGNATURE: _Noemi Nieves_

PRINT NAME: Noemi Nieves Perez

FECHA: 12-3-14 / 2/4

Subtotal

Sales Tax

TOTAL ORDER AMOUNT

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA NO DESPACHADA, POR PRECIO O POR OTRA STOCK. TODA RECLAMACION POR UN ROTURA/DE MERCANCIA LABORABLE, DESDE EL MOMENTO DE ESTA COBRANDO SI 1 POR SANTO CUALQUIER CAMBIOS/TO NINGUN ESTA ORDEN ESTA BAJO EL DIA POR UNA OFINA, 2 REGISTRAL.

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR 00929

**Sales Order**

Sales Order Number:
164217-8

Sales Order Date:
Dec 4, 2014

Ship By:
Dec 4, 2014

Page:
1

Voice:   787 276 1255, 1254
Fax:      787 276 3903

Sold To:
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship To:
RAFAEL N COCA
31302 CALLE FERNANDEZ GARCIA
FINAL
LUQUILLO
787-889-3243

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 006077 | 20021-00000089150 | |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| JOSE VELLA | VP | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | | ALCOHOL WIPES | | |
| 2.00 | | TOALLAS BABY-A  #EER A8345 | | |

SIGNATURE _____ *(signature)* DATE 3/Marzo/15

PRINT NAME Eugenio Garcia Carrión

Auxiliar Administrador

REC/DES _____ 9/7

Subtotal                          3.00
Sales Tax                         0.40
TOTAL ORDER AMOUNT                0.40

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 7% DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000389130 | 08/11/2014 | | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Mikey Rivera Soto | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** RAFAEL N COCA   787 8893243
31302
CALLE FERNANDEZ GARCIA FINAL
LUQUILLO PR 00773
Puerto Rico

**Bill To:** PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:            Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | ALCOHOL  TOALLITAS | | 3.00 CAJ | 8.00 | 24.00 | 08/11/2014 |
| | Alcohol (pads) | | Schedule Total | | 24.00 | |
| | | | Item Total 00000000000000866 | | 24.00 | |
| 2- 1 | GAZAS (DIFERENTES TAMAÑOS) | | 5.00 CAJ | 5.50 | 27.50 | 08/11/2014 |
| | Gazas | | Schedule Total | | 27.50 | |
| | | | Item Total 00000000000001075 | | 27.50 | |
| 3- 1 | CURITAS DIFERENTES TAMAÑOS | | 2.00 CAJ | 4.90 | 9.80 | 08/11/2014 |
| | Curitas caja surtida | | Schedule Total | | 9.80 | |
| | | | Item Total 00000000000001074 | | 9.80 | |
| 4- 1 | GUANTES NITRILO | | 2.00 CAJ | 8.00 | 16.00 | 08/11/2014 |
| | Guantes ( nitro Azul ) | | Schedule Total | | 16.00 | |
| | | | Item Total 00000000000002810 | | 16.00 | |
| 5- 1 | AGUA OXIGENADA | | 3.00 UNO | 2.20 | 6.60 | 08/11/2014 |
| | Agua Oxigenada | | Schedule Total | | 6.60 | |
| | | | Item Total 00000000000000862 | | 6.60 | |
| 6- 1 | BETADINE | | 4.00 UNO | 7.99 | 31.96 | 08/11/2014 |
| | betadine ( pads ) 2 cajas | | Schedule Total | | 31.96 | |
| | | | Item Total 00000000000002967 | | 31.96 | |

**Authorized Signature**

01:46:11 p.m. 08-12-2014 18/3151

Ago 12 2014 1:39PM Compras Reg Edu Humacao 850350 pag 3

SC-744

# Purchase Order

Dispatch via Print

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000389130 | 08/11/2014 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Mikey Rivera Soto | | | USD |

**Vendor:**   660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   RAFAEL N COCA   787 8893243
31302
CALLE FERNANDEZ GARCIA FINAL
LUQUILLO PR 00773
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

Total PO Amount                              115.86

Authorized Signature

# Invoice



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

**Invoice Number:**
13-155204

**Invoice Date:**
7 Nov 2013

**Page:**
1

Sold To:
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship to:
PARCELAS SUARES 876-1878
CALLE 2 CARR 187 MPARCELAS
SUAREZ
LOIZA

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| 000077 | 00081-0000276515 | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | | **Ship Date** | **Due Date** |
| | GT | | | 7/12/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | DOP-BRFI-03-009 | INSECTICIDA  MOSQUITOS ORIGINAL 12/9 OZ | 17.10 | 17.10 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.10 | 17.10 |
| 1.00 | INS-CL00136 | CLOROX  WIPES DESINFECTANTE 4 POR CASE 78 TOALLITAS | 14.50 | 14.50 |
| 3.00 | INS-L992782 | LYSOL 3 PER PACK 19 OZ. AEROSOQUE SEA 3 POTESL | 6.99 | 20.97 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 69.67 |
| Sales Tax | |
| Total Invoice Amount | 69.67 |
| Payment/Credit Applied | |
| **TOTAL** | 69.67 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

Sales Order Number:
155204

Sales Order Date:
Oct 31, 2013

Ship By:
Oct 31, 2013

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

Sold To:
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship To:
PARCELAS SUARES 876-1878
CALLE 2 CARR 187 MPARCELAS
SUAREZ
LOIZA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 00081-0000276515 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JOSE VILLA | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | DOF-BRFI-03-009 | INSECTICIDA  MOSQUITOS ORIGINAL 12/9 OZ | 17.10 | 17.10 |
| 1.00 | DOF-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.10 | 17.10 |
| 1.00 | INS-CL00136 | CLOROX  WIPES DESINFECTANTE 4 POR CASE 78 TOALLITAS | 14.50 | 14.50 |
| 3.00 | INS-L992782 | LYSOL 3 PER PACK 19 OZ. AEROSOQUE SEA 3 PCR BRAVILITAN | 6.99 | 20.97 |



SIGNATURE  *Carlos J. Lanzot Cr*   DATE  6 NOV 2013     Subtotal         69.67
PRINT NAME  *CARLOS J. LANZOT CRUZ*  HOUR  9:11 AM      Sales Tax
PIECES _____  B/O _____          **TOTAL ORDER AMOUNT**       69.67

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

03:33:14 p.m. 10-17-2013    2    7878503151

Oct  17  2013  3:29PM  Compras  Reg  Educ  Humacao  7878503151        pag  2

# Purchase Order

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0002276515 | 03/20/2013 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Roberto Santiago V852-0011 | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  PARCELAS SUAREZ   787-876-1878
31179
CALLE 2 CARR 187 PARCELAS SUAREZ
LOIZA PR 00772
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt? N      Tax Exempt ID:                                   Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1  INSECTICIDAS PARA MOSCAS Y MOSQUITOS S.F (OC) 2010-008 UNIDADES DE 9 ONZAS Y EN CAJAS DE 12. | | 1.00 CAJ | 17.10 | 17.10 | 03/20/2013 |

Schedule Total                                17.10
Contract Line: 0      Category Line:  0   Release: 2156
Item Total 000000000000000661                 17.10

Contract ID:   08120120275

| 2- 1  INSECTICIDAS PARA CUCARACHAS Y HORMIGAS S.F (OC) 2010-008 UNIDADES DE 9 ONZAS Y EN CAJA DE 12. | | 1.00 CAJ | 17.10 | 17.10 | 03/20/2013 |

Schedule Total                                17.10
Contract Line: 0      Category Line:  0   Release: 2157
Item Total 000000000000000662                 17.10

Contract ID:   08120120275

| 3- 1  TOALLAS S.F (OC) 2010-008 DESINFECTANTES DESECHABLES. ELIMINE EL 99.9% DE LOS GERMENES COMUNES SIN NECESIDAD DE AGUA. PAQUETE DE 4. | | 1.00 DOC | 14.50 | 14.50 | 03/20/2013 |

Schedule Total                                14.50
Contract Line: 0      Category Line:  0   Release: 2158
Item Total 000000000000001627                 14.50

Contract ID:   08120120275

| 4- 1  LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 3.00 GAL | 6.99 | 20.97 | 03/20/2013 |

Schedule Total                                20.97
Contract Line: 0      Category Line:  0   Release: 2159

Contract ID:   08120120275
UN PAQ DE 3

Item Total 000000000000001564                 20.97

DESPACHAR EN LA ESCUELA PARCELAS SUAREZ, LOIZA

Total PO Amount                 69.67

Authorized Signature



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
13-147458

Invoice Date:
10 May 2013

Page:
1

Sold To:
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR  00792-9340

Ship to:
CARR 901 KM 8.4 BO CAMINO NUEVO
YABUCOA

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| 000077 | 2013030 | | C.O.D. |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | GT | | 9/6/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BAGS404822K | BAGS 45 GALS. 22 MICRONS BLACK 250/CS. | 19.09 | 19.09 |
| 1.00 | FER020110V | MANGUERA 100 X 5/8" VERDE | 30.99 | 30.99 |
| 2.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 95.48 | 190.96 |
| 3.00 | INS-CICLONE-6 | CICLONE CLORO 6/128 OZ. | 11.40 | 34.20 |
| 2.00 | PAP 30/80 DOMESTIC | KITCHEN DOMESTIC ROLL TOWEL 30/CS | 20.34 | 40.68 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.10 | 17.10 |
| 1.00 | DOP-DL03128 | DISH WASH 4 GAL | 14.82 | 14.82 |
| 2.00 | INS-F505084 | FABULOSO 12/28 OZ. | 17.80 | 35.60 |
| 1.00 | UD100093 | SANIBALL BOWL BRUSH | 13.56 | 13.56 |
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 37.62 | 37.62 |
| 1.00 | RUB2643GR | 44 GLS BRUTE CONTAINER    COLOR NEGRO CON RUEDA Y TAPA | 49.99 | 49.99 |
| 2.00 | INS926080 | PROFORCE PAÑOS | 7.70 | 15.40 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 500.01 |
| Sales Tax | |
| Total Invoice Amount | 500.01 |
| Payment/Credit Applied | |
| **TOTAL** | 500.01 |

# TORCOS INC.
# P.O. BOX 29708
# SAN JUAN, PR 00929

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

# Sales Order

**Sales Order Number**
147458

**Sales Order Date**
Mar 3, 2013

**Ship By:**
Mar 3, 2013

**Page:**
1

**Sold To:**
DPTO. EDUCACION REGION HUMACAO
BOX 9340
HUMACAO, PR 00792-9340

**Ship To:**
CARR 901 KM 8.4 BO CAMINO NUEVO
YABUCOA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000077 | 2013030 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JOSE VILLA | NEW ENGLAND | C. O. D. |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BAGS404822K | BAGS 45 GALS. 22 MICRONS BLACK 250/CS. | 19.09 | 19.09 |
| 1.00 | FER020110V | MANGUERA 100 X 5/8" VERDE | 30.99 | 30.99 |
| 2.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 95.48 | 190.96 |
| 3.00 | INS-CICLONE-6 | CICLONE CLORO 6/128 OZ. | 11.40 | 34.20 |
| 2.00 | PAP 30/80 DOMEST | KITCHEN DOMESTIC ROLL TOWEL 30/CS | 20.34 | 40.68 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.10 | 17.10 |
| 1.00 | DOP-DL03128 | DISH WASH 4 GAL | 14.82 | 14.82 |
| 2.00 | INS-F505084 | FABULOSO 12/28 OZ. | 17.80 | 35.60 |
| 1.00 | UD100093 | SANIBALL BOWL BRUSH | 13.56 | 13.56 |
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 37.62 | 37.62 |
| 1.00 | RUB2643GR | 44 GLS BRUTE CONTAINER     COLOR NEGRO CON RUEDA Y TAPA | 49.99 | 49.99 |
| 2.00 | INS926080 | PROFORCE PAÑOS | 7.70 | 15.40 |

SIGNATURE

PRINT NAME   Narelis Espinos

PIECES _____   BACK ORDER _____

DATE   9/ mayo

HOUR _____

| | |
|---|---|
| Subtotal | 500.01 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 500.01 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

01-03-'13 11:34 FROM-Unidad Fiscal Compra (787264631)

EC-4

**ORDEN DE COMPRA**

| | |
|---|---|
| Escuela: | FRANCISCO SUSTACHE |
| Código: | 32441 |
| Distrito: | Humacao |

| | |
|---|---|
| Orden Núm: | 2013030 |
| Fecha: | 2/19/2013 |
| Subasta: | |
| Fecha de Entrega: | |

Suplidor: Torco Chemical & Janitorial (2676)

Entregar a: CARR 901 KM 8.4 BO CAMINO NUEVO, YABUCOA

Dirección: P.O. Box. 29708,San Juan, P.R. 0000

S.S. Patronal: 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

Teléfono: (787) 276-1255

Persona Contacto:

Teléfono: (787) 893-4630

Roberto Santiago

Firma Comprador

Firma de Director Escolar o Representante Autorizado

Aportación: $510.00

Cuenta Núm: 2013-111-4101-1008

| | Descripción del Equipo | Cantidad | Detalles o Subtotal | Precio Unidad | Importe |
|---|---|---|---|---|---|
| 1 | Bolsa basura 40x48 | 1 | | $19.09 | $19.09 |
| 2 | Manguera 100' | 1 | | $30.99 | $30.99 |
| 3 | Hand sanitizer caja 12 | 2 | | $95.48 | $190.96 |
| 4 | Paños limpieza seco o mojado | 2 | | $7.70 | $15.40 |
| 5 | Blanqueador | 3 | | $11.40 | $34.20 |
| 6 | Papel toalla blanco | 2 | | $20.34 | $40.68 |
| 7 | Insecticida cucaracha y hormigas | 1 | | $17.10 | $17.10 |
| 8 | Liquido fregar galón | 1 | | $14.82 | $14.82 |
| 9 | Fabuloso fragancia manzana o citrico caja 12 | 2 | | $17.80 | $35.60 |
| 10 | Cepillo baño | 1 | | $13.56 | $13.56 |
| 11 | Guantes latex large | 1 | | $37.62 | $37.62 |
| 12 | Zafacón con ruedas 45 galones | 1 | | $49.99 | $49.99 |
| | | | | Total Importe | $500.01 |
| | | | Total a Pagar por la Orden de Compra | | $500.01 |

**IMPORTANTE**
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER
EN TODAS LAS FACTURAS Y CONFIRMAR SI NO PUEDE
ENTREGAR A TIEMPO

Página 1 de 2

Suplidor

**EC-4**

 ORDEN DE COMPRA

| Escuela: | FRANCISCO SUSTACHE |
|---|---|
| Código: | 32441 |
| Distrito: | Humacao |

| Orden Núm: | 2013030 |
|---|---|
| Fecha: | 2/19/2013 |
| Subasta: | |
| Fecha de Entrega: | |

Suplidor: Torco Chemical & Janitorial (2678)

Dirección:  P.O. Box. 29708,San Juan, P.R. 0000

S.S. Patronal:   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

Teléfono:   (787) 276-1255

Roberto Santiago

Firma Comprador

Entregar a:  CARR 901 KM 8.4 BO CAMINO NUEVO, YABUCOA

Persona Contacto:

Teléfono:  (787) 893-4830

Firma de Director Escolar o Representante Autorizado

| Cuenta Núm: | Aportación: |
|---|---|
| 2013-111-4101-1008 | $3510.00 |

| # | Descripción del Equipo | Cantidad Recibida | Detalle del a Cantidad |
|---|---|---|---|
| 1 | Bolsa basura 40x48 | | |
| 2 | Manguera 100' | | |
| 3 | Hand sanitizer caja 12 | | |
| 4 | Paños limpieza seco o mojado | | |
| 5 | Blanqueador | | |
| 6 | Papel toalla blanco | | |
| 7 | Insecticida cucaracha y hormigas | | |
| 8 | Líquido fregar galón | | |
| 9 | Fabuloso fragancia manzana o citrico caja 12 | | |
| 10 | Cepillo baño | | |
| 11 | Guantes latex larga | | |
| 12 | Zafacón con ruedas 45 galones | | |

Comentarios u Observaciones :

CERTIFICO: Que he recibido y examinado los artículos arriba descritos. Que las
cantidades aquí estipuladas son correctas y están de acuerdo a lo especificado,
que están en buenas condiciones excepto en los casos arriba indicados.

**Receptor**

| FECHA | RECEPTOR | Página 1 de 2 |
|---|---|---|



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
09-114497

INVOICE DATE
27 May 2009

Sold To   DEPARTAMENTO DE  EDUCACION
REGION HUMACAO
P.O. BOX 190759
SAN JUAN, PR  00919-0759

Ship to   CARMEN BENITEZ
CALLE JOSE C. BARBOSA
LAS PIEDRAS

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000077 | 00081-0000046161 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
|  |  | 26/6/09 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 8.00 | FP334013K | BOLSAS PLASTICAS BASURA 33-39 GALS. | 16.50 | 132.00 |
| 5.00 | FP243306N | BOLSAS PARA BASURA 15 GLS 500/CS | 13.95 | 69.75 |
| 5.00 | INS-CLOO104 | BLANQUEADOR CLOROX  6 GLS. CS. | 11.90 | 59.50 |
| 7.00 | UD10051 | CUBO PLASTICO | 3.95 | 27.65 |
| 2.00 | INS-L-75610 | DESINFECTANTE LYSOL  GALS 144 OZ. 4/CS | 34.50 | 69.00 |
| 4.00 | UD000203 | ESCOBA CON PALO | 1.65 | 6.60 |
| 4.00 | DOP-SMC03128 | LIMPIADOR MULTIUSOS 4 GLS./CS | 15.75 | 63.00 |
| 2.00 | R1236-L | GUANTES DESECHABLES DE 100 | 4.50 | 9.00 |
| 3.00 | ATH-HH70 | PAPEL TOALLA CAJA DE 0 BLANCO HD | 23.50 | 70.50 |
| 5.00 | HW-05 | TOALLA DE SECAR EN LA COCINA | 2.75 | 13.75 |
| 3.00 | SM100306 | MAPO DE RAYON 16 OZ. | 2.55 | 7.65 |
| 3.00 | FER020024V | MANGUERA 100' X ½"  VERDE REGULAR | 23.00 | 69.00 |
| 15.00 | FER-RM | RASTRILLO DE PIEDRA METAL FUERTE | 12.25 | 183.75 |
| 2.00 | INS-W907895 | WIZZARD PAPAYA/MANGO | 14.95 | 29.90 |
| 7.00 | RUB9W27-00 | ZAFAON PLASTICO ON RUEDA DE 55 GLS | 84.00 | 588.00 |
| 2.00 | GIB4G9.25 | LIIMPIADOR DE TAZA DE TAZA DE INODORO | 17.50 | 35.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias  del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha _____
Firma

**TOTAL ORDER    1,434.05**

**TORCOS INC.**
**P.O. BOX 29708**
**SAN JUAN, PR 00929**

# Sales Order

Sales Order Number:
114497
Sales Order Date:
May 15, 2009

Voice: 787 276 1255, 1254
Fax:    787 276 3403

Ship By:
May 15, 2009
Page: 1

Sold To:

DEPARTAMENTO DE EDUCACION
ADM SERVICIOS EDUCATIVO
P.O. BOX 190759
SAN JUAN, PR 00919-0759

Ship To:

CARMEN BENITEZ
CALLE JOSE C BARBOSA 97
LAS PIEDRAS PR

787-733-2660

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010003 | 00081-0000046161 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JORGE SANCHEZ | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | FP334013K(250)- | PLASTIC BAGS 33GLS 13MIC BLACK 250/CS | 16.50 | 132.00 |
| 5.00 | FP243306N(500)- | PLASTIC BAGS 13GL 6MIC NATURAL 10/50 | 13.95 | 69.75 |
| 5.00 | INS-CL00104 | CLOROX 6 GAL./CS GALONES | 11.90 | 59.50 |
| 7.00 | UD100151 | CUBO CON EXPRIMIDOR DOMESTICO | 3.95 | 27.65 |
| 8.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. (2 CAJAS DE 4 GL) | 8.63 | 69.00 |
| 4.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.65 | 6.60 |
| 4.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.75 | 63.00 |
| 2.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 4.50 | 9.00 |
| 3.00 | ATL-HH70 | DOMESTIC ROLL TOWEL 30/80 ROLL | 23.50 | 70.50 |
| 5.00 | | TOALLA DE SECAR EN LA COCINA | 2.75 | 13.75 |
| 3.00 | SM100306 | MAPO GANCHO INDUSTRIAL 16 ONZ ALGODON | 2.55 | 7.65 |
| 3.00 | FER020024V | MANGUERA 100' X 1/2" VERDE REGULAR | 23.00 | 69.00 |
| 15.00 | FER-RASTRILLO ME | RASTRILLO DE METAL 16"  PARA PIEDRAS | 12.25 | 183.75 |
| 2.00 | INS-W907895 | WIZARD PAPAYA/MANGO 12/8 ONZ | 14.95 | 29.90 |
| 7.00 | RUB9W27-00 | CONTENEDORES CON RUEDAS Y TAPA  50 | 84.00 | 588.00 |

SIGNATURE _Luis F. Vell_   DATE _20/mayo/2009_

PRINT NAME _Luis F. Velázquez_   HOUR _4:00 p.m._

PIECES _____   B/O _____

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | Continued |
| **TOTAL ORDER AMOUNT** | Continued |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

_Hay que verifican la compra, falta el Lysol y domestic roll tower_

# TORCOS INC.
## P.O.BOX 29708
## SAN JUAN, PR 00929

# Sales Order

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Sales Order Number:
114497
Sales Order Date:
May 15, 2009

Ship By:
May 15, 2009
Page:
2

**Sold To:**
DEPARTAMENTO DE EDUCACION
ADM SERVICIOS EDUCATIVO
P.O. BOX 190759
SAN JUAN, PR 00919-0759

**Ship To:**
CARMEN BENITEZ
CALLE JOSE C BARBOSA 97
LAS PIEDRAS PR

787-733-2660

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010003 | 00081-0000046161 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JORGE SANCHEZ | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
|  |  | GALONES GRIS. |  |  |
| 2.00 | GIB4G9.25% | ACID BATHROOM TOILET BOWL CLEANER 9.25% AID 12/32 OZ. CASE | 17.50 | 35.00 |

SIGNATURE _____  DATE _____

PRINT NAME _____  HOUR _____

PIECES _____  B/O _____

| | |
|---|---|
| Subtotal | 1,434.05 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 1,434.05 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR 00929

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

# Sales Order

Sales Order Number:
114497-B
Sales Order Date:
May 22, 2009

Ship By:
May 22, 2009
Page:
1

**Sold To:**

DEPARTAMENTO DE EDUCACION
ADM SERVICIOS EDUCATIVO
P.O. BOX 190759
SAN JUAN, PR 00919-0759

**Ship To:**

CARMEN BENITEZ
CALLE JOSE C BARBOSA 97
LASA PIEDRAS PR 787-733-2660

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010003 | 00081-0000046161 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| JORGE SANCHEZ | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | | LYSOL DISINFECTANTE 1 GALON 144 OZ | | |
| 3.00 | | DOMESTIC ROLL TOWEL 30/80 ROLL | | |

SIGNATURE *Marisol Rosado*
PRINT NAME *Marisol Rosado*
PIECES _____   B/O _____

DATE 26 Mayo 09
HOUR 7:53

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

FROM :ESC CAMENBENITEZ          FAX NO. :7877160111          May. 07 2009 02:05PM P1

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-000004616l | 05/05/2009 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 7 | Destination | | US Mail |
| **Buyer** | | **Phone** | **Currency** |
| DE   Rafael Navarro | | 787/759-2000 | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

010003

**Ship To:** CARMEN BENITEZ   787-733-2860
CALLE JOSE C BARBOSA 97
LAS PIEDRAS PR 00771
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|
| 1- 1  BOLSAS PLASTICAS P/BASURA DE 33-39 GALONES | | 8.00 CAJ | 16.50 | 132.00 05/05/2009 |
| | | **Schedule Total** | | 132.00 |
| 250 | | | | |
| | | **Item Total** 00000000000000188 | | 132.00 |
| 2- 1  BOLSAS PARA BASURA DE 15 GAL. | | 5.00 CAJ | 13.95 | 69.75 05/05/2009 |
| | | **Schedule Total** | | 69.75 |
| 500 | | | | |
| | | **Item Total** 00000000000000983 | | 69.75 |
| 3- 1  BLANQUEADOR   (CAJA DE 6 GALONES) | | 5.00 CAJ | 11.90 | 59.50 05/05/2009 |
| | | **Schedule Total** | | 59.50 |
| CLOROX | | | | |
| | | **Item Total** 00000000000000727 | | 59.50 |
| 4- 1  CUBO PLASTICO | | 7.00 UNO | 3.95 | 27.65 05/05/2009 |
| | | **Schedule Total** | | 27.65 |
| | | **Item Total** 00000000000000176 | | 27.65 |
| 5- 1  DESINFECTANTE | | 2.00 CAJ | 34.50 | 69.00 05/05/2009 |
| | | **Schedule Total** | | 69.00 |
| LISOL 4 GAL 144 | | | | |
| | | **Item Total** 00000000000000183 | | 69.00 |
| 6- 1  ESCOBAS CON PALO | | 4.00 UNO | 1.65 | 6.60 05/05/2009 |
| | | **Schedule Total** | | 6.60 |
| | | **Item Total** 00000000000000191 | | 6.60 |
| 7- 1  LIMPIADOR MULTIUSOS | | 4.00 CAJ | 15.75 | 63.00 05/05/2009 |
| | | **Schedule Total** | | 63.00 |
| 4 GAL. | | | | |

114407

Unauthorized

FROM :ESC CAMENBENITEZ          FAX NO. :7877160111          May. 07 2009 02:05PM  P2

**SC-744**

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Purchase Order**

Dispatch via Print

| Purchase Order 00081-0000046161 | Date 05/05/2009 | Revision | Page 2 |
|---|---|---|---|
| Payment Terms Net 7 | Freight Terms Destination | | Ship Via US Mail |
| Buyer DE   Rafael Navarro | Phone 787/759-2000 | | Currency USD |

Ship To:   CARMEN BENITEZ   787-733-2660
           CALLE JOSE C BARBOSA 97
           LAS PIEDRAS PR 00771
           Puerto Rico

Bill To:   P.O. Box 190759
           San Juan PR 00919-0759
           Puerto Rico

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

| Tax Exempt? N | Tax Exempt ID: | | Replenishment Option:  Standard | | | |
|---|---|---|---|---|---|---|
| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |

| | | | Item Total 00000000000000205 | | 63.00 | |
| 8- 1 | GUANTES DESECHABLES | | 2.00 CAJ | 4.50 | 9.00 | 05/05/2009 |
| | | | Schedule Total | | 9.00 | |
| | DE 100 | | | | | |
| | | | Item Total 00000000000000198 | | 9.00 | |
| 9- 1 | PAPEL TOALLA CAJA DE (30) COLOR BLANCO DE ALTA RESISTENCIA | | 3.00 CAJ | 23.50 | 70.50 | 05/05/2009 |
| | | | Schedule Total | | 70.50 | |
| | | | Item Total 00000000000000734 | | 70.50 | |
| 10- 1 | TOALLA DE SECAR EN LA COCINA | | 5.00 UNO | 2.75 | 13.75 | 05/05/2009 |
| | | | Schedule Total | | 13.75 | |
| | | | Item Total 00000000000000229 | | 13.75 | |
| 11- 1 | DOC.LAMPAZO (MADO) DE RAYON DE 16 OZ | | 3.00 DOC | 2.55 | 7.65 | 05/05/2009 |
| | | | Schedule Total | | 7.65 | |
| | | | Item Total 00000000000000428 | | 7.65 | |
| 12- 1 | MANGUERA DE 100' | | 3.00 UNO | 23.00 | 69.00 | 05/05/2009 |
| | VERDE DE 1/2 | | Schedule Total | | 69.00 | |
| | | | Item Total 00000000000000671 | | 69.00 | |
| 13- 1 | RASTRILLO DE PIEDRA (METAL FUERTE) | | 15.00 UNO | 12.25 | 183.75 | 05/05/2009 |
| | | | Schedule Total | | 183.75 | |
| | | | Item Total 00000000000000789 | | 183.75 | |
| 14- 1 | AEREOSOL DE OLOR | | 2.00 CAJ | 14.95 | 29.90 | 05/05/2009 |
| | WIZARD | | Schedule Total | | 29.90 | |

Handwritten annotations: "5 toallas Handy Wipes" (near line 10), "UNO" (near line 11)

Unauthorized

FROM :ESC CAMENBENITEZ          FAX NO. :7877160111          May. 07 2009 02:06PM  P3

SC-744

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Purchase Order**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000046161 | 05/05/2009 | | 3 |

Dispatch via Print

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| DE  Rafael Navarro | | 787/759-2000 | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** CARMEN BENITEZ  787-733-2660
CALLE JOSE C BARBOSA 97
LAS PIEDRAS PR 00771
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| | | Item Total  00000000000000164 | | 29.90 | |
| 15- 1  ZAFACON PLASTICO CON RUEDAS DE 55 GALONES | | 7.00 CAJ | 84.00 | 588.00 | 05/05/2009 |
| | | Schedule Total | | 588.00 | |
| 50 GAL. | | | | | |
| | | Item Total  00000000000000410 | | 588.00 | |
| 16- 1  LIMPIADORES DE TAZA DE INOD. CAJA DE 12 DE 32 OZ. | | 2.00 CAJ | 17.50 | 35.00 | 05/05/2009 |
| | | Schedule Total | | 35.00 | |
| | | Item Total  00000000000000660 | | 35.00 | |

FATURARSE A: DEPT.DE EDUCACION
DIV. COMPRAS , OFIC. 315
PO BOX 190759
HATO REY , PR 00919-0759

FECHA DE ENTREGA: INMEDIATA

NO SE ACEPTAN ENTREGAS PARCIALES.
ESTA ORDEN ESTA SUJETA COT. # 7476B

**Total PO Amount**          1,434.05

Unauthorized

9/20/21 at 10:13:17.03

Page: 1

## TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 000513; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-6 | 61 | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 000513 | 08-108701 | | | | 468.34 | 468.34 | 00081-CBM000248 |
| DEPARTAMENTO EDUC | 08-108443 | | | | 908.34 | 908.34 | 00081-CBA000314 |
| | 08-108353 | | | | 663.62 | 663.62 | 00081-CBA000165 |
| 787-759-2000 X 2004 | 08-108423- | | | | 908.30 | 908.30 | 00081-CBA000308 |
| | 08-108545 | | | | 1,033.86 | 1,033.86 | 00081-CBA000346 |
| | 08-109105 | | | | 1,220.68 | 1,220.68 | 00081-CBB00253 |
| | 08-108227 | | | | 908.35 | 908.35 | 00081-CBA000296 |
| **000513**<br>**DEPARTAMENTO EDUC** | | | | | **6,111.49** | **6,111.49** | |
| **Report Total** | | | | | **6,111.49** | **6,111.49** | |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

 ( 787 ) 276 - 1255
( 787 ) 276 - 1254
( 787 ) 276 - 3403

PO BOX 29369  SAN JUAN, PR 00929  0767

# Invoice

Invoice Number
08-108701
Invoice Date:
DEC. 4, 2006
Page:
1

| Sold To: | Ship To: |
|---|---|
| DEPT. DE EDUCACION PR | |
| P.O. BOX 190759 | CARR 366 KM 3 |
| SAN JUAN, PR 00919-0759 | BO. INDIERA FIRA |
| | MARICAO PR 00606 |

| Customer Id | Customer P.O. | Payment Terms | |
|---|---|---|---|
| 000513 | 00081-CBM000248 | Net 30 days | |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** | |
| DTD 983-4331 | | 9/22/08 | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12 | IMP 200 | SERIES DELUXE TOILET BOWL MOP WHITE | .77 | 9.25 |
| 10 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 | 3.38 | 33.80 |
| 12 | UD000203 | ESCOBAS RECORD PROMOCIONAL | 1.09 | 13.11 |
| 12 | UD100143 | PALO DE ROSCA 4'' | | |
| 3 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GL | 15.99 | 47.97 |
| 1 | RUB9W27-00 | CONTENEDORES CON RUEDAS Y TAPA | 76.00 | 76.00 |
| 10 | FP434822K-26 | PLASTIC BAGS 50 GLS 22 MIC BLACK 6/25 | 22.68 | 226.80 |
| 6 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 6.90 |
| 3 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 54.51 |
| | | TOTAL: | | |
| | | IVU: | | |
| | | TOTAL INVOICE: | | 468.34 |

| **TOTAL ORDER** | **$468.34** |
|---|---|

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE NINGUN SERVIDOR PUBLICO DE LA AGENCIA O MUNICIPIO ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O DISOENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS PRODUCTOS HAN SIDO ENTREGADOS Y NO HAN SIDO PAGADOS.
FECHA _____  FIRMA _____

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Orde**

Sales Order Numbe
10870

Sales Order Dat
Jul 21, 200

Ship B
Jul 21, 200

Pag

Voice:    787 276 1255, 1254
Fax:      787 276 3403

Sold To:
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

Ship To:
CARR 366 KM 3
BO INDIERA FIRA
MARICAO PR  00606

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000513 | 00081-CBM000248 | |
| Customer Contact | Shipping Method | Payment Terms |
| | SONIA | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | SERIES DELUXE TOILET BOWL MOP (WHITE) | 0.77 | 9.2 |
| 10.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.8 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.09 | 13.1 |
| 12.00 | UD100143 | PALO DE ROSCA 4' | | |
| 3.00 | DOP-SMC03120 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.99 | 47.97 |
| 1.00 | RUB9W27-00 | CONTENEDORES CON RUEDAS Y TAPA  50 GALONES GRIS. | 76.00 | 76.00 |
| 10.00 | FP434822K-26 | PLASTIC BAGS 50GLS 22MIC BLACK 6/25 | 22.68 | 226.80 |
| 6.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 6.90 |
| 3.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 54.51 |

SIGNATURE _____   DATE 9/16/008
PRINT NAME Juan J. Martin, Dir   HOUR 12:30
PIECES _____   BACK
ORDER _____

| | |
|---|---|
| Subtotal | 468.34 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 468.34 |

'O ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA RECLAMACION DEBE SER
"IFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE
'IR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBM000248 | 06/19/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE    Iris W. Martinez I | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**    CARR 366 KM 3 BO INDIERA FRIA
MARICAO PR 00606
Puerto Rico

**Bill To:**    P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CEPILLO STANDAR LIMPIAR INODOROS | | 1.00 DOC | 9.25 | 9.25 | 08/31/2008 |
| | | Schedule Total | | | 9.25 | |
| | Contract ID:    2008-000204 | Contract Line:    3 | Release:  809 | | | |
| | | Item Total | | | 9.25 | |
| 2- 1 | DIEZ CAJAS DE CIEN GUANTES LATEX LARGE | | 1.00 CAR | 33.80 | 33.80 | 08/31/2008 |
| | | Schedule Total | | | 33.80 | |
| | Contract ID:    2008-000204 | Contract Line:    5 | Release:  810 | | | |
| | | Item Total | | | 33.80 | |
| 3- 1 | ESCOBAS DE FIBRA PLASTICA CON MANGO DE MADERA | | 1.00 DOC | 13.11 | 13.11 | 08/31/2008 |
| | | Schedule Total | | | 13.11 | |
| | Contract ID:    2008-000204 | Contract Line:    6 | Release:  811 | | | |
| | | Item Total | | | 13.11 | |
| 4- 1 | LIMPIADOR MULTIUSOS PARA  AREAS ABIERTAS FRAGANCIA FLORAL O CHERRY | | 3.00 PAI | 15.99 | 47.97 | 08/31/2008 |
| | | Schedule Total | | | 47.97 | |
| | Contract ID:    2008-000204 | Contract Line:    8 | Release:  812 | | | |
| | | Item Total | | | 47.97 | |
| 5- 1 | ZAFACON PLASTICO POLIPROPILENO CON RUEDAS 55 GALONES | | 1.00 UNO | 76.00 | 76.00 | 08/31/2008 |
| | | Schedule Total | | | 76.00 | |
| | Contract ID:    2008-000204 | Contract Line:    9 | Release:  813 | | | |
| | | Item Total | | | 76.00 | |
| 6- 1 | 150 BOLSAS PLASTICAS BASURA 43 X 48 22 MICRONES | | 10.00 CAJ | 22.68 | 226.80 | 08/31/2008 |
| | | Schedule Total | | | 226.80 | |
| | Contract ID:    2008-000204 | Contract Line:    13 | Release:  814 | | | |
| | | Item Total | | | 226.80 | |
| 7- 1 | RECOGEDOR BASURA PLASTICO MANGO DE MADERA | | 6.00 UNO | 1.15 | 6.90 | 08/31/2008 |

Authorized Signature

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBM000248 | 06/19/2008 | | 2 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 7 | Destination | | US Mail |
| **Buyer** | | **Phone** | **Currency** |
| DE   Iris W. Martinez I | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:    CARR 366 KM 3 BO INDIERA FRIA
            MARICAO PR 00606
            Puerto Rico

Bill To:    P.O. Box 190759
            San Juan PR 00919-0759
            Puerto Rico

Tax Exempt?  N      Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 6.90 | |
| | Contract ID:    2008-000204 | | Contract Line:    15    Release:  815 | | | |
| | | | Item Total | | 6.90 | |
| 8- 1 | 12 ROLLOS DE PAPEL TOALLA COLOR NATURAL 12 X 350 ABSORBENTE | | 3.00 CAJ | 18.17 | 54.51 | 08/31/2008 |
| | | | Schedule Total | | 54.51 | |
| | Contract ID:    2008-000204 | | Contract Line:    16    Release:  816 | | | |
| | | | Item Total | | 54.51 | |
| | | | **Total PO Amount** | | 468.34 | |

Authorized Signature

*Iris W. Martinez Infante* (signature)



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-108443

**INVOICE DATE**
Aug  23, 2008

Sold To   DEPARTAMENTO DE EDUCACION
P.O. BOX 190759
SAN JUAN, PR  00919-0759

Ship   ESCUELA  JOSEFINA LINARES
CARR 111  KM 2.0
LARES,

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000513 | 100081-CBA000314 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 9/22/08 |

| Quantity | Item | Description | Uni | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | DE LUXE TOILET BOWL MOP | 0.77 | 9.24 |
| 12.00 | MAR-MP4PS16 | RAYON SYN CUT END 16 OZ. MOP | 2.18 | 26.19 |
| 10.00 | R1236-L | GUANTES LATEX 100/CS. | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QT.  CUBO DE MAPEAR/EXPRIMIDOR | 37.50 | 37.50 |
| 5.00 | DOP-SMC03128 | CHERRY ALL PURPOSE 4 G | 15.99 | 79.95 |
| 12.00 | UD100068 | RECOGEDOR  PLASTICO | 1.15 | 13.80 |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.85 |
| 10.00 | GIB4G9 | TOILET BOWL CLEANER | 15.50 | 155.00 |
| 15.00 | APM 400 | TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

**TOTAL ORDER**          908.34

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
108443

**Sales Order Date:**
Jul 15, 2008

**Ship By:**
Jul 15, 2008

**Page:**
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

**Ship To:** Josefina Linares
CARR 111 KM 2 HM 0
LARES, PR  00669

| Customer ID | PO Number | Cust. Number Sales Rep Name |
|---|---|---|
| 000513 | 00081-CBA000314 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | ANA/ | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | SERIES DELUXE TOILET BOWL MOP (WHITE) | 0.77 | 9.25 |
| 12.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.18 | 26.19 |
| 10.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.50 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.09 | 13.11 |
| 12.00 | UD100143 | PALO DE ROSCA 4' | | |
| 5.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.99 | 79.95 |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.80 |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.85 |
| 10.00 | GIB4G9.25% ACII | BATHROOM TOILET BOWL CLEANER 9.25% AID 12/32 OZ. CASE | 15.50 | 155.00 |
| 15.00 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.00 |

FIRMA : _____

NOMBRE EN MOLDE: _Luis Rectum Gil_

CANTIDAD BACK ORDER: _____

FECHA : _22/08/08_   HORA : _10:00 Am_

| | |
|---|---|
| Subtotal | 921.45 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 921.45 |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL. TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

## FORMULARIO DE RECIBO – MATERIAL DE LIMPIEZA
## CANASTA BÁSICA

### INFORMACIÓN GENERAL

Región: _____  Distrito: _____

Nombre de la Escuela: _____

Código: _____  Teléfono: _____

### INFORMACIÓN DE LA ENTREGA

# Orden de Compra: _____

Indique las cantidades recibida con su unidad de medida correspondiente:

| Cantidad Recibida | Artículo | Unidad de Medida |
|---|---|---|
| | Cepillo para inodoros | |
| | Lampazo (mapo) 16 Oz. | |
| | Guantes Látex (large) 10/100pcs. | |
| | Combo-cubo/exprimidor | |
| | Escoba | |
| | Limpiador multiusos | |
| | Zafacón 55 galones | |
| | Jabón líquido antibacterial 4/Gal. | |
| | Desodorante desinfectante 12/16 Oz. | |
| | Bolsas plásticas para basura 150 | |
| | Recogedor plástico | |
| | Papel toalla | |
| | "Bowl cleaner" 12/32 Oz. | |
| | Papel sanitario | |

Certifico que recibí y verifiqué los artículos recibidos.

Nombre del Receptor: _____

Firma: _____

Fecha de Entrega: _____

Observaciones: _____

_____



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-108353

**INVOICE DATE**
Aug 21, 2008

Sold To  DEPARTAMENTO DE EDUCACION
P.O. BOX 190759
SAN JUAN, PR  00919-0759

Ship  ESCUELA  CONSUELO GONZALEZ
AVE. LOS PATRIOTAS
RES. DR. SEIN
LARES

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000513 | 100081-CBA000165 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 9/22/08 |

| Quantity | Item | Description | Uni | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | DE LUXE TOILET BOWL MOP | 0.77 | 9.24 |
| 12.00 | MAR-MP4PS16 | RAYON SYN CUT END 16 OZ. MOP | 2.18 | 26.20 |
| 10.00 | R1236-L | GUANTES LATEX 100/CS. | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QT. CUBO CON EXPRIMIDOR/RUEDAS | 37.50 | 37.50 |
| 3.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER | 15.99 | 47.97 |
| 6.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 6.90 |
| 3.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 54.51 |
| 9.00 | GIB4G9 | TOILET BOWL CLEANER | 15.50 | 139.50 |
| 10.00 | APM 400 | TOILET TISSUE  24/4 96 ROLLS | 30.80 | 308.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada.  Fecha
Firma

**TOTAL ORDER**          663.62

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
108353

**Sales Order Date:**
Jul 11, 2008

**Ship By:**
Jul 11, 2008

**Page:**
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

**Ship To:** Consuelo Gonzalez
AVE LOS PATRIOTAS
RES DR SEIN
LARES

Cust. Number

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000513 | 00081-CBA000165 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | ANA | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | SERIES DELUXE TOILET BOWL MOP (WHITE) | 0.77 | 9.25 |
| 12.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.18 | 26.15 |
| 10.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.50 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.09 | 13.11 |
| 12.00 | UD100143 | PALO DE ROSCA 4' | | |
| 3.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.99 | 47.97 |
| 6.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 6.90 |
| 3.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 54.51 |
| 9.00 | GIB4G9.25% | ACIIBATHROOM TOILET BOWL CLEANER 9.25% AID 12/32 OZ. CASE | 15.50 | 139.50 |
| 10.00 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 308.00 |

FIRMA : *F. Ruiz*

CANTIDAD BACK ORDER: _____

NOMBRE EN MOLDE: *Predeswinda*

FECHA: *22 ago 08* HORA: *10:30*

| | |
|---|---|
| **Subtotal** | 676.73 |
| **Sales Tax** | |
| **Freight** | 0.00 |
| **TOTAL ORDER AMOUNT** | 676.73 |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
08-108423

INVOICE DATE
Aug 23, 2008

Sold To   DEPARTAMENTO DE EDUCACIÓN
P.O. BOX 190759
SAN JUAN, PR 00919-0759

Ship   ESC. FRANCISCO VIZCARRONDO
AVE. LOS PATRIOTAS
LARES

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000513 | 100081-CBA000308 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 9/22/08 |

| Quantity | Item | Description | Uni | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | DE LUXE TOILET BOWL MOP | 0.77 | 9.24 |
| 12.00 | MAR-MP4PS16 | RAYON SYN CUT END 16 OZ. MOP | 2.18 | 26.19 |
| 10.00 | R1236-L | GUANTES LATEX 100/CS. | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QT. CUBO CON EXPRIMIDOR/RUEDAS | 37.50 | 37.50 |
| 5.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER | 15.99 | 79.95 |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.80 |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.85 |
| 10.00 | GIB4G9 | TOILET BOWL CLEANER | 15.50 | 155.00 |
| 15.00 | APM 400 | TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura. El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

**TOTAL ORDER**   908.30

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
108423

**Sales Order Date:**
Jul 15, 2008

**Ship By:**
Jul 15, 2008

**Voice:**  787 276 1255, 1254
**Fax:**  787 276 3403

**Page:**
1

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

**Ship To:** Francisco Vizcarrondo
AVE. LOS PATRIOTAS
LARES, PR  00669

| Customer ID | PO Number | Cust. Number |
|---|---|---|
| | | Sales Rep Name |
| 000513 | 00081-CBA000308 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | ANA/ | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | SERIES DELUXE TOILET BOWL MOP (WHITE) | 0.77 | 9.2! |
| 12.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.18 | 26.1! |
| 10.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.8( |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.5( |
| B/O 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.09 | 13.1: |
| B/O 2.00 | UD100143 | PALO DE ROSCA 4' | | |
| 5.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.99 | 79.9! |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.8( |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.8! |
| 10.00 | GIB4G9.25% | ACIBATHROOM TOILET BOWL CLEANER 9.25% AID 12/32 OZ. CASE | 15.50 | 155.0( |
| 15.00 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.0( |

FIRMA: _____ CANTIDAD BACK ORDER: _____

NOMBRE EN MOLDE: _____

FECHA : 22/ago/08  HORA: 1:25 P.M.

| | |
|---|---|
| Subtotal | 921.45 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 921.45 |

NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# Invoice

08-108545
Invoice Date:
Sep 25, 2008
Page:
1

Sold To:

DEPARTAMENTO DE EDUCACION
PO BOX 100759
SAN JUAN, PR  00919-0759

Ship To:

CARR. 2 KM 68 BO. SANTANA
ARECIBO

| Customer Id | Customer P.O. | Payment Terms |
|---|---|---|
| 0000079 | 00081-CBA000346 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| DTD | | 10/25/09 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 12 | IMP 200 | SERIES DELUXE TOILET BOWL MOP | 0.77 | 9.25 |
| 24 | MAR-MP4PS16 | RAYON/SYN CUT END 16 OZ. MOP | 26.19 | 52.39 |
| 10 | R1236-LARGE | SOFT TOUCH LATEX GLOVES 100/CS | 3.38 | 33.80 |
| 1 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.50 |
| 7 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER | 15.99 | 111.93 |
| 12 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.80 |
| 7 | ATL-H351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 127.19 |
| 12 | GIBB4G9.25% | TOILET BOWL CLEANER 12/32 OZ | 15.50 | 186.00 |
| 15 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.00 |

Bajo pena de nulidad absoluta certifico  que ningun
serividor publico es parte o tiene algun interes en las
ganancias o beneficios del producto   de este
contrato.   El importe de esta factura es justo y
correcto. La  mercancia se entrego  completa y esta
factura aun no ha sido pagada._____fecha
Firma_____

**TOTAL ORDER 1033.86**

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
108545

**Sales Order Date:**
Jul 17, 2008

**Ship By:**
Jul 17, 2008

**Page:**
1

Voice:    787 276 1255, 1254
Fax:      787 276 3403

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

**Ship To:**
CARR 2 KM 68 BO SANTANA
ARECIBO, PR

787-849-5020X31240   Cust. Number

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000513 | 00081-CBA000346 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | ANA/ | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 24.00 | IMP 200 | SERIES DELUXE TOILET BOWL MOP (WHITE) | 0.77 | 18.50 |
| 24.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.18 | 52.38 |
| 10.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.50 |
| 24.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.09 | 26.22 |
| 24.00 | UD100143 | PALO DE ROSCA 4' | | |
| 7.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.99 | 111.93 |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.80 |
| 7.00 | ATL-ET351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 127.19 |
| 12.00 | GIB4G9.25% | ACIDBATHROOM TOILET BOWL CLEANER 9.25% AID 12/32 OZ. CASE | 15.50 | 186.00 |
| 15.00 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.00 |

FIRMA :

CANTIDAD BACK ORDER: _____

NOMBRE EN MOLDE: Diana Merced Gonzalez

FECHA: _____  HORA: _____

| | |
|---|---|
| Subtotal | 1,069.32 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | **1,069.32** |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL. TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

SC-744

# Purchase Order

**Departamento de Educacion PR**

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBA000346 | 06/25/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Armando Fabery Tor | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   CARR 2 KM 68 BO SANTANA
ARECIBO PR 00612-0000
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:        Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CEPILLO DE INODORO | | 2.00 UOM | 9.25 | 18.50 | 08/31/2008 |
| | | Schedule Total | | | 18.50 | |
| | Contract ID:  2008-000134 | Contract Line:  3   Release:  1611 | | | | |
| | | Item Total  00000000000000173 | | | 18.50 | |
| 2- 1 | MAPO (LAMPAZO) DE RAYON DE 16 OZ. | | 2.00 DOC | 26.19 | 52.38 | 08/31/2008 |
| | | Schedule Total | | | 52.38 | |
| | Contract ID:  2008-000134 | Contract Line:  4   Release:  1612 | | | | |
| | | Item Total  00000000000000495 | | | 52.38 | |
| 3- 1 | CARTON DE 10 CAJAS DE CIEN GUANTES LATEX (LARGE) | | 1.00 CAR | 33.80 | 33.80 | 08/31/2008 |
| | | Schedule Total | | | 33.80 | |
| | Contract ID:  2008-000134 | Contract Line:  6   Release:  1613 | | | | |
| | | Item Total  00000000000000428 | | | 33.80 | |
| 4- 1 | CUBO PLASTICO CON EXPRIMIDOR DE MAPO | | 1.00 UNO | 37.50 | 37.50 | 08/31/2008 |
| | | Schedule Total | | | 37.50 | |
| | Contract ID:  2008-000134 | Contract Line:  8   Release:  1614 | | | | |
| | | Item Total  00000000000000178 | | | 37.50 | |
| 5- 1 | ESCOBAS DE FIBRA PLASTICA CON MANGO DE MADERA | | 2.00 DOC | 13.11 | 26.22 | 08/31/2008 |
| | | Schedule Total | | | 26.22 | |
| | Contract ID:  2008-000134 | Contract Line:  9   Release:  1615 | | | | |
| | | Item Total  00000000000000408 | | | 26.22 | |
| 6- 1 | LIMPIADOR MULTIUSOS | | 7.00 CAJ | 15.99 | 111.93 | 08/31/2008 |
| | | Schedule Total | | | 111.93 | |
| | Contract ID:  2008-000134 | Contract Line:  10   Release:  1616 | | | | |
| | | Item Total  00000000000000205 | | | 111.93 | |
| 7- 1 | RECOGEDOR DE BASURA PLASTICO C/MANGO DE MADERA | | 12.00 UNO | 1.15 | 13.80 | 08/31/2008 |

Authorized Signature

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBA000346 | 06/25/2008 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Armando Fabery Tor | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   CARR 2 KM 68 BO SANTANA
ARECIBO PR 00612-0000
Puerto Rico

Bill To:    P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N    Tax Exempt ID:            Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | Schedule Total | | | 13.80 | |
| | Contract ID:   2008-000134 | Contract Line:   14    Release:  1617 | | | | |
| | | Item Total  000000000000000435 | | | 13.80 | |
| 8- 1 | CAJA DE 12 ROLLOS DE PAPEL TOALLA | | 7.00 CAJ | 18.17 | 127.19 | 08/31/2008 |
| | | Schedule Total | | | 127.19 | |
| | Contract ID:   2008-000134 | Contract Line:   15    Release:  1618 | | | | |
| | | Item Total  000000000000000436 | | | 127.19 | |
| 9- 1 | DOCE ENVASES DE 32 OZ. DE BOWL CLEANER | | 12.00 CAJ | 15.50 | 186.00 | 08/31/2008 |
| | | Schedule Total | | | 186.00 | |
| | Contract ID:   2008-000134 | Contract Line:   16    Release:  1619 | | | | |
| | | Item Total  000000000000000415 | | | 186.00 | |
| 10- 1 | 96/500 HOJAS DE PAPEL SANITARIO COLOR BLANCO | | 15.00 CAJ | 30.80 | 462.00 | 08/31/2008 |
| | | Schedule Total | | | 462.00 | |
| | Contract ID:   2008-000134 | Contract Line:   17    Release:  1620 | | | | |
| | | Item Total  000000000000000417 | | | 462.00 | |
| | | Total PO Amount | | | 1,069.32 | |

Authorized Signature



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-109105

**INVOICE DATE**
3 Oct. 2008

Sold To   DEPARTAMENTO DE EDUCACION
P.O. BOX 190759
SAN JUAN, PR  00919-0759

Ship  ESCUELA  ONGAY
BO. MINILLAS  ESQ. LAUREL
FRENTE A E E
BAYAMON

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000513 | 100081-CBB00253 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 2/11/08 |

| Quantity | Item | Description | Uni | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | DE LUXE TOILET BOWL MOP | 0.77 | 9.25 |
| 12.00 | MAR-MP4PS16 | RAYON SYN CUT END 16 OZ. MOP | 2.18 | 26.19 |
| 10.00 | R1236-L | GUANTES LATEX 100/CS. | 3.38 | 33.80 |
| 12.00 | UD100203 | ESCOBA RCORD PROMOCIONAL | 1.09.0 | 13.11 |
| 12.00 | UD100143 | PALO DE ROSCA 4" | .00 | .00 |
| 5.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER | 15.95 | 79.75 |
| 1.00 | RUB9W27 | CONTENEDORES CON RUEDAS Y TAPA | 76.00 | 76.00 |
| 5.00 | GIMDD | DESODORANTE Y DESINFECTANTE | 28.75 | 143.75 |
| 12.00 | FP434822K | BOLSAS PLASTICAS PARA BASURA  22MIC | 22.68 | 272.16 |
| 12.00 | UD100068 | RECOGEDORES PLASTICOS | 1.15 | 13.80 |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.85 |
| 15.00 | APM 400 | TOILET TISSUE 24/4  96 ROLLS | 30.80 | 462.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada.  Fecha_____
Firma_____

**TOTAL ORDER**      1,220.66

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR  00929

# Sales Order

Sales Order Number:
109105-B

Sales Order Date:
Sep 22, 2008

Ship By:
Sep 22, 2008

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

**Ship To:**
ESC ONGAY BO MINILLA CALLE 174
ESQ LAUREL FRENTE  AEE
785-3414

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000513 | 00081-CBB00253 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | RUB9W27-00 | CONTENEDORES CON RUEDAS Y TAPA 50 GL | | |

SIGNATURE _Mana Diaz_

PRINT NAME _Maria E Saez_

PIECES _1_   BACK ORDER ___

DATE _Sept 26 2007_

HOUR _3:30 Pm_

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

1220.66

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBB00253 | 06/26/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE    Brenda M. Velázque 7877592000 ext. 2824 | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** URB INDUSTRIAL MINILLAS CARR 174
BAYAMON PR 95600
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CEPILLO ESTANDAR PARA LIMPIAR INODORO | | 1.00 DOC | 9.25 | 9.25 | 08/31/2008 |
| | | | Schedule Total | | 9.25 | |
| | Contract ID:    2008-000124 | | Contract Line:   3    Release:  1145 | | | |
| | | | Item Total | | 9.25 | |
| 2- 1 | MAPO (LAMPAZO) DE RAYON DE 16 OZ | | 1.00 DOC | 26.19 | 26.19 | 08/31/2008 |
| | | | Schedule Total | | 26.19 | |
| | Contract ID:    2008-000124 | | Contract Line:   4    Release:  1146 | | | |
| | | | Item Total | | 26.19 | |
| 3- 1 | GUANTES LATE\X (LARGE) (CARTON DE 10 CAJAS | | 1.00 CAR | 33.80 | 33.80 | 08/31/2008 |
| | | | Schedule Total | | 33.80 | |
| | Contract ID:    2008-000124 | | Contract Line:   6    Release:  1147 | | | |
| | | | Item Total | | 33.80 | |
| 4- 1 | ESCOBA DE FIBRA PLASTICA CON MANGO DE MADERA | | 1.00 DOC | 13.11 | 13.11 | 08/31/2008 |
| | | | Schedule Total | | 13.11 | |
| | Contract ID:    2008-000124 | | Contract Line:   8    Release:  1148 | | | |
| | | | Item Total | | 13.11 | |
| 5- 1 | LIMPIADOR MULTIUSOS PARA AREAS ABIERTAS FRAGANCIA FLORAL O CHERRY | | 5.00 PAI | 15.95 | 79.75 | 08/31/2008 |
| | | | Schedule Total | | 79.75 | |
| | Contract ID:    2008-000124 | | Contract Line:   10   Release:  1149 | | | |
| | | | Item Total | | 79.75 | |
| 6- 1 | ZAFACON PLASTICO DE RUEDAS DE 55 GALONES | | 1.00 GAL | 76.00 | 76.00 | 08/31/2008 |
| | | | Schedule Total | | 76.00 | |
| | Contract ID:    2008-000124 | | Contract Line:   11   Release:  1150 | | | |
| | | | Item Total | | 76.00 | |
| 7- 1 | DESODORANTE/DESINFECTANTE 12 A 16 OZ | | 5.00 CAJ | 28.75 | 143.75 | 08/31/2008 |

Authorized Signature

SC-744

# Purchase Order

## Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-CBB00253 | 06/26/2008 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Brenda M. Velázque | 7877592000 ext. 2824 | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   URB INDUSTRIAL MINILLAS CARR 174
BAYAMON PR 95600
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N     Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 143.75 | |
| | Contract ID:   2008-000124 | | Contract Line:   16   Release:  1151 | | | |
| | | | Item Total | | 143.75 | |
| 8- 1 | BOLSAS PLASTICAS PARA BASURA DE 22 MICRONES | | 12.00 CAJ | 22.68 | 272.16 | 08/31/2008 |
| | | | Schedule Total | | 272.16 | |
| | Contract ID:   2008-000124 | | Contract Line:   18   Release:  1152 | | | |
| | | | Item Total | | 272.16 | |
| 9- 1 | RECOGEDOR DE BASURA CON MANGO MADERA | | 12.00 UNO | 1.15 | 13.80 | 08/31/2008 |
| | | | Schedule Total | | 13.80 | |
| | Contract ID:   2008-000124 | | Contract Line:   21   Release:  1153 | | | |
| | | | Item Total | | 13.80 | |
| 10- 1 | PAPEL TOALLA | | 5.00 CAJ | 18.17 | 90.85 | 08/31/2008 |
| | | | Schedule Total | | 90.85 | |
| | Contract ID:   2008-000124 | | Contract Line:   22   Release:  1154 | | | |
| | | | Item Total | | 90.85 | |
| 11- 1 | PAPEL SANITARIO COLOR BLANCO (96/500 HOJAS | | 15.00 CAJ | 30.80 | 462.00 | 08/31/2008 |
| | | | Schedule Total | | 462.00 | |
| | Contract ID:   2008-000124 | | Contract Line:   23   Release:  1155 | | | |
| | | | Item Total | | 462.00 | |
| | | | Total PO Amount | | 1,220.66 | |

Authorized Signature



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-108227

Invoice Date
Oct 30, 2008

Page:
1

Sold To    REGION EDUCATIVA DE ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210 ARECIBO, PR  00612

Ship to    JUAN ALEJO ARIZMENDI
CALLE FRANCISCO AVILA
QUEBRADILLAS

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000079 | 00081-CBA-000296 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| DTD | | 11/29/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 12.00 | IMP 200 | SERIES DELUXE TOILET BOWL MOP | 0.77 | 9.25 |
| 12.00 | MAR-MP4PS16 | RAYON/XYN CUT END 16OZ. MOP | 2.18 | 26.20 |
| 10.00 | R1236-LARGE | SOFT TOUCH LATE GLOVES | 3.38 | 33.80 |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.50 |
| 5.00 | DOP-SMC032128 | CHERRY ALL PURPOSE CLEANER | 15.99 | 79.95 |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.80 |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.85 |
| 10.00 | GIB4G9 | BATHROOM TOILET BOWL CLEANER 9.25% | 15.50 | 155.00 |
| 15.00 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias  del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

**TOTAL ORDER**      **908.35**

# Sales Order

**Sales Order Number:**
108227

**Sales Order Date:**
Jul 8, 2008

**Ship By:**
Jul 8, 2008

**Page:**
1

TOK         C.
P.O.E       9708
SAN JUAN, PR   00929

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR   00919-0759
PUERTO RICO

**Ship To:**
CALLE FRANCISCO AVILA
QUEBRADILLA

Cust. Number

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000513 | 00081-CBA000296 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | ANA | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | UD100093 | SANIBALL BOWL BRUSH | 0.77 | 9.2 |
| 12.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.18 | 26.1 |
| 10.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 3.38 | 33.8( |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 37.50 | 37.5( |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.09 | 13.1 |
| 12.00 | UD100143 | PALO DE ROSCA 4' | | |
| 5.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.99 | 79.9 |
| 12.00 | UD100068 | RECOGEDOR PLASTICO | 1.15 | 13.8( |
| 5.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 18.17 | 90.8 |
| 10.00 | GIB4G9.25% ACIL | BATHROOM TOILET BOWL CLEANER 9.25% AID 12/32 OZ. CASE | 15.50 | 155.0( |
| 15.00 | APM 400 | EVERSOFT TOILET TISSUE 24/4 96 ROLLS | 30.80 | 462.0( |

FIRMA

CANTIDAD BACK ORDER: _____

NOMBRE EN MOLDE: __

FECHA : _____   HORA: _____

| | |
|---|---|
| Subtotal | 921.45 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 921.45 |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL. TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

9/20/21 at 10:14:12.69

Page: 1

# TORCOS INC.
## Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 010039; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-3 | 31-60 | 6 | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 010039 | 08-104139 | | | | 438.38 | 438.38 | 0000006296 |
| REGION EDUCATIVA DE | 09-113461 | | | | 90.69 | 90.69 | 00081-000002524A |
| | 09-118501 | | | | 350.20 | 350.20 | 00081-0000061401 |
| 787-743-6281 | 09-118467 | | | | -66.00 | -66.00 | 00081-0000070365 |
| | 10-120559 | | | | 3.75 | 3.75 | 00081-0000058750 |
| | 10-121954 | | | | 828.81 | 828.81 | 00081-0000077534 |
| | 10-124461 | | | | 1,499.33 | 1,499.33 | 00081-0000096843 |
| | 11-130488 | | | | 33.50 | 33.50 | 00081-0000180284 |
| | 12-140793 | | | | 416.83 | 416.83 | 00081-0000218689 |
| | 12-147850 | | | | 253.38 | 253.38 | 00081-0000201038 |
| | 13-147847 | | | | 34.00 | 34.00 | 00081-172915 |
| | 13-159676 | | | | -2.72 | -2.72 | 00081-205006 |
| | 14-159740 | | | | 56.00 | 56.00 | 00081-0000206150 |
| | 16-173089 | | | | -59.50 | -59.50 | 00081-0000507077 |
| | 16-175656 | | | | 383.90 | 383.90 | 00081-0000550230 |
| | 17-176913 | | | | 54.00 | 54.00 | 00081-0000567651 |
| | 17-177216 | | | | 408.00 | 408.00 | 00081-0000581710 |
| | 17-177133 | | | | 36.75 | 36.75 | 00081-0000576134 |
| | 21-187246 | | 1,300.00 | | | 1,300.00 | 00081-0000754894 |
| **010039**<br>**REGION EDUCATIVA DE** | | | **1,300.00** | | **4,759.30** | **6,059.30** | |
| **Report Total** | | | **1,300.00** | | **4,759.30** | **6,059.30** | |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
08-104139

Invoice Date:
27 Mar 2008

Page:
1

Sold to   DEPT. EDUCACION CAGUAS
          DISTRITO ESCOLAR CAGUAS
          BOX 278
          CAGUAS, PR  00726

Ship to   OFICINA SUPERINTENDENTE
          SRA. LIBRADA ADORNO
          GURABO

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 010039 | 00081-0000006296 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| DTD | | 26/4/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 15.00 | SM100307 | MAPO ALGODON 20 OZ. INDUSTRIAL | 2.30 | 34.50 |
| 1.00 | INS-F505426 | FABULOSO 12/28 OZ. FLORAL | 22.50 | 22.50 |
| 1.00 | INS-W20133 | WINDEX 12/16 OZ. | 37.27 | 37.27 |
| 5.00 | FP334013K | PLASTIC BAGS 33 GALS. 13 MIC  200/CS. | 19.99 | 99.95 |
| 10.00 | FP386017N | PLASTIC BAGS 60 GALS. 8/25 CS. | 19.62 | 196.20 |
| 4.00 | INS-L992782 | LYSOL 3 PER PACK 19 OZ. | 11.99 | 47.96 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias  del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha
Firma

**TOTAL ORDER**          438.38

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
104139

**Sales Order Date:**
Mar 17, 2008

**Ship By:**
Mar 17, 2008

**Page:**
1

Voice.  787 276 1255, 1254
Fax·    787 276 3403

**Sold To:**
REGION EDUCATIVA DE CAGUAS
UNIDAD FISCAL
BOX 398
CAGUAS, PR  00726

**Ship To:**
OFIC SUPERINTENDENTE
MUN GURABO

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010059 | 0000006296 | DAMARIS TORRES |

| Customer Contact | Shipping Method | Payment Terms |
|---|---|---|
| ROSA GUZMAN | PMR | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | SM100307 | MAPO ALGODON 20 ONZ INDUSTRIAL | 2.30 | 34.50 |
| 1.00 | INS F505426 | FABULOSO 12/28 OZ. FLORAL | 22.50 | 22.50 |
| 1.00 | INS W20133 | WINDEX 12/26 OZ. | 37.27 | 37.27 |
| 5.00 | FT334013K(200) | PLASTIC BAGS 33GLS 13MIC BLACK 200/CS ~ | 19.99 | 99.95 |
| 10.00 | FT386017N 40 | PLASTICS BAGS 60 GAL. 8/25/CS. | 19.62 | 196.20 |
| 4.00 | INS L992782 | LYSOL 3 PER PACK 19 OZ. | 11.99 | 47.96 |

*se están enviando 2 cs de bolsas
FT 334013K de 500 bolsas por
caja equivalente a 5 cs. de
bolsas de 200 por caja*

FIRMA :  _Ojeda JRodrig_   CANTIDAD BACK ORDER:  0

NOMBRE EN MOLDE:

FECHA  26/3/08   HORA:  3:15 PM  538

**Subtotal**          438.38
**Sales Tax**
**Freight**            0.00
**TOTAL ORDER AMOUNT**  438.38

NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000006296 | 02/29/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Carmen Zoraida Ram | | | USD |

Vendor: 660477431
TORGOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                    Replenishment Option:   Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | mapo industrial de 20 onzas | | 15.00UNO | 2.30 | 34.50 | 02/29/2008 |
| | Schedule Total | | | | 34.50 | |
| | Item Total | | | | 34.50 | |
| 2- 1 | fabuloso de 16 onzas | | 1.00UNO | 22.50 | 22.50 | 02/29/2008 |
| | Schedule Total | | | | 22.50 | |
| | Item Total | | | | 22.50 | |
| 3- 1 | lysol antibacterial de 19 oz. | | 4.00UNO | 11.99 | 47.96 | 02/29/2008 |
| | Schedule Total | | | | 47.96 | |
| | Item Total | | | | 47.96 | |
| 4- 1 | windex glass and multisurface aerosol 20 oz. | | 1.00UNO | 37.27 | 37.27 | 02/29/2008 |
| | Schedule Total | | | | 37.27 | |
| | Item Total | | | | 37.27 | |
| 5- 1 | bolsas de basura de 32 gal. | | 5.00UNO | 19.99 | 99.95 | 02/29/2008 |
| | Schedule Total | | | | 99.95 | |
| | Item Total | | | | 99.95 | |
| 6- 1 | bolsas de basura de 60 gal. | | 10.00UNO | 19.62 | 196.20 | 02/29/2008 |
| | Schedule Total | | | | 196.20 | |
| | Item Total | | | | 196.20 | |

esta orden de compra de material de limpieza es para la oficina del supte de escuela del distrito de gurabo, solicitada por la sra. librada adorno. favor de entregar la factura a la rigion eduactiva de caguas al apartado 398 att. zoraida ramos.

Total PO Amount                    438.38

Authorized Signature

# *Forcos, Inc.*
CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax.: (787) 276-3403

787 276-1254, 3400, 3833

**Invoice**

Invoice Number:
09-113461

Invoice Date:
6 May 2009

Page:
1

**Sold To:**
COMPONENTE FISCAL DE CAYEY
P.O. BOX 373160
CAYEY, PR  00737-3160

**Ship to:**
ESC. JULIO VIZCARRONDO Y CORONADO
CARR. #14 KM 63
BO. MATON ABAJO,
CAYEY
738-7111

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 010016 | 00081-000002524A | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | GT | | 5/6/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | FP242406K-02 | PLASTIC BAGS 7-10 GLS 6MIC BLACK 20/50 | 13.99 | 13.99 |
| 5.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 61.70 |
| 12.00 | DOP-SMF03030 | FLORAL ALL PURPOSE CLEANER 15/30 OZ. CS. | 1.25 | 15.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTAA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION

| | |
|---|---|
| Subtotal | 90.69 |
| Sales Tax | |
| Total Invoice Amount | 90.69 |
| Payment/Credit Applied | |
| **TOTAL** | 90.69 |

5/6/09

# TORCOS INC.
# P.O.BOX 29708
# SAN JUAN, PR 00929

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

# Sales Order

Sales Order Number:
113461
Sales Order Date:
Mar 24, 2009

Ship By:
Mar 24, 2009
Page:
1

Sold To:

COMPONENTE FISCAL DE CAYEY
P.O. BOX 373160
CAYEY, PR 00737-3160

Ship To:

ESC. JULIO VIZCARRONDO Y CORONADO
CARR. #14 KM 63
BO. MATON ABAJO,
CAYEY
738-7111

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010016 | 00081-000002524A | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | FP242406K-02 | PLASTIC BAGS 7-10 GLS 6MIC BLACK 20/50 | 13.99 | 13.99 |
| 5.00 | INS-CL00104 | CLOROX 6 GAL./CS GALONES | 12.34 | 61.70 |
| 12.00 | DOP-SMF03030 | FLORAL ALL PURPOSE CLEANER 15/30 OZ. CS. | 1.25 | 15.00 |

SIGNATURE _Vilmaris Berrios_  DATE _5/5/09_
PRINT NAME _Vilmaris Berrios_  HOUR _8:40_

PIECES _____  B/O _____

| | |
|---|---|
| Subtotal | 90.69 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 90.69 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

# Torcos, Inc.

CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255  Fax.: (787) 276-3403

787 276-1254, 3400, 3833

# Invoice

**Invoice Number:**
09-118501

**Invoice Date:**
17 Sep 2009

**Page:**
1

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

**Ship to:**
MARIA MONTAÑEZ GOMEZ
C/ CECILIANA PARCELAS
LAS CAROLINAS
CAGUAS, PR  00725

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 010039 | 00081-0000061401 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 17/10/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 49.36 |
| 2.00 | FER020024V | MANGUERA 100' X 1/2" VERDE REGULAR | 22.30 | 44.60 |
| 4.00 | DOP-SMD03032 | SERGENT MOP DEGREASER 12/32 ONZAS | 15.50 | 62.00 |
| 12.00 | SM100303 | MAPO GANCHO #16 ALGODON | 2.59 | 31.08 |
| 5.00 | FP334013K(250)-37 | PLASTIC BAGS 33GLS 13MIC BLACK 250/CS | 21.44 | 107.20 |
| 4.00 | FP242406K(100)-02 | PLASTIC BAGS 7-10 GLS 6MIC BLACK 100 | 13.99 | 55.96 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 350.20 |
| Sales Tax | |
| Total Invoice Amount | 350.20 |
| Payment/Credit Applied | |
| **TOTAL** | 350.20 |

**TORCOS INC.**
**P.O.BOX 29708**
**SAN JUAN, PR 00929**

**Sales Order**

Sales Order Number:
118501

Sales Order Date:
Sep 10, 2009

Voice: 787 276 1255, 1254
Fax: 787 276 3403

Ship By:
Sep 10, 2009

Page:
1

Sold To:

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR 00729

Ship To:

MARIA MONTAÑEZ GOMEZ
C/ CECILIANA PARCELAS
LAS CAROLINAS
CAGUAS, PR 00725

tel 747-8080

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000061401 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | INS-CL00104 | CLOROX 6 GAL./CS GALONES | 12.34 | 49.36 |
| 2.00 | FER020024V | MANGUERA 100' X 1/2" VERDE REGULAR | 22.30 | 44.60 |
| 4.00 | DOP-SMD03032 | SERGENT MOP DEGREASER 12/32 ONZAS | 15.50 | 62.00 |
| 12.00 | SM100303 | MAPO GANCHO #16 ALGODON | 2.59 | 31.10 |
| 5.00 | FP334013K(250)-C | PLASTIC BAGS 33GLS 13MIC BLACK 250/CS | 21.44 | 107.20 |
| 4.00 | FP242406K(100)-C | PLASTIC BAGS 7-10 GLS 6MIC BLACK 100 | 13.99 | 55.96 |

SIGNATURE _Iris R Olmo_ DATE _16 sept 2009_

PRINT NAME _Iris Ortiz_ HOUR _4:35 PM_

PIECES _____ B/O _____

| | |
|---|---|
| Subtotal | 350.22 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 350.22 |

OT

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

AU 8-28-2009 08:14 AM  ESC. MARIA MONTAÑEZ GOMEZ  787747-1080   P.01

SC-744

# Delivery Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-00C0061K1 | 06/05/2009 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 9 | Destination | | US Mail |

| Buyer | Phone | | Currency |
|---|---|---|---|
| CONTRACT_BUYER | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** MARIA MONTANEZ GOMEZ  787 7043018
CALLE CECILIANA PARCELAS LAS CAROLINAS
CAGUAS PR 00725
Puerto Rico

**Bill To:** P O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N   Tax Exempt ID:
Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1  1 | BLANQUEADOR  CAJA DE 4 GALONES | | 4  CAJ | 12.34 | 49.36 | 06/05/2009 |
| | | | Schedule Total | | 49.36 | |
| | Contract ID:  08120090310 | | Contract Line:  28 | Release:  2326 | | |
| | | | Item Total  00000000000000727 | | 49.36 | |
| 3  1 | MANGUERA DE 100' | | 1  PKG | 44.60 | 44.60 | 06/05/2009 |
| | | | Schedule Total | | 44.60 | |
| | Contract ID:  08120090310 | | Contract Line:  13 | Release:  2327 | | |
| | | | Item Total  00000000000000871 | | 44.60 | |
| 4  1 | DEGREASER  5 GL. | | 4  GAL | 15.50 | 62.00 | 06/05/2009 |
| | | | Schedule Total | | 62.00 | |
| | Contract ID:  08120090310 | | Contract Line:  41 | Release:  2328 | | |
| | | | Item Total  00000000000000181 | | 62.00 | |
| 5  1 | MAPO  LAMPAZO  DE RAYON DE 24 CM. | | 2  PKG | 15.55 | 31.10 | 06/05/2009 |
| | | | Schedule Total | | 31.10 | |
| | Contract ID:  08120090310 | | Contract Line:  5 | Release:  2329 | | |
| | | | Item Total  00000000000000495 | | 31.10 | |
| 6  1 | BOLSAS PLASTICAS P/BASURA DE 33x40 GALONES | | 4  CAJ | 26.44 | 107.20 | 06/05/2009 |
| | | | Schedule Total | | 107.20 | |
| | Contract ID:  08120090310 | | Contract Line:  43 | Release:  2330 | | |
| | | | Item Total  00000000000000168 | | 107.20 | |
| 7  1 | BOLSAS PLATICAS PARA BASURA DE 10 GALONES | | 4  CAJ | 13.99 | 55.96 | 06/05/2009 |
| | | | Schedule Total | | 55.96 | |
| | Contract ID:  08120090310 | | Contract Line:  42 | Release:  2331 | | |
| | | | Item Total  00000000000000169 | | 55.96 | |

ESTA ORDEN ES PARA LA ESCUELA MARIA MONTANEZ GOMEZ AGUAS BUENAS  EL. 787747-1080

## Toda entrega se considera final.  No se aceptan "Back Orders".

AUG-28-2009 08:15 AM   ES   AREA MONTAÑEZ GOMEZ 7877   1080   P.02

## Departamento de Educacion PR

César González
...al
... y PR 00919
...Rico

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

## Delivery Order

| | | | Dispatch via Print |
|---|---|---|---|
| Delivery Order | Date | Revision | Page |
| 00081-000006.40 | 08/05/2009 | | |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| CONTRACT_BUYER | | | USD |

Ship To:   MARIA MONTAÑEZ GOMEZ   787 7043018
CALLE CECILIANA PARCELAS LAS CAROLINAS
CAGUAS PR 00725
Puerto Rico

Bill To:   P O Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N   **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

Replenishment Option: Standard

Total PO Amount                    350.22



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
10-120559

**INVOICE DATE**
14 Jan 2010

Sold To   DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship To   ESC. OSCAR MELENDEZ QUEVARA
BDA. BLONDET  CALLE D
GUAYAMA

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 010039 | 00081-0000058750 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
|  |  | 13/2/10 |

| Quantity | Item | Description | Uni | Extension |
|---|---|---|---|---|
| 3.00 | DOP-SMF03070 | FLORAL ALL PURPOSE CLEANER EQUIVALE A 3 POTES DE 32 OZ. | 1.25 | 3.75 |
|  |  | Bajo pena de nulidad absoluta certifico que ningun servidor publico es parte o tiene algun interes en las ganancias del producto de esta factura.  El importe de esta factura es justo y aun no ha sido pagada.  Fecha _____ Firma _____ |  |  |

**TOTAL ORDER**          3.75

**TORCOS INC.**
**P.O. BOX 29708**
**SAN JUAN, PR 00929**

# Sales Order

Sales Order Number:

120559

Sales Order Date:

Dec 11, 2009

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:

Dec 11, 2009

Page:

1

Sold To:

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship To:

ESC. OSCAR HERNANDEZ GUEVARA
BDA. BLONDET CALLE D
GUAYAMA
787-864-8242

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000058750 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| | NPH | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0.20 DOP-SMF03030 | | FLORAL ALL PURPOSE CLEANER 15/30 OZ. CS. (EQUIVALENTE A 3 POTES) | 18.75 | 3.75 |

SIGNATURE _Maida Hernandez_ DATE _13/enero/2010_

PRINT NAME _____ HOUR _____

PIECES _____ B/O _____

_Gerardo R_

| | | |
|---|---|---|
| Subtotal | | 3.75 |
| Sales Tax | | |
| Freight | | 0.00 |
| **TOTAL ORDER AMOUNT** | | 3.75 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Delivery Order**

| Delivery Order | | |
|---|---|---|
| 00081-0000058750 | 06/28/2009 | 1 |

660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

| Net 7 | Destination | US Mail |
|---|---|---|
| CONTRACT BUYER | | USD |

OSCAR HERNANDEZ GUEVARA   787-864-8242
BDA BLONDET CALLE D
GUAYAMA PR 00784
Puerto Rico

P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

120559

N

| 12- 1 | LIMPIADOR MULTIUSOS | 3.00 CAJ | 1.25 | 3.75 06/01/2009 |
|---|---|---|---|---|

3.75

08120090310          1          2064

00000000000000205          3.75

3.75

**Toda entrega se considera final.  No se aceptan "Back Orders".**

**Authorized**



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
10-121954



**INVOICE DATE**
9 Mar 2010

Sold To   DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship To   MYRNA FUENTES
CALLE 33  BONEVILLE HEIGHT
CAGUAS

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 010039 | 00081-0000077534 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
|  |  | 8/4/10 |

| Quantity | Item | Description | Uni | Extension |
|---|---|---|---|---|
| 12.00 | INS-CL00104 | COROX 6 GLS CS. | 12.34 | 148.08 |
| 7.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER  GLS. | 3.99 | 27.93 |
| 3.00 | ATL-HT351. | ROLL TOWEL 12/350 NATURAL | 22.20 | 66.60 |
| 15.00 | APM 800 | TOILET  TISSUE 12 ROLLS | 22.99 | 344.85 |
| 6.00 | FP366014K | PLASTIC BAGS 55 GLS 4/25 | 20.99 | 125.94 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.49 | 17.88 |
| 6.00 | FER-2228 | PISTERO DE METAL | 2.99 | 17.94 |
| 12.00 | D-930 | URINAL SCREENS BLOCK | 1.56 | 18.74 |
| 12.00 | SM100306 | MAPO GANCHO INDUSTRIAL 16 OZ. | 2.59 | 31.10 |
| 5.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL | 5.95 | 29.75 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma

**TOTAL ORDER**     828.81

# *Torcos, Inc.*
## CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255  Fax.: (787) 276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
10-121954

Invoice Date:
9 Mar 2010

Page:
1

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

**Ship to:**
MYRNA FUENTES 787-744-2231
CALLE 33BONNEVILLE HEIGHT
CAGUAS

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 010039 | 00081-0000077534 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | GT | | 8/4/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 148.08 |
| 1.75 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.96 | 27.93 |
| 3.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 22.20 | 66.60 |
| 15.00 | APM 800 | TOILET TISSUE JUMBO 12 ROLLS  2 PLY  X 9" | 22.99 | 344.85 |
| 6.00 | FP13-366014K-100 | PLASTIC BAGS 55 GLS 14 MICRONES BLACK 4/25 | 20.99 | 125.94 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.49 | 17.88 |
| 6.00 | FER-2228 | PISTERO METAL | 2.99 | 17.94 |
| 12.00 | D-930 | URINAL SCREENS BLOCK | 1.56 | 18.74 |
| 12.00 | SM100306 | MAPO GANCHO INDUSTRIAL 16 ONZ ALGODON | 2.59 | 31.10 |
| 5.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL | 5.95 | 29.75 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANACIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 828.81 |
| Sales Tax | |
| Total Invoice Amount | 828.81 |
| Payment/Credit Applied | |
| **TOTAL** | 828.81 |

**TORCOS INC.**
**P.O.BOX 29708**
**SAN JUAN, PR 00929**

**Sales Order**

Sales Order Number:
121954
Sales Order Date:
Mar 8, 2010

Voice: 787 276 1255, 1254
Fax: 787 276 3403

Ship By:
Mar 8, 2010
Page:
1

Sold To:

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR 00729

Ship To:

MYRNA FUENTES 787-744-2231
CALLE 33BONNEVILLE HEIGHT
CAGUAS

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000077534 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 148.08 |
| 1.75 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.96 | 27.93 |
| 3.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 22.20 | 66.60 |
| 15.00 | APM 800 | TOILET TISSUE JUMBO 12 ROLLS  2 PLY  X 9" | 22.99 | 344.85 |
| 6.00 | FP13-366014K-100 | PLASTIC BAGS 55 GLS 14 MICRONES BLACK@125 | 20.99 | 125.94 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.49 | 17.88 |
| 6.00 | FER-2228 | PISTERO METAL | 2.99 | 17.94 |
| 12.00 | D-930 | URINAL SCREENS BLOCK | 1.56 | 18.74 |
| 12.00 | SM100306 | MAPO GANCHO INDUSTRIAL 16 ONZ ALGODON | 2.59 | 31.10 |
| 5.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL | 5.95 | 29.75 |

SIGNATURE _Luis A Meval_  DATE _8/3/2010_

PRINT NAME _Luis Meval_  HOUR _2:45 P.M._

PIECES _____  B/O _____

| | |
|---|---|
| Subtotal | 828.81 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 828.81 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5%  POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

SC-744

**Departamento de Educación PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

## Delivery Order

| | | **Dispatch via Print** | |
|---|---|---|---|
| **Delivery Order** | **Date** | **Revision** | **Page** |
| 00081-0000077534 | 11/12/2009 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 7 | Destination | | US Mail |
| **Buyer** | | **Phone** | **Currency** |
| CONTRACT BUYER | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** MYRNA M FUENTES  787 7442231
CALLE 33 BONNEVILLE HEIGTS
CAGUAS PR 00725
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1- 1 | BLANQUEADOR  (CAJA DE 6 GALONES) | | 12.00 | CAJ | 12.34 | 148.08 | 11/12/2009 |
| | | Schedule Total | | | | 148.08 | |
| | Contract ID:  08120090310 | Contract Line:  28 | Release: 4321 | | | | |
| | | Item Total  00000000000000727 | | | | 148.08 | |
| 2- 1 | PAILA LIMPIADOR MULTIUSOS P/AREAS ABIERTAS FLORAL O CHERRY | | 7.00 | PAI | 3.99 | 27.93 | 11/12/2009 |
| | | Schedule Total | | | | 27.93 | |
| | Contract ID:  08120090310 | Contract Line:  30 | Release: 4322 | | | | |
| | | Item Total  00000000000000416 | | | | 27.93 | |
| 3- 1 | CAJA DE 12 ROLLOS DE PAPEL TOALLA | | 3.00 | CAJ | 22.20 | 66.60 | 11/12/2009 |
| | | Schedule Total | | | | 66.60 | |
| | Contract ID:  08120090310 | Contract Line:  18 | Release: 4323 | | | | |
| | | Item Total  00000000000000436 | | | | 66.60 | |
| 4- 1 | PAPEL SANITARIO BLANCO CAJA DE 12/1000' | | 15.00 | CAJ | 22.99 | 344.85 | 11/12/2009 |
| | | Schedule Total | | | | 344.85 | |
| | Contract ID:  08120090310 | Contract Line:  46 | Release: 4324 | | | | |
| | | Item Total  00000000000000411 | | | | 344.85 | |
| 5- 1 | BOLSAS PLASTICAS PARA BASURA DE 55 GALONES CAJA DE 100 BOLSA | | 6.00 | CAJ | 20.99 | 125.94 | 11/12/2009 |
| | | Schedule Total | | | | 125.94 | |
| | Contract ID:  08120090310 | Contract Line:  16 | Release: 4325 | | | | |
| | | Item Total  00000000000000673 | | | | 125.94 | |
| 6- 1 | ESCOBA DE FIBRA PLAST.APRESADA EN UNA CAPSULA DE 9" DE ANCHO APROX. C/MANGO DE PLASTICO DE 52"APROX. | | 1.00 | UNO | 17.88 | 17.88 | 11/12/2009 |
| | | Schedule Total | | | | 17.88 | |
| | Contract ID:  08120090310 | Contract Line:  10 | Release: 4326 | | | | |
| | | Item Total  00000000000000670 | | | | 17.88 | |
| 7- 1 | PISTERO DE METAL | | 6.00 | UNO | 2.99 | 17.94 | 11/12/2009 |

## Toda entrega se considera final.  No se aceptan "Back Orders".

Authorized

SC.744

# Departamento de Educacion PR

**Receive Order**

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Receive Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000077534 | 11/12/2009 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| CONTRACT BUYER | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   MYRNA M FUENTES   787 7442231
CALLE 33 BONNEVILLE HEIGTS
CAGUAS PR 00725
Puerto Rico

**Bill To:**   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity | Due Date |
|---|---|---|---|---|

ESTA REQUISICION ES DE LA ESC. MYRNA M. FUENTES DISTRITO ESCOLAR CAGUAS II
TEL. 787-744-2231, REQUISADA POR EL SR. LUIS MERCED

# Toda entrega se considera final.  No se aceptan "Back Orders"

| Certifico que los artículos y servicios indicados fueron recibidos según lo solicitado | | | Aprobado por: | | |
|---|---|---|---|---|---|
| Fecha | Nombre y Firma del Receptor | Teléfono | Fecha | Nombre y Firma Jefe de Agencia o Representante | Teléfono |

SC-744

## Receive Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Receive Order 00081-0000077534 | Date 11/12/2009 | Revision | Page 1 |
|---|---|---|---|
| Payment Terms Net 7 | Freight Terms Destination | | Ship Via US Mail |
| Buyer CONTRACT BUYER | Phone | | Currency USD |

Vendor:   660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   MYRNA M FUENTES   787 7442231
CALLE 33 BONNEVILLE HEIGTS
CAGUAS PR 00725
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N   Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity | | Due Date |
|---|---|---|---|---|
| 1- 1  BLANQUEADOR  (CAJA DE 6 GALONES) Contract ID: 08120090310 | | Contract Line: 28 | Release: 4321 | 11/12/2009 |
| 2- 1  PAILA LIMPIADOR MULTIUSOS P/AREAS ABIERTAS FLORAL O CHERRY Contract ID: 08120090310 | | Contract Line: 30 | Release: 4322 | 11/12/2009 |
| 3- 1  CAJA DE 12 ROLLOS DE PAPEL TOALLA Contract ID: 08120090310 | | Contract Line: 18 | Release: 4323 | 11/12/2009 |
| 4- 1  PAPEL SANITARIO BLANCO CAJA DE 12/1000' Contract ID: 08120090310 | | Contract Line: 46 | Release: 4324 | 11/12/2009 |
| 5- 1  BOLSAS PLASTICAS PARA BASURA DE 55 GALONES CAJA DE 100 BOLSA Contract ID: 08120090310 | | Contract Line: 16 | Release: 4325 | 11/12/2009 |
| 6- 1  ESCOBA DE FIBRA PLAST.APRESADA EN UNA CAPSULA DE 9" DE ANCHO APROX. C/MANGO DE PLASTICO DE 52"APROX. Contract ID: 08120090310 | | Contract Line: 10 | Release: 4326 | 11/12/2009 |
| 7- 1  PISTERO DE METAL Contract ID: 08120090310 | | Contract Line: 14 | Release: 4327 | 11/12/2009 |
| 8- 1  DESODORANTES CON MALLA PARA URINALES CAJA DE 12 BLOQUES Contract ID: 08120090310 | | Contract Line: 32 | Release: 4328 | 11/12/2009 |
| 9- 1  MAPO (LAMPAZO) DE RAYON DE 16 OZ. Contract ID: 08120090310 | | Contract Line: 5 | Release: 4329 | 11/12/2009 |
| 10- 1  PALOS PARA LAMPAZO EN MADERA C/AGARRADERA DE ALAMBRE SOLIDO Contract ID: 08120090310 | | Contract Line: 25 | Release: 4330 | 11/12/2009 |

## Toda entrega se considera final.  No se aceptan "Back Orders".

| Certifico que los articulos y servicios indicados fueron recibidos según lo solicitado | Aprobado por: |
|---|---|
| Fecha   Nombre y Firma del Receptor   Teléfono | Fecha   Nombre y Firma Jefe de Agencia o Representante   Teléfono |

SC-744

**Departamento de Educa.... un PR**
Ava. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Delivery Order**                                    **Dispatch via Print**

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000077534 | 11/12/2009 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| CONTRACT BUYER | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   MYRNA M FUENTES   787 7442231
           CALLE 33 BONNEVILLE HEIGTS
           CAGUAS PR 00725
           Puerto Rico

Bill To:   P.O. Box 190759
           San Juan PR 00919-0759
           Puerto Rico

Tax Exempt?  N     Tax Exempt ID:
Line-Sch  Item/Description                    Replenishment Option:  Standard

| Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|

Contract ID:   08120090310

| | Schedule Total | | 17.94 | |
|---|---|---|---|---|
| | Contract Line:  14    Release:  4327 | | | |
| 8- 1  DESODORANTES CON MALLA PARA | Item Total 00000000000000672 | | 17.94 | |
| URINALES CAJA DE 12 BLOQUES | 1.00 CAJ | 18.74 | 18.74 | 11/12/2009 |

Contract ID:   08120090310

| | Schedule Total | | 18.74 | |
|---|---|---|---|---|
| | Contract Line:  32    Release:  4328 | | | |
| 9- 1  MAPO (LAMPAZO) DE RAYON DE 16 OZ. | Item Total 00000000000000560 | | 18.74 | |
| | 1.00 DOC | 31.10 | 31.10 | 11/12/2009 |

Contract ID:   08120090310

| | Schedule Total | | 31.10 | |
|---|---|---|---|---|
| | Contract Line:  5    Release:  4329 | | | |
| 10- 1  PALOS PARA LAMPAZO EN MADERA | Item Total 00000000000000495 | | 31.10 | |
| C/AGARRADERA DE ALAMBRE SOLIDO | 5.00 UNO | 5.95 | 29.75 | 11/12/2009 |

Contract ID:   08120090310

| | Schedule Total | | 29.75 | |
|---|---|---|---|---|
| | Contract Line:  25    Release:  4330 | | | |

ESTA REQUISICION ES DE LA ESC. MYRNA M. FUENTES DISTRITO ESCOLAR CAGUAS II
TEL. 787-744-2231. REQUISADA POR EL SR. LUIS MERCED.

| | Item Total 00000000000000680 | | 29.75 | |
|---|---|---|---|---|

Total PO Amount                              828.81

Toda entrega se considera final.  No se aceptan "Back Orders".

# *Torcos, Inc.*

## CHEMICAL AND JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax.: (787) 276-3403

787 276-1254, 3400, 3833

# Invoice

**Invoice Number:**
10-124461

**Invoice Date:**
4 Aug 2010

**Page:**
1

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR 00729

**Ship to:**
ESC.CIPRIANO MANRIQUE
CARR 765 KM 3 HM 1
BO. BORINQUEN PARCELAS VIEJAS
CAGUAS
747-3600

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 010039 | 00081-0000096843 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 3/9/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0.25 | SP04275CPL | AJAX POLVO 48/14 OZ. CS. (EQUIVALE A 12 POTES) | 27.36 | 6.84 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.49 | 17.88 |
| 2.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, (EQUIVALE A 8 GALONES) | 15.96 | 31.92 |
| 10.00 | ATL-5002PLY | TOILET TISSUE 500 2 PLY 96R | 36.69 | 366.90 |
| 6.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 74.04 |
| 4.00 | FER-RASTRILLO METAL | RASTRILLO DE METAL 18" | 57.48 | 229.92 |
| 5.00 | DOP-SMD03032 | SERGENT MOP DEGREASER 12/32 ONZAS | 15.50 | 77.50 |
| 24.00 | FER-KN807907 | CANDADO MASTER 5D | 11.70 | 280.80 |
| 7.00 | ATL-HH70 | DOMESTIC ROLL TOWEL 30/80 ROLL | 25.00 | 175.00 |
| 12.00 | COQ/LAR/DOM | MAPO DOMESTICO GRANDE BLANCO | 3.83 | 45.93 |
| 12.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 18.60 | 37.20 |
| 7.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 22.20 | 155.40 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____   FIRMA _____

| | |
|---|---|
| Subtotal | 1,499.33 |
| Sales Tax | |
| Total Invoice Amount | 1,499.33 |
| Payment/Credit Applied | |
| **TOTAL** | 1,499.33 |

# TORCOS INC.
# P.O.BOX 29708
# SAN JUAN, PR  00929

Voice: 787 276 1255, 1254
Fax:    787 276 3403

**Sold To:**

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

# Sales Order

Sales Order Number:
124461

Sales Order Date:
Jul 29, 2010

Ship By:
Jul 29, 2010

Page:
1

**Ship To:**

ESC.CIPRIANO MANRIQUE
CARR 765 KM 3 HM 1
BO. BORINQUEN PARCELAS VIEJAS
CAGUAS
747-3600

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000096843 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | NPH | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0.25 | SP04275CPL | AJAX POLVO 48/14 OZ. CS. (EQUIVALE A 12 POTES) | 27.36 | 6.84 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.49 | 17.88 |
| 2.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, (EQUIVALE A 8 GALONES) | 15.96 | 31.92 |
| 10.00 | ATL-5002PLY | TOILET TISSUE 500 2 PLY 96R | 36.69 | 366.90 |
| 6.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 74.04 |
| 4.00 | FER-RASTRILLO | MERASTRILLO DE METAL 18" | 57.48 | 229.92 |
| 5.00 | DOP-SMD03032 | SERGENT MOP DEGREASER 12/32 ONZAS | 15.50 | 77.50 |
| 24.00 | FER-KN807907 | CANDADO MASTER 5D | 11.70 | 280.80 |
| 7.00 | ATL-HH70 | DOMESTIC ROLL TOWEL 30/80 ROLL | 25.00 | 175.00 |
| 12.00 | COQ/LAR/DOM | MAPO DOMESTICO GRANDE BLANCO | 3.83 | 45.93 |
| 12.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 18.60 | 37.20 |
| 7.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 22.20 | 155.40 |

SIGNATURE _____  DATE 3-8-10

PRINT NAME Jaime Toros  HOUR 1120

PIECES _____  B/O _____

| | |
|---|---|
| Subtotal | 1,499.33 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 1,499.33 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

SC-744

**Departamento de Educacion PR**

**Delivery Order**

124401

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000096843 | 03/25/2010 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| CONTRACT BUYER | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   CIPRIANO MANRIQUE   787-747-3600
CARR 765 KM3 HM 1 BO. BORINQUEN, PARCELAS VIEJAS
CAGUAS PR 00725
Puerto Rico

*Eileen Stone: 637-8163*

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LIMPIADOR DE POLVO CON DETERGENTE AGREGADO (14 OZ) | | 12.00 UNO | 0.57 | 6.84 | 04/24/2010 |
| | | | Schedule Total | | 6.84 | |
| | Contract ID:   08120090310 | | Contract Line:   37    Release:  4850 | | | |
| Ajax | | | | | | |
| | | | Item Total  00000000000000732 | | 6.84 | |
| 4- 1 | ESCOBA DE FIBRA PLAST.APRESADA EN UNA CAPSULA DE 9" DE ANCHO APROX. C/MANGO DE PLASTICO DE 52"APROX. | | 1.00 UNO | 17.88 | 17.88 | 04/24/2010 |
| | | | Schedule Total | | 17.88 | |
| | Contract ID:   08120090310 | | Contract Line:   10    Release:  4851 | | | |
| | Escobas de 10 pulgadas, preferibles. | | | | | |
| | | | Item Total  00000000000000670 | | 17.88 | |
| 6- 1 | PAILA LIMPIADOR MULTIUSOS P/AREAS ABIERTAS FLORAL O CHERRY | | 8.00 PAI | 3.99 | 31.92 | 04/24/2010 |
| | | | Schedule Total | | 31.92 | |
| | Contract ID:   08120090310 | | Contract Line:   30    Release:  4852 | | | |
| | | | Item Total  00000000000000416 | | 31.92 | |
| 9- 1 | 96/500 HOJAS DE PAPEL SANITARIO COLOR BLANCO | | 10.00 CAJ | 36.69 | 366.90 | 04/24/2010 |
| | | | Schedule Total | | 366.90 | |
| | Contract ID:   08120090310 | | Contract Line:   19    Release:  4853 | | | |
| | | | Item Total  00000000000000417 | | 366.90 | |
| 10- 1 | BLANQUEADOR   (CAJA DE 6 GALONES) | | 6.00 CAJ | 12.34 | 74.04 | 04/24/2010 |
| | | | Schedule Total | | 74.04 | |
| | Contract ID:   08120090310 | | Contract Line:   28    Release:  4854 | | | |
| | MARCA CLOROX | | | | | |
| | | | Item Total  00000000000000727 | | 74.04 | |
| 13- 1 | RASTRILLO DE REJILLA PLASTICA C/MANGO DE MADER DE 6' | | 4.00 UNO | 57.48 | 229.92 | 04/24/2010 |

**Toda entrega se considera final.  No se aceptan "Back Orders".**

**Authorized**

SC 74

# Delivery Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 000081 0000096843 | 03/25/2010 | | |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net | Designated Loc | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| CONTRACT BUYER | | | USD |

Vendor: 660477431
TORCOS CHEMICAL INC
PO BOX 29705
SAN JUAN PR 00929

Ship To: CIPRIANO MANRIQUE 787 747 3600
CARR 765 KM3 H M1 BO BORINQUEN PARCELAS VIEJAS
CAGUAS PR 00725
Puerto Rico

Bill to: P.O. Box 190759
San Juan PR 0919 0759
Puerto Rico

Tax Exempt? N   Tax Exempt ID.          Replenishment Option  Standard

| Line Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 24 1 CAJA DE 12 ROLLOS DE PAPEL TOAINA | | 7.000 CA | 22.210 | 155.470 | 03/31/2010 |

Schedule Total                                                      155.470

Contract ID:   082009030           Contract Line:   48    Release   486

Item Total  000000000000000486                                     155.470

Total PO Amount                                                   7,495.580

Toda entrega se considera final.  No se aceptan "Back Orders"
Authorized

# TORCOS INC.
## P.O.BOX 29708
## SAN JUAN, PR  00929

# Sales Order

Sales Order Number:

124461-CI

Sales Order Date:

Jul 29, 2010

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:

Jul 29, 2010
Page:

1

Sold To:

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship To:

ESC. CIPRIANO MANRIQUE
CARR 765 KM 3 HM 1
BO. BORINQUEN PARCELAS VIEJAS
CAGUAS
787-747-3600

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000096843 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
|  | NPH | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
|  |  | CLIENTE SOLICITA EL SIGUIENTE CAMBIO INTERNO POR LAS 4 DOCENAS DE RASTRILLOS TOTAL: $229.92 |  |  |
| 6.00 |  | RASTRILLOS METAL DE 18" @ $ 8.00 C/U = $ 48.00 |  |  |
| 1.00 |  | MANGUERA 100" X 5/8 " GRAY @ $57.58 |  |  |
| 3.00 |  | CLOROX 6 GAL./CS  GALONES @ $12.34= $37.10 |  |  |
| 1.00 |  | BAGS366014K-100 BAGS 55 GALS. 14 MICRONS BLACK 100/CS. @$ 15.96 |  |  |
| 1.00 |  | DOP-SMC-03128 CHERRY ALL PURPOSE CLEANER CAJA DE 4 GALONES @ $15.96 |  |  |
| 1.00 |  | FABULOSO 12/28 OZ. @ $18.00 |  |  |
| 1.00 |  | LESTOIL 15/15 OZ. ORIGINAL @ 22.74 |  |  |
| 2.00 |  | FABULOSO 1 GALON  $7.29 = $14.58 |  |  |

SIGNATURE _____     DATE 3-8-10

PRINT NAME _____    HOUR 11:20

PIECES _____    B/O _____

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA RECLAMACION DEBE SER NOTIFICADA  AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.



# Invoice

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787-276-1254, 3400, 3833

Invoice Number:
11-130488

Invoice Date:
2 Jun 2011

Page:
1

| Sold To: | Ship to: |
|---|---|
| DEPT. EDUCACION REGION DE CAGUAS<br>REGION ESCOLAR CAGUAS II<br>APARTADO 398<br>CAGUAS, PR  00729 | ESC. MYRNA M. FUENTES<br>C/ 33 BONNEVILLE HEIGHTS<br>CAGUAS<br>787-744-2231 |

160284 inv.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 010039 | 00081-0000180284 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | GT | | 2/7/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | CONLD500 | HAND SOAP DISPENSER | 12.50 | 25.00 |
| 1.00 | BAGS242406N-500 | BAGS 7-10 GALS. 6 MICRONES<br>NATURAL 500/CS. | 8.50 | 8.50 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_Region Caguas_ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 33.50 |
| Sales Tax | |
| Total Invoice Amount | 33.50 |
| Payment/Credit Applied | |
| **TOTAL** | 33.50 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

**Sales Order Number:**
130488
**Sales Order Date:**
May 20, 2011

Voice: 787 276 1255, 1254
Fax:   787 276 3403

**Ship By:**
May 20, 2011
**Page:**
1

Sold To:

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship To:

ESC. MYRNA M. FUENTES
C/ 33 BONNEVILLE HEIGHTS
CAGUAS
787-744-2231

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000180284 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | MAG | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | CONLD500 | HAND SOAP DISPENSER | 12.50 | 25.00 |
| 1.00 | BAGS242406N-500 | BAGS 7-10 GALS. 6 MICRONES NATURAL 500/CS. | 8.50 | 8.50 |



SIGNATURE _Luis A. Mevey_      DATE _3/5/2011_      Subtotal        33.50

PRINT NAME _Luis Mevey_         HOUR _10:10_         Sales Tax

PIECES _____    B/O _____      Freight          0.00

**TOTAL ORDER AMOUNT**        33.50

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

SC-744

# Departamento de Educacion PR

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

## Purchase Order

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000160284 | 06/18/2011 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE Juan A. Oyola Cruz | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** MYRNA M FUENTES 787 7442231
CALLE 33 BONNEVILLE HEIGTS
CAGUAS PR 00725
Puerto Rico

**Bill To:** Centro Gubernamental
PO Box 398
Caguas PR 00725
Puerto Rico

Tax Exempt? N    Tax Exempt ID:              Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | DISPENSADOR JABON LIQUIDO TIPO TANQUE C/CAPACIDAD DE 50 ONZ. | | 2.00 UNC | 12.50 | 25.00 | 05/18/2011 |
| | | | Schedule Total | | 25.00 | |
| | tOILET BOWL CLEANER O TILEX | | | | | |
| | | | Item Total 000000000000000486 | | 25.00 | |
| 2- 1 | .BOLSAS PLATICAS PARA BASURA DE 10 GALONES | | 1.00 CAJ | 8.50 | 8.50 | 06/17/2011 |
| | | | Schedule Total | | 8.50 | |
| | | | Item Total 000000000000000168 | | 8.50 | |
| | | | **Total PO Amount** | | 33.50 | |

Authorized Signature

# Departamento de Educación PR

Ave. Trite Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Receive Order** — Dispatch via Print

| Receive Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000160284 | 05/18/2011 | | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 7 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE  Juan A. Oyola Cruz | | USD |

Ship To: MYRNA M FUENTES  787 7442231
CALLE 33 BONNEVILLE HEIGTS
CAGUAS PR 00725
Puerto Rico

Bill To: Centro Gubernamental
PO Box 398
Caguas PR 00725
Puerto Rico

Tax Exempt? N    Tax Exempt ID:       Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity | Due Date |
|---|---|---|---|
| 1- 1  DISPENSADOR JABON LIQUIDO TIPO TANQUE C/CAPACIDAD DE 50 ONZ. tOILET BOWL CLEANER O TILEX | | 2 | 05/18/2011 |
| 2- 1  BOLSAS PLATICAS PARA BASURA DE 10 GALONES | | 1 | 06/17/2011 |


DE LA COMUNIDAD MYRNA M. FUENTES
ESCUELA
ACREDITADA • MAYO • 1995

## Toda entrega se considera final.  No se aceptan "Back Orders".

Certifico que los artículos y servicios indicados fueron recibidos según lo solicitado
2|15|11  Luis Mercad
Fecha   Nombre y Firma del Receptor   Teléfono
Aprobado por:
Fecha   Nombre y Firma Jefe de Agencia o Representante   Teléfono



# Invoice

**Invoice Number:**
12-140793

**Invoice Date:**
6 Jun 2012

**Page:**
1

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR   00729

**Ship to:**
ANTONIO DOMINGUEZ NIEVES
BO. RIO CAÑAS   CALLE 1
SECT. REPARTO SOLANO
CAGUAS
787-747-2026

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 010039 | 00081-0000218689 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | gt | | 6/7/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 20.99 | 41.98 |
| 5.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 29.00 | 145.00 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 33.98 |
| 4.00 | PAP 30/80 DOMESTIC | DOMESTIC ROLL TOWEL 30/CS | 20.34 | 81.36 |
| 1.00 | FER-2228 | PISTERO METAL | 3.50 | 3.50 |
| 3.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 53.25 |
| 2.00 | COQ-A-16 | COQUI COTTON MOP # 16**DOCENA*** | 28.88 | 57.76 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____   FIRMA _____

| | |
|---|---|
| Subtotal | 416.83 |
| Sales Tax | |
| Total Invoice Amount | 416.83 |
| Payment/Credit Applied | |
| **TOTAL** | 416.83 |

TORCOS, INC.
P.O.BOX 29708
SAN JUAN, PR 00929

# Sales Order

**Sales Order Number:**
140793
**Sales Order Date:**
May 25, 2012

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

**Ship By:**
May 25, 2012
**Page:**
1

**Sold To:**

DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR   00729

**Ship To:**

ANTONIO DOMINGUEZ NIEVES
BO. RIO CAÑAS   CALLE 1
SECT. REPARTO SOLANO
CAGUAS
787-747-2026

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000218689 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 20.99 | 41.98 |
| 5.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 29.00 | 145.00 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 33.98 |
| 4.00 | PAP 30/80 DOMESTIC | DOMESTIC ROLL TOWEL 30/CS | 20.34 | 81.36 |
| 1.00 | FER-2228 | PISTERO METAL | 3.50 | 3.50 |
| 3.00 | GLHS 4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 53.25 |
| 2.00 | COQ-A-16 | COQUI COTTON MOP # 16**DOCENA*** | 28.88 | 57.76 |

SIGNATURE _____   DATE _5-6-12_

PRINT NAME _____   HOUR _11:00_

PIECES _____   B/O _____

| | |
|---|---|
| Subtotal | 416.83 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 416.83 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA
RECLAMACION DEBE SER NOTIFICADA  AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

May 21 2012 1:26PM  HP LASERJET FAX                                    p.1

140793

SC-744

## Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000218689 | 05/21/2012 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Juan A. Oyola Cruz | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**  ANTONIO DOMINGUEZ NIEVES   787 7472026
BO RIO CAÑAS CALLE 1 SECT REPARTO SOLANO
✱ CAGUAS PR 00725
Puerto Rico

**Bill To:**  P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | PAPEL SANITARIO BLANCO CAJA DE 12/1000' | | 2.00CAJ | 20.99 | 41.98 | 06/20/2012 |
| | | | Schedule Total | | 41.98 | |
| | Papel sanitario industrial 2 ply dispenesdor c/ 12 rollos SUBASTA 9F (OC) 2010-008 TORCOS CHERMICAL PART. 41 | | | | | |
| | | | Item Total  00000000000000411 | | 41.98 | |
| 2- 1 | PAPEL SANITARIO BLANCO CAJA DE 12/1000' | | 5.00CAJ | 29.00 | 145.00 | 06/20/2012 |
| | | | Schedule Total | | 145.00 | |
| | Papel Sanitario 2 ply (similar a Charmin) c/ 96 rollos SUBASTA 9F (OC) 2010-008 TORCOS CHERMICAL PART. 40 | | | | | |
| | | | Item Total  00000000000000411 | | 145.00 | |
| 3- 1 | PAPEL TOALLA ABSORBENTE COLOR NATURAL 9.F (OC) 2010-008 PARA CARRETE "DISPENSER" ROLLOS DE APROX. 8" DE ANCHO POR 350 DE LARGO. CAJA DE 12 ROLLOS. | | 2.00CAJ | 16.99 | 33.98 | 06/20/2012 |
| | | | Schedule Total | | 33.98 | |
| | Papel toalla para dispensador (marron) c/ 12 rollos SUBASTA 9F (OC) 2010-008 TORCOS CHERMICAL PART. 38 | | | | | |
| | | | Item Total  00000000000000436 | | 33.98 | |
| 4- 1 | MATERIALES GENERALES SALÓN DE CLASES Y/O ESCUELA | | 4.00UNO | 20.34 | 81.36 | 05/21/2012 |
| | | | Schedule Total | | 81.36 | |
| | Papel toalla (igual o similar a Bounty) SUBASTA 9F (OC) 2010-008 TORCOS CHERMICAL PART. 39 | | | | | |
| | | | Item Total  00000000000000704 | | 81.36 | |
| 5- 1 | PISTERO DE METAL | | 1.00UNO | 3.50 | 3.50 | 06/20/2012 |
| | | | Schedule Total | | 3.50 | |
| | Pistero manguera set 9 pk/3 | | | | | |

Authorized Signature

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order 00081-0000218669 | Date 05/21/2012 | Revision | Page 2 |
|---|---|---|---|
| Payment Terms Net 7 | Freight Terms Destination | | Ship Via US Mail |
| Buyer Juan A. Oyola Cruz | Phone | | Currency USD |

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** ANTONIO DOMINGUEZ NIEVES 787 7472026
BO RIO CAÑAS CALLE 1 SECT REPARTO SOLANO
CAGUAS PR 00725
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| | | Item Total 000000000000000872 | | 3.50 | |
| 6- 1 JABON LIQUIDO DE MANO | | 3.00 CAJ | 17.75 | 53.25 | 05/21/2012 |
| | | Schedule Total | | 53.25 | |
| Jabon Liquido (similar a Protex) c/4 gal. SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 4 | | | | | |
| | | Item Total 00000000000000204 | | 53.25 | |
| 7- 1 MAPOS | | 2.00 UNO | 28.88 | 57.76 | 05/21/2012 |
| | | Schedule Total | | 57.76 | |
| Mapo industrial algodon #16 caja 6 SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 12 | | | | | |
| | | Item Total 00000000000000210 | | 57.76 | |

Solicitado por Maria Diaz Diaz, Oficinista Mac II Escuela Antonio Dominguez Nieves
Distrito de Gurabo Municipio de Caguas
E4101-221-26492-10F-2012-Schoolwide12A

SUBASTA SF (OC) 2010-008  TORCOS CHERMICAL

**Total PO Amount** 416.83

Authorized Signature

SC-744

## Receive Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Dispatch via Print**

| Receive Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000218689 | 05/21/2012 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE Juan A. Oyola Cruz | | | USD |

Ship To: ANTONIO DOMINGUEZ NIEVES 787 7472026
BO RIO CAÑAS CALLE 1 SECT REPARTO SOLANO
CAGUAS PR 00725
Puerto Rico

Bill To: P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N  Tax Exempt ID:  Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity | Due Date |
|---|---|---|---|
| 1- 1  PAPEL SANITARIO BLANCO CAJA DE 12/1000'<br>Papel sanitario industrial 2 ply dispeneador c/ 12 rollos<br>SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 41 | | 2 | 06/20/2012 |
| 2- 1  PAPEL SANITARIO BLANCO CAJA DE 12/1000'<br>Papel Sanitario 2 ply (similar a Charmin) c/ 96 rollos<br>SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 40 | | 5 | 06/20/2012 |
| 3- 1  PAPEL TOALLA ABSORBENTE COLOR NATURAL S.F (OC)<br>2010-008 PARA CARRETE "DISPENSER" ROLLOS DE APROX.<br>8" DE ANCHO POR 350 DE LARGO. CAJA DE 12 ROLLOS.<br>Papel toalla para dispeneador (marron) c/ 12 rollos<br>SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 38 | | 2 | 06/20/2012 |
| 4- 1  MATERIALES GENERALES SALÓN DE CLASES Y/O ESCUELA<br>Papel toalla (igual o similar a Bounty)<br>SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 39 | | 4 | 05/21/2012 |
| 5- 1  PISTERO DE METAL<br>Pistero manguera set 3 pk/3 | | 1 | 06/20/2012 |
| 6- 1  JABON LIQUIDO DE MANO<br>Jabon Liquido (similar a Protex) c/ 4 gal.<br>SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 4 | | 3 | 05/21/2012 |
| 7- 1  MAPOS<br>Mapo industrial algodon #16 caja 6<br>SUBASTA SF (OC) 2010-008 TORCOS CHERMICAL PART. 12 | | 2 | 05/21/2012 |

Solicitado por Maria Diaz Diaz, Oficinista Mec II Escuela Antonio Dominguez Nieves
Distrito de Gurabo Municipio de Caguas
E4101-221-28492-10F-2012-Schoolwide12A

SUBASTA SF (OC) 2010-008  TORCOS CHERMICAL

## Toda entrega se considera final. No se aceptan "Back Orders".

| Certifico que los artículos y servicios indicados fueron recibidos según lo solicitado | | | Aprobado por: | | | |
|---|---|---|---|---|---|---|
| 5.6.12 | | | | | | |
| Fecha | Nombre y Firma del Receptor | Teléfono | Fecha | Nombre y Firma Jefe de Agencia o Representante | | Teléfono |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
16-175656

Invoice Date:
Dec 29, 2016

Page:
1

Sold To:
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR   00729

Ship to:
FEDERICO DEGETAU 1
CALLE JULIO CINTRON INT.
AVE, WHEELER FINAL
AIBONITO, PR
735-2601

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 010039 | 00081-0000550230 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD | SDD | | 1/28/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | PS-00015 | ESCOBA ALPHA | 1.80 | 36.00 |
| 10.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.89 | 128.90 |
| 2.00 | RUB7380-31 | TANDEM BUCKET 31 QT YELLOW | 41.00 | 82.00 |
| 1.00 | CS232 | PRO SERIE 2 FURNITURE POLISH 12/19OZ | 27.00 | 27.00 |
| 4.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.50 | 110.00 |

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE NINGUN SERVIDOR PUBLICO
DE LA AGENCIA O MUNICIPIO ARRIBA ESPECIFICADO, ES PARTE O TIENE ALGUN
INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO O HA
MEDIADO UNA DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA
SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA EL SIDO PAGO
ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION.  EL
IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS PRODUCTOS HAN
SIDO ENTREGADOS Y NO HAN SIDO PAGADOS A LA FECHA.       FECHA

_____ FIRMA

| | |
|---|---|
| Subtotal | 383.90 |
| Sales Tax | |
| Total Invoice Amount | 383.90 |
| Payment/Credit Applied | |
| **TOTAL** | 383.90 |

**TORCOS INC.**
P.O. BOX 29708
SAN JUAN, PR  00929

**Sales Order**

Sales Order Number:
179656

Sales Order Date:
Dec 7, 2016

Ship By:
Dec 7, 2016

Page:
1

Voice:  787 276 1255, 1254
Fax:    787 276 3403

Sold To:
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship To:
FEDERICO DEGETAU 1
CALLE JULIO CINTRON INT.
AVE, WHEELER FINAL
AIBONITO, PR
735-2601

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00061-0000550230 | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | PS-00015 | ESCOBA ALPHA | 1.80 | 36.00 |
| 10.00 | INS-C100104 | CLOROX 6 GAL./C3  GALONES | 12.89 | 128.90 |
| 2.00 | RUB7380-31 | TANDEM BUCKET 31 QT YELLOW | 41.00 | 82.00 |
| 1.00 | C3232 | PRO SERIE 2 FURNITURE POLISH 12/19OZ | 27.00 | 27.00 |
| 4.00 | TAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.50 | 110.00 |

*Favor de cambiar
el el Foam por el
Furniture Polish.*

SIGNATURE
PRINT NAME  Juan A Colón
PIECES _____ B/O _____

DATE  19/Dic/16
HOUR  1137

Subtotal        383.90
Sales Tax
**TOTAL ORDER AMOUNT**   383.90

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGE" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y DE SER PARTE OBTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA ULTIMA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO, LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO, LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

**Sales Order**

Sales Order Number:
175656-CI

Sales Order Date:
Dec 20, 2016

Ship By:
Dec 20, 2016

Page.
1

Voice: 787 276 1255, 1254
Fax: 787 276 9402

Sold To:
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR 00729

Ship To:
FEDERICO DEGETAU I
CALLE JULIO CINTRON INTERIOR
AVE. WHEELER FINAL
AIBONITO, PR
735-2601

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00051-0000550230 | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | RECOGER | | |
| 1.00 | | C8239 FOAM AWAY GERMICIDAL ** | | |
| | | ENTREGAR | | |
| 1.00 | | C8232 FURNITURE POLISH 12/19 ** | | |

SIGNATURE
PRINT NAME _Juan A Colón_
PIECES _____ P/O _____

DATE _23 Enero 2017_
HOUR _186_

Subtotal _____ 0.00
Sales Tax
**TOTAL ORDER AMOUNT** _____ 0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR FRENTE O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGE" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO, LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

SC-744

# Purchase Order

Dispatch via Print

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

*175656*

*1.0039*

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| 00081-0000550230 | | 12/05/2016 | | 1 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 2 | Destination | | | US Mail |
| Buyer | | Phone | | Currency |
| DE   Juan A. Oyola Cruz | | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  FEDERICO DEGETAU I   787-735-2601
          20263
          CALLE JULIO CINTRON INT. AVE. WHEELER FINAL
          AIBONITO PR 00705
          Puerto Rico

Bill To:  PR
          Puerto Rico

Tax Exempt?  N    Tax Exempt ID:                Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1   ESCOBAS CON PALO | | 20.00 UNO | 1.80 | 36.00 | 12/05/2016 |
| | | Schedule Total | | 36.00 | |
| | | Item Total  00000000000000191 | | 36.00 | |
| 2- 1   BLANQUEADOR CAJA DE (6 GALONES) | | 10.00 CAJ | 12.89 | 128.90 | 12/05/2016 |
| | | Schedule Total | | 128.90 | |
| | | Item Total  00000000000000726 | | 128.90 | |
| 3- 1   CUBO EXPRIMIDOR CON RUEDAS | | 2.00 UNO | 41.00 | 82.00 | 12/05/2016 |
| | | Schedule Total | | 82.00 | |
| Cubo con esprimidor industrial | | | | | |
| | | Item Total  00000000000009579 | | 82.00 | |
| 4- 1   LIMPIADOR MULTIUSOS | | 1.00 CAJ | 27.00 | 27.00 | 01/04/2017 |
| | | Schedule Total | | 27.00 | |
| Limpiador para limpiar mesas  (Spray Shine Furniture polisg | | | | | |
| | | Item Total  00000000000000205 | | 27.00 | |
| 5- 1   PAPEL SANITARIO COLOR BLANCO S.F (OC) 2010-008 ("TWO PLY"), INDUSTRIAL DOMESTICO. 96 ROLLO DE 500 HOJAS. RESISTENTE | | 4.00 CAJ | 27.50 | 110.00 | 01/04/2017 |
| | | Schedule Total | | 110.00 | |
| Papel blanco sanitarloon rollo do cuatro | | | | | |
| | | Item Total  00000000000000417 | | 110.00 | |

ESTE MATERIAL ES SOLICITADO POR AMELIA LOPEZ RIVERA PARA LA ESCUELA FEDERICO DEGETAU I
DE AIBONITO, P.R.

Total PO Amount        383.90

**Authorized Signature**
DE   Juan A. Oyola Cruz 2016-12-06 13:48:07

12/19/2016

No se pudo recibir esta
Orden. Porque faltan articulo
Por entregar

Gracias.



**TORCOS INC.**
P.O. BOX 29708
SAN JUAN, PR 00929

Voice: 787 276 1255, 1254
Fax: 787 276 3403

# Sales Order

**Sales Order Number:**
175656

**Sales Order Date:**
Dec 7, 2016

**Ship By:**
Dec 7, 2016

**Page:**
1

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR 00729

**Ship To:**
FEDERICO DEGETAU 1
CALLE JULIO CINTRON INT.
AVE, WHEELER FINAL
AIBONITO, PR
735-2601

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000550230 | DAMARIS TORRES |
| Customer Contact | Customer Service Name | Payment Terms |
| | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | PS-00015 | ESCOBA ALPHA | 1.80 | 36.00 |
| 10.00 | INS-CLO0104 | CLOROX 6 GAL./CS GALONES | 12.89 | 128.90 |
| 2.00 | RUB7380-31 | TANDEM BUCKET 31 QT YELLOW  ← Cambio | 41.00 | 82.00 |
| 1.00 | CS232 | PRO SERIE 2 FURNITURE POLISH 12/19OZ | 27.00 | 27.00 |
| 4.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.50 | 110.00 |

*Se debe un palo para el duster*

SIGNATURE

PRINT NAME

PIECES _____ B/O _____

DATE

HOUR

| | |
|---|---|
| **Subtotal** | 383.90 |
| **Sales Tax** | |
| **TOTAL ORDER AMOUNT** | 383.90 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA ANICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS DE LETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZACO DE LA CORPORACION EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTRADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____

FIRMA



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE

| | |
|---|---|
| Invoice Number: | 17-176913 |
| Invoice Date: | Mar 30, 2017 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| DEPT. EDUCACION REGION DE CAGUAS<br>REGION ESCOLAR CAGUAS II<br>APARTADO 398<br>CAGUAS, PR 00729 | DR. RAMON EMETERIO BETANCES 738-3745<br>AVE ANTONIO R BARCELO<br>CAYEY, PR<br>738-3745 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 010039 | 00081-0000567651 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD | WM | | 4/29/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 6.00 | PAP 440-96R-2P | TOILET TISSUE  96 ROLLS-2 PLY 4" X 3.08" | 28.50 | 171.00 |
| 12.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.00 | 216.00 |
| 6.00 | INS926080 | PROFORCE PAÑOS DZ MICROFIBRA | 9.00 | 54.00 |

*CK  00 113376*
*4/25/17*
*$ 387.00*

*Balance Pendiente 54.00*

| | | |
|---|---|---|
| Subtotal | | 441.00 |
| Sales Tax | | |
| Total Invoice Amount | | 441.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **441.00** |

Bajo Pena de nulidad absoluta certifico que ningun servidor publico de _____ es parte o tiene algun interes en las ganancias o beneficios del producto del contrato ha medido una dispensa previa. La unica cosideración para suministrar bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la corporación. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido pagados. Fecha:_____ Firma:_____

*TORCO'S INC*
*P.O. BOX 29708*
*SAN JUAN, PR 00929*

Voice: 787 276 1283, 1284
Fax: 787 276 3402

# Sales Order

Sales Order Number:
176919

Sales Order Date:
Mar 23, 2017

Ship By:
Mar 23, 2017

Page:
1

Sold To:
DPPR. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR 00729

Ship To:
DR. RAMON EMETERIO BETANCES 736-2745
AVE ANTONIO R BARCELO
CAYEY, PR
736-3745

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010003 | 00031-00005-07-051 | DAMARIS TORRES |
| Customer Contact | Customer Service Name | Payment Terms |
| | DTD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | PAP 440-96R-2F | TOILET TISSUE 96 ROLLS-2 PLY 4" X 3.08 | 28.50 | 171.00 |
| 12.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.00 | 216.00 |
| 6.00 | TN8926080 | PROFORCE PAÑOS DE MICROFIBRA | 9.00 | 54.00 |

SIGNATURE *Wenda I. Ortiz Torres*
PRINT NAME *Wenda I. Ortiz Torres*
PIECES _____

DATE *29/03/2017*
HOUR *12.30 p.m.*
B/O

Subtotal 441.00
Sales Tax
**TOTAL ORDER AMOUNT** 441.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR FISICO O SI POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX. ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR CATE ENTREGO MENSUAL.

BAJO PENA DE PERJURIO ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ SI PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OBTIENE DINERO EN LOS CUSTODIA O CREDITOS O CREDITOS PRODUCTOS DEL CONTRATO TAL MONTO Y SU CUANTIA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS DE ESTE DEL CONTRATO UN SER EL PAGO O CREDITO POR EL PRESTADOR AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS CONTRATADOS CORRESPONDIENTES A LOS PRODUCTOS HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS A LOS SERVICIOS PRESTADOS Y NO SE HAN RECIBIDO PAGOS _____
FIRMA

*29/3/17*

2017-03-07 12:59   787 2580104 >>   P 1/2

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000567651 | 03/06/2017 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Juan A. Oyola Cruz | | | USD |

Vendor:  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  DR RAMON EMETERIO BETANCES   787 7383745
25627
AVE ANTONIO R BARCELO
CAYEY PR 00736
Puerto Rico

Bill To:   PR
Puerto Rico

*176913*

ATT: BETSY

Tax Exempt?  N     Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|
| 1- 1  PAPEL SANITARIO COLOR BLANCO S.F (OC) 2010-008 ("TWO PLY"), INDUSTRIAL DOMESTICO, 96 ROLLO DE 500 HOJAS, RESISTENTE | | 6.00 CAJ | 28.50 | 171.00 04/05/2017 |
| | | Schedule Total | | 171.00 |
| | | Item Total  00000000000000417 | | 171.00 |
| 2- 1  TOALLA DE SECAR EN LA COCINA | | 12.00 UNO | 18.00 | 216.00 03/06/2017 |
| | | Schedule Total | | 216.00 |
| Rollo papel natural para secarse las manos (papel manila) | | | | |
| | | Item Total  00000000000000229 | | 216.00 |
| 3- 1  TOALLA DE SECAR EN LA COCINA | | 6.00 UNO | 9.00 | 54.00 03/06/2017 |
| | | Schedule Total | | 54.00 |
| Paños microfibra de limpiar en la cocina (la docena) | | | | |
| | | Item Total  00000000000000229 | | 54.00 |

ESTE MATERIAL ES SOLICITADO POR LILLIAM FLORES ORTIZ PARA LA ESCUELA DR. RAMON E. BETANCES DE CAYEY, P.R.

Total PO Amount            441.00

Authorized Signature
DE   Juan A. Oyola Cruz 2017-03-07 10:53:39



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
17-177133

Invoice Date:
21 Jun 2017

Page:
1

Sold To:
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

Ship to:
LUIA RAMOS GONZALEZ
GAUTIER BENITEZ FINAL
787-743-2311
CAGUAS -, PR

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 010039 | 00081-0000576134 | Net 30 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD | SDD | | 21/7/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 18.50 | 18.50 |
| 1.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.25 | 18.25 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO, LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 36.75 |
| Sales Tax | |
| Total Invoice Amount | 36.75 |
| Payment/Credit Applied | |
| **TOTAL** | 36.75 |

P.O. BOX 29708
SAN JUAN, PR 00929

**Sales Order Number:**
177133

**Sales Order Date:**
19 Apr 2017

**Ship By:**
19 Apr 2017

**Page:**
1

Voice:    787 276 1255, 1254
Fax:      787 276 3403

**Sold To:**
DEPT. EDUCACION REGION DE CAGUAS
REGION ESCOLAR CAGUAS II
APARTADO 398
CAGUAS, PR  00729

**Ship To:**
LUIA RAMOS GONZALEZ
GAUTIER BENITEZ FINAL
787-743-2311
CAGUAS -, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010039 | 00081-0000576134 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 18.50 | 18.50 |
| 1.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.25 | 18.25 |
| | | CERTIFICO QUE ESTA MERCANCIA FUE | | |
| | | ENTREGADA,  ESTA EN MANOS DEL CLIENTE Y | | |
| | | AUN NO SE HA PAGADO. | | |
| | | NOMBRE *Merced Tons* FECHA *6-21-17* | | |

| | | |
|---|---|---|
| SIGNATURE | DATE | Subtotal | 36.75 |
| | | Sales Tax | |
| PRINT NAME | HOUR | Freight | 0.00 |
| PIECES    BACK | | **TOTAL ORDER AMOUNT** | 36.75 |
| ORDER | | | |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

9/17/21 at 15:58:21.68

## TORCOS INC.
### Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 000079; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-3 | 31-6 | 61-90 | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 000079<br>REGION EDUCATIVA AR<br>EFRAIN ACEVEDO<br>881-5557 DEPT COMPRA | 08-112956 | | | | 480.53 | 480.53 | 00081-000003653 |
| | 10-126045 | | | | 15.99 | 15.99 | 00081-000012724 |
| | 12-137749 | | | | 81.88 | 81.88 | 00081-000019514 |
| | 12-143455 | | | | 295.84 | 295.84 | 00081-000023398 |
| | 12-144487 | | | | 94.59 | 94.59 | 00081-000023663 |
| | 13-147447 | | | | 288.64 | 288.64 | 00081-000028087 |
| | 13-148486 | | | | 224.22 | 224.22 | 00081-175937 |
| | 17-178342 | | | | 52.20 | 52.20 | 00081-000058076 |
| 000079<br>REGION EDUCATIVA AR | | | | | 1,533.89 | 1,533.89 | |
| Report Total | | | | | 1,533.89 | 1,533.89 | |



# Invoice

**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

Invoice Number:
10-126045

Invoice Date:
23 Oct 2010

Page:
1

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

**Ship to:**
CENTRO GUBERNAMENTAL
EDIF B-210 2DO PISO
ATTN FRANCES GANDARILLA
ARECIBO
881-5577

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000079 | 00081-0000127244 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | gt | | 22/11/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-M0638 | MISTOLIN 15/28 OZ. | 18.99 | 18.99 |
| 5.00 | MAR-WB2815BG | 28QT MEDIUM WASTE BASKET | 7.00 | 35.00 |
| 1.00 | INS926080 | PANOS AZULES 24 POR PAQUETE | 31.98 | 31.98 |
| | | (EQUIVALE A 2 DOCENAS) | | |
| 1.00 | FER18SQ | SQUEEGEE 18" PARA PISO | 8.00 | 8.00 |
| 0.83 | D-467 | APPLE METERED AEROSOL 12/7 OZ. | 46.14 | 38.30 |
| 1.00 | CS239 | GERMICIDAL  FOAM DISINFECTANT | 33.00 | 33.00 |
| | | CLEANER 19 OZ | | |
| 2.00 | INS-B15 | PAPEL TOALLA BOUNTY 15 ROLLS | 18.99 | 37.98 |
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.59 | 4.77 |

*Referencia*
*00187570*
*11/29/2010*
*$192.03*

*192.03*

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGL
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 208.02 |
| Sales Tax | |
| Total Invoice Amount | 208.02 |
| Payment/Credit Applied | |
| **TOTAL** | 208.02 |

# Invoice

**Invoice Number:**
10-126045

**Invoice Date:**
23 Oct 2010

**Page:**
1

787 276-1254, 3400, 3833

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

**Ship to:**
CENTRO GUBERNAMENTAL
EDIF B-210 2DO PISO
ATTN FRANCES GANDARILLA
ARECIBO
881-5577

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000127244 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | gt | | 22/11/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-M0638 | MISTOLIN 15/28 OZ. | 18.99 | 18.99 |
| 5.00 | MAR-WB2815BG | 28QT MEDIUM WASTE BASKET | 7.00 | 35.00 |
| 1.00 | INS926080 | PANOS AZULES 24 POR PAQUETE | 31.98 | 31.98 |
| | | (EQUIVALE A 2 DOCENAS) | | |
| 1.00 | FER18SQ | SQUEEGEE 18" PARA PISO | 8.00 | 8.00 |
| 0.83 | D-467 | APPLE METERED AEROSOL 12/7 OZ. | 46.14 | 38.30 |
| 1.00 | CS239 | GERMICIDAL  FOAM DISINFECTANT | 33.00 | 33.00 |
| | | CLEANER 19 OZ | | |
| 2.00 | INS-B15 | PAPEL TOALLA BOUNTY 15 ROLLS | 18.99 | 37.98 |
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.59 | 4.77 |

*Referencia*
*00187570*
*11/29/2010*
*$192.03*

*192.03*

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGL
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____
...ES PARTE O TIENE ALGUN INTERES EN LAS

| | |
|---|---|
| Subtotal | 208.02 |
| Sales Tax | |
| Total Invoice Amount | 208.02 |
| Payment/Credit Applied | |
| **TOTAL** | **208.02** |

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR 00929

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

# Sales Order

**Sales Order Number:**

126045

**Sales Order Date:**

Oct 19, 2010

**Ship By:**

Oct 19, 2010

**Page:**

1

**Sold To:**

REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR 00612

**Ship To:**

CENTRO GUBERNAMENTAL
EDIF B-210 2DO PISO
ATTN FRANCES GANDARILLA
ARECIBO
881-5577

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-0000127244 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | NPH | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-M063B | MISTOLIN 15/28 OZ. | 18.99 | 18.99 |
| 5.00 | MAR-WB2815BG | 28QT MEDIUM WASTE BASKET | 7.00 | 35.00 |
| 1.00 | INS926080 | PANOS AZULES 24 POR PAQUETE (EQUIVALE A 2 DOCENAS) | 31.98 | 31.98 |
| 1.00 | FER18SQ | SQUEEGEE 18" PARA PISO | 8.00 | 8.00 |
| 0.83 | D-467 | APPLE METERED AEROSOL 12/7 OZ. | 46.14 | 38.30 |
| 1.00 | CS239 | GERMICIDAL  FOAM DISINFECTANT CLEANER 19 OZ | 33.00 | 33.00 |
| 2.00 | INS-B15 | PAPEL TOALLA BOUNTY 15 ROLLS | 18.99 | 37.98 |
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.59 | 4.77 |

SIGNATURE _____  DATE  22/10/2010  HOUR  1:15 pm

PRINT NAME  Edundo Cruz

PIECES _____   B/O _____

| | |
|---|---|
| Subtotal | 208.02 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 208.02 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

SC-744

# Purchase Order

**Dispatch via Print**

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000127244 | 10/18/2010 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE  Frances  Gandarill | | | USD |

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** Oficina Regional Arecibo    878-0521
Centro Gubernamental
P.O. Box 210-b
Arecibo PR 00612
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

126045

Tax Exempt? N    Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | DESNFECTANTE PARA BAÑO Y PISO | | 1.00CAJ | 18.99 | 18.99 | 10/18/2010 |
| | | | Schedule Total | | 18.99 | |
| | desinfectante mistolin | | | | | |
| | | | Item Total  00000000000000185 | | 18.99 | |
| 2- 1 | ZAPACON PARA BASURA EN MATERIAL PLASTICO DURABLE CAPACIDAD PARA 7.5 GALS. APROX. DIMENSIONES APROXIMADAS ALTURA 15"X 10"ANCHO AOROX. | | 5.00UNO | 7.00 | 35.00 | 10/18/2010 |
| | | | Schedule Total | | 35.00 | |
| | | | Item Total  00000000000000222 | | 35.00 | |
| 3- 1 | TOALLITAS (PAÑOS) PARA LIMPIEZA DOCENA (12) | | 2.00DOC | 15.99 | 31.98 | 10/18/2010 |
| | | | Schedule Total | | 31.98 | |
| | | | Item Total  00000000000000569 | | 31.98 | |
| 4- 1 | RASPA CON MANGO DE METAL | | 1.00DOC | 8.00 | 8.00 | 10/18/2010 |
| | | | Schedule Total | | 8.00 | |
| | RASPA PARA SACAR AGUA DE GOMA | | | | | |
| | | | Item Total  00000000000000910 | | 8.00 | |
| 5- 1 | AEREOSOL DE OLOR | | 10.00CAJ | 3.83 | 38.30 | 10/18/2010 |
| | | | Schedule Total | | 38.30 | |
| | REFILL DE AEROSOL GEEN APLE | | | | | |
| | | | Item Total  00000000000000184 | | 38.30 | |
| 6- 1 | SPRAY ANTIBACTERIAL CAJA DE 12 DE 20 OZ | | 1.00CAJ | 33.00 | 33.00 | 10/18/2010 |
| | | | Schedule Total | | 33.00 | |
| | victoria bay | | | | | |
| | | | Item Total  00000000000000663 | | 33.00 | |

Authorized Signature

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| | Dispatch via Print | | |
|---|---|---|---|
| **Purchase Order** | **Date** | **Revision** | **Page** |
| 00081-0000127244 | 10/18/2010 | | 2 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 7 | Destination | | US_Mail |
| **Buyer** | | **Phone** | **Currency** |
| DE Frances, Gandarill | | | USD |

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To: Oficina Regional Arecibo 878-0521
Centro Gubernamental
P.O. Box 210-b
Arecibo PR 00612
Puerto Rico

Bill To: P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

| Tax Exempt? N | Tax Exempt ID: | | Replenishment Option: Standard | | | | |
|---|---|---|---|---|---|---|---|
| **Line-Sch** | **Item/Description** | **Mfg ID** | **Quantity UOM** | **PO Price** | **Extended Amt** | **Due Date** | |
| 7- 1 | PAPEL TOALLA BOUNTY 15 ROLLOS | | 2.00 CAJ | 18.99 | 37.98 | 11/17/2010 | |
| | | | Schedule Total | | 37.98 | | |
| | | | Item Total 000000000000000438 | | 37.98 | | |
| 8- 1 | RECOGEDOR DE BASURA PLASTICO C/MANGO DE MADERA | | 3.00 UNO | 1.59 | 4.77 | 11/17/2010 | |
| | | | Schedule Total | | 4.77 | | |
| | | | Item Total 000000000000000435 | | 4.77 | | |

COMPRA DE MATERIALES DE LIMPIEZA PARA LA:
REGION EDUCATIVA DE ARECIBO
CENTRO GUBERNAMENTAL
EDIF B-210 2do. PISO
PERONA CONTACTO: FRANCES GANDARILLA
RECEPTOR: MIGUEL SOTO
TEL 787 881-5577

Total PO Amount                    208.02

Authorized Signature

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

276-1254, 3400, 3833

**Invoice**

Invoice Number:
13-148486

Invoice Date:
21 May 2013

Page:
1

Ship to:
SU EUGENIO MARIA DE HOSTOS
CARR 453 SECT SOLLER
BO GUAJATACA
QUEBRADILLAS
895-5077

To:
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000079 | 00081-175937 | SISTEMA DE TARJETA |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| gt | | | 20/6/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | BAGS4066-1.0K | BAGS 40 x 66  60 GALS. 1 MILESIMA BLACK 100/CS. | 24.00 | 48.00 |
| 1.00 | BAGS334013K-250 | BAGS 35 GALS 13 MICRONS BLACK 250/CS. | 16.00 | 16.00 |
| 1.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 28.50 | 28.50 |
| 2.00 | INS-L2075 | LESTOIL 12/28 OZ ORIGINAL | 33.00 | 66.00 |
| 3.00 | UD100019 | ESCOBA REINA | 2.99 | 8.97 |
| 1.00 | INS-F505084 | FABULOSO 12/28 OZ. | 18.50 | 18.50 |
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.75 | 38.25 |

| | |
|---|---|
| Subtotal | 224.22 |
| Sales Tax | |
| Total Invoice Amount | 224.22 |
| Payment/Credit Applied | |
| **TOTAL** | 224.22 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____   FIRMA _____

Invoice Number:
13-148486

Invoice Date:
21 May 2013

Page:
1

7 276-1254, 3400, 3833

d To:
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

Ship to:
SU EUGENIO MARIA DE HOSTOS
CARR 453 SECT SOLLER
BO GUAJATACA
QUEBRADILLAS
895-5077

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| | | SISTEMA DE TARJETA |
| 000079 | 00081-175937 | |

| | | Ship Date | Due Date |
|---|---|---|---|
| Sales Rep ID | Shipping Method | | 20/6/13 |
| | gt | | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | BAGS4066-1.0K | BAGS 40 x 66  60 GALS. 1 MILESIMA | 24.00 | 48.00 |
| 1.00 | BAGS334013K-250 | BLACK 100/CS. | 16.00 | 16.00 |
| | | BAGS 35 GALS 13 MICRONS BLACK | | |
| | | 250/CS. | 28.50 | 28.50 |
| 1.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 33.00 | 66.00 |
| 2.00 | INS-L2075 | LESTOIL 12/28 OZ ORIGINAL | 2.99 | 8.97 |
| 3.00 | UD100019 | ESCOBA REINA | 18.50 | 18.50 |
| 1.00 | INS-F505084 | FABULOSO 12/28 OZ. | 12.75 | 38.25 |
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | | |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____    FIRMA _____

| | |
|---|---|
| Subtotal | 224.22 |
| Sales Tax | |
| Total Invoice Amount | 224.22 |
| Payment/Credit Applied | |
| TOTAL | 224.22 |

**TORCOS INC.**
P. BOX 29708
SAN JUAN, PR  00929

**Sales Order**

Sales Order Number
148486

Sales Order Date
Apr 9, 2013

Ship By:
Apr 9, 2013

Page
1

Voice:   787 276 1255, 1254
Fax:      787 276 3403

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship To:**
SU EUGENIO MARIA DE HOSTOS
CARR 453 SECT SOLLER
BO GUAJATACA
QUEBRADILLAS
895-5077

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-175937 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | BAS | SISTEMA DE TARJETA |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | BAGS4066-1.0K | BAGS 40 x 66  60 GALS. 1 MILESIMA  BLACK 100/CS. | 24.00 | 48.00 |
| 1.00 | BAGS334013K-250 | BAGS 35 GALS 13 MICRONS BLACK 250/CS. | 16.00 | 16.00 |
| 1.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 28.50 | 28.50 |
| 2.00 | INS-12075 | LESTOIL 12/28 OZ ORIGINAL | 33.00 | 66.00 |
| 3.00 | UD100019 | ESCOBA REINA | 2.99 | 8.97 |
| 1.00 | INS-F505084 | FABULOSO 12/28 OZ. | 18.50 | 18.50 |
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.75 | 38.25 |

SIGNATURE  *Lissette Echevero*   DATE  *13- mayo 2013*

PRINT NAME _____   HOUR _____

PIECES _____ BACK ORDER _____

| | Subtotal | 224.22 |
|---|---|---|
| | Sales Tax | |
| | Freight | 0.00 |
| | **TOTAL ORDER AMOUNT** | 224.22 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

**DEPARTAMENTO DE EDUCACIÓN**
Unidad Administradora de Tarjetas

**REQUISICIÓN DE COMPRA CON TARJETA**

NUM REQUISICION: 148486

Fecha: 4/1/2013

000017593J

ESCUELA DE LA COMUNIDAD:

DISTRITO ESCOLAR: 12807   SU EUGENIO MARIA DE HOSTOS

Cifra de Cuenta: 12807   QUEBRADILLAS

E4101

Objeto de Gasto _____   Fondo 221   Departamento 12807

SCHOOLWIDE13A

Subvención _____   Actividad 12807   Programa _____   Source _____   TC _____

Asignación 10F   Año 2013   Unidad de Negocio 00K31   Categoría _____

*handwritten:* 845-5000   Cana 453 Set Soller
Bo Guajataca

| Partida Número | Descripción | Cantidad | | Costo por Unidad | Costo Total | Cantidad Recibida |
|---|---|---|---|---|---|---|
| 1 | Bolsas plásticas 60 galones, extra fuerte, extra fuerte (caja) | 2 | CAJ | 24.00 | 48.00 | |
| 2 | Bolsas plásticas 20-30 galones, extra fuerte, bolsa pequeña de 28 galones de 250 | 1 | CAJ | 16.00 | 16.00 | |
| 3 | Papel sanitario para dispensador, papel de baño 96 rollos de 500 hojas | 1 | ROL | 28.50 | 28.50 | |
| 4 | Limpiador solvente de grasa similar al Lestoil, caja de 12 de 28oz | 2 | UNO | 33.00 | 66.00 | |
| 5 | Escobas, la reina buena | 3 | UNO | 2.99 | 8.97 | |
| 6 | Desodorizante líquido similar a Fabuloso, caja de doce de 28 oz | 1 | CAJ | 18.50 | 18.50 | |
| 7 | Blanqueador similar a Clorox, caja de seis galones | 3 | UNO | 12.75 | 38.25 | |
| | | | | TOTAL | $224.22 | |

Página 1 de 2

04/08/2013 08:25   7878957239   HOSTOS   PAGE 02



DEPARTAMENTO DE EDUCACIÓN
Unidad Administradora de Tarjetas

REQUISICIÓN DE COMPRA CON TARJETA

Fecha: 4/1/2013
NUM. REQUISICIÓN: 0000175937

ESCUELA DE LA COMUNIDAD: 12807   SU EUGENIO MARIA DE HOSTOS

DISTRITO ESCOLAR: QUEBRADILLAS

| Cifra de Cuenta: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| E4131 | 221 | 12807 | 12807 | | | 20.3 | 03001 | |
| Objeto de Gasto | Fondo | Departamento | Programa | TC | Asignación | Año | Unidad de Negocio | |
| | SCHOOLWIDE13A | | | | | | | |
| | Subvención | Actividad | | Source | | Categoría | | |

Solicitado por: __Rosa M. Hernández Soberal__
(Nombre en letra molde)

Puesto: __Presidenta del Consejo__

Certifico que los artículos o servicios son necesarios para cumplir con los objetivos programáticos de la Escuela.

__1 Abril 2013__
Fecha

Certificación del Director

Firma del Director de Escuela

Firma del Solicitante

Certifico que recibí y verifiqué los artículos o servicios descritos en este documento y cumplen con lo solicitado.

Certificación del Receptor (sólo para compras con tarjeta)

Fecha

Firma del Receptor

Certifico que la requisición ha sido conciliada con su PO correspondiente.   PO # _____

Certificación del Auxiliar Administrativo o del Interventor (según aplique)

Firma del Auxiliar Administrativo o Personal Designado

Página 2 de 2



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
13-147447

Invoice Date:
17 Apr 2013

Page:
1

Sold To:
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

Ship to:
ESC DIEGO BRAVO DISTRITO ESC ARECIBO
880-2444
AILEEN MENDEZ PONCE

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| 000079 | 00081-0000200876  260876 | | C.O.D. |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | GT | | 17/5/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | JW-594 | GLADE SPRAY 12/9 OZ | 17.00 | 17.00 |
| 7.00 | UD100151 | CUBO CON EXPRIMIDOR DOMESTICO | 4.50 | 31.50 |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 35.50 |
| 2.00 | INS-F61281 | FABULOSO  GALON  QUE SEA 8 GALONES | 34.40 | 68.80 |
| 1.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ.  QUE SEAN 4GALONES | 38.90 | 38.90 |
| 1.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID QUE SEA UN POTE | 2.46 | 2.46 |
| 1.00 | BAGS404822K | BAGS 45 GALS. 22 MICRONS BLACK 250/CS. | 19.09 | 19.09 |
| 2.00 | BAGS243306N-500 | BAGS 13 GALS 6 MICRONS NATURAL 500/CS. | 14.00 | 28.00 |
| 1.00 | INS926080 | PROFORCE PAÑOS | 7.70 | 7.70 |
| 1.00 | INS436463 | DR. MECANICO GALON 4 GALONES | 31.15 | 31.15 |
| 7.00 | UD100068 | RECOGEDOR PLASTICO | 1.22 | 8.54 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 288.64 |
| Sales Tax | . |
| Total Invoice Amount | 288.64 |
| Payment/Credit Applied | |
| **TOTAL** | 288.64 |

# Invoice

**Invoice Number:**
13-147447

**Invoice Date:**
17 Apr 2013

**Page:**
1

787 276-1254, 3400, 3833

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship to:**
ESC DIEGO BRAVO DISTRITO ESC ARECIBO
880-2444
AILEEN MENDEZ PONCE

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000079 | 00081-0000280876  *260876* | C.O.D. |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | GT | | 17/5/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | JW-594 | GLADE SPRAY 12/9 OZ | 17.00 | 17.00 |
| 7.00 | UD100151 | CUBO CON EXPRIMIDOR DOMESTICO | 4.50 | 31.50 |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 35.50 |
| 2.00 | INS-F61281 | FABULOSO GALON QUE SEA 8 GALONES | 34.40 | 68.80 |
| 1.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. QUE SEAN 4GALONES | 38.90 | 38.90 |
| 1.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID QUE SEA UN POTE | 2.46 | 2.46 |
| 1.00 | BAGS404822K | BAGS 45 GALS. 22 MICRONS BLACK 250/CS. | 19.09 | 19.09 |
| 2.00 | BAGS243306N-500 | BAGS 13 GALS 6 MICRONS NATURAL 500/CS. | 14.00 | 28.00 |
| 1.00 | INS926080 | PROFORCE PAÑOS | 7.70 | 7.70 |
| 1.00 | INS436463 | DR. MECANICO GALON 4 GALONES | 31.15 | 31.15 |
| 7.00 | UD100068 | RECOGEDOR PLASTICO | 1.22 | 8.54 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 288.64 |
| Sales Tax | |
| Total Invoice Amount | 288.64 |
| Payment/Credit Applied | |
| **TOTAL** | **288.64** |

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR 00929

**Sales Order**

Sales Order Number
147447

Sales Order Date
Mar 3, 2013

Ship By:
Mar 3, 2013

Page:
1

| Voice: | 787 276 1255, 1254 |
|--------|--------------------|
| Fax:   | 787 276 3403       |

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR 00612

**Ship To:**
ESC DIEGO BRAVO DISTRITO ESC ARECIBO
880-2444
AILEEN MENDEZ PONCE

| Customer ID | PO Number | Sales Rep Name |
|-------------|-----------|----------------|
| 000079 | 00081-0000280876 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | GT | C. O. D. |

| Quantity | Item | Description | Unit Price | Extension |
|----------|------|-------------|------------|-----------|
| 1.00 | JW-594 | GLADE SPRAY 12/9 OZ | 17.00 | 17.00 |
| 7.00 | UD100151 | CUBO CON EXPRIMIDOR DOMESTICO | 4.50 | 31.50 |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 35.50 |
| 2.00 | INS-F61281 | FABULOSO GALON QUE SEA 8 GALONES | 34.40 | 68.80 |
| 1.00 | INS-14359 | LESTOIL ORIGINAL 128 OZ. QUE SEAN 4GALONES | 38.90 | 38.90 |
| 1.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID QUE SEA UN POTE | 2.46 | 2.46 |
| 1.00 | BAGS404822K | BAGS 45 GALS. 22 MICRONS BLACK 250/CS. | 19.09 | 19.09 |
| 2.00 | BAGS243306N-500 | BAGS 13 GALS 6 MICRONS NATURAL 500/CS. | 14.00 | 28.00 |
| 1.00 | INS926080 | PROFORCE PAÑOS | 7.70 | 7.70 |
| 1.00 | INS436463 | DR. MECANICO GALON 4 GALONES | 31.15 | 31.15 |
| 7.00 | UD100068 | RECOGEDOR PLASTICO | 1.22 | 8.54 |

SIGNATURE _____ DATE _25 de mayo/13_

PRINT NAME _Lorraine Monroy_ HOUR _____

PIECES _____ BACK ORDER _____

| | |
|---|---|
| Subtotal | 288.64 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 288.64 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR 00929

# Sales Order

### Sales Order Number
14/447-B

### Sales Order Date
Mar 28, 2013

### Ship By:
Mar 28, 2013

Page
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
NEGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship To:**
ESC DE DIEGO BRAVO DISTRITO ESC ARECIBO
880-2444
ARECIBO
AILEEN MENDEZ PONCE

879-5713

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-0000280876 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | GT | C. O. D. |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | | CUBOS CON EXPRIMIDOR DOMESTICO | | |

SIGNATURE _____  DATE 4/16/13

PRINT NAME _____  HOUR _____

PIECES _____ BACK ORDER _____

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

02/27/2013  19:18    7878                    INTERVENCIO                              PAGE   02

SC-744                           **Purchase Order**

**Departamento de Educacion PR**                              Dispatch via Print

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Pag |
|---|---|---|---|
| 00081-0000260876 | 02/15/2013 | | |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE  Frances, Gandarill | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   DEPTO Educación OF Central   787/759-2000
           DOEPR
           Ave. Tnte Cesar Gonzalez
           Calle Calaf
           Hato Rey PR 00919
           Puerto Rico

Bill To:   PR
           Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| MICRONES, PARA USO EN AREAS DE OFICINA, TAMAÑO APROX. 40" X 48". CAJA MINIMO DE 250 BOSAS. EXTRA RESISTENTE. | | 1.00 CAJ | 19.09 | 19.09 | 03/17/2013 |
| Schedule Total | | | | 19.09 | |
| 55galones cj. 80 | | | | | |
| Item Total 000000000000000168 | | | | 19.09 | |
| 8- 1  BOLSAS PLASTICAS PARA BASURA S.F. (OC) 2010-008  "CLEAR" MINIMO 22 MICRONES, PARA USO EN AREAS DE OFICINA, TAMAÑO APROX. 40" X 48". CAJA MINIMO DE  200 BOLSAS. EXTRA RESISTENTE. | | 2.00 CAJ | 14.00 | 28.00 | 03/17/2013 |
| Schedule Total | | | | 28.00 | |
| cj 150  de 13 galones | | | | | |
| Item Total 000000000000000673 | | | | 28.00 | |
| 9- 1  PAÑOS DE LIMPIEZA DE MICRO FIBRA S.F. (O.C.)2010-008 QUE PUEDAN UTILIZARSE MOJADOS Y SECOS. 12/PAQUETE. | | 1.00 CAJ | 7.70 | 7.70 | 03/17/2013 |
| Schedule Total | | | | 7.70 | |
| 2 pq c/u $12.25 | | | | | |
| Item Total 000000000000000575 | | | | 7.70 | |
| 10- 1  DEGREASER 32 OZ. | | 1.00 CAJ | 31.15 | 31.15 | 03/17/2013 |
| Schedule Total | | | | 31.15 | |
| Dr. Mecanico 4 c/u gal. a $12.50 | | | | | |
| Item Total 000000000000000181 | | | | 31.15 | |
| 11- 1  RECOJEDOR DE BASURA | | 7.00 UNO | 1.22 | 8.54 | 02/15/2013 |
| Schedule Total | | | | 8.54 | |
| Item Total 000000000000000215 | | | | 8.54 | |

ESTA COMPRA ES DE LA ESCUELA SU DIEGO BRAVO (10520)
DISTRITO ESCOLAR DE ARECIBO

                                          Authorized Signature

02/27/2013  19:18     7878175                          INTERVENCION                          PAGE  03

## Purchase Order

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Pag |
|---|---|---|---|
| 00081-0000280876 | 02/15/2013 | | |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE  Francea, Gandarill | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   DEPTO Educación OF Central   787/759-2000
DOEPR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Bill To:   PR
Puerto Rico

| Tax Exempt?  N | Tax Exempt ID: | | | Replenishment Option:  Standard | | | |
|---|---|---|---|---|---|---|---|
| Line-Sch  Item/Description | | | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |

TEL / 787-880-2444 FAX 787-879-5113

DIRECTORA: AILEEN MÉNDEZ PONCE

**Total PO Amount**                288.64

**Authorized Signature**

*4 Belaus*



# TORCOS, INC.
### CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
12-144487

Invoice Date:
14 Dec 2012

Page:
1

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

**Ship to:**
INTERMEDISA PILETA
CARR ESTATAL 129 KM 24.7 BO PI
LARES ESC NOCTURNA HECTOR  HDZ
CONT BLANCA GONZALEZ
787-857-7050

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000236635 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| GT | | | 13/1/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.22 | 3.66 |
| 7.00 | SM100303 | MAPO GANCHO #16 ALGODON | 7.53 | 52.71 |
| 7.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL | | |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 38.22 | 38.22 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 94.59 |
| Sales Tax | |
| Total Invoice Amount | 94.59 |
| Payment/Credit Applied | |
| **TOTAL** | 94.59 |

**FORCOS INC.**
P.O.BOX 29708
SAN JUAN, PR 00929

# Sales Order

Sales Order Number:

144487

Sales Order Date:

Nov 5, 2012

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:

Nov 5, 2012

Page:

1

| Sold To: | Ship To: |
|---|---|
| REGION EDUCATIVA ARECIBO<br>CENTRO GUBERNAMENTAL<br>BUZON 210<br>ARECIBO, PR  00612 | INTERMEDISA PILETA<br>CARR ESTATAL 129 KM 24.7 BO PI<br>LARES ESC NOCTURNA HECTOR  HDZ<br>CONT BLANCA GONZALEZ<br>787-857-7050 |

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-0000236635 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | UD100068 | RECOGEDOR PLASTICO | 1.22 | 3.66 |
| 7.00 | SM100303 | MAPO GANCHO #16 ALGODON | 7.53 | 52.71 |
| 7.00 | UD100141 | PALO DE MAPO SEMI INDUSTRIAL | | |
| 1.00 | MAR-1133 | 26-32 QUART BUCKET COMBO | 38.22 | 38.22 |

SIGNATURE _____  DATE _12-13-12_  HOUR _10:20_

PRINT NAME _Blanca L Gonzalez_

PIECES _____  B/O _____

| | | |
|---|---|---|
| Subtotal | | 94.59 |
| Sales Tax | | |
| Freight | | 0.00 |
| **TOTAL ORDER AMOUNT** | | 94.59 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA
RECLAMACION DEBE SER NOTIFICADA  AL PROXIMO DIA LABORABLE, DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL.  ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR.  ESTE DOCUMENTO ES FINAL.

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

|  | | | Dispatch via Print | | |
|---|---|---|---|---|---|
| Purchase Order 0D081-0000238635 | Data 10/05/2012 | Revision | Page 1 | | |
| Payment Terms Net 7 | Freight Terms Destination | | | Ship Via US Mail | |
| Buyer DE Frances, Gandarill | Phone | | | Currency USD | |

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29706
SAN JUAN PR 00929

Ship To: INTERMEDIA BO. PILETAS
CARR. ESTATAL # 129 KM 24 HM 7
BARRIO PILETAS
LARES
Puerto Rico

Bill To: P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:          Replenishment Option: Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1  RECOGEDOR DE BASURA CON MANGO DE MADERA | | 3.00 UNO | 1.22 | 3.66 | 10/05/2012 |
| | | Schedule Total | | 3.66 | |
| | | Item Total  00000000000000571 | | 3.66 | |
| 2- 1  MAPOS | | 7.00 UNO | 7.53 | 52.71 | 10/05/2012 |
| | | Schedule Total | | 52.71 | |
| MAPOS CON PALO JUMBO DE BUENA CALIDAD | | | | | |
| | | Item Total  00000000000000210 | | 52.71 | |
| 3- 1  CUBO PLASTICO CON EXPRIMIDOR DE MAPO | | 1.00 UNO | 38.22 | 38.22 | 11/04/2012 |
| | | Schedule Total | | 38.22 | |
| | | Item Total  00000000000000178 | | 38.22 | |

ESTA REQUISICIÓN PERTENECE A:
ESCUELA NOCTURNA HÉCTOR HERNÁDNEZ ARANA (18226)
MUNICIPIO DE LARES
DISTRTIO ESCOLAR CAMUY
REGIÓN EDUCATIVA DE ARECIBO
PERSONA CONTACTO:
SRA. BLANCA I. GONZÁLEZ NEGRÓN
DIRECTORA DEL PROYECTO
LUGAR Y DIRECCIÓN PARA LA ENTREGA:
ESCUELA S.U. ANGELITA DELGADO SELLA
CARR. 129, SECT. LA AMÉRICA, BO. BUENOS AIRES
BOX 1358
LARES, P.R.  00669

Total PO Amount        94.59

**Authorized Signature**



# Invoice

**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

Invoice Number:
12-143455

Invoice Date:
6 Oct 2012

Page:
1

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship to:**
FERNANDO SURIA CHAVEZ 787-846-5750
CALLE GEORGETTI BO PUEBLO
BARCELONETA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000233983 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | GT | | 5/11/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 37.62 | 37.62 |
| 3.00 | INS926080 | PROFORCE PAÑOS AZULES | 7.70 | 23.10 |
| 1.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 16.99 |
| 1.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 29.00 | 29.00 |
| 1.00 | CS239 | FOAM AWAY GERMICIDAL DISINFECTANT CLEANER 12/19 OZ | 22.60 | 22.60 |
| 1.00 | CS238 | D & D DISINFECTANT  SPRAY 15.5 OZ | 29.35 | 29.35 |
| 4.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 2.85 | 11.40 |
| 1.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 15.74 | 15.74 |
| 1.00 | PS-00015 | ESCOBA ALPHA | 16.96 | 16.96 |
| 1.00 | RUB2643GR | 44 GLS BRUTE CONTAINER   COLOR NEGRO DE DOS RUEDAS | 49.99 | 49.99 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.10 | 17.10 |
| 1.00 | FER-02050 | MANGUERA GRIS 50' X 3/4" GARANTIA DE POR VIDA | 25.99 | 25.99 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO, LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 295.84 |
| Sales Tax | |
| Total Invoice Amount | 295.84 |
| Payment/Credit Applied | |
| **TOTAL** | 295.84 |

# Invoice

**Invoice Number:**
12-143455

**Invoice Date:**
6 Oct 2012

**Page:**
1

787 276-1254, 3400, 3833

Sold To:
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

Ship to:
FERNANDO SURIA CHAVEZ 787-846-5750
CALLE GEORGETTI BO PUEBLO
BARCELONETA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000079 | 00081-0000233983 | Net 30 Days |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | GT | | 5/11/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 37.62 | 37.62 |
| 3.00 | INS926080 | PROFORCE PAÑOS AZULES | 7.70 | 23.10 |
| 1.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 16.99 |
| 1.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 29.00 | 29.00 |
| 1.00 | CS239 | FOAM AWAY GERMICIDAL DISINFECTANT CLEANER 12/19 OZ | 22.60 | 22.60 |
| 1.00 | CS238 | D & D DISINFECTANT  SPRAY 15.5 OZ | 29.35 | 29.35 |
| 4.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 2.85 | 11.40 |
| 1.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 15.74 | 15.74 |
| 1.00 | PS-00015 | ESCOBA ALPHA | 16.96 | 16.96 |
| 1.00 | RUB2643GR | 44 GLS BRUTE CONTAINER   COLOR NEGRO DE DOS RUEDAS | 49.99 | 49.99 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.10 | 17.10 |
| 1.00 | FER-02050 | MANGUERA GRIS 50' X 3/4" GARANTIA DE POR VIDA | 25.99 | 25.99 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 295.84 |
| Sales Tax | |
| Total Invoice Amount | 295.84 |
| Payment/Credit Applied | |
| **TOTAL** | 295.84 |

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR 00929

# Sales Order

Sales Order Number:
143455

Sales Order Date:
Sep 24, 2012

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:
Sep 24, 2012

Page:
1

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR 00612

**Ship To:**
FERNANDO SURIA CHAVEZ 787-646-5750
CALLE GEORGETTI BO PUEBLO
BARCELONETA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00091-0000233983 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 37.62 | 37.62 |
| 3.00 | INS926080 | PROFORCE PAÑOS AZULES | 7.70 | 23.10 |
| 1.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 16.99 | 16.99 |
| 1.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 29.00 | 29.00 |
| 1.00 | CS239 | FOAM AWAY GERMICIDAL DISINFECTANT CLEANER 12/19 OZ | 22.60 | 22.60 |
| 1.00 | CS238 | D & D DISINFECTANT  SPRAY 15.5 OZ | 29.35 | 29.35 |
| 4.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL. | 2.85 | 11.40 |
| 1.00 | GTBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 15.74 | 15.74 |
| 1.00 | PS-00015 | ESCOBA ALPEA | 16.96 | 16.96 |
| 1.00 | RUB2643GR | 44 GLS BRUTE CONTAINER   COLOR NEGRO DE DOS RUEDAS | 49.99 | 49.99 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 OZ black raider | 17.10 | 17.10 |
| 1.00 | FER-GX050 | MANGUERA GRIS 50' X 3/4" GARANTIA DE 10Z | 25.99 | 25.99 |

SIGNATURE _____   DATE 5/oct/2012

PRINT NAME _____   HOUR 3:35

PIECES _____   B/O _____

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | Continued |
| **TOTAL ORDER AMOUNT** | Continued |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

**TORCOS INC.**
P.O.BOX 29708
SAN JUAN, PR 00929

# Sales Order

Sales Order Number:

143455

Sales Order Date:

Sep 24, 2012

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:

Sep 24, 2012
Page:

2

Sold To:

REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

Ship To:

FERNANDO SURIA CHAVEZ 787-846-5750
CALLE GEORGETTI BO PUEBLO
BARCELONETA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-9000233993 | |
| Customer Contact | Shipping Method | Payment Terms |
| EFRAIN ACEVEDO | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | VIDA | | | |

SIGNATURE _____   DATE 5/oct/2012

PRINT NAME _Gilberto Méndez_   HOUR 3:35 pm.

PIECES _____   B/O _____

Subtotal          295.84
Sales Tax
Freight            0.00
**TOTAL ORDER AMOUNT**   295.84

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA  AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

09/17/2012  01:52       787        1        INTERVEN01                              PAGE   01

SC-744                                **Delivery Order**

**Departamento de Educacion PR**                         Dispatch via Print

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000233983 | 09/17/2012 | | 1 |

Payment Terms   Freight Terms                          Ship Via
Net  7          Destination                            US Mail
Buyer           Phone                                  Currency
CONTRACT_BUYER                                         USD

Vendor:  660477431               Ship To:  FERNANDO SURIA CHAVEZ   787-846-8750
TORCOS CHERMICAL INC                       CALLE GEORGETTI B0 PUEBLO
PO BOX 29708                               BARCELONETA PR 00617-0000
SAN JUAN PR 00929                          Puerto Rico

                                 Bill To:  Centro Gubernamental
                                           P.O. Box 210-b
                                           Arecibo PR 00612
                                           Puerto Rico

Tax Exempt?  N      Tax Exempt ID:              Replenishment Option:  Standard
Line-Sch  Item/Description          Mfg ID     Quantity UOM    PO Price    Extended Amt  Due Date

1- 1   GUANTES DE LATEX LARGE,S. F. (OC)          1.00 CAR      37.62        37.62  09/17/2012
       2010-008  SIN TALCO. CARTON DE 10
       CAJAS DE 100. GARANTIA DE 30 DIAS
       EN MANUFACTURA.

                                         Schedule Total                     37.62

       Contract ID:  08120120178      Contract Line:   16     Release:  814

                                         Item Total  000000000000000566     37.62

2- 1   PAÑOS DE LIMPIEZA DE MICRO FIBRA            3.00 CAJ      7.70        23.10  10/17/2012
       S.F. (O.C.)2010-008 QUE PUEDAN
       UTILIZARSE MOJADOS Y SECOS.
       12/PAQUETE.

                                         Schedule Total                     23.10

       Contract ID:  08120120178      Contract Line:   54     Release:  815

                                         Item Total  000000000000000575     23.10

3- 1   PAPEL TOALLA ABSORBENTE COLOR               1.00 CAJ     16.99        16.99  10/17/2012
       NATURAL S.F (OC) 2010 008 PARA
       CARRETE "DISPENSER" ROLLOS DE
       APROX. 8" DE ANCHO POR 350 DE
       LARGO. CAJA DE 12 ROLLOS.

                                         Schedule Total                     16.99

       Contract ID:  08120120178      Contract Line:   36     Release:  816

                                         Item Total  000000000000000000     16.99

4- 1   PAPEL SANITARIO COLOR BLANCO S.F            1.00 CAJ                  29.00  10/17/2012
       (OC) 2010-008 ("TWO PLY").
       INDUSTRIAL DOMESTICO. 96 ROLLO DE
       500 HOJAS. RESISTENTE

                                         Schedule Total                     29.00

       Contract ID:  08120120178      Contract Line:   38     Release:  817

                                         Item Total  000000000000000000     29.00

5- 1   DESODORANTES/DESINFECTANTES  S. F.          1.00 CAJ     22.60        22.60  10/17/2012
       (OC) 2010-008 "SPRAY-ON/WIPE OFF"
       PARA SUPERFICIE DE TRABAJO  19
       ONZAS CAJA DE 12.

                                         Schedule Total                     22.60

       Contract ID:  08120120178      Contract Line:    7     Release:  818

Toda entrega se considera final.  No se aceptan "Back Orders".
                        **Authorized**

09/17/2012  01:52      787              INTERVENCI                          PAGE   02

SC-744                              **Delivery Order**

| | |
|---|---|
| **Departamento de Educacion PR**<br>Ave. Tnte Cesar Gonzalez<br>Calle Calaf<br>Hato Rey PR 00919<br>Puerto Rico | **Dispatch via Print** |

| Delivery Order | Date | Page |
|---|---|---|
| 00081-0000233983 | 09/17/2012 | 2 |
| Payment Terms | Freight Terms | Ship Via |
| Net 7 | Destination | US Mail |
| Buyer | Phone | Currency |
| CONTRACT_BUYER | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   FERNANDO SURIA CHAVEZ   787-846-6760
           CALLE GEORGETTI BO PUEBLO
           BARCELONETA PR 00617-0000
           Puerto Rico

Bill To:   Centro Gubernamental
           P.O. Box 210-b
           Arecibo PR 00612
           Puerto Rico

Tax Exempt? N    Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | Item Total  000000000000000598 | | | 22.00 | |
| 6- 1 | DESINFECTANTE DE AIRE Y<br>NEUTRALIZADOR DE OLORES  S. F.<br>(OC) 2010 008  CAJA DE 12<br>UNIDADES 15.5 OZ.   FRAGANCIA<br>"FRUITY" | | 1.00 CAJ | 29.35 | 29.35 | 09/17/2012 |
| | | Schedule Total | | | 29.35 | |
| | Contract ID:   08120120178 | | Contract Line:   8   Release: 819 | | | |
| | | Item Total  000000000000000432 | | | 29.35 | |
| 7- 1 | LIMPIADOR MULTIUSOS NEUTRAL<br>"SURASTA SF(OC) 2010 008  PARA<br>AREAS ABIERTAS CAJA 4 GALONES | | 4.00 UNO | 2.85 | 11.40 | 09/17/2012 |
| | | Schedule Total | | | 11.40 | |
| | Contract ID:   08120120178 | | Contract Line:   3   Release: 820 | | | |
| | | Item Total  000000000000000555 | | | 11.40 | |
| 8- 1 | LIMPIADOR DE TAZA DE INODORO S. F.<br>(OC) 2010-008 "BOWL CLEANER"  SIN<br>ACIDO. CAJA DE 12 ENVASES DE 32<br>ONZAS APROX. CADA UNO | | 1.00 CAJ | 15.74 | 15.74 | 09/17/2012 |
| | | Schedule Total | | | 15.74 | |
| | Contract ID:   08120120178 | | Contract Line:   9   Release: 821 | | | |
| | | Item Total  000000000000000561 | | | 15.74 | |
| 9- 1 | ESCOBA DE FIBRA PLAST.APRESADA S.F<br>(OC) 2010-008 EN UNA CAPSULA DE 8"<br>DE ANCHO APROX. C/MANGO DE<br>PLASTICO DE 52"APROX. DEBE INCLUIR<br>PALO 1 DOCENA. | | 1.00 UNO | 16.96 | 16.96 | 10/17/2012 |
| | | Schedule Total | | | 16.96 | |
| | Contract ID:   08120120178 | | Contract Line:   26   Release: 822 | | | |
| | | Item Total  000000000000000570 | | | 16.96 | |
| 10- 1 | ZAFACON PLASTICO DE POLIPROPILENO<br>S. F. (OC) 2010 008 | | 1.00 UNO | 49.99 | 49.99 | 09/17/2012 |
| | | Schedule Total | | | 49.99 | |
| | Contract ID:   08120120178 | | Contract Line:   27   Release: 823 | | | |

**Toda entrega se considera final.  No se aceptan "Back Orders".**

**Authorized**

SC-744                              **Delivery Order**

**Departamento de Educacion PR**                                    Dispatch via Print
Ave. Tnte Cesar Gonzalez          Delivery Order        Date        Revision        Page
Calle Calaf                       00081-0000233983      09/17/2012                  3
Hato Rey PR 00919                 Payment Terms    Freight Terms                    Ship Via
Puerto Rico                       Net 7            Destination                      US Mail
                                  Buyer            Phone                            Currency
        Vendor:  660477431        CONTRACT_BUYER                                    USD
        TORCOS CHERMICAL INC      Ship To:   FERNANDO SURIA CHAVEZ   787-846-8760
        PO BOX 29708                         CALLE GEORGETTI BO PUEBLO
        SAN JUAN PR 00929                    BARCELONETA PR 00617-0000
                                             Puerto Rico

                                  Bill To:   Centro Gubernamental
                                             P.O. Box 210-b
                                             Arecibo PR 00612
                                             Puerto Rico

Tax Exempt?  N    Tax Exempt ID:              Replenishment Option:  Standard
Line-Sch  Item/Description              Mfg ID          Quantity UOM      PO Price      Extended Amt  Due Date

                                              Item Total  000000000000000224          49.59

11- 1  INSECTICIDAS PARA CUCARACHAS Y                  1.00CAJ      17.10        17.10 09/17/2012
       HORMIGAS S.F (OC) 2010-008
       UNIDADES DE 9 ONZAS Y EN CAJA DE
       12.

                                              Schedule Total                          17.10

       Contract ID:   08120120178    Contract Line:   42    Release:  824

                                              Item Total  000000000000000662          17.10

12- 1  MANGUERA DE 50 PIES S.F (OC)                    1.00UNO      25.99        25.99 09/17/2012
       2010-008

                                              Schedule Total                          25.99

       Contract ID:   08120120178    Contract Line:   49    Release:  825

                                              Item Total  000000000000000797          25.99

ESTA REQUISICIÓN PERTENECE A:
ESCUELA NOCTURNA FERNANDO SURIA CHAVES (10702)

LUGAR DE ENTREGA: ESCUELA DRA. MARÍA CADILLA (ANTIGUA)
                  AVE. CONSTITUCIÓ BO. COTTO
                  ARECIBO, PR. 00612

PERSONA CONTACTO: MARÍA M. MARRERO
                  (787) 317-4557



                                  Total PO Amount              295.84

Toda entrega se considera final.  No se aceptan "Back Orders".
                              **Authorized**

5/oct/2012    Hora: 3:35

# Invoice

**Invoice Number:**
12-137749

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1254, 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

**Invoice Date:**
30 Aug 2012

**Page:**
1

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship to:**
PILETAS ARCE
CARR 129 RAMAL 4453
KM 2 HM 8
LARES
787-897-5065

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000195140 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| GT | | | 29/9/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BAGS334016N-250 | BAGS 35 GALS. 16 MICRONS NATURAL 250/CS. | 21.60 | 21.60 |
| 1.00 | BAGS242406N | BAGS 7-10 GALS. 6 MICRONES NATURAL 1000/CS. | 14.70 | 14.70 |
| 3.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 15.74 | 47.22 |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 35.50 |
| 1.25 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 11.40 | 14.25 |
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 11.40 | 34.20 |
| 1.00 | BAGS434822N | BAGS 55 GALS. 22 MICRONS NATURAL 150/CS. | 20.41 | 20.41 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 187.88 |
| Sales Tax | |
| Total Invoice Amount | 187.88 |
| Payment/Credit Applied | 106.00 |
| **TOTAL** | 81.88 |

# Invoice



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

Invoice Number:
12-137749

Invoice Date:
30 Aug 2012

Page:
1

Sold To:
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

Ship to:
PILETAS ARCE
CARR 129 RAMAL 4453
KM 2 HM 8
LARES
787-897-5065

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000195140 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | GT | | 29/9/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BAGS334016N-250 | BAGS 35 GALS. 16 MICRONS NATURAL 250/CS. | 21.60 | 21.60 |
| 1.00 | BAGS242406N | BAGS 7-10 GALS. 6 MICRONES NATURAL 1000/CS. | 14.70 | 14.70 |
| 3.00 | GIBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 15.74 | 47.22 |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 35.50 |
| 1.25 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 11.40 | 14.25 |
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 11.40 | 34.20 |
| 1.00 | BAGS434822N | BAGS 55 GALS. 22 MICRONS NATURAL 150/CS. | 20.41 | 20.41 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 187.88 |
| Sales Tax | |
| Total Invoice Amount | 187.88 |
| Payment/Credit Applied | 106.00 |
| **TOTAL** | 81.88 |

TORCOS INC.
P.O. BOX 29708

**TORCOS INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

Voice:  787 276 1255, 1254
Fax:    787 276 3403

# Sales Order

Sales Order Number:
137749

Sales Order Date:
Feb 24, 2012

Ship By:
Feb 24, 2012
Page:
1

Sold To:

REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

Ship To:

PILETAS ARCE
CARR 129 RAMAL 4453
KM 2 HM 8
LARES
787-897-5065

*Lydia Molina*

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000979 | 00081-0000195140 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BAGS334016N-250 | BAGS 35 GALS. 16 MICRONS NATURAL 250/CS. | 21.60 | 21.60 |
| 1.00 | BAGS242406N | BAGS 7-10 GALS. 6 MICRONES NATURAL 1000/CS. | 14.70 | 14.70 |
| No 3.00 | GIEC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 15.74 | 47.22 |
| 2.00 | GIHS4G | TROPICAL BREEZE HAND SOAP ANTIBACTERIAL 4 GAL. | 17.75 | 35.50 |
| No 1.25 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 11.40 | 14.25 |
| 3.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 11.40 | 34.20 |
| No 1.00 | BAGS434822N | BAGS 55 GALS. 22 MICRONS NATURAL 150/CS. | 20.41 | 20.41 |

*Se solicita que se entreguen los artículos correctamente ya que los marcados fueron enviados incorrectos contrario a lo que se especifíca en la orden de compra# 0000195140

SIGNATURE  *Joanne Padilla*    DATE  2/mayo/12

PRINT NAME  *Joanne Padilla*    HOUR

PIECES _____  B/O ___3___

GR

| | |
|---|---|
| Subtotal | 187.88 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 187.88 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

# Sales Order

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Sales Order Number:
137749-B

Sales Order Date:
May 18, 2012

Ship By:
May 18, 2012
Page:
1

**Sold To:**

REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

**Ship To:**

PILETAS ARCE
CARR 129 RAMAL 4453
KM 2 HM 8
LARES
787-897-5065

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-0000195140 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| EFRAIN ACEVEDO | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | | TOILET BOWL CLEANER GERMICIDA 12/32OZ. | | |
| | | NON ACID (15.74) se entrega 5 gl de lisol | | |
| 1.25 | | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL. | | |
| | | (11.40) | | |
| 1.00 | | BAGS 55 GAL. 22 MIC NATURAL 150/CS (20.41) | | |

SIGNATURE _Joann Padilla_      DATE _24/agosto 2012_      Subtotal      0.00

PRINT NAME _Joanne Padilla_     HOUR _10:20_                Sales Tax

PIECES _____  B/O _____                              Freight       0.00

_L.M._                          **TOTAL ORDER AMOUNT**      0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

02/22/2012 01:08 7878171 INTERVENTION PAGE 01

/3749



SC-744

**Torcos Inc.**
**Departamento de Educacion PR**
Avenida Cesar Gonzalez
Calle Calaf
P.O. Box 190759 San Juan P.R. 00929
TEL 787-751-1255 / 787-276-1254
Puerto Rico
FAX: 787-276-3403

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Compras Helen -
773-2203

## Purchase Order

| Purchase Order | Date | Dispatch via Print |
|---|---|---|
| 00081-0000195140 | 02/14/2012 | Revision / Page 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 7 | Destination | US Mail |
| Buyer | Phone | Currency |
| DE Frances, Gandarill | | USD |

**Ship To:** PILETAS ARCE 787-897-5065
CARR 129 RAMAL 4453 KM 2 HM 8
LARES PR 00669-0000
Puerto Rico

**Bill To:** Centro Gubernamental
P.O. Box 210-b
Arecibo PR 00612
Puerto Rico

Tax Exempt? N    Tax Exempt ID:
Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | BOLSAS PLASTICAS P/BASURA DE 33-39 GALONES  3340 | | 1.00 CAJ | 21.60 | 21.60 | 03/15/2012 |
| | | | Schedule Total | | 21.60 | |

BOLSAS DE BASURA DE 30 GALONES CAJA DE 500 GLAD IGUAL, MEJOR O SIMILAR.

| | | | Item Total 00000000000000168 | | 21.60 | |
|---|---|---|---|---|---|---|
| 2- 1 | BOLSAS PLATICAS PARA BASURA DE 10 GALONES | | 1.00 CAJ | 14.70 | 14.70 | 03/15/2012 |
| | | | Schedule Total | | 14.70 | |

BOLSAS DE BASURA DE 13 GALONES CAJA DE 500 GLAD IGUAL, MEJOR O SIMILAR.

| | | | Item Total 00000000000000169 | | 14.70 | |
|---|---|---|---|---|---|---|
| X 3- 1 | DESINFECTANTE PARA BAÑO Y PISO  galons  Lysol 144 B  9.65 | | 3.00 CAJ | 15.74 | 47.22 | 02/14/2012 |
| | | | Schedule Total | | 47.22 | |

DESINFECTANTE LYSOL DE 144 ONZAS PARA BAÑOS Y PISOS IGUAL, MEJOR O SIMILAR.

| | | | Item Total 00000000000000185 | | 47.22 | |
|---|---|---|---|---|---|---|
| 4- 1 | JABON LIQUIDO DE MANO | | 2.00 CAJ | 17.75 | 35.50 | 02/14/2012 |
| | | | Schedule Total | | 35.50 | |

JABÓN ANTIBCATERIAL DE MANO EN GALONES MARCA PROTEX IGUAL, MEJOR O SIMILAR.

| | | | Item Total 00000000000000204 | | 35.50 | |
|---|---|---|---|---|---|---|
| 5- 1 | LIMPIADOR MULTIUSOS | | 5.00 CAJ | 2.85 | 14.25 | 03/15/2012 |
| | | | Schedule Total | | 14.25 | |

LIMPIADOR MULTIUSOS FABULOS EN GALONES IGUAL, MEJOR O SIMILAR

| | | | Item Total 00000000000000205 | | 14.25 | |
|---|---|---|---|---|---|---|
| 6- 1 | DESINFECTANTE | | 3.00 CAJ | 11.40 | 34.20 | 02/14/2012 |
| | | | Schedule Total | | 34.20 | |

DEFINTECTANTE CLOROX REGULAR DE 128 ONZAS CAJA DE 8 IGUAL, MEJOR O SIMILAR

**Authorized Signature**

Frances Sandasilla
Compradora
Region Educativa arecib    878-0556    881 - √√√ 7
                                           directo

02/22/201    01:08    787817    1                    INTERVENCION                      PAGE   03

## TORCOS, INC.

**Departamento de Educacion PR**

P.O. Box 29708 Santurce Station 00929
TEL. Call. 787-726-1255 / 787-276-1254
Hato Rey PR 00943
Puerto Rico

**Receive Order**

Dispatch via Print

| Receive Order | Date | Revision | Page |
|---|---|---|---|
| 00981-0000195140 | 02/14/2012 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 7 | Destination | | US Mail |
| **Buyer** | | **Phone** | **Currency** |
| DE   Frances, Gandarill | | | USD |

Vendor:   660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   PILETAS ARCE   787-897-5065
CARR 129 RAMAL 4453 KM 2 HM 8
LARES PR 00669-0000
Puerto Rico

**Bill To:**   Centro Gubernamental
P.O. Box 210-b
Arecibo PR 00612
Puerto Rico

Tax Exempt? N   Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch Item/Description | Mfg ID | Quantity | Due Data |
|---|---|---|---|
| 1- 1  BOLSAS PLASTICAS P/BASURA DE 33-39 GALONES<br>BOLSAS DE BASURA DE 30 GALONES CAJA DE 500 GLAD IGUAL, MEJOR O SIMILAR. | | 1 | 03/15/2012 |
| 2- 1  BOLSAS PLATICAS PARA BASURA DE 10 GALONES<br>BOLSAS DE BASURA DE 13 GALONES CAJA DE 500 GLAD IGUAL, MEJOR O SIMILAR. | | 1 | 03/15/2012 |
| 3- 1  DESINFECTANTE PARA BAÑO Y PISO<br>DESINFECTANTE LYSOL DE 144 ONZAS PARA BAÑOS Y PISOS  IGUAL, MEJOR O SIMILAR. | | 0-3 | 02/14/2012 |
| 4- 1  JABON LIQUIDO DE MANO<br>JABÓN ANTIBACTERIAL DE MANO EN GALONES MARCA PROTEX IGUAL, MEJOR O SIMILAR. | | 2 | 02/14/2012 |
| 5- 1  LIMPIADOR MULTIUSOS<br>LIMPIADOR MULTIUSOS FABULOS EN GALONES IGUAL, MEJOR O SIMILAR | | 5 | 03/15/2012 |
| 6- 1  DESINFECTANTE<br>DEFINTECTANTE CLOROX REGULAR DE 128 ONZAS CAJA DE 6 IGUAL, MEJOR O SIMILAR | | 3 | 02/14/2012 |
| 7- 1  BOLSAS PLASTICAS P/BASURA DE 33-39 GALONES<br>BOLSA DE BASURA DE 55 GALONES CAJA 250 GLAD IGUAL, MEJOR O SIMILAR | | 01 | 03/15/2012 |

COMPRA PARA LA ESC. PILETA ARCE
CODIGO: 11538
DISTRITO DE CAMUY MUNICIPIO DE LARES
TEL/FAX: 787-897-5065

SUBASTA MAT. DE LIMPIEZA SF (OC) 2010-008

## Toda entrega se considera final.  No se aceptan "Back Orders".

| Certifico que los articulos y servicios indicados fueron recibidos, según lo solicitado | | | Aprobado por: | | |
|---|---|---|---|---|---|
| 2/mar/12 | Joanne Padilla | 72-597-5065 | | | |
| Fecha | Nombre y Firma del Receptor | Telefono | Fecha | Nombre y Firma Jefe de Agencia o Representante | Telefono |

02/22/2012  01:08   787817                    INTERVENCION                        PAGE   02

SC-744

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Purchase Order**

Dispatch via Print

| Purchase Order 00081-0000195140 | Date 02/14/2012 | Revision | Page 2 |
|---|---|---|---|
| Payment Terms Net 7 | Freight Terms Destination | | Ship Via US Mail |
| Buyer DE   Frances, Gandarill | Phone | | Currency USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   PILETAS ARCE   787-897-5065
           CARR 129 RAMAL 4453 KM 2 HM 8
           LARES PR 00669-0000
           Puerto Rico

Bill To:   Centro Gubernamental
           P.O. Box 210-b
           Arecibo PR 00612
           Puerto Rico

Tax Exempt?  N    Tax Exempt ID:
Line-Sch  Item/Description                    Mfg ID            Replenishment Option:  Standard
                                                                Quantity UOM          PO Price      Extended Amt  Due Date

7- 1  BOLSAS PLASTICAS P/BASURA DE 33-39      33               Item Total 000000000000000183        34.20
      GALONES
                                                               1.00 CAJ    20.41                    20.41  03/15/2012

BOLSA DE BASURA DE 55 GALONES CAJA 250 CLAD IGUAL, MEJOR O SIMILAR                 Schedule Total              20.41

                                                               Item Total 00000000000000168         20.41

COMPRA PARA LA ESC. PILETA ARCE
CODIGO: 11536
DISTRITO DE CAMUY MUNICIPIO DE LARES
TEL/FAX: 787-897-5065

SUBASTA MAT. DE LIMPIEZA SF (OC) 2010-008

                                                   **Total PO Amount**              187.88

Authorized Signature

# Invoice



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

☎ (787) 276 - 1255
☎ (787) 276 - 1254
☎ (787) 276 - 3400

787 276-1254, 3400, 3833

Invoice Number:
08-112956

Invoice Date:
6 Mar 2009

Page:
1

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship to:**
OFICINA SUPERINTENDENTE DE ESCUELAS
65 MUNOZ RIVERA
NO BACK ORDER
FLORIDA
787-822-2300

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000036537 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | TATY | | 5/4/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | DOP-DP03128 | SERGENT MOP DEGREASER 10   GLS | 4.00 | 40.00 |
| 2.00 | INSTYLEX12/16OZ. | TYLEX 12/16 OZ. | 22.80 | 45.60 |
| 3.00 | INSLESTOILBAÑO12/16 | LESTOIL BANO 12/16 OZ. | 28.80 | 86.40 |
| 15.00 | INS-F61281 | FABULOSO 169 OZ.   GALON LAVANDA | 8.40 | 126.00 |
| 2.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER | 4.50 | 9.00 |
| | | LARGE 100 PER CASE | | |
| 1.00 | INSVEL/GALON | LIQUIDO DE FREGAR VEL GALON | 8.40 | 8.40 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.50 | 18.00 |
| 2.00 | UD100068 | RECOGEDOR PLASTICO | 1.99 | 3.98 |
| 6.00 | INSMR.CLEAN GALON | MR.CLEAN GALON | 7.20 | 43.20 |
| 5.00 | INS-B15 | PAPEL TOALLA BOUNTY 15 ROLLS | 19.99 | 99.95 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 480.53 |
| Sales Tax | |
| Total Invoice Amount | 480.53 |
| Payment/Credit Applied | |
| **TOTAL** | **480.53** |

# Invoice

Invoice Number:
08-112956

Invoice Date:
6 Mar 2009

Page:
1

787 276-1254, 3400, 3833

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship to:**
OFICINA SUPERINTENDENTE DE ESCUELAS
65 MUNOZ RIVERA
NO BACK ORDER
FLORIDA
787-822-2300

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000036537 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | TATY | | 5/4/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | DOP-DP03128 | SERGENT MOP DEGREASER 10  GLS | 4.00 | 40.00 |
| 2.00 | INSTYLEX12/16OZ. | TYLEX 12/16 OZ. | 22.80 | 45.60 |
| 3.00 | INSLESTOILBAÑO12/16 | LESTOIL BAÑO 12/16 OZ. | 28.80 | 86.40 |
| 15.00 | INS-F61281 | FABULOSO 169 OZ.  GALON LAVANDA | 8.40 | 126.00 |
| 2.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER | 4.50 | 9.00 |
| | | LARGE 100 PER CASE | | |
| 1.00 | INSVEL/GALON | LIQUIDO DE FREGAR VEL GALON | 8.40 | 8.40 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.50 | 18.00 |
| 2.00 | UD100068 | RECOGEDOR PLASTICO | 1.99 | 3.98 |
| 6.00 | INSMR.CLEAN GALON | MR.CLEAN GALON | 7.20 | 43.20 |
| 5.00 | INS-B15 | PAPEL TOALLA BOUNTY 15 ROLLS | 19.99 | 99.95 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____  FIRMA _____

| | |
|---|---|
| Subtotal | 480.53 |
| Sales Tax | |
| Total Invoice Amount | 480.53 |
| Payment/Credit Applied | |
| **TOTAL** | 480.53 |

*Sales Order*

**TORCOS INC.**
**P.O. BOX 29708**
**SAN JUAN, PR  00929**

Sales Order Number:
112956

Sales Order Date:
Feb 25, 2009

Ship By:
Feb 25, 2009

Page:
1

Voice:    787 276 1255, 1254
Fax:      787 276 3403

*Sold To:*

DEPARTAMENTO DE EDUCACION
ADM SERVICIOS EDUCATIVO
P.O. BOX 190759
SAN JUAN, PR  00919-0759

*Ship To:*

OFICINA SUPERINTENDENTE DE ESCUELAS
65 MUNOZ RIVERA
NO BACK ORDERS
FLORIDA
822-2300

CUSTOMER TEL.        787-759-2000 X. 2004

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010003 | 00081-0000036537 | DAMARIS TORRES |

| Customer Contact | Shipping Method | Payment Terms |
|---|---|---|
| JORGE SANCHEZ | TATY | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.50 | DOP-DP03128 | SERGENT MOP DEGREASER 10  GLS | 16.00 | 40.00 |
| 2.00 | INSTYLEX12/16OZ. | TYLEX 12/16 OZ. | 22.80 | 45.60 |
| 3.00 | INSLESTOILBAÑO12 | LESTOIL BANO 12/16 OZ. | 28.80 | 86.40 |
| 15.00 | INS-F61281 | FABULOSO 169 OZ.  GALON LAVANDA | 8.40 | 126.00 |
| 2.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 | 4.50 | 9.00 |
|  |  | PER CASE |  |  |
| 1.00 | INSVEL/GALON | LIQUIDO DE FREGAR VEL GALON | 8.40 | 8.40 |
| 12.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.50 | 18.00 |
| 2.00 | UD100068 | RECOGEDOR PLASTICO | 1.99 | 3.98 |
| 6.00 | INSMR.CLEAN GALON | MR.CLEAN GALON | 7.20 | 43.20 |
| 5.00 | INS-B15 | PAPEL TOALLA BOUNTY 15 ROLLS | 19.99 | 99.95 |

SIGNATURE _____    DATE _____

PRINT NAME _____   HOUR _____

PIECES _____  B/O  _____

| | |
|---|---|
| Subtotal | 480.53 |
| P.R. TAX 5.5% + MUN. TAX 1.5% | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 480.53 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUALES.*

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000036537 | 02/12/2009 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Migdalia Gonzalez | | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   DEPTO Educación OF Central   787/759-2000
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N   Tax Exempt ID:           Replenishment Option:  Standard

| Line Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1. 1  DEGREASER | | 10.00GAL | 4.00 | 40.00 | 02/12/2009 |
| | | Schedule Total | | 40.00 | |
| | | Item Total | | 40.00 | |
| 2. 1  TILEX 29oz.  (CAJA DE 12) | | 2.00CAJ | 22.80 | 45.60 | 02/12/2009 |
| | | Schedule Total | | 45.60 | |
| | | Item Total | | 45.60 | |
| 3. 1  LESTOIL BAÑO 28oz. (CAJA DE 12) | | 3.00CAJ | 28.80 | 86.40 | 02/12/2009 |
| | | Schedule Total | | 86.40 | |
| | | Item Total | | 86.40 | |
| 4. 1  FABULOSO 169oz. (OLORES SURTIDOS) | | 15.00GAL | 8.40 | 126.00 | 02/12/2009 |
| | | Schedule Total | | 126.00 | |
| | | Item Total | | 126.00 | |
| 5. 1  GUANTES DESECHABLES LATEX SMALL (CAJA DE 100) | | 2.00CAJ | 4.50 | 9.00 | 02/12/2009 |
| | | Schedule Total | | 9.00 | |
| | | Item Total | | 9.00 | |
| 6. 1  VEL LÍQUIDO | | 1.00GAL | 8.40 | 8.40 | 02/12/2009 |
| | | Schedule Total | | 8.40 | |
| | | Item Total | | 8.40 | |
| 7. 1  ESCOBAS CON PALO | | 1.00DOC | 18.00 | 18.00 | 02/12/2009 |
| | | Schedule Total | | 18.00 | |
| | | Item Total | | 18.00 | |
| 8. 1  RECOGEDOR PLÁSTICO INDUSTRIAL | | 2.00UNO | 1.99 | 3.98 | 02/12/2009 |
| | | Schedule Total | | 3.98 | |
| | | Item Total | | 3.98 | |
| 9. 1  LIMPIADOR MR. CLEAN | | 6.00GAL | 7.20 | 43.20 | 02/12/2009 |
| | | Schedule Total | | 43.20 | |
| | | Item Total | | 43.20 | |

110956

Authorized Signature

24-FEB-2009   03:36PM   DE-Region Administrativa Arecibo   7878910540   T-617   P.004/005   F-881

# Purchase Order

SC-744

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor:   660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

| Purchase Order | Date | Revision | | Page |
|---|---|---|---|---|
| 00081-0000036537 | 02/12/2009 | | | 2 |

**Dispatch via Print**

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 7 | Destination | | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Migdalia Gonzalez | | USD |

Ship To:   DEPTO Educación OF Central   787/759-2000
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N   Tax Exempt ID:        Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 10- 1 | PAPEL TOALLA BOUNTY | | 5.00 CAJ | 19.99 | 99.95 | 02/12/2009 |
| | | | Schedule Total | | 99.95 | |
| | | | Item Total | | 99.95 | |

ESTA ORDEN PERTENECE AL DISTRITO DE FLORIDA. TEL. 787-822-2300

ES CON FONDOS ESTATALES.

PARA EFECTOS DE PAGO SUSTITUYE LA ORDEN 09REA0553 REALIZADA POR LA SRA. LUZ Z. VEGA.

ENVIAR FACTURA Y CONDUCE FIRMADO A LA SIGUIENTE DIRECCIÓN:
DEPARTAMENTO DE EDUCACIÓN
OFICINA DEL SUPERINTENDENTE DE ESCUELAS
65 MUÑOZ RIVERA
FLORIDA. P.R.  00650

NO SE ACEPTAN ÓRDENES PARCIALES

Total PO Amount          480.53

Authorized Signature

TOTAL P.04



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
( 787 ) 276 - 1255
( 787 ) 276 - 1254
( 787 ) 276 - 3403

INVOICE: 17-178342
INVOICE DATE: 8 DE JUNIO 2017
PAGE 1

| Bill To: |
|---|
| REGION EDUCATIVA DE ARECIBO |
| CENTRO GUBERNAMENTAL |
| BUZON 210 |
| ARECIBO, PR 00612 |

| Ship To: |
|---|
| BELLAS ARTES |
| 662 SECTOR LOS,LLANOS |
| BO. SANTANA |
| ARECIBO PR 881-2882 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | |
|---|---|---|---|
| 000079 | 00081-0000580761 | NET 30 DAYS | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787-923-1979 | BAS | | 8/7/17 |

| Quantity | Item | Description | Unit price | Amount |
|---|---|---|---|---|
| 4 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. | 10.00 | 40.00 |
| 5 | MOP-SM1000303 | MAPO GANCHO #16 | 2.50 | 12.50 |
| | | ALGODON | | |

| | |
|---|---|
| SUBTOTAL | 52.50 |
| SALES TAX | |
| TOTAL INVOICE AMOUNT | 52.50 |
| **TOTAL** | **52.20** |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE _Reg. Edva de Arecibo_ ES
PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTAA FACTURA Y SER PARTE O TENER
INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA
SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS
DE CONSTRUCCION HAN SIDO REALIZADOS. LOS PRODUCTOS HAN SIDO ENTREGADOS(LOS SERVICIOS PROFECIONALES) Y NO HAN SIDO PAGADOS.
FECHA_____ FIRMA _Betsy Alemar_

*TORCOS INC.*
*P.O. BOX 29708*
*SAN JUAN, PR   00929*

# Sales Order

Sales Order Number:
178342

Sales Order Date:
May 5, 2017

Ship By:
May 5, 2017

Page:
1

Voice:   787 276 1255/ 1254
Fax:     787 276 2409

| Sold To: | Ship To: |
|---|---|
| REGION EDUCATIVA ARECIBO | BELLAS ARTES |
| CENTRO GUBERNAMENTAL | 662   SECTOR LOS LLANOS |
| BUZON 210 | BARRIO SANTANA |
| ARECIBO, PR   00612 | ARECIBO . |
|  | 881-2882 |

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000078 | 00061-0000566761 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| EFRAIN ACEVEDO | SDO | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 17.00 | PAP 6-2000-2P | TOILET TISSUE 6-2000 2PLY | 25.00 | 425.00 |
| 4.00 | INS-L4859 | LESTOIL-ORIGINAL 128 OZ. | 10.00 | 40.00 |
| 25.00 | MOP-SML00303 | MAPO GANCHO #16 ALGODON | 2.50 | 62.50 |

| | |
|---|---|
| SIGNATURE | DATE 11/5/17 |
| PRINT NAME | HOUR 4:00 PM |
| PIECES _____ B/O | TOTAL ORDER AMOUNT |

| | |
|---|---|
| Subtotal | 527.50 |
| Sales Tax | |
| TOTAL ORDER AMOUNT | 527.50 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS Y LOS SERVICIOS PROFESIONALES NO HAN SIDO PAGADOS. FECHA _____
FIRMA _____

1/5/17

TOPCOS INC.
P.O.BOX 29708
SAN JUAN, PR   00929

# RECOGER

## Sales Order

Sales Order Number:
178342

Sales Order Date:
May 5, 2017

Ship By:
May 5, 2017

Page:
1

Voice:   787 276 1255, 1254
Fax:      787 276 3403

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR   00612

787-878-0554
787-881-5657 (illegible)

**Ship To:**
BELLAS ARTES
662   SECTOR LOS LLANOS
BARRIO SANTANA
ARECIBO
881-2882

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00081-0000580761 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| EFRAIN ACEVEDO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 17.00 | PAP 6-2000-2P | TOILET TISSUE 6-2000 2PLY | 25.00 | 425.00 |
| 4.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. → NO | 10.00 | 40.00 |
| 25.00 | MOP-SM100303 | MAPO GANCHO #16 ALGODON  5 causaron | 2.50 | 62.50 |

Se utilizó el lestoil y 5 mapas

Pedro Vargas →
Certificación
Efrain Acevedo

SIGNATURE
PRINT NAME  Pedro A. Vargas (illegible)
PIECES _____   B/O _____

DATE  6/6/2017
HOUR  3:40 pm

Subtotal                       527.50
Sales Tax
**TOTAL ORDER AMOUNT**         527.50

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA.  LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL COTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION.  EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO  HAN SIDO PAGADOS.  FECHA _____   FIRMA _____

787-878-0554
(illegible)

# Invoice

**Invoice Number:**
17-178342

**Invoice Date:**
8 Jun 2017

**Page:**
1

787 276-1254, 3400, 3833

**Sold To:**
REGION EDUCATIVA ARECIBO
CENTRO GUBERNAMENTAL
BUZON 210
ARECIBO, PR  00612

**Ship to:**
BELLAS ARTES
662  SECTOR LOS LLANOS
BARRIO SANTANA
ARECIBO
881-2882

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000079 | 00081-0000580761 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | NT | | 8/7/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 17.00 | PAP 6-2000-2P | TOILET TISSUE 6-2000 2PLY | 25.00 | 425.00 |
| 20.00 | MOP-SM100303 | MAPO GANCHO #16 ALGODON | 2.50 | 50.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 475.00 |
| Sales Tax | |
| Total Invoice Amount | 475.00 |
| Payment/Credit Applied | |
| **TOTAL** | 475.00 |

05/30/2017 11:39 7878784870 INTERVENTO PAGE 01/01

Page 1 of 1

*Recojer Mercancia*

PO Header Comments

  New Window  Help  Personalize Page  http

| Business Unit: | 00081 | PO ID: | 0000580761 | Vendor: | TORCOIS CHE-001 | Change Order: | |

☑ Retrieve Active Comments Only   Retrieve

*Mayr*

*Sort Method:* Comment Time Stamp   *Sort Sequence:* Ascending   Sort

Comments   Find | View All | First 1 of 1 Last

Comment Status: Active

SE CANCELA EL PO POR INSTRUCCIONES DE LA JUNTA DE CONTROL FISCAL

☑ Send to Vendor   ☑ Shown at Receipt
☑ Shown at Voucher
Associated Document
Attachment:   Attach  View  Email

From -> PO 00081-0000580761

OK   Cancel

*Esc. Bellas Artes de Arecibo*

*Torco*

*att Wmd Maldonado*

https://prdesifdeprod.dde.pr/psc/PDEP1K/EMPLOYEE/ERP/c/MANAGE_PURCHASE_...  5/12/2017

05/03/2017  16:53    7878784870                                      PAGE  01/01

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

17834

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000580761 | 04/17/2017 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| MFR   Mayra Rosado Per | | | USD |

**Vendor:**  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   BELLAS ARTES   787 8812882
17343
CARR 662 SECT LOS LLANOS BO SANTANA
ARECIBO PR 00612-0000
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:

Replenishment Option:   Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|
| 1- 1  MATERIALES GENERALES SALÓN DE CLASES Y/O ESCUELA | | 17.00 UNO | 25.00 | 425.00 04/18/2017 |
| | | Schedule Total | | 425.00 |
| PAPEL SANITARIO ROLLO GRANDE CAJA /6 | | | | |
| | | Item Total 000000000000000704 | | 425.00 |
| 2- 1  LIMPIADOR MULTIUSOS | | 4.00 CAJ | 10.00 | 40.00 05/18/2017 |
| | | Schedule Total | | 40.00 |
| LESTOIL 128 ONZ. | | | | |
| | | Item Total 000000000000000205 | | 40.00 |
| 3- 1  MAPOS | | 25.00 UNO | 2.50 | 62.50 04/18/2017 |
| | | Schedule Total | | 62.50 |
| MAPO INDUSTRIAL 16 ONZ. | | | | |
| | | Item Total 000000000000000210 | | 62.50 |

ESCUELA ESPECIALIZADA DE BELLAS ARTES (17343)
SECTOR LOS LLANOS, BO. SANTANA
ARECIBO, PUERTO RICO
TEL. (787) 881-2882
DIRECTOR: SR. PEDRO A. VARGAS PÉREZ

COMPRADORA
MAYRA ROSADO PEREZ
787-878-0556 EXT. 4556
787-878-4870 FAX
rosadopm@de.pr.gov

REQ 398591
RFQ 150817

Total PO Amount                     527.50

Authorized Signature
MFR   Mayra Rosado Perez 2017-04-24 08:24:40

# TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 001078; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-6 | 61-90 | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 001078<br>REGION EDUCATIVA MA<br>JINNETTE  LUGO<br>1-787-832-6880 | 08-104704 | | | | 205.10 | 205.10 | 2008-172 |
| | 09-107822 | | | | 507.48 | 507.48 | 2008068 |
| | 09-115977 | | | | 1,646.28 | 1,646.28 | 2009005 |
| | 12-144204 | | | | 277.12 | 277.12 | 00081-2013047 |
| | 13-150724 | | | | 330.88 | 330.88 | 00081-000030197 |
| | 16-175267 | | | | 112.00 | 112.00 | 17-00003 |
| | 16-175405 | | | | 376.79 | 376.79 | 00081-366042 |
| | 16-172437 | | | | 49.50 | 49.50 | 00081-344047 |
| | 17-178332 | | | | 166.00 | 166.00 | 00081-000058195 |
| | 17-178334 | | | | 655.96 | 655.96 | 00081-000058185 |
| | 18-181155 | | | | 404.50 | 404.50 | 00081-000062715 |
| | 18-181103 | | | | 91.00 | 91.00 | 00081-000062718 |
| 001078<br>REGION EDUCATIVA MA | | | | | 4,822.61 | 4,822.61 | |
| Report Total | | | | | 4,822.61 | 4,822.61 | |

# Torcos, Inc.

## CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255  Fax.: (787) 276-3403

**INVOICE**

08-104704

Invoice Date
Apr. 12. 2008

Sold To  REGION EDUCATIVA MAYAGUEZ
UNIDAD FISCAL REGIONAL
APARTADO 30
MAYAGUEZ, PR 00681

Ship To  ESC. FEDERICO ASENJO
CALLE BARBOA
ESQUINA FORESTIER
MAYAGUEZ

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 001078 | 2008-172 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 5/12/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 2.00 | INS-M44600 | MISTOLIN 128 OZ. GALON | 8.50 | 17.00 |
| 1.00 | R1236-L | TROPPICS LATEX GLOVES 100/CS | 4.50 | 4.50 |
| 3.00 | INS-L4359 | LESTOIL 128 OZ. | 8.50 | 25.50 |
| 7.00 | MAR-CL1124 | SPONGE LOTH SIZE 1'' 5/PACK | 2.00 | 14.00 |
| 1.00 | INS-BRO3018 | ESPONJAS BRILO 24/4 POR CAJA | 26.50 | 26.50 |
| 2.00 | | ZAFACONES 23-25 GAL. CON TAPAS | 58.80 | 117.60 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura. El importe de esta factura es justo y
aun no ha sido pagada. Fecha 4-12-08
Firma _Miranda Tres_

**TOTAL ORDER  205.10**

Case:17-03283-LTS   Doc#:18210-1   Filed:09/22/21   Entered:09/23/21 08:50:43   Desc:
Exhibit   Page 222 of 379

# Sales Order

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR   00929

**Sales Order Number:**
104704

**Sales Order Date:**
Apr 8, 2008

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Ship By:**
Apr 8, 2008

**Page:**
1

**Sold To:**
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR   00681

**Ship To:**
ESC. FEDERICO ASENJO
CALLE BALBOA ESQ. FORESTIER
MAYAGUEZ
832-1305

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001078 | 2008-172 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JINNETT LUGO | PMR | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | INS-M44600 | MISTOLIN 128 ONZAS GALON | 8.50 | 17.00 |
| 1.00 | R1236- X-LARGE | TROPPICS LATEX GLOVES  POWDER 100/CS | 4.50 | 4.50 |
| 3.00 | INS-L4359 | LESTOIL 128 OZ. | 8.50 | 25.50 |
| 7.00 | MAR-CL1124AQUA | SPONGE CLOTH SIZE 1" 5/PACK | 2.00 | 14.00 |
| 1.00 | INS-BR03018 | ESPONJAS BRILLO 24/4 POR CAJA | 26.50 | 26.50 |
| 2.00 | | ZAFACONES 23-25 GAL TAPAS NEGROS/CUADRADOS/SIN RUEDA | 58.80 | 117.60 |

FIRMA: *Clara García Acosta*

NOMBRE EN MOLDE:

FECHA: 11/abril/08   HORA: 3:20

CANTIDAD BACK ORDER: _____

| | |
|---|---|
| Subtotal | 205.10 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 205.10 |

**NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y
ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.**

2008172

# DE
ORDEN
DE
COMPRA

Escuela: FEDERICO ASENJO

Código: 42002

Distrito: Mayagüez

EC-4

| | |
|---|---|
| Orden Núm: | 2008172 |
| Fecha: | 4/4/2008 |
| Subasta: | SÍ |
| Fecha de Entrega: | 4/18/2008 |

Suplidor: TORCOS CHEMICAL & JANITORIAL

Dirección: P.O Box 29709, San Juan, P.R.

S.S. Patronal: 660477431

Teléfono: (787) 276-1255

Entregar a: CALLE BALBOA ESQ. FORESTIER, MAYAGUEZ

Persona Contacto:

Teléfono: (787) 832-1305

Jeannette Lugo Troche

Firma Comprador

Firma de Director Escolar o Representante Autorizado

Cuenta Núm:
08-400-4101-0000 SOLICITUD # 08-062

Aportación:
$206.10

| | Descripción del Equipo | Cantidad | Detalle de la Cantidad | Precio Unitario | Importe |
|---|---|---|---|---|---|
| 1 | Fabuloso de 1 Galón INSMgL | 2 | GALONES | $8.50 | $17.00 |
| 2 | GUANTES LATEX XL DESECHABLES R-1236 | 1 | CAJA | $4.50 | $4.50 |
| 3 | Lestoil de 128 onzas INSLgL | 3 | GALONES | $8.50 | $25.50 |
| 4 | ZAFACONES 23-26 GAL - CON TAPAS NEGROS - SIN RUEDAS - CUADRADOS | 2 | UNIDADES | $58.80 | $117.60 |
| 5 | GAMUZA PARA limpiar (LA QUE ES COLOR AMARILLA Y ES UTILIZADA PARA SECAR AUTOS) MAR-02-1524 | 7 | UNIDADES | $2.00 | $14.00 |
| 6 | Esponja de brillo 24/4 | 1 | PAQUETES | $26.50 | $26.50 |
| | | | | Total Importe | $205.10 |
| | | | Total a Pagar por la Orden de Compra | | $205.10 |

Comentarios u Observaciones. SOLICITUD # 08-062 SOLICITANTE: ALBERT ROSADO

104104

IMPORTANTE
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER
EN TODAS LAS FACTURAS Y CONFIRMAR SI NO PUEDE
ENTREGAR A TIEMPO

Comprador

Página 1 de 1

2/2 P.1/2 APR-07-2008 14:56 From:COMPONENTE FISCAL MZ 787 833 3853 To:78727634003

**D E**
**ORDEN DE COMPRA**

2008172

EC-4

Escuela: FEDERICO ASENJO

Código: 42002

Distrito: Mayagüez

| | |
|---|---|
| Orden Núm: | 2008172 |
| Fecha: | 4/4/2008 |
| Subasta: | SI |
| Fecha de Entrega: | 4/18/2008 |

Suplidor: TORCOS CHEMICAL & JANITORIAL

Dirección: P.O.Box 29708, San Juan, P.R.

S.S. Patronal: 660477431

Teléfono: (787) 276-1255

Entregar a: CALLE BALBOA ESQ. FORESTIER, MAYAGUEZ

Persona Contacto:

Teléfono: (787) 832-1305

Jeannette Lugo Troche
Firma Comprador

Firma de Director Escolar o Representante Autorizado

Cuenta Núm: 08-400-4101-0000 SOLICITUD # 08-062

Aportación: $205.10

| | Descripción del Equipo | Cantidad | Detalle de la Cantidad | Precio Unitario | Importe |
|---|---|---|---|---|---|
| 1 | Fabuloso de 1 Galón  INSMGL | 2 | GALONES | $8.50 | $17.00 |
| 2 | GUANTES LATEX XL DESECHABLES  R-1236 | 1 | CAJA | $4.50 | $4.50 |
| 3 | Lestoil de 128 onzas  INSZ gL | 3 | GALONES | $8.50 | $25.50 |
| 4 | ZAFACONES 23-26 GAL.- CON TAPAS NEGROS - SIN RUEDAS - CUADRADOS | 2 | UNIDADES | $58.80 | $117.60 |
| 5 | GAMUZA PARA limpiar (LA QUE ES COLOR AMARILLA Y ES UTILIZADA PARA SECAR AUTOS)  MAR CL 1524 | 7 | UNIDADES | $2.00 | $14.00 |
| 6 | Esponja de brillo  24/4 | 1 | PAQUETES | $26.50 | $26.50 |
| | | | | Total Importe | $205.10 |
| | | | Total a Pagar por la Orden de Compra | | $205.10 |

> pedi cotizaciones
> Multipla.

Comentarios u Observaciones. SOLICITUD # 08-062 SOLICITANTE: ALBERT ROSADO

104104

**IMPORTANTE**
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER
EN TODAS LAS FACTURAS Y CONFIRMAR SI NO PUEDE
ENTREGAR A TIEMPO

Comprador

Página 1 de 1

# *Sorcos, Inc.*

### CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax.: (787) 276-3403

# Invoice

Invoice Number:
09-107822

Invoice Date:
Feb 20, 2009

Page:
1

**Sold To:**
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR   00681

**Ship to:**
ESC ELPIDIO H RIVERA
URB RIO CRISTAL CALLE ROBERTO
COLE 510 MAYAGUEZ   833-5580

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| 001078 | 2008068 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | | 3/22/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.25 | 25.00 |
| 9.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.81 | 25.29 |
| 4.00 | FP404814K-20 | PASTIC BAGS 45 GLS BLACK 4/25 | 18.99 | 75.96 |
| 3.00 | FP243306K-33 | PLASTIC BAGS 13 GLS 6MIC BLACK 20/50 | 14.66 | 43.98 |
| 4.00 | FP303710K(250)-07 | PLASTIC BAGS 20-30 GLS 10 MIC BLACK 10/25 CS. | 15.99 | 63.96 |
| 4.00 | FP13-366014K-100 | PLASTIC BAGS 55 GLS 14 MICRONES BLACK 4/25 | 16.90 | 67.60 |
| 5.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 4.00 | 20.00 |
| 1.75 | FER-0281 | ESPONJAS DE METAL DOCENA  19 ESPONJAS | 10.75 | 18.81 |
| 1.00 | FER-920110 | MASCARILLAS (DUST MASKS)  50 PIECES  PER CASE | 3.89 | 3.89 |
| 0.09 | INSSOFT 12/12 ONZ | SOFT SCRUB CREME CLEANSER 12/12 ONZ WITH BLEACH  UN SOLO POTE | 20.33 | 1.83 |
| 1.50 | DOP-SMLV03128 | ALL PURPOSE LAVENDER 4 GAL/CS. | 19.00 | 28.50 |
| 1.50 | DOP-SMP03128 | ALL PURPOSE CLEANER PINE 4GL | 15.96 | 23.94 |
| 10.00 | INS436463 | DR. MECANICO GALON | 5.99 | 59.90 |

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE NINGUN SERVIDOR
PUBLICO DE ESTA AGENCIA, ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTO DEL CONTRATO OBJETO DE ESTA
FACTURA Y/O SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS
DEL PRODUCTO DEL CONTRATO  HA MEDIADO UNA DISPENSA PREVIA.  LA
UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL
CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION.  EL IMPORTE ES JUSTO Y CORRECTO.  LOS
PRODUCTOS HAN SIDO ENTREGADOS Y NO HAN SIDO PAGADOS.  FECHA
_____ FIRMA _____

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | Continued |

# *Torcos, Inc.*
### CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax.: (787) 276-3403

## Invoice

**Invoice Number:**
09-107822

**Invoice Date:**
Feb 20, 2009

**Page:**
2

*Edwin Cordero*
*450-2897*

**Sold To:**
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR  00681

**Ship to:**
ESC ELPIDIO H RIVERA
URB RIO CRISTAL CALLE ROBERTO
COLE 510 MAYAGUEZ  833-5580

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| 001078 | 2008068 | | Net 30 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 3/22/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0.84 | INSHC140708 | PROTEX LIQUID SOAP 12/7.5 OZ.   10 POTES | 23.69 | 19.90 |
| 0.25 | DOP-AL03028 | AMONIA CON OLOR A LIMON 12/28 ONZ AJAX LIQUIDO | 23.88 | 5.97 |
| 1.00 | INSXTRA | XTRA DETERGENTE EN POLVO 20 # | 14.99 | 14.99 |
| 4.00 | MAR-TW200 | BOTTLE BRUSH 14X10X8 | 1.99 | 7.96 |

*Intregue de*
*estado de*
*cuenta a*
*nadine*
*6/1/09*

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE NINGUN SERVIDOR
PUBLICO DE ESTA AGENCIA, ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTO DEL CONTRATO OBJETO DE ESTA
FACTURA Y/O SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS
DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA
UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL
CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION. EL IMPORTE ES JUSTO Y CORRECTO. LOS
PRODUCTOS HAN SIDO ENTREGADOS Y NO HAN SIDO PAGADOS.  FECHA
_____ FIRMA _____

| | |
|---|---|
| Subtotal | 507.48 |
| Sales Tax | |
| Total Invoice Amount | 507.48 |
| Payment/Credit Applied | |
| **TOTAL** | 507.48 |

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
107822

**Sales Order Date:**
Jun 21, 2008

Voice:  787 276 1255, 1254
Fax:    787 276 3403

**Ship By:**
Jun 21, 2008

**Page:**
1

**Sold To:**
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR  00681

**Ship To:**
ESC ELPIDIO H RIVERA
URB RIO CRISTAL CALLE ROBERTO
COLE 510 MAYAGUEZ  833-5580

1-787-805-3225

| Customer ID | PO Number | Cust. Number Sales Rep Name |
|---|---|---|
| 001078 | 2008068 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| JINNETT LUGO | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.25 | 25.0( |
| 9.00 | MAR-MP4PS16 | RAYON/SYN CUT END 16OZ MOP | 2.81 | 25.2! |
| 4.00 | FP404814K-20 | PASTIC BAGS 45 GLS BLACK 4/25  2/200 | 18.99 | 75.9( |
| 3.00 | FP243306K-33 | PLASTIC BAGS 13 GLS 6MIC BLACK 20/50 | 14.66 | 43.9( |
| 4.00 | FP303710K(250) | PLASTIC BAGS 20-30 GLS 10 MIC BLACK 10/25 CS.  2/500 | 15.99 | 63.9( |
| 4.00 | FP13-366014K-1C | PLASTIC BAGS 55 GLS 14 MICRONES BLACK 4/25 | 16.90 | 67.6( |
| 5.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 4.00 | 20.0( |
| 1.75 | FER-0281 | ESPONJAS DE METAL DOCENA   19 ESPONJAS | 10.75 | 18.8: |
| 1.00 | FER-920110 | MASCARILLAS (DUST MASKS)   50 PIECES PER CASE | 3.89 | 3.8! |
| 0.09 | INSSOFT 12/12 C | SOFT SCRUB CREME CLEANSER 12/12 ONZ WITH BLEACH  UN SOLO POTE | 20.33 | 1.8: |
| 1.50 | DOP-SMLV03128 | ALL PURPOSE LAVENDER 4 GAL/CS. | 19.00 | 28.5( |
| 1.50 | DOP-SMP03128 | ALL PURPOSE CLEANER PINE 4GL | 15.96 | 23.9( |
| 10.00 | INS436463 | DR. MECANICO GALON | 5.99 | 59.9( |
| 0.84 | INSHC140708 | PROTEX LIQUID SOAP 12/7.5 OZ.  10 POTES | 23.69 | 19.9( |

FIRMA :

NOMBRE EN MOLDE:

FECHA : 24/65/08   HORA: 2:30pm

CANTIDAD BACK ORDER: _____

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | Continued |
| **TOTAL ORDER AMOUNT** | Continued |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

# Sales Order

TOPCOS INC.
P.O.BOX 29708
SAN JUAN, PR 00929

Voice: 787 276 1255, 1254
Fax: 787 276 3403

**Sales Order Number:** 107822
**Sales Order Date:** Jun 21, 2008
**Ship By:** Jun 21, 2008
**Page:** 2

**Sold To:**
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR 00681

**Ship To:**
ESC ELPIDIO H RIVERA
URB RIO CRISTAL CALLE ROBERTO
COLE 510 MAYAGUEZ 833-5580

1-787-805-3225

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001078 | 2008068 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| JINNETT LUGO | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0.25 | DOP-AL03028 | AMONIA CON OLOR A LIMON 12/28 ONZ AJAX LIQUIDO | 23.88 | 5.9 |
| 1.00 | INSXTRA | XTRA DETERGENTE EN POLVO 20 # | 14.99 | 14.99 |
| 4.00 | MAR-TW200 | BOTTLE BRUSH 14X10X8 | 1.99 | 7.9 |

B/O B/O



FIRMA: Jorge R Rivera
NOMBRE EN MOLDE: Jorge R Rivera
FECHA: 24/06/08 HORA: 2:30 PM

| | |
|---|---|
| Subtotal | 507.48 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 507.48 |

CANTIDAD BACK ORDER:

NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL. TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.

TORCOS,INC.
P.O.BOX 29708
SAN JUAN, PR  00929

# Sales Order

Sales Order Number:
107822-B

Sales Order Date:
Jun 25, 2008

Ship By:
Jun 25, 2008

Page:
1

Voice:   787-276-1255, 1254
Fax:      787-276-3403

Sold To:
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR  00681

Ship To:
ESC ELPIDIO RIVERA
URB RIO CRISTAL
CALLE ROBERTO 510
833-5580

1-787-805-3225

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001078 | 2008068 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| JIMMETT LUGO | MDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 0.25 | | 4 POTES AMONIA CON OLOR A LIMON DOP | | |
| | | CEPTILLOS PARA LIMPIAR BOTELLAS 14 X 10 X 8 | | |

2 B/O

FIRMA: *Roberto Vargo Bre*

CANTIDAD BACK ORDER: 2

NOMBRE EN MOLDE:

FECHA: 2-4-09   HORA: 12:47

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 0.00 |

NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.

*P.O.BOX 29708*
*SAN JUAN, PR  00929*

| | |
|---|---|
| **Voice:** | 787 276 1255, 1254 |
| **Fax:** | 787 276 3403 |

**Sales Order Number:**
107822-B1

**Sales Order Date:**
Feb 6, 2009

**Ship By:**
Feb 6, 2009

**Page:**
1

**Sold To:**
COMPONENTE FISCAL MAYAGUEZ
APARTADO 1048
MAYAGUEZ, PR  00681

**Ship To:**
ESC ELPIDIO RIVERA
URB RIO CRISTALL
CALLE ROBERTO 510

*TORCOS INC.*                1-787-805-3225                **Sales Order**

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001078 | | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JINNETT LUGO | Hand Deliver | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | CEPILLO BOTELLAS DE BEBE  14X10 X8 | | |

FIRMA _____

NOMBRE EN MOLDE: *Lourd esH Torres*

FECHA: *17 feb 2009*  HORA: *2:00 P M*

CANTIDAD BACK ORDER: _____

| | |
|---|---|
| **Subtotal** | 0.00 |
| **Sales Tax** | |
| **Freight** | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS. EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER. SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
09-115977

Invoice Date
16  Jul 2009

Sold To  REGION EDUCATIVA MAYAGUEZ
UNIDAD FISCAL REGIONAL
APARTADO 30
MAYAGUEZ, PR  00681

Ship To  DR. PEDRO PEREA FAJARDO
AVE. LUIS LLORENS TORRES
MAYAGUEZ,

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 001078 | 2009005 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 15/8/09 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 15.00 | INS-L2077 | LESTOIL 15/15 OZ | 20.99 | 314.85 |
| 12.00 | FER20023V | MANGUERA 75" X ½" VERDE REGULAR | 19.50 | 234.00 |
| 7.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 22.99 | 160.93 |
| 2.00 | FER-18SQ | SQUEEGEE 18' PARAPISO | 90.00 | 180.00 |
| 15.00 | FP334013N | PLASTIC BAGS 40 GLS 13 MICR 125/CS | 12.00 | 180.00 |
| 16.00 | FP243306N | PLASTIC BAGS 13 GL 6 MICR NAT  10/50 | 9.00 | 144.00 |
| 10.00 | GIB 32 | TOILET BOWL CLEANER GERMICIDE 12/32 | 16.99 | 169.90 |
| 50.00 | DOP- BRAR-009 | INSECTICIDA CUCARACHAS 9 OZ. | 1.50 | 75.00 |
| 50.00 | DOP-BRFI-009 | INSECTICIDA MOSQUITOS 9 OZ. | 1.50 | 75.00 |
| 2.00 | R1236-L | SOFT TOUCH LATEX GLOVES POWDER | 8.90 | 17.80 |
| 2.00 | DOP-SM03032 | SERGENT MOP DEGREASER 12/32 | 15.90 | 31.80 |
| 3.00 | GIHS4G | CHERRY HAND SOAP ANTIBACTERIAL | 21.90 | 63.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura. El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

**TOTAL ORDER  1646.28**

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR 00929

# Sales Order

Sales Order Number:
115977
Sales Order Date:
Jul 1, 2009

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:
Jul 1, 2009
Page:
1

**Sold To:**

REGION EDUCATIVA MAYAGUEZ
UNIDAD FISCAL REGIONAL
APARTADO 30
MAYAGUEZ, PR   00681

**Ship To:**

DR PEDRO PEREA FAJARDO
AVE. LUIS LLORENS TORRES
MAYAGUEZ PR / 833-0865

IRMA RIVERA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001078 | 2009005 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| JINNETTE  LUGO | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | INS-I2077 | LESTOIL 15/15 OZ. ORIGINAL | 20.99 | 314.85 |
| 12.00 | FER020023V | MANGUERA 75' X 1/2" VERDE REGULAR | 19.50 | 234.00 |
| 7.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL Prime | 22.99 | 160.93 |
| 24.00 | FER18SQ | SQUEEGEE 18" PARA PISO | 7.50 | 180.00 |
| 15.00 | FP334013N(125)-3 | PLASTIC BAGS 40GL 13MIC NATURAL 125/CS | 12.00 | 180.00 |
| 16.00 | FP243306N(500)-3 | PLASTIC BAGS 13GL 6MIC NATURAL 10/50 8/10 FD | 9.00 | 144.00 |
| 10.00 | GLBC32 | TOILET BOWL CLEANER GERMICIDA 12/32OZ. NON ACID | 16.99 | 169.90 |
| 4.17 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 50/9 ONZ | 17.99 | 75.00 |
| 4.17 | DOP-BRFI-03-009 | INSECTICIDAD MOSQUITOS ORIGINAL 50/9 ONZ | 17.99 | 75.00 |
| 24.00 | R1236-LARGE | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 PER CASE | 0.74 | 17.80 |
| 2.00 | DOP-SMD03032 | SERGENT MOP DEGREASER 12/32 ONZAS | 15.90 | 31.80 |
| 3.00 | GLHSC4G | CHERRY  HAND SOAP ANTIBACTERIAL 4 GAL. | 21.00 | 63.00 |

SIGNATURE _Tomás Bayrón_     DATE _15/7/09_

PRINT NAME _TOMAS BAYRON_     HOUR _3:00_

PIECES _____     B/O _____

_15-07-09_

| | Subtotal | 1,646.28 |
|---|---|---|
| | Sales Tax | |
| | Freight, | 0.00 |
| **TOTAL ORDER AMOUNT** | | 1,646.28 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

*115977*

## DE
ORDEN DE COMPRA

| | |
|---|---|
| Escuela: | DR PEDRO PEREA FAJARDO |
| Código: | 42077 |
| Distrito: | Mayagüez |

EC-4

| | |
|---|---|
| Orden Núm: | 2009005 |
| Fecha: | 06/11/2009 |
| Subasta: | INFORMAL |
| Fecha de Entrega: | 06/12/2009 |

Suplidor: TORCOS

Dirección: P.O.29708 SAN JUAN, P.R. 0000

S.S. Patronal: 660177181

Teléfono: (787) 276-1255

IRMA RIVERA ARVELO
Firma Comprador

Entregar a: AVE LUIS LLORENS TORRES, MAYAGUEZ

Persona Contacto: IRMA RIVERA

Teléfono: (787) 833-0866

Firma de Director Escolar o Representante Autorizado

Cuenta Núm:
E4101-221-42077-0000-10F-2009 SCHOOLWIDE-09A-42077-10F

Aportación:
$ 1,648.28

| | | | | | |
|---|---|---|---|---|---|
| 1 | LESTOIL | 15 | CAJAS | $20.99 | $314.85 |
| 2 | MANGUERA DE 75 PIES | 12 | C/U | $19.50 | $234.00 |
| 3 | PAPEL TOALLA | 7 | CAJAS | $22.99 | $160.93 |
| 4 | RECOGEDOR DE AGUA SQUIDGIE | 2 | DZ | $90.00 | $180.00 |
| 5 | BOLSA DE 40 GALONES | 15 | CAJAS | $12.00 | $180.00 |
| 6 | BOLSAS DE 12 GALONES | 16 | CAJAS | $9.00 | $144.00 |
| 7 | BOWL CLEANER | 10 | CAJAS | $16.99 | $169.90 |
| 8 | INSECTICIDA DE CUCARACHAS | 50 | POTES | $1.50 | $75.00 |
| 9 | INSECTICIDA DE MOSQUITOS | 50 | POTES | $1.50 | $75.00 |
| 10 | GUANTES TAMAÑO LARGE | 2 | DZ | $8.90 | $17.80 |
| 11 | DEGREASER | 2 | CAJAS | $15.90 | $31.80 |
| 12 | JABON LIQUIDO ANTIBACTERIAL | 3 | CAJAS | $21.00 | $63.00 |
| | | | | Total Importe | $1,646.28 |
| | | | | Total a Pagar por la Orden de Compra | $1,648.28 |

IMPORTANTE
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER
EN TODAS LAS FACTURAS Y CONFIRMAR SI NO PUEDE
ENTREGAR A TIEMPO

Suplidor

Página 1 de 2



# Invoice

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1254, 340-3833

Invoice Number:
16-175267

Invoice Date:
Nov 10, 2016

Page:
1

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE NENADISH, SUITE 303
MAYAGUEZ, PR  00680

**Ship to:**
EDUC ESDPECIAL EN HORMIGUEROS
AVE. RAMON E. BETANCES C/FABRE
GAS INT. ANT ESC. JOSE DE DIEG
MAYAGUEZ, PR  00685

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 001078 | 17-00003 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD | BAS | | 12/10/16 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | JAN-2009 | TOILET TISSUE DISPENSER JUNIOR JUMBO SMOKE/BLACK 9'' (NO TIENE GARANTIA) | 16.00 | 112.00 |

BAJO PENA DE NULIDAD ABSOLUTA CERTIFICO QUE NINGUN SERVIDOR PUBLICO
DE LA AGENCIA O MUNICIPIO ARRIBA ESPECIFICADO, ES PARTE O TIENE ALGUN
INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO O  HA
MEDIADO UNA DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAI
BIENES O SERVICIOS OBJETO DEL CONTRATO HA EL SIDO PAGO ACORDADO CON
EL REPRESENTANTE AUTORIZADO DE LA CORPORACION.  EL IMPORTE DE ESTA
FACTURA ES JUSTO Y CORRECTO.  LOS PRODUCTOS HAN SIDO ENTREGADOS Y
NO HAN SIDO PAGADOS A LA FECHA.     FECHA

_____  FIRMA

| | |
|---|---|
| Subtotal | 112.00 |
| Sales Tax | |
| Total Invoice Amount | 112.00 |
| Payment/Credit Applied | |
| **TOTAL** | **112.00** |

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR   00929

**Sales Order**

Sales Order Number:
175267

Sales Order Date:
Nov 3, 2016

Voice:   787 276 1255, 1254
Fax:      787 276 3403

Ship By:
Nov 3, 2016

Page:
1

Sold To:
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE MENADISH, SUITE 303
MAYAGUEZ, PR   00680

Ship To:
EDUC ESPECIAL EN HORMIGUEROS
AVE. RAMON E. BETANCES C/FABRE
GAS INT. ANT ESC. JOSE DE DIEG
MAYAGUEZ, PR   00685

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001070 | 17-00003 | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| JENNETTE LUGO | EAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | JAN-2009 | TOILET TISSUE DISPENSER JUNIOR JUMBO SMOKE/BLACK 9'' (NO TIENE GARANTIA) | 16.00 | 112.00 |

SIGNATURE    _Vanessa Cruz_

PRINT NAME   _Vanessa Vélez_

PIECES _____   B/O

DATE   _7/Nov/16_

HOUR   _10:00 am_

Subtotal          112.00

Sales Tax

**TOTAL ORDER AMOUNT**          112.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y DE SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS A O SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____

FIRMA _____

Estado Libre Asociado de Puerto Rico
## DEPARTAMENTO DE EDUCACION

CENTRO DE SERVICIO: EDUCACION ESPECIAL EN HORMIGUEROS

EETC-01
REV 27 OCT 10

☑ TCP UFR

### REQUISICIÓN DE COMPRA

Fecha: 26 de octubre de 2016

NUMERO DE REQUISICIÓN: **17-00003**

Cifra de Cuenta:

| E4101E | 111 | 01111500 | 1009 | 010 | 2016 | 810000 |
|---|---|---|---|---|---|---|
| | Fondo (Fund) | Departamento (Dept Id) | Programa (Sólo Estatal) | Asignación (Clase- Class) | Año (Budget Ref) | Unidad de Negocio (Bus Unit) |
| | 01111500 | 010F | 4101 | | | |
| | Actividad (Activity) | Clase (Source Type) | Categoria (Categoria) | | TORCOS, INC. | |

Subvención (Proyecto)

Balance Disponible: **$ 112.00**

Se solicita(n) el(los) siguiente(s):        Servicio(s)        X        Material(es) para:
MANTENIMIENTO

(Describa el propósito o actividad)

| Partida Número | Descripción | Cantidad | | Costo por Unidad | Costo Total | Cantidad Recibida |
|---|---|---|---|---|---|---|
| | | # | Unidad | | | |
| 1 | CARRETE PLASTICO PARA PAPEL | 7 | UNO | $    16.00 | 112.00 | |
| | HIGIENICO JUMBO | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | NOTA: LAS COMPRAS REALIZADAS POR | | | | - | |
| | PC-CARD DEBEN ENTREGARSE EN O | | | | - | |
| | ANTES DE 30 DIAS. | | | | - | |
| | | | | | - | |
| | | | | TOTAL | $112.00 | |

| SOLICITADO POR: NANCY N. RIVERA VELEZ | FAC. DOC. E. E. IV | |
|---|---|---|
| Nombre (en letra de molde) | Puesto | Firma del Solicitante |

### Certificación del Director
Certifico que los artículos o servicios son necesarios para cumplir con los objetivos del centro.

| 26 oct/2016 | |
|---|---|
| Fecha | Firma del Director(a) del Centro |

### Certificación del Receptor (sólo para compras con tarjeta)
Certifico que recibí y verifiqué los artículos o servicios descritos en este documento y cumplen con lo solicitado.

| | |
|---|---|
| Fecha | Firma del Receptor |

Oscar Barilla
832-6828

# Invoice



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1254, 3400, 3833
FAX: 787-276-3403

Invoice Number:
17-178332

Invoice Date:
11 May 2017

Page:
1

Sold To:
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE NENADISH, SUITE 303
MAYAGUEZ, PR  00680

Ship to:
DISTRITO SAN SEBASTIAN
SAN SEBASTIAN, PR  00685

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 001078 | 00081-0000581950 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD | SDD | | 10/6/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | PAP 440-96R-2P | TOILET TISSUE  96 ROLLS-2 PLY 4" X 3.08" | 28.00 | 112.00 |
| 3.00 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.00 | 54.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 166.00 |
| Sales Tax | |
| Total Invoice Amount | 166.00 |
| Payment/Credit Applied | |
| **TOTAL** | 166.00 |

*TOR C'OS INC*
*P.O. BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

Sales Order Number:
178333

Sales Order Date:
May 5, 2017

Ship By
May 5, 2017

Page:
1

Voice: 787 276 1255, 1254
Fax: 787 275 2400

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE MENADISH, SUITE 503
MAYAGUEZ, PR 00680

**Ship To:**
DISTRITO SAN SEBASTIAN
SAN SEBASTIAN, PR 00685

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001070 | 00081-0600501850 | DAMARIS TORRES |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JEANETTE LUGO | SDB | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | FAE 440-96R-2P | TOILET TISSUE 96 ROLLS-2 PLY 4" X 3.06" | 28.00 | 112.00 |
| 3.00 | INS-513136 | BOUNBOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.00 | 54.00 |

SIGNATURE _(signature)_ DATE 10/mayo/17 Subtotal 166.00
PRINT NAME *Evangelina Rodriguez* HOUR 4.00 Sales Tax
PIECES _____ P/O _____ TOTAL ORDER AMOUNT 166.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA
LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR ESTA ORDEN ESTA SUJETA AL 11.5% POR "LATE
CHARGE" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS
PRODUCTO DEL CONTRATO OBJETO DE ESTA FACTURA Y DE SER PARTE OBTENER LA DISPENSA PREVIA SOBRE LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HAN MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR LOS BIENES O PRESTAR LOS SERVICIOS DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS FECHA _____
FIRMA

10/5/17 _(signature)_

SC-744

# Purchase Order

Dispatch via E-Mail

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

178332

| Purchase Order 00081-0000581950 | Date 04/21/2017 | Revision | Page 1 |
|---|---|---|---|

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Martha Mercado Gar | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** Distrito San Sebastián
03051900
PR
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N      Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | PAPEL SANITARIO COLOR BLANCO S.F (OC) 2010-008 ("TWO PLY"). INDUSTRIAL DOMESTICO. 96 ROLLO DE 500 HOJAS. RESISTENTE | | 4.00 CAJ | 28.00 | 112.00 | 05/22/2017 |
| | | | Schedule Total | | 112.00 | |
| | Papel Sanitario caja/96 | | | | | |
| | | | Item Total  000000000000000417 | | 112.00 | |
| 2- 1 | PAPEL TOALLA BOUNTY Caja de 13 rollos) | | 3.00 CAJ | 18.00 | 54.00 | 04/22/2017 |
| | | | Schedule Total | | 54.00 | |
| | Papel Toalla Bounty caja/15 | | | | | |
| | | | Item Total  000000000000004287 | | 54.00 | |

Esta orden de compra entregarse a:
Oficina Superintendente San Sebastian

FAVOR DE ENTREGAR LO MAS PRONTO POSIBLE
Email: mercadogmj@de.pr.gov
Fax 833-3853

**Total PO Amount**                   166.00

**Authorized Signature**
DE  Martha Mercado Garcia 2017-04-30 12:30:29

# Invoice

**Invoice Number:**
17-178332

**Invoice Date:**
May 11, 2017

**Page:**
1

787 276-1254, 3400, 3833

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE NENADISH, SUITE 303
MAYAGUEZ, PR  00680

**Ship to:**
DISTRITO SAN SEBASTIAN
SAN SEBASTIAN, PR  00685

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 001078 | 00081-0000581950 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD | SDD | | 6/10/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | PAP 440-96R-2P | TOILET TISSUE  96 ROLLS-2 PLY 4" X 3.08" | 28.00 | 112.00 |
| 3.00 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.00 | 54.00 |

| | |
|---|---|
| Subtotal | 166.00 |
| Sales Tax | |
| Total Invoice Amount | 166.00 |
| Payment/Credit Applied | |
| **TOTAL** | 166.00 |

Bajo pena de nulidad absoluta, certifico que ningun servidor publico de este organismo es parte o tiene algun interes n las ganancias o beneficios del contrato objeto de esta factura y de ser parte o tener interes en las ganancias o benefiios producto del contrato, ha mediado una dispensa previa.. La unica consideracion para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia.  El importante de esta factura es justo y correcto.  Los productos han sido entregados y no han sido pagos.

# Invoice



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1234-3400-3833
FAX: 787-276-3408

Invoice Number:
17-178334

Invoice Date:
17 May 2017

Page:
1

Sold To:
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE NENADISH, SUITE 303
MAYAGUEZ, PR  00680

Ship to:
OFICINA SUPERINTENDENTE
AGGUADILLA, PR

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 001078 | 00081-0000581856 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD | WM | | 16/6/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-V06452 | VEL 20/12.6 OZ. LIQUIDO DE FREGAR | 22.00 | 66.00 |
| 8.00 | CHEPB-APC4G | ALL PURPOSE NEUTRAL CHERRY CL 4 GAL | 17.00 | 136.00 |
| 8.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 18.00 | 144.00 |
| 4.00 | DOP-GLASS32 | GLASS CLEANER 12/32 ONZ | 16.99 | 67.96 |
| 11.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 22.00 | 242.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE ES PARTE O TIENE ALGUN INTERES EN LAS GANACIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DE EL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 655.96 |
| Sales Tax | |
| Total Invoice Amount | 655.96 |
| Payment/Credit Applied | |
| **TOTAL** | 655.96 |

# Sales Order

**TORCOS INC.**
**P.O. BOX 29708**
**SAN JUAN, PR   00929**

Sales Order Number:
178324

Sales Order Date:
May 5, 2017

Ship By:
May 5, 2017

Page:
2

Voice:   787 276 1253, 1254
Fax:   787 276 3400

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE MENADEZH, SUITE 303
MAYAGUEZ, PR   00680

**Ship To:**
OFICINA SUPERINTENDENTE
AGUADILLA, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001070 | C0001-0000361556 | DAMARIS TORRES |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JENETTE LUGO | SOD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | INS-VOS466 | VEL 20/12.6 OZ. LIQUIDO DE FREGAR | 22.00 | 66.00 |
| 5.00 | CHEEB-AEC48 | ALL PURPOSE NEUTRAL CHERRY CL 4 GAL | 27.00 | 135.00 |
| 8.00 | DOF-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ Black Flader | 18.00 | 144.00 |
| 4.00 | DOF-GLA3332 | GLASS CLEANER 12/32 ONZ | 16.99 | 67.96 |
| 11.00 | BAGS3858150K | BAGS 55 GALS. 1.5H BLACK 100/CS. | 22.00 | 242.00 |

SIGNATURE _[signature]_   DATE 15/Mayo/2017   Subtotal   655.96

PRINT NAME María Tirado Colón   HOUR 4:30 P.M.   Sales Tax

PIECES _____   B/O _____   TOTAL ORDER AMOUNT   655.96

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 11.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 11.5% POR LATE CHARGES HEREON.

BAJO FE NA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTO O DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OBTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTO DEL CONTRATO EL MEDIADO UN RECETA A FIRMA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES CORRECTO, LOS TRABAJOS SE HICIERON ORIGINALES NO HAN SIDO PAGADOS NI COASTRIZACION HAN SIDO REALIZADOS LOS PRODUCTOS HAN SIDO ENTREGADOS LOS SERVICIOS PROFESIONALES Y NO HAN SIDO PAGADOS. FECHA FIRMA

SC-744
# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000581856 | 04/21/2017 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 2 | Destination | | US Mail |
| **Buyer** | **Phone** | | **Currency** |
| DE  Martha Mercado Gar | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** Oficina Superintend Aguadilla
03050200
PR
Puerto Rico

*178334*

**Bill To:** MAYAGUEZ PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:                          Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LIMPIADOR MULTIUSOS | | 3.00 CAJ | 22.00 | 66.00 | 05/21/2017 |
| | | | Schedule Total | | 66.00 | |

Liquido de fregar , Vel o similar 20/12 onzas

Item Total 000000000000000205        66.00

| 2- 1 | LIMPIADOR MULTIUSOS | | 8.00 CAJ | 17.00 | 136.00 | 05/21/2017 |
| | | | Schedule Total | | 136.00 | |

LIMPIADOR MULTIUSOS DE CHERY 4 galones

Item Total 000000000000000205        136.00

| 3- 1 | INSECTICIDA PARA CUCARACHAS DE (9 OZ) CAJA DE 12 | | 8.00 CAJ | 18.00 | 144.00 | 05/21/2017 |
| | | | Schedule Total | | 144.00 | |

SIMILAR BLACK JACK O REAL KILL

Item Total 000000000000000730        144.00

| 4- 1 | AEREOSOL DE OLOR | | 4.00 CAJ | 16.99 | 67.96 | 04/21/2017 |
| | | | Schedule Total | | 67.96 | |

*DOP*

LIMPIADOR DE CREISTALES , WINDEX 12/32 onzas

Item Total 000000000000000164        67.96

| 5- 1 | BOLSAS PLASTICA DE BASURA S.F (OC) 2010-008 CAJA DE 150  BOLSAS MIN. MINIMO. 22 MICRONES. PARA USO EN AREAS DE OFICINAS, TAMAÑO APROX. 43" X 48" | | 11.00 CAJ | 22.00 | 242.00 | 05/21/2017 |
| | | | Schedule Total | | 242.00 | |

10 cajas DE 60 GALONES, EXTRA FUERTES, CAJA DE 4 ROLLOS

Item Total 000000000000000698        242.00

Esta orden de compra entregarse a:
Oficina Superintendente de Aguadilla
787- 891-1950  891-0455

RFQ#146312

FAVOR DE ENTREGAR LO MAS PRONTO POSIBLE

**Authorized Signature**
DE  Martha Mercado Garcia 2017-04-30 12:28:14

SC-744

# Purchase Order

Dispatch via E-Mail

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000581856 | 04/21/2017 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE   Martha Mercado Gar | | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   Oficina Superintend Aguadilla
03050200
PR
Puerto Rico

Bill To:   MAYAGUEZ PR
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|

Email: mercadogmj@de.pr.gov
Fax 833-3853

**Total PO Amount**                    655.96

**Authorized Signature**
DE   Martha Mercado Garcia 2017-04-30 12:28:14



# Invoice

**Invoice Number:**
18-181155

**Invoice Date:**
17 Sep 2018

**Page:**
1



## TORCOS,INC.
### CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787-276-1254-3400-3833
FAX: 787-276-3403

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE NENADISH, SUITE 303
MAYAGUEZ, PR  00680

**Ship to:**
PATRIA LA TORRE  896-3970
CARR111 KM. 23  HM. 2
BO.  PIEDRA BLANCA
SAN SEBASTIAN

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 001078 | 00081-0000627156 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD | NT | | 17/10/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 13.00 | MOP-UB010 | MAPO STAR # 10 ROSCA | 2.50 | 32.50 |
| 12.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 10.00 | INS-513139-BOUNTY | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.00 | 180.00 |
| 6.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 60.00 |
| 2.00 | INS-4359 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.00 | 18.00 |
| 2.00 | INS-L2077 | LESTOIL 15/15 OZ. ORIGINAL | 25.00 | 50.00 |
| 4.00 | INS-F505084 | FABULOSO 12/28 OZ. | 16.00 | 64.00 |

Bajo pena de nulidad absoluta, certifico que ningun servidor publico de este organismo es parte o tiene algun interes En las ganancias o beneficios del contrato objeto de esta factura y de ser parte o tener interes en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa.. La unica consideracion para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los productos han sido entregados y no han sido pagos.

Firma _____    Fecha _____

| | |
|---|---|
| Subtotal | 404.50 |
| Sales Tax | |
| Total Invoice Amount | 404.50 |
| Payment/Credit Applied | |
| **TOTAL** | 404.50 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR   00929*

# Sales Order

Sales Order Number:
181155

Sales Order Date:
Jun 15, 2018

Ship By:
Jun 15, 2018

Page:
1

Voice:  787 276 1255, 1254
Fax:    787 276 3403

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE MENADISE, SUITE 303
MAYAGUEZ, PR   00680

**Ship To:**
PATRIA LA TORRE   896-3970
CARR111 KM. 23  HM. 2
BO.   PIEDRA BLANCA
SAN SEBASTIAN

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 003070 | 00001-0000627156 | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| JENNETTE  LUGO | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 13.00 | MOP-UB010 | MABO STAR # 10 ROSCA | 2.50 | 32.50 |
| 12.00 | UB100143 | PALO DE ROSCA 4' (48") | | |
| 10.00 | INS-513139-BOUN | BOUNTY ROLL TOWEL 15 ROLLS REGULAR | 18.00 | 180.00 |
| 6.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 60.00 |
| 2.00 | INS-4359 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.00 | 18.00 |
| 2.00 | INS-12077 | LESTOIL 15/15 OZ. ORIGINAL | 25.00 | 50.00 |
| 4.00 | INS-F505084 | FABULOSO 12/28 OZ. | 16.00 | 64.00 |

*6 julio 2018  3pm.*
*\* Se debe 2 cajas de Lestoil*
*RC.*

| | | |
|---|---|---|
| SIGNATURE _(signature)_ | DATE 16 julio 2018 | Subtotal    404.50 |
| PRINT NAME Jose E. (los) Rivera | HOUR 3.30 | Sales Tax |
| PIECES _____ B/O _____ | | **TOTAL ORDER AMOUNT    404.50** |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO DE ESTA C ESTAR EL 1.0 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGE" SI ES USUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO O DUEÑO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____
FIRMA _____

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR   00929*

# Sales Order

Sales Order Number:
181155-B

Sales Order Date:
Jul 17, 2018

Ship By:
Jul 17, 2018

Page:
1

**Voice:**  787 276 1255, 1254
**Fax:**  787 276 3403

**Sold To:**
REGION EDUCATIVA MAYAGUEZ
CENTRO GUBERNAMENTAL
50 CALLE NENADISE, SUITE 303
MAYAGUEZ, PR  00680

**Ship To:**
PATRIA LA TORRE
CARR 111 RM 23.2
BO PIEDRAS BLANCAS
SAN SEBASTIAN
787-896-3970

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 001078 | 00081-0000627156 | DAMARIS TORRES |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| JINNETTE  LUGO | NT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | CAJAS DE LESTOIL 15/15 OZ. ORIGINAL | | |
| | | $25.00 CS. | | |

SIGNATURE _(signature)_
PRINT NAME _(signature)_
PIECES _____ B/O _____

DATE  B/sept/oo 18
HOUR  4:09 pm

Subtotal          0.00
Sales Tax
**TOTAL ORDER AMOUNT**     0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA ACOBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGE" MENSUAL.

NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA A UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AÚN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS.  FECHA _____
FIRMA _____

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE

05/18/2018 11:16 7678342025 OFICINA COMPRAS PAGE 01/06

Servado envi            081078

SC-744

## Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000627156 | 03/30/2018 | | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Martha Mercado Gar | | USD |

Vendor: 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To: PATRIA LATORRE   787-896-3970
47126
CARR,111KM.23HM.2BO. PIEDRAS BLANCA
SAN SEBASTIAN PR 00685
Puerto Rico

Bill To: MAYAGUEZ PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:                Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1 MAPOS | | 13.00 UNO | 2.50 | 32.50 | 03/31/2018 |
| | | Schedule Total | | 32.50 | |
| Mapo de rosca casero con palo de madera | | | | | |
| | | Item Total 00000000000000210 | | 32.50 | |
| 2- 1 PAPEL TOALLA BOUNTY Caja de 13 rollos) | | 10.00 CAJ | 18.00 | 180.00 | 03/31/2018 |
| | | Schedule Total | | 180.00 | |
| | | Item Total 00000000000004287 | | 180.00 | |
| 3- 1 LIMPIADOR DESINFECTANTE  SIMILAR AL (CLOROX)  CAJA DE 4 GAL | | 6.00 CAJ | 10.00 | 60.00 | 03/31/2018 |
| | | Schedule Total | | 60.00 | |
| Limpiador clorox | | | | | |
| | | Item Total 00000000000000926 | | 60.00 | |
| 4- 1 LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 2.00 GAL | 9.00 | 18.00 | 03/31/2018 |
| | | Schedule Total | | 18.00 | |
| | | Item Total 00000000000001564 | | 18.00 | |
| 5- 1 LIMPIADOR MULTIUSOS | | 2.00 CAJ | 25.00 | 50.00 | 04/30/2018 |
| | | Schedule Total | | 50.00 | |
| Lestoil Caja 15/15 onz. | | | | | |
| | | Item Total 00000000000000205 | | 50.00 | |
| 6- 1 LIMPIADOR MULTIUSOS | | 4.00 CAJ | 16.00 | 64.00 | 04/30/2018 |
| | | Schedule Total | | 64.00 | |
| Fabuloso , cj/12-26 onz | | | | | |
| | | Item Total 00000000000000205 | | 64.00 | |

Escuela Patria LaTorrea Cualquier duda o nformacion adicional llamar al 787 896-7350, Fax 787
896-7920, D47126@de.pr.gov, direccion Carr. 125 km. 23 hm.2 Bo. Piedras Blancas, San Sebastian

FAVOR DE ENTREGAR LO MAS PRONTO POSIBLE
EMAIL: mercadogmj@de.pr.gov

Authorized Signature
DE   Martha Mercado Garcia 2018-04-09 20:09:17

SC-744

## Purchase Order

### Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000627156 | 03/30/2018 | | 2 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 2 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE Martha Mercado Gar | | USD |

**Vendor:** 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To: PATRIA LATORRE 787-896-3970
47126
CARR.111KM.23HM.2BO, PIEDRAS BLANCA
SAN SEBASTIAN PR 00885
Puerto Rico

Bill To: MAYAGUEZ PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:
Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|

FAX: 833-3853

REQ:000415069B
RFQ:0000161163

**Total PO Amount** 404.50

**Authorized Signature**
DE Martha Mercado Garcia 2018-04-09 20:09:17

9/17/21 at 17:08:30.89

Page: 1

**TORCOS INC.**
**Aged Receivables**
**As of Sep 30, 2021**

Filter Criteria includes: 1) IDs: 190473; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| 190473<br>OMEP OFIC. MEJORAMI<br>OMEP DE PUERTO RICO<br>787-281-7575 | 13-154464 | | | | 97.25 | 97.25 |
| **190473**<br>**OMEP OFIC. MEJORAMI** | | | | | **97.25** | **97.25** |
| **Report Total** | | | | | **97.25** | **97.25** |

# Invoice



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-272-3453-54 (T) 276-3254
FAX: 787-276-3403

**Invoice Number:**
13-154464

**Invoice Date:**
14 Oct 2013

**Page:**
1

**Sold To:**
OMEP OFIC. MEJORAMIENTO DE ESC. PUBLICA
PO BOX 195644
SAN JUAN, PR  00919-5644

**Ship to:**
OMEP CENTRAL
CALLE BUONOMO # 46
URB. IND. TRES MONJITAS
HATO REY, PR  00918
281-7575

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 190473 | 2014-SJ-000082 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | GT | | 13/11/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.75 | 25.50 |
| 1.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.75 | 9.75 |
| 2.00 | PAP CENTER PULL | CENTER PULL TOWEL 2 PLY 6 ROLLS | 31.00 | 62.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____  FIRMA _____.

| | |
|---|---|
| Subtotal | 97.25 |
| Sales Tax | |
| Total Invoice Amount | 97.25 |
| Payment/Credit Applied | |
| **TOTAL** | 97.25 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

Sales Order Number:
154464

Sales Order Date:
Oct 10, 2013

Ship By:
Oct 10, 2013

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
OMEP OFIC. MEJORAMIENTO DE ESC. PUBLICA
PO BOX 195844
SAN JUAN, PR  00919-5844

**Ship To:**
OMEP CENTRAL
CALLE BUONOMO # 46
URB. IND. TRES MONJITAS
HATO REY, PR  00918
281-7575

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 190473 | 2014-30-000082 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| OMEP DE PUERTO RICO | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | INS-CLO0104 | CLOROX 6 GAL./CS  GALONES | 12.75 | 25.50 |
| 1.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.75 | 9.75 |
| 2.00 | PAP CENTER PULL | CENTER PULL TOWEL 2 PLY 6 ROLLS | 31.00 | 62.00 |

SIGNATURE
PRINT NAME
PIECES _____   B.O _____

DATE   10·10·2013
HOUR

Subtotal         97.25
Sales Tax
TOTAL ORDER AMOUNT    97.25

P.U

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

**TORCOS INC.**
**Aged Receivables**
**As of Sep 30, 2021**

Filter Criteria includes: 1) IDs: 030822; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-3 | 31-6 | 61- | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 030822<br>ADM. SERV. MEDICOS D<br>ALEJANDRO VIDAL<br>787 777-3535 XT 2900 | 15-169975<br>17-179187 | | | | 133.00<br>357.50 | 133.00<br>357.50 | CM051049<br>CM071073 |
| 030822<br>ADM. SERV. MEDICOS D | | | | | 490.50 | 490.50 | |
| **Report Total** | | | | | **490.50** | **490.50** | |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

# Invoice

Invoice Number:
15-169975

Invoice Date:
17 Sep 2015

Page:
1

Sold To:
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR.VIDAL X 4604

Ship to:
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30pm
777-3535

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 030822 | CM051049 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 17/10/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | BAGS242408K | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK | 19.00 | 133.00 |

*Factura 15.170900 letras* (handwritten)

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 133.00 |
| Sales Tax | |
| Total Invoice Amount | 133.00 |
| Payment/Credit Applied | |
| **TOTAL** | 133.00 |

# Invoice

Invoice Number:
15-169975

Invoice Date:
17 Sep 2015

Page:
1

787 276-1254, 3400, 3833

**Sold To:**
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR.VIDAL X 4604

**Ship to:**
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30pm
777-3535

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 030822 | CM051049 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 17/10/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | BAGS242408K | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK | 19.00 | 133.00 |

Factura 15.170900
Última

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANACIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 133.00 |
| Sales Tax | |
| Total Invoice Amount | 133.00 |
| Payment/Credit Applied | |
| **TOTAL** | 133.00 |

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

# Sales Order

**Sales Order Number:**
169975

**Sales Order Date:**
Sep 15, 2015

**Ship By:**
Sep 15, 2015

**Page:**
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

Sold To:
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR. VIDAL X 4604

Ship To:
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30 pm
777-3535

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 030822 | CM051049 | DAMARIS TORRES |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| ALEJANDRO VIDAL | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | BAGS242408K | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK | 19.00 | 133.00 |

SIGNATURE   Hector Ross

PRINT NAME   Hector Rosa

PIECES _____   B/O _____

DATE   9/16/15

HOUR   3:21 pm

Subtotal          133.00

Sales Tax

TOTAL ORDER AMOUNT          133.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

# Torcos, Inc.

**Invoice**

CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255  Fax.: (787) 276-3403

787 276-1254, 3400, 3833

Invoice Number:
15~169975

Invoice Date:
17 Sep 2015

Page:
1

**Sold To:**
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR.VIDAL X 4604

**Ship to:**
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30pm
777-3535

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 030822 | CM051049 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 17/10/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | BAGS242408K | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK | 19.00 | 133.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS. LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 133.00 |
| Sales Tax | |
| Total Invoice Amount | 133.00 |
| Payment/Credit Applied | |
| **TOTAL** | 133.00 |

```
DATE: 09/09/15 @ 1556          Admin de Servicios Medicos MM *LIVE*                PAGE 8
USER: 01MGG2                          PO Inquiry
```

| | | |
|---|---|---|
| PURCH FAC: ASEM | Status: BACKORDER | Ordered: 12/10/14 |
| PO NUMBER: CM051049 | Buyer: 01LVR4 | Confirmed: 12/10/14 |
| PO TYPE: PURCHASE | Ship Via: PORT COMER | Verified: 12/10/14 |
| INVENTORY: | 1st RCPT: 12/30/14 | Delivered: 12/10/14 |
| ORDER TYPE: BLANKET | | Completed: |
| VENDOR: A0000119030-TORCOS, INC. | | Printed: 05/13/15 |
| TERMS: INV NET 30 | | BLK AUTO: N |
| CONTACT: | | |

| Line | Item # | Description | | Manuf | Manuf Cat # | | |
|---|---|---|---|---|---|---|---|
| | | Vendor Catalog # | Order Up | | | Cost/Up | Ext Value |
| | | Dept/Inventory | G/L Account | | | Tot to Ord | |
| 1 | 880151437 | BOLSA PLASTICA 24 X 24 8 MIC | | un | | 0.0190 | 4750.00 |
| | | 242408 | 250000 UN | | | 250000 | |
| | | ASEMMAIN | 01.1000.15107 | 7,000 | | | |
| | | HILEX POLY/PINNACLE | 1000UN/CT NEGRO | | | | |

```
                                                                          4750.00
```

7cs        24 X 24 8mic        19.00        =$133.-

169975

MM.PO.zcus.inquiry.by.order.li.roc

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACION DE SERVICIOS MEDICOS DE PUERTO RICO**
**P.O. BOX 2129**
**SAN JUAN, P.R. 00922-2129**



## DIVISION DE SUMINISTROS

## *HOJA DE ENVIO POR E-MAIL*

| FECHA | ENVIADA A: | E-MAIL |
|---|---|---|
| 09/10/15 | Sra. Damaris Torres | Torcos2008@yahoo.com |
| | Torcos, inc. | |

### De: SR. ALEJANDRO VIDAL
*alejandro.vidal@asempr.org*

*Tel. 777-3535 Ext. 4614, 4617*

### TOTAL DE PAGINAS INCLUIDAS: 02

### OBSERVACIONES:

ADJUNTO COPIA DE LA ORDEN DE COMPRAS CM051049, LOS PRODUCTOS QUE SE ESTAN SOLICITANDO EN ESTA ORDEN DE COMPRAS ES PARA QUE SEAN ENTREGADOS EN EL ALMACEN CENTRAL DE SUMINISTROS LO ANTES POSIBLE.

*AGRADECERE SU GESTION PARA ESTE ASUNTO.*

# *¡ Asem Sirviendo Siempre ¡*



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1254, 276-1833 FAX 787-749-0833

# Invoice

Invoice Number:
17-179187

Invoice Date:
11 Sep 2017

Page:
1

**Sold To:**
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR.VIDAL X 4614

**Ship to:**
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30pm
777-3535

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 030822 | CM071073 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | NT | | 11/10/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 150.00 | BAGS303713KBIO | BAGS 20-30- GALS. 13 MICRONS BLACK 250/CS. BIODEGRADABLE | 13.75 | 2,062.50 |
| 7.00 | BAGS242408KBIO | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK BIODEGRADABLE | 16.00 | 112.00 |

CK 123670
6/14/18
1679.50

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  ES PARTE O TIENE ALGUN INTERES EN LAS
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA  FACTURA Y SER PARTE O
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION.  EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | | |
|---|---|---|
| Subtotal | | 2,174.50 |
| Sales Tax | | |
| Total Invoice Amount | | 2,174.50 |
| Payment/Credit Applied | | |
| **TOTAL** | | 2,174.50 |

# Invoice

**Invoice Number:**
17-179187

**Invoice Date:**
11 Sep 2017

**Page:**
1

787 276-1254, 3400, 3833

**Sold To:**
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR.VIDAL X 4614

**Ship to:**
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30pm
777-3535

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 030822 | CM071073 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | NT | | 11/10/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 150.00 | BAGS303713KBIO | BAGS 20-30- GALS. 13 MICRONS BLACK 250/CS. BIODEGRADABLE | 13.75 | 2,062.50 |
| 7.00 | BAGS242408KBIO | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK BIODEGRADABLE | 16.00 | 112.00 |

*CK 123670*
*6/14/18*
*1679.50*

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 2,174.50 |
| Sales Tax | |
| Total Invoice Amount | 2,174.50 |
| Payment/Credit Applied | |
| **TOTAL** | 2,174.50 |

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR   00929

**Sales Order**

Sales Order Number:
179187

Sales Order Date:
Aug 23, 2017

Ship By:
Aug 23, 2017

Page:
1

Voice:   787 276 1233, 1254
Fax:     787 276 3402

Sold To:
ADM. SERV. MEDICOS DE P.R  (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR.VIDAL X 4616

Ship To:
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:20-3:30pm
777-3535

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 030022 | CM971073 | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| ALEJANDRO VIDAL | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 150.00 | BAGS303713KEIO | BAGS 20-30- GAL2. 13 MICRONS BLACK *72 B/o* 250/CS. BIODEGRADABLE | 13.75 | 2,062.50 |
| 7.00 | BAGS242408KEIO | BAGS 7-10 GALS 8 MICRONES 1000/CS. BLACK BIODEGRADABLE | 16.00 | 112.00 |

*\* Se estan recibiendo 78 CS* x 250 = 19,500

150 x 250 = 37,500

SIGNATURE _____    DATE 8/31/17    Subtotal   2,174.50
PRINT NAME Yani Morak    HOUR _____    Sales Tax
PIECES _____    80    **TOTAL ORDER AMOUNT**   2,174.50

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO DE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVEOR O FUNCIONARIO PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SI ES PARTE O TIENE INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS SE CONSTRUCCIONAL HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS A LOS SERVICIOS PROFESIONALES Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR  00929

**Sales Order**

Sales Order Number:
179182-B

Sales Order Date:
Sep 1, 2017

Ship By:
Sep 1, 2017

Page:
1

Voice   787 276 1255, 1254
Fax:    787 276 3402

Sold To:
ADM. SERV. MEDICOS DE P.R. (CENTRO MED)
P.O. BOX 2129
SAN JUAN, PR  00922-2129
SR. VIDAL X 4614

Ship To:
EDIFICIO DE SUMINISTROS
ALMACEN CENTRAL, CENTRO MEDICO
BO. MONACILLOS,
RIO PIEDRAS 7:30-3:30pm
777-3535

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 030022 | CMD71073 | DAMARIS TORRES |
| Customer Contact | Customer Service Name | Payment Terms |
| ALEJANDRO VIDAL | MD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 72.00 | | CASES ELASTIC BAGS 26-30 GALS. 13 MICRONS | | |
| | | BLACK 250/CS. 303713K BIODEGRADABLE | | |

40 cajas 3340 1 milesima (100 x Case)  4,000.

2 cajas 303713K (500)   11,000.

5 cajas 3340 12 K (500)   2,500.

15 cajas 30371 1.5 (100)   1,500.

9,000.

SIGNATURE  Hector Ross
PRINT NAME  Hector Ross
PIECES _____  B/O _____

DATE  9/5/17
HOUR  1:43

Subtotal   0.00
Sales Tax
TOTAL ORDER AMOUNT   0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER CERTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE PAYMENT MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTIENE INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DEFENSA PREVIA. LA CLINICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE

```
DATE: 08/21/17 @ 0846          Admin de Servicios Medicos MM *LIVE*                    PAGE 1
USER: 01AVRO                            PO Inquiry
```

| | |
|---|---|
| PURCH FAC: ASEM | Status:   BACKORDER |
| PO NUMBER: CM071073 | Buyer:    01LVR4 |
| PO TYPE:   PURCHASE | Ship Via: PORT COMER |
| INVENTORY: | 1st RCPT: 03/30/17 |
| ORDER TYPE:BLANKET | |
| VENDOR:    A0000119030-TORCOS, INC. | |
| TERMS:     INV NET 30 | |
| CONTACT: | |

| | |
|---|---|
| Ordered:   | 02/13/17 |
| Confirmed: | 02/13/17 |
| Verified:  | 02/13/17 |
| Delivered: | 02/13/17 |
| Completed: | |
| Printed:   | 02/14/17 |
| BLK AUTO:  | N |

| Line | Item #    Description<br>Vendor Catalog #<br>Dept/Inventory | Order Up<br>G/L Account | Manuf | Manuf Cat #<br>Cost/Up<br>Tot to Ord | Ext Value |
|---|---|---|---|---|---|
| 1 | 880151459  BOLSA PLASTICA 42 X 48  18 MIC<br>BAG424817K<br>ASEMMAIN<br>HILEX POLY/PINNACLE | 800000 UN<br>01.1000.15107<br>250 UN/CT NEGRO | *Bags 40481A K*<br>*Bio* | 0.1150<br>800000 | 92000.00 |
| 2 | 880152196  BOLSA PLASTICA 30 X 37 13 MIC<br>303713K<br>ASEMMAIN<br>HILEX POLY/PINNACLE | 1500000 UN<br>01.1000.15107<br>250 UN/CT NEGRO | *303713k Bio*<br>*37,500.uu*<br>*150 Cs* | 0.0550<br>1500000<br>*15.53* | 82500.00 |
| 3 | 880151437  BOLSA PLASTICA 24 X 24 8 MIC<br>242408K<br>ASEMMAIN<br>HILEX POLY/PINNACLE | 175000 UN<br>01.1000.15107<br>1000 UN/CT NEGRO | *13.75*<br>*7 ou.uu* | 0.0160<br>175000<br>*16.00* | 2800.00 |

*242408 K Bio 70.*

```
                                                                              177300.00
```

MM.PO.zcus.inquiry.by.order.li.roc

# TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 050162; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-6 | 61- | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 050162<br>AUTORIDAD EDIFICIOS<br>NANCY FERRER<br>787-722-0101 X 19193 | 07-089778<br>13-146288 | | | | 65.25<br>1,038.24 | 65.25<br>1,038.24 | 271867<br>131336 |
| 050162<br>AUTORIDAD EDIFICIOS | | | | | 1,103.49 | 1,103.49 | |
| Report Total | | | | | 1,103.49 | 1,103.49 | |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1254, 3400, 9833 FAX 787 276 8498

# Invoice

Invoice Number:
13-146288

Invoice Date:
12 Jul 2013

Page:
1

Sold To:
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR  00940

Ship to:
REGION BAYAMON SABANA SECA
DETRAS SU DAVILA SEMPRIT
TOA BAJA 795-0980

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 050162 | 131336 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 11/8/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | INS-CL00104 | CLOROX 6 GAL./CS GALONES | 12.78 | 102.24 |
| 6.00 | DOP-03-128-SML | NEUTRO DETERGENT LEMON 4/1 GAL. CS. | 15.00 | 90.00 |
| 6.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.00 | 90.00 |
| 36.00 | 3M96-20/70070976876 | GENERAL PURPOSE SCOURING PAD (GREEN) 1/20 CS. | 21.00 | 756.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 1,038.24 |
| Sales Tax | |
| Total Invoice Amount | 1,038.24 |
| Payment/Credit Applied | |
| **TOTAL** | 1,038.24 |

# Invoice

Invoice Number:
13-146288

Invoice Date:
12 Jul 2013

Page:
1

787 276-1254, 3400, 3833

Sold To:
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR  00940

Ship to:
REGION BAYAMON SABANA SECA
DETRAS SU DAVILA SEMPRIT
TOA BAJA 795-0980

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 050162 | 131336 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 11/8/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.78 | 102.24 |
| 6.00 | DOP-03-128-SML | NEUTRO DETERGENT LEMON 4/1 GAL. CS. | 15.00 | 90.00 |
| 6.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.00 | 90.00 |
| 36.00 | 3M96-20/70070976876 | GENERAL PURPOSE SCOURING PAD (GREEN) 1/20 CS. | 21.00 | 756.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 1,038.24 |
| Sales Tax | |
| Total Invoice Amount | 1,038.24 |
| Payment/Credit Applied | |
| **TOTAL** | 1,038.24 |

Con entrada de remita -  8/17/2020

# Invoice

Invoice Number:
13-146288

Invoice Date:
12 Jul 2013

Page:
1

787 276-1254, 3400, 3833

Sold To:
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR   00940

Ship to:
REGION BAYAMON SABANA SECA
DETRAS SU DAVILA SEMPRIT
TOA BAJA 795-0980

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 050162 | 131336 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 11/8/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.78 | 102.24 |
| 6.00 | DOP-03-128-SML | NEUTRO DETERGENT LEMON 4/1 GAL. CS. | 15.00 | 90.00 |
| 6.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.00 | 90.00 |
| 36.00 | 3M96-20/70070976876 | GENERAL PURPOSE SCOURING PAD (GREEN) 1/20 CS. | 21.00 | 756.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____  FIRMA _____

| | |
|---|---|
| Subtotal | 1,038.24 |
| Sales Tax | |
| Total Invoice Amount | 1,038.24 |
| Payment/Credit Applied | |
| **TOTAL** | 1,038.24 |

**TORCOS INC.**
P.O.BOX 29708
SAN JUAN, PR  00929

# Sales Order

Sales Order Number
14 62 88

Sales Order Date
Jan 17, 2013

Ship By:
Jan 17, 2013

Page:
1

Voice: 787 276 1255, 1254
Fax: 787 276 3403

**Sold To:**
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR  00940

**Ship To:**
REGION BAYAMON SABANA SECA
DETRAS SU DAVILA SEMPRIT
TOA BAJA 795-0980

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 050162 | 131336 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| SR. PASSALACUA | DTD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES — 5B/o | 12.78 | 102.24 |
| 6.00 | DOP-03-12B-SML | NEUTRO DETERGENT LEMON 4/1 GAL. CS. | 15.00 | 90.00 |
| 6.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 15.00 | 90.00 |
| 36.00 | 3M96-20/70070976 | GENERAL PURPOSE SCOURING PAD (GREEN) 1/20 B.O CS. | 21.00 | 756.00 |

*handwritten: BO Tods! / 6k / o/c / B.O*

*handwritten: BO 30 gl. clorx*
*handwritten: BO. 36. scoring Pad*

SIGNATURE *(signature)*      DATE  6 mar 30 13

PRINT NAME *Daniel Fernandez*      HOUR _____

PIECES _____    BACK ORDER _____   *6R*

| | |
|---|---|
| Subtotal | 1,038.24 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 1,038.24 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.6 % DE SALES TAX, ES LA LEY TENEMOS CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.6% POR "LATE CHARGES" MENSUAL.

# TORCOS INC.
## P.O. BOX 29708
## SAN JUAN, PR 00020

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

# Sales Order

**Sales Order Number**
146288-B

**Sales Order Date**
Mar 7, 2013

**Ship By:**
Mar 7, 2013

**Page:**
1

**Sold To:**
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR 00940

**Ship To:**
REGION BAYAMON SABANA SECA
DETRAS SU DAVILA SEMPRIT
TOA BAJA 795-0980

723-4248

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 050162 | 131936 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| SR. PASSALACUA | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | | CLOROX 6/CS | | |
| 36.00 | | GENERAL PURPOSE SCOURING PAD GREEN VERDE | | |

SIGNATURE _____ DATE 11/7/13

PRINT NAME _____ HOUR _____

PIECES _____ BACK ORDER _____

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS
CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

ORCOS INC.
P.O. BOX 29708
SAN JUAN, PR 00929

*urgente*

# Sales Order

Sales Order Number
146288-CI

Sales Order Date
Feb 20, 2013

Ship By:
Feb 20, 2013

Page:
1

Voice: 787 276 1255, 1254
Fax:   787 276 3403

**Sold To:**
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR 00940

**Ship To:**
REGION BAYAMON
SABANA SECA
DETRAS SU DAVILA SEMERINT
TOA BAJA, PR
795-0980

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 050162 | 131336 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| SR. PASSALACUA | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | NO ENTREGAR: | | |
| 34.00 | | PAD SCRUBBING VERDE SIZE 20'' | | |
| | | ENTREGAR: | | |
| 8.00 | | LYSOL TUB @ TILE CAJA DE 12 | | |
| 6.00 | | GENTLE KLEEN 4.6 CAJA DE 6 | | |
| 6.00 | | AIRWICK 12/6 OLORES SURTIDOS | | |
| 2.00 | | CAJAS DE PAD VERDE SIZE 20'' CAJA DE 5 | | |

| | | |
|---|---|---|
| SIGNATURE | DATE 11/7/13 | Subtotal 0.00 |
| PRINT NAME José Santiago | HOUR | Sales Tax |
| | | Freight 0.00 |
| PIECES | BACK ORDER | **TOTAL ORDER AMOUNT** 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.6 % DE SALES TAX, ES LA LEY TENEMOS
CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.6% POR "LATE CHARGES" MENSUAL.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**AUTORIDAD EDIFICIOS PUBLICOS**

PO BOX 41029 SAN JUAN, PR 00940-1029 Tel. (787) 726-0544 Fax (787) 728-1804

**Orden de Compra**
**Purchase Order**

**Núm: 131336**

Página / Page:   1     of 1

Fecha / Date:   20-DEC-12

Tipo /Type:  Standard P.O.

| SUPLIDOR / SUPPLIER:  010717 | FACTURAR A / BILL TO |
|---|---|
| TORCOS CHEMICAL AND JANITORIAL SUPPLIES l | AUTORIDAD DE EDIFICIOS PUBLICOS |
| PO BOX 29708 | ATT: OFICINA DE CONTRALORIA |
| SAN JUAN,   PR  00929 | PO BOX 41029 |
| | San Juan,   PR   00940-1029 |
| Tel.(787) 258-1275              Fax 0 | |

**Comprador / Buyer:**
DALMASI TORRES, LUIS

**Ship Via:** SUPLIDOR ENTREGARA MERCANCIA DENTRO DE 1 A 4 DIAS

| FOB: CIP | Freight Terms: | |
|---|---|---|
| Payment  NET 30 Terms | **Nota:** REQ# 0152 ( 130581 1-12/20/12 ) VENDEDORA SRA. BETSY ALEMAN TEL: 276-1255 FAX: 276-3403 ( **Note** REG. BAYAMON ) | |

| Line | Item Number | Item Description | U/M | Quantity | Due Date | Shipping Information | Qty. by Ship To | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 050171 | BLANQUEADOR LIQUIDO LIQUID BLEACH MARCA: CLOROX GTIA DEFECTO DE FABRICA EN TODAS LAS PARTIDAS. Requisition: 1305811 | Gallons | 48 | 02-NOV-12 | Contact: REGION DE BAYAMON, BO. SABANA SECA, DETRAS ESC. S.U. DAVILA SEMPRIT, Toa Baja, PR      00950 Tel:(787) 795-098(Fax:(787) 795-0925 | 48 | 2.13 | 102.24 |
| 2 | 050689 | DESINFECTANTE LIQUIDO LIMPIADOR MULTIUSOS MARCA:SERGENTS Requisition: 1305811 | Gallons | 24 | 02-NOV-12 | Contact: REGION DE BAYAMON, BO. SABANA SECA, DETRAS ESC. S.U. DAVILA SEMPRIT, Toa Baja, PR      00950 Tel:(787) 795-098(Fax:(787) 795-0925 | 24 | 3.75 | 90.00 |
| 3 | 050686 | DESINFECTANTE PARA LIMPIAR PISOS MARCA: SERGENT. Requisition: 1305811 | Gallons | 24 | 02-NOV-12 | Contact: REGION DE BAYAMON, BO. SABANA SECA, DETRAS ESC. S.U. DAVILA SEMPRIT, Toa Baja, PR      00950 Tel:(787) 795-098(Fax:(787) 795-0925 | 24 | 3.75 | 90.00 |
| 4 | 050032 | PAD SCRUBBING | VERDE | 20 MARCA: NORTON Requisition: 1305811 | Each | 36 | 02-NOV-12 | Contact: REGION DE BAYAMON, BO. SABANA SECA, DETRAS ESC. S.U. DAVILA SEMPRIT, Toa Baja, PR      00950 Tel:(787) 795-098(Fax:(787) 795-0925 | 36 | 21.00 | 756.00 |

| | |
|---|---|
| Page Total: | 1,038.24 |
| P.O. Total: | $ 1,038.24 |

**Instrucciones al Suplidor**

1) No se aceptarán reclamaciones de precios u otros términos estipulados en esta orden LUEGO de efectuada la entrega de materiales o prestación de servicios. De tener alguna reclamación, favor notificarlo a la Oficina de Compras ANTES de entregar la mercancía o prestar el servicio ordenado.
2) Favor cerciorarse que la persona quien recibe los artículos y/o servicios solicitados, es empleado de la Autoridad, exigiéndole su identificación oficial. De no hacerlo, estará haciendo entrega bajo sus propios riesgos, por lo que la Autoridad no asumirá ningún tipo de responsabilidad en caso de situaciones fraudulentas. Además recomendamos que tome nota del número de Seguro Social del empleado.

LOS PRECIOS INCLUYEN TODOS LOS GASTOS HASTA EL LUGAR DE ENTREGA A MENOS QUE SE ESPECIFIQUE LO CONTRARIO, SUJETO A INSPECCION A LA ENTREGA - ALL PRICES F.O.B. DESTINATION UNLESS OTHERWISE SPECIFIED, SUBJECT TO INSPECTION AT DELIVERY

De acuerdo con los términos y condiciones arriba especificados, sírvase despachar esta orden. Certifico que la misma ha sido emitida siguiendo el Reglamento de Compras de esta  Autoridad.
In accordance with your proposal, please deliver this order. I hereby certified  that this purchase order has been issued in accordance with regulations of  this Authority

_____
Oficial de Compras – Purchasing Officer

OPE-4 / 2-00

# *Torcos, Inc.*

CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax.: (787) 276-3403

787 276-1254, 3400, 3833

**Invoice**

Invoice Number:
07-089778

Invoice Date:
Apr 28, 2007

Page:
1

**Sold To:**
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR   00940

**Ship to:**
CENTRO JUDICIAL AGUADILLA
CALLE PROGRESO #10 AL LADO
COLISEO DIAZ,
AGUADILLA
891-5365

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 050162 | 271867 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | FRANCIS | | 5/28/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | PRIME75004034 | SCRUBBLES DISINFECTANT 12/18 ONZ | 21.75 | 87.00 |
| 4.00 | PRIME75004062 | STAINLESS STEEL CLEANER WATER BASE 12/15 ONZ | 20.52 | 82.08 |

*CK 23039208*
*7/10/09*
*103.83*
*Balance 65.25*

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 169.08 |
| Sales Tax | |
| Total Invoice Amount | 169.08 |
| Payment/Credit Applied | |
| **TOTAL** | 169.08 |

# INVOICE
07-089778

Invoice Date:
Apr 28, 2007

Page:
1

**Sold to**   AUTORIDAD EDIF PUBLICOS
ATT. OFICINA CONTROLARIA
P.O. BOX 41029
SANTURCE, PR  00940

**Ship to**   CENTRO JUDICIAL AGUADILLA
CALLE PROGRESO #10
AL LADO COLISEO DIAZ
AGUADILLA

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 050162 | 271867 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| DTD | | 5/28/07 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 4.00 | PRIME75004034 | SCRUBBLES DISINFECTANT 12/18 OZ. | 21.75 | 87.00 |
| 4.00 | PRINE75004062 | STAINLESS STEEL CLEANER WATER 12/15 | 20.52 | 82.08 |
| | | PAID CK 22002208 7/10/09 | | -103.83 |
| | | NDIENTE DE PAGO  $65.25 | | |

nulidad absoluta certifico que
r publico es parte o tiene algun
ganancias del producto de esta
porte de esta factura es justo y
pagada. Fecha_____

*[handwritten notes, partially illegible:]*
*Aplíquele a*
*Maria Diaz*
*el porque o*
*la razón del*
*balance pendiente*
*Maria Diaz 19050*

*[handwritten:] se envió original  7/7/10*

| | | | **TOTAL ORDER** | 65.25 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
# AUTORIDAD EDIFICIOS PÚBLICOS
PO BOX 41029 SAN JUAN, PR 00940-1029 Tel. (787) 726-0544 Fax (787) 728-1804

**Orden de Compra**
**Purchase Order**

Núm: **271867**

Página / Page: 1   of 1

Fecha / Date: 23-MAR-07

Tipo /Type: Standard P.O.

| FACTURAR A / BILL TO | Ship Via: SUPLIDOR ENTREGARA MERCANCIA DE INMEDIATO |
|---|---|
| AUTORIDAD DE EDIFICIOS PÚBLICOS | |
| ATT: OFICINA DE CONTRALORIA | Comprador / Buyer: COLON DIAZ, EDNA |
| PO BOX 41029 | |
| San Juan, PR  00940-1029 | |

SUPLIDOR / SUPPLIER:  010717

TORCOS CHEMICAL AND JANITORIAL SUPPLIES I
PO BOX 29708
SAN JUAN, PR  00929-9708
Tel.(787) 755-1155  Fax(787) 755-7077

FOB: CIP

Payment NET 30
Terms

Freight Terms:

Nota/ REQ 27 EC VENDEDOR TEL 276-1255 FAX 276-3403 AEP 4030
Note

| .ine | Item Number | Item Description | U/M | Quantity | Due Date | Shipping Information | Qty. by Ship To | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 050702 | DESINFECTANTE EN AEROSOL PARA SUPERFICIE TIPO FOAM. (CAJA DE 12) GARANTIA FAB EN AMBAS PARTS<br>Requisition: 2704481 | 12-Unit | 4 | | Contact:<br>CENTRO JUDICIAL, AGUADILLA<br>CALLE PROGRESO #10 AL LADO<br>COLISEO DIAZ<br>Aguadilla, PR  00604<br>Tel.(787) 891-5365  Fax: | 4 | 21.75 | 87.00 |
| 2 | 050081 | LIMPIADOR DE METAL EN AEROSOL I (POTE 18 OZ.) CAJA DE 12<br>Requisition: 2704481 | 12-Unit | 4 | | Contact:<br>CENTRO JUDICIAL, AGUADILLA<br>CALLE PROGRESO #10 AL LADO<br>COLISEO DIAZ<br>Aguadilla, PR  00604<br>Tel.(787) 891-5365  Fax: | 4 | 20.52 | 82.08 |

Page Total:  169.08

P.O. Total:  $ 169.08

LOS PRECIOS INCLUYEN TODOS LOS GASTOS HASTA EL LUGAR DE ENTREGA A MENOS QUE SE ESPECIFIQUE LO CONTRARIO, SUJETO A INSPECCION A LA ENTREGA - ALL PRICES F.O.B. DESTINATION UNLESS OTHERWISE SPECIFIED, SUBJECT TO INSPECTION AT DELIVERY

Instrucciones al Suplidor

1) No se aceptarán reclamaciones de precios u otros términos estipulados en esta orden LUEGO de efectuada la entrega de materiales o prestación de servicios. De tener alguna reclamación, favor notificarlo a la Oficina de Compras ANTES de entregar la mercancía o prestar el servicio ordenado.
2) Favor cerciorarse que la persona quien reciba los artículos y/o servicios solicitados, es empleado de la Autoridad, exigiéndole su identificación oficial. De no haberlo, estará haciendo entrega bajo sus propios riesgos, por lo que la Autoridad no asumirá ninguna obligación de responsabilidad en caso de reclamaciones fraudulentas. Además, recomendamos que tome nota del número de Seguro Social del empleado.

De acuerdo con los términos y condiciones arriba especificados, afírase despachar esta orden. Certifico que la misma ha sido emitida sujeta/con el Reglamento de Compras de esta orden. I hereby certify that this purchase order has been issued in accordance with regulations of this Authority.

Oficial de Compras/Purchasing Officer

OPE-74/2-00

*Sales Order*

**TORCOS INC.**
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

Sales Order Number:
089778

Sales Order Date:
Apr 4, 2007

Ship By:
Apr 4, 2007

Page:
1

Voice:   787 276 1255, 1254
Fax:      787 276 3403

*Sold To:*

AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR  00940

*Ship To:*

CENTRO JUDICIAL AGUADILLA
CALLE PROGRESO #10 AL LADO
COLISEO DIAZ,
AGUADILLA
891-5365

CUSTOMER TEL.      787-722-0101 X 2266

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 050162 | 271867 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| SR. ANTONIO SANTOS | FRANCIS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| B/O 1 4.00 | PRIME75004034 | SCRUBBLES DISINFECTANT 12/18 ONZ solo 3 disponibles | 21.75 | 87.00 |
| B/O 4.00 | PRIME75004062 | STAINLESS STEEL CLEANER WATER BASE 12/15 ONZ | 20.52 | 82.08 |

AH.

Recibido 3 cjs 12/1802 Scrubbles
=

Noel Mercado

SIGNATURE   *Noel Mercado*          DATE   10 abril 07
PRINT NAME _____           HOUR   3.50 PM
PIECES 3/12/18 B/O

Subtotal                    169.08
P.R. TAX 5.5% + MUN. TAX 1.5%
Freight                       0.00
**TOTAL ORDER AMOUNT**        169.08

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUALES.*

*Sales Order*

**TORCOS INC.**
P.O.BOX 29708
SAN JUAN, PR  00929

Sales Order Number:
089778-B

Sales Order Date:
Apr 25, 2007

Ship By:
Apr 25, 2007

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

*Sold To:*
AUTORIDAD EDIFICIOS PUBLICOS
ATT. OFIC. CONTRALORIA
P.O. BOX 41029
SANTURCE, PR  00940

*Ship To:*
CENTRO JUDICIAL AGUADILLAS
CALLE PROGRESO #10 AL LADO
COLISEO DIAZ
AGUADILLA
787-891-5365

CUSTOMER TEL.      787-722-0101 X 2266

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 050162 | 271867 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| SR. ANTONIO SANTOS | NDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | PRIME 75004034 SCRUBBLES DISINFECTANT | | |
| 4.00 | | PRIME 75004062 STAINLESS STEEL CLEANER | | |
| | | WATER BASE | | |

SIGNATURE

PRINT NAME

PIECES _____ B/O

DATE

HOUR

Subtotal                0.00

P.R. TAX 5.5% + MUN. TAX 1.5%

Freight                  0.00

**TOTAL ORDER AMOUNT**          0.00

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUALES.*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**AUTORIDAD EDIFICIOS PUBLICOS**
PO BOX 41029 SAN JUAN, PR 00940-1029 Tel.(787) 726-0544 Fax (787) 728-1804

**Orden de Compra**
**Purchase Order**

Núm: **271867**

Página / Page: 1 of 1

Fecha / Date: 23-MAR-07

Tipo/Type: Standard P.O.

SUPLIDOR / SUPPLIER: 010717
TORCOS CHEMICAL AND JANITORIAL SUPPLIES I
PO BOX 29708
SAN JUAN, PR 00929-9708
Tel.(787)755-1155 Fax(787)755-7077

FACTURAR A / BILL TO
AUTORIDAD DE EDIFICIOS PUBLICOS
ATT: OFICINA DE CONTRALORIA
PO BOX 41029
San Juan, PR 00940-1029

Payment Terms: NET 30

FOB: CIP

Freight Terms:

Ship Via: SUPLIDOR ENTREGARA MERCANCIA DE INMEDIATO

Comprador / Buyer: COLON DIAZ, EDNA

| ine | Item Number | Item Description | Note/ Note | U/M | Quantity | Due Date | Shipping Information | Qty. by Ship To | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 050702 | DESINFECTANTE EN AEROSOL PARA SUPERFICIE TIPO FOAM. (CAJA DE 12) GARANTIA FAB EN AMBAS PARTS<br>Requisition: 2704481 | REQ 27 EC VENDEDOR TEL 276-1255 FAX 276-3403 AEP 4030 | 12-Unit | 4 | | Contact:<br>CENTRO JUDICIAL AGUADILLA<br>CALLE PROGRESO #10 AL LADO<br>COLISEO DIAZ<br>Aguadilla, PR 00604<br>Tel.(787) 891-5365 Fax: | 4 | 21.75 | 87.00 |
| 2 | 050081 | LIMPIADOR DE METAL EN AEROSOL (POTE 18 OZ.) CAJA DE 12<br>Requisition: 2704481 | | 12-Unit | 4 | | Contact:<br>CENTRO JUDICIAL AGUADILLA<br>CALLE PROGRESO #10 AL LADO<br>COLISEO DIAZ<br>Aguadilla, PR 00604<br>Tel.(787) 891-5365 Fax: | 4 | 20.52 | 82.08 |

LOS PRECIOS INCLUYEN TODOS LOS GASTOS HASTA EL LUGAR DE ENTREGA A MENOS QUE SE ESPECIFIQUE LO CONTRARIO, SUJETO A INSPECCION A LA ENTREGA. - ALL PRICES F.O.B.
DESTINATION UNLESS OTHERWISE SPECIFIED, SUBJECT TO INSPECTION AT DELIVERY

**Instrucciones al Suplidor**

1) No se aceptarán reclamaciones de precios u otros términos estipulados en esta orden LUEGO de efectuada la entrega de materiales o prestación de servicios. De haber alguna reclamación, favor notifíquela a la Oficina de Compra ANTES de entregar la mercancía o prestar el servicio ordenado.
2) Favor cerciorarse que la persona quien reciba los artículos y/o servicios solicitados, es empleado de la Autoridad, exigiéndole su identificación oficial. De no hacerlo, estará haciendo entrega bajo su propio riesgo, por lo que si la Autoridad no asumirá ningún tipo de responsabilidad en caso de situaciones fraudulentas. Además recomendamos que tome nota del número de Seguro Social del empleado.

De acuerdo con los términos y condiciones arriba especificados, envías esta/por ésta orden. Certifico que la misma ha sido emitida siguiendo el Reglamento de Compras de esta Autoridad. In accordance with your proposal, please deliver this order. I hereby certify that this purchase order has been issued in accordance with regulations of this Authority.

Oficial de Compras- Purchasing Officer

| | Page Total: | 169.08 |
|---|---|---|
| | P.O. Total: | $ 169.08 |

OPE-4/2-00



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**AUTORIDAD EDIFICIOS PUBLICOS**
PO BOX 41029 SAN JUAN, PR 00940-1029 Tel. (787) 726-0544 Fax (787) 728-1804

**Orden de Compra**
**Purchase Order**

**Núm.: 271867**   R. 2

| | |
|---|---|
| Página / Page: 1 | of 1 |
| Fecha / Date: 23—MAR—07 | |

**Tipo / Type:** Standard P.O.

**SUPLIDOR / SUPPLIER:** 010717
TORCOS CHEMICAL AND JANITORIAL SUPPLIES I
PO BOX 29708
SAN JUAN, PR 00929-9708
Tel. (787) 755—1155  Fax (787) 755—7077

**FACTURAR A / BILL TO**
AUTORIDAD DE EDIFICIOS PUBLICOS
ATT: OFICINA DE CONTRALORIA
PO BOX 41029
San Juan, PR 00940-1029

**Ship Via:** SUPLIDOR ENTREGARA MERCANCIA DE INMEDIATO

**FOB: CIP**

**Freight Terms:**

**Comprador / Buyer:**
RUIZ ORTIZ, JIMMY

Payment   **Terms** NET 30

| Line | Item Number | Item Description / Note | U/M | Quantity | Due Date | Shipping Information | Qty. by Ship To | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 050702 | DESINFECTANTE EN AEROSOL PARA SUPERFICIE TIPO FOAM. (CAJA DE 12) GARANTIA FAB EN AMBAS PARTS  Nota: CAMBIO 01 ||—$261.00|| SE AJUSTA CANTIDAD PIDA I A LA RECIBIDA Y CERTIFICADA POR EL CENTRO, SEGUN COMUNICACION DEL 1 JUN 2007. / NTB  Requisition: 2704481 | 12—Unit | 1 | | Contact: CENTRO JUDICIAL AGUADILLA CALLE PROGRESO #10 AL LADO COLISEO DIAZ Aguadilla, PR 00604 Tel. (787) 891-5365  Fax: | 1 | 21.75 | 21.75 |
| 2 | 050081 | LIMPIADOR DE METAL EN AEROSOL . | (POTE 18 OZ.) CAJA DE 12  Requisition: 2704481 | 12—Unit | 4 | | Contact: CENTRO JUDICIAL AGUADILLA CALLE PROGRESO #10 AL LADO COLISEO DIAZ Aguadilla, PR 00604 Tel. (787) 891-5365  Fax: | 4 | 20.52 | 82.08 |

**Page Total:** 103.83
**P.O. Total:** $ 103.83

271867

AUTORIDAD DE EDIFICIOS PUBLICOS
OFICINA DE COMPRAS
SAN JUAN, PUERTO RICO
NOTIFICACION DE CAMBIO
A UNA ORDEN DE COMPRA
INICIALES:

LOS PRECIOS INCLUYEN TODOS LOS GASTOS HASTA EL LUGAR DE ENTREGA A MENOS QUE SE ESPECIFIQUE LO CONTRARIO, SUJETO A INSPECCION A SU ENTREGA. F.O.B. PRICES F.O.A. DESTINATION UNLESS OTHERWISE SPECIFIED, SUBJECT TO INSPECTION AT DELIVERY

**Instrucciones al Suplidor**

1) No se aceptaran reclamaciones de precios u otros terminos estipulados en esta orden LUEGO de efectuada la entrega de materiales o prestacion de servicios. De tener alguna reclamacion, favor notificarla a la Oficina de Compras ANTES de entregar la mercancia o prestar el servicio ordenado.
2) Favor despacharse que la persona quien recibe los articulos y/o servicios solicitados, es empleado de la Autoridad, engañando su identificacion oficial. De no hacerlo, estara haciendo entrega bajo su propio riesgo, por lo que la Autoridad no asumira ningun tipo de responsabilidad en caso de situaciones fraudulentas. Ademas recomendamos que tome nota del numero de Seguro Social del empleado.

De acuerdo con los términos y condiciones arriba especificados, sírvase despachar esta orden. Certifico que la misma ha sido emitida siguiendo el Reglamento de Compras de esta Autoridad. In accordance with your proposal, please deliver this order. I hereby certified that this purchase order has been issued in accordance with regulations of this Authority.

Oficial de Compras – Purchasing Officer

OPE–4 / 2–00

9/17/21 at 16:04:40.77

Page: 1

### TORCOS INC.
### Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 000958; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice/CM | 0-30 | 31- | 61-90 | Over 90 da | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 000958 | 07-098317 | | | | 54.00 | 54.00 | 00071-000001492 |
| DEPARTAMENTO DE SA | 18-181334 | | | | 35.18 | 35.18 | 00071-000004330 |
| | 21-187289 | | | 30.00 | | 30.00 | 00071-000005922 |
| 787-721-3375 | 21-187288 | | | 185.43 | | 185.43 | 00071-000005829 |
| | 21-187290 | | | 273.93 | | 273.93 | 00071-000005887 |
| | 21-187447 | 509.67 | | | | 509.67 | 00071-000005971 |
| 000958 DEPARTAMENTO DE SA | | 509.67 | | 489.36 | 89.18 | 1,088.21 | |
| Report Total | | 509.67 | | 489.36 | 89.18 | 1,088.21 | |

# Torcos, Inc.
CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Voice: (787) 276-8752  Fax: (787) 276-3404
Fax:      787 276 3403

# Invoice

**Invoice Number:**
07-098317

**Invoice Date:**
Aug 3, 2007

**Page:**
1

**Sold To:**
DEPARTAMENTO DE SALUD
PROGRAMA RETARDACION MENTAL
P.O. BOX 70184
SAN JUAN, PR  00936-8184

**Ship to:**
CENTRO DESARROLLO HABILITATIVO
CAMASEYES CARR 437 KM 2.0 INTE
FRENTE URB VILLAS PALMA REAL
AGUADILLA 891-3370

922-4018

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000958 | 00071-000001492 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | ANA | | 9/2/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15.00 | INS-F505429 | FABULOSO 16/28 OZ. LAVANDA | 23.99 | 359.85 |
| 3.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 18.00  18.00 | 54.00 |
| 10.00 | INS-L904185 | LYSOL DIS. SCRIP LINEN 12/6 ONZ SPRAY | 29.00 | 290.00 |
| 3.00 | INS-W904734 | WIZARD CRISP BREEZE 12/8 OZ. | 15.99 | 47.97 |

pagado  $697.82

Bajo pena de nulidad absoluta certifico que ningun servidor publico de
la agencia arriba mencionada, es parte o tiene algun interes en las
ganancias o beneficios producto del contrato objeto de esta factura y ser
parte o tener interes en las ganancias o beneficios del producto del
contrato ha mediado una dispensa previa.  La unica consideracion para
suministrar bienes o servicios objeto del contrato ha sido el pago
acordado con el representante autorizado de la corporacion.  El importe
de esta factura es justo y correcto.  Los productos han sido entregados
y no han sido pagado.

| | |
|---|---|
| Subtotal | 751.82 |
| Sales Tax | |
| Total Invoice Amount | 751.82 |
| Payment/Credit Applied | |
| **TOTAL** | 751.82 |

Fecha   8-3   Firma _____

Enrique Rosario 721-3375
74

*Sales Order*

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

Sales Order Number

Sales Order Date

Ship By:

Voice    787 276 1254, 1254
Fax:     787 276 8401

Page:

Sold To:                                    Ship To:

DEPARTAMENTO DE SALUD,                      CENTRO DESARROLLO RABILITATIVO
PROGRAMA RETARDACION MENTAL                 DAMASCUS CARR 457 KM 2.5 INTER
P.O. BOX 70184                              BARRIO QDR (IGLAS PRIMA PRAG
SAN JUAN, PR  00936 8184                    AGUADILLA 841 3370)

                                            CUSTOMER TEL.    787 761 3395

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000938 | RPT71 400000149? | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| LUIS TORRES | PATRICIA | Net  30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 17.00 | INS 9509420 | PAÑULES 16/28 OZ  LAVANDA | 11.99 | 491.88 |
| 4.00 | CLASSIC 200 | TOALLAS SABAC 74/9 DE 200 | 13.00 | 54.00 |
| 15.00 | INS 1904188 | LYSOL DIS. SCENT FRESH 12/5 OZ  SPRAY | 16.00 | 240.00 |
| 1.00 | INS N904738 | RIVADH TRISK FRESH 12/4 OZ | 15.99 | 15.99 |

004

SIGNATURE  _____        DATE  10/03/07

PRINT NAME  _____       HOUR  10:34

PIECES  _____ BO               Subtotal

                                 P.R. TAX 5.5% MUN TAX 1.5%

                                 Freight

                                 TOTAL ORDER AMOUNT

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA NON DESPACHADA, POR DAÑOS O POR OLD STOCK.  TODA RECLAMACION DEBER NOTIFICADA AL PROXIMO DIA LABORABLE.  DESPUES DEL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX  ESTA 1.5% TENEMOS QUE CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR LATE CHARGES  MENSUALES

# TORCOS INC.
## P.O.BOX 29708
## SAN JUAN, PR  00929

# Sales Order

**Sales Order Number:**
098317-E1

**Sales Order Date:**
Jul 23, 2007

**Ship By:**
Jul 23, 2007

**Page:**
1

**Voice:**  787 276 1255, 1254
**Fax:**  787 276 3403

**Sold To:**
DEPARTAMENTO DE SALUD
PROGRAMA RETARDACION MENTAL
P.O. BOX 70184
SAN JUAN, PR  00936-8184

**Ship To:**
CTRO  DE DESARROLLO HABILITATIVO
CAMASEYES CARR 437 KM  2.0 INT
FRENTE URB. VILLAS PALMA REAL
891-3370
AGUADILLA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000958 | 00071-000001492 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| LUIS MONTES | TATY | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | | LYSOL DIS. SCRIP LINEN 12/6 ONZ. SPRAY $29.00 | | |

SIGNATURE

PRINT NAME  *Sandra Cruz*

PIECES _____  BACK ORDER _____

DATE  2/8/07

HOUR  12:00 P.M.

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

# TORCOS INC.
## P.O.BOX 2 )708
## SAN JUAN, PR  00929

*Sales Order*

**Sales Order Number:**
098317-R

**Sales Order Date:**
Nov 29, 2007

**Ship By**
Nov 29, 2007

**Page:**
1

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

**Sold To:**

DEPARTAMENTO DE SALUD
PROGRAMA RETARDACION MENTAL
P.O. BOX 70184
SAN JUAN, PR  00936-8184

*Ship To:*

CENTRO DESARROLLO HABILITATIVO
CAMASEYES CARR. 437 KM 2.0 INT
FRENTE A URB. VILLAS PALMA REA
AGUADILLA SANDRA
787 922-4018

CUSTOMER TEL.       787-721-3375

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000958 | 00071-000001492 | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| LUIS MONTES | TATY | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | FAVOR DE RECOGER DOS CAJAS DE TOALLAS ROSADAS EMPAQUE DE 200 POR CAJA ENTREGADAS EN EXCESO. | | |

*Juan Melero*
*Recogidos*

SIGNATURE

PRINT NAME

PIECES_____ B/O _____

DATE  5/12/07
HOUR  10:25 a.m.

| | |
|---|---|
| Subtotal | 0.00 |
| P.R. TAX 5.5% + MUN. TAX 1.5% | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUALES.

9/17/21 at 16:10:53.30

Page: 1

# TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 020142; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice/CM # | 0- | 31-60 | 61-90 | Over 90 day | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 020142 DEPT. DE LA FAMILIA G | 137522 | | | | 32.55 | 32.55 | DF-SI-12-123-96-25B |
| | 147206 | | | | 71.48 | 71.48 | DF-SI-13-123-96-15a |
| 1 787 864-4373 | 15-168579. | | | | 568.43 | 568.43 | DF-SI-15-123-96-59a |
| **020142 DEPT. DE LA FAMILIA G** | | | | | **672.46** | **672.46** | |
| **Report Total** | | | | | **672.46** | **672.46** | |

# Invoice

**TORGOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, PR 00929
TEL: 787-276-1253 / 787-276-1254
FAX: 787-276-2403
787 276 AK2847-2406A03833

**Invoice Number:**
13-147206

**Invoice Date:**
27 Oct 2013

**Page:**
1

**Sold To:**
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR 00785

**Ship to:**
CENTRO ACTIVIDADES MULTIPLES PERSONAS
EDAD AVANZADA / BO CAIMITAL
CARRETERA 748 KM 2.8
GUAYAMA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020142 | DF-SI-13-123-96-15a | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 26/11/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | MEL0539-0003 | PLATO CHINO CON DIVISIONES 200 POR CAJA | 21.00 | 126.00 |
| 2.00 | INS-130632 | PAPEL ALUMINIO 18" X 500' UN ROLLO | 20.99 | 41.98 |
| 3.00 | INS-10001 | JR DISPENSER NAPKIN 25/200 | 39.99 | 119.97 |
| 9.00 | INSCHARMIN-24 | CHARMIN TOILET TISSUE 6/4 | 24.00 | 216.00 |
| 2.00 | | PLATOS PLASTICOS 24 ONZAS 9" FABRIKAL | 51.69 | 103.38 |
| 1.00 | INSPLATO 6" | PLATO PLASTICO CHINETTE 6" PAR POSTRE 1000 POR CAJA 8/125 | 45.99 | 45.99 |
| 2.00 | BAGS3858150K | BAGS 55 GALS. 1.5M BLACK 100/CS. | 24.00 | 48.00 |
| 24.00 | INS-883904 | AIR WICK REFILL | 3.25 | 77.98 |
| 3.00 | INS-B128 | BOWL FRESH DEODORANT 12 | 7.50 | 22.50 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 801.80 |
| Sales Tax | |
| Total Invoice Amount | 801.80 |
| Payment/Credit Applied | |
| **TOTAL** | 801.80 |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
13-147206

Invoice Date:
27 Oct 2013

Page:
1

Sold To:
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR 00785

Ship to:
CENTRO ACTIVIDADES MULTIPLES PERSONAS
EDAD AVANZADA / BO CAIMITAL
CARRETERA 748 KM 2.8
GUAYAMA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020142 | DF-SI-13-123-96-15a | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 26/11/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | MELO539-0003 | PLATO CHINO CON DIVISIONES 200 POR CAJA | 21.00 | 126.00 |
| 2.00 | INS-130632 | PAPEL ALUMINIO 18" X 500' UN ROLLO | 20.99 | 41.98 |
| 3.00 | INS-10001 | JR DISPENSER NAPKIN 25/200 | 39.99 | 119.97 |
| 9.00 | INSCHARMIN-24 | CHARMIN TOILET TISSUE 6/4 | 24.00 | 216.00 |
| 2.00 | | PLATOS PLASTICOS 24 ONZAS 9" FABRIKAL | 51.69 | 103.38 |
| 1.00 | INSPLATO 6" | PLATO PLASTICO CHINETTE 6" PAR POSTRE 1000 POR CAJA 8/125 | 45.99 | 45.99 |
| 2.00 | BAGS3858150K | BAGS 55 GALS. 1.5M BLACK 100/CS. | 24.00 | 48.00 |
| 24.00 | INS-883904 | AIR WICK REFILL | 3.25 | 77.98 |
| 3.00 | INS-B128 | BOWL FRESH DEODORANT 12 | 7.50 | 22.50 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA_____ FIRMA _____.

| | |
|---|---|
| Subtotal | 801.80 |
| Sales Tax | |
| Total Invoice Amount | 801.80 |
| Payment/Credit Applied | |
| **TOTAL** | 801.80 |



**TORCOS INC.**
**TORCOS INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

Voice:   787 276 1255, 1254
Fax:     787 276 3403

# Sales Order

**Sales Order Number**
147206

**Sales Order Date**
Feb 16, 2013

**Ship By:**
Feb 16, 2013

**Page:**
1

**Sold To:**
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR   00785

**Ship To:**
CENTRO ACTIVIDADES MULTIPLES PERSONAS
EDAD AVANZADA
BO. CAIMITAL CRRETERA 748 KM
2.8
GUAYAMA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DF-SI-13 123 96-15a | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | DTD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | MEL0539-0003 | PLATO CHINO CON DIVISIONES   200 POR CAJA | 21.00 | 126.00 |
| 2.00 | INS-130632 | PAPEL ALUMINIO 18" X 500' UN ROLLO | 20.99 | 41.98 |
| 3.00 | INS-10001 | JR DISPENSER NAPKIN 25/200 | 39.99 | 119.97 |
| 9.00 | INSCHARMIN-24 | CHARMIN TOILET TISSUE  6/4 | 24.00 | 216.00 |
| 2.00 | | PLATOS PLASTICOS 24 ONZAS   9" FABRIKAL | 51.69 | 103.38 |
| 1.00 | INSPLATO 6" | PLATO PLASTICO CHINETTE 6" PAR POSTRE | 45.99 | 45.99 |
| | | 1000 POR CAJA 8/125 | | |
| 2.00 | BAGS3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 24.00 | 48.00 |
| 24.00 | INS-883904 | AIR WICK REFILL | 3.25 | 77.98 |
| 3.00 | INS-B128 | BOWL FRESH DEODORANT 12 | 7.50 | 22.50 |

SIGNATURE _____   DATE _____

PRINT NAME _____   HOUR _____

PIECES _____   BACK ORDER _____

| | |
|---|---|
| Subtotal | 801.80 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 801.80 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS
CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.



**TORCOS, INC.**
P.O. BOX 29708
SAN JUAN, PR 00929

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
Voice: 787-276-1255, 1254
Fax: 787 276 3403

# Sales Order

**Sales Order Number**
147306-B

**Sales Order Date**
Mar 2, 2013

**Ship By:**
Mar 2, 2013

**Page:**
1

**Sold To:**
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR 00785

**Ship To:**
DEPTO. DE LA FAMILIA (ADFAN)
CENTRO ACTIVIDADES MULT PERS
EDAD AVANZADA BO CAIMITAL
CARRETERA 746 KM2.8
GUAYAMA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DF-SI-13-123-96-15A | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | PAPEL DE ALUMINIO 18" X 500   EACH | | |
| 2.00 | No | P;LATOS PLASTICOS DE SOPA HONDO  9" —B/o | | |
| | | FABRICAL | | |
| 24.00 | No | AIR WICK REFILL   3.25 —B/o | | |

El enverse de refill de air wick es el
pote de 7 onzas que funciona con el
dispenser de bateria

| | | | | |
|---|---|---|---|---|
| SIGNATURE | DATE 11/4/13 | Subtotal | 0.00 |
| PRINT NAME Santos A. Gaboni | HOUR | Sales Tax | |
| PIECES     BACK ORDER  2 | | Freight | 0.00 |
| | | **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS
CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.6% POR "LATE CHARGES" MENSUAL.

**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**Sales Order**

Sales Order Number:

Sales Order Date:
Jul 8, 2013

Ship By:
Jul 8, 2013

Page
1

Sold To:
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR  00785

Ship To:
DEPTO. DE LA FAMILIA (ADFAN)
CENTRO ACTIVIDADES MULT FEES
EDAD AVANZADA BO CAIMITAL
CARRETERA 748 KM 2.6
GUAYAMA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DE-9T-13-123-96-45A | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| | ST | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | FLOATOS PLASTICOS HONDO  PARA 30EA 12 | | |
| | | 12/25  51.69 | | |
| 24.00 | | AIR WICK PARA REFILL  3.25 | | |

*Tienen que Pleto hondo sopa*
*ser 9/24/02*

| | | | | |
|---|---|---|---|---|
| SIGNATURE | Victor Scarlyro | DATE | Julio 8 2013 | Subtotal | 0.00 |
| PRINT NAME | Victor Scutiage | HOUR | | Sales Tax | |
| PIECES 24 | B/O 2 | A. Vey | | TOTAL ORDER AMOUNT | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

# Sales Order

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR 00929

**Sales Order Number:**
147208-B2

**Sales Order Date:**
Jul 29, 2013

**Ship By:**
Jul 29, 2013

**Page:**
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR. 00785

**Ship To:**
DEPTO. DE LA FAMILIA (ADFAN)
EDIFICIO FISA CARR. #54,
PASEO DEL PUEBLO,
GUAYAMA
864-4073

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DE-ST-13-123-96-15A | DAMARIS TORRES |
| Customer Contact | Customer Service Name | Payment Terms |
| | BA9 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | PLATO DE SOPA 24 OZ CAJA DE 4 PAQ | | |

SIGNATURE
PRINT NAME  Heidy Morales
PIECES _____ B/O _____
DATE _____
HOUR _____

|  | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| TOTAL ORDER AMOUNT | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

1 JUL 99

Original: Suplidor o ASG
1ra Copia: ACC
2da. Copia: Agencia
3ra Copia: ACC-Inf. Rec. e Insp.
4ta Copia: Agencia-Inf. Rec. e Insp.
5a. Copia: ASG Inf. Rec. e Insp.

DEPARTAMENTO DE LA FAMILIA
Agencia

P O BOX 210 GUAYAMA, PR  00785
Dirección

OBLIGACION Y ORDEN DE COMPRA

**PRFAS**

**IDENTIFICACION DEL DOCUMENTO:**   RGU-013-025

**CORRECTIVA**

| Número de Orden de Compra | Fecha | Importe Total |
|---|---|---|
| DF-SI-13-123-96-15a | 8-Feb-13 | $801.80 |

Opciones de Procesamiento de Despacho  123

Fecha de Entrega: 1 - 15

ENTREGARSE A:

SUPLIDOR
Nombre del Suplidor: **TORCOS, INC**
P O BOX 29708
SAN JUAN, PR  00929

Agencia: **DEPARTAMENTO DE LA FAMILIA**
Dirección: **CENTRO ACTIVIDADES MULTIPLES PERSO**
BO. CAIMITAL CARRETERA 748 KM 2.8
GUAYAMA PR
SRA. EDDA ECHANDY LOPEZ (R...

Método de Envío: ☐ Fax  ☐ Teléfono  ☐ Correo

ARTICULOS (de necesitar más espacio,...

Dirección: TEL. (787) 276-1255

| Cta. | Fondo | Org. | Prog. | Asig | Año Pres. | Aport. Federal | Descripción | Aprobado por: |
|---|---|---|---|---|---|---|---|---|
| E-4101 | 111 | 1230000 | 1080 | 010 | 2013 | | 1. Bandeja de foam con divisiones 1/200  Marca: Chino  Caja: 2 | |
| | | | | | | | 2. Papel de aluminio rollo industrial  Marca: Alunassa  Caja: 1 | |
| | | | | | | | 3. Servilleta dispenser 6 X 3  Marca: JR Napkins  Caja: 2 | |
| | | | | | | | 4. Papel sanitario  Marca: Charmin  Caja: | |

Descripción

03
04

no final: **Centro Actividades Múltiples**
sonas Edad Avanzada

Para uso de la Agencia o ASG

Certifico que existen los fondos para el pago de la Orden de Compra solicitada.

Solicito el despacho de los artículos o servicios indicados y certifico que esta orden ha sido emitida de acuerdo con las leyes y reglamentos aplicables.

José Díaz Castaño
Delegado Comprador u Oficial Cert.     Teléfono  864-4373
15-Feb-13     Fecha

Lucrecia González García
15-Feb-13     Firma     864-4373
Fecha     Teléfono     Fecha

Conservación: Seis años o una intervención del Contralor, lo que ocurra pr

OBLIGACION Y ORDEN DE CO

P O BOX 210 G
Dirección

IDENTIFICACION DEL DOCUMENTO
Número de Orden de Compra
DF-S1-13-123-96-15a

| Cte. | Fondo | Org. | Prog. | Asig. | Año Pres. | Aport. Federal | Descripción |
|---|---|---|---|---|---|---|---|
| | 111 | 1230000 | 1060 | 010 | 2013 | RGU-013-025 | |

Fecha
8-Feb-13

**5. Platos hondo para sopa plástico 9"/24**
Marca: Fabrikal
C

**6. Platos sanitarios plásticos duro de 6"**
Marca: Fabrikal
C

**7. Bolsa negra de basura de 60 galones**
Marca: 38581.5 Fortune
1/12 rollos

**8. Respuesto de desodorante en spray p**
(Spray Refill con olor marca (Glade o A
Marca: Bes D ó Air Wick

**9. Desodorante de urinales**
Marca: Big D Pastillas



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
SECRETARIADO
ADFAN • ADSEF • ASUME • ACUDEN



# F a x



**Subject:** df-sl-13-123-96-15ª CORRECTIVA

**Date:** 19 de febrero de 2013

**To:** Torcos, Inc.
Sra. Betsy Alemán – Repr. De Ventas
**Phone Number:** (787) 276-1255
**Fax Number:** (787) 276-3403

**From:** Depto de la Familia – Oficina Regional de Guayama
José Díaz – Agente Comprador
**Phone Number:** (787) 864-4373 Ext. 244
**Fax Number:** (787) 864-6556

09/17/2012  09:06  7878662446

# Torcos, Inc.
## CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255   Fax: (787) 276-3403

787 276-1254, 3400, 3833

**Invoice**

Invoice Number:
12-137522

Invoice Date:
25 Apr 2012

Page:
1

Sold To:
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR  00785

Ship to:
DEPTO. DE LA FAMILIA (ADFAN)
EDIFICIO FISA CARR. #54,
PASEO DEL PUEBLO,
GUAYAMA
864-4373

| Customer ID | Customer PO | Payment Te |
|---|---|---|
| 020142 | DFSI-12-123-96-25B | Net 30 Da |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | GT | | 5/5/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | INS-SUAVE15 | SUAVE SHAMPOO 15OZ. | 2.17 | 25.98 |
| 6.00 | INS-UN-700.5 | ACONDICIONADOR SUAVE 15 OZ | 2.17 | 12.99 |
| 9.00 | INS-GP4049 | NOSOTRAS MAXI 24/10 | 25.00 | 225.00 |
| 1.00 | INSPROTEX  2/4.5 OZ. | JABON PROTEX EN BARRA 12/4.5 | 40.80 | 40.80 |
| 1.00 | INS-L904185 | LYSOL DIS. SCRIP LINEN 12/6 ONZ SPRAY | 33.00 | 33.00 |
| 1.00 | FER-000435 | REGENT HAND SANITIZER 12/8 | 15.95 | 15.95 |
| 10.00 | RCGL-VINYL-M | SOFT TOUCH GLOVES VINYL POWDER FREE MEDIUM 100/CS. | 5.50 | 55.00 |
| 10.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 5.50 | 55.00 |

CERTIFICO QUE ESTA
FACTURA ES CORRECTA
Y AUN NO HA SIDO PAGADA

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE
_Depto de la familia_ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANANCIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS LOS SERVICIOS PRESTADOS Y NO HAN SIDO
PAGADOS. FECHA 4-25-12   FIRMA

Nereida Decos

| | |
|---|---|
| Subtotal | 463.72 |
| Sales Tax | |
| Total Invoice Amount | 463.72 |
| Payment/Credit Applied | |
| TOTAL | 463.72 |

*TORRES INC.*
*P.O.BOX 29708*
*SAN JUAN, P.R. 00929*

# Sales Order

Sales Order Number:
137522-B
Sales Order Date:
Mar 15, 2012

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:
Mar 15, 2012
Page: 1

Sold To:

DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR  00785

Ship To:

DEPTO. DE LA FAMILIA (ADFAN)
EDIFICIO FISA CARR. #54,
PASEO DEL PUEBLO,
GUAYAMA
864-4373

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 920142 | DF-SI-12-123-96-26B | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| | LPM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | | SUAVE SHAMPOO 15 ONZ | | |
| 1.00 | | REGENT HAND SANITIZER 12/8 ONZ | | |

SIGNATURE _____ DATE 24 abril 2012
PRINT NAME Lucien Borge
PIECES        B/O

Subtotal     0.00
Sales Tax
Freight      0.00
TOTAL ORDER AMOUNT   0.00

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE, DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.0% DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

**TORCOS INC.**
**P.O.BOX 29708**
**SAN JUAN, PR 00929**

# Sales Order

**Sales Order Number:**

137522

**Sales Order Date:**

Feb 14, 2012

**Voice:** 787 276 1255, 1254
**Fax:** 787 276 3403

**Ship By:**

Feb 14, 2012

**Page:**

1

**Sold To:**

DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR 00785

**Ship To:**

DEPTO. DE LA FAMILIA (ADFAN)
EDIFICIO FISA CARR. #54,
PASEO DEL PUEBLO,
GUAYAMA
864-4373

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DF-SI-12-123-96-25B | DAMARIS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| B/O — 12.00 | INS-SUAVE15 | SUAVE SHAMPOO 15OZ. | 2.17 | 25.98 |
| 6.00 | INS-UN-7002 | ACONDICIONADOR SUAVE 15 OZ | 2.17 | 12.99 |
| 9.00 | INS-GP4049 | NOSOTRAS MAXI 24/10 | 25.00 | 225.00 |
| 1.00 | INSPROTEX 12/4.5 | JABON PROTEX EN BARRA 12/4.5 | 40.80 | 40.80 |
| 1.00 | INS-L904185 | LYSOL DIS. SCRIP LINEN 12/6 ONZ SPRAY | 33.00 | 33.00 |
| B/O — 1.00 | FER-000435 | REGENT HAND SANITIZER 12/8 | 15.95 | 15.95 |
| 10.00 | RCGL-VINYL-M | SOFT TOUCH GLOVES VINYL POWDER FREE MEDIUM 100/CS. | 5.50 | 55.00 |
| 10.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 5.50 | 55.00 |

SIGNATURE _Lucrecia Rojas_     DATE _____

PRINT NAME _____     HOUR _____

PIECES _____     B/O _Lucrecia Gonzalez_
OP

| | |
|---|---|
| Subtotal | 463.72 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 463.72 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE, DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES, POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.

09/17/2012  09:06   7878667‑5                                          PAGE  01/02



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE LA FAMILIA**
SECRETARIADO
ADFAN • ADSEF • ASUME • ACUDEN



# Fax



**Subject:** df‑si‑12‑123‑96‑25b
Anexo Invoice Number: 12‑137522

**Date:** 14 de septiembre de 2012

**To: TORCOS, INC**
Sra. Nereida Decos – Rep. De Ventas
**Phone Number: (787) 276-1255**
**Fax Number: (787) 276-3403**

**From:** Depto de la Familia – Oficina Regional de Guayama
José Díaz – Agente Comprador
**Phone Number: (787) 864-4373 Ext. 244**
**Fax Number: (787) 864-6556**

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA

Agencia

P O BOX 210 GUAYAMA, PR 00785

Dirección

| IDENTIFICACIÓN DEL DOCUMENTO: | RGU-012-082 | | | | |
|---|---|---|---|---|---|
| Número de Orden de Compra | Fecha | | Importe Total | | Código del Suplidor |
| 123 | DF-SI-12-123-96-25b | | 8-Feb-12 | $463.72 | 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 |
| Opciones de Procesamiento de Despacho | ☑ Fax ☐ Teléfono ☐ Correo | | Fecha de Entrega: 1 - 15 DIAS | | |

SUPLIDOR

Nombre del Suplidor: TORCOS, INC.
Dirección: P O BOX 29708
SAN JUAN, PR 00929

TEL. (787) 276-1255 BETSY ALEMAN SANTOS

ENTREGARSE A:
Agencia: DEPARTAMENTO DE LA FAMILIA
Dirección: OFICINA REGIONAL - ADFAN
EDIFICIO FISA PASEO DEL PUEBLO CARR. 54 KM 0.3
GUAYAMA, PR
Método de Envío: SR. ANGEL DE JESUS (RECEPTOR) - 787 864-4373

Agencia: DEPARTAMENTO
Dirección: OFICINA REGIO
P O BOX 2
GUAYAMA

Término de Embarque:

ARTICULOS (Si necesita más espacio, utilice otra hoja)

| LN | Cta. | Fondo | Org. | Prog. | ASIG | Año Pres. | Aport. Federal | Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio por Unidad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | E-4101 | 111 | 1230000 | 1221 | XXX | 2012 | | 1. Shampoo para cabellos Marca: Suave 15 onz | Caja: 6 | | 2 | $12.99 |
| 02 | | | | | | | | 2. Acondicionador para el cabello Marca: Suave | Caja: 6 | | 1 | $12.99 |
| 03 | | | | | | | | 3. Toallas Sanitarias Marca: Nosotras Maxi | Caja: | | 9 | $25.00 |
| 04 | | | | | | | | 4. Jabón de baño Antibacterial Marca: Protex | Caja: 12 | | 1 | $40.80 |

Total o Subtotal

Para uso de la Agencia o ASG

sfino final: Oficina Regional de Guayama

Solicito el despacho de los artículos o servicios indicados y certifico que esta orden ha sido emitida de acuerdo con las leyes y reglamentos aplicables.



José Díaz Casiano
Delegado Comprador u Oficial Cert.

8-Feb-12          864-4373
Fecha          Teléfono

Certifico que existen los fondos para el pago de la Orden de Compra solicitada.

Pedro J. Rodríguez Rosado

8-Feb-12     Firma     864-4373
Fecha          Teléfono

Para uso del Departamento de Hacienda o ASG

Aprobado por:

_____
Firma

_____          _____
Fecha          Título

Conservación: Seis años o una intervención del Contralor, lo que ocurra prim

Original: Suplidor o ASG
1ra Copia: ACC
2da Copia: Agencia
3ra Copia: ACC-Int. Rec. e Insp
4ta Copia: Agencia-Int. Rec. e Insp

1 JUL 99

# GOBIERNO DE PUERTO RICO

## DEPARTAMENTO DE LA FAMILIA
Agencia

P O BOX 210 GUAYAMA, PR 00785
Dirección

Onjact: Supélor o ASG
1ra Copla: ACC
2da Copla: Agencia
3ra Copla: ACC-Inf. Rec. e Insp.
4ta Copla: Agencia-Inf. Rec. e Insp.

1 JUL 99

### IDENTIFICACION DEL DOCUMENTO:

| Agen. | Número de Orden de Compra | Fecha | | RGU-012-082 |
|---|---|---|---|---|
| 123 | DF-SI-12-123-96-25b | 8-Feb-12 | | |

| LN | Cta. | Fondo | Org. | Prog. | Asig | Año Pres. | Aport. Federal |
|---|---|---|---|---|---|---|---|
| 5 | E-4101 | 111 | 1230000 | 1221 | XXX | 2012 | |
| 06 | | | | | | | |
| 07 | | | | | | | |
| 08 | | | | | | | |

| Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio por Unidad |
|---|---|---|---|---|
| 5. Desinfectante en Spray (Lysol) Marca: Lysol — Caja: 12/6 | | | 1 | $33.00 |
| 6. Hand Sanitizer Marca: R/Gent — Caja: 12/8 | | | 1 | $15.95 |
| 7. Guantes desechables tamaño Medium Marca: RC — Caja: 1/100 | | | 10 | $5.50 |
| 8. Guantes desechables tamaño Large Marca: RC — Caja: 1/100 | | | 10 | $5.50 |

Total o Subtotal

# *Torcos, Inc.*

## CHEMICAL AND JANITORIAL SUPPLIES

P.O.Box 29708, San Juan, P.R. 00929
Tel.: (787) 276-1255  Fax.: (787) 276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
15-168579

Invoice Date:
Jul 10, 2015

Page:
1

Sold To:
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR  00785

Ship to:
HOGAR DE GRUPO-ADFAN
SALIDA PARA GUAMANI CARR 179
CARR 179 KM 0.3
GUAYAMA
864-4373

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| 020142 | DF-SI-15-123-96-59a | | Net 30 Days |
| Sales Rep ID | Shipping Method | | |
| DTD 787 923-1979 | MP | | |

| | | Ship Date | Due Date |
|---|---|---|---|
| | | | 8/9/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | INSXTRA | XTRA DETERGENTE EN POLVO | 15.00 | 150.00 |
| 0.75 | 82838DA | DIAL 4 GAL. HAND SOAP | 46.84 | 35.13 |
| 3.00 | INS-130632 | PAPEL ALUMINIO 18" X 500' UN ROLLO | 21.14 | 63.42 |
| 5.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.99 | 139.95 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.99 | 37.98 |
| 2.00 | INS-L992782 | LYSOL 3 PER PACK 19 OZ. AEROSOL | 16.00 | 32.00 |
| 5.00 | INS-F505084 | FABULOSO 12/28 OZ. | 14.99 | 74.95 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.50 | 17.50 |
| 1.00 | DOP-BRFI-03-0G9 | INSECTICIDA  MOSQUITOS ORIGINAL 12/9 OZ | 17.50 | 17.50 |

CERTIFICO QUE ESTA
FACTURA ES CORRECTA
Y AUN NO HA SIDO PAGADA

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER
ES PARTE O TIENE ALGUN INTERES EN LAS
PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA
MEDIADO UNA DISPENSA PREVIA.  LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O
SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION.  EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO,
LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE
CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS NO
SERVICIOS PROFESIONALES Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

Damaris Torres

| | |
|---|---|
| Subtotal | 568.43 |
| Sales Tax | |
| Total Invoice Amount | 568.43 |
| Payment/Credit Applied | |
| TOTAL | 568.43 |

# Invoice

Invoice Number:
15-168579

Invoice Date:
10 Jul 2015

Page:
1

787 276-1254, 3400, 3833

**Sold To:**
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR   00785

**Ship to:**
HOGAR DE GRUPO-ADFAN
SALIDA PARA GUAMANI CARR 179
CARR 179 KM 0.3
GUAYAMA
864-4373

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020142 | DF-SI-15-123-96-59a | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | MP | | 9/8/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | INSXTRA | XTRA DETERGENTE EN POLVO | 15.00 | 150.00 |
| 3.00 | 82838DA | DIAL 4 GAL. HAND SOAP | 11.71 | 35.13 |
| 3.00 | INS-130632 | PAPEL ALUMINIO 18" X 500' UN ROLLO | 21.14 | 63.42 |
| 5.00 | PAP 500-96R-2P | TOILET TISSUE 500  96 ROLLS-2 PLY | 27.99 | 139.95 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.99 | 37.98 |
| 2.00 | INS-L992782 | LYSOL 3 PER PACK 19 OZ. AEROSOL | 16.00 | 32.00 |
| 5.00 | INS-F505084 | FABULOSO 12/28 OZ. | 14.99 | 74.95 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ black raider | 17.50 | 17.50 |
| 1.00 | DOP-BRFI-03-009 | INSECTICIDA  MOSQUITOS ORIGINAL 12/9 OZ | 17.50 | 17.50 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____      FIRMA _____

| | |
|---|---|
| Subtotal | 568.43 |
| Sales Tax | |
| Total Invoice Amount | 568.43 |
| Payment/Credit Applied | |
| **TOTAL** | 568.43 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

Sales Order Number:
168579

Sales Order Date:
May 27, 2015

Ship By:
May 27, 2015

Page:
1

Voice: 787 276 1255, 1254
Fax: 787 276 3403

**Sold To:**
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 210
GUAYAMA, PR 00785

**Ship To:**
HOGAR DE GRUPO-ADFAN
SALIDA PARA GUAMANI CARR 179
CARR 179 KM 0.3
GUAYAMA
864-4373

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DF-SI-15-123-96-59a | DAMARIS TORRES |
| Customer Contact | Customer Service Name | Payment Terms |
| | MP | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | INSXTRA | XTRA DETERGENTE EN POLVO | 15.00 | 150.00 |
| 0.75 | 82838DA | DIAL 4 GAL. HAND SOAP | 46.84 | 35.13 |
| 3.00 | INS-130632 | PAPEL ALUMINIO 18" X 500' UN ROLLO | 21.14 | 63.42 |
| 5.00 | PAP 500-96R-2P | TOILET TISSUE 500 96 ROLLS-2 PLY | 27.99 | 139.95 |
| 2.00 | PAP 12-350 N | ROLL TOWEL 12 - 350 NATURAL | 18.99 | 37.98 |
| 2.00 | INS-L992782 | LYSOL 3 PER PACK 19 OZ. AEROSOL | 16.00 | 32.00 |
| 5.00 | INS-F505064 | FABULOSO 12/28 OZ. | 14.99 | 74.95 |
| 1.00 | DOP-BRAR03-009 | INSECTICIDA CUCARACHAS ORIGINAL 12/9 ONZ | 17.50 | 17.50 |
| | | black raider | | |
| 1.00 | DOP-BRFI-03-009 | INSECTICIDA MOSQUITOS ORIGINAL 12/9 OZ | 17.50 | 17.50 |

SIGNATURE _____

PRINT NAME _____

PIECES _____ B/O _____

DATE _____

HOUR _____



| | |
|---|---|
| Subtotal | 568.43 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 568.43 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR 00929

**Sales Order**

Sales Order Number:
188579-B

Sales Order Date:
Jun 22, 2015

Ship By:
Jun 22, 2015

Page:
1

Voice:   787 276 1233, 1254
Fax:     787 276 3400

Sold To:
DEPT. DE LA FAMILIA GUAYAMA
P.O. BOX 810
GUAYAMA, PR 00785

Ship To:
HOGAR DE GRUPO - ADFAN
SALIDA PARA GUAMANI
CARR 179 KM 0.3
GUAYAMA
866-4273

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020142 | DF-3I-15-123-96-59a | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
|  | MP | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 |  | TOILET TISSUE 500  96 ROLLS-2 PLY |  |  |
| 2.00 |  | LYSOL 3 PER PACK 19 OZ. AEROSOL |  |  |

SIGNATURE _____

PRINT NAME  Aracely Vazquez

PIECES _____  BO _____

DATE  7-9-15

HOUR  5:13

Subtotal          0.00

Sales Tax

**TOTAL ORDER AMOUNT**          0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

# GOBIERNO DE PUERTO RICO

## DEPARTAMENTO DE LA FAMILIA

Agencia

P O BOX 210 GUAYAMA, PR 00785
Dirección

### OBLIGACION Y ORDEN DE COMPRA

Modelo SC 744
1 JUL 89

**IDENTIFICACION DEL DOCUMENTO**

| Número de Orden de Compra | Fecha | Importe Total |
|---|---|---|
| DF-SH15-123-98-598 | 19-May-15 | $568.43 |

RGU-015-070

Opcion de Procesamiento de Despacho: ☑ Cpl ☐ Ref

Nombre del Suplidor: TORCOS, INC.
P.O BOX 29708
SAN JUAN PR 00929

TEL. (787) 276-1255

Número del Suplidor: 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

**Agencia:** DEPARTAMENTO DE LA FAMILIA
**Dirección:** HOGAR DE GRUPO - ADFAN
SALIDA PARA GUAMANI CARRETERA 179 KM 0.3
GUAYAMA PR

**Fecha de Entrega:** 1 - 15 DIAS
**ENTREGARSE A:**

SR. VICTOR E. SANTIAGO MORALES - RECEPTOR (787) 886-8888

Método de Envío:

**Agencia:** DEPARTAMENTO DE LA FAMILIA
**Dirección:** OFICINA REGIONAL GUAYAMA
PO BOX 210
GUAYAMA PR 00785

Término de Embarque:

| ARTICULOS (de necesitar más espacio utilice otra hoja) | Unidades | Precio por Unidad | Precio Total |
|---|---|---|---|
| 1. DETERGENTE POLVO MARCA: XTRA    CAJA: PAILA | 10 | $15.00 | $150.00 |
| 2. JABON DE BAÑO LIQUIDO MARCA: DIAL    CAJA: 1 GAL | 3 | $11.71 | $35.13 |
| 3. PAPEL ALUMINIO GRANDE MARCA: ALYNASA 18 X 500 IND.    CAJA: 1 ROLLO | 3 | $21.14 | $63.42 |
| 4. PAPEL HIGIENICO MARCA: SOFTEX    CAJA: 96/80 | 5 | $27.99 | $139.95 |

Total o Subtotal: **$388.50**

Destino final: Hogar de Grupo

Para uso de la Agencia o ASG    Aprobado por: _____

Para uso del Departamento de Hacienda o ASG

Solicito el despacho de los artículos o servicios indicados y certifico que esta orden no está sujeta, ni de acuerdo con las leyes y reglamentos aplicables.

Certifico que existen los fondos para el programa de la Orden de Compra solicitada.

Despachado por: _____

| José Díaz Cristiano | Lydia E. González Ortiz | | |
|---|---|---|---|
| Delegado Comprador u Oficial Cert. | | | Para Uso de ASG |
| 19-May-15 | 864-4373 | 19-May-15 | 864-4373 |
| Fecha | Teléfono | Fecha | Teléfono |

| Firma | Fecha | Firma | Fecha | Firma | Fecha |
|---|---|---|---|---|---|
| Firma | Título | Fecha | | Firma | Título | Fecha |

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
Agencia

P O BOX 210 GUAYAMA, PR  00785
Dirección

OBLIGACION Y ORDEN DE COMPRA

todas SC 744
JUL 99

| IDENTIFICACION DEL DOCUMENTO | | | | | | Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio ppr. Unidad | Precio Total | Propiedad | | Cantidad Despachada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Clase | Núm. de Unidades | |
| Núm. de Orden de Compra | DF-SI-16-T23-96-59a | | | | | | | | | | | | | |
| Núm. Org. | 1250000 | | | | | | | | | | | | | |
| P-Pos. | 10/8 | | | | | | | | | | | | | |
| Sub | 010 | | | | | | | | | | | | | |
| Año Pres. | 2015 | | | | | | | | | | | | | |
| Fecha | 19-May-15 | | | | | | | | | | | | | |
| Audit Federal | RGU-015-070 | | | | | | | | | | | | | |
| | | | | | | 5. SERVILLETAS DISPENSER MARCA: EXPRESS | CAJA: 12/350 | | 2 | $18.99 | $37.98 | | | |
| | | | | | | 6. LYSOL EN SPRAY MARCA: LYSOL | CAJA: 3/19 | | 2 | $16.00 | $32.00 | | | |
| | | | | | | 7. FRAGANCIA MARCA: FABULOSO | CAJA: 12/28 | | 5 | $14.99 | $74.95 | | | |
| | | | | | | 8. LIQUIDO MATA HORMIGAS Y CUCARACHAS MARCA: BLACK RAIDER AEROSOL | CAJA: 12/8 | | 1 | $17.50 | $17.50 | | | |
| | | | | | | 9. LIQUIDO MATA MOSQUITOS MARCA: BLACK RAIDER AEROSOL | CAJA: 12/8 | | 1 | $17.50 | $17.50 | | | |

Total o Subtotal  $179.93

9/17/21 at 16:38:18.04                                                                                          Page: 1a

## TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 020880; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-3 | 31-6 | 61-90 | Over 90 days | Amount D |
|---|---|---|---|---|---|---|
| 020880<br>DEPT. DE LA FAMILIA H<br>MIGUEL A SUAREZ VELE<br>1 787 285-0030 | 13-154204 | | | | 73.38 | 73.38 |
| **020880**<br>**DEPT. DE LA FAMILIA H** | | | | | **73.38** | **73.38** |
| **Report Total** | | | | | **73.38** | **73.38** |

9/17/21 at 16:38:18.09

# TORCOS INC.
## Aged Receivables
## As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 020880; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

**P.O. No**

DF-SI-14-123-96-13 B



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787 276-1254 737-009-0833

# Invoice

Invoice Number:
13-154204

Invoice Date:
30 Sep 2013

Page:
1

**Sold To:**
DEPT. DE LA FAMILIA HUMACAO
APARTADO 9098
HUMACAO, PR  00791

**Ship to:**
DEPT DE LA FAMILIA
ESCUEA PARA LA CONVIVENCIA
CRIANZA CALLE GEORGETTI
ESQ DR VIDAL
HUMACAO

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020880 | DF-SI-14-123-96-13 B | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 30/10/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | CHEPB-HS4G | ZOOM HAND SOAP 4 GAL | 14.40 | 14.40 |
| 1.00 | PAP 6-4000-1P | TOILET TISSUE 6-4000 1PLY | 24.99 | 24.99 |
| 1.00 | FP-TO-242406K-500 | BOLSAS PLASTICAS 242406 500CS | 6.99 | 6.99 |
| 1.00 | FER-000435 | HAND SANITIZER 12/8 | 27.00 | 27.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 73.38 |
| Sales Tax | |
| Total Invoice Amount | 73.38 |
| Payment/Credit Applied | |
| **TOTAL** | 73.38 |

# Invoice

Invoice Number:
13-154204

Invoice Date:
30 Sep 2013

Page:
1

787 276-1254, 3400, 3833

**Sold To:**
DEPT. DE LA FAMILIA HUMACAO
APARTADO 9098
HUMACAO, PR  00791

**Ship to:**
DEPT DE LA FAMILIA
ESCUEA PARA LA CONVIVENCIA
CRIANZA CALLE GEORGETTI
ESQ DR VIDAL
HUMACAO

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020880 | DF-SI-14-123-96-13 B | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 30/10/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | CHEPB-HS4G | ZOOM HAND SOAP 4 GAL | 14.40 | 14.40 |
| 1.00 | PAP 6-4000-1P | TOILET TISSUE 6-4000 1PLY | 24.99 | 24.99 |
| 1.00 | FP-TO-242406K-500 | BOLSAS PLASTICAS 242406 500CS | 6.99 | 6.99 |
| 1.00 | ER-000435 | HAND SANITIZER 12/8 | 27.00 | 27.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 73.38 |
| Sales Tax | |
| Total Invoice Amount | 73.38 |
| Payment/Credit Applied | |
| **TOTAL** | 73.38 |

# Invoice

Invoice Number:
13-154204

Invoice Date:
30 Sep 2013

Page:
1

787 276-1254, 3400, 3833

**Sold To:**
DEPT. DE LA FAMILIA HUMACAO
APARTADO 9098
HUMACAO, PR  00791

**Ship to:**
DEPT DE LA FAMILIA
ESCUEA PARA LA CONVIVENCIA
CRIANZA CALLE GEORGETTI
ESQ DR VIDAL
HUMACAO

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020880 | DF-SI-14-123-96-13 B | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| DTD 787 923-1979 | GT | | 30/10/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | CHEPB-HS4G | ZOOM HAND SOAP 4 GAL | 14.40 | 14.40 |
| 1.00 | PAP 6-4000-1P | TOILET TISSUE 6-4000 1PLY | 24.99 | 24.99 |
| 1.00 | FP-TO-242406K-500 | BOLSAS PLASTICAS 242406 500CS | 6.99 | 6.99 |
| 1.00 | FER-000435 | HAND SANITIZER 12/8 | 27.00 | 27.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | | |
|---|---|---|
| Subtotal | | 73.38 |
| Sales Tax | | |
| Total Invoice Amount | | 73.38 |
| Payment/Credit Applied | | |
| **TOTAL** | | 73.38 |

**TORCOS INC.**
P.O.BOX 29708
SAN JUAN, PR 00929

Voice:   787 276 1255, 1254
Fax:     787 276 3403

# Sales Order

Sales Order Number:
154204

Sales Order Date:
Oct 1, 2013

Ship By:
Oct 1, 2013

Page:
1

Sold To:
DEPT. DE LA FAMILIA HUMACAO
APARTADO 9098
HUMACAO, PR  00791

Ship To:
DEPT DE LA FAMILIA
ESCUELA PARA LA CONVIVENCIA
CRIANZA CALLE GEORGETTI
ESQ DR VIDAL
HUMACAO

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020880 | DF-SI-14-123-96-13 B | DAMARIS TORRES |
| Customer Contact | Customer Service Name | Payment Terms |
| ROSA CARMONA | DTO | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | CHEER-HS4G | SCOM HAND SOAP 4 GAL | 14.40 | 14.40 |
| 1.00 | BAR 6-4000-1P | TOILET TISSUE 6-4000 1PLY | 24.99 | 24.99 |
| 1.00 | FF-TO-242406K-S | BOLSAS PLASTICAS 242406 500CS | 6.99 | 6.99 |
| 1.00 | FER-000435 | HAND SANITIZER 12/8 | 27.00 | 27.00 |

SIGNATURE
PRINT NAME   Enrique Delgado
PIECES _____ B/O

DATE  3-oct 13
HOUR  5:11PM

Subtotal                73.38
Sales Tax
TOTAL ORDER AMOUNT      73.38

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.



**ESTADO LIBRE ASOCIADO DE**
# PUERTO RICO
Departamento de la Familia

## *Mensaje Via FAX*

| | |
|---|---|
| A: | *Torcos Inc.* |
| Atención: | |
| Número de Fax: | *787-276-3403* |
| De: | *Lilia Karola Figueroa Santiago* |
| | *Encargada Compras Región Humacao* |
| Asunto: | *Obligación y Orden de Compra* |
| | *DF-SI-14-123-96-13 B* |
| Fecha: | *25 de septiembre de 2013* |
| Total Páginas Enviadas: | *3* |
| Nombre del que transmite: | *Lilia Karola Figueroa Santiago* |
| Nota: | |

*De no recibir el mensaje completo o legible, favor comunicarse al 787-852-6464 ext. 296*

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE LA FAMILIA
Agencia

Calle Georgetti Esquina Dr. Vidal Humacao PR 007792
Dirección

**OBLIGACION Y ORDEN DE COMPRA**

Fecha de Entrega: Lo antes posible

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

Receptor: Miguel Cuadrado 787-285-2770

Agencia: Departamento de la Familia (Escuela para la Convivencia y Crianza)
Dirección: Calle Georgetti Esq. Dr. Vidal Humacao PR

Agencia: DEPARTAMENTO
Dirección: OFICINA REGIONAL
APARTADO 9098
HUMACAO PR 007
Término de Embarque:

Método de Envío: ☐ Fax  ☐ Teléfono  ☐ Correo

| | | | | | | | | | | | | Precio Unidad | Total o Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4014 | 272 | 1230000 | 0000 | 10F | 2012 | G-1201F76FPSS-A Jabón Líquido Perfumado propio para las manos en envase de un galón Caja de 4 galones Marca: Zoom | | | | | F-09-006 | 1 | $14.40 | $14.4 |
| | | | | | | Modelo: Pink Lotion   Proc: PR | | | | | F-09-006 | 1 | $24.99 | $24.5 |
| | | | | | | Papel Sanitario color blanco "Jumbo" de 13" 100% reciclado Caja de 6/4000 Marca: Atlas Modelo: ADM 062     Proc. USA | | | | | | | | |

Total o Subtotal $39.3

**Para uso de la Agencia o ASG**

Certifico que existen los fondos para el pago de la Orden de Compra

Carmen L. Rodríguez
Nombre

_____  84
Firma          Teléfono

Carmen L. Rodríguez
Fecha

**Para uso del Departamento de Hacienda o ASG**

_____
Firma

_____
Fecha

_____
Título

_____
Teléfon

---

Opciones de Procesamiento de Despacho

123   DF-S/-14-123-36-13 B   23-Sep-13

Nombre del Suplidor: Toscos Inc.
Dirección:
PO Box 29708
San Juan PR 00929

Teléfono: (787) 276-1255

Importe Total: $73.38

Solicito el despacho de los artículos o servicios indicados y certifico que esta orden ha sido emitida de acuerdo con las leyes y reglamentos aplicables.

José Díaz Casiano
Delegado Comprador u Oficial Cert.

_____
Fecha

_____
Teléfono

Certifico que existen los fondos para el pago indicados y Aprobado por.

tino final:

Original: Suplidor o ASG
1ra Copia: ACC
2da Copia: Agencia
3ra Copia: ACC-Inf. Rec. e Insp.
4ta Copia: Agenda-Inf. Rec. e Insp.
5a Copia: ASG-Inf. Rec. e Insp.
PRIFAS

Conservación: Seis años o una intervención del Contralor, lo que ocurra pri

1 JUL 99

**GOBIERNO DE PUERTO RICO**

**DEPARTAMENTO DE LA FAMILIA**

Agencia

Calle Georgetti Esquina Dr. Vidal Humacao PR 007792

Dirección

**OBLIGACION Y ORDEN DE COMPRA**

Original: Supsidor o ASG
1ra Copia: ACC
2da Copia: Agencia
3ra Copia: ACC-Inf. Rec. e Insp.
4ta Copia: Agencia/Inf. Rec. e Insp.
5a. Copia: ASG Inf. Rec. e Insp.

PARFAS

| | | | | | | | Descripción | | Número de Unidades | Precio Unitario |
|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 4014 | 272 | 1230000 | 0000 | 10F | 2012 | C-120/PRFPSS-A | Bolsas Plásticas para la basura de 7-10 galones Para uso en área de oficina Tamaño 15" x 9" x 24" Caja de 500 bolsas (6 micrones) Marca: Fortune Modelo: 232406-500 Proc. USA | F-09-006 | 1 | $6.99 |
| | | | DF-SI-14-123-96-13 B | | 23-septiembre-2013 | | | Jabón Antibacterial para lavado en seco "Hand Sanitizer" envase de 8oz. Caja de 12 Marca: Husky Modelo: 515-8 Proc. PR | F-09-006 | 1 | $27.00 |

Total o Subtotal $3...

9/20/21 at 09:58:47.59

Page: 1

# TORCOS INC.
## Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 021030; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| 021030<br>AUTORIDAD ACUEDUCT | 14-162895 | | | | 50.58 | 50.58 |
| 787-620-2277 XT 2239 | | | | | | |
| **021030**<br>**AUTORIDAD ACUEDUCT** | | | | | **50.58** | **50.58** |
| **Report Total** | | | | | **50.58** | **50.58** |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES
P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
14-162895

Invoice Date:
11 Jul 2014
Page:
1

SOLD TO: AUTORIDAD ACUEDUCTOS Y
ALCANTARILLADOS
P O BOX   7066
SAN JUAN, PR  00916-7066

SHIP TO: A.A.A.
AVE. BARBOSA 604
HATO REY
787-620-2277

| Customer Id | Customer P.O. | Payment Terms |
|---|---|---|
| 021030 | 612015109 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | NT | 10/8/14 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 3.00 | FRS EBC72 | ECO FRESH CLIP DZ. | 20.64 | 61.92 |

Bajo pena de nulidad absoluta certifico que el
importe de esta factura es justo y correcto. Los
productos han sido entregados y no han sido
pagados. _____ Fecha_____

**TOTAL ORDER**   **61.92**

# Invoice

Invoice Number:
14-162895

Invoice Date:
11 Jul 2014

Page:
1

787 276-1254, 3400, 3833

Sold To:
AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS
DPTO. FINANZAS SEDE CENTRAL
P.O.  BOX  7066
SAN JUAN, PR  00916-7066

Ship to:
A.A.A. (SERVICIOS GENERALES)
AVE. BARBOSA 604
CERCA VIVIENDA EDIF. CENTRAL
HATO REY
620-2277

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 021030 | 612015109 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | GT | | 10/8/14 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | FRS EBC72 | ECO FRESH BOWL CLIP DZ | 20.64 | 247.68 |

Paid
CK 264669
5/11/17
$197.10

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____ .

| | |
|---|---|
| Subtotal | 247.68 |
| Sales Tax | |
| Total Invoice Amount | 247.68 |
| Payment/Credit Applied | |
| **TOTAL** | 247.68 |

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR 00929

# Sales Order

Sales Order Number:
162895

Sales Order Date:
May 15, 2014

Ship By:
May 15, 2014

Page:
1

Voice:   787 276 1255, 1254
Fax.     787 276 3403

Sold To:
AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS
DPTO. FINANZAS SEDE CENTRAL
P.O.  BOX  7066
SAN JUAN, PR  00916-7066

Ship To:
A.A.A.  (SERVICIOS GENERALES)
AVE.  BARBOSA 604
CERCA VIVIENDA EDIF. CENTRAL
HATO REY
620-2277

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 031030 | 612018109 | DAMARIS TORRES |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| EMILIO DAVILA | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00  FRS EBC72 | ECO FRESH BOWL CLIP DG | | 20.64 | 247.68 |

3-B/O   se entregaron 9

SIGNATURE _____   DATE 6/11/14

PRINT NAME _Erynilda Maldonado_   HOUR _llsys_

PIECES _____   B/O _____

Subtotal            247.68

Sales Tax

TOTAL ORDER AMOUNT   247.68

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR 00929

**Sales Order**

Sales Order Number:
182895-B

Sales Order Date:
Aug 13, 2014

Ship By:
Aug 13, 2014

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 9403

Sold To:
AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS
DPTO. FINANZAS SEDE CENTRAL
P.O. BOX 7066
SAN JUAN, PR 00916-7066

Ship To:
A.A.A. (SERVICIOS GENERALES)
AVE. BARBOSA 604
CERCA VIVIENDA EDIF. CENTRAL
HATO REY
620-2277

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 031090 | 512015109 | DAMARIS TORRES |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| EMILIO DAVILA | MP | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | ECO FRESH CLIF  CINNAMON APPLE  DZ | | | |

SIGNATURE
PRINT NAME  Jerry Adorno
PIECES          B/O

DATE  10/10/2014
HOUR  10-10-14  1:56

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

| | | | | | | NÚMERO DE PEDIDO DE COMPRA : | 512015109 |
| CAMBIO DE PEDIDO DE COMPRA : | 6 |
| FECHA DE PEDIDO DE COMPRA : | 05/12/2014 |
| MONEDA : | USD |

# PEDIDO DE COMPRA
Departamento de Compras SEDE CENTRAL
P.O. BOX 7066
San Juan P.R 00916-7066

**DATOS PROVEEDOR**                                                  Pág 2 de    2

| PROVEEDOR | TORCOS, INC. | N°PROVEEDOR | 101822 |
| DIRECCIÓN | PO BOX 29708 | N° COTIZACIÓN | 120034517 |
| | | FECHA COTIZACIÓN | 05/12/2014 |
| | SAN JUAN PR 00929 | N° CONTRATO MARCO | |
| DIRECCIÓN POSTAL | | PERSONA DE CONTACTO | Torcos Inc |
| FAX | 787-276-3403 | TELEFONO | 787-276-1255 |

**CONDICIONES**

| ENVIO DE FACTURA | Dept.de Finanzas - Sede Central | SEGUROS | Incluidos |
| | PO Box 7066 | IMPUESTOS | No Aplican |
| | San Juan P.R 00916-7066 | GRUPO DE COMPRA | Central Comp.Centr |
| CONDICIONES PAGO | 45 días contra pres. factura y recep | CONDICIONES ENTREGA | FOB DESTINATION ON SITE |

| Item | Código | Descripción | Cantidad | U/M | Precio Unit. | Precio Total |
|---|---|---|---|---|---|---|
| 10 | 900047 | Eco Fresh Bowl Clips Fragancia: Spice Apple Para entregar 12 cajas de 12  Tiempo de entrega = 2 a 4 Semanas Marca =  Eco Fresh Modelo = EBC72 Garantía = N/A<br>**Solicitud de Pedido:** 1215322<br>**Fecha de Entrega:** 06/12/2014    **R.C:** 01-049354<br>**Solicitante:** R. Mulero<br>**Lugar de Entrega:**  AAA Sede<br>**Dirección Entrega:**  , San Juan | 12 | EA | 20.64 | 247.68 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de  la Autoridad de Acueductos y Alcantarillados es parte o tiene algún  interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficio  del producto del contrato objeto de esta factura, ha mediado una dispensa previa. La única consideración para suministrar los bienes ó servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados o los servicios prestados y no han sido pagados.

**COMENTARIOS:**                                    **TOTAL**     | USD | 247.68 |

Certificamos que hemos recibido e inspeccionado los artículos indicados en la columna de cantidad y ellos cumplen con las especificaciones de esta orden.

MALVIN TORRES GOMEZ

EFRAIN ACOSTA REBOYRAS
Director Finanzas

Conforme de Entrega          Fecha Conforme Entrega

9/20/21 at 10:03:20.55

# TORCOS INC.
## Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 000073; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31- | 61- | Over 90 days | Amount Due | P.O. No |
|---|---|---|---|---|---|---|---|
| 000073 | 08-103395 | | | | 313.14 | 313.14 | 2008-008 |
| REGION EDUCATIVA SA | 08-104079 | | | | 72.45 | 72.45 | 08-111-4101 |
| | 08-111007 | | | | 214.40 | 214.40 | 00081-0000030014 |
| 777-8100 X 236 | 09-119544 | | | | 928.84 | 928.84 | 00081-0000076137 |
| | 09-119802 | | | | 443.75 | 443.75 | 00081-0000077050 |
| | 10-123938 | | | | 35.34 | 35.34 | 00081-0000112354 |
| | 10-126231 | | | | 45.08 | 45.08 | 00081-0000127446 |
| | 11-129635 | | | | 132.00 | 132.00 | 69039-11-004 |
| | 12-144803 | | | | 200.22 | 200.22 | 00081-0000207041 |
| | 13-145842 | | | | 117.99 | 117.99 | 00081-0000250280 |
| | 15-170028 | | | | 927.56 | 927.56 | 00081-0000466085 |
| | 16-173540 | | | | 1,253.40 | 1,253.40 | 00081-0000525932 |
| | 16-173812 | | | | 505.50 | 505.50 | 00081-0000522037 |
| | 17-177088 | | | | 52.50 | 52.50 | 00081-0000577989 |
| | 18-180597 | | | | 57.25 | 57.25 | 00081-0000623329 |
| **000073**<br>**REGION EDUCATIVA SA** | | | | | **5,299.42** | **5,299.42** | |
| **Report Total** | | | | | **5,299.42** | **5,299.42** | |

# TORCOS,INC.

**CHEMICAL & JANITORIAL SUPPLIES**

P.O. Box 29706, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX 787-276-3403

**Invoice**

Invoice Number:
18-180597

Invoice Date:
13 Apr 2018

Page:
1

Sold To:
REGION EDUCATIVA SAN JUAN
AVE. TENIENTE CESAR GONZALEZ
CALLE CALAF
HATO REY 00919

Ship to:
RAFAEL CORDERO   722-6643
CALLE AURORA EQ. HOARE
PDA. 15
SAN JUAN

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 000073 | 00081-0000623329 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | OUR REPRESENTATIVE | | 13/5/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.00 | 45.00 |
| 5.00 | MOP-UB010 | MAPO STAR  # 10 ROSCA | 2.45 | 12.25 |

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE LEY SIN SIN ES PARTE O
TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA FACTURA Y
SER PARTE OTENER INTERES EN LAS GANANCIASO BENEFICIOSPRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA
PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENESO SERVICIOS OBJETO DEL COTRATO HA SIDO EL PAGO
ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.
LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO  HAN SIDO PAGADOS
FECHA _____    FIRMA _____

| | |
|---|---|
| Subtotal | 57.25 |
| Sales Tax | |
| Total Invoice Amount | 57.25 |
| Payment/Credit Applied | |
| **TOTAL** | 57.25 |

# Sales Order

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

**Sales Order Number:**
180597

**Sales Order Date:**
Apr 9, 2018

**Ship By:**
Apr 9, 2018

**Page:**
1

Voice: 787 276 1255, 1254
Fax: 787 276 3403

**Sold To:**
REGION EDUCATIVA SAN JUAN
AVE. TENIENTE CESAR GONZALEZ
CALLE CALAF
HATO REY 00919

**Ship To:**
RAFAEL CORDERO 722-6643
CALLE AURORA EQ. HOARE
PDA. 15
SAN JUAN

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 0091-0000623329 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.00 | 45.00 |
| 5.00 | MOP-UB010 | MAPO STAR # 10 ROSCA | 2.45 | 12.25 |

SIGNATURE

PRINT NAME  Jose Julia

PIECES _____ B/O

DATE  4/12/18

HOUR  12:00 C

| | |
|---|---|
| Subtotal | 57.25 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 57.25 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

4/12/18

000073

SC-744

# Purchase Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000623329 | 03/19/2018 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |

| Buyer | Phone | | Currency |
|---|---|---|---|
| EVELYN, MIRANDA VEGA | | | USD |

**Vendor:**  660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   RAFAEL CORDERO   787-722-6643
61762
CALLE AURORA ESQ HOARE PDA 15
SAN JUAN PR 00908
Puerto Rico

**Bill To:**   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N       Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 5.00 GAL | 9.00 | 45.00 | 03/19/2018 |
| | | | Schedule Total | | 45.00 | |
| | | | Item Total  000000000000001564 | | 45.00 | |
| 2- 1 | MAPOS | | 5.00 UNO | 2.45 | 12.25 | 03/19/2018 |
| | | | Schedule Total | | 12.25 | |
| | mapos derosca extra fuerte similar a mapos unicos de 10oz | | | | | |
| | | | Item Total  000000000000000210 | | 12.25 | |
| | | | Total PO Amount | | 57.25 | |

**Authorized Signature**
EVELYN, MIRANDA VEGA 2018-03-27 06:23:32



# Invoice

**Invoice Number:**
17-177088

**Invoice Date:**
21 Jun 2017

**Page:**
1

## TORCOS, INC.
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
787-276-1254, 3400, 3833
FAX: 787-276-3403

**Sold To:**
REGION EDUCATIVA SAN JUAN
AVE. TENIENTE CESAR GONZALEZ
CALLE CALAF
HATO REY 00919

**Ship to:**
OFIC DEL SUPERINTENDENTE DE VEGA ALTA
SRA. NANCY HERNANDEZ 883-3790
VEGA ALTA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000577989 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | NT | | 21/7/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-F505084 | FABULOSO 12/28 OZ. | 16.50 | 16.50 |
| 2.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 18.00 | 36.00 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 52.50 |
| Sales Tax | |
| Total Invoice Amount | 52.50 |
| Payment/Credit Applied | |
| **TOTAL** | 52.50 |

TORCOS.INC.
P.O.BOX 29708
SAN JUAN, PR  00929

# RECOGER

**Sales Order**

Sales Order Number:
177088

Sales Order Date:
Apr 12, 2017

Ship By:
Apr 12, 2017

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
REGION EDUCATIVA SAN JUAN
AVE. TENIENTE CESAR GONZALEZ
CALLE CALAF
HATO REY 00919

**Ship To:**
OFIC DEL SUPERINTENDENTE DE VEGA ALTA
SRA. NANCY HERNANDEZ 883-3790
VEGA ALTA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000577989 | |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| | SDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | INS-F505084 | FABULOSO 12/28 OZ. | 16.50 | 165.00 |
| 12.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 18.00 | 216.00 |

Se recogieron   9   Fabuloso
                10  Toilet Tissue

SIGNATURE _Americo Davila_  DATE _6/8/17_
PRINT NAME _Americo Davila_  HOUR _11:00_
PIECES _____  B/O _____

| | |
|---|---|
| Subtotal | 381.00 |
| Sales Tax | |
| **TOTAL ORDER AMOUNT** | 381.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK.  TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE.  DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR.  ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJERO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA.  LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL COTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO.  LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO  HAN SIDO PAGADOS.  FECHA _____  FIRMA_____

6/8/17

SC-744

# Purchase Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via E-Mail**

| Purchase Order 00081-0000577989 | Date 04/05/2017 | Revision | Page 1 |
|---|---|---|---|
| Payment Terms Net 2 | Freight Terms Destination | | Ship Via US Mail |
| Buyer MFR Mayra Rosado Per | | Phone | Currency USD |

Vendor: 660477431
TORCOS CHEMICAL & JANITORIAL SUPPLIE INC
PO BOX 29708
SAN JUAN PR 00929

Ship To: DEPTO Educación OF Central  787/759-2000
DOEPR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

*683 3990*

Bill To: P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N    Tax Exempt ID:                                  Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | LIMPIADOR MULTIUSOS | | 10.00CAJ | 16.50 | 165.00 | 05/06/2017 |
| | | | Schedule Total | | 165.00 | |
| | Fabuloso Variedad | | | | | |
| | | | Item Total 00000000000000205 | | 165.00 | |
| 2- 1 | PAPEL SANITARIO COLOR BLANCO S.F (OC) 2010-008 ("TWO PLAY") INDUSTRIAL DOMESTICO. 1,000 POR ROLLO. RESISTENTE CAJA DE 12. | | 12.00CAJ | 18.00 | 216.00 | 04/06/2017 |
| | | | Schedule Total | | 216.00 | |
| | Caja de 12 Rollos Industrial | | | | | |
| | | | Item Total 00000000000000572 | | 216.00 | |

Esta compra es para la Oficina del Superintendente de Escuelas de Vega Alta persona contacto Sra.
Nancy Hernandez Salva Ayudante Especial Distrito De Vega Alta. Tel. 883-3790

COMPRADORA
MAYRA ROSADO PEREZ
787-878-0558 EXT. 4556
787-878-4870 FAX
rosadopm@de.pr.gov

REQ 373954
RFQ 140039

Total PO Amount    381.00

**Authorized Signature**
MFR  Mayra Rosado Perez 2017-04-10 08:01:45

TORCOS INC
P.O. BOX 29708
SAN JUAN, PR  00929

**Sales Order**

Sales Order Number:
187088

Sales Order Date:
Apr 12, 2017

Ship By:
Apr 12, 2017

Page:
1

Voice:  787 276 1255, 1254
Fax:    787 296 0400

Sold To:
REGION EDUCATIVA SAN JUAN
AVE. TENIENTE CESAR GONZALEZ
CALLE CALAF
HATO REY 00919

Ship To:
OFIC. DEL SUPERINTENDENTE DE VEGA ALTA
SRA. NANCY HERNANDEZ 863-1720
VEGA ALTA

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000373 | 00061-000057791 8 | |
| Customer Contact | Customer Service Name | Payment Terms |
| | 800 | Net 60 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 18.00 | ENS-F000081 | FABULOSO 12/20 OZ. | 6.50 | 163.00 |
| 12.00 | FAF 12-500-20 | TOILET TISSUE 12 ROLLS 2PLY | 18.00 | 216.00 |

SIGNATURE  _Fidi A. Concepcion_        DATE: 11-mayo-017
PRINT NAME: Fidi A. Concepcion         HOUR: 9:00
PIECES                    BY

Subtotal          381.00
Sales Tax
TOTAL ORDER AMOUNT      381.00

11 5/17



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE

| | |
|---|---|
| Invoice Number: | 16-173812 |
| Invoice Date: | Aug 9, 2016 |
| Page: | 1 |
| *Duplicate* | |

| Bill To: | Ship to: |
|---|---|
| REGION EDUCATIVA SAN JUAN<br>EDIF BARRERA<br>602 AVE BARBOSA PISO 3<br>HATO REY 00917 | BERWIN SUPERIOR 752-9720<br>URB COUNTRY CLUB CALLE VINYATE<br>FINAL<br>SAN JUAN |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000522037 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | WM | | 9/8/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 10.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 100.00 |
| 10.00 | BAGS243308K | BAGS 13 GALS. 8 MICRONS BLACK 1000/CS. | 21.00 | 210.00 |
| 2.00 | CS238 | D & D DISINFECTANT SPRAY 15.5 OZ | 29.00 | 58.00 |
| 3.00 | INS-M44600 | MISTOLIN 128 ONZAS GALON | 8.50 | 25.50 |
| 4.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. | 10.00 | 40.00 |
| 3.00 | INS535503 | PROTEX 2/64 ONZAS GALON (128OZ) | 9.00 | 27.00 |
| 5.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 9.00 | 45.00 |

| | |
|---|---|
| Subtotal | 505.50 |
| Sales Tax | |
| Total Invoice Amount | 505.50 |
| Payment/Credit Applied | |
| **TOTAL** | **505.50** |

Bajo Pena de nulidad absoluta certifico que ningun servidor publico de _____es parte o tiene algun interes en las ganancias o beneficios del producto del contrato ha medido una dispensa previa. La unica cosideración para suministrar bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la corporación. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido pagados. Fecha:_____ Firma:

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR   00929*

# Sales Order

**Sales Order Number:**
173812

**Sales Order Date:**
Jul 1, 2016

**Ship By:**
Jul 1, 2016

**Page:**
1

Voice:   787 276 1255, 1254
Fax:      787 276 3403

**Sold To:**
REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 3
HATO REY 00917

**Ship To:**
BERWIN SUPERIOR 752-9720
URB COUNTRY CLUB CALLE VINYATE
FINAL
SAN JUAN

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000522037 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 100.00 |
| 10.00 | BAGS243308K | BAGS 13 GALS. 8 MICRONS BLACK 1000/CS. | 21.00 | 210.00 |
| 2.00 | CS238 | D & D DISINFECTANT  SPRAY 15.5 OZ | 29.00 | 58.00 |
| 3.00 | INS-M44600 | MISTOLIN 128 ONZAS GALON | 8.50 | 25.50 |
| 4.00 | INS-L4359 | LESTOIL ORIGINAL 128 OZ. | 10.00 | 40.00 |
| 3.00 | INS535503 | PROTEX  2/64 ONZAS GALON (128OZ) | 9.00 | 27.00 |
| 5.00 | 987987 | GERM X HAND SANITIZER 67.6 OZ, | 9.00 | 45.00 |

SIGNATURE _____

PRINT NAME   Nelohe Perez

PIECES _____   B/O _____

DATE   8/2/16

HOUR   12:47 pm

Subtotal          505.50

Sales Tax

TOTAL ORDER AMOUNT          505.50

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA A UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO  HAN SIDO PAGADOS.  FECHA _____ FIRMA _____

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR   00929

# Sales Order

Sales Order Number:
173812-B

Sales Order Date:
Aug 4, 2016

Ship By:
Aug 4, 2016

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

Sold To:
REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 3
HATO REY 00917

Ship To:
BERWIN SUPERIOR 752-9120
URB COUNTRY CLUB CALLE VINYAYE
FINAL
SAN JUAN
777-8100

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00061-0000522037 | |
| Customer Contact | Customer Service Name | Payment Terms |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | BAGS243308K   1000CS   21.00 | | | |
| 4.00 | INS-L4359   LESTOIL ORIGINAL 128 OZ   10.00 | | | |

SIGNATURE _____   DATE  8/8/16   Subtotal        0.00
PRINT NAME  Neldie Perez   HOUR _____   Sales Tax
PIECES _____   B/O _____   **TOTAL ORDER AMOUNT**   0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA
LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE
CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS
PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OBTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE
AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA
_____ FIRMA _____

SC-744

# Purchase Order

## Departamento de Educacion PR
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000522037 | 05/10/2016 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 2 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE   Dioselyn Reyes Mar | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:** BERWIND SUPERIOR  787-752-9720
67942
URB COUNTRY CLUB CALLE VINYATER FINAL
SAN JUAN PR 00924
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N     Tax Exempt ID:                          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | DESINFECTANTE | | 10.00 CAJ | 10.00 | 100.00 | 05/11/2016 |
| | | | Schedule Total | | 100.00 | |
| | marca Clorox | | | | | |
| | | | Item Total  00000000000000183 | | 100.00 | |
| 2- 1 | BOLSAS PARA BASURA DE 13 GAL. | | 10.00 CAJ | 21.00 | 210.00 | 05/11/2016 |
| | | | Schedule Total | | 210.00 | |
| | Bolsa de basura de 60 galones para zafacones con apertura de 28" x 28"<br>IMPORTANTE: la apertura debe ser para esos zafacones, pq las otras que enviaron son mas pequeñas | | | | | |
| | | | Item Total  00000000000000982 | | 210.00 | |
| 3- 1 | DESINFECTANTE DE AIRE Y<br>NEUTRALIZADOR DE OLORES  S. F.<br>(OC) 2010-008  CAJA DE 12<br>UNIDADES 15.5 OZ.  FRAGANCIA<br>"FRUITY" | | 2.00 CAJ | 29.00 | 58.00 | 05/11/2016 |
| | | | Schedule Total | | 58.00 | |
| | Marca Glade | | | | | |
| | | | Item Total  00000000000000432 | | 58.00 | |
| 4- 1 | LIMPIADOR MULTIUSOS | | 3.00 CAJ | 8.50 | 25.50 | 06/10/2016 |
| | | | Schedule Total | | 25.50 | |
| | marca mistolín | | | | | |
| | | | Item Total  00000000000000205 | | 25.50 | |
| 5- 1 | LIMPIADOR MULTIUSOS NEUTRAL<br>''SUBASTA SF(OC) 2010-008  PARA<br>AREAS ABIERTAS CAJA 4 GALONES | | 4.00 UNO | 10.00 | 40.00 | 05/11/2016 |
| | | | Schedule Total | | 40.00 | |
| | marca Lestoil | | | | | |
| | | | Item Total  00000000000000555 | | 40.00 | |
| 6- 1 | JABON LIQUIDO DE MANO | | 3.00 CAJ | 9.00 | 27.00 | 05/11/2016 |

**Authorized Signature**
DE   Dioselyn Reyes Martinez 2016-05-31 10:44:21

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000522037 | 05/10/2016 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Dioselyn Reyes Mar | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  BERWIND SUPERIOR   787-752-9720
67942
URB COUNTRY CLUB CALLE VINYATER FINAL
SAN JUAN PR 00924
Puerto Rico

Bill To:   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

**Tax Exempt?**  N     **Tax Exempt ID:**

**Replenishment Option:**  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| | | Schedule Total | | 27.00 | |
| marca Protex | | | | | |
| | | Item Total  00000000000000204 | | 27.00 | |
| 7- 1   JABON LIQUIDO ANTIBACTERIAL S.F. (OC) 2010-008  P/MANOS EN VASE DE UN GALON.  CAJA DE 4 GALONES | | 5.00 CAJ | 9.00 | 45.00 | 06/10/2016 |
| | | Schedule Total | | 45.00 | |
| hand sanitizer | | | | | |
| | | Item Total  000000000000000559 | | 45.00 | |

Escuela Berwind Superior
calle Vinyater Final 425
1era Extensión Country Club
San Juan 00924
Tel. 787-752-9720
      787-505-2075 (Sra. Ramos)
Horario: 6:30am - 4:00pm

Dioselyn Reyes Martínez
Compradora
Unidad de Finanzas
Región Educativa de San Juan
 reyesmd@de.gobierno.pr
 787-777-8100  Ext. 5530
FAX 787-760-3735
  787–726-1676
787-762-2475



**Total PO Amount**                                505.50

| Authorized Signature |
|---|
| DE   Dioselyn Reyes Martínez 2016-05-31 10:44:21 |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE

| | |
|---|---|
| Invoice Number: | 16-173540 |
| Invoice Date: | Jun 27, 2016 |
| Page: | 1 |

*Duplicate*

**Bill To:**

REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 3
HATO REY 00917

**Ship to:**

DR CESAREO ROSA NIEVES
C/ ANA OTERO URB VILLA PRADES
SAN JUAN

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000525932 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | WM | | 7/27/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 30.00 | FER-000435 | HAND SANITIZER 12/8 LUCKY | 16.50 | 495.00 |
| 20.00 | INS-CL00136 | CLOROX WIPES DESINFECTANTE 4 POR CASE 78 TOALLITAS | 16.50 | 330.00 |
| 10.00 | DOP-BRFI-03-009 | INSECTICIDA MOSQUITOS ORIGINAL 12/9 OZ | 18.00 | 180.00 |
| 1.00 | RUB6112-77Y | FLOOR SIGN CAUTION WET FLOOR | 9.80 | 9.80 |
| 4.00 | FER-RASTRILLO METAL | RASTRILLO DE METAL 18" | 5.00 | 20.00 |
| 2.00 | PAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 18.00 | 36.00 |
| 3.00 | FER-2228 | PISTERO METAL | 5.00 | 15.00 |
| 1.00 | DOP-SMC03128 | ALL PURPOSE CHERRY CLEANER CAJA 4 GAL, | 14.50 | 14.50 |
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 3.99 | 3.99 |
| 1.00 | BAGS243308K | BAGS 13 GALS. 8 MICRONS BLACK 1000/CS. | 21.90 | 21.90 |
| 1.00 | JAN-2014 | BULK FILL SOAP DISPENSER GRAY/WHITE FOR GALONS (NO TIENE GARANTIA) | 13.98 | 13.98 |
| 12.00 | PS-00015 | ESCOBA ALPHA | 1.69 | 20.28 |
| 1.00 | FER-920110 | MASCARILLAS (DUST MASKS)50 PIECES PER CASE | 5.00 | 5.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |

Bajo Pena de nulidad absoluta certifico que ningun servidor publico de _____es parte o tiene algun interes en las ganancias o beneficios del producto del contrato ha medido una dispensa previa. La unica cosideración para suministrar bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la corporación. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido pagados. Fecha:_____ Firma:_____



# TORCOS,INC.
### CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE

| Invoice Number: | 16-173540 |
|---|---|
| Invoice Date: | Jun 27, 2016 |
| Page: | 2 |

*Duplicate*

| Bill To: |
|---|
| REGION EDUCATIVA SAN JUAN<br>EDIF BARRERA<br>602 AVE BARBOSA PISO 3<br>HATO REY 00917 |

| Ship to: |
|---|
| DR CESAREO ROSA NIEVES<br>C/ ANA OTERO URB VILLA PRADES<br>SAN JUAN |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000525932 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | WM | | 7/27/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | UD000106 | STAINLESS STEEL POR PAQUETE | 8.00 | 8.00 |
| 12.00 | INS-UB-010 | MAPO STAR ALGODON # 10 | 2.50 | 30.00 |
| 12.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 5.00 | UD100151 | CUBO CASERO EXPRIMIDOR | 3.99 | 19.95 |
| 3.00 | INS-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 30.00 |

| | |
|---|---|
| Subtotal | 1,253.40 |
| Sales Tax | |
| Total Invoice Amount | 1,253.40 |
| Payment/Credit Applied | |
| **TOTAL** | **1,253.40** |

Bajo Pena de nulidad absoluta certifico que ningun servidor publico de _____ es parte o tiene algun interes en las ganancias o
beneficios del producto del contrato ha medido una dispensa previa. La unica cosideración para suministrar bienes o servicios objeto del contrato
ha sido el pago acordado con el representante autorizado de la corporación. El importe de esta factura es justo y correcto. Los trabajos de
construcción han sido realizados, los productos han sido pagados. Fecha:_____ Firma:_____

# Sales Order

TO:
P.O.B     9708
SAN JUAN, PR  00929

Voice:   787 276 1255, 1254
Fax:       787 276 3403

**Sales Order Number:**
173540

**Sales Order Date:**
Jun 10, 2016

**Ship By:**
Jun 10, 2016

**Page:**
1

**Sold To:**
REGION EDUCATIVA SAN JUAN
EDIF BARBOSA
602 AVE BARBOSA PISO 3
HATO REY 00917

**Ship To:**
DR CESAREO ROSA NIEVES
C/ ANA OTERO URB VILLA PRADES
SAN JUAN

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000525932 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 30.00 | FER-000435 | HAND SANITIZER 12/8 LUCKY | 16.50 | 495.00 |
| 20.00 | INS-CLO0136 | CLOROX WIPES DESINFECTANTE 4 POR CASE 78 TOALLITAS | 16.50 | 330.00 |
| 10.00 | DOF-ERFI-03-009 | INSECTICIDA MOSQUITOS ORIGINAL 12/9 OZ | 18.00 | 180.00 |
| 1.00 | RUB6112-77Y | FLOOR SIGN CAUTION WET FLOOR | 9.80 | 9.80 |
| 4.00 | FER-RASTRILLO | RASTRILLO DE METAL 18" | 5.00 | 20.00 |
| 2.00 | EAP 12-800-2P | TOILET TISSUE 12 ROLLS 2PLY | 18.00 | 36.00 |
| 3.00 | FER-2228 | ZISTERO METAL | 5.00 | 15.00 |
| 1.00 | DOF-SMC03128 | ALL PURPOSE CHERRY CLEANER CAJA 4 GAL, | 14.50 | 14.50 |
| 1.00 | RCGL-VINYL-L | SOFT TOUCH GLOVES VINYL POWDER FREE LARGE 100/CS. | 3.99 | 3.99 |
| 1.00 | BAGS24930BK | BAGS 13 GALS. 8 MICRONS BLACK 1000/CS. | 21.90 | 21.90 |
| 1.00 | JAN-2014 | BULK FILL SOAP DISPENSER GRAY/WHITE FOR GALONS (NO TIENE GARANTIA) | 13.98 | 13.98 |
| 12.00 | ES-00015 | ESCOBA ALPHA | 1.69 | 20.28 |
| 1.00 | FER-920110 | MASCARILLAS (DUST MASKS)50 PIECES PER CASE | 5.00 | 5.00 |
| 1.00 | UD000106 | STAINLESS STEEL POR PAQUETE | 8.00 | 8.00 |

SIGNATURE _____     DATE 6/16/16
PRINT NAME Waldemar Rivera     HOUR 0708
PIECES _____ B/O _____

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| **TOTAL ORDER AMOUNT** | Continued |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

*TORCOS INC.*
*P.O. BOX 29708*
*SAN JUAN, PR  00929*

# Sales Order

Sales Order Number:
173540

Sales Order Date:
Jun 10, 2016

Ship By:
Jun 10, 2016

Page:
2

Voice:   787 276 1255, 1254
Fax:      787 276 3403

Sold To:
REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 9
HATO REY 00917

Ship To:
DR CESAREO ROSA NIEVES
C/ ANA OTERO URB VILLA PRADES
SAN JUAN

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000525932 | |
| Customer Contact | Customer Service Name | Payment Terms |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | IN3-UB-010 | MAPO STAR ALGODON # 10 | 2.50 | 30.00 |
| 12.00 | UD100143 | PALO DE ROSCA 4' (48") | | |
| 5.00 | UD100151 | CUBO CASERO EXPRIMIDOR | 3.99 | 19.95 |
| 3.00 | IN3-CL00106 | CLOROX 4 GAL. (BLUE) | 10.00 | 30.00 |

SIGNATURE _____
PRINT NAME  Waldemar River~
PIECES _____   B/O _____

DATE  6/14/14
HOUR  3:35

Subtotal                1,253.40
Sales Tax
TOTAL ORDER AMOUNT      1,253.40

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DE PENA PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

TOR COMINC.
P.O. BOX 29708
SAN JUAN, PR   00929

**Sales Order Number:**
173540-B

**Sales Order Date:**
Jun 17, 2016

**Ship By:**
Jun 17, 2016

**Page:**
1

Voice:   787 276 1255, 1284
Fax:      787 276 3403

Sold To:
REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 2
HATO REY 00917

Ship To:
DR CESAREO ROSA NIEVES
C/ ANA OTERO URB VILLA PRADES
SAN JUAN
777-6100

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000079 | 00061-0000525532 | |

| Customer Contact | Customer Service Name | Payment Terms |
|---|---|---|
| | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | | HAND SANITIZER 12/8  16.50 | | |
| 6.00 | | CLOROX WIPES DESINF 4 PAQ 16.50 | | |
| 9.00 | | INSECTICIDA MOSQUITO 12/8   18.00 | | |
| 1.00 | | GUANTES DE VINYL 100CS  3.99 | | |
| 1.00 | | BAG2243308K 1000CS  21.90 | | |

SIGNATURE _____
PRINT NAME   Waldemar Rivera
PIECES _____   B/O _____

DATE   6/22/16
HOUR   11:24

Subtotal                    0.00
Sales Tax
**TOTAL ORDER AMOUNT**        0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 11.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVIDOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OBTENER INTERES EN LAS GANANCIAS O BENEFICIO DE PRODUCTOS DEL CONTRATO HA MEDIADO UNA DE PREVIA FIRMA. LAA UTICA CONSIDERACION PARA SUSINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

*TORCOS INC.*
*P.O. BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

**Sales Order Number:**
173540-B1

**Sales Order Date:**
Jun 23, 2016

**Ship By:**
Jun 23, 2016

**Page:**
1

Voice: 787 276 1255, 1254
Fax: 787 276 3403

**Sold To:**
REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 3
HATO REY 00917

**Ship To:**
DR CESAREO ROSA NIEVES
C/ ANA OTERO URB VILLA PRADES
SAN JUAN
777-8100

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-000052 5932 | |
| **Customer Contact** | **Customer Service Name** | **Payment Terms** |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | | HAND SANITIZER 12/8 | 16.50 | |

SIGNATURE _____
PRINT NAME Waldemar Rivera
PIECES _____ B/O _____

DATE 6/24/16
HOUR 11:30

| | |
|---|---|
| **Subtotal** | 0.00 |
| **Sales Tax** | |
| **TOTAL ORDER AMOUNT** | 0.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5% DE SALES TAX, ES LA LEY TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

BAJO PENA DE NULIDAD ABSOLUTA VERIFICO QUE NINGUN SERVICOR PUBLICO DE _____ ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE OTENER INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LAA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL COTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION AHN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS, LOS PRODUCTOS HAN SIDO ENTRGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA _____ FIRMA _____

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929



Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000525932 | 05/31/2016 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |

| Buyer | Phone | | Currency |
|---|---|---|---|
| DE   Dioselyn Reyes Mar | | | USD |

**Ship To:** DR CESAREO ROSA NIEVES   787-751-6280
66241
CALLE ANA OTERO URB. VILLA PRADES
SAN JUAN PR 00923
Puerto Rico

**Bill To:** P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | HAND SANITIZER CAJ DE 12 | | 30.00 CAJ | 16.50 | 495.00 | 05/31/2016 |
| | | Schedule Total | | | 495.00 | |
| | | Item Total   00000000000009449 | | | 495.00 | |
| 2- 1 | TOALLAS S.F (OC) 2010-008 DESINFECTANTES DESECHABLES. ELIMINE EL 99.9% DE LOS GERMENES COMUNES SIN NECESIDAD DE AGUA. PAQUETE DE 4. | | 20.00 DOC | 16.50 | 330.00 | 05/31/2016 |
| | | Schedule Total | | | 330.00 | |
| | | Item Total   00000000000001627 | | | 330.00 | |
| 3- 1 | INSECTICIDAS PARA MOSCAS Y MOSQUITOS S.F (OC) 2010-008 UNIDADES DE 9 ONZAS Y EN CAJAS DE 12. | | 10.00 CAJ | 18.00 | 180.00 | 05/31/2016 |
| | | Schedule Total | | | 180.00 | |
| | | Item Total   00000000000000661 | | | 180.00 | |
| 4- 1 | ROTULO QUE INDIQUE "PRECAUCION PISO MOJADO" S. F. (OC) 2010-008 EN ESPAÑOL. COLOR AMARILLO Y QUE ABRA EN DOS LADOS. GARANTIA: 1 AÑO | | 1.00 UNO | 9.80 | 9.80 | 05/31/2016 |
| | | Schedule Total | | | 9.80 | |
| | | Item Total   00000000000002998 | | | 9.80 | |
| 5- 1 | RASTRILLO DE PIEDRA (METAL FUERTE) | | 4.00 UNO | 5.00 | 20.00 | 05/31/2016 |
| | | Schedule Total | | | 20.00 | |
| | | Item Total   00000000000000789 | | | 20.00 | |
| 6- 1 | PAPEL SANITARIO BLANCO CAJA DE 12/1000' | | 2.00 CAJ | 18.00 | 36.00 | 06/30/2016 |
| | | Schedule Total | | | 36.00 | |
| | | Item Total   00000000000000411 | | | 36.00 | |
| 7- 1 | PISTERO DE METAL | | 3.00 UNO | 5.00 | 15.00 | 06/30/2016 |
| | | Schedule Total | | | 15.00 | |
| | | Item Total   00000000000000672 | | | 15.00 | |
| 8- 1 | LIMPIADOR MULTIUSOS | | 1.00 CAJ | 14.50 | 14.50 | 06/30/2016 |

Authorized Signature
DE   Dioselyn Reyes Martínez 2016-05-31 18:38:33

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000525932 | 05/31/2016 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |

| Buyer | | Phone | Currency |
|---|---|---|---|
| DE   Dioselyn Reyes Mar | | | USD |

**Vendor:** 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**  DR CESAREO ROSA NIEVES   787-751-6280
66241
CALLE ANA OTERO URB. VILLA PRADES
SAN JUAN PR 00923
Puerto Rico

**Bill To:**  P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt?  N     Tax Exempt ID:                           Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 14.50 | |
| | LIMPIADOR DESODORANTE LEMON. | | | | | |
| | | | Item Total 000000000000000205 | | 14.50 | |
| 9- 1 | GUANTES DESECHABLES | | 1.00 CAJ | 3.99 | 3.99 | 05/31/2016 |
| | | | Schedule Total | | 3.99 | |
| | TAMAÑO LARGE | | | | | |
| | | | Item Total 000000000000000198 | | 3.99 | |
| 10- 1 | BOLSAS PARA BASURA DE 13 GAL. | | 1.00 CAJ | 21.90 | 21.90 | 05/31/2016 |
| | | | Schedule Total | | 21.90 | |
| | | | Item Total 000000000000000982 | | 21.90 | |
| 11- 1 | DISPENSADOR JABON LIQ.  S.F. (OC) 2010-008 COMPACTO Y DURADERO. TIPO TANQUE.  CAPACIDAD DE  50 OZ APROX. GARANTIA: 1 AÑO | | 1.00 POT | 13.98 | 13.98 | 06/30/2016 |
| | | | Schedule Total | | 13.98 | |
| | | | Item Total 000000000000000422 | | 13.98 | |
| 12- 1 | ESCOBAS CON PALO | | 12.00 UNO | 1.69 | 20.28 | 05/31/2016 |
| | | | Schedule Total | | 20.28 | |
| | | | Item Total 000000000000000191 | | 20.28 | |
| 13- 1 | MASCARILLAS DESECHABLES S.F (OC) 2010-008 PROTECTORAS CONTRA EL POLVO, GASES Y OTROS INHALANTES. DAJA DE 50. | | 1.00 CAJ | 5.00 | 5.00 | 06/30/2016 |
| | | | Schedule Total | | 5.00 | |
| | | | Item Total 000000000000000212 | | 5.00 | |
| 14- 1 | ESPONJAS DE METAL  DOCENA (12) S.F (OC) 2010-008 SIMILAR AL BRILLO. | | 1.00 DOC | 8.00 | 8.00 | 05/31/2016 |
| | | | Schedule Total | | 8.00 | |
| | | | Item Total 000000000000000574 | | 8.00 | |
| 15- 1 | MAPOS | | 12.00 UNO | 2.50 | 30.00 | 05/31/2016 |

Authorized Signature
DE   Dioselyn Reyes Martinez 2016-05-31 18:38:33

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000525932 | 05/31/2016 | | 3 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 2 | Destination | | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| DE   Dioselyn Reyes Mar | | USD |

**Vendor:**  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

**Ship To:**   DR CESAREO ROSA NIEVES   787-751-6280
66241
CALLE ANA OTERO URB. VILLA PRADES
SAN JUAN PR 00923
Puerto Rico

**Bill To:**   P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N      Tax Exempt ID:                                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 30.00 | |
| | | | Item Total 000000000000000210 | | 30.00 | |
| 16- 1 | CUBO PLASTICO CON EXPRIMIDOR DE MAPO | | 5.00 UNO | 3.99 | 19.95 | 06/30/2016 |
| | | | Schedule Total | | 19.95 | |
| | | | Item Total 000000000000000178 | | 19.95 | |
| 17- 1 | BLANQUEADOR LIQUIDO   CAJA DE 4 GALONES | | 3.00 CAJ | 10.00 | 30.00 | 05/31/2016 |
| | | | Schedule Total | | 30.00 | |
| | CLOROX | | | | | |
| | | | Item Total 000000000000000562 | | 30.00 | |

Dioselyn Reyes Martínez
Compradora
Unidad de Finanzas
Región Educativa de San Juan
 reyesmd@de.gobierno.pr
 787-777-8100  Ext. 5530
FAX 787-760-3735
 787–726-1676
787-762-2475

**Total PO Amount**           1,253.40

**Authorized Signature**
DE   Dioselyn Reyes Martínez 2016-05-31 18:38:33



# Invoice

**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

Invoice Number:
15-170028

Invoice Date:
25 Sep 2015

Page:
1

**Sold To:**
REGION EDUCATIVA SAN JUAN
EDIF BARRERA
602 AVE BARBOSA PISO 3
HATO REY 00917

**Ship to:**
INSTITUTO LOAIZA CORDERO 724-0893
CALLE FERIA FINAL (64279)
#1312
SAN JUAN
724-0893

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000466085 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | GT | | 25/10/15 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | INS-CICLONE-6 | CICLONE CLORO 6/128 OZ. | 11.99 | 239.80 |
| 10.00 | SM100302 | MAPO ROSCA HEAVY DUTY ALGODON | 2.50 | 25.00 |
| 10.00 | CHEPB-HS4G | ZOOM HAND SOAP 4 GAL | 15.99 | 159.90 |
| 10.00 | R1236-MEDIUM | SOUFT TOUCH LATEX GLOVES POWDER MEDIUM 100 PER CASE | 4.50 | 45.00 |
| 4.00 | DOP-SMC03128 | ALL PURPOSE CHERRY CLEANER CAJA 4 GAL, | 15.99 | 63.96 |
| 4.00 | INS-L2077 | LESTOIL 15/15 OZ. ORIGINAL | 24.45 | 97.80 |
| 4.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.37 | 37.48 |
| 2.00 | R123440 | PANOS TIPO HANDY WIPES 200/CS | 15.01 | 30.02 |
| 3.00 | PS-00015 | ESCOBA.ALPHA | 1.50 | 4.50 |
| 10.00 | BAGS303708K-100 | BAGS 20-30 GALS. 08 MICRONS BLACK 100/CS. | 22.41 | 224.10 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 927.56 |
| Sales Tax | |
| Total Invoice Amount | 927.56 |
| Payment/Credit Applied | |
| **TOTAL** | 927.56 |

# TORCOS INC.
## P.O.BOX 29708
## SAN JUAN, PR  00929

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sales Order**

Sales Order Number:
170028

Sales Order Date:
Sep 18, 2015

Ship By:
Sep 18, 2015

Page:
1

**Sold To:**
REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

**Ship To:**
INSTITUTO LOAIZA CORDERO 724-0893
CALLE FERIA FINAL (64279)
#1312
SAN JUAN
724-0892 724-8100 X 235

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000466085 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | DTD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | INS-CICLONE-5 | CICLONE CLORO 5/128 OZ. | 11.99 | 239.80 |
| 10.00 | SM100302 | MAPO ROSCA HEAVY DUTY ALGODON | 2.50 | 25.00 |
| 10.00 | CHEPB-H84G | SOOM HAND SOAP 4 GAL | 15.99 | 159.90 |
| 10.00 | R1235-MEDIUM | SOUFT TOUCH LATEX GLOVES POWDER MEDIUM | 4.50 | 45.00 |
| | | 100 PER CASE | | |
| 4.00 | DOF-SMC03128 | ALL PURPOSE CHERRY CLEANER CAJA 4 GAL, | 15.99 | 63.96 |
| 4.00 | INS-L2077 | LESTOIL 15/15 OZ. ORIGINAL | 24.45 | 97.80 |
| 4.00 | INS-L75610 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 9.37 | 37.48 |
| 2.00 | R123440 | PANOS TIPO HANDY WIPES 200/CS | 15.01 | 30.02 |
| 3.00 | PS-00015 | ESCOBA ALPHA | 1.50 | 4.50 |
| 10.00 | BAGS303708K-100 | BAGS 20-30 GALS. 08 MICRONS BLACK 100/CS. | 22.41 | 224.10 |

FIRMA:

9/22/15

NOMBRE EN MOLDE: Carmen I Peter (Guardiana)

CANTIDAD BACK ORDER

FECHA:               HORA:

Subtotal                    927.56
Sales Tax

**TOTAL ORDER AMOUNT**        927.56

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y
ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.  TAMBIEN S
ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR  00929*

# Sales Order

Sales Order Number:
170028-R

Sales Order Date:
Sep 23, 2015

Ship By:
Sep 23, 2015

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3402

Sold To:
REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

Ship To:
INST LOAIZA CORDERO 724-0893
CALLE FERIA FINAL 64279 / 1312
SAN JUAN, PR

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000466085 | |
| Customer Contact | Customer Service Name | Payment Terms |
| | BAS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | INS-CICLONE-6 | CLORO 6/128 | 11.99 | |

SIGNATURE  *Carmen Kuiño*
PRINT NAME  *Carmen Kuiñe*
PIECES _____  B/O _____

DATE  9/24/15
HOUR  12:54 pm

Subtotal                0.00
Sales Tax
TOTAL ORDER AMOUNT      0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA RECLAMACION DEBE
SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5 % DE SALES TAX, ES LA LEY
TENEMOS QUE CUMPLIR. ESTA ORDEN ESTA SUJETA AL 1.5% POR "LATE CHARGES" MENSUAL.

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Dispatch via Print

| Purchase Order 00081-0000466085 | Date 09/16/2015 | Revision | Page 1 |
|---|---|---|---|
| Payment Terms Net 2 | Freight Terms Destination | | Ship Via US Mail |
| Buyer OLGA IRIS, MAYSONET MART | Phone | | Currency USD |

Ship To:   INSTITUTO LOAIZA CORDERO   787-724-0893
64279
CALLE FERIA FINAL, #1312
SAN JUAN PR 00910
Puerto Rico

*000073*

Bill To:   PR
Puerto Rico

Tax Exempt? N    Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CAJA DE BLANQUEADOR DE 6 GALONES S.F. (OC) 2012-0005 PARA USO DE ROPA O MULTIPLES SUPERFICIES. | | 20.00 CAJ | 11.99 | 239.80 | 09/16/2015 |
| | Schedule Total | | | | 239.80 | |
| | SIMILAR A CLOROX | | | | | |
| | *170028* | | Item Total 00000000000004315 | | 239.80 | |
| 2- 1 | MAPOS | | 10.00 UNO | 2.50 | 25.00 | 09/16/2015 |
| | Schedule Total | | | | 25.00 | |
| | | | Item Total 00000000000000210 | | 25.00 | |
| 3- 1 | JABON LIQUIDO DE MANO | | 10.00 CAJ | 15.99 | 159.90 | 09/16/2015 |
| | Schedule Total | | | | 159.90 | |
| | | | Item Total 00000000000000204 | | 159.90 | |
| 4- 1 | GUANTES DE LATEX MEDIUM LARGE S/TALCO CARTON DE 10 CAJ.100 G | | 1.00 CAR | 45.00 | 45.00 | 10/16/2015 |
| | Schedule Total | | | | 45.00 | |
| | | | Item Total 00000000000000669 | | 45.00 | |
| 5- 1 | LIMPIADOR MULTIUSOS | | 4.00 CAJ | 15.99 | 63.96 | 10/16/2015 |
| | Schedule Total | | | | 63.96 | |
| | SIMILAR A FABULOSO | | | | | |
| | | | Item Total 00000000000000205 | | 63.96 | |
| 6- 1 | LIMPIADOR MULTIUSOS | | 4.00 CAJ | 24.45 | 97.80 | 10/16/2015 |
| | Schedule Total | | | | 97.80 | |
| | SIMILAR LESTOIL | | | | | |
| | | | Item Total 00000000000000205 | | 97.80 | |
| 7- 1 | LYSOL 4 IN 1 ALL PURPOSE CLEANER 144 OZ LEMON BREEZE | | 4.00 GAL | 9.37 | 37.48 | 09/16/2015 |
| | Schedule Total | | | | 37.48 | |
| | | | Item Total 00000000000001564 | | 37.48 | |

Authorized Signature



SC-744

**Purchase Order**

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Purchase Order 00081-0000466085 | Date 09/16/2015 | Revision | Page 2 |
|---|---|---|---|
| Payment Terms Net 2 | Freight Terms Destination | | Ship Via US Mail |
| Buyer OLGA IRIS. MAYSONET MART | | Phone | Currency USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:   INSTITUTO LOAIZA CORDERO   787-724-0893
           64279
           CALLE FERIA FINAL, #1312
           SAN JUAN PR 00910
           Puerto Rico

Bill To:   PR
           Puerto Rico

Tax Exempt?  N      Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 8- 1 | PAÑOS PARA LIMPIEZA  REUSABLES Y RESISTENTES. SIMILAR AL " HANDY WIPES"  CAJA DE 200 PAÑOS. S.F (OC) 2010-008 | | 2.00 DOC | 15.01 | 30.02 | 09/16/2015 |
| | Schedule Total | | | | 30.02 | |
| | Item Total 00000000000000569 | | | | 30.02 | |
| 9- 1 | ESCOBAS CON PALO | | 3.00 UNO | 1.50 | 4.50 | 09/16/2015 |
| | Schedule Total | | | | 4.50 | |
| | Item Total 00000000000000191 | | | | 4.50 | |
| 10- 1 | CAJA DE MINIMO 100 BOLSAS PLASTICAS S.F. (OC)2012-005 DE BASURA TRANSPARENTE Y PARA ZAFACONES DE 30 GALONES.  GRUESAS DE MINIMO 2 MICRONES | | 10.00 CAJ | 22.41 | 224.10 | 09/16/2015 |
| | Schedule Total | | | | 224.10 | |
| | Item Total 00000000000004318 | | | | 224.10 | |

Total PO Amount                    927.96

Authorized Signature

# Invoice



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403
787 276-1254, 3400, 3833

Invoice Number:
13-145842

Invoice Date:
23 Feb 2013

Page:
1

Sold To:
REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

Ship to:
DPTO EDUC OFIC CENTRAL 787-759-2000
AVE TNTE CESAR GONZALEZ
CALLE CALAF
HATO REY

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000250280 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | GT | | 23/2/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-926102 | TOALLA DE LIMPIEZA EACH (100% ALGODON) | 7.70 | 7.70 |
| 2.00 | RCGL-VINYL-M | SOFT TOUCH GLOVES VINYL POWDER FREE MEDIUM 100/CS. DOS CARTONES | 37.62 | 75.24 |
| 1.00 | CS238 | D·& D DISINFECTANT  SPRAY 15.5 OZ | 29.35 | 29.35 |
| 2.00 | DOP-03-128-SML | NEUTRO DETERGENT LEMONQUE SEA DOS GALONES | 2.85 | 5.70 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA  FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO.  LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 117.99 |
| Sales Tax | |
| Total Invoice Amount | 117.99 |
| Payment/Credit Applied | |
| **TOTAL** | 117.99 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, P.R. 00929*

# Sales Order

Sales Order Number:

145842

Sales Order Date:

Dec 27, 2012

Voice: 787 276 1255, 1254
Fax: 787 276 3403

*Escuela en caguas*

Ship By:

Dec 27, 2012
Page:

1

Sold To:

REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

Ship To:

DPTO EDUC OFIC CENTRAL 787-759-2000
AVE TNTE CESAR GONZALEZ
CALLE CALAF
HATO REY

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00001-0000250280 | |
| Customer Contact | Shipping Method | Payment Terms |
| | GT | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS-926102 | TOALLA DE LIMPIEZA EACH  (100% ALGODON) | 7.70 | 7.70 |
| 2.00 | RCGL-VINYL-M | SOFT TOUCH GLOVES VINYL POWDER FREE | 37.62 | 75.24 |
| | | MEDIUM 100/CS. DOS CARTONES | | |
| 1.00 | CS238 | D & D DISINFECTANT  SPRAY 15.5 OZ | 29.35 | 29.35 |
| 2.00 | DOP-03-128-SML | NEUTRO DETERGENT LEMONQUE SEA DOS GALONES | 2.85 | 5.70 |

SIGNATURE _____

PRINT NAME  Jerry Hernandez

PIECES _____  B/O _____

DATE  02/22/2013

HOUR _____

| | |
|---|---|
| Subtotal | 117.99 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 117.99 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

2012-12-21 '09:45                    UFR  Compras           7872580104              787 276 3403  P 2/4
SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

|  |  |  |  |
|---|---|---|---|
| Purchase Order | Date | Revision | Pago |
| 00081-0000250280 | 12/19/2012 |  | 1 |
| Payment Terms | Froight Terms |  | Ship Via |
| Net 7 | Destination |  | US Mail |
| Buyer | Phone |  | Currency |
| DE   Luis O. Del Valle  7877592000 x 2036 |  |  | USD |

**Vondor:**  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  DEPTO Educación OF Central   787/759-2000
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Bill To:   PR
Puerto Rico

Tax Exempt?  N   Tax Exempt ID:          Replenishment Option:  Standard

| Lino-Sch_Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Duo Dato |
|---|---|---|---|---|---|
| 1- 1  PAÑOS DE LIMPIEZA DE MICRO FIBRA S.F. (O.C.)2010-008 QUE PUEDAN UTILIZARSE MOJADOS Y SECOS. 12/PAQUETE. |  | 1.00 CAJ | 7.70 | 7.70 | 01/18/2013 |
| | Schedulo Total | | | 7.70 | |
| | Item Total  000000000000000575 | | | 7.70 | |
| 2- 1  GUANTES DE LATEX MEDIUM, S. F. (OC) 2010-008 SIN TALCO. CARTON DE DIEZ 10 C AJAS DE 100. GARANTIA DE 30 DIAS EN MANUFACTURA. |  | 2.00 CAR | 37.62 | 75.24 | 12/19/2012 |
| | Schodulo Total | | | 75.24 | |
| | Item Total  000000000000000565 | | | 75.24 | |
| 3- 1  AEREOSOL DE OLOR |  | 1.00 CAJ | 29.35 | 29.35 | 12/19/2012 |
| | Schodulo Total | | | 29.35 | |
| | Item Total  000000000000000164 | | | 29.35 | |
| 4- 1  LIMPIADOR MULTIUSOS |  | 2.00 CAJ | 2.85 | 5.70 | 01/18/2013 |
| | Schodulo Total | | | 5.70 | |
| | Item Total  000000000000000205 | | | 5.70 | |

Total PO Amount          117.99

Authorized Signature



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

787 276-1254, 3400, 3833

# Invoice

Invoice Number:
12-144803

Invoice Date:
8 Dec 2012

Page:
1

Sold To:
REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

Ship to:
ALBERT EINSTEIN   787-727-5525
CALLE HAYDEE REXACH
ESQUINA BORINQUEN
SAN JUAN

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 000073 | 00081-0000207041 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | gt | | 7/1/13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | PAP 30/80 DOMESTIC | DOMESTIC ROLL TOWEL 30/CS | 20.74 | 186.66 |
| 1.00 | UD100093 | SANIBALL BOWL BRUSH | 13.56 | 13.56 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS,
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____

| | |
|---|---|
| Subtotal | 200.22 |
| Sales Tax | |
| Total Invoice Amount | 200.22 |
| Payment/Credit Applied | |
| **TOTAL** | 200.22 |

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR 00929

# Sales Order

**Sales Order Number:**

144803

**Sales Order Date:**

Nov 12, 2012

**Voice:** 787 276 1255, 1254
**Fax:**   787 276 3403

**Ship By:**

Nov 12, 2012
**Page:**

1

**Sold To:**

REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

**Ship To:**

ALBERT EINSTEIN  787-727-5525
CALLE HAYDEE REXACH
ESQUINA BORINQUEN
SAN JUAN

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00081-0000207041 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | NDD | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | PAP 30/80 DOMESTI | DOMESTIC ROLL TOWEL 30/CS | 20.74 | 186.66 |
| 1.00 | UD100093 | SANIBALL BOWL BRUSH | 13.56 | 13.56 |

SIGNATURE _Rafael Gonzalez Mury_ DATE _7 Dic 2012_

PRINT NAME _Rafael Gonzalez Mary_ HOUR _3.40_

PIECES _____ B/O _____

| | |
|---|---|
| Subtotal | 200.22 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 200.22 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

SC-744

## Delivery Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Dispatch via Print

| Delivery Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000207041 | 04/10/2012 | | 1 |

| Payment Terms | Freight Terms | Ship Via |
|---|---|---|
| Net 7 | Destination | US Mail |

| Buyer | Phone | Currency |
|---|---|---|
| CONTRACT_BUYER | | USD |

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  ALBERT EINSTEIN   787-727-5525
CALLE HAYDEE REXACH ESQ BORINQUEN
SAN JUAN PR 00915
Puerto Rico

Bill To:  602 Ave. Barbosa Edificio Barreras Esq. Calle Guayama,
Piso 3
San Juan PR 00917
Puerto Rico

Tax Exempt? N    Tax Exempt ID:          Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | PAPEL TOALLA ABSORBENTE COLOR BLANCO S.F (OC) 2010-008 PARA CARRETE "DISPENSER" ROLLOS 11" X 11" Y 56 HOJAS, PAQUETE DE 30 ROLLOS. "TWO PLY" | | 9.00 CAJ | 20.74 | 186.66 | 05/10/2012 |

Schedule Total          186.66

Contract ID: 08120120278     Contract Line:  36   Release:  575

Item Total  00000000000000734     186.66

| 2- 1 | CEPILLO PARA LIMPIAR INODO. S. F. (OC) 2010-008 DE FIBRA POLIPROPILENO TAM STAND. UNA (1) DOCENA | | 1.00 UNO | 13.56 | 13.56 | 05/10/2012 |

Schedule Total          13.56

Contract ID: 08120120278     Contract Line:  10   Release:  576

Item Total  00000000000000668     13.56

Total PO Amount          200.22

_144803_

**Toda entrega se considera final.  No se aceptan "Back Orders".**

**Authorized**



**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
11-129635

**INVOICE DATE**
14 Jun 2011

Sold To   REGION EDUCATIVA SAN JUAN
AVE. BARBOSA EDIF. BARRERA 602
HATO REY, PR  00917

Ship To   ANDRES VALCARCEL
CALLE ANDRE VALCARDEL FINAL
TRUJILLO ALTO

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000073 | 69039-11-004 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 14/7/11 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 3.00 | BAGS 434814K | BAGS 55 GAL 14 MIC 200/CS | 16.00 | 48.00 |
| 13.00 | COQ/DOM/COL | MAPO DOMESTICO COLOSO | 3.00 | 39.00 |
| 1.00 | FER-439570 | MANGUERA 100' X 5/8" GRAY | 45.00 | 45.00 |
| 1.00 | INS-L75610 | LYSOL DISINFECTANT 144 OZ. | 8.00 | 8.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada.  Fecha _____
Firma _____

**TOTAL ORDER**          140.00

FORCES INC.
P.O.BOX 29708
SAN JUAN, PR 00929

# Sales Order

Sales Order Number:
129635

Sales Order Date:
Apr 13, 2011

Voice: 787 276 3265, 3254
Fax:   787 276 3403

Ship By:
Apr 13, 2011
Page:

**Sold To:**
REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARRERA 602
PISO 3
HATO REY 00917

**Ship To:**
ANDRES VALCARCEL
C/ ANDRES VALCARCEL FINAL
TRUJILLO ALTO
787-761-1050

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | G9019-11-004 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | MAC | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | BAGS434314R | BAGS 55 GAL 14 MICRONS BLACK 200/CS. | 16.00 | 48.00 |
| 13.00 | COLO/DOM/COLOSO/MARC DOMESTICO COLOSO | | 3.00 | 39.00 |
| 1.00 | FORCE-438570 | MANGUERA 100" X 5/8 " GRAY | 45.00 | 45.00 |
| 1.00 | INS-L75810 | LYSOL DISINFECTANT 1/ GALON 144 OZ. | 8.00 | 8.00 |

SIGNATURE

PRINT NAME  Evelyn Leon

PIECES  120

DATE  27 abril 2011

HOUR  9:58

| | |
|---|---|
| Subtotal | 140.00 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 140.00 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.



Estado Libre Asociado de Puerto Rico
## DEPARTAMENTO DE EDUCACION

ESCUELA DE LA COMUNIDAD: **Andrés Valcárcel**
DISTRITO ESCOLAR: **Guaynabo**

UAT-01
REV. 27 MAYO 09

☑ TC  ☐ UFR          **REQUISICIÓN DE COMPRA**

Fecha: 12 de abril de 2011

NUMERO DE REQUISICIÓN: 69039-11-004

**Cifra de Cuenta:**

| 4101 | 221 | 69039 | 0000 | 10F | 2011 | 00081 |
|------|-----|-------|------|-----|------|-------|
| Objeto de Gasto (Account) | Fondo (Fund) | Departamento (Dept Id) | Programa (Sólo Estatal) | Asignación (Clase- Class) | Año (Budget Ref) | Unidad de Negocio (Bus Unit) |
| SCHOOLWIDE 10A | | 69039 | 10F | 4101 | | |
| Subvención (Proyecto) | | Actividad (Activity) | Clase (Source Type) | Categoría (Categoría) | | |

Balance Disponible: **$141.89**

Se solicita(n) el(los) siguiente(s): ____ Servicio(s) __X__ Material(es) para:

(Describa el propósito o actividad)

| Partida Número | Descripción | Cantidad # | Unidad | Costo por Unidad | Costo Total | Cantidad Recibida |
|---|---|---|---|---|---|---|
| 1 | Bolsas de basura (55 galones) | 3 | cajas | $16.00 | 48.00 | |
| 2 | Mapos con palo (Jumbo) #12 | 13 | unidades | $ 3.00 | 39.00 | |
| 3 | Manguera de 100 pies | 1 | unidad | $ 45.00 | 45.00 | |
| 4 | Limpiador Multiusos | 1 | caja | $ 8.00 | 8.00 | |
| | | | | TOTAL | $140.00 | |

SOLICITADO POR: _Idalio Rivero_  Conserje  _Idalia Rivera_
Nombre (en letra de molde)      Puesto         Firma del Solicitante

**Certificación del Director**
Certifico que los artículos o servicios son necesarios para cumplir con los objetivos programáticos de la Escuela.
_12-Abril-2011_
Fecha                                   Firma del Director(a) Escolar

**Certificación del Receptor (sólo para compras con tarjeta)**
Certifico que recibí y verifiqué los artículos o servicios descritos en este documento y cumplen con lo solicitado.

Fecha                                   Firma del Receptor

**Certificación del Auxiliar Administrativo o del Interventor (según aplique)**
Certifico que existen los fondos en la cuenta arriba indicada para la adquisición de los materiales o servicios solicitados.

Firma del Auxiliar Administrativo o Personal Designado



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
09-119802

### INVOICE DATE
Nov. 16, 2009

Sold To   REGION EDUCATIVA SAN JUAN
AVE. BARBOSA EDIF. BARRERA 602
HATO REY, PR 00917

Ship   ESC. GERARDO SELLES SOLA
AVE. 65 INF. KM 4.2
SAN JUAN

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000073 | 00081-0000077050 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 10/12/0912/16/09 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 20.00 | GIPCD4G | PINE OIL CLEANER AND DISINFECTANT | 21.00 | 420.00 |
| 5.00 | R1236-L | SOFT TOUCH GLOVES 100/CS | 4.75 | 23.75 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura. El importe de esta factura es justo y
aun no ha sido pagada. Fecha_____
Firma_____

| | | **TOTAL ORDER** | | 443.75 |
|---|---|---|---|---|

**TORCOS INC.**
**P.O.BOX 29708**
**SAN JUAN, PR 00929**

# Sales Order

Sales Order Number:
114902

Sales Order Date:
Nov 10, 2009

Voice: 787 276 1255, 1254
Fax    787 276 3403

Ship By:
Nov 10, 2009
Page:
1

Sold To:

REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARBOSA 602
PISO 3
HATO REY 00919

Ship To:

ESC. JULIO SELLES SOLA
URB. VILLA NEVAREZ
CALLE 19 RSO 29
SAN JUAN, PR  00927
787-767-3443

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000073 | 00063-0050077050 | |
| Customer Contact | Shipping Method | Payment Terms |
| | UPS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00  PINO54G | | PINE OIL CLEANER AND DISINFECTAN 1/1 GAL. | 21.00 | 420.00 |
| 5.00  ST246-LARGE | | SOFT TOUCH LATEX GLOVES POWDER LARGE 100 | 4.75 | 23.75 |
| | | PER CASE | | |

SIGNATURE *Vanessa Cruz*     DATE 13/11/09

PRINT NAME *Vanessa Cruz*     HOUR 3:00

RECPS _____     PO _____

Subtotal          443.75

Sales Tax

Freight            3.74

TOTAL ORDER AMOUNT    443.74

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUAL CR. POR
FAVOR GUSTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
09-119544

**INVOICE DATE**
Nov. 11, 2009

Sold To    REGION EDUCATIVA SAN JUAN
           AVE. BARBOSA EDIF. BARRERA 602
           HATO REY, PR  00917

Ship To    ESC. JUANA A. MENDEZ
           URB. METROPOLIS
           CALLE 1 SEC 1
           CAROLINA

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000073 | 00081-0000076137 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 12/11/09 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 6.00 | BAGS366014K | BAGS 55 GLS. 14 MIC | 13.00 | 78.00 |
| 6.00 | BAGS334013K | BAGS 35 GALS 13 MIC | 19.00 | 114.00 |
| 5.00 | BAGS242406K | BAGS 7-10 GLS 6 MIC | 9.00 | 45.00 |
| 6.00 | INS-CL00104 | CLOROX 6 GLS. CS | 12.34 | 74.04 |
| 2.00 | CLASSIC -200 | TOALLAS ROSA 200/CS | 17.50 | 35.00 |
| 5.00 | INS-V06452 | VEL 24/10 OZ | 33.00 | 165.00 |
| 6.00 | INS-CL00104 | CLOROX 6 GLS CS. | 12.34 | 74.04 |
| 24.00 | UD000203 | ESCOBA RECORD PROMOCIONAL | 1.99 | 47.76 |
| 24.00 | SM100305 | MAPO GANCHO  ALGODON 12 OZ. | 9.00 | 216.00 |
| 24.00 | UD100141 | PALO DED MAPO SEMI INDUSTRIAL | .00 | .00 |
| 5.00 | DOP-SMC03128 | CERRY ALL PURPOSE CLEANER | 16.00 | 80.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada.  Fecha _____
Firma

**TOTAL ORDER**          928.84

**TORCOS INC.**
**P.O. BOX 29708**
**SAN JUAN, PR 00929**



# Sales Order

Sales Order Number:
119544
Sales Order Date:
Oct. 29, 2009

Voice: 787 276 1255, 1254
Fax:   787 276 3493

Ship By:
Oct. 29, 2009
Page:
1

Sold To:
REGION EDUCATIVA SAN JUAN
AVE BARBOSA EDIF BARBOSA 602
PISO 3
HATO REY 00917

Ship To:
ESC. JUANA A MENDEZ
URB. METROPOLIS
CALLE 1 SEC 1
CAROLINA, PR  00987
787-758-3735

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000929 | 00081-0000076137 | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | MPS | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6.00 | BAGS3660143 | 100 BAGS 55 GALS. 14 MICRONS BLACK 100/CS. | 13.00 | 78.00 |
| 6.00 | BAGS334013K | 250 BAGS 39 GALS 13 MICRONS BLACK 250/CS. | 19.00 | 114.00 |
| 5.00 | BAGS242406K | BAGS 7-10 GALS. 6 MICRONS BLACK  500/CS | 9.00 | 45.00 |
| 6.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 74.04 |
| 2.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 17.50 | 35.00 |
| 5.00 | INS-V06452 | VEL 24/10 OZ. LIQUIDO DE FREGAR | 33.00 | 165.00 |
| 6.00 | INS-CL00104 | CLOROX 6 GAL./CS  GALONES | 12.34 | 74.04 |
| 24.00 | UB-000203 | ESCOBA PLUMRO PROFECIONAL (EQUIVALENTE A 2 DOCENAS) | 1.99 | 47.76 |
| 24.00 | SM100305 | MAPO GANCHO ALGODON 12 ONZ | 9.00 | 216.00 |
| 24.00 | UB100141 | PALO DE MAPO SEMI INDUSTRIAL | | |
| 5.00 | DOZ SM00312B | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL. | 16.00 | 80.00 |

SIGNATURE _Ana Rivera_

PRINT NAME _Ana. Rivera_

PIECES _____ B/O _____

DATE _10/1/09_

HOUR _10:42_

| | |
|---|---|
| Subtotal | 928.84 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 928.84 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

# INVOICE
08-111007

INVOICE DATE
Nov. 7, 2008

Sold To    REGION EDUCATIVA SSAN JUAN
AVE. BARBOSA EDIF. BARRERA 602
HATO REY, PR  00917

Ship    CENTRO DE SERVICIO DE SAN JUAN
CALLE ALZUAGA #112
SAN JUAN

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000073 | 00081-0000030014 | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 12/7/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 2.00 | SM100336 | MAPO GANCHO IND. 16 OZ. | 3.00 | 6.00 |
| 1.00 | CLASSIC-200 | TOALLAS ROSA 200/CS | 22.50 | 22.50 |
| 1.00 | HUSKY 802-02 | NEUTRAL DISINFECTANT CLEANER | 8.50 | 8.50 |
| 1.00 | ATL-H351 | ROLL TOWEL 12-350 NATURAL | 22.50 | 22.50 |
| 2.00 | FP243306K | PLASTIX BAGS 13 GLS. 20/50 | 19.95 | 39.90 |
| 2.00 | FP3660 1. ML | PLASTIC BAGS 55 GLS 1.5 ML 100/CS | 25.00 | 50.00 |
| 1.00 | DOP-SMC032128 | CHERRY ALL PURPOSE CLEANER | 16.50 | 16.50 |
| 1.00 | R-1236-M | SOFT TOUCH GLOVES  100/CS. | 4.50 | 4.50 |
| 1.00 | ATL-08710 | TOILET TISSUE 12/1000 | 26.50 | 26.50 |
| 1.00 | CHPB-HS4G | ZOOM HAND SOAP | 5.50 | 5.50 |
| 1.00 | DOP-SMP03128 | ALL PURPOSE PINE  4 GLS. CS | 12.00 | 12.00 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada.  Fecha _____
Firma _____

**TOTAL ORDER**       214.40

# Sales Order

TORCOS INC.
P.O. BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
111007

**Sales Order Date:**
Nov 3, 2008

**Ship By:**
Nov 3, 2008

**Page:**
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
DEPARTAMENTO DE EDUCACION PR
PO BOX 190759
SAN JUAN, PR  00919-0759
PUERTO RICO

**Ship To:**
CENTRO DE SRVICIO DE SAN JUAN
CALLE ARZUAGA #112
EDIF MEDINA
SAN JUAN
642-8898 ALMAND
787-849-5020X31240

Cust. Number

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 000513 | 00081-0000030014 | |
| Customer Contact | Shipping Method | Payment Terms |
| | ANA | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | SM100306 | MAPO GANCHO INDUSTRIAL 16 ONZ ALGODON | 3.00 | 6.00 |
| 1.00 | CLASSIC-200 | TOALLAS ROSAS CAJA DE 200 | 22.50 | 22.50 |
| 0.25 | HUSKY 802-02 | LEH/F NEUTRAL DISINFECTANT CLEANER 1 GL LEMON | 34.00 | 8.50 |
| 1.00 | ATL-HT351 | ROLL TOWEL 12-350 NATURAL | 22.50 | 22.50 |
| 2.00 | FP243306K-33 | PLASTIC BAGS 13 GLS 6MIC BLACK 20/50 | 19.95 | 39.90 |
| 2.00 | FP36601MILK-42 | PLASTIC BAGS 55GLS 1.5 MIL BLACK 100/CS | 25.00 | 50.00 |
| 1.00 | DOP-SMC03128 | CHERRY ALL PURPOSE CLEANER CAJA 4 GAL, | 16.50 | 16.50 |
| 1.00 | R1236-MEDIUM | SOUFT TOUCH LATEX GLOVES POWDER MEDIUM 100 PER CASE | 4.50 | 4.50 |
| 1.00 | ATL-08710 | TOILET TISSUE 12-1000 2 PLYT | 26.50 | 26.50 |
| 0.25 | CHEPB-HS4G | ZOOM HAND SOAP 1 GAL | 22.00 | 5.50 |
| 1.00 | DOP-SMP03128 | ALL PURPOSE CLEANER PINE 4GL | 12.00 | 12.00 |

FIRMA :

NOMBRE EN MOLDE:

FECHA : Nov/06/08   HORA : 12:31

CANTIDAD BACK ORDER:

| | |
|---|---|
| Subtotal | 214.40 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 214.40 |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL. TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

SC-744

## Purchase Order

000513

**Departamento de Educacion PR**

Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000030014 | 10/23/2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | Phone | | Currency |
| DE    Aixa M. Ortiz Cosm | | | USD |

Dispatch via Print

Vendor:  660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  DEPTO Educación OF Central    787/759-2000
          Ave. Tnte Cesar Gonzalez
          Calle Calaf
          Hato Rey PR 00919
          Puerto Rico

Bill To:  P.O. Box 190759
          San Juan PR 00919-0759
          Puerto Rico

Tax Exempt? N    Tax Exempt ID:                Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | Mapo Industrial 16 oz | | 2.00 UND | 3.00 | 6.00 | 10/23/2008 |
| | | | Schedule Total | | 6.00 | |
| | | | Item Total | | 6.00 | |
| 2- 1 | Toallas para limpiar | | 1.00 CAJ | 22.50 | 22.50 | 10/23/2008 |
| | | | Schedule Total | | 22.50 | |
| | | | Item Total | | 22.50 | |
| 3- 1 | Liquido para limpieza (desinfectante) | | 1.00 GAL | 8.50 | 8.50 | 10/23/2008 |
| | | | Schedule Total | | 8.50 | |
| | | | Item Total | | 8.50 | |
| 4- 1 | Papel de mano natural | | 1.00 CAJ | 22.50 | 22.50 | 10/23/2008 |
| | | | Schedule Total | | 22.50 | |
| | | | Item Total | | 22.50 | |
| 5- 1 | Bolsa de basura pequeña (13 galones) | | 2.00 CAJ | 19.95 | 39.90 | 10/23/2008 |
| | | | Schedule Total | | 39.90 | |
| | | | Item Total | | 39.90 | |
| 6- 1 | Bolsa de basura 36X10 color negro | | 2.00 CAJ | 25.00 | 50.00 | 10/23/2008 |
| | | | Schedule Total | | 50.00 | |
| | | | Item Total | | 50.00 | |
| 7- 1 | Limpiador de pisos (4/1 gal.) Chery | | 1.00 CAJ | 16.50 | 16.50 | 10/23/2008 |
| | | | Schedule Total | | 16.50 | |
| | | | Item Total | | 16.50 | |
| 8- 1 | Guantes desechables tamaño mediano | | 1.00 CAJ | 4.50 | 4.50 | 10/23/2008 |
| | | | Schedule Total | | 4.50 | |
| | | | Item Total | | 4.50 | |
| 9- 1 | Papel de inodoro 12 x 1000 2 play | | 1.00 CAJ | 26.50 | 26.50 | 10/23/2008 |
| | | | Schedule Total | | 26.50 | |

Authorized Signature

SC-744

# Purchase Order

**Departamento de Educacion PR**
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

**Dispatch via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| 00081-0000030014 | 10/23/2008 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 7 | Destination | | US Mail |
| Buyer | | Phone | Currency |
| DE    Aixa M. Ortiz Cosm | | | USD |

Vendor: 660477431
TORCOS CHERMICAL INC
PO BOX 29708
SAN JUAN PR 00929

Ship To:  DEPTO Educación OF Central    787/759-2000
Ave. Tnte Cesar Gonzalez
Calle Calaf
Hato Rey PR 00919
Puerto Rico

Bill To:  P.O. Box 190759
San Juan PR 00919-0759
Puerto Rico

Tax Exempt? N     Tax Exempt ID:           Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| | | Item Total | | 26.50 | |
| 10- 1  Hand Soap Lotion | c/e | 1.00 GAL | 5.50 | 5.50 | 10/23/2008 |
| | | Schedule Total | | 5.50 | |
| | | Item Total | | 5.50 | |
| 11- 1  Liquido desinfectante | | 1.00 CAJ | 12.00 | 12.00 | 10/23/2008 |
| | | Schedule Total | | 12.00 | |
| | | Item Total | | 12.00 | |

Este material de limpieza es para el centro de servicio de San Juan calle Arzuage #112 Edif. Medina
Center, piso 12, Rio Piedras.

Total PO Amount          214.40

Authorized Signature

ASE-FAXCOT-A




**DE**

*Estado Libre Asociado de Puerto Rico*
*Departamento de Educación*
*Secretaría Asociad de Educación Especial*

# FACSÍMIL

Fecha: 23 de octubre de 2008

A: Torcos

Número de Fax: (787) 276-3403
Enviado por: Aixa M. Ortiz Cosme (787)773-8908 Ext. 248
Fax. (787)753-0015 E-mail ortizca@DE.GOBIERNO.PR

Asunto:   SE LE ENVIA ORDEN DE COMPRA #~~29999~~   30014

P. O. BOX  190759  SAN JUAN,  PUERTO RICO  00919



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403

**INVOICE**
08-104079

INVOICE DATE
Mar 31, 2008

Sold To    REGION EDUCATIVA SAN JUAN
AVE. BARBOSA EDIF. BARRERA 602
HATO REY, PR  00917

Ship To    ESC. MARIA E. LOPEZ
CALLE FINAL JARDONES
COUNTRY CLUB
CAROLINA

| Customer  ID | Customer P.O. | Payment Terms |
|---|---|---|
| 000073 | 2008-064 MELP | Net 30 days |
| **Sales Rep. ID** | **Shipping Method** | **Due Date** |
| | | 4/30/08 |

| Quantity | Item | Description | Unit | Extension |
|---|---|---|---|---|
| 1.00 | INS-L2077 | LESTOIL 15/15 OZ. ORIGINAL | 20.50 | 20.50 |
| 1.00 | INS-CL00104 | CLOROX 6 GLS CS. | 12.95 | 12.95 |
| 1.00 | FP243306K | PLASTIC BAGS 13 GLS. 20/50 | 19.50 | 19.50 |
| 1.00 | INS-M0638 | MISTOLIN 15/28 OZ. BRISA POLAR | 19.50 | 19.50 |

Bajo pena de nulidad absoluta certifico que
ningun servidor publico es parte o tiene algun
interes en las ganancias del producto de esta
factura.  El importe de esta factura es justo y
aun no ha sido pagada.  Fecha
Firma

**TOTAL ORDER**      72.45

# Sales Order

TORCOS INC.
P.O.BOX 29708
SAN JUAN, PR  00929

**Sales Order Number:**
104079

**Sales Order Date:**
Mar 13, 2008

**Ship By:**
Mar 13, 2008

Voice.  787 276 1255, 1254
Fax:    787 276 3403

**Page:**
1

**Sold To:**
COMP. FISCAL CAROLINA II
APARTADO 3629
VALLE ARRIBA HEIGHTS STATION
CAROLINA, PR  00983

**Ship To:**
ESC. MARIA E. LOPEZ
C/17 FINAL J. DE C. CLUB,
CAROLINA
768 0258

*2008 - 064 MELP*

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010047 | 08-111-4101 | DAMARIS TORRES |

| Customer Contact | Shipping Method | Payment Terms |
|---|---|---|
|  | PMR | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | INS L2077 | LESTOIL 15/15 OZ. ORIGINAL | 20.50 | 20.50 |
| 1.00 | INS CLO0104 | CLOROX 6 GAL./CS  GALONES | 12.95 | 12.95 |
| 1.00 | FT243306K 33 | PLASTIC BAGS 13 CLS 6MIC BLACK 20/50 | 19.50 | 19.50 |
| 1.00 | INS M0638 | MISTOLIN 15/28 OZ. BRISA POLAR | 19.50 | 19.50 |

FIRMA :

NOMBRE EN MOLDE: *Betty Carrion Perez*

FECHA: *24 mayo 08*  HORA: *12:25*

CANTIDAD BACK ORDER: _____

| | |
|---|---|
| Subtotal | 72.45 |
| Sales Tax | |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | **72.45** |

*NO SE ACEPTAN RECLAMACIONES DESPUES DE 24 HORAS.  EL CLIENTE TIENE QUE VERIFICAR LA MERCANCIA
Y ANOTAR SI TIENE ALGUN BACK ORDER.  SE ESTARA COBRANDO 1.5% POR "LATE CHARGES" MENSUAL.
TAMBIEN SE ESTARA COBRANDO LOS TAXES DE VENTAS EN BASE A LA NUEVA LEY DE P.R.*

*TORCOS  INC.*
*P.O.BOX  29708*
*SAN  JUAN, PR   00929*

# Sales Order

Sales Order Number:
104079-BO

Sales Order Date:
Mar 25, 2008

Ship By:
Mar 25, 2008

Page:
1

Voice:   787 276 1255, 1254
Fax:     787 276 3403

**Sold To:**
COMP. FISCAL CAROLINA II
APARTADO 3029
VALLE ARRIBA HEIGHTS STATION
CAROLINA, PR  00983

**Ship To:**
ESC MARIA E LOPEZ
C/17 FINAL J DE C. CLUB
CAROLINA
768 0258

*2008- 064- MELP*

| | CUSTOMER PHONE NO. | 787 762 2475 |
|---|---|---|

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 010047 | 08-111-4101 | DAMARTS TORRES |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | ANA | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | CLOROX 6 GAL /CS | | |

SIGNATURE    *Maria Rodz*         DATE   *27/3/08*        Subtotal        0.00

PRINT NAME   *Maria Rodriguez*    HOUR   *11:25*          Sales Tax

PIECES                                                    Freight         0.00

                              **TOTAL ORDER AMOUNT**                      0.00

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA DESPACHADA CORRECTAMENTE, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER EFECTUADA EL PROXIMO DIA LABORABLE.  SE ESTA COBRANDO 1.5% TAX MUNICIPAL Y 5.5% TAX.  SI USTED ES
EXCENTO FAVOR DE COMUNICARSE CON NOSOTROS.  ES SU RESPONSABILIDAD PAGARLO. ESTA ORDEN ESTA SUJETA AL 1.5% POR
LATE CHARGES MENSUAL.

# DE

EC-4

**Estado Libre Asociado de Puerto Rico**

**Escuela de la Comunidad**

Escuela: MARIA E LOPEZ PONCE
Municipio: CAROLINA II

**Orden de Compra**

| | |
|---|---|
| Orden núm.: | 2008-064 MELP |
| Fecha: | 4 MARZO 2008 2008 |
| Subasta: | |
| Cuenta Núm.: | 08-111-4101 |
| Fecha de Entrega: | INMEDIATA |

TORCOS CHEMICAL
P O BOX 29708
SAN JUAN PR 00929
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    276-1255/276-3403

Entregar a:RECEPTOR
C/17 FINAL JARD. DE C. CLUB
CAROLINA, PR
Tel:768-0258

_____
FIRMA DEL COMPRADOR

_____
Firma del Director Escolar o Representante Autorizado

| | DESCRIPCIÓN | CANTIDAD | PRECIO UNITARIO | IMPORTE |
|---|---|---|---|---|
| 1 | LESTOIL 15/28  INS-L 15/28 | 1 | $ 20.50 | $ 20.50 |
| 2 | CLOROX 6/1  INS-CL | 1 | $ 12.95 | $ 12.95 |
| 3 | BOLSAS BASURA 13 GL  1000/1  243313  24/50 | 1 | $ 19.50 | $ 19.50 |
| 4 | MISTOLIN 15/28  INS-M | 1 | $ 19.50 | $ 19.50 |
| | | | | $ 72.45 |

**IMPORTANTE**
NUESTRO NUMERO DE ORDEN TIENE QUE APARECER EN TODAS
LAS FACTURAS Y CONFIRMAR SI NO PUEDE ENTREGAR A TIEMPO

64

BLANCA - Suplidor / ROSA - Subdelegado Comprador / AMARILLA - Pagador / AZUL - Propiedad / VERDE - Receptor

Modelo SC 744
31-Ene-01

Original: Suplidor o ASG
1ra. Copia: ACC
2da. Copia: Agencia
3ra. Copia: ACC-Inf. Rec. e Insp.
4ta. Copia: Agencia-Inf. Rec. e Insp.
5a. Copia: ASG Inf. Rec. e Insp.

PRIFAS

47

141311

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

DEPARTAMENTO DE LA FAMILIA
Agencia

ADFAN REGION CAROLINA
Dirección

**OBLIGACION Y ORDEN DE COMPRA**

| Núm. Solicitud: |
|---|
| Compra y Suministros |
| Área de Transportación |
| Imprenta |
| Arte |
| Almacén |

Cifra de Dependencia

## IDENTIFICACION DE DOCUMENTO

| Agen | Número de Orden de Compra | Fecha | Importe Total | | Código del Suplidor | | | SE | IG | FONDO | AGEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 1200024 | 31/05/2012 | $395.82 | | 660-47--7431 | | | | | | |

Agencia Suplidora

Opciones de Procesamiento de Despacho : ☐ Fax ☐ Teléfono ☑ Correo | Fecha de Entrega:

| SUPLIDOR | ENTREGARSE A: | FACTURARSE A: |
|---|---|---|
| Nombre del Suplidor: TORCOS, INC<br>Dirección: P.O. BOX 29708<br>SAN JUAN PUERTO RICO 00929<br>276-3403 | Agencia: DEPARTAMENTO DE LA FAMILIA<br>Agencia: REGION CAROLINA ✳<br><br>Método de Envío: | Agencia:<br>Dirección:<br><br><br>Término de Embarque: |

### ARTICULOS (de necesitar más espacio, utilice otra hoja)

| LN | Cta. | Fondo | Org. | Prog. | Asig. | Año Pres. | Aport. Federal | Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio por Unidad | Precio Total | Propiedad Clase | Unidad | Cantidad Despachada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 4012 | 111 | 1230000 | 1080 | 081 | 2012 | | BOLSAS PLASTICAS PARA LA BASURA TIPO PLAYERA DE 55 GAL TAMAñO 38 X 58 Caja de 100 bolsas<br><br>marca Forutune<br>Modelo 3858-1.5 | | F09006 | 18 | $21.99 | $399.90<br>$395.82 | | | |

Total o Subtotal

| Para uso de la Agencia o ASG | Para uso del Departamento de Hacienda o ASG | Para Uso de ASG |
|---|---|---|
| Solicito el despacho de los artículos o servicios indicados y certifico que esta orden ha sido emitida de acuerdo con las leyes y reglamentos aplicables.<br><br>*Alfredo Benitez*<br><br>5-31-2012 Nombre y Firma Delegado Comprador u Oficial Cert. 625-4980<br>Fecha _____ Teléfono | Certifico que existen los fondos para el pago de la Orden de Compra solicitada.<br><br>✓ _____<br>Nombre y Firma<br>Fecha _____ Teléfono | Aprobado por:<br><br>Nombre y Firma<br>Fecha _____ Título _____ Teléfono | Despachado por:<br><br>Nombre y Firma<br>Título<br>Fecha _____ Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 744
31-Jan-01

Original: Suplidor o ASG
1ra Copia: ACC
2da Copia: Agencia
3ra Copia: ACC-Inf. Rec. e Insp.
4ta Copia: Agencia-Inf. Rec. e Insp.
5a Copia: ASG Inf. Rec. e Insp.

**PRIFAS**

DEPT. DE LA FAMILIA/PROG. DET. INCAPACIDAD
Agencia

SAN JUAN, PUERTO RICO
Dirección

**OBLIGACION Y ORDEN DE COMPRA**

| Núm. Solicitud | |
|---|---|
| ☐ | Compra y Suministros |
| ☐ | Area de Transportación |
| ☐ | Imprenta |
| ☐ | Arte |
| ☐ | Almacén |

Cifra de Dependencia de Inventario

| IDENTIFICACION DEL DOCUMENTO: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agen | Número de Orden de Compra | Fecha | Importe Total | Código del Suplidor | Agencia Suplidora | | |
| 122 | 11142516 | 5/11/2011 | $208.05 | 660477431 | SE | IG | FONDO AGEN |

TELEFONO: 787-754-8907   ☐ Fax  ☑ Teléfono  ☐ Correo   Fecha de Entrega:

| SUPLIDOR | TEL: 787-754-8907 | FACTURARSE A: |
|---|---|---|
| Nombre del Suplidor:<br>**Dirección: TORCOS CHEMICAL &: JANITORIAL SUPPLIES, INC**<br>P O BOX 29708<br>SAN JUAN PR 00929 | Agencia: **PROGRAMA DETERMINACION DE INCAPACIDAD**<br>Dirección: **EDF. MERCANTIL PLAZA PISO 15 ALMACEN**<br>HATO REY, P.R.<br>HORARIO DE ENTREGA: 8:30 AM -11:30 AM -1:30 A 3:30 PM<br>Método de Envío: | Agencia: **PROGRAMA DETERMINACION DE INCAPACIDAD**<br>Dirección: P.O. BOX 71301<br>SAN JUAN, P.R. 00936-8401<br><br>Término de Embarque: |

| | | | | | | ARTICULOS (de necesitar más espacio, utilice otra hoja) | | | | | | | | Para Uso de ASG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| LN | Cta. | Fondo | Org. | Prog. | Asig | Año Pres. | Aport. Federal | Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio por Unidad | Precio Total | Propiedad | | Cantidad Despachada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Clase de Propiedad | Núm. de Unidad | |
| 1 | E4101 | 272 | 1220000 | | 10F | 2011 | 1104RQDI00 | HAND SANITIZER (REFILL) 8/1000 (1 LB 33.8 FL ONZ)<br><br>MARCA: PURELL | | | 3 CAJAS | $69.35 | $208.05 | | | |
| | | | | | | | | | | | | | $208.05 | | | |

| | Para Uso de ASG |
|---|---|
| Solicito el despacho de los artículos o servicios indicados y certifico que esta orden ha sido emitida de acuerdo con las leyes y reglamentos aplicables.<br><br>*Julia Brondo Molina*<br>JULIA BRONDO MOLINA   Delegado Comprador u Oficial Cert.   754-8907<br>5/11/2011<br>Fecha                                Teléfono | Certifico que existen los fondos para el pago de la Orden de Compra solicitada.<br><br>*Madeline Santiago*<br>MADELINE SANTIAGO COSMÉ<br>5/11/2011   Firma                Teléfono | Aprobado por:<br><br><br>MARIA DEL C. MOLINA<br>Firma<br>SUPERVISORA DE CONTABILIDAD<br>Fecha    Título    Teléfono | Despachado por:<br><br><br>Firma<br><br><br>Título<br>Fecha    Teléfono |

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

Modelo SC 744
1 JUL 99

GOBIERNO DE PUERTO RICO

DEPT. DE LA FAMILIA/PROG. DET. INCAPACIDAD
Agencia

SAN JUAN, PUERTO RICO
Dirección

**OBLIGACION Y ORDEN DE COMPRA**

Original: Suplidor o ASG
1ra Copia: ACC
2da Copia: Agencia
3ra Copia: ACC-Inf. Rec. e Insp.
4ta Copia: Agencia-Inf. Rec. e Insp.
5a Copia: ASG Inf. Rec. e Insp.

PRIFAS

| IDENTIFICACION DEL DOCUMENTO: | | |
|---|---|---|
| Agen | Número de Orden de Compra | Fecha |
| 122 | 11142516 | 5/11/2011 |

| LN | Cta. | Fondo | Org. | Prog. | Asig | Año Pres. | Aport. Federal | Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio por Unidad | Precio Total | Propiedad Clase | Propiedad Núm de Unidad | Cantidad Despachada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Nota Importante: Según su oferta los bienes solicitados dispone de 3-6 dias laborables los cuales vencen el dia 3 JUNIO 11 De no haber realizado la entrega en o antes del dia establecido, su compañía vendrá obligada a compensar al Departamento con una suma de dinero equivalente al 1 % del valor de la mercancia ordenanda y no entregada por cada día de retraso, pero en ningún caso dicha excedera del 5% del valor de la mercancia ordenada y no entregada. El Departamento podrá reducir esa suma de cualquier deuda que tuviera con el suplidor. Igualmente el Departamento se reserva el derecho de aplicar cualquier otra penalidad que estime pertinente por el incumplimiento de la entrega. | | | | | | | | |

Total o Subtotal

# TORCOS INC.
## Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 020271; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| 020271<br>DEPARTAMENTO DE LA<br>MILDRED VILLANUEVA<br>787 767-1500 | 11-130366 | | | | 10.40 | 10.40 |
| 020271<br>DEPARTAMENTO DE LA | | | | | 10.40 | 10.40 |
| Report Total | | | | | 10.40 | 10.40 |



**TORCOS, INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL: 787-276-1255 / 787-276-1254
FAX: 787-276-3403





# Invoice

Invoice Number:
11-130366

Invoice Date:
29 Sep 2011

Page:
1

787 276-1254, 3400, 3833

Sold To:
DEPT. DE LA FAMILIA REGION SAN JUAN
OFICINA DE COMPRAS
P.O. BOX 11218
SAN JUAN, PR 00910

Ship to:
PROGRAMA DETERMINACION DE INCAPACIDAD
EDF MERCANTIL PLAZA PISO 15 AL
HATO REY

767-1500

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 020271 | 11142516 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| DTD 787 923-1979 | gt | | 29/10/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | CHEGOJO215608 | PURELL - NXT - SANITIZER - 8/1000 ML. | 69.35 | 208.05 |

*paid - 0395 2077*
*197.65*
*Balance $10.40*

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE
_____ ES PARTE O TIENE ALGUN INTERES EN LAS
GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O
TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA
DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO
DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA
CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE
CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS.
LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO
PAGADOS. FECHA _____ FIRMA _____.

| | |
|---|---|
| Subtotal | 208.05 |
| Sales Tax | |
| Total Invoice Amount | 208.05 |
| Payment/Credit Applied | |
| TOTAL | 208.05 |

*TORCOS INC.*
*P.O.BOX 29708*
*SAN JUAN, PR 00929*

# Sales Order

Sales Order Number:

130366

Sales Order Date:

May 15, 2011

*RUSH*

Voice: 787 276 1255, 1254
Fax:   787 276 3403

Ship By:

May 15, 2011

Page:

1

Sold To:

DEPT. DE LA FAMILIA REGION SAN JUAN
OFICINA DE COMPRAS
P.O. BOX 11218
SAN JUAN, PR  00910

Ship To:

PROGRAMA DETERMINACION DE INCAPACIDAD
EDF MERCANTIL PLAZA PISO 15 AL
HATO REY

767-1500

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020271 | 11142516 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| MILDRED VILLANUEVA | LRM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | CHEGOJO215608 | PURELL - NXT - SANITIZER - 8/1000 ML. | 69.35 | 208.05 |

| | | |
|---|---|---|
| SIGNATURE | DATE 09-28-2011 | Subtotal | 208.05 |
| PRINT NAME Hector J Hernandez | HOUR 2:30 | Sales Tax | |
| PIECES _____ B/O _____ | | Freight | 0.00 |
| | **TOTAL ORDER AMOUNT** | 208.05 |

*NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.*

9/17/21 at 16:59:22.07

Page: 1

## TORCOS INC.
### Aged Receivables
### As of Sep 30, 2021

Filter Criteria includes: 1) IDs: 020390; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer Contact Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| 020390 DEPT. DE LA FAMILIA GLORIA AGOSTO 787-294-4965 | 12-141311 | | | | 395.82 | 395.82 |
| **020390 DEPT. DE LA FAMILIA** | | | | | **395.82** | **395.82** |
| **Report Total** | | | | | **395.82** | **395.82** |



# Invoice

**TORCOS,INC.**
CHEMICAL & JANITORIAL SUPPLIES

P.O. Box 29708, San Juan, P.R. 00929
TEL:787-276-1255 / 787-276-1254
787 276-1234  3400 3835
FAX: 787-276-3403

Invoice Number:
12-141311

Invoice Date:
26 Jun 2012

Page:
1

Sold To:
DEPT. DE LA FAMILIA
OFICINA DE COMPRA SECRETARIADO
PO BOX 11398
SAN JUAN, PR   00910

Ship to:
DEPARTAMENTO DE LA FAMILIA REGION
CAROLINA CENTRO GOBIERNO,
C/ FERNANDEZ JUNCOS,
CAROLINA
ROSA 585-1845

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 020390 | 1200024 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| DTD 787 923-1979 | LRM | | 26/7/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 18.00 BAGS | 3858150K | BAGS 55 GALS. 1.5M  BLACK 100/CS. | 21.99 | 395.82 |

BAJO PENA DE NULIDAD ABSOLUTA VERTIFICO QUE NINGUN SERVIDOR PUBLICO DE ES PARTE O TIENE ALGUN INTERES EN LAS GANANCIAS O BENEFICIOS PRODUCTOS DEL CONTRATO OBJETO DE ESTA FACTURA Y SER PARTE O TENER INTERES EN LAS GANACIAS O BENEFICIOS DEL PRODUCTO DEL CONTRATO HA MEDIADO UNA DISPENSA PREVIA. LA UNICA CONSIDERACION PARA SUMINISTRAR BIENES O SERVICIOS OBJETO DEL CONTRATO HA SIDO EL PAGO ACORDADO CON EL REPRESENTANTE AUTORIZADO DE LA CORPORACION. EL IMPORTE DE ESTA FACTURA ES JUSTO Y CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO CORRECTO. LOS TRABAJOS DE CONSTRUCCION HAN SIDO REALIZADOS. LOS PRODUCTOS HAN SIDO ENTREGADOS (LOS SERVICIOS PROFESIONALES) Y NO HAN SIDO PAGADOS. FECHA_____ FIRMA _____

| | |
|---|---|
| Subtotal | 395.82 |
| Sales Tax | |
| Total Invoice Amount | 395.82 |
| Payment/Credit Applied | |
| **TOTAL** | 395.82 |

JOSUE?, INC.
P.O.B( 29708
SAN JUAN, PR 00929

Voice: 787 276 1255, 1254
Fax: 787 276 3403

**Sales Order**

Sales Order Number:
141311
Sales Order Date:
Jun 12, 2012

Ship By:
Jun 12, 2012
Page.
1

Sold To:

DEPT. DE LA FAMILIA
OFICINA DE COMPRA SECRETARIADO
PO BOX 11398
SAN JUAN, PR 00910

Ship To:

DEPARTAMENTO DE LA FAMILIA REGION
CAROLINA CENTRO GOBIERNO,
C/ FERNANDEZ JUNCOS,
CAROLINA
ROSA 585-1845

| Customer ID | PO Number | Sales Rep Name |
|---|---|---|
| 020300 | 1200024 | DAMARIS TORRES |
| Customer Contact | Shipping Method | Payment Terms |
| GLORIA ACOSTO | LPM | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 18.00 | BAGS3858150K | BAGS 55 GALS. 1.5M BLACK 100/CS. | 21.99 | 395.82 |

SIGNATURE _Anthony Pons M_  DATE _21/06/2012_
PRINT NAME _Anthony Pons_  HOUR ____
PIECES ____ B/O ____

| | |
|---|---|
| Subtotal | 395.82 |
| Sales Tax | |
| Freight | 0.00 |
| TOTAL ORDER AMOUNT | 395.82 |

NO ACEPTAMOS RECLAMACIONES POR MERCANCIA BIEN DESPACHADA, POR PRECIO O POR OVER STOCK. TODA
RECLAMACION DEBE SER NOTIFICADA AL PROXIMO DIA LABORABLE. DESDE EL 1RO DE JULIO SE ESTA COBRANDO EL 1.5%
DE SALES TAX, Y EL 5.5% A NIVEL ESTATAL. ESTA OFERTA ESTA SUJETA AL 1.5% POR LATE CHARGES MENSUALES. POR
FAVOR CUENTE SU MERCANCIA ANTES DE FIRMAR. ESTE DOCUMENTO ES FINAL.