



NEOPOST
09/20/2021
US POSTAGE $022.30
ZIP 00976
041M11462882

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

xpected delivery date specified for domestic use.
ost domestic shipments include up to $50 of insurance (restrictions
SPS Tracking® included for domestic and many international destina
imited international insurance.**
When used internationally, a customs declaration form is required.

surance does not cover certain items. For details regarding claims
lusions see the Domestic Mail Manual at http://pe.usps.com.
See International Mail Manual at http://pe.usps.com for availability and
itations of coverage.

**MEDIUM FLAT RATE BOX**
ONE RATE ■ ANY WEIGHT

FROM: Torcos Chemical & Jan.
P.O. Box 29708
San Juan P.R. 00929

CERTIFIED MAIL
7019 0140 0000 0554 93



To schedule free Package Pickup,
scan the QR code.

TO: Secretaria
Tribunal Distrito de los
Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767

USPS.COM/PICKUP

**TRACKED ■ INSURED**


SEP 22 2021



O-FRB2 June 2020