REPLICA DE OBJECCION GLOBAL

I. Datos de Contacto

Nombre: Gladys López Irizarry

Dirección: Urb. Jardines del Caribe
2A16 calle 45
Ponce, P.R. 00728

Teléfono de Contacto:     - residencia

                          - cellular  787-241-8644

II. Epígrafe

A- Secretaria (clerk office)

Tribunal de Distrito de Los Estados Unidos

# 150 Avenida Chardon

Edificio Federal

San Juan, PR 00918-1767

B- Estado Libre Asociado de Puerto Rico y otros deudores

C- Numero de procedimiento: 17-BK-3283-LTS

D- Objeción Global referente a la solicitud de dinero no pagados por El Estado Libre Asociado de PR

Numero de evidencia por reclamo: 174454 Ley 89- Julio 1995- Romerazo

III. El Tribunal no debe declarar la objeción global debido que es dinero adeudado mediante la aprobación por el gobierno del Estado Libre Asociado de PR de las leyes que se aprobación en el periodo que P.R.T.C era gobierno. La P.R.T.C pertenecía al Estado Libre Asociado 1999 que se concreto la venta de Telefónica.

IV. Documentación Justificativa que incluyen documentos que evidencian los años de Servicio con P.R.T.C Ponce PR de Enero 10/1977 hasta el 1 de abril 2020 Culminé mi labor como Frame Worker P.R.T.C

(Ponce PR) (ELA). Se está reclamando por las leyes aplicadas que cubren estos años de servicio donde P.R.T.C pertenecía al gobierno de PR. Se incluyen evidencia adicional favor de comunicarse con el que suscribe;

*Gladys López Irizarry*
Gladys López Irizarry



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**GLADYS LOPEZ IRIZARRY**
XXX-XX-0766

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 10 de enero de 1977.
- Trabajó como empleada regular hasta el 01 de abril de 2000.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 21 de julio de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords