From: Gladys [López ?]
Urb. Jardines del Caribe
2A10 Calle 45
Ponce, P.R. 00728



To: Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardon
Edificio Federal
San Juan, P.R. 00918-1767