Réplica de Objeción Global

I. Datos de Contacto

Wilfredo Pagán Durán
HC-3 Box 13722
Yauco, Puerto Rico
00698

Teléfono de contacto
787-516-0324

II. Epígrafe

A. Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
#150 Ave. Chardón Edificio Federal
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros deudores

C. Número de Procedimiento
17 BK 3283-LTS

D. Objeción Global referente a la solicitud por dinero no pagado por el Estado Libre Asociado de Puerto Rico concerniente a leyes aprobadas durante el periodo que Puerto Rico Telephone Company era Agencia de Gobierno. Número de evidencia de reclamo #174470-Ley 89-Julio 1995. El Rumoro

2021 SEP 22 PM 5:30 RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

III. El Tribunal no debe declarar la objeción global, debido mediante la aprobación del gobierno del Estado Libre Asociado por leyes que se firmaron durante el periodo que la Puerto Rico Telephone Company era Agencia de Gobierno del ELA.

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company en 31 de marzo de 1986 hasta el presente como Instalador Reparador de Estaciones III.

Se está reclamando por leyes aplicables que cubren esos años de servicio. Se incluyen documentos que evidencien este reclamo. De necesitar información adicional favor comunicarse con el que suscribe,

Wilfredo Pagán Durán

Wilfredo Pagán Durán

9/20/2021