

PO BOX 360998
SAN JUAN PR  00936-0998

## CERTIFICACION

### WILFREDO PAGAN DURAN
### XXX-XX-0834

Para el empleado de referencia certificamos lo siguiente:

❖ Ingresó a PRT/CLARO efectivo el 31 de marzo de 1986 y hasta el presente continúa laborando como empleado regular.

❖ Actualmente ocupa el puesto de Instalador Reparador de Estaciones III.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a  viernes, 29 de mayo de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords