



Wilfredo Pagán Durán
HC-3 Box 13722
Yauco, Puerto Rico
00698

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
150 Ave Chardón Edificio Federal
San Juan, Puerto Rico
00918-1767

2021 SEP 22 PM 5:30
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SJ, PR