Réplica de Objeción Global

I. Datos de Contacto

Lucinda Martínez Quiñones
HC-3 Box 13722
Yauco, Puerto Rico 00698

Teléfono de contacto
787-202-0793

II. Epígrafe

A- Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
#150 Ave Chardón, Edificio Federal
San Juan, Puerto Rico 00918-1767

B- Estado Libre Asociado de Puerto Rico y otros deudores

C- Número de Procedimiento
17 BK 3283 - LTS

D. Objeción Global Referente a la solicitud por dinero no pagado por el Estado Libre Asociado de Puerto Rico concerniente a leyes aprobadas durante el periodo que Puerto Rico Telephone Company era agencia de Gobierno

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:30

Número de la evidencia de Reclamo:
#174460 - Ley 89 - Julio 1995 - El Romerazo

III. El Tribunal no debe declarar la objeción global, debido mediante la aprobación del Gobierno del Estado Libre Asociado por leyes que se firmaron durante el periodo que la Puerto Rico Telephone Company era Agencia de Gobierno del ELA.

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company en Ponce, Puerto Rico desde 13 de enero de 1987 hasta 1 de Marzo de 2017. Culminé mi labor como Representante de Servicio III en Puerto Rico Telephone Company en Ponce Puerto Rico. Se está reclamando por las leyes aplicables, que cubren esos años de servicio. Se incluyen documentos que evidencian éste reclamo. De necesitar información adicional favor comunicarse con el que suscribe.

Lucinda Martinez Quiñones

*Lucinda Martinez Quiñones*

9/20/2021