

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**LUCINDA MARTINEZ**
XXX-XX-9019

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 13 de enero de 1987.
- Trabajó como empleada regular hasta el 01 de marzo de 2017.

Esta certificación tiene sello oficial a relieve que confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 26 de mayo de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords

