



Lucinda Martinez Quiñones
HC 3 Box 13722
Yauco, Puerto Rico
00698

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
150 Au Chardon Edificio Federal
San Juan Puerto Rico
00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:30