**<u>Exhibit A</u>**

Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING THE
URGENT MOTION OF THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES OF THE COMMONWEALTH
OF PUERTO RICO FOR EXPEDITED CONSIDERATION
OF ITS MOTION TO EXTEND THE VOTING DEADLINE FOR
HOLDERS OF CLAIMS IN CLASSES  51B, 51D, 51E, 51F, AND 51L**

Upon consideration of the *Urgent Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Expedite Consideration of the Motion to Extend the Voting Deadline for Holders of Claims in Classes 51B, 51D, 51E, 51F, and 51L* (the "**Urgent Motion**"),[2] the Court has found and determined that: (i) the Court has jurisdiction to consider the Urgent

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

Motion and the relief requested therein; (ii) venue is proper before this Court pursuant to PROMESA section 307(a), 48 U.S.C. § 2167(a); (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstance and no other further notice need be provided; and, (iv) the legal and factual bases set forth in the Urgent Motion establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. A telephonic hearing on the *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to Extend the Voting Deadline for Holders of Claims in Classes 51B, 51D, 51E, 51F, and 51L* ("**Voting Deadline Motion**") is hereby scheduled for September 28, 2021 at 2:00 p.m. (Atlantic Standard Time).

3. Responses to the Voting Deadline Motion, if any, shall be filed by September 24, 2021 at 5:00 p.m. (Atlantic Standard Time).

4. Replies in support of the Voting Deadline Motion, if any, shall be filed by September 27, 2021 at 5:00 p.m. (Atlantic Standard Time).

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2021

_____
Honorable Laura Taylor Swain
United States District Judge