# Replica Objeción Global

I. Datos de Contacto
    A. Nombre – Brenda T. Asencio Bernardini
    B. Dirección Postal: Repto. Anaida
        D3 calle Eclipse
        Ponce, P.R. 00716-2512
    C. Tel. contacto: (787) 974 – 2137

II. Epigrafe
    A. Dirección enviar objeción
       Secretaría (*Clerk's Office*)
       Tribunal de Distrito de los Estados Unidos (*United States District Court*)
       Sala 150 Edificio Federal (*Federal Building*)
       San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros Deudores
    C. Número de Procedimiento: 17 BK 3283-LTS
    D. Objeción Global referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico concerniente a unas leyes de aumentos que se aprobaron durante los años que la Telefónica era una Agencia del Gobierno.
- Número de las evidencias por reclamo
- Número de reclamación en el listado
  - 174322 Ley 89 de julio de 1995 El Romerazo.

III. El tribunal no debe declarar la Objeción Global debido a que son aumentos adeudados por el Gobierno de Puerto Rico por la ley arriba mencionada durante el periodo que la *Puerto Rico Telephone Company* era una Agencia del Gobierno de Puerto Rico.

IV. Documentación Justificativa
    Se incluye documentos que evidencian los años de servicios con *Puerto Rico Telephone Company* en Ponce, Puerto Rico desde el 6 de abril de 1992 hasta el 01 de julio de 2012. Culminé mi labor como Representante de Servicio III en PRTC Ponce, PR. y ELA. Se está reclamando por las leyes aplicables que cubre estos años de servicios en comunicaciones.

    Se incluye documentos que evidencian este reclamo.

    De necesitar información adicional favor de comunicarse con el que subscribe

                                             Brenda T. Asencio Bernardini
                                             *Brenda T. Asencio*