Brenda T. Asencio Bernardini
Repto Araida
D-3 calle Eclipse
Ponce P.R 00716-2512



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918