REPLICA DE OBJECCION GLOBAL

I. Datos de Contacto

Nombre: José Rodriguez Arroyo

Dirección: Urb. Valle del Rey 4870 Calle Lanceoda Ponce P.R. 00728-3516

Teléfono de Contacto: - residencia

- cellular -787- 415-8243
787- 484-4616

II. Epígrafe

A- Secretaria (clerk office)

Tribunal de Distrito de Los Estados Unidos

# 150 Avenida Chardon

Edificio Federal

San Juan, PR 00918-1767

B- Estado Libre Asociado de Puerto Rico y otros deudores

C- Numero de procedimiento: 17-BK-3283-LTS

D- Objeción Global referente a la solicitud de dinero no pagados por El Estado Libre Asociado de PR

Numero de evidencia por reclamo: 174583 Ley 89- Julio 1995- Romerazo

III. El Tribunal no debe declarar la objeción global debido que es dinero adeudado mediante la aprobación por el gobierno del Estado Libre Asociado de PR de las leyes que se aprobación en el periodo que P.R.T.C era gobierno. La P.R.T.C pertenecía al Estado Libre Asociado 1999 que se concreto la venta de Telefónica.

IV. Documentación justificativa que incluyen documentos que evidencian los años de Servicio con P.R.T.C Ponce PR de 22/enero/1973 hasta el 1 de julio 2003 Culminé mi labor como Frame Worker P.R.T.C

(Ponce PR) (ELA). Se está reclamando por las leyes aplicadas que cubren estos años de servicio donde P.R.T.C pertenecía al gobierno de PR. Se incluyen evidencia adicional favor de comunicarse con el que suscribe;

_____
José Rodríguez Arroyo