

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:31

## CERTIFICACION

### JOSE RODRIGUEZ ARROYO
### XXX-XX-6833

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 22 de enero de 1973.
- Trabajó como empleado regular hasta el 1 de julio de 2003.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 28 de julio de 2020.

*Abigail Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords