José Rodríguez Arroyo
Urb. Valle del Rey 4870
Calle Lanceoda
Ponce P.R. 00728-3516



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:31

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardon
Edificio Federal
San Juan, P.R. 00918-1767