19sep2021

Karine Lafontant Besson

Urb. Sagrado Corazon 1698, San Julian St.

San Juan, PR. 00926

Seg Soc: xxx-xx-2565



ATT; In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

Adjunto envio evidencia de documentos que evidencian gestiones hechas acorde a procedimiento en fechas establecidas.

1. FORMULARIO OFICIAL 410 (6/21/2018)

2. Evidencia de envio del documento (USP 6/29/2018)

3. Demanda Carrera Magisterial (17/jul/2008)

4. Informe de Licencias acumuladas al 15 dic 2017