# CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:33

17 de julio de 2008

Re: Demanda Carrera Magisterial

Estimado Maestro Orientador y Trabajador Social:

En el caso de Maestros Orientadores y Trabajadores Sociales, hemos solicitado al Tribunal atienda su caso de manera individual, a raíz de la decisión del Tribunal Supremo.

Su nombre está incluido específicamente en la Demanda. Hemos solicitado como primer remedio que el Tribunal determine si la Ley de Carrera Magisterial fue discriminatoria al excluir a los Maestros Orientadores y Trabajadores Sociales de los beneficios de dicha Ley.

Esperamos que dicha primer solicitud se atienda prontamente. Tan pronto como el Tribunal haga una determinación de esta conclusión, solicitaremos vista en su fondo, para lo cual nos comunicaremos con usted.

El compromiso de la Asociación de Maestros de Puerto Rico es tramitar este caso hasta sus últimas consecuencias.

Le mantendremos informado.

Atentamente,

MELISSA LÓPEZ DÍAZ

#209777.1

MAIN OFFICE
403 MUÑOZ RIVERA AVENUE • HATO REY, PR 00918-3345
PO BOX 364966 • SAN JUAN, PR 00936-4966
TEL. (787) 767-9625 • FAX (787) 764-4430 • www.cnrd.com

REGIONAL OFFICE
ROVIRA OFFICE PARK • SUITE 401 • 623 LA CEIBA AVENUE • PONCE, PR 00717-1902
TEL. (787) 848-0666 • FAX: (787) 841-1435 • www.bufete-emmanuelli.com


GOBIERNO DE PUERTO RICO

Secretaría Auxiliar de Recursos Humanos
Oficina de Tiempo, Asistencia y Licencias

ID-EMPLEADO: 50535

**LAFONTANT BESSON, KARINE**
**SEGURO SOCIAL: XXX-XX-2565**
**PROGRAMA / PUESTO: 9974 / R37662**
**REGIÓN: SAN JUAN Y SUS DISTRITOS ESCOLARES**
**DISTRITO: San Juan (III,IV,V)**
**ESCUELA: AMALIA MARIN (SAN JUAN V)**

WILFREDO FALCÓN NEGRÓN
DIRECTOR
OFICINA DE TIEMPO, ASISTENCIA Y LICENCIA

*INFORME DE LICENCIAS*

CONFORME A NUESTROS RECORDS DE ASISTENCIA USTED TIENE ACUMULADO HASTA EL 15 DE DICIEMBRE 2017:

    15 DÍAS 4 HORAS DE LICENCIA POR VACACIONES REGULARES

    35 DÍAS 5 HORAS DE LICENCIAS POR ENFERMEDAD

LOS BALANCES AQUÍ ANOTADOS PUEDEN VARIAR EN CASO QUE NOS INFORMEN AUSENCIAS INCURRIDAS POR USTED NO INFORMADAS ANTERIORMENTE.

EN VIRTUD DE LA LEY 26-2017, LA LICENCIA POR VACACIONES SE PODRÁ ACUMULAR HASTA UN MÁXIMO DE SESENTA (60) DÍAS LABORABLES Y LA LICENCIA POR ENFERMEDAD HASTA UN MÁXIMO DE NOVENTA (90) DÍAS, AL FINALIZAR CUALQUIER AÑO NATURAL. DE LOS BALANCES INFORMADOS EN ESTA CARTA, PODRÁ VER SI USTED CUENTA CON BALANCES EN EXCESO DE LOS TOPES MÁXIMOS ESTABLECIDOS POR LEY.

TODO PERSONAL DEBERÁ DISFRUTAR LA TOTALIDAD DE LOS DÍAS DE LA LICENCIA DE VACACIONES ACUMULADAS EN EXCESO DE LOS SESENTA (60) DÍAS DEL 2016 NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017. DE IGUAL FORMA, LOS DÍAS DE VACACIONES ACUMULADAS EN EL AÑO NATURAL 2017, QUE PUEDE ACUMULAR EN EXCESO DE LOS SESENTA (60) DÍAS, DEBERÁN DISFRUTARSE NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017. DESPUÉS DEL 31 DE DICIEMBRE DE 2017, SE PERDERÁ EL BALANCE EN EXCESO QUE NO HAYA SIDO UTILIZADO.

