Karrie Lafontant Besson
Urb. Sagrado Corazón 1698, Calle Sn Julian
S.J. 00926

CERTIFIED MAIL
7021 0350 0000 2591 0135

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00926
SEP 20, 21
AMOUNT
$5.31
R2304N117508-20

Clerk's Office
Tribunal Distrito G.U.
150, Calle Chardón
San Juan, P.R.
00918

2021 SEP 22 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN