UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <br> et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 22, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 23, 2021

1. Lydia E. Gordian Medina
2. Wanda Ruiz Arizmendi
3. Zaida Hernandez Jirau
4. Sandra E. Rivera Ponce de Leon
5. Carlos R. Simonetti Torres
6. Rosita Laboy Cruz
7. Edna L. Rivera Salgado
8. Rosa M. Rodriguez Matos
9. Ramon A. Lisajo Crespo
10. Bethzaida Rosario Rivera
11. Maribella Martinez Bousquet (7 notices)
12. Herminia Devarie Cora
13. Evelyn Gonzalez Ortiz
14. Eva Lizardi Rodriguez
15. Maria M. Padin Rodriguez (3 notices)
16. Mildred Rivera Jusino
17. Carmen Pura Rodriguez Solis
18. Francisco A. Rodriguez Alicea
19. Edison Vega Vega
20. Sandra Diaz Chapman (2 notices)
21. Jose Vega Torres
22. Iraida Vega Colon

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 23, 2021

23. Doris V. Soto Irizarry

24. Norma Rodriguez Cintron

25. Ana G. Robles Morales

26. Ermelinda Rivera Gonzalez

27. Daisy Quintana Velazquez

28. Milagros Cotto Zavala (2 notices)

29. Ines V. Rivera Perez (3 notices)

30. Roberto Lopez Arroyo

31. Noemi Guzman Muñoz

32. Amanda M. del P. Gonzalez Figueroa

33. Angeles del Carmen Miranda Colon (2 notices)

34. Federico Rodriguez Rodriguez

35. Edith Mediavilla Mercado

36. Maria Lina Montes Cordero (2 notices)

37. Anibal Ramos Pitre

38. Maria del Carmen Cruz Hernandez

39. Roberto Lopez Arroyo

40. Hilda A. Nieves Hernandez

41. Evelyn Mercado Irizarry

42. Carmen Haydee Lugo Ramirez

43. Hector Luis Morales Rosario

44. Myrtelina Ballester Ruiz

45. Kathia Ferrer Figueroa (6 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 23, 2021

    46. Carmen Alicia Cabrera Rodriguez

Dated: September 23, 2021