RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 6: 48

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Gordián Medina_

Participant's Address: _Jard. San Lorenzo A-7   Street 2   San Lorenzo, PR 00754_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Lydia E. Gordián Medina_
Signature

_Lydia E. Gordián Medina_
Print Name

_____
Title (if Participant is not an individual)

_September 14 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia E. Gurdian Medina
3rd. San Lorenzo
A-7 Street 2
San Lorenzo, P.R. 00754

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 6:48

00918-170399

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan, PR 00918-1767



NASHVILLE TN 370
17 SEP 2021  PM 4  L

Participant must provide all of the information below **in English**:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22  PM 6: 48

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ruiz Arizmendi_

Participant's Address: _P.O Box 1298, Rincón, PR 20677_

Participant's Email Address: _wanda.ruiz.1963 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33312_

Nature of Claim: _Pension / retiree claim_

By: _Wanda Ruiz Arizmendi_
Signature

_Wanda Ruiz Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wanda Ruiz Armenaki
P.O. Box 1298
Rincón, PR 00677

NASHVILLE TN 370
17 SEP 2021 PM 2 L

00918-170399

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

2021 SEP 22 PM 6:48
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zaida Hernández Jirau_

Participant's Address: _Apartado 1234, Lares P.R. 00669_

Participant's Email Address: _elgrito23@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#1702_

Nature of Claim: _Dpto. Educación (Ley de Retiro de Maestros)_

By: _[signature]_
Signature

_Zaida Hernández Jirau_
Print Name

_____
Title (if Participant is not an individual)

_August, 15th 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoila Henrich Irace
Apartado 1334
Lares P.R. 00669

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 6:48

00915-372801

United States District Court,
Clerk's Office, 150 Ave. Carlos
Suite 150, San Juan Puerto Rico
00918-1767.

MEMPHIS TN 380
10 SEP 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra E. Rivera Ponce De Leon_

Participant's Address: _HC-03 Box 12465 Carolina P.R. 00987_

Participant's Email Address: _sandraalexmarie@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12518_

Nature of Claim: _Employees Retirement System of the Government of the commonwealth of Puerto Rico_

By: _Sandra E. Riv_
Signature

_Sandra E. Rivera Ponce De Leon_
Print Name

_____
Title (if Participant is not an individual)

_20 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RE___ _____
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 6: 48



**Ms Sandra Rivera**
HC 3 Box 12465
HC 3
Carolina, PR 00987

0059188 1703  C018

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon ste.150
San Juan P.R. 00518-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Carlos R. Simonetti Torres_

Participant's Address:   _Urb. Villa del Rey 2  2H35 Calle Calos P.R. Caguas 00725-6210_

Participant's Email Address:   _carlos r simonetti @gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _33613_

Nature of Claim:   _Notice of Intent to Participate_
_PROMESA TITLE III_
By:   _____   _No. 17 BK 3283 LTS_
Signature

_Carlos R. Simonetti Torres_
Print Name

_____
Title (if Participant is not an individual)

_08/12/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22  PM 5:

Carlos A. Jimenez Ri.
Urb. Villa del Rey 2
2423 Calle Jolee
capurre P.R. 00725-6218

United States District
Court, Clerk la Office,
150 Ave. Carlos Chardon Ste.
150, San Juan P.R.

MEMPHIS TN 380
13 SEP 2021 PM 2  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Rosita Laboy Cruz_

Participant's Address: _P.O Box 840 Lajas, P.R. 00667_

Participant's Email Address: _jacinta 4672 @ g.mail. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(17 BK 3283 LTS) All_
_17 BK 3283 - LTS_

Nature of Claim: _Title III_

By: _Rosita Laboy Cz_
Signature

_Rosita Laboy Cruz_
Print Name

_____
Title (if Participant is not an individual)

_7 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Borta Laboy Cruz
Box 890
Lajas, PR 00667

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5: 37

United States District Court,
Clerk's Office 150 Ave. Carlos Chardon
Ste. 150, San Juan, PR. 00918 - 1767

00918-170625

NASHVILLE TN 370
10 SEP 2021 PM 5 L

FOREVER / USA

Case:17-03283-LTS   Doc#:18219-1   Filed:09/23/21   Entered:09/23/21 10:23:04   Desc:
Pro se Notices of Participation   Page 13 of 133

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Salgado, Edna L._

Participant's Address: _HC46 Box 5846 Dorado, P.R. 00646-9790_

Participant's Email Address: _rivera edna luz @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103705_

Nature of Claim: _Public employee and pension/retiree claims_

By: _Edna L. Rivera Salgado_
Signature

_Edna L. Rivera Salgado_
Print Name

_____
Title (if Participant is not an individual)

_September 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edna J. Riviere Salgado
HC46 Box 5846
Dorado, P.R. 00646-9796

00918-170625

MEMPHIS TN 380
11 SEP 2021 PM 2

United States District Court, Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER USA

2021 SEP 22 PM 5:

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Rodriguez Matos_

Participant's Address: _Hc 2 Box 5271 Comerio, P.R. 00782_

Participant's Email Address: _rodriguezmatosrosa@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179017_

Nature of Claim: _Public Employee and Pension / Retire_

By: _Rosa M. Rodriguez Matos_
Signature

_Rosa M. Rodriguez Matos_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:35

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.





