**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** September 23, 2021

BK Case: 17-bk-3283-LTS
Related USCA Cases: 21-1611

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 18198:** MOTION for Permission to Appeal in Forma Pauperis filed by Obe E. Johnson.

**Docket Entry 18220:** Order Denying Motion for Permission to Appeal in Forma Pauperis.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk