UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING UNOPPOSED URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO SET A BRIEFING SCHEDULE ON DRA PARTIES' MOTION IN RESPONSE TO ORDER CONCERNING SERVICE OF OPENING EXPERT REPORTS BY THE DRA PARTIES, REQUEST FOR EXTENSION OF TIME TO FILE REDACTED DRA EXPERT REPORTS, AND REQUEST FOR MODIFICATION OF CERTAIN TERMS OF THE CONFIRMATION PROCEDURES ORDER

Upon consideration of the *Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico to Set a Briefing Schedule On DRA Parties' Motion in*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Response to Order Concerning Service of Opening Expert Reports by the DRA Parties, Request for Extension of Time to File Redacted DRA Expert Reports, and Request for Modification of Certain Terms of the Confirmation Procedures Order* (Docket Entry No. 18224 in Case No. 17-3283, the "Urgent Motion"); and it appearing that (*i*) the Court has subject-matter jurisdiction over the Motion pursuant to PROMESA § 306(a)(1); (*ii*) venue of this proceeding is proper under PROMESA §§ 106(a) and 307, and 28 U.S.C. 1391(b); and (*iii*) the Court has found good cause to grant the relief requested in the Urgent Motion, it is hereby ORDERED that the Urgent Motion is GRANTED as set forth herein:

1. Objections to the DRA Parties' Motion[2] are to be filed by September 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

2. Replies in support of the DRA Parties' Motion are to be filed by October 4, 2021 at 4:00 p.m. (Atlantic Standard Time).

3. The Court will thereafter take the matter under submission, unless the Court directs that argument or further briefing is necessary.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5. This Order resolves Docket Entry No. 18224 in Case No. 17-3283.

Dated: September 23, 2021   /s/ Laura Taylor Swain
　　　　　　　　　　　　　　Laura Taylor Swain
　　　　　　　　　　　　　　U.S. District Court Judge

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.