## **Exhibit A**

September 13, 2021 Email from Steve Ma

## Gordon, Robert D.

| | |
|---|---|
| **From:** | Ma, Steve <sma@proskauer.com> |
| **Sent:** | Monday, September 13, 2021 5:48 PM |
| **To:** | Gordon, Robert D.; Orchowski, Alex; Puerto Rico Ballots; Puerto Rico Team |
| **Cc:** | Steege, Catherine L.; Root, Melissa M.; Wedoff, Carl N.; Possinger, Paul V.; Osaben, Libbie B.; Justin Lapatine (jlapatine@globalstrategygroup.com); Tomas Perez; Jorge Marchand; Maria Schell; Male Noguera Osuna; Ana Heeren (ana.heeren@fticonsulting.com); Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com); Hector M. MayolKauffmann; Francisco delCastillo Orozco |
| **Subject:** | RE: Interim Voting Report |

External Email – Exercise Caution

Bob,

Prime Clerk had a call today with USPS, who acknowledged that for a portion of the mail going to Puerto Rico, they are experiencing delays--much of which is tied to disruptions caused by the Labor Day holiday, recent storms, and closure of one San Juan mail processing center and the temporary re-routing of the mail passing through that facility.  (It appears the disruption to the San Juan mail processing center began 8/30).

We have posted the following on the case website so that individuals can obtain their E-Ballot ID and electronic copies of the solicitation materials:

If you are a retiree or have a scheduled or filed claim and believe you should have received a Solicitation Package and Ballot, you may request your E-Ballot ID to vote online by emailing puertoricoinfo@primeclerk.com. If you are a bondholder, please contact your broker or nominee for further instructions on submitting a valid vote. Electronic copies of the Solicitation Package for retirees and scheduled or filed claimants are available here. Electronic copies of the Solicitation Package for bondholders are available here.

**Steve Ma**
Associate

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5605
f  310.557.2193

sma@proskauer.com

---

**From:** Gordon, Robert D. <RGordon@jenner.com>
**Sent:** Saturday, September 11, 2021 7:17 AM
**To:** Ma, Steve <sma@proskauer.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine (jlapatine@globalstrategygroup.com) <jlapatine@globalstrategygroup.com>; Tomas Perez <tperez@globalstrategygroup.com>; Jorge Marchand

<jorge@marchandics.com>; Maria Schell <mariaschellasad@gmail.com>; Male Noguera Osuna <malenoguera@gmail.com>; Ana Heeren (ana.heeren@fticonsulting.com) <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** RE: Interim Voting Report
**Importance:** High

*This email originated from outside the Firm.*

Steve, et al., we are deeply concerned that this is symptomatic of a huge problem. There seems to be no way that there are zero TRS ballots at this juncture without a significant systemic problem in the delivery of solicitation packages. Even your chart below shows anemic numbers for the other categories. There are about 40,000 retirees entitled to vote, but 10 days after sending out packages we have only about 120 votes cast, and in an informal survey by our team, 85% of 1,000 respondents said they had not received the packages – including three of our Committee members! We really need some insight as to what is happening here, if Prime Clerk can determine.

**From:** Ma, Steve <sma@proskauer.com>
**Sent:** Saturday, September 11, 2021 3:25 AM
**To:** Gordon, Robert D. <RGordon@jenner.com>
**Cc:** Steege, Catherine L. <CSteege@jenner.com>; Root, Melissa M. <MRoot@Jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>
**Subject:** RE: Interim Voting Report

External Email – Exercise Caution
We have not received any ballots for that class.

**Steve Ma**
Associate

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5605
f  310.557.2193
sma@proskauer.com

**From:** Gordon, Robert D. <RGordon@jenner.com>
**Sent:** Friday, September 10, 2021 8:44 PM
**To:** Ma, Steve <sma@proskauer.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>
**Subject:** Re: Interim Voting Report

*This email originated from outside the Firm.*

Thanks, Steve. No tally for TRS above-thresholds?

Sent from my iPhone

On Sep 10, 2021, at 7:41 PM, Ma, Steve <sma@proskauer.com> wrote:

External Email – Exercise Caution

All,

Please see below for the interim voting report as of COB today, which remain subject to further review and audit.  Thanks.

| Plan Class | Plan Class Name | Total Voting Parties | Total Voting Amount (Dollars) | Accept (Number) |
|---|---|---|---|---|
| 51B | Retired JRS Participant Below-Threshold Claims | 4 | $4,567.69 | 3 |
| 51D | Retired ERS Participant Above-Threshold Claims | 38 | $83,091.83 | 29 |
| 51E | Retired JRS Participant Above-Threshold Claims | 34 | $177,507.98 | 26 |
| 51I | Active TRS Participant Claims | 2 | $2.00 | 2 |
| 51L | VTP Payroll Participant Above-Threshold Claims | 61 | $124,479.54 | 28 |

**Steve Ma**
Associate

**Proskauer**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010

d 310.284.5605
f  310.557.2193
sma@proskauer.com

*****************************************************************************
***************************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*****************************************************************************
***************************************************************************

**Robert D. Gordon**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
+1 212 891 1610 | TEL
+1 248 320 6254 | MOBILE
RGordon@jenner.com

Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.