## **Exhibit B**

September 17, 2021 Email from Alex Orchowski

# Gordon, Robert D.

| | |
|---|---|
| **From:** | Orchowski, Alex <aorchowski@primeclerk.com> |
| **Sent:** | Friday, September 17, 2021 12:19 PM |
| **To:** | Justin Lapatine; Gordon, Robert D.; Johnson, Craig; Jorge Marchand; Ma, Steve; Puerto Rico Ballots; Puerto Rico Team |
| **Cc:** | Steege, Catherine L.; Root, Melissa M.; Wedoff, Carl N.; Possinger, Paul V.; Osaben, Libbie B.; Tomas Penfold Perez; Mari Carmen Schell; Male Noguera; Ana Heeren; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com); Hector M. MayolKauffmann; Francisco delCastillo Orozco |
| **Subject:** | RE: Interim Voting Report |

<span style="color:red">External Email – Exercise Caution</span>

All:

Below please find preliminary voting results reflecting ballots received through yesterday. Please note that these results remain subject to further review and audit.

| Plan Class | Plan Class Name | Total Voting Parties | Total Voting Amount (Dollars) | Accept (Number) | Per |
|---|---|---|---|---|---|
| 13 | PBA General Unsecured Claims | 2 | $2.00 | 0 | |
| 51B | Retired JRS Participant Below-Threshold Claims | 5 | $5,652.43 | 4 | |
| 51D | Retired ERS Participant Above-Threshold Claims | 123 | $255,985.05 | 93 | |
| 51E | Retired JRS Participant Above-Threshold Claims | 49 | $258,710.96 | 39 | |
| 51F | Retired TRS Participant Above-Threshold Claims | 21 | $41,580.26 | 11 | |
| 51G | Active ERS Participant Claims | 10 | $10.00 | 6 | |
| 51H | Active JRS Participant Claims | 1 | $1.00 | 1 | |
| 51I | Active TRS Participant Claims | 56 | $56.00 | 16 | |
| 51L | VTP Payroll Participant Above-Threshold Claims | 117 | $237,049.47 | 61 | |

**Alex Orchowski**
Prime Clerk LLC, A Kroll Business
T: +1 212 257 5837
M: +1 847 809 9512
aorchowski@primeclerk.com
www.krollbusinessservices.com

---

**From:** Justin Lapatine <jlapatine@globalstrategygroup.com>
**Sent:** Wednesday, September 15, 2021 5:49 PM
**To:** Gordon, Robert D. <RGordon@jenner.com>; Johnson, Craig <cjohnson@primeclerk.com>; Jorge Marchand <jorge@marchandics.com>; Ma, Steve <sma@proskauer.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Steege, Catherine L. <CSteege@jenner.com>; Root, Melissa M. <MRoot@Jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Tomas Penfold Perez <tperez@globalstrategygroup.com>; Mari Carmen Schell <mariaschellasad@gmail.com>; Male Noguera <malenoguera@gmail.com>; Ana Heeren <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo

Orozco <francisco.delcastillo@bennazar.org>
**Subject:** [EXTERNAL] RE: Interim Voting Report

And if you could send us updated voting tallies that would be great, thanks

**From:** Gordon, Robert D. <RGordon@jenner.com>
**Sent:** Wednesday, September 15, 2021 5:42 PM
**To:** Johnson, Craig <cjohnson@primeclerk.com>; Jorge Marchand <jorge@marchandics.com>; Ma, Steve <sma@proskauer.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Steege, Catherine L. <CSteege@jenner.com>; Root, Melissa M. <MRoot@Jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine <jlapatine@globalstrategygroup.com>; Tomas Penfold Perez <tperez@globalstrategygroup.com>; Mari Carmen Schell <mariaschellasad@gmail.com>; Male Noguera <malenoguera@gmail.com>; Ana Heeren <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** RE: Interim Voting Report

[EXT EMAIL]

Apologies for the delayed response, Craig.  I don't think that referring the callers to the COR is helpful, since we don't have any better information than you.  And my understanding is that there is still significant evidence of non-receipt of ballots by retirees.  I think we should discuss this as a group.  Tomorrow is a holiday, and I'm tied up in the afternoon, so could we possibly arrange for Friday morning?  In the meantime, I would ask you to consider whether, at a minimum, we can move back the voting deadline somewhat.  We had 60 days in Detroit; this is proving to be a vastly shorter period for people to discover they haven't received/aren't receiving a ballot in the mail, request a ballot, receive a ballot, and submit the ballot.

**From:** Johnson, Craig <cjohnson@primeclerk.com>
**Sent:** Wednesday, September 15, 2021 3:35 PM
**To:** Jorge E. Marchand <jorge@marchandics.com>; Ma, Steve <sma@proskauer.com>; Gordon, Robert D. <RGordon@jenner.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Steege, Catherine L. <CSteege@jenner.com>; Root, Melissa M. <MRoot@Jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine (jlapatine@globalstrategygroup.com) <jlapatine@globalstrategygroup.com>; Tomas Perez <tperez@globalstrategygroup.com>; Maria Schell <mariaschellasad@gmail.com>; Male Noguera Osuna <malenoguera@gmail.com>; Ana Heeren (ana.heeren@fticonsulting.com) <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** RE: Interim Voting Report

External Email – Exercise Caution
Bob and Jorge:

As a follow up, below is our proposed response for any caller / e-mailer who claims he or she is a retiree entitled to vote, but who is not found on the FOMB Retiree List.  Please provide us the best reference phone number or e-mail address we should drop into the e-mail for the COR.  Please also let us know if you have any suggested edits to the text.

2

"We are in receipt of your request for an E-Ballot ID for purposes of voting on the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Docket No. 17627] as a retiree and claim holder in **Class 51 - Active and Retired Employee Benefits Claims**.  After a close review of our records of persons entitled to vote in Class 51, we are neither able to verify that you (based on the name you provided) are entitled to vote in Class 51 nor are we able to confirm any record of sending an E-Ballot ID to the name and address you've provided.  If you are a retiree and believe you are entitled to vote in Class 51, please contact the Committee of Retirees ==[please advise if we should insert a COR e-mail contact in this section]== for further assistance. "

Thank you / Gracias!

Best,
Craig

___

**Craig Johnson**

Prime Clerk LLC, A Kroll Business

T   +1 347 748 6002

M   +1 845 743 4282

cjohnson@primeclerk.com

www.kroll.com

___

**From:** Jorge E. Marchand <jorge@marchandics.com>
**Sent:** Wednesday, September 15, 2021 3:13 PM
**To:** Johnson, Craig <cjohnson@primeclerk.com>; Ma, Steve <sma@proskauer.com>; Robert Gordon <rgordon@jenner.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine (jlapatine@globalstrategygroup.com) <jlapatine@globalstrategygroup.com>; Tomas Perez <tperez@globalstrategygroup.com>; Maria Schell <mariaschellasad@gmail.com>; Male Noguera Osuna <malenoguera@gmail.com>; Ana Heeren (ana.heeren@fticonsulting.com) <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** [EXTERNAL] RE: Interim Voting Report

Received!


Jorge

___

**From:** Johnson, Craig [mailto:cjohnson@primeclerk.com]
**Sent:** Wednesday, September 15, 2021 3:05 PM
**To:** Ma, Steve <sma@proskauer.com>; Robert Gordon <rgordon@jenner.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine (jlapatine@globalstrategygroup.com) <jlapatine@globalstrategygroup.com>; Tomas Perez <tperez@globalstrategygroup.com>; Jorge E. Marchand <jorge@marchandics.com>; Maria Schell <mariaschellasad@gmail.com>; Male Noguera Osuna

<malenoguera@gmail.com>; Ana Heeren (ana.heeren@fticonsulting.com) <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** RE: Interim Voting Report

Bob:

  I left you a voice-mail but am following up by e-mail. We wanted to see if you had any updates from your constituencies regarding their receipt of ballots since this last communication.

  Also, we wanted to confirm that you are okay with the following process for the handling of ballot requests by phone or e-mail: <u>If an alleged retiree calls or e-mails us and can verify his/her name and physical mailing address as it appears on the list of retirees from FOMB, we will proceed to e-mail such caller / e-mailer with a ballot.</u> For further clarification, name and physical address are the only two pieces of identification included on the FOMB Retiree List (in other words, there is no other unique identifier that we can use for verification purposes.)

  Also, please advise how we should handle instances where the caller / e-mailer provides a name that is on the list, but the caller / e-mailer cannot provide the address?

  Finally, we are working on a proposed response for any caller / e-mailer who claims he or she is a retiree entitled to vote, but are not found on the FOMB Retiree List. We plan on circulating that proposed language shortly for your review and comment and to make sure we are all on the same page.

Best,
Craig

_____

**Craig Johnson**
Prime Clerk LLC, A Kroll Business

T +1 347 748 6002
M +1 845 743 4282

cjohnson@primeclerk.com
www.kroll.com

---

**From:** Ma, Steve <sma@proskauer.com>
**Sent:** Monday, September 13, 2021 5:48 PM
**To:** Robert Gordon <rgordon@jenner.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine (jlapatine@globalstrategygroup.com) <jlapatine@globalstrategygroup.com>; Tomas Perez <tperez@globalstrategygroup.com>; Jorge Marchand <jorge@marchandics.com>; Maria Schell <mariaschellasad@gmail.com>; Male Noguera Osuna <malenoguera@gmail.com>; Ana Heeren (ana.heeren@fticonsulting.com) <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** [EXTERNAL] RE: Interim Voting Report

Bob,

4

Prime Clerk had a call today with USPS, who acknowledged that for a portion of the mail going to Puerto Rico, they are experiencing delays--much of which is tied to disruptions caused by the Labor Day holiday, recent storms, and closure of one San Juan mail processing center and the temporary re-routing of the mail passing through that facility. (It appears the disruption to the San Juan mail processing center began 8/30).

We have posted the following on the case website so that individuals can obtain their E-Ballot ID and electronic copies of the solicitation materials:

If you are a retiree or have a scheduled or filed claim and believe you should have received a Solicitation Package and Ballot, you may request your E-Ballot ID to vote online by emailing puertoricoinfo@primeclerk.com. If you are a bondholder, please contact your broker or nominee for further instructions on submitting a valid vote. Electronic copies of the Solicitation Package for retirees and scheduled or filed claimants are available here. Electronic copies of the Solicitation Package for bondholders are available here.

**Steve Ma**
Associate

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5605
f 310.557.2193

sma@proskauer.com

---

**From:** Gordon, Robert D. <RGordon@jenner.com>
**Sent:** Saturday, September 11, 2021 7:17 AM
**To:** Ma, Steve <sma@proskauer.com>; Orchowski, Alex <aorchowski@primeclerk.com>; Puerto Rico Ballots <puertoricoballots@PrimeClerk.com>; Puerto Rico Team <puertoricoteam@PrimeClerk.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>; Justin Lapatine (jlapatine@globalstrategygroup.com) <jlapatine@globalstrategygroup.com>; Tomas Perez <tperez@globalstrategygroup.com>; Jorge Marchand <jorge@marchandics.com>; Maria Schell <mariaschellasad@gmail.com>; Male Noguera Osuna <malenoguera@gmail.com>; Ana Heeren (ana.heeren@fticonsulting.com) <ana.heeren@fticonsulting.com>; Sean A. Gumbs (Sean.Gumbs@FTIConsulting.com) <Sean.Gumbs@FTIConsulting.com>; Hector M. MayolKauffmann <hector.mayol@bennazar.org>; Francisco delCastillo Orozco <francisco.delcastillo@bennazar.org>
**Subject:** RE: Interim Voting Report
**Importance:** High

**This email originated from outside the Firm.**

---

Steve, et al., we are deeply concerned that this is symptomatic of a huge problem. There seems to be no way that there are zero TRS ballots at this juncture without a significant systemic problem in the delivery of solicitation packages. Even your chart below shows anemic numbers for the other categories. There are about 40,000 retirees entitled to vote, but 10 days after sending out packages we have only about 120 votes cast, and in an informal survey by our team, 85% of

1,000 respondents said they had not received the packages – including three of our Committee members! We really need some insight as to what is happening here, if Prime Clerk can determine.

---

**From:** Ma, Steve <sma@proskauer.com>
**Sent:** Saturday, September 11, 2021 3:25 AM
**To:** Gordon, Robert D. <RGordon@jenner.com>
**Cc:** Steege, Catherine L. <CSteege@jenner.com>; Root, Melissa M. <MRoot@Jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>
**Subject:** RE: Interim Voting Report

External Email – Exercise Caution
We have not received any ballots for that class.

**Steve Ma**
Associate

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5605
f 310.557.2193

sma@proskauer.com

---

**From:** Gordon, Robert D. <RGordon@jenner.com>
**Sent:** Friday, September 10, 2021 8:44 PM
**To:** Ma, Steve <sma@proskauer.com>
**Cc:** Catherine Steege <csteege@jenner.com>; Melissa Root <mroot@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Osaben, Libbie B. <LOsaben@proskauer.com>
**Subject:** Re: Interim Voting Report

*This email originated from outside the Firm.*

Thanks, Steve. No tally for TRS above-thresholds?

Sent from my iPhone

> On Sep 10, 2021, at 7:41 PM, Ma, Steve <sma@proskauer.com> wrote:
>
> External Email – Exercise Caution
> All,
>
> Please see below for the interim voting report as of COB today, which remain subject to further review and audit. Thanks.

| Plan Class | Plan Class Name | Total Voting Parties | Total Voting Amount (Dollars) | Accept (Number) |
|---|---|---|---|---|

6

| 51B | Retired JRS Participant Below-Threshold Claims | 4 | $4,567.69 | 3 |
| 51D | Retired ERS Participant Above-Threshold Claims | 38 | $83,091.83 | 29 |
| 51E | Retired JRS Participant Above-Threshold Claims | 34 | $177,507.98 | 26 |
| 51I | Active TRS Participant Claims | 2 | $2.00 | 2 |
| 51L | VTP Payroll Participant Above-Threshold Claims | 61 | $124,479.54 | 28 |

**Steve Ma**
Associate

[Proskauer](#)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010

d 310.284.5605
f 310.557.2193
sma@proskauer.com

*****************************************************************************
***************************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

*****************************************************************************
***************************************************************************

**Robert D. Gordon**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 891 1610 | TEL
+1 248 320 6254 | MOBILE
RGordon@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.