Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magdalena Méndez Méndez_

Participant's Address: _HC-01 Box 5382 Moca, Puerto Rico 00676_

Participant's Email Address: _mendez magdalena 42 @ gmail.com_

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System ERS_

By: _Magdalena Méndez Méndez_
Signature

_Magdalena Méndez Méndez_
Print Name

___
Title (if Participant is not an individual)

_14/Sept/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magdalena Méndez Méndez_

Participant's Address: _HC-01 Box 5382 Moca, PR 00676_

Participant's Email Address: _mendez.magdalena.42@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Ca. No. 17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System  ERS_

By: _Magdalena Méndez Méndez_
Signature

_Magdalena Méndez Méndez_
Print Name

_____
Title (if Participant is not an individual)

_12  /sept  /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Magdalena Mendez Mendez*

Participant's Address: *HC-01 Box 5382 Moca, PR. 00676*

Participant's Email Address: *mendez magdalena 42 @ gmail . com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: *Employees Retirement System "ERS"*

By: *Magdalena Mend Mend*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*10 / Sept / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Magdalena Mendez
HC 01Box
5382 Moca Pr 0066
Moca PR 00676

CERTIFIED MAIL™

7012 1010 0000 4994 7159

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magdalena Méndez Méndez_

Participant's Address: _HC-01 Box 5882 Moca, Puerto Rico 00676_

Participant's Email Address: _mendez.magdalena.42@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System "ERS"_

By: _Magdalena Mndz Mmdl_
Signature

_Magdalena Méndez Méndez_
Print Name

_____
Title (if Participant is not an individual)

_9 de Sept. de 2021_
Date

RECEIVED & FILED
2021 SEP 23 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramon M. Roman Mendez_

Participant's Address: _P.O. Box 258 San Sebastian PR 00685_

Participant's Email Address: _martin1969pr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ramon M. Roman Mendez_
Signature

_Ramon M. Roman Mendez_
Print Name

_____
Title (if Participant is not an individual)

_9-21-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramon M. Roman
PO Box 258
San Sebastian, PR 00685

RECEIVED & FILED
2021 SEP 23 PM 3:13
OFFICE
F. COURT
N.P.R.

00918-170625

United State District Court
Clerk Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

CERTIFIED MAIL

7021 0350 0002 1290 0805

$7.38
US Postage Paid
FCM LETTER
AGUADILLA, PR
00603
SEP 14 21
AMOUNT
1000        00918        R2304E105991-01

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Ona Victoria Rodríguez Colón_

Participant's Address: _Urb. La Hacienda Calle 47 - AW-23, Guayama, P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _7189_

Nature of Claim: _Court of first instance, San Juan, P.R. KPE - 4359 (803)_

By: _Ona U. Rodríguez Colón_
Signature

_Ona U. Rodríguez Colón_
Print Name

_____
Title (if Participant is not an individual)

_9/20/2031_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana V. Rodriguez Colon
Urb. La Hacienda
Calle 47 A W-23
Guayama, P.R. 00784



U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
SEP 21, 21
AMOUNT
**$1.56**
R2304M114202-20

00918

RECEIVED & FILED
2021 SEP 23 PM 3: 11
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

United State District Court, Clerk's
Office, 150 Ave Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oneida Quiñones Albino_

Participant's Address: _P O Box 561153 Guayanilla P.R._
_00656-3153_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_      _Tel. No. 1-787-410-2356_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Oneida Quiñones Albino_
Signature

_Oneida Quiñones Albino_
Print Name

_____
Title (if Participant is not an individual)

_September 14 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oneida Quiñones Albino
P O Box 561153
Guayanilla, P.R. 00656-3153

00918-240550

NASHVILLE TN 370

17 SEP 2021 PM 4 L

RECEIVED & FILED

2021 SEP 23 PM 3: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

USA FOREVER

To United States District Court, Clerk's
Office '50
Ave. Carlos Ch '50
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia I. Rivera Rivera

Participant's Address: H.C.01 Box 7408 Carr 312 K3.9 Bazz Cabo Rojo P.R 00623

Participant's Email Address: luettesr307@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 87640

Nature of Claim: Employees Retirement system

By: *Sonia I. Rivera Rivera*
Signature

Sonia I. Rivera Rivera
Print Name

_____
Title (if Participant is not an individual)

September 7, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia I. Rivera Rivera
H.C. 01 Box 4408
Cabo Rojo P.R. 00623

RECEIVED & FILED
2021 SEP 28 PM 3:08
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office, 150
Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

009182405 0016


FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Carmen Jimenez*

Participant's Address:    *Calle 18-R-2 Villas de Loiza Canovua PR 00729*

Participant's Email Address:    _____

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *17308 - Case 17-3283*

Nature of Claim:    _____

By:    *(signature)*
    Signature

_____
Print Name

*Carmen Jimenez*
Title (if Participant is not an individual)

*8/16/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



FROM Carmen Jimenez
Calle-18-R-2 Villas
de Loiza Canovana PR

IMPORTANT
PLEASE BE SURE
THE REMITTANCE ADDRESS ON YOUR STATEMENT
APPEARS IN THIS WINDOW.

RECEIVED & FILED
2021 SEP 23 PM 3: 01

DISCOVERY Notice
To The Courts Clerks
O Office
United States court
Office
150 Ave, Carlos Chardo
San Juan PR 00918-1767

MEMPHIS TN 380
1 SEP 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JOSEPH BENTIVEGNA

Participant's Address: JFBENTIVEGNA@GMAIL.COM

Participant's Email Address: 817 MOUNTAIN LAUREL, FAIRFIELD, CT 06824

Name of Counsel: THE LAWYERS WHO SENT

Address of Counsel: THIS TO ME

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: THEY DEFAULTED

Nature of Claim: 17 BK 3283 - LTS

By: _____
Signature

JOSEPH BENTIVEGNA
Print Name

_____
Title (if Participant is not an individual)

9/9/21
Date

RECEIVED & FILED
2021 SEP 23 PM 3:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JOSEPH F. BENTIVEGNA, M.D.

541 CROMWELL AVENUE
ROCKY HILL, CONNECTICUT 06067

WESTCHESTER NY 105

10 SEP 2021 PM 1 L

RECEIVED & FILED

2021 SEP 23 PM 3: 01

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-176525

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Str. 150
San Juan, PR 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Durán Pitre_

Participant's Address: _Urb. Estancias Del Golf Club 783 Tite Curet Alonso Ponce P.R. 00730-0557_

Participant's Email Address: _lillianduran38@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _77139_

Nature of Claim: _17BK 03283—LTS Commonwealth of Puerto Rico_

By: _Lillian Durán Pitre_
Signature

_Lillian Durán Pitre_
Print Name

_____
Title (if Participant is not an individual)

_September 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Duran Petre
Urb. Est. Del Golf Club
783 Title Caret Alonso
Ponce, P.R. 00730-0351

RECEIVED & FILED
2021 SEP 23  PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091889999

NASHVILLE TN 370
10 SEP 2021  PM 5  L

United States District Court
Clerks Office
Ste. 150, San Juan, P.R. 00918-1767
150 Ave. Carlos Chardon

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz C. Ortiz Ortiz_

Participant's Address: _Villa Humacao   A5 Calle 14_
_Humacao, PR 00791_

Participant's Email Address: _lucy5440@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA   Title III_

By: _Luz C. Ortiz Ortiz_
Signature

_Luz C. Ortiz Ortiz_
Print Name

_N/A_
Title (if Participant is not an individual)

_4 September 2001_
Date

RECEIVED & FILED
2021 SEP 23  PM 3 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz C. Ortiz Ortiz
Villa Humacao
A5 Calle 14
Humacao, PR 00791

RECEIVED & FILED
CLERKS OFFICE
2021 SEP 22 PM 3:10

MEMPHIS TN 380
13 SEP 2021 PM 1 L

00918-170625

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

FOREVER/USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Rodriguez Torres_

Participant's Address: _Urb. La Arboleda calle 22 #241 Salinas P.R. 00751_

Participant's Email Address: _rodrigueztorresmigdalia@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 32 83 - LTS_

Nature of Claim: _Retirement Debts_

By: _Migdalia Rodriguez Torres_
Signature

_Migdalia Rodriguez Torres_
Print Name

_____
Title (if Participant is not an individual)

_Sept 10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Rodriguez
Urb. La Arboleda
Calle 22 #241
Salinas P.R. 00751

00918-170625

RECEIVED & FILED

2021 SEP 23  PM 3:10

CLERK'S OFFICE
DISTRICT OF PR
SAN JUAN, P.R.

MEMPHIS TN 380

13 SEP 2021  PM 1  L

FOREVER USA

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Janet Colon Cuevas_

Participant's Address: _HC03 Box 30507, Mayaguez PR 0068_

Participant's Email Address: _colon janet 24 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _19702_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Pension/Retiree Claims._

By: _Janet Colon Cuevas_
Signature

_Janet Colon Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Prime Clerk** NEW YORK
830 Third Ave, 9th Floor 100
New York, NY 10022
23 JUN '18
PM 12 L

U.S POSTAGE >> PITNEY BOWES

ZIP 11232 $ 000.35
02 4W
0000349804 JUN 22 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR
### PROOF OF CLAIM.

Date Filed: 5/23/2018
✗ Proof of Claim No.: 19702

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

JANET COLON CUEVAS
HC 3 BOX 30507 CASA #2
MAYAGUEZ, PR 00680

RF 47824

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| | |
| as representative of | (Jointly Administered)[1] |
| | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| | |
| Debtors.[1] | |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **November 6, 2020**
Designated Claimant(s): **COLON CUEVAS, JANET**
Address: **HC 3 BOX 30507 CASA #2**
**MAYAGUEZ PR 00680**

Designated Claim Number(s): **19702**
Amount(s) Stated in Proof(s) of Claim: **$53,321.80**
Claim Type: **Pension/Retiree Claims**

> This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

RECEIVED & FILED

2021 SEP 23 PM 3: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Janet Colon Cuevas
HC 3 Box 30507
Mayaguez PR 00680

00918-1706625

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

16 SEP

FOREVER USA

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Marin Ayala_

Participant's Address: _PO Box 70 Guaynabo PR 00970_

Participant's Email Address: _mildred2670 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26374_

Nature of Claim: _Employee Retirement_

By: _M. Marin_

Signature

_Mildred Marin Ayala_

Print Name

_____

Title (if Participant is not an individual)

_8/30/21_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Marin
PO Box 70
Guaynabo PR   00970-0070



CERTIFIED MAIL®

7020 1810 0001 4869 9455

 

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00925
SEP 21, 21
AMOUNT

1000          00918          **$8.16**
R2305K132909-17

RECEIVED & FILED
2021 SEP 23 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Clerk office
150 Ave. Carlos Chardon Ste 150
San Juan PR
          00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra C Rivera Berly_

Participant's Address: _PO Box 1848 Coamo, PR 00769_

Participant's Email Address: _sandrariveraberly@gmail.com_

Name of Counsel: _No Counsel_

Address of Counsel: _No Counsel_

Email Address of Counsel: _No Counsel_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _60077_

Nature of Claim: _Public employee claim_

By: _Sandra C B. Berly_
Signature

_Sandra C Rivera Berly_
Print Name

_____
Title (if Participant is not an individual)

_November 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sandra Rivera Berly
PO Box 1848
Coamo, PR 00769

RECEIVED FILED
2021 SEP 23 PM 3:12
Clerk's Office
Carlos Chardon Ste. 150

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150
San Juan, PR 00918-1767

7019 2280 0001 1749 4407

00918#1706

CERTIFIED MAIL

$3.78
U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
769
SEP 04, 21
AMOUNT
2305H126984-06

LABRADOR RETRIEVER
FOREVER USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Yelitza A. Rodriguez Mateo_

Participant's Address: _P.O. Box 561_

Participant's Email Address: _yelitzarod.54@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17659-1_

Nature of Claim: _17 BK 3283-LTS_

By: _Yelitza A. Rodriguez Mateo_
    Signature

_Yelitza A. Rodriguez Mateo_
Print Name

_____
Title (if Participant is not an individual)

_Septiembre-3-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yelitza A. Rodriguez Mateo
P.O. Box 561
Coamo, P.R. 00769

CERTIFIED MAIL

7020 1810 0000 5514 9203

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED & FILED

2021 SEP 23 PM 3: 12

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
SEP 23, 21
AMOUNT
$7.38
R2303S102189-12

00918$17 06 C0 18

00918

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilma Santiago Vilaru_

Participant's Address: _P.O. Box 967 Las Piedras, P.R 00771_

Participant's Email Address: _wilmasanti64@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(8059) últimos 4 dígitos Seg.Soc._

Nature of Claim: _Empleado Activo Gob. de P-R._

By: _W. Roy-Valáz_
Signature

_Wilma Santiago_
Print Name

_____
Title (if Participant is not an individual)

_09-09-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilma Santiago Velazquez
P.O. Box 967
Las Piedras, P.R. 00771

CERTIFIED MAIL

7020 1810 0002 0076 3322

00918-170625

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 SEP 23 PM 3:11
US DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
LAS PIEDRAS, PR
00771
SEP 09, '21
AMOUNT

$7.38
R2304H107664-09