7 de septiembre 2021

De: Hermenegildo Rodríguez González
    HC 2 BOX 11460
    Las Marías, P.R. 00670

RE: Caso Número 17 BK 03282-LTS
    Número de Reclamación: 179457

Saludos Cordiales,

Por medio de la presente, se informa que la reclamación se presentó después de la fecha límite, toda vez que yo sabía que tenía unos beneficios sobre el "Romerazo" sin embargo no tenía conocimiento donde poder hacer mi reclamación.

De necesitar información adicional, puede comunicarse a nuestra dirección que aparece en la parte superior, o a nuestro número de teléfono (787) 470-4780 y (787) 242-7815.

Cordialmente,

Hermenegildo Rodríguez González