Hermenegi[ldo ...]
HC-2 Box 11460
Las Marias, P.R. 00670

**CERTIFIED MAIL**

7016 1970 0001 2257 5582

Tribunal del Distrito de los E.U.
Secretaria Tribunal
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767




U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
00670
SEP 07, 21
AMOUNT
**$7.38**
R2305K132906-8

1000  00924

RECEIVED & FILED
2021 SEP 23 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.