UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jessica Berman, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of (I) Approval of Disclosure Statement, (II) Establishment of Record Dates, (III) Hearing on Confirmation of the Plan of Adjustment and Procedures for Objection to Confirmation of the Plan of Adjustment, (IV) Procedures and Deadline for Voting on the Plan of Adjustment and Making Certain Elections Thereunder, a copy of which is attached hereto as **Exhibit B,** (the *"Confirmation Hearing Notice"*)

- Notice of Entry of Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same, a copy of which is attached hereto as **Exhibit C**, (the "*Final Confirmation Discovery Notice"*)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [Docket No. 17640] (the "***Confirmation Discovery Procedures Order***")

On August 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Confirmation Hearing Notice, Final Confirmation Discovery Notice, and the Confirmation Discovery Procedures Order to be served via overnight mail or next day business on the banks, brokers, dealers agents, nominees or their agents (collectively, the "**Nominees**") identified on the service list attached hereto as **Exhibit D** that hold the Debtors' debt securities in "street name" on behalf of the beneficial holders of those debt securities (the "**Beneficial Holders**").

The Nominees were provided with instructions and sufficient quantities to distribute the Confirmation Hearing Notice, Final Confirmation Discovery Notice, and the Confirmation Discovery Procedures Order to the Beneficial Holders.

In addition to the hard copy service detailed above, on August 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Confirmation Hearing Notice, Final Confirmation Discovery Notice, and the Confirmation Discovery Procedures Order to be served via e-mail on the service list attached hereto as **Exhibit E**.

On August 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Confirmation Hearing Notice, the Final Confirmation Discovery Notice, and the Confirmation Discovery Procedures Order to be served via first class mail on the (1) Master Mailing List 1 attached hereto as **Exhibit F**; (2) Master Mailing List 2 attached hereto as **Exhibit G**; (3) Master Mailing List 3 attached hereto as **Exhibit H**; (4) Master Mailing List 4 attached hereto as **Exhibit I**; (5) Master Mailing List 5 attached hereto as **Exhibit J**; and (6) Master Mailing List 6 attached hereto as **Exhibit K.**

On August 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Confirmation Hearing Notice, the Final Confirmation Discovery Notice, and the Confirmation Discovery Procedures Order to be served via first class mail on the service list attached hereto as **Exhibit L**.

Dated: September 14, 2021

/s/ *Jessica Berman*
Jessica Berman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 14, 2021, by Jessica Berman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022