Nominees and Depository Service List
Served via Email

| NAME | EMAIL |
|---|---|
| Broadridge | SpecialProcessing@broadridge.com; BankruptcyJobs@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; david.mccauley@clearstream.com; hulya.din@clearstream.com; ca_luxembourg@clearstream.com; ca_mandatory.events@clearstream.com |
| DTC | LegalAndTaxNotices@dtcc.com; MandatoryReorgAnnouncements@dtcc.com; VoluntaryReorgAnnouncements@dtcc.com; rgiordano@dtcc.com; |
| Euroclear | jpmorganinformation.services@jpmorgan.com; drit@euroclear.com; eb.ca@euroclear.com |
| Mediant | corporateactions@mediantonline.com; nseguin@mediantonline.com; mhamdan@mediantonline.com; mgiffin@mediantonline.com |
| Sisclear | ca.notices@six-securities-services.com |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 1