EXHIBIT IV

ACCRUED POST PRETITON UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: JUAN PEREZ COLON, ET ALS V. DTOP. PURSUANT TO FINAL JUDGMENT, IN CASE NO. KAC-1990-0487.

NOTE: CREDITOR UNPAID POST PETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS BEGINNING ON MAY 3, 2017 TO JUNE 30, 2021 REPRESENTIG 4 YEAR 1 MONTH THAT EQUALS 49 MONTHS AFTER MEASURING DATE. THE WAGE SHORTFALL IS AN ESTIMATE AND WAS CALCULATED BASED ON THE 2009 FEDERAL MINIMUM WAGE INCREASE AND ASSIGING THE CORRELATIVE PERCENTAGE INCREASE TO THE DIFFERENT PAY SCALE LEVELS.

| NAME | MONTLY SALARY PAID | REGULAR SALARY MONTHLY SHORTFALL | BALANCE UNPAIND PORTION OF WAGES-49MO. OR LESS, AS APPLICABLE TOTAL DEBT |
|---|---|---|---|
| COLON BEVERAGGI, ROSA E. | $2,132.00 | $210.00 | $5,880.00 |
| CONCEPCION VILLALOBOS, ERNESTO E. | $2,408.00 | $200.00 | $9,800.00 |
| FELICIANO ORTEGA, PEDRO | $1,940.00 | $50.00 | $2,450.00 |
| MARCANO RIVERA, SANTOS | $2,130.00 | $50.00 | $2,450.00 |
| MARTINEZ PANETO, FRANCISCO | $2,142.00 | $50.00 | $2,450.00 |
| MERCED LOPEZ, JOSE E. | $2,192.00 | $150.00 | $7,350.00 |
| PANIZO VALDERRAMA, JOSE A. | $2,098.00 | $200.00 | $5,600.00 |
| PERDOMO ORTIZ, MIGUEL | $2,544.00 | $100.00 | $4,900.00 |
| PEREZ RIVERA, ANTONIO | $2,302.00 | $210.00 | $10,290.00 |
| RIVERA CLEMENTE, FELIX | $2,040.00 | $75.00 | $3,675.00 |
| RODRIGUEZ REYES ORLANDO | $2,444.00 | $200.00 | $9,800.00 |
| ROMAN VIZCARRONDO, CARLOS R. | $2,080.00 | $150.00 | $7,350.00 |
| SANTANA MEDINA, JORGE | $1,991.00 | $140.00 | $1,120.00 |
| VELAZQUEZ HERNANDEZ, EDWIN | $2,644.00 | $200.00 | $9,800.00 |
| | | TOTAL | $82,915.00 |

# EXHIBIT V

ACCRUED POST PRETITION UNPAIND WAGES-PLAINTIFF'S CREDITORS IN CASE: JANETTE ABRAMS DIAZ VS, DTOP, PURSUANT TO CFI FINAL JUDGMENT IN CASE NO. KAC- 2005-5021

NOTE: CREDITOR UNPAID POST PETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS BEGINNING ON MAY 3, 2017 TO JUNE 30, 2021 REPRESENTIG 4 YEARS 1 MONTHS THAT EQUALS 49 MONTHS AFTER MEASURING DATE.

| NAME | MONTLY SALARY PAID | REGULAR SALARY MONTHLY SHORTFALL | DEBT | BALANCE UNPAIN PORTION OF WAGES-49MO. OR LESS, AS APPLICABLE TOTAL DEBT |
|---|---|---|---|---|
| ACEVEDO GALARZA, LUIS A. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| ACEVEDO PÉREZ, MONSERRATE | $1,960.00 | $50.00 | $2,010.00 | $2,450.00 |
| ACEVEDO SANTIAGO, MIGUEL A. | $4,107.00 | $18.00 | $4,125.00 | $882.00 |
| ACOSTA FELICIANO, GLORIBEL | $2,058.00 | $0.00 | $2,058.00 | $0.00 |
| ACOSTA GARCIA, ANGELES | $2,118.00 | $200.00 | $2,318.00 | $9,800.00 |
| AGOSTO MARTINEZ, LUIS A. | $1,900.00 | $50.00 | $1,950.00 | $2,450.00 |
| ALAGO AYALA, LUIS A. | $2,320.00 | $75.00 | $2,395.00 | $3,675.00 |
| ALAMO AGOSTO, CARMEN M. | $1,661.00 | $140.00 | $1,801.00 | $6,860.00 |
| ALCAZAR RUIZ, INGRED | $2,251.00 | $157.00 | $2,408.00 | $7,693.00 |
| ALEJANDRO FEBRES, CARLOS J. | $2,092.00 | $100.00 | $2,192.00 | $4,900.00 |
| ALONSO CORTES, RUTH N. | $2,538.00 | $349.00 | $2,887.00 | $9,772.00 |
| ALVAREZ APONTE, GABRIEL A. | $2,191.00 | $70.00 | $2,261.00 | $3,430.00 |
| ALVERIO VALIENTE, ENRIQUE R. | $1,992.00 | $118.00 | $2,110.00 | $5,782.00 |
| APONTE SERRANO, FIDEL | $2,530.00 | $400.00 | $2,930.00 | $19,600.00 |
| AVILES CRUZ, JOSE D. | $2,170.00 | $375.00 | $2,545.00 | $18,375.00 |
| AVILÉS JIMÉNEZ, JOSÉ R. | $2,170.00 | $300.00 | $2,470.00 | $14,700.00 |
| BAEZ DE PEÑA, BERTA | $2,230.00 | $274.00 | $2,504.00 | $5,480.00 |
| BARRETO ARVELO NORMA | $1,875.00 | $50.00 | $1,925.00 | $2,450.00 |
| BARRIERA PACHECO, MIGUEL | $1,975.00 | $100.00 | $2,075.00 | $4,900.00 |
| BELTEAN PEREZ, JOSE A. | $2,035.00 | $167.00 | $2,202.00 | $8,183.00 |
| BERNIER COLON, ANIBAL | $2,011.00 | $70.00 | $2,081.00 | $3,430.00 |
| BERRIOS RIVERA, ANA R. | $2,085.00 | $50.00 | $2,135.00 | $2,450.00 |
| BERRIOS RIVERA, WILLIAM | $3,606.00 | $500.00 | $4,106.00 | $24,500.00 |
| BOCACHICA VEGA, MYRNA E. | $2,011.00 | $140.00 | $2,151.00 | $3,920.00 |
| BONAL CEBALLOS, JOSE A. | $2,140.00 | $140.00 | $2,280.00 | $6,860.00 |
| BUENO MOTTA, JOSÉ ANGEL | $2,011.00 | $70.00 | $2,081.00 | $3,430.00 |
| BULTRON ESCALERA, ADALBERTO | $2,684.00 | $300.00 | $2,984.00 | $14,700.00 |
| BURGOS LOPEZ, REIDALDO | $2,035.00 | $50.00 | $2,085.00 | $1,400.00 |
| BURGOS RIVERA, IRIS J. | $1,985.00 | $50.00 | $2,035.00 | $1,400.00 |
| CABRERA GARCÍA, ORLANDO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| CALDERON ORTIZ, JOSE | $2,170.00 | $150.00 | $2,320.00 | $7,350.00 |
| CAMACHO RODRIGUEZ, PEDRO L. | $2,242.00 | $70.00 | $2,312.00 | $1,960.00 |
| CANALES MORALES, OMAIRA | $2,000.00 | $0.00 | $2,000.00 | $0.00 |
| CARABALLO RODRIGUEZ, IVAN | $2,010.00 | $100.00 | $2,110.00 | $4,600.00 |
| CARABALLO VARGAS, JULIO E. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| CARRASQUILLO CALCAÑO, CANDELARIO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| CARRASQUILLO PACHECO WILBERTO | $2,042.00 | $117.00 | $2,159.00 | $2,574.00 |

| | | | | |
|---|---|---|---|---|
| CARRASQUILLO PACHECO WILBERTO | $2,042.00 | $117.00 | $2,159.00 | $2,574.00 |
| CARRASQUILLO VAZQUEZ, KENNETH | $2,170.00 | $75.00 | $2,245.00 | $3,675.00 |
| CARRERO VARGAS, ANTONIO | $2,010.00 | $0.00 | $2,010.00 | $0.00 |
| CARRION PEREZ, EDWIN | $2,020.00 | $50.00 | $2,070.00 | $1,400.00 |
| CASTILLO IBAÑEZ, PEDRO | $2,140.00 | $150.00 | $2,290.00 | $7,350.00 |
| CASTILLO SANTONI, ALEXANDRA | $2,830.00 | $100.00 | $2,930.00 | $4,900.00 |
| CASTRO GONZÁLEZ, EVELYN | $3,178.00 | $300.00 | $3,478.00 | $14,700.00 |
| CEPEDA RODRÍGUEZ, CARMEN R. | $1,985.00 | $50.00 | $2,035.00 | $2,450.00 |
| CEPEDA SERRANO, AGUSTIN | $2,035.00 | $100.00 | $2,135.00 | $4,900.00 |
| CINTRON CORTIJO, DOMINGO | $2,202.00 | $0.00 | $2,202.00 | $0.00 |
| COLON RIVERA, CARLOS | $2,000.00 | $50.00 | $2,050.00 | $950.00 |
| COLON VAZQUEZ, VICTORIA | $1,992.00 | $50.00 | $2,042.00 | $2,450.00 |
| CONCEPCION CINTRON, FRANCISCO | $1,990.00 | $100.00 | $2,090.00 | $4,900.00 |
| CONDE QUIÑONEZ, LINNETTE | $1,995.00 | $100.00 | $2,095.00 | $2,800.00 |
| CORCHADO AGOSTINI, SUZENNE | $2,062.00 | $70.00 | $2,132.00 | $3,430.00 |
| CORDERO MENDEZ, MIRSA Y. | $1,941.00 | $70.00 | $2,011.00 | $3,430.00 |
| CORDERO SANTIAGO, ARMANDO J. | $2,094.00 | $100.00 | $2,194.00 | $4,900.00 |
| COSS NUÑEZ, ANGEL | $2,050.00 | $50.00 | $2,100.00 | $1,500.00 |
| COTTO VAZQUEZ, RAFAEL JOSE | $2,150.00 | $0.00 | $2,150.00 | $0.00 |
| CRESPO AQUINO, JOSE A. | $2,150.00 | $0.00 | $2,150.00 | $0.00 |
| CRESPO VILLEGAS, REYNALDI | $2,062.00 | $0.00 | $2,062.00 | $0.00 |
| CRUZ DE JESUS, CARLOS | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| CRUZ DE JESUS. JOSE CARLOS | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| CRUZ MOJICA, ANGEL L. | $2,110.00 | $150.00 | $2,260.00 | $7,350.00 |
| CRUZ ORTIZ, EUSEBIO | $2,000.00 | $125.00 | $2,125.00 | $6,125.00 |
| CRUZ QUIÑONES, CARLOS M. | $2,042.00 | $50.00 | $2,092.00 | $2,450.00 |
| CRUZ TROCHE, LUZ E. | $2,080.00 | $280.00 | $2,360.00 | $13,720.00 |
| CUADRADO SILVA, HAROLD | $2,170.00 | $75.00 | $2,245.00 | $3,675.00 |
| DANET GARCÍA, EMILE A. | $2,070.00 | $210.00 | $2,280.00 | $10,290.00 |
| DAVILA HANCE, SAMUEL | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| DE JESUS COLON, AWILDA | $2,070.00 | $210.00 | $2,280.00 | $10,290.00 |
| DE JESUS FUENTES, JOSE M. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| DE JESUS SANTIAGO, JESUS M. | $2,062.00 | $70.00 | $2,132.00 | $3,430.00 |
| DE JESÚS VEGA, ISMAEL | $2,235.00 | $150.00 | $2,385.00 | $3,750.00 |
| DE LEON NIEVES, PEDRO | $2,270.00 | $150.00 | $2,420.00 | $7,350.00 |
| DEIDA GARCÍA, JESUS M. | $2,170.00 | $225.00 | $2,395.00 | $11,025.00 |
| DEL CRISTO ROSA, HENRY | $2,043.00 | $50.00 | $2,093.00 | $2,450.00 |
| DEL TORO DE JESÚS, DIANA | $2,132.00 | $70.00 | $2,202.00 | $3,430.00 |
| DIAZ CASTRO, PABLO | $2,100.00 | $50.00 | $2,150.00 | $2,450.00 |
| DIAZ ROMAN, DAVID | $2,010.00 | $150.00 | $2,160.00 | $6,900.00 |
| DIAZ SANCHEZ, FREDDY | $3,492.00 | $0.00 | $3,492.00 | $0.00 |
| DIAZ TORRES, JUAN A. | $2,070.00 | $280.00 | $2,350.00 | $4,480.00 |
| ECHEVARRIA CRESPO, AMADO | $2,092.00 | $50.00 | $2,142.00 | $2,450.00 |
| ECHEVARRIA ORTIZ, IVELISSE | $1,985.00 | $100.00 | $2,085.00 | $4,900.00 |
| ECHEVARRIA RAMOS, LUIS R. | $2,588.00 | $200.00 | $2,788.00 | $9,800.00 |
| ENCARNACIÓN PIZARRO, LAURA M. | $2,151.00 | $280.00 | $2,431.00 | $13,720.00 |

| Name | | | | |
|---|---|---|---|---|
| ENCARNACION RIVERA, EDWIN | $2,135.00 | $75.00 | $2,210.00 | $3,675.00 |
| ESCALERA BENITEZ, LUIS | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| FABRE MARTÍNEZ, MYRTA | $1,994.00 | $100.00 | $2,094.00 | $2,800.00 |
| FABRE NIEVES, JUDITH | $2,240.00 | $400.00 | $2,640.00 | $19,600.00 |
| FARRARO PLAUD, CARLOS I. | $2,337.00 | $326.00 | $2,663.00 | $15,974.00 |
| FEBLES TORRES, HIRAM | $2,245.00 | $150.00 | $2,395.00 | $600.00 |
| FELICIANO DE JESUS, HECTOR A. | $2,001.00 | $70.00 | $2,071.00 | $1,960.00 |
| FERNANDEZ LASSALLE, ANA E. | $2,358.00 | $300.00 | $2,658.00 | $14,700.00 |
| FERNANDEZ RODRIGUEZ, TERESA M. | $2,062.00 | $70.00 | $2,132.00 | $3,430.00 |
| FIGUEROA CORREA LUIS E. | $2,235.00 | $150.00 | $2,385.00 | $7,350.00 |
| FIGUEROA MELENDEZ, WANDA I | $2,151.00 | $70.00 | $2,221.00 | $3,430.00 |
| FIGUEROA NIEVES, VIRGINIA | $2,038.00 | $180.00 | $2,218.00 | $8,820.00 |
| FIGUEROA RODRÍGUEZ, MILDRED | $2,151.00 | $140.00 | $2,291.00 | $6,860.00 |
| FIGUEROA SANTOS, GERARDO | $2,175.00 | $50.00 | $2,225.00 | $2,450.00 |
| FORESTIER IRIZARRY, JESSICA N. | $1,985.00 | $100.00 | $2,085.00 | $4,900.00 |
| GOMEZ CARRASQUILLO, JULIO | $2,320.00 | $75.00 | $2,395.00 | $3,675.00 |
| GOMEZ IRIZARRY, ROSA M. | $1,207.00 | $0.00 | $1,207.00 | $0.00 |
| GONZALEZ ACEVEDO, JOHANNA | $1,341.00 | $0.00 | $1,341.00 | $0.00 |
| GONZÁLEZ COLLAZO, LOURDES | $2,238.00 | $200.00 | $2,438.00 | $9,800.00 |
| GONZALEZ FERNANDEZ, WILBERTO | $1,851.00 | $50.00 | $1,901.00 | $2,450.00 |
| GONZÁLEZ FONTÁNEZ, JOSÉ A. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| GONZALEZ MORENO, WILBERTO | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |
| GONZALEZ OCASIO, ELISEO | $2,050.00 | $100.00 | $2,150.00 | $2,800.00 |
| GONZALEZ ORTIZ, ANGEL M. | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |
| GONZALEZ VAZQUEZ, ANGELA | $3,028.00 | $280.00 | $3,308.00 | $13,720.00 |
| HERNANDEZ ALMODOVAR, ROBERTO | $2,334.00 | $200.00 | $2,534.00 | $9,800.00 |
| HERNÁNDEZ ENCARNACIÓN, AMARILIS | $1,985.00 | $50.00 | $2,035.00 | $100.00 |
| HERNANDEZ RODRIGUEZ, ELBA I. | $2,009.00 | $50.00 | $2,059.00 | $2,450.00 |
| HERRERA CRUZ, JOSE CARLOS | $2,320.00 | $200.00 | $2,520.00 | $9,800.00 |
| HERRERA IRENE, ALEXIS | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |
| IGLESIAS DE JESUS, ELIZABETH | $2,081.00 | $100.00 | $2,181.00 | $3,900.00 |
| IRIZARRY MONGE, VIOLETA | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |
| JORDAN RAMOS, NYRMA E. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| JUSINO MARTÍNEZ, JUAN | $2,794.00 | $280.00 | $3,074.00 | $13,720.00 |
| JUSINO MORALES, NOREEN | $2,011.00 | $50.00 | $2,061.00 | $2,450.00 |
| JUSINO MORENO, LUIS A. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| LAZU COLON, RAMOM L. | $2,444.00 | $280.00 | $2,724.00 | $13,720.00 |
| LEBRON REYES, JOSE L. | $2,151.00 | $150.00 | $2,301.00 | $7,350.00 |
| LIZARDI RAMOS, ALBERTO | $2,095.00 | $100.00 | $2,195.00 | $4,900.00 |
| LOPEZ ARZOLA, HAREN | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| LOPEZ AYUSO, EDUARDO | $2,170.00 | $150.00 | $2,320.00 | $7,350.00 |
| LÓPEZ RIVERA, PABLO | $2,010.00 | $50.00 | $2,060.00 | $450.00 |
| LOZANO ADORNO, MARIA DEL CARMEN. | $2,308.00 | $280.00 | $2,588.00 | $13,720.00 |
| LUGO ALVAREZ, ELSIE E. | $3,705.00 | $280.00 | $3,985.00 | $13,720.00 |
| MARRERO BAEZ, RAFAEL | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |
| MARRERO PEREZ, ORLANDO | $2,094.00 | $100.00 | $2,194.00 | $4,900.00 |

| Name | | | | |
|---|---|---|---|---|
| MARRERO, REINALDO | $2,050.00 | $100.00 | $2,150.00 | $4,900.00 |
| MARTY PEREZ, JAVIER | $2,080.00 | $100.00 | $2,180.00 | $1,800.00 |
| MARTY TROCHE, HIRAM L. | $2,081.00 | $100.00 | $2,181.00 | $4,900.00 |
| MARXUACH GIL DE LA MADRID, JOSE R. | $4,164.00 | $300.00 | $4,464.00 | $14,700.00 |
| MATOS GARCIA, EVELYN | $2,000.00 | $75.00 | $2,075.00 | $3,675.00 |
| MATOS MONTALVO, MARIA D. | $2,100.00 | $100.00 | $2,200.00 | $2,800.00 |
| MATOS MONTALVO, PETRA | $2,524.00 | $200.00 | $2,724.00 | $9,800.00 |
| MEAUX RIVERA, AUREA E. | $3,515.00 | $280.00 | $3,795.00 | $13,720.00 |
| MELENDEZ ALVIRA, DAISY | $2,043.00 | $150.00 | $2,193.00 | $1,950.00 |
| MELENDEZ OSORIO, ANGEL L. | $2,194.00 | $150.00 | $2,344.00 | $7,350.00 |
| MENDEZ GONZÁLEZ, ISRAEL | $2,245.00 | $150.00 | $2,395.00 | $7,350.00 |
| MENDEZ HERNÁNDEZ, RAFAEL | $2,085.00 | $100.00 | $2,185.00 | $2,800.00 |
| MENDEZ QUIÑONES, MARISEL | $1,223.26 | $50.00 | $1,273.26 | $2,450.00 |
| MENDEZ RIVERA, ZORAIDA | $2,194.00 | $150.00 | $2,344.00 | $7,350.00 |
| MENDEZ VARGAS, JOSE L. | $2,010.00 | $50.00 | $2,060.00 | $300.00 |
| MERCADO AYALA, DANIEL | $1,065.00 | $50.00 | $1,115.00 | $1,350.00 |
| MERCADO BONETA, ANDRES | $2,930.00 | $280.00 | $3,210.00 | $13,720.00 |
| MESTRE SANCHEZ, JOSE A. | $2,132.00 | $150.00 | $2,282.00 | $7,350.00 |
| MOJICA CRUZ, JOSE C. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| MONTERO GONZALEZ, JOSE S. | $3,565.00 | $280.00 | $3,845.00 | $13,720.00 |
| MORALES MORALES, JUDY A. | $2,118.00 | $100.00 | $2,218.00 | $4,900.00 |
| MORENO CLEMENTE, ARMANDO | $2,245.00 | $100.00 | $2,345.00 | $4,900.00 |
| MORENO CLEMENTE, BRAULIO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| MORGADO MALDONADO, MANUEL J. | $2,100.00 | $50.00 | $2,150.00 | $1,400.00 |
| MOYA MOYANO, LUZ J. | $2,132.00 | $210.00 | $2,342.00 | $10,290.00 |
| MUJICA RIVERA, JUAN JOSÉ | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| MUÑIZ ASTACIO, JOSE ANTONIO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| MUÑOZ CARABALLO, YOLANDA | $2,424.00 | $0.00 | $2,424.00 | $0.00 |
| NARVAEZ DE JESUS, CARMEN E. | $2,132.00 | $210.00 | $2,342.00 | $5,880.00 |
| NIEVES QUIÑONES, JEANNETTE | $1,994.00 | $100.00 | $2,094.00 | $4,900.00 |
| NUÑEZ MONTANEZ, ROBERTO | $2,010.00 | $70.00 | $2,080.00 | $3,430.00 |
| NUÑEZ RAMIREZ, MANUEL | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| OCASIO MALDONADO, CARLOS RUBEN | $2,081.00 | $0.00 | $2,081.00 | $0.00 |
| OJEDA OSORIO, MOISÉS | $2,216.00 | $0.00 | $2,216.00 | $0.00 |
| ORTEGA GONZALEZ, MIGUEL A | $2,194.00 | $0.00 | $2,194.00 | $0.00 |
| ORTIZ ADORNO, EFRAIN | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| ORTIZ CRUZ, EMILIO | $2,010.00 | $100.00 | $2,110.00 | $4,900.00 |
| ORTIZ DE JESUS, FREDDY | $2,010.00 | $100.00 | $2,110.00 | $4,900.00 |
| ORTIZ HERNANDEZ, JOSE L. | $2,050.00 | $50.00 | $2,100.00 | $2,450.00 |
| ORTIZ LABOY, LUIS A | $2,244.00 | $200.00 | $2,444.00 | $9,800.00 |
| ORTIZ MONTES, JORGE L. | $2,120.00 | $150.00 | $2,270.00 | $2,850.00 |
| ORTIZ MORALES, RUBÉN | $2,120.00 | $200.00 | $2,320.00 | $9,800.00 |
| ORTIZ NIEVES, CAMILO | $2,010.00 | $50.00 | $2,060.00 | $1,400.00 |
| ORTIZ RAMOS, DEBBIE | $2,132.00 | $140.00 | $2,272.00 | $6,860.00 |
| ORTIZ REYES, DOUGLAS | $1,925.00 | $0.00 | $1,925.00 | $0.00 |
| ORTIZ SANTANA, JOSÉ | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |

| Name | | | | |
|---|---|---|---|---|
| ORTIZ TORRES, VICTOR T. | $2,050.00 | $100.00 | $2,150.00 | $4,900.00 |
| OSORIO CEPEDA, LUIS ORLANDO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| OTERO COSME, OSCAR | $2,040.00 | $75.00 | $2,115.00 | $2,100.00 |
| PABON TORRES, NORMA E. | $2,151.00 | $140.00 | $2,291.00 | $6,860.00 |
| PACHECO SANTIAGO, SANDRA | $2,132.00 | $150.00 | $2,282.00 | $7,350.00 |
| PACHECO CINTRÓN, ZAYDA | $2,011.00 | $70.00 | $2,081.00 | $3,430.00 |
| PAGAN LATIMER, JOSE A. | $2,042.00 | $100.00 | $2,142.00 | $4,900.00 |
| PAGAN LOPEZ, NEREIDA | $2,094.00 | $200.00 | $2,294.00 | $9,800.00 |
| PARRILLA CARRASQUILLO, PASCUAL | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| PARRILLA ORTIZ, LEONCIO | $2,010.00 | $50.00 | $2,060.00 | $2,150.00 |
| PEÑA CASTRO, VIDALIA | $2,730.00 | $300.00 | $3,030.00 | $14,700.00 |
| PEREZ BOSQUES, JESÚS | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |
| PEREZ CALDERON, NELSON | $2,070.00 | $100.00 | $2,170.00 | $4,900.00 |
| PÉREZ MARTÍNEZ, JOSÉ RAMÓN | $2,234.00 | $200.00 | $2,434.00 | $9,800.00 |
| PIÑERO SANTIAGO, LINNETTE | $3,230.00 | $200.00 | $3,430.00 | $9,800.00 |
| PIZARRO ADORNO, HERIBERTO | $2,100.00 | $50.00 | $2,150.00 | $2,450.00 |
| PIZARRO OSORIO, ANGEL | $2,010.00 | $100.00 | $2,110.00 | $4,900.00 |
| PIZZARRO QUILES, BLANCA I. | $1,353.00 | $50.00 | $1,403.00 | $2,450.00 |
| QUIÑONES MATOS, RAUL | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| QUIÑONES ORTIZ, RAFAEL | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| RAMOS LUGO, MARY C. | $2,331.00 | $140.00 | $2,471.00 | $6,860.00 |
| RAMOS MAZZANET, LYDIA | $2,290.00 | $70.00 | $2,360.00 | $1,890.00 |
| RAMOS RODRIGUEZ, EDNA DE LOS A. | $2,735.00 | $150.00 | $2,885.00 | $150.00 |
| REYES OQUENDO, ZENAIDA | $2,035.00 | $70.00 | $2,105.00 | $3,080.00 |
| RIOS LOPEZ, CLEMENCIA | $1,850.00 | $50.00 | $1,900.00 | $2,450.00 |
| RIVERA ARROYO, ELENA | $2,089.00 | $150.00 | $2,239.00 | $3,750.00 |
| RIVERA DE JESUS, SYLVIA | $2,011.00 | $140.00 | $2,151.00 | $6,860.00 |
| RIVERA DEL VALLE, ANA | $2,600.00 | $300.00 | $2,900.00 | $14,700.00 |
| RIVERA DORAN, FELIX ALBERTO | $2,035.00 | $50.00 | $2,085.00 | $2,450.00 |
| RIVERA FIGUEROA, RAQUEL | $3,024.00 | $200.00 | $3,224.00 | $9,800.00 |
| RIVERA GONZALEZ, CRISTINO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| RIVERA IGARTUA, MARIA I. | $2,011.00 | $70.00 | $2,081.00 | $3,430.00 |
| RIVERA JIMENEZ, VICTOR M. | $2,170.00 | $75.00 | $2,245.00 | $3,675.00 |
| RIVERA MALDONADO, JOSE A. | $2,089.00 | $100.00 | $2,189.00 | $4,900.00 |
| RIVERA MARTINEZ, ANGEL M. | $2,267.00 | $350.00 | $2,617.00 | $17,150.00 |
| RIVERA NEGRON, JOSE L. | $2,338.00 | $200.00 | $2,538.00 | $9,800.00 |
| RIVERA O'NEILL, ALFREDO | $2,125.00 | $150.00 | $2,275.00 | $7,350.00 |
| RIVERA PIZARRO, ANGEL C.. | $2,092.00 | $50.00 | $2,142.00 | $2,450.00 |
| RIVERA ROBLES, WILLIAM | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| RIVERA ROSARIO, IVELISSE | $2,081.00 | $140.00 | $2,221.00 | $6,860.00 |
| RIVERA SANTIAGO, ADALBERTO | $2,010.00 | $150.00 | $2,160.00 | $7,350.00 |
| RODRIGUEZ AVILES, LUIS M. | $2,065.00 | $0.00 | $2,065.00 | $0.00 |
| RODRIGUEZ AYALA, LUIS E. | $2,010.00 | $100.00 | $2,110.00 | $700.00 |
| RODRIGUEZ CARMONA, AGRIPINA | $1,883.00 | $100.00 | $1,983.00 | $4,900.00 |
| RODRIGUEZ CLAUDIO, EVELYN | $2,089.00 | $50.00 | $2,139.00 | $2,450.00 |
| RODRIGUEZ COLON, REYNALDO | $2,035.00 | $150.00 | $2,185.00 | $7,350.00 |

| Name | | | | |
|---|---|---|---|---|
| RODRIGUEZ DE JESUS, MARIO | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| RODRIGUEZ GUZMAN, ANGEL N. | $2,464.00 | $200.00 | $2,664.00 | $9,800.00 |
| RODRÍGUEZ GUZMÁN, JOHANNA | $2,515.00 | $0.00 | $2,515.00 | $0.00 |
| RODRIGUEZ MARRERO, MARILIZETTE | $2,414.00 | $300.00 | $2,714.00 | $14,700.00 |
| RODRIGUEZ MERCADO, IVETTE | $2,080.00 | $140.00 | $2,220.00 | $6,860.00 |
| RODRIGUEZ ORTIZ ALBERT | $2,201.00 | $280.00 | $2,481.00 | $13,720.00 |
| RODRIGUEZ PEREZ, GERMAN | $1,925.00 | $100.00 | $2,025.00 | $4,900.00 |
| RODRIGUEZ ROSARIO, RAFAEL | $2,075.00 | $150.00 | $2,225.00 | $7,350.00 |
| RODRÍGUEZ RUIZ, GEMINELLY | $2,202.00 | $70.00 | $2,272.00 | $3,430.00 |
| RODRIGUEZ VEGA, NELSON | $2,050.00 | $0.00 | $2,050.00 | $0.00 |
| ROLDAN SOTOMAYOR, LUZ DEL C. | $4,507.00 | $0.00 | $4,507.00 | $0.00 |
| ROMAN ROLDAN, CARMEN | $1,992.00 | $140.00 | $2,132.00 | $6,860.00 |
| ROQUE SERRANO, ANGEL M. | $2,170.00 | $75.00 | $2,245.00 | $3,675.00 |
| ROSA COTTO, ISAAC | $2,025.00 | $50.00 | $2,075.00 | $2,450.00 |
| ROSADO ÁLVAREZ, IVELISSE | $2,085.00 | $100.00 | $2,185.00 | $4,900.00 |
| ROSADO CARO, RAFAEL A. | $2,035.00 | $50.00 | $2,085.00 | $1,400.00 |
| ROSADO WESTERN, ALBANITZY | $2,218.00 | $200.00 | $2,418.00 | $4,600.00 |
| ROSARIO AMADOR, MIGUEL A. | $2,318.00 | $200.00 | $2,518.00 | $3,800.00 |
| ROSARIO DE JESUS, VICTOR JOSE | $2,061.00 | $140.00 | $2,201.00 | $980.00 |
| ROSSNER OSORIO, IRMA E. | $2,071.00 | $210.00 | $2,281.00 | $10,290.00 |
| RUIZ MARTINEZ, JORGE L. | $2,194.00 | $200.00 | $2,394.00 | $1,400.00 |
| RUIZ RIVERA, ANDRES | $1,900.00 | $50.00 | $1,950.00 | $1,400.00 |
| RUIZ RODRIGUEZ, DAMARIS | $2,243.00 | $200.00 | $2,443.00 | $9,800.00 |
| RUIZ SANCHEZ, MARIA I. | $2,070.00 | $70.00 | $2,140.00 | $3,430.00 |
| SALDAÑA RIASCOS, ALICIA | $2,478.00 | $150.00 | $2,628.00 | $1,050.00 |
| SALVADOR CARDONA, LOUIS R. | $2,050.00 | $50.00 | $2,100.00 | $2,450.00 |
| SANCHEZ ANDINO, WANDA | $2,538.00 | $300.00 | $2,838.00 | $14,700.00 |
| SANCHEZ PEREZ, JOSE C. | $1,975.00 | $100.00 | $2,075.00 | $4,900.00 |
| SANDOVAL SANTONI, LUIS R. | $1,980.00 | $0.00 | $1,980.00 | $0.00 |
| SANTANA DE LA PAZ, RUBÉN | $2,010.00 | $50.00 | $2,060.00 | $1,550.00 |
| SANTANA GARCIA, ANGEL LUIS | $2,114.00 | $0.00 | $2,114.00 | $0.00 |
| SANTIAGO ACOSTA, HERNAN | $2,118.00 | $100.00 | $2,218.00 | $4,900.00 |
| SANTIADO DE JESUS BEATRIZ | $2,081.00 | $70.00 | $2,151.00 | $3,430.00 |
| SANTIAGO DELGADO, ROSA | $1,950.00 | $150.00 | $2,100.00 | $7,350.00 |
| SANTIAGO ROSARIO MILAGROS DE LOS A | $2,318.00 | $100.00 | $2,418.00 | $4,900.00 |
| SANTIAGO SESENTON, FLORENCIO | $2,015.00 | $0.00 | $2,015.00 | $0.00 |
| SANTIAGO SOTO, VIVIAN | $2,108.00 | $0.00 | $2,108.00 | $0.00 |
| SANTOS CLEMENTE, BRENDA ENID | $1,992.00 | $170.00 | $2,162.00 | $4,760.00 |
| SANTOS COLON, ILEANA | $2,182.00 | $290.00 | $2,472.00 | $8,120.00 |
| SANTOS TORRES, ROSA V. | $2,410.00 | $225.00 | $2,635.00 | $11,025.00 |
| SERRANO VAZQUEZ, BRENDA I. | $2,280.00 | $70.00 | $2,350.00 | $1,960.00 |
| SOSA GONZALEZ, SOL A. | $2,418.00 | $300.00 | $2,718.00 | $14,700.00 |
| SOTO MONTAÑEZ, NYLSA S. | $2,238.00 | $200.00 | $2,438.00 | $9,800.00 |
| SOTO MORALES, ROSA L. | $2,081.00 | $0.00 | $2,081.00 | $0.00 |
| SOTO ROSARIO, ROBERTO | $2,717.00 | $0.00 | $2,717.00 | $0.00 |
| SOTO VELEZ, MANUEL DE JESUS | $2,035.00 | $0.00 | $2,035.00 | $0.00 |

| Name | | | | |
|---|---|---|---|---|
| TAPIA CEPEDA, SAMUEL | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| TIRADO HUERTAS, ELÍAS | $2,930.00 | $100.00 | $3,030.00 | $4,900.00 |
| TIRADO REYES, JUAN D. | $2,035.00 | $50.00 | $2,085.00 | $2,450.00 |
| TORRES BERMÚDEZ, LUIS A. | $2,245.00 | $150.00 | $2,395.00 | $7,350.00 |
| TORRES COLON, LOURDES J. | $2,011.00 | $0.00 | $2,011.00 | $0.00 |
| TORRES COLON MARIA V. | $2,061.00 | $210.00 | $2,271.00 | $10,290.00 |
| TORRES FIGUEROA, YOLANDA | $1,985.00 | $100.00 | $2,085.00 | $4,900.00 |
| TORRES PEREZ, DANIEL | $2,035.00 | $50.00 | $2,085.00 | $2,450.00 |
| TORRES PINEDA, DAVID | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| TORRES RODRIGUEZ, NORDELLIE | $2,825.00 | $0.00 | $2,825.00 | $0.00 |
| TORRES ROSADO, BETHSAIDA | $2,267.00 | $420.00 | $2,687.00 | $20,580.00 |
| TORRES RUIZ, LUIS A. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| TORRES SEPULVEDA, JORANNIE | $2,081.00 | $70.00 | $2,151.00 | $3,430.00 |
| TORRES TORRES CARLOS R. | $2,300.00 | $350.00 | $2,650.00 | $17,150.00 |
| TRINIDAD MOJICA, JULIO C. | $2,132.00 | $200.00 | $2,332.00 | $9,800.00 |
| UGARTE VENDRELL, ELIACER | $2,320.00 | $75.00 | $2,395.00 | $3,675.00 |
| URBINA SANCHEZ, YOMARI | $1,985.00 | $100.00 | $2,085.00 | $4,900.00 |
| URDAZ LAMPÓN, MANUEL M. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| VALENTIN VALENTIN, CECILIA | $2,011.00 | $0.00 | $2,011.00 | $0.00 |
| VARGAS TIRU, JULIO A. | $2,011.00 | $0.00 | $2,011.00 | $0.00 |
| VARGAS VELEZ, LUCY | $2,011.00 | $70.00 | $2,081.00 | $3,430.00 |
| VÁZQUEZ ARVELO, HAMILTON | $2,070.00 | $210.00 | $2,280.00 | $10,290.00 |
| VAZQUEZ RIVAS, MIGUEL A. | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| VAZQUEZ ROMAN ISMAEL | $2,050.00 | $50.00 | $2,100.00 | $2,450.00 |
| VAZQUEZ SANCHEZ SIGFRIDO | $1,991.00 | $70.00 | $2,061.00 | $1,960.00 |
| VEGA AGUIAR, BLANCA M. | $3,969.00 | $200.00 | $4,169.00 | $9,800.00 |
| VEGA ALGARIN, HECTOR L. | $1,985.00 | $50.00 | $2,035.00 | $2,450.00 |
| VELAZQUEZ BELLO, EFREN | $1,900.00 | $50.00 | $1,950.00 | $2,450.00 |
| VELAZQUEZ FELICIANO, MIGUEL | $2,081.00 | $210.00 | $2,291.00 | $10,290.00 |
| VELAZQUEZ GONZALEZ, CRUZ T. | $2,197.00 | $280.00 | $2,477.00 | $13,720.00 |
| VELAZQUEZ RODRIGUEZ, MARIA J. | $2,236.00 | $0.00 | $2,236.00 | $0.00 |
| VELOZ CAPELLAN, CRISTINA | $1,995.00 | $100.00 | $2,095.00 | $4,900.00 |
| VÉLEZ PAGAN, WILLIAM | $2,062.00 | $140.00 | $2,202.00 | $6,860.00 |
| VELEZ TORRES, AUDELIZ | $1,985.00 | $100.00 | $2,085.00 | $4,900.00 |
| VELEZ TORRES, ISMAEL | $2,153.00 | $200.00 | $2,353.00 | $9,800.00 |
| VICENTE QUIÑONES, JOSE R. | $2,035.00 | $50.00 | $2,085.00 | $1,750.00 |
| VICENTE RODRIGUEZ, JUAN | $2,245.00 | $150.00 | $2,395.00 | $7,350.00 |
| ZARAGOZA CASTILLO, WILLY | $2,010.00 | $50.00 | $2,060.00 | $2,450.00 |
| ANDRADES ACEVEDO, EDWIN F | $2,094.00 | $100.00 | $2,194.00 | $4,900.00 |
| LUCENA GARCIA, CONFESOR. | $2,494.00 | $100.00 | $2,594.00 | $4,900.00 |
| ORTIZ ORTIZ, ARLENE M. | $2,367.00 | $70.00 | $2,437.00 | $3,430.00 |
| | | | TOTAL | $1,596,335.00 |

# EXHIBIT VI

| CW General Unsecured Claims | (i) the portion of an Eminent Domain Claim in excess of accounts on deposit with the Clerk of the Court of First Instance, and (ii) all other Claims against the Commonwealth, except (a) any Claim treated in any other Class under the Plan, (b) any Claim that is eligible to be transferred into or administered through the ACR, (c) the Proof of Claim No. 161091 filed by Concilio Nacional de Policias Inc. and any related proofs of claim asserting claims related to *Frente Unido de Policias Organizados, et al. v. Puerto Rico Police Department*, Case No. KAC-2007-4170, (d) all claims for retiree benefits, (e) all Claims against the Commonwealth by any Governmental Unit, (f) any unsecured deficiency claims with respect to asserted priority and/or secured claims, or (g) any Claim determined by the Title III Court not to be a CW General Unsecured Claim. *Treatment:* On the Effective Date, each holder of an Allowed CW General Unsecured Claim will receive its Pro Rata Share of the CW GUC Recovery, comprised of: (A) $575,000,000.00 in Cash, minus (i) up to $15,000,000, as determined by the UCC at or prior to the Confirmation Hearing, as necessary to fund the administration and operation of the Avoidance Actions Trust, (ii) such amounts paid to compensate the UCC appointees to the Avoidance Actions Trust Board and their advisors in connection with their review and analysis of the claims reconciliation process, which shall not exceed $3,000,000, and (iii) such amount of Cash as is necessary to satisfy the payment of Allowed Convenience Claims; and (B) net recoveries by the Avoidance Actions Trust allocable to the Avoidance Actions CW Interests. Distributions to a holder of an Allowed CW General Unsecured Claim cannot exceed 40% of such holder's Allowed CW General Unsecured Claim. Any net recoveries by the Avoidance Actions Trust will not count towards attaining such cap. Any funds (other than any net recoveries by the Avoidance Action Trust) remaining in the GUC Reserve following attainment of the 40% GUC Recovery Cap and distributions made or reserved on account thereof will be turned over to the Commonwealth for general purposes. *GUC Reserve*: The GUC Reserve will be funded as follows: |
|---|---|

claims under the proposed plan of adjustment [ECF No. 16396]. On April 29, 2021, the Title III Court issued an order denying the UCC's renewed 3013 motion [ECF No. 16629].

|  | (a) $200,000,000 on the later to occur of December 31, 2021 and the Effective Date; |
|---|---|
|  | (b) $100,000,000 on or prior to December 31, 2022; |
|  | (c) $100,000,000 on or prior to December 31, 2023; |
|  | (d) $100,000,000 on or prior to December 31, 2024; and |
|  | (e) $75,000,000 on or prior to December 31, 2025. |
|  | If the 40% GUC Recovery Cap is reached before a future funding obligation, the Commonwealth will be relieved of such future funding obligation. |
|  | All amounts necessary to fund the Avoidance Actions Trust will be funded directly to the Avoidance Actions Trust and not into the GUC Reserve. If the Avoidance Actions Trust ceases pursuit of Avoidance Actions, all funds in the Avoidance Actions Trust will be transferred to the GUC Reserve. |
|  | All amounts necessary to satisfy Allowed Convenience Claims will be funded directly to the disbursing Agent and not into the GUC Reserve. |
|  | *Voting*: Class 58 is Impaired by the Plan. Class 58 and each holder of an Allowed CW General Unsecured Claim are entitled to vote to accept or reject the Plan. |
|  | ***Estimated Claim Amount***: $2,750,000,000[447] |
|  | ***Projected Recovery from CW***: 20.4%[448] |
|  | ***Election to be Treated as Convenience Claim (Class 68):*** Any holder of an Allowed CW General Unsecured Claim may elect to (a) reduce the amount of such Allowed CW General Unsecured Claim to $20,000.00, and (b) have such reduced claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim. Any holder of multiple Allowed CW General Unsecured Claims may elect to (a) reduce the amount of such multiple Allowed CW |

---

[447] Includes Eminent Domain Claims. The Debtors' claims reconciliation process remains ongoing. The Debtors' estimated claim amount for Class 58 represents the Debtors' current best estimate of claim amounts for this class. The actual claim amount may differ materially from Debtors' estimate.

[448] Does not include net recoveries from the Avoidance Actions Trust. Pursuant to Sections 1.273 and 62.1(a) of the Plan, recoveries are subject to a cap of 40%. Any net recoveries by the Avoidance Actions Trust will not count towards attaining such cap. Assumes $15,000,000.00 in cash from the CW GUC Recovery is used to fund the Avoidance Actions Trust.

| | |
|---|---|
| | General Unsecured Claims to an aggregate amount of $40,000.00, and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claims.<br><br>Such election must be made on the ballot and receive by the Debtors on or prior to the Ballot Date. Any election received on the Debtors after the Ballot Date will not be binding on the Debtors. |
| **Class 59:**<br>CW/HTA Claims | ***Classification:*** Class 59 consists of all claims against the Commonwealth arising from or related to the Commonwealth's retention of certain funds historically transferred to HTA pursuant to the provisions of the Commonwealth Constitution, any statute, regulation, or executive order including, without limitation, claims related to the rights or obligations arising under (a) Section 8 of Article VI of the Commonwealth Constitution, 9 L.P.R.A. §2021, 13 L.P.R.A. §31751 (a)(3)(C), 23 L.P.R.A. §104(c), and Commonwealth of Puerto Rico Administrative Bulletin Nos. OE-2015-46, OE-2016-14, OE-2016-18, OE-2016-30 and OE-2016-31 and (b) the indebtedness issued by HTA pursuant to that certain (i) Resolution No. 68-18, adopted June 13, 1968, and (ii) Resolution No. 98-06, adopted February 26, 1998.[449]<br><br>***Treatment:*** On the Effective Date, and subject to the satisfaction of the HTA Distribution Conditions, each holder of an Allowed CW/HTA Claim (including the Monolines) will receive its Pro Rata Share of the CW/HTA Clawback Recovery, comprised of 68.6% of the Clawback CVIs.<br><br>Upon satisfaction of the HTA Distribution Conditions, (a) Assured and National will receive their respective shares of the CW/HTA Clawback Recovery on account of the Assured CW/HTA Bond Claims and National CW/HTA Bond Claims, respectively; and (b) the CW/HTA Clawback Recovery allocable to the FGIC CW/HTA Claims will be treated in a manner consistent with the treatment of Allowed FGIC Insured Bond Claims pursuant to Section 75.4 of the Plan, as applicable. |

---

[449] The Oversight Board believes that based on the language of the indenture for the HTA 68 Bonds, the HTA 98 Bonds, the DRA Parties' loans with GDB, and the HTA Enabling Act, among other documents, the DRA's HTA Loan claims are subordinate to the CW/HTA Claims, and proposed to treat them accordingly. However, payments on account of the Clawback CVIs will be subject to the CVI Payment Reserve until there has been a GDB Loan Priority Determination, defined as the "determination, in either the Commonwealth Title III Case or the HTA Tile III Case, (a) with respect to the relative rights of recovery and priority of payment of the HTA 68 Bonds and the HTA 98 Bonds to the rights of GDB with respect to the GDB HTA Loans, and/or (b) that the Government Development Bank Debt Recovery Authority does not possess an allowable claim or entitlement to recover with respect to the HTA Clawback CVI based upon such GDB HTA Loans."

# EXHIBIT VII