UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

   Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION OF INDIVIDUAL BONDHOLDER
FOR AN ORDER EXTENDING THE VOTING DEADLINE FOR RETAIL INVESTORS

      The Court has received and reviewed the *Motion of Individual Bondholder for an Order Extending the Voting Deadline for Retail Investors* (Docket Entry No. 18237 in Case No. 17-3283, the "Motion") and the *Urgent Motion Regarding Filing of Motion to Extend the Voting Deadline for Retail Investors* (Docket Entry No. 18236 in Case No. 17-3283), filed by Peter C. Hein (the "Movant").

      Responses to the Motion must be filed by **September 28, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **September 30, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 18236 in Case No. 17-3283.

SO ORDERED.

Dated: September 24, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge