# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

     as representative of

THE COMMONWEALTH OF PUERTO
RICO, *et al.*

         Debtors. [1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td></tr>
</table>

**THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES' (A) RESPONSE TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO'S
CROSS-MOTION TO MODIFY CERTAIN DEADLINES IN THE SOLICITATION
PROCEDURES ORDER AND CONFIRMATION PROCEDURES ORDER,
AND (B) REPLY IN SUPPORT OF VOTING DEADLINE MOTION**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the

"**Retiree Committee**") respectfully files this response ("**Response**") to the *Financial Oversight*

*and Management Board for Puerto Rico's (A) Response to Retiree Committee Motion to Extend*

*Voting Deadline, UCC Joinder to Retiree Committee Motion, and Motion of Individual*

*Bondholder for an Order Extending the Voting Deadline for Retail Investors, and (B) Cross-*

*Motion To Modify Certain Deadlines in Solicitation Procedures Order and Confirmation*

*Procedures Order* [Dkt. 18243] (the "**Cross-Motion**") and reply in support of the Retiree

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Committee's *Motion to Extend the Voting Deadline for Holders of Claims in Classes 51B, 51D, 51E, 51F, and 51L* [Dkt. 18214] (the "**Voting Deadline Motion**").

1.      The Retiree Committee is pleased that the Oversight Board has recognized the need to extend the deadline by which ballots must be returned (the "**Voting Deadline**") by fourteen days—from October 4, 2021 at 5:00 p.m. (Atlantic Standard Time) to October 18, 2021 at 5:00 p.m. (Atlantic Standard Time). While the Retiree Committee moved for an extension of time for Eligible Retirees (and continues to assert that Eligible Retirees are the most affected by the postal delays), the Retiree Committee does not object to the extension being made applicable to all claimants, nor to the Oversight Board's request for extension of the deadline for filing the Voting Tabulation Declaration by nine days, to and including November 3, 2021.

2.      The Retiree Committee appreciates the Court's prompt scheduling of briefing on the Voting Deadline Motion, which led to the agreed extension of the Voting Deadline. The Retiree Committee believes the requested extension provides a practical solution to the serious issues outlined in the Voting Deadline Motion and the *Declaration of Justin Lapatine in Support of the Voting Deadline Motion* [Dkt. 18230] (the "**Lapatine Decl.**"),[2] and respectfully requests that the Court enter an Order extending the Voting Deadline to October 18, 2021 at 5:00 p.m. (Atlantic Standard Time).

(*Signature page follows.*)

---

[2] In paragraph 2 of the Cross-Motion, the Oversight Board misstates the percentage of retirees who reported missing ballots—85% of retirees reported missing ballots, not 15%. *See* Voting Deadline Mot. ¶¶ 2, 8; Lapatine Decl. ¶ 5.

September 25, 2021

Respectfully submitted,

JENNER & BLOCK LLP

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:
*/s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
Carl Wedoff (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

By:
*/s/ A.J. Bennazar-Zequeira*
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Edificio Union Plaza, 1701
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jennner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

*Counsel for The Official Committee of Retired
Employees of Puerto Rico*

3