UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO



INRE:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF
PUERTO RICO AS
REPRESENTATIVE OF THE
COMMONWEALTH OF PUERTO
RICO, ET ALS
DEBTORS

PROMESA TITLE III
NUM. 17BK-3283-LTS

## MOTION INFORMING THE COURT

Comes now the movant Pro Se Hiram Pérez-Soto Pro Se and respectfully alleges and informs to the Honorable Court of the following:

1. We received by the US Mail and order from the Honorable Court in response to my motion informing the Court docket no. 18028 filed and entered on 09/13/2021. The order has docket no. 18092 filed and entered on 09/13/2021.

2. That we are filing this motion complying with the aforesaid order of the Honorable Court. We inform the Court that we received a motion from the Department of Justice of the Commonwealth of Puerto Rico in response to our motion informing the Court above mentioned. The motion of the Department of Justice of the Commonwealth of Puerto

1

Rico has the docket no. 18149 filed and entered on 09/17/2021. That in this last motion the Department of Justice of the Commonwealth of Puerto Rico in paragraph no. 12 a and b proposed a stipulation in which the lift of stay pertaining to cases 19-CV-1266 and 19-CV-1774 are substantially similar to the conditions proposed by the Department of Justice that will be applicable to the appeals case First Circuit 21-1404. That we want to inform the Honorable Court that we agree with the proposed stipulation in which the lift of stay will be applicable to appeals case 21-1404. As before mentioned, the conditions contained in the stipulation are mentioned in paragraph 12 a and b of the motion filed by the Department of Justice of the Commonwealth of Puerto Rico docket no. 18149.

3. We inform the Honorable Court that since we don't have the privilege of filing electronically all orders should be notified by US Mail to: Hiram Pérez Soto, S1-5, Calle 11 Villas del Paraná, San Juan, Puerto Rico 00926-6045.

**WHEREFORE,** it is respectfully requested to this Honorable Court that the conditions mentioned in the proposed stipulation by the Department of Justice of the Commonwealth of Puerto Rico in its motion docket no. 18149 paragraph 12 a and b will be applicable to

2

the lift of stay pertaining to the appeals case of the First Circuit 21-1404.

I hereby certify that I filed manually this motion with the Clerk of this Court and send by Email copy of this motion to: Fernando Figueroa Santiago, Email: fernando.figueroa@justicia.pr.gov. Omar Andino Figueroa, Court of Appeals Bar Number 1197240; email: omar.andino@justicia.pr.gov. Mariola Abreu Acevedo, Court of Appeals Bar Number 1199215; email: mariola.abreu@justicia.pr.gov. Susana I. Peñagaricano Brown Email: spenagaricano@justicia.pr.gov

Today, September 24 2021 in San Juan, Puerto Rico

3

*[signature]*

**HIRAM PEREZ SOTO**

**PRO SE**

S-1-5 Calle 11
Villas del Paraná
San Juan, Puerto Rico 00926-6045

Cel. (787) 438-6687
E-mail: hperez1057@gmail.com

4