## INDEX TO APPENDIX

**Pages**

1) Response to motion informing the Court filed by Hiram Pérez-Soto

   Filed by the Department of Justice docket no. 18149          1-5

2) Order from the Honorable Court docket no. 18092              6