# U.S. Bankruptcy Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from Ramirez, Marian entered on 9/13/2021 at 4:42 PM AST and filed on 9/13/2021

| | |
|---|---|
| **Case Name:** | COMMONWEALTH OF PUERTO RICO and Puerto Rico Public Buildings Authority (PBA) |
| **Case Number:** | 17-03283-LTS9 |
| **Document Number:** | 18092 |

**Docket Text:**
ORDER SETTING BRIEFING SCHEDULE CONCERNING [18028] MOTION INFORMING THE COURT filed by Hiram Perez Soto. **Responses due by 9/17/2021, at 5:00 p.m. (AST). Reply due by: 9/24/2021, at 5:00 p.m. (AST).** Signed by Judge Laura Taylor Swain on 9/13/2021.(mr) s/c sent to Hiram Perez Soto.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
|---|---|

ORDER SETTING BRIEFING SCHEDULE CONCERNING MOTION INFORMING THE COURT

The Court has received and reviewed the *Motion Informing the Court* (Docket Entry No. 18028 in Case No. 17-3283, the "Motion"), filed by Hiram Pérez-Soto (the "Movant"). Responses to the Motion, if any, must be filed by **September 17, 2021, at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **September 24, 2021, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court orders otherwise.

SO ORDERED.

Dated: September 13, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).