UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re                                          *
                                               *     PROMESA
THE FINANCIAL OVERSIGHT AND                    *     Title III
MANAGEMENTT BOARD FOR PUERTO RICO              *
                                               *     No. 17 BK 3283-LTS
     as representative of                      *
                                               *     (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, THE           *
EMPLOYEES RETIREMENT SYSTEM OF THE             *
GOVERNMENT OF THE COMMONWEALTH OF              *
PUERTO RICO, AND THE PUERTO RICO PUBLIC        *
BUILDING AUTHORITY                             *
                                               *
                                               *
     Debtors                                   *


TO HONORABLE LAURA TAYLOR SWAIN
United States District Judge

OBJECTIONS TO CONFIRMATION
AND DISCOVERY IN CONNECTION THEREWITH

     With due respect, I don´t agree to any reduction in my
pension unless a due audit of the debt is made, any ilegal debt
incurred is deducted from the alleged debt and any debt incurred
by the pension system with gross, reckless and careless disregard
of financial principles that must be taken to avoid a risk to
repay the debt due.
     With regard to the discovery, the following request is made:
     1. that a copy is provided of any and all audits made of all
and any alleged debt.
     2. that a copy is provided of the illegal ""Extra
Constitutional Debt".
     3. that a copy is provided of the debt incurred by the
pension system with gross, reckless and careless disregard to
avoid a risk to repay the debt due.

     The above Motion is respectfully submitted.
     Dated: September 14, 2021 in San Juan, Puerto Rico.

Address:
Cond. El Monte Sur                 Edgardo Márquez Lizardi
190 Ave. Hostos Apt. 939           Retired Member of the
San Juan, Puerto Rico 00918-4628   Judiciary Retirement System
                                   SS Last four Numbers 3520
                                   Email: emarquez@coqui.net
                                   Cel No. (787) 313-2667