EDGARDO MARQUEZ LIZARDI
COND. EL MONTE SUR
190 AVE. HOSTOS APT. 939
SAN JUAN PR 00918-4628

MEMPHIS TN 380
16 SEP 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CHARDON STE 150
SAN JUAN, P.R. 00918-1767

00918-176525