# REPLICA DE OBJECIÓN GLOBAL

Ann M. Ruiz
70 Eleuthera Dr.
Lake Alfred, Fl, 33850
(863)606-2707
annieruiz1@yahoo.com

Secretaria (Clerk Office)
Tribunall de Distrito de los Estados Unidos
#150 Edificio Federal
San Juan, PR, 00918-1767

| | |
|---|---|
| DEUDORES: | ESTADO LIBRE ASOCIADO DE PUERTO RICO |
| PROMESA Titulo III | |
| Numero de Reclamación: | 17622 -Ley 89 Julio 1995 - EL ROMERAZO |
| Numero de caso: | 17 BK 3283-LTS |

No estoy de acuerdo con que cancele la reclamación LEY PROMESA debido a que estoy reclamando el dinero adeudado de unos aumentos de sueldo correspondientes a los años que la PUERTO RICO TELEPHONE COMPANY era ELA.

**Documentación Justificativa**

Se incluye documento que evidencia los años de servicio con Puerto Rico Telephone Company, Puerto Rico, ELA desde el 8 de julio de 1991 hasta el 15 enero 2002. En Puerto Rico Telephone Company, Puerto Rico, ELA se esta reclamando por las leyes aplicables que cubren estos años de servicio en que la Agencia era Gobierno.

Fecha:17 de Septiembre de 2021

Respetuosamente,

Ann M. Ruiz