

## PROGRAMA DE SEPARACIÓN VOLUNTARIA - ESTIMADO DE BENEFICIOS
### UIET

### INFORMACIÓN CON RESPECTO AL EMPLEADO

| | | | |
|---|---|---|---|
| Nombre: | ANN M. RUIZ CRISPIN | Balance de Vacaciones: | 7.00 |
| Número de Empleado: | 14145 | Balance de Licencia por Enfermedad: | 14.25 |
| Número de Seguro Social: | REDACTED 0767 | Fecha de Servicio: | 07/08/91 |
| Fecha de Nacimiento: | 01/29/70 | Servicio hasta la Fecha de Terminación de Empleo: | 10.5000 |
| Salario Básico Actual: | $21,091.20 | Fecha de *Separación Voluntaria*: | 01/15/02 |

### RESUMEN DE BENEFICIOS

| | Pagos |
|---|---|
| Pago por *Separación* | $17,035.20 |
| Pago por Días Acumulados de Licencia por Enfermedad | $1,155.96 |
| Pago por Días Acumulados de Vacaciones | $567.84 |
| Bono de Navidad * Pago *Especial* | $1,500.00 |
| **Total** | **$20,259.00** |

* Prorrateado basado en el tiempo trabajado durante el periodo cualificatorio y la cantidad de bono que otorgará la Compañía para el 2002.

Además de estos beneficios, usted es elegible a lo siguiente:

- La opción de convertir su beneficio de seguro de vida a una póliza individual