Ann M. Ruiz
270 Eleuthera Dr
Lake Alfred, FL, 33850

  

U.S. POSTAGE PAID
FCM LG ENV
LAKE ALFRED, FL
33850
SEP 18, 21
AMOUNT
$1.16
1023          00918          R2304M115385-50

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
#150 Ave. Chardon
San Juan (Puerto Rico) 00918-1767