TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISION Y ADMINISTRACION
FINANCIERA PARA PUERTO RICO,

Como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RiCO,
Et. Als.

Deudores

PROMESA
Titulo III

Num: 17 BK 3283 - LTS

(Administrado Conjuntamente)

La presente radicación guarda
Relación con el E.L.A.

2021 SEP 24 PM 6:30

## MOCION EN CONTESTACION A ORDEN POR LA QUE SE CONCEDE LA TRICENTESIMA SEXAGESIMA QUINTA OBJECION GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES ERRONEAMENTE CLASIFICADAS Y SOBREESTIMADAS

AL HONORABLE JUEZ:

Comparece VICTOR O. HENSON BOUSQUETS, por propio derecho y muy respetuosamente, EXPONE, ALEGA y SOLICITA:

1. La institución del gobierno que se dirigía la reclamación es Departamento de la Vivienda-Administración de Vivienda Rural, San Juan, P.R. – Director Ing. Daniel Osorio. Tienen todos los documentos y planos relacionados con el Proyecto Construcción de 250 solares para construcción de viviendas de escasos recursos a bajo costo y el Tribunal Superior de Utuado donde se solicitó la renuncia al Alcalde Aníbal Pagán por la querella presentada de extorsión y solicitud de sobornos el Tribunal $650,000 cada seis meses que él quería recibir como Alcalde para el personal.

2. Yo debo como $ 4.5 millones en renta de equipos y adquisición de las 60 cuerdas de terreno para la realización del proyecto, planos y permisiología en 1978, razón que demando por $4,500,000.00 que reclamo. Voy a perder mi vivienda porque me van a demandar los sub-contratistas contratados para desarrollar el proyecto, deben ayudarme y compensarme por los daños que me ocasionó el Alcalde en el proyecto para las agencias concernidas.

POR TODO LO CUAL, se solicita muy respetuosamente la re-evaluacion de la presente causa de acción.

CERTIFICO: Haber enviado copia fiel y exacta del presente documento a Prime Clerk LLC – Grand Central Station – PO Box 4850 – New York, NY 10163-4850.

SR. VICTOR O. HENSON BOUSQUETS
URB. VILLA RITA
CALLE 5-J-7
PO BOX 78
SAN SEBASTIAN, PR 00685
TEL: 787-232-4185
TEL RES: 787-609-6720