**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $1,500,000. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $1,500,000. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |
| Base para: | El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de EE. UU., sección 503(b)(9), pero la evidencia de reclamo no corresponde a venta de bienes y, por ende, el demandante no tiene derecho a una prioridad administrativa. Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $1,500,000. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $1,500,000. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $1,500,000. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $1,500,000. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |
| Base para: | El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de EE. UU., sección 503(b)(9), pero la evidencia de reclamo no corresponde a venta de bienes y, por ende, el demandante no tiene derecho a una prioridad administrativa. Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $1,500,000. En consecuencia, el reclamo se reclasifica en su totalidad como un reclamo no asegurado general por un monto de $1,500,000. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).