SR. VICTOR O. HENSON BOUSQUETS
URB. VILLA RITA
CALLE 5-J -7
SAN SEBASTIAN, PR 00685

NASHVILLE TN 370

20 SEP 2021 PM 5 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 24 PM 6: 30

UNITED STATES DISTRIT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON
SUITE 150
SAN JUAN, PR 00918-1767

00918-170625