UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.¹ | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 24, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 27, 2021

1. Damaris Vega Santiago
2. Nelida Vega Santiago
3. Carmen M. Padilla Alvarez
4. Eduardo Pedraza Ambert
5. Juanita Lozano Santana
6. Irma T. Moreno Soto
7. Eddie Hernandez Vargas (2 notices)
8. Minerva Mercado Domena
9. Alfredo M. Arcelay Toro
10. Leida Cruz Rentas (2 notices)
11. Wilfredo Corps Rivera
12. Francisco Marcano Cabrera
13. Natividad Carlderon Marrero
14. Jose Gomez Candelaria
15. Frances Ortiz Montañez
16. Carmen M. Mendez Mendez
17. Elena Marrero Mora
18. Jose A. Soto Ramirez
19. Irma Rodriguez Hernandez
20. Nelida Vega Burgos
21. Ana L. Rivera Torres
22. Israel Rosa Catalan

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 27, 2021

23. Roberto Lopez Arroyo

24. Josue A. Cruz Rivera

25. Juan Daniel Rodriguez Morales

26. Lydia E. Nieves Garcia (4 notices)

27. Norberto Montalvo Martinez

28. Edgardo Marquez Lizardi

Dated: September 27, 2021

3