Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damaris Vega Santiago_

Participant's Address: _Urb. Vista Monte Calle 6 G-3 Cidra, P.R. 00739_

Participant's Email Address: _Vega damaris 61 @ gmail . Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175647-1    /  175647_

Nature of Claim: _Wages Back Pay Promesa Tittle III_
_no. 17 BK 3283 - LTS_

By: _Damaris Vega Santiago_
Signature

_Damaris Vega Santiago_
Print Name

_____
Title (if Participant is not an individual)

_22 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damaris Vega Santiago
Urb. Vista Monte Calle 6 G-3
Cidra, Puerto Rico 00739


FOREVER / USA   FOREVER / USA

Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon ste
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelida Vega Santiago_

Participant's Address: _Urb. Ferrer Calle 1 #8 Cidra, P.R. 00739_

Participant's Email Address: _NelidaVegaSntgo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175650-1    /    175650_

Nature of Claim: _Wages Back Pay Promesa Title III_
_no. 17 BK 3283 - LTS_

By: _Nelida Vega Santiago_
Signature

_Nelida Vega Santiago_
Print Name

_____
Title (if Participant is not an individual)

_22 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Vega Santiago
Urb. Ferrer Calle 1 # 8
Cidra, Puerto Rico 00739



FOREVER / USA   FOREVER / USA

Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste.
150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen M. Padilla Alvarez*

Participant's Address: *P.O. Box 801 Ciales, P.R. 00638*

Participant's Email Address: *tipadialvarez @ gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *101091*

Nature of Claim: *Departamento de Educación, El Romerazo de la Sila Calderón*

By: *[signature]*
Signature

*Carmen M. Padilla Alvarez*
Print Name

_____
Title (if Participant is not an individual)

*18 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 24   PM 4: 28

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

009188 1122

Carmen M. Padilla Alvarez
PO. Box 801 Ciales, P.R.
00638-801

SAN JUAN PR   009
21 AUG 2021   PM 1   L

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste. San Juan, P.R.
00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eduardo Pedraza Ambert_

Participant's Address: _1L-9 Urb. Villa Victoria, Caguas, P.R. 00725_

Participant's Email Address: _____

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103993_

Nature of Claim: _Salary_

By: _[signature]_
Signature

_Eduardo Pedraza Ambert_
Print Name

_____
Title (if Participant is not an individual)

_September 2, 2021_
Date

RECEIVED & FILED
2021 SEP 24 PM 4: 28
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EDUARDO PEDRAZA AMBERT
URB. VILLA VICTORIA
L-9 CALLE 7
CAGUAS, PR 00725

RECEIVED & FILED

2021 SEP 24  PM 4: 29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NASHVILLE TN 370

10 SEP 2021  PM 6  L

UNITED STATES DISTRICT COURT,
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE.150
SAN JUAN, P.R. 00918 - 1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Juanita Lozano Santana_

Participant's Address: _Calle 106 - 3 P.6 Urb. Monte Brisas 3_
_Fajardo, PR_

Participant's Email Address: _juanibet @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170624_

Nature of Claim: _Public Employee claims_

By: _Juanita Lozano Santana_
Signature

_Juanita Lozano Santana_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 06/2021_
Date

RECEIVED & FILED
2021 SEP 24 PM 4: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juanita Lozano Santana
Calle 106-3 P.C
Urb. Monte Brisas 3
Fajardo, PR 00738

RECEIVED & FILED
2021 SEP 24  PM 4: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court Clerk's Office
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



MEMPHIS TN 380
11 SEP 2021  PM 5  L

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Irma T. Moreno Soto_

Participant's Address: _Hacienda Toledo, Madrid 224, Arecibo, P.R. 00612_

Participant's Email Address: _irmamores@gmail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283-LTS   #92741_

Nature of Claim: _Sistema Retiro P.R. Carrera Magisterial_

By: _Irma T. Moreno_
Signature

_Irma T. Moreno Soto_
Print Name

_n/a_
Title (if Participant is not an individual)

_September 8, 2021_
Date

RECEIVED & FILED
2021 SEP 24 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma T. Moreno Soto
Hacienda Toledo
Calle Madrid 224
Arecibo, P.R. 00612

RECEIVED & FILED

2021 SEP 24  PM 4: 29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

13 SEP 2021 PM 4 L



USA 42

Case:17-03283-LTS   Doc#:18252-1   Filed:09/27/21   Entered:09/27/21 09:23:41   Desc:
Pro se Notices of Participation   Page 13 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eddie Hernander Vargas_

Participant's Address: _HC-9 BOX 11425, Aguadilla, PR 00603-9291_

Participant's Email Address: _hern.eddie09@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Eddie Hernandez Vargas_
Signature

_Eddie Hernandez Vargas_
Print Name

_Tecnico Asistencia Social II_
Title (if Participant is not an individual)

_September 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eddie Hernandez
HC-9 BOX 11425
Aguadilla, PR, 00603

United States District Court
Clerks Office 150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R, 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
SEP 22 21
AMOUNT
**$1.36**
R2305K136452-5

1000    00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eddie Hernandez Vargas_

Participant's Address: _HC-9 Box 11425, Aguadilla, P.R, 00603-9291_

Participant's Email Address: _hern.eddie09@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Eddie Hernandez Vargas_
Signature

_Eddie Hernandez Vargas_
Print Name

_Tecnico Asistencia Social II_
Title (if Participant is not an individual)

_14 - September - 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eddie Hernandez
HC-9 BOX 11425
Aguadilla, PR, 00603



U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
SEP 22 21
AMOUNT
**$1.36**
R2305K136452-5

1000          00918

United States District Court
Clerks Office 150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R, 00918-1767

Case:17-03283-LTS   Doc#:18252-1   Filed:09/27/21   Entered:09/27/21 09:23:41   Desc:
Pro se Notices of Participation   Page 17 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, 32 if any:

Participant's Name: _Minerva Mercado Domena_

Participant's Address: _Box 707 Arecibo, P.R. 00613_

Participant's Email Address: _mercadominin @gmail .com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Minerva Mercado Domena_    _NO. 17 BK 3283 LTS._
Signature

_Minerva Mercado Domena_
Print Name

_____
Title (if Participant is not an individual)

_14 Sep /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Court's Clerk's Office at:_
_United States District Court,_
_Clerk's Office 150 Ave. Carlos Chardon_
_Ste. 150, San Juan, PR 00918-1767_

Minerva Mercado Donira
Bo X 707
Arecibo, P.R. 00613

U.S. DISTRICT COURT
SAN JUAN PR

SEP 24  P.M. 5 32

Court's Clerk's Office at:
United State District Court,
Clerks office
150 Av. Carlos Chardon
St. 150, San Juan P.C. 00918-1767

USA GO GREEN
let nature
do the work

forever

Case:17-03283-LTS   Doc#:18252-1   Filed:09/27/21   Entered:09/27/21 09:23:41   Desc:
Pro se Notices of Participation   Page 19 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Alfredo M. Arcelay Toro*

Participant's Address:   *P.O. Box 218 Toa Alta PR. 00954*

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *Case: 17-03283- LTS*

Nature of Claim:   *Departamento de Correccion y Rehabilitación P.R.*

By:   *Alfredo M. Arcelay Toro*
Signature

*Alfredo M. Arcelay Toro*
Print Name

*Oficial Correccional*
Title (if Participant is not an individual)

*13 de septiembre de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alfredo M. Arcelay Toro
P.O. Box 218
Toa Alta, Puerto Rico 00954

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 24  PM 6: 32

00918-170625

Notice to the Court's Clerk's Office at:
United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

16 SEP 2021  PM 2  L

USA ★ FOREVER

Participant must provide all of the information below in **English**:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 24  PM 6: 29

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Leida Cruz Rentas_

Participant's Address: _Ext. Salazar calle Salpicón #1713 Pon_

Participant's Email Address: _cruz.leida @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92429_

Nature of Claim: _____

By: _Leida Cruz Rentas_
Signature

_Leida Crue Rentas_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelson Cruz Rentas
Ext. Sabaña calle Salomón
#1713 Ponce, P.R. 00717

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24 PM 6:30

MEMPHIS TN 380
16 SEP 2021 PM 2 L

Courts Clerk's Office at United States
District Court, Clerk's Office, 150
Cyle. Carlos Chardoń, Ste 150
San Juan, P.R. 00918-1767

SRF 55923

RECEIVED CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6: 32

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Leida Cruz Rentas*

Participant's Address: *Ext. Salazar calle Salpican num.1713 Ponce*

Participant's Email Address: *cruz.leida@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *92429*

Nature of Claim: *92429*

By: *Leida Cruz Rentas*
Signature

*Leida Cruz Rentas*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kevin Cruz Perlas
Sect. Salazar, calle Salpican #1713
Ponce, P.R. 00717

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 SEP 24 PM 6: 32

MEMPHIS TN 380
16 SEP 2021 PM 2

00916-1706625

Courts Clerk's Office at: United
States District Court, Clerk's Office,
150, Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

FOREVER USA

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SEP 24 PM 6: 32

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Corps-Rivera_

Participant's Address: _6 Chalets de San Fernando Apt. 601 Carolina PR. 00987_

Participant's Email Address: _wcorps1964@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170632_

Nature of Claim: _____

By: _(signature)_
Signature

_Wilfredo Corps Rivera_
Print Name

_____
Title (if Participant is not an individual)

_September 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST....
SAN J....

U. Sep 24  PM 6: 32

Wilfredo Corps Rivera
6 Chalets de Santenardo Apt. 601
(A.Polica), P.R. 00987

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
Sao Juan, P.R. 00918-1767

00918-170625

16 SEP 2021 PM 2 L

MEMPHIS TN 380

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco Marcano Cabrera_

Participant's Address: _#70 Ave. Alamanda Cond Alamanda Este Apt. 3102_

Participant's Email Address: _Guaynabo PR, 00971_    _franciscomarcano89@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _____
    Signature

_Francisco Marcano Cabrera_
Print Name

_____
Title (if Participant is not an individual)

_9/10/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Francisco Marcano Cabrera
#70 Ave. Alamed Cond. Alamed Este
Apt 3102 Guaynabo, PR 00971-7535

MEMPHIS TN 380
21 SEP 2021 PM 1 L

00918-176625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English:**

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Natividad Calderón Manseso*

Participant's Address: *Bo. Contrera Sector Reparto Boscia #15*
*Manati P.R. 00674*

Participant's Email Address: *africa pr. 250 @ gmail. Com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *- 170757 -*

Nature of Claim: *Retribution*

By: *Natividad Calderón Manseso*
    Signature

*Natividad Calderón Manseso*
Print Name

_____
Title (if Participant is not an individual)

*14- September- 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Natividad Colón Marrero
#15 Reparto García
Bo. Caelena, Yabucoa P.R.
00674

00918-170625

MEMPHIS TN 380
16 SEP 2021 PM 2 L

Court's Clerk's Office at:
United States District Court.
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150
San Juan, P.R. 00 918-1767

2021 SEP 24 PM 6:32

RECEIVED IN THE OFFICE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Gómez Candelaria_

Participant's Address: _HC 04 Box 18634_

Participant's Email Address: _____

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _32353_

Nature of Claim: _Commonwealth_

By: _José E. Héry_
Signature

_José Gómez Candelaria_
Print Name

_No_
Title (if Participant is not an individual)

_8/24/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Gomez Candilaria
Itc 04 Box 18824
Gurabo PR 00778

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SEP 24 PM 6:31

CERTIFIED MAIL

7021 1970 0000 8182 8073

United States District Court
Clerks Office
150 Ave Carlos Chardon STE 160
San Juan PR 00918-1767

PM 3 L

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 26, 21
AMOUNT
$7.00
R2305K132124-08

UNITED STATES POSTAL SERVICE

00918

0000
1000

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Frances Ortiz Montanez

Participant's Address: Urb. Las Lomas Calle 39 S.O. #787 S.J. PR00921

Participant's Email Address: Kikystyle9 hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Case No. 17-03283 # de Reclamacion 175255

Nature of Claim: wages / commenwealth of Puerto Rico

By: _____
Signature

Frances Ortiz Montanez
Print Name

_____
Title (if Participant is not an individual)

09-16-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Frances Ortiz
Urb. Las Lomas
Calle 37 s.o. #787
San Juan, Puerto Rico 00921

United States District Court
Clerks Office
150 Ave. Carlos Chardon ste 150,
San Juan, P.R. 00918-1767

7021 1970 0000 3382 7895

00918-1705546

CERTIFIED MAIL

1000

00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
SEP 16, 21
AMOUNT
$7.38
R2304H108874-11

2021 SEP 24  PM 6:31

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Méndez Méndez_

Participant's Address: _HC-01 Box 5382 Utuado, Puerto Rico 00676_

Participant's Email Address: _maggie.compras@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System "ERS"_

By: _Carmen M. ___
   Signature

_Carmen M. Méndez Méndez_
Print Name

_____
Title (if Participant is not an individual)

_9 de sept de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen M Méndez Méndez
HC 01Box
5382 Moca Pr 0066
Moca PR 00676

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7012 1010 0000 4994 7142

00918-170625

United States District Court
Clerks Office
150 Ave · Carlos Chardon Ste. 150
San Juan PR 00 918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elena Marrero Mora_

Participant's Address: _Calle Crisolina #825 Urb Verdemar Punta Santiago 00741_

Participant's Email Address: _emarreromora@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Elena Marrero Mora_
Signature

_Elena Marrero Mora_
Print Name

_____
Title (if Participant is not an individual)

_8/26/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the <u>Court's Clerk's Office at</u>: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6: 31

United State District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
31 AUG 2021 PM 1 L




Participant must provide all of the information below in English:

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 24  PM 6: 31

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _José A. Soto Ramirez_

Participant's Address: _3626 Chestnut S.T. Reading P.A. 19605_

Participant's Email Address: _Tonisotor 117_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _José A. Soto Ramirez_
Signature

_José A. Soto Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_08/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Soto Ramirez
3626 Chestnut S. T,
Reading P.A 19605

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24 PM 6: 31

00918-170625

United States Distric Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



HARRISBURG PA 171
20 SEP 2021 PM 3 L

Case:17-03283-LTS   Doc#:18252-1   Filed:09/27/21   Entered:09/27/21 09:23:41   Desc:
Pro se Notices of Participation   Page 41 of 66

SRF 55923

Participant must provide all of the information below **in English**:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 24  PM 6: 31

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma Rodriguez Hernández_

Participant's Address: _P.O. Box 218 Toa Alta P.R. 00954_

Participant's Email Address: _—_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case: 17-03283-LTS_

Nature of Claim: _Sistema de Retiro Maestro- Pens_

By: _Irma Rodriguez Hernández_
Signature

_Irma Rodriguez Hernández_
Print Name

_Maestra_
Title (if Participant is not an individual)

_13 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma Rodriguez Hernández
P.O. Box 218
Toa Alta, Puerto Rico 00954

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6: 31

00918-170625

Notice to the Court's Clerk's Office at:
United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

16 SEP 2021  PM 3  L



USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Nélida Vega Burgos_

Participant's Address: _Urb. Las Alondras - C-1 M-10 - Villalba, P.R._ _00766_

Participant's Email Address: _Nelidavegab@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _et. al_

Nature of Claim: _Un paid Wages by the goverment of P.R._

By: _Nélida Vega Burgos_
Signature

_Nélida Vega Burgos_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Re: Nilda Vega Burgos
Int. Los Andres c-1-4-10
Villalba, P.R. 00766

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24   PM 6: 31

0091841767 0000

United States District Court
Clerks office Ave Cola Clerk, ple. 150
Son, Juan, P.R.
00918-1767

MEMPHIS TN 380

1 SEP 2021   PM 4   L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24 PM 6:30

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ANA L. Rivera Torres_____

Participant's Address: _____PO Box 2086 Añasco, P.R. 00610_____

Participant's Email Address: _____1959annie @ gmail.com_____

Name of Counsel: _____—_____

Address of Counsel: _____—_____

Email Address of Counsel: _____—_____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____17 BK 3283 - LTS_____

Nature of Claim: _____PROMESA (título) Title III_____

By: _____Ana Torres_____
Signature

_____ANA L. Rivera Torres_____
Print Name

_____
Title (if Participant is not an individual)

_____September 5, 2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ann L. Rivera Torres
PO Box 2086
Arroyo, P.R. 00610

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6:30

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Israel Rosa Catalan

Participant's Address: P.O. Box 235 Punta Santiago P.R. 00741

Participant's Email Address: israelboatseacraft@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 LTS

Nature of Claim:

By: _____
Signature

Israel Rosa Catatán
Print Name

_____
Title (if Participant is not an individual)

4/September/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Israel Rosa Catalán
P.O. Box 235
Punta Santiago P.R. 00741

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6: 30

00910-176767

United States District Court
Clerk's Office 150 Ave. Carlos
Chardon Ste.
San Juan P.R. 00918-1767



MEMPHIS TN 380
6 SEP 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Lopez Arroyo_

Participant's Address: _Residencial JUANA Matos EDIF #58 APT 575 Cataño PR 00962_

Participant's Email Address: _robertlopez051954@gmail.com_

Name of Counsel: _Not represented by counsel_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43809_

Nature of Claim: _Pension/Retiree_

By: _Roberto Lopez Arroyo_
    Signature

_Roberto Lopez Arroyo_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Lopez Arroyo
Public Housing Project Diana Matos
Bldg #58 Apt 575
San Juan P.R. 00962

RECEIVED FILED
CLERK
U.S. DISTRICT COURT
SAN JUAN P.R.
2021 SEP 24 PM 6:30

00918-170399

MEMPHIS TN 380
18 SEP 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave - Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josue A Cruz Rivera_

Participant's Address: _Urb Floral Park 324 calle Italia_
_San Juan PR 00917_

Participant's Email Address: _cruz rivera,88@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS    17 BK 3566-LTS_

Nature of Claim: _____

By: _Josue A Cruz Rivera_
Signature

_Josue A Cruz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Septiembre 11 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan D Rodriguez Morales
Urb Levittown Lakes
C/ Dr. Jose' Hartorell BJ 13
Toa Baja  PR 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6: 30

00918-170399

MEMPHIS TN 380
16 SEP 2021 PM 2 L

USA FOREVER

United States District Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan  PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Daniel Rodriguez Morales_

Participant's Address: _Urbanizacion Levittown Lakes BJ13 Calle Dr. Jose Martorell Toa Baja PR 00949_

Participant's Email Address: _rayitomoti@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LTS     17 BK 3566 – LTS_

Nature of Claim: _____

By: _(signature)_
Signature

_Juan Daniel Rodriguez Morales_
Print Name

_____
Title (if Participant is not an individual)

_Septiembre 11 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan D Rodriguez Morales
Urb Levittown Lakes
c/ Dr. Jose' Hartwell BJ 13
Toa Baja    PR 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24   PM 6: 30

00918-170399

MEMPHIS TN 380

16 SEP 2021   PM 2   L

USA ★ FOREVER

United States District Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below in **English**:

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

2021 SEP 24  PM 6: 30

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Nieves Garcia_

Participant's Address: _P.O.Box 1253 Hatillo, P.R 00659_

Participant's Email Address: _nieveslydia.1944a @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160745_

Nature of Claim: _Public Employee and Pension Retire Claims_

By: _Lydia Nieves_
Signature

_Lydia E. Nieves Garcia_
Print Name

_Individual_
Title (if Participant is not an individual)

_08-25-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia C Nene Yusi
P.O. Box 1253
Hatillo, P.R. 00659

7020 3160 0002 1962 7659




U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
SEP 22, 21
AMOUNT

$4.91

1000        00918        R2305K137279-07

Court's Clerk's Office
United State Distric Court,
Clerk's office 150 ave,
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

2021 SEP 24 PM 6:30

U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Nieves Garcia_

Participant's Address: _P.O. Box 1253 Hatillo, P.R 00659_

Participant's Email Address: _nieveslydia1949@ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161705_

Nature of Claim: _Public Employee and Pension Retire Claims_

By: _Lydia Garcia_
Signature

_Lydia E. Nieves Garcia_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 - 25 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia C Nunes Yui...
P.O. Box 1353
Hatillo, P.R. 00659

7020 3160 0002 1962 7659





U.S POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
SEP 22, 21
AMOUNT
$4.91
R2305K137279-07

1000        00918

Court, Clerk's Office
United State Distric Court,
Clerk's office 150 ave,
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

2021 SEP 24 PM 6:30
RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lydia E. Nieves Garcia*

Participant's Address: *P.O. Box 1253  Hatillo, P.R 00659*

Participant's Email Address: *nieveslydia 1a4a @ yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *159336*

Nature of Claim: *Public Employee and Pension Retire Claims*

By: *[signature]*
Signature

*Lydia E. Nieves Garcia*
Print Name

*Individual*
Title (if Participant is not an individual)

*08-25-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia C Nieves Garay
P.O. Box 1353
Hatillo, P.R. 00659



U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
SEP 22, 21
AMOUNT
$4.91
1000        00918        R2305K137279-07

7020 3160 0002 1962 7659

Court's Clerk's Office
United State Distric Court,
Clerk's office 150 ave,
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

2021 SEP 24 PM 6:30

U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 24 PM 6: 30

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Nieves Garcia_

Participant's Address: _P.O. Box 1253 Hatillo, P.R. 00659_

Participant's Email Address: _nieveslydia1949@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _158 179_

Nature of Claim: _Public Employee and Pension Retire Claims_

By: _[signature]_
Signature

_Lydia E. Nieves Garcia_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 - 25 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia C Nunez Gracia
P.O.Box 1353
Hatillo, P.R. 00659


U.S POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
SEP 22, 21
AMOUNT
**$4.91**
1000        00918        R2305K137279-07

7020 3160 0002 1962 7659

Court Clerk's Office
United State Distric Court,
Clerk's Office 150 ave,
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

2021 SEP 24  PM 6:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English:**

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norberto Montalvo Martinez_

Participant's Address: _La Providencia Calle 7 A 1 H-6 Toa Alta PR_ 00953

Participant's Email Address: _nellyvera0217 @gmail.com_

Name of Counsel: — o —

Address of Counsel: — o —

Email Address of Counsel: — o —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136685 - 17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _[signature]_
Signature

_Norberto Montalvo Martinez_
Print Name

_____
Title (if Participant is not an individual)

_9/7/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norberto Montalvo
Las Providencias
Calle 7 IA 1-4-6
Toa Alta, PR 00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24 PM 6:29

00918-170625

16 SEP 2021 PM

MEMPHIS TN

FOREVER / USA

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon
Ste 150, San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ **EDGARDO MARQUEZ LIZARDI**

Participant's Address: _____ **COND. EL MONTE SUR**
**190 AVE. HOSTOS APT. 939**

Participant's Email Address: _____ **SAN JUAN, PR 00918-4628**
emarquez@coqui.net _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ **SOCIAL SECURITY NUMBER 580 72 3520**

Nature of Claim: **RETIRED MEMBER OF THE JUDICIARY RETIREMENT SYSTEM**

By: _____

**EDGARDO MARQUEZ LIZARDI**

Print Name

_____

Title (if Participant is not an individual)

**SEPTEMBER 14, 2021**

Date

**RECEIVED & FILED**
**CLERK'S OFFICE**
**SEP 24 2021**
**US DISTRICT COURT**
**SAN JUAN, PR**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



EDGARDO MARQUEZ LIZARDI
COND. EL MONTE SUR
190 AVE. HOSTOS APT. 939
SAN JUAN 00918-4628

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24 PM 6:39

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CHARDON STE 150
SAN JUAN, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

16 SEP 2021 PM 2 L