UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING CONCERNING URGENT MOTION REQUESTING
ORDER FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE
PRIORITY CLAIM FILED BY JUDGMENT CLAIMANTS OF THE DEPARTMENT OF
TRANSPORTATION AND PUBLIC WORKS OF THE COMMONWEALTH OF PUERTO RICO

   The Court has received and reviewed the *Urgent Motion Requesting Order for Allowance and Immediate Payment of Administrative Expense Priority Claim Filed by Judgment Claimants of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico* (Docket Entry No. 18239 in Case No. 17-3283, the "Administrative Expense Motion"), as well as the *Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in the Cases No. KAC-1990-0487 and KAC 2005-5021 and Related Documents* (Docket Entry No. 18241 in Case No. 17-3283, the "Translation Motion"), filed by active and former employees of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico (the "Movants"). The Translation Motion is granted as set forth herein. Certified translations of the documents identified in the Translation Motion shall be due by **October 25, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

   Responsive papers to the Administrative Expense Motion, if any, must be filed by **November 8, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Movants' reply must be filed by **November 15, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Administrative Expense Motion on submission, unless the Court determines that a hearing is necessary. This Order resolves Docket Entry No. 18241 in Case No. 17-3283.

  SO ORDERED.

Dated: September 27, 2021

 /s/ Laura Taylor Swain   
LAURA TAYLOR SWAIN  
United States District Judge
