# EXHIBIT A

**Schedule of Sixteenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Ramos Tavarez, Angel | 23740 | d | Litigation Claim | ADP-2018-0014 | Initial Transfer |
| Garcia, Virmette Maldonado | 18681 | d | Litigation Claim | SJ-2017-CV-00520 | Initial Transfer |
| Rivera Ramon, Ricardo | 17838 | d | Litigation Claim | SJ-2017-CV-00520 | Initial Transfer |
| Del Pozo Cruz, Virgilio | 49333 | c | Litigation Claim | DDP-2015-0935 | Initial Transfer |
| Ismael L. Purcell Soler; Alys Collazo Bougeois | 179486 | c | Takings Claim | N/A | Initial Transfer |
| Rodriguez Rodriguez, Carmelo | 14245 | b | Contract Claim | N/A | Initial Transfer |
| Latin American Subs LLC | 19325 | d | Reimbursement Claim | N/A | Initial Transfer |
| Advanced Hematology & Oncology Group of Puerto Rico | 28796 | d | Contract Claim | N/A | Initial Transfer |
| Inmobiliaria RGA, Corp. | 78657 | c | Contract Claim | N/A | Initial Transfer |
| Sur Copy, Inc. | 167235 | d | Unpaid Invoices Claim | N/A | Initial Transfer |

**Claim Amount Key**

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |