#174485

REPLICA DE OBJECCION GLOBAL

I. Datos de Contacto

Nombre: Zeidi W. Gonzalez Serrano

Dirección: Box 424
Peñuelas P.R. 00624

Teléfono de Contacto:
- residencia N/A
- cellular – 787-213-3499

II. Epigrafe

A- Secretaria (clerk office)

Tribunal de Distrito de Los Estados Unidos

# 150 Avenida Chardon

Edificio Federal

San Juan, PR 00918-1767

B- Estado Libre Asociado de Puerto Rico y otros deudores

C- Numero de procedimiento: 17-BK-3283-LTS

D- Objeción Global referente a la solicitud de dinero no pagados por El Estado Libre Asociado de PR

Numero de evidencia por reclamo: 178024 - Ley 89- Julio 1995- Romerazo

III. El Tribunal no debe declarar la objeción global debido que es dinero adeudado mediante la aprobación por el gobierno del Estado Libre Asociado de PR de las leyes que se aprobación en el periodo que P.R.T.C era gobierno. La P.R.T.C pertenecia al Estado Libre Asociado 1999 que se concreto la venta de Telefónica.

IV. Documentación Justificativa que incluyen documentos que evidencian los años de Servicio con P.R.T.C Ponce PR de 31/Octubre/1988 hasta el 1/Junio/2019 Culminé mi labor como Frame Worker P.R.T.C

(Ponce PR)(ELA). Se está reclamando por las leyes aplicadas que cubren estos años de servicio donde P.R.T.C pertenecía al gobierno de PR. Se incluyen evidencia adicional favor de comunicarse con el que suscribe; *Zeidie W. González*

Zeidie W. González Serrano

Firma *Zeidie W. Gonzalz Serrano*