

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### ZEIDIE W. GONZALEZ SERRANO
### XXX-XX-7349

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 31 de octubre de 1988.

- Trabajó como empleada regular hasta el 1 de junio de 2019.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 22 de julio de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords