Zachi W. González
Box 424
Peñuelas P.R. 00624

RECEIVED & FILED
2021 SEP 27 PM 4:44

Tribunal de Distrito de los Estados Unidos
# 150 Avenida Chardón
Edificio Federal
San Juan, P.R. 00918-1767

NASHVILLE TN 370
22 SEP 2021 PM 5 L

00918-170399