# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's Informative Motion as to its objection to Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. (the "Informative Motion") and good cause appearing therefor, the Informative Motion is hereby noted.

Dated: _____, 2021

_____
Honorable Laura Taylor Swain
United States District Judge