

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### WILSON VELAZQUEZ PIERANTONI
### XXX-XX-4971

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 1 de febrero de 1988.
- Trabajó como empleado regular hasta el 1 de julio de 2017.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 27 de julio de 2020.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords