RECEIVED & FILED
2021 SEP 27 PM 4:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Wilson Velázquez Presampieri
Cpl Collins Bauelos)
Clemente 323
Buelas PR 00624

Secretaria (clerk office)
Tribunal de Distrito de los EE
#150 Avenida Chardon
Edificio Federal
San Juan PR 00918-1767