# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Angel R. Reyes Miranda_

Dirección Postal _Jardines del Caribe calle 44 JJ#5_
_Ponce, P.R. 00728_

Teléfono de contacto res. _787-843-8516_ cel. _787-486-1974_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de reclamante _____
   Ley #89 – Retribución Uniforme Efectiva el 12 de julio de 1979

   Número de reclamante _174960_
   Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

## III. 
El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes las cuales fueron aprobadas durante el periodo de los anos que PRTC era una agencia del Gobierno (ELA)

   Ley #89 - Retribución de Uniforme – 12 de julio de 1979
   Ley #89 - Romerazo – Efectiva en 1 de julio de 1995

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el _27_ de _Enero_ de _1992_ hasta el ____ de _____ de _____. Culmine mi laborar como _al presente continuo laborando como Gerente de Tienda CAC Ponce Mall._

en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio,

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Angel R. Reyes Miranda*
Nombre en letra de molde

_____
Firma