Angel R. Reyes Miranda
urb. Jardines Del Caribe
SS #5 Calle 44
Ponce, P.R. 00728

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
SEP 20, 21
AMOUNT
$6.80
R2304M113036-12

00918

150 Ave. Carlos Chardon Ste 150
Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

CERTIFIED MAIL

7021 1970 0001 1035 3286