# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's Informative Motion regarding its intent to participate in the Confirmation Hearing on Debtor's "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." (the "Informative Motion"), the Informative Motion it is hereby noted.

Dated: _____, 2021

_____
Honorable Laura Taylor Swain
United States District Judge