



RECURSOS HUMANOS

DEPARTAMENTO BENEFICIOS Y COMPENSACION DE EMPLEADOS

DIVISION COMPENSACION Y RECORDS

## CERTIFICACION DE EMPLEO

| | | |
|---|---|---|
| Nombre del Empleado | | AMARILIS SANTANA VELAZQUEZ |
| Número del Empleado | : | 8518 |
| Puesto | : | OPERAD REPARTIDOR O C  III |
| Fecha de Ingreso | : | 3/16/1987 |
| Departamento | : | DIV-OPERS CAMPO I/S-PONCE |
| Salario | : | $19.35        POR HORA |
| Status del Empleado | : | REGULAR |
| Status de Nómina | : | UNIONADO |
| Car Allowance mensual | : | $0.00 |

Bono de Navidad :   El porciento del Bono de Navidad para empleados gerenciales se establece administrativamente. Los empleados unionados reciben el 8% conforme los convenios colectivos vigentes.

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a  julio 19 de 2011

*Nadeline Cruz Santiago*

SUPERVISOR / RECORDS DEL EMPLEADO
O SU REPRESENTANTE

División de Compensación y Récords

Teléfono: (787)706-6399

Attn-  *Jennifer Rosario*