Amarilis Santana Vázquez
Palomas- Calle 11 #27
Yauco P.R. 00698

2021 SEP 27 PM 4:43
RECEIVED & FILED

To: Tribunal del Distrito de los Estados Unidos
#150 Avenida Chardón
Edificio Federal
San Juan P.R. 00918-1767

00918-170399