UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.¹ | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 27, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 28, 2021

1. Nevya Davila Pagan
2. Yamitza Figueroa Collazo
3. Sandra M. Davila Perez
4. Kevin Recabal
5. Hector R. Baldaguez
6. Gloria M. Colon Rivera
7. Migdalia Diaz Rivera
8. Nestor Perez Medina
9. Nilda R. Castrodad Castrodad
10. Carmen I. Machin Medina
11. Maritza Colon Flores
12. Marta J. Martinez Castro
13. Raquel Rios Gonzalez
14. Norma Perez Colon
15. Eduardo Ferrer Velazquez (2 notices)
16. Josue Arroyo Caliz
17. Hildelisa Pagan Acevedo
18. Maria del Carmen Arroyo Maldonado
19. Monserrate Berrios Colon
20. Maria E. Cordero Torres
21. Maria Isabel Rios Velazquez
22. Maria de los A. Velez Agosto (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 28, 2021

23. Roberto Lopez Arroyo

24. Maribel Rodriguez Garcia (5 notices)

25. Brunilda Hernandez Rivera

26. Nimia Berrios Colon

27. Edna J. Freire Nieves

28. Carmen L. Diaz Caraballo

29. Judith Hernandez Serrano

30. Dora H. Ayala Calzada

31. John Devine TTEE, Marie A. Devine TTEE, Devine Living Trust

32. Jared de J. Torres Lebron

33. Raymond Mangual Perez

34. Wanda Ruiz Arizmendi

35. Alicia M. Rodriguez Rivera

36. Alexander Trinidad

37. Edwin Garcia Febres

38. Herminio Ramos Villanueva

39. Tatiana Texidor Flores

40. Jose Manuel Alamo Cuevas

41. Bedelia E. Santiago Manautou

42. Gloria M. Gonzalez Otero

43. Sonia M. Hernandez Clemente

44. Migdalia Quiñones Roman

45. Helen Burgos Rodriguez (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 28, 2021

    46. Trinidad Laureano Ramos (2 notices)

    47. Migdalia Diaz Rivera

    48. Luis A. Santiago Rivera

    49. Edna R. Rivera Robles

    50. Maria I. Pacheco Vazquez

Dated: September 28, 2021