Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Nevya Dávila Pagán

Participant's Address:   1486 Ave F.D. Roosevelt apt 304 San Juan PR 00920

Participant's Email Address:   nevya.davila @gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   21960

Nature of Claim:   creditor   (public employee)

By:   Nevya Dávila
Signature

Nevya Dávila
Print Name

_____
Title (if Participant is not an individual)

August, 13, 2021
Date

RECEIVED & FILED
2021 SEP 27 PM 4: 32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



NEYSA DAVILA
1486 AVE F D ROOSEVELT
COND BORINQUEN TOWERS II APT 704
SAN JUAN PR 00920-2737

CLERK'S OFFICE

RECEIVED & FILED

2021 SEP 27  PM 4: 32

United States District
Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan PR 00918-1767

00918-170625



NASHVILLE TN 370

17 SEP 2021  PM 6 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yamitza Figueroa Collazo

Participant's Address: J-10 Calle 12 Urb. Sta. Juana II Caguas, P.R. 00725

Participant's Email Address: Yamitza f. @ gmail

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Promesa title III

By: _____
Signature

Yamitza Figueroa Collazo
Print Name

_____
Title (if Participant is not an individual)

14 Sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yamitza Figueroa Collazo
Urb. Sta. Juana II
J-10 Calle 17
Caguas, P.R. 00725

NASHVILLE TN 370
17 SEP 2021 PM 7 L

RECEIVED & FILED

2021 SEP 27 PM 4:31

United States Distric Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sandra M. Dàvila Pérez*

Participant's Address: *Urb. Campamento Calle E Buzòn 11 Gurabo P.R.00778*

Participant's Email Address: *sandy_davila@hotmail.com*

Name of Counsel: *NONE*

Address of Counsel: *NONE*

Email Address of Counsel: *NONE*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *61143*

Nature of Claim: *(General Unsecured) Salary - Pension*

By: *[signature]*
Signature

*Sandra M. Dàvila Pérez*
Print Name

*—*
Title (if Participant is not an individual)

Date

RECEIVED & FILED
2021 SEP 27 PM 4: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. Dávila Pérez
Urb. Campamento calle E Buzón 11
Gurabo, Puerto Rico 00778

RECEIVED & FILED

2021 SEP 27 PM 4:30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-1706625

NASHVILLE TN 370

17 SEP 2021 PM 7 L

FOREVER / USA



United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kevin Recabal_

Participant's Address: _18828 Belvedere Road, Orlando FL 32820_

Participant's Email Address: _ednavallellanes@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44683_

Nature of Claim: _Damages_

By: _Kevin Recabal_ and/or _Edna Vallellanes_
    Signature

_Kevin Recabal_ and/or _Edna Vallellanes_
Print Name

_____
Title (if Participant is not an individual)

_9-17-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Edna Vallellanes
18828 Belvedere Rd
Orlando, FL 32820

RECEIVED & FILED
2021 SEP 27 PM 4: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-17025

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

ORLANDO FL 328
22 SEP 2021 PM 3 L

Case:17-03283-LTS   Doc#:18266-1   Filed:09/28/21   Entered:09/28/21 09:16:25   Desc:
Pro se Notices of Participation   Page 9 of 118

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector R. Baldaguez_

Participant's Address: _Bairoa Park Parque del Cisne G5 Caguas P.R. 00727_

Participant's Email Address: _balda23@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Hector R. Baldaguez_
Signature

_Hector R. Baldaguez_
Print Name

_____
Title (if Participant is not an individual)

_September 14-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Hector Baldaguez
Urb Bairoa Park
G5 Parq Del Cisne
Caguas, PR 00727-1210

23 SEP 2021   PM 3   L

MEMPHIS TN 380



RECEIVED & FILED
2021 SEP 27  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170525

United States District Court

Clerk's Office

150 AVe. Carlos Chardon Ste 150

San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria M. Colón Rivera_

Participant's Address: _HC-03 Box 16687 Corozal. P.R. 00783_

Participant's Email Address: _angelarchilla@yahoo.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Gloria M. Colón Rivera_
   Signature

_Gloria M. Colón Rivera_
   Print Name

_____
   Title (if Participant is not an individual)

_____
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Colon Rivera
HC-03 Box 16687
Camuy, P.R. 00783

Court Clerk's Office
United States District Court,
San Juan, P.R.

150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 SEP 22 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
23 SEP 2021 PM 3 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Diaz Rivera_

Participant's Address: _Calle 34 AP-1 Villas de Rio Grande, Rio Grande, P.R. 00745_

Participant's Email Address: _migdalia.diaz-rivera@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58167_

Nature of Claim: _Employee, Retirement, Pension_

By: _Migdalia Diaz Rivera_
    Signature

_Migdalia Diaz Rivera_
Print Name

_Title III PROMESA - No 17 BK 3283 LTS_
Title (if Participant is not an individual)

_Sept. 18 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Magdalia Diaz Rivera
Villas de Rio Grande
AP-1 Calle 34
Rio Grande, P.R. 00745

RECEIVED & FILED
2021 SEP 22 AM 11:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380
23 SEP 2021 PM 3 L



United States District Court Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nestor Perez Medina*

Participant's Address: *Urb. Eduardo N. Saldaña 1-31 C/ Caoba, Carolina 00983*

Participant's Email Address: *Nes2b30@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Retire*

By: _____
Signature

*Nestor Perez*
Print Name

_____
Title (if Participant is not an individual)

*16 Sep 21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nestor Perez
Rita E. Saldana
I-31 El Coqui
Carolina PR - 00983

RECEIVED & FILED
2021 SEP 27 PM 4: 37

23 SEP 2021 PM 3 L
MEMPHIS TN 380

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda R. Castrodad Castrodad_

Participant's Address: _P.O. Box 339 Cidra, Puerto Rico 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175898   175898_

Nature of Claim: _Wages, Back Pay Promesa Title III_
_no. 17 BK 3283-LTS_

By: _Nilda R. Castrodad_
Signature

_Nilda R. Castrodad_
Print Name

_____
Title (if Participant is not an individual)

_18 septiembre 2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda R. Castro dad
P.O. Box 339
Cidra, Puerto Rico 0739

MEMPHIS TN 380
20 SEP 2021 PM 1 L

RECEIVED & FILED
2021 SEP 27 PM 4: 36

00918-170625

Court's Clerk's Office of: United States
District Court, Clerk's
Office, 150 Ave. Carlos Chardón
Ste.
150, San Juan, P.R. 00918 1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Carmen I. Machin Medina_

Participant's Address: _P. O Box_

Participant's Email Address: _cmachinmedina@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98989._

Nature of Claim: _General unsecured pension_

By: _[signature]_
    Signature

_Carmen I. Machin Medina_
Print Name

_None_
Title (if Participant is not an individual)

_09/15/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen I. Machin Medina
P.O. Box 1431
Decias, Puerto Rico 00771

RECEIVED & FILED

2021 SEP 27 PM 4: 36

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918—170625

MEMPHIS TN 380

23 SEP 2021 PM 2 L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918—1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Colón Flores

Participant's Address: P.O. Box 7015 Caguas, P.R 00726

Participant's Email Address: maritzacolon @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 165741

Nature of Claim: Ley 89 - Ley 96   Derecho laboral
Escala Salarial
Empleados Publicos Pension
Jubilados

By: _____
Signature

Maritza Colón Flores
Print Name

_____
Title (if Participant is not an individual)

15 September 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Colón
P.O. Box 9916 (7015)
Caguas, P.R 0726

RECEIVED & FILED
2021 SEP 27  PM 4:36
CLERK'S OFFICE
U S BANKRUPTCY COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office 150.
Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170399

MEMPHIS TN 380
20 SEP 2021  PM 1  L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Marta J. Martinez Castro_

Participant's Address: _P.O. Box 971 Lajas, P.R. 00667_

Participant's Email Address: _davu40092@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Retiro de Puerto Rico_

By: _Marta J. Martz Castro_
    Signature

_Marta J. Martinez Castro_
Print Name

_____
Title (if Participant is not an individual)

_7 Septiembre 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta J. Martinez Castro
P.O. Box 971
Lajas, P.R. 00667

RECEIVED & FILED
2021 SEP 27 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
20 SEP 2022 PM 1 L

United States Distric Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ Raquel Ríos González _____

Participant's Address: _____ P.O. Box 330652 Ponce, P.R. 00733-0652 _____

Participant's Email Address: _____ raquelriosgonzalez @ gmail.com _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 17 BK 3283 LTS _____

Nature of Claim: _____ Promesa Title III _____

By: _____ Raquel Ríos González _____
Signature

_____ Raquel Ríos González _____
Print Name

_____ Maestra _____
Title (if Participant is not an individual)

_____ 15 / Sept. / 2021 _____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel Rios Gonzalez
P.O. Box 330652
Pmci, P.R. 00733-0652

RECEIVED & FILED

2021 SEP 22 PM 4: 36

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380

23 SEP 2021 PM 3 L

00918-1706.25

United States District Court
Clerk's Office 150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Perez Colin_

Participant's Address: _Flamboyans Lilas St. 1600 Parcelas_

Participant's Email Address: _1995colin@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _In re: contention that our pensions may be restructured against our will_

By: X _____
Signature

X _Norma Perez Colin_
Print Name

_____
Title (if Participant is not an individual)

X _14/Sept/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Pérez Colón
U.S. Flamingo #2
Yoyo Calle Miles
Ponce, P.R. 00716-4612

RECEIVED & FILED
2021 SEP 27  PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the court's clerk office
United States District Court,
150 Ave Chardon ST 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
23 SEP 2021 PM 3  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eduardo Fenner Velázquez*

Participant's Address: *Cond. Quintana, Torre B Apt. 206, San Juan PR 00917*

Participant's Email Address: *edwardsfenner@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Accumulated Retirement Contributions*

By: _____
   Signature

*Eduardo Fenner Velázquez*
Print Name

_____
Title (if Participant is not an individual)

*August 31, 2021.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edwards Ferrer Velázquez
206 Cond. Quintana B
San Juan, P.R. 00917

RECEIVED & FILED
2021 SEP 27 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
11 SEP 2021 PM 5 L

United State District
Court's Clerk's Office
150 Carlos Chardón Ste., 150 ste.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eduardo Fennen Velázquez_

Participant's Address: _Cond. Quintana, Torre B Apt. 206, San Juan, P.R. 00917_

Participant's Email Address: _edwardsfennen@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Accumulated Retirement Contributions_

By: _[signature]_
Signature

_Eduardo Fennen Velázquez_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwardo Ferrer Velazquez
206 Cond. Quintana B
San Juan, P.R. 00917

RECEIVED & FILED
2021 SEP 22 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District
Court's Clerk's Office
150 Carlos Chardon Ave., 150 Ste.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josué Arroyo Cáliz_

Participant's Address: _Hc02 Box 6220, Guayanilla P.R. 00651_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Josué Arroyo Cáliz_
Signature

_Josué Arroyo Cáliz_
Print Name

_____
Title (if Participant is not an individual)

_8/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From-
José Aago Colón
Heor Box 6990
Guayanilla, P.R.
00656

RECEIVED & FILED
2021 SEP 22 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR. 009
23 AUG 2021 PM 2 L

To:
United State District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hildelisa Pagán Acevedo_

Participant's Address: _200 Luis Castellón Mayaguez, P.R_

Participant's Email Address: _acb308@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1845 SRF 55923 MMLID 2405188 PackID 1-243068_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _Hildelisa Pagán Acevedo_
Signature

_Hildelisa Pagán Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Puerto Rico 1845 SRF 55923 MMLID 2405188 PackID 1-243068
PAGAN ACEVEDO,HILDELISA
URB RIO CRISTAL
200 CALLE LUIS CASTELLON
MAYAGUEZ PR  00680

**HILDELISA PAGAN ACEVEDO**
URB RIO CRISTAL
200 CALLE LUIS CASTELLON
MAYAGUEZ PR 00680-1903

MEMPHIS TN 380

11 SEP 2021 PM 5 L

RECEIVED & FILED

2021 SEP 27 PM 4: 36

Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Court's Clerk's Office at: United States District Court, Clerk's

60985ea1500

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Del Carmen Arroyo Maldonado_

Participant's Address: _HC 2 Box 5629_

Participant's Email Address: _Comerio, Puerto Rico 00782_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179029_

Nature of Claim: _wages, Back Pay Promesa Titulo III_
_no. 17 BK 3283-LTS_

By: _Maria Del C. Arroyo Maldonado_
Signature

_Maria Del Carmen Arroyo Maldonado_
Print Name

_Maria Del C. Arroyo Maldonado_
Title (if Participant is not an individual)

_20 septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria Del Carmen Arroyo Maldonado
HC 2 Box 5629
Comerio Puerto Rico
00782

Court's Clerk's Office
United States District Courts
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

RECEIVED & FILED
22 SEP 2021 PM 5 L
MEMPHIS TN 380

2021 SEP 27 PM 4: 33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.

0091 8 - 1706 25

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Monserrate Berríos Colón*

Participant's Address: *Calle 4 B-50 Urb Treasure Valley, Cidra PR 00739*

Participant's Email Address: *monserrate berrios 456 @ gmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 74 87*

Nature of Claim: *Wages, Back Pay Promesa Title III*

By: *Monserrate Berríos Colón*                    *no. 17 BK 3283 - LTS*
   Signature

*Monserrate Berríos Colón*
Print Name

_____
Title (if Participant is not an individual)

*18 Sept 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.)

Monserrate Berrios Colón
Calle 4 - B - 50 Urb Treasure Valley
Cidra PR 00739

MEMPHIS TN 380

22 SEP 2021 PM 5 L

FOREVER / USA

RECEIVED & FILED
2021 SEP 27 PM 4:33

Court's Clerk's Office
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Maria E. Cordero Torres

Participant's Address:  Urb. Paseo de los Artesanos 191 Emeterio Hernandez Lozada, Las Piedras PR 00771

Participant's Email Address:  mcordero814@hotmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  22790

Nature of Claim:  Employees Retirement System of the Government of the Commonwealth of P.R.

By:  _Maria 9 lord_

Signature

Maria E. Cordero

Print Name

_____

Title (if Participant is not an individual)

14 agosto 2021

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Corden Torres
Paseo de los Artesanos,
191 Emeterio Hernández Apolinario FILED
Las Piedras, P.R. 00771

2021 SEP 27 PM 4:32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

22 SEP 2021 PM 5 L

MEMPHIS TN 380

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Isabel Rios velazquez_

Participant's Address: _P.O Box 1784 Luquillo P.R. 00773_

Participant's Email Address: _rios Moritza 347 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK. 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Maria I Rios velazquez_
Signature

_Maria I Rios Velazquez_
Print Name

_____
Title (if Participant is not an individual)

_20-Septiembre-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria I Rios Velazquez
P.O. Box 1784
Luquillo P.R 00773

00918-170625

SEP 27 PM 4:03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS
TN 380
23 SEP '21
PM 5 L

RECEIVED

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de los A Vilz Agosto_

Participant's Address: _Urb Valle Tolima H16 Calle Jose I Quinton_
_Caguas PR 00727-2325_

Participant's Email Address: _____

Name of Counsel: _PROSKAUER ROSE LLP_

Address of Counsel: _Eleven Times Square, New York, NY 10036_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115875_

Nature of Claim: _Demand to the Financial Oversight and Management_
_Board for Puerto Rico as Commonwealth_
_of Puerto Rico_

By: _Maria de los A Vilz Agosto_
Signature

_Maria de los A Velez Agosto_
Print Name

_____
Title (if Participant is not an individual)

_9-11-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Los Angeles Agosto
West Valle Volmic
His Calle Jose I. Quintero
Caguas PR 00725

RECEIVED & FILED
2021 SEP 27 PM 4:48

United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

MEMPHIS TN 380
23 SEP 2021 PM 5 L

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de los A Vélez Agosto_

Participant's Address: _Urb Valle Tolima H 16 Calle Jose I Quinton_
_Caguas PR 00 727-2325_

Participant's Email Address: _____

Name of Counsel: _PROSKAUER ROSE LLP_

Address of Counsel: _Eleven Times Square New York, NY 10036_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115875_

Nature of Claim: _Demand to the Financial Oversight and Management_
_Board for Puerto Rico Vs Commonwealth of_
_Puerto Rico_

By: _Maria de los A Vélez Agosto_
Signature

_Maria de los A Vélez Agosto_
Print Name

_____
Title (if Participant is not an individual)

_9-14-2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 4: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de los A Velez Ayala
Urb Valle To Rima
H 16 Calle Jose I Quinton
Caguas PR 00725

United State District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste 152
San Juan PR 00918-1767

RECEIVED & FILED

2021 SEP 27 PM 4: 52

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380

23 SEP 2021 PM 3

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Lopez Arroyo_

Participant's Address: _Public Housing Project Juana Matos BL#54_
_Apt 575 Catano PR 00962_

Participant's Email Address: _robertlopez051954@gmail.com_

Name of Counsel: _Not represented by Counsel_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43809_

Nature of Claim: _Pension/Retiree_

By: _Roberto Lopez Arroyo_
Signature

_Roberto Lopez Arroyo_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Lopez Arroyo
Public Housing Project Juana Matus
Bldg #58 Apt 575
Cataño, PR 00962

United States District Court

Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 SEP 27 PM 4: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
18 SEP 2021 PM 4 L

USA ★ FOREVER

0091-8-170625
0091B-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rodriguez Garcia_

Participant's Address: _5311 Sagitrada Jardines Caribe_ _Ponce, P.R. 00728_

Participant's Email Address: _maribely8 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _maribely8 @ hotmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _num 17BK3283kTS_

Nature of Claim: _Ley 12 "Rosario" Empleado Publico_

By: _[signature]_
   Signature

_Maribel Rodriguez Garcia_
Print Name

_____
Title (if Participant is not an individual)

_24 sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the <u>Court's Clerk's Office at:</u>  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mailyn Rodriguez
53 II Sagitario
Sand. Caribe
Ponce, P.R. 00788

RECEIVED & FILED
2021 SEP 27 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.

United State District Court
Clerks Office ISD
Ave. Carlos Chardon Sto. 150
San Juan P.R. 00918-1767

00918-170525

ORLANDO FL 328
24 SEP 2021 PM 6  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rodríguez García_

Participant's Address: _5311 Sagitada Jardines Caribe Ponce PR 00728_

Participant's Email Address: _maribely8@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _num. 103911   Pensión jubilado_

Nature of Claim: _Empleado público ley 12_

By: _[signature]_          _No 17 BK 3283 LTS_
Signature

_Maribel Rodríguez García_
Print Name

_____
Title (if Participant is not an individual)

_24 sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maribel Rodriguez
5311 Sorg Prado
Jardines Caribe
Ponce, P.R. 00728

RECEIVED & FILED
2021 SEP 27 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.

00918-170399

United States District Court
Clerk's Office, 150
Ave. Chardón Ste. 150
San Juan P.R. 00918-1767

ORLANDO FL 328
24 SEP 2021  PM 6 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rodriguez Garcia_

Participant's Address: _5311 Sagitarla Jardines Caribe Ponce PR 00728_

Participant's Email Address: _maribely80 hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _maribely80 hotmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103911     No. 17 BK 3283 LTS_

Nature of Claim: _Empleados Públicos y pensión-jubilación Proveía ley 12_

By: _[signature]_
Signature

_Maribel Rodriguez Garcia_
Print Name

_____
Title (if Participant is not an individual)

_24 sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

certificada

Maribel Rodriguez
5311 Sagitario
Jardines Coibe
Ponce, P.R. 00728

RECEIVED & FILED
2021 SEP 27 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State Distric Court
Clerk's Office, 150
Ave. Chardon Ste 150
San Juan P.R. 00918-1767

ORLANDO FL 328
24 SEP 2021 PM 3 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maribel Rodriguez Garcia

Participant's Address: 5311 Sagituda – Jard. Caribe PR
Ponce, 00728

Participant's Email Address: maribely8@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: num. 17 BK 3283 LTS

Nature of Claim: num. 103911 Empleado Publico
Ley 91
11 RETIRO

By: _____
Signature

Maribel Rodriguez Garcia
Print Name

_____
Title (if Participant is not an individual)

23 sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Rodriguez
531 Jersulido
Jardines Caribe
Ponce, P.R. 00728

RECEIVED & FILED
2021 SEP 27 PM 4:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

ORLANDO FL 328
24 SEP 2021 PM 6 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rodriguez Garcia_

Participant's Address: _5311 Sagitada Jardines Caribe, Ponce PR 00728_

Participant's Email Address: _maribely8@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _num. 103911_

Nature of Claim: _Empleado Publico_

By: _[signature]_
Signature

_Maribel Rodriguez Garcia_
Print Name

_____
Title (if Participant is not an individual)

_24 sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wallber Rodriguez
5311 Segituda
Jardines Caribe
Ponce, P.R. 00728

ORLANDO FL. 328

24 SEP 2021 PM 6 L

RECEIVED & FILED
2021 SEP 27 PM 4: 43
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

00918-176825

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda Hernández Rivera_

Participant's Address: _261 Nova Drive Davenport FL. 33837_

Participant's Email Address: _bhernandezrivera77@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166523_

Nature of Claim: _Promesa Title III No. 17 BK 3283-LTS_

By: _(signature)_
Signature

_Brunilda Hernández Rivera_
Print Name

_____
Title (if Participant is not an individual)

_September 23, 2019_
Date

RECEIVED & FILED
2021 SEP 27 PM 4: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Hernández Rivera
261 Nova Drive
Davenport FL. 33837

RECEIVED & FILED
2021 SEP 27 PM 4: 43
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

00985ea1-706525

US District Court, Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

TAMPA FL 335
SAINT PETERSBURG FL
24 SEP 2021 PM 10 L

Participant must provide all of the information below **in English:**

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nimia Berrios Colón*

Participant's Address: *Calle Luis Lugo # 8 Urb. Fernández Cidra PR 00739*

Participant's Email Address: *nimialisette6 . com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *175291*

Nature of Claim: *Wages, Back Pay Promesa Title III*

By: *Nimia Berrios Colón*        *no. 17 BK 3283-LTS*
   Signature

*Nimia Berrios Colón*
Print Name

_____
Title (if Participant is not an individual)

*18 | Sept. 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nimia　Ólón
Calle Luis Lugo #8
Urb. Fernández
Cidra PR 00739

RECEIVED & FILED

2021 SEP 27 PM 12:39
COURTS OF CLERK'S OFFICE
U.S. DISTRICT COURT

MEMPHIS TN 380
22 SEP 2021 PM 5 L

Court's of Clerk's Office
United States District Court
Clerks office, 150 Ave. Carlos
Chardon Ste 150
San Juan, PR 00918 - 1767

00918-170625

FOREVER / USA
STATION

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edna Josefina Freire Nieves_

Participant's Address: _Calle Gautier Benitez #9_
_Cidra, Puerto Rico 00739_

Participant's Email Address: _I don't have one._

Name of Counsel: _I don't have one._

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 179047 - 1_

Nature of Claim: _Wages, Back Pay, Promesa Title III_
_No. 17BK3283 - LTS_

By: _Edna J. Freire Nieves_
Signature

_Edna J. Freire Nieves_
Print Name

_____
Title (if Participant is not an individual)

_18 de septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edna J. Freire Nieves
Calle Gautier Benitez #9
Cidra, Puerto Rico 00739

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

2021 SEP 27 PM 4:38

US DISTRICT COURT
SAN JUAN, PR

00918-170625

NASHVILLE TN 370
22 SEP 2021  PM 6  L

FOREVER USA
DUTCH SHEPHERD

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen L. Díaz Caraballo*

Participant's Address: *Urb. Monte Brisas 5*

Participant's Email Address: *Calle 8 5H15 Fajardo P. R.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *146109    156449*
*156054    124866*

Nature of Claim: _____

By: *Carmen L. Díz, Caraballo*
Signature

*Carmen L. Díaz Caraballo*
Print Name

_____
Title (if Participant is not an individual)

*September 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen F. Ríos Canales
Urb. Monte Brisas 5
5#15 Calle 8
Fajardo, P.R. 20738

RECEIVED & FILED
2021 SEP 27 PM 4: 38

MEMPHIS TN 380
16 SEP 2021 PM 2  L

0091841706 C018

Clerk's Office at:
United States District Court
Clerk's Office, 150 One Carlos Chardón St 150
San Juan, P.R. 0098-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Judith Hernández Serrano_

Participant's Address: _Hacienda Florida 104 Calle Caoba San Lorenzo PR._
_00754-9677_

Participant's Email Address: _____

Name of Counsel: _PROSKAUER ROSE LLP_

Address of Counsel: _Eleven Times Square New York, NY 10036_

Email Address of Counsel: _N/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75014_

Nature of Claim: _Demand to the Financial Oversight and management_
_Board For Puerto Rico vs. Commonwealth of_
_Puerto Rico_

By: _[signature]_
    Signature

_Judith Hernández Serrano_
Print Name

_____
Title (if Participant is not an individual)

_09/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Judith Hernández Serrano
Hacienda Florida
104 Calle Caoba
San Lorenzo, PR 00754-9679

RECEIVED & FILED
2021 SEP 27 PM 4: 38

MEMPHIS TN 380
16 SEP 2021 PM 3 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, PR. 00918-1767

00918*1706 C018



FOREVER / USA

Case:17-03283-LTS   Doc#:18266-1   Filed:09/28/21   Entered:09/28/21 09:16:25   Desc:
Pro se Notices of Participation   Page 71 of 118

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Dora H. Ayala Calzada

Participant's Address:   Villa Angelina 120 Calle los Robles
Luquillo P.R 00-773

Participant's Email Address:   dora ayala 228 @ gmail com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   NO 17BK3283-LTS

Nature of Claim:   Promesa Titulo III

By:   Dora H. Ayala Calzada
     Signature

Dora H. Ayala Calzada
Print Name

_____
Title (if Participant is not an individual)

21 Sept 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dora H. Ayala Calzada
Villa Angelina 120
Calle 105 Robles
Luquillo P.R 00773

00918-170625

RECEIVED & FILED
SEP 22 2021 PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
23 SEP 2021 PM 3 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon
Ste, 150
San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: John Devine TTEE, Maine A Devine, TTEE, Devine Living Trust

Participant's Address: 2889 N Tomberlin PT, Hernando, Fl 34442

Participant's Email Address: rere1013@aol.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3238-LTS

Nature of Claim: $25,000 Bond - € usip# 74514LPT8

By: _John Devine_
Signature

_John Devine TTEE_
Print Name

_____
Title (if Participant is not an individual)

_9-23-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Devine
8889 N Tomberlin Pt
Hernando, Fl 34442

JACKSONVILLE FL 320

24 SEP 2021   PM 1   L

RECEIVED & FILED
2021 SEP 27  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office
150 Ave
Carlos Chardon STE. 150
San Juan P.R. 00918-1767

00918-176825



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:  _Jared De J. Tomw Lebrón_

Participant's Address:  _Urb. Jard De Guatemala Calle 1 A#8_
_San Seb. P.R. 00685_

Participant's Email Address:  _yared25011 @gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS_

Nature of Claim:  _____

By:  _Jared De J. Tomw Lebrón_

Signature

_Jared De J. Tomw Lebrón_

Print Name

_____

Title (if Participant is not an individual)

_17 - Sept. 21_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jared Tomas Lebrón
Wil Janeiro de Guatemala
calle 1 casa A # 8
San [illegible] P.R. 00685

RECEIVED & FILED
2021 SEP 27 PM 4: 43
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
23 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150.
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raymond Mangual Pérez_

Participant's Address: _PO Box 1074, Isabela, P.R. 00662_

Participant's Email Address: _raymond.mangual@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _Discovery for Commonwealth Plan Confirmation_

By: _____
Signature

_Raymond Mangual_
Print Name

_____
Title (if Participant is not an individual)

_8-14-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond Mongual
PO Box 1074
Isabela PR 00662

RECEIVED & FILED
2021 SEP 27  PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Office
United States District Court
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

NASHVILLE TN 370

17 SEP 2021 PM 5 L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ruiz Arizmendi_

Participant's Address: _P.O Box 1298, Rincón, PR 00677_

Participant's Email Address: _wanda.ruiz.1963@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33312_

Nature of Claim: _Pension/retiree_

By: _Wanda Ruiz Arizmendi_
Signature

_Wanda Ruiz Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_September 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marta Ruiz
P.O. Box 1398
Aman, PR. 00677

RECEIVED & FILED
2021 SEP 22 PM 4:51
CLERK'S OFFICE
U.S. DISTRICT COURT
D. OF P.R. SAN JUAN

00918-176625

NASHVILLE TN 370
17 SEP 2021 PM 5 L

FOREVER / USA

United State District Court,
Clerks Office
150 Ave. Carlos Chardin Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alicia M. Rodriguez Rivera

Participant's Address: 1201 Bacon Ranch Rd. Apt 2109 Killeen Tx 76542

Participant's Email Address: arodrivera1951@gmail.com

Name of Counsel: The Financial Oversight & Management Board

Address of Counsel: Prime Clerk LLC Grand Cent. Station P.R. N.Y. NY 10116 3-470

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Case No. 17 BK 3283-LTS

Nature of Claim: retirement system had more education + more teaching experience. Had not been approved. "Carrera Magisterial" Law was emmended when gov. Fortuño my case was filed and it wasn't revised for salary increase. Retired August 30 July 30 2014

By: _Alicia Rodriguez_
Signature

Alicia Rodriguez
Print Name

retired educator
Title (if Participant is not an individual)

Sept. 8, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN
U.S. DISTRICT COUR.
CLERK'S OFFICE
2021 SEP 27, PM 4: 44
RECEIVED & FILED

Alicia Rodriguez
1301 Bacon Ranch Rd. Apt 2109
Killeen, Tx. 76542

RECEIVED & FILED
2021 SEP 27 PM 4: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00518-117.0825

United States District Court Clerk's
Office, 150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

RIO GRANDE DISTRICT
24 SEP 2021 PM 3 L
AUSTIN TX 787

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alexander Trinidad_

Participant's Address: _4AN6 Via 31. Villa Fontana Carolina PR 00983_

Participant's Email Address: _at898116@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Alexander Trinidad_
Signature

_Alexander Trinidad_
Print Name

_____
Title (if Participant is not an individual)

_September 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alexander Trinidad
4AN6 Via 31 ville Fontana
Carolina PR 00983

MEMPHIS TN 380

23 SEP 2021 PM 2 L

RECEIVED & FILED
2021 SEP 27 PM 4: 44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918 - 1767

00918-170825

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Edwin Garcia Febres

Participant's Address:  Urb. Mountain View, Calle 3, E-11, Carolina PR 00987

Participant's Email Address:  edwingarciain@gmail.com

Name of Counsel:  none

Address of Counsel:  none

Email Address of Counsel:  none

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283 - LTS

Nature of Claim:  Bankruptcy Case

By:  _Edwin G Garcia Febres_
Signature

EDWIN A Garcia Febres
Print Name

titao
Title (if Participant is not an individual)

08/29/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elwin A. Muñiz Pérez
Calle 3 E 11 Mountain View
Carolina, P.R. 00987

RECEIVED & FILED
2021 SEP 27 PM 4:52
CLERK'S OFFICE
US BANKRUPTCY COURT
SAN JUAN, P.R.

00918-170399

United States District Court, Clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Herminio Ramos Villanueva_

Participant's Address: _Urb. Ext. El Comandante Calle San Carlos 433_
_Carolina, PR 00982_

Participant's Email Address: _theridorflores@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _25926_

Nature of Claim: _Pension / Retiree Claims_

By: _____
Signature

_Herminio Ramos Villanueva_
Print Name

_____
Title (if Participant is not an individual)

_9/3/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.





Herminio Ramos
Tatiana Texidor Flores
Urb. Ext. El Comandante
Calle San Carlos 433
Carolina PR 00982

RECEIVED & FILED
2021 SEP 27 PM 4:52
CLERK'S OFFICE
SAN

CERTIFIED MAIL®

7020 1810 0001 4869 9486




U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00925
SEP 22, 21
AMOUNT
$3.17
R2305K135211-16

1000          00918

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Tatiana Texidor Flores

Participant's Address:  Urb. Ext. El Comandante
Calle San Carlos 433 Carolina PR 00982

Participant's Email Address:  ttexidorflores@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  142180

Nature of Claim:  Pension / Retiree Claims

By:  _Tati Terdi flu_
Signature

Tatiana Texidor Flores
Print Name

_____
Title (if Participant is not an individual)

9/3/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



GOBIERNO DE PUERTO RICO
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de Edna J. Freire Nieves, con número de seguro social que termina en 5556

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **1 de julio de 1995** |
| **Tiempo Cotizado para la Pensión** | **30 años** |
| **Pensión Mensual Inicial** | **$1,112.65** |
| **Pensión Mensual Actual** | **$1,215.82** |

Esta certificación se expide hoy, 27 de agosto de 2021 en San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico

Herminio Ramos
Tatiana Texidor Flores
Urb. Ext. El Comandante
Calle San Carlos 433
Carolina PR 00982

CERTIFIED MAIL®

7020 1810 0001 4869 9486







U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00925
SEP 22, 21
AMOUNT
$3.17
R2305K135211-16

RECEIVED & FILED
2021 SEP 27 PM 4:52
CLERK'S OFFICE
US
SAN

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Jose Manuel Alamo Cuevas*

Participant's Address:   *Villa del Rey 4ta Sec. Calle 5 2/L10*

Participant's Email Address:   *Caguas, Puerto Rico 00727*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:   *No. 17BK 3283-LB*

By:   *[signature]*
Signature

*Jose Manuel Alamo Cuevas*
Print Name

*Maestro*
Title (if Participant is not an individual)

*20 Agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:         *Bedelia E Santiago Manautou*

Participant's Address:      *LomasVerdes   4E8 Lomas Verdes, Bayamon*
                                                                    *00 956*

Participant's Email Address:  ____*N/A*_____

Name of Counsel:            _____

Address of Counsel:         _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:               _____

Nature of Claim:            _____

By:   *Bedelia E Santiago*
      Signature

      _____
      Print Name

      _____
      Title (if Participant is not an individual)

      *Sept. 10, 2021*
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Bodelis Santiago E Manaidou
Lomas Verdes
4E8 Calle Playera
Bayamon, PR 00956

MEMPHIS TN 380

18 SEP 2021   PM 4   L

United States District Court
Clerk's Office
150 Ave, Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

00916-170625

RECEIVED & FILED
2021 SEP 27 AM 11:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gloria M. González Otero*

Participant's Address: *4516 Sect. Capilla*

Participant's Email Address: *N/A*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Mariam Gola otero*

By: _____
   Signature

*Gloria M González Otero*
Print Name

_____
Title (if Participant is not an individual)

*Sept 10, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria M. Gonzalez
4516 Sec. Capilla
Cidra. P.R. 00 739.

United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico 00 918- 1767

00918-176825

RECEIVED & FILED
2021 SEP 27 PM 4:52
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

MEMPHIS TN 380
18 SEP. 2021 PM 4 L

FOREVER/USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Sonia M. Hernández Clemente_

Participant's Address: _Caminito Alto II Bo. Rincón Cau. 189 800 Km. 4.6 Apto 2132 Gurabo P.R. 00778-5347_

Participant's Email Address: _smhc_62@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Sonia M. Hernández Clemente_
    Signature

_Sonia M. Hernández Clemente_
Print Name

_____
Title (if Participant is not an individual)

_16/September/2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 4: 52
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia M. Berríos Clemente
Caminito Alto 11 Bo. Rincón 800
Carr. 189 Km. 7.6 apdo 2132
Gurabo, P.R. 00778-5347

RECEIVED & FILED
2021 SEP 27 PM 4: 52
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Courts Clerk Office
United State District Court Clerks
Office, 150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Quiñones Roman_

Participant's Address: _P. O. BOX 8388 Ponce P.R. 00732_

Participant's Email Address: _migdaliaquinones@pucpr.edu_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130788_

Nature of Claim: _17 BK 3283 -LTS_

By: _____
    Signature

_____
Print Name

_Migdalia Quiñones Roman_
Title (if Participant is not an individual)

_September 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

September 11, 2021

Hi

Teacher at Department of Education in Puerto Rico from 1978 until 2013.

Thanks,

Migdalia Quinones Roman
migdaliaquinones @pucpr.edu

Claim Number 130788

Migdalia Quiones Ramos
Box 838
Ponce P.R. 00732

RECEIVED & FILED

2021 SEP 27 PM 4: 29

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

23 SEP 2021 PM 2 L

MEMPHIS TN 380

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Steis
San Juan P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Helen Burgos Rodriguez

Participant's Address: Urb. Los Angeles calle Aneyto #477 Yauco P.R. 00698

Participant's Email Address: helenbr2 @ live . com .

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: The CommonWealth of Puerto Rico, The Employees Retirement System of the Government.

By: _____
Signature

Helen Burgos Rodz.
Print Name

Helen Burgos Rodz.
Title (if Participant is not an individual)

8, de septiembre de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helen Burgos Rodríguez
Urb. Los Angeles calle Areyto # 477
Jauco, P.R. 00698

RECEIVED & FILED
2021 SEP 27  PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150,
San Juan, P.R. 00918-1767

23 SEP 2021

MEMPHIS TN 380

PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helen Burgos Rodz._

Participant's Address: _Urb. Los Angeles calle Aneyto #477, Yauco_
_P-R.00698_

Participant's Email Address: _helenbr2@ live . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico_

By: _Helen Burgos Rodz._
Signature

_Helen Burgos Rodz._
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_8 de sept. de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helen Burgos Rodríguez
Urb. Los Angeles calle Areyto #477
Jauco, P.R. 00698

RECEIVED & FILED
2021 SEP 27  PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

23 SEP 2021  PM 2  L

MEMPHIS TN 380

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste.
150,
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Trinidad Laureano Ramos*

Participant's Address: *P.O. Box 149 Rio Grande, P.R. 00745*

Participant's Email Address: *dlaureano22@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *167654*

Nature of Claim: *Interested in continuing the litigation process.*

By: *Laureano Ramos*
   Signature

*Trinidad Laureano Ramos*
Print Name

_____
Title (if Participant is not an individual)

*September 08, 2021*
Date

RECEIVED & FILED
2021 SEP 27 PM 4: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SRA. TRINIDAD LAUREANO RAMOS
P.O. BOX 149
RÍO GRANDE, P.R. 00745

RECEIVED & FILED
2021 SEP 27  PM 4: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00251
SEP 13 '21
AMOUNT
$0.78
R2304M111160-7

UNITED STATES DISTRICT COURT, CLERK'S OFFICE
150 AVE  CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Trinidad Laureano Ramos*

Participant's Address: *P.O. Box 149 Rio Grande, P.R 00745*

Participant's Email Address: *dlaureano22@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *167654*

Nature of Claim: *Interested in continuing the litigation process.*

By: *Laureano Ramos*
Signature

*Trinidad Laureano Ramos*
Print Name

_____
Title (if Participant is not an individual)

*September 08, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SRA. TRINIDAD LAUREANO RAMOS
P.O. BOX 149
RÍO GRANDE, P.R. 00745

RECEIVED & FILED

2021 SEP 27 PM 4: 25

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

00918-1706.25

UNITED STATES DISTRICT COURT, CLERK'S OFFICE
150 AVE CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



U.S. POSTAGE PAID
CAGUAS, PR
00725-1
SEP 25-'21
AMOUNT
$0.78
R2304M111160-7

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Migdalia Diaz Rivera_

Participant's Address: _Calle 34 AP-1 Villas de Rio Grande, Rio Grande PR 00745_

Participant's Email Address: _migdalia.diaz.rivera @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58167_

Nature of Claim: _Employee Retirement · Pension_

By: _____
Signature

_Migdalia Diaz Rivera_
Print Name

_Title III PROMESA-No. 17 BK 3283 LTS_
Title (if Participant is not an individual)

_Sept · 18 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Matos Rivera
Villas de Rio Grande,
Ap1 Calle 34
Rio Grande, P.R. 00745

RECEIVED & FILED
2021 SEP 27 PM 4: 25
CLERK'S
U.S. DISTRICT

MEMPHIS TN 380
23 SEP 2021   PM 3   L

00918-170625

United States District Court, CLERK's Office
150 Ave. Carlos Chardón St. 150
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Santiago Rivera_

Participant's Address: _PO Box 502, Cidra PR 00739_

Participant's Email Address: _arsanri@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _6343_

Nature of Claim: _510 Above Treshold Claim_

By: _[signature]_
Signature

_Luis A. Santiago Rivera_
Print Name

_____
Title (if Participant is not an individual)

_09/15/2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 4:23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A Santiago Rivera
P.O. Box 502
Cidra, P.R. 00739

RECEIVED & FILED

2021 SEP 27  PM 4: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court
Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

23 SEP 2021  PM 3  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edna R. Rivera Robles

Participant's Address: Calle 4 B 53 Urb. Treasure Valley Cidra P.R. 00739

Participant's Email Address: monserrateberrios456@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175396

Nature of Claim: Wages Back Pay Promesa Title III
no. 17 BK 3283-LTS

By: Edna R. Rivera Robles
Signature

Edna R. Rivera Robles
Print Name

_____
Title (if Participant is not an individual)

20 septiembre 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edna R. Rivera Robles
Calle 4 B53
Bra, Treasure Valley
Bra, P.R. 00739

RECEIVED & FILED

2021 SEP 27 PM 4: 23

CLERK'S OFFICE
DISTRICT
SAN JUAN

Court's Clerk's Office
United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
23 SEP 2021 PM 3 L

Thinking of you
FOREVER / USA

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria I. Pacheco Vázquez

Participant's Address: c/18 AB-21 Jardines d Country club, Carolina Puerto Rico  00983

Participant's Email Address: m_isabel-7@hotmail.com

Name of Counsel: Department of Education

Address of Counsel: P.O. Box 190759, San Juan P.R. 00919-0759

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 164107

Nature of Claim: Law 89 Romerazo, Law 164, Law 96

By: Maria I. Pacheco Vázquez
Signature

Maria I. Pacheco Vázquez
Print Name

Teacher
Title (if Participant is not an individual)

September 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I was an employee from Department of Education of the Commonwealth of Puerto Rico from 1982 till 2012. Asking for the maximun compensation.

From: Maria I. Pacheco Vázquez
AB-21
Jardines de Country club
Carolina, P.R. 00983

7020 0640 0001 9588 3179

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

2021 SEP 27 PM 4:20

CLERKS OFFICE
DISTRICT COURT
SAN JUAN

RECEIVED & FILED

UNITED STATES
POSTAL SERVICE®

To: United States District Court
Clerks Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

00918

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00979
SEP 20, 21
AMOUNT
$6.80
R2304M114872-7

AUGUST
WILSON
FOREVER USA