UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 27, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 28, 2021

1. Luz N. Melendez Luna
2. Jose Rafael Alfonso Almodovar
3. Mayra R. Perez Pagan
4. Sucesion de Andres Gomez Vazquez
5. Neway Cleaners c/o Marilynne Negron
6. Marilynne M. Negron Gomez
7. Inmobiliaria y Desarrolladora Puerto Rico Vs. Inc c/o Ismael Casillas
8. Jose Luis Malave Montañez
9. Betty Laboy Martinez
10. Carmen Ortiz Torres
11. Maria M. Berrios Castrodad
12. Delvis Ortiz Felix (2 notices)
13. Ada R. Berrios Castrodad
14. Maria M. Cordero
15. Nixa E. Hidalgo Figueroa
16. Isabel M. Soberal Roman
17. Eneroliza Palmero Campusano
18. Nelida Baez Agosto
19. Pablo Rodriguez
20. Freddie Guadalupe Delgado
21. Noemi Vargas Castro
22. Eufemio Jaime Espinosa

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 28, 2021

23. Ana L. Vazquez Morales

24. Shirley Sierra Castellanos

25. Jeanette Leon Feliciano

26. Enrique Rivera Melendez

27. Jaime Ferrer Ortiz

28. Nydia L. Fontanez Ortiz

29. Maria Elena Gonzalez Bergoderes

30. Sandra M. Davila Perez

31. Maritza Castro Rivera

Dated: September 28, 2021