Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz N. Meléndez Luna_

Participant's Address: _Calle 10 H23 Parcelas Van Scoy_

Participant's Email Address: _Bayamón P.R. 00957_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _127272_

Nature of Claim: _Pension / Retiree_

By: _Luz N. Meléndez Luna_
    Signature

_Luz N. Meléndez Luna_
Print Name

_____
Title (if Participant is not an individual)

_9/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Luz N. Melendez
Parc Van Scoy
H23 Calle 10
Bayamon, PR 00957

RECEIVED & FILED

2021 SEP 27 PM 4: 22

MEMPHIS, TN 380

18 SEP 2021 PM 4 L

To. United States District Court, Clerk´s Office
150 Ave. Carlos Chardon Ste. 150
San Juan , Puerto Rico 00918-1767

00918-176E25

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Rafael Alfonso Almodóvar_

Participant's Address: _HC 5 Box 5841 Juana Diaz, P.R. 00795-9768_

Participant's Email Address: _jose.alfonso.almodovar@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _76569       No. 17BK3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico owes me money based on the following laws: Law 89 - July 1995, Law 134 - 1996, Law 96 - July 2002, Law 164 - January 2004_

By: _____

Signature

_José Rafael Alfonso Almodóvar_
Print Name

_____
Title (if Participant is not an individual)

_21 Sept - 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.




ESTADO LIBRE ASOCIADO DE PUERTO RICO

# CERTIFICACÍON

Certifico que el Sr. JOSE R. ALFONSO ALMODOVAR, con seguro social XXX-XX-5143, fue empleado de la Policía de Puerto Rico, ocupó un puesto de TENIENTE CORONEL, con número de placa asignada 2-4855.

INGRESO EL 1 de JULIO de 1983, a la Agencia y Renuncio el 15 de JUNIO de 2013; Esta Información fue corroborada por el Sistema de Nomina de PUERTO RICO.

DADA hoy 17 de JUNIO de 2013, en San Juan, Puerto Rico

ROSA E. RODRIGUEZ CEPEDA
AUX. SISTEMA OFICINA II.
Sección Servicios al Empleado
División de Nombramientos y Cambios



José R. Alfonso Almodovar
HC 5 Box 5841
Juana Diaz, P.R. 00795-9768

United States District Court Clerk's Office
150 Ave. Carlos Chardon ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra R. Pérez Pagán_

Participant's Address: _C/ Bohio G 7 Caguax, Caguas PR 00725_

Participant's Email Address: _mayraperez30700@yahoo.com_

Name of Counsel: _Department of Education_

Address of Counsel: _P.O. Box 190759, San Juan, P.R._ _00919-0759_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135410_

Nature of Claim: _Law 89 Romerazo, Law 164, Law 96_

By: _Mayra Pérez Pagán_
Signature

_Mayra R. Pérez Pagán_
Print Name

_Teacher_
Title (if Participant is not an individual)

_September 21, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mayra R. Pérez
C/Bohio G 7 Caguax
Caguas, P.R. 00725

7020 2450 0001 0974 0898

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED & FILED
2021 SEP 27 PM 4: 19
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 ave
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
SEP 21, 21
AMOUNT
$7.38
R2305K132124-66

MEMPHIS
1000
00918
23

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sucesión de Andrés Gómez Vázquez_

Participant's Address: _Urb. Baldrich 203 Presidente Ramírez_
_San Juan P.R. 00918_

Participant's Email Address: _rachico@prtc.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55593 Pack ID 248294 MMLID 542222-P_
_SVC: MML-PC_

Nature of Claim: _____

By: _[signature]_
Signature

_Maritza Gómez Alayón_
Print Name

_Escarta_
Title (if Participant is not an individual)

_Sept 16, 2021_
Date

RECEIVED & FILED
2021 SEP 27  PM 4: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sucesion de Andres Gomez Alayon
Urb. Baldrich
203 Presidente Ramirez
San Juan PR 00918

00918-170625

7020 1290 0002 0120 6959

CERTIFIED MAIL

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 SEP 27 PM 4: 17

$ 007.33⁰
SEP 20 2021
MAILED FROM ZIP CODE 00918
PITNEY BOWES

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Neway Cleaners_

Participant's Address: _Las Americas Profesional Bldg_ _400 Ave Domenech, San Juan, PR 00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _marilynne.negron@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 65593 Pack ID 264798 MMLID:_ _361070-D SVC: MML-PC_

Nature of Claim: _____

By: _[signature]_
Signature

_Marilynn Negron_
Print Name

_Vice President_
Title (if Participant is not an individual)

_Sept. 16, 2021_
Date

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 SEP 27 PM 4: 17

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Neway Cleaners
Las Americas Professional Bldg.
400 Ave Domenech
San Juan PR 00918

CERTIFIED MAIL®

7020 1290 0002 0120 6585

NASHVILLE TN 370
22 SEP 2021 PM 5 L

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

02 1P
0000297736 SEP 20 2021
MAILED FROM ZIP CODE 00918

UNITED STATES POSTAGE
$ 007.330
PITNEY BOWES

RECEIVED & FILED
2021 SEP 27 PM 4: 17
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Marilynne M. Negrón Gomez*

Participant's Address: *Urb. Los Angeles de Montehiedra, 371 Calle Almacigo San Juan PR 00926*

Participant's Email Address: *Marilynne.negron@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim: *MML ID 357750-P SVC: MML-PC*

Claim Number: *PR 1845 SRF 55593 Pack ID 259486*

Nature of Claim: *PR. Government Bonds / Debt*

By: *[signature]*
Signature

*Marilynne M. Negrón*
Print Name

Title (if Participant is not an individual)

*Sept. 17, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilynne M. Negrón Gómez
Urb. Los Árboles de Montehiedra
371 Calle Almacigo
San Juan PR 009926

00918-170625

7020 1290 0002 0120 6547

CERTIFIED MAIL®

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



$007.330

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Inmobiliaria y Desarrolladora Puerto Rico VS Inc._

Participant's Address: _500 Muñoz Rivera Ave (nr) El Centro 2, Of. 301_
_San Juan, PR 00918_

Participant's Email Address: _jcasillas@park-royalhotels.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55593, Pack ID 46865 MMLID: 147/222_
_- NP SVC; MML - PC_

Nature of Claim: _____

By: _____
Signature

_Ismael Casillas_
Print Name

_Controller_
Title (if Participant is not an individual)

_Sept. 16, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Inmobiliaria y Desarrolladora PR Vs Inc.
500 Muñoz Rivera Ave., Cond. El Centro 2
Office 301
San Juan PR 00918

00918-170625

US District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

CERTIFIED MAIL

7020 1290 0002 0120 6578

$ 007.530
000029736  SEP 20 2021
MAILED FROM ZIP CODE 00918

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' Luis MALAVE MONTAÑEZ_

Participant's Address: _EXT. Barriada Roosevelt C-B-B-16 S.L.P.R. 00754_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EXT. Barriada Roosevelt
Calle B-B-16 fiNaL
SAN LoReNzo PueRto Rico
00754

NO. 17BK3283-LTS

Att
Jose L Malave Matos

NO. 17 BK 3283-LTS

José Luis MALaue MonTañez
Ext Barriada Roosevelt
Calle B- B.16 Final S.i.P.R.
00759

RECEIVED
2021 SEP 27 PM 4:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
21 SEP 2021 PM 1 L

United States DisTricT Court
Clerk's office, 150 Ave.
Carlos Chardon S te. 150,
SAn JuaN, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:  *Betty Labry Martinez*

Participant's Address:  *P.O. Box 2144 Bayamón, P.R. 00960-2144*

Participant's Email Address:  *bet.lab@hotmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *No. 17 BK 3283-LTS*

Nature of Claim:  *Promesa Title III*

By:  _____
      Signature

      *Betty Labry Martinez*
      Print Name

      _____
      Title (if Participant is not an individual)

      *14 September 2021*
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Beth Eddy Martinez
P.O. Box 2144
Bayamon P.R. 00960-2144

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 SEP 27 PM 4: 47
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Ortiz Torres_

Participant's Address: _PO Box 324  Comerio, Puerto Rico 00782_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179012_

Nature of Claim: _wages, Back Pay Promesa Title III no 17BK 3283-LTS_

By: _Carmen Ortiz Torres_
Signature

_Carmen Ortiz Torres_
Print Name

_____
Title (if Participant is not an individual)

_20 septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Ortiz Torres
Po Box 324
Comerio, Puerto Rico
00782

NASHVILLE TN 370

22 SEP 2021 PM 5 L

FOREVER USA

RECEIVED & FILED

2021 SEP 27 PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF P.R.

00918-170625

Court's Clerk's Office at: United States District Court

Clerk's Office, 150 Ave. Carlos Chardon Ste. 150

San Juan, Puerto Rico  00918- 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María M. Berríos Castrodad_

Participant's Address: _Urb. Fernández Calle Pedro Díaz Fonseca #18_
_Cidra, P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175516 — 178988_

Nature of Claim: _Wages, Back Pay Promesa, Tittle III no. 17BK3283-LTS_

By: _María M. Berríos Castrodad_
Signature

_María M. Berríos Castrodad_
Print Name

_____
Title (if Participant is not an individual)

_20 de septiembre de 2,021_
Date

[stamp: 2021 SEP 27 PM 5: 13   CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.   RECEIVED & FILED]

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Bernios Castrodad
Urb. Fernández Calle Pedro Diaz Fonseca #18
Cidra, Puerto Rico 00739

Court's Clerk's office at: United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

RECEIVED & FILED
2021 SEP 27 PM 5:13

FOREVER

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delvis Ortiz - Félix_

Participant's Address: _223 Calle Segunda Coqui, Aguirre PR 00704_

Participant's Email Address: _ortiz 29 d @ gmail - com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _145947 / 152282 / 134347 / 128147 / 107400_

Nature of Claim: _Teacher of the Deparment of Education of Puerto Rico_

By: _Delvis Ortiz Félix_
Signature

_Delvis Ortiz-Félix_
Print Name

_____
Title (if Participant is not an individual)

_September 20, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I sent a document like this before August 15, 2021. I receive... another one, for that reason I'm sending again.

Delvis Ortiz - Félix
223 Calle Segunda Coqui
Aguirre PR 00704

NASHVILLE TN 370

22 SEP 2021 PM 4 L

RECEIVED & FILED

CLERK'S OFFICE
2021 SEP 27 PM 5: 13

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918 - 1765

00918-170625

FOREVER USA
PURPLE HEART

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _____Delvis Ortiz - Félix_____

Participant's Address: _____223 Calle Segunda Coquí, Aguirre PR 00704_____

Participant's Email Address: _____Ortiz29d@gmail.com_____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____16414_____

Nature of Claim: _____COFINA_____

By: _____Delvis Ortiz Félix_____
     Signature

_____Delvis Ortiz. Félix_____
Print Name

_____
Title (if Participant is not an individual)

_____September 20, 2021_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I sent a document like this before August 15,
2021. I receive another one, for that reason
I'm sending again.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Delvis Ortiz - Félix
223 Calle Segunda Coquí
Aguirre PR 00704

NASHVILLE TN 370
22 SEP 2021 PM 4 L

RECEIVED & FILED

2021 SEP 27 PM 5: 01

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1765

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada R Berrios Castrodad_

Participant's Address: _Urb. Fernandez
Calle Pedro Díaz Fonseca #4 Cidra, Puerto Rico
00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179044_

Nature of Claim: _wages, Back Pay Promesa Title III
no. 17 BK 3283-LTS_

By: _Ada R. Berrios Castrodad_
Signature

_Ada R. Berrios Castrodad_
Print Name

_____
Title (if Participant is not an individual)

_20 septiembre 2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 5: 13
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada R. Berríos Castrodad
Urb. Fernández Calle Pedro Díaz Fonseca #4
Cidra, Puerto Rico 00739

NASHVILLE TN 370

22 SEP 2021   PM 5   L

Court's Clerk's Office at: United States
District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918 - 1767

RECEIVED & FILED

2021 SEP 27 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Case:17-03283-LTS   Doc#:18271-1   Filed:09/28/21   Entered:09/28/21 13:43:12   Desc:
Pro se Notices of Participation   Page 31 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Maria M. Cordero_

Participant's Address:  _1810 Bracken RD North chesterfield VA, 23236_

Participant's Email Address:  _____

Name of Counsel:  _6,000.00_

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  _Maria M. Cordero_
    Signature

_Maria M. Cordero_
Print Name

_____
Title (if Participant is not an individual)

_9 / 18 / 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dee Marie McCaleco
1810 Bracken RD
North chesterfield VA, 23236

RICHMOND VA 2
18 SEP 2021 PM 3

RECEIVED & FILED
2021 SEP 22 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court,
Clerk's office
150 Ave Carlos Chardon Ste.
150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Nixa E. Hidalgo Figueroa

Participant's Address:  urb. Terrazas de Cupey B-39 Calle 6
Trujillo Alto, P.R 00976

Participant's Email Address:  nixahidalgo@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  No. 17 BK 3283 LTS

Nature of Claim:  The Commonwealth of PR, The employees Retirement Systems of the government of the commonwealth of PR, and the P.R. Publics Buildings authority

By:  _Nixa P. Hidalgo Figueroa_
Signature

Nixa E. Hidalgo Figueroa
Print Name

Title (if Participant is not an individual)

Sept 14, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nixa E. Hidalgo Figueroa
Urb. Terrazas de Cupey
B-39 Calle 6
Trujillo Alto, P.R. 00976

RECEIVED & FILED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 27 PM 5: 13

MEMPHIS TN 380

18 SEP 2021   PM 4   L

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Ste 150
San Juan, P.R. 00918-1767



Case:17-03283-LTS   Doc#:18271-1   Filed:09/28/21   Entered:09/28/21 13:43:12   Desc:
Pro se Notices of Participation   Page 35 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel M. Soberal Román_

Participant's Address: _P.O. Box 103 Hopkinsville, KY 42241_

Participant's Email Address: _isabelmsoberal@gmail.com_

Name of Counsel: _⊗_

Address of Counsel: _⊗_

Email Address of Counsel: _⊗_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _(i) Commonwealth of Puerto Rico / Tax ID: 3481_

By: _Isabel M. Soberal Román_
Signature

_Isabel M. Soberal Román_
Print Name

_⊗_
Title (if Participant is not an individual)

_09.20.21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

P.O. Box 103
Hopkinsville, KY 42241

NASHVILLE TN 370

21 SEP 2021  PM 5  L

RECEIVED & FILED

2021 SEP 27  PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-1 70625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eneroliza Palmero Campusano_

Participant's Address: _Urb Levittown Lakes, calle Dr José A Dávila_
_BG-22, Toa Baja PR 00949_

Participant's Email Address: _palmero.eneroliza @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152061_

Nature of Claim: _Pension / Retiree claims_

By: _Eneroliza Palmero Campusano_
Signature

_Eneroliza Palmero Campusano_
Print Name

_____
Title (if Participant is not an individual)

_9 september, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enero lea Palmero Campusano
Levittown Lakes, Calle Dr Jose
A Davila BG- 27
Toa Baja PR 00949

RECEIVED & FILED

2021 SEP 27 PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MEMPHIS TN 380
18 SEP 2021 PM 4 L

FOREVER / USA

United States District Court,
Clerks office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nelida Báez Agosto

Participant's Address: PO Box 2679 Guaynabo PR-00970

Participant's Email Address: nutricion03020@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK3283-LTS

Nature of Claim: Jointly Administered

By: Nelida Báez Agosto
Signature

Nelida Báez Agosto
Print Name

Promesa III
Title (if Participant is not an individual)

16 Septiembre 2021
Date

RECEIVED & FILED
2021 SEP 27 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Baez Agosto
PO Box 2879
Guaynabo PR. 00970

RECEIVED & FILED
2021 SEP 27 PM 5:13
CLERK'S OFFICE

22 SEP 2021   PM 3

MEMPHIS TN 380

0091 8-1 706.25

United States District Court,
Cler's Office, 150 Ave.
Carlos chardon ste. 150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo Rodriguez_

Participant's Address: _4725 New Broad St Apt 106_
_Orlando F.L. 32814-6426_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566 LTS Federal Task ID 3808_

Nature of Claim: _Employees Retirement system of the Government_
_of Commonwealth of Puerto Rico_

By: _[signature]_
Signature

_Pablo Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_23 Sept 2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Rodriguez
4725 New Broad st apt 106
Orlando FL. 32814 - 6428

ORLANDO FL. 328

23 SEP 2021 PM 2 L

RECEIVED & FILED

2021 SEP 27 PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court's Office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918 - 1767

00918-176825



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Freddie Guadalupe Delgado_

Participant's Address: _16 DOG WOOD Drive TRI._

Participant's Email Address: _fg.delgado@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10229_

Nature of Claim: _Inquiring about back pay._

By: _Freddie Guadalupe Delgado_
Signature

_Freddie Guadalupe Delgado_
Print Name

_____
Title (if Participant is not an individual)

_09-22-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Freddie Guadalupe Delgado
16 Doog Wood Drive TRI,
Ocala, Fl. 34472

JACKSONVILLE FL 320
23 SEP 2021   PM 3   L

RECEIVED & FILED
2021 SEP 27 PM 5: 13
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court/Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

00918-170625

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noemí Vargas Castro._

Participant's Address: _Urb. Villas de Candelero, calle Golondrina k-7 #180, Humacao, P.R. 00791_

Participant's Email Address: _vargasnvc.@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Noemí Vargas Castro_
    Signature

_Noemí Vargas Castro._
Print Name

_____
Title (if Participant is not an individual)

_15 de septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemi Vargas Castro
Urb. Villas de Candelero,
Calle Golondrina K-7 #180
Humacao, Puerto Rico 00791



U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
SEP 24, 21
AMOUNT
$1.36
1000        00918        R2305K131745-5

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767.

RECEIVED & FILED
2021 SEP 27 PM 3: 13
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eufemio Jaime Espinosa_

Participant's Address: _Urb. Villas de Candelero calle Golondrina #180 Humacao, PR._
_00791_

Participant's Email Address: _euf jaime @ gmail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Eufemio Jaime Espinosa_
    Signature

_Eufemio Jaime Espinosa_
Print Name

_____
Title (if Participant is not an individual)

_15 d Septiembre d 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eufemio Jaime Espinosa
Urb. Villas de Candelero K-7 #180
Calle Golondrina
Humacao, Puerto Rico 00791

  

U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
SEP 24, 21
AMOUNT
**$1.36**
R2305K131745-5

1000   00918

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767.

RECEIVED & FILED
2021 SEP 27 PM 5: 12
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana L. Vázquez Morales

Participant's Address: Urb. Las Muesas Calle Fco. Colón Julia Bz 236 Cayey P.R 00736

Participant's Email Address: annie_the_teacher@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175382-1 / 175382

Nature of Claim: Wages Back Pay Promesa Title III No. 17BK 3283-LTS

By: Ana L 3 _____
Signature

Ana L. Vázquez Morales
Print Name

_____
Title (if Participant is not an individual)

22/septiembre/2021.
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana L. Vázquez
Urb. Las Muesas
Calle Fco. Colón Juliá Bz 236
Cayey P. R. 00736

  

RECEIVED & FILED

2021 SEP 27  PM 5: 12

CLERK'S OFFICE
S DISTRICT COU
SAN JUAN, P

Court's Clerk's Office United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P. R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Shirley  Sierra  Castellanos_

Participant's Address: _BB23 calle 56  Urb. Santa Teresita  Bayamon 00966_

Participant's Email Address: _Sherilynclose3@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _42196_

Nature of Claim: _Public Employee and Pension/Retiree Claims._

By: _[signature]_
Signature

_Shirley Sierra Castellanos_
Print Name

_____
Title (if Participant is not an individual)

_December 7, 2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Shirley Sierra Cadellone
Calle 56 BB-23  Urb.
Santa Teresita
Bayamón, PR 00961

RECEIVED & FILED

2021 SEP 27  PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT




United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR   00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jeanette León Feliciano

Participant's Address: PO Box 10002 Ponce, P.R. 00732

Participant's Email Address: leonjeanette25@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: *Jeanette León F.*
Signature

Jeanette León Feliciano
Print Name

Title (if Participant is not an individual)

7 de septiembre de 2021
Date

RECEIVED & FILED
2021 SEP 27 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeannette Leon Feliciano
P O Box 10002 PMB 101, P.R. 00732

MEMPHIS TN
16 SEP 2021   PM

RECEIVED & FILED
2021 SEP 27  PM 5:01
CLERK'S OFFICE
COURT'S...

Courts Clerk's Office at United States
District Court, Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150 San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enrique Rivera Meléndez_

Participant's Address: _Urb. La Hacienda 21 calle A_

Participant's Email Address: _Comerio, PR 00782_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
      Signature

_Enrique Rivera Meléndez_
Print Name

_Enrique Rivera Meléndez_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Of Favor Envia esta informacion en Español
No hablame Ingles OK
de No Ingles OK

Enrique Rivera Melendez
Urb. Jose Mercedes de
21 calle X
Comerio, PR 00782

RECEIVED & FILED
2021 SEP 27 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

NASHVILLE TN 370
17 SEP 2021 PM 6 L

United States District Court
150 Ave Carlos Chardon
San Juan PR 00918-1767

USA FOREVER

Case:17-03283-LTS    Doc#:18271-1    Filed:09/28/21    Entered:09/28/21 13:43:12    Desc:
Pro se Notices of Participation    Page 57 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jaime Ferrer Ortiz_

Participant's Address: _7 Sector Campo Bello Cidra, P.R. 00739_

Participant's Email Address: _dulyfontanez2222@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _Jaime Ferrer Ortiz_
    Signature

_JAIME FERRER Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_sept 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia L. Ortiz Ortiz
7 Sector Campo Bello
Cidra, P.R. 00739

RECEIVED & FILED
2021 SEP 27   PM 4:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NASHVILLE TN 370
17 SEP 2021   PM 6   L

FOREVER / USA

United States District Court
Clerk's Office 150 Ave Carlos Chardon
Ste 156 San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nydia L. Fontánez Ortiz_

Participant's Address: _7 Sector Campo Bello Cidra PR. 00739_

Participant's Email Address: _dulyfontanez2222@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 Bk 3283 - LTS_

Nature of Claim: _____

By: _Nydia L. Fontánez Ortiz_
Signature

_Nydia L. Fontánez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia E. Ortiz Ortiz
7 Sector Campo Bello
Cidra, P.R. 00739

RECEIVED & FILED

2021 SEP 22 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NASHVILLE TN 370
17 SEP 2021 PM 6 L

United States District Court
Clerk's Office 150 Ave. Carlos Chardon
Ste 156 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria Elena Gonzalez Bergoderes

Participant's Address: Urb Bonneville Heights, calle Añasco #12, Caguas, P.R 00727

Participant's Email Address: marian_caban@hotmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 52390

Nature of Claim: General Unsecured (Pension)

By: _____
Signature

Maria Elena Gonzalez Bergoderes
Print Name

_____
Title (if Participant is not an individual)

13/septiembre/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Elena Gonzalez Bergedares
urb. Bonneville Heights
Calle Anasco #12 Caguas, PR.00727

NASHVILLE TN 370

17 SEP 2021 PM 5 L

RECEIVED & FILED
2021 SEP 22 PM 5: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Courts
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
SanJuan P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     *Sandra M. Dàvila Pèrez*

Participant's Address:     *Urb. Campamento calle E Buzon 11 Gurabo P.R.00778*

Participant's Email Address:     *sandy_davila@hotmail.com*

Name of Counsel:     NONE

Address of Counsel:     NONE

Email Address of Counsel:     NONE

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     *61143*

Nature of Claim:     *Pension - salary*

By:     *Sandra Dàvila*
Signature

*Sandra M. Dàvila Pèrez*
Print Name

_____
Title (if Participant is not an individual)

*Sept. 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra M. Dávila Pérez
Urb. Campamento calle E Buzón 11
Gurabo, Puerto Rico 00778

NASHVILLE TN 370
17 SEP 2021   PM 4 L



FOREVER / USA

RECEIVED & FILED
2021 SEP 27   PM 5:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Castro Rivera_

Participant's Address: _P.O. Box 1096 Arroyo, P.R. 00714_

Participant's Email Address: _maracastro97@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283-LTS_

Nature of Claim: _Intent to participate in Discovery for Commonwealth Plan Confirmation_

By: _Maritza Castro Rivera_
Signature

_Maritza Castro Rivera_
Print Name

_09/07/2021_
Title (if Participant is not an individual)

_09/07/2021_
Date

RECEIVED & FILED
2021 SEP 27 PM 4:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Castro Rivera
PO Box 1096
Arroyo, Pto Rico 00714

RECEIVED & FILED
2021 SEP 27 PM 4:47
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
22 SEP 2021 PM 5 L

00918-170625

Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardin Ste. 150
San Juan, P.R. 00918-1767

*USA*FOREVER*