# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 15178, 18133 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF Nos. 2296, 2620 |

**INFORMATIVE MOTION REGARDING ADJOURNMENT OF HEARING ON PREPA'S OMNIBUS MOTION OF PUERTO RICO ELECTRIC AUTHORITY FOR ORDER (A) AUTHORIZING PREPA TO REJECT CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"),[2] hereby informs the Court that PREPA, on one hand, and Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC (together, "Windmar"), on the other hand, are in the process of negotiating amendments to PREPA's two operational power purchase and operating agreements with Windmar (the "Windmar PPOAs") that are currently included in the *Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* [ECF No. 15178 in Case No. 17-3283 and ECF No. 2296 in Case No. 17-4780] (the "Omnibus Rejection Motion"). Upon the successful conclusion of the amendment process (which will include submission of the Windmar PPOAs to the Oversight Board's Contract Review Policy), PREPA would withdraw the Omnibus Rejection Motion as it relates to the Windmar PPOAs. Accordingly, the Oversight Board requests that the hearing on the Omnibus Rejection Motion as to the Windmar PPOAs be further adjourned to the next omnibus hearing. Counsel to Windmar has consented to this adjournment.

*[Remainder of page intentionally left blank]*

---

[2] PROMESA is codified at 48 U.S.C §§ 2101-2241.

| | |
|---|---|
| Dated: September 28, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Paul V. Possinger<br>Martin J. Bienenstock *(pro hac vice)*<br>Paul V. Possinger *(pro hac vice)*<br>Ehud Barak *(pro hac vice)*<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative for PREPA*<br><br>**LUIS F. DEL VALLE-EMMANUELLI**<br><br>/s/ *Luis F. del Valle-Emmanuelli*<br>Luis F. del Valle-Emmanuelli<br>USDC-PR No. 209514<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897<br>Tel. 787.647.3503<br>Fax N/A<br>dvelawoffices@gmail.com<br><br>OF COUNSEL FOR<br>A&S LEGAL STUDIO, PSC<br>434 Avenida Hostos<br>San Juan, PR 00918<br>Tel. (787) 751-6764/763-0565<br>Fax (787) 763-8260<br><br>*Attorney for the Financial Oversight and Management Board as representative of PREPA* |