**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | **Re: ECF No. 18114** |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**ORDER GRANTING SECOND URGENT CONSENTED**
**MOTION FOR EXTENSION OF DEADLINE**

Upon the Second Urgent Consented Motion for Entry of Order Extending Time to Reply

to the Motion of the Official Committee of Reitred Employees and its Professionals to Compel the

Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals at ECF

No. 18114 (the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction

over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is

proper pursuant to PROMESA section 307; and the Court having found that the relief requested in

the Extension Motion is in the best interests of the Commonwealth and Movants; and the Court

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS)
(Last Four Digits of Federal Tax ID:  3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

having found that the Debtor provided adequate and appropriate notice of the Extension Motion

under the circumstances and that no other or further notice is required; and the Court having

reviewed the Extension Motion; and the Court having determined that the factual bases set forth

in the Extension Motion establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Extension Motion is granted as set forth herein.

2. The deadline to respond to the Motion to Compel and any joinders, shall be extended to **October 1, 2021**.

3. The Court will thereafter take the Motion to Compel on submission, unless the Court

   determines that a hearing is necessary.


Dated: _____, 2021


_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE