UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

NOTICE CONCERNING OCTOBER 2021 OMNIBUS
HEARING AND NOVEMBER 2021 PLAN CONFIRMATION HEARING

   In light of the ongoing COVID-19 conditions, the Court intends to hold the omnibus hearing scheduled to begin on October 6, 2021, the plan confirmation pre-trial conference scheduled for November 1, 2021, and the hearing concerning the proposed plan of adjustment scheduled to begin on November 8, 2021, virtually via Zoom (for counsel and parties in interest) and a listen-only phone line (for members of the public and press). The Court also anticipates that accommodations will be made for members of the press and public to observe the virtual plan confirmation proceedings at the Southern District of New York and District of Puerto Rico courthouses, and for members of the public selected by lottery to appear in person to provide their views on the proposed plan of adjustment.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Any party in interest may file a response to the attached proposed confirmation hearing procedures order by **October 7, 2021, at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: September 28, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge