**EXHIBIT C**[1]
<u>PARTY EXHIBIT COVER SHEET</u>

| | |
|---|---|
| Name of Party | |
| Does the Party intend to offer evidence? | |
| Total Number of Exhibits Offered by the Party | |

| Exhibit Identifier[2] | Docket Entry No. | Description of Exhibit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |
| I, [*insert filing attorney name* **or** *name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet. | | |

---

[1] This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit C**.

[2] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").