# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following:

1. *Declaration of Robert Gordon in Support of the Motion of the Official Committee of Retired Employees to Extend the Voting Deadline for Holders of Claims in Classes 51B, 51D, 51F, and 51L* as Dkt. No. 18229, (the "**Gordon Declaration**");

2. *Declaration of Justin Lapatine in Support of the Motion of the Official Committee of Retired Employees to Extend the Voting Deadline for Holders of Claims in Classes 51B, 51D, 51F,*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*and 51L* as Dkt. No. 18230, (the "**Lapatine Declaration**," and together with the **Gordon Declaration**, the "**Declarations**");

to be served in the following manner:

On September 23, 2021, the Declarations were sent through the Court's CM/ECF system.

On September 23, 2021, the Declarations were sent via email to each of the parties listed in Exhibit A attached hereto.

On September 23, 2021, the Declarations were sent via email to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov; deindprcorresp@mad.uscourts.gov.

On September 24, 2021, one copy of the Declarations was sent by UPS overnight delivery to Mary Ida Townson, The Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922, and

On September 24, 2021, one copy of the Declarations was sent via U.S. mail to each of the parties listed in Exhibit B attached hereto.

*(Signature page follows.)*

| | |
|---|---|
| September 28, 2021 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile)<br><br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Francisco del Castillo Orozco<br>Edificio Union Plaza<br>1701 Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile)<br><br>*Counsel for The Official Committee of Retired Employees of Puerto Rico* |