UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on September 28, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 29, 2021

1. Clara I. Hernandez Morales
2. Alan Muñoz Vargas
3. Milagros Rodriguez Hernandez
4. Ofelia Dominguez Perez
5. Myrna Guzman Martinez
6. Agustina Navarro Cotto
7. Sara Rodriguez Perez
8. Angelica Navarro Sanchez
9. Haydee Navarro Cotto
10. Aida L. Tirado Rodriguez
11. Jose Mendez Mendez
12. Jorge L. Rivera Otero
13. Angel Torres Rosa
14. Marta I. Colon Rivera
15. Beatriz Gual Rodriguez
16. Samary Torres Perez
17. Yanira M. Gascot Marquez
18. Anastasia Mendez Mercado
19. Sonia I. Rosado Rivera (2 notices)
20. Juan A. Alvelo Gonzalez
21. Grisel Alvelo Ortiz
22. Mildred S. Baez Gonzalez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
September 29, 2021

23. Nelida Baez Agosto

24. Julio Maldonado Ramos

25. Norma I. Gonzalez Reyes

26. William Sandoval Rivera

27. Samuel Weissman

28. Elisa Reyes Rodriguez

29. Mignalis Diaz Montañez

30. Luzgardy Saldaña Gonzalez

31. Teodoro Guzman Cruz

32. Ernesto Ortega Hernandez

33. Maria I. Davila Rodriguez

Dated: September 29, 2021