Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Clara I. Hernández Morales_

Participant's Address: _Urb. Algarrobos # B-11 Calle B Guayama P_ _00784_

Participant's Email Address: _suyena1151 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82086_

Nature of Claim: _Ley 89_

By: _Clara I. Hernández_
Signature

_Clara I Hernández_
Print Name

_____
Title (if Participant is not an individual)

_09/15/21_
Date

RECEIVED & FILED
2021 SEP 28 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Clara Is. Hernández
Urb. Algarrobos Calle B #B-11
Guayama, PR 00784

RECEIVED & FILED
2021 SEP 28 PM 4:21
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380
24 SEP 2021  PM 3  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ALAN MUÑOZ VARGAS_

Participant's Address: _Cuidad Jardin 3 Calle flamboyan 199_   _TOA ALTA P.R. 00953_

Participant's Email Address: _AlanMuz51@Gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#75034_

Nature of Claim: _Salarios no pagados u otros beneficios_

By: _[signature]_
Signature

_Alan Muñoz Vargas_
Print Name

_—_
Title (if Participant is not an individual)

_12 - Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 SEP 28 PM 4:2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ALAN MUÑOZ VARGAS
Cuidad Jardín III
#199 calle Flamboyán
Toa Alta, PR 00953

RECEIVED & FILED

2021 SEP 28  PM 4: 21

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767



24 SEP 2021   PM 3   L

MEMPHIS TN 380



SRF 55923

Case:17-03283-LTS   Doc#:18283-1   Filed:09/29/21   Entered:09/29/21 08:50:32   Desc:
Pro se Notices of Participation   Page 5 of 77

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Rodríguez Hernández_

Participant's Address: _Box 7262 Toa Alta, P.R. 00954_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283-LTS      SRF 55923_

Nature of Claim: _Fondo Retiro del Maestro_

By: _Milagros Rodríguez Hernández_
Signature

_Milagros Rodríguez Hernández_
Print Name

_Maestra_
Title (if Participant is not an individual)

_17/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Rodríguez
Box 10 62
Toa Alta, P.R. 00954

RECEIVED & FILED

2021 SEP 28 PM 4:21

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

22 SEP 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00 918-1767

Case:17-03283-LTS   Doc#:18283-1   Filed:09/29/21   Entered:09/29/21 08:50:32   Desc:
Pro se Notices of Participation   Page 7 of 77

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Ofelia Dominguez Perez_

Participant's Address: _4313·202nd Ave NE, Sammamish WA 98074_

Participant's Email Address: _Ofelia.FellyDominguez @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ofelia Deyz Perez (de Lugo)_
    Signature

_OFELIA DOMINGUEZ PEREZ (de LUGO)_
Print Name

_Ofelia Deyz de Lugo_
Title (if Participant is not an individual)

_Sept. 23/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 SEP 28  PM 4: 2 1

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

OFELIA DOMINGUEZ y/o JOSE LUGO
4313 202ND AVE NE
SAMMAMISH, WA 98074

00918-174799

United States District Court,Clerk's Office
159 Ave. Carlos Chardon Ste.150
San Juan, PR 00918-1767

SEATTLE WA 980

24 SEP 2021  PM 4  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna Guzmán Martinez_

Participant's Address: _Bo. Candelero Arriba, HC 02 Box 11313_   _Humacao PR 00791_

Participant's Email Address: _myrna-guzman 53 @ hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A (I don't have any claim)_

Email Address of Counsel: _I don't have any claims_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _There's no claim_

Nature of Claim:

By: _[signature]_
Signature

_Myrna Guzmán Martinez_
Print Name

Title (if Participant is not an individual)

_8/30/2021_
Date

_Hi, I've been receiving your letters, waiting that someone was going to contact me, regarding this confussion. I don't have any claim against anybody, so please, let me out of this.; thank you!_

_att: Myrna Guzmán Martinez_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 SEP 28 PM 4: 21

RECEIVED & FILED

## GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

19 de febrero de 2021

Guzman Martinez, Myrna
HC02 Box 11313
Humacao PR 00791

**Re:** **Reclamación Núm. 46813  - REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado **Guzman Martinez, Myrna**

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm. **46813**   (la "Reclamación").

El 4 de enero de 2021 los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o
"Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos
administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico,
su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR")
utilizando los procesos de revisión de pensión/retiro, según descrito en la orden
autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier
documentación suplementaria que usted haya proporcionado. Basado en la información provista
por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir,
no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión
que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede
determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará
recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk:
https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 21 de marzo de 2021 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).

*Evidencia de Reclamación:* **46813**
*Reclamante:* **Guzman Martinez, Myrna**

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 46813**

✓ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **46813**   NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **46813**   o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:** *Myrna Guzman Martinez*
**Firma del Reclamante:** *(firma)*
**Fecha:** 9/7/2021

---



170328300018405

*Proof of Claim:* **46813**
*Claimant:* **Guzman Martinez, Myrna**

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 46813

_____ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. **46813** and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### OR

_____ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. **46813** or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____
_____

**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____


170328300018405

Dr. Mayra Myriam Matos
ACO2 Box 11313
Humacao, P.R. 00791

RECEIVED & FILED
2021 SEP 28 PM 4: 21
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardin/Ste. 150
Dr. San
Juan P.R. 00918-1767

22 SEP 2021 PM 3 L

MEMPHIS TN 380

Thinki

FOREVER USA
PURPLE HEART

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Agustina Navarro Cotto_

Participant's Address: _P.O. Box 1106 Cidra, P.R. 00739_

Participant's Email Address: _socky_navarro1@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113978, 175663, 179071, 179083, 179019_
_158534, 154707, 135034_

Nature of Claim: _Wages, Back Pay Ley Promesa Title VII_
_070.17 BK 3283-LTS_

By: _Agustina Navarro Cotto_
Signature

_Agustina Navarro Cotto_
Print Name

_____
Title (if Participant is not an individual)

_23 september 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Agustina Navarro Cotto
P.O. Box 1106
Cidra, P.R. 00739

RECEIVED & FILED
2021 SEP 28  PM 4: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office of,
United States Distric Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918

MEMPHIS TN 380
25 SEP 2021  PM 3  L

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Sara Rodriguez Perez_

Participant's Address: _Aco1 Box 13915 Rio Grande P.R.0745_

Participant's Email Address: _Pitoo 7031@ g.mail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 - LTS_

Nature of Claim: _____

By: _Sara Rodriguez Perez_
Signature

_Sara Rodriquez Perez_
Print Name

_____
Title (if Participant is not an individual)

_5/9/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Javier Rodriguez Reis
P.col Box 13 915
Rio Piedras P.R. 00785

RECEIVED & FILED
2021 SEP 28 PM 4: 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

United States District Court
clerks office 150 ave. carlos
Charles ate. 150 San Juan PR.
00 918 - 1747

MEMPHIS TN 380
23 SEP 2021 PM 2 L
FOREVER / USA

Participant must provide all of the information below in **English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angélica Navarro Sánchez_

Participant's Address: _Barrio Certenejas, P.O. Box 527 Cidro, A.R._ _00739_

Participant's Email Address: _juliacgon 07 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175626, 178088, 157678, 153136_

Nature of Claim: _Wages, Back Pay Ley Promesa Title III_

By: _Angélica Navarro_     _NO. 17 BK 3283 - LTS_
Signature

_Angélica Navarro Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_September 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angelica Navarro Sánchez
P.O. Box 537
Cidra, P.R. 00739

RECEIVED & FILED
2021 SEP 28 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Courtis Clerk's Office of,
United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170399

MEMPHIS TN 380
25 SEP 2021 PM 3 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Haydeé Navarro Cotto*

Participant's Address: *P.O. Box 1106 Cidra, P.R. 00739*

Participant's Email Address: *socky_navarro1@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *153452, 160038*

Nature of Claim: *Wages, Back Pay, Ley Promesa, Title III*

By: *Haydeé Navarro Cotto*        *No. 17 BK 3283 - LTS*
Signature

*Haydeé Navarro Cotto*
Print Name

_____
Title (if Participant is not an individual)

*September 03, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydee' Navarro Coffo
P.O. Box 1106
Cidra, P.R. 00739

RECEIVED & FILED
2021 SEP 28 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
25 SEP 2021 PM 3 L

00918-170625

Court's Clerk's Office at,
United States Distric Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Tirado Rodríguez_

Participant's Address: _P.O. Box 702 - Arroyo, P.R. 00714_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Aida L. Tirado Rodríguez_
Signature

_Aida L. Tirado Rodríguez_
Print Name

_PRomesa - Title III_
Title (if Participant is not an individual)

_31 August 2021_
Date

RECEIVED & FILED
2021 SEP 28 PM 4: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida L. Irizarry Rodriguez
P.O. Box 702
Arroyo, P.R. 00714
No. 17 BK 3283-LTS

00918-170625

MEMPHIS TN 380

22 SEP 2021 PM 3 L

RECEIVED
2021 SEP 28 PM 4:20

Court's Clerk's office at:
United States District Court, Clerk's
office 150 Ave. Carlos S-to 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José Méndez Méndez

Participant's Address: 53 E Muñoz Rivera Camuy PR 00627-2630

Participant's Email Address: carmonisisluna gonzalez @ yahoo.com

Name of Counsel: myself

Address of Counsel: mine

Email Address of Counsel: none

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS

Nature of Claim: Promesa Title II

By: _____
Signature

José Méndez Méndez
Print Name

_____
Title (if Participant is not an individual)

Sept. 7, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joel Melder Medoz
53 e Murio Rivera
Camuy PR00627-2630

RECEIVED & FILED
2021 SEP 28 PM 4: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

us Distict Court, clerks office
150 Ave Carlos Chardon
Ste 150 SJPR 00918-1767

MEMPHIS TN 380
25 SEP 2021 PM 3 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Otero, Jorge L._

Participant's Address: _0 #6 Calle 19 Urb. Flamboyan Gardens_
_Bayamón, P.R. 00959_

Participant's Email Address: _jorgeriveraot@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _129177_

Nature of Claim: _Public Employee and Pension/Retiree Claim_

By: _[signature]_
Signature

_Jorge L. Rivera Otero_
Print Name

_____
Title (if Participant is not an individual)

_September 23, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge L. Rivera Otero
0 #2 Calle 19
Urb. Flamboyan Gardens
Bayamon, P.R. 00959

RECEIVED & FILED
2021 SEP 28 PN 2
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
25 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Torres Rosa Augell_

Participant's Address: _Parcela Nueva Olimpo 487 Calle Caimital 00784 Guayama_

Participant's Email Address: _Parcela Nueva Olimpo 487 Calle Caimital Guayama_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Torres Rosa angell_
Signature

_Angel Torres Rosal_
Print Name

_____
Title (if Participant is not an individual)

_9-16-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

James Rosa Angel +
Pancha Cintura olmeo
487 calle camital
Juezenie PR00784-1413H

RECEIVED & FILED
2021 SEP 28  PM 4: 20
SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE

00918-170625

MEMPHIS TN 380
24 SEP 2021  PM 3   L

USA FOREVER

commonwealth of PR case 17BK 3283 LTS.
court's clerk office at United state
District court clerk's office 150
ave Carlos Chardon STE 150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marta I. Colón Rivera

Participant's Address: P. O. Box 369 Corozal P.R. 00783

Participant's Email Address: martaicolonrivera @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 64649, 95614

Nature of Claim: _____

By: Marta I. Colón Rivera
    Signature

Marta I. Colon Rivera
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta Colon Rivera
P.O. Box 367
Corozal P.R.
00783

00918-170625

RECEIVED & FILED

2021 SEP 28 PM 4: 20

CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

22 SEP 2021 PM 2 L

MEMPHIS TN 380

U.S. District Court
Clerks Office
150 Ave. Carlos Chardon, Ste. 150
San Juan P. R. 00918 - 1767

FOREVER / USA

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Beatriz Gual Rodriguez_

Participant's Address: _Calle 9 NE #312 Urb. Puerto Nuevo San Juan P 00920_

Participant's Email Address: _Cuchigual @ gMail.CoM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Beatriz Gual_
Signature

_Beatriz Gual_
Print Name

_____
Title (if Participant is not an individual)

_Sept 13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Beatriz Gual Rodriguez
Calle 9 NE #312
Urb Puerto Nuevo
San Juan P.R. 00920

00918-170625

NASHVILLE TN 370

17 SEP 2021   PM 6   L

2021 SEP 28   PM 1:20

United States District Court
Clerk's Office, 150 Ave Carlos
Chardón Ste 150, San Juan
P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Samary Torres Perez_

Participant's Address: _HC-03 Box 36292 Caguas, PR 00725_

Participant's Email Address: _Samary2573@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _[signature]_
   Signature

_Samary Torres Perez_
Print Name

_____
Title (if Participant is not an individual)

_16 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 SEP 28 PM 4:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Samamy Torres Perez
40-13 Box 36292
Caguas, PR. 00778

RECEIVED & FILED
2021 SEP 28 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

United States District Court,
Clerk's Office, 150 Ave Carlos
Chardon Ste 150.
San Juan, PR
00918-1767

MEMPHIS TN 380
23 SEP 2021 PM 2 L


FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Yanira M. Gascot Márquez*

Participant's Address: *Urb. Estacias Reales Buzon 79*
*Calle Palacio Bandermán, P.R. 00683*

Participant's Email Address: *DEG27490 miescuela.pr*

Name of Counsel: *Prime Clerk LLC*

Address of Counsel: *150 Ave. Carlos Chardon Ste. San Juan, P.R 00918-1767*

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *104502*

Nature of Claim: _____

By: *Yanira M. Gascot Márquez*
Signature

*Yanira M. Gascot Márquez*
Print Name

_____
Title (if Participant is not an individual)

*20-sept.-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jania M. Cascel Marquez
U.6. Estancias Reales
Calle Palacio # 39
San German, Puerto Rico
00683

Courts Clerk Office
Unite States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 60
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

23 SEP 2021 PM 3 L

Drug Free USA

FOREVER

STATION

2021 SEP 28 PM 4: 19
SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED & FILED

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Anastasia Méndez Mercado*

Participant's Address: *20600 calle de Jesus calle de Jesus Sanchez 94*

Participant's Email Address: *anastasia roel 57 @ gmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *98193*

Nature of Claim: *Publish - employee and Pension retiree claim*

By: *Anastasia Méndez Mercado*
Signature

*Anastasia Méndez Mercado*
Print Name

*individual*
Title (if Participant is not an individual)

*17 de septiembre 2021*
Date

RECEIVED & FILED
2021 SEP 28 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anastasia Núñez Mercado
20600 calle de Jesús Sánchez
Quebradillas, P.R. 00678

00918-170625

MEMPHIS
TN 380
PM 5 L
RECEIVED & FILED
2021 SEP 28 PM 4: 19
U.CLERK'S OFFICE
U.S DISTRICT COURT

$0.510
US POSTAGE
FIRST-CLASS
062S001120z762
00673
S85573.131

Court's Clerk's office at United
States District Court, Clerk's
office, 150 AVe. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia I Rosado Rivera_

Participant's Address: _HC02 Box 6405 Jares P.R 00669_

Participant's Email Address: _soniajvetto7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa_

By: _Sonia I Rosado Rivera_
Signature

_Sonia I Rosado Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Sept 15 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia J. Pardo
H(1)2 Box 6405 Jarea
P.R. 00669

RECEIVED & FILED
2021 SEP 28 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

22 SEP 2021 PM 3 L

MEMPHIS TN 380

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia I Rosado Rivera_

Participant's Address: _HC02 Box 6405 Lares P.R 00669_

Participant's Email Address: _soniaivette7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _17 BK 3283   Promesa_

By: _Sonia I Rosado Rivera_
    Signature

_Sonia I Rosado Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Sept 15 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia I Rosado Rivera
HC03 Box 64105
Jares. P.R. 00669

MEMPHIS TN 380

22 SEP 2021   PM 3   L

00918-170625

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918 -1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 SEP 28   PM 4: 19

RECEIVED & FILED



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan A Aluelo Gonzalez

Participant's Address: Box 302 Sabana Seca PR 00952

Participant's Email Address: tonaaluelo@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Juan A Aluelo_
Signature

Juan A Aluelo Gonzalez
Print Name

_____
Title (if Participant is not an individual)

08-13-21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BOX309 Sabana seca PR 00952

RECEIVED & FILED
2021 SEP 28  PM 4:
K'S OFFICE
RICT COU
AN JUAN,

United State District Court Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

0091B-1706.25



MEMPHIS-TN 380

20 SEP 2021  PM 1  L



FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel Awelo Ortiz_

Participant's Address: _Box 302 Sabana seca PR 00952_

Participant's Email Address: _g-aluelo@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Angel Awelo Ortiz_
Signature

_Angel Awelo Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_08-13-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1300 302 Sabana Seca PR 00952

RECEIVED & FILED
2021 SEP 28  PM 4:
K'S OFFICE
RICT COURT
AN JUAN, PR

00918-170625

United State Distric Court Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

MEMPHIS TN 380

20 SEP 2021  PM 1  L



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mildred S. Báez González

Participant's Address: Calle M  L-13 Ext. Alamar Luquillo. P.R. 00773

Participant's Email Address: mildred75644@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: PROMESA   TÍTULO III

By: Mildred S. Báez González
Signature

Mildred S. Báez González
Print Name

_____
Title (if Participant is not an individual)

21 de Septiembre de 2021
Date

RECEIVED & FILED
2021 SEP 28  PM 4:19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mildred S. Baéz Gonzalez
Ext. Alamar
L-13 Calle M
Luquillo P.R. 00773

00918-1706Z5

RECEIVED & FILED
2021 SEP 23 PM 4: 19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

MEMPHIS TN 380
23 SEP 2021 PM 3 L

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Xelida Báez Agosto_

Participant's Address: _PO BOX 2878 Guaynabo PR. 00970_

Participant's Email Address: _Nutricion02020@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Xelida Báez Agosto_
Signature

_Xelida Báez Agosto_
Print Name

_Promesa III_
Title (if Participant is not an individual)

_17 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Baez Agosto
PO Box 2878
Guaynabo PR 00970

RECEIVED & FILED
2021 SEP 28 PM 4: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court,
clerks office, 150 Ave.
Carlos chardon ste. 156
San Juan PR 00918

MEMPHIS TN 380

22 SEP 2021 PM 5 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Waldonado Ramos_

Participant's Address: _55 Valle Escondido, Guaynabo, P.R. 00971_

Participant's Email Address: _julio.waldonado1961@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico (Retired)_
_(ley Romero 20: PRTC. sout sot cowoNcaciones)_

By: _[signature]_
Signature

_Julio Waldonado Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_09-18-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Valdivies Ramos
55 Calle Escorchos
Guaynabo, P.R. 00911

RECEIVED & FILED
2021 SEP 28  PM 4: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court Clerk's
Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

20 SEP 2021   MEMPHIS
FOREVER / USA
FOREVER / USA
FOREVER / USA

Case:17-03283-LTS   Doc#:18283-1   Filed:09/29/21   Entered:09/29/21 08:50:32   Desc:
Pro se Notices of Participation   Page 55 of 77

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. González Reyes_

Participant's Address: _P.O. Box 2353 Guaynabo, P.R. 00970_

Participant's Email Address: _rmgonzalez0430 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System_

By: _Norma I. González Reyes_
   Signature

_Norma I. González Reyes_
Print Name

_____
Title (if Participant is not an individual)

_16 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. González Reyes
P.O. Box 2353
Guaynabo, P.R. 00970

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
22 SEP 2021 PM 5 L

CAFFE VERGNANO

NORMA REYES
UNITED STATES
DISTRICT COURT
2021 SEP 28 PM 4:18
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Sandoval Rivera_

Participant's Address: _Urb. El Retiro C2 Buzui 32 Caguas, PR 00725_

Participant's Email Address: _sandovalbeguern@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
Signature

Print Name _William Sandoval Rivera_

Title (if Participant is not an individual) _____

Date _09/16/2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Sandoual Rivera
Urb. El Retiro C-2 Buzon 32
Caguas, PR 00725

RECEIVED & FILED
2021 SEP 28. PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

24 SEP 2021

MEMPHIS TN 380

24 SEP 2021  PM 1  L

United States District Court, Clerk Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Samuel Weissman_

Participant's Address: _7379 East Vaquero Dr, Scottsdale, AZ 85258_

Participant's Email Address: _docsam189@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Loss of investment_

By: _Samuel Weissman_
Signature

_Samuel Weissman_
Print Name

_____
Title (if Participant is not an individual)

_9/15/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Samuel Weissman
7379 E Vaquero Dr
Scottsdale, AZ 85258-2097

RECEIVED & FILED

2021 SEP 28 PM 4: 18

CLERK
DISTRICT
SAN JUAN

00918-170625

U.S. District Court, Clerks Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00918-1767



PHOENIX AZ 850

29 SEP 2021 PM 3 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elisa   Reyes   Rodriguez_

Participant's Address: _P.O. Box  2335   Coamo, Puerto Rico 00769_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK  3283 - LTS_

Nature of Claim: _All the  laws  I have  the right to._

By: _Elisa Reyes Rodriguez_
Signature

_Elisa   Reyes   Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_September  21, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elisa Reyes Rodriguez
P.O. Box 2335
Coamo, Puerto Rico 00769

RECEIVED & FILED
2021 SEP 28 PM 4: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
23 SEP 2021 PM 2   L

United States District Court, Clerk's Office
150 Chardon Ste 150
San Juan, Puerto Rico 00918 -1767

USA ★ FOREVER

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **MIGNALIS DIAZ MONTAÑEZ**

Participant's Address: **HC-03 BOX 9519 COMERIO, PUERTO RICO 00782**

Participant's Email Address: **mignalis@hotmail.com        diazmmi@de.pr.gov**

Name of Counsel: **NONE**

Address of Counsel: **NONE**

Email Address of Counsel: **NONE**

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: **168118**

Nature of Claim: **SALARY, STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE
TEACHER CAREER**

By: _Signature_
Signature

**MIGNALIS DIAZ MONTAÑEZ**
Print Name

_____
Title (if Participant is not an individual)

**AUGUST 30, 2021**
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DÍAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

00918-1706.25

MEMPHIS TN 380

25 SEP 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

RECEIVED & FILED

2021 SEP 28 PM 4: 17

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luzgardy Saldaña González_

Participant's Address: _HC5 BOX 5841 Juana Diaz P.R 00795-9768_

Participant's Email Address: _luzgardy_1@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: → 83138
→ 80998          _170k 03283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico owes me
money based on the following laws:_
_Law 158-1999, Law 96-2002_
_y law 164-2003_

By: _Luzgardy Saldaña González_     _Total Amount due:_
Signature                                              _$ 55,600.00_

_Luzgardy Saldaña González_
Print Name

_____
Title (if Participant is not an individual)

_21 Sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE SALUD**
PROGRAMA SERVICIOS SALUD CORRECCIONAL

## CERTIFICACION DE EMPLEO Y SUELDO

Por la presente certificamos que la persona a continuación es
empleada del Programa de Servicios de Salud Correccional:

**NOMBRE** : LUZGARDY SALDAÑA GONZALEZ

**SEGURO SOCIAL** :

**PUESTO** : TEC. TRAT. PSICOSOCIAL II

**SUELDO MENSUAL** : $1,177.00 DIFERENCIAL $284.00

**STATUS** : REGULAR

**FECHA DE NOMBRAMIENTO** : 1 de abril de 1987

SRA. LOURDES M. ECHEVARRIA
DIRECTORA
OFICINA DE RECURSOS HUMANOS

Dado en Río Piedras, Puerto Rico
hoy 15 de noviembre de 1999

NO TIENE BORRONES, CORRECCIONES O TACHADURAS

LME/tp

Sent from my T-Mobile 4G LTE Device
Obtener Outlook para Android



*Estado Libre Asociado de Puerto Rico*
## DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN

## CERTIFICACION

Certifico que **Luzgardy Saldaña González,** número de seguro social **XXX-XX-6443**, trabajó para el Departamento de Corrección y Rehabilitación, desde el 15 de marzo de 2002 hasta el 31 de julio de 2002, fecha en que finalizó su nombramiento transitorio.  Ocupó un puesto transitorio como Maestra.

Devengaba un salario mensual de $1,600.00 y recibía un bono equivalente al 9.375% del sueldo hasta un máximo de $750.00.

En San Juan, Puerto Rico, hoy 25 de octubre de 2013.

Certifico correcto,

Shirley Sierra Castellanos
Especialista en Recursos Humanos

/plr

Apartado 71308. San Juan, Puerto Rico 00936
Tel. (787) 273-6464 Fax (787) 793-2199

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: SRM**

17 de marzo de 2016

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | LUZGARDY SALDAÑA GONZALEZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | PONCE |
| Sueldo Mensual | : | $2,610.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 1 de agosto de 2002 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de 13 años. |

Cándida R. Chico
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**Administración
de Corrección**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**ADMINISTRACIÓN DE CORRECCIÓN**
PROGRAMA SERVICIOS SALUD CORRECCIONAL

1 de mayo de 2009

A quien concierna:

Certifico que **Luzgardy Saldaña González**, con Seguro Social XXX-XX-**6443** laboró para el Programa de Servicios de Salud Correccional desde el **1 de julio de 1994 hasta el 15 de marzo de 2002**.

De acuerdo a los documentos obran en la copia del expediente de personal que custodia la Oficina de Recursos Humanos, la señora Saldaña ocupó en el servicio público los siguientes puestos:

1. Técnico de Tratamiento Psicosocial I          1/abril/87 al 30/junio/89
   Transitorio
   Departamento de Salud
   Secretaría Auxiliar de Salud Mental, Retardación Mental

2. Técnico de Tratamiento Psicosocial I          1/julio/89 al 31/agosto/91
   Regular
   Departamento de Salud
   Secretaría Auxiliar de Salud Mental, Retardación Mental

3 Técnico de Tratamiento Psicosocial I           1/septiembre/91 al 15/octubre/91
   Regular
   Departamento de Salud
   Secretaría de Aux. Med. Prev. y Fam., Prog. Retardación Mental

4. Técnico de Tratamiento Psicosocial II         16/octubre/91al 30/junio/94
   Regular
   Departamento de Salud
   Secretaría Auxiliar de Salud Mental, Prog. Salud Mental Correccional

5. Técnico de Tratamiento Psicosocial II         1/julio/94 al 15/marzo/02
   Regular
   Departamento de Salud
   Programa Salud de Salud Correccional

De necesitar información adicional favor de comunicarse con la que suscribe al teléfono (787) 774-3344, extensión 6411.

Dada en Guaynabo, Puerto Rico hoy 1 de mayo de 2009, a petición de la señora Saldaña

Cordialmente,

Isa Y. Mercado Rodríguez
Oficial de Personal

IMR/



SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CRUZ. GUZMAN, Teodoro_

Participant's Address: _Urb. Villa Madrid Calle #9 G-10, Coamo P. Rico 00769-_

Participant's Email Address: _cruzteodoro36@gmail.com._

Name of Counsel: _Lcdo. Edgardo Santiago Llorens._

Address of Counsel: _1925- Boulevard Luis A. Ferre, San Antonio Ponce PR 00728._

Email Address of Counsel: _ESLAW2000@YAHOO.COM._
_eslaw2000@yahoo.com._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _29289 (17BK 3283-LTS._

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of P. Rico._

By: _[signature]_
Signature

_Teodoro Cruz Guzman_
Print Name

_____
Title (if Participant is not an individual)

_14/Septiembre/2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| Cruz Guzman, Teodoro | 28289 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $300,000.00 |
| **Reason:** | | Proof of Claim and supporting documentation assert liabilities associated with a disability pension.  However, pursuant to Act 106, the Commonwealth, and not ERS, is responsible for payment of disability pensions. | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Cruz Guzman, Teodoro | 28289 | 5/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $300,000.00 |
| **Base para:** | | La Evidencia de reclamo y la documentación de respaldo invocan obligaciones asociadas con una pensión por discapacidad. Sin embargo, de acuerdo con la Ley 106, el Estado Libre Asociado, y no el ERS, es responsable del pago de las pensiones por discapacidad. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ernesto Ortega Hernandez_

Participant's Address: _ue74 Bay. 5532, Naranjito P.R. 00719_

Participant's Email Address: _Ota 3168 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _____

By: _Ernest Ortez Hernand_
Signature

_Ernesto Ortega Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_20/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ernesto Ortega Hernandez
NE-24 BNC-553-2
Naranjito Pr. 00719

RECEIVED A...
2021 SEP 28  PM 4:
CLERK'S OFFICE
U S DISTRICT COURT

7021 0950 0001 9445 0122

00918-1706.25

United States District Court, Clerk office
150 Ave. Carlos Chardon ste-150
San Juan PR 00919-1767

USPS CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
SEP 20, 21
AMOUNT
$7.38
R2304M111636-94

Case:17-03283-LTS   Doc#:18283-1   Filed:09/29/21   Entered:09/29/21 08:50:32   Desc:
Pro se Notices of Participation   Page 76 of 77

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Maria I. Dávila Rodriguez_

Participant's Address:   _Urb. Valle Arriba C/Acacia #191 -Coamo, P.R. 00769_

Participant's Email Address:   _mariaisabel.davila@yahoo.com_

Name of Counsel:   _—_

Address of Counsel:   _—_

Email Address of Counsel:   _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _94875_

Nature of Claim:   _No. 17 BK 3283 - LTS_

By:   _Maria I. Dávila Rodriguez_
Signature

_Maria I. Dávila Rodriguez_
Print Name

_—_
Title (if Participant is not an individual)

_18 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria I. Dávila Rodríguez
Urb. Valle Arriba
C/Acacia #191
Coamo, P.R. 00769

RECEIVED
2021 SEP 28 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

7011 1570 0000 0995 3457

CERTIFIED MAIL

To: United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150

San Juan, P.R. 00918 - 1767

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
00769
SEP 18, 21
AMOUNT
$7.38
R2303S102189-05
1000
00918