# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER REGARDING MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND AMBAC ASSURANCE CORPORATION TO EXTEND THE ELECTION DEADLINE IN THE SOLICITATION PROCEDURES ORDER**

Upon consideration of the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation to Extend the Election Deadline in the Solicitation Procedures Order* (the "Motion"),[2] and it appearing that (*i*) the Court has subject-matter jurisdiction over the Motion pursuant to PROMESA section 306(a)(1); (*ii*) venue of this proceeding is proper under PROMESA sections 106(a) and 307, and 28 U.S.C. 1391(b); and (*iii*) the Court has good cause to grant the relief requested in the Motion, it is hereby ORDERED:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

-1-

1. The Motion is GRANTED as set forth herein.

2. The following deadline in the Solicitation Procedures Order shall be modified as follows:

- The Election Deadline shall be extended to and including October 18, 2021 at 5:00 PM (Atlantic Standard Time).

3. All other deadlines in the Solicitation Procedures Order, as modified by the Voting Deadline Extension Order, shall remain in full force and effect, and shall not be affected by this order.

4. Prime Clerk LLC, as the Debtors' Balloting Agent, shall provide notice to all creditors entitled to make an election under the Plan of the extension of the Election Deadline by a means reasonably calculated to ensure that such creditors receive notice of such extension prior to the Election Deadline.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this order.

Dated: [] __, 2021                                    _____