UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING CONCERNING
URGENT MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF
ADMINISTRATIVE EXPENSE PURSUANT TO SECTION 503(B)(1)(A)(I) AND (II)
OF THE BANKRUPTCY CODE FILED BY GROUP WAGE CREDITORS IN THE
LITIGATION CAPTION NILDA AGOSTO MALDONADO ET ALS. CASE NO. K PE 2005-0608

     The Court has received and reviewed the *Urgent Motion for Allowance and Immediate Payment of Administrative Expense Pursuant to Section 503(b)(1)(A)(i) and (ii) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Nilda Agosto Maldonado et als. Case No. K PE 2005-0608* (Docket Entry No. 18277 in Case No. 17-3283, the "Administrative Expense Motion"), as well as the *Motion Requesting Extension of Time to File Certified Translation of the Judgment Entered by the Court of First Instance of Puerto Rico in the Case Nilda Agosto Maldonado et als. Case No. K PE-2005-0608* (Docket Entry No. 18279 in Case No. 17-3283, the "Translation Motion"), filed by the group of creditors in the identified litigation (the "Movants"). The Translation Motion is granted as set forth herein. Certified translations of the documents identified in the Translation Motion shall be due by **October 28, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

   Responsive papers to the Administrative Expense Motion, if any, must be filed by **November 12, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Movants' reply must be filed by **November 19, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Administrative Expense Motion on submission, unless the Court determines that a hearing is necessary. This Order resolves Docket Entry No. 18279 in Case No. 17-3283.

  SO ORDERED.

Dated: September 29, 2021

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge