UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

Comes now JORGE RAFAEL EDUARDO COLLAZO QUIÑONES, through its undersigned counsel and very respectfully states and prays:

1.  Jorge Rafael Eduardo Collazo Quiñones, as creditor, has engaged the services of ATTONEY CARLOS FERNANDEZ NADAL, to represent it in the instant case.

2.  Hernan Toro Aponte requests that all notices and documents be forward to the undersigned's law offices at the following address:

LCDO CARLOS FERNANDEZ NADAL
818 Ave. Hostos Ste B
Ponce, PR 00716
Tel. (787) 848-4612   Fax (787) 395-7906
carlosfernandez@cfnlaw.com

WHEREFORE, it is respectfully pray that this Court takes notice of the above, and that Hernan Toro Aponte through the undersigned's law offices be included in the Master Address List.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties which have made an electronic appearance in this case.

In Ponce, Puerto Rico, this 29 day of September 2021.

/s/ **Carlos Fernández-Nadal**
CARLOS FERNÁNDEZ-NADAL, ESQ.
USDC No. 209208
818 Hostos Ave. Ste. B
Ponce, PR 00716
Tel. (787) 848-4612 Fax (787) 395-7906
carlosfernandez@cfnlaw.com