UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND FOR SUPPLEMENTAL BRIEFING

        The Court has received and reviewed the *Urgent Motion of DRA Parties to File Under Seal Certain Portions of Its Reply to the Objection of Financial Oversight and Management Board for Puerto Rico to DRA Parties' Motion for Allowance of Administrative Expense Claim* (Docket Entry No. 18245 in Case No. 17-3283, the "Motion to Seal"),[2] filed by the DRA Parties. Through the Motion to Seal, the DRA Parties seek to file under seal the *DRA Parties' Reply to the Objection of Financial Oversight and Management Board for Puerto Rico to DRA Parties' Motion for Allowance of Administrative Expense Claim* (Docket Entry No. 18244 in Case No. 17-3283, the "Reply").[3] The Motion to Seal asks the Court to maintain the confidentiality of certain "analysis and conclusions" contained in the Reply that rely on and refer

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

[3]     References in this Order to the Reply include the exhibits attached thereto.

to material and information designated "Confidential Material" or "Confidential Information" by the parties to the Protective Orders.

The Motion to Seal does not include sufficient information to justify sealing of the Reply.  Thus, the Court will only permit the Reply to be filed under seal for a limited duration, during which time interested parties may submit briefing to the Court explaining why continued sealing is appropriate. Accordingly:

1. The DRA Parties are entitled to file the full, unredacted version of the Reply under seal.

2. The Clerk of Court shall allow access to the Reply to the Oversight Board, the Debtors, AAFAF, the UCC, the Retiree Committee, and the Monolines.

3. Any party may file with the Court a short brief justifying the continued sealing of the Reply or redaction of certain information in the Reply by **October 8, 2021**. The Court will thereafter take any such requests for continued sealing on submission.

4. This Order is without prejudice to the rights of any party in interest to seek to unseal the Reply or any part thereof.

5. This Order resolves Docket Entry No. 18245 in Case No. 17-3283.

SO ORDERED.

Dated:  September 29, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge