## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## SUMMARY OF FOURTH INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ eDISCOVERY SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2020 THROUGH JANUARY 31, 2021

---

[1]     The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| **Name of Applicant:** | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions** |
| Authorized to Provide Professional Services to: | <ul><li>Commonwealth of Puerto Rico</li><li>Puerto Rico Sales Tax Financing Corporation</li><li>Puerto Rico Highways and Transportation Authority</li><li>Employees Retirement System of the Government of the Commonwealth of Puerto Rico</li><li>Financial Oversight and Management Board for Puerto Rico</li></ul> |
| Date of Retention: | Retention Order Entered on June 29, 2017 (Effective as of May 21, 2017) |
| Interim Fee Period for which Compensation and Reimbursement is sought: | September 1, 2020 through January 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary for the Interim Fee Period: | $18,473.90 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Interim Fee Period: | $39,669.47 |
| Total Compensation and Expenses Requested for the Interim Fee Period: | $54,448.59 |
| Blended Rate of Professionals during the Interim Fee Period: | $209.93 |

## <u>Summary of Monthly Fee Statements</u>

| Monthly Fee Statements | | | | | Payment |
|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Total | Payment Date | Amount |
| 9/1/2020 – 11/30/2020 | $11,997.50 | $24,146.72 | $36,144.22 | n/a | $0.00 |
| 12/1/2020 – 1/31/2021 | $6,476.40 | $15,522.75 | $21,999.15 | n/a | $0.00 |
| **Total Final Request** | **$18,473.90** | **$39,669.47** | **$58,143.37** | | **$0.00** |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## FOURTH INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ EDISCOVERY SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2020 THROUGH JANUARY 31, 2021

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, Nunc Pro Tunc to The Petition Date,* dated June 29, 2017 [D.I. 540] (the "Retention Order"), the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated June 6, 2018 [D.I. 3269] (the "Interim Compensation Order"), and the Local Rules of Bankruptcy Practice and Procedure

---

[1]     The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules"), the firm of Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions (together, "Epiq"), administrative advisor and e-discovery vendor for the above-captioned debtors (collectively, the "Debtors"), hereby files this fourth interim fee application (this "Fourth Interim Fee Application") for: (i) compensation in the amount of $18,473.90 for the reasonable and necessary professional services Epiq rendered to the Debtors from September 1, 2020 through September 30, 2020 and October 1, 2020 through January 31, 2021 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that Epiq incurred during these time periods, in the amount of $39,669.47.

In support of the Application, Epiq respectfully states as follows:

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3. The bases for the relief requested herein are sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

**Disclosure of Compensation and Requested Final Award**

4. Epiq files this Application requesting interim allowance and approval of compensation in the amount of $58,143.37 for professional services rendered by Epiq to the Debtors and reimbursement of actual and necessary expenses incurred by Epiq.

5. In accordance with the Interim Compensation Order, Epiq has served the monthly fee statements covering the periods September 1, 2020 through November 30, 2020 and December 1,

2020 through January 31, 2021 (the "Monthly Fee Statements")[2].   Pursuant to the Interim Compensation Order, Epiq has served the Monthly Fee Statement on: (a) attorneys for the Oversight Board, (b) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority (c) the Office of the United States Trustee for the District of Puerto Rico (d) attorneys for the Official Committee of Unsecured Creditors (e) attorneys for the Official Committee of Retired Employees, (f) the Puerto Rico Department of Treasury, and (g) attorneys for the Fee Examiner

6.   As of the date hereof, Epiq has previously requested to be paid $14,779.12 (80% of the total amount requested of $18,473.90) from the Debtors for fees and $39,669.47 for expenses incurred by Epiq as administrative agent and e-discovery vendor during the period through and including January 31, 2021.   This represents 80 percent of the fees and 100 percent of the expenses incurred as administrative agent and e-discovery vendor and invoiced through and including January 31, 2021 as identified in the Monthly Fee Statement.[3]

7. The fees sought in this Application reflect an aggregate of 88.0 hours expended by Epiq professionals during the rendering necessary and beneficial administrative services to the Debtors at a blended average hourly rate of $209.93 for professionals.   Epiq maintains computerized records of the time expended in the performance of the professional services

---

[2]   The Monthly Fee Statements are the following: *Eighth Monthly Statement of Epiq Corporate Restructuring, LLC and Epiq ediscovery Solutions for Allowance of Compensation and Reimbursement of Expenses as Service Agent for the Period from September 1, 2020 Through November 30, 2020 and  Ninth Monthly Statement of Epiq Corporate Restructuring, LLC and Epiq ediscovery Solutions for Allowance of Compensation and Reimbursement of Expenses as Service Agent for the Period from December 1, 2020 Through January 31, 2021.*

[3]   Pursuant to the Interim Compensation Order, the Debtors are authorized to pay each retained professional, unless the Court orders otherwise, an amount equal to (a) 80 percent of the such professional's undisputed professional fees and (b) 100 percent of the undisputed expenses incurred by such professional and identified in such professional's monthly statement to which no objection has been served.

required by the Debtors and their estates.  These records are maintained in the ordinary course of Epiq's practice.

8. The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

9. Epiq's hourly rates are set at a level designed to compensate Epiq fairly for the work of its professionals.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.    Epiq regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary.  Moreover, in accordance with the Local Bankruptcy Rules, Epiq regularly reduces its expenses, particularly expenses related to overtime travel and overtime meals.

11.    No understanding exists between Epiq and any other person for the sharing of compensation sought by Epiq, except among the parent, affiliates, members, employees and associates of Epiq.

## **Background**

12.    On May 3, 2017, the Oversight Board commenced a title III case for the Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a) of PROMESA (the "Commonwealth Title III Case").   Thereafter the Oversight Board commenced a title III case for each of COFINA, the Employees, Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric

Power Authority ("PREPA Title III Case") (and together with the Commonwealth Title III Case, the "Title III Cases").[4]  By orders dated June 29, 2017 [Docket No. 537] and October 6, 2017 [Docket No. 1417], the Court approved the joint administration of the Title III Cases.

13.     On June 29, 2017, the Court entered the Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, Nunc Pro Tunc to the Petition Date, [Docket No. 540] (the "Retention Order"), approving the Debtors' employment and retention of Epiq as service agent nunc pro tunc to the ERS Title III Case/HTA Title III Case petition date, May 21, 2017.[5]  Pursuant to the Retention Order, Epiq is authorized to be compensated on an hourly basis for professional services rendered to the Debtors and reimbursed for actual and necessary expenses incurred by Epiq in connection therewith.

14.     On August 23, 2017, the Court entered the Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals[6] [Docket No. 1150], (as amended, the "Interim Compensation Order").

### Summary of Professional Services

15.     Pursuant to, and consistent with, the relevant requirements of the Interim Compensation Order, the Fee Committee Order, and the Local Bankruptcy Rules (collectively, the "Guidelines"), as applicable, the following exhibits are attached hereto:

---

[4] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

[5] On August 13, 2018, the Oversight Board executed a services agreement with Epiq authorizing Epiq eDiscovery Solutions to serve as a neutral vendor and provide document repository and production services.

[6] On November 8, 2017, the Court entered the First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 1715].  On June 6, 2018 the Court entered the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 3269]

a.     **Exhibit A** contains a certification by the undersigned regarding compliance with the Guidelines (the "Certification");

b.     **Exhibit B** contains a list of Epiq's project categories and the total billed to each category during the Fee Period;

c.     **Exhibit C** contains a billing summary for the Fee Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Epiq's current billing rates and an indication of the individual amounts requested as part of this Fourth Interim Fee Application; and

d.     **Exhibit D** contains the time detail for the Fee Period.

e.     **Exhibit E** consists of Epiq's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates

16.    To provide a meaningful summary of services rendered on behalf of the Debtors and their estates for the Fee Period, Epiq has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|------------|--------------------|
| 205 | Noticing |
| 220 | Affidavits |
| 400 | Fee Statements |

17.    The following is a summary, by matter, of the most significant professional services rendered by Epiq as administrative agent during the Fee Period. This summary is organized in accordance with Epiq's internal system of matter numbers.[7]

---

[7] This summary of services rendered during the Fee Period is not intended to be a detailed or exhaustive description of the work performed by Epiq, but, rather, is intended to highlight certain key areas where Epiq provided services to the Debtors during the Fee Period. A summary description of the work performed in the Fee Period, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the Monthly Fee Statement.

**A.      Noticing (Matter #205)**

Total Fees:        $3,977.70
Total Hours:       20.50

18.     The eDiscovery services provided in this category include loading of processed productions onto local servers, designing and implementing security features in the Relativity data repository, refining the repository and the database fields, the continued maintenance of the repository, and other related tasks.

**B.      Affidavits (Matter #220)**

Total Fees:        $1,745.20
Total Hours:       9.90

19.     This category includes preparation of affidavits of service related to Epiq's service of notices of document requests mailed to various parties that produced documents maintained in its data repository.

**C.      Fee Statements (Matter #400)**

Total Fees:        $12,751.00
Total Hours:       57.60

20.     Time in this category was spent in the preparation of the Monthly Fee Statements.

**<u>Reasonable and Necessary Services Rendered by Epiq</u>**

21.     The foregoing professional services rendered by Epiq on behalf of the Oversight Board during the Fee Period were reasonable, necessary and appropriate to the administration of the Debtors' bankruptcy cases and related matters.

22.     Epiq is one of the country's leading Chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of bankruptcy cases.   As a specialist in claims management, consulting and legal administration services, Epiq provides comprehensive solutions to a wide variety of administrative issues for bankruptcy cases, and has substantial experience in matters of this size and complexity.  Overall, Epiq brings to these Title III cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

23.     During the Fee Period, Epiq consulted and assisted the Oversight Board with noticing and maintenance of a data repository.  To this end, as set forth in detail in **<u>Exhibit C</u>** of the Application, numerous Epiq professionals expended time rendering services on behalf of the Debtors and their estates.

24.     During the Fee Period, Epiq's hourly billing rates for the professionals responsible for managing these Title III cases ranged from $175.00 to $225.00.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $209.93 (based on 88.00 recorded hours at Epiq's regular billing rates in effect at the time of the performance of services).  The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

**Epiq's Requested Compensation and Reimbursement Should be Allowed**

25.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.   Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . and  reimbursement for actual, necessary expenses."  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

26.     In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

1.  the time spent on such services;

2.  the rates charged for such services;

3.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

4.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

5.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

27.     In the instant case, Epiq respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates.  Epiq respectfully submits that the services rendered were performed economically, effectively and efficiently and that the

results obtained to date have benefited all stakeholders in the cases.  Epiq further submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Debtors, their estates and all parties in interest.

28. Epiq's professionals spent a total of 88.00 hours during the Fee Period, which services have a fair market value of $18,473.90.  As demonstrated by the Fourth Interim Fee Application and all of the exhibits submitted in support hereof, Epiq spent its time economically and without unnecessary duplication.  In addition, the work conducted was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task. In summary, the services rendered by Epiq were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.

29.    Accordingly, Epiq respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

**<u>No Prior Request</u>**

30.    No prior application for the relief requested herein has been made to this or any other court.

**<u>Notice</u>**

Epiq has provided notice of the Application to:  (i) the attorneys for the Oversight Board, Proskauer Rose LLP and O'Neill & Borges LLC; (ii) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP and Marini Pietrantoni Muñiz LLC; (iii) the Office of the United States Trustee for the District of Puerto Rico; (iv) the attorneys for the Official Committee of Retired Employees, Jenner & Block LLP and Bennazar, García & Milián, C.S.P.; (v) the Puerto Rico Department of Treasury; (vi) the Fee Examiner, Brady Williamson; and (vii) counsel to the Fee Examiner, Godfrey & Kahn, S.C. and EDGE

Legal Strategies, PSC.  In addition, the notice of hearing with respect to this Application will be served on all parties that have filed a notice of appearance in the Title III Cases.  In light of the nature of the relief requested, Epiq respectfully submits that no further notice is necessary.

WHEREFORE, Epiq requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $58,143.37 consisting of (a) $18,473.90 for reasonable and necessary professional services rendered by Epiq and (b) $39,669.47 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:   September 29, 2021                   */s/ Bradley J. Tuttle*_____
                                              Bradley J. Tuttle
                                              Managing Director
                                              Epiq Corporate Restructuring, LLC

## **EXHIBIT A**

**Certification**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

# CERTIFICATION UNDER GUIDELINES
# FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF
# FOURTH INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ eDISCOVERY SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2020 THROUGH JANUARY 31, 2021

---

Pursuant to the *United States Trustee Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys*

*in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee,

28 CFR Part 58, Appendix B (the "Guidelines"), together with the Local Rule 2016-1,

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

the undersigned, a Managing Director  of Epiq Corporate Solutions, LLC ("Epiq"), service agent

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Sales Tax

Financing Corporation ("COFINA"), Puerto Rico Highways and Transportation Authority

("HTA"), Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), and

Puerto Rico Electric Power Authority ("PREPA," jointly with the Commonwealth, COFINA,

HTA and ERS referred to as "Debtors"), pursuant to section 315(b) of the *Puerto Rico*

*Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby certifies with

respect to Epiq's  fourth interim application for allowance of compensation for services rendered

and reimbursement of expenses incurred with respect to the Debtors' Title III case, dated

September 29, 2021 (the "Application"),[3] for the period from September 1, 2020 through January

31, 2021  (the "Compensation Period") as follows:

1. I am the professional designated by Epiq in respect of compliance with the Guidelines
   and Local Rule 2016-1.

2. I make this certification in support of the Application for interim compensation and
   reimbursement of expenses incurred during the Compensation Period in accordance with
   the Guidelines and Local Rule 2016-1.

3. In respect of the Guidelines and Local Rule 2016-1, I certify that to the best of my
   knowledge, information, and belief formed after reasonable inquiry:

   a)  I have read the Application;

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

b) the fees and disbursements sought fall within the Guidelines; except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Epiq and generally accepted by Epiq's clients; and

c) in providing a reimbursable service, Epiq does not make a profit on that service, where the service is performed by Epiq in house or through a third party.

4. I hereby certify that no public servant of the Puerto Rico Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Epiq does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

5. I certify that Epiq has previously provided a monthly statement of Epiq's fees and disbursements by serving the monthly statement in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have precluded serving the fee statement within the time periods specified in the Order.

Respectfully submitted,

*/s/ Bradley J. Tuttle*
Bradley J. Tuttle
Managing Director
Epiq Corporate Restructuring, LLC

## **EXHIBIT B**

## **Summary of Fees Billed by Subject Matter for the Fourth Interim Fee Application**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 205 | Noticing | 20.50 | $3,977.70 |
| 220 | Affidavits | 9.90 | $1,745.20 |
| 400 | Fee Statements | 57.60 | $12,751.00 |
| **TOTALS:** | | **88.00** | **$18,473.90** |

## EXHIBIT C

## Summary of Hours Billed by Professionals During the Fourth Interim Fee Application

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Regina Amporfro | Client Services Project Manager II | 48.90 | $225.00 | $11,002.50 |
| Regina Amporfro | Client Services Project Manager II | 9.50 | $203.00 | $1,928.5 |
| Jacob Baez | Client Services Project Manager II | 0.10 | $225.00 | $22.50 |
| Kayla Berger | Client Services Project Manager I | 0.20 | $175.00 | $35.00 |
| Rafi Iqbal | Client Services Project Manager II | 2.80 | $225.00 | $630.00 |
| Kathryn Mailloux | Client Services Project Manager II | 2.00 | $225.00 | $450.00 |
| Sandhya Obulareddygari | Client Services Project Manager II | 1.40 | $225.00 | $315.00 |
| Jesse Steichen | Client Services Project Manager II | 0.70 | $225.00 | $157.50 |
| Kate Fong | Client Services Project Manager I | 2.10 | $176.00 | $369.60 |
| Vasudev Ganda | Client Services Project Manager I | 0.10 | $175.00 | $17.50 |
| Nadia Alazri | Client Services Project Manager I | 1.8 | $175.00 | $315.00 |
| Shunta Allen | Client Services Project Manager I | 0.30 | $175.00 | $52.50 |
| Olivia Alvarez | Client Services Project Manager I | 3.90 | $175.00 | $682.50 |
| Brad Baker | Client Services Project Manager I | 0.40 | $175.00 | $70.00 |
| Vincent Ester | Client Services Project Manager I | 1.60 | $175.00 | $280.00 |
| Jerry Fischer | Client Services Project Manager I | 0.50 | $175.00 | $87.50 |
| Amayrany Gutierrez | Client Services Project Manager I | 0.70 | $175.00 | $122.50 |
| Konstantina Haidopoulos | Client Services Project Manager I | 0.80 | $175.00 | $140.00 |
| Forrest Houku | Client Services Project Manager I | 1.30 | $175.00 | $227.50 |
| Elijah Jones | Client Services Project Manager I | 0.30 | $175.00 | $52.50 |
| Amy Lewis | Client Services Project Manager I | 1.40 | $175.00 | $246.00 |
| Lavicia Little | Client Services Project Manager I | 0.10 | $175.00 | $17.50 |
| Janice Livingstone | Client Services Project Manager I | 3.80 | $175.00 | $665.00 |
| Janice Livingstone | Client Services Project Manager I | 1.60 | $181.00 | $289.60 |
| David Mejjia | Client Services Project Manager I | 0.30 | $175.00 | $52.50 |
| Sena Sharon | Client Services Project Manager I | 0.80 | $175.00 | $140.20 |
| Joshua Wheelon | Client Services Project Manager I | 0.10 | $175.00 | $17.50 |
| Carol Stancil | Client Services Project Manager I | 0.50 | $165.00 | $87.50 |
| **TOTALS:** | | **88.00** | | **$18,473.90** |
| **BLENDED RATE** | **$209.93** | | | |

**EXHIBIT D**

| | | | MATTER NUMBER: 205 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Matter Description: Noticing | | | | |
| **Name** | **Date** | **Position** | **Matter Description** | **Detail** | **Hourly Rate** | **Hours Billed** | **Compensation** |
| Regina Amporfro | 9/28/2020 | Client Services Project Manager II | 205 Noticing | COORDINATE SERVICE OF FEE APPLICATION | $225.00 | 0.50 | $112.50 |
| Janice Livingstone | 9/28/2020 | Client Services Project Manager I | 205 Noticing | PREPARE FOR SERVICE OF EPIQ'S SIXTH AND SEVENTH CONSOLIDATED MONTHLY FEE APPLICATION AS REQUESTED BY R. AMPORFRO | $175.00 | 0.50 | $87.50 |
| Janice Livingstone | 9/28/2020 | Client Services Project Manager I | 205 Noticing | RESEARCH UNSUCCESSFUL EMAIL PARTY AND PROVIDE DIRECTION REGARDING SAME | $175.00 | 0.20 | $35.00 |
| Nadia Alazri | 9/28/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUEST WITH RESPECT TO 6TH AND 7TH FEE APP (NO DOCKET NO.) | $175.00 | 0.10 | $17.50 |
| Nadia Alazri | 9/28/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUEST WITH RESPECT TO 6TH AND 7TH MONTHLY FEE STATEMENTS (NO DOCKET NOS.) | $175.00 | 0.30 | $52.50 |
| Nadia Alazri | 9/28/2020 | Client Services Project Manager I | 205 Noticing | REVIEW UPDATES FROM NOTICING ON COMPLETION OF SERVICE AND CONFIRM EMAIL TO NOTICING WITH RESPECT TO 6TH AND 7TH FEE APPS | $175.00 | 0.10 | $17.50 |
| Amayrany Gutierrez | 9/28/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE FOR EPIQ 6TH CONSILIDATED MONTHLY FEE STATEMENT/ EPIQ 7TH  DROP DATE 9/28/20 | $175.00 | 0.30 | $52.50 |
| Elijah Jones | 9/28/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE DROP DATE 9/28/2020. | $175.00 | 0.30 | $52.50 |
| Vincent Ester | 9/28/2020 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF 6TH & 7TH MONTHLY FEE STATEMENTS, DROP DATE 9/28/2020 | $175.00 | 0.10 | $17.50 |
| Vincent Ester | 9/28/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NO. 348 | $175.00 | 0.10 | $17.50 |
| Vincent Ester | 9/28/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF 6TH & 7TH MONTHLY FEE STATEMENTS, DROP DATE 9/28/2020 | $175.00 | 0.50 | $87.50 |
| David Mejia | 9/28/2020 | Client Services Project Manager I | 205 Noticing | ADDED EPIQ SIXTH CONSOLIDATED MONTHLY FEE STATEMENT, AND EPIQ SEVENTH CONSOLIDATED MONTHLY FEE STATEMENT TO TRACKER | $175.00 | 0.10 | $17.50 |
| Konstantina Haidopoulos | 9/29/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF 6TH & 7TH EPIQ FEE APP SERVED ON 9/28/20 | $175.00 | 0.20 | $35.00 |
| Vincent Ester | 9/29/2020 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF 6TH & 7TH CONSOLIDATED MONTHLY FEE STATEMENT, DROP DATE 9/28/2020 | $175.00 | 0.30 | $52.50 |
| Joshua Wheelon | 9/30/2020 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE DOCUMENTATION FOR SERVICE FOR DOCKET NUMBER N/A MONTHLY FEE STATEMENTS | $175.00 | 0.10 | $17.50 |
| Regina Amporfro | 10/6/2020 | Client Services Project Manager II | 205 Noticing | COORDINATE FEE APPLICATION SERVICE | $225.00 | 0.30 | $67.50 |
| Jacob Baez | 10/6/2020 | Client Services Project Manager II | 205 Noticing | SEND TWO MAIL FILES OF SERVICE OF FEE APPLICATIONS FILED AT DI 14454-14457 | $225.00 | 0.10 | $22.50 |
| Janice Livingstone | 10/6/2020 | Client Services Project Manager I | 205 Noticing | RESEARCH AND PREPARE FOR SERVICE OF DKT. #14454-14457, INTERIM FEE APPLICATIONS UPON MASTER SERVICE LISTS AND INTERIM NOTICE PARTIES, | $175.00 | 1.60 | $280.00 |
| Janice Livingstone | 10/6/2020 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE OVERNIGHT MAIL FILE RELATED TO 10/6/2020 SERVICE | $175.00 | 0.20 | $35.00 |
| Janice Livingstone | 10/6/2020 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE FIRST CLASS MAIL FILE FOR 10/6/2020 SERVICE REQUEST | $175.00 | 0.10 | $17.50 |
| Janice Livingstone | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COMMUNICATIONS WITH NOTICING TEAM MEMBER REGARDING 10/6/2020 SERVICE AND PROVIDE TO R. AMPORFRO REGARDING SAME | $175.00 | 0.30 | $52.50 |

| | | MATTER NUMBER: 205 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Matter Description: Noticing | | | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
| Sena Sharon | 10/6/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF DOCKET NOS. 14454-14457 | $175.00 | 0.20 | $35.00 |
| Jesse Steichen | 10/6/2020 | Client Services Project Manager II | 205 Noticing | REVIEW REQUEST FOR DI 14454-14457 - EPIQ'S 2ND & 3RD INTERIM FEE APPS WITH S. OBULAREDDYGARI | $225.00 | 0.30 | $67.50 |
| Jesse Steichen | 10/6/2020 | Client Services Project Manager II | 205 Noticing | REVIEW REQUEST FOR DI 14454-14457 - EPIQ'S 2ND & 3RD INTERIM FEE APPS | $225.00 | 0.40 | $90.00 |
| Nadia Alazri | 10/6/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUEST WITH RESPECT TO DOCKET NOS. 14454-14457 | $175.00 | 0.30 | $52.50 |
| Forrest Houku | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NOS. 14454-14457 | $175.00 | 0.50 | $87.50 |
| Forrest Houku | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NOS. 14454-14457 | $175.00 | 0.10 | $17.50 |
| Forrest Houku | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NOS. 14454-14457 | $175.00 | 0.10 | $17.50 |
| Amayrany Gutierrez | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NO. 14455/14457 DROP DATE 10/6/20 | $175.00 | 0.20 | $35.00 |
| Amayrany Gutierrez | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NO. 14455/14457 DROP DATE 10/6/20 | $175.00 | 0.20 | $35.00 |
| Lavicia Little | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET #14455,14457 | $175.00 | 0.10 | $17.50 |
| David Mejia | 10/6/2020 | Client Services Project Manager I | 205 Noticing | ADDED DI 14454-14457 TO TRACKER | $175.00 | 0.20 | $35.00 |
| Brad Baker | 10/6/2020 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE DOCUMENTATION OF SERVICE DOCKET NO 14454-14457 | $175.00 | 0.40 | $70.00 |
| Jerry Fischer | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF FEE STATEMENTS. DROP DATE 10/6/20 | $175.00 | 0.50 | $87.50 |
| Carol Stancil | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOC # 14455,14457 | $175.00 | 0.50 | $87.50 |
| Shunta Allen | 10/6/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOC #14455,14457 | $175.00 | 0.30 | $52.50 |
| Sandhya Obulareddygari | 10/6/2020 | Client Services Project Manager II | 205 Noticing | COMPARING TRANSLATED FILE PROCESSING FILE 1 FOR REVIEW | $225.00 | 0.50 | $112.50 |
| Sandhya Obulareddygari | 10/6/2020 | Client Services Project Manager II | 205 Noticing | SENT FILE FOR REVIEW | $225.00 | 0.10 | $22.50 |
| Sandhya Obulareddygari | 10/6/2020 | Client Services Project Manager II | 205 Noticing | COMPARING FILES AND PREPARING FILE 2 FOR REVIEW. | $225.00 | 0.80 | $180.00 |
| Rafi Iqbal | 10/7/2020 | Client Services Project Manager II | 205 Noticing | GENERATE MAILING FILES FOR SERVICE OF FEE APPLICATIONS | $225.00 | 1.40 | $315.00 |
| Rafi Iqbal | 10/7/2020 | Client Services Project Manager II | 205 Noticing | GENERATE MAILING FILES FOR SERVICE OF FEE APPLICATIONS | $225.00 | 1.30 | $292.50 |
| Sena Sharon | 10/7/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE LISTS FOR DOCKET NOS. 14454-14457 | $175.00 | 0.20 | $35.00 |
| Forrest Houku | 10/7/2020 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF DOCKET NOS. 14454-14457 | $175.00 | 0.60 | $105.00 |
| Sena Sharon | 10/16/2020 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF DOCKET NOS. 14454-14457 | $175.00 | 0.20 | $35.00 |
| Kathryn Mailloux | 10/22/2020 | Client Services Project Manager II | 205 Noticing | OBJECTION EXHIB IT REVIEW | $225.00 | 2.00 | $450.00 |
| Rafi Iqbal | 10/31/2020 | Client Services Project Manager II | 205 Noticing | PROCESS RETURNED MAIL DATA. | $225.00 | 0.10 | $22.50 |
| Kayla Berger | 11/2/2020 | Client Services Project Manager I | 205 Noticing | PROCESS ADDRESS UPDATES | $175.00 | 0.20 | $35.00 |
| Vasudev Ganda | 11/2/2020 | Client Services Project Manager I | 205 Noticing | PROCESS ADDRESS UPDATES | $175.00 | 0.10 | $17.50 |
| Janice Livingstone | 12/23/2020 | Client Services Project Manager I | 205 Noticing | COMMUNICATIONS WITH TEAM MEMBERS REGARDING SERVICE OF FEE APPLICATION AS REQUESTED BY R. AMPORFRO | $175.00 | 0.30 | $52.50 |
| Nadia Alazri | 12/23/2020 | Client Services Project Manager I | 205 Noticing | REVIEW AND SET-UP SERVICE REQUEST AND UPDATE NOTICING TRACKER WITH RESPECT TO EPIQ 8TH MONTHLY FEE STATEMENT | $175.00 | 0.50 | $87.50 |

| MATTER NUMBER: 205 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Description: Noticing | | | | | | | |
| **Name** | **Date** | **Position** | **Matter Description** | **Detail** | **Hourly Rate** | **Hours Billed** | **Compensation** |
| Vincent Ester | 12/23/2020 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF EPIQ 8TH CONSOLIDATED MONTHLY FEE STATEMENT | $175.00 | 0.50 | $87.50 |
| Vincent Ester | 12/23/2020 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF EPIQ 8TH CONSOLIDATED MONTHLY FEE STATEMENT | $175.00 | 0.10 | $17.50 |
| Konstantina Haidopoulos | 12/24/2020 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF 8TH EPIQ FEE APPLICATION SERVED | $175.00 | 0.10 | $17.50 |
| Konstantina Haidopoulos | 12/29/2020 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF EPIQ 8TH FEE STMT SERVE | $175.00 | 0.50 | $87.50 |
| Nadia Alazri | 12/29/2020 | Client Services Project Manager I | 205 Noticing | REVIEW BILLING TICKET WITH RESPECT TO EPIQ 8TH FEE APP | $175.00 | 0.20 | $35.00 |
| Sena Sharon | 1/6/2021 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE FOR DECEMBER 2020 | $176.00 | 0.20 | $35.20 |
| | | | | **TOTAL** | | **20.50** | **$3,977.70** |

| | | | | MATTER NUMBER: 220 | | | |
| | | | | Matter Description: Affidavits | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
|---|---|---|---|---|---|---|---|
| Nadia Alazri | 12/23/2020 | Client Services Project Manager I | 220 Affidavits | COORDINATE AFFIDAVIT OF SERVICE WITH RESPECT TO EPIQ 8TH MONTHLY FEE APP DOCUMENT | $175.00 | 0.30 | $52.50 |
| Janice Livingstone | 1/6/2021 | Client Services Project Manager I | 220 Affidavits | REVIEW AND APPROVE AFFIDAVIT OF SERVICE FOR DKT. #14454-14457 | $181.00 | 0.20 | $36.20 |
| Amy Lewis | 1/13/2021 | Client Services Project Manager I | 220 Affidavits | RESEARCH OUTSTANDING AFFIDAVIT AND DISCUSS WITH AFFIDAVIT TEAM | $176.00 | 0.50 | $88.00 |
| Amy Lewis | 1/13/2021 | Client Services Project Manager I | 220 Affidavits | REVIEW STATUS OF AFFIDAVIT OF SERVICE | $176.00 | 0.10 | $17.60 |
| Kate Fong | 1/13/2021 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT OF SERVICE FOR 8TH MONTHLY FEE APPLICATION. | $176.00 | 1.10 | $193.60 |
| Amy Lewis | 1/14/2021 | Client Services Project Manager I | 220 Affidavits | AUDIT AFFIDAVIT OF SERVICE FOR EPIQ 8TH FEE APP; REQUEST REVISIONS TO SAME AND UPDATE TRACKER | $176.00 | 0.40 | $70.40 |
| Kate Fong | 1/14/2021 | Client Services Project Manager I | 220 Affidavits | UPDATE AFFIDAVIT OF SERVICE FOR 8TH MONTHLY FEE APPLICATION. | $176.00 | 0.60 | $105.60 |
| Janice Livingstone | 1/26/2021 | Client Services Project Manager I | 220 Affidavits | REVIEW AND APPROVE UPDATED AFFIDAVIT OF SERVICE FOR EPIQ'S 8TH CONSOLIDATED MONTHLY FEE APPLICATION AS REQUESTED | $181.00 | 0.10 | $18.10 |
| Janice Livingstone | 1/26/2021 | Client Services Project Manager I | 220 Affidavits | PROOF PRIOR AFFIDAVITS OF SERVICE (.5); REQUEST UPDATES TO EXHIBIT IN AFFIDAVIT OF SERVICE FOR EPIQ'S 8TH CONSOLIDATED MONTHLY FEE APPLICATION (.4) | $181.00 | 0.90 | $162.90 |
| Janice Livingstone | 1/26/2021 | Client Services Project Manager I | 220 Affidavits | PROOF AFFIDAVIT OF SERVICE FOR EPIQ'S 8TH CONSOLIDATED MONTHLY FEE APPLICATION | $181.00 | 0.40 | $72.40 |
| Kate Fong | 1/26/2021 | Client Services Project Manager I | 220 Affidavits | UPDATE AOS FOR 8TH FEE APP. | $176.00 | 0.40 | $70.40 |
| Olivia Alvarez | 10/6/2020 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT OF SERVICE FOR DOCKET NUMBER 14454-14457 | $175.00 | 0.60 | $105.00 |
| Olivia Alvarez | 10/6/2020 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT OF SERVICE FOR DOCKET NUMBER 14454-14457 | $175.00 | 0.40 | $70.00 |
| Olivia Alvarez | 10/7/2020 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT OF SERVICE FOR DOCKET NUMBER 14454-14457 | $175.00 | 1.30 | $227.50 |
| Olivia Alvarez | 10/9/2020 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT OF SERVICE FOR DOCKET NUMBER 14454-14457 | $175.00 | 1.20 | $210.00 |
| Janice Livingstone | 11/3/2020 | Client Services Project Manager I | 220 Affidavits | REVIEW AFFIDAVIT OF SERVICE FOR DKT. #14454-14457 | $175.00 | 0.20 | $35.00 |
| Janice Livingstone | 11/3/2020 | Client Services Project Manager I | 220 Affidavits | CONTINUE REVIEWING AFFIDAVIT OF SERVICE FOR DKT. #14454-14457, SUBMIT REQUEST FOR UPDATES | $175.00 | 0.40 | $70.00 |
| Olivia Alvarez | 11/3/2020 | Client Services Project Manager I | 220 Affidavits | REVISE AFFIDAVIT OF SERVICE FOR DOCKET NUMBER 14454-14457 | $175.00 | 0.40 | $70.00 |
| Amy Lewis | 11/4/2020 | Client Services Project Manager I | 220 Affidavits | AUDIT AFFIDAVIT OF SERVICE FOR DOCKET 14454-14457; PROVIDE FEEDBACK AND UDPATE TRACKER | $175.00 | 0.40 | $70.00 |
| | | | | **TOTAL** | | 9.90 | $1,745.20 |

| | | | MATTER NUMBER: 400 | | | | |
| | | | Matter Description: Fee Statements | | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
|------|------|----------|--------------------|--------|-------------|--------------|--------------|
| Regina Amporfro | 12/1/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATIONS | $225.00 | 4.50 | $1,012.50 |
| Regina Amporfro | 12/1/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATIONS | $225.00 | 1.00 | $225.00 |
| Regina Amporfro | 12/3/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE STATEMENT | $225.00 | 1.30 | $292.50 |
| Regina Amporfro | 12/3/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION EXHIBITS | $225.00 | 0.70 | $157.50 |
| Regina Amporfro | 12/7/2020 | Client Services Project Manager II | 400 Fee Statements | FORMAT FEE APPLICATION EXHIBITS | $225.00 | 1.00 | $225.00 |
| Regina Amporfro | 12/7/2020 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE APPLICATION EXHIBITS | $225.00 | 0.50 | $112.50 |
| Regina Amporfro | 12/9/2020 | Client Services Project Manager II | 400 Fee Statements | UPDATE FEE APPLICATION DRAFT | $225.00 | 0.90 | $202.50 |
| Regina Amporfro | 12/22/2020 | Client Services Project Manager II | 400 Fee Statements | FORMAT OBJECTION EXHIBITS AND REVISE FEE STATEMENT FOR FILING | $225.00 | 1.90 | $427.50 |
| Regina Amporfro | 12/23/2020 | Client Services Project Manager II | 400 Fee Statements | PREPARE FEE APP FOR FILING AND COORDINATE SERVICE WITH TEAM | $225.00 | 1.80 | $405.00 |
| Regina Amporfro | 12/28/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT EXCEL FILE CONTAINING FEES FOR FEE COMMITTEE | $225.00 | 0.80 | $180.00 |
| Regina Amporfro | 1/4/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT SPREADSHEET CONTAINING EXPENSES BILLED DURING THIRD INTERIM FEE PERIOD | $203.00 | 0.80 | $162.40 |
| Regina Amporfro | 1/6/2021 | Client Services Project Manager II | 400 Fee Statements | GENERATE EXPENSE SPREADSHEET FOR SECOND FEE APPLICATION | $203.00 | 1.80 | $365.40 |
| Regina Amporfro | 1/7/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE RESPONSE RE UNPAID FEE STATEMENTS FROM V. SOLER;FOLLOW UP RE SAME | $203.00 | 2.30 | $466.90 |
| Regina Amporfro | 1/11/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW DECEMBER INVOICE | $203.00 | 0.20 | $40.60 |
| Regina Amporfro | 1/12/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT DECEMBER FEE APPLICATION AND FORMAT TIME DETAIL | $203.00 | 2.20 | $446.60 |
| Regina Amporfro | 1/14/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT DECEMBER FEE STATEMENT | $203.00 | 1.50 | $304.50 |
| Regina Amporfro | 1/29/2021 | Client Services Project Manager II | 400 Fee Statements | FORWARD SPREADSHEET CONTAINING EXPENSES BILLED ON FIRST AND SECOND FEE APP | $203.00 | 0.70 | $142.10 |
| Regina Amporfro | 9/1/2020 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP RE INVOICES FOR FEE APPLICATION (.2);UPDATE FEE STATEMENT EXHIBITS (1.0) | $225.00 | 1.20 | $270.00 |
| Regina Amporfro | 9/17/2020 | Client Services Project Manager II | 400 Fee Statements | FORMAT FEE APPLICATION EXHIBITS | $225.00 | 0.70 | $157.50 |
| Regina Amporfro | 9/18/2020 | Client Services Project Manager II | 400 Fee Statements | REVISE FEE APPLICATION AND EXHIBITS | $225.00 | 2.90 | $652.50 |
| Regina Amporfro | 9/18/2020 | Client Services Project Manager II | 400 Fee Statements | COORDINATE UPDATES TO FEE APPLICATION AND EXHIBITS | $225.00 | 1.50 | $337.50 |
| Regina Amporfro | 9/21/2020 | Client Services Project Manager II | 400 Fee Statements | PREPARE FEE APPLICATION AND EXHIBITS FOR FILING AND CONVERT TO PDF FORMAT | $225.00 | 0.90 | $202.50 |
| Regina Amporfro | 9/25/2020 | Client Services Project Manager II | 400 Fee Statements | REVIEW AND UPDATE FEE APPLICATION | $225.00 | 1.60 | $360.00 |
| Regina Amporfro | 10/5/2020 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE APPLICATIONS FOR FILING WITH O'NEILL & BORGES | $225.00 | 5.90 | $1,327.50 |
| Regina Amporfro | 10/5/2020 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP WITH FEE COMMITTEE COUNSEL RE EPIQ FEE APPLICATIONS | $225.00 | 0.20 | $45.00 |
| Regina Amporfro | 10/7/2020 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP WITH V. SOLER RE EPIQ FEE APPLICATIONS | $225.00 | 0.90 | $202.50 |
| Regina Amporfro | 10/23/2020 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP WITH V. SOLER RE EPIQ FEE APPLICATIONS | $225.00 | 0.60 | $135.00 |
| Regina Amporfro | 10/26/2020 | Client Services Project Manager II | 400 Fee Statements | RESPOND TO V SOLER RE APPLICATIONS AND PAYMENTS RECEIVED | $225.00 | 1.40 | $315.00 |
| Regina Amporfro | 11/1/2020 | Client Services Project Manager II | 400 Fee Statements | RESPOND TO V. SOLER FEES AND EXPENSES AS LISTED ON FEE APPLICATIONS | $225.00 | 0.10 | $22.50 |
| Regina Amporfro | 11/6/2020 | Client Services Project Manager II | 400 Fee Statements | REVIEW OPEN FEE STATEMENTS;DRAFT SPREADSHEET | $225.00 | 0.90 | $202.50 |
| Regina Amporfro | 11/6/2020 | Client Services Project Manager II | 400 Fee Statements | RESPOND TO V. SOLER RE FEE STATEMENTS | $225.00 | 0.80 | $180.00 |
| Regina Amporfro | 11/8/2020 | Client Services Project Manager II | 400 Fee Statements | REVIEW FEE ORDER RE EPIQ FEE APPS AND REVISE SPREADSHEET CONTAINING AMOUNTS DUE | $225.00 | 1.40 | $315.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MATTER NUMBER: 400** | | | | | | | |
| **Matter Description: Fee Statements** | | | | | | | |
| **Name** | **Date** | **Position** | **Matter Description** | **Detail** | **Hourly Rate** | **Hours Billed** | **Compensation** |
| Regina Amporfro | 11/9/2020 | Client Services Project Manager II | 400 Fee Statements | RESPOND TO V. SOLER RE EPIQ FEE STATEMENT PAYMENTS | $225.00 | 0.20 | $45.00 |
| Regina Amporfro | 11/11/2020 | Client Services Project Manager II | 400 Fee Statements | RESPOND RE PAYMENT OF EPIQ FEE STATEMENTS | $225.00 | 0.20 | $45.00 |
| Regina Amporfro | 11/12/2020 | Client Services Project Manager II | 400 Fee Statements | FORWARD LIST OF UNPAID INVOICES TO REMITTANCE TEAM; DRAFT SEPTEMBER FEE STATEMENT | $225.00 | 1.30 | $292.50 |
| Regina Amporfro | 11/16/2020 | Client Services Project Manager II | 400 Fee Statements | GENERATE UPDATED SPREADSHEET OF FEES AND EXPENSES AS REQUESTED BY V. SOLER;REVIEW FEE STATEMENTS AND CALCULATE AMOUNTS DUE FOR SAME | $225.00 | 5.80 | $1,305.00 |
| Regina Amporfro | 11/16/2020 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP RE EPIQ INVOICES AND EMAIL TO V. SOLER RE SAME | $225.00 | 0.30 | $67.50 |
| Regina Amporfro | 11/17/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE STATEMENT;RESPOND TO L. SAECHAO RE INVOICES | $225.00 | 1.20 | $270.00 |
| Regina Amporfro | 11/23/2020 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE APPLICATION EXHIBITS | $225.00 | 1.30 | $292.50 |
| Regina Amporfro | 11/23/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | $225.00 | 0.60 | $135.00 |
| Regina Amporfro | 11/30/2020 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | $225.00 | 1.80 | $405.00 |
| | | | | **TOTAL** | | **57.60** | **$12,751.00** |

## **EXHIBIT E**

### **Summary of Actual and Necessary Epiq Corporate Restructuring, LLC And Epiq eDiscovery Solutions Expenses for the Fourth Interim Fee Application**

| Expense Category | Quantity | Unit Type | Unit Cost | Amount |
|---|---|---|---|---|
| HST626 - User Fees | 280 | EA | 70.00 | $19,600.00 |
| HST756 - Document Review Hosting | 2092.825 | GB | 9.00 | $18,835.44 |
| NO100 – Noticing | 1294 | PAG | 0.10 | $129.40 |
| NO100T – Noticing In State | 524 | PAG | 0.10 | $52.40 |
| NO120 - Email Noticing per File | 3076 | FIL | 0.10 | $307.6 |
| OS220 - Labels | 83 | EA | 0.05 | $4.15 |
| OS223 – Envelope #10 | 69 | EA | 0.05 | $3.45 |
| OS225 – Envelope 9x12 | 14 | EA | 0.25 | $3.50 |
| PRO128 - Client Media Storage | 5 | EA | 50.00 | $250 |
| RE100 - Postage | 221.63 | EA | 1.00 | $221.63 |
| RE105 - Shipping and Courier Fees | 225 | EA | 1.00 | $225.00 |
| RE800 - Court Docket Services | 36.90 | DLR | 1.00 | $36.90 |
| **TOTAL** | | | | **$39,669.47** |