**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**SUMMARY OF FIFTH INTERIM FEE APPLICATION
OF EPIQ CORPORATE RESTRUCTURING, LLC
AND EPIQ eDISCOVERY SOLUTIONS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| **Name of Applicant:** | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions** |
| Authorized to Provide Professional Services to: | ▪ Commonwealth of Puerto Rico<br>▪ Puerto Rico Sales Tax Financing Corporation<br>▪ Puerto Rico Highways and Transportation Authority<br>▪ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>▪ Financial Oversight and Management Board for Puerto Rico |
| Date of Retention: | Retention Order Entered on June 29, 2017 (Effective as of May 21, 2017) |
| Interim Fee Period for which Compensation and Reimbursement is sought: | February 1, 2021 through May 31, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary for the Interim Fee Period: | $17,199.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Interim Fee Period: | $31,571.53 |
| Total Compensation and Expenses Requested for the Interim Fee Period: | $48,771.13 |
| Blended Rate of Professionals during the Interim Fee Period: | $196.57 |

## <u>Summary of Monthly Fee Statements</u>

| Monthly Fee Statements | | | | | Payment |
|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Total | Payment Date | Amount |
| 2/1/2021 – 5/31/2021 | $17,199.60 | $31,571.53 | $48,771.13 | n/a | $0.00 |
| **Total Final Request** | **$17,199.60** | **$31,571.53** | **$48,771.13** | | **$0.00** |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**FIFTH INTERIM FEE APPLICATION**
**OF EPIQ CORPORATE RESTRUCTURING, LLC**
**AND EPIQ eDISCOVERY SOLUTIONS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM**
**FEBRUARY 1, 2021 THROUGH MAY 31, 2021**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, Nunc Pro Tunc to The Petition Date,* dated June 29, 2017 [D.I. 540] (the "Retention Order"), the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated June 6, 2018 [D.I. 3269] (the "Interim Compensation Order"), and the Local Rules of Bankruptcy Practice and Procedure

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy
Rules"), the firm of Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions
(together, "Epiq"), administrative advisor and e-discovery vendor for the above-captioned
debtors (collectively, the "Debtors"), hereby files this fifth interim fee application (this "Fifth
Interim Fee Application") for: (i) compensation in the amount of $17,199.60 for the reasonable
and necessary professional services Epiq rendered to the Debtors from February 1, 2021 through
May 31, 2021 (the "Eleventh Interim Fee Period"); and (ii) reimbursement for the actual and
necessary expenses that Epiq incurred, in the amount of $31,571.53 during the Eleventh Interim
Fee Period.

In support of the Application, Epiq respectfully states as follows:

### **Jurisdiction**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter
is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.  Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3.  The bases for the relief requested herein are sections 328, 330, 331 and 503(b) of the
Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

### **Disclosure of Compensation and Requested Final Award**

4.  Epiq files this Application requesting interim allowance and approval of compensation
in the amount of $93,453.14 for professional services rendered by Epiq to the Debtors and
reimbursement of actual and necessary expenses incurred by Epiq during the Eleventh Interim
Fee Period.

5.  In accordance with the Interim Compensation Order, Epiq has served the monthly fee
statements covering the periods February 1, 2021 through May 31, 2021 (the "Monthly Fee

Statements")[2].   Pursuant to the Interim Compensation Order, Epiq has served the Monthly Fee

Statement on: (a) attorneys for the Oversight Board, (b) attorneys for the Puerto Rico Fiscal

Agency and Financial Advisory Authority (c) the Office of the United States Trustee for the

District of Puerto Rico (d) attorneys for the Official Committee of Unsecured Creditors (e)

attorneys for the Official Committee of Retired Employees, (f) the Puerto Rico Department of

Treasury, and (g) attorneys for the Fee Examiner

6.   As of the date hereof, Epiq has previously requested to be paid $13,759.68 (80% of the

total amount requested of $17,199.60) from the Debtors for fees and $31,571.53 for expenses

incurred by Epiq as administrative agent and e-discovery vendor during the period through and

including May 31, 2021.  This represents 80 percent of the fees and 100 percent of the expenses

incurred as administrative agent and e-discovery vendor and invoiced through and including May

31, 2021 as identified in the Monthly Fee Statement.[3]

7. The fees sought in this Application reflect an aggregate of 87.50 hours expended by

Epiq professionals during the Eleventh Interim Fee Period rendering necessary and beneficial

administrative services to the Debtors at a blended average hourly rate of $196.57 for

professionals.  Epiq maintains computerized records of the time expended in the performance of

the professional services required by the Debtors and their estates.  These records are maintained

in the ordinary course of Epiq's practice.

---

[2]   The Monthly Fee Statement is the following: *Tenth Monthly Statement of Epiq Corporate Restructuring, LLC and Epiq ediscovery Solutions for Allowance of Compensation and Reimbursement of Expenses as Service Agent for the Period from February 1, 2021 Through May 31, 2021.*

[3]   Pursuant to the Interim Compensation Order, the Debtors are authorized to pay each retained professional, unless the Court orders otherwise, an amount equal to (a) 80 percent of the such professional's undisputed professional fees and (b) 100 percent of the undisputed expenses incurred by such professional and identified in such professional's monthly statement to which no objection has been served.

8. The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

9. Epiq's hourly rates are set at a level designed to compensate Epiq fairly for the work of its professionals.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.    Epiq regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary.  Moreover, in accordance with the Local Bankruptcy Rules, Epiq regularly reduces its expenses, particularly expenses related to overtime travel and overtime meals.

11.    No understanding exists between Epiq and any other person for the sharing of compensation sought by Epiq, except among the parent, affiliates, members, employees and associates of Epiq.

**<u>Background</u>**

12.    On May 3, 2017, the Oversight Board commenced a title III case for the Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a) of PROMESA (the "<u>Commonwealth Title III Case</u>").   Thereafter the Oversight Board commenced a title III case for each of COFINA, the Employees, Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS Title III Case</u>"), the Puerto Rico Highways and Transportation Authority ("<u>HTA Title III Case</u>"), and the Puerto Rico Electric Power Authority ("PREPA Title III Case") (and together with the Commonwealth Title III Case,

the "Title III Cases").[4]   By orders dated June 29, 2017 [Docket No. 537] and October 6, 2017

[Docket No. 1417], the Court approved the joint administration of the Title III Cases.

13.      On June 29, 2017, the Court entered the Order Authorizing Employment and

Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, Nunc Pro Tunc to the Petition

Date, [Docket No. 540] (the "Retention Order"), approving the Debtors' employment and

retention of Epiq as service agent nunc pro tunc to the ERS Title III Case/HTA Title III Case

petition date, May 21, 2017.[5]   Pursuant to the Retention Order, Epiq is authorized to be

compensated on an hourly basis for professional services rendered to the Debtors and reimbursed

for actual and necessary expenses incurred by Epiq in connection therewith.

14.      On August 23, 2017, the Court entered the Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals[6] [Docket No. 1150], (as

amended, the "Interim Compensation Order").

### Summary of Professional Services

15.      Pursuant to, and consistent with, the relevant requirements of the Interim

Compensation Order, the Fee Committee Order, and the Local Bankruptcy Rules (collectively,

the "Guidelines"), as applicable, the following exhibits are attached hereto:

   a.      **Exhibit A** contains a certification by the undersigned regarding
           compliance with the Guidelines (the "Certification");

---

[4] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III
    Case.

[5] On August 13, 2018, the Oversight Board executed a services agreement with Epiq authorizing Epiq eDiscovery
    Solutions to serve as a neutral vendor and provide document repository and production services.

[6] On November 8, 2017, the Court entered the First Amended Order Setting Procedures for Interim Compensation
    and Reimbursement of Expenses of Professionals [Docket No. 1715].  On June 6, 2018 the Court entered the
    Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of
    Professionals [Docket No. 3269]

b.     **Exhibit B** contains a list of Epiq's project categories and the total billed to each category during the Eleventh Interim Fee Period;

c.     **Exhibit C** contains a billing summary for the Eleventh Interim Fee Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Epiq's current billing rates and an indication of the individual amounts requested as part of this Eleventh Interim Fee Application; and

d.     **Exhibit D** contains the time detail for the Eleventh Interim Fee Period.

e.     **Exhibit E** consists of Epiq's records of expenses incurred during the Eleventh Interim Fee Period in the rendition of the professional services to the Debtors and their estates

16.     To provide a meaningful summary of services rendered on behalf of the Debtors and their estates for the Eleventh Interim Fee Period, Epiq has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|---|---|
| 205 | Noticing |
| 220 | Affidavits |
| 400 | Fee Statements |
| 900 | Data Management Services |

17.     The following is a summary, by matter, of the most significant professional services rendered by Epiq as administrative agent during the Eleventh Interim Fee Period. This summary is organized in accordance with Epiq's internal system of matter numbers.[7]

**A.**     **Noticing (Matter #205)**

Total Fees:     $5,521.60
Total Hours:    29.90

---

[7]   This summary of services rendered during the Eleventh Interim Fee Period is not intended to be a detailed or exhaustive description of the work performed by Epiq, but, rather, is intended to highlight certain key areas where Epiq provided services to the Debtors during the Eleventh Interim Fee Period. A summary description of the work performed in the Eleventh Interim Fee Period, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the Monthly Fee Statement.

18.     During the  Eleventh Interim Fee Period, Epiq served as a neutral vendor pursuant to the Order Approving Motion of the Independent Investigator for an Order: (I) Establishing Procedures for Resolving any Confidentiality Dispute in Connection with Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of Certain Documents and Information; (III) Relieving the Independent Investigator from Certain Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the Investigation and Publication of the Final Report; and (V) Granting Related Relief  [Docket No. 3744].  In its capacity as a neutral vendor, Epiq's client services team served notices of document requests on various parties that produced documents maintained in its data repository.   Epiq generated customized notices and effected service on each producing party.

**B.     Affidavits (Matter #220)**

Total Fees:       $1,104.10
Total Hours:      6.10

19.     This category includes preparation of affidavits of service related to Epiq's service of notices of document requests mailed to various parties that produced documents maintained in its data repository.

**C.     Fee Statements (Matter #400)**

Total Fees:       $8,638.90
Total Hours:      42.50

20.     Time in this category was spent in the preparation of the Monthly Fee Statements.

**D.**     **Data Management Services (Matter #900)**

Total Fees:          $1,935.00
Total Hours:         9.00

21.     The eDiscovery services provided in this category include loading of processed productions onto local servers, designing and implementing security features in the Relativity data repository, refining the repository and the database fields, the continued maintenance of the repository, and other related tasks.

## Reasonable and Necessary Services Rendered by Epiq

22.     The foregoing professional services rendered by Epiq on behalf of the Oversight Board during the Eleventh Interim Fee Period were reasonable, necessary and appropriate to the administration of the Debtors' bankruptcy cases and related matters.

23.     Epiq is one of the country's leading Chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of bankruptcy cases.  As a specialist in claims management, consulting and legal administration services, Epiq provides comprehensive solutions to a wide variety of administrative issues for bankruptcy cases, and has substantial experience in matters of this size and complexity.  Overall, Epiq brings to these Title III cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

24.     During the Eleventh Interim Fee Period, Epiq consulted and assisted the Oversight Board with noticing and maintenance of a data repository.  To this end, as set forth in

detail in Exhibit C of the Application, numerous Epiq professionals expended time rendering services on behalf of the Debtors and their estates.

25.    During the Eleventh Interim Fee Period, Epiq's hourly billing rates for the professionals responsible for managing these Title III cases ranged from $137.00 to $275.00. Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $196.57 (based on 87.50 recorded hours at Epiq's regular billing rates in effect at the time of the performance of services).  The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

### Epiq's Requested Compensation and Reimbursement Should be Allowed

26.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

27.    In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including:

1.   the time spent on such services;

2.   the rates charged for such services;

3.   whether the services were necessary to the administration of, or
     beneficial at the time at which the service was rendered toward the
     completion of, a case under this title;

4.   whether the services were performed within a reasonable amount
     of time commensurate with the complexity, importance, and nature
     of the problem, issue, or task addressed; and

5.   whether the compensation is reasonable based on the customary
     compensation charged by comparably skilled practitioners in cases
     other than cases under this title.

11  U.S.C. § 330(a)(3).

28.     In the instant case, Epiq respectfully submits that the services for which it seeks
compensation in the Application were necessary for and beneficial to the Debtors and their
estates and were rendered to protect and preserve the Debtors' estates.  Epiq respectfully submits
that the services rendered were performed economically, effectively and efficiently and that the
results obtained to date have benefited all stakeholders in the cases.  Epiq further submits that the
compensation requested herein is reasonable in light of the nature, extent and value of such
services to the Debtors, their estates and all parties in interest.

29.     Epiq's professionals spent a total of 87.50 hours during the Eleventh Interim Fee
Period, which services have a fair market value of $17,199.60.  As demonstrated by the Fifth
Interim Fee Application and all of the exhibits submitted in support hereof, Epiq spent its time
economically and without unnecessary duplication.   In addition, the work conducted was
carefully assigned to appropriate professionals according to the experience and level of expertise
required for each particular task.  In summary, the services rendered by Epiq were necessary and
beneficial to the Debtors and their estates, and were consistently performed in a timely manner
commensurate with the complexity, importance, novelty and nature of the issues involved.

30.     Accordingly, Epiq respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

### **No Prior Request**

31.     No prior application for the relief requested herein has been made to this or any other court.

### **Notice**

Epiq has provided notice of the Application to:  (i) the attorneys for the Oversight Board, Proskauer Rose LLP and O'Neill & Borges LLC; (ii) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP and Marini Pietrantoni Muñiz LLC; (iii) the Office of the United States Trustee for the District of Puerto Rico; (iv) the attorneys for the Official Committee of Retired Employees, Jenner & Block LLP and Bennazar, García & Milián, C.S.P.; (v) the Puerto Rico Department of Treasury; (vi) the Fee Examiner, Brady Williamson; and (vii) counsel to the Fee Examiner, Godfrey & Kahn, S.C. and EDGE Legal Strategies, PSC.  In addition, the notice of hearing with respect to this Application will be served on all parties that have filed a notice of appearance in the Title III Cases.  In light of the nature of the relief requested, Epiq respectfully submits that no further notice is necessary.

WHEREFORE, Epiq requests that it be allowed reimbursement for its fees and expenses incurred during the Eleventh Interim Fee Period in the total amount of $48,771.13 consisting of (a) $17,199.60 for reasonable and necessary professional services rendered by Epiq and (b) $31,571.53 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:   September 29, 2021

*/s/ Bradley J. Tuttle*
Bradley J. Tuttle
Managing Director
Epiq Corporate Restructuring, LLC

## EXHIBIT A

**Certification**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>       Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

CERTIFICATION UNDER GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIFTH
INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND
EPIQ eDISCOVERY SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FROM FEBRUARY 1, 2021 THROUGH MAY 31, 2021

Pursuant to the *United States Trustee Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys*

*in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee,

28 CFR Part 58, Appendix B (the "Guidelines"), together with the Local Rule 2016-1,

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

the undersigned, a Managing Director  of Epiq Corporate Solutions, LLC ("Epiq"), service agent

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Sales Tax

Financing Corporation ("COFINA"), Puerto Rico Highways and Transportation Authority

("HTA"), Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), and

Puerto Rico Electric Power Authority ("PREPA," jointly with the Commonwealth, COFINA,

HTA and ERS referred to as "Debtors"), pursuant to section 315(b) of the *Puerto Rico*

*Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby certifies with

respect to Epiq's  fifth interim application for allowance of compensation for services rendered

and reimbursement of expenses incurred with respect to the Debtors' Title III case, dated

September 29, 2021 (the "Application"),[3] for the period from February 1, 2021 through May 31,

2021  (the "Compensation Period") as follows:

1.  I am the professional designated by Epiq in respect of compliance with the Guidelines
    and Local Rule 2016-1.

2.  I make this certification in support of the Application for interim compensation and
    reimbursement of expenses incurred during the Compensation Period in accordance with
    the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that to the best of my
    knowledge, information, and belief formed after reasonable inquiry:

    a)  I have read the Application;

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

    b)  the fees and disbursements sought fall within the Guidelines; except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Epiq and generally accepted by Epiq's clients; and

    c)  in providing a reimbursable service, Epiq does not make a profit on that service, where the service is performed by Epiq in house or through a third party.

4. I hereby certify that no public servant of the Puerto Rico Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Epiq does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

5. I certify that Epiq has previously provided a monthly statement of Epiq's fees and disbursements by serving the monthly statement in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have precluded serving the fee statement within the time periods specified in the Order.

Respectfully submitted,

*/s/ Bradley J. Tuttle*
Bradley J. Tuttle
Managing Director
Epiq Corporate Restructuring, LLC

## EXHIBIT B

### Summary of Fees Billed by Subject Matter for the Eleventh Interim Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 205 | Noticing | 29.90 | $5,521.60 |
| 220 | Affidavits | 6.10 | $1,104.10 |
| 400 | Fee Statements | 42.50 | $8,638.90 |
| 900 | Data Management Services | 9.00 | $1,935.00 |
| **TOTALS:** | | **87.50** | **$17,199.60** |

## EXHIBIT C

### Summary of Hours Billed by Professionals During the Eleventh Interim Fee Period

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate[1] | Total Compensation |
|---|---|---|---|---|
| Derek Miller | Client Services Project Manager II | 0.80 | $275.00 | $220.00 |
| Derek Miller | Client Services Project Manager II | 5.60 | $225.00 | $1,260.00 |
| Kathryn Mailloux | Client Services Project Manager II | 1.70 | $209.00 | $355.30 |
| Kathryn Tran | Client Services Project Manager II | 0.20 | $209.00 | $41.80 |
| Andre Gibbs | Client Services Project Manager I | 3.50 | $192.00 | $672.00 |
| Jesse Steichen | Client Services Project Manager I | 1.70 | $192.00 | $326.40 |
| Regina Amporfro | Client Services Project Manager II | 48.20 | $203.00 | $9,784.60 |
| Elli Krempa | Client Services Project Manager I | 4.70 | $181.00 | $850.70 |
| Janice Livingstone | Client Services Project Manager I | 13.50 | $181.00 | $2,443.50 |
| Nadia Alazri | Client Services Project Manager I | 0.30 | $176.00 | $52.80 |
| Konstantina Haidopoulos | Client Services Project Manager I | 0.40 | $176.00 | $70.40 |
| Forrest Houku | Client Services Project Manager I | 1.60 | $176.00 | $281.60 |
| Sena Sharon | Client Services Project Manager I | 0.30 | $176.00 | $52.80 |
| Sharna Wilson | Client Services Project Manager I | 0.10 | $176.00 | $17.60 |
| Vemu Himaja | Client Services Project Manager I | 0.80 | $175.00 | $140.00 |
| Ratna Puri | Client Services Project Manager I | 1.80 | $175.00 | $315.00 |
| Sarah Camila | Client Services Project Manager I | 2.30 | $137.00 | $315.10 |
| **TOTALS:** | | **87.50** | | **$17,199.60** |
| **BLENDED RATE** | **$196.57** | | | |

---

[1] An increase to Epiq's professional service rates became effective on January 2, 2021 pursuant to paragraph 3.3 of  Epiq's Standard Services Agreement (as annexed to the Application of Debtors for Entry of Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC As Service Agent, Nunc Pro Tunc To Petition Date, [Docket No. 299]).

**<u>EXHIBIT D</u>**

| | | | | MATTER NUMBER: 205 | | | |
| | | | | Matter Description: Noticing | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
|---|---|---|---|---|---|---|---|
| Regina Amporfro | 4/6/2021 | Client Services Project Manager II | 205 Noticing | COORDINATE SISTEMAS DE RETIRO REQUEST FOR ACCESS TO DOCUMENTS | 0.70 | $203.00 | $142.10 |
| Regina Amporfro | 4/6/2021 | Client Services Project Manager II | 205 Noticing | REVIEW SERVICE OF RETIREMENT SYSTEM REQUEST FOR SERVICE;REVISE LETTER AND COORDINATE SAME WITH J. LIVINGSTONE | 1.40 | $203.00 | $284.20 |
| Regina Amporfro | 4/6/2021 | Client Services Project Manager II | 205 Noticing | COORDINATE RETIREMENT SYSTEM LETTER MAILING AND RESPOND TO INQUIRIES FROM J. LIVINGSTONE | 0.30 | $203.00 | $60.90 |
| Regina Amporfro | 4/6/2021 | Client Services Project Manager II | 205 Noticing | COORDINATE RETIREMENT SYSTEM LETTER SERVICE;REVIEW SAME AND RESPOND TO J. LIVINGSTONE | 2.40 | $203.00 | $487.20 |
| Janice Livingstone | 4/6/2021 | Client Services Project Manager I | 205 Noticing | PROOF DOCUMENT REQUEST AND DISCUSS WITH R. AMPORFRO, RESEARCH FOR RELATED PARTIES AND ADDRESS INFORMATION | 1.30 | $181.00 | $235.30 |
| Janice Livingstone | 4/6/2021 | Client Services Project Manager I | 205 Noticing | RESEARCH FOR NOTICE PARTIES EMAIL ADDRESSES FOR SERVICE VIA OVERNIGHT AND EMAIL AND COORDINATE FOR LETTERS TO BE PREPARED | 1.80 | $181.00 | $325.80 |
| Janice Livingstone | 4/6/2021 | Client Services Project Manager I | 205 Noticing | CUSTOMIZE NOTICE TO BE MERGED WITH LISTING OF PRODUCING PARTIES VIA OVERNIGHT AND EMAIL, ORGANIZE AND FORWARD SERVICE TO R. AMPORFRO FOR REVIEW | 1.10 | $181.00 | $199.10 |
| Janice Livingstone | 4/6/2021 | Client Services Project Manager I | 205 Noticing | PROOF R. AMPORFRO EMAIL COMMENTS; PREPARE AND SUBMIT REQUEST TO CONSULTING TEAM FOR MERGING OF CUSTOM NOTICES | 1.10 | $181.00 | $199.10 |
| Janice Livingstone | 4/6/2021 | Client Services Project Manager I | 205 Noticing | FURTHER COMMUNICATIONS WITH R. AMPORFRO; PREPARE REQUEST FOR OVERNIGHT MAILFILES FOR REQUESTING AND OVERSIGHT PARTIES AND CUSTOM MATCH MAILING; PROVIDE NOTIFICATION TO DATA TEAM MEMBERS OF REQUEST | 1.10 | $181.00 | $199.10 |
| Regina Amporfro | 4/7/2021 | Client Services Project Manager I | 205 Noticing | REVIEW CUSTOM NOTICES AND SERVICE LISTS FOR RETIREMENT SYSTEM OF PUERTO RICO | 2.80 | $203.00 | $568.40 |
| Janice Livingstone | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE AND SEND LISTING OF PARTIES SERVED WITH DOCUMENT REQUEST NOTICE TO K. LELUGA AS REQUESTED; PROOF AND SEND CONFIRMATION OF COMPLETED SERVICE TO COUNSEL | 0.60 | $181.00 | $108.60 |
| Janice Livingstone | 4/7/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE OVERNIGHT MAILING FILES REQUESTED | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 4/7/2021 | Client Services Project Manager I | 205 Noticing | RESPOND TO NOTICING INQUIRIES RELATED TO CUSTOM MAILING WITH INDIVIDUAL AND GROUP BATCHES; COMMUNICATIONS WITH TEAM MEMBER TO PREPARE AFFIDAVIT OF SERVICE FOR REVIEW | 1.10 | $181.00 | $199.10 |
| Janice Livingstone | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE AND FINALIZE DOCUMENTS AND SERVICE LISTS FOR SERVICE, FINALIZE AND SUBMIT REQUEST TO NOTICING TEAM FOR SERVICE | 1.20 | $181.00 | $217.20 |
| Janice Livingstone | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COMMUNICATIONS WITH CONSULTING TEAM TO OBTAIN ITEMS NEEDED FOR DATA TEAM, PROOF ZIP FILE AND REQUEST UPDATES | 0.50 | $181.00 | $90.50 |
| Janice Livingstone | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COMMUNICATIONS WITH DATA TEAM MEMBER REGARDING OVERNIGHT SERVICE REQUEST AND CONSULTING TEAM REGARDING REQUEST FOR CUSTOMIZED DOCUMENTS AND ZIP FILE OF BATCHES FOR GDB/AAFAF, REQUESTING AND OVERSIGHT PARTIES | 1.60 | $181.00 | $289.60 |
| Jesse Steichen | 4/7/2021 | Client Services Project Manager I | 205 Noticing | REVIEW TRANSLATIONS AND OVERNIGHT FILES OF OVN - MATCH MAILING FOR CUSTOM NOTICES | 0.70 | $192.00 | $134.40 |
| Jesse Steichen | 4/7/2021 | Client Services Project Manager I | 205 Noticing | REVIEW REQUEST AND TRANSLATION FOR OVN - MATCH MAILING FOR CUSTOM NOTICES | 0.50 | $192.00 | $96.00 |
| Jesse Steichen | 4/7/2021 | Client Services Project Manager I | 205 Noticing | REVIEW OVERNIGHT FILES OF OVN - MATCH MAILING FOR CUSTOM NOTICES | 0.20 | $192.00 | $38.40 |
| Nadia Alazri | 4/7/2021 | Client Services Project Manager I | 205 Noticing | REVIEW CASE RELATED EMAILS WITH RESPECT TO CUSTOM NOTICES | 0.30 | $176.00 | $52.80 |
| Andre Gibbs | 4/7/2021 | Client Services Project Manager I | 205 Noticing | TRANSLATE/MATCH FILES AND GENERATE FIVE OVERNIGHT MAIL FILES INCLUDING THE PARTIES LISTED FOR NOTICES | 3.50 | $192.00 | $672.00 |
| Forrest Houku | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCUMENT REQUEST NOTICES AND LETTER TO AFFECTED PARTIES | 0.10 | $176.00 | $17.60 |
| Forrest Houku | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCUMENT REQUEST NOTICES AND LETTER TO AFFECTED PARTIES | 0.10 | $176.00 | $17.60 |
| Forrest Houku | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCUMENT REQUEST NOTICES AND LETTER TO AFFECTED PARTIES | 0.80 | $176.00 | $140.80 |
| Forrest Houku | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCUMENT REQUEST NOTICES AND LETTER TO AFFECTED PARTIES | 0.10 | $176.00 | $17.60 |
| Sarah Camilla | 4/7/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE DOCUMENT REQUEST CUSTOM NOTICES | 2.30 | $137.00 | $315.10 |
| Konstantina Haidopo | 4/8/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF CUSTOM NOTICE – EML & OVN (NOTICES), CUSTOM NOTICE – EML & OVN (PR6_INDIVIDUAL NOTICES), CUSTOM NOTICE-GDB GROUP (NOTICES), LETTER TO EPIQ RE GDB DOCS W/EXH A (STATIC DOC) | 0.40 | $176.00 | $70.40 |
| Sharna Wilson | 4/8/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND FILE CASE TEAM EMAILS | 0.10 | $176.00 | $17.60 |
| Elli Krempa | 4/12/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND VERIFY UPDATED CREDITOR LISTINGS PRODUCED BY DS ASSOCIATED WITH ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 0.30 | $181.00 | $54.30 |
| Jesse Steichen | 4/12/2021 | Client Services Project Manager I | 205 Noticing | REVIEW FILES FOR MAILING FOR CUSTOM NOTICES | 0.30 | $192.00 | $57.60 |
| Forrest Houku | 4/12/2021 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF DOCUMENT REQUEST NOTICES AND LETTER TO AFFECTED PARTIES, SERVED | 0.50 | $176.00 | $88.00 |
| Sena Sharon | 4/20/2021 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF CUSTOM DOCUMENT REQUEST NOTICES | 0.30 | $176.00 | $52.80 |
| Janice Livingstone | 5/3/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE DOCUMENTS RELATED TO 4/7/21 SERVICE OF DOCUMENT REQUEST AND ASSOCIATED NOTICES | 0.20 | $181.00 | $36.20 |
| | | | | TOTAL | 29.90 | | $5,521.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **MATTER NUMBER: 220**<br>**Matter Description: Affidavits** |
| **Name** | **Date** | **Position** | **Matter Description** | **Detail** | **Hours Billed** | **Hourly Rate** | **Compensation** | |
| Elli Krempa | 4/7/2021 | Client Services Project Manager I | 220 Affidavits | REVIEW AND GATHER NOTICE DATA IN PREPARATION OF AFFIDAVIT OF SERVICE ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 0.80 | $181.00 | $144.80 | |
| Elli Krempa | 4/7/2021 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT OF SERVICE RELATED TO ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 1.50 | $181.00 | $271.50 | |
| Elli Krempa | 4/12/2021 | Client Services Project Manager I | 220 Affidavits | SERVICE LIST VERIFICATION WITH DATA SERVICES TEAM RELATED TO ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 0.30 | $181.00 | $54.30 | |
| Elli Krempa | 4/16/2021 | Client Services Project Manager I | 220 Affidavits | AFFIDAVIT OF SERVICE REVIEW WITH J. LIVINGSTONE RELATED TO ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 0.30 | $181.00 | $54.30 | |
| Elli Krempa | 4/16/2021 | Client Services Project Manager I | 220 Affidavits | PROCESS FINAL UPDATES TO AFFIDAVIT OF SERVICE RELATED TO ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 1.00 | $181.00 | $181.00 | |
| Janice Livingstone | 4/16/2021 | Client Services Project Manager I | 220 Affidavits | REVIEW AFFIDAVIT OF SERVICE FOR DOCUMENT REQUEST | 0.40 | $181.00 | $72.40 | |
| Janice Livingstone | 4/16/2021 | Client Services Project Manager I | 220 Affidavits | PREPARE EXHIBITS FOR AFFIDAVIT OF SERVICE FOR DOCUMENT REQUEST AND SUBMIT REQUEST FOR UPDATES TO AFFIDAVIT | 0.70 | $181.00 | $126.70 | |
| Janice Livingstone | 4/16/2021 | Client Services Project Manager I | 220 Affidavits | CALL WITH TEAM MEMBER TO COORDINATE UPDATES AND FINALIZE AFFIDAVIT OF SERVICE WITH EXHIBITS | 0.40 | $181.00 | $72.40 | |
| Elli Krempa | 4/21/2021 | Client Services Project Manager I | 220 Affidavits | UPDATE AFFIDAVIT OF SERVICE RELATED TO ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO V. UBS FIN. SERVS. INC. OF PUERTO RICO, CIV. NO. KAC-2011-1067 (803) | 0.50 | $181.00 | $90.50 | |
| Janice Livingstone | 4/21/2021 | Client Services Project Manager I | 220 Affidavits | PROOF UPDATED AFFIDAVIT OF SERVICE FOR 4/7/21 SERVICE | 0.20 | $181.00 | $36.20 | |
| | | | | **TOTAL** | **6.10** | | **$1,104.10** | |

**MATTER NUMBER: 400**
**Matter Description: Fee Statements**

| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
|------|------|----------|--------------------|--------|------|------|------|
| Regina Amporfro | 2/1/2021 | Client Services Project Manager II | 400 Fee Statements | FORMAT FEE APPLICATION EXHIBIT | 1.40 | $203.00 | $284.20 |
| Regina Amporfro | 2/5/2021 | Client Services Project Manager II | 400 Fee Statements | FORMAT FEE APPLICATION EXHIBITS AND FOLLOW UP RE APPLICATION OF PAYMENTS RECEIVED | 1.30 | $203.00 | $263.90 |
| Regina Amporfro | 2/8/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | 1.80 | $203.00 | $365.40 |
| Regina Amporfro | 2/9/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE REPORT CONTAINING EXPENSES BILLED FOR SECOND AND THIRD FEE APPLICATIONS | 1.00 | $203.00 | $203.00 |
| Regina Amporfro | 2/12/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT EXCEL EXPENSE FILE FOR COMMITTEE | 1.00 | $203.00 | $203.00 |
| Regina Amporfro | 2/12/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT EXPENSE SPREADSHEETS FOR COMMITTEE | 2.10 | $203.00 | $426.30 |
| Regina Amporfro | 2/15/2021 | Client Services Project Manager II | 400 Fee Statements | GENERATE EXPENSE SPREADSHEETS FOR COMMITTEE | 2.00 | $203.00 | $406.00 |
| Regina Amporfro | 2/15/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE EXPENSE SPREADSHEETS FOR FEE COMMITTEE | 1.40 | $203.00 | $284.20 |
| Regina Amporfro | 2/16/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | 1.50 | $203.00 | $304.50 |
| Regina Amporfro | 2/19/2021 | Client Services Project Manager II | 400 Fee Statements | FORMAT FEE APP EXHIBITS | 0.50 | $203.00 | $101.50 |
| Regina Amporfro | 2/23/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE BACK UP FOR EXPENSES REQUESTED BY THE FEE COMMITTEE | 0.60 | $203.00 | $121.80 |
| Regina Amporfro | 2/23/2021 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP WITH K. MAILLOUX RE REQUEST FROM FEE COMMITTEE RE EXPENSE BACK UP | 0.10 | $203.00 | $20.30 |
| Kathryn Mailloux | 2/23/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE R AMPORFRO RE REQUEST FROM FEE COMMITTEE RE EXPENSE BACK UP | 0.20 | $209.00 | $41.80 |
| Regina Amporfro | 3/4/2021 | Client Services Project Manager II | 400 Fee Statements | FOLLOW UP RE N. HAHN REQUEST R FOR BACK UP RE EXPENSES | 1.00 | $203.00 | $203.00 |
| Regina Amporfro | 3/4/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW AND RESPOND RE FEE COMMITTEE REQUEST | 0.40 | $203.00 | $81.20 |
| Regina Amporfro | 3/5/2021 | Client Services Project Manager II | 400 Fee Statements | RESPOND TO N HAHN RE EXPENSES BILLED ON FEE APP | 0.10 | $203.00 | $20.30 |
| Regina Amporfro | 3/30/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE RESPONSE TO FEE COMMITTEE | 0.80 | $203.00 | $162.40 |
| Kathryn Tran | 3/31/2021 | Client Services Project Manager II | 400 Fee Statements | RESPOND TO R AMPORFRO REGARDING RESPONSE TO FEE EXAMINER. | 0.20 | $209.00 | $41.80 |
| Regina Amporfro | 4/1/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE EXAMINER RESPONSE AND PREPARE EXHIBIT | 2.50 | $203.00 | $507.50 |
| Regina Amporfro | 4/1/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE COMMITTEE RESPONSE | 0.50 | $203.00 | $101.50 |
| Regina Amporfro | 4/2/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE COMMITTEE RESPONSE AND FORMAT EXHIBITS | 3.90 | $203.00 | $791.70 |
| Regina Amporfro | 4/5/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE COMMITTEE RESPONSE | 2.20 | $203.00 | $446.60 |
| Regina Amporfro | 4/6/2021 | Client Services Project Manager II | 400 Fee Statements | FORMAT REPLY TO FEE COMMITTEE RESPONSE AND FORWARD SAME TO B. TUTTLE | 0.60 | $203.00 | $121.80 |
| Kathryn Mailloux | 4/6/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW AND COMMENT ON FEE RESPONSE | 0.50 | $209.00 | $104.50 |
| Regina Amporfro | 4/8/2021 | Client Services Project Manager II | 400 Fee Statements | UPDATE FEE APPLICATION EXHIBITS | 1.70 | $203.00 | $345.10 |
| Regina Amporfro | 4/9/2021 | Client Services Project Manager I | 400 Fee Statements | UPDATE FEE APPLICATION EXHIBITS | 1.00 | $203.00 | $203.00 |
| Regina Amporfro | 4/12/2021 | Client Services Project Manager I | 400 Fee Statements | FORWARD RESPONSE RE FEE EXAMINER TO FEE APPS | 1.80 | $203.00 | $365.40 |
| Regina Amporfro | 4/13/2021 | Client Services Project Manager I | 400 Fee Statements | DRAFT BUDGET | 3.50 | $203.00 | $710.50 |
| Regina Amporfro | 4/15/2021 | Client Services Project Manager I | 400 Fee Statements | COORDINATE DRAFT BUDGET | 1.10 | $203.00 | $223.30 |
| Regina Amporfro | 4/16/2021 | Client Services Project Manager I | 400 Fee Statements | REVISE APRIL BUDGET AND FORWARD SAME TO B. TUTTLE | 0.70 | $203.00 | $142.10 |
| Regina Amporfro | 4/16/2021 | Client Services Project Manager I | 400 Fee Statements | COORDINATE BUDGET FOR APRIL AND SEND TO B. TUTTLE | 0.70 | $203.00 | $142.10 |
| Regina Amporfro | 4/19/2021 | Client Services Project Manager I | 400 Fee Statements | FOLLOW UP RE REVIEW OF BUDGET | 1.90 | $203.00 | $385.70 |
| Regina Amporfro | 4/22/2021 | Client Services Project Manager I | 400 Fee Statements | FORMAT AND FORWARD BUDGET TO FEE COMMITTEE | 0.90 | $203.00 | $182.70 |
| Kathryn Mailloux | 4/30/2021 | Client Services Project Manager I | 400 Fee Statements | REVIEW AND REVISE BUDGET | 1.00 | $209.00 | $209.00 |
| Regina Amporfro | 5/27/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW DOCKET FOR FEE ORDER RE EPIQ FEE APP AND FOLLOW UP WITH N. HAHN RE SAME | 0.60 | $203.00 | $121.80 |
| | | | | **TOTAL** | **42.50** | | **$8,638.90** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MATTER NUMBER: 900 |
| Matter Description: Data Management Services |
| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
| Derek Miller | 4/26/2021 | Client Services Project Manager II | 900 Data Management Services | Conducted searches and compiled document counts per request of counsel re documents in depository | 1.0 | $225.00 | $225.00 |
| Derek Miller | 5/4/2021 | Client Services Project Manager II | 900 Data Management Services | Correspondence with counsel, reviewed data export to determine confidential records maintained in depository per counsel request | 0.8 | $275.00 | $220.00 |
| Derek Miller | 5/17/2021 | Client Services Project Manager II | 900 Data Management Services | Prepared for and held call regarding Skadden document request | 0.6 | $225.00 | $135.00 |
| Derek Miller | 5/20/2021 | Client Services Project Manager II | 900 Data Management Services | Coordinated document set export per request of Skadden Arps and review same | 0.7 | $225.00 | $157.50 |
| Derek Miller | 5/21/2021 | Client Services Project Manager II | 900 Data Management Services | Coordinated document set export per request of Skadden Arps and review same | 0.2 | $225.00 | $45.00 |
| Derek Miller | 5/24/2021 | Client Services Project Manager II | 900 Data Management Services | Coordinated document set export per request of Skadden Arps and review same | 2.2 | $225.00 | $495.00 |
| Ratna Puri | 5/25/2021 | Client Services Project Manager I | 900 Data Management Services | WR-2237897 - Performed Saved search export and Media creation regarding documents maintained in depository | 1.8 | $175.00 | $315.00 |
| Derek Miller | 5/25/2021 | Client Services Project Manager II | 900 Data Management Services | Coordinated document set export per request of Skadden Arps re document request | 0.9 | $225.00 | $202.50 |
| Vemu Himaja | 5/25/2021 | Client Services Project Manager I | 900 Data Management Services | WR-2237897 - Perform export and media QC | 0.8 | $175.00 | $140.00 |
| | | | TOTAL | | 9.0 | | $1,935.00 |

**EXHIBIT E**

**Summary of Actual and Necessary Epiq Corporate Restructuring, LLC
And Epiq eDiscovery Solutions Expenses for the Eleventh Interim Fee Period**

| Expense Category | Quantity | Unit Type | Unit Cost | Amount |
|---|---|---|---|---|
| NO100 – Noticing | 2,109 | PAG | 0.10 | $210.90 |
| NO100T – Noticing – In State | 534 | PAG | 0.10 | $53.40 |
| NO120 - Email Noticing per File | 30.00 | FIL | 0.10 | $3.00 |
| OS220 – Labels | 15.00 | EA | 0.05 | $0.75 |
| OS225 - Envelope - 9x12 | 15.00 | EA | 0.25 | $3.75 |
| RE100 – Postage | 326.37 | EA | 1.00 | $326.37 |
| RE105 – Shipping and Courier | 225 | DLR | 1.00 | $225.00 |
| HST626 - User Fees | 224.00 | EA | 70.00 | $15,680.00 |
| HST756 - Document Review Hosting | 1,674.26 | GB | 9.00 | $15,068.36 |
| **TOTAL:** | | | | **$31,571.53** |