UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>              Debtors. [1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING OF EVIDENTIARY OBJECTION TO THE EXPERT REPORT OF
LIZETTE MARTINEZ ATTACHED AS EXHIBIT A TO THE DRA PARTIES' REPLY TO THE OBJECTION
TO THE DRA PARTIES' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

        The Court has received and reviewed the *Evidentiary Objection to the Expert Report of Lizette Martinez Attached as Exhibit A to the DRA Parties' Reply to the Objection to the DRA Parties' Motion for Allowance of Administrative Expense Claim* (Docket Entry No. 18270 in Case No. 17-3283, the "Objection"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board").

        Responsive papers to the Objection, if any, must be filed by **October 7, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.  The Oversight Board's reply must be filed by **October 14, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the Objection on submission, unless the Court determines that a hearing is necessary.

        SO ORDERED.

Dated: September 29, 2021

                                      /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                     United States District Judge

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).