# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## INFORMATIVE MOTION OF INTERNATIONAL UNION, UAW
## REGARDING THE OCTOBER 6-7 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

    International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) ("International Union, UAW" or the "UAW") hereby submits this informative motion in compliance with the Court's *Order Regarding Procedures for October 6-7, 2021, Omnibus Hearing* ("Order") [Docket Entry #18269] and respectfully states as follows:

    Peter D. DeChiara of Cohen, Weiss & Simon LLP will speak on behalf of UAW at the October 6-7, 2021 Omnibus Hearing in connection with the August 20, 2021 *Three Hundred*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [Docket Entry #17927] and the UAW's September 17, 2021 Response thereto [Docket Entry #18144].

As directed by the Court's Order, we attach hereto the Party Appearance Cover Sheet as Exhibit A.

Dated: September 29, 2021

        **COHEN, WEISS AND SIMON LLP**

        By: */s/ Peter D. DeChiara*
        Peter D. DeChiara (pro hac vice)
        Richard M. Seltzer *(pro hac vice)*
        Marie B. Hahn *(pro hac vice)*
        pdechiara@cwsny.com
        rseltzer@cwsny.com
        mhahn@cwsny.com
        900 Third Avenue, Suite 2100
        New York, NY 10022-4869
        (212) 563-4100

        **MONSERRATE SIMONET & GIERBOLINI**
        /s/ *Miguel Simonet Sierra*
        Miguel Simonet Sierra
        USDC # 210101
        101 San Patricio Ave., Suite 1120
        Guaynabo, PR 00968
        Tel.: (787) 620-5300

        *Counsel to International Union, UAW*

# Exhibit A

# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America |
| Party Name Abbreviation (For Use with Zoom) | UAW |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance | Peter D. DeChiara<br>pdechiara@cwsny.com<br>Cohen, Weiss & Simon LLP<br>(212) 563-4100<br>Notice of Appearance Docket Entry #197 |
| Plan Objection Docket Entry No. | UAW is not appearing regarding a plan objection, but in response to the *Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [Docket Entry #17927] |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

/s/ *Marie B. Hahn*
Marie B. Hahn

4