UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION OF
ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP.,
AND AMBAC ASSURANCE CORPORATION FOR EXPEDITED CONSIDERATION OF
MOTION TO EXTEND THE ELECTION DEADLINE IN THE SOLICITATION PROCEDURES ORDER

The Court has received and reviewed the *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation for Expedited Consideration of Motion to Extend the Election Deadline in the Solicitation Procedures Order* (Docket Entry No. 18285 in Case No. 17-3283, the "Urgent Motion"), filed by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") and Ambac Assurance Corporation ("Ambac," and collectively with Assured, "Movants").

Responsive papers to the Motion,[2] if any, must be filed by **September 30, 2021**, at **12:00 p.m. (Atlantic Standard Time)**. The Movant's reply must be filed by **October 1, 2021**, at **12:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary. This order resolves Docket Entry No. 18285 in Case No. 17-3283.

SO ORDERED.

Dated: September 29, 2021

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.