## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>  Debtors.<br><br>WAL-MART PUERTO RICO, INC.<br>Proof of Claim No. 160793<br><br>  Respondent. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br>THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM (ERS) OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE. |

### INFORMATIVE MOTION REGARDING
### THE OCTOBER 6-7, 2021 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

**COMES NOW** Wal-Mart Puerto Rico, Inc. ("Wal-Mart"), by and through the undersigned attorneys, and respectfully submits this informative motion in compliance with the Court's *Order Regarding Procedures for October 6-7, 2021 Omnibus Hearing* (Dkt. No. 18269) (the Order), and respectfully states as follows:

1. Antonio Bauzá-Santos, Bauzá Brau Irizarry & Silva, LLC, will speak on behalf of Wal-Mart at the Hearing in connection with the *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* (Dkt. No.16030) and *Wal-Mart's*

*Opposition to the Three Hundred Third Omnibus Objection (Substantive)* (Dkt. No. 16413).

2. Guillermo J. Silva-Wiscovich, Bauzá Brau Irizarry & Silva, LLC, will also appear on behalf of Wal-Mart at the Hearing, but does not seek to be heard.

3. In compliance with the Order, attached hereto is the *Party Appearance Sheet* identified as **Exhibit A**.

WHEREFORE, Wal-Mart respectfully requests that Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 29th day of September, 2021.

*/s/Antonio Bauzá Santos*
**ANTONIO BAUZÁ SANTOS**
**USDC-PR NO. 229206**
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8758
FAX: (787) 282-3673
Email: antonio.bauza@bioslawpr.com

*/s/Guillermo J. Silva-Wiscovich*
**GUILLERMO J. SILVA-WISCOVICH**
**USDC-PR NO. 210708**
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8743
FAX: (787) 282-3673
Email: gsilva@bioslawpr.com

*Counsel for Respondent*
*Wal-Mart Puerto Rico, Inc.*