UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors. | |

---------------------------------------------------------------------x

**[Related to Docket #18269]**

**INFORMATIVE MOTION – October 6, 2021 HEARING**

Dated: September 29, 2021

# INFORMATIVE MOTION – OCTOBER 6, 2021 HEARING

Peter C. Hein, pro se, an individual bondholder, hereby files this Informative Motion in accordance with the Court's Order regarding Procedures (#18269). I request an opportunity to be heard at the October 6-7, 2021 omnibus hearing on (1) debtors' motion in limine in respect of evidence concerning whether the proposed plan of adjustment is consistent with the certified fiscal plan (debtors' motion is at #18116; I filed a response at #18181), as well as (2) any other matters that may affect my interests. A Party Appearance Cover Sheet is attached as Exhibit A.

September 29, 2021

                                                                       Respectfully Submitted,

                                                                       /s/ Peter C. Hein
                                                                       Peter C. Hein, pro se
                                                                       101 Central Park West, Apt. 14E
                                                                       New York, NY 10023
                                                                       petercheinsr@gmail.com

                                                                       917-539-8487

-1-

# EXHIBIT A[1]
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Peter C. Hein |
| Party Name Abbreviation (For Use with Zoom[2] ) | Pro se / Hein, Peter |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of<br><br>Or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Peter C. Hein<br>petercheinsr@gmail.com<br>9175398487<br>Claim 10696 |
| Plan Objection Docket Entry No. | 18181 (pertinent to 18116) |
| If a Party files a supplemental Party appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| Note: Pursuant to the Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] The Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as Exhibit A.

[2] See Order Regarding Procedures for October 6-7, Omnibus Hearing, ¶ 9(a)

## **Certificate of Service**

I, Peter C. Hein, certify that I have caused "Informative Motion – October 6, 2021 Hearing" to be served via the Court's CM/ECF system. September 29, 2021

                                                      /s/ Peter C. Hein
                                                           Peter C. Hein