27 de septiembre de 2021

A quien pueda interesar:

Estoy contestando carta del caso PROMESA Title III No. 17 BK 3283-LTS en el cual me envían carta de que justifique mi reclamo sobre este caso en el anexo 15 del documento. Estoy contestando hoy ya que me envían carta para contestar posterior a la fecha límite para contestar (llego el 25 de septiembre de 2021). No se si la enviaron tarde o por la situación del correo que la correspondencia tarda mas de un mes en llegar debido a la Pandemia COVID y a la falta de empleados del correo de PR. Por tanto, solicito me revalúen y acepten esta contestación a reclamación ya que no esta en mis manos el recibir correspondencia en la fecha correcta. También sucede con todas las correspondencias.

Comencé a trabajar para PRTC CO. en el 1994 cuando la compañía pertenecía al gobierno de PR y el en cual aún sigo trabajando aquí bajo otro nombre después de la venta de la compañía. Durante ese tiempo no se nos dio los beneficios de aumentos de salario, bonos, comisiones y otros beneficios laborales adeudados por varios años. Faltando a la ley 89 del gobierno de PR. Se supone según mis cálculos se me reembolse de $4,800 a $6,000 por los pagos no recibidos y por esto escribo de acuerdo con el reclamo de en la demanda.

He llamado en varias ocasiones para orientarme y cumplir con los documentos que han pedido.

Se somete evidencia de empleo el cual indica mi fecha de ingreso. Pueden certificar lo que digo llamando a recursos humanos 787-782-8282 ya que aun sigo en el mismo empleo.

Adjunto estoy enviando una certificación de empleo el cual indica el comienzo en el empleo. De necesitar información adicional me puede contactar al email millieramos3@gmail.com o teléfono celular 787-610-1111

Muchas gracias por su atención y ayuda al respecto.

*[firma]*

Milie M Ramos Perez

***-**-0072

Empleada 20198

787-610-1111