

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : MILLIE M. RAMOS PEREZ |
| Número de Seguro Social | : XXX-XX- 0072 |
| Número del Empleado | : 0020198 |
| Puesto | : CONSULTOR VENTAS |
| Fecha de Ingreso | : 12/21/1994 |
| Departamento | : TIENDA-PLAZA AMERICAS I |
| Salario | : $42,388.84    ANUAL |
| Status del Empleado | : REGULAR    Jornada: COMPLETA |
| Status de Nómina | : NO EXENTO |
| Car Allowance YTD | : $0.00 |

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a 20 de mayo de 2020

*[firma]* Madeline Cruz Santiago
SUPERVISOR / RECORDS DEL EMPLEADO
O SU REPRESENTANTE

Teléfono: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com





SERVICIOS | INFORMACION | DEPARTAME

## Mi Balance de Vacaciones / Enfermedad

### PUERTO RICO TELEPHONE
### DEPARTAMENTO DE ADMINISTRACION DE BENEFICIOS
### BALANCE DE SUS BENEFICIOS POR LICENCIA DE ENFERMEDAD Y VACACIONES

Num. Empleado: **20198**  
Nombre: **Millie M Ramos**  
Código Dept.: **516**

#### FECHAS

| Ingreso | Reingreso | Para Beneficios | Aniversario Vacs. |
|---|---|---|---|
| **12-19-1994** | **03-01-1996** | **12-21-1994** | **03-01-2022** |

#### LICENCIAS

| ENFERMEDAD | | | | VACACIONES | | | |
|---|---|---|---|---|---|---|---|
| Acumulados | Exceso de 75 | Ult. día ausente | Banco | Vencidas | Acumuladas | Sobrevencidas | Ult. día Tomado |
| 25.67 | 0 | 08-03-2021 | 0 | -.7 | 12.49 | 5.58 | 07-23-2021 |

Los balances de los empleados **HIETEL** y **UIET** se establecen conforme a las