MRamos
Cond LosCedros
apt 2202
San Juan PR 00926



Clerk's office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan PR 00918