21 septiembre 2021

Honorable Tribunal y/o
Junta de Retirados:

Adjunto incluyo documentos para sustentar mi caso. Preferencia No. 17 BK 3283-LTS.

Estos documentos tienen como finalidad aclarar que se está cotizando mi pensión de manera incorrecta y que antes de hacer cualquier ajuste el tribunal debería en honor a la verdad y la justicia verificar: vea exhibit.

1- Carta donde certifica que cumplí los 30 años de servicio bajo la ley 447. Que me corresponden los beneficios bajo la misma ley 447, completos.

2- Carta donde me notifican que me estan ajustando por la aplicación de la ley 3, a la cual no corresponde. Mientras que de este modo con tretas y engaño me quitarían los beneficios de la ley 447, tales como el bono de navidad, aportación al plan médico, la aportación al plan médico y/o a medicamentos y otros beneficios, que según la ley 447 me corresponde.

-1-

Exhibits:

3- Copia del cheque que me devolvió Retiro. Dinero acumulado en un año bajo la ley 3, a la cual no pertenezco por haber cumplido mis 30 años de servicio bajo la ley 447.

4- Cartas y documentos solicitando a la policía que corrijan el error en mis documentos para la solicitud de Retiro. (Vea caso Enrique Melia León Vs. Gobierno de P.R.)

5- Carta informativo de Retiro: En esta informa que podía seguir bajo nueva Ley 3, sin perder los beneficios adquiridos bajo la ley 447.

6- Carta: Certificación de Renuncia

7- Carta: solicitando Rango de Sargento, de acuerdo a la ley 447, que me correspondía en derecho y me eliminaron utilizando la ley 3,

Zoilo Pabón
Honorable Tribunal
Junta de Retiro

27 Septiembre 2021

Después de mostrar estos exhibits 1 al 7, solicito se reconsidere mi retiro de acuerdo a la ley 447 y que mis beneficios sean contabilizados de manera correcta y legal, adquirido durante mis 30 años de servicio, antes de hacer cualquier ajuste, que al momento no acepto. Pues entiendo que si la tabulación matemática está mal tabulada (por concepto de una ley que no aplica en mi caso) no puedo aceptar esta determinación. Entiendo que sería objeto de doble mal juicio al estipular mi pensión.

Respetuosamente

Zoilo Pabón
Placa: 11534