
**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## ESTADO DE CUENTA ESTIMADO

09 de mayo de 2013

Agencia: 149 - DEPT. DE SEGURIDAD Y PROTECCION PUBLICA

ZOILO PABON VAZQUEZ  
RR-8 BOX 9254  
BAYAMON PR 00956

Seguro Social: XXX-XX-7242

A base de la información en nuestros records, al 09 de mayo de 2013 usted ha completado:

**Balance de Aportaciones: $48,496.02**  
**Años de Servicio: 29.75**

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión. En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Yamilet Amador Cruz  
Unidad de Estado de Cuenta  
Área de Participantes



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos **Zoilo Pabón Vázquez**, Seguro Social **XXX-XX-7242**, disfruta beneficios de **Pensión Ley 3** de este Sistema de Retiro, según las disposiciones de la Ley 447 del 15 de mayo de 1951. La misma fue efectiva el 16 de octubre de 2014.

**La Administración de los Sistemas de Retiro no realiza una aportación patronal de $100.00 al Plan Médico.**

Dada a petición del(a) interesado(a), hoy 22 de octubre de 2015 en San Juan, Puerto Rico.

Certifico correcto,


Damaris Walker Ayala
Directora
Centro de Orientación


Janice Vega Carmona
Orientadora de Servicios y Beneficios I
Centro de Servicios



Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



ASR-PA-095
Rev. 26 Sep. 14



**RETIRO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## REEMBOLSO O RETIRO DE APORTACIONES DEL PROGRAMA HÍBRIDO
(Ley 3 - 2013)

### SECCIÓN I. BENEFICIO SOLICITADO
Seleccione el beneficio a Solicitar:
1. ☒ Retiro de Aportaciones (Tener menos de (5) cinco años cotizado en el servicio público o tener menos de ($10,000.00) diez mil dólares en aportaciones). (1020)
2. ☐ Transferencia de Salida (1025)
3. ☐ Reembolso por Muerte de Participante Activo (1021)

*Nota: El balance en el Programa Híbrido estará sujeto a deducciones de préstamos con la ASR y la Asociación de Empleados del E.L.A., si aplica.

### SECCIÓN II. DATOS DEL PARTICIPANTE

| Apellido Paterno, Materno, Nombre e Inicial | Seguro Social | Teléfono |
|---|---|---|
| Pabon Vazquez Zoilo | 7242 | 787-661-5006 |

| Dirección Postal | Género | Fecha Matrimonio (dd/mm/aa) |
|---|---|---|
| RR-8 BOX 9254 | ☒ M  ☐ F | |
| P O Box, HC Box, RR Box | Estado Civil ☐ Casado ☒ Soltero ☐ Viudo | |
| Buyamon  P.R.  00956 | Fecha de Nacimiento (dd/mm/aa) | Lugar de Empleo (Agencia) |
| Ciudad  Estado  Zip + 4 | 14-Oct-59 | P.P.R. |

### SECCIÓN III. DATOS DEL SOLICITANTE

| Apellido Paterno, Materno, Nombre e Inicial | RELACIÓN CON EL PARTICIPANTE |  |
|---|---|---|
| | Seguro Social | Correo electrónico |
| Pabon Vazquez Zoilo | 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 | |

### SECCIÓN IV. DETALLE DE PRÉSTAMOS VIGENTES CON EL SISTEMA (Participante) Si

| Hipotecario ☐ Sí ☒ No Número _____ | Personal ☒ Sí ☐ No Número _____ |
| Aplicación de aportaciones** ☐ Mensualidades ☐ Principal | Viaje Cultural ☐ Sí ☒ No Número _____ |
| | Cooperativa ☐ Sí ☒ No Número _____ |

**Nota: Las aportaciones serán aplicadas a los pagos mensuales, con excepción de aquellos prestatarios que tengan la intención de saldar el total del préstamo hipotecario, en cuyo caso este puede solicitar que se le apliquen al principal.

### SECCIÓN V. OTROS SISTEMAS DE RETIRO EN LOS QUE HA COTIZADO Y HA REALIZADO TRANSFERENCIA DE APORTACIONES

| ☐ Sistema de Retiro para Maestros | ☐ Sí ☒ No | Fecha (día/mes/año) _____ |
| ☐ Sistema de Retiro de la Universidad de Puerto Rico | ☐ Sí ☒ No | Fecha (día/mes/año) _____ |
| ☐ Sistema de Retiro de la Autoridad de Energía Eléctrica | ☐ Sí ☒ No | Fecha (día/mes/año) _____ |
| ☐ Judicatura | ☐ Sí ☒ No | Fecha (día/mes/año) _____ |

### SECCIÓN VI. CERTIFICACIÓN DE LA OFICINA DE RECURSOS HUMANOS (PARA USO DEL PATRONO)

| Fecha de Separación del Servicio (día/mes/año) | Fecha del Último Pago (día/mes/año) |
|---|---|
| 15-Oct-2014 | 15-Oct-2014 |

| Núm. | Mes | Año | Sueldo | Cantidad descontada | Fecha de remesa a Retiro |||
|---|---|---|---|---|---|---|---|
| | | | | | Día | Mes | Año |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

Certifico que al participante se le efectuaron los descuentos indicados de su retribución mensual durante los últimos seis meses.

| Nombre del Director de Recursos Humanos o su Representante Autorizado | Firma | Puesto que Ocupa | Fecha (día/mes/año) |
|---|---|---|---|

Conservación: Igual al expediente del cual forma parte.

Página 1 de 3

| | | | | | | |
|---|---|---|---|---|---|---|
| ZOILO PABON VAZQUEZ | | | | | | |
| Numero de Cheque: | 0511163 | Fecha Cheque: | 02/27/2015 | Message: | | |
| Codigo de Cheque: | 0511163 | Num. Solicitud: | SABI795793 | Seguro Social: | | |
| INTERESES REEMBOLSOS LEY 3 | 155.18 | 0.00 | | Reembolsos Ley 3 | 4,723.50 | 0.00 |

# RETIRO
GOBIERNO DE PUERTO RICO

Pago Neto: 4878.68

— DOBLE Y DESPRENDA CUIDADOSAMENTE POR ESTA PERFORACION —

27 de Febrero de 2015

Sra: Jenny López
Dirt. Nombramiento y Cambios
Cuartel General
Hato Rey, P.R.

Sargento Jenny López:

Por medio de este documento, quiero llamar su atención para que se me haga justicia en cinco (5) aspectos los cuales a la fecha de mi retiro y bajo varias solicitudes no veo que haya algún proceso de seguimiento, en vías de hacer los ajustes correspondientes:

En primer lugar: Deseo solicitar me arreglen los papeles que se enviaron a Dpto de Retiro. Los mismos fueron sometidos bajo la Ley 3 y debieron ser sometidos por la Ley 447 y todos los beneficios adquiridos bajo los terminos de dicha Ley (447).

Segundo: Deseo informar que me retire en el mes de octubre de 2014. A la fecha de hoy; no se han sometido

¡Continua

Los documentos de mi liquidación a la división de nómina. De acuerdo a información que me ofrecieran empleados de esta División.

Tercero: Que no he renunciado, ni pretendo renunciar a ninguno de los beneficios que en Ley me corresponde por deudas o liquidaciones de pasos por años de servicios, ni aumentos salarial por leyes extraordinarias firmadas por el Primer Ejecutivo.

Cuarto: Que se me otorque el rango de Sargento al cual tengo derecho, de acuerdo a las expresiones del Sr. Superintendente José L. Calderón López en unos de los periódicos y rotativos del país, de lo cual adjunto copia a esta petición. (Vea anexo).

Quinto: Consiente del derecho que me asiste, solicitó responsablemente se revise el salario o escala salarial con la cual se me pensionó. Entiendo que no corresponde con el tope salarial que en ley corresponde a mi posición y años de servicios de acuerdo a la escala salarial ajustada.

continua

Muy respetuosamente someto ante su consideración esta justa reclamación, esperando se me haga justicia. Pues despues de 30 (treinta) años de servicio con esmero y excelencia, no imagine que mi retiro provocaria en mi este estado de ansiedad, trauma mental y hasta desajustes emocionales; que me está provocando.

Sin nada más dejo esto a su pronto intervención y que se me haga saber por escrito cualquier acción que se determine en esta solicitud.

Gracias

Atentamente,

Zoila Pabón Vázquez
Placa: 11534

CC:
Sr. Sup. Jose caldero López
Lcdo: Ednis Caban



3 de junio de 2013

## ADDENDUM

### CARTA NORMATIVA ESPECIAL NÚM. 2013-01

SEÑORE(A)S SECRETARIO(A)S DE GOBIERNO, JEFE(A)S DE AGENCIAS Y DEPENDENCIAS, CORPORACIONES E INSTRUMENTALIDADES PÚBLICAS Y SEÑORE(A)S ALCALDES(AS) Y DIRECTORE(A)S DE OFICINAS DE RECURSOS HUMANOS

Estimado(a)s Señore(a)s:

El 3 de mayo de 2013 promulgamos la Carta Normativa Especial Núm. 2013-01 sobre la interpretación de la Ley Núm. 3-2013. Se hace necesario que enmendemos dicha Carta Normativa Especial a los fines de aclarar ciertas disposiciones sobre el trato que dará Retiro a las personas que tienen derecho a una pensión con reducción actuarial, y la preservación de ciertos beneficios a los pensionados de nuestro Sistema que reingresan al servicio activo.

Se enmienda el Art. III- Beneficios Adquiridos, de la Carta Normativa Especial Núm. 2013-01, a los fines de añadir un nuevo inciso F. que leerá como sigue:

> "**F. Pensión con reducción actuarial.** Aquellos participantes que al 30 de junio de 2013, tienen derecho a recibir una pensión con reducción actuarial y permanecen en servicio activo, tendrán derecho a recibir la pensión en cualquier momento que la soliciten.
>
> Si solicitan su pensión antes de cumplir los 58 años de edad, a la misma se hará la reducción actuarial que corresponda. Sin embargo, si solicitan la pensión luego de cumplir cincuenta y ocho (58) años de edad, la misma no tendrá reducción actuarial."

Se enmienda el Art. VIII - Pensionados que reingresan al servicio, de la Carta Normativa Especial Núm. 2013-01, a los fines de añadir un nuevo inciso C. que leerá como sigue:

> "**C. Bono de Medicamentos, Aguinaldo de Navidad y aportación para compra de un plan médico.** Todo participante que se pensionó en o

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 1/2, San Juan, P.R. 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov

Carta Normativa Especial Núm. 2013-01
3 de junio de 2013
Página 2


RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

antes del 30 de junio de 2013, y se reintegra o se mantiene en el servicio público luego del 1ro de julio de 2013, conservará el derecho a recibir el Bono de Medicamentos, Aguinaldo de Navidad y aportación para compra de un plan médico.

Una vez se separe del servicio y se reactive su pensión, continuará recibiendo Bono de Medicamentos, Aguinaldo de Navidad y aportación para compra de un plan médico, según dispone la Ley Núm. 3 - 2013."

## IV. VIGENCIA

Las disposiciones de este Addendum tendrán vigencia retroactiva a partir de la promulgación de la Carta Normativa Especial Núm. 2013-01, del 3 de mayo de 2013.

Para información adicional, pueden comunicarse con el Centro de Contacto de Retiro: Área Metro al (787) 777-1500, extensión 1400 o a través de la siguiente dirección de correo electrónico: coordinadoresasuntosretiro@retiro.pr.gov.

Le exhortamos a visitar nuestra página de Internet: www.retiro.pr.gov, para ésta y cualquier otra información de interés relacionada con su Sistema de Retiro.

Atentamente,

Lic. Héctor M. Mayol Kauffmann
Administrador

c. Coordinador Agencial para Asuntos de Retiro
   Coordinador Auxiliar




ESTADO LIBRE ASOCIADO DE PUERTO RICO

# CERTIFICACIÓN

Certifico que el Sr. **Zoilo Pabón Vázquez**, seguro social XXX-XX-**7242**, fue empleado de la Policía de Puerto Rico, ocupó un puesto de **Agente** con número de placa asignada **11534**.

Ingresó el **16 de julio de 1983** a la Agencia y renunció el **15 de octubre de 2014**, para acogerse a los beneficios de pensión por años de servicio de la Administración de los Sistemas de Retiro.

Esta información fue corroborada por el **Sistema de Nómina de la Policía de Puerto Rico**.

Dada hoy 15 de octubre de 2014, en San Juan, Puerto Rico.

Yomarys Ortiz González
Auxiliar en Sistema Oficina II
Sección Servicios al Empleado
División de Nombramientos y Cambios



Oficina Comandante Área Bayamón
DRPN-CB-7-2-399
6 de marzo de 2013

Cor. Gregorio Merced Vázquez  1-0064
Director Región Policiaca Norte

Tnte. Cor. Henry Escalera Rivera 2-10562
Comandante Interino Área Bayamón

### RENUNCIA POR AÑOS DE SERVICIO DEL AGENTE ZOILO PABÓN VÁZQUEZ PLACA 11534 ADSCRITO A LA DIVISIÓN DE TRANSPORTACIÓN

Se relaciona con la comunicación DRPN-CB-7-T-1-99 del 6 de marzo de 2013, suscrita por el Sgto. José A. Santana Santana 8-16677, Director de la División de Transportación y Grúas Área Bayamón, sobre la renuncia presentada por años de servicio del Agente de referencia en el asunto.

La misma será efectiva el 15 de junio de 2013.

Se recomienda la misma y se solicita se le conceda el Rango de Sargento según establece el Reglamento de la Agencia para estos casos.

Adjunto documentos relacionados.

 

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## SOLICITUD RENUNCIA POR CONCEPTO DE AÑOS DE SERVICIO

DRPN-CB-7-T-1-99  6 de marzo de 2013

Referido al Tnte.Cor. Henry Escalera Rivera 2-10562  Director Interino Área Bayamón.

Relacionado con el asunto le refiero al Agte. Zoilo Pabón Vázquez 11534 adscrito a la División de Transportación y Grúas del área Bayamón el cual presenta su renuncia por años de servicios efectiva el 15 de junio de 2013.

Recomiendo se le conceda el rango a sargento de acuerdo con lo establecido en el artículo 13.1 del Reglamento de Personal de la Policía de Puerto Rico.

Recomiendo favorablemente su renuncia para la fecha antes mencionada según lo establece la ley. Para su conocimiento y acción correspondiente.

Sgto. José A. Santana Santana 8-16677
Director
División de Transportación y Grúas
Área Bayamón

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022


U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 20 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/20/2018
Proof of Claim No.: 85898

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

ZOILO PABON VAZQUEZ
RR 8 BOX 9254
BAYAMON, PR 00739

988654