Zoilo Pabón

RECEIVED & FILED
2021 SEP 29 PM 1:11
CLERK'S OFFICE

27 Septiembre 2021.

Al Honorable Tribunal:

Me dirijo al Honorable Tribunal muy respetuosamente para solicitar una consideración a fin de examinar el por qué no se ha cumplido con el pago:

1- El caso del "Romeraso-Policia de P.R." Civil Núm: K AC 1992-1702, (vea adjunto certificación fechada el 9 de Agosto de 2017) Caso Civil Emir Rivera Correa y otros vs. Ismael Betancourt, Sup. de la Policia de P.R. Luego de informar no tenían cantidad alguna a mi nombre como deuda a pagar; la certificación de referencia admite la deuda y no ha cumplido con la liquidación de la misma.

2- Adjunto también evidencia y certificaciones de negligencia al no poder saber y hacer un ajuste salarial que afecto mi pensión a la hora de mi retiro. Como consecuencia se me deter-

Honorable Tribunal

-mino una pensión menor a la que me corresponde.

3- Se me denegó solicitud de asenso al Rango de Sargento aplicando mi retiro bajo una ley 3, la cual no me aplica pues tuve 30 años de servicio bajo la ley 447, factor que afectó mi retiro de modo que economicamente me vi afectado.

Por tal motivo solicito a este Honorable tribunal se reconsidere el pago que me corresponde del Caso antes citado y la certificación que evidencia la deuda, asi lo demuestra. También solicito al Honorable Tribunal, basado en la evidencia; que se haga un ajuste salarial conforme a derecho bajo la ley 447 y no la ley 3 que no corresponde en mi caso.

Respetuosamente

Zoila Pabon