ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN-SUPERIOR

RIVERA CORREA, EMIR Y OTROS
       DEMANDANTE

           VS.

BETANCOURT LEBRON, ISMAEL
       DEMANDADO

CASO NÚM. K AC1992-1702
SALÓN NÚM. 0901

SOBRE:
SENTENCIA DECLARATORIA

A:  PABON VAZQUEZ, ZOILO*

    URB BRISAS DEL PLATA #15
    DORADO PR 00646

N O T I F I C A C I Ó N

LIC. APONTE DE AVILES INA R
COND FIRST FEDERAL
1056 AVE MU\OZ RIVERA STE 601
SAN JUAN PR 00927

LIC. ARESTI FRANCESCHINI ALBERTO
albertoaresti@yahoo.com

LIC. DIAZ LUGO MANUEL
mfdl1956@gmail.com divisionlaboral@justicia.pr.gov

LIC. MALDONADO MEDINA MAXIMINO
maxmaldo1@gmail.com maxmaldo1@gmail.com

EDWIN GARCIA DIAZ
URB APRIL GARDENS
2 J-26 CALLE 28
LAS PIEDRAS PR 00771

IRIZARRY SIERRA HIRAM
BO MAGINAS
162 CALLE ORQUÍDEA
SABANA GRANDE PR 00637

ORTIZ APONTE HILDA
BO CAÑABON BQ75
HC3 BOX 7116
BARRANQUITAS PR 00794

ORTIZ RODRIGUEZ SANTOS JORGE
BO MONTE GRANDE
BUZON 11236
CABO ROJO PR 00623



PABON VAZQUEZ, ZOILO
15 CALLE BRISAS DEL PLATA
DORADO PR 00646

PORRATA MANUEL L (COMISIONADO ESPECIAL)
898 AVE MUÑOZ RIVERA
SUITE 201
SAN JUAN PR 00927

SRA ELFRIDA REYES CONTES
PARCELA PUNTA PALMA
BUZON 94-A
BARCELONETA PR 00617

SRA. CARMEN MORA, CPA
PO BOX 367135
SAN JUAN, PR 00936-7135

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN
MOCIÓN: CUMPLIMIENTO DE ORDEN
ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 15 DE FEBRERO DE 2018.

　　　　SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

　　　　SE REFIERE A LA UNIDAD DE CUENTAS PAR EVALUACION.


　　　　　　　　　　　　　　　　　　　FDO.REBECCA DE LEON RIOS
　　　　　　　　　　　　　　　　　　　　　　　JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A
ESTA　　　ORDEN　　　　　, USTED PUEDE　PRESENTAR UN RECURSO DE APELACIÓN,
REVISIÓN O  CERTIORARI, DE  CONFORMIDAD  CON EL  PROCEDIMIENTO Y  EN EL TÉRMINO
ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA
Y ARCHIVADA HOY 20 DE FEBRERO DE 2018 ,Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN
A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME
A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA
NOTIFICACIÓN.

EN SAN JUAN, PUERTO RICO, A 20 DE FEBRERO DE 2018.


　　　　GRISELDA RODRIGUEZ COLLADO　　　　　Por:f/VIRGEN DEL VALLE DIAZ
----------------------------------------　----------------------------------------
　　　　　　NOMBRE DEL (DE LA)　　　　　　　　　NOMBRE Y FIRMA DEL (DE LA)
　　　　SECRETARIO(A) REGIONAL　　　　　SECRETARIO(A) AUXILIAR DEL TRIBUNAL


OAT1812-Formulario Único de Notificación-Sentencias,Resoluciones,Órdenes y Minutas
(Noviembre 2016)

**Law Offices of**

# WILLIAM J. RIEFKOHL

**2nd. Floor, Suite 204**
**Union Plaza Building**
**416 Ponce de Leon Avenue**
**Hato Rey, Puerto Rico 00918**
**Tel. 763-4736**

84-85

(Romerazo)

(Segunda)

*Segunda List*
*# 88*

# C O N T R A T O

NOMBRE: *Zoilo Pabón Vázquez*

PLACA # *11534*          FECHA INGRESO POLICIA: *16-Julio-1983*

SEGURO SOCIAL #                *7242*

FECHA: *6/20/96*

1. Esta reclamación se basa en la Ley Núm.. 12, aprobada el 16 de septiembre 1983 y conforme a lo dispuesto en las Leyes Núm.. 83, 1983, Núm. 12, 1982, Núm. 58, 1978 y Núm. 26, 1974, y cualquier otra que se considere aplicable.

2. Nombro al Lic. William J. Riefkohl mi representante legal en la reclamación de cualquier aumento a que yo tenga derecho por mis servicios prestados en la Policía de Puerto Rico.

3. Convengo en pagar al Lic. Riefkohl $20.00 al aceptar mi caso y un 20% de la cantidad total que recobre para mí. Autorizo al Tribunal Sentenciador, al funcionario o a la agencia adjudicativa correspondiente que del total de la cantidad que se me adjudique pague directamente al Lic. Riefkohl dicho 20%.

FIRMA:

DIRECCIÓN: *Calle Brisas del Plata*
*#15 Dorado P.R. 00646*

*Paid $20.00*
*6/20/96*
*Pabón Vels*

Teléfono Residencial: *796-0530*

Teléfono Trabajo: *782-3944*

Al presente estoy:

    a.  Activo con el rango de *Guardia*

    b.  Pensionado desde la fecha _____

NOMBRE, DIRECCIÓN Y TELÉFONO DE UN FAMILIAR O ALLEGADO CERCANO:

*Jesus M. Pabón Vázquez*
*Calle Guajana K-13 Villa Kennedy*
*S.S.T. Bzja 261-2373*

*88*

**OFICINA DEL GOBERNADOR**

LA FORTALEZA

SAN JUAN, PUERTO RICO 00901



30 de marzo de 1984

Estimado Servidor Público de Carrera:

Nuevamente me dirijo a ti para hacerte saber nuestra satisfacción porque en abril habremos completado el primer paso hacia el logro de una medida de justicia que enmarca la reforma salarial para los empleados del sector público.

La revisión de sueldos para los empleados públicos y la implantación de las nuevas escalas salariales, surgen como resultado de un estudio realizado sobre bases científicas que le ordené a la Oficina Central de Administración de Personal, cuya primera etapa está contenida en la Ley Núm. 84 que firmé el 4 de junio de 1983.

Para viabilizar la adopción del Plan Integral de Retribución, a tono con nuestra realidad fiscal, ha sido necesario implantar el mismo en tres etapas.  La primera de estas etapas entrará en vigor el 1ro de abril de 1984, cuando recibirás un aumento que fluctúa entre un mínimo de $55 y un máximo de $150 mensuales, dependiendo de la categoría y de tu clasificación y pasos en la escala que te corresponda.  Cuando me dirigí a ti en abril del año pasado te expliqué en detalle la situación particular de tu categoría y te indiqué, además, sobre el adelanto del aumento de la escala que comenzaste a recibir a partir del 1ro de octubre de 1983.

Todavía nos resta por poner en vigor la segunda y tercera etapa del Plan Integral de Retribución para lograr la equidad entre los salarios y beneficios de los empleados en el gobierno central con los de los empleados de otras instrumentalidades y corporaciones públicas, así como con los de la empresa privada.  Esta acción es indispensable para lograr atraer y retener en el servicio público el personal mejor cualificado.  Para lograr ese objetivo me propongo continuar buscando fuentes alternas de ingreso para el

25 de marzo de 1984

gobierno y proveer, además, alivios contributivos adicionales que
disminuyan la carga contributiva de los empleados asalariados.
No tengo la menor duda que para 1986 ó 1987 tendremos las tres
etapas de la revisión de escalas y salarios totalmente implantadas.
En la segunda etapa el aumento fluctuará dentro de un mínimo de
$53 a un máximo de $190 mensuales y la tercera etapa entre un
mínimo de $59 y un máximo de $210 mensuales.

Aprovecho la oportunidad para expresarte mi agradecimiento personal
por tu contribución en el desempeño de tus funciones hacia el logro
de una de nuestras más preciadas metas, elevar cada día la excelencia
y calidad en el servicio público. - Espero continuar contando con tu
apoyo.

Cordialmente,

Carlos Romero Barceló

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

EMIR RIVERA CORREA Y OTROS
PARTE DEMANDANTE

VS.

ISMAEL BETANCOURT LEBRÓN,
SUPERINTENDENTE DE LA POLICÍA Y
EL ESTADO LIBRE ASOCIADO DE
PUERTO RICO
PARTE DEMANDADA

CIVIL NÚM.  K AC1992-1702
SALA   (901)

SOBRE:

SENTENCIA DECLARATORIA

## ORDEN

En cuanto a la <u>Moción de Retiro de Fondos</u> presentada por el Sr. Zoilo Pabón Vázquez, por derecho propio, este Tribunal dictó la orden que se transcribe a continuación:

Para determinar si es beneficiario de alguna suma de los fondos consignados, deberá recurrir a la División de Recursos Humanos de la Policía para que certifiquen si el peticionario se benefició del aumento de sueldo. Además, deberá presentar la nómina con las retenciones pertinentes para evaluar si procede el retiro de fondos solicitado.

**Notifíquese.**

En San Juan, Puerto Rico, a 8 de mayo de 2017.

REBECCA DE LEÓN RÍOS
JUEZA SUPERIOR

ORD2017

Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE <u>SAN JUAN</u>**

_Emir Rivera Correa y otros_  Civil Núm. _KAC 92-1702_

_____
**demandante**

SALA _(901)_

**Vs.**

_Ismael Betancourt Lebrón_

_____
**demandado**

## MOCION DE RETIRO DE FONDOS

**AL HONORABLE TRIBUNAL:**

Comparece, _Zoilo Pabón Vázquez_ _____
por derecho propio y muy respetuosamente **EXPONE, ALEGA** y **SOLICITA**:

_Retirar fondos retenido a mi Nombre._

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**RESPETUOSAMENTE SOMETIDO** en SAN JUAN, PUERTO RICO a __/__ de
_Mayo_ _____ de _2017_.

Firma

_Calle Brisas del Plata_
_#15 Dorado, P.R. 00646_
Dirección

_787-206-4451_
Teléfono

Certifico haber enviado copia de este documento a:
Nombre: _____
Dirección: _____
_____
Teléfono: _____

## J U R A M E N T O

Yo, _Zoilo Pabón Vázquez_ mayor de edad, estado civil _Soltero_

vecino (a) de _Dorado_ bajo juramento Declaro:

1. Que mi nombre y demás circunstancias son las antes expresadas.

2. Que soy el (la) peticionario (a) en esta Solicitud de Retiro de Fondos.

3. Que todo lo alegado en el presente escrito es cierto, lo cual me consta de propio y personal conocimiento.

Y para que así conste, firmo la presente en SAN JUAN, PUERTO RICO a _1_ de

_Mayo_ de 20_17_.

_____
PETICIONARIO (A)

Jurado y suscrito ante mí por _Zoilo Pabón Vázquez_ de las

circunstancias personales antes expresadas, a quien he identificado mediante

_T. Elec._ número _2986795_.

En SAN JUAN, PUERTO RICO a _1ro_ de _mayo_ de 20_17_.

**GRISELDA RODRIGUEZ COLLADO**

_____
SECRETARIA REGIONAL

_Maria E. Rivera Rivera_
_Secretaria Servicios a Sala_

SECRETARIO AUXILIAR DEL TRIBUNAL

K044

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

EMIR RIVERA CORREA Y OTROS
PARTE DEMANDANTE

VS.

ISMAEL BETANCOURT LEBRÓN,
SUPERINTENDENTE DE LA POLICÍA Y
EL ESTADO LIBRE ASOCIADO DE
PUERTO RICO
PARTE DEMANDADA

CIVIL NÚM.  K AC1992-1702
SALA   (901)

SOBRE:

SENTENCIA DECLARATORIA

## ORDEN

*En cuanto a la* <u>*Comparecencia Especial...*</u> *presentada por el Sr. Pedro Ramos López, Auxiliar Contabilidad de la Unidad de Cuentas, este Tribunal dictó la orden que se transcribe a continuación:*

Vista la Comparecencia Especial de la Unidad de Cuentas de 26 de febrero de 2018, se declara No Ha Lugar la solicitud de retiro de fondos.

Conforme la revisión del expediente realizado por la Unidad de Cuentas, no hay evidencia de que la Policía consignara fondos a favor del Sr. Zoilo Pabón Vázquez, ni aparece en las nóminas.

**Notifíquese.**

En San Juan, Puerto Rico, a 27 de febrero de 2018.

*REBECCA DE LEÓN RÍOS*
*JUEZA SUPERIOR*

ORD2018 __ __ __ __ __ __ __

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

EMIR RIVERA CORREA Y OTROS
PARTE DEMANDANTE

CIVIL NÚM.  K AC1992-1702
SALA   (901)

VS.

SOBRE:



GOBIERNO DE PUERTO RICO

POLICIA

SASG-NAF-DN-18-055

CIVIL NUM.: K AC1992-1702
EMIR RIVERA CORREA Y OTROS VS.
ISMAEL BETANCOURT LEBRON, SUPERINTENDENTE
DE LA POLICIA Y EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

# C E R T I F I C A C I O N

De acuerdo con la información contenida en el sistema de nómina *Automatic Data Processing (ADP)*, certificamos que se procesó un pago por liquidación de licencias el 12 de junio de 2015, a favor del **Sr. Zoilo Pabón Vázquez, Placa 11534, Retirado por Renuncia Pensión el 15 de octubre de 2014**. La información sobre las cantidades brutas pagadas por concepto es la siguiente:

- Ajuste de Salarios: $275.50
- Liquidación Enfermedad: $4,661.00
- Liquidación Vacaciones: $9,231.81

Certificamos, además, que en la Petición de Fondos de Deudas por Años Anteriores, se encuentra la cantidad bruta pendiente para pagar a favor del señor Pabón Vázquez, por el concepto de Ajuste de Salarios por la cantidad aproximada de $16,000.00. El mencionado concepto está basado en las transacciones de personal (tales como aumentos de salarios, pasos por años de servicio, pasos por mérito, entre otros) otorgadas a los empleados de la agencia y que no fueron pagadas al momento de la transacción.

Se emite la presente certificación, en cumplimiento con la *Orden del 8 de mayo de 2017, emitida por la Hon. Rebecca De León Ríos, Jueza Superio, del Tribunal de Primera Instancia, Sala Superior de San Juan.*

Dada hoy, 9 de agosto de 2017, en San Juan, Puerto Rico.

Certificada por:

Maritza Alvarado Rivera
Directora
División de Nómina

GOBIERNO DE PUERTO RICO

# POLICIA DE PUERTO RICO

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O  BOX 70166
SAN JUAN , P.R. 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

*NRH-2-2-17-317*



*3 de junio de 1999*

*1er piso.*

*Sr. Francisco J. Morfi*
*Director, División*
*Servicios al Empleado*

*Pablo Rodríguez Guzmán*
*Director, Negociado*
*Recursos Humanos*

*Gladys Velázquez Serrano*
*Directora, División*
*Nombramientos y Cambios*

## CASO DEL AGENTE ZOILO PABON VAZQUEZ

*Se realizó una evaluación del expediente de pago del Agente Zoilo Pabón Vázquez,*
*placa 11534 y se determinó que adeuda dinero a la Agencia durante unos  períodos*
*de tiempo. Además la Agencia le adeuda dinero desde el 16 de julio de 1992 hasta el*
*15 de julio de 1997  y desde el 16 de julio de 1998 hasta el presente por concepto del*
*paso por año de servicio efectivo el 16 de julio de 1992, 16 de julio de 1993 y  el*
*aumento de la Ley Núm. 89  que le correspondía efectivo el 16 de julio de 1993 y 16*
*de julio de 1998.*

*Se incluye la evaluación y la hoja de cálculo para que procedan con los trámites*
*correspondientes.*

*esta pendiente a que se le*
*asignen fondos para poder pagarlos.*
*Documento Núm*
*2242*

**NEGOCIADO DE RECURSOS HUMANOS**
**SERVILE ES NUESTRO COMPROMISO"**

jac/art

1884 14

2 2 JUN 1999

GOBIERNO DE PUERTO RICO

## POLICIA DE PUERTO RICO

DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN , P.R. 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

*NRH-2-2-17-316*

*3 de junio de 1999*

*Sr. Zoilo Pabón Vázquez*
*Agente Número 11534*
*P/C Comandante*
*Area de San Juan*

*Estimado señor Pabón Vázquez:*

*Se realizó una evaluación de su expediente de pago y se determinó que adeuda dinero a la Agencia durante unos periodos de tiempo. Además la Agencia le adeuda dinero desde el 16 de julio de 1992 hasta el 15 de julio de 1997 y desde el 16 de julio de 1998 hasta el presente por concepto del paso por año de servicio efectivo el 16 de julio de de 1992, 16 de julio de 1993 y el aumento de la Ley Núm. 89 que le correspondía efectivo el 16 de julio de 1993 y 16 de julio de 1998.*

*Actualmente le corresponde recibir una retribución mensual de $1,638.00. Continuará recibiendo los $55.00 de compensación complementaria por dificultad de reclutamiento y retención, concedidos el 1 de julio de 1991.*

*Hemos enviado su caso a la División de Nóminas para que ajusten correctamente su retribución mensual. Además su caso fue referido a la División de Servicios al Empleado para la deuda de años anteriores.*

*Cordialmente,*

*Pablo Rodríguez Guzmán*
*Director, Negociado*
*Recursos Humanos*

*"NEGOCIADO DE RECURSOS HUMANOS*
*SERVIRLE ES NUESTRO COMPROMISO"*



1 de octubre de 2012

Zoilo Pabón Vázquez
Placa Número 11534
Región – Bayamón
Transp y Grúas Bayamón

Estimado Agente Pabón Vázquez:

Según solicitado en el "Formulario de Reclamación-Revisión Salarial", la Policía de Puerto Rico realizó una re-evaluación de su expediente con el fin de revisar el cómputo relacionado al ajuste de salario correspondiente al 30 de junio de 2011.  La evaluación efectuada se realizó aplicando todas las Leyes y Reglamentos correspondientes.[1]

Conforme a nuestra evaluación, su reclamación resultó favorable, su retribución mensual será de $3,019.00, $0.00 de pago suplementario y $55.00 de compensación complementaria por dificultad de reclutamiento y retención.  Además, esta retribución mensual incluye los $100.00 según el Boletín Administrativo OE-2011-57 "Orden Ejecutiva del Gobernador de Puerto Rico para hacer efectivo un aumento salarial de cien dólares ($100.00) a todos los miembros de la Policía de Puerto Rico".

Según la evaluación realizada, el ajuste en retribución obedece a que le estamos adjudicando lo siguiente:

| Paso por año de servicio | 2004 | 2005 |
|---|---|---|
| Paso por año de servicio | 2006 | 2008 |

Usted recibirá este ajuste salarial en  la nómina del 30 de octubre de 2012 y la misma incluirá el pago retroactivo de su retribución mensual al 1 de enero de 2012.  Cabe aclarar que el ajuste de $100 del Boletín Administrativo OE-2011-57 no conlleva impacto retroactivo debido a que el pago de éste fue efectivo al 1 de enero de 2012.  Si usted está actualmente en licencia sin sueldo, este ajuste salarial será efectivo al momento de su reincorporación al servicio.

De no estar de acuerdo con la decisión tomada, puede recurrir a la Comisión Apelativa del Servicio Público (CASP), P. O. Box 41149, San Juan, Puerto Rico 00940-1149, dentro del término de treinta (30) días calendarios a partir de la notificación de la revisión administrativa de nuestra Agencia.

Cordialmente,

Héctor M. Pesquera
Superintendente

---

[1] Véase el Anejo A para un detalle de las leyes que fueron consideradas como parte de este trabajo, según aplicable.



Estado Libre Asociado de Puerto Rico
**Departamento de Hacienda**
San Juan, Puerto Rico
**Correspondencia y Conservación de Documentos Públicos**

CERTIFICO, que de acuerdo a nuestros expedientes el

**SR. ZOILO PABON VAZQUEZ**
**RR – 8 BOX 9254**
**BAYAMON, P R  00956**

trabajó en la Policía de Puerto Rico durante los siguientes períodos:

## POLICIA DE PUERTO RICO

| **Períodos** | **1983-84** | **Sueldo** | **Retiro** | **ELA Ahorro** |
|---|---|---|---|---|
| 1 al 31 de enero | | 590.00 | 41.30 | 17.70 |
| 1 al 28 de febrero | | 590.00 | 41.30 | 17.70 |
| 1 al 31 de marzo | | 825.48 | 57.78 | 26.76 |
| 1 al 30 de abril | | 720.00 | 50.40 | 21.60 |
| 1 al 15 de mayo | | 720.00 | 50.40 | 21.60 |
| 1 al 30 de junio | | 720.00 | 50.40 | 21.60 |

*Adeudado* **1984-85** *Aumento $30.00 mensuales (1984)*

| | | | | |
|---|---|---|---|---|
| 1 al 31 de julio | | 735.00 | 51.45 | 22.05 |
| 1 al 31 de agosto | | 735.00 | 51.45 | 22.05 |
| 1 al 30 de septiembre | | 735.00 | 51.45 | 22.05 |
| 1 al 31 de octubre | | 735.00 | 51.45 | 22.05 |
| 1 al 30 de noviembre | | 735.00 | 51.45 | 22.05 |
| 1 al 31 de diciembre | | 735.00 | 51.45 | 22.05 |
| 1 al 31 de enero | | 735.00 | 51.45 | 22.05 |
| 1 al 28 de febrero | | 735.00 | 51.45 | 22.05 |
| 1 al 31 de marzo | | 735.00 | 51.45 | 22.05 |
| 1 al 30 de abril | | 735.00 | 51.45 | 22.05 |
| 1 al 15 de mayo | | 735.00 | 51.45 | 22.05 |
| 1 al 30 de junio | | 735.00 | 51.45 | 22.05 |

**SR. ZOILO PABON VAZQUEZ**
26 de enero de 2016
Página 2

### POLICIA DE PUERTO RICO

| Períodos | 1985-86 | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|---|
| 1 al 31 de julio | | 750.00 | 52.50 | 22.50 |
| 1 al 31 de agosto | | 750.00 | 52.50 | 22.50 |
| 1 al 30 de septiembre | | 750.00 | 52.50 | 22.50 |
| 1 al 31 de octubre | | 750.00 | 52.50 | 22.50 |
| 1 al 30 de noviembre | | 750.00 | 52.50 | 22.50 |
| 1 al 31 de diciembre | | 874.80 | 61.24 | 26.24 |
| 1 al 31 de enero | | 782.00 | 54.74 | 23.46 |
| 1 al 28 de febrero | | 782.00 | 54.74 | 23.46 |
| 1 al 31 de marzo | | 782.00 | 54.74 | 23.46 |
| 1 al 30 de abril | | 782.00 | 54.74 | 23.46 |
| 1 al 31 de mayo | | 782.00 | 54.74 | 23.46 |
| 1 al 30 de junio | | 782.00 | 54.74 | 23.46 |

**1986-87**   *$55.00 Mensuales (1986)*

| | | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|---|
| 1 al 31 de julio | | 790.00 | 55.32 | 23.71 |
| 1 al 31 de agosto | | 798.00 | 55.86 | 23.94 |
| 1 al 30 de septiembre | | 798.00 | 55.86 | 23.94 |
| 1 al 31 de octubre | | 798.00 | 55.86 | 23.94 |
| 1 al 30 de noviembre | | 853.00 | 59.71 | 25.59 |
| 1 al 31 de diciembre | | 853.00 | 59.71 | 25.59 |
| 1 al 31 de enero | | 853.00 | 59.71 | 25.59 |
| 1 al 28 de febrero | | 853.00 | 59.71 | 25.59 |
| 1 al 31 de marzo | | 853.00 | 59.71 | 25.59 |
| 1 al 30 de abril | | 853.00 | 59.71 | 25.59 |
| 1 al 31 de mayo | | 853.00 | 59.71 | 25.59 |
| 1 al 30 de junio | | 853.00 | 59.71 | 25.59 |

**1987-88**   *$70.00 mensuales (1988)*

| | | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|---|
| 1 al 31 de julio | | 861.77 | 60.32 | 25.85 |
| 1 al 31 de agosto | | 870.00 | 60.90 | 26.10 |
| 1 al 30 de septiembre | | 870.00 | 60.90 | 26.10 |
| 1 al 31 de octubre | | 870.00 | 60.90 | 26.10 |
| 1 al 30 de noviembre | | 870.00 | 60.90 | 26.10 |
| 1 al 31 de diciembre | | 870.00 | 60.90 | 26.10 |

**SR. ZOILO PABON VAZQUEZ**
26 de enero de 2016
Página 3

## POLICIA DE PUERTO RICO

| Períodos | 1987-88 | Sueldo | Retiro | ELA Ahorro | Dif. |
|---|---|---|---|---|---|
| 1 al 31 de enero | | 870.00 | 60.90 | 26.10 | |
| 1 al 28 de febrero | | 870.00 | 60.90 | 26.10 | |
| 1 al 31 de marzo | | 870.00 | 60.90 | 26.10 | |
| 1 al 30 de abril | | 910.00 | 63.70 | 27.30 | |
| 1 al 31 de mayo | | 910.00 | 63.70 | 27.30 | |
| 1 al 30 de junio | | 910.00 | 63.70 | 27.30 | |
| | **1988-89** | | | | |
| 1 al 31 de julio | | 919.29 | 64.35 | 27.57 | |
| 1 al 31 de agosto | | 928.00 | 64.96 | 27.84 | |
| 1 al 30 de septiembre | | 928.00 | 64.96 | 27.84 | |
| 1 al 31 de octubre | | 928.00 | 64.96 | 27.84 | |
| 1 al 30 de noviembre | | 928.00 | 64.96 | 27.84 | |
| 1 al 31 de diciembre | | 928.00 | 64.96 | 27.84 | |
| 1 al 31 de enero | | 928.00 | 64.96 | 27.84 | |
| 1 al 28 de febrero | | 928.00 | 64.96 | 27.84 | |
| 1 al 31 de marzo | | 928.00 | 64.96 | 27.84 | |
| 1 al 30 de abril | | 928.00 | 64.96 | 27.84 | |
| 1 al 31 de mayo | | 928.00 | 64.96 | 27.84 | |
| 1 al 30 de junio | | 928.00 | 64.96 | 27.84 | |
| | **1989-90** | $50.00 Mensuales (1990) | | | |
| 1 al 31 de julio | | 930.00 | 65.10 | 27.90 | |
| 1 al 31 de agosto | | 946.00 | 66.22 | 28.38 | |
| 1 al 30 de septiembre | | 930.00 | 66.22 | 27.90 | 78.52 |
| 1 al 31 de octubre | | 930.00 | 65.10 | 27.90 | |
| 1 al 30 de noviembre | | 930.00 | 65.10 | 27.90 | |
| 1 al 31 de diciembre | | 930.00 | 65.10 | 27.90 | |
| 1 al 31 de enero | | 930.00 | 65.10 | 27.90 | |
| 1 al 28 de febrero | | 930.00 | 65.10 | 27.90 | |
| 1 al 31 de marzo | | 930.00 | 65.10 | 27.90 | |
| 1 al 30 de abril | | 930.00 | 65.10 | 27.90 | |
| 1 al 31 de mayo | | 930.00 | 65.10 | 27.90 | |
| 1 al 30 de junio | | 930.00 | 65.10 | 27.90 | |

**SR. ZOILO PABON VAZQUEZ**
26 de enero de 2016
Página 4

### POLICIA DE PUERTO RICO

| Períodos | 1990-91 | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|---|

$55.00 mensuales (1991) Pagaderos a parte.

| | | | | |
|---|---|---|---|---|
| 1 al 31 de julio | | 980.00 | 81.10 | 29.40 |
| 1 al 31 de agosto | | 1,010.82 | 83.60 | 30.31 |
| 1 al 30 de septiembre | | 1,000.00 | 82.75 | 30.00 |
| 1 al 31 de octubre | | 1,000.00 | 82.75 | 30.00 |
| 1 al 30 de noviembre | | 1,000.00 | 82.75 | 30.00 |
| 1 al 31 de diciembre | | 1,000.00 | 82.75 | 30.00 |
| 1 al 31 de enero | | 1,000.00 | 82.75 | 30.00 |
| 1 al 28 de febrero | | 1,000.00 | 82.75 | 30.00 |
| 1 al 31 de marzo | | 1,000.00 | 82.75 | 30.00 |
| 1 al 30 de abril | | 1,000.00 | 82.75 | 30.00 |
| 1 al 31 de mayo | | 1,000.00 | 82.75 | 30.00 |
| 1 al 30 de junio | | 1,000.00 | 82.75 | 30.00 . |

| | 1991-92 | | | |
|---|---|---|---|---|
| 1 al 31 de julio | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de agosto | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de septiembre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de octubre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de noviembre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de diciembre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de enero | | 1,020.00 | 84.41 | .30.60 |
| 1 al 28 de febrero | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de marzo | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de abril | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de mayo | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de junio | | 1,020.00 | 84.41 | 30.60 , |

| | 1992-93 | | | |
|---|---|---|---|---|

$100.00 mensuales (1993)

| | | | | |
|---|---|---|---|---|
| 1 al 31 de julio | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de agosto | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de septiembre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de octubre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de noviembre | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de diciembre | | 1,020.00 | 84.41 | 30.60 , |

SR. ZOILO PABON VAZQUEZ
26 de enero de 2016
Página 5

### POLICIA DE PUERTO RICO

| Períodos | 1992-93 | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|---|
| 1 al 31 de enero | | 1,020.00 | 84.41 | 30.60 |
| 1 al 28 de febrero | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de marzo | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de abril | | 1,020.00 | 84.41 | 30.60 |
| 1 al 31 de mayo | | 1,020.00 | 84.41 | 30.60 |
| 1 al 30 de junio | | 1,020.00 | 84.41 | 30.60 |

**1993-94**  $ ___ mensuales (1993)

| Períodos | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|
| 1 al 31 de julio | 1,220.00 | 100.96 | 36.60 |
| 1 al 31 de agosto | 1,220.00 | 100.96 | 36.60 |
| 1 al 30 de septiembre | 1,220.00 | 100.96 | 36.60 |
| 1 al 31 de octubre | 1,241.00 | 102.69 | 37.23 |
| 1 al 30 de noviembre | 1,241.00 | 102.69 | 37.23 |
| 1 al 31 de diciembre | 1,241.00 | 102.69 | 37.23 |
| 1 al 31 de enero | 1,241.00 | 102.69 | 37.23 |
| 1 al 28 de febrero | 1,241.00 | 102.69 | 37.23 |
| 1 al 31 de marzo | 1,241.00 | 102.69 | 37.23 |
| 1 al 30 de abril | 1,241.00 | 102.69 | 37.23 |
| 1 al 31 de mayo | 1,241.00 | 102.69 | 37.23 |
| 1 al 30 de junio | 1,241.00 | 102.69 | 37.23 |

**1994-95**

| Períodos | Sueldo | Retiro | ELA Ahorro |
|---|---|---|---|
| 1 al 31 de julio | 1,341.00 | 110.97 | 40.23 |
| 1 al 31 de agosto | 1,341.00 | 110.97 | 40.23 |
| 1 al 30 de septiembre | 1,341.00 | 110.97 | 40.23 |
| 1 al 31 de octubre | 1,414.84 | 117.08 | 42.45 |
| 1 al 30 de noviembre | 1,362.00 | 112.71 | 40.86 |
| 1 al 31 de diciembre | 1,362.00 | 112.71 | 40.86 |
| 1 al 31 de enero | 1,362.00 | 112.71 | 40.86 |
| 1 al 28 de febrero | 1,362.00 | 112.71 | 40.86 |
| 1 al 31 de marzo | 1,362.00 | 112.71 | 40.86 |
| 1 al 30 de abril | 1,362.00 | 112.71 | 40.86 |
| 1 al 31 de mayo | 1,362.00 | 112.71 | 40.86 |
| 1 al 30 de junio | 1,362.00 | 112.71 | 40.86 |

**SR. ZOILO PABON VAZQUEZ**
26 de enero de 2016
Página 6

## POLICIA DE PUERTO RICO

| Períodos | 1995-96 | Sueldo | Retiro | ELA Ahorro | Clave 12 |
|---|---|---|---|---|---|
| 1 al 31 de julio | | 1,462.00 | 120.98 | 43.86 | ---- |
| 1 al 31 de agosto | | 1,462.00 | 120.98 | 43.86 | ---- |
| 1 al 30 de septiembre | | 1,462.00 | 120.98 | 43.86 | ---- |
| 1 al 31 de octubre | | 1,462.00 | 120.98 | 43.86 | ---- |
| 1 al 30 de noviembre | | 1,462.00 | 120.98 | 43.86 | ---- |
| 1 al 31 de diciembre | | 1,462.00 | 120.98 | 43.86 | ---- |
| 1 al 31 de enero | | 1,539.00 | 127.35 | 46.17 | ---- |
| 1 al 28 de febrero | | 1,539.00 | 127.35 | 46.17 | ---- |
| 1 al 31 de marzo | | 1,539.00 | 127.35 | 46.17 | ---- |
| 1 al 30 de abril | | 1,539.00 | 127.35 | 46.17 | ---- |
| 1 al 31 de mayo | | 1,539.00 | 127.35 | 46.17 | ---- |
| 1 al 30 de junio | | 1,539.00 | 127.35 | 46.17 | ---- |

1996-97   $ — Mensales (1997)

| Períodos | Sueldo | Retiro | ELA Ahorro | Clave 12 |
|---|---|---|---|---|
| 1 al 31 de julio | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 31 de agosto | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 30 de septiembre | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 31 de octubre | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 30 de noviembre | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 31 de diciembre | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 31 de enero | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 28 de febrero | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 31 de marzo | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 30 de abril | 1,639.00 | 135.63 | 49.17 | 11.38 |
| 1 al 31 de mayo | 1,639.00 | 135.63 | 49.17 | ---- |
| 1 al 30 de junio | 1,639.00 | 135.63 | 49.17 | ---- |

**María I. García González**
**Directora**
Oficina de Correspondencia y
Conservación de Documentos Públicos

Verificado por:

**Rafael Soto Pacheco**
Oficinista II

E01951055

D13070552

19 de diciembre de 2012

Sgto. Jenny López
Directora
Nombramientos y Cambios

Es mi deseo informarle que recientemente fui a su oficina y me entrevisté
con el Sgto. Negrón con relación a un descuento en mi sueldo el cual ya
me lo habían ajustado y me habían dado un aumento por ajuste salarial.
Para mi sorpresa la persona con la que hablé no pudo explicarme el
porque me descontaron el dinero de mi quincena, tampoco supo
explicarme cual era mi salario y se limito a decirme que mi sueldo anterior
el cual era menor era el correspondiente.

Yo cumplí mis 30 años de servicio y quería acogerme a los beneficios de la
Ley 70, pero ahora no está claro mi sueldo y cuál sería mi pensión.  Como
usted notará en mis talonarios está la cantidad de 1,571.00 sueldo regular,
con el ajuste salarial que me dieron 1,741.00 y en la siguiente quincena me
bajaron el sueldo a 1,537.00.

Entiendo esto debe ser un error humano y todo los cometemos, pero me
afecta para mi futuro retiro el beneficio de mi familia y el mío, espero me
pueda ayudar con este problema.


Cordialmente,

Agte. Zoilo Pabón Vázquez 11534
Adscrito a la División de Transportación y Grúas
Área Bayamón


CC:
Luis G. Fortuño
Gobernador de P.R.

Héctor M. Pesquera
Superintendente P.P.R.

2012 DEC 19 PM 2: 36

SECCION RETIRO
Y LIQUIDACIONES

**Earnings Statement** 


**POLICIA DE PUERTO RICO**
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Period Ending: 10/31/2012
Pay Date: 10/30/2012

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $7000 Annual Exemption

00000002717
ZOILO PABON VAZQUEZ
15 BRISAS DEL PLATA
DORADO PR 00646

Social Security Number: XXX-XX-7242

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sueldo | 1543.50 | | 1,543.50 | 29,578.00 |
| Compensacion | | | 27.50 | 550.00 |
| **Gross Pay** | | | **$1,571.00** | 30,128.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | PR State Income Tax | -39.98 | 709.16 |
| | **Other** | | |
| | Aflac | -37.90 | 758.00 |
| | Ahorro Aeela | -46.31 | 887.44 |
| | Cnta Corriente | -840.41 | |
| | Cops | -19.00 | 380.00 |
| | First Med Hlth | -87.50 | 1,756.00 |
| | P.Persnl Retiro | -132.40 | 2,648.00 |
| | Plan De Retiro | -130.00 | 2,493.03 |
| | Prestamo Aeela | -277.60 | 5,543.04 |
| | Seguro Aeela | -9.90 | 198.00 |
| | Occidental Life | | 300.00 |
| | Seg Med Patrono | | -1,000.00 |
| | **Adjustment** | | |
| | Seg Med Patrono | +50.00 | |
| | **Net Pay** | **$0.00** | |

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM :1

© 2000 ADP, Inc


**POLICIA DE PUERTO RICO**
PO BOX 70166

Advice number: 00000432717
Pay date: 10/30/2012



**Earnings Statement**

**POLICIA DE PUERTO RICO**
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Period Ending:        11/15/2012
Pay Date:             11/15/2012

0000002643
ZOILO  PABON  VAZQUEZ
16  BRISAS  DEL  PLATA
DORADO  PR  00646

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:       Tax Exempt
  PR:            $7000 Annual Exemption

Social Security Number: XXX-XX-7242

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sueldo | 1509.50 | | 1,509.50 | 31,087.50 |
| Adj De Salario | | | 204.00 | |
| Compensacion | | | 27.50 | 577.50 |
| **Gross Pay** | | | **$1,741.00** | 31,869.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | PR State Income Tax | -51.88 | 761.04 |
| | **Other** | | |
| | Aflac | -37.90 | 795.90 |
| | Ahorro Aeela | -51.41 | 938.85 |
| | Cnta Corriente | -979.34 | |
| | Cops | -19.00 | 399.00 |
| | First Med Hlth | -87.50 | 1,843.50 |
| | P.Persnl Retiro | -132.40 | 2,780.40 |
| | Plan De Retiro | -144.07 | 2,637.10 |
| | Prestamo Aeela | -277.60 | 5,820.64 |
| | Seguro Aeela | -9.90 | 207.90 |
| | Occidental Life | | 300.00 |
| | Seg Med Patrono | | -1,050.00 |
| | **Adjustment** | | |
| | Seg Med Patrono | +50.00 | |
| | **Net Pay** | **$0.00** | |

©1990, 2005, ADP, Inc. All Rights Reserved.

◄ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**POLICIA DE PUERTO RICO**
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Advice number:       00000462643
Pay date:            11/15/2012

THIS IS NOT A CHECK

Deposited to the account of
ZOILO PABON VAZQUEZ

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX4237 | XXXX  XXXX | $979.34 |

NOT VALID OVER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



# Earnings Statement

**POLICIA DE PUERTO RICO**
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

Period Ending: 12/15/2012
Pay Date: 12/14/2012

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: Tax Exempt
PR: $7000 Annual Exemption

00000003042
ZOILO PABON VAZQUEZ
15 BRISAS DEL PLATA
DORADO PR 00646

Social Security Number: XXX-XX-7242

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sueldo | 1509.50 | | 1,509.50 | 34,106.50 |
| Compensacion | | | 27.50 | 632.50 |
| Bono Navidad | | | | 1,000.00 |
| **Gross Pay** | | | **$1,537.00** | 35,943.00 |

## Deductions

### Statutory

| | this period | year to date |
|---|---|---|
| PR State Income Tax | -37.60 | 906.24 |

### Other

| | this period | year to date |
|---|---|---|
| Aflac | -37.90 | 871.70 |
| Ahorro Aeela | -45.29 | 1,029.43 |
| Cnta Corriente | -812.62 | |
| Cops | -19.00 | 437.00 |
| First Med Hlth | -87.50 | 2,018.50 |
| P.Persnl Retiro | -132.40 | 3,045.20 |
| Plan De Retiro | -127.19 | 2,891.48 |
| Prestamo Aeela | -277.60 | 6,375.84 |
| Seguro Aeela | -9.90 | 227.70 |
| Occidental Life | | 300.00 |
| Seg Med Patrono | | -1,150.00 |

### Adjustment

| | this period |
|---|---|
| Seg Med Patrono | +50.00 |
| **Net Pay** | **$0.00** |

©1998, 2006. ADP, Inc. All Rights Reserved

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM :!



**POLICIA DE PUERTO RICO**
PO BOX 70166

Advice number: 00000503042
Pay date: 12/14/2012

Hon. Gob. Luis G. Fortuño
Hon. Gob. de P.R.
Fortaleza
San Juan, P.R. 00906

Hon. Gobernado: Luis Fortuño:

Con mucho respeto me dirijo a usted, reconociendo su
posición como Gobernador de P.R y como director en Jefe de
la fuerza Policial del País. Es precisamente a este último;
que deseo hacerle referencia a una situación que viene afec-
tando en mi salario como oficial de este cuerpo policial.

Adjunto envío copia de una carta que en la
fecha de hoy dirijí al Sargento Jenny López, Directora de
nombramientos y Cambios. Explico: Por la Orden ejecutiva
que usted firmo, la cual agradezco, se hizo justicia a
mi escala Salarial de 30 años de servicio y mi salario
fue ajustado. (salario anterior $1571.00 hasta 10/31/12) ahora
$1741.00 (comenzando 11/15/12.) quincenal. Sorpresivamente
Para la fecha de 11/30/12 al recibir mi salario; me des-
contaron: el reajuste salarial y en adición un salario de $68.00
menor al anterior (antes de ajuste) por la cantidad de $68.
Mi salario se vió reducido a $1537.00. Lo que me hace una
baja en mi salario de $476.00 mensual y a lo cual no han
podido dar alguna respuesta. o explicación.

Adjunto copia de esta a nuestro Honorable
Superintendente Sr. Hector M. Pesquera, y espero, que juntos,
puedan hallar una respuesta a esta situación que tanto
me afecta.

Espero con anhelo su respuesta. y Muy respe-
tuosamente solicito su intervención.
Agradecido:

Zoilo Tabor Vázquez #11534
Div. Transp y Grúas -Bayamón

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/20/2018
Proof of Claim No.: 85896

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231.**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 11232
02 4W
0000349804 AUG 20 2018

$ 000.35⁰

Zolio Pabon Vazquez
RR-8 Box 9254
BAYAMON, PR 00739

Policia