Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José A. Pérez Franceschi

Participant's Address: Urb. Jardines de Santo Domingo calle # H-10 G.D. PR. 00795

Participant's Email Address: _____

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: *José A. Pérez F.*
Signature

José A. Pérez Franceschi
Print Name

_____
Title (if Participant is not an individual)

19/08/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Case:17-03283-LTS Doc#:18315-1 Filed:09/30/21 Entered:09/30/21 10:24:51 Desc:
Pro se Notices of Participation Page 2 of 4

JOSE ALFREDO PEREZ FRANCESCHI
URB JARD SANTO DOMINGO
H 10 CALLE 1
JUANA DIAZ PR 00795

31 AUG 2021 PM 3 L

Court's Clerk's Office at: United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

00915-3531

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Alma R. Rolón Pérez**

Participant's Address: **P.O. Box 1104. Cidra, P.R.**

Participant's Email Address: **N/A**

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: **175957**

Nature of Claim: **Wages Back Pay Promesa Tittle III**
**no. 17BK 3283-LTS**

By: *Alma R. Rolón Pérez*
Signature

**Alma R. Rolón Pérez**
Print Name

_____
Title (if Participant is not an individual)

**20 septiembre 2021**
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alma R. Robin
P.O. Box 1104
Cidra, P.R. 00739-1104




U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
SEP 28, 21
AMOUNT
$1.16
R2304M113360-15

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.
00918-1767