UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING CONCERNING
URGENT SUPPLEMENTAL MOTION REQUESTING ORDER FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM AND REQUEST FOR
IMMEDIATE PAYMENT FILED BY CORRECTION OFFICERS OF THE DEPARTMENT OF
CORRECTIONS AND REHABILITATION OF THE COMMONWEALTH OF PUERTO RICO

    The Court has received and reviewed the *Urgent Supplemental Motion Requesting Order for Allowance of Administrative Expense Priority Claim and Request for Immediate Payment Filed by Correction Officers of the Department of Corrections and Rehabilitation of the Commonwealth of Puerto Rico* (Docket Entry No. 18282 in Case No. 17-3283, the "Administrative Expense Motion"), filed by the group of creditors in the identified litigation (the "Movants"). Responsive papers to the Administrative Expense Motion, if any, must be filed by **October 14, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Movants' reply must be filed by **October 21, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Administrative Expense Motion on submission, unless the Court determines that a hearing is

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

necessary.

      SO ORDERED.

Dated: September 30, 2021

                                                                                                                    /s/ Laura Taylor Swain
                                                                                                            LAURA TAYLOR SWAIN
                                                                                                            United States District Judge