# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AMBAC ASSURANCE CORPORATION'S INFORMATIVE
## MOTION REGARDING OCTOBER 6-7, 2021, OMNIBUS HEARING

    Ambac Assurance Corporation ("Ambac") hereby submits this informative motion in compliance with the *Order Regarding Procedures for October 6-7, 2021, Omnibus Hearing* [ECF No. 18269[2]], and respectfully states as follows:

    1.    Dennis Dunne and Atara Miller of Milbank LLP will appear via Zoom videoconference at the October 6-7, 2021 Omnibus Hearing (the "Hearing") on behalf of Ambac.

    2.    Mr. Dunne and Ms. Miller do not intend to speak on behalf of Ambac, but Mr. Dunne and Ms. Miller reserve the right to be heard on any matter raised by any party at the Hearing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interests of Ambac.

WHEREFORE, Ambac respectfully requests that the Court take notice of the foregoing.

Dated: September 30, 2021
San Juan, Puerto Rico

          **FERRAIUOLI LLC**

          By: /s/ *Roberto Cámara-Fuertes*
              Roberto Cámara-Fuertes (USDC-PR No. 219002)
              Sonia Colón (USDC-PR No. 213809)
              221 Ponce de León Avenue, 5th Floor
              San Juan, PR 00917
              Telephone: (787) 766-7000
              Facsimile: (787) 766-7001
              Email: rcamara@ferraiuoli.com
                    scolon@ferraiuoli.com

          **MILBANK LLP**

          By: /s/ *Atara Miller*
              Dennis F. Dunne (admitted *pro hac vice*)
              Atara Miller (admitted *pro hac vice*)
              Grant R. Mainland (admitted *pro hac vice*)
              John J. Hughes, III (admitted *pro hac vice*)
              Jonathan Ohring (admitted *pro hac vice*)
              55 Hudson Yards
              New York, NY 10001
              Telephone: (212) 530-5000
              Facsimile: (212) 530-5219
              Email: ddunne@milbank.com
                    amiller@milbank.com
                    gmainland@milbank.com
                    jhughes2@milbank.com
                    johring@milbank.com

          ***Attorneys for Ambac Assurance Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com

# **EXHIBIT A**

**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | Ambac Assurance Corporation |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Ambac |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance | Dennis Dunne<br>ddunne@milbank.com<br>Milbank LLP<br>(212) 530-5000<br>Notice of Appearance Docket Entry #54<br><br>Atara Miller<br>amiller@milbank.com<br>Milbank LLP<br>(212) 530-5000<br>Notice of Appearance Docket Entry #76 |
| Plan Objection Docket Entry No. | N/A |