Participant must provide all of the information below **in English:**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: AINA I. BERRIOS CASTRODAD

Participant's Address: AVE. JOSE GARRIDO N-1 VILLA BLANCA, CAGUAS PR 00725

Participant's Email Address: ___

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179045

Nature of Claim: wages BackPay Promesa Title III No.17BK3283-LTS

By: *Aina J Berrios Castrodad*
Signature

AINA I. BERRIOS CASTRODAD
Print Name

___
Title (if Participant is not an individual)

17 SEPT. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED &

2021 SEP 30 PM 1:38

CLERK'S OFFICE
SAN JUAN, PR



Court's Clerk's at; United States District Court;
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 0098-1767



Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JUAN A. OYOLA CRUZ

Participant's Address: AVE. JOSE GARRIDO N-1 VILLA BLANCA, CAGUAS, P.R. 00725

Participant's Email Address: oyolacj@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179048

Nature of Claim: wages Back Pay Promesa Title III No.17BK3283-LTS

By: [signature]
Signature

JUAN A. OYOLA CRUZ
Print Name

_____
Title (if Participant is not an individual)

17 SEPT. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 30 PM 1:38

K'S OFFICE
TRICT COURT

County's Clerks at: United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

7021 1970 0000 7365 6523

$6.98 US POSTAGE
FIRST CLASS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Altagracia Concepción Rojas

Participant's Address: Cond. Minillas CT, apto. 112 250 ave. Minillas Bayamón P.R. 00956

Participant's Email Address: Titaconcepcion412@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Promesa III

By: Altagracia Concepción Rojas
Signature

Altagracia Concepción Rojas
Print Name

N/A
Title (if Participant is not an individual)

24/09/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

REC'D
CL...
U.S. D...
SAN...

SEP 30 PM 2:19

Catalyveiz Concepcion Rojas
Urb. Mirillas Court
10 Ave. Mirillas
#112 Bayamon P.R. 00956-5360

United States District Court
Clerk's Office, 150 Calle Chardón
Ste 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gladys D. Melender Negrón

Participant's Address: 1450 Main St. Bridgeport CT. 06604

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: No.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: NO. 17 BK 3283 LTS

By: Gladys Melender Negrón
Signature

Gladys Melender Negrón
Print Name

_____
Title (if Participant is not an individual)

9/25/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DIST. [COURT]
2021 SEP 30 PM 2:19

From: Gladys Melendez Negron
1450 Main St.
Bridgeport CT. 06604

WESTCHESTER NY 105
27 SEP 2021 PM 4 L

To: United States District Court
Office, 150 Ave. Carlos Chardon Ste
Clerk
150. San Juan, P.R. 00918-1767

00918-170525

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: RAMON T. CARRION GONZALEZ

Participant's Address: CALLE RUBI 74 URB. VILLA BLANCA, CAGUAS, P.R. 00725

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179046

Nature of Claim: Wages Back Pay Promesa Title III No. 17 BK 3283-LTS

By: *Ramon T. Carrión González*
Signature

RAMON T. CARRION GONZALEZ
Print Name

_____
Title (if Participant is not an individual)

17-SEPT. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CLERK'S OFFICE
U.S. DISTRICT COURT

21 SEP 30 PM 2:19

Court's Clerk's at: United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. .Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' A. Centeno Rodriguez_

Participant's Address: _Box #1068, Cidra, Puerto Rico 00739_

Participant's Email Address: _Capulin1945@gmail.com_

Name of Counsel: _I don't have one._

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92496, 112075, 92726, 179047_

Nature of Claim: _Wages, Back Pay, Promesa Title III No. 17BK3283-LTS_

By: _Jose' A. Centeno Rodriguez_
Signature

_Jose' A. Centeno Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_18 de Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de Jose A. Centeno Rodriguez, con número de seguro social que termina en 4035

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2006 |
| Tiempo Cotizado para la Pensión | 30 años |
| Pensión Mensual Inicial | $1,830.00 |
| Pensión Mensual Actual | $1,830.00 |

Esta certificación se expide hoy, 27 de agosto de 2021 en San Juan, Puerto Rico.



**Cynthia Sanjurjo Santos**
**Supervisora**
**Centro de Contacto**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



José A. Centeno Rodríguez
Box # 1068
Cidra, Puerto Rico 00739

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 30 PM 2:18

00918-170625

22 SEP 2021 PM 4 L
NASHVILLE TN 370

FOREVER USA
BELGIAN MALINOIS