CustPR1845SRf56088 PackID: 110MMLID: 1968270-P SVC: 374

Clam#158363
Date Filed: 71612018

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

*In re:*

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

   como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,

                               Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda relación con el ELA, COFINA, la ACT, el SRE y la AEP.**

### Replica

Por derecho propio y consultado por nuestra representante legal deseo replicar la información que se ha dado, que mi reclamación no se presentó dentro de los plazos estipulados y que se hizo después de la fecha límite fijada por la resolución. En contestación a esta aseveración es incorrecto, ya que nuestra representación legal envió documento con fecha del 24 de mayo del 2018, y evidencia del que el proceso de hizo en la fecha indicada. Si desea información adicional está autorizado a solicitarlo al email de nuestra representación legal ealvaradofrias@torresvalentin.com.

A. Vargas Noriega, Iván L., Judith Vargas García, Janitza Noriega Vargas. Tel. (787)-619-8287
J-2 C-1 Jardines de Caparra, Bayamón PR 00959

   E-Mail: Gaviotaesnumero1@Yahoo.com

- Eva Alvarado Frias – Abogado y Representante Legal
Tel. (787) –733 –7575

B. Objeción Global

### Motivos para No oponerse la Objeción Global

El tribunal no debe conceder la objeción global en la relación con mi reclamación por lo siguiente: No es cierto que mi reclamación no se presentó dentro de los pasos estipulados y que el reclamo se hizo después de la fecha límite aplicable fijada por la resolución sobre la fecha límite. Mi reclamación fue enviada el 24 de mayo del 2018 por nuestra representación legal y se entregó evidencia. Nuestra abogada el la señora Eva Alvarado Frías y su número de tel. (787) – 753- 7575.

1. Soy la señora Judith Vargas García madre de dos hijos de educación especial, Iván joven con autismo y Janitza con condición de déficit de atención con hiperactividad, maestra retirada con 25 años de servicio en la educación e incapacitada por motivo de un accidente en mi hogar. Luche con todas mis ansias para que mis hijos tuviesen una educación efectiva lo cual no se logró, la educación de mi país, Puerto Rico, no es buena. Existen dos libros que se encuentra en las manos de nuestra representación legal donde hay evidencias de querellas de Maltrato institucional, Problema de Transportación escolar, Falta de maestros por años, Bullying, Ausencia de Maestros, Falta de Terapias, Falta de Transportación a Terapias, Falta de Terapistas, Falta de Personal Académico, Etc. Autorizo a toda persona interesada a pedir información a nuestra representación legal y puedan confirmar que esta información es cierta y lo difícil que ha sido para mí y para mis hijos el no tener una educación efectiva y justa lo que por ley le corresponde según nuestra constitución el tener una educación Digna, Buena y Efectiva al igual que Justa.

2. Le suplicamos a este honorable tribunal que nos haga justicia, que no permita que se salgan con la suya que la mentira no prevalezca y que sea la verdad la que triunfe esta reclamación se hizo a tiempo y hay evidencia de eso.

3. Soy la señora Judith Vargas no soy abogada soy madre, maestra, luchadora incansable por mis hijos los cuales le violaron sus derechos, humillaron, sufrieron y no se le proveyó una educación digna a pesar de tener derecho de tenerla. Representamos a todo los niños de educación especial que le han negado el pan de la enseñanza y le han quebrado el derecho de tener una educación.

4. Pedimos disculpa de cualquier palabra que no sea ética a nuestro honorable tribunal.

C. Documentación Justificada

**Justificación**

Existe un libro extenso del joven Iván L. Noriega y Otro libro de la joven Janitza Noriega donde hay bastante evidencia de querellas de; Bullying, Maltrato Psicológico y todo lo antes expresado donde pueden solicitar a través de email a nuestra representación legal para completar ese procedimiento. Los libros no están en mi poder por lo cual no puedo enviarle la información solicitada.

Yo, Judith Vargas García, de conformidad con el Titulo 28 U.S.C., 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

Firma: _Judith Vargas García_    Fecha: 17 Septiembre 2021

Iván L. N.

Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).