CUST PR 1845 SRF 36088
Judith Vargas García
J-2 C-1 Jardines de Caparra
Bayamón PR 00959-7829

RECEIVED & FILED
2021 SEP 30 PM 1:38
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

7020 0640 0001 8050 3204

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
SEP 20, 21
AMOUNT
$4.33
R2304N116797-08

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767

009182411 C016