**<u>Exhibit A</u>**

**Proposed Order**

Case:17-03283-LTS Doc#:18334-1 Filed:09/30/21 Entered:09/30/21 16:41:36 Desc:
Proposed Order Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Movants,<br><br>  v.<br><br>GROUP WAGE CREDITORS,<br><br>                    Respondents. | |

**[PROPOSED] ORDER GRANTING DEBTORS' MOTION FOR ORDER
EXCLUDING TESTIMONY OF ANDRES MERCADO BONETA**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Debtors' Motion to Exclude Testimony of Andres Mercado Boneta* (the "Motion"); and it appearing that (*i*) the Court has subject-matter jurisdiction over the Motion pursuant to PROMESA section 306(a)(1); (*ii*) venue of this proceeding is proper under PROMESA sections 106(a) and 307, and 28 U.S.C. 1391(b); and (*iii*) the Court has found good cause to grant the relief requested in the Motion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Group Wage Creditors[2] are hereby precluded from entering any testimony of Andres Mercado Boneta into evidence in connection with Plan confirmation proceedings.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____          _____
                                   U.S. District Judge Laura Taylor Swain

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.