# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

### JOINDER OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO THE MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNINCIPAL CORP., AND AMBAC ASSURANCE CORPORATION TO EXTEND THE ELECTION DEADLINE IN THE SOLICITATION PROCEDURES ORDER (ECF NO. 18284)

National Public Finance Guarantee Corporation ("National") submits this Joinder to the

*Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assured*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Corporation to Extend the Election Deadline in the Solicitation Procedures Order* (ECF No. 18284, the "Motion"),[2] and respectfully states as follows:

1. Like Assured Guaranty Corp., Assured Guaranty Municipal Corp. (together, "Assured"), and Ambac Assurance Corporation ("Ambac," and together with Assured, the "Movants"), National is a provider of financial guaranty insurance, whereby an insurer guarantees scheduled payments of principal and interest as and when due on a bond or other obligation. National is among the Commonwealth of Puerto Rico's (the "Commonwealth") largest creditors, with billions of dollars in claims arising from National's insurance of securities issued by public entities, including general obligation bonds issued by the Commonwealth.

2. Like the Movants, bondholders whose bonds are insured by National are required to make certain elections pursuant to the Plan and those bondholders should have the benefit of being able to review the relevant documents expected to be contained in the Plan Supplement prior to having to make such elections. Accordingly, through this Joinder, National joins the Motion and requests entry of the proposed order attached as Exhibit A thereto extending the Election Deadline in the Solicitation Procedures Order to and including October 18, 2021 at 5:00 p.m. (Atlantic Standard Time).

3. National reserves all rights with respect to the issues raised in the Motion, including the right to be heard at any hearing on the Motion.

[*Remainder of page intentionally left blank*]

---

[2] Unless otherwise indicated, references to ECF numbers in this Joinder refer to the docket in Case No. 17-3283-LTS. Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, September 30, 2021.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this limited joinder was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

Dated: <u>September 30, 2021</u>
      San Juan, Puerto Rico

| ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C. | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: */s/ Eric Pérez-Ochoa*<br>    Eric Pérez-Ochoa<br>    USDC-PR No. 206,314<br>    Email: epo@amgprlaw.com<br><br>*/s/Luis A. Oliver-Fraticelli*<br>Luis A. Oliver-Fraticelli<br>USDC-PR No. 209,204]<br>Email: loliver@amgprlaw.com<br><br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: (787) 756-9000<br>Facsimile: (787) 756-9010 | By: */s/ Kelly DiBlasi*<br>    Jonathan Polkes*<br>    Gregory Silbert*<br>    Robert Berezin*<br>    Kelly DiBlasi*<br>    Gabriel A. Morgan*<br>    767 Fifth Avenue<br>    New York, NY 10153<br>    Tel.: (212) 310-8000<br>    Fax: (212) 310-8007<br>    Email: jonathan.polkes@weil.com<br>           gregory.silbert@weil.com<br>           robert.berezin@weil.com<br>           kelly.diblasi@weil.com<br>           gabriel.morgan@weil.com |
| *Attorneys for National Public Finance Guarantee Corp.* | *Admitted pro hac vice*<br><br>*Attorneys for National Public Finance Guarantee Corp.* |