Hearing Date: November 1, 2021 at 9:30AM (Atlantic Standard Time)
Objection Deadline: October 15, 2021

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**THE DRA PARTIES' NOTICE OF MOTION *IN LIMINE* TO EXCLUDE CERTAIN FRCP 26(a)(2)(C) EXPERT WITNESSES OR TESTIMONY**

**PLEASE TAKE NOTICE** that, upon the accompanying *The DRA Parties' Motion In Limine To Exclude Certain FRCP 26(a)(2)(C) Expert Witnesses or Testimony* (the "Motion *in Limine*"), AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "Collateral Monitor" and, together with the Servicer, collectively, the "DRA Parties"), will move this Court on **November 1, 2021 at 9:30 AM (AST)** or as soon thereafter as counsel may be heard, before the Honorable Laura Taylor Swain, United States

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

District Judge, United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico, for an order granting relief consistent with the Motion *in Limine*.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion *in Limine* shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District Court, 150 Carlos Chardón Avenue, Room 150, San Juan, PR00918, to the extent applicable, and shall be served on the Defendants through their undersigned counsel in accordance with the *Fifteenth Amended Case Management Procedures*( the "Case Management Procedures") [ECF No.17127-1], so as to be so filed and received no later than **October 15, 2021**. The relief requested may be granted without hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's standing orders, the Case Management Procedures, and the *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 17640], the DRA Parties have provided notice of this motion by filing their motion papers electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, by registered users of the Court's case filing system in searchable portable document format. The DRA Parties submit that, in light of the nature of the relief requested, no other or further notice need be given.

**PLEASE TAKE FURTHER NOTICE** that pursuant to provision 1(c) of the Second Amended Standing Order, in an effort to obtain consent for this request, the DRA Parties notified the Debtors of their intention to file this motion and stated the grounds for same. This request is not being made on consent.

Dated: September 30, 2021　　　　　　　　　　Respectfully submitted,
　　　　San Juan Puerto Rico

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |
| 270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>P.O. Box 364225<br>San Juan, PR 00936-4225<br>Tel:　787-250-5632<br>Fax:　787-759-9225 | By:　*/s/ Carmen D. Conde Torres*<br>Carmen D. Conde Torres<br>(USDC No. 207312)<br><br>*/s/ Luisa S. Valle Castro*<br>Luisa S. Valle Castro<br>(USDC No. 215611) |
| By:　*/s/ Arturo J. García-Solá*<br>Arturo J. García-Solá<br>(USDC No. 201903)<br>E-mail: ajg@mcvpr.com | 254 San José Street<br>Suite 5<br>San Juan, PR 00901-1523<br>Tel:　787-729-2900<br>Fax:　787-729-2203<br>E-mail: condecarmen@condelaw.com |
| */s/ Nayuan Zouairabani*<br>Nayuan Zouairabani<br>(USDC No. 226411)<br>E-mail: nzt@mcvpr.com | -and- |
| ***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority*** | **SCHULTE ROTH & ZABEL LLP**<br><br>By:　*/s/ Douglas S. Mintz*<br>Douglas S. Mintz (admitted *pro hac vice*)<br>Noah Gillespie (admitted *pro hac vice*)<br>901 Fifteenth Street, NW, Suite 800<br>Washington, DC 20005<br>Tel:　202-729-7470<br>Fax:　202-730-4520<br>E-mail:　　douglas.mintz@srz.com<br>　　　　　　noah.gillespie@srz.com |

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

E-mail: douglas.koff@srz.com
taleah.jennings@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority***