## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following:

*The Official Committee of Retired Employees' (A) Response to the Financial Oversight and Management Board for Puerto Rico's Cross-Motion to Modify Certain Deadlines in the Solicitation Procedures Order and Confirmation Procedures Order, and (B) Reply in support of Voting Deadline Motion* as Dkt. No. 18246, (the "**Response**");

to be served in the following manner:

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority  (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

On September 25, 2021, the Response was sent through the Court's CM/ECF system.

On September 27, 2021, the Response was sent via email to each of the parties listed in

Exhibit A attached hereto.

On September 25, 2021, the Response was sent via email to the Honorable Laura Taylor

Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov;

deindprcorresp@mad.uscourts.gov.

On September 27, 2021, one copy of the Response was sent by UPS overnight delivery to

Mary Ida Townson, The Office of the United States Trustee for Region 21, Edificio Ochoa, 500

Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922, and

On September 27, 2021, one copy of the Response was sent via U.S. mail to each of the

parties listed in Exhibit B attached hereto.

*(Signature page follows.)*

September 30, 2021                               Respectfully submitted,

JENNER & BLOCK LLP                               BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:                                              By:
*/s/ Robert Gordon*                              */s/ A.J. Bennazar-Zequeira*
Robert Gordon (admitted *pro hac vice*)          A.J. Bennazar-Zequeira
Richard Levin (admitted *pro hac vice*)          Héctor M. Mayol Kauffmann
Carl Wedoff (admitted *pro hac vice*)            Francisco del Castillo Orozco
919 Third Avenue                                 Edificio Union Plaza
New York, NY 10022-3908                          1701 Avenida Ponce de León #416
rgordon@jenner.com                               Hato Rey, San Juan
rlevin@jenner.com                                Puerto Rico 00918
cwedoff@jenner.com                               ajb@bennazar.org
212-891-1600 (telephone)                         hector.mayol@bennazar.org
212-891-1699 (facsimile)                         francisco.delcastillo@bennazar.org
                                                 787-754-9191 (telephone)
                                                 787-764-3101 (facsimile)
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)         *Counsel for The Official Committee of Retired*
353 N. Clark Street                              *Employees of Puerto Rico*
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

3