# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

### INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING <u>APPEARANCE AT OCTOBER 6-7 OMNIBUS HEARING</u>

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**<u>Trustee</u>**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**<u>Trust Agreement</u>**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the Court's *Order Regarding Procedures for October 6-7, 2021 Omnibus Hearing* (the "**<u>Order</u>**") setting forth guidelines for parties wishing to be heard at the October 6-7, 2021 omnibus hearing (the "**<u>Hearing</u>**").

1.      Clark T. Whitmore of Maslon LLP will appear on behalf of the Trustee at the Hearing.

2.      Mr. Whitmore does not intend to present argument on behalf of the Trustee, but he reserves the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Trustee.

3.      The Trustee's Party Appearance Sheet is attached hereto as **<u>Exhibit A</u>**.

*[Remainder of Page Intentionally Left Blank]*

2

In San Juan, Puerto Rico, on this 1st day of October, 2021.

Respectfully submitted,                    Respectfully submitted,

**RIVERA, TULLA AND FERRER,**         **MASLON LLP**
**LLC**

                                       By: /s Clark T. Whitmore _____
/s Eric A. Tulla _____          Clark T. Whitmore (admitted *pro hac vice*)
Eric A. Tulla                               John Duffey (admitted *pro hac vice*)
USDC-DPR No. 118313
Email: etulla@ riveratulla.com         90 South Seventh Street, Suite 3300
                                       Minneapolis, MN 55402
/s Iris J. Cabrera-Gómez _____       Telephone: 612-672-8200
Iris J. Cabrera-Gómez                  Facsimile: 612-672-8397
USDC-DPR No. 221101                    E-Mail:    clark.whitmore@maslon.com
Email: icabrera@riveratulla.com                   john.duffey@maslon.com

Rivera Tulla & Ferrer Building         **ATTORNEYS FOR U.S. BANK NATIONAL**
50 Quisqueya Street                    **ASSOCIATION, IN ITS CAPACITY AS**
San Juan, PR 00917-1212                **TRUSTEE**
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409


CERTIFICATE OF SERVICE

        I hereby certify that on this same date I electronically filed the foregoing with the Clerk of
the Court using the CM/ECF, which will send notification of such filing to all counsel of record
participating in the CM/ECF System. Also, a copy of this document will be served by email and/or
mail as per the 15th Case Management Procedures Order and a further Certificate of Service will
be filed with the Court.


                            By: s/*Iris J. Cabrera-Gomez*
                                Iris J. Cabrera-Gomez