# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 18269** |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT
## OCTOBER 6-7, 2021 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on October 6-7, 2021 [ECF No. 18269].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

2. Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC will appear via videoconferencing technology at the October 6, 7, 2021 hearing (the "Hearing"), and seeks to be heard to address questions and comments, if any, related to the October Status Report of AAFAF, reserving the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

3. Madhu Pocha of O'Melveny & Myers LLP will appear via videoconferencing technology at the Hearing and seeks to be heard in connection with the following matter:

> *(i) The Puerto Rico Fiscal Agency and Financial Advisory Authority's Reservation of Rights Regarding Debtors' Motion in Limine in Respect of Evidence Concerning Whether the Proposed Plan of Adjustment is Consistent with The Certified Fiscal Plan.* [Case No. 17-3283, ECF No. 18187].

4. John J. Rapisardi and Peter Friedman of O'Melveny & Myers LLP will appear via videoconferencing technology at the Hearing and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

5. Further, Mr. Marini, Mr. Pocha, Mr. Friedman and Mr. Rapisardi hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

[*Remainder of page intentionally left blank*]

Dated: October 1, 2021
      San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Peter Friedman | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Carolina Velaz-Rivero |
| **O'MELVENY & MYERS LLP** | USDC No. 300913 |
| 7 Times Square | **MARINI PIETRANTONI MUÑIZ LLC** |
| New York, NY 10036 | 250 Ponce de León Ave. |
| Tel: (212) 326-2000 | Suite 900 |
| Fax: (212) 326-2061 | San Juan, Puerto Rico 00918 |
| -and- | Tel: (787) 705-2171 |
| Madhu Pocha | Fax: (787) 936-7494 |
| (Admitted *Pro Hac Vice*) | |
| 1999 Avenue of the Stars, 8th Floor | *Attorneys for the Puerto Rico Fiscal Agency* |
| Los Angeles, California 90067 | *and Financial Advisory Authority* |
| Tel: (310) 553-6700 | |
| Fax: (310) 246-6779 | |

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*