# EXHIBIT A[1]

## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Puerto Rico Fiscal Agency and Financial Advisory Authority |
| Party Name Abbreviation (For Use with Zoom[2]) | AAFAF |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br><br>or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Luis C. Marini-Biaggi<br>lmarini@mpmlawpr.com<br>Marini Pietrantoni Muñiz, LLC<br>(787) 705-2171<br>NOA - Docket No. 2682<br><br>Peter Friedman<br>pfriedman@omm.com<br>O'Melveny & Myers LLP<br>(202) 383-5300<br>PHV Admission - Docket No. 153<br><br>John Rapisardi<br>jrapisardi@omm.com<br>O'Melveny & Myers LLP<br>(212) 326-2000<br>PHV Admission - Docket No. 111<br><br>Madhu Pocha<br>mpocha@omm.com<br>O'Melveny & Myers LLP<br>(310) 246-8588<br>PHV Admission - Case No. 17-03566<br>Docket No. 153 |
| Plan Objection Docket Entry No. | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Hearing Procedures Order ⁋ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] The Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Order Regarding Procedures for October 6-7, Omnibus Hearing, ¶ 9(a)