UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors | PROMESA<br>TITLE III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administrated) |

### INFORMATIVE MOTION OF WINDMAR RENEWABLE ENERGY, INC. REGARDING THE OCTOBER 6-7 OMNIBUS HEARING

To the Honorable Unites States District Court Judge Laura Taylor Swain:

Windmar hereby submits this informative motion in compliance with the Court's Order Regarding Procedures for October 6-7, 2021, Omnibus Hearing ("Order") [Docket Entry #18269] and respectfully states as follows:

Fernando E. Agrait will speak on behalf Windmar at the October 6-7, 2021 Omnibus Hearing in connection with PREPA' FOMB and AAFAF August 8, 2021, assumption of Power Purchase and Operating Agreement. [Docket Entry 2577;2570] and the Windmar's August 10, 2021 Objection. [Docket Entry #2591].

As directed by the Court's Order, we attach hereto the Party Appearance Cover Sheet as Exhibit A.

Dated: September 30, 2021.

                                                      s/FERNANDO E. AGRAIT
USDC-PR127212
T.S. NÚM. 3772
701 AVENIDA PONCE DE LEÓN
OFICINA 414
SAN JUAN, PUERTO RICO 00907
TELS 787-725-3390/3391
FAX 787-724-0353
EMAIL: agraitfe@agraitlawpr.com

# EXHIBIT A

EXHIBIT A
PARTY APPEARANCE SHEET

| Name of Party | Windmar Renewable Energy, Inc. |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Windmar |
| Omnibus Hearing Participant Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br> • Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance | Fernando E. Agrait<br>agraitfe@agraitlawpr.com<br>Fernando E. Agrait Law Office<br>Notice of Appearance |
| Plan Objection Docket Entry No. | Windmar is appearing in Opposition to Ciro One Salinas and Xzerta PPOA's, we to non compliance for both are in with applicable Puerto Rico Law |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

/s/Fernando E. Agrait