UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| The Financial Oversight and Management Board for Puerto Rico, | Title III |
| as representative of | No. 17-BK 3283-LTS |
| The Commonwealth of Puerto Rico, *et al*. | |
| Debtors[1]. | |

## INFORMATIVE MOTION OF GRISELL CUEVAS-RODRÍGUEZ REGARDING OCTOBER 6-7, 2021, OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Grisell Cuevas-Rodríguez (hereinafter "Ms. Cuevas" or the "Plaintiff"), through the undersigned attorney, hereby submits this informative motion in compliance with the Court's *Order Regarding Procedures for October 6-7, 2021, Omnibus Hearing* ("Order") [**Docket No. 18269**] and respectfully states as follows:

Jaime E. Picó-Rodríguez, Labor Counsels LLC, will speak on behalf of Ms. Cuevas at the October 6-7, 2021 Omnibus Hearing in connection with the August 20th, 2021 *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of*

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* [**Docket No. 17923**] and Ms. Cuevas' September 15th, 2021 Response thereto [**Docket No. 18124**].

As directed by the Court's Order, we attach hereto the Party Appearance Cover Sheet as **Exhibit A**.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of October, 2021.

I HEREBY CERTIFY that on this day, a true and exact copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

P.O. Box 195343                                         Citibank Towers, Suite 500
San Juan, Puerto Rico                                   252 Ponce de León Avenue
00919-5343                                              San Juan, Puerto Rico 00918

Tel. (787) 758-1400
Fax: (787) 758-1414

www.laborcounsels.com
pico@laborcounsels.com

S/ JAIME E. PICÓ-RODRÍGUEZ
Attorney for Grisell Cuevas-Rodríguez
USDCPR # 228113

2

# <u>EXHIBIT A</u>

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | Grisell Cuevas-Rodríguez |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | GCR |
| Omnibus Hearing Participant Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party): • Name, • Email, • Law Firm, • Phone Number and • Docket Entry No. for the Attorney's Notice of Appearance | Jaime E. Picó-Rodríguez pico@laborcounsels.com Labor Counsels LLC 787-758-1400 No. 3268 |
| Plan Objection Docket Entry No. | GCR is not appearing regarding a plan objection, but in response to the *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims.* [Docket No. 18124]. |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |