PARTY APPEARANCE COVER SHEET

| Name of Party | Financial Oversight and Management Board for Puerto Rico |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Oversight Board |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance | Martin J. Bienenstock<br>mbienenstock@proskauer.com<br>Proskauer Rose LLP<br>212-969-4530<br>Docket Entry No. 90<br><br>Brian S. Rosen<br>brosen@proskauer.com<br>Proskauer Rose LLP<br>212-969-3380<br>Docket Entry No. 1902<br><br>Daniel S. Desatnik<br>ddesatnik@proskauer.com<br>Proskauer Rose LLP<br>212-969-3191<br>Docket Entry No. 7835 |
| Docket Entry Nos. | Case No. 17-4780, Docket Entry Nos. 2577, 2578; Case No. 17-3283, Docket Entry No. 18116. |