UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MODIFICATION OF CERTAIN DEADLINES IN
SOLICITATION PROCEDURES ORDER AND CONFIRMATION PROCEDURES ORDER

Upon consideration of the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation to Extend the Election Deadline in the Solicitation Procedures Order* (Docket Entry No. 18284 in Case No. 17-3283, the "Ambac Motion"),[2] the *Joinder of National Public Finance Guarantee Corporation to the Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation to Extend the Election Deadline in the Solicitation Procedures Order* (Docket Entry No. 18339,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entries referenced herein are to entries in Case No. 17-3283, unless otherwise indicated.

the "National Joinder", and together with the Ambac Motion, the "Motions"), the *Financial Oversight and Management Board for Puerto Rico's Response to Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation's Motion to Extend the Election Deadline in the Solicitation Procedures Order* (Docket Entry No. 18319, the "Response"), and the *Reply in Further Support of Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation to Extend the Election Deadline in the Solicitation Procedures Order* (Docket Entry No. 18335, the "Reply"); and it appearing that (*i*) the Court has subject-matter jurisdiction of the Motions pursuant to PROMESA section 306(a)(1); (*ii*) venue of this proceeding is proper under PROMESA sections 106(a) and 307, and 28 U.S.C. 1391(b); and (*iii*) the Court has good cause to grant the relief requested in the Motions, it is hereby ORDERED:

1. The Motions are GRANTED as set forth herein.

2. The following deadline in the Solicitation Procedures Order[3] shall be modified as follows:

   - The Election Deadline shall be extended by fourteen (14) days, to and including October 18, 2021, at 5:00 p.m. (Atlantic Time).

3. All other deadlines in the Solicitation Procedures Order and the Confirmation Procedures Order shall remain in full force and effect, and shall not be affected by this order.

4. Prime Clerk LLC, as the Debtors' Balloting Agent, shall provide notice to all creditors entitled to make an election under the Plan of the extension of the Election Deadline by

---

[3] Capitalized terms used but not defined herein have the meaning given to them in the Ambac Motion.

a means reasonably calculated to ensure that such creditors receive notice of such extension prior to the Election Deadline.

  5.  This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

  6.  This Order resolves Docket Entry Nos. 18284 and 18339 in Case No. 17-3283.

Dated: October 1, 2021

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge