# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### JOINT INFORMATIVE MOTION TO NOTIFY SCHEDULE OF UPCOMING DEPOSITIONS AND PROCEDURES FOR ATTENDANCE OF THE SAME

**To the Honorable United States District Judge Laura Taylor Swain:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of debtors the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and collectively with the Commonwealth and ERS, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2], the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the Oversight Board, the "Government Parties"), AmeriNational Community Services, LLC (the "Servicer"), as servicer

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA[3] (the "Collateral Monitor," and together with the Servicer, collectively, the "DRA Parties", and jointly with the Government Parties, the "Parties") respectfully submit this joint informative motion (the "Joint Motion") setting forth the current schedule of upcoming depositions in connection with confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* [Dkt. No. 17627] (as it may be amended, modified, or supplemented, the "Plan"), and in compliance with the *Order Establishing Procedures and Deadlines Concerning Objection to Confirmation and Discovery in Connection Therewith* [Dkt. No. 17640] (the "Confirmation Procedures Order").

**NOTICE**

1. The Confirmation Procedures Order establishes (i) the deadline by which parties shall serve Initial Notices of Deposition[4] as well as Follow-Up Deposition Notices (jointly, the "Depositions"); (ii) requires that Eligible Creditors, PSA Parties, and parties in interest (jointly, the "Deposition Parties") shall receive notice of said Depositions; and (iii) outlines the Deposition Parties' respective rights regarding participation and/or attendance in these Depositions. *See* Confirmation Procedures Order at ¶¶ 3, 13, 16.

2. The Parties have noticed several Depositions pursuant to the Confirmation Procedures Order. In order to ensure the Deposition Parties are able to participate in or observe the Depositions, the Parties herein set forth agreed-upon dates, times, and procedures for these

---

[3] The DRA bonds were issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018.

[4] Capitalized terms not defined in this Joint Motion shall have the meaning ascribed to them in the Confirmation Procedures Order.

- 1 -

Depositions. The Parties intend to file subsequent informative motions as needed to notify the Court of additional Depositions if and when they are scheduled:

| **Name of Deponent:** | **Deposition Date:** | **Confidential:** |
|---|---|---|
| Andrew Wolfe | October 5, 2021 at 9:30 AM AST | No |
| Ojas Shah | October 6, 2021 at 9:30 AM AST | No |
| Natalie Jaresko | October 6, 2021 at 9 AM AST | No |
| Fernando Batlle as designated Rule 30(b)(6) witness for AAFAF | October 11, 2021 at 9:30 AM AST | Yes |

3. Deposition Parties who wish to attend the Depositions are required to register their attendance by sending an email to promesadepositions@veritext.com at least 48 hours prior to the commencement of any Deposition. The Deposition Parties must state in the email whether they will be attending as either (i) a "Participant" or (ii) an "Observer" as defined below.

4. **"Participants."** Eligible Creditors, including PSA Parties, are entitled to participate in the Depositions, as set forth in paragraph 13 of the Confirmation Procedures Order. Only such parties, along with the Parties to this Joint Motion (including AAFAF and the Oversight Board), may request the status of "Participant" in their email to promesadepositions@veritext.com. Participants will be provided with a link to obtain live video access of the Depositions. Because of technical limitations, there is a limited number of live video access feeds to the Depositions. Accordingly, to allow all requesting Participants to have access, for Depositions where over 25 Deposition Parties have registered as Participants, Participants represented by the same law firm (other than those Participants who noticed the Deposition and those defending the deponent) shall be limited to a maximum of 2 lines per firm.

5. "**Observers.**" Any party in interest who is not an Eligible Creditor and who has filed an Objection to confirmation of the Plan shall be entitled to attend the Depositions as an Observer, as set forth in paragraph 13 of the Confirmation Procedures Order. Observers will be provided with a telephone number with which they will be able to listen to the Depositions in real time.

6. Only Deposition Parties who have joined the Protective Order attached as Exhibit 2 to the Confirmation Procedures Order will be allowed access to the Depositions marked as "Confidential" in this Joint Motion.

7. The Parties have also agreed upon a protocol (the "Remote Deposition Protocol") for Depositions taking place virtually due to the ongoing COVID-19 pandemic. A stipulation setting forth the Remote Deposition Protocol is being attached as **Exhibit A** hereto. All Deposition Parties attending a Deposition are required to comply with the terms of the Remote Deposition Protocol.

8. The procedures outlined in paragraphs 3 through 7 herein shall apply to any future Depositions that are scheduled in connection with confirmation of the Plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT IN BLANK]

Dated: October 1, 2021.
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*/s/ Michael A. Firestein*

Martin J. Bienenstock
Brian S. Rosen
Jeffrey Levitan
Ehud Barak
Admitted *Pro Hac Vice*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Michael A. Firestein
Lary Alan Rappaport
Admitted *Pro Hac Vice*
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
        lrappaport@proskauer.com

***Attorneys for the Financial Oversight and Management Board as representative for the Debtors***

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)

**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

***Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

***Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: /s/Arturo J. García-Solá
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: /s/Alejandro J. Cepeda-Diaz
Alejandro J. Cepeda-Diaz
USDC No. 222110
Email: ajc@mcvpr.com

By: /s/Nayuan Zouairabani
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*

**C. CONDE & ASSOC. LAW OFFICES**

By: /s/ Carmen D. Conde Torres
Carmen D. Conde Torres
(USDC No. 207312)
/s/ Luisa S. Valle Castro
Luisa S. Valle Castro
(USDC No. 215611
254 San José Street, Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

**SCHULTE ROTH & ZABEL LLP**

By: /s/ Douglas S. Mintz
Douglas S. Mintz (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: dmintz@orrick.com

-and-

Douglas Koff (admitted pro hac vice)
Abbey Walsh (admitted pro hac vice)
Peter J. Amend (admitted pro hac vice)
919 Third Avenue
New York, N.Y. 10022
Tel: 212-756-2000
Fax: 212-593-5955
E-mail: douglas.koff@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*

- 6 -

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani