# EXHIBIT 1

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aida M Quinones Renta

Participant's Address: Cond Santa Maria 2, 501 Calle Modesto, Apt 760, San Juan PR 00924-4882

Participant's Email Address:

Name of Counsel:

Address of Counsel:

Email Address of Counsel: Pedro.lcp1966@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Aida M Quinones Renta

Nature of Claim:

By: _____
Signature

Aida M Quinones R.
Print Name

_____
Title (if Participant is not an individual)

Aida M Quinones R.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida M Quinones Renta
Cond Santa Maria 2
501 Calle Modesto
Apt 710 San Juan PR 00
924-4884

NASHVILLE TN 370

RECEIVED
SEP 15 2021
PRIME CLERK



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

10163-470808