# EXHIBIT 3

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amparo Echevarria Lassus_

Participant's Address: _HC 2 Box 14361 Carolina PR 00987_

Participant's Email Address: _amparoechevarria@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _Leida Ivone Gonzalez Morales_

Email Address of Counsel: _17 BK 3283-LTS_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Discovery for Confirmation_

Nature of Claim: _Amparo Echevarria Lassus_

By: _Amparo Echevarria Lassus_
Signature

_Leida Ivone Gonzalez Morales_
Print Name

_____
Title (if Participant is not an individual)

_25 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Amparo Echevarria Lassus
HC 2 Box 14361
Carolina P.R. 00987

MEMPHIS TN 380
6 SEP 2021 PM 3 L

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York N.Y 10163-4708

10163-470808