# EXHIBIT 5

RECEIVED
SEP 0 7 2021
PRIME CLERK

SRF 55923

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana I Garcia Reyes

Participant's Address: HC-61 Box 7132 Aguas Buenas PR 00703

Participant's Email Address: aigreyes@hotmail.com

Name of Counsel: United States District Court, Clerk's Office

Address of Counsel: 150 Ave. Carlos Chardón Ste 150 San Juan PR 00918

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: _A. Garcia Reyes_
Signature

Ana I Garcia Reyes
Print Name

Title (if Participant is not an individual)

7 septiembre 2021
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE    VERSION JULY 20, 2021    9