# EXHIBIT 6

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana Lozada Medina

Participant's Address: 164 Bonner St. Hartford, CT.

Participant's Email Address: Ismaelmangual6@gmail

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283-LTS

Nature of Claim: Employees Retirement System of the Goverment of the Commonwelth of P.R.

By: _[signature] Medina_
Signature

Ana Lozada Medina
Print Name

Title (if Participant is not an individual)

9-13-21
Date

RECEIVED
SEP 15 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Lozada Medina
164 Bonner ST
Hartford, CT. 06106-3515

HARTFORD CT 060
13 SEP 2021 PM 4 L
RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station,
PO BOX 4850
New York, NY 10163-4850

10163-485050