# EXHIBIT 8

RECEIVED
SEP 0 7 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen D. Pagán Gonzalez

Participant's Address: P.O. Box 670, Morovis, P.R. 00687

Participant's Email Address: carmend.gonzalez@familia.pr.gov

Name of Counsel: Depla Familia

Address of Counsel: 22 Ave. Buena Vista, Morovis, P.R. 00687

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 118005-P SUC ADSHN-Q

Nature of Claim: 17 BK 3283-LTS

By: _CDerp_
Signature

Carmen D Pagán Gonzalez
Print Name

TASF-I
Title (if Participant is not an individual)

7/9/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.