# EXHIBIT 9

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Torres Nicot, Crucita

Participant's Address: Urb. Constancia 864 C/cortada 864, Ponce, PR-00717

Participant's Email Address: No

Name of Counsel: No

Address of Counsel: No

Email Address of Counsel: No

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167974

Nature of Claim: Dinero adeudado por aumento salarial de $25.00 mensuales desde el año 1979 hasta mi retiro en el año 1998. Ley 89 del año 1979 (Monto de la reclamación ($5,700.00)

By: *Crucita Torres Nicot*
Signature

Crucita Torres Nicot
Print Name

_____
Title (if Participant is not an individual)

Date: Sept. 08, 2021

RECEIVED
SEP 14 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

c/c Abogados de la Junta de Supervisión

Señores:

Yo, Crucita Torres Nicot, tengo 84½ años de edad.

Fui maestra por 30 años de grados elementales. En variadas ocasiones me seleccionaron maestra distinguida, de excelencia, maestra ejemplar, etc.

No hablo ni escribo el inglés; habían maestros bilingües asignados a mis grupos de estudiantes.

Cordialmente,
Crucita Torres Nicot