# EXHIBIT 10

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cotté Alvarado Efrain ss-384-406203

Participant's Address: URB Parque Real Calle Rubi #67 LAJAS, PR 00667

Participant's Email Address: yolarive1963@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: *Efrain Cotté alvarado*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

8-26-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Efrain Cotte Alvarado
U.R.B. Pargue Real - Calle Rubi
#67 LAJAS, P.R. 00667

To: O'Neill Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, P.R. 00918-1813

MEMPHIS TN 380
6 SEP 2021 PM 3 L

RECEIVED
SEP 13 2021
O'NEILL & BORGES

00918-181300