# EXHIBIT 11

RECEIVED

SEP 15 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elsa Montañez Martinez

Participant's Address: Urb. Méndez C-1 Yabucoa, P.R. 00767

Participant's Email Address: elmontanez2000@yahoo.com

Name of Counsel: Discovery Notice to the Court's Clerk

Address of Counsel: United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150

Email Address of Counsel: San Juan Puerto Rico 00918-1767

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Título III

By: _Elsa M. [signature]_
Signature

Elsa Montañez Martinez
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elsa Montañez
Urb. Mendez C-1
Yabucoa P.R. 00767

NASHVILLE TN 370
10 SEP 2021 PM 4 L

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Central Station
New York NY
10163-4708

10163-470808