# EXHIBIT 12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elsie Santiago Cruz

Participant's Address: HC 1 Box 6794L Aguas Buenas P.R. 00703

Participant's Email Address: elsiestgo@gmail.com

Name of Counsel: Prime Clerk LLC

Address of Counsel: Grand Central Station P.O Box 4708 new york 10163-4708

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 -LTS

Nature of Claim: Title II

By: _Elsie Santiago_ (Signature)

Print Name: Elsie Santiago Cruz

Title (if Participant is not an individual): Profesional Alimento II

Date: 7 - septiembre - 2021

RECEIVED
SEP 15 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elsie Santiago Cruz
HC1 Box 6794L
Aguas Buenas P.R. 00703

MEMPHIS TN 380
11 SEP 2021 PM 1 L

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P O Box 4850
New York, NY 10163-4850

10163-485050