# EXHIBIT 13

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elva I. Lorenzo Alers.

Participant's Address: Calle 7 N-6 Urb. Reina De los Angeles

Participant's Email Address: Gurabo Puerto Rico 00778.

Name of Counsel: E-mail → lorenzoalers@gmail.com.

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 176498

Nature of Claim: $54,000.00 Debe ser de $146,000.00.

By: Elva I. Lorenzo Alers
Signature

Elva I. Lorenzo Alers.
Print Name

RECEIVED

SEP 15 2021

PRIME CLERK

Title (if Participant is not an individual)

8 / agosto / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Elva I. Lorenzo Alers
Calle 7 N-6
Urb. Reina De los Angeles
Guayabo Puerto Rico
00778

RECEIVED
SEP 15 2021
PRIME CLERK

SAN JUAN PR 009
21 AUG 2021 PM 1 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y.
10163-4850

10163-485050