# EXHIBIT 14

Case:17-03283-LTS Doc#:18368-13 Filed:10/03/21 Entered:10/03/21 09:53:54 Desc:
Exhibit 14 - Hilda D Nieves Baez Page 2 of 3

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda D. Nieves Báez_

Participant's Address: _New address_ _Urb. Brasilia. Calle E. G. 26 Vega Baja PR. 00693_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162011_

Nature of Claim: _Reclamando pensión o beneficio q. no he recibido (Ley Promesa)_

By: _Hilda D. Nieves Báez_
Signature

_Hilda D. Nieves Báez_
Print Name

_____
Title (if Participant is not an individual)

_7 de septiembre - 2021_
Date

RECEIVED
SEP 15 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda D. Nieves Báez
calle E. G.26
Urb. Brasilia, Vega Baja, P.R. 00693

NASHVILLE TN 370
10 SEP 2021 PM 5 L



RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708

10163-470808