# EXHIBIT 16

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JUAN N VEGA SANTIAGO

Participant's Address: HC#2 BOX 7922 YABUCOA P.R. 00767

Participant's Email Address: TESY5555@g.mail.com

Name of Counsel: HERMANN D. BAKER

Address of Counsel: 250 MUNOZ RIVERA AVE SAN JUAN P.R. 00918 SUITE 800

Email Address of Counsel: INFO@ONEILLBORGES.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BR 3283 - LTS

Nature of Claim: _____

By: JUAN N Vega Santiago
Signature

_____
Print Name
JUAN N VEGA SANTIAGO
Title (if Participant is not an individual)

09/07/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUAN N VEGA SANTIAGO
HC# 2 BOX 7922
YABUCOA P.R. 00767

NASHVILLE TN 370
10 SEP 2021 PM 6 L
RECEIVED

SEP 15 2021
PRIME CLERK

PRIME CLERK LLC
GRAND CENTRAL STATION
P.O BOX 4708
NEW YORK, N.Y. 10163-4708