# EXHIBIT 17

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia E. Cotto Ortiz_

Participant's Address: _Urb. Villa Marina Calle 4 D 15 Guabo PR 00778_

Participant's Email Address: _JuliaCotto4682@gmail.com_

Name of Counsel: _Prime Clerks LLC_

Address of Counsel: _Grand Central Station newyork N/Y 10163-4708_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Julia E. Cotto Ortiz_
Print Name

_Profesional Servicio alimento I_
Title (if Participant is not an individual)

_7 - septiembre - 2021_
Date

**RECEIVED**

**SEP 15 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia E. Cotto Ortiz
Urb. Villa Marina
Calle 4 D - 15
Gurabo P.R. 00778



RECEIVED

SEP 1 5 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P. O. Box 4850
New York, NY 10163 - 4850

10163$4850 B097