# EXHIBIT 18

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Julio Rodriguez Alvarez*

Participant's Address: *P.O. Box 8098 Ponce, Puerto Rico 00732*

Participant's Email Address: *n/a*

Name of Counsel: *n/a*

Address of Counsel: *n/a*

Email Address of Counsel: *n/a*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *n/a*

Nature of Claim: *Ley de Romero zo, Aumento de Sueldo Gobierno*

By: *Julio Rodriguez Alvarez*
Signature

*Julio Rodriguez Alvarez*
Print Name

*n/a*
Title (if Participant is not an individual)

*Sept. 07. 2021*
Date

RECEIVED

SEP 1 5 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Rodríguez Alvarez
P.O. Box 8098
Ponce Puerto Rico 00732

NASHVILLE TN 370

10 SEP 2021  PM 7  L
RECEIVED

SEP 1 5 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York NY 10163-4708

10163-470808