# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz C. Estrada Ocasio_

Participant's Address: _Bo. Jaguas HC-03 Box 9159 Gurabo, P.R. 00778_

Participant's Email Address: ____

Name of Counsel: _The Commonwealth of Puerto Rico_

Address of Counsel: _United State District Court Clerk's Office 150 Ave. Carlos Chardon Ste. San Juan, P.R. 00918-1767_

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _L. C. Estrada Ocasio_
Signature

_Luz C. Estrada Ocasio_
Print Name

_Profesional Serv. Alimentos_
Title (if Participant is not an individual)

_7 Sept. 2021_
Date

RECEIVED
SEP 15 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To: Luz C. Estrada Ocasio
Bo. Jaguas
HC-03 Box 9159
Gurabo, P.R. 00778

MEMPHIS TN 380
11 SEP 2021 PM 1 L

Thinking

FOREVER / USA

RECEIVED
SEP 15 2021
PRIME CLERK

From: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY. 10163-4708

10163-470808