# EXHIBIT 20

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: LUZ E Montanez Fontanez

Participant's Address: Bada santa catalina, HC-01 Buzon 6453 Arroyo PR 00714

Participant's Email Address: luzmontanez69@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 172061

Nature of Claim: Claim of funds due

By: *Luz E Montanez Fontanez*
Signature

Luz Montanez Fontanez
Print Name

_____
Title (if Participant is not an individual)

9-2-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LUZ E Montanez Fontanez
Bada Santa Catalina
H-C-01 Buzon 6453
Arroyo PR 00714

NEW YORK NY 100
11 SEP 2021 PM 11 L



RECEIVED
SEP 14 2021
PRIME CLERK

Commonwealth of puerto rico
ACR Processing Center
c/o Prime clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, ny 11232

11232-152312