# EXHIBIT 21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marcelina Flecha Roman_

Participant's Address: _Jards. de Cupey C4 D-19 Cata, P.R 00735_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 1283-LTS_

Nature of Claim: _See ATTAchment (A)_

By: _Marcelina Flecha Roman_
Signature

Print Name: _MARCELINA FLECHA ROMAN_

Title (if Participant is not an individual): _PROfeSORA_

Date: _September 3, 2021_

**RECEIVED**
SEP 14 2021
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

(A) Good Morning to whom it may concern. The claim with number, 17 BK 3283-LTS is duly done since I, Marcelina Flecha Roman, for a consecutive period on of one year included my vacations, did not receive from the Department of Education of Puerto Rico, the due payment corresponding to me, Marcelina Flecha Roman, for my functions as Professor of said Department in question. Therefore this is the nature of my claim. Since 2009 till this day, 2021 I've been waiting for the Department of Education to make a payment for the year that I worked; and have not received the payment.

210720V2 Confirmation Discovery Procedures Notice     Version July 20, 2021     7

Marcelina Flecha Roman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                       Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Jose A. Pizarro & Marcelina Flecha
Urb. Jardines de Ceiba 9
Calle 4 D-1ª
Ceiba, PR 00735

MEMPHIS TN 380
6 SEP 2021 PM 4 L

PR 1845 SRS 55593 PACKid..
266388 MMLID..173720-PS

**RECEIVED**
**SEP 1 4 2021**
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P O Box 4708
New York, NY 10163-4708

10163-470808