# EXHIBIT 22

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marciano Santana López

Participant's Address: Bo. 5040, Puente Blanco Cataño, P.R. 00962

Participant's Email Address: margarita.y.santana52@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 157542

Nature of Claim: Promesa Titulo III (aumento Salarial Romerazo)

By: [signature]
Signature

Marciano Santana López
Print Name

Title (if Participant is not an individual)

1 Sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Marciano Santana Lopez
Bo. 5040 Puente Blanco
Cataño, P.R. 00962

NASHVILLE TN 370
10 SEP 2021 PM 5 L


USA FOREVER

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808