# EXHIBIT 25

RECEIVED
SEP 0 4 2021
PRIME CLERK

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M Vega Rivera
Participant's Address: urb Jaime L. Drew Ave. E-70 Ponce, PR 00731
Participant's Email Address: mariam vegarivera@yahoo.com
Name of Counsel:
Address of Counsel:
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 28991
Nature of Claim: 17BK 3283-LTS

By: M.Vega Rivera
  Signature

Maria M Vega Rivera
Print Name

Title (if Participant is not an individual)

31/julio/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice f Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may stead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk' ffice, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

)720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021

Escaneado con CamScanner

FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

If this Notice is filed on or before August 15, 2021, you may be granted acces documents in the Plan Depository, where information and documents concerning the are kept, and you will also be able to serve your own discovery requests. If you file this N after August 15, 2021, but on or before October 19, 2021, you may be granted acce documents in the Plan Depository, but you will not be able to serve your own disc requests. Please note that access to the information in the Plan Depository may also r complying with the Debtors' access requirements. If this Notice is filed after Octob 2021, you will not be permitted to participate in discovery. If you do not file this Noti will still be able to vote on the Plan, if you are otherwise qualified to vote.

The party identified below (the "Participant") hereby advises the Debto intends to participate in discovery in connection with confirmation of the Debtors' propo

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case numbe four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Cc of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Di Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal (iv) Employees Retirement System of the Government of the Commonwealth of Puertc (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy C 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as numbers due to software limitations).

10720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2

Escaneado con CamScanner

30 de marzo de 2020

CLAIM #28991
Numero de empleado #23046
Case number 17 BK03834-LTS-Commonwealth de Puerto Rico

Date filed 5/30/2018
De: Maria M Vega Rivera
Urb Jaime L Drew Ave E-70
Ponce, PR 00730-1528

A quien pueda interesar :

Por este medio hago un desglose de mi dinero adeudado bajo la ley 96 del 1 de julio de 2001 de los años trabajados en el Departamento de Educación de Puerto Rico. Bajo la administración de Romero Barcelo, Pedro Rosello, Sila Maria Calderòn ,Anibal Acevedo Vila , Luis Fortuño y Alejandro Garcia Padilla

De esta forma hago el desglose de dinero adeudado como parte de mi reclamación. Como parte de uno de los requisitos de evidencia de  Ley Promesa

De aumento de sueldo de $100.00 mensuales  desde 2001
Años 2001-2005

2001- $100.00 x6 meses =$600.
2002-$100 .00 x 12 meses=$1,200
-2003-$100 .00 x 12 meses=$1,200
2004-$100 .00 x 12 meses=$1,200
2005-$100 .00 x 12 meses=$1,200

Total =5,400

2,009 -2013
2009 -$600.00
2010-100,x12=1,200
2011-100x12=1,200
2012-100x12 =1,200
2013-100x12=1,200
Total=5,400

Años 2006-2010

2006-$100.00 x6 meses =$600.
2007
2008--$100 .00 x 12 meses=$1,200
2009--$100 .00 x 12 meses=$1,200
2010--$100 .00 x 12 meses=$1,200

Total=$ 5,400

Año 2011-2015

2011-$100.00 x6 meses =$600.

Escaneado con CamScanner

2012-$100.00 x 12 meses=$1,200
2013--$100.00 x 12 meses=$1,200
2014--$100.00 x 12 meses=$1,200
2015---$100.00 x 12 meses=$1,200
Total =$ 5,400 2011-2015

Desglose 1997 los pasos de anos de experiencias $25.00 x 12 meses =$300.00 1998
$50.00 x 12 meses =$600.00

Luego de 22 anos de servicio total adecuado de los pasos es 22 anos x $900.00=19,800

Días por exceso de enfermedad desde 2010-2020 $2,700 x 22 anos =19,800
Días por exceso de enfermedad desde
Un total adeudado de aumento de sueldo $21,600
mas 19,800 dinero adeudado de los pasos de anos de experiencias.
Días por excesos de enfermedad no pagados desde el ano 2010 $27,000

Tengo un gran total adecuado bajo el Gobierno de Puerto Rico $68,400

Atte. Maria M. Vega Rivera

CLAIM #28991
Case number 17 BK0383-LTS-Commonwealth de Puerto Rico

Escaneado con CamScanner