# EXHIBIT 27

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel L. Mendoza_

Participant's Address: _P.O. Box 1124 Cidra, P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _Titulo III Promesa_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82150_

Nature of Claim: _Public Employee and Pension Retiree Claim_

By: _Maribel R. Mendoza_
Signature

_Maribel L. Mendoza_
Print Name

RECEIVED
SEP 15 2021
PRIME CLERK

_____
Title (if Participant is not an individual)

_Sept 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel L. Mendoza

NASHVILLE TN
10 SEP 2021 PM 5 L

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: __Maribel L. Mendoza__

Participant's Address: __P.O. Box 1124 Cidra, P.R. 00739__

Participant's Email Address: _____

Name of Counsel: __Titulo III Promesa__

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: __95325__

Nature of Claim: __Public Employee Claim__

By: __Maribel L. Mendoza__
Signature

__Maribel L. Mendoza__
Print Name

RECEIVED

SEP 15 2021

PRIME CLERK

_____
Title (if Participant is not an individual)

__Sept. 6, 2021__
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel L. Mendoza
PO Box 1124
Cidra, P.R. 00739

RECEIVED NASHVILLE TN 370
SEP 15 2021 10 SEP 2021 PM 3 L
PRIME CLERK

FOREVER / USA

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel L. Mendoza_

Participant's Address: _P.O. Box 1124 Cidra, P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _Titulo III Promesa_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico_

By: _Maribel R Medya_
Signature

_Maribel L. Mendoza_
Print Name

_____
Title (if Participant is not an individual)

_Sept 6, 2021_
Date

RECEIVED

SEP 15 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel L Mendoza
P.O. Box 1124
Cidra, P.R. 00739

RECEIVED
SEP 15 2021
PRIME CLERK

10 SEP 2021 PM 3 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050