# EXHIBIT 28

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Colón Benítez

Participant's Address: Reparto Valenciano E6 Calle 2 Juncos, PR 00777

Participant's Email Address: marie.1710@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 32709

Nature of Claim: Sistema de Retiro de la Judicatura del Gobierno.

By: Maritza Colón Benítez
Signature

Maritza Colón Benítez
Print Name

_____
Title (if Participant is not an individual)

31 de agosto de 2021
Date    Tel. 939-250-8410

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Colon Benitez
Urb. Reparto Valenciano
E 6 Calle 9
Juncos, PR 00777

Hermann D. Bauer
O'Neill & Borges LLC
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813

RECEIVED
SEP 14 2021
O'NEILL & BORGES