# EXHIBIT 29

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Migdalia Lebron Borrero

Participant's Address: RR, Box 3741, San Sebastian P.R 00685

Participant's Email Address: miggy.lebron@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 75339

Nature of Claim: Public Employee and Pension Retiree

By: Migdalia Lebron Borrero
Signature

Migdalia Lebron Borrero
Print Name

_____
Title (if Participant is not an individual)

September 6 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.







U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
SEP 07, 21
AMOUNT
$8.36
R2304E105809-12

7020 1810 0001 4314 5315

RECEIVED SEP 13 2021 O'NEILL & BORGES

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Migdalia Lebron Borrero
RR Box 3741
San Sebastian, PR
00685