# EXHIBIT 30

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Milagros Ortiz Ortiz

Participant's Address: HC-2 Box 6741, Barranquitas P.R 00794

Participant's Email Address: m.OrtizOrtiz51@gmail.com

Name of Counsel: Promesa Title III - Martin J. Bienenstock."
New York, N.Y. 10036 y
Address of Counsel: Hermann D. Bauer - USDC No 215205
O'Neill & Borges LLC - 250 Muñoz Rivera Ave,
Email Address of Counsel: Suite 800, San Juan P.R 00918-1813
Puertorico info@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS - Doc# 17640

Nature of Claim: ERS - of the Government of the Commonwealth of Puerto Rico.

By: Milagros Ortiz Ortiz
Signature

Milagros Ortiz Ortiz
Print Name

The Financial Oversight and Management Board For Puerto Rico
Title (if Participant is not an individual) - No. 167 - 17-3283 - Docket Entry
No. 1154 - 17-3566 Docket-129
2 Sept 2021
Date
in case No. 19 5523 - the motions
date May 13 2021 of the commonwealth of P. Rico

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.R. 1845 SRF 55176 Pack ID 353796 MMLID:925833-PSVC: ADSHN-Q

Milagros Ortiz Ortiz
HC 2 - Box 6741
Barranquitas, P.R 00794

MEMPHIS TN
6 SEP 2021 PM

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York 4708
New York, N.Y. 10163-4708

10163-470808