# EXHIBIT 34

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilsa Rodriguez De Jesus

Participant's Address: 508 CALLE UCAR HACIENDA BORINQUEN CAGUAS P.R. 00725

Participant's Email Address: nilsacaguas63@gmail.com

Name of Counsel: THE COMMONWEALTH OF PUERTO RICO EMPLOYEES RETIREMENT SYSTEM

Address of Counsel: PRIME CLERK LLC GRAND CENTRAL STATION P.O. BOX 4708 NEW YORK, NY. 10163-4708

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283-LTS

Nature of Claim: PROMESA III

By: _[signature]_
Signature

NILSA Rodriguez De Jesus
Print Name

School Principal
Title (if Participant is not an individual)

Sept 2, 2021
Date

RECEIVED
SEP 15 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilsa Rodriguez De Jesus
508 Calle UCAR HACIENDA BORINQUEN
Caguas, P.R. 00725

MEMPHIS TN 380
6 SEP 2021 PM 3 L

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708 New York, NY
10163-4708

10163-470808