# EXHIBIT 35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nylma I. Gonzalez Montalvo

Participant's Address: Urb. Vista Bella calle 5-D-6 Villalba P.R. 00766

Participant's Email Address: nilmairis@g-mail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

PR 1845 SRF 44227 PACKID: 45204 MMLID: 1908620 SVC: DN 13702
NYLMA I. GONZALEZ MONTALVO
URB. VISTA BELLA
CALLE 5, D-6
VILLALBA PR 00766

2. Participant's the nature of Participant's Claim:

Claim Number:

Nature of Claim: No remunerance of the laws establish

By: ✓ _Nylma I. Gonzalez Montalvo_
Signature

Nylma I. Gonzalez Montalvo
Print Name

Title (if Participant is not an individual)

Date: 10 agosto 21

RECEIVED
SEP 15 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 40684 PACK ID: 12882 MMLID: 1908620 SVC: CLAIMAINTS
GONZALEZ MONTALVO, NYLMA I
URB. VISTA BELLA
CALLE 5, D-6
VILLALBA PR 00766

PR 1845 SRF 55176 PACKID: 7228 MMLID: 1908620-P SVC: MML-PC
GONZALEZ MONTALVO, NYLMA I.
URB. VISTA BELLA
CALLE 5, D-6
VILLALBA PR 00766

...DUKES NOTICE     VERSION JULY 20, 2021     9

Nylma I. González Montalvo
Urb. Vista Bella
calle S, D-6
Villalba, P.R. 00766

MEMPHIS TN 380
6 SEP 2021 PM 1 L

PrimeClerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
SEP 1 5 2021
PRIME CLERK LLC

10163-485050