# EXHIBIT 36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Orlando Velez Figueroa

Participant's Address: P.O. Box 1059 W. Jo, P.R. 00676

Participant's Email Address: N/A

Name of Counsel: ―――

Address of Counsel: ―――

Email Address of Counsel: ―――

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283-LTS

Nature of Claim: ("ERS")

By: *Orlando Velez Figueroa*
Signature

Orlando Velez Figueroa
Print Name

heavy equipment driver
Title (if Participant is not an individual)

08/26/21
Date

RECEIVED
SEP 15 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Orlando Velez Figueroa
P.O. Box 1059
Mora, PR 00676

PR1845 SRF 55176
PackID 385707 MMIS
136455-PADSHMD

NASHVILLE TN 370
10 SEP 2021 PM 6 L

RECEIVED
SEP 15 2021
PRIME CLERK

Prime Clerk LLC
Grand Center Station
New York NY 10163-4708

10163-470808