# EXHIBIT 37

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Pedro L Cruz Pagan*

Participant's Address: *Urb Asiccion HC5 Box 6604*

Participant's Email Address: *Aguas Buenas PR 00703-9763*

Name of Counsel:

Address of Counsel:

Email Address of Counsel: *pedro.lcp1966@gmail.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED
SEP 15 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro L Cruz Pagan
Juan Asocion HC5 Box 6604
aquas Bueno PR 00703-9763

NASHVILLE TN 370
10 SEP 2021 PM 5 L

RECEIVED
SEP 15 2021
PRIME CLERK

1016354708 0000

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163