# EXHIBIT 39

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosario Rivera Rodríguez

Participant's Address: HC01 Box 14334 Coamo, P.R. 00769

Participant's Email Address: rosarrv7@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 93306

Nature of Claim: Finacial Oversight and Management Board of P.R.

By: _Rosario Rivera Rodríguez_
Signature

Rosario Rivera Rodríguez
Print Name

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Title (if Participant is not an individual)

Sept. 6th, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosario Rivera
HC 01 Box 14334
Coamo, Puerto Rico 00769

NASHVILLE TN 370
10 SEP 2021 PM 4 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, N.Y. 10163 - 4708

RECEIVED
SEP 15 2021
PRIME CLERK

10163-470808