# EXHIBIT 40

RECEIVED
SEP 0 8 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sheila J. Ramirez Ruiz
Participant's Address: urb Haciendas de carraizo calle 5 F-3 San Juan P.R. 00926
Participant's Email Address: sheilaramruiz@yahoo.com
Name of Counsel: N/A
Address of Counsel: N/A
Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 45132
Nature of Claim: Retirement systems pension claim

By: *Sheila J. Ramirez Ruiz*
    Signature

Sheila J. Ramirez Ruiz
Print Name

Tec. farmacia
Title (if Participant is not an individual)

8 septiembre 21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.