# EXHIBIT 42

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yvette Ramos Martinez (Ivette)

Participant's Address: Urba. Jardines de Arroyo Calle Y A 1-8, Arroyo P.R.

Participant's Email Address: zydlui2910@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167253

Nature of Claim: Titulo III Promesa 17-BK3283Lts - Reclamo de aumentos impagos

By: _[signature]_
Signature

Yvette Ramos Martinez (Ivette)
Print Name

Title (if Participant is not an individual)

9/sept/2021
Date

RECEIVED
SEP 14 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.