# EXHIBIT 43

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Zoraida Nieves Garcia

Participant's Address: HC 2 Box 8699 Coyozal P.R. 00783

Participant's Email Address: 52zoraidanievez@gmail.com

Name of Counsel: Ivonne Gonzalez Morales

Address of Counsel: Edif Gallardo suite 305 · 301 Recinto Sur · San Juan P.R. 00902

Email Address of Counsel: ivonnegm@prw.net

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTA

Nature of Claim: Discovery for Commonwealth Plan Confirmation in re Commonwealth of P.R. Case 17BK 3283 LTS

By: *Zoraida Nieves Garcia*
Signature

Zoraida Nieves Garcia
Print Name

_____
Title (if Participant is not an individual)

17/agosto/2021
Date

RECEIVED
SEP 14 2021
PRIME CLERK

# Reclamación
# 75634

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.