Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Valocourt Cruz_

Participant's Address: _Rexville calle 22A, CF8, Bayamón, P.R. 00957_

Participant's Email Address: _jvalcourt@NUC.edu_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Labor claim_

By: _[signature]_
Signature

_José E. Valcourt Cruz_
Print Name

_N/A_
Title (if Participant is not an individual)

_September 1, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ruiz Arizmendi_

Participant's Address: _P.O.Box 1298, Rincón, PR 00677_

Participant's Email Address: _wanda.ruiz.1963 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33312_

Nature of Claim: _Pension / retiree claim_

By: _Wanda Ruiz Arizmendi_
Signature

_Wanda Ruiz Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Ruiz Armendi
P.O. Box 1298
Rincón, P.R. 00677

RECEIVED & FILED

2021 OCT -1 PM 12: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Carlos Chardin Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Valle Rodriguez_

Participant's Address: _Box 2895 Mayaguez P.R. 00681_

Participant's Email Address: _uKyVal@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110661_

Nature of Claim: _Public employe claim_

By: _Mildred Valle Rodriguez_
    Signature

_Mildred Valle Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_September 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Michael Dale
Jobu 2395
Maysquing Roble81

RECEIVED & FILED
2021 OCT -1  PM 12:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

17 SEP 2021 PM 7 L

NASHVILLE TN 370

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz E. Cardona Pérez_

Participant's Address: _Calle 5 buzón 142-C Barrio Maneyol_

Participant's Email Address: _rayita13@gmail.com_

Name of Counsel: _Prime Clerk, LLC_

Address of Counsel: _850 3rd Avenue, Suite 412 Brooklyn, NY 11232_

Email Address of Counsel: _PRACK process@prime clerk.com_
_puerto rico info@ prime clerk.com    https://cases.primeclerk.com_
2. Participant's Claim number and the nature of Participant's Claim: _/puertorico/_

Claim Number: _17 BK 3283-LTS_                      _Clase 51 I_

Nature of Claim: _Reclamo Dinero Pensión Retiro de Maestros de_
_Puerto Rico_

By: _Luz E. Cardona Pérez_
Signature

_Luz E. Cardona Pérez_
Print Name

_____
Title (if Participant is not an individual)

_20 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz E. Cardona Perez
Calle 5 Buzón 142-C
Mameyal, Dorado P.R. 00646

RECEIVED & FILED

2021 OCT -1  PM 12: 57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881706  0018

Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

22 SEP 2021  PM 3  L

MEMPHIS TN 380

★ USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aponte Guzman Dermis*

Participant's Address: *Edificio Sagrado Corazon 1 Calle Palma Real*

Participant's Email Address: *Apto 309 Ponce, PR 00716*

Name of Counsel: *Herman D Bauer*

Address of Counsel: *250 Muñoz Rivera Ave. Suite 800*

Email Address of Counsel: *San Juan, PR 00918-1813*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *# 98505-ACR*

Nature of Claim: *Promesa Title III Commonwealth of P.R.*

By: *Dermis Aponte Guzmán*
Signature

*Dermis Aponte Guzmán*
Print Name

*Case # 17-03283-LTS*
Title (if Participant is not an individual)

*20 September, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Aponte Guzman, Permis
Edixcio Sagrado Corazon 1 Calle Palma Real
Apto. 314
Ponce, PR 00 716

RECEIVED & FILED
2021 OCT -1 PM 12: 5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918- 1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  *Lillian I. Ortego Ortiz Diaz*

Participant's Address:  *P.O. Box 6230 STA I Bayamon PR*

Participant's Email Address:  *lillian ortez 2012 gmail.com    00961*

Name of Counsel:  *N/A*

Address of Counsel:  *N/A*

Email Address of Counsel:  *N/A*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *140433*

Nature of Claim:  *Public employee*

By:  *Lillian Ortiz Diaz*
    Signature

*Lillian I. Ortiz Diaz*
Print Name

_____
Title (if Participant is not an individual)

*6/ august /21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.O. Box 6230
San Juan, P.R.
00961

RECEIVED & FILED
2021 OCT -1  PH 12: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881706 0018

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Ramos Sanabria_

Participant's Address: _Bay Yuurel Sector Palmarejo_

Participant's Email Address: _HC of Box 6064_

Name of Counsel: _Arroyo PR 00714_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Carmen Ramos Sanabria_
Signature

_Carmen Ramos Sanabria_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen Ramos Sanabria
Helibat 6061
Atrgu Probate

RECEIVED & FILED
2021 OCT -1 PM 12: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Discovery No Tice To The Parts
Clerks office
150 Ave Carbs Chor Donstigo
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rucelis Lopez Alvarez_

Participant's Address: _16925 SE 23 Rd ave._

Participant's Email Address: _Rucelis @ gmail. com_

Name of Counsel: _N/A._

Address of Counsel: _N/A._

Email Address of Counsel: _N/A._

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175976_

Nature of Claim: _Public Employee_

By: _Rucelislopezaly_
Signature

_Rucelis Lopez Alvarez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rucelis Lopes
10925 SE 2320 Ave.
Summerfield, Fl. 34491-

RECEIVED & FILED

2021 OCT -1 AM 11:46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-170625

JACKSONVILLE FL 320

27 SEP 2021 PM 2  L

US District Court
Clerks office
150 Ave. Carlos Chardon
Ste 150
S Juan, PR. 00918/1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Idania L. Rodriguez_

Participant's Address: _801 Highview Dr., Palm Harbor FL_
_34683_

Participant's Email Address: _IKladyrose963@gmail.com_
_(lower case)_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK  3283 - LTS_

Nature of Claim: _Promesa Title III - Notice of Intent to_
_Participate in Discovery For_
By: _confirmation_
Signature

_Idania L. Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Idania L. Rodriguez
801 Highview Dr
Palm Harbor, FL
34683

RECEIVED & FILED
2021 SEP 1 AM 11:46
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170825

SAINT PETERSBURG FL
TAMPA FL 335
17 AUG 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave, Carlos Chardon Ste 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esther Pina Colón / Jose Alvira_

Participant's Address: _Villas del Señorial Apt 910 Ave. Winston Churchill GC_
_San Juan PR_
_00926_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Financial Oversight_

By: _Esther Pina Colón_
Signature

_Esther Pina Colón_
Print Name

_____
Title (if Participant is not an individual)

_9-20-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Esther Ana Colón
Condominio Villas del Senoral
Apt 910 Ave. Winston Churchill 60
San Juan, PR 00926

RECEIVED & FILED
2021 OCT -1 AM 11:49
CLERK'S OFFICE
US BANKRUPTCY COURT
SAN JUAN, PR

00918-170625

NASHVILLE TN. 370
23 SEP 2021 PM 5 L

United States District Court, Clerk Office
150 Ave. Carlos Chardón Suite 150
San Juan, PR 00918-1767

CHRISTMAS
STATION

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen H. Arroyo Morales*

Participant's Address: *4413 W. Lackland Pl. Tampa Fl. 33616*

Participant's Email Address: _____

Name of Counsel: *None*

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: _____

By: *Carmen H. Arroyo*
Signature

*Carmen H. Arroyo Morales*
Print Name

_____
Title (if Participant is not an individual)

*8-30-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 OCT -1  AM 11: 41

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Sra. Carmen H. Arroyo
4413 W Lackland Pl
Tampa FL 33616

United States District Court Clerk's
150 Ave Chardon
Ste. 150,
San Juan, P.R. 00918-1767



TAMPA FL 335
SAINT PETERSBURG FL
7 SEP 2021  PM 4 L

FOREVER / USA

EP193

# WE CARE

US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

**YOUR POSTMASTER**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Efrain Arroyo Baez_

Participant's Address: _HC 83 Box 7196, Vega Alta P.R. 00692_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Efrain Arroyo Baez_
Signature

_Efrain Arroyo Baez_
Print Name

_N/A_
Title (if Participant is not an individual)

_13/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**ReadyPost**

Document Mailer

00918-170625

From: Efrain Arroyo Baez
HC 83 Box 7146
Vega Alta, PR
00692

NASHVILLE TN 370
17 SEP 2021   PM 4 L

RECEIVED & FILED
2021 OCT -1  AM 11: 40

To: United States District Court
Clerks Office.
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Deborah A. Blalle Jiménez_

Participant's Address: _Urb. LA Cumbre 252 Lincoln ST. SAN JUAN, PR. 00926_

Participant's Email Address: _Puchio9@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57767_

Nature of Claim: _Pension/Retiree Claims_

By: _[signature]_
    Signature

_Deborah A. Blalle Jiménez_
Print Name

_—_
Title (if Participant is not an individual)

_September 12, 2021_         already sent first one → August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Deborah Blade Jiménez
urb. La cumbre
753 Lincoln street
San Juan, PR. 00 9 26

Notice to the Court's clerk's Office
United States District Court
clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918 - 1767

RECEIVED & FILED
2021 OCT - 1  AM 11: 40
CLERK'S OFFICE
SAN JUAN


FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan R. Ocasio Barreto_

Participant's Address: _HC 3 Box 32 800 Morovis P.R._ _00687_

Participant's Email Address: _BARROCA400@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _52 200_

Nature of Claim: _The employees Retirement system of the Gobernment of the commonwenth of Puerto Rico._

By: _[signature]_
Signature

_Juan R. Ocasio Barreto_
Print Name

_____
Title (if Participant is not an individual)

_21 /Sept/ 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan R. Ocasio Bonoski
HC 3 Box 32800
Morovis P.R. 00687

RECEIVED & FILED
2021 OCT -1   AM 11: 40
CLERK'S OFFICE
US DISTRICT COURT P.R.

Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave Carlos
Chardon Ste. 150
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
MOROVIS, PR
OCT 29
AMOUNT
$0.58
R2300ST100812-12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Angel R. Negrón – Colón*

Participant's Address: *2425 Hybrid,DR. kissimmeq Fl. 34758*

Participant's Email Address: *anegron51@Hotmail.Com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *178187*

Nature of Claim: *49762 – Low #89 (Romerazo) Efectivo July 1, 1995*

By: *Angel R. Negrón – Colón*
Signature

*Angel R. Negrón – Colón*
Print Name

_____
Title (if Participant is not an individual)

*8-11-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Angel R. Negron-Colon
2425 Hybeich DR.
Kissimmee Fl. 34758-2265

CERTIFIED MAIL

7018 0360 0001 6541 991

Court's clerk office Attiuntes states
District court Clerk's offices
150 Ave. Carlos chardon ste.
150 (San Juan, P.R. 00918-1767

RECEIVED & FILED

07:11 AM

00918-170399

U.S. POSTAGE PAID
FCM LG ENV
INTERCESSION CITY, FL
33848
AUG 17, 21
AMOUNT
$4.15
R2305K131596-12

1023    00918

SRF 53455   EstadoLebreAsociado de PaR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ANTONIO MORALES_

Participant's Address: _HC03 BOX 12612_

Participant's Email Address: _YABUCOA P.R 00767_

Name of Counsel: _9-6-55  NO17BX3283LTS_

Address of Counsel: _584-21 2084_

Email Address of Counsel: _ORIENTAL C221068868_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(Antonio morale)  173086_

Nature of Claim: _Pigul contra protejo_

By: _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_
Signature

_Antonio morale_
Print Name

_Yabucoa P.R 00767_
Title (if Participant is not an individual)

_9 / 13 / 21_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANToNiO MoRAles LEBRoN
Hee3 Box 12 412
710 Bucana PR Roo767

RECEIVED & FILED
2021 OCT -1  AM 11:04
CLERK'S OFFICE
U.S. DISTRICT COURT

DiScoVery NoTiceToTheCourt,s
United States Clerk's office at
150 AVe carlos Chardon sr. 150
150 AVe carlos C.office
San Juan P.R. oo 918-1767


FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Padin Rodriguez Maria M._

Participant's Address: _P.O. Box 976 Hatillo P.R. 00659_

Participant's Email Address: _m padin 1230 @gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128144_

Nature of Claim: _Public Employs and pension Retire Claris_

By: _Maria M Padin_
Signature

_Maria M. Padin_
Print Name

_Individual_
Title (if Participant is not an individual)

_9/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: César A. Maldonado Vázquez

Participant's Address: Rep. Metro #942 C/27 SE SJPR. 00921

Participant's Email Address: Maldogepe@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 17 BK 3283-LTS

Nature of Claim: _____

By: _____
    Signature

César A. Maldonado Vázquez
Print Name

_____
Title (if Participant is not an individual)

September 6 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cesar A. Maldonado
Rep. Metro 942 C/275E
SJ PR 00921



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
SEP 29, 21
AMOUNT
$1.16
1000          00918          R2305K141009-95

RECEIVED & FILED
2021 OCT -1 AM 11: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's
United States District Court Clerk's
Office, 150 Ave Carlos Chardon Ste
150, SJ PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _César A. Maldonado Vázquez_

Participant's Address: _Reparto Metropolitano 942 C/27 SO
SJ P.R. 00921_

Participant's Email Address: _Maldogepe@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283-LTS_

Nature of Claim: _____

By: _(signature)_

Signature

_César A. Maldonado Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_September 2 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

César A. Maldonado
Rep. Metro 942 C/27Sa
S J P R 00921

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
SEP 29, 21
AMOUNT
$1.16
1000        00918        R2305K141009-95

Court's Clerk's
United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, S J P.R 00918-1767

RECEIVED & FILED
2021 OCT -1 AM 11:41
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R