In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Twelfth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Debtors' Advisor* | | | | | | | | |
| 1 | **Deloitte Financial Advisory Services LLP [Dkt. No. 14573]** | 2/1 - 5/31/2019 | $ 5,891,411.40 | $ 23,342.88 | $ 313,178.46 | $ 6,658.04 | | $ 5,868,068.52 | $ 306,520.42 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | | |
| | *Debtors' Advisor* | | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15099]** | 6/1 - 9/30/2019 | $ 1,988,099.60 | $ 10,996.97 | $ 126,001.20 | $ 4,338.57 | | $ 1,977,102.63 | $ 121,662.63 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Debtors' Advisor* | | | | | | | | |
| 3 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15549]** | 10/1/2019 - 11/30/2019 | $ 461,748.90 | $ 2,271.66 | $ 18,790.40 | $ 2,054.36 | | $ 459,477.24 | $ 16,736.04 |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Financial Advisor to FOMB* | | | | | | | | |
| 4 | **Ernst & Young LLP [Dkt. No. 15098]** | 6/1 - 9/30/2020 | $ 6,119,618.90 | $ 78,944.54 | $ - | $ - | | $ 6,040,674.36 | $ - |
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB* | | | | | | | | |
| 5-a | **Brattle Group, Inc., The [Dkt. No. 16076]** | 9/1/2020 - 1/31/2021 | $ 56,632.95 | $ - | $ - | $ - | | $ 56,632.95 | $ - |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Commonwealth* | | | | | | | | |
| 5-b | **Brattle Group, Inc., The [Dkt. No. 16073]** | 10/1/2020 - 1/31/2021 | $ 9,105.20 | $ - | $ 57.00 | $ - | | $ 9,105.20 | $ 57.00 |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - ERS* | | | | | | | | |
| 5-c | **Brattle Group, Inc., The [Dkt. No. 16074 and 17-3566 Dkt. No. 1111]** | 10/1/2020 - 1/31/2021 | $ 65,059.00 | $ - | $ 19.00 | $ - | | $ 65,059.00 | $ 19.00 |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - PREPA* | | | | | | | | |
| 5-d | **Brattle Group, Inc., The [Dkt. No. 16078 and 17-4780 Dkt. No. 2400]** | 10/1/2020 - 1/31/2021 | $ 16,704.19 | $ - | $ - | $ - | | $ 16,704.19 | $ - |
| | *Puerto Rico Counsel to PREPA* | | | | | | | | |
| 6 | **Diaz & Vazquez Law Firm, P.S.C. [17-4780 Dkt. No. 2398]** | 2/1/2020 - 1/31/2021 | $ 5,352,410.00 | $ 34,463.95 | $ 8,880.53 | $ 271.76 | FN 1 | $ 5,317,946.05 | $ 8,608.77 |
| | *Financial Advisor to FOMB* | | | | | | | | |
| 7 | **Ernst & Young LLP [Dkt. No. 16754]** | 10/1/2020 - 1/31/2021 | $ 7,833,611.30 | $ 101,055.46 | $ - | $ - | | $ 7,732,555.84 | $ - |
| | *Consulting Services to FOMB - Commonwealth* | | | | | | | | |
| 8-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 16446]** | 10/1/2020 - 1/31/2021 | $ 3,711,250.00 | $ - | $ - | $ - | | $ 3,711,250.00 | $ - |
| | *Consulting Services to FOMB - HTA* | | | | | | | | |
| 8-b | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 16448]** | 10/1/2020 - 1/31/2021 | $ 1,139,850.00 | $ - | $ - | $ - | | $ 1,139,850.00 | $ - |
| | *Consulting Services to FOMB - PREPA* | | | | | | | | |
| 8-c | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 16447]** | 10/1/2020 - 1/31/2021 | $ 1,205,465.00 | $ - | $ - | $ - | | $ 1,205,465.00 | $ - |
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | *Advisor to FOMB - Commonwealth* | | | | | | | | |
| 9-a | **Alvarez & Marsal North America, LLC [Dkt. No. 17343]** | 2/1/2021 - 5/31/2021 | $ 3,553,221.69 | $ 870.75 | $ 10,694.63 | $ - | | $ 3,552,350.94 | $ 10,694.63 |
| | *Advisor to FOMB - ERS* | | | | | | | | |
| 9-b | **Alvarez & Marsal North America, LLC [Dkt. No. 17345 and 17-3566 Dkt. No. 1180]** | 2/1/2021 - 5/31/2021 | $ 305,243.10 | | $ - | $ - | | $ 305,243.10 | $ - |
| | *Advisor to FOMB - HTA* | | | | | | | | |
| 9-c | **Alvarez & Marsal North America, LLC [Dkt. No. 17355 and 17-3567 Dkt. No. 1043]** | 2/1/2021 - 5/31/2021 | $ 169,038.27 | | $ - | $ - | | $ 169,038.27 | $ - |
| | *Advisor to FOMB - PBA* | | | | | | | | |
| 9-d | **Alvarez & Marsal North America, LLC [Dkt. No. 17351 and 19-5523 Dkt. No. 153]** | 2/1/2021 - 5/31/2021 | $ 64,945.98 | | $ - | $ - | | $ 64,945.98 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Twelfth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 10 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 17366]** | 2/1/2021 - 5/31/2021 | $ 309,767.50 | $ 287.50 | $ 3,044.11 | $ - | $ 309,480.00 | $ 3,044.11 |
| | *Puerto Rico Conflicts Counsel - Commonwealth* | | | | | | | |
| 11-a | **Cardona Fernandez, Illeana C. [Dkt. No. 17346]** | 2/1/2021 - 5/31/2021 | $ 4,185.00 | $ - | $ - | $ - | $ 4,185.00 | $ - |
| | *Puerto Rico Conflicts Counsel - PREPA* | | | | | | | |
| 11-b | **Cardona Fernandez, Illeana C. [17-4780 Dkt. No. 2550]** | 2/1/2021 - 5/31/2021 | $ 1,057.50 | $ - | $ - | $ - | $ 1,057.50 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | **Casillas, Santiago & Torres, LLC [Dkt. No. 17381]** | 2/1/2021 - 5/31/2021 | $ 233,198.00 | $ - | $ 4,646.56 | $ - | $ 233,198.00 | $ 4,646.56 |
| | *Financial Advisor for FOMB Special Claims Committee - Commonwealth* | | | | | | | |
| 13-a | **DiCicco, Gulman & Company LLP [Dkt. No. 17349]** | 2/1/2021 - 5/31/2021 | $ 498,525.00 | $ 8,370.00 | $ - | $ - | $ 490,155.00 | $ - |
| | *Financial Advisor for FOMB Special Claims Committee - HTA* | | | | | | | |
| 13-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 1041]** | 2/1/2021 - 5/31/2021 | $ 5,362.50 | $ - | $ - | $ - | $ 5,362.50 | $ - |
| | *Financial Advisor for FOMB Special Claims Committee - PREPA* | | | | | | | |
| 13-c | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2552]** | 2/1/2021 - 5/31/2021 | $ 7,800.00 | $ - | $ - | $ - | $ 7,800.00 | $ - |
| | *Consultants to PREPA* | | | | | | | |
| 14 | **Filsinger Energy Partners [Dkt. No. 17341 and 17-4780 Dkt. No. 2549]** | 2/1/2021 - 5/31/2021 | $ 11,019.00 | $ - | $ 8,901.50 | $ - | $ 11,019.00 | $ 8,901.50 |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 15 | **FTI Consulting, Inc. [Dkt. No. 17364]** | 2/1/2021 - 5/31/2021 | $ 1,087,961.50 | $ 25,000.00 | $ 35,051.40 | $ - | $ 1,062,961.50 | $ 35,051.40 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | **Genovese Joblove & Battista, P.A. [Dkt. No. 17365]** | 2/1/2021 - 5/31/2021 | $ 261,626.80 | $ 1,354.08 | $ 37,092.49 | $ 1,364.80 | $ 260,272.72 | $ 35,727.69 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 17 | **Jenner & Block LLP [Dkt. No. 17363]** | 2/1/2021 - 5/31/2021 | $ 1,212,387.30 | $ 35,356.78 | $ 47,339.95 | $ - | $ 1,177,030.52 | $ 47,339.95 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 18 | **Kroma Advertising, Inc. [Dkt. No. 17377]** | 1/16/2021 - 5/15/2021 | $ 120,000.00 | $ - | $ - | $ - | $ 120,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 19 | **Luskin, Stern & Eisler LLP [Dkt. No. 17396]** | 2/1/2021 - 5/31/2021 | $ 29,630.00 | $ - | $ - | $ - | $ 29,630.00 | $ - |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 20 | **Marchand ICS Group [Dkt. No. 17371]** | 2/1/2021 - 5/31/2021 | $ 162,133.25 | $ - | $ 13,387.97 | $ - | $ 162,133.25 | $ 13,387.97 |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 21 | **Phoenix Management Services, LLC [Dkt. No. 17360]** | 2/1/2021 - 5/30/2021 | $ 145,148.35 | $ 550.55 | $ - | $ - | $ 144,597.80 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 22 | **Segal Consulting [Dkt. No. 17369]** | 2/1/2021 - 5/31/2021 | $ 140,441.00 | $ 6,079.80 | $ - | $ - | $ 134,361.20 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 17654]** | 2/1/2021 - 5/31/2021 | $ 59,250.10 | $ - | $ 1,080.00 | $ - | $ 59,250.10 | $ 1,080.00 |

**FN 1** - Includes adjustments to reflect fees and expenses actually billed.