# EXHIBIT 1
## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM JULY 21, 2021 THROUGH SEPTEMBER 17, 2021

|    | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|----|------------------|--------|--------|---------------------------------------|------------------|
| 1. | *José A. Valentín Arce, et al v. Elisa Rios Vargas, et al.*, Case No. CAC2016-1566  Court of First Instance  Lost lottery ticket Action and Declaratory Judgment | José A. Valentín Arce, Héctor Rivera González, Jesús G. García Rosario, and Alcidy Maldonado Santana | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages or any other relief that entails the disbursement of funds by the Commonwealth or any other Title III Debtor, and provisional remedies against the Commonwealth or any other Title III Debtor. | July 22, 2021 |
| 2. | *Zambrana García vs. Commonwealth of Puerto Rico, et al.*, Case No. KAC2013-0694  Court of First Instance  Employment Action | Raúl Zambrana García | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay, and any other relief that entails the disbursement of funds by the Commonwealth or any other Title III debtor, and provisional remedies against the Commonwealth or any other Title III debtor. | September 7, 2021 |