14 de septiembre de 2021

Sergio Morales Camacho
Hc 1 Box 6654
Vieques P.R. 00765
TEL: 787-460-4584
Email: smc19841@gmail.com

Reclamación #167986

Caso# 17 BK 03283-LTS

ASUNTO: Replica Objeción Global
A: United States District Court For The District Of Puerto Rico

A quien corresponda;

Con la presente solicito que el Tribunal no conceda un objeción a mi reclamación por el motivo que la evidencia del reclamo se presento después de la fecha límite fijada. En ese entonces yo, Sergio Morales Camacho desconocía el procedimiento para presentar reclamaciones y evidencia relacionado a este caso, por lo cual tenía que ser orientado al respecto aclarando dudas sin perder o poner en riesgo mis derechos como ciudadano. Cuando aclare dudas procedí a llenar y enviar documentación y/o evidencia lo más diligente posible, tomando en consideración a que este honorable tribunal acoja mi reclamación como cuidadano. Fue presentada el 30 de noviembre del 2018. Favor reconsidere y incluirme como demandante.

Att.

Firma _____
Reclamante: Sergio Morales Camacho