Sergio Morales Camacho
HC01 Box 6654
Vieques PR 00765



CERTIFIED MAIL

7021 0950 0001 5430 0122

TO: Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
VIEQUES, PR
00765
SEP 16, 21
AMOUNT
$7.38
R2304N118483-03