Dear Sirs,

I am writing you to add additional arguments to my previously submitted defense of my claims which are under review in the United States District Court For The District Of Puerto Rico (PROMESA Title III No.17 BK 3283-LTS) concerning Puerto Rico municipal bonds that have defaulted.

The claims for my deceased wife and me concerning the above bonds are accurately described in court papers identified as follows:

Elaine Lynn irrevocable trust item 240 claim # 179215 and Melvin Lynn revocable trust item 509 claim #179204

The additional arguments are attached to this introductory paper

Sincerely,

Melvin Lynn

7562 Granville Drive

Tamarac, FL 33321

(954) 663 0891

melynnman@aol.com