Melvin Lynn
7562 Granville Drive
Tamarac, FL 33321

U.S. POSTAGE PAID
FCM LETTER
TAMARAC, FL
33351
SEP 27, 21
AMOUNT
$4.33
R2305K137954-77

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
00918-1767

2021 OCT - 1 AM 11: 40

RECEIVED & FILED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®