UNITED STATES DISTRICT COURT

FOR THE DISTTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHTS AND | PROMESA

MANAGEMENT BOARD FOR PUERTO RICO | TTLE III

as representative of..... | NO. 17 BK 3283-LTS

THE COMMONWEATH OF PR.et al... | The filing relates to the

DEBTORS Commonwealth, etc.

-------------------------------------------------

MOTION IN OPPOSITION TO A MISLEADING

CLAIM TO LATE-FILED CLAIMS

TO THE HONORABLE COURT:

Comes now the interested party through the undersigned attorney and respectfully alleges and prays:

1. On August 13, 2021 this party filed a response to a notification that extended the term, and filed on time this claim. As attorney is our first appearance.

2. This party should have a day in Court and a due process of law under amendments 5 and 14 of the United States Constitution on the merits.

WHEREFORE, we move the Court to dismissed such motion and give this party a substantive remedy.

Carolina, Puerto Rico, September 29, 2021.

Notify: attorney in record.

IVAN PAGAN HERNANDEZ
ATTORNEY 116112
P.O. BOX 8765 CAROLINA, PR. 00988
CEL 787-406-0720