## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| The Financial Oversight and Management Board for Puerto Rico, | Title III |
|     as representative of | No. 17 BK 3283(LTS) |
| The Puerto Rico Electric Power Authority, *et al.* | |
|         Debtor. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies: (i) that on October 1, 2021 she electronically filed the following document using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case Nos. 17-BK-3283, which sent notification of such filing to all counsel of record participating in the CM/ECF system; and (ii) that on same date she caused the following document to be served on the Standard Parties and Affected Parties via the CM/ECF System and by email to all persons in the Master Service List of 17-BK-4780, and in addition by U.S Mail to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

      **CASE 17-3283: Dkt. 18345** Informative Motion Of U.S. Bank National Association As PREPA Bond Trustee Regarding Appearance At October 6-7 Omnibus Hearing

      Respectfully Submitted, in San Juan, Puerto Rico, on this 4th day of October 2021.

**RIVERA, TULLA AND FERRER, LLC**
*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438/Fax: (787)767-5784

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE