# EXHIBIT A

| | |
|---|---|
| SwainDPRCorresp@nysd.uscourts.gov | ustpregion21.hr.ecf@usdoj.gov |
| agraitfe@agraitlawpr.com | epo@amgprlaw.com |
| loliver@amgprlaw.com | jramirez@amrclaw.com |
| notificaciones@bufete-emmanuelli.com | rolando@bufete-emmanuelli.com |
| jessica@bufete-emmanuelli.com | dperez@cabprlaw.com |
| hburgos@cabprlaw.com | rcasellas@cabprlaw.com |
| aaneses@cstlawpr.com | cfernandez@cstlawpr.com |
| lllach@cstlawpr.com | jcasillas@cstlawpr.com |
| jnieves@cstlawpr.com | Bill.Natbony@cwt.com |
| casey.servais@cwt.com | Ellen.Halstead@cwt.com |
| howard.hawkins@cwt.com | mark.ellenberg@cwt.com |
| thomas.curtin@cwt.com | eworenklein@debevoise.com |
| scastillo@gaclaw.com | Bwilliam@gklaw.com |
| cintrongarcialaw@gmail.com | dvelawoffices@gmail.com |
| lcda.wentorres@gmail.com | wssbankruptcy@gmail.com |
| NHamerman@KRAMERLEVIN.com | abyowitz@kramerlevin.com |
| acaton@kramerlevin.com | ghorowitz@kramerlevin.com |
| tmayer@kramerlevin.com | nzt@mcvpr.com |
| apavel@omm.com | emckeen@omm.com |
| jrapisardi@omm.com | nmitchell@omm.com |
| pfriedman@omm.com | alexbongartz@paulhastings.com |
| andrewtenzer@paulhastings.com | jamesbliss@paulhastings.com |
| jamesworthington@paulhastings.com | lucdespins@paulhastings.com |
| michaelcomerford@paulhastings.com | nicholasbassett@paulhastings.com |
| pedrojimenez@paulhastings.com | zacharyzwillinger@paulhastings.com |
| ebarak@proskauer.com | gmashberg@proskauer.com |
| jljones@proskauer.com | LGeary@proskauer.com |
| lstafford@proskauer.com | lwolf@proskauer.com |
| mbienenstock@proskauer.com | mdale@proskauer.com |
| MMervis@proskauer.com | ppossinger@proskauer.com |
| jamie.fell@stblaw.com | sarah.phillips@stblaw.com |
| bfriedman@stblaw.com | nbaker@stblaw.com |
| squsba@stblaw.com | lft@tcm.law |
| mfb@tcm.law | nperez@tcm.law |
| jvankirk@tcmrslaw.com | Brian.Liegel@weil.com |
| Debora.Hoehne@weil.com | gregory.silbert@weil.com |
| Jeremy.Auster@weil.com | Jeremy.Cain@weil.com |
| jonathan.polkes@weil.com | Lara.Ting@weil.com |
| lauren.haiken@weil.com | Moshe.Fink@weil.com |
| National.Puerto.Rico.Receiver.Litigation.Team@weil.com | Reed.Collins@weil.com |
| robert.berezin@weil.com | akherring@wlrk.com |
| arwolf@wlrk.com | eakleinhaus@wlrk.com |

| | |
|---|---|
| jccelentino@wlrk.com | jlynch@wlrk.com |
| rgmason@wlrk.com | |