**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| AMERINATIONAL COMMUNITY SERVICES LLC, as Servicer for the GDB Debt Recovery Authority and CANTOR-KATZ COLLATERAL MONITOR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, NATIONAL PUBLIC FINANCE GUARANTEE | Adv. Pro. No. 21-00068-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CORPORATION, PEAJE INVESTMENTS LLC, and THE
BANK OF NEW YORK MELLON as Fiscal Agent,

                    Defendants.

**UNOPPOSED URGENT MOTION OF THE DEFENDANTS FOR LEAVE TO
EXCEED PAGE LIMIT WITH RESPECT TO REPLY IN SUPPORT OF
THE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

To the Honorable United States District Judge Laura Taylor Swain:

The Defendants[2] hereby file this unopposed urgent motion (the "Urgent Motion")

requesting entry of an order, substantially in the form attached hereto as **Exhibit A**, permitting the

Defendants to exceed the fifteen (15) page limit for replies set forth in the *Fifteenth Amended*

*Notice, Case Management and Administrative Procedures* (ECF No. 17127-1 in Case No. 17-

3283, the "Case Management Procedures") and allowing the Defendants to file a joint and

consolidated reply brief (the "Reply") of no more than **forty (40) pages** in further support of the

*Defendants' Motion to Dismiss the Complaint* (ECF No. 44, the "Motion to Dismiss"). In support

of this Urgent Motion, the Defendants respectfully state as follows:

**JURISDICTION AND VENUE**

1.      The United States District Court for the District of Puerto Rico has subject-matter

jurisdiction over this matter pursuant to Section 306(a) of PROMESA.

2.      Venue is proper pursuant to Section 307(a) of PROMESA.

---

[2] "Defendants" means Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. (f/k/a
Financial Security Assurance Inc.) (together with AGC, "Assured"), National Public Finance Guarantee
Corp. ("National"), Ambac Assurance Corporation ("Ambac"), Financial Guaranty Insurance Company
("FGIC"), The Bank of New York Mellon, as Fiscal Agent ("BNYM"), and Peaje Investments LLC
("Peaje"). "Plaintiffs" or "DRA Parties" refers to AmeriNational Community Services LLC and Cantor-
Katz Collateral Monitor. "HTA" means the Puerto Rico Highway and Transportation Authority and the
"Commonwealth" means the Commonwealth of Puerto Rico. Capitalized terms used herein but not
otherwise defined shall have the meanings given to them in the Complaint.

## BACKGROUND

3.      On June 26, 2021, the DRA Parties filed their complaint (the "Complaint") in this adversary proceeding.  (ECF No. 1).

4.      On July 27, 2021, this Court issued the *Order on Joint Status Report* (the "Scheduling Order") directing the Defendants "to answer or move with respect to the Complaint" by August 26, 2021; for the DRA Parties to "respond to the [Motion to Dismiss]" by September 23, 2021; and for the Defendants to "file replies in support of the [Motion to Dismiss] by October 8, 2021.  (ECF No. 25 ¶ 3).

5.      On August 26, 2021, in accordance with the Scheduling Order, the Defendants filed the Motion to Dismiss. (ECF No. 44).

6.      On September 23, 2021, the DRA Parties filed *Plaintiffs' Memorandum of Law in Opposition to the Motions to Dismiss*. (the "Opposition," ECF No. 60).

7.      In accordance with the Scheduling Order, on or before October 8, 2021, the Defendants intend to file the Reply in support of their Motion to Dismiss.

## BASIS FOR RELIEF REQUESTED

8.      The Defendants respectfully request that they be allowed to exceed the fifteen (15) page limit for replies set forth in Section I.E of the Case Management Procedures and instead be allowed to file one joint Reply in further support of the Motion to Dismiss of no more than forty (40) pages, exclusive of the cover page, tables of contents and authorities, signature pages, exhibits, certificate of service, and other required certifications.

9.      The Defendants are working cooperatively and efficiently to submit a joint Reply in further support of the Motion to Dismiss.  The Defendants respectfully submit that, to adequately address all points of argument made by the DRA Parties in the Opposition, they will require more

than the fifteen (15) pages permitted in the Case Management Procedures.  The joint Reply will include arguments from up to seven Defendants.  The Defendants need additional pages to ensure they can include in one memorandum of law all of the arguments that each Defendant intends to raise.

10.     Had the Defendants filed individual replies, they would each be entitled to fifteen (15) pages as permitted under the Case Management Procedures for a total of as many as one-hundred and five (105) pages.  By endeavoring to synthesize their briefing into one consolidated Reply, the Defendants will be able to substantially reduce the total amount of briefing before this Court and allow for a better-organized and more streamlined presentation of the relevant issues, thereby promoting judicial economy and efficiency.

11.     The Defendants further submit that, given the overall importance of this proceeding, it is critical and necessary that the Court be fully briefed on all issues to be included in the Reply.  Thus, the requested extension—which amounts to substantially fewer pages than the Defendants would be entitled to if they each filed separate replies—is crucial to ensure that the Court is fully briefed on all issues.

12.     Defendants also note that the DRA Parties filed a brief of eighty-four (84) pages in support of their Opposition.  As such the Defendants will need to respond to briefing in excess of the typical thirty-five (35) pages allotted for an opposition in the Case Management Procedures.

13.     Accordingly, the Defendants respectfully request authorization to file a joint Reply of no more than forty (40) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, certificate of service, and other required certifications.  The Defendants submit that this request is reasonable and appropriate in light of the circumstances described above.

## NOTICE

14.     Notice of this Urgent Motion has been provided to the following entities, or their counsel, if known: (i) the U.S. Trustee; (ii) the Office of the U.S. Attorney for the District of Puerto Rico; (iii) AAFAF; (iv) FOMB; (v) the Committee; (vi) the Official Committee of Retired Employees of the Commonwealth of Puerto Rico; (vii) the insurers of the bonds issued or guaranteed by the Debtors; (viii) certain *ad hoc* groups of holders of bonds issued or guaranteed by the Debtors; and (ix) all parties that have filed a notice of appearance in the above-captioned Title III cases.

## CERTIFICATION

15.     In accordance with Section I.H. of the Case Management Procedures, the undersigned counsel certify that they have carefully examined the matter and concluded that there is a true need for the Urgent Motion; have not created the urgency through any lack of due diligence; and have made reasonable, good-faith efforts to resolve the issues that are being brought to the Court with counsel for FOMB, AAFAF, and the DRA Parties.  FOMB, AAFAF, and the DRA Parties have indicated that they do not object to the relief requested in this Urgent Motion.

## NO PRIOR REQUEST

16.     No prior request for the relief requested herein has been made by the Defendants to this or to any other court.

WHEREFORE, the Defendants respectfully request that this Court enter an order substantially in the form attached hereto as **Exhibit A** granting the relief requested herein and granting such other relief as this Court deems just and proper.

Dated:  October 4, 2021
       New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR No. 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR No. 203,114
    Diana Pérez-Seda
    USDC–PR No. 232,014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Tel.: (787) 756-1400
    Fax: (787) 756-1401
    E-mail:  hburgos@cabprlaw.com
            rcasellas@cabprlaw.com
            dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, New York 10281
    Tel.: (212) 504-6000
    Fax: (212) 406-6666
    Email:  howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          bill.natbony@cwt.com
          thomas.curtin@cwt.com
          casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**ADSUAR MUNIZ GOYCO SEDA &
PEREZ-OCHOA PSC**


By:/s/ *Eric Perez-Ochoa*
    ERIC PÉREZ-OCHOA
    USDC-PR No. 206,314
    E-mail:   epo@amgprlaw.com


By:/s/*Luis A. Oliver-Fraticelli*
    LUIS A. OLIVER-FRATICELLI
    USDC-PR NO. 209,204
    E-mail:   loliver@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Tel.:     (787) 756-9000
    Fax:     (787) 756-9010

*Counsel for National Public Finance
Guarantee Corp.*

**WEIL, GOTSHAL & MANGES LLP**


By:/s/ *Robert Berezin*
    MARCIA GOLDSTEIN*
    JONATHAN POLKES*
    GREGORY SILBERT*
    ROBERT BEREZIN*
    767 Fifth Avenue
    New York, New York 10153
    Tel.:     (212) 310-8000
    Fax:     (212) 310-8007
    Email:  marcia.goldstein@weil.com
           jonathan.polkes@weil.com
           gregory.silbert@weil.com
           robert.berezin@weil.com

*admitted pro hac vice

*Counsel for National Public Finance Guarantee
Corp.*

FERRAIUOLI LLC

By:/s/ Roberto Cámara-Fuertes
    ROBERTO CÁMARA-FUERTES
    USDC-PR NO. 219,002
    E-mail:  rcamara@ferraiuoli.com


By:/s/ Sonia Colón
    SONIA COLÓN
    USDC-PR NO. 213809
    E-mail:  scolon@ferraiuoli.com

    221 Ponce de Leon Ave., 5th Floor
    San Juan, PR 00917
    Tel.:     (787) 766-7000
    Fax:    (787) 766-7001


*Counsel for Ambac Assurance Corporation*

MILBANK LLP

By:/s/ Atara Miller
    DENNIS F. DUNNE*
    ATARA MILLER*
    GRANT R. MAINLAND*
    JOHN J. HUGHES*
    55 Hudson Yards
    New York, New York 10001
    Tel.:    (212) 530-5000
    Fax:    (212) 530-5219
    Email:  ddunne@milbank.com
            amiller@milbank.com
            gmainland@milbank.com
            jhughes2@milbank.com

*admitted *pro hac vice*

*Counsel for Ambac Assurance Corporation*

ARENT FOX LLP


By: /s/ *David L. Dubrow*
 DAVID L. DUBROW*
 MARK A. ANGELOV*
 1301 Avenue of the Americas
 New York, New York 10019
 Tel.:  (212) 484-3900
 Fax:  (212) 484-3990
 Email:  david.dubrow@arentfox.com
     mark.angelov@arentfox.com


By: /s/ *Randall A. Brater*
 RANDALL A. BRATER*
 1717 K Street, NW
 Washington, DC 20006
 Tel.:  (202) 857-6000
 Fax:  (202) 857-6395
 Email:  randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

REXACH & PICÓ, CSP

By: */s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone:  (787) 723-8520
    Facsimile:  (787) 724-7844
    E-mail:     mpico@rexachpico.com

    *Attorney for Financial Guaranty*
    *Insurance Company*

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland*
    2911 Turtle Creek Blvd., Suite 1400
    Dallas, TX 75219
    Telephone:  (469) 680-5502
    Facsimile:  (469) 680-5501
    E-mail:     martin.sosland@butlersnow.com

    James E. Bailey III*
    Adam M. Langley*
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone:  (901) 680-7200
    Facsimile:  (901) 680-7201
    Email:      jeb.bailey@butlersnow.com
             adam.langley@butlersnow.com

    *Admitted pro hac vice*

    *Attorneys for Financial Guaranty Insurance*
    *Company*

SEPULVADO, MALDONADO &
COURET

REED SMITH LLP


By: */s/ Albéniz Couret Fuentes*
    Albéniz Couret Fuentes
    USDC-PR 222207
    304 Ponce de León Ave. Suite 990
    San Juan PR 00918
    Telephone:  (787) 765-5656
    Facsimile:   (787) 294-0073
    E-mail:       acouret@smclawpr.com

    *Attorney for The Bank of New York*
    *Mellon, as Fiscal Agent*

By: */s/ Jared S. Roach*
    Luke A. Sizemore*
    Jared S. Roach*
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3131
    Facsimile:   (412) 288-3063
    E-mail:       lsizemore@reedsmith.com
               jroach@reedsmith.com

    *Admitted pro hac vice*

    *Attorneys for The Bank of New York Mellon,*
    *as Fiscal Agent*

MONSERRATE SIMONET & GIERBOLINI, LLC

 _/s/ Dora L. Monserrate Peñagarícano_
Dora L. Monserrate-Peñagarícano
USDC-PR No. 212612
Fernando J. Gierbolini-González
USDC-PR No. 211901
Richard J. Schell
USDC-PR No. 305811
101 San Patricio Avenue
Maramar Plaza, Suite 1120
Guaynabo, Puerto Rico 00968
Phone:      (787) 620-5300
Fax:        (787) 620-5305

*Attorneys for Peaje Investments LLC*

DECHERT LLP

 _/s/ Allan S. Brilliant_
Allan S. Brilliant (*pro hac vice*)
Yehuda Goor (*pro hac vice*)
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

-and-

G. Eric Brunstad, Jr. (*pro hac vice*)
90 State House Square
Hartford, Connecticut 06103
Tel: (860) 524-3960
Fax: (860) 524-3930

-and-

Stuart T. Steinberg (*pro hac vice*)
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Tel: (215) 994-2521
Fax: (215) 994-2222

*Attorneys for Peaje Investments LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 4th day of October, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
        Howard R. Hawkins, Jr.*
        * Admitted pro hac vice