**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON OCTOBER 6–7, 2021 AT 9:30 A.M. AST**

**Time and Date of Hearing:**   **Wednesday, October 6, 2021**,
from 9:30 a.m. to 11:50 a.m.,
from 1:10 p.m. to 5:00 p.m.
and, if necessary,
**Thursday, October 7, 2021**,
from 9:30 a.m. to 1:00 p.m.,
and from 2:00 p.m. to 5:00 p.m.
(Atlantic Standard Time)

Honorable Laura Taylor Swain, United States District Judge
Honorable Judith G. Dein, United States Magistrate Judge

**Location of Hearing:**   **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.**

Attorney Participation: Pursuant to the *Order Regarding Procedures for October 6–7, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 18269], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press: Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (5951) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORTS:

1. **Report from the Oversight Board.**

   Description: Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of work toward substantially consensual plans of adjustment, and (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.

   Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

   Description: Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written status Report prior to the hearing. AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report is Luis C. Marini-Biaggi.

## II. FEE APPLICATIONS:

1. **Fee Application by Fee Examiner and Counsel to Fee Examiner.**[2] Seventh Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2020 through March 31, 2021 **[Case No. 17-3283, ECF No. 18117]**

    Description: Seventh interim and consolidated semiannual fee application by the Fee Examiner and counsel to Fee Examiner.

    Objection Deadline: October 5, 2021 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
    A. None.

    Status: This matter is going forward.

## III. CONTESTED MATTERS:

1. **PREPA's Notices of Assumption of Power Purchase Operating Agreement.** PREPA's Notices of Assumption of Power Purchase Operating Agreement **[Case No. 17-4780, ECF Nos. 2577, 2578]**

    Description: PREPA's notices of assumption of Renewable Power Purchase Operating Agreements (i) by and between Puerto Rico Electric Power Authority and Ciro One Salinas, LLC and (ii) by and between Puerto Rico Electric Power Authority and Zxerta.

    Objection Deadline: September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
    A. Objection to Assumption of Power Purchase Operating Agreement **[Case No. 17-4780, ECF No. 2591]**

    Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

    Replies, Joinders & Statements:

---

[2] Katherine Stadler and Brady C. Williamson will be available to respond to any questions or objections regarding this matter, otherwise Katherine Stadler and Brady C. Williamson do not intend to speak. If any timely objections are filed, an Amended Agenda will be filed to reflect the (i) names of speakers who will present at the hearing, (ii) time allocations for each speaker, and (iii) the order in which speakers will present.

3

    A. Reply in Support of PREPA's Assumption of Power Purchase Operating Agreements **[Case No. 17-3283, ECF No. 18300; Case No. 17-4780, ECF No. 2624]**

Related Documents:
    A. Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements **[Case No. 17-4780, ECF No. 1199]**

    B. Order Setting Hearing for Windmar Renewable Energy Inc.'s Objection to Assumption of Power Purchase Operating Agreement **[Case No. 17-4780, ECF No. 2605]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    A. Movants:
        1. **FOMB**: Daniel S. Desatnik, 7 minutes
    B. Objecting Parties:
        1. **Windmar Renewable Energy Inc.**: Fernando Agrait, 10 minutes
    C. Movants:
        1. **FOMB**: Daniel S. Desatnik, 3 minutes

2. **Debtor's Motion *in Limine* Regarding Evidence Whether Proposed Plan of Adjustment Is Consistent with Fiscal Plan.** Debtors' Motion *in Limine* in Respect of Evidence Concerning Whether the Proposed Plan of Adjustment Is Consistent with the Certified Fiscal Plan **[Case No. 17-3283, ECF No. 18116]**

Description: Debtor's motion *in limine* requesting Court for an order confirming that the Oversight Board's certification pursuant to PROMESA § 104(j) of the proposed Plan of Adjustment as being consistent with the applicable certified fiscal plan deprives the Court, pursuant to PROMESA § 106(e), of subject-matter jurisdiction over challenges to whether the currently proposed plan of adjustment is consistent with the applicable certified fiscal plan.

Objection Deadline: September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response and Objection to Debtors' Motion *in Limine* in Respect of Evidence Concerning Whether the Proposed Plan of Adjustment Is Consistent with the Certified Fiscal Plan (Response and Objection Filed by Individual Bondholder, Peter C. Hein) **[Case No. 17-3283, ECF No. 18181]**

B. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Reservation of Rights Regarding Debtors' Motion in Limine in Respect of Evidence Concerning Whether the Proposed Plan of Adjustment Is Consistent with the Certified Fiscal Plan **[Case No. 17-3283, ECF No. 18187]**

C. The DRA Parties' Opposition to Debtors' Motion *in Limine* in Respect of Evidence Concerning Whether the Proposed Plan of Adjustment Is Consistent with the Certified Fiscal Plan **[Case No. 17-3283, ECF No. 18188]**

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. Debtors' Omnibus Reply in Support of Motion *in Limine* in Respect of Evidence Concerning Whether the Proposed Plan of Adjustment Is Consistent with the Certified Fiscal Plan **[Case No. 17-3283, ECF No. 18292]**

Related Documents:
  A. None.

Status: This matter is going forward.

Estimated Time Required: 31 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
  A. Movants:
    1. **FOMB**: Martin J. Bienenstock, 10 minutes
  B. Objecting Parties:
    1. **AAFAF**: Madhu Pocha, 3 minutes
    2. **DRA**: Nayuan Zouairabani Trinidad, Taleah Jennings, and/or Peter J. Amend, 8 minutes
    3. **Peter C. Hein (pro se)**: 5 minutes
  C. Movants:
    1. **FOMB**: Martin J. Bienenstock, 5 minutes

IV. **ADJOURNED MATTERS**

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description: AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department

of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline: October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:
    A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

    B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

    C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

    D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

    E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

Status: This matter has been adjourned to the December 15, 2021 omnibus hearing.

Estimated Time Required: N/A.

2. **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description: Certain medical centers' motion seeking (a) to compel the Commonwealth to pay certain amounts to the movants, (b) relief from the automatic stay to allow related prepetition litigation to go forward, and (c) prospective enforcement of certain statutory payments by the Commonwealth.

Objection Deadline: February 24, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:
   A. Opposition of the Financial Oversight and Management Board of Puerto Rico to Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15883]**

Reply, Joinder & Statement Deadlines: March 3, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

   B. Reply of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de

8

Patillas, Inc., and Hospital General Castañer, Inc. in Further Support of Motion to (I) Enforce the Court's Prior Order and (II) Obtain Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15910]**

Related Documents:

A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

B. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

C. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

D. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14575]**

F. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14581]**

G. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15237]**

H. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15270]**

I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15599]**

J. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15608]**

K. Order Adjourning Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 16002]**

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the December 15, 2021 omnibus hearing.

    Estimated Time Required: N/A.

3. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

    Description: Hearing on the portion of PREPA's motion for order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC, adjourned for consideration in conjunction with Windmar's Objection to Assumption of Power Purchase Operating Agreement.

    Objection Deadline: September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
      A. None.

    Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

    Replies, Joinders & Statements:
      A. None.

    Related Documents:
      A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

      B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

      C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

      D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power

    Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J. Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain

Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status: This matter has been adjourned to the December 15, 2021 omnibus hearing.

Estimated Time Required: N/A.

4. **Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim**. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 16331]**

Description: Motion of Fir Tree Capital Management, LP for entry of an order allowing and directing payment of its administrative expense claim against the Commonwealth of Puerto Rico.

Objection Deadline: November 30, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: December 7, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. None.

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the December 15, 2021 omnibus hearing.

Estimated Time Required: N/A.

5. **Debtor's Individual Objection to Proof of Claim of National Geographic Partners, LLC.** Objection of the Commonwealth of Puerto Rico to Proof of Claim of National Geographic Partners, LLC (Claim No. 4349) **[Case No. 17-3283, ECF No. 17971]**

Description: Objection by the Commonwealth of Puerto Rico to National Geographic Partners, LLC's Proof of Claim.

Objection Deadline: November 30, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: December 7, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the October 6, 2021 Omnibus Hearing to the December 15, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 18365]**

Status: This matter has been adjourned to the December 15, 2021 omnibus hearing.

Estimated Time Required: N/A.

6. **Debtors' Omnibus Objections to Claims.**

Related Documents:
  A. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

  B. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15437]**

  C. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the October 6, 2021 Omnibus Hearing to the December 15, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 18365]**

  D. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

The following omnibus objections to claims were scheduled for hearing at the October 6, 2021 omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Three Hundred Sixty-Fourth [ECF No. 17910]; Three Hundred Sixty-Fifth [ECF No. 17932]; Three Hundred Sixty-Sixth [ECF No. 17913]; Three Hundred Sixty-Ninth [ECF No. 17915]; Three Hundred Seventy-First [ECF No. 17936]; Three Hundred

Seventy-Third [ECF No. 17937]; Three Hundred Seventy-Fifth [ECF No. 17908]; Three Hundred Seventy-Sixth [ECF No. 17909]; Three Hundred Seventy-Seventh [ECF No. 17911]; Three Hundred Seventy-Eighth [ECF No. 17912]; Three Hundred Eighty-Fourth [ECF No. 17924]; Three Hundred Eighty-Sixth [ECF No. 17928]; Three Hundred Eighty-Seventh [ECF No. 17926]; Three Hundred Eighty-Eighth [ECF No. 17931]; and Three Hundred Eighty-Ninth [ECF No. 17930].

The following omnibus objections to claims have been adjourned to the December 15, 2021 omnibus hearing.

Two Hundred Eighty-Eighth [ECF No. 15703]; Two Hundred Ninety-Fifth [ECF No. 15718]; Three Hundred First [ECF No. 16021]; Three Hundred Third [ECF No. 16030]; Three Hundred Fifth [ECF No. 16023]; Three Hundred Ninth [ECF No. 16027]; Three Hundred Twelfth [ECF No. 16641]; Three Hundred Fourteenth [ECF No. 16638] (as to pro se claimants); Three Hundred Sixteenth [ECF No. 16643]; Three Hundred Twenty-Third [ECF No. 16649]; Three Hundred Thirty-Fourth [ECF No. 17085]; Three Hundred Thirty-Sixth [ECF No. 17101]; Three Hundred Thirty-Seventh [ECF No. 17081]; Three Hundred Forty-First [ECF No. 17105]; Three Hundred Forty-Fifth [ECF No. 17108] (as to pro se claimants); Three Hundred Forty-Seventh [ECF No. 17109] (as to pro se claimants); Three Hundred Forty-Ninth [ECF No. 17092] (as to pro se claimants); Three Hundred Fiftieth [ECF No. 17111]; Three Hundred Fifty-First [ECF No. 17112] (as to pro se claimants); Three Hundred Fifty-Fifth [ECF No. 17096]; Three Hundred Fifty-Seventh [ECF No. 17102]; Three Hundred Sixtieth [ECF No. 17919]; Three Hundred Sixty-First [ECF No. 17921]; Three Hundred Sixty-Second [ECF No. 17927]; Three Hundred Sixty-Third [ECF No. 17929]; Three Hundred Sixty-Seventh [ECF No. 17933];Three Hundred Sixty-Eighth [ECF No. 17934]; Three Hundred Seventieth [ECF No. 17935]; Three Hundred Seventy-Second [ECF No. 17918]; Three Hundred Seventy-Fourth [ECF No. 17923]; Three Hundred Seventy-Ninth [ECF No. 17914]; Three Hundred Eightieth [ECF No. 17916]; Three Hundred Eighty-First [ECF No. 17917]; Three Hundred Eighty-Second [ECF No. 17920]; Three Hundred Eighty-Third [ECF No. 17922]; and Three Hundred Eighty-Fifth [ECF No. 17925].

The following omnibus objection to claims has been adjourned, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

Two Hundred Thirty-Fourth [ECF No. 13918].

Status: This matter has been adjourned.

Estimated Time Required: N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 4, 2021
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

Case:17-03283-LTS Doc#:18387 Filed:10/04/21 Entered:10/04/21 19:39:42 Desc: Main
Document Page 16 of 16

## **<u>Exhibit A</u>**

**Order Regarding Procedures for October 6–7, 2021 Omnibus Hearing**