Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: GUILLERMO REYNES BONETA

Participant's Address: 28620 DISCOVERY RD., TAVARES, FL 32778

Participant's Email Address: AWILDAREYNES@HOTMAIL.COM

Name of Counsel: NONE

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA — TITLE III

By: _____
Signature

GUILLERMO A REYNES
Print Name

_____
Title (if Participant is not an individual)

9/24/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GUILLERMO A. REYNES-BONETA
28620 DISCOVERY RD.
TAVARES FL 32778

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4  PM 4: 51

ORLANDO FL 328

30 SEP 2021   PM 5  L

00918-176825

US District Court, Clerks Office
150 Ave. Carlos Chardon. Ste. 150
San Juan, P.R. 00918-1767

Case:17-03283-LTS   Doc#:18391-1   Filed:10/05/21   Entered:10/05/21 12:14:26   Desc:
Pro se Notices of Participation   Page 3 of 49

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

2021 OCT -4  PM 4:51

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Juan Carlos Falcón López_

Participant's Address:  _Urb. Jaraguax calle 1 #102, Juana Díaz, P.R. 00795_

Participant's Email Address:  _jcf 15 @ hotmail.com_

Name of Counsel:  _I do not have a Counsel_

Address of Counsel:  _N/A_

Email Address of Counsel:  _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 - LTS_

Nature of Claim:  _I am retired from Correctional Administration_

By:  _Juan Carlos Falcón López_
Signature

_Juan Carlos Falcón López_
Print Name

_____
Title (if Participant is not an individual)

_September - 21 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Carlos Palos Lopez
Urb. Jacaguax calle 1 # 102
Juana Díaz, P.R. 00795

00918-170625

United State District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

23 SEP 2021 PM 2 L



2021 OCT -4 PM 4:51

SAN JUAN, PR
U.S. DISTRICT COURT
OFFICE OF THE
RECEIVED AND FILED

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -4 PM 4:52

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Héctor M. Rodríguez Pagán*

Participant's Address: *P.O. Box 943 Ciales, P.R 00438*

Participant's Email Address: *irispadillaalvarez@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *179557*

Nature of Claim: *Autoridad de Acueducto y Alcantarillado*

By: *Iris M. Padilla Alvarez* *de Manatí, P.R. 00638*
    Signature

*IRIS M. Padilla Alvarez*
Print Name

_____
Title (if Participant is not an individual)

*20 Sept. 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Nature Claim: El sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de P.R.*

30 Sept. 2021

Mi esposo, Héctor M. Rodríguez Pagán falleció el
5 de marzo 2021. Los documentos de Prime Cler K
le están llegando y quisiera saber si yo como viuda
tengo derecho a reclamar alguna Compensación a
la que él tenía derecho. Por esa razón estoy
mandando la información.

Gracias;

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT

From: Luis M. Padilla alvarez
P.O. Box 943
Ciales, P.R. 00638

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4:52

NASHVILLE TN 370
27 SEP 2021 PM 5  L

00918-170625

To United States District
Court, Clerk's Office, 150
Ave. Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

FOREVER USA

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -4 PM 4: 52

Participant must provide all of the information below in English:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea E. Sanchez Padilla_

Participant's Address: _Alturas de Remanzo calle Oscar G. Mendoza H-13 San Juan, PR 00926_

Participant's Email Address: _tatie sanchez@ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283 - LTS_

Nature of Claim: _____

By: _Aurea E. Sanchez Padilla_
Signature

_AUREA E. Sanchez Patilla_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 24, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea E. Sánchez
Abbac del Remanso
calle Óscar G. Mendoza #-13
San Juan, PR 00926

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4  PM 4:52

SAN ANTONIO TX 780

27 SEP 2021 PM 3 L

United States District Court, Clerk Office
150 Ave Carlos Chardon Ste-150
San Juan, PR 00918-1767

00918-176825

FOREVER

056790703171215

Participant must provide all of the information below **in English**:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

1.  Participant's contact information, including email address, and that of its counsel, if any:

2021 OCT -4 PM 4: 52

Participant's Name: *Dolores Velázquez Vargas*

Participant's Address: *P.O. Box 719 Cidra, Pto. Rico 00739*

Participant's Email Address: *dvvargas329@gmail.com.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *103265 - 108120 - 51594*

Nature of Claim: *Wages Back Pay Promesa Title III* *No. 17 BK 3283-LTS*

By: *Dolores Velázquez Vargas*
    Signature

*Dolores Velázquez Vargas*
Print Name

_____
Title (if Participant is not an individual)

*21 de septiembre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dolores Velazquez Vargas
P.O. Box. 719
Cidra P.R. Rico 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4:52

00918-170625

To: United State District Court Clerk's
Office. 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-
1767

27 SEP 2021 PM 5 L

NASHVILLE TN 370

USA FOREVER

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del Carmen Pérez Gonzalez_

Participant's Address: _210 Villa San Agustin, Camuy. 00627_

Participant's Email Address: _perezm74@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _67433_

Nature of Claim: _General, Unsecured_

By: _Maria Perez Gonzalez_
Signature

_Maria del C. Perez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_September 21, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria Perez
210 Villas San Agustin
Camuy PR 00627

00918-1706.25

To: Court Clerk Office
US District Court
150 Ave Chardon Ste 150
S.J. PR.

00918 - 1767



NASHVILLE TN 370

27 SEP 2021   PM 6  L

FOREVER USA

2021 OCT -4  PM 4:52

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

2021 OCT -4  PM 4: 52

Participant must provide all of the information below in English:

1.    Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:       *Gladys M. Ayala Rodríguez*

Participant's Address:    *Urb. La Inmaculada, 102 Calle Aguila*
                          *Vega Alta, PR 00692*

Participant's Email Address: _____

Name of Counsel:          *No* _____

Address of Counsel:       _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:             _____

Nature of Claim:          _____

By:   *Gladys Ayala Rodríguez*
      Signature

      *Gladys M. Ayala Rodríguez*
      Print Name

      _____
      Title (if Participant is not an individual)

      *9/10/21*
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4: 52

Gladys Ayala
urb La Inmaculada
102 Calle Aguila
Vega Alta, PR 00692

00918-170525

Court's Clerk Office
Notice of
U.S. District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

17 SEP 2021 PM 12 L

NASHVILLE TN

FOREVER

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Figueroa Carballo Angel R._

Participant's Address: _J-10 Calle12 Urb. Sta. Juana # Caguas, PR 00725_

Participant's Email Address: _Yamitza f @ g mail_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Angel R. Figueroa Carballo_
Print Name

_____
Title (if Participant is not an individual)

_14 sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel R. Figueroa Cariballo
Urb. Sta. Juana II
I-10 Calle 12
Caguas, P.R. 00725

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4:52

NASHVILLE TN 370
17 SEP 2021 PM 7 L

00918-170625

United States Distric Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Rodriguez Cintrón_

Participant's Address: _Urb. Las Flores calle 4-I-8 Juana Díaz, P.R. 00795_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122098, 50843_

Nature of Claim: _Claim for money owed for years of service as a teacher of Intermediate level Spanish in the Education Department of Puerto Rico._

By: _Norma Rodriguez Cintrón_
Signature

_Norma Rodriguez Cintrón_
Print Name

_N/A_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Rodríguez Cintrón
Urb. Las Flores
calle 4-I-8
Juana Díaz, P.R.
00795

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4:52

00918-1706.25

NASHVILLE TN 370

17 SEP 2021 PM 3

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elizabeth Santiago Rodriguez*

Participant's Address: *3035 SW 113th Dr Gainesville, FL 32608*

Participant's Email Address: *elisantiagocalimano@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *55790*

Nature of Claim: *Owed money from pension plan*

By: *Elizabeth Santiago Rodriguez*
Signature

*Elizabeth Santiago Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*9/25/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Santiago Rodriguez
3635 SW 113th Dr.
Gainesville, FL 32608

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4: 52

00918-1 70625

JACKSONVILLE FL 320
27 SEP 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Santiago Rodriguez_

Participant's Address: _3035 SW 113th Dr Gainesville, FL 32608_

Participant's Email Address: _elisantiagoculimano@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57808_

Nature of Claim: _Owed money from pension plan_

By: _Elizabeth Santiago Rodriguez_
Signature

_Elizabeth Santiago Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_9/25/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Santiago Rodriguez
3635 SW 113th Dr
Gainesville, FL 32608

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4  PM 4: 52

00918-170625

JACKSONVILLE FL 320

27 SEP 2021 PM 2 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below in English.

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Adeline Rodriguez Marrero_

Participant's Address: _Calle San Pedro # 151 urb. San Rafael PR 00612_

Participant's Email Address: _Adelinerodriguez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143849_

Nature of Claim: _Public employer + retired_

By: _____
    Signature

_Adeline Rodriguez Marrero_
Print Name

_____
Title (if Participant is not an individual)

_15/sept/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4: 54

Aurelina Rodriguez Moreno
Calle Son Pedro #157
Urb. San Rey ----- Guaurabo Pk. 00612

United States District Court
Clerk Office 150 Ave.
Carlos Chardon Ste 150
San Juan, Pk. 00 918-1767

00918-176625

S SUBURBAN IL 604
30 SEP 2021 PM 3 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Pablo Burgos Rivera*

Participant's Address: *1216 Edinburgh Way Lake Alfred FL. 33850*

Participant's Email Address: *digali 22@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa title III*

By: *Pablo Burgos Rivera*
Signature

*Pablo Burgos Rivera*
Print Name

_____
Title (if Participant is not an individual)

*09/28/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Burgos Rivera
1216 Edinburgh Way
Lake Alfred FL. 33850

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 OCT -4  PM 4:54

00918-170625

United States District Clerk's
Office, 150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767

TAMPA, FL 335
SAINT PETERSBURG FL
29 SEP 2021   PM 3  L

FOREVER / USA

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana M. Ortiz Rodríguez_

Participant's Address: _1216 Edinburgh Way Lake Alfred FL. 33850_

Participant's Email Address: _digali22@yahoo.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa title III_

By: _Diana M. Ortiz (signature)_
Signature

_Diana M. Ortiz Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_September 28, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Diana M. Ortiz
1216 Edinburgh Way
Lake Alfred, Fl. 33850

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4  PM 4: 54

TAMPA FL 335
SAINT PETERSBURG FL
29 SEP 2021  PM 3

FOREVER / USA

United States District Court Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
San Juan, P.R.  00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Nelida Báez Agosto

Participant's Address:    PO BOX 2878 Guaynabo PR. 00970

Participant's Email Address:    nutricion02020@gmail.com

Name of Counsel:    N/A

Address of Counsel:    N/A

Email Address of Counsel:    N/A

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    17 BK 3283-LTS

Nature of Claim:    Jointly Administered

By:    Nelida Baez agosto
Signature

Nelida Báez Agosto
Print Name

Promesa III
Title (if Participant is not an individual)

17 de Septiembre de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4: 55

Nelida Paez Agosto
PO Box 3878
Guaynabo PR 00970

00918-1706525 San Juan

United states District court,
Clerks Office, 150 Ave.
Carlos Chardon Ste. 156
San Juan



MEMPHIS TN 380
22 SEP 2021 PM 5 L

FOREVER / USA

Participant must provide all of the information below in English:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Carlos R. Figueroa Zayas*

Participant's Address:   *Com. Cristina calle Las Margaritas #207*

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *171133*

Nature of Claim:   *Claim unrecieved incentive*

By:   *Carlos R. Figueroa Zayas*
Signature

*CARLOS R. FIGUEROA ZAYAS*
Print Name

_____
Title (if Participant is not an individual)

*August 8, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ReadyPost

Document Mailer

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4:55

From: Carlos R. Figueroa Latyas
HC5 Box 5344
Juana Diaz
P.Rico 00795-9830

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



Case:17-03283-LTS   Doc#:18391-1   Filed:10/05/21   Entered:10/05/21 12:14:26   Desc:
Pro se Notices of Participation   Page 34 of 49

SRF 55923

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia. E. Rivera Rivas_

Participant's Address: _Urb. Turabo Gdns, K-4, Calle 3 Caguas, P. R. 00727-6003_

Participant's Email Address: _NA_

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Sueldo no recibido._

By: _Lydia E. Rivera Rivas_
/Signature

_Lydia E. Rivera Rivas_
/Print Name

_____
Title (if Participant is not an individual)

_Sept. 20, 2021._
/Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.




Lydia Rivera De Díaz
K4 Calle 3
Caguas, PR 00727-6007

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4 PM 4:55

00918-170399

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

23 SEP 2021 PM 4 L

NASHVILLE TN 370

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis Cruz De'Jesús_

Participant's Address: _HC- Buzón 6380, Bo. Los Pollos II_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A   Tel. (787) 972-9368_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Money Owned by Pramesa title_

By: _Luis Cruz de Jesús_
Signature

_Luis Cruz de Jesús_
Print Name

_____
Title (if Participant is not an individual)

_09/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Leonardo González Tirado_

Participant's Address: _P.O. Box 1325 Guaynabo P.R 00970_

Participant's Email Address: _lgwashy 15 [G] @ gmail.com_

Name of Counsel: _The Financial Oversight Managment Board For. Puerto Rico_

Address of Counsel: _____

Email Address of Counsel: _The Commonwlth of Puerto Rico_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 – LTS_

Nature of Claim: _Promesa Title III_

By: _(signature)_
Signature

_Leonardo González Tirado_
Print Name

_____
Title (if Participant is not an individual)

_August       2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Leonardo Gonzalez Irizarry
P.O. Box 1325
Guayanilla P.R. 00972

CERTIFIED MAIL

7020 0640 0000 6148 9269

United States District Court
Clerk's Office, 150 Ave Chardon
Carlos Ste., San Juan, PR.
00918-1767

U.S. POSTAGE PAID
GUAYNABO, PR
00969
FEB 02
AMOUNT
$7.58
R2305K138387-16

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Carmen Rivera Rivera_

Participant's Address:    _C-16 L-55 Urb. Rio Grande Slate, Rio Grande P.R. 00745_

Participant's Email Address:    _Karmenrivera 56 @ gmail.com_

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _170813_

Nature of Claim:    _____

By:    _(signature)_
Signature

_Carmen Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_23 de septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rivera Rivera
c- 16 K-55
Ub. R.o. Guerde 5 tot
Rio Guerde, P.R. 00745

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -4  PM 4: 30

0091 8-1706825

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 SEP 2021  PM 3  L

To. United States District
Court, Clerk's Office,
150 Ave. Carlos Chardon,
Ste. 150, San Juan P.R.
00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _I Luz SANCHEZ ORTIZ_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Do not wish to participate. Thank you_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
      Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



L SANCHEZ ORTIZ
1680 1st Ave
New York NY.
10128

U.S. DISTRICT COURT OFFICE
CLERKS OFFICE
SAN JUAN, PR

20 OCT -4  PM 4:32

00091B-17P62S

United states District Court
Clerk's
150 Ave Carlos Chardon Ste.
150, San Juan PR; 00918-
1767

NEW YORK NY  100

30 SEP 2021  PM

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel Acevedo Rodriguez_

Participant's Address: _200 Seth Green Drive Apt 2224 Rochester, N.Y. 14621_

Participant's Email Address: _Lachavito.20100@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

RECEIVED & FILED
CLERK'S OFFICE
OCT 04 2021
US DISTRICT COURT
SAN JUAN, PR

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Accumulate retirement contributions_

By: _Isabel Acevedo Rodriguez_
Signature

_Isabel Acevedo Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_29 Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel ~~A~~   
200 Seth Green Drive
Apt. 2224
Rochester, N.Y. 14621



U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, NY
14621
SEP 29, 21
AMOUNT
$0.98
1000       00918       R2303S101724-06
UNITED STATES POSTAL SERVICE®

Unite States District Court,
Clerk's office, 150
Ave. Carlos Chardon Ste.
150, San Juan,
P. R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Fernando Águeda Ríos*

Participant's Address: *Calle Camino Las Riveras 3 F-31 urb. Colinas de Plata, Toa Alta, P.R. 00953-4755*

Participant's Email Address: *Lachavito.2010@hotmail.com (Email Address.*
(Wife) *(wife)*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Accumulate retirement contributions*

By: _____
Signature

*Fernando Águeda Ríos* (*fallecido*)
Print Name

_____
Title (if Participant is not an individual)

*29 de Septiembre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

2 de Septiembre /21

A quien pueda interesar:

Mi esposo Fernando Águeda Ríos también habia aplicado solicitud de Prime Clerk pero, este falleció el 2 de febrero de 2021, de Covid-19.

El tiene 2 herederos y yo como esposa. Los herederos son:

1. Samuel Águeda Acevedo (hijo)
2. Isamar Leumary Águeda Navarro (su hija de hijo falle-cido/heredera) (nieta)
3. Isabel Acevedo Rodríguez (esposa yo heredo parte)

¿ Qué hacen ustedes en el caso de mi fallecido esposo? La parte se la pasan a sus herederos. Quise informarles lo acontecido.

Gracias,

atentamente,
Isabel Acevedo Rodríguez
cel. (787) 223-7141

P.D. Envié copia de certificado de defunción de mi esposo. (adjunto)

DOH-1961 (8/2011)

RECORDED DISTRICT
2700

REGISTER NUMBER
1448

**DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

131-2021-00016802
STATE FILE NUMBER

| 1. NAME FIRST | MIDDLE | LAST | 2. SEX MALE ☒1 FEMALE ☐2 | 3A. DATE OF DEATH MONTH 02 DAY 02 YEAR 2021 | 3B TIME OF DEATH 04:13 PM |
|---|---|---|---|---|---|

Fernando Agueda Rios

4A. PLACE OF DEATH (Check one) HOSPITAL DOA ☐ HOSPITAL ER ☐ HOSPITAL OUTPATIENT ☐ HOSPITAL INPATIENT ☒ NURSING HOME ☐ PRIVATE RESIDENCE ☐ HOSPICE FACILITY ☐ OTHER (Specify) ☐

4B IF FACILITY, DATE ADMITTED MONTH 01 DAY 15 YEAR 2021

4C. NAME OF FACILITY: (If not facility, give address)
Rochester General Hospital

4D LOCALITY (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐ Rochester

4E COUNTY OF DEATH
Monroe

4F. MEDICAL RECORD NO.
40099157

4G WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION (If yes, specify institution name, city or town, county and state) NO ☒ YES ☐

| 5. DATE OF BIRTH MONTH 01 DAY 12 YEAR 1947 | 6A AGE IN YEARS 74 yrs | 6B. IF UNDER 1 YEAR ENTER months days | 6C. IF UNDER 1 DAY ENTER hours minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) Unknown, Puerto Rico | 7B IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH |
|---|---|---|---|---|---|

8 SERVED IN U.S ARMED FORCES? (Specify years) NO ☒0 YES ☐1

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether decedent is Spanish/Hispanic/Latino
A ☐ No, not Spanish/Hispanic/Latino   B ☐ Yes, Mexican, Mexican American, Chicano
C ☒ Yes, Puerto Rican   D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (specify)

10. DECEDENT'S RACE Check one or more races to indicate what the decedent considered himself or herself to be
A ☒ White/Caucasian   B ☐ Black or African American   C ☐ Asian Indian   D ☐ Chinese
E ☐ Filipino   F ☐ Japanese   G ☐ Korean   H ☐ Vietnamese
I ☐ Native Hawaiian   J ☐ Guamanian or Chamorro   K ☐ Samoan
L ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)   R ☐ Other Pacific Islander (specify)
O ☐ Other (specify)

11. DECEDENT'S EDUCATION Check the box that best describes the highest degree or level of school completed at the time of death
1 ☐ < 8th grade   2 ☐ 9th-12th grade, no diploma   3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree   5 ☐ Associate's degree   6 ☐ Bachelor's degree
7 ☐ Master's degree   8 ☐ Doctorate/Professional degree

| 12 SOCIAL SECURITY NUMBER. 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 | 13 MARITAL STATUS NEVER MARRIED ☐1 MARRIED ☒2 WIDOWED ☐3 DIVORCED ☐4 SEPARATED ☐5 | 14 SURVIVING SPOUSE Enter birth name of spouse (if married or separated) Isabel Acevedo |
|---|---|---|

| 15A. USUAL OCCUPATION (Do not enter retired) Maintain worker | 15B. KIND OF BUSINESS OR INDUSTRY Escuela de Artes Plasticas | 15C. NAME AND LOCALITY OF COMPANY OR FIRM |
|---|---|---|

| 16A. RESIDENCE (State or Country if not USA) PR | 16B County or Region/Province if not USA | 16C. LOCALITY (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐ Toa Alta | 16F IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES ☐ NO IF NO, SPECIFY TOWN |
|---|---|---|---|

16D STREET AND NUMBER OF RESIDENCE
3 Camino Las Riveras Calle B31

16E ZIP CODE
00953

| 17 BIRTH NAME OF FATHER / PARENT. FIRST Fernando MI LAST Agueda | 18 BIRTH NAME OF MOTHER / PARENT FIRST Reira MI LAST Rios |
|---|---|

| 19A. NAME OF INFORMANT. Isabel Acevedo | 19B. MAILING ADDRESS (include zip code) 200 Seth Green Drive 2224, Rochester, NY 14621 |
|---|---|

20A. 1 ☐ BURIAL 2 ☐ CREMATION 3 ☒ REMOVAL 4 ☐ HOLD 5 ☐ DONATION 6 ☐ ENTOMBMENT
MONTH 02 DAY 18 YEAR 2021

20B PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION
Mausoleo Municipal

20C LOCATION: (City or town and state)
Toa Baja, Puerto Rico

21A NAME AND ADDRESS OF FUNERAL HOME
Paul L Murphy & Sons Funeral Home
127 E Miller St, Newark, NY 14513

21B REGISTRATION NUMBER.
01334

| 22A NAME OF FUNERAL DIRECTOR. Paul L Murphy | 22B SIGNATURE OF FUNERAL DIRECTOR. ▶ Paul L Murphy Electronically Signed | 22C REGISTRATION NUMBER. 12583 |
|---|---|---|

| 23A. SIGNATURE OF REGISTRAR ▶ Michael Mendoza, MD, MBH Electronically Signed | 23B DATE FILED. MONTH 02 DAY 13 YEAR 2021 | 24A BURIAL OR REMOVAL PERMIT ISSUED BY. Susan Bellanca | 24B DATE ISSUED MONTH 02 DAY 13 YEAR 2021 |
|---|---|---|---|

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name
Atif Sohail, MD

License No.

Signature:
Atif Sohail, MD
Electronically Signed

Month 02 Day 02 Year 2021

25B. Certifier's Title 0 ☐ Attending Physician 0 ☒ Physician acting on behalf of Attending Physician 1 ☐ Coroner 2 ☐ Medical Examiner / Deputy Medical Examiner

Address
1425 Portland Ave, Rochester, NY 14621

25C. If coroner is not a physician, enter Coroner's Physician's name & title

License No.

Signature

Month Day Year

25D. If certifier is not attending physician, enter Attending Physician's name & title
Jayashn Bhaskar, Medicine

License No.
276489

Address
132 Brittany Ln, Pittsford, NY 145340000

26A. Attending physician attended deceased FROM Month 02 Day 01 Year 2021 Month 02 Day 02 Year 2021

26B Deceased last seen alive by attending physician Month 02 Day 02 Year 2021

26C Pronounced Dead Month 02 Day 02 Year 2021 Time 04:13 PM

27 MANNER OF DEATH:
NATURAL CAUSE ☒1 ACCIDENT ☐2 HOMICIDE ☐3 SUICIDE ☐4 UNDETERMINED CIRCUMSTANCES ☐5 PENDING INVESTIGATION ☐6

28 WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? ☐ NO ☐1 YES

28A AUTOPSY? YES ☐1 REFUSED ☐2

28B IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? ☐0 NO ☐1 YES

CONFIDENTIAL   SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH   CONFIDENTIAL

30 DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART I IMMEDIATE CAUSE
(A) Hypoxic respiratory failure ___ days

DUE TO OR AS A CONSEQUENCE OF
(B) pneumonia ___ days

DUE TO OR AS A CONSEQUENCE OF
(C) covid 19 ___ days

PART II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A) <<<>>>

DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☐ NO 1 ☐ YES 2 ☐ PROBABLY X ☒ UNKNOWN

| 31A. IF INJURY, DATE MONTH DAY YEAR | HOUR | 31B. INJURY LOCALITY: (City or town and county and state) | 31C DESCRIBE HOW INJURY OCCURRED | 31D PLACE OF INJURY: | 31E INJURY AT WORK? ☐0 NO ☐1 YES |
|---|---|---|---|---|---|

31F IF TRANSPORTATION INJURY, SPECIFY 1 ☐ Driver/Operator 2 ☐ Passenger 3 ☐ Pedestrian 4 ☐ OTHER (specify)

32 WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS? NO ☐ YES ☐0

33A. IF FEMALE 1 ☐ Not pregnant within last year 1 ☐ Pregnant at time of death 2 ☐ Not pregnant, but pregnant within 42 days of death 4 ☐ Unknown if pregnant within past year

33B. DATE OF DELIVERY MONTH DAY YEAR

Isabel Acevedo Rodriguez
200 Seth Green Drive
Apt. 2224
Rochester, N.Y. 14621



U.S. POSTAGE PAID
PCM LG ENV
ROCHESTER, NY
14621
SEP 29, 21
AMOUNT
$0.98
1000    00918    R2303S101724-06


FOREVER USA

Unite States District Court,
Clerk's office, 150
Ave. Carlos Chardon Ste.
150, San Juan,
P.R. 00918-1767