Sept 14, 2021

Court Clerk Office
United States District Court
Clerk Office
150 Ave. Carlos Chardon Suite 150
San Juan, P.R. 00918-1767

Honorable Court:

In regards to the "Junta de Control Fiscal" Plan for the Financial Adjustment of P.R. debt; I will state that I am in complete disagree. The "Junta de Control Fiscal" is considering all the pensioned employees as one type and that is wrong. There are some retired pensioned employees that retired under the "Ley 70" and we are not receiving a Retirement Pension, we are receiving an annuality under a contract with the state, in where the state made the compromise of keep the same income as a permanent annuality for live; with the employee compromise

-2-

or refuse the governmental retirement benefits in where they accept a lower % of income retirement, no medical insurance help from the gov., no bonus of any type, no income annual increase or the privledge of loan oportunity from the "Junta de Retiro" and also no priviledge of Life Insurance."

As you see, we did not R'c any benefit from the "Junta de Retiro", they are only the Office responsible to deal with the annuality payments.

Is very unfair that if we do not received the benefits from "Junta de Retiro", now the "Junta de Control Fiscal" can consider us in the some way of those that  are being receiving the benefits and has not done the sacrifices we did to help the country finances.

-3-

I am asking with respect to this Court to refuse the "Junta de Critical Fiscal" financial adjustment Plan, and ask them to reconsider the impact of a reduce the pension of retired employees of the Gov. of P.R., and consider the "Law 90" Retired in a different way and not touch their pensions. I consider that a decrease impact on our Income place the Gov. of P.R. as delinquentes, committing fraud in a Contract, with the knowledge that one day, they will be unable to comply with, because at that time they were aware of the financial situation of the country, and what can come further.

Also afect us financially, I am already in bankrupcy, if I get a decrease in my income I will not have a way to survive. Unfortunatelly the people who had work all →

—4—

their lines, the government punish them and refuse to give them any benefit from the government. They only help these "parasites" that doesn't want to work and live from the government benefits. Her children is not an excuse not to work. I raised three and worked all my life and never neglect my kids. I has suffered from different chronic illness and I did not neglected my job or use them as an excuse not to work. But now I can not receive any government help because I has an income from Soc. Sec. and an annuality from the gov. of P.R.

Please, hear me, and use this letter as a resource to do justice to Law 70 retired.

Thank you!

Cordially yours.

Maria M. Ortiz    142 EdgePointe Pl, Byron Ga 31008
                 478 765-6758
                 marmagortiz@gmail.com