Maria M. Ortiz Morales
142 Edge Pointe Pl.
Byron, Ga 31008

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, P.R. 00918-1767