# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE COURT:**

**COMES NOW** creditor Gerald Medina Vega, through the undersigned legal counsel, and hereby requests from the Honorable Court that it change his mailing address of record.

At the time of his first filing, creditor's mailing address was:

Calle Rafael Hernández #220
Ponce, Puerto Rico 00728

Creditor's current mailing address is:

PO Box 10565
Ponce, Puerto Rico 00732-0565

**WHEREFORE**, creditor Gerald Medina Vega respectfully moves this Honorable Court to take notice of the aforementioned and order the change of his address of record.

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

      I hereby certify that, on 5 October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

      In Guayama, Puerto Rico, this 5th day of October, 2021.

      */s/* **Miguel Ángel Serrano-Urdaz**
      USDC No. 223608
      P. O. Box 1915
      Guayama, Puerto Rico 00785
      Tel. / Fax: 787-864-5454
      serrano.urdaz.law@hotmail.com