IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>         as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br>         Debtor | PROMESA <br> Title III <br><br><br> No. 17-BK-3283-LTS <br> (Jointly Administered) |

### MOTION FOR ADMISSIONS
### *PRO HAC VICE OF* CANDICE M. CARSON

**COMES NOW** Candice M. Carson, applicant herein (the **"*Applicant"*)** and respectfully states:

1.    Applicant is an attorney and a member of the law firm of Butler Snow LLP, with the offices at:

Candice M. Carson
Butler Snow LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5505
Facsimile: (469) 680-5501
E-mail: candice.carson@butlersnow.com

2.    Applicant will sign all pleadings with the name of Candice M. Carson.

3.    Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since March 10, 20217, Applicant has been and presently is a member in good standing of the bar of the United States District Court for the Northern District of Texas, where Applicant regularly practices law. Applicant's Texas bar license number is 24074006.

5. Applicant has been admitted to practice before the following United States Courts:

| Court | Admission Date |
|---|---|
| United States District Court, Northern District of Texas | 03/10/2017 |
| United States Bankruptcy Court, Northern District of Texas | 03/10/2017 |
| United States District Court, Southern District of Texas | 08/25/2021 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

**María Emilia Picó - USDC-PR No. 123214**
Rexach & Picó, CSP
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 395-7878
E-mail: mpico@rexachpico.com

11. Applicant is familiar with the Local Rules of the United States District Court of the District of Puerto Rico and will comply with same.

12.     Applicant is familiar with the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District Court".

13.     Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

This, the 5th day of October 2021.

> Respectfully submitted,
>
> BUTLER SNOW LLP
>
>
> *s/*Candice M. Carson
> Candice M. Carson - TX Bar No. 24074006
> 2911 Turtle Creek Blvd., Suite 1400
> Dallas, Texas 75219
> Telephone: (469) 680-5505
> Facsimile: (469) 680-5501
> E-mail: candice.carson@butlersnow.com
>
>
> *Attorney for Financial Guaranty Insurance Company*

**I HEREBY CERTIFY**, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Dated: October 5, 2021.

**RESPECTFULLY SUBMITTED**.

*s/María E. Picó*
María E. Picó - USDC-PR No. 123214
Rexach & Picó, CSP
802 Ave. Fernández Juncos
San Juan, Puerto Rico 00907
Telephone: (787) 723-8520
Facsimile: (787) 395-7878
E-mail: mpico@rexachpico.com

*Attorney for Financial Guaranty Insurance Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 payment for *pro hac vice* admission fee.

*s/*María E.Picó
María E. Picó - USDC-PR No. 123214
Rexach & Picó, CSP
802 Ave. Fernández Juncos
San Juan, Puerto Rico 00907
Telephone: (787) 723-8520
Facsimile: (787) 395-7878
E-mail: mpico@rexachpico.com

*s/*Candice M. Carson
Candice M. Carson - TX Bar No. 24074006
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5505
Facsimile: (469) 680-5501
E-mail: candice.carson@butlersnow.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17-BK-3283-LTS <br> (Jointly Administered) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor | |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF CANDICE M. CARSON

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

___ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

___ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED**.

In San Juan, Puerto Rico, this the ____ day of _____, 2021.

_____
U.S. District Judge