UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                       No. 17 BK 3283-LTS


THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

      Debtors.[1]
-------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery

Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court

on October 5, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing*

*Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to*

*Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 6, 2021

1.  Isuain Luna Alvarado

2.  Margarita Rivera

3.  Hector M. Rojas Rivera

4.  Carmen Torres Perez

5.  Nilda Mangual Flores

6.  Luis F. Rivera Marquez

7.  David Quintana Quiñones

8.  Carmine Santiago Feliciano

9.  Carmen I. Cruz Velazquez

10. Gladys Padin Bermudez

11. Maria M. Coss Martinez (11 notices)

12. Ulises M. Santiago Cintron

13. Milagros Longo Quiros

14. Carmen Rivera Valentin

15. Evelyn Martino

16. Sara Rodriguez Perez

17. Nirma Ortiz Recio

18. Katherine Hargrove Cordero

19. Reinaldo Otero Garcia

20. Lourdes Rodriguez Miranda

21. Belen S. Silva Bernier

22. Jose Pagan Montalvo

23. Carmen M. Mercado Castro

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 6, 2021

24. Lizzette Cintron Santiago

25. Maritza Rosas Rojas

26. Adeline Rodriguez Marrero

27. Maria S. Navarro Cotto

28. Sandra A. Rodriguez Ortiz

29. Oscar Garcia Rivera

30. Carmen G. Echevarria Molina

31. Vilma Vazquez Rodriguez (2 notices)

32. Juan Rodriguez & Blanca Negron

33. Raul Malave Zayas

34. Mayda N. Rodriguez Fraticelli

35. Sylvia M. Flores Oyola

36. Doris N. Ruiz Muñiz

37. Carlos E. Cruz Malave

38. Maria I. Torres Torres

39. Mignalis Diaz Montañez (7 notices)

40. Gregorio Figueroa Colon

41. Rosa Maria Gonzalez Reyes

42. Brenda L. Santiago Lopez

43. Maria de los Angeles Rivera Melendez

44. Sara Rodriguez Perez

45. Lillian H. Alicea Ortiz

46. Ramon W. Rodriguez Medina (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 6, 2021

    47. Julio Maldonado Ramos

    48. Ada Nellis Guadalupe Rivera

    49. Elizabeth Rosario Gonzalez

    50. Ramonita Morales Muñiz

Dated:  October 6, 2021