Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isvain Luna Alvarado_

Participant's Address: _4512 Calle Natacion Ponce, PR 00728_

Participant's Email Address: _MiguelA Morales Muniz @Yahoo.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa Title III_

By: _(signature)_
Signature

_Isvain Luna Alvarado_
Print Name

_Maintenance_
Title (if Participant is not an individual)

_9/20/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isuain Luna Albarado
4512 Calle Natacion
Ponce PR 00728

MEMPHIS TN 380

27 SEP 2021 PM 2 L

00918-170625

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED AND FILED
CLERK
U.S. DIS. COURT
SAN JUAN, PR
'21 OCT -5 PM 5:24

Fecha: 27 de septiembre 2021

Tribunal de Distrito de EE.UU
    oficina de Secretaria
Avenida Carlos Chardón 150,
    Suite 150
    San Juan, Puerto Rico 00918-1767

Notificación de Indagatoria

b. Nombre: Margarita Rivera
    P.O. Box 1526
    Arroyo, P.R 00714

    Salarios trabajadas
    Claim number  17 1238

    Margarita Rivera
    Firma: Margarita Rivera

9. Deberá presentar la Notificación de indagatoria en el formato estipulado por el sitio web del Caso del Título III, a saber:

   a. Estar por escrito, en inglés, e ir firmada;

   b. Indicar su nombre, domicilio, naturaleza de su Reclamación y número de Reclamación;

   c. Indicar sus intenciones de participar en la indagatoria relativa a la confirmación del Plan; y

   d. Presentarla electrónicamente al Tribunal, en el registro CM/ECF Notificación de intenciones de participar en la indagatoria de la Confirmación del Plan del Estado Libre Asociado, en *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal como más tardar en la fecha de plazo final correspondiente.

      i. Si no está usted representado por un abogado, podrá optar por enviar la Notificación de indagatoria por correo postal a la Oficina de Secretaría del Tribunal, en:
         Tribunal de Distrito de EE.UU., Oficina de Secretaría
         Avenida Carlos Chardón 150, Suite 150
         San Juan, Puerto Rico 00918-1767

      que deberá recibirse como más tardar en la fecha de plazo pertinente.

10. **Para poder participar en la indagatoria relacionada con la confirmación del Plan, deberá presentar la Notificación de indagatoria en plazo.** No obstante, si no presentase la Notificación de indagatoria en plazo, ello no será óbice para que presente una objeción a la confirmación del Plan como más tardar en el Plazo de objeción de la Confirmación, aunque no podrá ver los documentos del Depósito del Plan ni tampoco participar en la indagatoria.

11. *Calendario y fechas límite de indagatoria*. El Tribunal ha establecido el siguiente calendario y fechas límite, que serán aplicables a los Deudores y a otras partes interesadas que hayan presentado puntualmente una Notificación de indagatoria y tengan

7

Margarita Rivera
P.O. Box 1526
Arroyo, P.R.

007114

Tribunal de Distrito de EE.UU
Oficina de Secretaria
Ave. Carlos Chardón 150
Suite 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
1 OCT 2021 PM 3 L



2021 OCT -5 PM 5:24

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Hector M Rojas Rivera_

Participant's Address: _Resd Bella Vista Edit 4 apt 24_

Participant's Email Address: _Salinas P.R. 00751_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _Celular 939 268 4187_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1675747 - 3283   num: Caso 19-5523_
_# TC_

Nature of Claim: _____

By: _Hector M Rojed_
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

Date _30/9/2021_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr Hector M Rojas Rivera

Resid Bella Vista

Edificio 4 apt 24

Salinas, Puerto Rico

area code 00751

Numero Celular
939 268 4187

RECEIVED CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -6  PM 5: 24

Sr: Hector M. Rivera Rivera
Reid Bella Vista
Edif 4 apt 24
Salinas, P.R. 00751



U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
SEP 30, 21
AMOUNT
$1.16
R2305M143834-06

1000        00918

Court's Clerk's Office at:
United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5: 24

Case:17-03283-LTS   Doc#:18407-1   Filed:10/06/21   Entered:10/06/21 13:57:08   Desc:
Pro se Notices of Participation   Page 9 of 142

SRF 55923

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Torres Pérez_

Participant's Address: _HC-67 Box 21778, Fajardo, P.R. 00738_

Participant's Email Address: _____

Name of Counsel: _None_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17- 3283_

Nature of Claim: _____

By: _Carmen Torres Perez_
Signature

_Carmen Torres Pérez_
Print Name

_N/A_
Title (if Participant is not an individual)

_9/20/2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5: 24

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Torres Perez
HC-67 Box 2178
Fajardo, P.R. 00738

United State District Court
Clerk's Office
150 Ave. Carlos Chardón Ste.
San Juan, P.R. 00918-1767

00918-170399

S SUBURBAN IL  604

30 SEP 2021  PM 4 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5:24

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:          *Nilda Mangual Flores*

Participant's Address:       *C/1 I/13 Est. San Fernando, Carolina P.R. 00985*

Participant's Email Address: *n/a*

Name of Counsel:             *n/a*

Address of Counsel:          *n/a*

Email Address of Counsel:    *n/a*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                *No. 17BK 3283 LTS*

Nature of Claim:             *Adjustment salary, interest and other*

By: *Nilda Mangual Flores*
Signature

*Nilda Mangual Flores*
Print Name

_____
Title (if Participant is not an individual)

*9/13/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Margual Flores
Calle 1 I-13 Estancias de
San Fdo., Carolina, P.R.
00985

United States District Court,
Clerk's Office Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

MEMPHIS TN 380

23 SEP 2021 PM 2 L

'21 OCT -5 PM 5:24

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below in English:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

1.  Participant's contact information, including email address, and that of its counsel, if any:

2021 OCT -5  PM 5: 24

Participant's Name:  _Luis F. Rivera Márquez_

Participant's Address:  _Box 246, Las Marías, P.R. 00670_

Participant's Email Address:  _No tengo_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  _____
    Signature

    _____
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Las Marías, P.R.

17 de Septiembre de 2021

A quien pueda interesar

Certifico por este medio que estoy interesado en estar representado por el sistema de retiro de empleados públicos del gobierno de Puerto Rico.

Atentamente,
Luis F. Rivera Márquez
Maestro Retirado

Nota. El formulario no lo llené completo porque no entiendo inglés.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 24

Lwis F. Rivera Márquez
Box 246
Las Marías, PR. 00670

United States District Court
Clerk's Office, Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
23 SEP 2021 PM 2 : L

Case:17-03283-LTS  Doc#:18407-1  Filed:10/06/21  Entered:10/06/21 13:57:08  Desc:
Pro se Notices of Participation  Page 16 of 142

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _David Quintana Quiñones_

Participant's Address: _7 calle Archilla Cabrera Mayagüez, PR 00680_

Participant's Email Address: _dquintana820@msn.com_

Name of Counsel: _United States District Court_

Address of Counsel: _Clerk's Office, 150 Ave. Carlos Chardon Ste.150_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS / Tax ID: 9686_

Nature of Claim: _Employees Retirement System of the Government of Puerto Rico_

By: _David Quintana Quiñones_
Signature

_David Quintana Quiñones_
Print Name

_Retired Teacher_
Title (if Participant is not an individual)

_17 de septiembre del 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

David Quintana
Carmine Santiago
7 calle Archilla Cabrera
Mayaguez, P.R. 00680

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

23 SEP 2021 PM 12 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5: 25

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmine Santiago Feliciano

Participant's Address: 7 calle Archilla Cabrera Mayagüez PR. 00680

Participant's Email Address: carmine721@hotmail.com

Name of Counsel: United States District Court

Address of Counsel: Clerk's Office, 150 Ave. Carlos Chardon Ste. 150

Email Address of Counsel: ——————

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3566-LTS / Tax ID: 9686

Nature of Claim: Employees Retirement System of the Government of P.R.

By: Carmine Santiago Feliciano
Signature

Carmine Santiago Feliciano
Print Name

—————————————
Title (if Participant is not an individual)

17-septiembre-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

David Quintana
Carmine Santiago
7calle Archilla Cabrera
Mayaguiez, P.R. 00680

United States District Court
Clerk's Office, 150Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

23 SEP 2021

2021 OCT -5 PM 5:25

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen I. Cruz Velázquez_

Participant's Address: _Apartado 997 Cidra, P.R. 00739_

Participant's Email Address: _carmeniriscruz4@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175398_

Nature of Claim: _Wages Back Pay Promesa Title III_

By: _Carmen I Cruz Velázquez_          _No. 17BK 3283-LTS_
Signature

_Carmen I. Cruz Velázquez_
Print Name

_____
Title (if Participant is not an individual)

_22 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I. Cruz Velázquez
Apartado 997
Cidra, P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 25

MEMPHIS TN 380

27 SEP 2021 PM 1 L

Courts Clerk's Office
United States District Court
Clerk's Office. 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below in English:

1.   Participant's contact information, including email address, and that of its counsel, if any:

2021 OCT -5 PM 5: 25

Participant's Name:  Gladys Padin Bermudez

Participant's Address:  HC06 Box 61819 Camuy, P.R 00627

Participant's Email Address:  gladyspadin@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  47578

Nature of Claim:  Deptament of Education did not

By:  _[signature]_    give me earning that
Signature                  was entiletsd to me
Gladys Padin Bermudez    (Public Employee Claims)
Print Name

_____
Title (if Participant is not an individual)

September 3, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5:25

Gladys Padin
Hcol Box 61819
Camuy, P.R. 00627

00916-1706.25

27 SEP 2021 PM 3 L

MEMPHIS TN 380



Court's Clerk Office
United States District Court,
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150
San Juan, P.R
00918-18471467

Participant must provide all of the information below **in English**.

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

2021 OCT 5 AM 10:25

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Maria M. Coss Martinez_

Participant's Address:   _CC I A St. 33, Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address:   _Maria.cm0001@gmail.com_

Name of Counsel:   _None_

Address of Counsel:   _None_

Email Address of Counsel:   _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _167366_

Nature of Claim:   _Salary and Pension_

By:   _Maria M. Coss May_
Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 25

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1A st. 23, Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address: _Maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _117336_

Nature of Claim: _Salary and Pension_

By: _Maria M. Coss Mar_
    Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 25

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

00918-170625

MEMPHIS TN 380

27 SEP 2021 PM 2 L



UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1 A st. 33 Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address: _maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167928_

Nature of Claim: _Salary and Pension_

By: _Maria M. Coss Mary_
Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

00918-170625

MEMPHIS TN 380

27 SEP 2021 PM 1 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

21 OCT -5 PM 5: 26

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Coss Martinez

Participant's Address: CC 1 A St. 33, Urb. Villas de Castro, Caguas, P.R. 00725

Participant's Email Address: maria.cm0001@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167932

Nature of Claim: Salary and Pension

By: _Maria M. Coss Mrz_
Signature

Maria M. Coss Martinez
Print Name

_____
Title (if Participant is not an individual)

August 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

00918-170625



MEMPHIS TN 380
27 SEP 2021 PM 1 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

2021 OCT -5 PM 5: 26

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 26

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1 A St. 33, Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address: _Maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136554_

Nature of Claim: _Salary and Pension_

By: _Maria M. Coss Mart_
Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

00918-1706.25

MEMPHIS TN 380

27 SEP 2021   PM 2   L



FOREVER / USA

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

2021 OCT -5  PM 5: 26

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Maria M. Coss Martinez_

Participant's Address:  _CC 1A st. 23, Urb. Villas de Casbo, Aguas, P.R. 00725_

Participant's Email Address:  _Maria.cm0001@gmail.com_

Name of Counsel:  _None_

Address of Counsel:  _None_

Email Address of Counsel:  _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _167933_

Nature of Claim:  _Salary and Pension_

By:  _Maria M. Coss Mary_
Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 31, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R.  00726

RECEIVED & FILED

2021 OCT -5 PM 5: 19

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380

27 SEP 2021  PM 2  L

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R.  00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1 A St. 33, Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address: _Maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167935_

Nature of Claim: _Salary and Pension_

By: _[signature]_
   Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

RECEIVED & FILED
2021 OCT -5 PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

RECEIVED & FILED

2021 OCT -5 PM 5: 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

27 SEP 2021   PM 2   L

FOREVER / USA

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Coss Martinez

Participant's Address: CC 1 A st. 23, Urb. Villas de Casto, Caguas, P.R. 00725

Participant's Email Address: Maria.cm0001@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167935

Nature of Claim: Salary and Pension

By: _Maria M. Coss Mari_
Signature

Maria M. Coss Martinez
Print Name

_____
Title (if Participant is not an individual)

August 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

00918-1706 25

RECEIVED & FILED

2021 OCT -5  PM 5: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

27 SEP 2021  PM 2 ·L

MEMPHIS TN 380

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1 A St. 33 Urb. Villas de Castro, Caguas, P.R. 00225_

Participant's Email Address: _Maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167932_

Nature of Claim: _Salary and Pension_

By: _Maria M. Coss May_
Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

MEMPHIS TN 380
27 SEP 2021 PM 2 L



00918-170625

RECEIVED & FILED
2021 OCT -5 PM 5:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1 A st. 33, Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address: _Maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167928_

Nature of Claim: _Salary and Pension_

By: _Maria M. Coss Mar_
Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

MEMPHIS TN 380

27 SEP 2021   PM 2   L



00918-170625

RECEIVED & FILED

2021 OCT -5   PM 5: 20

CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Coss Martinez_

Participant's Address: _CC 1 A St. 33, Urb. Villas de Castro, Caguas, P.R. 00725_

Participant's Email Address: _Maria.cm0001@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _117336_

Nature of Claim: _Salary and Pension_

By: _Maria M. Coss Mart_
   Signature

_Maria M. Coss Martinez_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

MEMPHIS TN 380
27 SEP 2021 PM 2 L
FOREVER / USA



00918-170625

RECEIVED & FILED
2021 OCT -5 PM 5:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ulises M. Santiago Cintron_

Participant's Address: _PO Box 1191, Aibonito PR 00705_

Participant's Email Address: _viewgraphicsaibonito @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _____
    Signature

_Ulises M. Santiago Cintron_
Print Name

_____
Title (if Participant is not an individual)

_9/23/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ulises M. Santiago
P O Box 1141
Arbonito PR 00705

MEMPHIS TN 380

1 OCT 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

00918-1 706625

2021 OCT -5 PM 5:25

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



Participant must provide all of the information below **in English** is OFFICE

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

1.  Participant's contact information, including email address, and that of its counsel, if any:

2021 OCT -5  PM 5: 25

Participant's Name: _Milagros Longo Quiros_

Participant's Address: _Urb. Hacienda A A.48 Quien Comeris P.R_
                                                                    _00782_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Milagros Longo Quiros_
    Signature

_Milagros Longo Quiros_
Print Name

_____
Title (if Participant is not an individual)

_22 de Sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Jorge Quiros
ur- to Howard Co
A 48 calle A-
Comerio, P.R. 00 782

MEMPHIS TN 380

25 SEP 2021 PM 1 L

00916-170399

United States District Court
Clerks Office
150 Ave Carlos Chardon
Ste- 150
San Juan, Puerto Rico 00918 1767

2021 OCT -5 PM 5:25
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SRF 55923

Participant must provide all of the information below in English.

RECEIVED AND FILED
CLERK'S OFFICE
U.S.D.C.
SAN JUAN, PR
2021 OCT -5  PM 5: 25

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Rivera Valentin, Carmen_

Participant's Address: _C 12 Urb. San Cristóbal, Aguada, P.R. 00602_

Participant's Email Address: _cr77709702 gmail · com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97544_

Nature of Claim: _Public Employee Claims_

By: _Carmen Lucia Valentin_
Signature

_Carmen Rivera Valentin_
Print Name

_____
Title (if Participant is not an individual)

_20 de Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmin Rivera Valentin
C·12 4th. San Cristobal
Aguada, P.R. 00602

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 25

United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Stc.
150, San Juan, P.R 00918 -1767

00918-170399

MEMPHIS TN 380

27 SEP 2021 PM 3 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ Evelyn Martino _____

Participant's Address: _____ PO BOX 32441, Palm Beach Gardens FL _____

Participant's Email Address: _martino_e at att.net_ 33420

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 17 BK 3283 LTS _____

Nature of Claim: _____

By: _Evelyn Martino_
    Signature

_Evelyn Martino_
Print Name

_____
Title (if Participant is not an individual)

_9/27/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Evelyn M. Gonzalez
PO Box 32441
Palm Bch. Gdns., FL 33420

WEST PALM BCH FL 334

30 SEP 2021   PM 2   L

County Clerk Court Clerk
U.S District Court
150 Ave Carlos Chardon Ste 150
San Juan, P.R.
00918-1767

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 OCT -5 PM 4:25

Case:17-03283-LTS   Doc#:18407-1   Filed:10/06/21   Entered:10/06/21 13:57:08   Desc:
Pro se Notices of Participation   Page 54 of 142

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  _Sara Rodriguez Perz_

Participant's Address:  _HC01Box 13915 Rio Grande_

Participant's Email Address:  _Pitoo 7031@g mail.com._

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17BK3283-LTS_

Nature of Claim:  _____

By:  _Sara Rodriguez Perz_
    Signature

_Sara Rodriguez Perez_
Print Name

_____

Title (if Participant is not an individual)

_25/8/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sara Rodriguez Ruiz
H.C 01 Box 13418
Rio Grande P.R. 00745

MEMPHIS TN 380

23 SEP 2021 PM 2 L

Thinking

FOREVER / USA

801 881 703

to
United states District Court
Clerk office 150 ave Carlos Chardon
ste 150 San Juan PR 00 918-1767

2021 OCT -1 PM 5:26
SAN JUAN PR
U.S. DISTRICT COURT
CLERKS OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nirma Ortiz-Recio*

Participant's Address: *Calle Isidro Camacho #19, Lajas, P.R. 00667*

Participant's Email Address: *nirma0987@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Case: 17-03283-LTS - 151599*

Nature of Claim: *Ley 89-Incentivo*

By: *Nirma Ortiz Recio*
Signature

*Nirma Ortiz-Recio*
Print Name

_____
Title (if Participant is not an individual)

*29 de agosto de 2021*
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5: 26

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nirma Ortiz Rerio
Calle Isidro Camacho II 19
Lajas, P.R. 00667

MEMPHIS TN 380

27 SEP 2021 PM 3   L

00918-170399

United States District Court
Clerks Office, 150 Ave
Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5: 26

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR
2021 OCT -5  PM 3:28

Participant must provide all of the information below in **English**:

1.   Participant's contact information, including email address and that of its counsel, if any:

Participant's Name:   _Katherine  Hargrove Cordero_

Participant's Address:   _HC  01 31325 Juana Diaz_

Participant's Email Address:   _Katherine 59 pr@gmail.com_ _00 795-9756_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _132700, 102206, 10 7924, 50386, 501545_

Nature of Claim: _____

By:   _Katherine Hargrove Cordero_
     Signature

     _Katherine Hargrove Cordero_
     Print Name

     _____
     Title (if Participant is not an individual)

     _20-sept-2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katherine Hargrove
AC-01 31335
J.D. P.R. 00795

Clerk's Office at : United States District
Court, Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 1 L

FOREVER USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 26

Participant must provide all of the information below **in English**.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rernaldo Otero Garcia_

Participant's Address: _____

Participant's Email Address: _Urb. Muñez Rivera 1000 calle 17 Guaynabo, PR 00969-3555_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK-3283-LTS_

Nature of Claim: _The Financial Oversight and Management of PR_

By: _Rernaldo Otero_
Signature

_RENALDO OTERO_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Reinaldo Otero García
Urb. Muñoz Rivera
#1000 calle; 17
Guaynabo, PR. 00969-3555

RECEIVED AND F...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5:28

00918-170625

United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 38

28 SEP 2021 PM 1

1820
Maine

STATION

Participant must provide all of the information below **in English**

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

2021 OCT -5  PM 5: 26

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Rodriguez Miranda_

Participant's Address: _Box 8711 Ponce PR 00732_

Participant's Email Address: _l.rodriguezmiranda54@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17-03283-LTS_

Nature of Claim: _Ley num 09 Romerazo PromesaTitulo III_

By: _Lourdes Rodriguez Miranda_
Signature

_Lourdes Rodriguez Miranda_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 14 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sept. 14-21

Promesa:

Copy of Receipt Certified
Mail I sent you

Lourdes Rodriguez Miranda

PD Participant claim sent you
Copies ( evidence)



Lourdes Rodriguez Miranda
Box 8711
Ponce PR 00732

MEMPHIS TN 380
18 SEP 2021  PM 2  L

00918-170825

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste, 150,
San Juan, PR 00918-7767

2021 OCT -5 AM 5: 26
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



FOREVER USA

SRF 55923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN. PR

Participant must provide all of the information below in **English:**

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Belén S. Silva Bernier*

Participant's Address: *PO Box 1133 Guayama, Puerto Rico 00785*

Participant's Email Address: *bsilvabernier@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *165976 & 165727*

Nature of Claim: *Money owed to us by Puerto Rico government through the Dept. of Education System. Goverment of Puerto Rico cannot embrace bankruptcy*

By: *Belén S. Silva Bernier*   *before paying its creditors, cause I consider myself*
Signature   *a creditor not a debtor. Moreover when*
   *our retirement system was depleted by*
*Belén S. Silva Bernier*   *failed bonds purchased made by*
Print Name   *former governor Anibal Acevedo Vila*
   *and a stockbroker Miguel Ferrer and the*
_____   *former president of the Teachers*
Title (if Participant is not an individual)   *Retirement System by 2012.*

*Sept 8 / 2021*
Note: *This notice came on Sept* Date *therefore I won't be able due to this delay, to serve my own discovery requests.*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix Silva Berrios
P.O. Box 1133
Guayama a, PR Rico 00785

United States District Court
Clerks Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

MEMPHIS TN 380
18 SEP 2021 PM 2 L

USA FOREVER

2021 OCT -5 PM 5:26
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below in **English**:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 26

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Pagan Montalvo_

Participant's Address: _Bda. La Granja 48 Utuado, PR. 00641_

Participant's Email Address: _japagan892@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement_

By: _José A Pagan Montalvo_
Signature

_José_
Print Name

_____
Title (if Participant is not an individual)

_9/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Pagan Montalvo
Bad. Jo Granja #98
ZArdco P.R. 00641

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 OCT -5 PM 5: 27

00918-176525

To united States District Court
Clerks. Office
150 Ave. Carlos Chardon STR.
San Juan P.R. 00918-1767

S SUBURBAN IL 604
30 SEP 2021 PM 3 L

FOREVER USA

Participant must provide all of the information below **in English**.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 27

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen M. Mercado Castro*

Participant's Address: *P. O. Box 474 Ceiba, P.R. 00735*

Participant's Email Address: *C.mercadocastro 13@ gmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *59 462*

Nature of Claim: _____

By: *Carmen M. Mercado Castro*
Signature

*Carmen M. Mercado Castro*
Print Name

_____
Title (if Participant is not an individual)

*September, 17/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Mercado Castro
P.O. Box 474
Ceiba, P.R. 00735

S SUBURBAN IL 604

30 SEP 2021 PM 3 L

00918-170625

To. United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste
San Juan, P.R. 00918-1767

21 OCT -5 PM 5:27

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST CT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lizzette Cintrón Santiago_

Participant's Address: _Urb Arroyo del Mar 125 Calle Caribe_
_Arroyo PR 00714_

Participant's Email Address: _Dilailah5 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83006_

Nature of Claim: _Pension / Retiree Claims_

By: _Lizzette Cintrón Santiago_
Signature

_Lizzette Cintrón Santiago_
Print Name

_____
Title (if Participant is not an individual)

_27/ Sept. /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Legott Winship
William John
125 Calle Recinto
Quinny PR 00719

MEMPHIS TN 380
30 SEP 2021 PM 2 L

0091.8-1706.25

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below in English.

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR
2021 OCT -3 AM 5: 27

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Rosas Rojas_

Participant's Address: _Res. carrn Edif 14 APT 143 Mayaguez, P.R. 0068₂_

Participant's Email Address: _maritzaroses 712 @ gmail. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283 - LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Maritza Rosas Rojas_
Print Name

_____
Title (if Participant is not an individual)

_3-sept-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Merida Rosas Rojas
Res. corro Ext. Tiv Apt 143
Meyerber p. R. 00682

MEMPHIS TN 380
6 SEP 2021 PM 2 L

Clerk's office United States District
Court clerk's Office 150
Ave Chardon Ste. 150, Sandra R. 00901 762

RECEIVED AND FILED
2021 OCT -5 PM 5:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881399 0050

Participant must provide all of the information below in English

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 27

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Adeline Rodriguez Marrero

Participant's Address: Calle San Pedro #151 urb. San Rafael) Areibo P.R 00612

Participant's Email Address: adelinerodriguez@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: 165291

Nature of Claim: Public employer + retired

By: _____
Signature

Adeline Rodriguez Marrero
Print Name

_____
Title (if Participant is not an individual)

15/sept/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 27

Aurelio Rodriguez Medina
calle San Pedro #151
urb. San Pedro Avenida 2500612

United States District Court
Clerk office 150 carr.
Carlos Chardon Sto. 150
San Juan, P.R. 00918-1767

00918817O3

S SUBURBAN IL 604
30 SEP 2021 PM 2 L

USA FOREVER

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
JAN, PR

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Maria S. Navarro Cotto*

Participant's Address:   *P.O. Box 1106   Cidra, P.R. 00739*

Participant's Email Address:   *socky-navarro1@hotmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *155097, 156070*
*176206, 157716, 155718, 157204*

Nature of Claim:   *Wages, Back Pay Ley Promesa Title III*
*no. 17 BK 3283 - LTS*

By:   *Maria S. Navarro Cotto*
Signature

*Maria S. Navarro Cotto*
Print Name

_____
Title (if Participant is not an individual)

*23 september 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Navarro Cotto
P. O. Box 1106
Cidra, P. R. 00739

00918-1706 25

Court's Clerk's Office at
United States District Court
Clerk's Office, 150
Ave. Carlos Chardon St.
San Juan, PR

MEMPHIS TN 380

25 SEP 2021 PM 3 L

2021 OCT -5 PM 5:27

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sandra A. Rodriguez-Ortiz*

Participant's Address: *Calle Isidro Camacho #19, Lojas, P.R. 00667*

Participant's Email Address: *Ifa1267@aol.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17BK 3283-LTS - 152395*

Nature of Claim: *Ley 89 - Incentivo*

By: *Sandra A. Rodriguez Ortiz*
Signature

*Sandra A. Rodriguez-Ortiz*
Print Name

_____
Title (if Participant is not an individual)

*18 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra A Rodriguez-Ortiz
Calle Isidro Camacho II 19
Lajas, P.R. 00667

00918-170625

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste, 150
San Juan, P.R 00918-1767

MEMPHIS TN 380
27 SEP 2021 PM 3 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -5 PM 5:27

Participant must provide all of the information below **in English**.

RECEIVED AND FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 3: 27

1.   Participant's contact information, including email address and that of its counsel, if any:

Participant's Name: _Oscar Garcia-Rivera_

Participant's Address: _206 Dodd St, Millsboro, DE, 19966_

Participant's Email Address: _Oscargarcia255@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 - LTS_

Nature of Claim: _Retirement_

By: _Garcia Rivera_
    Signature

_Oscar Garcia Rivera_
Print Name

_____
Title (if Participant is not an individual)

_9·26·2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oscar Garcia Rivera
206 Dodd ST.
Millsboro, DE, 19966

WILMINGTON DE 197

01 OCT 2021 PM 4 T

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR, 00918

2021 OCT -5 PM 5: 27

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address and that of its counsel, if any:

Participant's Name: _Carmen G Echevarria Stalins_

Participant's Address: _P.O. Box 1939 Cidra Puerto Rico 00739_

Participant's Email Address: _cgeche 1955 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175345, 175356_

Nature of Claim: _Wages Back Pay Promesa Title III no. 17 BK 3283 LTS_

By: _Carmen G. _____
Signature

_Carmen G. Echevarria Molina_
Print Name

_____
Title (if Participant is not an individual)

_22 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 Confirmation Discovery Procedures Notice           Version July 20, 2021           9

Carmen G. Echevarria Molina
P.O. Box 1939
Cidra P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5: 27

00918-170625

27 SEP 2021 PM 3 L

MEMPHIS TN 380

FOREVER USA

Court's Clerk's Office United States District
Court's, Clerk's office, 150 Ave.
Carlos Chardon Ste. 150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilma J. Vázquez Rodríguez_

Participant's Address: _Urb. San Antonio Calle Damasco_
_#2585 ponce P.R. 00728-1804_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177771_

Nature of Claim: _Puerto Rico telephone Company_

By: _Vilma Vázquez Rodríguez_
Signature

_Vilma Vázquez Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_8/29/2021_
Date

RECEIVED & FILED
2021 OCT -5 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

He enviado esto ahora
ya que he tenido familias
enfermas con Covic.
Porfavor hay cosas
que no entiendo ¿Podrian
enviar los papeles en español?
Gracias.

Vilma Vazquez
Urb. San Antonio
Calle Dama Sco #25-85
Ponce P.R. 00728-1804

MEMPHIS TN 380
27 SEP 2021 PM 2 L

RECEIVED & FILED
2021 OCT -5 PM 5: 22
CLERK'S OFFICE
U.S. BANKRUPTCY
COURT SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

Participant must provide all of the information below in English:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 3:27

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilma V. Vázquez Rodriguez_

Participant's Address: _Urb. San Antonio Calle Damasco #2585_
_Ponce P.R. 80728-1804_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177771_

Nature of Claim: _P.R. telePhone Co._

By: _Vilma Vázquez Rodriguez_
Signature

_Vilma V. Vázquez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8/29/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

He enviado esto ahora
Ya que he tenido Familias enfermas
con Covic
     Por favor hay cosas
que no entiendo.
  ¿Podrian enviar los
papeles en español

          Gracias.

Vilma Vázquez
Urb. San Antonio
Calle Damasco #2525
Ponce P.R. 00728-1804

00918-170625

MEMPHIS TN 380
27 SEP 2021   PM 2 L

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste.150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Rodriguez / Blanca Negron_

Participant's Address: _Vista Mar Marina Pontevedra B-10 (Carolina, PR 00983_

Participant's Email Address: _blanki47@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Plan of Adjustment_

By: _____
    Signature

_Juan Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_09/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Rodriguez Ayllar
Pontevedra B10 Vistamar Marina
Carolina, PR  00983

00918-170625

MEMPHIS TN 380

28 SEP 2021   PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 152
San Juan, PR 00918- 1787

2021 OCT -5 PM 5: 28
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

FOREVER USA

Participant must provide all of the information below in English:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raúl Malavé Zayas_

Participant's Address: _P.O. Box 1236   Cidra, P.R. 00735_

Participant's Email Address: _raulmalave51@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178987_

Nature of Claim: _____

By: _____
Signature

_Raúl Malavé Zayas_
Print Name

_____
Title (if Participant is not an individual)

_09-20-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5  PM 5: 28

Sr. Raúl Malavé Zayas
P.O. Box 1236
Cidra, P.R. 00739

00918-170625

To. United States District Court (Clerk's Office)
150 Ave. Carlos Chardon Ste. San Juan
P.R. 00918-1767



MEMPHIS TN 380

28 SEP 2021

FOREVER / USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Mayda N.Rodriguez Fraticelli_

Participant's Address: _C-3 Villa del Rey 1 Sec Caguas PR 00725_

Participant's Email Address: _rafaelfalcn@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _15 2220_

Nature of Claim: _Ley 89 - Ley 96  Derecho Laboral  Empleado Publi_
_Escala Salarial Pension Jubilacion_

By: _Mayda N. Rodriguez Fraticelli_
    Signature

_Mayda N Rodriguez Fraticelli_
Print Name

_____
Title (if Participant is not an individual)

_16 September 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mayda N. Rodríguez Fratricelli
Villa del Rey C-3 Primera Sección
Caguas, P.R. 00725

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5  PM 5: 28

28 SEP 2021 PM 1 L

MEMPHIS TN 380

00918-170625

United States District Court, Clerk
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED.
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below in **English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia M. Flores Oyola_

Participant's Address: _13 Calle Orquidea  Cidra, P.R. 00739_

Participant's Email Address: _margarita.floyola@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _127884  105703  135455  124982  177846_

Nature of Claim: _Wages, Back Pay Ley Promesa Tittle III_
_NO 17 BK 3283-LTS_

By: _Sylvia M. Flores Oyola_
Signature

_Sylvia M. Flores Oyola_
Print Name

_____
Title (if Participant is not an individual)

_23 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia M. Flores Oyola
13 Calle Orquidea
Cidra, Puerto Rico
00739

Courts Clerk's office at
United States Distric Court
Clerk's office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
25 SEP 2021   PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant's Name: Doris N. Ruiz Muñiz 2021 OCT -5 PM 5: 28

Participant's Address: 1051 Calle 3 SE Cond. Medical Center Plaza Apto 613
San Juan P.R. 00921- 3011

Participant's Email Address: doruiz11@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17- 3564

Nature of Claim: Departamento of Education - Public - Employee

By: _____
Signature

Doris N. Ruiz Muñiz
Print Name

D.E. de P.R. N/A
Title (if Participant is not an individual)

29/sept/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

United States District Court
Clerk's
Office, 150 Ave Carlos Chardon
Ste 150,
San Juan 00901-1767

PR. 00918-1767

MEMPHIS TN 380
1 OCT 2021 PM 3 L

2021 OCT -5 PM 5:28
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5:28

Participant must provide all of the information before, in English.

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cruz Malavé, Carlos E.

Participant's Address: Ciudad Jardin III Calle Guayacán #192 Toa Alta, PR 00953

Participant's Email Address: carlos_emigdio@yahoo.com

Name of Counsel: NO

Address of Counsel: NO

Email Address of Counsel: NO

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 178807

Nature of Claim: Salarios No pagados u otros beneficios Laborales

By: _Carlos E. Cz Malavé_
Signature

Carlos E. Cruz Malavé
Print Name

___—___
Title (if Participant is not an individual)

12 - Sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CARLOS E. CRUZ MALAVE
Cuidad Jardín III
#192 calle Guayacán
Toa Alta, PR 00953

MEMPHIS TN 380
28 SEP 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

2021 OCT -5 PM 5: 28

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below in English.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -5 PM 5:28

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Maria I. Torres Torres_          _Fl. 32227_

Participant's Address:  _6457 Fort Caroline rd apt#60 Jacksonville_

Participant's Email Address:  _mariaatorres@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS_

Nature of Claim:  _Salary / Carrera Magisterial_

By:  _Maria Torres Torres_
Signature

_Maria I. Torres Torres_
Print Name

_Departamento de Educación_
Title (if Participant is not an individual)

_9/22/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Nunez
6457 Fort Caroline Rd.
apt #60
Jacksonville, Fl. 32277

JACKSONVILLE FL 320

30 SEP 2021 PM 4 L

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150
San Juan P.R. 0098-1767

00918-170625

OCT -5 PM 5:28



Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS DIAZ MONTAÑEZ_

Participant's Address: _HC-03 BOX 9519 COMERIO, PUERTO RICO 00782_

Participant's Email Address: _mignalis@hotmail.com_   _diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168115_

Nature of Claim: _SALARY, STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE_
_TEACHER CAREER_

By: _[signature]_
Signature

_MIGNALIS DIAZ MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

SEPTEMBER 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DIAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED & FILED

2021 OCT -5 PM 5: 19

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380

25 SEP 2021 PM 2  L



00918-176625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS DIAZ MONTAÑEZ_

Participant's Address: _HC-03 BOX 9519 COMERIO, PUERTO RICO 00782_

Participant's Email Address: _mignalis@hotmail.com      diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168130_

Nature of Claim: _SALARY, STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE_
_TEACHER  CAREER_

By: _[signature]_
Signature

_MIGNALIS  DIAZ  MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

_SEPTEMBER 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DIAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED & FILED

2021 OCT -5 PM 5: 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380

25 SEP 2021 PM 2 L

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *MIGNALIS DIAZ MONTAÑEZ*

Participant's Address:  *HC-03 BOX 9519 COMERIO, PUERTO RICO 00782*

Participant's Email Address:  *mignalis@hotmail.com*        *diazmmi@de.pr.gov*

Name of Counsel:  *NONE*

Address of Counsel:  *NONE*

Email Address of Counsel:  *NONE*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *14 9600*

Nature of Claim:  SALARY, STEPS BY EXPERIENCE  YEARS WITHOUT INCREASE
                  TEACHER CAREER

By:  _(signature)_
     Signature

     *MIGNALIS DIAZ MONTAÑEZ*
     Print Name

     _____
     Title (if Participant is not an individual)

     SEPTEMBER 20, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DÍAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED & FILED
2021 OCT -5 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

MEMPHIS TN 380
25 SEP 2021 PM 1 L



UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below in English:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS  DIAZ  MONTAÑEZ_

Participant's Address: _HC-03  BOX  9519  COMERIO,  PUERTO RICO  00782_

Participant's Email Address: _mignalis@hotmail.com_     _diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168119_

Nature of Claim: _SALARY,  STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE_
_TEACHER  CAREER_

By: _[signature]_
Signature

_MIGNALIS  DIAZ  MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

_SEPTEMBER 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DÍAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED & FILED

2021 OCT 5 PM 5: 22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

25 SEP 2021 PM 1 L



UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MIGNALIS DIAZ MONTAÑEZ

Participant's Address: HC-03 BOX 9519 COMERIO, PUERTO RICO 00782

Participant's Email Address: mignalis@hotmail.com     diazmmi@de.pr.gov

Name of Counsel: NONE

Address of Counsel: NONE

Email Address of Counsel: NONE

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149600

Nature of Claim: SALARY, STEPS BY EXPERIENCE YEARS WITHOUT INCREASE
TEACHER CAREER

By: _Mignaliz_
Signature

MIGNALIS DIAZ MONTAÑEZ
Print Name

_____
Title (if Participant is not an individual)

AUGUST 30, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DIAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED & FILED

2021 OCT -5 PM 5: 22

U.S. DISTRICT COURT
SAN JUAN, P.R.
CLERK'S OFFICE

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

MEMPHIS TN 380

25 SEP 2021 PM 1 L



Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS DIAZ MONTAÑEZ_

Participant's Address: _HC-03 BOX 9519 COMERIO, PUERTO RICO 00782_

Participant's Email Address: _mignalis@hotmail.com_ _diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168120_

Nature of Claim: _SALARY, STEPS BY EXPERIENCE YEARS WITHOUT INCREASE TEACHER CAREER_

By: _Mignalis_
Signature

_MIGNALIS DIAZ MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

AUGUST 30, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DIAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED & FILED

2021 OCT -5 PM 5: 22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

MEMPHIS TN 380

25 SEP 2021 PM 1 L





Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS  DIAZ  MONTAÑEZ_

Participant's Address: _HC-03  BOX  9519  COMERIO,  PUERTO RICO  00782_

Participant's Email Address: _mignalis@hotmail.com_        _diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168118_

Nature of Claim: SALARY, STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE
                                TEACHER  CAREER

By: _____
Signature

_MIGNALIS  DIAZ  MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

SEPTEMBER 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DIAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

00918-1-706625

RECEIVED & FILED

2021 OCT -5 PM 5: 22

SAN JUAN P.R.
DISTRICT COURT
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

MEMPHIS TN 380
25 SEP 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gregorio Figueroa Colón*

Participant's Address: *Com. Cristina Calle Las Rosas #247*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *171223*

Nature of Claim: *Claim Unrecieved Incentive*

By: *Gregorio Figueroa Colón*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*9/15/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Candida Rosa
Figueroa Zayas
H.C. 5 Box 5375
Juana Diaz P.R. 00795

ReadyPost

To: United States District Court
Clerk's Office
150 AVE. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa Maria González Reyes_

Participant's Address: _P.O. Box 2353 Guaynabo, P.R. 00970_

Participant's Email Address: _rmgonzalez0430@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Employees Retirement System_

By: _Rosa Maria González Reyes_
Signature

_Rosa Maria González Reyes_
Print Name

_____
Title (if Participant is not an individual)

_9 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M. González Reyes
P.O. Box 2353
Guaynabo, P.R. 00970

RECEIVED & FILED
OCT -5 '21 PM 5:22

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00 918-1767

00918-170625

MEMPHIS TN 380
22 SEP 2021   PM 4   L

CAFFÈ LUCCHIA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Brenda L. Santiago-López_

Participant's Address: _23 Brisas del Caribe Ponce PR 00728_

Participant's Email Address: _brendalissettepr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _retirement pension_

By: _Brenda S. Santiago López_
Signature

_Brenda L. Santiago-López_
Print Name

_____
Title (if Participant is not an individual)

_September 23, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda Santiago López
33 Brisas del Caribe
Ponce PR 00728

MEMPHIS TN 380

1 OCT 2021 PM 3 L

RECEIVED & FILED
2021 OCT -5 PM 5: 22
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de los Angeles Rivera Meléndez_

Participant's Address: _P.O. Box 8283 Caguas, Puerto Rico 00726_

Participant's Email Address: _marita4U2@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179089, 176138, 141792_

Nature of Claim: _Wages, Back Pay, Ley Promesa Title III_

By: _Maria de los a. Rivera Meléndez_   No. 17 BK 3283-LTS
Signature

_Maria de los Angeles Rivera Meléndez_
Print Name

_____
Title (if Participant is not an individual)

_September 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de los Angeles Rivera
P.O. Box 8283
Cidra, Puerto Rico 00736

RECEIVED & FILED
2021 OCT -5 5:22 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
25 SEP 2021 PM 3 L

Court's Clerk's Office at.
United States District Court
Clerk's Office,
Ave. Carlos Chardon ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sara Rodriguez Perez_

Participant's Address: _Hcol Box 13915 Rio Grande 00745_

Participant's Email Address: _Pitoo 7031@g-mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sara Rodriguez Perez_
Signature

_Sara Rodriquez_
Print Name

_____
Title (if Participant is not an individual)

_25/8/21_
Date

RECEIVED & FILED
2021 OCT -5 PM 5:22
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sharon Rodriguez Ruiz
A-C01 Box C13 915
Rio Grande PR00745

RECEIVED & FILED

2021 OCT -5 PM 5: 22

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To:
United states District Court
Clerk office 150 Calle Carlos Chardon
Ste 150 San Juan P.R. 00918-1767

MEMPHIS TN 380
23 SEP 2021 PM 2 L

FOREVER / USA

00918995939

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lillian H Alicea Ortiz*

Participant's Address: *Urb. Country Club 916 calle Raspinell San Juan P.R. 00924*

Participant's Email Address: *lillianalicea2000@hotmail.com*

Name of Counsel: *Department of Education*

Address of Counsel: *P.O. Box 190759 San Juan P.R. 00919-0759*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *133545*

Nature of Claim: *Law 89 Romerazo, Law 164, Law 96*

By: *[signature]*
Signature

*Lillian H Alicea Ortiz*
Print Name

*Special Education Teacher*
Title (if Participant is not an individual)

*September 20, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*I was employee from Department of Education of the Commonwealth of Puerto Rico from 1982 till 2013 (december). Asking for the maximun compensation.*

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE        VERSION JULY 20, 2021        9

L. Alicea Ortiz
Urb. Country Club c/ Raspinell # 916
San Juan, P.R 00924

MEMPHIS TN 380
28 SEP 2021 PM 5 L



United States District Court
Clerk's Office
1150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón W. Rodríguez-Medina_

Participant's Address: _Calle Isidro Comacho 19, Lajas, P.R. 00667_

Participant's Email Address: _wifre.rodriguez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164749_        _141156_

Nature of Claim: _3% Asist of Living oretire - Escala Salarial_

By: _Ramón W. Rodríguez Medina_
Signature

_Ramón W. Rodríguez Medina_
Print Name

_____
Title (if Participant is not an individual)

_18 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón W. Rodríguez Medina
Calle Isidro Camacho #19
Lajas, P.R. 00667

RECEIVED & FILED
2021 OCT -5 PM 5: 21
SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón W. Rodríguez-Medina_

Participant's Address: _Calle Isidro Camacho II 19, Lajas, P.R. 00667_

Participant's Email Address: _wifre.rodriguez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS - 149413_

Nature of Claim: _Ley 89 - Incentivo_

By: _Ramón W. Rodríguez Medina_
Signature

_Ramón W. Rodríguez Medina_
Print Name

_____
Title (if Participant is not an individual)

_18 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramon W. Rodriguez Medina
Calle Isidro Camacho #19
Lajas, P.R. 00667

RECEIVED & FILED
2021 OCT -5 PM 5 12
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-170625

MEMPHIS TN 380
27 SEP 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767

Case:17-03283-LTS   Doc#:18407-1   Filed:10/06/21   Entered:10/06/21 13:57:08   Desc:
Pro se Notices of Participation   Page 135 of 142

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Maldonado Ramos_

Participant's Address: _PMB-229, HC1 BOX 29030, Caguas, P.R. 00725_

Participant's Email Address: _julio.maldonado1961@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _[signature]_

Signature

_Julio Maldonado Ramos_

Print Name

_Participant_

Title (if Participant is not an individual)

_09-21-2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Colaborawos Ramos
BUB-229 HC-1 Box 2403C
Cayuas, P.R. 00725

RECEIVED & FILED
2021 OCT -5 PM 5:12
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN

00918-1706625

United States District Court Clerk's
Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

27 SEP 202_ MEMPHIS
FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada Nellis Guadalupe Rivera_

Participant's Address: _Urb. Monte Brisas V, calle 5-1 #B45_
_Fajardo P.R. 00738_

Participant's Email Address: _guadalupeadats@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170794_

Nature of Claim: _Never received governost Romero_
_Barcelo's pay dise._

By: _Ada N. Guadalupe Rivera_
Signature

_Ada N. Guadalupe Rivera_
Print Name

_____
Title (if Participant is not an individual)

_23-Sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada Guadalupe
Urb. Monte Brisas I
Calle 5-2, P-15
Fajardo, P.R. 00738

RECEIVED & FILED
2021 OCT -5 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

0091B-170625

MEMPHIS TN 380
25 SEP 2021 PM 1 L

Court's clerk's office at:
United States District Court, clerks office
150 Ave. Carlos Chardon ste., 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Elizabeth Rosario Gonzalez*

Participant's Address:   *P.O. Box 1022 Patillas P.R. 00723*

Participant's Email Address:   *elirosario29 @ yahoo.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *139183*

Nature of Claim:   *Public Employee Claims*
   *Pension Retiree*

By:   *[signature]*
   Signature

*Elizabeth Rosario Gonzalez*
Print Name

*Title III Promesa*
Title (if Participant is not an individual)

*Sept 21, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Rosario
P.O. Box 1022
Patillas P.R. 00723

RECEIVED & FILED

2021 OCT -5 PM 5: 12
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

00918-170625

MEMPHIS TN 380

28 SEP 2021 PM 1 L

Court's Clerk Office
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramonita Morales Muñiz_

Participant's Address: _H.C 9 Box 3075 Ponce, P.R 00731_

Participant's Email Address: _morales muniz ramonita @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Ramonita Morales Muñiz_
Signature

_Ramonita Morales Muñiz_
Print Name

_Teacher_
Title (if Participant is not an individual)

_22 / 09 / 2021_
Date

RECEIVED & FILED
2021 OCT -5 PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramonita Morales Muñiz
H.C. 9 Box 3075
Ponce, P.R. 00731-9709

MEMPHIS TN 380

28 SEP 2021 PM 1 L

RECEIVED & FILED
21 SEP -5 PM 5: 21

00918-170449

United States District Court, Clerks
Office, 150 AVE. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767