# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:36 AM (AST)
Ended: 11:04 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**                         DATE: October 6, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al*. Debtors, | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III <br><br> (Jointly Administered) |

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> Puerto Rico Electric Power Authority, <br><br> Debtor. | 3:17-BK-4780 (LTS) <br><br> PROMESA Title III <br> (Jointly Administered) |

**Omnibus Hearing held.**

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Omnibus Hearing – October 6, 2021

## I. STATUS REPORTS

1. Report from the Oversight Board. [Case No. 17-3283, ECF No. 18401]

2. Report from AAFAF. [Case No. 17-3283, ECF No. 18399]

## II. FEE APPLICATIONS:

1. Fee Application by Fee Examiner and Counsel to Fee Examiner. [Case No. 17-3283, ECF No. 18117]
   - Granted. Order to be issued.

## III. CONTESTED MATTERS

1. PREPA's Notices of Assumption of Power Purchase Operating Agreement. [Case No. 17-4780, ECF Nos. 2577, 2578]
   - Granted/approved. Order to be issued.

2. Debtor's Motion in Limine Regarding Evidence Whether Proposed Plan of Adjustment Is Consistent with Fiscal Plan. [Case No. 17-3283, ECF No. 18116]
   - Denied. Order to be issued.

## IV. ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]

2. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

3. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

4. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim [Case No. 17-3283, ECF No. 16331]

5. Debtor's Individual Objection to Proof of Claim of National Geographic Partners, LLC. [Case No. 17-3283, ECF No. 17971]

6. Debtors' Omnibus Objections to Claims.

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Omnibus Hearing – October 6, 2021

- See *Notice of Agenda of Matters Scheduled for the Hearing on October 6–7, 2021 At 9:30 A.M. AST* [Case No. 17-3283, ECF No. 18387]

s/Carmen Tacoronte<br>
Carmen Tacoronte<br>
PROMESA Case Administrator