UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery

Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court

on October 5, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing*

*Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to*

*Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 6, 2021

1. Noemi Rondon Rivera

2. Maria V. Sanchez

3. Sylvette M. Santos Longo

4. Marcelo Jara Colon

5. Aida L. Gonzalez Boria

6. Mayra L. Santiago Gonzalez

7. Annette Hernandez Velez

8. Luis H. Rivera Gonzalez

9. Mary Jane Garcia Gonzalez

10. Veronica Amador Colon

11. Lucas Garcia Muñiz

12. Gladys Padin Bermudez

13. Mariano Morales Santana

14. Wanda I. Lugo Ortiz

15. Elba Santos Ortiz

16. Elizabeth Rosario Gonzalez

17. Daisy Vazquez Ayala

18. Ines L. Journet Malave

19. Michael Vazquez de Jesus

20. Estrellita Cruz Cartagena

21. Rebeca Cruz Cartagena

Dated:  October 6, 2021