Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Noemi Randán Rivera_

Participant's Address: _P.O. Box 6301. San Juan, P.R. 00914_

Participant's Email Address: _finay2010@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _32044, 103072_

Nature of Claim: _Back pay / Unpaid pension contributions_

By: _Noemi Randán_
   Signature

_Noemi Randán Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemi Rondán
P.O. Box 6301
San Juan, P.R. 00914

MEMPHIS TN 380
1 OCT 2021 PM 2 L



00918-1706625

United States Court
Clerk's office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

Case:17-03283-LTS   Doc#:18409-1   Filed:10/06/21   Entered:10/06/21 14:23:03   Desc:
Pro se Notices of Participation   Page 3 of 45

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARIA V. Sánchez_

Participant's Address: _RR4 Box 5016 AÑASCO, PR 00610_

Participant's Email Address: _MARIVINCINTRON@YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _The Commonwealth of PR, the employee retirement system and the PR public Building authority._

Nature of Claim: _NO. 17 BK 3283-LTS_

By: _Maria V. Sánchez_
    Signature

_MARIA V. SÁNCHEZ_
Print Name

_____
Title (if Participant is not an individual)

_1/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mari V. Sanchez
RR4 Box 5016
Arasco P2 00610

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste.
San Juan PR 00918-1767

RECEIVED & FILED
2021 OCT -5 PM 5: 21

00918-170449



S SUBURBAN IL 604
30 SEP 2021 PM 7
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvette M. Santos Longo_

Participant's Address: _Urb. La Hacienda A48 calle A   Comerio P.R. 00782_

Participant's Email Address: _santossylvette@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
   Signature

_Sylvette M. Santos Longo_
Print Name

_Trabajadora Social_
Title (if Participant is not an individual)

_Sept. 23/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvette M. Santos Longo
Urb. La Hacienda
A 48 calle A
Comerio, Pto. Rico
00782

MEMPHIS TN 380
25 SEP 2021 PM 1 L

RECEIVED & FILED
2021 OCT -5 PM 5: 21
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
ste. 150
San Juan, Pto. Rico 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marcelo Jara Color_

Participant's Address: _2J2 Calle Plata, Urb. colinas 2 Hatillo PR. 00655_

Participant's Email Address: _elflacogringo 7J @ hotmail .com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _[signature]_
Signature

_Marcelo Jara Color_
Print Name

_____
Title (if Participant is not an individual)

_20 sept 2021_
Date

RECEIVED & FILED 2021 OCT -5 PM 5: 21 U.S. DISTRICT COURT SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marcelo Jara Colón
232 Calle Plata
Urb. Colinas 2
Hatillo P.R. 00659

MEMPHIS TN 380
28 SEP 2021 PM 1 L

RECEIVED & FILED
2021 OCT -5 PM 5:12
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.

United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00910-1706525

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. González Boria_

Participant's Address: _Urb Villa Verde, C-81 Calle 10 Bayamon PR 00959_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _—_

Nature of Claim: _—_

By: _Aida González Boria_
Signature

_Aida L. González Boria_
Print Name

_____
Title (if Participant is not an individual)

_8/18/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767)

Aida Gonzalez Borita
Urb Villa Verde
C-81 Calle 10
Beajamon, P.R.00959

MEMPHIS TN 380
18 SEP 2021 PM 2

FOREVER USA

00918-170625

United States District Court
Clerk's office, 150 Ave. Carlos Chardon
Ste 150
San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:       Mayra L. Santiago González

Participant's Address:    3 Ext. Las Delicias
3750  c/ Antonio Pérez Pierret  Ponce, P.R.
00728

Participant's Email Address:   mrsjg99 @ yahoo.com

Name of Counsel:    Lcda. Maria Suarez Santos

Address of Counsel:   Edif. Midtown B-4 San Juan P.R. 00919

Email Address of Counsel:   lcdamess @

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:       49834

Nature of Claim:     17 BK 3283-LTS

By:   Mayra Santiago González
      Signature

      Mayra Santiago González
      Print Name

      Individual
      Title (if Participant is not an individual)

      31 - agosto - 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mayra Santiago González
3 Ext. Las Delicias
3750 c/Antonio Pérez Pierret
Ponce, P.R. 00728

RECEIVED & FILED
2021 OCT -5 PM 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
27 SEP 2021 PM 1 L

FOREVER / USA

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        Annette Hernández Vélez

Participant's Address:     HC 3 Box 36125, San Sebastián P.R. 00685

Participant's Email Address:   ahvelez @yahoo.com

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:        133475                        115071

Nature of Claim:     _____

By:   _Annette Hernández Vélez_
      Signature

      Annette Hernández Vélez
      Print Name

      _____
      Title (if Participant is not an individual)

      Septiembre 21 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Annette Hernández Vélez
HC 3 Box 36125
San Sebastián, P.R. 00685

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 OCT -5 PM 5: 21

27 SEP 2021 PM 1 L
MEMPHIS TN 380
FOREVER / USA

00918-170625

Clerk's Office, 150
Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis A. Rivera González_

Participant's Address: _PO Box 5136 Aguadilla P.R. 00605_

Participant's Email Address: _riveraluis6300 @ YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Luis H R_
Signature

_Luis H Rivera_
Print Name

_____
Title (if Participant is not an individual)

_sept 22, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



*Dr. Luis H. Rivera González*
ESPECIALISTA EN MEDICINA INTERNA

P. O. Box 5136
Aguadilla, Puerto Rico 00605



MEMPHIS TN 380
27 SEP 2021 PM 1 L

00918-170625

United states district court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918 - 1767

RECEIVED & FILED

2021 OCT -5 PM 5:1?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mary Jane Garcia Gonzalez_

Participant's Address: _C/8 #177, Jardines de Gurabo, Gurabo, P.R. 00778_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112142_

Nature of Claim: _Public Employee Claims_

By: _M. _____
Signature

_Mary Jane Garcia Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Recevied notice Sept. 22, 2021

Mary Jane Garcia Gonzalez
c/8 #1777, Jardines de Gurabo
Gurabo, Puerto Rico 00778

RECEIVED & FILED
2021 OCT -5 PM 2 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
25 SEP 2021 PM 1 L



Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Verónica Amador Colón_

Participant's Address: _813 calle 19 Urb El Cortijo Bayamón P.R. 00956_

Participant's Email Address: _amadorveronica14@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178960_

Nature of Claim: _Public Employer and Pension Retiree Claims_

By: _Verónica Amador Colón_
Signature

_Verónica Amador Colón_
Print Name

_N/A_
Title (if Participant is not an individual)

_August-14-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virinia Amador Colón
813 calle 19
Urb. El Cortijo
Bayamón, P.R. 00956

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 OCT -5 PM 5: 20

MEMPHIS TN 380
27 SEP 2021 PM 3 L

FOREVER / USA

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lucas Garcia Muñiz

Participant's Address: Parcelas Falu 208-A Calle 43, S.J 00924-3124

Participant's Email Address: Lucasgarcia1118@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: _____
     Signature

Lucas Garcia Muñiz
Print Name

Participant
Title (if Participant is not an individual)

20-septiembre-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Rosario Marin
Parado Fale 208-D
Cell 43, Ana Sur, P.R.
P.R. 00934

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St,
150, San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 OCT -5 PM 5: 20
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Gladys Padin Bermudez

Participant's Address:  HC06 Box 61819 Camuy, P.R. 00627

Participant's Email Address:  gladyspadin @ yahoo. com.

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  47578

Nature of Claim:  Public Employee Claims

By:  _____
Signature

Gladys Padin Bermudez
Print Name

_____
Title (if Participant is not an individual)

September 6, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Padin Bermudez
HCol Box 61819
Camuy  P.R.00627

MEMPHIS TN 380
27 SEP 2021 PM 3 L

2021 OCT -5 PM 5: 20
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

00918-1706625

United States District
Court, Clerk's Office
150 Ave Carlos Chardon
Ste. 150
San Juan P.R.
009 18 ~ 1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mariano Morales Santana*

Participant's Address: *Urb. Las Vegas o-3 Calles Cataño PR 00962*

Participant's Email Address: *Marianomorales793@Gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Accumulated Retirement Contributions*

By: *Mariano Morales Santana*
Signature

*Mariano Morales Santana*
Print Name

_____
Title (if Participant is not an individual)

*September 24, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria Morales Santana
Urb. Las Vegas
O-3 Calle 5
Catano PR 00962

RECEIVED & FILED
2021 OCT -5 PM 5: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
28 SEP 2021   PM 1

United States District Court
Clerk' Office 150 Ave Carlos Chardon
Ste. 150
San Juan PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda I. Lugo Ortiz_

Participant's Address: _Urb. Flamboyanes, Calle Liles 1622, Ponce, PR 00716_

Participant's Email Address: _wlugoortiz32820 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _pensión de retiro_

By: _Wanda I. Lugo Ortiz_
Signature

_Wanda I. Lugo Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_17 / septiembre / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda I. Lugo Ortz
Urb. Flamboyanes
Calle Lilas 1622
Ponce PR 00716

RECEIVED & FILED
2021 OCT -5 PM 5: 20
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

MEMPHIS TN 380
1 OCT 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba 4. Santos Ortiz_

Participant's Address: _HC 04 Box 5484, Coamo, PR 00769_

Participant's Email Address: _yadmanueldejesus@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _retirement pension_

By: _Elban Santos Otz_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_September 23, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba Santos Ortiz
HC64 Box 5484
Coamo PR 00769

RECEIVED & FILED
2021 OCT -5 PM 5 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
1 OCT 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Carlos Chardón, Ste 150
San Juan PR 00918-1767



SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elizabeth Rosario Gonzalez*

Participant's Address: *P.O. Box 1022 Patillas P.R. 00723*

Participant's Email Address: *elirosario29@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *130431*

Nature of Claim: *Empleados Publicos y Pension/Jubilacion*

By: *[signature]*
Signature

*Elizabeth Rosario Gonzalez*
Print Name

*Title III Promesa*
Title (if Participant is not an individual)

*Sept 21, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Rosario
P.O. Box 1032
Patillas P.R. 00723

RECEIVED & FILED
2021 OCT -5 PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT

MEMPHIS TN 380

28 SEP 2021 PM 1 L

Court's Clerk Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daisy Vazquez Ayala_

Participant's Address: _Town Park 5306 Calle Cerrillo AA-7 Canovano P.R. 00729_

Participant's Email Address: _daisyvazquez67@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _The common wealth of P.R. The employees retirement system of government of the commonwealth of P.R._

By: _Clm srm_
    Signature

_Daisy Vazquez Ayala_
Print Name

_____
Title (if Participant is not an individual)

_9/20/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Vazquez Arocha
Town Park 5300
Calle Cermlo AA-7
Carolina 1 P.R. 00729

RECEIVED & FILED
2021 OCT -5 PM 5: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 2 L

United Sta te District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Inés L. Journet Malavé_

Participant's Address: _Calle: Sierra Moreno #111 Urb. Miradero Hills, Mayaguez, P.R. 00682_

Participant's Email Address: _inesjournet@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152354_

Nature of Claim: _Public employee salary_

By: _Inés L. Journet Malavé_
       Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Administrative Claims Reconciliation Notice

September 26, 2021

Designated Claimant  Journet Malave , Ines  L.

Address: 111 Sierra Morena st. Urb. Miradero Hills
            Mayaguez, Puerto Rico

Designated Claim Numbeer 152354

Amount stated in Proof. Of claim  $2,640.00

Claim Type: Public  employee bonus bilingual salary for $10.00 dollars each month

I was  not honored for the years 1987 to 2009 .

*Ines L. Journet Malave*
Claimant

# Inés L. Journet Malavé

111 Sierra Morena st. Urb. Miradero Hills, Mayagüez, Puerto Rico tel. 787 833-7580,787363-3251 e-mail
inesjournet@yahoo.com

**Objective**

To pursue teaching at university level and give in service training to teachers at private or public schools

**Experience**

2018-2019 Pontificia Universidad Católica de Puerto Rico, Instituto de Carreras Cortas, Mayagüez Campus as an English teacher.

2013-2014 Worked as a four (4) hour school Principal for the Department of Education, on the following schools: Bilingual School Antonio Gonzalez Suarez in Anasco, also at Rafael Cordero Elementary School at Aguadilla. All in the Aguadilla School District.

- Administrative work. Coordinate with the Superintendents Office workshops, administrative papers, school planifition. Supervise all school personnel.

- Retired May 2009

2009-2003
As **English zone Supervisor**, Department of Education in Puerto Rico. Anasco School District
- In service training
- Coaching
- Administrative office work
- Give teachers orientation on the program's curriculum, follow-up visits
- Part-time on Saturdays Puerto Rico Department of State & Department of Education taught Conversational English to foreigners to acquirer U.S. citizenship.

2001
Department of Education in Puerto Rico  Central Office Hato Rey, **Director of Title I Supporting System**
- Work on proposals
- Management of Title I personnel
- Administrative office work

Department of Education in Puerto Rico 2000-2001
- **School Principle** of English Immersion & Spanish Writing Residential School at RAMEY, Aguadilla School District
- **English zone Supervisor** at Mayagüez School District 2002-1998
- **English zone Supervisor** at Añasco School District 1998-1991
- **English zone Supervisor** at Las Maria School District 1991-1990
- **Part-time professor** at Inter American University, San Germán Campus

Department of Education in Puerto Rico 1990-1976
- **Librarian** –All task done in a school Library 1990-1987
- **Secondary Level English teacher** 1987-1980
- **Elementary Level English teacher** 1980-1976

| | |
|---|---|
| **Education** | **Pontifical Catholic University**, Mayagüez Campus , 2008-2009 |

Certified as: School Director, School Superintendent

-**Inter American University,** San Germán Campus, M. A. degree in Teaching of English as Second  Language (T.E.S. L.)  1984-1990

-**University of Puerto Rico** Mayagüez Campus – Librarian Certificate in Library Science 1980-1981

- **University of Puerto Rico** Mayagüez Campus – B. A. degree in English

English teacher 1975

**Interests**  Collaborate with the teachers in order to reach quality instruction that encourage interactive, problem solving and experimental learning. Help teachers' execute their  knowledge of the curriculum so they can help their students reach the state learning standards for each subject matter and also to perform in accordance to the grade expectations.

**References**  Norma Cardona, ED.D Programa Graduado, PUCPR, Mayagüez Campus

Karen Morales, Directora de Instituto de Carreras Cortas.PUCPR, Mayagüez Campus

**Your Name**
Address, phone, fax, email

Ines L. Journet
Urb Miradero Hls
111 Calle Sierra Morena
Mayaguez, PR 00682

RECEIVED & FILED

2021 OCT -5 PM 5: 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380

1 OCT 2021 PM 2 L

To: United States District Court
Clerks Office
150 Ave, Carlos Chardon ste. 150,
San Juan, Puerto Rico
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Michael Vázquez de Jesús_

Participant's Address: _P.O. Box 6301 San Juan, P.R. 00914_

Participant's Email Address: _especialista14@gmail.com_

Name of Counsel: _José Lozada_

Address of Counsel: _joselozada5@aol.com_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160899_

Nature of Claim: _____

By: _Michael Vázquez_
    Signature

_Michael Vázquez de Jesús_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Michael Vázquez
P.O. Box 6301
San Juan, P.R. 00914

RECEIVED & FILED
2021 OCT -5 PM 5:18
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
1 OCT 2021 PM 2 L

00918-170625

United States Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below in **English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ESRELLITA CRUZ CARTAGENA_

Participant's Address: _P.O. BOX 502 FAJARDO PR 00738_

Participant's Email Address: _ecruz23@gmail.com ecartagenapr.25.@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _22311_

Nature of Claim: _PROMESA TITLE III NO. 17 BK 3283-LTS_

By: _____ (JOINTLY ADMINISTERED)
Signature

_ESRELLITA CRUZ CARTAGENA_
Print Name

_____
Title (if Participant is not an individual)

_OCTOBER 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**FROM:**

los Brunilda Cruz
P.O. Box 502
Fajardo P.R.
00738



UNITED STATES
POSTAL SERVICE.

Re~~~

**F**

**US POSTAGE PAID**

**$4.80**

Origin: 00
10/02/21
42351007   02

**FIRST-CLASS PKG SVC - RTL**

0 Lb 6.6    Oz
1    5

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR  00918-1706

**USPS TRACKING®#**

**TO:**

United States District Court
Clerk's Office.
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
21 OCT -5 PM 5: 23

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:   **Rebeca Cruz Cartagena**

Participant's Address:   **Calle 16 x5 villas de Rio Grande, RioGrande PR 00745**

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   **PROMESA Title III No.17 BK 3283-LTS**
**(Jointly Administered)**

By:   **Rebeca Cruz Cortagena**
Signature

**Rebeca Cruz Cartagena**
Print Name

_____
Title (if Participant is not an individual)

**7 de septiembre del 2021**
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FROM:



os Brunilda Cruz
P.O. Box 502
Fajardo P.R.
00738

TO:

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767



UNITED STATES
POSTAL SERVICE.

Re       il

**F**

US POSTAGE PAID

**$4.80**

Origin: 00
10/02/21
42351007          02

FIRST-CLASS PKG SVC - RTL

0 Lb 6.6       Oz

1          5

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

USPS TRACKING® #



ReadyPost