Raymond Bodnar, Esq
17008 SW Sapri Way
Port St Lucie FL 34986

FILED

U.S. POSTAGE PAID
FCM LETTER
POMONA, NJ
08240
SEP 15, 21
AMOUNT
**$0.98**
R2305E123436-22

1000   00918

Clerk's Office
United States District Court
150 Ave Carlos Chardon
Ste 150
San Juan Puerto Rico 00918-1767