UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283
(LTS)

MOTION SUBMITTING CERTIFIED TRANSLATION OF JUDGMENT
ENTERED BY THE COURT OF FIRST INSTANCE OF PUERTO RICO IN
THE CASE OF JUAN PEREZ COLON ET ALS V DTOP
CASE NO. K AC 1990-0487

**To the Honorable United States District Court Judge Laura Taylor Swain:**

**COME NOW, group claimants** included in the in the cases of Juan Perez Colon et als (master Claim no.30851) and Jeanette Abrams Diaz et als v. Department of Transportation and Public Works (the "DTOP") (Master claim No. 50221), by and through the undersigned attorney, to respectfully state, and pray:

1. The appearing claimants filed a Motion for Allowance and immediate Payment

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

of Administrative Expense Priority pursuant to section 503 (b)(1) (A) (i) and (ii) of the bankruptcy Code at ECF number 18239.

2. Pursuant to the filed motion, Movants requested leave to file the pertinent Judgments entered by the Court of First Instance of Puerto Rico San Juan, in the Spanish language and requested a 30- day term to file the certified translations and related documents. [ see ECF number 18241].

3. In compliance with PR-Local District Court Rule 5, appearing Claimant's hereby advance the certified translation of the Judgment entered by the Court of First Instance of Puerto Rico in the case of Juan Perez Colon v DTOP.

**WHEREFORE**, the appearing Claimant's respectfully pray for this Honorable Court to take notice of the filing of the certified translation of the Judgment entered by the Court of First Instance of Puerto Rico .

In San Juan, Puerto Rico, this 6 th day of October, 2021.

I HEREBY CERTIFY, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's Fourteenth Amended Notice, Case Management and Administrative Procedures Order [ECF 15894-1] (the "CMP Order"), that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee in addition, to all those parties registered to receive notice within the electronic notification service, as well as sent a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service UST and by U.S. mail upon all the Standard Parties listed in the CMP Order.

                              **Attorney for Group Wage Claimants**
                              By: *ISl IVONNE GONZALEZ-MORALES*
                                  IVONNE GONZALEZ-MORALES
                                  USDC NUM: 202701
                                  PO BOX 9021828
                                  SAN JUAN, PR 00902-1828
                                  Tel. (787) 410-0119
                                  E-mail: ivonnegm@prw.net

# EXHIBIT 1

Certified translation   Judgment
Court of First Instance of Puerto Rico
Case Juan Perez Colon et als case no K AC 1990-0487

re: Docket   18239 and 18241 [re: Master Claim 30851]