## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 380 | DORAL FINANCIAL CORPORATION | Tax Refund | $149,761,563.00 |
| 11014 | DORAL MORTGAGE, LLC | Tax Refund | $3,810,645.94 |
| 13592 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DORAL BANK | Tax Refund | $21,292,350.00 |