REPLICA DE OBJECCION GLOBAL

I. Datos de Contacto

Nombre: Elia E Castro

Dirección: 2A2 Calle 44 Jard del Caribe Ponce, P.R. 00728

Teléfono de Contacto:
- residencia 787-813-2113
- cellular 787-315-5194

II. Epígrafe

A- Secretaria (clerk office)

Tribunal de Distrito de Los Estados Unidos

# 150 Avenida Chardon

Edificio Federal

San Juan, PR 00918-1767

B- Estado Libre Asociado de Puerto Rico y otros deudores

C- Numero de procedimiento: 17-BK-3283-LTS

D- Objeción Global referente a la solicitud de dinero no pagados por El Estado Libre Asociado de PR

Numero de evidencia por reclamo: 174452 Ley 89- Julio 1995- Romerazo

III. El Tribunal no debe declarar la objeción global debido que es dinero adeudado mediante la aprobación por el gobierno del Estado Libre Asociado de PR de las leyes que se aprobación en el periodo que P.R.T.C era gobierno. La P.R.T.C pertenecía al Estado Libre Asociado 1999 que se concreto la venta de Telefónica.

IV. Documentación Justificativa que incluyen documentos que evidencian los años de Servicio con P.R.T.C Ponce PR de 09-10-1984 hasta el 03-01-2015 Culminé mi labor como Frame Worker P.R.T.C

(Ponce PR) (ELA). Se está reclamando por las leyes aplicadas que cubren estos años de servicio donde P.R.T.C pertenecía al gobierno de PR. Se incluyen evidencia adicional favor de comunicarse con el que suscribe;

Elia E Castro