ELIA E CASTRO
Urb Jardines del Caribe
2A2 Calle 44
Ponce, PR. 00728





RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 OCT 6 PM 3:30

Tribunal de Distrito
de los Estados Unidos
Ave. Chardón #150
Edificio Federal
San Juan, P.R.
00918-1767