Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna E. Firpi Solis_

Participant's Address: _Urb. Solimar - Calle Dorado - P-10 - Patillas, P.R. 00723_

Participant's Email Address: _mfirpi019 @ gmail.com_

Name of Counsel: _I don't have counsel_

Address of Counsel: _N. A._

Email Address of Counsel: _N. A._

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _93817_

Nature of Claim: _Law 96 of July 1, 2002, cost of Living_

By: _Myrna E. Firpi Solis_
Signature

_Myrna E. Firpi Solis_
Print Name

_N. A._
Title (if Participant is not an individual)

_1 october 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Firpi Solis
Apt. 1074
Patillas, P.R. 00723

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 6  PM 3:31




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
OCT 04, 21
AMOUNT
**$1.36**
R2304M114202-20

1000            00918

ARROYO PR 00714
OCT 04 2021
USPS

Court's Clerk's Office
United States District Court
Clerk's Office - 150 - Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna E. Firpi Solis_

Participant's Address: _Urb. Solimar - Calle Dorado - P-10 - Patillas, P.R. 00723_

Participant's Email Address: _mfirpi019@gmail.com_

Name of Counsel: _I don't have counsel_

Address of Counsel: _N.A._

Email Address of Counsel: _N.A._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97588_

Nature of Claim: _Law 144. Increase granted by governor Sila Calderón. No payed._

By: _Myrna E. Firpi Solis_
Signature

_Myrna E. Firpi Solis_
Print Name

_N.A._
Title (if Participant is not an individual)

_1 october 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Figi Solís
Apt. 1074
Patillas, P.R. 00723

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -6  PM 3:31




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
OCT 04, 21
AMOUNT
**$1.36**
R2304M114202-20

1000        00918

Court's Clerk's Office
United States District Court
Clerk's Office - 150 - Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918- 1767

ARROYO PR 00714
OCT 04 2021
USPS

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Myrna E. Firpi Solis*

Participant's Address: *Urb. Solimar- Calle Dorado-P-10- Patillas, P.R. 00723*

Participant's Email Address: *mfirpi 019 @ gmail. com*

Name of Counsel: *I don't have counsel*

Address of Counsel: *N. A.*

Email Address of Counsel: *N. A.*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *97942*

Nature of Claim: *Law of the teaching career of April 1, 2000.*

By: *Myrna E. Firpi Solis*
  Signature

  *Myrna E. Firpi Solis*
  Print Name

  *N. A.*
  Title (if Participant is not an individual)

  *1 october 2021*
  Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Figi Solis
Apt. 1074
Patillas, P.R. 00723

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 6 PM 3:31



U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
OCT 04, 21
AMOUNT
**$1.36**
R2304M114202-20

1000          00918



ARROYO PR 00714
OCT 04 2021
USPS

Court's Clerk's Office
United States District Court
Clerk's Office - 150 - Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna E. Firpi Solis_

Participant's Address: _Urb. Solimar- Calle Dorado P-10 - Patillas, P.R. 00723_

Participant's Email Address: _mfirpi019 @ gmail. com_

Name of Counsel: _I don't have counsel_

Address of Counsel: _N. A._

Email Address of Counsel: _N. A._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _117458_

Nature of Claim: _Law 89- Salary increase of 1979. Known as the Romero z._

By: _Myrna E. Firpi Solis_
Signature

_Myrna E. Firpi Solis_
Print Name

_N.A._
Title (if Participant is not an individual)

_1 october 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Figi Solis
Apt. 1074
Patillas, P.R. 00723

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 6 PM 3:31




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
OCT 04, 21
AMOUNT
**$1.36**
R2304M114202-20

1000      00918



ARROYO PR 00714
OCT 04 2021
USPS

Court's Clerk's Office
United States District Court
Clerk's Office - 150 - Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Myrna E. Firpi Solis_

Participant's Address:    _Urb. Solimar - Calle Dorado P-10 - Patillas, P.R. 00723_

Participant's Email Address:    _mfirpi019@gmail.com_

Name of Counsel:    _I don't have counsel._

Address of Counsel:    _N-A._

Email Address of Counsel:    _N.A._

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _98325_

Nature of Claim:    _Law 34. Employment income granted by Pedro Rosello._

By:    _Myrna E. Firpi Solis_
Signature

    _Myrna E. Firpi Solis_
Print Name

    _N.A._
Title (if Participant is not an individual)

    _1 october 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Figi Solis
Apt. 1074
Patillas, P.R. 00723

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 6 PM 3:31




U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
OCT 04, 21
AMOUNT
**$1.36**
R2304M114202-20

1000          00918



Court's Clerk's Office
United States District Court
Clerk's Office - 150 - Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918- 1767

Case:17-03283-LTS   Doc#:18419-1   Filed:10/07/21   Entered:10/07/21 10:02:18   Desc:
Pro se Notices of Participation   Page 11 of 41

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Leonardo Fernández Maldonado*

Participant's Address: *HC-04 Box 8510 Comerio, P.R. 00782*

Participant's Email Address: *leo hndo Fdz @gmail-com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: _____

By: *Fernand* _____
Signature

*Leonardo Fernández Maldonado*
Print Name

_____
Title (if Participant is not an individual)

*20/sept 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: )United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 6  PM 3: 31

Leonardo Fernandez
HC-04 Box 8510
Comerio PR 00782

00918-170399

27 SEP 2021   PM 2   L

MEMPHIS TN 380

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste 150,
San Juan, PR  00918-1767.

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Francisco Delgado Wells_

Participant's Address:  _Calle Triesche #22 Po Box 335644_

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _El Romerazo_

By:  _Francisco Delgado Wells_
     Signature

     _Francisco Delgado Wells_
     Print Name

     _____
     Title (if Participant is not an individual)

     _9/13/2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -6  PM 3:31

Francisca Delgado Wells
Calle Trinche #2
PO Box 33844

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -6  PM 3:51

00918-170625

MEMPHIS TN 380
27 SEP 2021  PM 1 L

United States District Court
Clerk's Office
150 ave. Carlos Chardon Ste 150
San Juan, P.R. 00518-1767

Case:17-03283-LTS   Doc#:18419-1   Filed:10/07/21   Entered:10/07/21 10:02:18   Desc:
Pro se Notices of Participation   Page 15 of 41

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra T. Sánchez Vélez_

Participant's Address: _Cond. San Fernando Village, Apt. 131, Carolina, P.R 00987_

Participant's Email Address: _mayratsanchezvelez@gmail.com_

Name of Counsel: _Department of Education_

Address of Counsel: _P.O. Box 190759, San Juan, P.R 00919-0759_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130860_

Nature of Claim: _Law 89 Ronerazo, Law 164, Law 96_

By: _Mayra T. Sánchez Vélez_
Signature

_Mayra T. Sanchez Velez_
Print Name

_Special Education Teacher_
Title (if Participant is not an individual)

_September 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_I was an employee from Department of Education of the Commonwealth of Puerto Rico from 1984 till 2014 Asking for the maximum compensation_

M. Sanchez
Cond. San Fernando Village
Apt. 131, Carolina, PR 00987

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

00918-170625



MEMPHIS TN 380

28 SEP 2021 PM 5 L

2021 OCT. 6 PM 3:31
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Case:17-03283-LTS   Doc#:18419-1   Filed:10/07/21   Entered:10/07/21 10:02:18   Desc:
Pro se Notices of Participation   Page 17 of 41

SRF 55335

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   JOANN   PISACANE

Participant's Address:   155 OCEAN LANE DRIVE #212

Participant's Email Address:   jojopisacane @ gmail.Con

Name of Counsel:   —

Address of Counsel:   —

Email Address of Counsel:   —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17-3283

Nature of Claim:   INTENT TO PARTICIPATE IN DISCOVERY
for CONFIRMATION of Commonwealth
Plan of Adjustment

By:   Jo Ann Pisacane
     Signature

JOANN Pisacane
Print Name

_____
Title (if Participant is not an individual)

8/24/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PHONE NUMBERS   732 223 3792
                305 601 6796

Rosanne
155 Ocean Lane Dr.
Key Biscayne, Fl. 33149

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -6 PM 3:31

Court's Clerk Office
U.S. District Court, Clerk's Office
150 Ave.
Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Alberto López Vargas_

Participant's Address:  _HC-02 Box 7422_

Participant's Email Address:  _Josyotero38@gmail.com_

Name of Counsel:  _N|A_

Address of Counsel:  _N|A_

Email Address of Counsel:  _N|A_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _No- 17 BK  3283 - LTS_

Nature of Claim:  _Promesa_

By:  _____
      Signature

_Alberto López Vargas_
Print Name

_Alberto López Vargas_
Title (if Participant is not an individual)

_14 - Sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From. Alberto López
HC02 - BOY 7622
Orocovis. P.R. 00720

RECEIVED AND FILED
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT -6 PM 3: 32

MEMPHIS TN 380
24 SEP 2021 PM 2 L

SANCOCHO

To. United State District Court Clerk
Office, 150 Ave. Carlos Chardon St
150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eduardo Fennen Velázquez*

Participant's Address: *206 Cond. Quintana, B, San Juan, P.R. 00917*

Participant's Email Address: *edwardsfennen@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS (78651)*

Nature of Claim: *Accumulated retirement Contributions*

By: _____
Signature

*Eduardo Fennen Velázquez*
Print Name

_____
Title (if Participant is not an individual)

*September 22, 2021,*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Ferrer Velázquez
Cond. Guirijona
Torre B Apt 206
San Juan, P.C. 00917

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT .6  PM 3: 32

MEMPHIS TN 380

28 SEP 2021  PM 1  L

Court's Clerk's Office
United States District Court, Clerk's
Clerk's Office
150 Ave. Carlos Chardon, Suite 150
San Juan, Puerto Rico 00918

RECEIVED AND FILED
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Irma L. Cintrón Díaz*

Participant's Address: *Urb. Terrazas Demajagua II Tapacio J5172 Fajardo PR 00738*

Participant's Email Address: *irmacintron15@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *① 137110 — ② 143774*

Nature of Claim: *① Law 89 Former Governor Carlos Romero Barceló*
*② 2002 Former Governor Sila M. Calderón*

By: *Irma L. Cintrón Díaz*
   Signature

*Irma L. Cintrón Díaz*
   Print Name

_____
   Title (if Participant is not an individual)

*September 9, 2021*
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below in English.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 6 PM 3:43

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enoelia Sánchez Rivera_

Participant's Address: _Urb. Jard. de Arroyo, Calle Y-BL-8 Arroyo, P.R. 00714_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171520_

Nature of Claim: _Trabaje' Como maestra Con el Dept. de Educ. de P.R. por treinta años._

By: _Enoelia Sánchez Rivera_
Signature

_Enoelia Sánchez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_28 Sept. 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Emelia Sánchez-Rivera
Urb. Jard. de Arroyo
Calley BL 8 Arroyo
Arroyo, P.R. 00714

RECEIVED & FILED
CLERK...
U.S. DIST...

CERTIFIED MAIL

7021 0350 0001 0814 1081

00918-1706.25

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
SEP 28, 21
AMOUNT
$6.80
R2304P11921 6-28

Participant must provide all of the information below in **English**:

RECEIVED AND FILED
CLERK'S OFFICE  T COURT
U.S. SAN JUAN, PR

2021 OCT 16 PM 3:45

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celia P. Santiago Ortiz_

Participant's Address: _Calle Amapola 128 Jardines de Naranjito_
_Naranjito, P.R. 00719_

Participant's Email Address: _cepilor@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-bk 03283_

Nature of Claim: _un paid wages_

By: _Celia P. Santiago_
Signature

_Celia P. Santiago_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Celia P. Santiago
Calle Amapola 128
Jardines de Naranjito,
Naranjito, P.R. 00719

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

7021 0950 0001 9445 0307

CERTIFIED MAIL

00918-170625

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
SEP 23, 21
AMOUNT
$6.80
R2304M111636-9

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Zulma I. López Mercado_

Participant's Address: _P.O. Box 985 Rincón, P.R. 00677_

Participant's Email Address: _zlopez.mercado@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _131325_

Nature of Claim: _$47,000.00   (Retiro Maestros)_

By: _Zulma L. López Mercado_
Signature

_Zulma I. López Mercado_
Print Name

_Maestra_
Title (if Participant is not an individual)

_14-sept-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zulma I. López Mercado_

Participant's Address: _P.O. Box 985 Rincón, P.R. 00677_

Participant's Email Address: _zlopez.mercado@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _131819_

Nature of Claim: _$18,000.00 (Aumento salarial de_
_$100.00 Ley 96 del_
_2002)_

By: _Zulma I. López Mercado_
Signature

_Zulma I. López Mercado_
Print Name

_Maestra_
Title (if Participant is not an individual)

_14-sept-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Zulma I. López Mercado
P.O. Box 985
Rincón, P.R. 00677

U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
SEP 17, '21
AMOUNT
$4.33
R2310-H108277 03

1000
00918
00918-1 706.25

7015 0640 0000 9557 5783

S SUBURBAN IL 604
30 SEP 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below in English.

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Rosas Rosado_

Participant's Address: _PO Box 985 Rincon, PR 00677_

Participant's Email Address: _prof.r.rosas@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155311_

Nature of Claim: _Pension Retiree Claims_

By: _Rafael Rosas Rosado_
Signature

_Rafael Rosas Rosado_
Print Name

_____
Title (if Participant is not an individual)

_9/15/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rafael Rosas Rosado
PO Box 985
Rincon, PR 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT .6  PM 3:42

United States District Cour
Clerk's Office
150 Ave. Carlos Chardon Ste. 15
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
SEP 17, '21
AMOUNT
$4.33
R2304H109277-03

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nicolás Sonera Pérez_

Participant's Address: _HC 7 BOX 4957 Juana Díaz, P.R. 00795-9712_

Participant's Email Address: _luzgardy-1@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _87259        17BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico owes me money based on the following laws:_

By: _[signature]_          _Law 89-1995, law 134-1996, law 96-_
Signature                  _2002, law 164-2003/2004_
                           _Total Amount due:_
_Nicolás Sonera Pérez_       _$30,000.00_
Print Name

_____
Title (if Participant is not an individual)

_22-Septiembre-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



*GOBIERNO DE PUERTO RICO*

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Nicolás Sonera Pérez,** seguro social **XXX-XX-2142,** ocupó el puesto Regular de Conserje en el Distrito Escolar de Santa Isabel. Prestó servicios desde el 29 de agosto de 1980 hasta el 10 de agosto de 2005. Devengó un salario de $1,172.00 mensuales.

Dada en San Juan, Puerto Rico, el 18 de agosto de 2020 según solicitada por el empleado.

Alfredo Rodríguez Leándey / por mis
Alfredo Rodríguez Leándey
Especialista de Recursos Humanos

P O Box 190759, San Juan, PR 00919-0759 · Tel (787)773-3025 o 3051
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

DE DEPARTAMENTO DE EDUCACIÓN

Nicolas Severo Pérez
HC 7 BOX 47357
Juana Díaz, P.R. 00795-9712

CERTIFIED MAIL

7021 0950 0000 2416 6919

00918-1706.25



U.S. POSTAGE PAID
JUANA DIEZ
FCM LG ENV
00795
SEP 23, 21
AMOUNT
$7.38
R2305K135197-01

1000
00918

United States District Court, Clerk's Office
150 Ave. Carlos Chardón ste. 150
San Juan, P.R. 00918-1767



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
21 OCT 16 AM

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Rodríguez MORALES_

Participant's Address: _CONDOMINIO SEGOVIA APTO 1909_
_650 CALLE SERGIO CUEVAS_
_BUSTAMANTE / SAN JUAN_
_PR00918_

Participant's Email Address: _Joserodmor123@gmail.com_

Name of Counsel: _Department of Education of P.R._

Address of Counsel: _P.O. Box 190759 San Juan, Puerto Rico_
_00919-0759_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157030_

Nature of Claim: _Law 89, Bomerazo, Law 164, Law 96_

By: _José A. Rodríguez Morales_
Signature

_José A. Rodríguez Morales_
Print Name

_Teacher_
Title (if Participant is not an individual)

_September 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_I was an employee from Department of Education of the Commonwealth of Puerto Rico from 1970 till 2006, Asking for the maximun compensation,_

210720V2 Confirmation Discovery Procedures Notice          Version July 20, 2021          9

Jose A. Rodriguez Morales
Condominio Segovia Apto 1909
650 Calle Sergio Cuevas Bustamante
San Juan, Puerto Rico 00918

MEMPHIS TN 380
27 SEP 2021 PM 2 L

CERTIFIED MAIL

7020 2450 0002 1101 2906

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
SEP 18
0918 $1.21
AMOUNT
8-1706.25



United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English:**

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN PR
2021 OCT  6  PM 3: 42

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Franco Molina_

Participant's Address: _P.O. Box 544 Cidra, Puerto Rico 00739_

Participant's Email Address: _framart1912@gmail.com_

Name of Counsel: _-_

Address of Counsel: _-_

Email Address of Counsel: _-_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175560_

Nature of Claim: _Wages back pay PROMESA Title III 17BK32 83-LTS_

By: _[signature]_
Signature

_Marta Franco Molina_
Print Name

_____
Title (if Participant is not an individual)

_29 agust 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marta Franco Molina
P.O. Box 544
Cidra, Puerto Rico 00739

CERTIFIED MAIL

7020 3160 0000 0615 8014

U.S. POSTAGE PAID
FCM LETTER
CIDRA, PR 00739
SEP 21, 21
AMOUNT
$6.60
R2304M113060-15

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste.
150 San Juan P.R. 00918-1767

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
2021 OCT 6 PM 4:42