# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.* | PROMESA<br><br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered)[1] |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83D(b) and Local Bankruptcy Rule 9010-1(d), Rosamar García-Fontán respectfully moves this Court for leave to withdraw as counsel for Ramírez & Co. in the above-captioned matter:

1. I entered an appearance on behalf of Ramírez & Co. in the matter of reference, Docket Entry No. 7641.

2. I have recently resigned from her position as Counsel at the law firm of McConnell Valdés LLC, and thus will no longer be able to continue my representation of Ramírez & Co.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Tittle III case number and the last four (4) digits of Debtor's federal tax identification number are: 1) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) number 3481 ; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No. 17 BK 3566-LTS) number 9686 and v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780) number 3747.

3. Foreman will continue to be represented in this matter by its current counsel of record, Antonio A. Arias from the law firm of McConnell Valdés LLC.

WHEREFORE the undersigned moves the Court for leave to withdraw as counsel for Ramírez & Co.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 7th day of October 2021.

By: *s/ Rosamar García-Fontán*
Rosamar García-Fontán
USDC No. 221004
rgf@mcvpr.com