# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3564-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)..

USActive 56742350.1

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**PLEASE TAKE NOTICE** that Ellen M. Halstead hereby respectfully withdraws her appearance as counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured"), in these Title III cases and related adversary proceedings: Adv. Proc. No. 18-00059-LTS, Adv. Proc. No. 18-00149-LTS, Adv. Proc. No. 19-00291-LTS, Adv. Proc. No. 19-00363-LTS, Adv. Proc. No. 19-00396-LTS, Adv. Proc. No. 19-00405-LTS, Adv. Proc. No. 20-00003-LTS, Adv. Proc. No. 20-00004-LTS, Adv. Proc. No. 20-00005-LTS, and Adv. Proc. No. 20-00007-LTS.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal is limited to Ms. Halstead and does not impact the representation of Assured by other attorneys from Cadwalader, Wickersham & Taft LLP and Casellas Alcover & Burgos P.S.C. in these proceedings. As such, the withdrawal of Ms. Halstead will not cause any disruption in these cases and related adversary proceedings.

Accordingly, pursuant to Local Rule 9010-1(d)(3), Ms. Halstead respectfully requests that the Court order the withdrawal of Ms. Halstead and remove her from applicable service lists, including the Court's CM/ECF electronic notification list and the official service list.

USActive 56742350.1

Dated: New York, New York
October 7, 2021

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: */s/ Heriberto Burgos Pérez* <br>    Heriberto Burgos Pérez <br>    USDC-PR 204809 <br>    Ricardo F. Casellas-Sánchez <br>    USDC-PR 203114 <br>    Diana Pérez-Seda <br>    USDC-PR 232014 <br>    P.O. Box 364924 <br>    San Juan, PR 00936-4924 <br>    Telephone: (787) 756-1400 <br>    Facsimile: (787) 756-1401 <br>    Email: hburgos@cabprlaw.com <br>           rcasellas@cabprlaw.com <br>           dperez@cabprlaw.com <br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ Howard R. Hawkins, Jr.* <br>    Howard R. Hawkins, Jr.* <br>    Mark C. Ellenberg* <br>    William J. Natbony* <br>    Ellen M. Halstead* <br>    Thomas J. Curtin* <br>    Casey J. Servais* <br>    200 Liberty Street <br>    New York, NY 10281 <br>    Telephone: (212) 504-6000 <br>    Facsimile: (212) 504-6666 <br>    Email: howard.hawkins@cwt.com <br>           mark.ellenberg@cwt.com <br>           bill.natbony@cwt.com <br>           ellen.halstead@cwt.com <br>           thomas.curtin@cwt.com <br>           casey.servais@cwt.com <br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

# CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, 7th day of October, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice

USActive 56742350.1