Exhibit A

| Issue: | 2006 Series A - Variable Rate Only |
|---|---|
| Original Par Amount | $126,725,000 |
| Dated Date: | 6/23/2006 |
| Principal Due: | |
| CUSIP | 74514LKB2 |

| Maturity | Principal | Coupon | Interest | Debt Service |
|---|---|---|---|---|
| 2014 | | | | |
| 2015 | | | | |
| 2016 | | | | |
| 2017 | | | 15,207,000 | 15,207,000 |
| 2018 | | | 15,207,000 | 15,207,000 |
| 2019 | | | 15,207,000 | 15,207,000 |
| 2020 | | | 15,207,000 | 15,207,000 |
| 2021 | 30,005,000 | 12.000% | 15,207,000 | 45,212,000 |
| | 31,280,000 | 12.000% | 11,606,400 | 42,886,400 |
| | 32,625,000 | 12.000% | 7,852,800 | 40,477,800 |
| | 32,815,000 | 12.000% | 3,937,800 | 36,752,800 |

AAFAF CONF 0009291