Exhibit "B"

Regac.tgg

| Principal Amount: $30,00 Maturity Date: 7/1/2018 Security ID: Redacted | | Principal Amount $31,280,000 Maturity: 7/1/2019 Security ID: Redacted | | Principal Amount $32,625 Maturity Date: 7/1/2020 Security ID: Redacted | | Principal Amount $32,815,000 Maturity Date: 7/1/2021 Security ID: i | |
|---|---|---|---|---|---|---|---|
| Payment Date: | 7/1/2013 | Payment Date: | 7/1/2013 | Payment Date: | 7/1/2013 | Payment Date: | 7/1/2013 |
| Interest Rate: | 3.142% | Interest Rate: | 3.162% | Interest Rate: | 3.182% | Interest Rate: | 3.062% |
| Interest Payment: | 471,378.55 | Interest Payment: | 494,536.80 | Interest Payment: | 519,063.75 | Interest Payment: | 502,397.65 |
| Payment Date: | 1/1/2014 | Payment Date: | 1/1/2014 | Payment Date: | 1/1/2014 | Payment Date: | 1/1/2014 |
| Interest Rate: | 2.043% | Interest Rate: | 2.063% | Interest Rate: | 2.083% | Interest Rate: | 1.963% |
| Interest Payment: | 306,501.08 | Interest Payment: | 322,653.20 | Interest Payment: | 339,789.38 | Interest Payment: | 322,079.23 |
| Payment Date: | 7/1/2014 | Payment Date: | 7/1/2014 | Payment Date: | 7/1/2014 | Payment Date: | 7/1/2014 |
| Interest Rate: | 1.944% | Interest Rate: | 1.964% | Interest Rate: | 1.984% | Interest Rate: | 1.864% |
| Interest Payment: | 291,648.60 | Interest Payment: | 307,169.60 | Interest Payment: | 323,640.00 | Interest Payment: | 305,835.80 |
| Payment Date: | 1/1/2015 | Payment Date: | 1/1/2015 | Payment Date: | 1/1/2015 | Payment Date: | 1/1/2015 |
| Interest Rate: | 2.933% | Interest Rate: | 2.953% | Interest Rate: | 2.973% | Interest Rate: | 2.853% |
| Interest Payment: | 440,023.33 | Interest Payment: | 461,849.20 | Interest Payment: | 484,970.63 | Interest Payment: | 468,105.98 |
| Payment Date: | 7/1/2015 | Payment Date: | 7/1/2015 | Payment Date: | 7/1/2015 | Payment Date: | 7/1/2015 |
| Interest Rate: | 2.644% | Interest Rate: | 2.664% | Interest Rate: | 2.684% | Interest Rate: | 2.564% |
| Interest Payment: | 396,666.10 | Interest Payment: | 416,649.60 | Interest Payment: | 437,827.50 | Interest Payment: | 420,688.30 |
| Payment Date: | | Payment Date: | | Payment Date: | | Payment Date: | 1/1/2016 |
| Interest Rate: | | Interest Rate: | | Interest Rate: | | Interest Rate: | 0.700% |
| Interest Payment: | | Interest Payment: | | Interest Payment: | | Interest Payment: | 114,852.50 |
| Payment Date: | | Payment Date: | | Payment Date: | | Payment Date: | 7/1/2016 |
| Interest Rate: | | Interest Rate: | | Interest Rate: | | Interest Rate: | 1.071% |
| Interest Payment: | | Interest Payment: | | Interest Payment: | | Interest Payment: | 175,724.33 |

AAFAF CONF 0009290