

U.S. POSTAGE PAID
PME 1-Day
ITHACA, NY
14851
OCT 05, 21
AMOUNT
**$27.10**
R2305K142875-08

1007   00918

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



### UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS®

EI 150 565 144 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (904) 878-4026
Arthur Samodovitz
120 Lara Commons Cir #213
St. Augustine, FL 32084

BC Oct-6-21
Haven hate la 4pm

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO: (PLEASE PRINT)**   PHONE ( )
US District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, Puerto Rico
ZIP+4: 00918-1767

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 14851
Scheduled Delivery Date: 10/6/2021
Postage: $27.10
Date Accepted: 10/5/2021
Scheduled Delivery Time: 6PM
Insurance Fee: 0   COD Fee: 0
Time Accepted: 11:49 ☒ AM
Return Receipt Fee: 0   Live Animal Transportation Fee: 0
Special Handling/Fragile: 0   Sunday/Holiday Premium Fee: 0
Weight: 0   ☒ Flat Rate
Total Postage & Fees: $27.10

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time
Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

PS10001000006   EP13F May 2020