Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilda Rodríguez Valldejuly
Participant's Address: 35 Calle Luis M. Rivera
Participant's Email Address: Santa Isabel, P.R. 00757

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-1.75

Nature of Claim: Ley del 3%, no recibido

By: Nilda Rodríguez Valldejuly
Signature

Nilda Rodríguez Valldejuly
Print Name

_____
Title (if Participant is not an individual)

19 septiembre 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Nilda Rodríguez
Calle Luis M. Rivera #35
Santa Isabel, P.R. 00757

Discovery Notice to the Court's Clerk Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR
2021 OCT -7 PM 4:36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yvette Sánchez

Participant's Address: HC10 Box 7997 Sabana Grande, PR 00637

Participant's Email Address: iveor1028@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: The Commonwealth of Puerto Rico

Nature of Claim: No. 17 BK 3283 - LTS

By: Yvette Sánchez
Signature

Yvette Sánchez
Print Name

Promesa Title III
Title (if Participant is not an individual)

30 / sept. / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Yvette Sánchez
HC 10 Box 7997
Sabana Grande, P.R.
00637




U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
OCT 05, 21
AMOUNT
$1.36
R2305K135317-05

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 OCT -7 PM 4:36