UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                         PROMESA
                                                               Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                   No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                (Jointly Administered)
et al.,

        Debtors.¹
-------------------------------------------------------------x
In re:                                                         PROMESA
                                                               Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                   No. 17 BK 4780-LTS

PUERTO RICO ELECTRIC POWER
AUTHORITY,

        Debtor.
-------------------------------------------------------------x
```

ORDER CONCERNING STATUS REPORT OF THE GOVERNMENT PARTIES
REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

       The Court has received and reviewed the *Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 2627 in Case No. 17-4780, the "Status Report"), filed by the Financial Oversight and Management Board for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Authority (together, the "Government Parties"). The Status Report requests that the Court require the Government Parties to file an updated status report on or before January 19, 2022. (Status Report ¶ 15.) The Court has also received and reviewed the *Official Committee of Unsecured Creditors' Response and Objection to Status Report of Government Parties Regarding COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 18403 in Case No. 17-3283 and Docket Entry No. 2628 in Case No. 17-4780, the "Response") filed by the Official Committee of Unsecured Creditors (the "UCC"), asking that this Court deny the Government Parties' implicit request to prolong the stay of the 9019 Motion[2] until they submit another status report by January 19, 2022. (Resp. ¶ 5.) Nevertheless, for substantially the same reasons set forth in the Government Parties' Status Report, the Government Parties are hereby directed to file an updated status report as proposed in paragraph 15 of the Status Report by **January 19, 2022**.

SO ORDERED.

Dated: October 8, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to it in the Status Report.