UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION OF DISCOVERY DISPUTE
### BETWEEN THE DRA PARTIES AND THE
### PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**To The Honorable United States District Judge Laura Taylor Swain**:

The Court is hereby notified of a discovery dispute between AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "Collateral Monitor," and together with the Servicer, collectively, the "DRA Parties"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds that the DRA issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018, and the approved Qualifying Modification

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation  (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA")  (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

for the Government Development Bank for Puerto Rico (the "GDB")[2] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") regarding the *DRA Parties' Notice of Deposition to the Puerto Rico Fiscal Agency and Financial Advisory Authority Pursuant to Fed. R. Civ. P. 30 (b)(6)* (the "30(b)(6) NOD").

The DRA Parties served the 30(b)(6) NOD to AAFAF on September 13, 2021. On September 26, 2021, AAFAF informed the DRA Parties of its designation of Fernando Batlle as its Rule 30(b)(6) witness (the "Batlle Deposition"). On September 29, 2021, the AAFAF served its *Responses and Objections to the DRA Parties' Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* (the "Responses and Objections") on September 29, 2021. On October 6, 2021, the DRA Parties replied to the Responses and Objections and requested to meet and confer (the "DRA Parties' Communication"). On October 7, 2021, AAFAF responded to the DRA Parties' Communication (the "AAFAF Reply"). The DRA Parties met and conferred with AAFAF on October 8, 2021 regarding the 30(b)(6) NOD, the Responses and Objections, the DRA Parties' Communication, and the AAFAF Reply. At the conclusion of the meet and confer, and in light of the fact that a solution was not possible regarding the scope of the Batlle Deposition currently scheduled for October 11, 2021, the DRA Parties informed AAFAF that there is a dispute that needs to be resolved by the Court, and that they intended to inform the Court that same day. Following the meet and confer, the DRA Parties informed Magistrate Judge Dein's chambers of the existence of the dispute, copying counsel for AAFAF. Soon thereafter, Magistrate Judge Dein's Clerk instructed the DRA Parties and AAFAF to submit letters to Magistrate Judge Dein within three (3) days, and asked for the filing of an Informative Motion with the Court.

---

[2] *See* ECF No. 270 of Civil Case No. 18- 01561 (LTS) (Nov. 7, 2018).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th date of October, 2021.

*[Remainder of Page Intentionally Left Blank]*

<div style="display: flex;">

<div>

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5632
Fax: 787-759-9225

By: */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority***

</div>

<div>

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel: 787-729-2900
Fax: 787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7470
Fax: 202-730-4520
E-mail: douglas.mintz@srz.com
noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

E-mail: douglas.koff@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority***

</div>

</div>

4

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 8, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani