UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Party Service List attached hereto as **Exhibit A**:

- Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections [Docket No. 18366]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 7, 2021

                                                                                  */s/ Asir U. Ashraf*
                                                                                  Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 7, 2021, by Asir U. Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A
Notice Party Service List
Served as set forth below

| MMLID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 601365 | BEAUCHAMP RODRIGUEZ, ADALBERTO | | | | | | abeauchamprodriguez@gmail.com | Email |
| 1956443 | Cruz Rivera , Rafael | No. 158 Calle 16 Vrb La Arbde Da | | Salinas | PR | 00751 | | First class mail |
| 2167258 | Pagan Gomez, Luis E | 515 S 24th St | | Allentown | PA | 18104-6603 | luispagan3613@gmail.com | First class mail and Email |
| 2083885 | Rivera Rodriguez, Gloria | 490 COUNTY ROAD 750 | | ENTERPRISE | AL | 36330 | ino_gloria2002@hotmail.com | First class mail and Email |
| 707032 | ROBLES CHEVERE, MAGALY | 100 CALLE MARGINAL | APT 365 | GUAYNABO | PR | 00969-8419 | | First class mail |
| 2221141 | Rodriguez Montalvo, William | PO BOX 9477 | | Bayamon | PR | 00956 | | First class mail |
| 974645 | RUIZ DIAZ, CARMEN | CALLE EL CAOBO 722 | URB SOMBRAS DEL REAL | COTO LAUREL | PR | 00780 | | First class mail |
| 1466686 | SANCHEZ MUNOS, VERONICA | | | | | | ivonnegm@prw.net ; vsanchez01@yahoo.com | Email |
| 1975990 | Vazquez Rodriguez , Gloria  E. | Cond. San Jose 2 | #389 Apto. 13 Calle Sicilia | San Juan | PR | 00923 | GVazquez@asume.pr.gov | First class mail and Email |