**<u>Exhibit A</u>**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

ORDER GRANTING THREE HUNDRED SEVENTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PARTIAL DUPLICATE LITIGATION CLAIMS

Upon the *Three Hundred Seventy-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims* [ECF No. 17909] (the "Three Hundred Seventy-Sixth Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Objection")[2] filed by the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), the Puerto Rico

Highways and Transportation Authority ("<u>HTA</u>"), and the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("<u>ERS,</u>" and together with the Commonwealth

and HTA, the "<u>Debtors</u>"), dated August 20, 2021, for entry of an order partially disallowing certain

claims filed against the Debtors, as more fully set forth in the Three Hundred Seventy-Sixth

Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

the Three Hundred Seventy-Sixth Omnibus Objection and to grant the relief requested therein

pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section

307(a); and due and proper notice of the Three Hundred Seventy-Sixth Omnibus Objection having

been provided to those parties identified therein, and no other or further notice being required; and

the claims identified in the column titled "Claims to be Partially Disallowed" in <u>Exhibit A</u> to the

Three Hundred Seventy-Sixth Omnibus Objection (collectively, the "<u>Claims to Be Partially</u>

<u>Disallowed</u>") being duplicative, in part, of the Litigation Master Claims; and the Court having

determined that the relief sought in the Three Hundred Seventy-Sixth Omnibus Objection is in the

best interest of the Debtors, their creditors, and all the parties in interest; and the Court having

determined that the legal and factual bases set forth in the Three Hundred Seventy-Sixth Omnibus

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the Three Hundred Seventy-Sixth Omnibus Objection is

GRANTED as set forth herein; and it is further

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the Three Hundred Seventy-Sixth Omnibus Objection.

ORDERED that the Claims to Be Partially Disallowed are hereby partially disallowed; and it is further

ORDERED that the Debtor's right to object to the Remaining Claims or the Litigation Master Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the disallowed portions of the claims identified in Exhibit A to the Three Hundred Seventy-Sixth Omnibus Objection from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17909 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.


Dated: _____


_____
Honorable Judge Laura Taylor Swain
United States District Judge

## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Three Hundred Seventy-Sixth Omnibus Objection**

Three Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGUAYO PACHECO, ROSA MARIA 1232 CALLE CALMA URB. BUEN VISTA PONCE, PR 00717-2512 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 100972 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 2 | BAUZA, JUAN M. #624 CARLOS D. RIVERA SAN JUAN, PR 00924 | 07/05/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 144271^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #144271 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified
Claim #144271 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified
Claim #144271 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | BELLO ORTIZ, ILEANA R. 2 DA. EXT. PUNTO ORO 6357 CALLE PACIFICO PONCE, PR 00728-2409 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 111368 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 4 | BURGOS GUZMAN, JUSTO LUIS BOX 16 JUANA DIAZ, PR 00795 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 37870 | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152372 | $ 17,590,927.76 |

Reason: This claim is duplicative, in part, of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Maldonado Rodriguez Master Claim.

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | COSME-SANCHEZ, LAURA MARISSA URB VALLE ARRIBA HEIGHTS Y7 CALLE FLAMBOYAN CAROLINA, PR 00983 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76700 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6  FARIS ELBA, LUIS ALBERTO 1430 AVE SAN ALFONSO, APT. 2903 SAN JUAN, PR 00921-4673 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31883^ | $ 374,400.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #31883 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | FIGUEROA CASTRERO, ANGEL LUIS 2235 CALLE MARLIN URB. BRISAS DEL MAR PONCE, PR 00716 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 166821^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims.

^ Claim #166821 also contained on Exhibit A to the 379th Omnibus Claims Objection for Claims to Be Partially Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | FIGUEROA CASTRERO, ESTHER E URB VISTAS DEL MAR 2235 CALLE MARLIN PONCE, PR 00716 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 166769^ | $ 55,434.97* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims.

^ Claim #166769 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #166769 also contained on Exhibit A to the 379th Omnibus Claims Objection for Claims to Be Partially Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | FIGUEROA CAY, OMAR IVAN GERARDO URB. VILLA UNIVERSITARIA CALLE 24 R-24 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18038^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims.

^ Claim #18038 also contained on Exhibit A to the 379th Omnibus Claims Objection for Claims to Be Partially Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | FLORES FLORES, AMARILYS PO BOX 177 COMERIO, PR 00782 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30024 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | GARCIA TORRES, CARMEN M HC 9 BOX 1737 PONCE, PR 00731 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123230^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in this litigation are former DOTP employees who alleged that DOTP illegally sequestered wages and pension payments as a result of Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Abraham Gimenez Master Claims.

^ Claim #123230 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #123230 also contained on Exhibit A to the 379th Omnibus Claims Objection for Claims to Be Partially Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | LUCIANO CORREA, GILBERTO PO BOX 561747 GUAYANILLA, PR 00656 | 03/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 2282 | $ 14,133.60* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152372 | $ 17,590,927.76 |

Reason: This claim is duplicative, in part, of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Maldonado Rodriguez Master Claim.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | MARCANO GARCIA, LUIS PLAZA UNIVERSIDAD 2000 839 CALLE AÑASCO APT 811 SAN JUAN, PR 00925 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27812 | $ 20,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 14 | MILAGROS RODRIGUEZ RAMOS (VIUDA), CARMEN PARCELAS VIEJAS 136 A BARRIO COQUI AGUIRRE, PR 00704 | 12/05/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 172746^ | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152372 | $ 17,590,927.76 |

Reason: This claim is duplicative, in part, of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Maldonado Rodriguez Master Claim.

^ Claim #172746 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | PARRILLA, ALICIA QUINOUES MOUTE BRISAS 5, 5 M19 CALLE 5-12 FAJARDO, PR 00738-3978 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 107910^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #107910 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | RIVERA CLEMENTE, FELIX<br>HC 1 BOX 9045<br>LOIZA, PR 00772 | 04/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7490 | $ 18,000.00* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104175^ | $ 1,469,956.00* |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30851 | $ 2,435,987.21 |

Reason: This claim is duplicative, in part, of Master Claim nos. 30851 and 104175, which were filed on behalf of all plaintiffs in the litigation captioned Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC1990-0487 (the "Perez Colon Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Perez Colon Master Claims.

^ Claim #104175 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | RIVERA COLON, ENRIQUE 131 CALLE ZORZAL URB BRISAS DE CANOVANAS CANOVANAS, PR 00729 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 21592 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | RIVERA LOPEZ, MARIA URB MARIOLGA X-47 CALLE SAN ALFONSO CAGUAS, PR 00725 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17265 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | RIVERA TORRES, CARMEN ADA URB. GLENVIEW GARDENS X6 FLORIMAR PONCE, PR 00730-1668 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66663 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | RODRIGUEZ, HILDELISA HC 1 BZN 8645 LUQUILLO, PR 00773 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121907^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #121907 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | ROSARIO GOMEZ, ENID HC 01 BOX 4446 NAGUABO, PR 00718-9716 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34348^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims.

^ Claim #34348 also contained on Exhibit A to the 379th Omnibus Claims Objection for Claims to Be Partially Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE PARTIALLY DISALLOWED** | | | | **REMAINING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 22  SUAREZ PASTRANA, CRISTINA RR 17 BOX 11268 SAN JUAN, PR 00926-9497 | 01/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179015^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #179015 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23  TORRES NAVARRO , DANIEL PO BOX 988 JAYUYA, PR 00664 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76185 | $ 20,000.00* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the FUPO Master Claim.

## Three Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed

| | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24 | VELEZ IRIZARRY, MARIA INES HC 07 BOX 2437 PONCE, PR 00731 | 06/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 42491 | $ 14,400.00* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152372 | $ 17,590,927.76 |

Reason: This claim is duplicative, in part, of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Maldonado Rodriguez Master Claim.

Three Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE PARTIALLY DISALLOWED | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | VELEZ MATIENZO, MARY CELIA P.O. BOX  153 LUQUILLO, PR 00773 | 07/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120405^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative, in part, of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Puerto Rico Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Camacho Master Claims.

^ Claim #120405 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #120405 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts