**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, and PBA.** |

ORDER GRANTING THREE HUNDRED SIXTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO SUBSEQUENTLY AMENDED CLAIMS

Upon the *Three Hundred Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Subsequently Amended Claims* [ECF No. 17915] (the "Three Hundred Sixty-Ninth Omnibus Objection")[2] filed

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Sixty-Ninth Omnibus Objection.

1

by the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth and ERS, the "Debtors"), dated August 20, 2021, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Three Hundred Sixty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Sixty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Sixty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Three Hundred Sixty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Three Hundred Sixty-Ninth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Sixty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Sixty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17915 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to Three Hundred Sixty-Ninth Omnibus Objection**

## Three Hundred and Sixty-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BAEZ CRUZ, NILDA<br>CALLE LIMA 353<br>ROLLING HILLS<br>CAROLINA, PR 00987 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 82145 | $ 7,000.00* | BAEZ CRUZ, NILDA<br>CALLE LIMA 353<br>ROLLING HILLS<br>CAROLINA, PR 00987 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 73223 | $ 7,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>P O BOX 429<br>CABO ROJO, PR 00623 | 04/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 6418^ | $ 343,704.56* | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179441 | $ 26,943.40* |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #6418 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | COOPERATIVA A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26707 | $ 16,716.50 | COOPERATIVA A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 07/16/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 97078^ | $ 25,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #97078 also contained on Exhibit A to the 389th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 07/02/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 79353 | $ 8,091.42 | COOPERATIVA A/C VEGABAJENA<br>SORY ADROVET, COLLECTION DEPARTMENT MANAGER<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 07/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154658^ | $ 8,091.42* |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #154658 also contained on Exhibit A to the 389th Omnibus Claims Objection for Claims to Be Disallowed

Three Hundred and Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA I/C/O ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 19757 SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 53780 | $ 31,173,444.00 | COOPERATIVE DE AHORRO Y CREDITO ABRAHAM ROSA ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 191757 SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169510 | $ 17,827,609.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE CIALES ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 19757 SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29527 | $ 23,803,677.95 | COOPERATIVA DE AHORRO Y CREDITO DE CIALES ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 19757 SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169491 | $ 22,944,604.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | COOPERATIVA DE AHORRO Y CRÉDITO DE JUANA DÍAZ ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ PO BOX 19757 SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31421 | $ 9,631,043.61 | COOPERATIVA DE AHORRO Y CRÉDITO DE JUANA DÍAZ ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ PO BOX 19757 SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169507 | $ 3,269,189.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | COOPERATIVA DE AHORRO Y CREDITO DE LARES PO BOX 191757 SAN JUAN, PR 00919 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 52616 | $ 10,465,107.00 | COOPERATIVA DE AHORRO Y CREDITO DE LARES PO BOX 191757 SAN JUAN, PR 00919 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169511 | $ 7,289,615.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

Three Hundred and Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | COOPERATIVA DE AHORRO Y CREDITO DE RINCON<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 36224 | $ 127,212,213.00 | COOPERATIVA DE AHORRO Y CREDITO DE RINCON<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169512 | $ 32,956,914.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29458 | $ 40,565,289.00 | COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169493 | $ 16,549,461.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 11 | COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 25601 | $ 46,654,701.70* | COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169494 | $ 19,753,068.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 12 | DIAZ MIRANDA, ZORAIDA<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152861 | Undetermined* | DIAZ MIRANDA, ZORAIDA<br>HC-1 BOX 5352<br>COROZAL, PR 00783 | 06/03/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179298 | $ 34,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 13 | FINANCIAL GUARANTY INSURANCE COMPANY<br>DEREK M. DONNELLY<br>463 SEVENTH AVENUE<br>NEW YORK, NY 10018 | 07/29/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174409 | $ 2,303,553.55* | FINANCIAL GUARANTY INSURANCE COMPANY<br>DEREK M. DONNELLY<br>463 SEVENTH AVENUE<br>NEW YORK, NY 10018 | 07/30/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174671 | $ 2,303,553.55* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Sixty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 | GUBECOOP<br>PO BOX 41235<br>SAN JUAN, PR 00940-1235 | 06/11/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 45648 | $ 7,424.19 | GUBECOOP<br>PO BOX 41235<br>SAN JUAN, PR 00940-1235 | 07/17/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 115206^ | $ 7,424.19 |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #115206 also contained on Exhibit A to the 389th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | MALDONADO NEGRON, MARIANO<br>HC 2 BOX 7940<br>GUAYANILLA, PR 00656-9764 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29794 | Undetermined* | MALDONADO NEGRON, MARIANO<br>4958 SW 166TH COURT RD<br>OCALA, FL 34481 | 01/10/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173013^ | $ 15,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #173013 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARRERO FRANCO, DINORA WILDA<br>PO BOX 48<br>JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 146334 | Undetermined* | MARRERO FRANCO, DINORA WILDA<br>PO BOX 48<br>JUANA DÍAZ, PR 00795 | 07/06/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179435 | $ 40,800.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | MEDINA VELEZ, IRIS D.<br>URB. CRISTAL #2285<br>AGUADILLA, PR 00603 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 45160 | Undetermined* | MEDINA VELEZ, IRIS D.<br>URB.CRISTAL #228<br>AGUADILLA, PR 00603 | 06/22/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179415^ | $ 60,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #179415 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MORALES VAZQUEZ, MARINA ESTHER<br>CALLE CANARIO BUZON<br>135 REPARTO SAN JOSE<br>CAGUAS, PR 00727 | 05/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 11179 | Undetermined* | MORALES VAZQUEZ, MARINA E.<br>CONDOMINIO LOS PINOS APARTAMENTO 1001<br>BUZON 323<br>CAGUAS, PR 00725 | 06/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179436 | $ 70,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

Three Hundred and Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | PEREZ, WILLIAM<br>JUAN P RIVERA, ESQ.<br>PO BOX 7498<br>PONCE, PR 00732 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164461 | $ 500,000.00* | PEREZ, WILLIAM<br>NOREEN WISCOVITCH, CHAPTER 7 TRUSTEE, BANKR. ESTATE OF WILLIAM PEREZ SALAS, CASE NO. 20-04508, PMB 136<br>400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 05/14/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179235 | $ 500,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | RAMIREZ SOTO, RAFAEL<br>HC03 BOX 34848<br>SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67460 | Undetermined* | RAMIREZ SOTO, RAFAEL<br>HC03 BOX. 34848<br>SAN SEBASTIÁN, PR 00685 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 43270 | Undetermined* |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | SANTIAGO MARCANO, VICTOR<br>HC 03 BOX 6825<br>JUNCOS, PR 00777 | 01/15/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179038 | Undetermined* | SANTIAGO MARCANO, VICTOR<br>HC-03 BOX 6825<br>JUNCOS, PR 00777 | 05/18/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179242^ | $ 60,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

^ Claim #179242 also contained on Exhibit A to the 383rd Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | SCOTIABANK DE PUERTO RICO<br>MURPHY & MCGONIGLE, PC<br>ATTN: CAMERON S. MATHESON<br>4870 SADLER ROAD, SUITE 301<br>GLEN ALLEN, VA 23060 | 07/27/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174304 | Undetermined* | SCOTIABANK DE PUERTO RICO<br>MURPHY & MCGONIGLE<br>ATTN: CAMERON S. MATHESON<br>4870 SADLER ROAD, SUITE 301<br>GLEN ALLEN, VA 23060 | 08/04/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174514 | Undetermined* |

Reason: Amended and superseded by a later filed Proof of Claim.