**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

ORDER GRANTING THREE HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FILED BY AEELA

Upon the *Three Hundred Eighty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by AEELA* [ECF No. 17931] (the "Three Hundred Eighty-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Eighty-Eighth Omnibus Objection.

1

"Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated August 20, 2021, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Three Hundred Eighty-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Eighty-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Eighty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that each of the claims identified in **Exhibit A** to the Three Hundred Eighty-Eighth Omnibus Objection (collectively, the "Claims to Be Disallowed") seek recovery of amounts for which the Debtors are not liable; and the Court having determined that the relief sought in the Three Hundred Eighty-Eighth Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Eighty-Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Eighty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17931 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to Three Hundred Eighty-Eighth Omnibus Objection**

## Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ACOCIADO DE P.R. (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38890 | $ 153,340.85* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 2 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51457 | $ 252,740.49* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 3 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99638 | $ 26,570,499.44 |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 4 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72169 | $ 17,397,441.18* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 5 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R. (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA ST. 2ND FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71222 | $ 153,340.85* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41482 | $ 153,340.85* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41485 | $ 17,397,441.18* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38846 | $ 252,740.49* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38860 | $ 1,701,304.00* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38870 | $ 2,044,792.64* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

## Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51476 | $ 1,800,184.65 |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38851 | $ 1,701,304.00* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52157 | $ 2,044,792.64* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA 2ND FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51426 | $ 1,800,184.65 |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72799 | $ 153,340.85* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

Three Hundred and Eighty-Eighth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASSOCIADO DE PR<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA ST. 2ND FLOOR<br>SAN JUAN, PR 00901 | 2/22/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 168183 | $ 2,108,592.00 |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 17 | POC FOR ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52998 | $ 2,044,792.64* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| | | | | | TOTAL | $ 77,730,173.40* |

\* Indicates claim contains unliquidated and/or undetermined amounts