**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and COFINA.** |

ORDER GRANTING THREE HUNDRED SIXTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO SALES TAX FINANCING CORPORATION TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Three Hundred Sixty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Sales Tax Financing Corporation to Claims Asserted Against the Incorrect Debtor*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[ECF No. 17913] (the "Three Hundred Sixty-Sixth Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth and HTA, the "Debtors"), dated August 20, 2021, for entry of an order reclassifying certain claims filed against the Commonwealth, as more fully set forth in the Three Hundred Sixty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Sixty-Sixth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Three Hundred Sixty-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Sixty-Sixth Omnibus Objection having improperly identified the Commonwealth, COFINA, or HTA as obligor, when such claims are properly asserted, if at all, against the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three Hundred Sixty-Sixth Omnibus Objection; and the Court having determined that the relief sought in the Three Hundred Sixty-Sixth Omnibus Objection is in the best interest of the Debtors, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Sixty-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Sixty-Sixth Omnibus Objection.

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that the Three Hundred Sixty-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the Three Hundred Sixty-Sixth Omnibus Objection are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Correct" in <u>Exhibit A</u>; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the Three Hundred Sixty-Sixth Omnibus Objection from Title III case for the debtor(s) identified in the column titled "Asserted" in <u>Exhibit A</u> to the Three Hundred Sixty-Sixth Omnibus Objection to the Title III case for the debtor(s) identified in the column titled "Corrected" in <u>Exhibit A</u> to the Three Hundred Sixty-Sixth Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 17913 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                Honorable Judge Laura Taylor Swain
                                                United States District Judge

# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Sixty-Sixth Omnibus Objection**

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 1 | AYALA ORTIZ, MARILYN<br>PO BOX 289<br>HORMIGUEROS, PR 00660-0289 | 10202^ | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #10202 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #10202 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed
Claim #10202 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 2 | BAUZA, JUAN M.<br>#624 CARLOS D. RIVERA<br>SAN JUAN, PR 00924 | 144271^ | Puerto Rico Highways and Transportation Authority | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #144271 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified
Claim #144271 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #144271 also contained on Exhibit A to the 376th Omnibus Claims Objection for Claims to Be Partially Disallowed

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 3 | BOURET ECHEVARRIA, POULLETTE<br>PO BOX 159<br>TOA BAJA, PR 00951 | 173994 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $2,333.00* | Commonwealth of Puerto Rico | Unsecured | $2,333.00* |

Reason: Claimant identifies obligor as the Puerto Rico Sales Tax Financing Corporation (COFINA) when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 29341 | Commonwealth of Puerto Rico | Unsecured | $300.00 | Puerto Rico Electric Power Authority | Unsecured | $300.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 32636 | Commonwealth of Puerto Rico | Unsecured | $1,520.00 | Puerto Rico Electric Power Authority | Unsecured | $1,520.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|------|--------|-----------------|--------------------------|-----------------|------------------|---------------------------|------------------|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 36194 | Commonwealth of Puerto Rico | Unsecured | $9,363.71 | Puerto Rico Electric Power Authority | Unsecured | $9,363.71 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 39392 | Commonwealth of Puerto Rico | Unsecured | $1,167.00 | Puerto Rico Electric Power Authority | Unsecured | $1,167.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 41401 | Commonwealth of Puerto Rico | Unsecured | $4,006.45 | Puerto Rico Electric Power Authority | Unsecured | $4,006.45 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 42267 | Commonwealth of Puerto Rico | Unsecured | $5,382.00 | Puerto Rico Electric Power Authority | Unsecured | $5,382.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 151597 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 63950^ | Commonwealth of Puerto Rico | Unsecured | $1,190,864.12 | Commonwealth of Puerto Rico | Unsecured | $222,917.55 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $967,946.57 |
| | | | | | | Subtotal | | $1,190,864.12 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that invoices totaling $967,946.57 would reside, if at all, under Puerto Rico Electric Power Authority.

^ Claim #63950 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | FRANQUI PORTELA, TERESA E<br>HC 3 BOX 5085<br>GURABO, PR 00778 | 45783^ | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #45783 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | GORDIAN, YOLANDA GUZMAN<br>71 EXT MARIO BRASCHI<br>JUANA DIAZ, PR 00795 | 87996^ | Puerto Rico Highways and Transportation Authority | Unsecured | $30,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #87996 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #87996 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed
Claim #87996 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | LOPEZ MALDONADO, EVELYN<br>12 CALLE 5E URB. RIO PLANTATION<br>BAYAMON, PR 00961 | 141887 | Commonwealth of Puerto Rico | Unsecured | $275,000.00* | Puerto Rico Electric Power Authority | Unsecured | $275,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | Luis Ramos Pagan<br>PO Box 40177<br>SAN JUAN, PR 00940-0177 | 66017^ | Commonwealth of Puerto Rico | Administrative | Undetermined* | Puerto Rico Highways and Transportation Authority | Administrative | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | | | | Subtotal | Undetermined* | | Subtotal | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #66017 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | MORALES CORDOVA, KARIME<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 60068^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #60068 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | ORLANDI GOMEZ, ANGEL M.<br>HC-01 BOX 4301<br>ARROYO, PR 00714 | 169756^ | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #169756 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #169756 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | PAGAN VEGA, JONATHAN<br>HC 03 BOX 37686<br>MAYAGUEZ, PR 00680 | 36298 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico | 503(b)(9)<br>Secured<br>Subtotal | $200,000.00*<br>Undetermined*<br>$200,000.00* | Puerto Rico Electric Power Authority<br>Puerto Rico Electric Power Authority | 503(b)(9)<br>Secured<br>Subtotal | $200,000.00*<br>Undetermined*<br>$200,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | POLANCO ESTRELLA, RAFAEL E.<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 1306 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | POLANCO JORDÁN, YANITSZA MARIE<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 40022 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | POLANCO RIVERA, JESUHAN<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 40237 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | POLANCO RIVERA, NEILIANY<br>RENE ARRILLAGA<br>URB EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 37391 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | RIVERA RIVERA, MOIRA GRUSHESKA<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 38180 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ FIGUEROA, JOHNNY<br>3535 N 8 ST.<br>PHILADELPHIA, PA 19140 | 171052 | Puerto Rico Sales Tax Financing Corporation (COFINA) | 503(b)(9) | $25,000.00 | Commonwealth of Puerto Rico | 503(b)(9) | $25,000.00 |

Reason: Claimant identifies obligor as the Puerto Rico Sales Tax Financing Corporation (COFINA) when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ ORTIZ, MARELYN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71642^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #71642 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | RODRÍGUEZ RIVERA, JUSTIN<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 27399 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | ROMAN TORRES, MARLEEN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71468^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #71468 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

|  | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | ROSA LABOY, LUZ MERCEDES<br>HC #3 BOX 12905<br>YABUCOA, PR 00767-9782 | 179190 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Puerto Rico Electric Power Authority | Unsecured | $15,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | TORO MARTINEZ, JOSE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 67146^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #67146 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | TORRES GONZALEZ, EVELYN<br>2821 HAYES AVE<br>CAMDEN, NJ 08105 | 173684 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 |

Reason: Claimant identifies obligor as the Puerto Rico Sales Tax Financing Corporation (COFINA) when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | VALENTIN RUIZ, ALEX M<br>HC-61 BOX 4769<br>TRUJILLO ALTO, PR 00976 | 5359^ | Puerto Rico Highways and Transportation Authority | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #5359 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed

| | | | TOTAL | | $ 28,251,536.28* | TOTAL | | $ 28,251,536.28* |

\* Indicates claim contains unliquidated and/or undetermined amounts