## **EXHIBIT E**

Schedule of Executory Contracts and Unexpired Leases to be Assumed

None.