I                                    #174570

Nombre:
Elena Laboy Christian

# tel. cel.
939-248-0861

# tel. Res.
787-290-2969

dirección:
Urb. Glen View Gardens
Calle Elba # K-11
Ponce, P.R 00730-1740

Correo electrónico:
elenalaboy18@gmail.com

Elena Laboy Christ.

III                                    # 174530

Por éste medio, yo la Sra.
Elena Labay Chitin, NO
estoy de acuerdo con el trato
que se quiere llevar a cabo.
Fuimos gobierno hasta el 1998.

Gracias

att

Elena Labay Chitin

# 174570

La ley 89 se firmó en Julio de 1995,
yo estoy en la empresa desde el 1/8/1988
y no fué hasta el 1999 que se
completó la venta de la PRTC y
aun sigo aquí trabajando.

gracias

Elena Labay Ch.

Ⅴ

#174570

Lima: Elena Labay Chit.