Elena Laboy Chistian
urb. Glenview Gardens
calle Elba # K-11
Ponce P.R. 00730

RECEIVED & FILED
2021 OCT -8 PM 4: 33

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767