# MOVIMIENTO DE PERSONAL

**Company**
**TELÉFONO**

| Field | Value |
|---|---|
| NOMBRE | ELENA |
| PRIMER APELLIDO | LABOY |
| SEGUNDO APELLIDO | CHRISTIAN |
| NUM. EMPLEADO | 03917 |
| NUM. SEGURO SOCIAL | Redacted |

INICIAL

- ALTA / ING. ☐
- ALTA / REING. ☐
- CAMBIO ☒
- SUSP ☐
- BAJA ☐

**FECHA EFEC:** MES 04  DIA 30  98

Número Requisición: _____
Nueva ☐  Reemplazo ☐

DE CAMBIOS A

| DESCRIPCION DE DATA | CONDICIONES | ALTAS | COMPLETE PARA CAMBIOS O BAJAS | | INSERTE SOLO DATOS NUEVOS |
|---|---|---|---|---|---|
| FECHA DE NACIMIENTO | MES DIA AÑO | | | | |
| SEXO | FEM. MASC. | F   M | | | |
| NOMBRE DEPTO. | | | Operaciones de Tráfico | | SERV. AL CLIENTE METRO |
| CODIGO RESPONS. | Depto./Div./Sec. | | 0 3 1 2 2 0 | DPT | 0 3 3 7 6 0 |
| LOCALIZACION | | | 4 0 0 1 | | |
| CODIGO PUEBLO/NOMB. | | | 5 6  Ponce | PBL | |
| NUMERO DE CUENTA | | | 6 6 2 1 C  0 3 1 | CTA | 6 6 2 B 2  0 3 3 |
| STATUS DE EMPLEO | Reg. Prob. Temp. | | R | STE | |
| JORNADA | Completa  Media | | C | JOR | |
| STATUS DE NOMINA | U, N, E, C | | U | STN | |
| TITULO DE PLAZA | | | Operadora de Tráfico III | | OFI.GEN.ORD.SERV.TR. |
| CODIGO DE PLAZA | | | 0 7 6 5 0 2 7 | PLZ | 0 4 6 5 0 1 4 |
| NIVEL O GRADO | | | 0 7 | NIV | 0 4 |
| SALARIO POR HORA | | | 0 9 . 5 0 0 | SHR | |
| SALARIO BISEMANAL | | | 0 7 6 0 . 0 0 | SBI | |
| SALARIO ANUAL | | | | SAN | |
| CANTIDAD Y | Merito | | | | S          - % |
| PORCIENTO | Ascenso | | | | S          - % |
| RAZON AUMENTO | Merito, Ascenso, Otro | | | | M   A  MA   0 |
| SALARIO NIN./MAX | | Min. $   Max. $ | Min. $   Max. $ | | Min. $   Max. $ |
| EVALUACION/EXCEP. | | | | EVA    EXC | S    N |
| SEGURO CHOFERIL | SI — NO | | | SSC | |
| CODIGO FSE | B-C-D-E-F | | | FSE | |

| RECLUTAMIENTO | VACACIONES | | RENUNCIA | SEPARACION | | OTRO | | Reingreso Deseable |
|---|---|---|---|---|---|---|---|---|
| | | BAJAS | Mejor Oferta A ☒ | Reducción Personal D ☐ | Ejercito G ☐ | Muerte K ☐ | Si ☐ | |
| | Proximas a Vencer en | BJR | Turno Inconv. B ☐ | Incompetencia E ☐ | Agotó Beneficios H ☐ | Unión L ☐ | No ☐ | |
| | | | Personal C ☐ | Disciplina F ☐ | Jubilación J ☐ | Otro M ☐ | Clasif. Final Ver Instrucciones | |

PARA USO DEL DEPARTAMENTO DE BENEFICIOS Y RECORDS SOLAMENTE       DEUDA ☐   REEMBOLSO ☐

| Plan Médico | | Seguro Voluntario | HORAS | Seguros | HORAS |
|---|---|---|---|---|---|
| Pensión Diferida | Si ☐ No ☐ | Liquidación de Vacaciones Acumuladas | | Licencia Enfermedad Acumul. | |

**OBSERVACIONES:** CIERRE DE LA OFICINA DE PONCE TOPS. VEASE DOCUMENTO QUE SE ACOMPAÑA.

| SUPERVISOR(ES) | FECHA | DIRECTOR(ES) GRUPO | FECHA | VICEPRESIDENTE RELACIONES DE EMPLEADOS | FECHA |
|---|---|---|---|---|---|
| Félix A. Medina | | | | | |
| GERENTE(S) | FECHA | VICEPRESIDENTE(S) | FECHA | VICEPRESIDENTE EJECUTIVO | FECHA |
| Leila O. Gardner / Marta Otero | | Karmen Carro de Ramos | | | |
| DIRECTOR(ES) José R. De Jesús | FECHA | DIRECTOR ADMINISTRADOR DE PERSONAL | FECHA | PRESIDENTE | FECHA |
| Fernando Morales Tirado | | | | | |

**CUADRUPLICADO** - EMPLEADO

SEGUROS DE VIDA TRIPLE S, INC.
Oficina Principal
Ave. F.D. Roosevelt 1441
Caparra Heights
San Juan, Puerto Rico 00920

CERTIFICADO SEGURO DE VIDA GRUPAL

Seguros de Vida Triple-S, Inc. (en adelante la Compañía) certifica que de acuerdo con el Plan de Seguro de Vida para Empleados del Patrono (entiéndase por Patrono el nombre del grupo identificado abajo; en adelante denominado el Tenedor de la Póliza) una póliza de seguro de vida de término renovable anualmente ha sido numerada, emitida y entregada al Tenedor de la Póliza y que la persona nombrada abajo está asegurada bajo los beneficios descritos en este certificado. El seguro está sujeto en todo respecto a los términos y condiciones de la Póliza Matriz, la cual constituye el contrato bajo el cual se efectúan los pagos correspondientes.

De ocurrir la muerte durante la vigencia de la póliza, la cantidad del seguro del asegurado será pagadero al beneficiario designado por el asegurado en la solicitud individual. Si al fallecimiento de cualquier empleado cubierto bajo esta póliza éste no ha designado a ningún beneficiario, consignaremos los beneficios de esta póliza al Tribunal correspondiente. Este Tribunal determinará la adjudicación y realizará la distribución apropiada de los beneficios.

NOMBRE DEL GRUPO : Puerto Rico Telephone Company   NUMERO DE CERTIFICADO : Redacted

NUMERO DE GRUPO : V02931-1-2-3   FECHA DE EFECTIVIDAD : 03/92
                                                        01/94
ó fecha en que el empleado comenzó a trabajar con PRTC, si posterior.

EMPLEADO
ASEGURADO       : LABOY CHRISTIAN ELENA

SEGURO DE       : $35,000.00 (3-01-92) SEGURO DE VIDA POR
                  hasta      (1-17-94) MUERTE ACCIDENTAL
VIDA BASICO     : $45,000.00 (1-18-94) Y DESMEMBRAMIENTO    : $45,000.00

Los beneficios comprendidos en este certificado están sujetos a las disposiciones, términos y condiciones de la Póliza Matriz. Las cláusulas y condiciones de dicha póliza prevalecerán sobre las de este certificado. Si existe alguna ambiguedad en el mismo, se recurrirá a la Póliza Matriz para aclararla o subsanarla.

CERT. VG 4/95 REV.



GPO Box 998
San Juan, Puerto Rico 00936

29 de julio de 1988

Sr. (a) __Elena Laboy Christian__

__Calle Rivas #6__

__Ponce, P.R. 00731__

Estimado (a) señor (a) __Laboy__:

Es un placer darle la bienvenida a nuestra Organización Puerto Rico Telephone Company y confirmarle su nombramiento en la plaza de __Operador__ con carácter probatorio por un período de noventa (90) días calendarios. Su salario inicial será de __$3.55__ por hora, _____ anual.

Para los fines de las leyes aplicables y el Convenio Colectivo en vigencia, durante su período probatorio su labor será evaluada mensualmente, y si completa éste satisfactoriamente, pasará a ser empleado regular.

Si durante el período probatorio, sus servicios no son satisfactorios a juicio exclusivo de la Compañía, podrá ser separado en cualquier momento con derecho a recibir solamente la paga que le corresponde por sus servicios, hasta la fecha de su separación. De igual forma, toda persona que al momento de cumplir con el período probatorio no haya completado los documentos requeridos en su ingreso, será separado de éste automaticamente.

El período de adiestramiento en los Centros reconocidos por la Compañía, hasta un máximo de treinta (30) días, queda excluido del cómputo de Período Probatorio. (Artículo XI, Sección 3 del Convenio Colectivo).

Hoy le orientamos sobre la Compañía, sus beneficios y Política en general, entregándole documentos que forman parte de nuestro Procedimiento de Ingreso. De aceptar las condiciones aquí expuestas, le agradeceré firmar copia de esta comunicación.

Es un placer para mi ingresarle a nuestra Familia Telefónica.

Cordialmente,

*Delia Miranda*
Delia Miranda
Gerente, Reclutamiento