Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Victor Vazquez Marcia

Participant's Address: 202 Sector Santa Clara Cidra P.R. 00739

Participant's Email Address: carmen maldonadoberrios@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 158699

Nature of Claim: Recorte de pension a los empleados de Correcion

By: Victor Vazquez Marcia #2847 placa
Signature

Victor Vazquez Marcia
Print Name

Oficial de Coustodia Administracion Correcion
Title (if Participant is not an individual)

19 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Victor Vazquez Marcia

Participant's Address: 202 Sector Santa Clara Cidra P.R. 00739

Participant's Email Address: Carmen maldonado berrios.@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Recorte de Pension alos empleados de Correcion ley Promesa #2847 placa

Nature of Claim: (158699)

By: Victor Vazquez Marcia #2847 placa.
Signature

Victor Vazquez Marcia
Print Name

Oficial de Coustodia administración Correcion
Title (if Participant is not an individual)

19-Agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Victor Vazquez Garcia
202 Sector
Santa Clara
Cidra P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT -8 PM 4:42

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767