United States District Court

150 Ave. Carlos Chardón, Ste. 150

San Juan, P.R. 00918-1767


26 de septiembre de 2021


Caso Número: 17-03283

Reclamación Numero: 135104

Cantidad Reclamada: $1.904.40

SRF: 56088


Estimados señores:


Acuso recibo de una comunicación recibida en el día de ayer donde me indican que mi reclamación está siendo rechazada por uno o más de los deudores por alegadamente se presentó la reclamación después de la fecha limite aplicable.

Le informo que no estoy de acuerdo con esta determinación ya que entendemos que presentamos nuestra reclamación a tiempo, por lo que solicito se reconsidere la determinación tomada.


Muchas gracias;

Víctor L. Rivera Collazo