Victor L. Rivera
P.O. Box 417
Trujillo Alto PR 00977

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 OCT 12 PM 1:49

United State District Court
150 Ave. Carlos Chardon, Ste. 150
San Juan PR 00918-1767

00918-170625