UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on October 12, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 13, 2021

1. Maria J. Rosado Gonzalez
2. Maria Morales Sanchez
3. Maria D. Santiago Melendez
4. Jose Rafael Alfonso Rodriguez
5. Sergio Morales Camacho
6. Luz Eneida de Jesus Santiago
7. Edwin J. Martinez Acosta
8. Marilyn Goden Izquierdo
9. Magda N. Torres Rosado
10. Ruben Espada Acevedo
11. Jorwin Ortolaza Mercado
12. Florence Singer & Loius Singer (2 notices)
13. Elvira Morales Muñiz
14. Brenda L. Satiago Ortiz
15. Rafi Martinez Morales (2 notices)
16. Carmen L. Ortiz Rivera
17. Miguel A. Luna de Jesus
18. Carmen M. Nuñez Rodriguez
19. Olga M. Colon
20. Manuel Jimenez Cruz
21. Aida Luz Garcia Martinez
22. Delia Evelisse Rodriguez Carrillo

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 13, 2021

    23. Iris E. Santana Feliciano

    24. Rosa Matos Pomales & Feliciano Herrera

    25. Migdalia Diaz Rivera

    26. Miriam Roman Goycochea

    27. Georgina Batista Vasquez

    28. Irma E. Ortiz Colon

    29. Jesus Guzman Santiago

Dated: October 13, 2021

3