Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: __Maria J Rosado Gonzalez__

Participant's Address: __116 Culvert St     Torrington, Ct 06790__

Participant's Email Address: __Mariajesusrosado@yahoo.com__

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: __17 BK 3283/LTS__

Nature of Claim: __Promesa Title III__

By: *Mariajrosado*
  Signature

  __Maria J Rosado Gonzalez__
  Print Name

  _____
  Title (if Participant is not an individual)

  __10/4/2021__
  Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maria J. Rosado
116 Culvert St.
Torrington, ct. 06790

RE... ...D FILES
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12  PM 2:26

HARTFORD CT 060
6 OCT 2021  PM 3  L

To: USA District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1167

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Morales Sánchez_

Participant's Address: _P. O. Box 825 Dorado, P.R 00646_

Participant's Email Address: _W Padilla 2318 a gmail.com_ (hija)

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55386_

Nature of Claim:

By: _Maria Morales Sánchez_
Signature

_Maria Morales Sánchez_
Print Name

Title (if Participant is not an individual)

_17, de septiembre de 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of claim

Under the responsability of Governor of Puerto Rico, Carlos Romero Barceló', during the years 1980-1984 an increase of salary known as Romerazo (Law 89) granted the amount of $100.00 monthly that was never pay.

I retired in 2007.

Also during the years 1984-1997 the Labor scale Law # 164 granted a 3% every three years to increase the pension as a retired. It was never pay either.

Other law that I claim is Labor Law # 9



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria D. Santiago Melendez_

Participant's Address: _c/2 A oeste# 11 Rio plantation Bayamón P.R 00961_

Participant's Email Address: _muleroangel @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179099 , 39316_

Nature of Claim: _Wages, Back Pay Ley Promesa, Title III_

_17 BK 3283-LTS_

By: _Maria D. Santiago Melendez_
Signature

_Maria D. Santiago Melendez_
Print Name

_____
Title (if Participant is not an individual)

_23- Sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria D. Santiago Melendez
c/ 2 A Oeste #11
Rio Plantation
Bayamon P.R. 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 MAY 13 PM 1:30

00918 1706 0018

7020 0640 0001 2585 1599

CERTIFIED MAIL

United States District Court, Clerks
office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

U.S. POS
VEGA BA
OEB533
AMOUNT
$7
R2303S1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Rafael Alfonso Rodriguez_

Participant's Address: _HC 5 Box 5841 Juana Díaz, P.R. 00795-9768_

Participant's Email Address: _jose.alfonso.almodovar@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _146585    Case: 17BK03283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico owes me money based on the following laws: Law 89-1995, Law 134-1996 law 96-2002_

By: _Jose R. Alfonso Rodriguez_        _Total Amount due_
    Signature                              _$19,200.00_

Print Name _José Rafael Alfonso Rodriguez_

_____
Title (if Participant is not an individual)

_23 Sept 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



## GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
**Archivo No Docente**

# CERTIFICACIÓN

Certifico que, **José R. Alfonso Rodríguez,** seguro social **XXX-XX-4111,** ocupó el puesto Regular de Conserje en el Distrito Escolar de Santa Isabel. Comenzó a prestar servicios en esta Agencia el 11 de agosto de 1986 hasta el 1 de octubre de 2003. Devengó un salario de $1,322.00 mensuales.

Dada en San Juan, Puerto Rico, el 11 de agosto de 2020 según solicitada por el empleado.

*Alfredo Rodríguez / por mis*

Alfredo Rodríguez Leandry
Especialista de Recursos Humanos

P.O. Box 190759, San Juan, PR 00919-0759 Tel.: (787)773-3025 ó 3051



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

20 OCT 12 PM 1:29

José Rafael Alfonso Rodríguez
HC 5 Box 5344
Juncos Star, P.R. 00795-9768

United States District Court, Clerk's office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

00918-170625



7020 2450 0001 1401 7091

CERTIFIED MAIL





U.S. PO
FCM L
CO7801
007890
SEP 23
AMOUN

$7
R2305M

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sergio Morales Camacho_

Participant's Address: _HC01 Box 6654 Vieques PR 00765_

Participant's Email Address: _SMC1984@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167986_

Nature of Claim: _Employees Retirement System of Government of Commonwealth of P.R. (ERS)_

By: _____
Signature

_Sergio Morales Camacho_
Print Name

_____
Title (if Participant is not an individual)

_9/16/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sergio Morales Camacho
Hc-01 Box 665Y
Vieques PR 00765

7021 0950 0000 5430 0160

CERTIFIED MAIL

MEMPHIS TN 380
24 SEP 2021 PM 3 L

TO: United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
VIEQUES, PR
00765
SEP 16, 21
AMOUNT
$7.38
R2304N118483-03

Case:17-03283-LTS   Doc#:18484-1   Filed:10/13/21   Entered:10/13/21 11:30:56   Desc:
Pro se Notices of Participation   Page 13 of 118

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Eneida De Jesús Santiago_

Participant's Address: _P. O. Box 699 Coamo, Puerto Rico 00769_

Participant's Email Address: _luzeneida1225 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A._

Email Address of Counsel: _N/A._

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170283_

Nature of Claim: _Romerazo y 3% Aumento de Pensión_

By: _Luz Eneida De Jesús Santiago_
   Signature

_Luz Eneida De Jesús Santiago_
Print Name

_____
Title (if Participant is not an individual)

_September 22, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luz Eneida De Jesús
P.O. Box 699
Coamo, Puerto Rico
00769

7020 1810 0000 5514 8800

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
00769
SEP 23, 21
AMOUNT
$3.75
R2303S102189-12

RECEIVED AND FILED
U.S. DISTRICT COURT
2021 OCT 12 PM 1:29
SAN JUAN, P.R.

2021 OCT 12 PM 1:29

00918-170625

U.S District Court, Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin J. Martinez Acosta_

Participant's Address: _Parc. Magueyes Ave Rochdale #315 Ponce PR 00728_

Participant's Email Address: _Kpagani2777@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _100968_

Nature of Claim: _17 BK 3283 LTS_

By: _[signature]_
Signature

_Edwin J. Martinez Acosta._
Print Name

_____
Title (if Participant is not an individual)

_10-05-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edwin J Martinez Acosta
Parc. Magueyes Ave Rochdale #36
Ponce PR 00728

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
301-10 S. AVE.
SAN JUAN, PR

2021 OCT 12 PM 1:30

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR.

CERTIFIED MAIL

7020 0640 0001 7624 1745

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marilyn Godén Izquierdo_

Participant's Address: _HC 04 Box 42321, Mayagüez PR 00680-3730_

Participant's Email Address: _m.goden @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70731    y    16 1458_

Nature of Claim: _retroactive owed withdraw / law changed "Public Employee Claims" labor step due_

By: _Marilyn Godén Izquierdo_
Signature

_Marilyn Godén Izquierdo_
Print Name

_____
Title (if Participant is not an individual)

_October 9 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 OCT 12  PM 1:30

Marily Gale Izquierdo
HC 04  Box 42 321,
Mayagüez, PR 00 680-9730

 

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon
Ste. 150
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Magda N. Torres Rosado

Participant's Address:    M-1 Cwe. Diego Velázquez Urb. El Conquistador
Trujillo Alto, P.R. 00 976

Participant's Email Address:    mtorresrosado @ gmail. com

Name of Counsel:    N/A

Address of Counsel:    N/A

Email Address of Counsel:    N/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:    Law 88-1993, Law 96-2002, Law 164-2003, Law 164-2004
Law 109-2008, Unpaid salary increase and step no taken.

By:    _Magdan Sou Ruado_
       Signature

       Magda N. Torres Rosado
       Print Name

       _____
       Title (if Participant is not an individual)

       October 4, 2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Magdaz Torres Rosario
MI Ave Diego Velázquez
urb. El Conquistador
Trujillo alto, P.R. 00976

U.S. POSTAGE PAID
FCM LG ENV
TRUJILLO ALTO, PR
00976
OCT 08, 21
AMOUNT
**$1.36**
R2305P151220-08

1000      00918

United States District Court Clerk's Office
150 Ave. Carlos chardón Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rubén Espada Acevedo_

Participant's Address: _MANS. LOS CEDROS  LOS MIRTO STREET L-1 #56_  _Cayey  PR 00736_

Participant's Email Address: _ruthlilibeTHperez7711 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK-3283-LTS_

Nature of Claim: _____

By: _Rubén Espada Acevedo_
Signature

_Rubén Espada Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_10-07-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From

Ruben Espada
Urb. los Cedros #56
calle Mirto L1
Cayey P.R. 00736



U.S. POSTAGE PAID
FCM LG ENV
CAYEY, PR
00736
OCT 08, 21
AMOUNT
**$1.36**
R2303S101459-11

1000    00918

Discovery Notice To the courts clerk office

TO- United States District Court, Clerk's office
150 Ave. Carlos Chardón Ste- 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jorwin Ortolaza Mercado

Participant's Address: HC 01 Box 9032 Bajadero P.R.00616

Participant's Email Address: jortolaza-25@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Jorwin Ortolaza Mercado
Print Name

_____
Title (if Participant is not an individual)

30/sept/2021
Date

Jerwin Ortolaza Mercado
HC 01 Box 9032
Barjadero P.R. 00616

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12 PM 1:35

00918-170625

NASHVILLE TN 370

5 OCT 2021 PM 5 L



FOREVER / USA

United State District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: FLORENCE SINGER Louis SINGER

Participant's Address: 1506 GREEN WAY WOODBURY, N.Y. 11797

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: CUSIP 745190308

Nature of Claim: P.R. COMULTH HWY - TRANS 30,000

By: _____
Signature

LOUIS SINGER
Print Name

_____
Title (if Participant is not an individual)

10/4/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



LOUIS SINGER
1506 GREEN WAY
WOODBURY, NY 11797-1647

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12  PM 1: 35

MID-ISLAND NY 117
5 OCT. 2021  PM 4  L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN, P.R. 00918-1767

00918-176825



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _FLORENCE SINGER & LOUIS SINGER_

Participant's Address: _1506 GREEN WAY WOODBURY, NY 11797_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _CUSIP 745220JG7_

Nature of Claim: _P.R. INFRASTRUCTURE  25,000_

By: _Louis Singer_
Signature

_LOUIS SINGER_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



LOUIS SINGER
1506 GREEN WAY
WOODBURY, NY 11797-1647

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12  PM 1:35

00918-70625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN, P.R. 00918-1767

MID-ISLAND NY 117
5 OCT 2021  PM 4 L





SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elvira Morales Muniz

Participant's Address: Apt 5133 Ponce PR 00733-5133

Participant's Email Address: miguelamoralesmuniz6yahoo.Com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 17 BK 3283-LTS

Nature of Claim: Promesa Title 111

By: _Elvira Morales Muniz_
Signature

_Elvira Morales Muniz_
Print Name

_MAINTENANCE_
Title (if Participant is not an individual)

_9/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elvira Morales Muñiz
Apartado 5155
Ponce PR 00733-5155

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

2021 OCT 12 PM 1:36

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767



MEMPHIS TN 380
29 SEP 2021 PM 4 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda L. Santiago Ortiz_

Participant's Address: _3 Calle Brisa Dorada Cidra PR 00739_

Participant's Email Address: _angel brenda 90@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175937-1_

Nature of Claim: _Wages Back Pay Promesa Title III_
_no. 17BK3283-LTS_

By: _[signature]_
Signature

_Brenda L. Santiago Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_20 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda L. Santiago Ortiz
3 Calle Brisa Dorada
Cidra, P.R.  00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 OCT 12  PM 1:49

00918831706 0018

Court's Clerk's Office
United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, PR.  00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafi Martinez Morales_

Participant's Address: _P.O. Box 1022 Patillas P.R. 00723_

Participant's Email Address: _rafimartinezmorales080960@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _They have not given me the number of claim._

Nature of Claim: _Empleado Publicas y Pension / Jubilacion_

By: _[signature]_
Signature

_Rafi Martinez Morales_
Print Name

_Title III Promesa_
Title (if Participant is not an individual)

_Sept 21, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafi Martinez
P.O. Box 1022
Patillas P.R. 00733

00918-170625

MEMPHIS TN 380

28 SEP 2021 PM 2   L

Courts Clerk Office
United States District Court,
Clerk Office.
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

2021 OCT 12 PM 1:49

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafi Martinez Morales_

Participant's Address: _P.O. Box 1022 Patillas P.R. 00723_

Participant's Email Address: _rafimartinezmorales080960@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _They have not given me the number of claim_

Nature of Claim: _Public Employee Pension Retire Claims._

By: _____
Signature

_Rafi Martinez Morales_
Print Name

_Title III Promesa_
Title (if Participant is not an individual)

_Sept 21, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafi Martinez
P.O. Box 1092
Patillas P.R. 00723

Court's Clerk Office
United States District Court
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

28 SEP 2021   PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Ortiz Rivera_

Participant's Address: _HC-5 Box 6167 Aguas Buenas PR 00703_

Participant's Email Address: _CarminOrtiz58@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139743_

Nature of Claim: _____

By: _____
  Signature

_____
  Print Name

_____
  Title (if Participant is not an individual)

_Sept. 15 /2021_
  Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

Carmen D. Ortiz Rivera
Hc-5 Box 6167
Aguas Buenas P.R. 00703

RECEIVED AND FILES
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 OCT 12 PM 1: 49

0009188170b CC18

United State District Court Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

23 SEP 2021 PM 3 L

MEMPHIS TN 380

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A Luna De Jesus_

Participant's Address: _Villa del Monte 1 Calle Monte Alto_

Participant's Email Address: _migluna.luna @ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1858_

Nature of Claim: _ERS_

By: _____
     Signature

_Miguel A Luna De Jesus_
Print Name

_____
Title (if Participant is not an individual)

_21 De Septiember 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Miguel Faust de Jesus
Vista del Monte I
Calle Monte Alto
Toa Alta P.R. 00953

United State District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste-150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Nunez Rodriguez_

Participant's Address: _2 Orchard St. Holyoke Ma. 01040 (new)_

Participant's Email Address: _carmenmnunez555@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170328 3000 86031_

Nature of Claim: _Promesa Title III      No. 17BK 3283 LTS_

By: _Carmen M. Nunez Rodriguez_
Signature

_Carmen M. Nunez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_1 oct 2021    Oct 1st/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

@Nunez Rodriguez
2 Orchard St. 1st floor
Holyoke Ma 01040

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 OCT 12 PM 1:

0091831706 C018



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga M. Colón_

Participant's Address: _PO Box 547 Corozal, PR 00783._

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Olga M. Colón Rivera_
Signature

_Olga M. Colón_
Print Name

_____
Title (if Participant is not an individual)

_11 / Ago / 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Olga Colon
PO Box 547
Corozal, PR 00783-0547

United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 5 L

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
21 OCT 12 PM 1:38

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Manuel Jiménez Cruz

Participant's Address: P.O. Box 501 Fajardo P.R. 00738

Participant's Email Address: VC71@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170615

Nature of Claim: pay raise never received

By: _Manuel Jiménez Cruz_
Signature

Manuel Jiménez Cruz
Print Name

_____
Title (if Participant is not an individual)

Sept. 29th 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MJménèz Cruz
P.O. Box 501
Fajardo PR. 00738

United States District, Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918 - 1767

00918-170625

MEMPHIS TN 380
5 OCT 2021 PM 4 L

2021 OCT 12 PM 2:00

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Aida Luz Garcia Martínez_

Participant's Address: _Parcelas Falú C/49 #231 San Juan P.R. 00924_

Participant's Email Address: _aidal.garcia58@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Aida Luz Garcia Martínez_
    Signature

_Aida Luz Garcia Martínez_
Print Name

_Participant_
Title (if Participant is not an individual)

_20 /septiembre /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Rivera Martinez
Calle #9 # 231 Paseo Palu
San Juan, P.R. 00924-3124

RECEIVED AND FILES
CLERK
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 OCT 12 PM 2:01

United State District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste, 150, San Juan, P.R. 00918-1767

MEMPHIS TN 380

23 SEP 2021   PM 3



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Delia, Evelisse Rodriguez Carrillo*

Participant's Address: *A-2 AVE. Espirity, Santo urb. Sta. Cecilia, caguas P.R. 00725*

Participant's Email Address: *delia evelisse @ g.mail.com*

Name of Counsel: *United State District Court, Clerk's office*

Address of Counsel: *150 Ave. Carlos Chardon Ste. 150 San Juan, P.R. 00918-1767*

Email Address of Counsel: *title iiiplandataroom.com*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *Promesa (Titulo III)*

By: *Delia E. Rodriguez Carrillo*
Signature

*Delia Evelisse Rodriguez Carrillo*
Print Name

*Yamil Rodriguez c/o Janixa Rodriguez*
Title (if Participant is not an individual)

*August 16, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# ATTACHMENT 1

Delia E. Rodriguez Carrillo

Change to Adrress

New Adress — A-2 Ave. Espiritu Santo
urb. Santa. Cecilia
caguas, P. R. 00725

Sra. Celia Rodriguez Carrillo
Urb. Esperilla Sante A-2
Urb Santa Cecilia, Caguas P.R 00725

00918-170625

MEMPHIS TN 380

9 OCT 2021   PM 3   L

United States District Court Clerk's office
150 Ave. Carlos Chardon No. 150
San Juan, P.R. 00918-1767.

Case:17-03283-LTS   Doc#:18484-1   Filed:10/13/21   Entered:10/13/21 11:30:56   Desc:
Pro se Notices of Participation   Page 52 of 118

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Iris E. Santana Feliciano*

Participant's Address: *Alt. Rio Grande, J-438, Ca.9*
*Rio Grande, P.R. 00745.*

Participant's Email Address: *irisesantana@gmail.com.*

Name of Counsel: *Ivonne Gonzalez Morales*

Address of Counsel: *Edificio Gallardo, Sg. P.R. 00921*

Email Address of Counsel: *ivonnegm@prw.net*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS.*

Nature of Claim: *The Financial Oversight and Management Board For Puerto Rico*

By: *Iris E. Santana Feliciano*
Signature

*Iris E. Santana Feliciano*
Print Name

_____
Title (if Participant is not an individual)

*16 Sept. 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis E. Santana Feliciano
Urb. Alt. Rio Grande
J-438, Calle 9
Rio Grande, P.R. 00745

Oficina del Secretario
Corte Federal U.S.
Ofic. 150, Ave. Chardon Ste.150
San Juan, PRico 00918-1767

0091801706 0018

MEMPHIS TN 380
22 SEP 2021 PM 3 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ Rose Matos / Feliciano Herrera _____

Participant's Address: _____ RR-36 Box 6164 San Juan, PR 00936 _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 17 BK 3283-LTS _____

Nature of Claim: _____

By: _____ R Rose Mato Pomales _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa Matos Rosales
RR-36, Box 6166
San Juan, Puerto Rico
00926

REC... ...FILED
C....'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12   PM 2:26

Discovery Notice to Court's Clerk's Office at
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767


Forever USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Díaz Rivera_

Participant's Address: _Calle 34 AP-1 Villas de Rio Grande, Rio Grande, P.R. 00745_

Participant's Email Address: _migdaliadiaz.rivera @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58167_

Nature of Claim: _Employee Retirement-Pension_

By: _[signature]_
Signature

_Migdalia Díaz Rivera_
Print Name

_Title III PROMESA - No 17 BK 3283-LTS_
Title (if Participant is not an individual)

_17 de sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12  PM 2: 26

Migdalia Maz Rivera
Villas de Rio Grande – calle 34-AP-1
Rio Grande, P.R. 00745

United States District Court)
Clerk's Office, Ave. Carlos Chardon Ste. 150)
San Juan, P.R. 00918 – 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Miriam Roman Goycochea_

Participant's Address: _R.R 8 BOX 9075, Bay. P.R. 00958 9600_

Participant's Email Address: _____

Name of Counsel: _Dept of Education_

Address of Counsel: _S.J. P.R._

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No.17 BK-3283 LTS_

Nature of Claim: _money from Department of Education_

By: _Miriam Roman Goycochea_
Signature

_Miriam Roman Goycochea_
Print Name

_____
Title (if Participant is not an individual)

_August 19/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12 PM 2: 26

9400921687270220

To: Courts Clerk's office
United State District Court,
Clerk's office, 150 ave
Carlos Chardon Ste, 150, SJ.
PR. 0018-1767

SAN JUAN PR OO9

24 AUG 2021 PM 1

USPS
2021
STATION

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Georgina Batista Vásquez_

Participant's Address: _C/ Ruiseñor 970 urb. Contry club. 00924_

Participant's Email Address: _Yinapr@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Georgina Batista Vásquez._
Signature

_Georgina Batista._
Print Name

_Participant_
Title (if Participant is not an individual)

_21-Sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
OFFICE OF THE CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12   PM 2: 26

Benjamin Batista Vazquez
Picision, 970 Urb. Crag Club, 00924-3124

23 SEP 2021   PM 3   L

MEMPHIS TN 380

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon, Ste,
150, San Juan, P.R. 00918-1767

00918817030018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma E. Ortiz Colón_

Participant's Address: _Urb. Los Dominicos - Calle San Alfonso M-234 Bayamón, P.R. 00957_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Título III_

Nature of Claim: _me paguen lo que deben a mi pensión_

By: _Irma E. Ortiz Colón_
Signature

_Irma E. Ortiz Colón_
Print Name

_____
Title (if Participant is not an individual)

_14 de sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 12  PM 2: 26

Diana E. Ortiz Colón
Urb. Jardines Dominicos
Calle San Alfonso M-234
Bayamón, P.R. 00957

0918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

28 SEP 2021  PM 2  L

MEMPHIS TN 380

Thinking



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jesus Guzman Santiago (939)400-0377

Participant's Address: P.O. Box 469 Hormigueros, P.R. 00660

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: jesusrene114@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #67498

Nature of Claim: Reembolso de Aportaciones; bajo Ley 70 inciso 4(a). Renuncia incentivada con dere
pago de mi ultimo tope salariar p
6 meses y liquidacion total de m
aportaciones en un tiempo maxi
de 90 dias. Policia P.R. pago, AE
pago y el unico que no ha pagado
es retiro. Solicite Vista Adminis
tiva Asunto legal en Retiro y lo
dieron a lugar a mi favor a pago
y llevo 8 años en la espera y au

By: _____
Signature

Jesus Guzman Santiago
Print Name

_____
Title (if Participant is not an individual)

1 Sept / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

No lo é
pagad

* Razón por la cual aún
la Ley 70 no ha cerrado caso
con este servidor.
* No gozo de pencion, n
beneficios con retiro y
mi caso es uno para re
clasificacion con derecho a
PAGO de la cual les estare
muy agradecido de la Atencion
y resolucion a este caso.

* Nota al dorso
↓

Nota: Me comunique por telefono al Agente de Notificacion Prime Clerk LLC al (844) 822-9231 quien me oriento y me indico: enuia la Notificación de indagatoria y que me orientara con el comite oficial EL COR nombrado por el Sindico de los Estados Unidos para representar los intereses colectivos de nuestra clase de ACREEDORES en el caso de quiebra ante el Tribunal del Distrito de los Estados Unidos quienes me indicaron someter la hoja de Notificacion de indagatoria para que vean que mi caso debe ser reclasificado con derecho a Pago de mis aportaciones ya que es uno con particularidades muy diferentes a los otros presentados.

ESTADO LIBRE ASOCIADO DE PUERTO RICO



POLICIA

# CERTIFICACIÓN

Certifico que el Sr. Jesús R. Guzmán Santiago, seguro social XXX-XX-6061, fue empleado de la Policía de Puerto Rico, ocupó un puesto de **Agente y número de placa 27130.** Ingresó el 16 de octubre de 1998 a la Agencia y renunció el 15 de julio de 2013, para acogerse a los beneficios de la Ley 70 del 2 de julio de 2010 **"Programa de Incentivo, Retiro y Readiestramiento", Retiro Temprano Incentivado – Alternativa 4 (a).**

Actualmente el señor Guzmán Santiago, estubo recibiendo una pensión mensual por la cantidad de **$2,708.00 durante el periodo de seis meses. Su último sueldo recibido fue el 15 de enero de 2014.**

Esta información fue corroborada por el **Sistema de Nómina de la Policía de Puerto Rico.**

Dada hoy 16 de enero de 2014, en San Juan, Puerto Rico

Yomarys Ortiz González
Auxiliar en Sistema de Oficina II
Sección de Servicios al Empleado
División de Nombramientos y Cambios

SOLICITUD DE LIQUIDACIÓN
DE AHORROS Y DIVIDENDOS

ORIGINAL - ASOCIACIÓ
COPIA - ASOCIADO

(787) 641-2021

**PARTE I A SER LLENADA POR EL SOCIO**

1. Nombre y Apellidos
Jesus Guzman Santiago

Núm. Empleado
27130

2. Dirección Residencial
Bo. Real Anon Cant. 811 Km 6.0 Ponce 00780

Teléfono
843-2389

3. Dirección Postal
P.O. Box 800864 Cotto Laurel P.R.

Código Postal 007

4. Indique la agencia anterior donde trabajó

| Agencia | Puesto - Ofic. Neg. o División | Fechas | | Zona o Pueblo |
|---|---|---|---|---|
| | | Comenzó Trabajar | Terminó | Fecha de Nacimiento Mes, Día, Año |
| Policia de Puertorico | C.F.C. Kubo | 16-oct-92 | 16-Julio-2013 | 14-Enero |

5. Fecha de Efectividad de la Renuncia
16-Julio-2013

Indique Fecha (s) de Licencia (s) sin Sueldo

6. Tiene AEELA Mastercard    Sí ☐    No ☑
Número de cuenta:

7. Nombre y dirección del pariente más cercano que no viva con usted

SOLICITO la liquidación de mis ahorros y dividendos acumulados en la Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta.

*Firma del solicitante*

3-Julio-2013
Fecha

* Firma del Testigo

NOTA: Debe acompañarla con las siguientes certificaciones de deuda:
* Administración para el Sustento de Menores (ASUME) (90 días)
* Administración de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural.
(no aplica a socios que se acojan a los beneficios de jubilación)

* Para uso exclusivo de casos en que los socios no sepan firmar

Correo Electrónico (E-Mail)

**PARTE II PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO SI ES CÓNYUGE VIUDO (A)**

Si es cónyuge viudo, favor de indicar la forma en que se constituyó el matrimonio con el socio fallecido:

☐ Bajo el régimen de Sociedad Legal de Gananciales.    ☐ Bajo Capitulaciones Matrimoniales

**PARTE III A SER LLENADA POR LA AGENCIA**

Nombre del Asociado: Jesus Guzman Santiago

Agencia: Policia

Fecha (s) de Licencias sin Sueldo
Desde: (sea Específico)
1. ____ N/A
2. ____
3. ____

Seguro Social
Hasta ____ N/A
Hasta ____
Hasta ____

Fecha de Efectividad de la Renuncia    7-15-13
Sistema de Retiro al cual pertenece ____

Razón de Cese  La 70/30 Renun. Incentivado.

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA, FAVOR INDICAR:
a) ¿Cuál? ____
b) Fecha ____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| Mayo 13 | 79.60 | .40 | 153.48 |
| Junio 13 | 79.60 | .40 | 153.48 |
| Julio 13 | 39.80 | .20 | 76.74 |

CANTIDAD ACREDITADA A LA DEUDA DE SUMA GLOBAL DE VACACIONES*
*NETO ENVIADO A LA ASOCIACIÓN PARA ACREDITAR A LA (S) DEUDA (S).

(Firme en forma legible)

Preparado por ____

793-1234
Teléfono Funcionario Autorizado (Indicar Ext.)

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta:

Elsa M. Adorno Colon
Dir. de Recursos Humanos o su Representante Autorizado
(Use letra de molde)

Nómina Núm. ____

Fecha ____

9-27-13
Fecha de Certificación

Firma

Tricentésima Trigésima Séptima Objeción Global

Anexo A: Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAM ACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | | ALEGADOS | | | CORREGIDOS | |
| 228 | GUZMAN MACHUCA, ZAMAYRA URB SIERRA BERDECIA C/ FALCON F 22 GUAYNABO, PR 00969 | 115112^ | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $16,603.35* | El Estado Libre Asociado de Puerto Rico | Garantizada | $16,603.35* |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS.  Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

^ Reclamo n°. 115112 también incluido en el Anexo A a la Objeción Global n° 345 por  reclamos clasificados erróneamente

| | NOMBRE | N.º DE RECLAM ACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 229 | GUZMAN SANTIAGO, JESUS CO LUIS E MUNOZ MELENDEZ HC 2 BOX 5205 VILLALBA, PR 00766-9723 | 67498 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $37,330.31 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,330.31 |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS.  Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

| | NOMBRE | N.º DE RECLAM ACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 230 | HERNANDEZ RAMIREZ, CARMEN S LOMAS VERDES 3V10 CALLE HECTOR RAMOS RIVERA BAYAMON, PR 00956-3320 | 25520 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS.  Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

| | NOMBRE | N.º DE RECLAM ACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 231 | HERNANDEZ GONZALEZ , LUZ  M M-29 CALLE WILSON URB. PARKVILLE. ESTE GUAYNABO, PR 00969 | 8594 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $64,626.96 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $64,626.96 |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS.  Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

| | NOMBRE | N.º DE RECLAM ACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 232 | HERNANDEZ GONZALEZ , ZAIDA 505 CALLE BALEARES PUERTO NUEVO SAN JUAN, PR 00920 | 31067^ | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $26,824.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $26,824.75 |

Base para: La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS.  Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS.

^ Reclamo n°. 31067 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

* Indica que la reclamación contiene montos por liquidar o indeterminados

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| GUZMAN SANTIAGO, JESUS | 67498 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $37,330.31 |
| Reason: | | Proof of Claim asserts liability associated with pension adjustments that claimant asserts are payable by ERS. However, pursuant to the Post-Petition Legislation, the Commonwealth assumed any obligation to make payment to pensioners or other beneficiaries of ERS. | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|----------------------------------|
| GUZMAN SANTIAGO, JESUS | 67498 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $37,330.31 |
| Base para: | | La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | |

**Estado Libre Asociado de Puerto Rico**
**Junta de Síndico de los Sistemas de Retiro**
**De los Empleados del Gobierno y la Judicatura**
**P.O. Box 40316, San Juan, PR 00940-0316**
**Tel. (787) 754-4545 Fax (787) 767-1166**
**http://www.retiro.pr.gov**

| | |
|---|---|
| **JESUS R. GUZMAN SANTIAGO**<br>**APELANTE**<br><br>**VS**<br><br>**ADMINISTRACION DE RETIRO DE P.R.**<br>**APELADA** | **NUM CASO:  2015-0388**<br><br><br>**SOBRE:**<br><br>**REEBOLSO DE APORTACIONES** |

## *MOCION SOLICITANDO ESTADO DE LOS PROCEDIMIENTOS*

**A LA HONORABLE JUNTA DE SÍNDICOS:**



Comparece el apelante de epígrafe, Jesús R. Guzmán Santiago, por conducto de su abogado que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que el presente caso se celebró vista el día 5 de julio de 2017 para la adjudicación final del presente caso.

2. Que actualmente no hemos recibido información alguna sobre la determinación final del caso o su estatus, por lo que solicitamos se nos informe sobre el estado de los procedimientos del presente caso.

**POR TODO LO CUAL,** respetuosamente se suplica se nos informe sobre el estado del presente caso.

**RESPETUOSAMENTE SOMETIDO**

En San Juan, Puerto Rico, a 28 de junio de 2018.

**CERTIFICO**: Haber enviado copia de la presente moción al Lcdo. Luis M. Collazo Rodríguez, Administración de Sistema de Retiro de Empleados del ELA, Oficina de Asuntos Legales, Apartado 42003, Estación Minillas, San Juan, PR 00940-2003.

LCDO. LUIS E. MELENDEZ MUÑOZ
RUA Núm. 14,246
HC 2 Box 5205
Villalba, Puerto Rico 00766-9723
Tel. /Fax: (787) 847-4180
Email: licenciadomelendez@hotmail.com

2

derecho a participar en la indagatoria[3].

| Resumen de determinadas fechas límite | |
|---|---|
| **3 de agosto de 2021** | Fecha final para que los Deudores presenten una lista preliminar de testigos de hechos, y temas sobre los cuales dichas personas testificarán (la "Lista preliminar de testigos de hechos de los Deudores"). |
| | Fecha final para que los Deudores presenten un resumen inicial explicando qué es lo que los Deudores pretenden demostrar en la confirmación. |
| **6 de agosto de 2021** | Fecha inicial para que todas las partes presenten sus solicitudes iniciales de presentación de documentos no depositados (las "Solicitudes iniciales de presentación". Los acreedores y las partes interesadas podrán presentar las Solicitudes iniciales de presentación solamente tras cursar una Notificación de intenciones de participar en la indagatoria (tal como se define a continuación). Las respuestas y objeciones a dichas Solicitudes iniciales de presentación se cursarán en un plazo de siete (7) días desde haber cursado dichas Solicitudes. |
| **15 de agosto de 2021** | Fecha final para que los acreedores y partes interesadas presenten una "Notificación de intenciones de participar en la indagatoria", también denominada "Notificación de indagatoria". Solamente las partes que presenten puntualmente una Notificación de intenciones de participar en la indagatoria podrán participar en la indagatoria, aunque hacerlo no será óbice para que una parte objete la confirmación del Plan. |
| **6 de septiembre de 2021** | Plazo final para que los Acreedores elegibles presenten una lista preliminar de testigos de hechos, y temas sobre los cuales dichas personas testificarán (una "Lista preliminar de testigos de hechos de los Acreedores elegibles"). |
| | Plazo final para que todas las partes presenten las declaraciones iniciales de peritos ("Declaraciones iniciales de peritos"). |
| **13 de septiembre de 2021** | Plazo final para que todas las partes presenten las declaraciones iniciales de peritos ("Declaraciones iniciales de peritos"). |
| | Fecha límite para que todas las partes presenten las notificaciones oficiales de declaración, los temas a declarar y los horarios solicitados para ello ("Notificaciones iniciales de declaración") (todas las partes tiene un tiempo limitado a siete (7) horas para las declaraciones). Se admitirán posteriores notificaciones siempre y cuando la indagatoria concluya en el plazo admitido. |
| **30 se septiembre de 2021** | Fecha límite para que todas las partes presenten las mociones "*Daubert*" y las mociones "*in limine*". |

---

[3]   Todas las fechas y procedimientos estipulados en esta notificación están sujetos a modificación como consecuencia de una nueva orden judicial.

| | |
|---|---|
| **1 de octubre de 2021** | Plazo final para que todas las partes presente un máximo de quince (15) interrogatorios ("<u>Interrogatorios</u>"), incluyendo subpartes. Las respuestas y objeciones a dichos Interrogatorios se cursarán antes de que transcurran diez (10) días desde el momento de presentación de los citados Interrogatorios. |
| **4 de octubre de 2021** | Plazo final para que todas las partes presenten las declaraciones de refutación de peritos ("<u>Declaraciones de refutación de peritos</u>"). |
| | Plazo final para que todas las partes presenten solicitudes de seguimiento de presentación de documentos ("<u>Solicitudes de seguimiento de presentación</u>" y, colectivamente, con las Solicitudes de presentación iniciales, las "<u>Solicitudes de presentación</u>"). |
| **8 de octubre de 2021** | Plazo final para que todas las partes presenten los informes de refutación de peritos ("<u>Informes de refutación de peritos</u>"). |
| | Plazo final para que los Deudores presenten una propuesta inicial de orden en apoyo de la confirmación del Plan (la "<u>Propuesta inicial de orden de confirmación</u>"). |
| **11 de octubre de 2021** | Plazo final para que las partes presenten solicitudes de admisión, limitadas a la autenticación de documentos ("<u>Informes de admisión</u>"). |
| | Conclusión de la indagatoria de hechos (la "<u>Fecha límite de indagatoria de hechos</u>"). |
| **15 de octubre de 2021** | Fecha límite para que todas las partes presenten las declaraciones de refutación de expertos ("<u>Declaraciones de refutación de expertos</u>"). |
| **18 de octubre de 2021** | Conclusión de la indagatoria de peritos (la "<u>Fecha límite de indagatoria de peritos</u>"). |
| **19 de octubre de 2021** | Fecha límite para que los Acreedores elegibles presenten sus objeciones a la confirmación del Plan ("<u>Objeciones</u>"). |
| | Fecha límite de presentación de la Notificación de intenciones de participar en la indagatoria o de la Notificación de indagatoria de los Acreedores elegibles que solamente deseen acceder a los documentos del Depósito del Plan. |
| **22 de octubre de 2021** | Fecha límite para que los Acreedores elegibles presenten objeciones a la Propuesta inicial de orden de confirmación. |
| | Fecha límite para que todas las partes presenten las listas de testigos, las listas de pruebas y las designaciones de declaraciones definitivas. |
| | Fecha límite para que todas las partes presenten sus oposiciones a las mociones "*Daubert*" y las mociones "*in limine*". |
| **25 de octubre de 2021** | Fecha límite para que todas las partes presenten las declaraciones de testigos que se utilizarán en la Vista de confirmación ("<u>Declaraciones de testigos</u>"). |
| | Fecha límite para que los Deudores presenten sus propuestas de conclusiones iniciales de hecho y de derecho en apoyo a la confirmación del Plan (las "<u>Conclusiones iniciales de</u> |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule H -- Litigation Related Obligations as a Contingent, Unliquidated, Disputed general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule H -- Obligaciones relacionadas con litigios como un reclamo Contingente, Sin liquidez, Disputado no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada por privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | **JESUS GUZMAN SANTIAGO**<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

CO LUIS E MUNOZ MELENDEZ
HC 2 BOX 5205
VILLALBA, PR 00766-9723

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Jesus Guzman Santiago
PO Box 800564
Coto Laurel PR 00780

787-847-4180
Contact phone / Teléfono de contacto

melendez717@gmail.com
Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known) _____
    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
    Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

---

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Administración Sistema de Retiro de Empleados de Gobierno y Judicatura

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ 37,330.31 . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

| | |
|---|---|
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>**Aportaciones al Sistema de Retiro Ley 70** |

| | |
|---|---|
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>   Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales:<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien:   $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado:  $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :<br>$_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |

| | |
|---|---|
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>$_____ |

Modified Official Form 410                 Proof of Claim                 page 3

| 12. Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | [X] No / No <br> [ ] Yes. Identify the property / <br> Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | [X] No / No <br> [ ] Yes. Indicate the amount of your claim arising from the value of any goods received    $_____ <br> by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. <br><br> Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:   Sign Below / Firmar a continuación

**The person completing this claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

[ ]   I am the creditor. / Soy el acreedor.

[X]   I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

[ ]   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

[ ]   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** *Luis E. Meléndez Muñoz*
Luis E. Meléndez Muñoz (Jun 28, 2021)

Signature / Firma _____   **Email:** melendez717@gmail.com

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

| Name | Lcdo. Luis E. Meléndez Muñoz | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo   Abogado

Company / Compañía   Meléndez $ Asociados

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

| Address / Dirección | HC 2 Box 5205 | | |
|---|---|---|---|
| | Number / Número | Street / Calle | |
| | Villalba | PR | 00766 |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto 787-847-4180    Email / Correo electrónico melendez717@gmail.com

---

Modified Official Form 410        **Proof of Claim**        page 4

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[X] I have supporting documentation.
(attach below)

[ ] I do **not** have supporting documentation.

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court                                                   12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

## How to fill out this form

- **Fill in all of the information about the claim as of the petition date.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party who owned the** claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---

**Do not file these instructions with your form**

---

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos                                                    12/15

**Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.**

## Cómo completar este formulario

- **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- **Complete el título en la parte superior del formulario.**

- **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.**

- **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página.)

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona. Ver la Norma de quiebra 9037.**

- **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor. Por ejemplo, escriba *A.B., un menor (John Doe, padre, calle 123, ciudad, estado)*. Ver la Norma de quiebra 9037.**

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.
Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 §101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anterioresa la fecha en la que se presentó el caso , en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalle el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud el Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final de § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

## Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

---

**No presente estas instrucciones con su formulario**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO/TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 943353 EPOC ID: 170356600056943 |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☑ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule H -- Litigation Related Obligations as a Contingent, Unliquidated, Disputed general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule H -- Obligaciones relacionadas con litigios como un reclamo Contingente, Sin liquidez, Disputado no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada por privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

JESUS GUZMAN SANTIAGO

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____



Modified Official Form 410

U0503 v.01 02 15 2018

Proof of Claim

page 1



2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☐ No / No
☐ Yes / Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

JESUS GUZMAN SANTIAGO
CO LUIS E MUNOZ MELENDEZ
HC 2 BOX 5205
VILLALBA PR 00766-9723

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_Jesús Guzmán Santiago_
Name / Nombre

_P.O. Box 800564_
Number / Número    Street / Calle

_Coto Laurel PR 00780_
City / Ciudad    State / Estado    ZIP Code / Código postal

_787- 847- 4180_
Contact phone / Teléfono de contacto

_melendez717@gmail.com_
Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**     Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_Administración Sistema de Retiro de Empleados_
_del Gobierno y Judicatura_

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

---

Modified Official Form 410        **Proof of Claim**        page 2

U0504 v.01 02.15.2018

12. Is this claim subject to a
right of setoff?

¿La reclamación está
sujeta a un derecho de
compensación?

☐ No / No

☐ Yes. Identify the property: _____
Sí. Identifique el bien: _____

13. Is all or part of the
claim entitled to
administrative priority
pursuant to
11 U.S.C. § 503(b)(9)?

¿La reclamación, total
o parcial, cumple los
requisitos para ser
tratada como prioridad
administrativa
conforme al Título 11 §
503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of the
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing
this proof of claim must
sign and date it.
FRBP 9011(b).

If you file this claim
electronically, FRBP
5005(a)(2) authorizes
courts to establish local
rules specifying what a
signature is.

La persona que complete
esta evidencia de
reclamación debe firmar
e indicar la fecha.
FRBP 9011(b).

Si presenta esta reclamación
de manera electrónica, la
FRBP 5005(a)(2) autoriza al
tribunal a establecer normas
locales para especificar qué
se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente
autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro
codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating
the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que
al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para
saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is
true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la
información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que
lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de
la persona que completa y firma esta reclamación:

Name _____
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique el recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

---

Modified Official Form 410

**Proof of Claim**

page 4

U0506 v 01 02 19 2018

**12.** Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No   ☐ Yes / Sí

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13.** Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods were sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

| Part 3 / Parte 3: | Sign Below / Firmar a continuación |

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha.** FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☑ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 06/28/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   Lcdo. Luis E. Meléndez Muñoz
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo   Abogado

Company / Compañía   Meléndez y Asociados
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   HC2 Box 5205
Number / Número   Street / Calle

Villalba P.R.   00766
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto  787-847-4100   Email / Correo electrónico   melendez.719@gmail.com

Modified Official Form 410         Proof of Claim         page 4

U0506 v 01 02.15 2018

**GOBIERNO DE PUERTO RICO**

Junta de Síndicos de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

| | |
|---|---|
| **JESÚS R. GUZMÁN SANTIAGO**<br>**PO BOX 800564**<br>**COTO LAUREL PR 00780** | * <br> * <br> * |
| | * |
| APELANTE | * |
| | * |
| VS. | * |
| | * |
| ADMINISTRACION DE LOS SISTEMAS<br>DE RETIRO DE LOS EMPLEADOS DEL<br>GOBIERNO Y LA JUDICATURA | * <br> * <br> * |
| | * |
| APELADA | * |

**CASO NUM.: 2015-0388**

**SOBRE**

**JS – REEMBOLSO DE APORTACIONES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTIFICACIÓN DE VISTA

Deseamos informarle que la apelación radicada ante la Junta de Síndicos de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura, ha sido señalada para vista pública, según lo establecido en el Artículo 4-102 de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, y la Ley Núm. 170 de 12 de agosto de 1988, según enmendada conocida como la "Ley de Procedimientos Administrativo Uniforme del Estado Libre Asociado de Puerto Rico"

La vista se celebrará el <u>5 de julio de 2017</u>, a las <u>01:00 pm</u>, en el Salón de Audiencias de la Junta de Síndicos, localizado en el piso 11 del Edificio de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura, Ave. Ponce de León 437, Parada 34, Hato Rey, Puerto Rico.

## ADVERTENCIAS

Se le advierte que la vista no será suspendida a menos que medien situaciones excepcionales y meritorias y en todo caso, deberá notificarse mediante moción escrita que se presentará por lo menos diez (10) días de antelación a la fecha de la vista.

**Cualquier suspensión que usted o su representante legal solicite conllevará una renuncia a los términos provistos por la Ley Núm. 170, _supra_, para que esta Junta de Síndicos resuelva definitivamente su apelación.**

Plaza Retiro, 437 Ave. Ponce de León Pda. 32½, San Juan, PR 00917-3711
PO Box 40316, San Juan, PR 00940-0316
Tel: 787-754-4545, Fax: 787-767-1166
www.retiro.pr.gov



RETIRO

GOBIERNO DE PUERTO RICO
Junta de Síndicos de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

RETIRO

Se le advierte que usted deberá comparecer a la fecha y hora arriba indicada y en la misma usted deberá presentar toda la prueba documental, testifical y pericial que sea necesaria para dilucidar su apelación sobre su solicitud de epígrafe conforme a las disposiciones de la Ley Núm. 447, *supra*.

Se le apercibe que la prueba que no presente ante este Foro, no podrá utilizarse en trámites posteriores; **que de no comparecer a la vista podrá ordenarse el archivo y sobreseimiento de su apelación, por falta de interés** y que usted podrá comparecer representado por abogado, pero no estará obligado a comparecer así representado.

Si usted interesa la comparecencia de testigos a su favor, podrá hacerlo siempre que una declaración jurada de éstos, consignando el testimonio que de ellos se espera, haya estado sometida a la consideración del Administrador al momento de tomar su determinación. Usted deberá solicitar por escrito la expedición de las citaciones correspondientes, con al menos veinte (20) días de antelación a la vista.

Se le advierte que la Secretaría de la Junta de Síndicos tiene a su disposición el "Reglamento Adjudicativo de la Junta de Síndicos de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura", Reglamento Núm. 6838, aprobado el 13 de julio de 2004.

Se expide esta citación en San Juan, Puerto Rico el 22 de mayo de 2017.

Lcdo. Juan M. Medina Colón
Director Ejecutivo Designado

C: Abogado del apelante y apelada

LCDO. LUIS E. MELÉNDEZ MUÑOZ
HC 2 BOX 5205
VILLALBA PR 00766-9723

| FECHA | APELANTE |
|---|---|
| 11 de enero de 2017 | Jesús R. Guzmán Santiago |
| **CASO NÚM.:** | **EXAMINADOR** |
| 2015-0388 | Solanya Vargas González |
| **TIPO de CASO** | **HORA** |
| Reembolso de Aportaciones | 1:00 pm |
| **Abogado Parte Apelante** | **Abogado Parte Apelada** |
| Lic. Luis E. Meléndez Muñoz | Lic. Luis Collazo Rodríguez |

## DOCUMENTOS PROCESALES

| | | | |
|---|---|---|---|
| Contestación a Apelación | Informe Apelante | Informe Apelada | Solicitud de Desestimación |
| Sentencia Sumaria | Petición de Devolución | Solicitud de Archivo | Documentos Adicionales |

## ASUNTOS PENDIENTES

| | | | |
|---|---|---|---|
| Descubrimiento de prueba | Citación de Testigos | Citación de Peritos | Otros |

## DETERMINACION TOMADA

| | | | | | |
|---|---|---|---|---|---|
| Reseñalar Status | | Señalar para Vista | X | Se radicarán documentos | Esperar Mociones |
| Orden verbal | X | Emitir Orden escrita | | Resolver Mociones | Emitir Informe Final |

## COMENTARIOS

Controversia: La apelante impugna la denegatoria de la apelación a concederle el reembolso de sus aportaciones. Entiende que a su solicitud de reembolso le es aplicable las disposiciones de Ley 70 y no la prohibición de Ley 3.

El caso había sido señalado para la celebración de Vista Administrativa en la tarde de hoy. La representación legal de la parte apelante solicita la suspensión de la Vista Administrativa y su transferencia para una fecha posterior toda vez que el apelante reside fuera de Puerto Rico y por las inclemencias del tiempo no pudo trasladarse a la isla. La apelada no objeta la suspensión y transferencia de Vista Administrativa. Se declara Con Lugar la suspensión. Las partes solicitan la conversión del señalamiento a uno de "Status Conference". Se declara Con Lugar la conversión.

En discusión del caso las partes traen a la atención de la Junta de Síndicos que hay una laguna de hechos del 18 de mayo de 2012 al 12 de julio de 2013. Mediante carta fechada del 30 de abril de 2012 el Superintende de la Policía de Puerto Rico le denegó al apelante su solicitud de acogerse a los beneficios de Ley 70. El apelante solicitó la reconsideración de esta determinación el 18 de mayo de 2012 y no es hasta el 12 de julio de 2013 que el Superintende acepta la renuncia del apelante efectiva el 15 de julio de 2013 pero al amparo de lo dispuesto por la Ley 70. Se le concede el término de 30 días a la parte apelante para someter toda documentación generada en el curso de su solicitud de reconsideración ante la Policía de Puerto Rico - en especial la generada entre el 18 de mayo de 2012 y julio de 2013.
La parte apelante solicita que la Vista Adminsitrativa sea citada para una fecha en junio de 2017 en horas de la tarde .

## FIRMA DE ABOGADOS

| | |
|---|---|
| Parte Apelante | |
| Parte Apelada | |
| Oficial Examinador | |

# Ley Núm. 70 del año 2010

**(P. del S. 1633), 2010, ley 70**
**(Conferencia)**

### Ley del Programa de Incentivos, Retiro y Readiestramiento
### LEY NUM. 70 DE 2 DE JULIO DE 2010

Para crear la "Ley del Programa de Incentivos, Retiro y Readiestramiento", a los fines de establecer un programa mediante el cual empleados elegibles puedan retirarse o separarse voluntariamente de su empleo en el Gobierno de Puerto Rico a cambio de una pensión temprana, un incentivo económico, u otros beneficios; para disponer los requisitos para cualificar para este Programa; fijar el por ciento de retribución a utilizarse en el cómputo de la pensión concedida bajo el Programa; fijar el tiempo que tiene el empleado para ejercer su decisión de acogerse al Programa de Incentivos, Retiro y Readiestramiento; disponer los incentivos y ayudas adicionales que podrán recibir los Participantes del Programa; disponer las facultades necesarias para la implantación del Programa en las agencias; y para otros fines.

## EXPOSICIÓN DE MOTIVOS

Esta Administración ha enfrentado una crisis económica creada por las políticas fiscales irresponsables de las administraciones pasadas que llevaron al Gobierno al punto del precipicio. Para rescatar a Puerto Rico de la grave situación fiscal en que se encuentra, hemos evaluado distintas alternativas dirigidas a eliminar el déficit presupuestario heredado y estabilizar las finanzas públicas. Este Gobierno se mantiene firme en continuar con una política de responsabilidad fiscal que no afecte la prestación de servicios ágiles y eficientes al Pueblo de Puerto Rico.

Cónsono con lo anterior y en aras de lograr ahorros adicionales en los gastos del Fondo General, esta medida establece un Programa de Incentivos, Retiro y Readiestramiento. Este Programa tiene tres componentes. El primer componente provee un incentivo económico, una cubierta de plan médico por un (1) año y la oportunidad de participación en programas de readiestramiento y asistencia en búsqueda de empleo a aquellos empleados de carrera que decidan dejar su empleo.

Este componente del Programa ofrece una excelente oportunidad para aquellos empleados públicos que estén interesados en explorar nuevas áreas de desarrollo profesional, pero que no cuentan con el apoyo financiero necesario que les permita cumplir con sus obligaciones a la vez que realizan la transición profesional deseada. Estos programas, a su vez, ayudan en la reestructuración y reorientación de las agencias, de manera que puedan lograr una mejor eficiencia operacional con menos gastos operacionales.

El segundo componente del Programa es una oportunidad de retiro incentivado a empleados de carrera con quince (15) a veintinueve (29) años de servicio cotizados en el servicio público. Este segundo componente ofrece a miles de empleados públicos la oportunidad de acogerse a un retiro temprano y disfrutar de una pensión mayor a la que le correspondería basada en sus años de servicio. En este caso, el Gobierno hará las aportaciones patronales

al Sistema de Retiro y pagará la pensión correspondiente hasta que el empleado cumpla con los requisitos de edad y años de servicio aplicables para que el Sistema de Retiro correspondiente asuma el pago de la pensión. Este mecanismo de financiar el retiro temprano asegura que este componente del Programa no tenga impacto adverso sobre los sistemas de retiro.

Aquellos empleados que no tengan el tiempo de servicio requerido para cualificar para este componente del Programa, podrán solicitar a la agencia correspondiente que utilice la acumulación de las licencias de vacaciones y enfermedad para poder completar el tiempo de servicio que les falte para participar y disfrutar de este retiro temprano. Por último, este segundo componente del Programa no está disponible a aquellos empleados públicos que hayan decidido participar en el primer componente.

Finalmente, el tercer componente del programa se divide en dos partes, la primera ofrece un incentivo económico de hasta seis meses de sueldo y una oportunidad para ofrecer sus servicios y recursos, de manera voluntaria a la comunidad que han servido y dedicado su vida profesional, a aquellos empleados públicos que cuenten con el tiempo de servicio cotizado y la edad requerida para acogerse a los beneficios de retiro, para que puedan optar por retirarse. Este programa de voluntarios será responsabilidad de la autoridad nominadora y se ajustará a las áreas de servicio que pueda proveer el retirado. La segunda parte de este Programa será de aplicabilidad a aquellos empleados públicos que cuenten con la edad requerida para acogerse a los beneficios de retiro pero que no hayan cotizado en el Sistema de Retiro la totalidad del tiempo de servicio requerido; estos podrán utilizar un incentivo económico ofrecido por el Gobierno de hasta seis (6) meses de sueldo para pagar por el tiempo de servicio no cotizado y acogerse a su retiro.

Como uno de los propósitos de este Programa es reducir el costo de la nómina del Gobierno, este Programa estará disponible únicamente a empleados de carrera elegibles en agencias de la Rama Ejecutiva, cuyo presupuesto se sufraga en todo o en parte con cargo al Fondo General. Para garantizar los ahorros resultantes de la participación en el programa, los puestos de los empleados participantes que no sean ocupados mediante traslados, permanecerán vacantes y serán eliminados por la Oficina de Gerencia y Presupuesto. De la misma forma, para asegurar que este Programa no afecte adversamente los servicios a la ciudadanía o la operación de las agencias concernidas, solamente podrán participar en el Programa aquellos empleados de carrera que ocupen puestos que no ofrecen servicios directos o que no son esenciales para la operación de la agencia o cuyos puestos puedan ser ocupados mediante traslados dentro de o entre las agencias.

Esta medida constituye una alternativa real, viable y justa que persigue evitar la duplicación de funciones y minimizar los costos de la operación al reducir la nómina. Se estima que la aprobación e implantación de esta medida pueda producir ahorros adicionales al Gobierno de 93 millones de dólares en el Año Fiscal 2010-2011, y ahorros adicionales en los dos años fiscales subsiguientes, lo que ayudaría grandemente en el cumplimiento de las metas de eliminar el déficit en el presupuesto del Gobierno, y liberaría fondos para que el Gobierno pueda cumplir con su importante rol de impulsar el desarrollo económico de Puerto Rico.

**DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

**Artículo 1.- Título.**

Esta Ley se conocerá como la "Ley del Programa Incentivado de Retiro y Readiestramiento".

(Julio 2, 2010, Núm. 70, art. 1.)

**Artículo 2.- Definiciones.**

(a) "Administrador del Programa" significará el Comité creado mediante esta Ley, el cual será presidido por el Secretario del Departamento del Trabajo y Recursos Humanos del Gobierno de Puerto Rico. Los demás miembros del Comité serán el Director de la Oficina de Gerencia y Presupuesto y el Administrador del Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, quien dirigirá la fase del Retiro.

(b) "Agencias" incluirá todas las agencias, departamentos, oficinas, comisiones, juntas, administración, organismos y demás instrumentalidades de la Rama Ejecutiva del Gobierno de Puerto Rico, cuyo presupuesto se sufraga, en todo o en parte, con cargo al Fondo General a la fecha de la vigencia de esta Ley, independientemente de que le apliquen o no las disposiciones de la Ley Núm. 184 de 3 de agosto de 2004, según enmendada. Estarán excluidas de esta definición y de la aplicación de esta Ley: (i) las corporaciones o instrumentalidades públicas o público-privadas que funcionen como empresas o negocios privados con sus propios fondos; (ii) la Universidad de Puerto Rico; (iii) la Comisión Estatal de Elecciones de Puerto Rico; y (iv) la Oficina de Ética Gubernamental de Puerto Rico.

(c) "Autoridad Nominadora" significará todo jefe de Agencia con facultad legal para hacer nombramientos para puestos en el Gobierno.

(d) "Departamento del Trabajo" significará el Departamento del Trabajo y Recursos Humanos de Puerto Rico.

(e) "Empleado Elegible" significará todo empleado de carrera de una Agencia que no esté excluido de poder participar en el Programa, conforme a lo dispuesto en el Artículo 17 de esta Ley.

(f) "Fecha de Efectividad de Participación en el Programa Incentivado de Retiro y Readiestramiento" significará el día laboral siguiente a la fecha en la cual el participante cesará en las funciones de su empleo con la Agencia del Gobierno, según se dispone en el Artículo 14 de esta Ley.

(g) "Gobierno" significará el Gobierno de Puerto Rico.

(h) "Período de Elección" significará el período de treinta (30) días que el Administrador establezca en o antes de 30 de octubre de 2010 o cualquier período adicional de treinta (30) días que establezca el Administrador del Programa, en o antes del 31 de diciembre de 2012, durante el cual cualquier empleado de carrera elegible de una Agencia, podrá elegir acogerse de manera irrevocable al Programa, durante la vigencia de esta Ley.

(i) "Programa" significará el Programa de Incentivos, Retiro y Readiestramiento creado por esta Ley.

(j) "Participante" significará cualquier Empleado Elegible de una Agencia que en o antes de finalizar un Período de Elección, se acoja a los beneficios del Programa.

(k) "Sueldo" significará la compensación bruta que devenga un empleado por servicios prestados a una Agencia al momento de elegir participar en el Programa. Al computar el Sueldo se excluirá toda bonificación adicional al salario, todo pago por concepto de horas extraordinarias de trabajo y los costos de los beneficios marginales. Esta definición de sueldo será utilizada para determinar los beneficios bajo los Artículos 4(a) y 4(b) de esta Ley y prevalecerá sobre cualquier otra definición en ley o reglamento.

(l) "ORHELA" significa la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico.

(m) "OGP" significa la Oficina de Gerencia y Presupuesto adscrita a la Oficina del Gobernador.

(n) "Sistema de Retiro" significará el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y el Sistema de Retiro para Maestros.

**Artículo 3.- Participación en el Programa.**

Excepto según dispuesto en el Artículo 17 de esta Ley, toda persona que, a la fecha de vigencia de esta Ley, sea empleado de carrera de una Agencia, será elegible a participar en el Programa.

**Artículo 4.- Incentivo Económico.**

Todo Empleado Elegible podrá optar por participar en uno de los siguientes tres componentes del Programa, sujeto a los criterios, términos y condiciones de cada componente.

(a) Todo Empleado Elegible para participar en el Programa podrá renunciar voluntariamente y recibir un incentivo económico que será determinado según la tabla siguiente:

| Término de empleo en el servicio público | Cantidad bruta a recibir |
| --- | --- |
| Hasta 1 año | 1 mes de sueldo |
| De 1 año y 1 día hasta 3 años | 3 meses de sueldo |
| De 3 años y un día en adelante | 6 meses de sueldo |

El incentivo económico correspondiente será pagadero en plazos quincenales de acuerdo al periodo de nómina acostumbrado en la Agencia.

(b) Todo Empleado Elegible que cuente con un tiempo de servicio acreditado al Sistema de Retiro de entre quince (15) y veintinueve (29) años, sin importar la edad, podrá en la alternativa, acogerse a un retiro temprano incentivado y recibir una pensión de retiro vitalicia que será determinada según la tabla siguiente:

| Años de Servicios Acreditados | Pensión Incentivada (Por ciento del Sueldo a la fecha de Elección) |
| --- | --- |

| 15 | 37.5% |
|----|-------|
| 16 | 40.0% |
| 17 | 42.5% |
| 18 | 45.0% |
| 19 | 47.5% |
| 20 | 50.0% |
| 21 | 50.0% |
| 22 | 50.0% |
| 23 | 50.0% |
| 24 | 50.0% |
| 25 | 50.0% |
| 26 | 50.0% |
| 27 | 50.0% |
| 28 | 50.0% |
| 29 | 50.0% |

Todo Empleado Elegible que decida acogerse a los beneficios de este Artículo 4(b) no será elegible para acogerse a los beneficios del Artículo 4(a). El empleado deberá escoger entre el beneficio del Artículo 4 (a) o beneficio del Artículo 4 (b) de este Artículo pero no podrá tener ambos beneficios.

Los Empleados Elegibles que interesen acogerse a los beneficios de este Artículo 4(b), podrán usar las licencias de vacaciones y enfermedad y sus propios fondos para pagar las cantidades que el Administrador determine que hagan falta para poder completar el tiempo necesario para cotizar quince (15) años de servicio o el número de años deseados de la tabla anterior.

(c)    Parte I-Todo Empleado Elegible que cuente con treinta (30) años o más de servicio acreditado y la edad requerida para acogerse a los beneficios de retiro bajo la ley que rija el plan de retiro que le aplica, y que se acoja a su retiro, será elegible para, además de poder recibir la anualidad que le corresponde por concepto de su pensión de retiro, recibir el incentivo económico dispuesto en el Artículo 4(a) de esta Ley; no tendrá derecho al beneficio bajo el Artículo 4(b).

Parte II-Aquellos empleados que cuenten con la edad necesaria para acogerse al retiro, bajo la ley que rija el plan de retiro que les aplica, pero que no hayan cotizado en el Sistema de Retiro los treinta (30) años de servicio público, podrán utilizar el incentivo económico de hasta seis (6) meses de sueldo dispuesto en el Artículo 4(a) de esta Ley, para el pago del tiempo de servicio no cotizado. La cantidad del incentivo económico necesaria para el pago del tiempo por servicios no cotizados se pagará directamente al Sistema de Retiro y cualquier sobrante no utilizado para este propósito será remitido directamente al empleado. El empleado también podrá utilizar sus licencias acumuladas de vacaciones y enfermedad y fondos propios para estos mismos fines. Para determinar la cantidad a pagar por el tiempo de servicio no cotizado, se seguirá la fórmula establecida por los Sistemas de Retiro.

**Artículo 5.- Pago de contribuciones sobre ingresos.**

El pago del incentivo económico establecido en el Artículo 4(a) de esta Ley, estará libre del pago de contribuciones sobre ingresos y no estará sujeto a descuentos por concepto de ahorros y aportaciones a los sistemas de retiro de los empleados gubernamentales, pero sí estará sujeto a otras deducciones autorizadas por ley, tales como las incurridas voluntariamente por el empleado por razón de: (a) préstamos de la Asociación de Empleados, de los Sistemas de Retiro del Gobierno o de cooperativas de crédito de empleados públicos; y (b) descuentos por concepto de Seguro Social Federal y Medicare.

El incentivo económico que reciban los empleados de las agencias o corporaciones públicas excluidas por el Artículo 2 de esta Ley, que implanten programas o planes de reducción de gastos de nómina por medio de renuncias incentivadas, no estará sujeto al pago de contribuciones sobre ingresos. Estos programas o planes deben ser aprobados por la Oficina de Gerencia y Presupuesto, mediante certificación de la agencia o corporación concerniente del impacto económico que tendrá la implantación de los mismos.

**Artículo 6.- Liquidación de Licencia por Vacaciones, Licencia por Enfermedad y Liquidación de Retiro y otras Bonificaciones.**

(a) Cualquier suma que tenga derecho a recibir un Participante como liquidación final por concepto de licencia por vacaciones, licencia por enfermedad u otras bonificaciones acumuladas que le adeude la Agencia, le será pagada en un período no mayor de noventa (90) días a partir de la Fecha de Efectividad de participación en el Programa, de haber gestionado ante la Agencia la documentación requerida para tal liquidación.

(b) Los Participantes del Programa bajo el Artículo 4(a) podrán elegir la liquidación de sus aportaciones a los sistemas públicos de retiro, o su transferencia, o la adopción de cualquier otra alternativa de las dispuestas por, y en conformidad con, la ley y los reglamentos que regulan su plan de retiro y/o propiamente por el plan correspondiente. Los que se acojan a lo aquí dispuesto y elijan la liquidación de sus aportaciones renuncian a cualquier pensión a que tengan derecho.

**Artículo 7.- Beneficio de Plan de Salud.**

Cada Participante del Programa bajo el Artículo 4(a) y el Artículo 4(b) será elegible para el pago de la prima de cobertura médica en un plan seleccionado por el Administrador del Programa. Esta prima se pagará por un término máximo de doce (12) meses a partir de la Fecha de Efectividad del Programa de Participación o hasta que el Participante sea elegible para cobertura de seguro de salud en otro empleo o mediante alguna otra fuente de cobertura, lo que ocurra primero. Cuando el empleado beneficiario bajo el Artículo 4(b)

Departamento del Trabajo tendrá plena autoridad para diseñar los referidos servicios, de forma que éstos sean una alternativa real para los Participantes. Los empleados interesados en beneficiarse del Programa podrán recibir dichos servicios durante la duración del Periodo de Elección y posterior a éste.

El Departamento del Trabajo deberá, en la medida en que sea posible, considerar a la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico (ORHELA), para colaborar en el proceso de readiestrar a los participantes del Programa, en aquellas áreas que estime pertinente y de aquella acción, para identificar la inelegibilidad por cinco (5) años de aquéllos que se acojan al Programa y así cumplir con el Artículo 15 de la presente medida.

Todo empleado que se acoja a los beneficios de retiro bajo los Artículos 4(b) y 4(c) podrá servir como voluntario en la agencia para la cual trabajaba o en cualquier otra agencia que pueda necesitar sus servicios. El Departamento del Trabajo procurará que las agencias adopten las medidas necesarias para facilitar estos servicios voluntarios.

**Artículo 12.- Término para acogerse al Programa.**

Aquellos empleados que interesen participar en el Programa tendrán que hacerlo durante el Período de Elección inicial establecido, en o antes del 30 de octubre de 2010, o cualquier Período de Elección adicional de treinta (30) días que establezca el Administrador del Programa, en o antes del 31 de diciembre del 2012.

**Artículo 13.- Procedimiento para elección de participación en el Programa.**

Aquellos empleados que interesen participar en el Programa deberán acogerse al mismo, durante el Período de Elección. Los empleados interesados en acogerse al Programa completarán un Formulario de Elección a ser provisto por la Agencia y deberán entregarlo a la mano a la Oficina de Recursos Humanos de la Agencia durante el Período de Elección. Cada Autoridad Nominadora deberá aprobar todo Formulario de Elección entregado por los empleados de su Agencia. El Departamento del Trabajo preparará y distribuirá a las Agencias, el formulario de elección.

**Artículo 14.- Efectividad de participación en el Programa.**

La participación de los Empleados Elegibles en el Programa será efectiva a los treinta (30) días calendario del cierre del Periodo de Elección correspondiente o a la fecha de certificación del Sistema de Retiro de que el empleado cuenta con los años de servicio cotizados necesarios para participar en el Programa, lo que sea posterior. Para que dicha efectividad sea final, la agencia debe tener en su poder una certificación del tiempo cotizado por el empleado de acuerdo a su Sistema de Retiro. El empleado firmará un documento, provisto por cada agencia, para certificar que está de acuerdo con la certificación del tiempo cotizado suministrada por el Sistema de Retiro.

Los Sistemas de Retiro tendrán un período de treinta (30) días calendario para certificar el tiempo cotizado por el empleado que se acoja al Programa, una vez la Agencia le envíe copia del Formulario de Elección entregado por éste a la Oficina de Recursos Humanos y su solicitud del certificación de tiempo cotizado. El Sistema enviará copia de la certificación de tiempo cotizado al empleado y a la agencia correspondiente.

llegue a formar parte de las responsabilidades del Sistema de Retiro de acuerdo a la Ley, éste no tendrá derecho a recibir la aportación al plan de salud, como estipula la Ley Núm. 95 del 25 de junio de 1963, según enmendada. Este beneficio estará sujeto a las disposiciones que adopte el Administrador del Programa. En el caso de los beneficiarios delArtículo 4(c) su plan médico se regirá por lo dispuesto en la Ley Núm. 95, supra.

**Artículo 8.- Aportaciones del Gobierno.**

En el caso de los empleados que se acojan a los beneficios de retiro temprano dispuestos en el Artículo 4(b) de esta Ley, el Gobierno pagará la pensión dispuesta en dicho Artículo, así como las aportaciones patronales correspondientes al Sistema de Retiro, hasta la fecha en que el Participante hubiese alcanzado los treinta (30) años de servicios cotizados y la edad requerida bajo el plan de retiro aplicable para poder acogerse al retiro. Luego de dicho periodo aplicable según el plan de retiro correspondiente, la pensión será pagada por el sistema de retiro correspondiente.

La Directora de la Oficina de Gerencia y Presupuesto del Gobierno incluirá en los presupuestos funcionales del Gobierno de Puerto Rico a ser sometidos anualmente por el Gobernador de Puerto Rico a la Asamblea Legislativa, las cantidades necesarias para cubrir el pago de las pensiones y de las aportaciones patronales. Para que la Oficina de Gerencia y Presupuesto del Gobierno pueda hacer las asignaciones presupuestarias pertinentes, se requerirá que se le someta una certificación del Administrador del Sistema de Retiro sobre los fondos que se anticipan que serán necesarios para cada Año Fiscal. En caso de muerte del pensionado, los beneficios de su cónyuge supérstite y sus hijos, con relación a la pensión concedida bajo el Artículo 4(b)y a la pensión dispuesta en el Artículo 4 (c), estarán regidos por la Ley Núm. 105 de 28 de junio de 1969, según enmendada.

**Artículo 9.- Pagos Quincenales; Anualidades Vitalicias.**
Toda anualidad por retiro bajo el Artículo 4(b) de esta Ley, tendrá carácter vitalicio y será pagadera por plazos quincenales, y la misma no podrá disminuirse, revocarse o derogarse, salvo cuando hubiese sido concedida por error. Esta anualidad no estará sujeta a los aumentos trienales de tres por ciento (3%) periódicos dispuestos por la Ley Núm. 447 de 15 de mayo de 1951, según enmendada o cualquier otra Ley. En el caso de los empleados acogidos a lo dispuesto en el Artículo 4 (c), su pensión sí estará sujeta a los aumentos trienales de tres (3) por ciento, de conformidad con la Ley Núm. 447, supra.

**Artículo 10.- Deudas del Participante con el Sistema de Retiro.**

Con relación a cualquier deuda contraída por un Participante en que sus aportaciones acumuladas al Sistema de Retiro estuvieren sirviendo de garantía, se dispone que los beneficios dispuestos por el Artículo 4(b) y el Artículo 4(c) de esta Ley responderán, en primer lugar, de las obligaciones que hubiere contraído el Participante con el Sistema de Retiro y que estuvieren en descubierto. El Sistema de Retiro podrá permitir el pago de dichas deudas mediante plazos mensuales o planes de pago de acuerdo a los reglamentos del Sistema de Retiro.

**Artículo 11.- Servicios de adiestramiento.**

Los Participantes del Programa dispuesto por esta Ley podrían recibir servicios de adiestramiento, re-adiestramiento y asistencia en la búsqueda de empleo a través del Departamento del Trabajo y sus componentes operacionales o alguna otra entidad designada por el Departamento del Trabajo, conforme a las guías que éste promulgue. El

**Artículo 15.- Efecto de la Elección de Participación en el Programa.**

Toda elección de participación en el Programa será final e irrevocable y constituye un relevo total y absoluto, y una renuncia de derechos de toda reclamación actual o potencial, basada en: (i) la relación de empleo y/o la terminación del mismo, bajo cualquier ley aplicable y/o (ii) las acciones, si algunas, que pudieran tomarse como consecuencia de la implantación de esta Ley. Esta renuncia de derechos tendrá el efecto de una transacción total, de toda acción o derecho, actual o potencial, conocido o sin conocer, que el empleado tenga, pueda tener o haya tenido, relacionada con su empleo y/o la terminación del mismo. El efecto de este relevo y la correspondiente renuncia de derechos, será el de cosa juzgada.

La aplicación del relevo o renuncia de derecho de reclamaciones dispuesto por este Artículo no podrá menoscabar los derechos y reclamaciones que emanan de la Ley Núm. 447 de 15 de mayo de 1951, según enmendada, y la Ley Núm. 91 de 29 de mayo de 2004, según enmendada, de aquellos empleados que decidan participar voluntariamente del Programa establecido por esta Ley, excepto según estos derechos sean modificados por esta Ley.

Cualquier empleado que se acoja a este Programa bajo el Artículo 4(a) será inelegible para reingresar al servicio público como empleado de confianza, de carrera, transitorio, irregular en cualquier entidad del Gobierno de Puerto Rico por el término de cinco (5) años, a partir de la Fecha de Efectividad de Participación en el Programa. En el caso de empleados que se acojan a este Programa bajo el Artículo 4(b) que reingresen al servicio público luego de transcurrido este plazo de cinco (5) años en un patrono miembro del Sistema de Retiro de los Empleados del Gobierno, a su regreso dejarán de recibir la pensión concedida en esta Ley y podrán participar en el Programa de Cuentas de Ahorro para el Retiro, establecido mediante la Ley Núm. 305 del 24 de septiembre de 1999, según enmendada; disponiéndose que al volver a separarse del servicio público se les restablecerá la pensión concedida en esta Ley y podrán recibir los beneficios a los que tengan derecho, conforme a las normas aplicables al Programa de Cuentas de Ahorro para el Retiro. En el caso de los pensionados por esta Ley bajo el Artículo 4(b) que regresen al servicio público en un patrono miembro del Sistema de Retiro para Maestros, luego de transcurrido el plazo de cinco (5) años aquí dispuesto, a su reingreso dejarán de recibir la pensión concedida en esta Ley y podrán aportar al Sistema de Retiro para Maestros; disponiéndose que al volver a separarse del servicio público, se les restablecerá la pensión concedida en esta Ley y podrán recibir los beneficios de pensión suplementaria a la que tengan derecho, conforme a las normas aplicables al Sistema de Retiro para Maestros.

En el caso de empleados que se acojan a este Programa bajo el Artículo 4(c) y que interesen reingresar al servicio público, luego de transcurrido este plazo de cinco (5) años, reingresarán al Sistema de Retiro de los Empleados del Gobierno según lo dispone la Ley Núm. 447, supra o al Sistema de Retiro de Maestros, según lo dispone la Ley Núm. 91, supra o el sistema de retiro correspondiente.

**Artículo 16.- Administración del Programa.**
El Administrador tendrá todos los poderes necesarios y convenientes para implantar esta Ley. El Administrador podrá requerir a las Autoridades Nominadoras que tomen todos los actos que el Administrador estime necesarios y convenientes para implantar el Programa en sus respectivas Agencias; y podrá requerir a las Autoridades Nominadoras que sometan 

toda la información que el Administrador estime necesaria para que este último pueda evaluar toda solicitud de declarar cualquier puesto inelegible para participar en el Programa. El Administrador preparará el Formulario de Elección y promulgará un reglamento para la implantación del Programa y las disposiciones de esta Ley, sin sujeción a la Ley Núm. 170 de 12 de agosto de 1988, según enmendada. El mismo será sometido a la Asamblea Legislativa para su aprobación.  La Asamblea Legislativa informará si tiene alguna objeción a éste, dentro de los próximos veinte (20) días de haberlo recibido. De no hacer comentarios, se entenderá que lo aprueban sin objeción.

El formulario que se utilice para implantar el Programa deberá contener a tenor con el Artículo 15 de esta Ley, una advertencia al participante de forma legible y en negrilla, de que su elección de participación en el Programa será final e irrevocable y constituye un relevo total y absoluto y una renuncia de derechos de toda reclamación que pueda tener por acciones pasadas, presentes o futuras, fundamentadas en la relación patrono-empleado, que son derechos protegidos por las leyes laborales de Puerto Rico. También contendrá lo dispuesto en el Artículo 15 de esta Ley sobre inelegibilidad, por un período de cinco (5) años para reingresar al servicio público como empleado de carrera, de confianza, transitorio o irregular. Este formulario también incluirá lo dispuesto en el Artículo 7 referente al beneficio del plan de salud y lo dispuesto en el Artículo 9, con relación a la aplicabilidad del aumento trienal del tres (3) por ciento.

**Artículo 17.- Exclusiones.**

No serán elegibles para acogerse al Programa los maestros en el salón de clases; policías activos en labores de patrullaje y que presten servicios de vigilancia y seguridad; los oficiales de custodia que laboran para las agencias bajo la sombrilla del Departamento de Corrección y Rehabilitación, los bomberos; los profesionales de la salud como, por ejemplo, médicos, paramédicos, enfermeras, farmacéuticos y técnicos de laboratorio; y los empleados de las áreas de Rentas Internas y Tecnología de Información del Departamento de Hacienda.  Tampoco podrían acogerse los empleados de confianza, empleados transitorios, empleados irregulares y aquellos empleados de carrera que, por determinación del Administrador del Programa, con el insumo de la Autoridad Nominadora, se encuentran en puestos que provean servicios directos a la ciudadanía o servicios esenciales para el funcionamiento de la Agencia, o que sean sufragados en todo o en parte con fondos federales. Se considerarán servicios esenciales aquellos puestos cuyas funciones son de naturaleza especializada, imprescindibles o indispensables para el más efectivo funcionamiento de la Agencia, de manera que se pueda llevar el fin público para el cual fue creada como organismo gubernamental.

No obstante lo anterior, en el caso de empleados de carrera que ocupen puestos que no son elegibles para acogerse al Programa y que interesen acogerse al Programa, estos empleados podrían acogerse únicamente previa una certificación de la Autoridad Nominadora, ratificada por la Oficina de Gerencia y Presupuesto, a los efectos de que el retiro de dicho empleado no requerirá la contratación de un nuevo empleado en los próximos cinco (5) años; o que el puesto será cubierto mediante el traslado de otro empleado en el servicio público. El Administrador establecerá los procedimientos y los criterios para permitir, en casos justificados, el intercambio de puestos entre empleados de carrera para permitir que un empleado de carrera que ocupa un puesto no elegible para el Programa, pueda cambiar

su puesto con otro empleado de carrera en un puesto que sí es elegible para acogerse al Programa.

**Artículo 18.- Puestos Vacantes.**

Todos los puestos de empleados que se acojan al Programa y que no sean cubiertos mediante traslados, se declararán vacantes y el Director de la OGP tendrá discreción para eliminarlos, en consulta con las agencias, basado en el criterio de necesidad del servicio y la situación fiscal de la Agencia. Aquellos puestos que queden vacantes debido al retiro de empleados bajo el Art. 4 (c), y que no sean eliminados, podrán ser ocupados, luego de transcurrido un año fiscal previa certificación de la agencia concernida y la OGP de que ello es necesario para el buen funcionamiento de la agencia y de que existen los fondos necesarios.

**Artículo 19.- Autoridad para ordenar traslados y eliminar plazas vacantes.**

Con el propósito de maximizar la efectividad de este Programa y propiciar durante su vigencia la mayor participación posible en el Programa, el Director de la OGP tendrá autoridad, no empece cualquier disposición en contrario, para ordenar y autorizar, o a solicitud de, y en consulta con, los secretarios o jefes de agencia concernidos, el traslado de empleados públicos entre agencias, conforme a las necesidades del servicio y la situación fiscal de cada agencia. También tendrá autoridad para eliminar plazas vacantes o congeladas en las agencias, basado en los criterios de necesidad del servicio y la situación fiscal de la agencia.

**Artículo 20.- Informes.**

Cada Autoridad Nominadora deberá someter, dentro de sesenta (60) días luego de finalizado cualquier Período de Elección, un informe al Administrador del Programa, a la ORHELA y a la OGP, que contenga la cantidad de empleados que optaron por acogerse al Programa y el impacto presupuestario que representa dicha acción. El Administrador deberá someter un informe anual a la Asamblea Legislativa que refleje los empleados participantes en el Programa, el impacto presupuestario de dicha participación y el cumplimiento con las disposiciones de esta Ley. El Administrador recopilará toda la información de las agencias y someterá un informe final a la ORHELA y a la Asamblea Legislativa dentro de 60 días luego de haber finalizado el período de las agencias para someter sus informes al Administrador.

**Artículo 21.- Publicidad.**

El Administrador del Programa deberá implantar todas las medidas que estime necesarias y convenientes para informar y orientar a los empleados públicos de las Agencias sobre el Programa y las disposiciones de esta Ley, incluyendo, sin limitación, anuncios y avisos en medios de comunicación pública.

**Artículo 22.- Autorización de Corporaciones Públicas y Agencias Excluidas.**

Las Corporaciones Públicas que operan con recursos propios y las agencias excluidas por la definición del Artículo 2 (b) de esta Ley, podrán implantar un programa similar al aquí establecido, previa autorización de sus Juntas de Directores u Organismos Directivos y aprobado por el Administrador. El impacto económico de implantar el Programa que determine el Administrador del Sistema de Retiro correspondiente, será sufragado de los recursos propios de dichas corporaciones o agencias. En estos casos será necesaria una

certificación previa de la Junta de Directores u organismo directivo, ratificada por la Oficina de Gerencia y Presupuesto, a los efectos de que la participación de los empleados en el Programa no requerirá la contratación de nuevos empleados en los próximos cinco (5) años o que dicha plaza puede ser llenada mediante el traslado de otro empleado en la misma agencia o corporación.

Cualquier empleado de Corporaciones Públicas o Agencias Excluidas de la definición de agencia del Artículo 2(b) de esta Ley que se acoja a un programa aprobado, será inelegible para reingresar al servicio público como empleado de confianza, de carrera, transitorio o irregular de cualquier entidad del Gobierno de Puerto Rico por el término de cinco (5) años a partir de la fecha de efectividad de participación en el Programa. En el caso de empleados de corporaciones públicas o agencias excluidas que se acojan a un plan de retiro temprano incentivado similar al dispuesto en el Artículo 4(b) de esta Ley y aprobado por el Administrador, y que interesen reingresar al servicio público luego de transcurrido este plazo de cinco (5) años a un patrono miembro del Sistema de Retiro de los Empleados del Gobierno, a su regreso dejarán de recibir la pensión concedida en esta Ley y podrán participar en el Programa de Cuentas de Ahorro para el Retiro establecido mediante la Ley Núm. 305 del 24 de septiembre de 1999, según enmendada; disponiéndose que al volver a separarse del servicio público se les restablecerá la pensión concedida en esta Ley y podrán recibir los beneficios a los que tengan derecho conforme a las normas aplicables al Programa de Cuentas de Ahorro para el Retiro. En el caso de que dichos empleados regresen al servicio público en un patrono miembro del Sistema de Retiro para Maestros luego de transcurrido el plazo de cinco (5) años aquí dispuesto, a su reingreso dejarán de recibir la pensión concedida en esta Ley y podrán aportar al Sistema de Retiro para Maestros; disponiéndose que al volver a separarse del servicio público se les restablecerá la pensión concedida en esta Ley y podrán recibir los beneficios de pensión suplementaria a la que tengan derecho, conforme a las normas aplicables al Sistema de Retiro para Maestros.

En el caso de empleados que se acojan a un programa de retiro aprobado por el Administrador similar al dispuesto en el Artículo 4(c) de esta Ley, y que interesen regresar al servicio público luego de transcurrido este plazo de cinco (5) años, éstos reingresarán al Sistema de Retiro de los Empleados del Gobierno según lo dispone la Ley Núm. 447, supra, o al Sistema de Retiro de Maestros, según lo dispone la Ley Núm. 91, supra, o el sistema de retiro correspondiente, y deberán cumplir con las disposiciones de ley aplicables referentes al reingreso en el servicio público.

En el caso de los empleados de corporaciones públicas y agencias excluidas que se acojan a los beneficios de retiro temprano en un Programa aprobado similar al que dispone el Artículo 4(b) de esta Ley, las mismas pagarán la pensión dispuesta en dicho Artículo, así como las aportaciones patronales e individuales correspondientes al Sistema de Retiro, hasta la fecha en que el Participante hubiese alcanzado los treinta (30) años de servicios cotizados y la edad requerida bajo el plan de retiro aplicable para poder acogerse al retiro. Luego de dicho periodo aplicable según el plan de retiro correspondiente, la pensión será pagada por el sistema de retiro correspondiente. Si se acogieran en su Programa a lo establecido en el Artículo 4 (c) de esta Ley, dichas corporaciones y agencias serán responsables de pagarle al Sistema de Retiro, las aportaciones individuales y patronales de los empleados acogidos por un término de cinco (5) años.

Estos programas de Corporaciones Públicas y agencias excluidas cumplirán con el período de elección según lo define el Artículo 2.

**Artículo 23.- Cláusula de Separabilidad.**

Si cualquier palabra o frase, inciso, oración o parte de la presente Ley fuera declarada nula o inconstitucional por un tribunal de jurisdicción competente, tal sentencia o resolución dictada al efecto, no invalidará o menoscabará las demás disposiciones de esta Ley.

**Artículo 24.- Vigencia.**

Esta Ley comenzará a regir inmediatamente después de su aprobación, y con excepción de los beneficios concedidos bajo la misma, su implementación culminará en o antes del 31 de diciembre de 2012.

31-Diciembre — 2012 Esta fecha fue extendida para los años 2013 y 2014 para darle la misma oportunidad en derecho a todos los candidatos.

Ley 70-Formulario- Yo Me Retiro y Tu

donotreply@ogp.pr.gov (donotreply@ogp.pr.gov)

**Para:**   guzmansantiagojesus@yahoo.com;

**Fecha:**   Jueves, marzo 1, 2012 7:11 A.M.

**GOBIERNO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO**

**FORMULARIO DE ELECCIÓN DE PARTICIPACIÓN EN EL
"PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO"**

**Su número de confirmación es**

5b90b261

¡ Gracias por ratificar su solicitud !

Esta ratificación;

- **NO constituye un compromiso de la Agencia de que su solicitud ha sido aprobada. Su participación está sujeta a la aprobación final del Jefe de la Agencia.**
Ver Artículo 13 de la Ley 70 - 2012

- **NO significa que su decisión es una final e irrevocable. Para que su decisión sea final e irrevocable tiene que completar el formulario deb> Elección del Empleado (#02,Ley Núm. 70-2010, Rev. 01/2012) y firmarlo. El mismo será provisto por el Coordinador de Retiro de su Agencia una vez le haya sido entregada la información de Retiro correspondiente para su evaluación y determinación final.**
Ver Artículo 12 (G) del Reglamento de la Ley 70 – 2010

**Este proceso es completamente electrónico por lo que no tiene que enviar copia de la solicitud a la OGP.**

**GOBIERNO DE PUERTO RICO O RICO BIERNO DE PUERTO RICO DE PUERTO RICO DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO**

**FORMULARIO DE ELECCIÓN DE PARTICIPACIÓN EN EL
"PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO"**

La Ley Núm. 70 de 2 de julio de 2010, conocida como LEY DEL PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO, dispone que aquellos empleados que interesen participar en el Programa deberán acogerse al mismo durante el Período de Elección, para lo cual deberán completar un formulario de elección a ser provisto por la Agencia y deberán entregarlo a la mano a la Oficina de Recursos Humanos de la Agencia durante dicho período o al funcionario designado por la Agencia, según dispuesto en la sección V (2) de este documento.

Este Programa consta de tres (3) componentes que permitirán que el empleado pueda optar por participar en un (1) de éstos, dentro de su interés y circunstancias particulares, sujeto a los criterios, términos y condiciones de cada componente. El primer componente permite que todo empleado elegible para participar en el Programa

Cada Autoridad Nominadora deberá analizar y aprobar cada formulario de elección entregado por los empleados de su Agencia.

Pro se Notices of Participation    Page 104 of 118

**EFECTIVIDAD DE PARTICIPACIÓN EN EL DEL PROGRAMA**

La fecha de efectividad de Participación en el Programa ocurrirá el día laboral siguiente al momento en que la Agencia tenga en su poder: (a) el formulario de elección; (b) la Certificación del Sistema de Retiro; y (c) la Elección del Empleado, debidamente completada y certificada mediante su firma, según los términos provistos en Reglamento de la Ley Núm. 70, antes citada, y aquí reseñados.

|  |  |
|---|---|
| <u>jesus rene guzman santiago</u> | <u>Policía de Puerto Rico</u> |
| Nombre del Empleado(a) | Agencia en la cual se desempeña |
| (Favor incluir sus dos apellidos) |  |
| <u>agente</u> | <u>2/10/2012</u> |
| Puesto | Fecha |

**SOLICITUD Y NOTIFICACIÓN DE LA ELECCIÓN**

1. Agencia en la cual se desempeña: <u>Policía de Puerto Rico</u>

2. Fecha de comienzo de empleo en la Agencia: <u>10/16/1998</u>

3. Fecha de ingreso en el servicio público (si es diferente a su contestación en el inciso tres (3): <u>10/16/1998</u>

4. Puesto que ocupa: <u>agente</u>

5. Tiempo en servicio: <u>13y 4meses</u>

6. Salario bruto mensual: <u>2608</u>

7. Indique tipo de jornada:  ___X__ regular          _____ regular reducida

¿Pertenece a una unidad apropiada? unidad apropiada?  __X__ Sí  _____ No

<u>De contestar en la afirmativa, indique el nombre de la organización</u>

8. ¿Tiene usted Servicios No cotizados?  (_____ Servicios No cotizados? (_____ ) Sí  ( X ) No

En caso de tenerlos, ¿desea pagar esos Servicios No Cotizados utilizando las fórmulas y disposiciones de las leyes y los reglamentos del Sistema de Retiro correspondiente donde ha estado cotizando antes de participar en el Programa? en el Programa? (_____)

9. Seleccione el componente al cual desea acogerse (marcar con una X y firmar):

10. Seleccione el componente al cual desea acogerse (marcar con una X y firmar):

**SU ELECCIÓN DE PARTICIPACIÓN EN EL PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO ES FINAL E IRREVOCABLE Y CONSTITUYE UN RELEVO TOTAL Y ABSOLUTO, Y UNA RENUNCIA DE DERECHOS DE TODA RECLAMACIÓN QUE PUEDA TENER POR ACCIONES PASADAS, PRESENTES O FUTURAS, FUNDAMENTADAS EN LA RELACIÓN PATRONO-EMPLEADO. SU FIRMA EN ESTE FORMULARIO CERTIFICA (i) QUE HA LEÍDO EL MISMO EN SU TOTALIDAD, (ii) QUE HA TENIDO OPORTUNIDAD DE DISCUTIRLO CON UN ABOGADO DE SU PREDILECCIÓN, (iii) QUE LO HA ENTENDIDO, (iv) QUE LO FIRMA LIBRE Y VOLUNTARIAMENTE, Y (v) QUE ESTÁ DE ACUERDO CON SU CONTENIDO Y CON LOS TÉRMINOS DISPUESTOS POR LA LEY NÚM. 70, ANTES CITADA, PARA EL COMPONENTE ELEGIDO. LA FIRMA EN CUALQUIERA DE LOS COMPONENTES CONSTITUYE UN RELEVO DE ACCIONES TOTAL Y ABSOLUTO, CONFORME LAS DISPOSICIONES DE LA LEY NUM. 70**

/1/12
DE 2010 Y SU REGLAMENTO.

I.    Plan de Renuncia Incentivada.

___X___                           _J.G.S._____
                                              (Firma)


II.    Plan de Retiro Temprano Incentivado para empleados de carrera con quince (15) a veintinueve (29) años de servicio cotizados en el servicio público.


_____               _____
                                            (Firma)


III.    Programa de Retiro incentivado

A.    Plan de Retiro Incentivado para empleados de carrera con treinta (30) años o más de servicio acreditado y la edad requerida para acogerse a los beneficios de retiro.

Bajo este programa se contabilizarán y aplicarán los años de Servicios Acreditables utilizando las fórmulas y disposiciones de las leyes y los reglamentos del Sistema de Retiro correspondiente donde el Empleado Elegible este cotizando antes de participar en el Programa.


_____               _____
                                            (Firma)

B.    Plan de Retiro Incentivado para empleados de carrera con la edad requerida para acogerse a una pensión por mérito pero que no han cotizado en el Sistema de retiro los treinta (30) años de servicio público.

Bajo este programa se contabilizarán y aplicarán los años de Servicios Acreditables utilizando las fórmulas y disposiciones de las leyes y los reglamentos del Sistema de Retiro correspondiente donde el Empleado Elegible este cotizando antes de participar en el Programa.


_____               _____
                                            (Firma)


Fecha: 2/10/2012


Recuerde las instrucciones de la Sección V para la entrega de este formulario. Además, es requisito que el empleado, en los casos de Retiro Temprano Incentivo y Retiro Incentivo, cumplimente y radique junto con el presente formulario una solicitud de cálculo de servicios acreditables Anejo I) y una solicitud de estado de cuenta del Sistema de Retiro (Anejo 2). Dichos formularios serán diseñados y provistos por el Sistema de Retiro.

Copia de este formulario debe ser remitido a la Oficina de Gerencia y Presupuesto (OGP), Atención: Sra. Iris N. García, a la siguiente dirección: PO Box 9023228, San Juan, P.R., 00902-3228.



# RETIRO
### ESTADO LIBRE ASOCIADO DE PUERTO RICO

## SOLICITUD DE REEMBOLSO DE APORTACIONES

### SECCIÓN I. INFORMACIÓN DEL PARTICIPANTE

| Apellido Paterno, Materno, Nombre e Inicial | Seguro Social | Nacimiento (Día-Mes-Año) | Teléfono |
|---|---|---|---|
| GUZMAN Santiago, Jesus R. | | 14 - ENERO -2013 | 677-5570 |

| Dirección Postal: | Dirección Residencial: ☒ Igual a la Postal |
|---|---|
| P.O. Box | |
| 900564 | |
| Urbanización, Condominio o Barrio | Urbanización, Condominio o Barrio |
| Box, Num. y Calle, Edificio y Apartamento, Ruta Rural o Ruta Contrato | Num. y Calle, Edificio y Apartamento, Carretera, Kilómetro y Hectómetro |
| Cotto Laurel, P.R. 00780 | |
| Ponce   Pueblo, País y Código Postal | Pueblo, País y Código Postal |

| Sexo: | Estado Civil: | Nombre del Cónyuge |
|---|---|---|
| ☐ Femenino   ☒ Masculino | ○ Casado   ◉ Soltero | |

| Plan Acogido: | Primer Descuento (Día-Mes-Año) | Último Descuento (Día-Mes-Año) |
|---|---|---|
| ☐ Coordinado   ☐ Completa Suplementaria | | |

**Información de Empleo:**
Comenzando con el último empleo, incluya todos los periodos servidos al Gobierno de Puerto Rico, sus Instrumentalidades y Municipios.

| Nombre de la Agencia | Ingreso (Día-Mes-Año) | Renuncia o Cese (Día-Mes-Año) |
|---|---|---|
| Policia de Puerto Rico | 16-Octubre del/1998 | 18-Julio-2013 |
| | | |
| | | |
| | | |

### SECCIÓN II. DETALLE DE PRÉSTAMOS VIGENTES CON EL SISTEMA

| Participante | | | | Cónyuge | | | |
|---|---|---|---|---|---|---|---|
| Hipotecario | ☐ Sí ☐ No | Número ____ | | Hipotecario | ☐ Sí ☐ No | Número ____ | |
| Personal | ☒ Sí ☐ No | Número ____ | | Personal | ☐ Sí ☐ No | Número ____ | |
| Viaje Cultural | ☐ Sí ☐ No | Número ____ | | Viaje Cultural | ☐ Sí ☐ No | Número ____ | |

### SECCIÓN III. OTROS SISTEMAS DE RETIRO EN LOS QUE HA COTIZADO

Indique en cual ha cotizado y si transfirió aportaciones de alguno de estos sistemas al nuestro.

| | | | | |
|---|---|---|---|---|
| ○ Fondo de Anualidades y Pensiones para Maestros | ☐ Sí | ☑ No | Fecha | |
| ○ Sistema de Retiro de la Autoridad de Energía Eléctrica | ☐ Sí | ☑ No | Fecha | Día-Mes-Año |
| ○ Sistema de Retiro de la Universidad de Puerto Rico | ☐ Sí | ☑ No | Fecha | Día-Mes-Año |
| | | | | Día-Mes-Año |

### SECCIÓN IV. INFORMACIÓN DEL FONDO DEL SEGURO DEL ESTADO

Al momento de su renuncia, tenía una reclamación pendiente para recibir beneficios por Compensación Ocupacional.

| ○ No | Reclamación (Día-Mes-Año) ____ | Decisión Final (Día-Mes-Año) ____ |
|---|---|---|
| ○ Sí | (De contestar afirmativo, debe incluir la desición final). | |

### SECCIÓN IV. CERTIFICACIÓN

**CERTIFICO que la información provista aquí es cierta y que me consta que ofrecer información falsa conlleva la aplicación de penalidades establecida por Ley.**

| _____ | 3-Julio-2013 |
|---|---|
| Firma del Solicitante | Fecha (Día-Mes-Año) |

Favor de verificar los documentos necesarios para radicar la solicitud al dorso del papel.

Conservación: Igual el expediente cual forma parte.

Página 1 de 2





**GOBIERNO DE PUERTO RICO**

POLICIA

SASG-NRH-DNC-26-1122

30 de abril de 2012

Agte. Jesus R. Guzmán Santiago
Placa Número 27130
División Robos
P/C Director, Región Ponce

Estimado (a) agente Guzmán Santiago:

Me refiero a su solicitud para acogerse a los beneficios que ofrece la Ley Núm. 70 de 2 de julio de 2010, mejor conocida, como el "Programa de Incentivos, Retiro y Adiestramiento" para el período de elección comprendido del 1 al 31 de marzo de 2012.

Sobre el particular, dicha Ley en el Artículo 17 – **Exclusiones**, entre otras consideraciones, dispone que no serán elegibles para acogerse al Programa **los policías activos en labores de patrullaje y que presten servicios de vigilancia y seguridad**. No obstante, en el caso de empleados de carrera que ocupen puestos que no son elegibles para acogerse al Programa y que interesen participar del mismo, podrían acogerse únicamente previa una certificación de la Autoridad Nominadora.

Al amparo de lo anterior, le denegamos su solicitud de acogerse a los beneficios de la Ley Núm. 70, supra, por necesidad de servicios.

De no estar de acuerdo a esta determinación, deberá de cumplimentar el Formulario de Reconsideración provisto para estos fines por la Ley Núm. 70. Adjunto encontrará el mismo, y tendrá un término de cinco (5) días laborables después del recibo de esta comunicación para su radicación.

Cordialmente,

Héctor M. Pesquera
Superintendente

José L. Rivera Díaz
Superintendente Asociado

#03
Ley Núm. 70/2010
Rev. 09/2010

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
**PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO**

**RECONSIDERACIÓN**

A _Policia de Puerto Rico_, conforme me fuera notificado el
(Agencia)

_18-Mayo-2012_ se me ha denegado la solicitud para participar del
(día, mes, año)

Programa de Incentivos, Retiro y Readiestramiento, instituido por la Ley Núm. 70 de 2 de

julio de 2010.

**Respetuosamente solicito se reconsidere dicha determinación inicial**, debido a mi

interés en poder acogerme a la referida legislación y basado en las siguientes razones:

_Ya que actualmente me encuentro recibiendo ayuda_
_Psicologica y Psiquiatrica por el divorcio por ley 31 y atiende_
_profesion y entre otros injusticas en mi empleo en donde mi vida ha estado_
_en peligro de muerte y han tomado represalias en mi contra es que sigo recibiend_
Ante lo expuesto, respetuosamente solicito se declare SIN LUGAR la determinación _atenciones_
_medicas._

inicial sobre la inelegibilidad del que suscribe para participar del Programa de Ley

Núm. 70 de 2 de julio de 2010, se acepte mi solicitud y se me autorice a participar

del aludido programa conforme indicara en el Formulario de Elección sometido.

Hoy, _18 de Mayo del 2012_, en _San Juan_, Puerto Rico.

_____
(Firma del empleado)

Conforme el Artículo 17 del Reglamento de la Ley Núm. 70, antes citada, todo empleado que haya solicitado participar del programa y su
solicitud haya sido denegada por la Autoridad Nominadora podrá solicitar por escrito a la Autoridad Nominadora que reconsidere su
determinación dentro del plazo de cinco (5) días laborales a partir de la notificación de la Autoridad Nominadora de la decisión inicial. El
empleado deberá entregar la Solicitud de Reconsideración a la mano, en la Oficina de Recursos Humanos de la Agencia o al funcionario
designado por la Agencia, dentro del término de cinco (5) días antes señalados.

Copia de este formulario debe ser remitido a la Oficina de Gerencia y Presupuesto (OGP), Atención: Sra. Iris N. García, a la
siguiente dirección: PO Box 9023228, San Juan, P.R., 00902-3228.

18 de mayo de 2012

Sra. Iris N. García
Ofician Gerencia y Presupuesto (OGP)
PO BOX 9023228
San Juan, PR 00902-3228

RE: Reconsideración para participar de los beneficios de las Ley 70 del 2 de Julio de 2010 "Programa de Incentivos, Retiro y Adiestramiento". Periodo del 1 al 31 de marzo del 2012.

Estimado señora García:

Solicito se reconsidere la determinación de negación de la ley 70, debido a mi interés en poder acogerme a la referida legislación y basado en las siguientes razones.

De la exposición de motivos de la ley 70 de 2010 claramente se desprende la intención del legislador era la reducción de la nómina gubernamental lo cual es política pública del Gobernador de Puerto Rico. Mi intención de solicitar los beneficios de esta ley está basada en mi interés de explorar nuevas áreas de desarrollo profesional lo cual esta claro y explicito en el tercer párrafo de esta ley, el cual cito a continuación;

"Este componente del Programa ofrece excelente oportunidad para aquellos empleados públicos que estén interesados en explorar nuevas ares de desarrollo profesional, pero que no cuentan con el apoyo financiero necesario que les permita cumplir con sus obligaciones a la vez que realizan la transición profesional deseada. Estos programas, a su vez, ayudan en la reestructuración y reorientación de las agencias, de manera que puedan lograr una mejor eficiencia operacional con menos gastos operacionales"

Entiendo que el proceso en esta tercera ronda o etapa de la ley fue hecho de forma discriminatoria, selectiva y contra la misma naturaleza y intención de l a ley la cual es la reducción de la nomina gubernamental. Además de ir en contra de las directrices del Sr. Gobernador quien expreso por los medios radiales y/o televisivos que todo el que deseara

irse podía hacerlo, por lo cual no veo razón alguna en que no me pueda acoger a dicha ley y desee irme voluntariamente.

Haciendo referencia a la carta fechada el día 30 de abril de 2012 y entregada el 14 de mayo de 2012 (SASG-NRH-DNC-26-1122) me fue denegada mi solicitud para acogerme a los beneficios de la Ley 70 supra por el artículo 17 de la referida ley que excluye a los policías activos en labores de patrullaje y que presten servicios de vigilancia y seguridad. Muy respetuosamente considero que dicho artículo no me aplica ya que llevo aproximadamente 3 años en la rama investigativa, trabajo el turno 8:00 am a 5:00 pm y disfruto una hora de almuerzo. Debido a esto ya no estoy en labores de patrullaje, vigilancia y seguridad.

Espero mi caso sea evaluado y respetuosamente solicito se declare sin lugar la determinación inicial y se me autorice a participar del programa de la ley 70 de 2010 conforme indicara en el formulario de elección sometido.

Atentamente,

Agente Jesús Guzmán Santiago
Núm. Placa 27130
División de Robos
C.I.C. Ponce

jgs



**GOBIERNO DE PUERTO RICO**

**POLICIA**

INVESTIGACIONES CRIMINALES  REGION DE PONCE
**DIVISION DE ROBO**
Tel. 787-842-3100 / 787-284-4040  Ext. 4061

9 de Noviembre de 2012

**PROSE**
Tribunal de Mayaguez

Sgto. Jorge Nazario Torres 8-16542
Director Robo CIC Ponce

**A quien pueda Interesar:**

Para informar que el Agente Jesús Guzmán Santiago placa 27130 es miembro de la División de Robo del Cuerpo de Investigaciones Criminales Región Sur, en la  Comandancia de Ponce, donde labora bajo el turno nocturno de Investigaciones del CIC, de 6:00pm a 2:00am, de lunes a viernes y hasta fines de semana en dicho turno siempre y cuando así lo exija el servicio. La presente es para que así conste, de tener alguna duda pueden comunicarse al (787)284-4040 ext. 4061 y 4835.

Todo esto para su conocimiento.

DIRIJA TODA LA CORRESPONDENCIA OFICIAL AL SUPERINTENDENTE, P O BOX 70166-8166 SAN JUAN PR 00936 – 8166 TEL. 787-793-1234

ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA

SASG-NRH-DNC-7-1-28

12 de julio de 2013

Jesús R Guzmán Santiago
Placa Número 27130
Cuerpo Investigaciones Criminales
Comandancia de Ponce
P/C Director, Región Sur

Estimado señor Guzmán Santiago:

Conforme a la Ley Número 70 de 2 de julio de 2010, conocida como "Ley del Programa de Incentivos, Retiro y Readiestramiento", establece el procedimiento para que los empleados públicos de aquellas Agencias cubiertas por esta Ley, puedan acogerse al Programa de Incentivos, Retiro y Readiestramiento.

Se recibió el Formulario de Elección, en el cual presenta su renuncia voluntaria al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios que ofrece el Artículo 4(a), Plan de Renuncia Incentivada de la Ley Núm. 70.  Conforme a su decisión acepto la misma efectivo el **15 de julio de 2013.**

Aprovecho la oportunidad para expresarle nuestro agradecimiento por los servicios prestados a la Policía de Puerto Rico y desearle éxito en aquellas actividades que emprenda en el futuro.

Cordialmente,

Héctor M. Pesquera
Superintendente

ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA

SASG-NRH-DNC-7-1-101

## CERTIFICACIÓN

Certifico que el Sr. **Jesús R Guzmán Santiago**, con número de seguro social XXX-XX-6061, fue empleado de la Policía de Puerto Rico, ocupó un puesto de Agente con placa asignada 27130.

Ingresó el 16 de octubre de 1998 y se retiró el 15 de julio de 2013, para acogerse a los beneficios de la Ley 70 de 2 de julio de 2010 **"Programa de Incentivos, Retiro y Readiestramiento, Retiro Temprano – Alternativa 4 (a)".**

Esta información fue corroborada por el Sistema de Nómina de la Policía de Puerto Rico.

Dada hoy 15 de julio de 2013, en San Juan, Puerto Rico.

Jael García Cruz
Analista en Administración de Recursos Humanos I
División de Nombramientos y Cambios




ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA

# CERTIFICACIÓN

Certifico que el Sr. Jesús R. Guzmán Santiago, seguro social XXX-XX-6061, fue empleado de la Policía de Puerto Rico, ocupó un puesto de **Agente y número de placa 27130**. Ingresó el 16 de octubre de 1998 a la Agencia y renunció el 15 de julio de 2013, para acogerse a los beneficios de la Ley 70 del 2 de julio de 2010 **"Programa de Incentivo, Retiro y Readiestramiento", Retiro Temprano Incentivado – Alternativa 4 (a).**

Actualmente el señor Guzmán Santiago, estubo recibiendo una pensión mensual por la cantidad de **$2,708.00 durante el periodo de seis meses. Su último sueldo recibido fue el 15 de enero de 2014.**

 Esta información fue corroborada por el **Sistema de Nómina de la Policía de Puerto Rico.**

Dada hoy 16 de enero de 2014, en San Juan, Puerto Rico

Yomarys Ortiz González
Auxiliar en Sistema de Oficina II
Sección de Servicios al Empleado
División de Nombramientos y Cambios

## OFICINA DEL PROCURADOR
## DEL CIUDADANO

Oficina Regional de Ponce

OMBUDSMAN
1972

Hon. Iris Miriam Ruiz Class
Procuradora

PO Box 336426,

Ponce PR 00733 6426

Tel: 787-844-2424 787-724-7373 ext. 2430

Fax: 787-842-4939

## NOTIFICACIÓN DE INTERVENCIÓN INICIAL DEL CASO (NIIC)

A tono con la facultad que nos confiere la Ley Núm. 134 del 30 de junio de 1977, según enmendada, y dada la reglamentación vigente establecida en el Reglamento Núm. 1, sobre Intervenciones, a partir del 11 de noviembre de 2010, se requiere emita contestación a la notificación dentro de los próximos cinco (5) días laborables, previo a la radicación de una reclamación formal. De necesitar información adicional, deberá comunicarse con nuestra Oficina Regional y proveer el número de la notificación recibida.

| Agencia o Instrumentalidad Pública: Policía de Puerto Rico | Num. de la Reclamación de la OPC: PON-14-02502 | Fecha: 28/03/2014 |
|---|---|---|
| Núm. de Caso de la Agencia: JESUS GUZMAN SANTIAGO, PLACA: 27130, XXX-XX-6061 | Nombre del Reclamante: Sr Jesus Guzman Santiago | |
| Facilitador de la Agencia: Capt. Margarita Moris Rivera (FAX: 787-793-6085) | Teléfono Reclamante: | Celular Reclamante: 787-538-3829 |
| | E-mail Reclamante: | |
| Referido a: | Dirección Reclamante: P O BOX 800564 COTO LAUREL PR 00780 | |
| Posición: | | |

## INFORMACIÓN O ACCIÓN SOLICITADA

### PAGO LIQ GLOBAL, DERECHO LABORAL DE TRABAJO

Alega reclamante que laboró para la Policía de Puerto Rico, en calidad de Agente, últimamente en el CIC de Ponce, en calidad de Agente Investigador, hasta el 15 de julio de 2013, fecha en que se retiró por la Ley 70, después de laborar por 14.9 años. Alega que al día de hoy, a pesar de las gestiones realizadas, la Agencia no le ha tramitado el pago por concepto de la liquidación global que le corresponde, afectando su derecho laboral de trabajo el que establece el derecho a recibir una remuneración puntual, adecuada al trabajo realizado y suficiente para satisfacer sus necesidades y las de su familia.

| Investigador: Rosa M. Burgos | Oficina Regional: Oficina Regional de Ponce | Fecha: 28/03/2014 |
|---|---|---|

Notificacion de Intervencion Inicial - OPC-116
Revisado 2010

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

ADM. SISTEMA DE RETIRO
RECIBIDO
OFICINA DE MAYAGUEZ

2014 SEP 16 PM 3: 41

# CERTIFICACION

Certifico que JESUS GUZMAN SANTIAGO, tiene radicada una Solicitud de
Reembolso de Aportaciones Ley 70 de este sistema de Retiro.
En estos momentos no recibe pago alguno, ya que la misma se encuentra
en trámites.

Esta certificación se expide hoy 16 de septiembre de 2014, en Mayagüez,
Puerto Rico.

Certifico correcto,

Omayra Torres Camacho
Gerente Auxiliar
Centro de Servicio al Cliente Mayagüez

OTORR01

Centro de Orientación y Servicio al Cliente Mayagüez
Suite 115, Vista Verde Shopping Center, Mayagüez, PR 00680
Tel: 787-754-4545, extensión 3591, 3516-3521, Fax: 787-805-0410
cesremayaguez@retiro.pr.gov

www.retiro.pr.gov



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

# CERTIFICACION

Certifico que Jesús Guzmán Santiago, Seguro Social XXX-XX-6061, es participante de este Sistema de Retiro. La Agencia para la cual presta servicios es Policía de Puerto Rico.

Según nuestros registros mecanizados cuenta con un total de **$36,701.72** en aportaciones individuales. Esta cantidad es preliminar y tentativa ya que la misma está sujeta a revisión final.

Dada a petición del interesado, hoy 5 de marzo de 2015 en Mayagüez, Puerto Rico.

Certifico correcto,

Nancy Vélez Pérez
Gerente
Centro de Orientación y Servicios de Mayagüez

lgd

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
Fax: 787-250-7152
www.retiro.pr.gov



Jesus Guzman Santiago
P.O. Box 469
Hormigueros P.R. 00660

7021 0350 0000 0600 1388




U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
OCT 09, 21
AMOUNT
**$9.56**
R2305K140633-32

1000          00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 OCT 12  PM 1:29

Oficina de Secretaria del Tribunal
Tribunal de Distrito de EE.UU., Oficina de Secretaria
Avenida Carlos Chardón 150, Suite 150
San Juan, Puerto Rico 00918- 1767