UNITED STATE DISTRIC COURT
FOR
THE DISTRIC OF PUERTO RICO

| | |
|---|---|
| MIGUEL LUNA DE JESUS<br><br>VS<br><br>THE COMMONWELTH OF PUERTO RICO<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR P.R. | Title III (17BK 3283-LTS) ID 3481<br><br>This filing relates to the Commonwealth P.R, The Financial Oversight Board and ERS.(CLAIM 1858) |

**MOTION IN OBJECTION TO THE PLAN OF ADJUSTMENT FILED BEFORE THE FEDERAL BANKRUUPTCY COURT FOR THE DISTRICT OF P.R. , ERS**

TO THE HONORABLE BANKRUPTCY COURT

    THE APPELLANT APPEARS IN HIS OWN RIGHT WHO SUBSCRIBES AND VERY RESPECTFULLY TO THE HONORABLE BANCRUPTCY COURT AND ITS JUDGE HON LAURA TAYLOR SWAIN.

**PRESENTS, ALLGES AND REQUESTS:**

1- THE PLAN IS DISCRIMINATORY AND DISRESPECTFUL FOR THOSE US WHO BUY TIME, AFRAID OF RUNNING OUT OF A PENCION IN STATE OF OLD AGE AND ILLNESS.

2- THA 8.5% PERCENT REPRESENTS ROUGHLY 15% FOR THOSE WHO BOUGHT TIME THAT ARE PAYING (LOANS, INTEREST AND USED THE SAVING).

3- THA THE INAPPROPRIATE LANGUAGE OF INCOMPATIBILITY BE AMENDED, WHEN WE ADDRESS THE CONTITUTION OF PUERTO RICO OR THE UNITED STATES OF AMERICA.

**THEREFORE, RESPECTFULLY, IT IS REQUESTED TO THE HONORABLE BANCRUPTCY COURT AND ITS JUDGE HON LAURA TAYLOR SWAIN THA THIS MONTION BE TAKEN INTO CONSIDERATION.**

IN SAN JUAN PUERO RICO, September, 21, 2021

*[signature]*
Miguel Luna de Jesús
RETIRADO
Cell. 787 595-4667