Miguel Luna de Jesus
Villa del Monte 1
Calle Monte Alto
Toa Alta P.R. 00953

United State District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste -150, San Juan P.R. 00918-1767

CERTIFIED MAIL

00918-170625