**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br><br>Debtors | PROMESA Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF CONSTITUTIONAL CHALLENGE TO A STATUTE**

To the Honorable Court:

PFZ Properties, Inc. (hereinafter, PFZ), a creditor of the Commonwealth of Puerto Rico (hereinafter, the Debtor or the Commonwealth), by and through its undersigned counsel, states and prays as follows:

1. Pursuant to Federal Rule of Civil Procedure 5.1 (a), PFZ provides Notice that its "Objection to Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. by creditor PFZ Properties, Inc." (Docket #18418) questions the

1

constitutionality of PROMESA[1], 48 U.S.C. §2101 et seq., a federal statute, insofar as the treatment of its claim for the taking of its property without just compensation, as required by the Fifth Amendment to the Constitution of the United States, is concerned.

2. This Notice has been served on the U.S. Attorney as required by Rule 5.1.

3. PFZ requests the Court, pursuant to 28 U.S.C. sec 2403, to certify to the Attorney General said challenge to the constitutionality of PROMESA and issue an order accordingly. A proposed order is included as an exhibit to this Notice.

WHEREFORE, PFZ Properties Inc. requests from the Honorable Court to take notice of the above provided information and to certify to the Attorney General the challenge to the constitutionality of PROMESA.

**RESPECTFULLY SUBMITTED.**

---

[1] In 2016, the Commonwealth of Puerto Rico was in a severe financial crisis. It had defaulted in some of its debts and was operating with a chronic deficit. As a consequence, on June 30, 2016, President Barack Obama signed into law the Puerto Rico Oversight Management and Economic Stability Act (PROMESA). Title III of PROMESA provides for debt restructuring, similar to a bankruptcy case and out of court debt restructuring for the Commonwealth and its instrumentalities. Title III incorporates many provisions of the United States Bankruptcy Code, Title 11 of the United States Code. PROMESA also created the Financial Oversight and Management Board ("FOMB"). The FOMB is the sole representative of the Commonwealth, with authority to propose a plan of

In San Juan, Puerto Rico, this 13th day of October 2021.

| | |
|---|---|
| /s/ DAVID CARRION BARALT<br>USDC PR 207214<br>Attorney for PFZ Properties<br>P.O. Box 364463<br>San Juan, P.R. 00936-4463<br>Tel. (787) 758-5050<br>E-mail: davidcarrionb@aol.com | /s/ RUSSELL A. DEL TORO<br>USDC PR 121302<br>Attorney for PFZ Properties<br>Cond. Condado Princess<br>#2 Calle Washington 304<br>San Juan, Puerto Rico 00907<br>Telephone (787) 529-6502<br>E-mail: rdeltoro@dtslaw.com<br>russell.deltoro.sosa@gmail.com |

/s/ JOSE ÁNGEL REY
USDC PR 118103
Attorneys for PFZ Properties
P.O. Box 10127
San Juan, P.R. 00908-1127
Tel. (787) 396-2600
E-mail: joseangelrey46@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2021, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system, which will send a notification to all attorneys of record. Also, a copy of this Notice has been served on the United States Attorney via certified mail to U.S. Department of Justice, Civil Division, 950 Pennsylvania, N.W. Washington, D.C. 20530-0001; and to the U.S. Attorney for the District of Puerto Rico, Torre Chardón, Suite 1201, 350 Carlos Chardón Street, San Juan, PR 00918.

/s/ David Carrión Baralt
DAVID CARRION BARALT

---

adjustment of the Commonwealth's debt.