**United States District Court**

**District of Puerto Rico**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br><br>Debtors | PROMESA Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

**Order of Certification Pursuant to 28 U.S.C. § 2403(a)**

Pursuant to 28 U.S.C. § 2403(a), the Court hereby certifies to the Attorney General of the United States that the constitutionality of the *Puerto Rico Oversight Management and Economic Stability Act (PROMESA)*, 48 U.S.C. §2101 et seq. is drawn into question in this case. Specifically, certain objectors assert that PROMESA is unconstitutional if it allows the discharge or impairment of their claims for just compensation arising under the Fifth and Fourteenth Amendments to the United States Constitution. (Dkt. #18418)

The Court permits the United States to intervene for argument on the question of the constitutionality of PROMESA as it is

applied to said claims and shall, subject to the applicable provisions of law, have all the rights of a party. The Court requests that the Attorney General file a brief addressing these issues by the __ day of _____, 2021.

The clerk shall serve this certification upon the Attorney General and the United States Attorney for the District of Puerto Rico by certified mail.

It is so ordered.

                                        Laura Taylor Swain
                                      United States District Judge