Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Hernández Zayas_

Participant's Address: _P.O. Box 97 - Cidra, P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Ley Promesa_

By: _Juanita Hernández Zayas_
Signature

_Juanita Hernández Zayas_
Print Name

_____
Title (if Participant is not an individual)

_9/ 24/ 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juanita Hernández Zayas
P.O. Box 97
Cidra, P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

2021 OCT 13  PM 5: 19

Court's Clerk's Office
United States Court's Clerk's Office
Office 150 Ave Carlos Chardon Ste.
150, San Juan Puerto Rico
00918-1767



FOREVER   USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Enekath Báez Báez

Participant's Address:    Urb. Villas de RioGrande, AC-6 Calle 24, RioGrande PR 00745

Participant's Email Address:    elhanan526@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    49309

Nature of Claim:    Promesa Title III

By:    _Enekath Báez Báez_
    Signature

Enekath Báez Báez
Print Name

_____
Title (if Participant is not an individual)

27 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From
Enekeeth Báez Báez
U.b. Villa de Río Grande
AC-4 Calle 24
Río Grande, PR 00745

To United States District Court
150 Ave. Carlos Chardón St. 150
San Juan, PR 00918-1767

7018 0360 0001 1535 8208

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE

1005          00918

U.S. POSTAGE PAID
FC PKG RTL
RIO GRANDE, PR
00745
OCT 09, 21
AMOUNT
**$11.10**
R2305M148426-09