**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>Jointly Administered |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY**
**FOR CONFIRMATION OF PLAN OF ADJUSTMENT**

Citigroup Global Markets Inc. hereby submits this *Notice Of Intent To Participate In Discovery* for confirmation of the *Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified or supplemented, pursuant to the Court's *Order Establishing Procedures And Deadlines Concerning Objections To Confirmation And Discovery In Connection Therewith*, [Dkt. No. 17640], and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      **Participant's contact information, including email address and that of its counsel**:

| | |
|---|---|
| Participant's Name: | Citigroup Global Markets Inc. |
| Participant's Address: | 388 Greenwich Street<br>New York, NY 10013 |
| Name and Addresses of Counsel: | Goodwin Procter LLP<br>620 Eighth Avenue, New York, NY 10016<br>Attn: Marshall Fishman, Meghan Spillane, Howard Steel, Stacy Dasaro, Artem Skorostensky |
| | Morrell, Cartagena & Dapena LLC<br>PO Box 13399<br>San Juan, Puerto Rico 00908<br>Attn: Ramón E. Dapena, Iván Lladó |
| Email Addresses of Counsel: | mfishman@goodwinlaw.com<br>mspillane@goodwinlaw.com<br>hsteel@goodwinlaw.com<br>sdasaro@goodwinlaw.com<br>askorostensky@goodwinlaw.com<br>ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com |

2.      **Participant's Claim Number and the Nature of Participants Claim**

| | |
|---|---|
| Claim Number: | 174420 |
| Nature of Claim: | Claims related to the underwriting and issuance of certain bonds. |

**Respectfully submitted,**

Dated: October 14, 2021

| | |
|---|---|
| **GOODWIN PROCTER LLP**<br><br>/s/ Marshall H. Fishman<br>Marshall H. Fishman (*Pro Hac Vice*)<br>Meghan K. Spillane (*Pro Hac Vice*)<br>Howard S. Steel (*Pro Hac Vice*)<br>Stacy A. Dasaro (*Pro Hac Vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Fax: (212) 355-3333<br>E-mail: mfishman@goodwinlaw.com<br>E-mail: mspillane@goodwinlaw.com<br>E-mail: hsteel@goodwinlaw.com<br>E-mail: sdasaro@goodwinlaw.com<br><br>*Counsel for Citigroup Global Markets Inc.* | **MORELL, CARTAGENA & DAPENA LLC**<br><br>/s/ Ramón E. Dapena<br>Ramón E. Dapena<br>USDC-PR No. 125005<br>PO Box 13399<br>San Juan, Puerto Rico 00908<br>Telephone: (787) 723-1233<br>Fax: (787) 723-8763<br>Email: ramon.dapena@mbcdlaw.com<br>Email: ivan.llado@mbcdlaw.com<br><br>*Counsel for Citigroup Global Markets Inc.* |

**I HEREBY CERTIFY** that on October 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**MORELL, CARTAGENA & DAPENA LLC**

/s/ Ramón E. Dapena
Ramón E. Dapena
USDC-PR No. 125005
PO Box 13399
San Juan, Puerto Rico 00908
Telephone: (787) 723-1233
Fax: (787) 723-8763
Email: ramon.dapena@mbcdlaw.com
Email: ivan.llado@mbcdlaw.com

*Counsel for Citigroup Global Markets Inc.*