# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br>Jointly Administered |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF PLAN OF ADJUSTMENT

Morgan Stanley & Co. LLC hereby submits this *Notice Of Intent To Participate In Discovery* for confirmation of the *Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified, or supplemented, pursuant to the Court's *Order Establishing Procedures And Deadlines Concerning Objections To Confirmation And Discovery In Connection Therewith* [Dkt. No. 17640], and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant's contact information, including email address, and that of its counsel:**

| | |
|---|---|
| Participant's Name: | Morgan Stanley & Co LLC |
| Participant's Address: | 1585 Broadway Ave.<br>New York, NY 10036 |
| Names and Addresses of Counsel: | Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West, New York, NY 10001<br>Attn: Julie Cohen<br><br>Saldaña, Carvajal & Vélez-Rivé, P.S.C.<br>166 Ave. de la Constitución, San Juan, PR 00901<br>Attn: Ángel Rotger-Sabat |
| Email Address of Counsel | julie.cohen@skadden.com<br>arotger@scvrlaw.com |

Respectfully submitted,

Dated: October 14, 2021

| | |
|---|---|
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.** |
| /s/ *Julie E. Cohen* | /s/ *Ángel Rotger-Sabat* |
| Julie E. Cohen (*Pro Hac Vice*) | Ángel Rotger-Sabat |
| One Manhattan West | USDC-PR No. 208601 |
| New York, NY 10001 | 166 Avenida de la Constitución |
| Telephone: (212) 735-3000 | San Juan, Puerto Rico 00901 |
| Facsimile: (212) 735-2000 | Telephone: (787) 289-9250 |
| Email: julie.cohen@skadden.com | Facsimile: (787) 289-9253 |
| New York, NY 10001 | Email: arotger@scvrlaw.com |

*Counsel for Morgan Stanley & Co. LLC*

**I HEREBY CERTIFY** that on October 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send automatic notifications of such filing to all attorneys of record.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**

/s/ *Ángel Rotger-Sabat*
Ángel Rotger-Sabat
USDC-PR No. 208601
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Telephone: (787) 289-9250
Facsimile: (787) 289-9253
Email: arotger@scvrlaw.com

*Counsel for Morgan Stanley & Co. LLC*