**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                       Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Master Service List attached hereto as **Exhibit A**:

- Second Joint Informative Motion to Notify Schedule of Upcoming Depositions and Procedures for Attendance of the Same [Docket No. 18451]

- Reply in Support of Evidentiary Objection to the Expert Report of Lizette Martinez Attached as Exhibit A to the DRA Parties' Reply to the Objection to the DRA Parties' Motion for Allowance of Administrative Expense Claim (ECF No. 18244) [Docket No. 18452]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Eleventh Interim Fee Application of Ernst & Young LLP, as Financial Advisor to the Financial Oversight and Management Board for Puerto Rico, for Title III Services Rendered and Reimbursement of Expenses for the Period from February 1, 2021 through May 31, 2021 [Docket No. 18454]

Dated: October 14, 2021

*/s/ Matthew Gonzalez*
Matthew Gonzalez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 14, 2021, by Matthew Gonzalez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 57195

## **Exhibit A**

Exhibit A
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Cooperativa De Ahorro Y Credito Dr. Manuel Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa De Ahorro Y Credito De Ciales, Cooperativa De Ahorro Y Credito Juana Diaz | Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo<br>PO Box 191757<br>San Juan PR 00919-1757 |
| Federal Agency | AmeriCorps | Attn: Sonali Nijhawan<br>1201 New York Ave., NW<br>Washington DC 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor<br>PO Box 810190<br>Carolina PR 00981-0190 |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84<br>San Juan PR 00936 |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709<br>Ponce PR 00733-1709 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Lloyd J. Austin III<br>1400 Defense Pentagon<br>Washington DC 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Jennifer M. Granholm<br>1000 Independence Ave., SW<br>Washington DC 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas<br>Secretary of Homeland Security<br>Washington DC 20528-0075 |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge<br>451 7th Street., SW<br>Washington DC 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Xavier Becerra<br>200 Independence Ave, SW<br>Washington DC 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Deb Haaland<br>1849 C St., NW<br>Washington DC 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Pete Buttigieg<br>1200 New Jersey Ave., SE<br>Washington DC 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough<br>810 Vermont Ave., NW<br>Washington DC 20420 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel<br>45 L Street NE<br>Washington DC 20554 |

Exhibit A
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell<br>500 C St., SW<br>Washington DC 20472 |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128<br>San Juan PR 00936-8128 |
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers<br>6165 Isla Verde Ave<br>Carolina PR 00979-5729 |
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | 128 Apartamento 201<br>Edificio Bernardo Torres, Sector La Trocha<br>Yauco PR 00698 |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE<br>PO Box 13978<br>San Juan PR 00908-3978 |
| Counsel to NextGen Healthcare, Inc. and Quality Systems, Inc. | Kane Russell Coleman Logan PC | Attn: Paul J. Hammer<br>5051 Westheimer Road, 10th Floor<br>Houston TX 77056 |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President<br>PO Box 1446<br>San German PR 00683 |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan PR 00919-2296 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 |
| Counsel to Steve Schoenberg IRA, Steve and Sharon Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP | McNamee Lochner P.C. | Attn: General Counsel<br>20 Corporate Woods Blvd<br>Ste 4<br>Albany NY 12211-2396 |
| Counsel to Metro Pavia Health System | Metro Pavia Health System | Attn: Zarel J Soto Acaba<br>PO Box 3180<br>Carolina PR 00984 |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | PO Box 2319<br>Toa Baja PR 00951-2319 |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>PO Box 364267<br>San Juan PR 00936-4267 |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan PR 00936-2350 |

Exhibit A
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja PR 00951-2316 |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>304 Ponce de Leon Avenue<br>Suite 990<br>San Juan PR 00918-2029 |
| Federal Agency | Small Business Administration (SBA) | Attn: Dilawar Syed<br>409 3rd St., SW<br>Washington DC 20416 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward<br>950 Pennsylvania Ave., NW<br>Rm 3131<br>Washington DC 20530 |
| Counsel for Luis J. Costas-Russell | Ubarri & Roman Law Office | Attn: David W. Roman<br>PO Box 79564<br>Carolina PR 00984-9564 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33<br>San Juan PR 00936-8344 |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 |
| Federal Agency | US Army Corps of Engineers | Attn: Scott A. Spellmon<br>441 G St., NW<br>Washington DC 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 |
| Federal Agency | US Department of Agriculture | Attn: Thomas J. Vilsack<br>1400 Independence Ave., SW<br>Washington DC 20250 |
| Federal Agency | US Department of Commerce | Attn: Gina M. Raimondo<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Miguel Cardona<br>400 Maryland Ave., SW<br>Washington DC 20202 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 3 of 4

Exhibit A
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | US Department of Justice (DOJ) | Attn: Merrick Garland<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Martin J. Walsh<br>200 Constitution Ave NW<br>Washington DC 20210 |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna A. Maldonado-Rivera | Popular Center-9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan PR 00918 |
| Counsel to Marie Algarín Serrano, Sandra Ayala Cruz, María Luisa Vélez Quiñones, Gamaliel Sánchez Pellot | Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado<br>P O Box 22518<br>San Juan PR 00931 |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman<br>10100 Santa Monica Blvd<br>Ste 1400<br>Los Angeles CA 90067-4140 |
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez<br>902 Fernandez Juncos Ave<br>San Juan PR 00907 |