Mildred Batista De León
PO Box. 1259
Saint Just, PR 00978

Case Num. 22668
Objection to the Plan of Adjustment

To the Honorable Laura Taylor Swain

Mrs. Mildred Batista De León, appears as creditor, who very respectfully STATES, ALLEGES AND REQUESTS that:

1. As a creditor in Title III subject to the Adjustment Plan, filed by the Fiscal Control Board.

2. The reason why I object to the filed Adjustment Plan is that it "discriminates unfairly" as a creditor. Since the Administration of the Retirement Systems of Government Employees did not know how to manage and guard the retirement funds efficiently so that active participants like this servant could have an assured income after having dedicated fruitful years of their lives to public service.

3. What I consider discriminatory is that the Fiscal Supervision Board has to increase the age and reduce the pension payment since it is considered unfair as a participant in the Government Employees Retirement System. Leading me to have an unfair retirement, for which this servant had years contributing. Which I consider that it would be fair to make an Adjustment Plan appropriate to these times. Since it would lead us to misery and poverty.

FOR EVERYTHING WHICH, object of the Adjustment Plan, submitted by the Fiscal Control Board.

To this end, I submit my objection for the record:

Today, October 13, 2021.

Sincerely,

*Mildred Batista De León*

Mildred Batista De León