MILDRED BATISTA DE LEON
PO BOX. 1259
SAINT JUST, PR 00978



NEOPOST
10/12/2021
US POSTAGE $001.16⁰

ZIP 00976
041M11462882



TRIBUNAL DE DISTRITO DE EE.UU.
OFICINA DE SECRETARIA
AVENIDA CARLOS CHARDON 150
SUITE 150 SAN JUAN, PUERTO RICO 00918-1767