JAVIER ALEJANDRINO OSORIO
PO BOX. 1259
SAINT JUST, PR  00978

NEOPOST
10/12/2021
US POSTAGE $001.16

ZIP 00976
041M11462882

RECEIVED
CLERK
U.S. DISTRICT COURT
2021 OCT 14  PM 4:38

TRIBUNAL DE DISTRITO DE EE.UU.
OFICINA DE SECRETARIA
AVENIDA CARLOS CHARDON 150
SUITE 150   SAN JUAN, PUERTO RICO 00918-1767