13 Sept. 2021

A Quien Pueda Interesar:

Por Este Medio, Estoy
Solicitando, Se reuise mi Caso
ya que Cuando Solicite,
personalmente Entregue el Formulario
(La Solicitud,) En Aguas P.R.
Donde habia un personal
Recibiendo Las Solicitudes y
Me indicaron, que estaba en
el tiempo reglamentario.
Por Favor, Les Estoy
Apelando, ya que no estoy
de Acuerdo Con La Decision
Tomada por que Soy
Elegible, para Continuar el
Caso
Gracias Anticipadas.

Dauis Rodriguez Carrero.

# Solicitud. 158327

Tel - 863 - 844 - 3708
Casa: 787 - 737 - 5708