Damaris Rodriguez
C/1 #100
Jardines de Curbo PR.
00778

Tribunal de Distrito de Los E.U.
Sala 150 edificio Federal
San Juan P.R. 00918-1767