Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Armando Pilar Belardo Belford

Participant's Address: Urb. Altamira H-13 Oceano Street Fajardo, P.R. 00738

Participant's Email Address: armando_vgs@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55593

Nature of Claim: Pack ID: 54074 HMLID: 614679

By: [signature]
Signature

Armando P. Belardo Belford
Print Name

_____
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Armando P. Belardo Belford
Urb. Altamira H-13 Oceano Street
Fajardo, P.R. 00738

CERTIFIED MAIL
7020 2450 0001 8015 1866

00918-170625



U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
OCT 08, 21
AMOUNT
$7.38
R2304M113155-08

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Case:17-03283-LTS Doc#:18509-1 Filed:10/15/21 Entered:10/15/21 11:08:58 Desc:
Pro se Notices of Participation Page 3 of 4

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Federico Ortiz Cruz

Participant's Address: 265 Security Dr. U102
Fond Du Lac, WI 54935-

Participant's Email Address: federicoortizcruz36@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: FOrtB
Signature

Federico Ortiz Cruz
Print Name

_____
Title (if Participant is not an individual)

10/11/2020
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**FROM:**
Federico Ortiz Cruz
765. Security Dr U-102
Fond Du Lac. WI.
54935-8206

**TO:**
Discovery notice to
the Court's Clerk's Office
at United States
District Court's Clerk's Office
150 Ave. Carlos Chardon
ste 150
San Juan, P.R. 00918-1767

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

PRIORITY MAIL 3-DAY®
US POSTAGE PAID $8.70
Origin: 54935
10/12/21
5629300956-19
0 Lb 3.50 Oz
1006
EXPECTED DELIVERY DAY: 10/16/21
C018

USPS TRACKING® #
9505 5117 8264 1285 7006 22