UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER DENYING DRA PARTIES' URGENT MOTION
FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO THEIR
OBJECTION TO CONFIRMATION OF THE SEVENTH AMENDED TITLE III
JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL.

      Upon consideration of the *DRA Parties' Urgent Motion for Leave to Exceed Page Limit with Respect to Their Objection to Confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 18499 in Case No. 17-3283, the "Urgent Motion"),[2] seeking leave allowing the DRA Parties to file an Objection to the Plan in excess of the thirty-five (35) page limit set forth at CMP Order ¶ I.E., the Court hereby finds and determines that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and (iv) the Court having determined the legal and factual bases set

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not defined herein have the meanings ascribed in the Urgent Motion.

forth in the Urgent Motion establish just cause for partial relief requested therein, the Court hereby grants in part and denies in part the Urgent Motion and orders that:

1. The DRA Parties are authorized to file an Objection to confirmation of the Plan of no more than seventy-five (75) pages in length, exclusive of the cover page, tables of contents and authorities, signature page, exhibits and the certificate of service.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and interpretation of this Order.

3. This Order resolves Docket Entry No. 18499 in Case No. 17-3283.

SO ORDERED.

Dated: October 15, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge