**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
|    as representative of | |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
|                         Debtors.[1] | |

-------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Craig E. Johnson, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the Solicitation, Notice, and Claims Agent for the Debtors in the above-captioned case under Title III of PROMESA.[2]

On September 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- *Order Granting Modification of Certain Deadlines in Solicitation Procedures Order and Confirmation Procedures Order*, [Docket No. 18258] (the "***Deadline Extension Notice***").

On September 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Deadline Extension Notice to be served via First Class Mail on the "Core/2002 Service List" attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] At various points in its engagement, Prime Clerk is also referenced as the "Balloting Agent".

On September 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Deadline Extension Notice to be served via overnight mail or next day business service on the banks, brokers, dealer's agents, nominees or their agents identified on the service list attached hereto as **Exhibit C** (collectively, the "*Nominees*"). The Nominees were provided with instructions and sufficient quantities to distribute the Deadline Extension Notice to the beneficial holders of the Debtors' public securities.

In addition to the hard copy service detailed above, on September 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Deadline Extension Notice to be served via email on the service list attached hereto as **Exhibit D.**

Dated: October 13, 2021

                                                                                          */s/ Craig E. Johnson*
                                                                                          Craig E. Johnson

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 13, 2021, by Craig E. Johnson, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 56941 & 56950