**Exhibit B**
Core Service List
Served via first class mail

| NAME | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| A & E Group, Corp. | Attn: President or General Counsel | PMB 382 PO Box 7891 | | Guaynabo | PR | 00978 | |
| A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas | 434 Avenida Hostos | | San Juan | PR | 00918 | |
| Adm. Servicios Generales | Attn: President or General Counsel | PO Box 195568 | 34 Calle Orquidea | San Juan | PR | 00919-5568 | |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | PO Box 70294 | | San Juan | PR | 00936-8294 | |
| Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer | Excelerate Energy Limited Partnership | 2445 Technology Forest Blvd., Level 6 | The Woodlands | TX | 77381 | |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini, Brad M. Kahn | One Bryant Park | | New York | NY | 10036 | |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Thomas P. McLish, Scott M. Heimberg, Allison S. Thornton | 2001 K Street, N.W. | | Washington | DC | 20006 | |
| Aldarondo & López-Bras, P.S.C. | Rodríguez-Burns | ALB Plaza, Suite 400 | 16 Rd. 199 | Guaynabo | PR | 00969 | |
| Alexandra Bigas Valedon | | PO Box 7462 | | Ponce | PR | 00732-7462 | |
| Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle | Apartado 10140 | | Humacao | PR | 00972 | |
| Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo | PO Box 191757 | | San Juan | PR | 00919-1757 | |
| American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz | 1101 17th Street NW | Suite 900 | Washington | DC | 20011 | |
| AmeriCorps | Attn: Sonali Nijhawan | 1201 New York Ave., NW | | Washington | DC | 20525 | |
| AmeriNat | Attn: Mark Fredericks, Francisco De Armas | Ponce de Leon Ave. #1519 | Firstbank Bldg., Suite 1406 | San Juan | PR | 00908 | |
| Andrés L. Córdova | | PO Box 195355 | | San Juan | PR | 00919-533 | |
| Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 | |
| Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen, Jose L. Ramirez-Coll & Carolina V. Cabrera Bou | PO Box 13128 | | San Juan | PR | 00908 | |
| Antonio Fuentes-González | | G.PO Box 7764 | | Ponce | PR | 00732-7764 | |
| Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | PMB 688 | 1353 Ave. Luis Vigoreaux | Guaynabo | PR | 00966 | |
| Arthur Samodovitz | | 200 Rano Blvd. #4C-27 | | Vestal | NY | 13850 | |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | | PO Box 71325 Suite 84 | | San Juan | PR | 00936 | |
| Autonomous Municipality of Ponce | | PO Box 331709 | | Ponce | PR | 00733-1709 | |
| Autopistas de PR, LLC | Attn: Xavier Carol | PO Box 29227 | | San Juan | PR | 00929-0227 | |
| Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 | |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | 48 Carr. 165 | Ste. 500 | Guaynabo | PR | 00968-8033 | |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | PO Box 12004 | | San Juan | PR | 00922 | |
| Badillo Saatchi & Saatchi Inc. | Attn: President or General Counsel | A-16 Calle Genova Ext. Villa Caparra | | Guaynabo | PR | 00966 | |
| Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. | 1000 N. West Street | Suite 1500 | Wilmington | DE | 19801 | |
| Bauza Brau Irizarry & Silva | Attn: Antonio Bauza-Santos, Guillermo J. Silva-Wiscovich | PO Box 13669 | | San Juan | PR | 00908 | |
| Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | PO Box 194927 | | San Juan | PR | 00919-4927 | |
| Bennazar, García & Milián, C.S.P. | Attn:: A.J. Bennazar-Zequeira | Apartado Postal 194000 #212 | | San Juan | PR | 00919-4000 | |
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco | Edificio Union Plaza, Piso 17, Oficina 1701 | Avenida Ponce de León #416 | Hato Rey, San Juan | PR | 00918 | |
| Bermúdez Díaz & Sánchez LLP | Attn: José J. Sánchez Vélez, Esq. & Reggie Diaz Hernandez, Esq. | Edificio Ochoa Suite 200 | 500 Calle de la Tanca | San Juan | PR | 00901 | |
| Bobonis, Bobonis & Rodriguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás | 129 De Diego Avenue | | San Juan | PR | 00911-1927 | |
| Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq. | 601 Thirteenth Street NW | | Washington | DC | 20005 | |
| Brown Rudnick LLP | Attn: Sunni P. Beville, Esq. | One Financial Center | | Boston | MA | 02111 | |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR | 00717 | |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | PO Box 10779 | | Ponce | PR | 00732 | |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno, Wendolyn Torres Rivera | 472 Tito Castro Ave | Edificio Marvesa, Suite 106 | Ponce | PR | 00716 | |
| Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda | PO Box 365072 | | San Juan | PR | 00936-5072 | |
| Butler Snow, LLP | Attn: Adam M. Langley, James E. Bailey III | Crescent Center, Suite 500 | 6075 Poplar Avenue | Memphis | TN | 38187 | |
| Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | 1020 Highland Colony Parkway | Suite 1400 | Ridgeland | MS | 39157 | |
| Butler Snow, LLP | Attn: Martin Sosland, Esq. | 2911 Turtle Creek Blvd. | Suite 1400 | Dallas | TX | 75219 | |
| Butler Snow, LLP | Attn: Stanford G. Ladner | 1700 Broadway, 41st Floor | | New York | NY | 10019 | |
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | San Jose Street #254 | Suite 5 | Old San Juan | PR | 00901-1253 | |
| Cadwalader, Wickersham & Taft, LLP | Bull, William J. Natbony, and Jaclyn A. Hall | 200 Liberty Street | | New York | NY | 10281 | |
| Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | 700 Sixth Street, NW | | Washington | DC | 20001 | |
| Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq. | MCS Plaza, Suite A-267 | 255 Ave. Ponce de León | San Juan | PR | 00917 | |
| Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Anguiera & Katiuska Bolanos-Lugo, Carlos M. Rivera-Vicente | PO Box 364966 | 403 Munoz Rivera Avenue | San Juan | PR | 00918-3345 | |
| Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Cardona Jimenez | PO Box 9023593 | | San Juan | PR | 00902-3593 | |
| Caribbean Hospital Corporation | Attn: Dr. Sylvia Lourdes de la Peña | PO Box 11691 | | San Juan | PR | 00922 | |
| Carla T. Rodríguez Bernier | | PO Box 7743 | | Ponce | PR | 00732 | |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | | PO Box 9020895 | | San Juan | PR | 00902-0895 | |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | San Juan | PR | 00909 | |
| Carlos E. Cardona-Fernández | | PO Box 810412 | | Carolina | PR | 00981-0412 | |
| Carlos E. Rivera-Justiniano | | C-2 C/6 Urb. Terrazas de Cupey | | Trujillo Alto | PR | 00976 | |
| Carlos Fernandez-Nadal, Esq. | | 818 Hostos Ave. | Ste. B | Ponce | PR | 00716 | |
| Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | 24 Mariana Bracetti | 2nd Floor | San Juan | PR | 00925 | |
| Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | PO Box 364924 | | San Juan | PR | 00936-4924 | |
| Casillas, Santiago & Torres, LLC | Attn: Diana M. Batlle-Barasorda, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | |
| Casillas, Santiago & Torres, LLC | Attn: Ericka C. Montull-Novoa, Juan C. Nieves-González, Luis R. Ramos Cartagena | PO Box 195075 | | San Juan | PR | 00919-5075 | |
| Casillas, Santiago & Torres, LLC | Attn: Luis F. Llach-Zúñiga | PO Box 195075 | | San Juan | PR | 00919-5075 | |
| Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 | |
| Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | Daniel Patrick Moynihan United States Courthouse | 500 Pearl St., Suite No. 3212 | New York | NY | 10007-1312 | |
| Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | 356 Fortaleza Street | Second Floor | San Juan | PR | 00901 | |
| Charlie Hernandez Law Offices | Attn: Charlie M. Hernández | 206 Tetuán Street, Suite 701 | | Old San Juan | PR | 00901-1839 | |
| Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | One Boland Drive | | West Orange | NJ | 07052 | |
| Choate, Hall & Stewart, LLP | Attn: Saige Jutras Oftedal & Douglas R. Gooding | Two International Place | | Boston | MA | 02110 | |
| Cintron-Garcia Law | Attn: Carlos A. Cintron Garcia, Esq. | PO Box 7222 | | Caguas | PR | 00726-7222 | |
| Coalición de Organizaciones Anti Incineración, Inc. & Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty | Valle Escondido #9 | | Guaynabo | PR | 00971-8000 | |
| Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | PO Box 9478 | | San Juan | PR | 00908-9478 | |
| Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara | 330 West 42nd Street | | New York | NY | 10036-6979 | |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | 1225 Ponce de León Ave | VIG Tower Ste 1503 | San Juan | PR | 00907 | |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | PO Box 361920 | | San Juan | PR | 00936-1920 | |
| Comité Diálogo Ambiental, Inc. | Attn: Víctor Alvarado | Urb. Las Mercedes | Calle 13 #71 | Salinas | PR | 00751 | |
| Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz | HC04 Box 6901 | | Yabucoa | PR | 00767-9511 | |
| Constructora Santiago II, Corp. | Attn: Eng. José López | PO Box 364925 | | San Juan | PR | 00936-4925 | |
| Cordova & Dick, LLC | Attn: Brian M. Dick Biascoechea | #403 Calle 12 de Octubre | Urb. El Vedado | San Juan | PR | 00918 | |
| Cordova & Dick, LLC | Attn: Brian M. Dick Biascoechea | PO Box 194021 | | San Juan | PR | 00919-4021 | |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | #403 Calle 12 de Octubre | Urb. El Vedado | San Juan | PR | 00918 | |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | PO Box 194021 | | San Juan | PR | 00919-4021 | |
| Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet, Sergio E. Criado & Rocío Del Mar Valentín Colón | Centro Internacional de Mercadeo, Torre II | # 90 Carr. 165, Suite 407 | Guaynabo | PR | 00968 | |
| Correction Corporation of America | Attn: President or General Counsel | 10 Burton Hills Boulevard | | Nashville | TN | 37215 | |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | MCS Plaza, Suite 800 | 255 Ponce de León Ave. | Hato Rey | PR | 00918 | |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | PO Box 71449 | | San Juan | PR | 00936-8549 | |
| Crufon Construction Corp | Attn: President or General Counsel | PO Box 4101 | | Vega Baja | PR | 00694-4101 | |
| Daniel Molina López, Esq. | | PO Box 223 | | Las Piedras | PR | 00771 | |
| David Carrion Baralt | | PO Box 364463 | | San Juan | PR | 00936-4463 | |
| Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby | 450 Lexington Avenue | | New York | NY | 10017 | |
| De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. | PO Box 79552 | | Carolina | PR | 00984-9552 | |
| Debevoise & Plimpton, LLP | Attn: Craig A. Bruens, Esq., & Elie J. Worenklein, Esq., Andrew Ceresney, Lisa Zornberg | 919 Third Avenue | | New York | NY | 10022 | |

Exhibit B
Core Service List
Served via first class mail

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor | 1095 Avenue of the Americas | | New York | NY | 10036 |
| Dechert, LLP | Attn: G. Eric Brunstad, Jr. | 90 State House Square | | Hartford | CT | 06103 |
| Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104 |
| Del Valle Group Sp | Attn: President or General Counsel | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | PO Box 11750 | Fernández Juncos Station | San Juan | PR | 00910-1750 |
| Delgado Miranda Law Offices, LLC | Attn: Briseida Y. Delgado-Miranda | PMB 112, 130 Winston Churchill Ave., Ste. 1 | | San Juan | PR | 00926 |
| Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Department of Defense (DOD) | Attn: Lloyd J. Austin III | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Department of Energy (DOE) | Attn: Jennifer M. Granholm | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas | Secretary of Homeland Security | | Washington | DC | 20528-0075 |
| Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge | 451 7th Street., SW | | Washington | DC | 20410 |
| Department of Human and Health Services | Attn: Xavier Becerra | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | PO Box 9020192 | | San Juan | PR | 00902-0192 |
| Department of the Interior (DOI) | Attn: Deb Haaland | 1849 C St., NW | | Washington | DC | 20240 |
| Department of Transportation (DOT) | Attn: Pete Buttigieg | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Depto Trabajo Y Recursos Humanos | Attn: Edif. Prudencio Rivera Martinez | 505 Ave. Muñoz Rivera | | San Juan | PR | 00919-5540 |
| Despacho Jurídico Ramos Luina LLC | Attn: Guillermo J Ramos Luina | PO Box 22763 | UPR Station | San Juan | PR | 00931 |
| Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | PMB 443 Suite 112 | 100 Grand Paseos Blvd | San Juan | PR | 00926-5902 |
| Deya Elevator Service Inc | Attn: President or General Counsel | 680 Calle Cesar Gonzalez | | San Juan | PR | 00918-3912 |
| Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | PO Box 2000 | | Caguas | PR | 00726-2000 |
| Diego Corral González | Attn: Diego Corral González | 1454 Fernández Juncos Avenue | | San Juan | PR | 00909 |
| DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | Edificio Ochoa, Suite 401 | 500 Calle de la Tanca | San Juan | PR | 00901-1969 |
| DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Donna A. Maldonado-Rivera | | Popular Center-9th Floor | 209 Muñoz Rivera Ave. | San Juan | PR | 00918 |
| DRC Corporation | Attn: President or General Counsel | PO Box 70202 | | San Juan | PR | 00936 |
| Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan | 894 Munoz Rivera Ave. | M.A.S. Building - Suite 206 | Rio Piedras | PR | 00927 |
| Edgardo Muñoz, PSC | Attn: Edgardo Muñoz | PO Box 360971 | | San Juan | PR | 00936-0971 |
| El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz | 800 Ave. RH Todd | Suite 318 (Piso 3), Comercial 18, Pda. 18 | Santurce | PR | 00907 |
| Elián N. Escalante De Jesús, Esq. | | PMB 401 PO Box 7891 | | Guaynabo | PR | 00970 |
| Environmental Protection Agency (EPA) | Attn: Michael S. Regan | 1200 Pennsylvania Ave., NW | | Washington | DC | 20460 |
| Epstein Becker & Green, P.C. | Attn: Wendy G. Marcari | 875 Third Avenue | | New York | NY | 10022 |
| Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria, Francisco A. Ojeda-Diez | P. O. Box 9023596 | | San Juan | PR | 00902-3596 |
| Evertec Group LLC | Attn: President or General Counsel | PO Box 364527 | | San Juan | PR | 00936-4527 |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | PO Box 11397 | Fernández Juncos Station | San Juan | PR | 00910-2497 |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | Urb. Hyde Park | 249 Las Marías St. | San Juan | PR | 00927 |
| Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco | 2200 Wells Fargo Center | 90 S. 7th Street | Minneapolis | MN | 55402 |
| Federación de Maestros de Puerto Rico | | Urbanización El Caribe No. 1572 | Ponce de León Avenue | San Juan | PR | 00927 |
| Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel | 45 L Street NE | | Washington | DC | 20554 |
| Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell | 500 C St., SW | | Washington | DC | 20472 |
| Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman | 1129 20th Street, NW | Fourth Floor | Washington | DC | 20036 |
| Félix J. Montañez-Miranda | | PO Box 364131 | | San Juan | PR | 00936-4131 |
| Fernández Cuyar Rovira & Plá LLC | Attn: Juan A. Cuyar Cobb | P.O. Box 9023905 | | San Juan | PR | 00902-3905 |
| Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | 221 Ponce de León Avenue | 5th Floor | San Juan | PR | 00917 |
| Ferrari Law, PSC | Attn: Carla Ferrari-Lugo | PO Box 988 | | Aguadilla | PR | 00605-0988 |
| Ferrovial Agroman, SA and Ferrovial Agroman, LLC | Attn: Eng. Nassin E. Tactuk Diná | 1250 Ponce De Leon Ave. | San José Building Suite 901 | San Juan | PR | 00902 |
| Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | 3415 Alejandrino Ave., Apt 703 | | Guaynabo | PR | 00969-4956 |
| Foley & Lardner LLP | Attn: Michael J. Small | 321 N. Clark St. | Suite 2800 | Chicago | IL | 60654 |
| Foley & Lardner LLP | Attn: Tamar Dolcourt | 500 Woodward Ave., Suite 2700 | | Detroit | MI | 48226 |
| Fortuño Law | Attn: Juan C. Fortuño Fas | PO Box 9300 | | San Juan | PR | 00908 |
| Francisco González Law Office | Attn: Francisco R. González-Colón | 1519 Ponce De León Ave. | First Federal Bldg. Suite 805 | San Juan | PR | 00909 |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | PO Box 9022266 | | San Juan | PR | 00902-2726 |
| G RG Engineering S E | Attn: President or General Counsel | Urb. Belisa 1515 Calle Bori | | San Juan | PR | 00927 |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | 254 San Jose St., Third Floor | | San Juan | PR | 00901 |
| Garay Massey Law Office | Attn: Juan Carlos Garay Massey | PMB 347 | #5900 Isla Verde Ave. L-2 | Carolina | PR | 00979-4901 |
| Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana | 252 Ponce de Leon Ave | Suite 1101 | San Juan | PR | 00918 |
| Genesis Security Services Inc | Attn: President or General Counsel | 5900 Ave. Isla Verde L-2 PMB 438 | | Carolina | PR | 00983 |
| Genovese Joblove & Battista, P.A. | Attn: John H. Genovese, Mariaelena Gayo-Guitian, Jesus M. Suarez, John Arrastia | 100 SE 2nd Street, Suite 4400 | | Miami | FL | 33131 |
| Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq. | PO Box 363524 | | San Juan | PR | 00936-3524 |
| Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini | PO Box 9022936 | | San Juan | PR | 00902-2936 |
| Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | PO Box 9024176 | | San Juan | PR | 00902-4176 |
| Godreau & Gonzalez Law, LLC | Attn: Rafael A. Gonzalez Valiente | McLeary Street 1806 | | San Juan | PR | 00911 |
| Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | Post Office Box 70364 | | San Juan | PR | 00936-8364 |
| González López & López Adames LLC | Attn: Marie Elsie López Adames | 1126 Ashford Ave. Suite C-10 | The Diplomat Condominium | San Juan | PR | 00907 |
| Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | PO Box 9024055 | | San Juan | PR | 00902-4055 |
| Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brown | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 |
| Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | 200 Park Avenue | | New York | NY | 10016 |
| Guillermo Ramos Luiña | | P. O. Box 22763, UPR Station | | San Juan | PR | 00931-2763 |
| Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez | 455 N. Cityfront Plaza Dr., Suite 2410 | | Chicago | IL | 60611 |
| Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | 1918 Eighth Avenue, Suite 3300 | | Seattle | WA | 98101 |
| HALS, PSC | Attn: Yarymar González Carrasquillo | PO Box 365061 | | San Juan | PR | 00936-5061 |
| Harry Anduze Montano | | 1454 Fernández Juncos Avenue | | San Juan | PR | 00909 |
| Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño | 1454 Fernandez Juncos Ave | | San Juan | PR | 00909 |
| Hector Figueroa Vincenty | | Calle San Francisco #310 | Suite 32 | San Juan | PR | 00901 |
| Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodríguez Mercado | PO Box 1291 | | San Lorenzo | PR | 00754 |
| Hernandez-Oharriz & Santiago, P.S.C. | Attn: Edgardo José Hernández Ohárriz | Centro Internacional de Mercadeo 1 | 100 PR-165, Suite 612 | Guaynabo | PR | 00908 |
| Hogan Lovells US, LLP | Attn: Robin E. Keller, Ronald J. Silverman, Michael C Hefter, Sara Posner | 370 Madison Avenue | | New York | NY | 10017 |
| Holland & Knight, LLP | Attn: Jesús E. Cuza | 701 Brickell Avenue | Suite 3300 | Miami | FL | 33131 |
| Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | 10 St. James Avenue | | Boston | MA | 02116 |
| Honorable Rosanna López León | | El Capitolio | PO Box 9023431 | San Juan | PR | 00902-3431 |
| Hunton Andrews Kurth LLP | Attn: Robert A. Rich, Esq. | 200 Park Avenue | | New York | NY | 10166 |
| Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila, Jose M Vazquez Lozada | 207 del Parque Street | 3rd Floor | San Juan | PR | 00912 |
| Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Attn: Insolvency Unit | City View Plaza | 48 Carr 165, Suite 2000 | Guaynabo | PR | 00968 |
| Ismael Marrero Rolon | Attn: Jane Becker Whitaker | PO Box 9023914 | | San Juan | PR | 00902 |
| Israel Roldán González & Isis Aimée Roldán Márquez | | 49 Betances Street | | Aguadilla | PR | 00603 |
| Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime Rodríguez Avilés | | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | Yauco | PR | 00698 |
| James Law Offices | Attn: Glenn Carl James | PMB 501 | 1353 Rd. 19 | Guaynabo | PR | 00966-2700 |
| Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege | 353 N. Clark Street | | Chicago | IL | 60654 |

Exhibit B
Core Service List
Served via first class mail

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff, Catherine Steege | 919 Third Ave | | New York | NY | 10022-3908 |
| Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado | P O Box 22518 | | San Juan | PR | 00931 |
| Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales | PO Box 366104 | | San Juan | PR | 00936-6104 |
| Jiminez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | PO Box 366104 | | San Juan | PR | 00936-6104 |
| JLG Consulting Engineering, P.S.C. | Attn: President or General Counsel | PO Box 9023455 | | San Juan | PR | 00902-3455 |
| Jones Day | Attn: Benjamin Rosenblum, James M. Gross | 250 Vesey Street | | New York | NY | 10281 |
| Jones Day | Attn: Beth Heifetz, Christopher J. DiPompeo | 51 Louisiana Ave. N.W. | | Washington | DC | 20001 |
| Jones Day | Attn: Bruce Bennett | 555 South Flower Street | 50th Floor | Los Angeles | CA | 90071 |
| Jorge Luis Guerrero-Calderon | | 301 Calle Recinto Sur | Suite 502 | San Juan | PR | 00901-1945 |
| Jorge P. Sala Colon | | 8169 Calle Concordia | Suite 102, Cond. San Vicente | Ponce | PR | 00717-1556 |
| Jorge R. Quintana-Lajara | | 400 Calle Calaf | PMB 165 | San Juan | PR | 00918-1314 |
| José Luis Barrios-Ramos | | 1801 McLeary Ave. Suite 303 | | San Juan | PR | 00911 |
| José Luis Barrios-Ramos | | PO Box 364966 | | San Juan | PR | 00936-4966 |
| Jose W. Cartagena | | 701 Ave Ponce de Leon | Suite 401 | San Juan | PR | 00907-3248 |
| JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman | PO Box 7498 | | Ponce | PR | 00732 |
| JRJ Consultants & Legal Advisors, LLC | Attn: Javier Rua-Jovet, Esq. | Centro de Seguros Bldg. | 701 Ponce de Leon Ave., Ste 414 | San Juan | PR | 00907 |
| Juan A. Hernández Rivera, Esq. | Attn: Juan B. Soto Balbás | PMB #108 | HC 72 Box 3766 | Naranjito | PR | 00719 |
| Juan B. Soto Law Offices, PSC | | 1353 Luis Vigoreaux Ave. | PMB 270 | Guaynabo | PR | 00966 |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Sistema de Retiro AEE | Com. Punta Diamante | Calle Naira #1561 | Ponce | PR | 00728 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | | PO Box 13978 | | San Juan | PR | 00908-3978 |
| Kane Russell Coleman Logan PC | Attn: Paul J. Hammer | 5051 Westheimer Road, 10th Floor | | Houston | TX | 77056 |
| Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Karimar Construction Inc | Attn: President or General Counsel | PO Box 8000 | | Aguada | PR | 00602-7002 |
| Karon LLC | Attn: Daniel R. Karon | 700 W. St. Clair Ave., Suite 200 | | Cleveland | OH | 44113 |
| Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Trevor J. Welch | 1633 Broadway | | New York | NY | 10019 |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey, Esq., Ryan M. Billings, Esq. | 4650 N. Port Washington Road | | Milwaukee | WI | 53212 |
| KPMG, LLC | Attn: Angel Perez & Luisette Negron | American Intl. Plaza, 250 Ave. | Luis Munoz Rivera | San Juan | PR | 00918 |
| Kramer Levin Naftalis & Frankel, LLP | Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Landrau Rivera & Assoc. | Attn: Noemí Landrau Rivera | PO Box 270219 | | San Juan | PR | 00927-0219 |
| Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris | 885 Third Avenue | | New York | NY | 10022 |
| Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Michael J. Reiss, Esq. | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 |
| Latham & Watkins LLP | Attn: Michael J. Reiss | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071 |
| Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | 701 Avenida Ponce De Leon | Edificio Centro de Seguros, Oficina 414 | San Juan | PR | 00907 |
| Law Office Aníbal Acevedo-Vilá | Attn: Aníbal Acevedo-Vilá | 894 Muñoz Rivera Ave. | Suite 202 | San Juan | PR | 00927 |
| Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | El Centro II, Suite 260 | #500 Muñoz Rivera Avenue | San Juan | PR | 00918 |
| Law Offices of Herrero III & Associates, P.S.C. | Attn: Ismael Herrero III | PO Box 362159 | | San Juan | PR | 00936-2159 |
| Law Offices of John E. Mudd | Attn: John E. Mudd | PO Box 194134 | | San Juan | PR | 00919 |
| Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | PO Box 362634 | | San Juan | PR | 00936-2634 |
| LCDO, Carlos Alberto Ruiz CSP | Attn: Carlos Alberto Ruiz, Esq. | P.O. Box 1298 | | Caaguas | PR | 00726-1298 |
| Lcdo. Norberto Colón Alvarado | Attn: Norberto Colón Alvarado | 46 Calle Castillo | | Ponce | PR | 00730- |
| Ledesma & Vargas, LLC | Attn: Fransheska Pabón López | PO Box 194089 | | San Juan | PR | 00919 |
| Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | PO Box 194735 | | San Juan | PR | 00919-4735 |
| Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | 138 Winston Churchill | Suite 316 | San Juan | PR | 00926-6023 |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | PO Box 79897 | | Carolina | PR | 00984-9897 |
| Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | 1271 Avenue of the Americas 35th Floor | | New York | NY | 10020 |
| Lemuel Negrón Colón | | PO Box 801478 | | Coto Laurel | PR | 00780-1478 |
| Lex Services PSC | Attn: Ivan Diaz Lopez | 1612 Ponce de Leon, 1st Floor | | San Juan | PR | 00909 |
| Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 |
| Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | PMB 456 Suite 102 | 405 Ave. Esmeralda | Guaynabo | PR | 00969 |
| López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez | PO Box 11917 | | San Juan | PR | 00922-1917 |
| López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | 270 Muñoz Rivera Avenue | Suite 1110 | San Juan | PR | 00918 |
| Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | 100 Carr. 165 | Suite 501 | Guaynabo | PR | 00968-8052 |
| Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | PO Box 34 | | Fajardo | PR | 00738 |
| Luis Fred Salgado, Esq. | | PMB 15 | 267 Sierra Morena St. | San Juan | PR | 00926-5583 |
| M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero | 513 Juan J. Jimenez St. | | San Juan | PR | 00918 |
| Mapfre-Praico Insurance Company | Attn: President or General Counsel | PO Box 70333 | | San Juan | PR | 00936-8333 |
| María Fernanda Vélez Pastrana | | PO Box 195582 | | San Juan | PR | 00919-5582 |
| Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco | PO Box 9022864 | | San Juan | PR | 00902-2864 |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa, Vanessa Medina-Romero, Jose Negrón-Fernández | PO Box 190095 | | San Juan | PR | 00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero, Esq., Iván Garau-González, Esq., Valerie M. Blay-Soler | 250 Ave Ponce De Leon, Suite 900 | | San Juan | PR | 00918 |
| Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | Attn: Roberto Lefranc Morales & Francisco J. Ramos Martinez | Edif. Centro de Seguros, Ofic. 407 | Ave. Ponce de León 701 | San Juan | PR | 00907-3248 |
| Maslon LLP | Pentelovitch & John T. Duffey | 90 South Seventh Street, Suite 3300 | | Minneapolis | MN | 55402 |
| Maximiliano Trujillo-Gonzalez, Esq. | | PMB 429 | 100 Grand Paseos Blvd., Suite 112 | San Juan | PR | 00926-5902 |
| Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci | P.O. Box 3422 | | Mayaguez | PR | 00681-3422 |
| McConnell Valdes LLC | Attn: Leslie Y. Flores-Rodriguez, Esq. | 270 Munoz Rivera Avenue, Suite 7 | | Hato Rey | PR | 00918 |
| McConnell Valdés, LLC | Marxuach, Rosamar Garcia-Fontan, Esq., Alejandro J. Cepeda-Diaz & Eduardo A. Zayas-Marxuach Roberto C. | PO Box 364225 | | San Juan | PR | 00936-4225 |
| McConnell Valdés, LLC | Marxuach, Rosamar Garcia-Fontan, Esq., Eduardo A. Zayas-Marxuach, Alejandro J. Cepeda-Diaz & Roberto C. | 270 Muñoz Rivera Avenue | Suite 7 | San Juan | PR | 00918 |
| MCD Law, LLC | Attn: Hernando A. Rivera | 416 Ponce de Leon Ave. | Suite 1002 | San Juan | PR | 00918 |
| McDermott Will and Emery | Attn: Brandon Q. White, Esq, Nathan Coco, Esq. | 444 West Lake Street | | Chicago | IL | 60606-0029 |
| McGuire Woods, LLC | Attn: Aaron G. McCollough | 77 West Wacker Drive, Suite 4100 | | Chicago | IL | 60601-1818 |
| McGuire Woods, LLC | Attn: E Andrew Southerling | 2001 K street N.W., Suite 400 | | Washington | DC | 20006-1040 |
| McGuirewoods LLP | Attn: John J. Feliciano-Acosta | Fifth Third Center | 201 North Tryon St Ste 3000 | Charlotte | NC | 28202 |
| McNamee Lochner P.C. | Attn: General Counsel | 20 Corporate Woods Blvd | Ste 4 | Albany | NY | 12211-2396 |
| Metro Pavia Health System | Attn: Zarel J Soto Acaba | PO Box 3180 | | Carolina | PR | 00984 |
| Miguel Ángel Serrano-Urdaz | | PO Box 1915 | | Guayama | PR | 00785 |
| Milbank LLP | Ohring | 55 Hudson Yards | | New York | NY | 10001 |
| Miriam Sanchez Lebron | | HC-04 Box 4001 | | Humacao | PR | 00791-8900 |
| Monserrate Simonet & Gierbolini, LLC | Schell; Ricardo R. Lozada-Franco | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 |
| Moore & Van Allen PLLC | Attn: Luis M. Llueras | 100 North Tryon Street, Suite 4700 | | Charlotte | NC | 28211 |
| Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez, and Ivan J Llado | Plaza 273 Suite 700 | 273 Ponce de León Ave. | Hato Rey | PR | 00917-1934 |
| Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez, and Ivan J Llado | PO Box 13399 | | San Juan | PR | 00908 |
| Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, David L. Lawton, Shannon B. Wolf | One State Street | | Hartford | CT | 06103-3178 |
| Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri | 1701 Market Street | | Philadelphia | PA | 19103-2921 |
| Morrison & Foerster LLP | Attn: James M. Peck, Gary S. Lee, & Andrew Kissner, Esq. | 250 West 55th Street | | New York | NY | 10019 |
| Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | Condominio Parque De Las Fuentes PH204 | 680 Calle Cesar Gonzalez | San Juan | PR | 00918-3912 |
| Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | PO Box 191979 | | San Juan | PR | 00919-1979 |
| Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | 701 Ponce de León | Suite 401, Centro de Seguros Bldg. | San Juan | PR | 00907 |
| Norton Rose Fulbright US LLP | Attn: Eric Daucher Esq. | 1301 Avenue of the Americas | | New York | NY | 10019 |
| Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres; Nino F Rivera Hernandez | Urb. Industrial El Paraiso | 108 Calle Ganges | San Juan | PR | 00926 |
| Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq. | 171 Chardón Ave. | Suite 406 | San Juan | PR | 00918-1722 |
| Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | PO Box 361289 | | San Juan | PR | 00936-1289 |
| O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | 610 Newport Center Drive | 17th Floor | Newport Beach | CA | 92660 |

Case:17-03283-LTS   Doc#:18516-3   Filed:10/15/21   Entered:10/15/21 15:47:18   Desc:
Exhibit B Page 4 of 5

Exhibit B
Core Service List
Served via first class mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| O'Melveny & Myers, LLP | Cantor, Esq., William J. Sushon, Maria J. DiConza, Esq. | 7 Times Square | | New York | NY | 10036 |
| O'Melveny & Myers, LLP | Attn: Madhu Pocha | 1999 Avenue of the Stars | 8th Floor | Los Angeles | CA | 90067-6035 |
| O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | 400 South Hope Street | 18th Floor | Los Angeles | CA | 90071 |
| O'Melveny & Myers, LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Orlando Fernández Law Offices | Attn: Orlando Fernández | #27 Calle González Giusti | Ste. 300 | Guaynabo | PR | 00968-3076 |
| Oronoz & Oronoz | Attn: Mario M. Oronoz Rodríguez | Urb. Torrimar | K-4 Bambú St. | Guaynabo | PR | 00966-3109 |
| Orrick, Herrington & Sutcliffe, LLP | Attn: Tiffany Rowe | Columbia Center | 1152 15th Street, N.W. | Washington | DC | 20005 |
| Oscar Gonzalez Badillo | | 1055 Marginal J.F. Kennedy | Suite 303 | San Juan | PR | 00920-1708 |
| Osvaldo Toledo Martinez, Esq. | | PO Box 190938 | | San Juan | PR | 00919-0938 |
| Otero and Associates | Attn: George Otero Calero | PO Box 732 | | Bayamon | PR | 00960 |
| Pablo Del Valle Rivera | | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Pattern Energy Group Inc. | Attn: General Counsel | Pier 1, Bay 3 | | San Francisco | CA | 94111 |
| Paul Hastings, LLP | Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 |
| Paul Hastings, LLP | Attn: Nicholas Bassett | 875 15th Street, N.W. | | Washington | DC | 20005 |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | 1285 Avenue of the Americas | | New York | NY | 10019-6064 |
| Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | PO Box 9746 | | San Juan | PR | 00908 |
| Peaje Investments, LLC | National Corporate Research, Ltd. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 |
| Pedro A. Vargas-Fontánez | | Reparto Caguax | G-14 Calle Bohio | Caguas | PR | 00725-3310 |
| Pedro Nicot Santana, Esq. | | PO Box 360486 | | San Juan | PR | 00936-0486 |
| Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | 671 Road 337 | | Peñuelas | PR | 00624-7513 |
| Perkins Coie LLP | Attn: Gary F. Eisenberg | 30 Rockefeller Plaza | 22nd Floor | New York | NY | 10112 |
| Peter C Hein, Pro Se | Attn: Peter C Hein | 101 Central Park West | Apt 14E | New York | NY | 10023 |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 |
| Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray | 802 Avenida Fernández Juncos | Esquina Calle La Paz Miramar | San Juan | PR | 00907 |
| Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández | Popular Center – 19th Floor | 208 Ponce de León Avenue | San Juan | PR | 00918 |
| PLC Law | Attn: Luis R. Ramos-Cartagena | 53 Palmeras St., PH1 | | San Juan | PR | 00901-2407 |
| Plumbing & Sewer Cleaning Rus Corp. | Attn: President or General Counsel | PO Box 191713 | | San Juan | PR | 00919-1713 |
| Polymer Industries Inc | Attn: President or General Counsel | PO Box 839 | | Bayamon | PR | 00690-0839 |
| Populicom, Inc. | Attn: President or General Counsel | Calle Recinto Sur 255 | | Viejo San Juan | PR | 00901 |
| Prosol-Utier | | 612 Calle Cerra | | San Juan | PR | 00907-3619 |
| PRV Law Office | Attn: Paúl A. Rodríguez Vélez | Centro Internacional de Mercadeo | 100 Carr. 165, Torre I, Oficina 404 | Guaynabo | PR | 00968 |
| Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown | PO Box 9020192 | | San Juan | PR | 00902-0192 |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR | 00936-4267 |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S. Yassin, Christian Sobrino Vega, Carlos Saavedra, Esq., Rocío Valentín, Esq. | Roberto Sánchez Vilella (Minillas) Government Center | De Diego Ave. Stop 22 | San Juan | PR | 00907 |
| Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR | 00936-2350 |
| Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | PO Box 360998 | | San Juan | PR | 00936-0998 |
| Quinn Emanuel Urquhart & Sullivan, LLP | K. John Shaffer | 51 Madison Avenue | 22nd Floor | New York | NY | 10010-1603 |
| Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| Quintero Construction S E | Attn: President or General Counsel | Carr 734 Km 0.5 Bo Arenas | | Cidra | PR | 00739 |
| Rafael A. Ortiz-Mendoza | | Edificio Banco Cooperativo Plaza | 623 Avenida Ponce de León, Ste. 501-A | San Juan | PR | 00917-4805 |
| Ramon Torres Rodriguez, Esq. | | PO Box 361163 | | San Juan | PR | 00936-1163 |
| Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González | PO Box 193317 | | San Juan | PR | 00919-3317 |
| RB Law Offices | Attn: Enid S. Rodriguez-Binet | 1645 Adams St. | | San Juan | PR | 00920 |
| Reed Smith, LLP | Attn: Claudia Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 |
| Reed Smith, LLP | Attn: David M. Schlecker | 599 Lexington Avenue | | New York | NY | 10022 |
| Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq. | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 |
| Reed Smith, LLP | Attn: Luke A. Sizemore, and Jared S. Roach | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | PO Box 364148 | | San Juan | PR | 00936-4148 |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | P.O. Box 364148 | | San Juan | PR | 00936-4148 |
| Reichard & Escalera, LLC | R. Rivera-Ortiz, Christopher A. Davila | 255 Ponce de León Avenue | MCS Plaza, 10th Floor | San Juan | PR | 00917-1913 |
| Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | PO Box 2316 | | Toa Baja | PR | 00951-2316 |
| Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta | 455 Massachusetts Avenue, NW | Suite 400 | Washington | DC | 20001 |
| Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington | 424 Church Street | Suite 2910 | Nashville | TN | 37129 |
| ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro | PO Box 13332 | | San Juan | PR | 00908-3332 |
| Rexach & Picó, CSP | Attn: Maria E. Picó | 802 Ave. Fernández Juncos | | San Juan | PR | 00907-4315 |
| Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach | 1719 San Etanislao | Urb. San Ignacio | San Juan | PR | 00927 |
| Rhonda M. Castillo Gammill | | 9 Cruz Haddock, Suite 3 | | Cidra | PR | 00739 |
| Ricardo L. Castillo Filipetti, Esq. | | Paseo Las Colonias | Ste. 1705 | Ponce | PR | 00717 |
| Ricardo L. Ortiz-Colón, Esq. | | PO Box 195236 | | San Juan | PR | 00919-5236 |
| Richards Kibbe & Orbe LLP | Attn: Lee S. Richards III, Daniel C. Zinman, Paul J. Devlin | 200 Liberty Street | 29th Floor | New York | NY | 10281 |
| Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach | 400 Juan Calaf PMB 232 | | San Juan | PR | 00918 |
| Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | 1502 Fernandez Juncos Ave. | | San Juan | PR | 00909 |
| Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló | Rivera Tulla & Ferrer Building | 50 Quisqueya Street | San Juan | PR | 00917-1212 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Gary A. Orseck, Kathryn S. Zecca,v and Donald Burke | 1801 K Street, NW | | Washington | DC | 20006 |
| Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves | 344 Street #7 NE | Office 1-A | San Juan | PR | 00920 |
| Roberto Quiles | | PO Box 1337 | | San Sebastian | PR | 00685-1337 |
| Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | 325 N. St. Paul, Suite 4500 | | Dallas | TX | 75201 |
| Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | PO Box 368006 | | San Juan | PR | 00936-8006 |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodríguez-Marxuach | PO Box 16636 | | San Juan | PR | 00908-6636 |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel Rodríguez Marxuach | 268 Ponce de León Ave. | Suite 1425 | San Juan | PR | 00918 |
| Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier | 2099 Pennsylvania Avenue, NW | | Washington | DC | 20006-6807 |
| Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 |
| Rosendo E. Miranda López, Esq. | | PO Box 192096 | | San Juan | PR | 00919-2096 |
| RPP Law, PSC | Attn: Roberto L. Prats, Esq. | American Airlines Building | 1509 López Landrón, Piso 10 | San Juan | PR | 00911 |
| Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. | Popular Center - Suite 1420 | 208 Ponce de León Avenue | San Juan | PR | 00918-1050 |
| Saldaña, Carvajal & Vélez Rivé, P.S.C. | Attn: Luis N. Saldaña-Román & Ángel E. Rotger-Sabat | 166 Ave. de la Constitución | | San Juan | PR | 00901 |
| Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq. | 166 Avenida de la Constitución | | San Juan | PR | 00901 |
| Salichs Pou & Associates, PSC | Attn: Juan C. Salichs | PO Box 195553 | | San Juan | PR | 00919-5553 |
| Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Jaime L. Sanabria Montanez | Corporate Center – Ste. 202 | 33 Calle Resolución | San Juan | PR | 00920-2744 |
| Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez | 270 Muñoz Rivera Avenue | Suite 1110 | San Juan | PR | 00918 |
| Santi Law Office | Attn: Jose Angel Santini Bonilla | PO Box 552 | | Aibonito | PR | 00705 |
| Santos Berrios Law Offices LLC | Attn: Juan A Santos-Berrios | PO Box 9102 | | Humacao | PR | 00792-9102 |
| Sarlaw LLC | Attn: Sergio A. Ramirez de Arellano | Banco Popular Center, Suite 1022 | 209 Muñoz Rivera Avenue | San Juan | PR | 00918-1009 |
| Schulte Roth & Zabel LLC | Attn: Douglas Mintz Peter Amend | 901 15th St., Suite 800 | | Washington | DC | 20005 |
| Schulte Roth & Zabel LLC | Attn: Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 |
| Scotiabank de Puerto Rico | | GA 20 Calle Paseo del Parque | Garden Hills Sur | Guaynabo | PR | 00969 |
| Scotiabank de Puerto Rico | | Scotiabank Plaza | 290 Jesus T. Pinero Avenue, 8th Floor | San Juan | PR | 00918 |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 |
| Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | PO Box 70294 | | San Juan | PR | 00936-8294 |
| Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Aurivette Deliz Delgado, & Albéniz Couret Fuentes | 304 Ponce de Leon Avenue | Suite 990 | San Juan | PR | 00918-2029 |
| Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | 304 Ponce de Leon Ave. | Ste 990 | San Juan | PR | 00918 |

In re: THE COMMONWEALTH OF PUERTO RICO, et al.
Case No. 17 BK 3283-LTS
Page 4 of 5

| Name | Attn | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Shearman & Sterling LLP | Attn: Fredric Sosnick | 599 Lexington Avenue | | New York | NY | 10022 | |
| Sheppard Mullin Richter & Hampton LLP | Attn: Lawrence A. Larose, Nirav Bhatt | 30 Rockefeller Plaza | | New York | NY | 10112 | |
| Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie | 5015 Grand Ridge Drive, Suite 100 | | West Des Moines | IA | 50265-5749 | |
| Sierra Club Puerto Rico, Inc. | Attn: José Menéndez | 1016 Avenida Ponce de León | | Río Piedras | PR | 00925 | |
| Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman, Nicholas Baker | 425 Lexington Avenue | | New York | NY | 10017-3954 | |
| Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum | 425 Lexington Avenue | | New York | NY | 10017 | |
| Sistema de Retiro AEE | | PO Box 13978 | | San Juan | PR | 00908-3978 | |
| Sistema de Retiro AEE | | PO Box 13978 | | San Juan | PR | 00908-3978 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Mark A. McDermott, Bram A. Strochlic, & Shana Elberg | One Manhattan West | | New York | NY | 10001 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq | One Rodney Square | 920 N. King St. | Wilmington | DE | 19801 | |
| Sky High Elevators Corp | Attn: President or General Counsel | Urb. Santa Maria | 34 Calle Orquidea | San Juan | PR | 00926 | |
| Small Business Administration (SBA) | Attn: Dilawar Syed | 409 3rd St., SW | | Washington | DC | 20416 | |
| SOMOS, Inc. | | 1605 Ponce De Leon Avenue | Suite 300, San Martin Bldg. | San Juan | PR | 00909 | |
| Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | 10100 Santa Monica Blvd | Ste 1400 | Los Angeles | CA | 90067-4140 | |
| Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling, Sherry J. Millman, and Kenneth Pasquale | 180 Maiden Lane | | New York | NY | 10038 | |
| Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield | 180 Maiden Lane | | New York | NY | 10038-4982 | |
| Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | PO Box 455 | | Mayaguez | PR | 00681 | |
| Target Engineering S E | Attn: President or General Counsel | PO Box 367 | | San Just | PR | 00978 | |
| TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Ave. Miramar, Bldg. 5, Suite 801 | Paseo Caribe | San Juan | PR | 00901 | |
| The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 | |
| The Bank of Nova Scotia | Attn: Luis Pablo Bautista | 40 King St. W. | | Toronto | ON | M5H1H1 | Canada |
| The Collateral Monitor | Attn: Matthew Cantor | 235 West 71st Street, Unit 3 | | New York | NY | 10023 | |
| The Collateral Monitor | Attn: Richard Katz | 1915 Vallejo Street | | San Francisco | CA | 94123 | |
| The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq. | PMB 274 | 405 Esmeralda Avenue Suite 2 | Guaynabo | PR | 00969 | |
| The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | 902 Fernandez Juncos Ave | | San Juan | PR | 00907 | |
| The Rivera Group | Attn: Edgardo L. Rivera Rivera; Muchelle Maria Vega Rivera | Galeria San Patricio Ste 205 | B-5 Calle Tabonuco | Guaynabo | PR | 00968 | |
| The Rivera Group | Attn: Edgardo L. Rivera Rivera; Muchelle Maria Vega Rivera | PO Box 360764 | | San Juan | PR | 00936-0764 | |
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | PO Box 195383 | | San Juan | PR | 00919-5383 | |
| TransCore Atlantic, Inc. | Attn: President or General Counsel | 150 4th Ave North, Suite 1200 | | Nashville | TN | 37219 | |
| U.S. Department of Justice, Civil Division | Attn: Laura Hunt, and Rebecca M. Curti-Kohart | Federal Programs Branch | 20 Massachusetts Ave., N.W. | Washington | DC | 20530 | |
| U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | 950 Pennsylvania Ave., NW | Rm 3131 | Washington | DC | 20530 | |
| Ubarri & Roman Law Office | Attn: David W. Roman | PO Box 79564 | | Carolina | PR | 00984-9564 | |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | | Calle Encina 1550 | Caparra Heights | San Juan | PR | 00920 | |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | Calle Pomarrosa G10, Valle Arriba Heights, | | Carolina | PR | 00983 | |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 | |
| Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 | |
| United States Attorney for the Southern District of New York | Attn: Christopher Connolly | 86 Chambers Street | | New York | NY | 10007 | |
| United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | Office of Regional Counsel, U.S. EPA Region 2 | City View Plaza II, Suite 7000, #48 RD. 165 km 1.2 | Guaynabo | PR | 00968-8069 | |
| United States Department of Justice | Attn: Mark A. Gallagher | Enforcement Section | PO Box 7611 | Washington | DC | 20044-7611 | |
| United States District Court, District of Massachusetts | Attn: Magistrate Judge Judith G. Dein | John Joseph Moakley U.S. Courthouse | 1 Courthouse Way | Boston | MA | 02210 | |
| Universal Insurance Company | Attn: Roberto Del Toro Morales | P.O. Box 11155 | | San Juan | PR | 00922-1155 | |
| US Army Corps of Engineers | Attn: Scott A. Spellmon | 441 G St., NW | | Washington | DC | 20548 | |
| US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodríguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | |
| US Department of Agriculture | Attn: Thomas J. Vilsack | 1400 Independence Ave., SW | | Washington | DC | 20250 | |
| US Department of Commerce | Attn: Gina M. Raimondo | 1401 Constitution Ave., NW | | Washington | DC | 20230 | |
| US Department of Education (ED) | Attn: Miguel Cardona | 400 Maryland Ave., SW | | Washington | DC | 20202 | |
| US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | Post Office Box 227 | Ben Franklin Station | Washington | D.C. | 20044 | |
| US Department of Justice (DOJ) | Attn: Merrick Garland | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 | |
| US Department of Labor (DOL) | Attn: Martin J. Walsh | 200 Constitution Ave NW | | Washington | DC | 20210 | |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Mary Ida Townson | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | |
| Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz | 8461 Lake Worth Rd. | Suite 420 | Lake Worth | FL | 33467 | |
| Valenzuela-Alvarado, LLC | Attn: José Enrico Valenzuela-Alvarado | MCS Plaza, 255 Ponce de León Avenue | Suite 825, Hato Rey | San Juan | PR | 00917-1942 | |
| Vanessa Hernández Rodríguez | Attn: Vanessa Hernández Rodríguez | Street Aurora 4140, Suite 1 | | Ponce | | 00717-1203 | |
| Veronica Ferraiuoli Hornedo | | PO Box 195384 | | San Juan | PR | 00919-5384 | |
| Víctor Calderón Cestero | | 137 Calle O Ramey | | Aguadilla | PR | 00603 | |
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | B7 Tabonuco Street, Suite 1108 | | Guaynabo | PR | 00968 | |
| Vilariño & Associates LLC | Attn: Javier Vilariño | 1519 Ponce de Leon Ave. | First Federal Building Suite 513 | San Juan | PR | 00909 | |
| Vilariño & Associates LLC | Attn: Javier Vilariño, Esq. | PO Box 9022515 | | San Juan | PR | 00902-2515 | |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | 1225 Ave. Ponce de León | Suite 1503 | San Juan | PR | 00907-3984 | |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | 623 Ave. Ponce de León | Suite 1202B | San Juan | PR | 00917-4831 | |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq. | 51 West 52nd Street | | New York | NY | 10019 | |
| Weil, Gotshal & Manges, LLP | Andrew Wilkinson, and Kirsten Erichsen | 767 Fifth Avenue | | New York | NY | 10153-0119 | |
| Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | González-Padín Building - Penthouse | 154 Rafael Cordero Street, Plaza de Armas | Old San Juan | PR | 00901 | |
| White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | |
| White & Case, LLP | Attn: John K. Cunningham, Jason N. Zakia, Fernando de la Hoz, Cheryl Tedeschi Sloane, & Jesse Green | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131-2352 | |
| Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno | 1272 Ave. Jesus T. Pinero | | San Juan | PR | 00921 | |
| William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | MCS Plaza, Ponce de Leon Avenue | Suite 801 | San Juan | PR | 00917 | |
| William Santiago-Sastre | | P.O. Box 1801 | | Sabana Seca | PR | 00952-1801 | |
| William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. | USDCPR 201106 | PO Box 1801 | Sabana Seca | PR | 00952-1801 | |
| Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil | 1875 K Street, N.W. | | Washington | DC | 20006-1238 | |
| Winston & Strawn LLP | Attn: Carrie V. Hardman | 200 Park Avenue | | New York | NY | 10166 | |
| Winston & Strawn LLP | Attn: Joseph L. Motto | 35 W. Wacker Drive | | Chicago | IL | 60601 | |
| Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | 200 Madison Ave | | Morristown | NJ | 07960 | |
| Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, Michael S. Neiburg | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | |