Nominees and Depository Service List

Served via Email

| Name | Email |
|---|---|
| Broadridge | SpecialProcessing@broadridge.com; BankruptcyJobs@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; david.mccauley@clearstream.com; hulya.din@clearstream.com; ca_luxembourg@clearstream.com; ca_mandatory.events@clearstream.com |
| DTC | MandatoryReorgAnnouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com; LegalAndTaxNotices@dtcc.com; rgiordano@dtcc.com |
| Euro Clear | drit@euroclear.com; JPMorganInformation.Services@jpmorgan.com; eb.ca@euroclear.com |
| Mediant | mgiffin@mediantonline.com; mhamdan@mediantonline.com; nseguin@mediantonline.com; corporateactions@mediantonline.com |
| SIS | ca.notices@six-securities-services.com |

In re: THE COMMONWEALTH OF PUERTO RICO, et al.
Case No. 17 BK 3283-LTS

Page 1 of 1