TODO PERSONAL QUE TENGA EXCESOS DE LOS NOVENTA (90) DÍAS DE LICENCIAS DE ENFERMEDAD ACUMULADAS EN EL AÑO NATURAL 2016, TIENE EL DERECHO DE UTILIZARLOS CUANDO ESTÉ ENFERMO. DE IGUAL FORMA, LOS DÍAS DE ENFERMEDAD ACUMULADAS EN EL AÑO NATURAL 2017, QUE PUEDE ACUMULAR EN EXCESO DE LOS NOVENTA (90) DÍAS, SE UTILIZARÁN CUANDO ESTÉ ENFERMO NO MÁS TARDE DEL 31 DE DICIEMBRE DE 2017. CUANDO EL EMPLEADO SE AUSENTE DEL TRABAJO POR ENFERMEDAD POR MÁS DE TRES (3) DÍAS, SE PODRÁ EXIGIR UN CERTIFICADO MÉDICO, CONFORME A LOS CRITERIOS DISPUESTOS EN LA LEY 26-2017. DESPUÉS DEL 31 DE DICIEMBRE DE 2017, SE PERDERÁ EL BALANCE EN EXCESO DE

CUALQUIER RECLAMACIÓN DEBERÁ SER MEDIANTE COMUNICACIÓN ESCRITA POR MEDIO DEL CORREO ELECTRÓNICO A:
BalancesTAL@de.pr.Gov <mailto:BalancesTAL@de.pr.Gov>.



P.O. Box 190759, San Juan PR 00919-0759 • Tel.: (787)773-3488, 3489

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología



**FROM:** Karine Rolland Besson  
Segundo Corazon 1608  
Cupey, San Juan, P.R. 00926

**TO:** Commonwealth of Puerto Rico  
c/o Claims Processing Center  
c/o Prime Clerk LLC  
830 3rd Avenue, 9th floor, P.O. Box 4708  
NY, NY 10163-4708

PO ZIP Code: 00926  
Date Accepted: 6-28-18  
Time Accepted: 11:29 AM  
Postage: $24.70  
Total Postage & Fees: $24.70

---

```
=========================================
             CUPEY
     369 CALLE SAN CLAUDIO FRNT
             SAN JUAN
               PR
            00926-9998
            4284770024
06/28/2018    (800)275-8777    11:31 AM
=========================================
=========================================
Product                  Sale      Final
Description              Qty       Price

PM Exp 1-Day              1        $24.70
Flat Rate Env
   (Domestic)
   (NEW YORK, NY  10163)
   (Flat Rate)
   (Signature Waiver)
   (Scheduled Delivery Date)
   (Friday 06/29/2018 12:00 PM)
   (Money Back Guarantee)
   (USPS Tracking #)
   (EE201519614US)
PM Exp                    1        $0.00
Insurance
   (Up to $100.00 included)

Total                              $24.70

Debit Card Remit'd                 $24.70
   (Card Name:Debit Card)
   (Account #:XXXXXXXXXXXX0905)
   (Approval #:        )
   (Transaction #:992)
   (Receipt #:027870)
   (Debit Card Purchase:$24.70)
   (Cash Back:$0.00)

Includes up to $100 insurance

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
           www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

              Go to:
       https://postalexperience.com/Pos

       840-5006-0113-002-00033-61804-02

          or scan this code with
          your mobile device:
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form)
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación 04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   **Karine Lafontant Besson**
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

2. [blank] ¿Esta reclamación se ha adquirido de otra persona?
   - ☒ No / No
   - ☐ Yes. From whom? / Sí. ¿De quién? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

   **Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?**

   Name / Nombre: Karine Lafontant Besson
   Number / Número — Street / Calle: Sagrado Corazón 1698 San Julián
   City / Ciudad: San Juan, State / Estado: P.R. ZIP Code / Código postal: 00926
   Contact phone / Teléfono de contacto: (787) 501-9829
   Contact email / Correo electrónico de contacto: K_lafontant@hotmail.com

   **Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

   [blank]

4. Does this claim amend one already filed? / ¿Esta reclamación es una enmienda de otra presentada anteriormente?
   - ☒ No / No
   - ☐ Yes. Claim number on court claims registry (if known) / Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
     Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim? / ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?
   - ☒ No / No
   - ☐ Yes. Who made the earlier filing? / Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2: Give Information About the Claim as of the Petition Date**
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? / ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?
   - ☐ No / No
   - ☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
     Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).
     _____

7. Do you supply goods and / or services to the government? / ¿Proporciona bienes y / o servicios al gobierno?
   - ☒ No / No
   - ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $_____

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ Desconocido . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Liquidación días de enfermedad, Carrera magisterial |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |

Modified Official Form 410                    Proof of Claim                                page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 6/21/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _K.dL_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: **Karine Lafontant Besson**
First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido

Title / Cargo: **acreedor**

Company / Compañía: **Ninguna**
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: **Sagrado Corazon 1698, Calle San Julian**
Number / Número  Street / Calle

**San Juan**  **P.R.**  **00926**
City / Ciudad  State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto: **(7?)501-9829** / Correo electrónico: **K_lafontant@hotmail.com**

Modified Official Form 410   Proof of Claim   page 4