Rosa M Rodriguez Matos
HC 2 Box 5271
Comerio, PR 00782

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22   PM 5: 35

00918-170625

MEMPHIS TN 380
16 SEP 2021 PM 1 L

United States District Court
Clerks Office 150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918 - 1762



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón A. Lisojo Crespo_

Participant's Address: _P.O. Box 1079 San Sebastián, PR 00685_

Participant's Email Address: _ramonlisojo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Ramón A. Lisojo Crespo_
Signature

_Ramón A. Lisojo Crespo_
Print Name

_____
Title (if Participant is not an individual)

_9 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A. Lisojo Crespo
P.O. Box 1079
San Sebastián, P.R. 00685

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5:19

United States District Court,
Clerk's Office, 150 Ave. Chardon Ste-150
San Juan, P.R. 00918-1767

00918-176625

MEMPHIS TN 380
11 SEP 2021 PM 2 L

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Bethzaida Rosario Rivera*

Participant's Address: *calle 7-E-23 urb. Alt. de Peñuelas*

Participant's Email Address: *betsy2831@gmail.com*

Name of Counsel: *Commonwealth of Puerto Rico Employees Retirement System*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Promesa III*

By: *B. Chsario Rivera*
Signature

*Bethzaida Rosario Rivera*
Print Name

_____
Title (if Participant is not an individual)

*13/9/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

B. Rosario Rivera
Calle 7-E-23 Urb. AH.
de Peñuelas, Peñuelas P.R. 06624.

Clerk's office, 150 Ave.
Carlos Chardón Ste, 150
San Juan, P.R. 00918-1767.

00918-1706.25

16 SEP 2021 PM 3 L

MEMPHIS TN 380

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maribella Martinez Bousquit_

Participant's Address: _A-3 Calle 1, Urb El Naranjal, Levittown, Toa Baja P.R 00949_

Participant's Email Address: _martinezmaribella12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Retiro_

By: _Maribella Martinez Bousquit_
    Signature

_Maribella Martinez Bousquit_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribelle Martinez
A-3 Calle 1
Urb. El Naranjal
Toa Baja 00949

U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 3 20

00918-1706ٔ25

United States Court
Clerks Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00949

MEMPHIS TN 380
18 SEP 2021 PM 3 L

USA ★ FOREVER



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribelle Martinez Bousquet_

Participant's Address: _A-3 Calle 2 Urb El Naranjal, Levittown, Toa Baja 00949_

Participant's Email Address: _martinezmaribella12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Retiro_

By: _Maribelle Martinez Bousquet_
Signature

_Maribella Martinez Bousquet_
Print Name

_____
Title (if Participant is not an individual)

_9/14/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribelle Martinez
A-3 Calle 1
Urb. El Naranjal
Toa Baja P.R. 00949

00918-170625

MEMPHIS TN 380
18 SEP 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, ST. 150
San Juan P.R 00949

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Mariuelle Martinez, Bousquet_

Participant's Address: _A-3 Calle I Urb El Naranjal, Toa Baja, P.R. 00949_

Participant's Email Address: _martinezmaribella12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Retiro_

By: _Mariuelle Martinez Bousquet_
    Signature

_Maribella Martinez Bousquet_
Print Name

_____
Title (if Participant is not an individual)

_9/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribella Martinez
A-3 Calle 1
Urb. El Naranja
16a Beja, P.R. 00949

RECEIVED AND FILED
U.S...
SAN...
2021 SEP 22  PM 3:20

00918-170625

United States District Court
Clerks Office
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

18 SEP 2021  PM 3  L
MEMPHIS TN 380



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribella Martinez Bousquet_

Participant's Address: _A-3 Calle 2 Urb. El Naranjo, Levittown, Toa Baja P.R. 00942_

Participant's Email Address: _martnezmaribella12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Retiro_

By: _Maribelle Martinz Bousquet_
Signature

_Maribelle Martinez Bousquet_
Print Name

_____
Title (if Participant is not an individual)

_9/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribella Martinez
A-3 Cella 1
Ub. El Naranjal
Toa Baja, P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 22 PM 5: 24

00918-170625

MEMPHIS TN 380
18 SEP 2021 PM 3 L

United States Court
Clerks Office
150 Ave Carlos Chardin, St. 150
San Juan, P.R. 00949



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maribell Martinez Bousquet*

Participant's Address: *A-3 Calle 1 Urb. El Naranjal, Toa Baja, P.R. 00949*

Participant's Email Address: *martinezmaribella12@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-BK-3566-LTS*

Nature of Claim: *Retiro*

By: *Maribella Martinez Bousquet*
Signature

*Maribella Martinez Bousquet*
Print Name

_____
Title (if Participant is not an individual)

*9/10/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribella Martinez
A-3 Calle 1
Urb El Naranjal
Toa Baja, P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5: 25

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardin, S.T. 150
San Juan, P.R. 00949

MEMPHIS TN 380
18 SEP 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribelle Martinez_

Participant's Address: _A-3 Calle 1 Urb El Naranjal, Levittown, Toa Baja P.R. 00949_

Participant's Email Address: _martinezmaribelle12 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _17-BK-3566-LTS_

By: _Maribelle Martinez Bousquet_
Signature

_Maribelle Martinez Bousquet_
Print Name

_____
Title (if Participant is not an individual)

_9/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribelle Martinez
A-3 Celda I
Urb. El Naranjal
Toa Baja, P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Sep 22, PM 5:24

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Sta. 150
San Juan, P.R. 00918-1769





MEMPHIS TN 380

18 SEP 2021   PM 3   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Maribella Martinez Bousquet_

Participant's Address: _A-3 Calle 1 Urb. El Naranjal, Levittown, Toa Baja 00949_

Participant's Email Address: _martinezmaribella12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Retiro_

By: _Maribella Matinez Bousquet_
Signature

_Maribella Martinez Bousquet_
Print Name

_____
Title (if Participant is not an individual)

_9/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribelle Martinez
A-3 Calle 1
Urb. #1 Naranjo
Toa Baja, P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 22  PM 5: 24

00918-170625

United States Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00949

MEMPHIS TN 360

18 SEP 2021  PM 3  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribelle Martinez Bousquet_

Participant's Address: _A-3 Calle 1 Urb. El Naranjal, Levittown, Toa Baja 00949_

Participant's Email Address: _martinezmaribella12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Retiro_

By: _Maribella Matnz Bousquet_
Signature

_Maribella Martinez Bousquet_
Print Name

_____
Title (if Participant is not an individual)

_9/14/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Martinez
A-3 Calle 1
Urb #1 Narand
Toa Baja P.R. 00962

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

RECEIVED
CLERK US DIST CT
U.S. POSTAGE PAID
SAN...

MEMPHIS TN 380
18 SEP 2021 PM 3 L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herminia Devarie Cora*

Participant's Address: *HC-1 Box 5603 - Arroyo, P.R. 00714*

Participant's Email Address: *magali.devarie@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *171826*

Nature of Claim: _____

By: *Herminia Devarie Cora*
Signature

*Herminia Devarie Cora*
Print Name

_____
Title (if Participant is not an individual)

*13 de Septiembre 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hummie Delvano Cox
HC-1 Box 5603
Arroyo, P.R. 00714

MEMPHIS TN 380

16 SEP 2021 PM 3 L

00918-170525

Court's Clerk's office: United State District court
Clerk's 150 Ave - Carlos Chardon st. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Gonzalez-Ortiz_

Participant's Address: _4125 W. Pine Ridge Blvd, Beverly Hills, FL 34465_

Participant's Email Address: _draevelyngonzalez@hotmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Evelyn Gonzalez-Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_8|12|21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Evelyn Gonzalez Ortiz
4125 W. Pine Ridge Blv
Beverly Hills, Fl 34465

2021 SEP 22   PM 5:20

Court Clerk Office
Office 150 Ave Carlos Chardón
Suite 150, San Juan PR. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *EVA Lizardi Rodríguez*

Participant's Address: *1482 Ave. F. D. Roosevelt Apt 1105, San Juan PR 00920*

Participant's Email Address: *evailizardi@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-BK-3566-LTS*

Nature of Claim: *ERS*

By: *Eva Lizardi Rodríguez*
Signature

*EVA Lizardi Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*9-10-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eva Lizardi Rodriguez
1982 Ave. F.D Roosevelt Apt. 1105
San Juan, Puerto Rico 00920

00918-170625

MEMPHIS TN 380
18 SEP 2021   PM 3   L



United States District Court
Clerk's Office
150 Ave.Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Padin Rodriguez Maria U._

Participant's Address: _P.O. Box 976   Hatillo P.R. 00659_

Participant's Email Address: _mpadin 1230 @ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128144_

Nature of Claim: _Public Employs. and pension/Police Claims_

By: _Maria M Padin_
Signature

_Maria M. Padin Rodriguez_
Print Name

_Individual_
Title (if Participant is not an individual)

_09-06-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria M. Padilla
Box 936
Naranjito, PR
00659

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5 21

00918-170625

MEMPHIS TN 380
11 SEP 2021 PM 1 L

United States District Court
Clerk Office 150 Ave Carlos Chardón St.
Ste. 150, San Juan, PR.
00 918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Padin Rodriguez Maria M.*

Participant's Address: *P.O. Box 976 Hatillo P.R. 00659*

Participant's Email Address: *mpadin1230 @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *129279*

Nature of Claim: *Public Employs and pension / Retire Claims*

By: *Maria M Padin R*
Signature

*Maria M. Padin Rodriguez*
Print Name

*Individual*
Title (if Participant is not an individual)

*09-06-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M Ladio
Box 976
Hatillo P.R.
00659

MEMPHIS TN 380
11 SEP 2021 PM 1 L

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

United States District Court
Clerk office 150 Ave Carlos Chardon St.
Ste. 150, San Juan, P.R.
00 918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5 21

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Padin Rodriguez Maria M*

Participant's Address: *P.O. Box 976 Hatillo P.R. 00659*

Participant's Email Address: *mpadin1230@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *115517*

Nature of Claim: *Public Employ end pension / Retire Claims*

By: *[signature]*
   Signature

*Maria M. Padin Rodriguez*
Print Name

*Individual*
Title (if Participant is not an individual)

*09-06-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria M. Pablo
Box 937-B
Naguabo, P.R.
00657

RECEIVED AND FILED
CLERK DISTRICT COURT
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 22  PM 5 21

00918-1706.25

MEMPHIS TN 380
11 SEP 2021  PM 1 L

United States District Court
Clerk office  150 Ave Carlos Chardon St.
Ste. 150,  San Juan, P.R.
00 918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MILDRED RIVERA JUSINO_

Participant's Address: _URB LAS VEGAS, D-31 AVE FLOR DEL VALLE CATAÑO, PR 00962-6505_

Participant's Email Address: _ARCOIRIS24@YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105929    155678_

Nature of Claim: _EMPLOYEES RETIREMENT SYSTEM_

By: _[signature]_
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature

_MILDRED RIVERA JUSINO_
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Print Name

_____
Title (if Participant is not an individual)

_13 SEPT 2021_
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MILDRED RIVERA JUSINO
URB. LAS VEGAS
D-31 AVE. FLOR DEL VALLE
CATAÑO, PR. 00962-6505

00918-1706825

NASHVILLE TN 370
17 SEP 2021   PM 4 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Pura Rodriguez Solis_

Participant's Address: _355 Calle Galileo - Apt 5-D ; Cond. Jdns I ; San Juan 00927-_

Participant's Email Address: _CPURA 1943@ gMail.Com_

Name of Counsel: _No aplica_

Address of Counsel: _No aplica_

Email Address of Counsel: _No aplica_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Accepted_

By: _Carmen Pura Rodriguez Solis_
    Signature

_Carmen Pura Rodriguez Solis_
Print Name

_____
Title (if Participant is not an individual)

_13 de septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rana Rodriguez Solis
355 Galileo St., Apt. 5D
Cond. San Metropolitan I
San Juan, P.R. 00927

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP 22  PM 3:21

NASHVILLE TN 370

17 SEP 2021  PM 4  L

00918-170625

United States District Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco A. Rodríguez Alicea_

Participant's Address: _Urb Costa Sur Calle Mar Caribe Bloque D #6 Yauco, P.R. 00698_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105940_

Nature of Claim: _Depto. Education - División Comedor Escolar_

By: _Francisco A. R/ alisa_
Signature

_Francisco A. Rodríguez Alicea_
Print Name

_____
Title (if Participant is not an individual)

_6 - sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco A. Rodriguez Alicea
Urb Costa Sur Calle Mar Caribe
Bloque D #6
Ponce, PR. 00698

2021 SEP 22 PM 5: 21

RECEIVED FILED
U.S. CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
11 SEP 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office, 150 Ave
Carlos Chardón. St. 150
San Juan, PR. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edison Vega Vega_

Participant's Address: _P. O. Box 1516 Juana Diaz, PR 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Edison Vega Vega_
    Signature

_Edison Vega Vega_
Print Name

_P.O.Box 1516 J.Diaz, PR 00795_
Title (if Participant is not an individual)

_09-09-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edison Vega Vega
P.O. Box 1516
Juana Díaz, P.R. 00795

00918-170625

United States District,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150,
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Sandra L. Diaz, Chapman*

Nature of Claim: _____

By: *Sandra L. Diaz Chapman*
   Signature

_____
   Print Name

_____
   Title (if Participant is not an individual)

_____
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anita Betsy Chapman
Galle Aberdeen ?? Pking #620
Wg Mem Phthas
Tn Jun 38.20394

00918-17625

MEMPHIS TN 380
16 SEP 2021   PM 4  L

Courts Clerk's Office
United State District Office
Office 150  Ave Carlo Chardena st 150
Am Jun  P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra I. Diaz Chapman_

Participant's Address: _Calle domingo Cruz #620 Urb Villa Prades_ _San Juan PR_ _00924_

Participant's Email Address: _Sidihcp@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _3283_

Nature of Claim: _N/A_

By: _[signature]_
Signature

_Sandra I. Diaz Chapman_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

13/08/2021


Saludos,

En días recientes he recibido varias cartas en referencia a las reclamaciones realizadas, me encontraba de vacaciones fuera de Puerto Rico y no es hasta hoy que lleno los formularios y los envió, he llamado en varias ocasiones al número de teléfono que aparece bajo la reclamación 45153 1-844-822-9231, las personas amablemente me dan información, pero tengo varias dudas ya que con esta reclamación nos han solicitado varia información y la hemos enviado.

Es una reclamación ganada antes de la demanda y la agencia la entro en la ley de quiebra y no nos ha pagado la misma, querella la cual ya habíamos ganado y nos encontrábamos en espera de determinar el monto a pagar.

Me gustaría si pudieran darnos más información se lo agradeceré.

Se pueden comunicar al 787-203-5477
Dirección:  Calle Domingo Cruz 620
Urb Villa Prades
San Juan PR  00924


Respetuosamente

Sandra I. Díaz Chapman

Sandra Delray Chapman
Call Assessment Program #620
Web Jello Broker
Sandra Jean PR 200094

Courts Clerk's Office
United State District Courts Clerks
Office 150 Ave Carlos Chardons #6 150
Sandra Jean PR 00918-1767

MEMPHIS TN 380
16 SEP 2021 PM 4 L

FOREVER / USA

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:
   *(Enmendado)*

Participant's Name: _Jose' L. Vega torres_

Participant's Address: _P. O. Box 1516 Juana Diaz PR 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

*Fallecido* _Jose Vega torres_
   Print Name

_____
   Title (if Participant is not an individual)

_09-09-2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pricila Vega Colon
P.O. Box 1516
Luona Diaz, PR. 00795

NASHVILLE TN 370
17 SEP 2021 PM 3
U.S. POSTAL COURT
SAN JUAN P.R.

2021 SEP 22 PM 5:22

00918-170625

United States District
Clerk's Office, 150 Que-
Carlos Charlin Ste. 150,
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iraida Vega Colón_

Participant's Address: _P.O. Box 1516 Juana Diaz PR 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Iraida Vega Colón_
Signature

_Iraida Vega Colón_
Print Name

_____
Title (if Participant is not an individual)

_09-09-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Paula Vega Colon
P.O. Box 1516
Juana Diaz, PR. 00795

00918-170625

United States District
Clerk's Office, 150 Que.
Carlos Chardon St. 150.
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Doris V. Soto Irizarry_

Participant's Address: _Urb. Altamira Box 702 Lares PR 00669_

Participant's Email Address: _dorissoto1978@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _17-BK-3566-LTS Ritirement System of Gov gt commanwelth of P.R._

By: _Doris V. Soto Irizarry_
Signature

_Doris V. Soto Irizarry_
Print Name

_____
Title (if Participant is not an individual)

_septra-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Doris V. Soto Irizarry
Urb. Altamira
Box 102 Lares, P.R.
00669

00918-170625

United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Rodriguez Cintrón_

Participant's Address: _Urb. Las Flores calle 4-I-8 Juana Diaz P.R. 00795_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122098, 50843_

Nature of Claim: _Claim for money owed for years of service as a teacher of Intermediate Level Spanish in the Education Department of Puerto Rico._

By: _Norma Rodriguez Cintrón_
Signature

_Norma Rodriguez Cintrón_
Print Name

_N/A_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Rodriguez Cintron
Urb. Las Flores
calle 4-I-8
Juana Diaz, P.R.
00795

RECEIVED AND
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

20 SEP 22 PH 5

00918-170625

United States District Courts,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

NASHVILLE TN 370
17 SEP 2021 PM 5 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ana G Robles Morales*

Participant's Address: *Estancias de Juncos 127 Camino de la Colina, Juncos, P.R. 00777*

Participant's Email Address: *ana 0141@hotmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *151333*

Nature of Claim: _____

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*10 de sept. 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana G. Robles Morales
Estancias de Juncos
187 Camino de la Colina
Juncos, P.R. 00777

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:33

00918-170625

MEMPHIS TN 380
16 SEP 2021   PM 3   L

&

United States District Court
Clerk's Office 150 Ave
Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ermelinda Rivera González_

Participant's Address: _Urb. La Vega Calle A #34, Villalba, PR 00766_

Participant's Email Address: _____

Name of Counsel: _BERNARDO NIGRIN MONTALVO_

Address of Counsel: _57 Calle Muñoz Rivera, Villalba, PR 00766_

Email Address of Counsel: _tobioslaw50@live.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1) BK-3285 LTS_

Nature of Claim: _PROMESA Title III_

By: _C. Rivera_
Signature

_Ermelinda Rivera González_
Print Name

_E. Rivera_
Title (if Participant is not an individual)

_13-09-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ermelinda Rivera Gonzalez
Box 543
Villalba, Puerto Rico, 00766

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5: 23

00918-170625

MEMPHIS TN 380
16 SEP 2021 PM 1 L

USA FOREVER
SEP 14 2021

United States District Court Clerk's
Office 150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Daisy Quintana Velazquez_

Participant's Address: _Palacios Reales 179 Zarzuela St Toa Alta PR 00953_

Participant's Email Address: _ladyquintana@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _—_

Nature of Claim: _—_

By: _Daisy Quintana_
    Signature

_Daisy Quintana Velazquez_
Print Name

_____
Title (if Participant is not an individual)

_13-September 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Quintana
Palacios Reales
179 Zarzuela St.
Toa Alta PR 00953

MEMPHIS TN 380
18 SEP 2021 PM 2 L

00918-170625

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5: 23

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan PR 00918-1767



Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Cotto Zavala_

Participant's Address: _PO Box 1112 Gurabo, PR 00778_

Participant's Email Address: _milly1692 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56486_

Nature of Claim: _503 (b)(9) Admin Priority_

By: _[signature]_
Signature

_Milagros Cotto Zavala_
Print Name

_____
Title (if Participant is not an individual)

_30 | 08 | 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MEMPHIS TN 380

1 SEP 2021 PM 3 L

JRY SEP 22 PM 5:24

Milagros Cotto
P.O Box 1117
Gurabo, P.R. 00778.

Courts Clerks office
United States District Court Clerks office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Cotto Zavala_

Participant's Address: _PO Box 1112 Gurabo, PR 00778_

Participant's Email Address: _milly1692 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56635_

Nature of Claim: _503(b)(9) Admin Priority_

By: _signature_
   Signature

_Milagros Cotto Zavala_
Print Name

_____
Title (if Participant is not an individual)

_30/08/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Cotto
P.O Box 1112
Curabo, P.R. 00778.

MEMPHIS TN 380

1 SEP 2021 PM 3 L

SEP 22 PM 8:24

Courts Clerks office
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Rivera Pérez, Inés V._

Participant's Address: _100 PARKEAST Apt. 126 Bayamón, PR 00961-8364_

Participant's Email Address: _vrivera1608@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _148957_

Nature of Claim: _Law 89   Carlos Romero Barceló (Romeraso)_

By: _Inés V. Rivera Pérez_
Signature

_Ines V. Rivera Pérez_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis J. Rivera Berrios
100 PARK EAST Apt. 126
Bayamón, PR 00961-8364

United States District Court, Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
18 SEP 2021 PM 2 L

00918-170625

Case:17-03283-LTS   Doc#:18219-1   Filed:09/23/21   Entered:09/23/21 10:23:04   Desc:
Pro se Notices of Participation   Page 82 of 133

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Pérez, Inés V._

Participant's Address: _100 PARKEAST Apt-126   Bayamón, PR 00961-8364_

Participant's Email Address: _vrivera1608@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164385_

Nature of Claim: _Law 173 Aníbal Acevedo Vilá_

By: _Inés V. Rivera Pérez_
Signature

_Inés V. Rivera Pérez_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis J. Rivera Oeun
100 PARK EAST Apt. 126
Guaynabo, PR 00961-8364

United State District Court, Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
18 SEP 2021 PM 2 L

2021 SEP 22 PM 5:24

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Pérez, Inés V._

Participant's Address: _100 PARK EAST Apt. 126 Bayamón P.R. 00961-8364_

Participant's Email Address: _vrivera1608@gmail_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113036_

Nature of Claim: _Law  96  Sila Calderón_

By: _Inés V. Rivera Pérez_
Signature

_Inés V. Rivera Pérez_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis V. Rivera Diaz
100 PARK EAST Apt. 126
Bayamón, PR 00961-8364

United State District Court, Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
18 SEP 2021 PM 2 L

2021 SEP 22 PM 5:24

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Lopez Arrayo_

Participant's Address: _Residencial Juana Matos EDIF # 58 Apt 515_
_Catano PR 00962_

Participant's Email Address: _robertlopez051954@gmail.com_

Name of Counsel: _Not represented by counsel_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43809_

Nature of Claim: _Pension / Retiree_

By: _Roberto Lopez Arroyo_
Signature

_Roberto Lopez Arroyo_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Lopez Arroyo
Public Housing Project Juana Matos
Bldg # 58 Apt. 575
Catano, P.R. 00962

RECEIVED DATE FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



MEMPHIS TN 380
18 SEP 2021 PM 2 L

USA FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Noemi Guzman Munoz

Participant's Address: Reparto Teresita Calle 26 AB2 Bayamón, PR 00961

Participant's Email Address: nocguz16@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa III

By: _Noemi Guzman Munoz_
Signature

Noemi Guzman Munoz
Print Name

_____
Title (if Participant is not an individual)

11 Sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemi Guzmán Muñoz
Reparto Teresita
AB 2 calle 26
Bayamón, PR 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

'21 SEP 22  PM 5:25

00918-170625

MEMPHIS TN 380
18 SEP 2021  PM 2 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amanda M. del P. Gonzalez Figueroa_

Participant's Address: _Calle Santo Domingo # 12_

Participant's Email Address: _edmayra616@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50802_

Nature of Claim: _____

By: _Amanda M. del P. Gonzalez Figueroa_
Signature

_Amanda M. del P. Gonzalez Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_4-Sept.-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Amanda M del P. Gonzales Figueroa
Calle Santo Domingo #12
Yauco, PR 00698

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22   PM 5: 25

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

16 SEP 2021   PM 3   L

MEMPHIS TN 380



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Angeles del Carmen Miranda Colón_

Participant's Address: _URB. ALTAMESA #1392 San Ignacio S.J.P.R. 00921_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137196_

Nature of Claim: _____

By: _Angeles Miranda Colón_
Signature

_Angeles Miranda Colón_
Print Name

_____
Title (if Participant is not an individual)

_9 / sept. / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: A. Miranda
Altamesa, San Ignacio St. #592
San Juan, Puerto Rico 00921

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 5: 25

00918-1706.25

To: Courts Clerks Office
United States District Court
Clerks Office, 150
Ave. Chardon, Ste. 150
San Juan, Puerto Rico
00918-1767

MEMPHIS TN 380

16 SEP 2021  PM 3  L

FOREVER/USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angeles del Carmen Miranda Colon_

Participant's Address: _Urb. Altamesa, San Ignacio St. #1392, S.J., P.R. 00921_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137196_

Nature of Claim: _____

By: _Angeles Miranda Colon_
Signature

_Angeles Miranda Colon_
Print Name

_____
Title (if Participant is not an individual)

_10/sept./2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: A. Miranda
Altmasang San Ignacio St #392
San Juan, Puerto Rico 00921

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:25

00918-1706.25

MEMPHIS TN 380
16 SEP 2021 PM 3 L

To: Courts Clerk's Office
United States District Court
Clerk's Office, 150
Ave. Chardon, Ste. 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Federico Rodriguez Rodriguez_

Participant's Address: _Estancia 1 Buzón 21 Cou. La Dolores_
_Rio Grande, PR 00745_

Participant's Email Address: _freddiecorvette54@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Employee's Retirement System_

By: _Federico Rodz. Rodz_
Signature

_Federico Rodriguez Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_09/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Federico Rodríguez Rodríguez
Estación 1 Buzón 21
Comunidad La Dolores
Rio Grande, PR 00745

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:26

00918-170625

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon
San Juan, PR 00918-1767

MEMPHIS TN 380

16 SEP 2021 PM 3 L



Participant must provide all of the information below in English:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: *Edith Mediavilla Mercado*

Participant's Address: *Calle Fortunato Vizcarrondo APT 5 8 SJ PR 00926-4442*

Participant's Email Address: *Edith Mediavilla 03 G ICloud. com*

Name of Counsel: *The Financial oversight and management for PR*

Address of Counsel: *The commonwealth of Puerto Rico*

Email Address of Counsel: *Puertorico info @ Primeclerk.com/*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Promesa Title III*

Nature of Claim: *No 17 BK 3283 - LTS*

By: *Edith Mediavilla Mercado*
    Signature

*Edith Mediavilla mercado*
Print Name

*Promesa*
Title (if Participant is not an individual)

*18 / 8 / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edith Medina Villa-Mercado
Gormando Vizarrondo
APT 58 SMT Juan PR 00926-4442

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 5: 26

00918-170625

MEMPHIS TN 380
18 SEP 2021  PM 3  L

United STATE District Court clerk's
Oficina 150 Ave Carlos Chardon
STE 150 San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María Lina Montes Cordero

Participant's Address: 1507- Calle Monte Grande, Urb. Monte Verde Manatí, P.R. 00674

Participant's Email Address: _____

Name of Counsel: No tengo ningun abogado

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 133587

Nature of Claim: Compensación por las leyes 89-96-164 que no me fueron pagadas mientras estaba prestando los servicios.

By: María Lina Montes Cordero
Signature

María Lina Montes Cordero
Print Name

Maestra Retirada (Junta Retiro Para Maestro)
Title (if Participant is not an individual)

11 de agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5: 26

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: María Lina Montes Cordero

Participant's Address: 1507 Calle Monte Grande Urb. Monte Verde Manatí, P.R. 00674

Participant's Email Address: _____

Name of Counsel: No tengo ningun abogado

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 133587

Nature of Claim: Compensación por las leyes 89-96-164 que no me fueron pagadas mientras estaba prestando los servicios.

By: María Lina Montes Cordero
    Signature

María Lina Montes Cordero
Print Name

Maestra Retirada (Junta Retiro para) Maestros
Title (if Participant is not an individual)

27 de agosto 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

27- agosto-2021

A quien pueda Interesar

Saludos Cordiales.

Deseo informarle que por
segunda vez les envió esta
información debido a que yo
la envié en carta certificada
y no recibí la contestación que
es la tarjeta verde del
correo firmada por ustedes
Como que recibieron dicha
información.

Por tal razón la
envió nuevamente por segunda
vez. Ya yo la había enviado
el 11 de agosto -2021. Y tengo
la evidencia como que se las
envié, adjunto copia de la evidencia.

Gracias por su atención.

Cordialmente,

María Lina Montes Cordero
1507- Calle Monte Grande
Urb. Monte Verde
Manatí, Puerto Rico 00674

2021 SEP 22 PM 5: 26

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



María Lima Montes Cordero
1507-Calle Monte Grande
Urbanización Monte Verde
Manatí, Puerto Rico 00674

CERTIFIED MAIL

7021 1970 0000 7933 6825

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan,
Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Anibal Ramos Pitre*

Participant's Address: *RR1 Box 37758 San Seb. P.R 00685*

Participant's Email Address: *santacruelo@Yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Claim of money #.17BK3283-LTS*

Nature of Claim: *Case 17-03283 LTS*

By: *Anibal Ramos Pitre*
Signature

*Anibal Ramos Pitre*
Print Name

_____
Title (if Participant is not an individual)

*13 Septiembre 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Anibal Ramos Pitre
RR1 Box 37758
San Sebastian P.R.
00685

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22   PM 5: 26

00918-170625

MEMPHIS TN 380

16 SEP 2021   PM 3   L

To: United States District court,
Clerk's Office,
150 AVE. Carlos Chardon St.
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Hernandez Maria del Carmen_

Participant's Address: _Estancias de la Parguera #1 Lajas P.R. 00667_

Participant's Email Address: _C.acuario @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _A→111969_
_B→146834_

Nature of Claim: _A→ public emploi. claim_
_B→ public Employee and pension / Retiree claims_

By: _Maria del C. Cruz Hernandez_
Signature

_Maria del Carmen Cruz._
Print Name

_____
Title (if Participant is not an individual)

_Septiembre 2, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:2?

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA del Cruz Hernandes
Estancias de la Pancguenas #1
Lajas P.R. 00667

United States District Court,
Clerk's Office, 150 AVE. Carlos
Chardon Ste. 150, SanJuan PR
00918-1767.

0091841706 C018

MEMPHIS TN 380
6 SEP 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5: 27

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Roberto Lopez Arroyo

Participant's Address: Residencial JUANA MATOS EDIF#58 APT 575 CATAÑO PR 00962

Participant's Email Address: robertlopez051954@gmail.com

Name of Counsel: not represented by counsel

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 43809

Nature of Claim: Pension/Retiree

By: _Roberto Lopez Arroyo_
Signature

Roberto Lopez Arroyo
Print Name

_____
Title (if Participant is not an individual)

September 10, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruberto Lopez Arroyo
Public Housing Project Bravos Matos
Bldg # 58 Apt 575
Cataño, P.R. 00962

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 5: 27

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

18 SEP 2021  PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Hilda A. Nieves Hernández*

Participant's Address: *C/Santa Ana E-25 Santa Elvira, Caguas PR 00725*

Participant's Email Address: *hildanieves0907@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *(17-03283) #Claim 123669-118029-121044*

Nature of Claim: _____

By: *[signature]*
Signature

*Hilda Nieves Hernández*
Print Name

_____
Title (if Participant is not an individual)

*9-Sept-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

2021 SEP 22  PM 5: 27
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5: 27

Hilda Nieves
C/ Santa Ana E-25
Santa Elvira, Caguas P.R.
80725

Court's Clerk's Office
United States District Court
Clerk's Office , 150 Ave.
Carlos Chardon Ste. 150
San Juan , P.R. 00918-1767

00918-170625

MEMPHIS TN 380
16 SEP 2021 PM 3 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Mercado Irizarry_

Participant's Address: _217 urb Savannah Real Paseo Real San Lorenzo 00754_

Participant's Email Address: _emercado@edpuniversity.edu_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Acepto descuento 8% pension_

By: _____
    Signature

_Evelyn Mercado Irizarry_
Print Name

_____
Title (if Participant is not an individual)

_4 Sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Haydeé Lugo Ramirez_

Participant's Address: _HC-2 Box 30855 Cabo Rojo PR 00623_

Participant's Email Address: _C.Yesmin @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Carmen H. Lugo Ramirez_
Signature

_Carmen Haydeé Lugo Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_September 3, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:2

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen Lugo Ramirez
Hc-2 Box 30855
Cabo Rojo PL 00623

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22  PM 5: 29

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00 918 - 1767

00918-170625

MEMPHIS TN 380

16 SEP 2021  PM 3  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Héctor Luis Morales Rosario*

Participant's Address: *882 FIJI Country Club 4ta ext San Juan 00924*

Participant's Email Address: *hlmorales6900@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PR 1845 SRF 55593      pack ID 244054*

Nature of Claim: _____

By: *Héctor L. Morales Rosario*
Signature

*Héctor L. Morales Rosario*
Print Name

_____
Title (if Participant is not an individual)

*September 11, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor L. Morales
882 FIJI
4ta ext. Country Club
San Juan PR 00924

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22 PM 5: 29

00918-170625

MEMPHIS TN 380

16 SEP 2021 PM 1 L

Discovery Notice to the Court's Clerk
United States District Court Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myrtelina Ballester Ruiz

Participant's Address: The Falls # 2, Carr 177, apt 408, Guaynabo P.R. 00966

Participant's Email Address: mirta.ballester@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 130457

Nature of Claim: Public employee and pension, retiree claim

By: _Myrtelina Ballester_
Signature

Myrtelina Ballester
Print Name

_____
Title (if Participant is not an individual)

28/agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mystelina Ballester
The Falls #2 Cars 177,
apt 408 Guaynabo P.R
00968

00918-170625

Courts Clerk's Office
United State District Court clerk's Office
150, Ave Carlos Chardoni, Ste 150
San Juan P.R 00918-1767



MEMPHIS TN

16 SEP 2021 PM

FOREVER / USA
FOREVER / USA

2021 SEP 22 PM 5:29

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Kathia Ferrer Figueroa_

Participant's Address: _HC 3 Box 22004 Rio Grande PR 00745_

Participant's Email Address: _KathiaFerrerpr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43633_

Nature of Claim: _PROMESA Title III_

By: _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13-sept-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ReadyPost
Document Mailer

0091841706 C018

RECEIVED AND FILED
SAN JUAN, PR
2021 SEP 22   PM 5: 34

From: Kathia Ferrer Figueroa
HC3 Box 22004
Rio Grande PR 00745

CERTIFIED MAIL

7018 0360 0001 1535 8192

To: United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

$7.58

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kathia Ferrer Figueroa_

Participant's Address: _HC 3 Box 22004 Rio Grande PR00745_

Participant's Email Address: _Kathiaferrerpr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43633_

Nature of Claim: _PROMESA Title III_

By: _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13-Sept-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ReadyPost
Document Mailer

0091841706 C018

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22  PM 5: 34

From: Kathria Ferrer Figueroa
HC 3 Box 22004
Rio Grande PR 00745

CERTIFIED MAIL

7018 0360 0001 1535 8192

To: United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kathia Ferrer Figueroa_

Participant's Address: _HC3 Box 22004 Rio Grande P.R 00745_

Participant's Email Address: _Kathia Ferrer pr @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43633_

Nature of Claim: _PROMESA Title III_

By: _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13-Sept-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ReadyPost
Document Mailer

RECEIVED AND FILED
SAN JUAN, PR
2021 SEP 22   PM 5: 34

From: Kathia Ferrer Figueroa
HC 3 Box 22004
Rio Grande PR 00745

CERTIFIED MAIL

7018 0360 0001 1535 8192

To: United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

$7.58
POSTAGE PAID
USPS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kathia Ferrer Figueroa_

Participant's Address: _HC 3 Box 22004 Rio Grande PR 00745_

Participant's Email Address: _Kathiaferrerpr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43633_

Nature of Claim: _PROMESA Title III_

By: _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13-Sept-01_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Ready Post**

Document Mailer

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22  PM 5:34

From: Kathia Ferrer Figueroa
HC 3 Box 22 004
Rio Grande PR 00745

CERTIFIED MAIL

7018 0360 0001 1535 8192

To: United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

$7.58

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kathia Ferrer Figueroa_

Participant's Address: _HC 3 Box 22004 Rio Grande PR 00745_

Participant's Email Address: _Kathia.ferrerpr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43633_

Nature of Claim: _PROMESA Title III_

By: _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13-Sept-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



# ReadyPost
## Document Mailer

0091851706 C018

RECEIVED AND FILED
SAN JUAN, PR
2021 SEP 22  PM 5: 34

**From:** Kathia Ferrer Figueroa
HC 3 Box 23004
Rio Grande PR 00745

CERTIFIED MAIL

7018 0360 0001 1535 8192

**To:** United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

$7.58

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kathia Ferrer Figueroa_

Participant's Address: _HC 3 Box 2204 Rio Grande PR 00745_

Participant's Email Address: _Kathiaferrerpr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43633_

Nature of Claim: _PROMESA Title III_

By: _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13 - Sept. 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22  PM 5:33



ReadyPost
Document Mailer

RECEIVED AND FILED
SAN JUAN, PR
2021 SEP 22  PM 5: 34

From: Kathia Ferrer Figueroa
HC 3 Box 22004
Rio Grande PR 00745

CERTIFIED MAIL

7018 0360 0001 1535 8192

To: United States District Court
Clerk's Office
150 Ave Carlos Chardon STE 150
San Juan PR 00918-1767

$7.58

Case:17-03283-LTS   Doc#:18219-1   Filed:09/23/21   Entered:09/23/21 10:23:04   Desc:
Pro se Notices of Participation   Page 132 of 133

SRF 55923

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Carmen Alicia Cabrera Rodríguez*

Participant's Address:    *Quintas de Rio Cañas calle Alondra #21 Juana Díaz*

Participant's Email Address:    *carmenalicia.cabrera @ gmail.com*

Name of Counsel:    *N/A*

Address of Counsel:    *N/A*

Email Address of Counsel:    *N/A*

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *106145*

Nature of Claim:    *Claim for money owed for years of service as a teacher of Arts Visual Education in the Education Department of Puerto Rico*

By:    *[signature]*
Signature

*Carmen A. Cabrera Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*7 - sep - 2021*
Date

2021 SEP 22 PM 5: 35
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Alicia Cabrera Rodriguez
8 26 Cañas Abajo
Juana Diaz, P.R.
00795

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 22   PM 5: 35

00918-170625

MEMPHIS TN 380

16 SEP 2021   PM 3   L

Discovery Notice to the Court's Clerk's
office at;
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER ★