# IXUNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As a representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | Re: ECF Dkt. Nos. 9624, 9626, 9628, 9630, 15156, 16047, 17378, 18003 |
| **Debtors.**[1] | Case No. 17-3566 Dkt. No. 747 |
| | Case No. 17-3567 Dkt. Nos. 664, 1090 |
| | Case No. 17-4780 Dkt. Nos. 1838, 2610 |

## FEE EXAMINER'S SUPPLEMENTAL REPORT ON UNCONTESTED INTERIM FEE APPLICATIONS RECOMMENDED FOR COURT APPROVAL

TO: HON. LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE

With this supplemental report, the Fee Examiner recommends ten previously deferred and still uncontested interim fee applications for the Court's approval, with adjustments, through the entry of the attached proposed order without further notice or a hearing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SUPPLEMENTAL REPORT

On September 29, 2021, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the October 6, 2021 Omnibus Hearing* [Dkt. No. 18308] (the "**Twelfth Interim Fee Period Report**"). The Twelfth Interim Fee Period Report recommended the approval of a group of Twelfth Interim Fee Period (February – May 2021) as well as several previously deferred uncontested interim fee applications for prior fee periods. It also notified the Court, the parties and the public of the consensual deferral of a group of applications for later consideration (the "**Deferred Fee Applications**"). On October 4, 2021, the Court entered the *Omnibus Order Awarding: Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Twelfth Interim (February 1, 2021-May 31, 2021) and Prior Compensation Periods* [Dkt. No. 18371] (the "**Twelfth Interim Compensation Order**") allowing 34 interim fee applications.

The Fee Examiner now recommends for approval on an uncontested basis, ten additional interim fee applications as outlined on **Exhibit A**—all without objection. The Deferred Fee Applications listed on **Exhibits B** and **C** remain the subject of discussions. Those applications will, with the continued consent of the applicants and with the Court's permission, be deferred to the December 15, 2021 omnibus hearing or a later date.

## RECOMMENDATIONS

Pursuant to the Interim Compensation Order, the Court may grant an Interim Fee Application without a hearing if the Fee Examiner recommends approval of the Interim Fee Application(s) in full or in part, and there are no objections from a party in interest. *Interim Compensation Order* at ¶ 2(j). There have been no objections filed to these applications.

As part of this report, the Fee Examiner recommends that the Court approve the Twelfth Interim Compensation Period applications of McKinsey & Company Puerto Rico Consulting,

2

Inc. and the Seventh Interim Compensation Period applications of Proskauer Rose LLP, each providing significant services to the Debtors as they have since the outset of these proceedings. McKinsey activity increased slightly during this fee period, with an estimated blended hourly rate of $406.81. *See* **Exhibit D**.

Attached to this Supplemental Report as **Exhibit E** is a proposed *Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Twelfth Interim (February 1, 2021-May 31, 2021) and Prior Compensation* (the "**Proposed Supplemental Twelfth Interim Compensation Order**"), which embodies the consensual reductions recommended in this report. The Proposed Supplemental Twelfth Interim Compensation Order in MS Word format will be submitted to chambers upon the filing of this Supplemental Report.

In light of this report and the absence of objection, the Fee Examiner asks that the Court enter the Proposed Supplemental Twelfth Interim Compensation Order at its earliest convenience.

Dated: October 15, 2021.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

<div style="margin-left: 3em;">

EDGE LEGAL STRATEGIES, PSC

*s/Eyck O. Lugo*
Eyck O. Lugo
Vilmarys M. Quiñones Cintrón
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Brady Williamson (*Pro Hac Vice*)
*Fee Examiner*

Katherine Stadler (*Pro Hac Vice*)
*Counsel for the Fee Examiner*

</div>

26063363.1

4

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Twelfth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | | |
| 1-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | $ 338,799.03 | $ 292,282.61 | $ 8,768.48 | FN1 | $ 10,954,502.07 | $ 283,514.13 |
| | *Counsel to Debtors - ERS* | | | | | | | | |
| 1-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | $ 54,337.23 | $ 139,973.00 | $ 4,199.19 | FN1 | $ 1,756,903.77 | $ 135,773.81 |
| | *Counsel to Debtors - HTA* | | | | | | | | |
| 1-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | $ 14,746.13 | $ 13,238.66 | $ 397.16 | FN1 | $ 476,791.57 | $ 12,841.50 |
| | *Counsel to Debtors - PREPA* | | | | | | | | |
| 1-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | $ 176,810.92 | $ 151,543.10 | $ 4,546.29 | FN1 | $ 5,716,886.48 | $ 146,996.81 |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 15156]** | 6/1 - 9/30/2020 | $ 307,894.50 | $ 4,933.15 | $ 3,707.80 | $ - | | $ 302,961.35 | $ 3,707.80 |
| | **Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | | |
| 3 | **Marini Pietrantoni Muniz LLC [Dkt. No. 16047]** | 10/1/2020 - 1/31/2021 | $ 381,133.50 | $ 2,477.50 | $ 6,043.41 | $ - | | $ 378,656.00 | $ 6,043.41 |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | | |
| | *Consulting Services to FOMB - Commonwealth* | | | | | | | | |
| 4-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 18003]** | 2/1/2021 -5/31/2021 | $ 5,492,500.00 | $ - | $ - | $ - | | $ 5,492,500.00 | $ - |
| | *Consulting Services to FOMB - HTA* | | | | | | | | |
| 4-b | **McKinsey & Company Puerto Rico Consulting, Inc. [17-3567 Dkt. No. 1090]** | 2/1/2021 - 5/31/2021 | $ 1,240,000.00 | $ - | $ - | $ - | | $ 1,240,000.00 | $ - |
| | *Consulting Services to FOMB - PREPA* | | | | | | | | |
| 4-c | **McKinsey & Company Puerto Rico Consulting, Inc. [17-4780 Dkt. No. 2610]** | 2/1/2021 - 5/31/2021 | $ 1,306,100.00 | $ - | $ - | $ - | | $ 1,306,100.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 5 | **Zolfo Cooper, LLC [Dkt. No. 17378]** | 2/1/2021 - 5/31/2021 | $ 809,749.50 | $ 3,516.90 | $ - | $ - | FN2 | $ 806,232.60 | $ - |

**FN1** - The negotiated adjustments recommended in this exhibit are provisional in nature. Both the Fee Examiner and the professional reserve all rights with respect to the continuing discussions of the interim deductions noted.

**FN2** - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | |
| | *Debtors' Consultant* | | | | | | | |
| 1 | Deloitte Consulting LLP [Dkt. No. 9274] | 8/01 - 9/30/2018 | $ 653,692.09 | | $ - | | | |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 2-a | Ankura Consulting Group, LLC [Dkt. No. 8454] | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 2-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137] | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 3 | Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-4780 Dkt. No. 1133] | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 4 | Citigroup Global Markets Inc. [Dkt. No. 14522] | 10/1/2018 - 1/31/2019 | $ 1,975,000.00 | | $ 41,623.98 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 5 | Deloitte Consulting LLP [Dkt. No. 9275] | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 6-a | Ankura Consulting Group, LLC [Dkt. No. 12180] | 2/1 - 5/31/2019 | $ 4,069,840.50 | | $ 219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 6-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604] | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 7 | Citigroup Global Markets Inc. [Dkt. No. 14523] | 2/1 - 5/31/2019 | $ 4,300,000.00 | | $ 26,187.61 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 8 | Nixon Peabody LLP [Dkt. No. 9538] | 2/1 - 5/31/2019 | $ 371,931.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 9-a | O'Melveny & Myers [Dkt. No. 8180] | 2/1 - 5/31/2019 | $ 2,873,762.15 | | $ 244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 9-b | O'Melveny & Myers [17-3567 Dkt. No. 615] | 2/1 - 5/31/2019 | $ 85,817.14 | | $ 1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 9-c | O'Melveny & Myers [17-3566 Dkt. No. 658] | 2/1 - 5/31/2019 | $ 2,292,671.25 | | $ 64,457.00 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 9-d | O'Melveny & Myers [17-4780 Dkt. No. 1489] | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 10 | PJT Partners LP [Dkt. No. 8014] | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 11-a | Ankura Consulting Group, LLC [Dkt. No. 13725] | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 11-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788] | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 12-a | Brown Rudnick LLP [Dkt. No. 9316] | 6/1 - 9/30/2019 | $ 1,261,053.00 | | $ 205,804.25 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 12-b | Brown Rudnick LLP [17-3567 Dkt. No. 654] | 6/1 - 9/30/2019 | $ 2,817.00 | | $ - | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 12-c | **Brown Rudnick LLP [17-3566 Dkt. No. 717]** | 6/1 - 9/30/2019 | $ 29,348.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 12-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1778]** | 6/1 - 9/30/2019 | $ 439,667.00 | | $ 9,138.57 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 13 | **Citigroup Global Markets Inc. [Dkt. No. 16155]** | 6/1 - 9/30/2019 | $ 4,705,000.00 | | $ 813,391.60 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 14 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 15-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 15-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 15-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 15-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 16 | **PJT Partners LP [Dkt. No. 9215]** | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 17-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 17-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 18-a | **Brown Rudnick LLP [Dkt. No. 12847]** | 10/1/2019 - 1/31/2020 | $ 643,562.50 | | $ 40,133.81 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 18-b | **Brown Rudnick LLP [17-3566 Dkt. No. 864]** | 10/1/2019 - 1/31/2020 | $ 178,082.50 | | $ 598.20 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 18-c | **Brown Rudnick LLP [17-3567 Dkt. No. 766]** | 10/1/2019 - 1/31/2020 | $ 2,885.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 18-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1965]** | 10/1/2019 - 1/31/2020 | $ 261,844.00 | | $ 2,889.11 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 19 | **Citigroup Global Markets Inc. [Dkt. No. 16156]** | 10/1/2019 - 1/31/2020 | $ 4,840,000.00 | | $ 1,206.00 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 20 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 21-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 21-b | **O'Melveny & Myers [17-3567 Dkt. No.770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 21-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 21-d | **O'Melveny & Myers [17-04780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 22 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 23-a | **Proskauer Rose LLP [Dkt. No. 12831]** | 10/1/2019 - 1/31/2020 | $ 11,904,959.70 | | $ 488,281.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 23-b | **Proskauer Rose LLP [Dkt. No. 12833 and 17-3566 Dkt. No. 862]** | 10/1/2019 - 1/31/2020 | $ 1,732,608.90 | | $ 72,528.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 23-c | **Proskauer Rose LLP [Dkt. No. 12827 and 17-3567 Dkt. No. 764]** | 10/1/2019 - 1/31/2020 | $ 2,967,593.10 | | $ 82,253.31 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 23-d | **Proskauer Rose LLP [Dkt. No. 12835 and 19-5523 Dkt. No. 70]** | 9/1/2019 - 1/31/2020 | $ 264,301.80 | | $ 105.80 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 23-e | **Proskauer Rose LLP [Dkt. No. 12829 and 17-4780 Dkt. No. 1963]** | 10/1/2019 - 1/31/2020 | $ 5,694,120.30 | | $ 316,994.84 | | | |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 24-a | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1 - 5/31/2020 | $ 4,634,422.41 | | $ 62,803.01 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 24-b | **Ankura Consulting Group, LLC [Dkt. No. 15472 and 17-4780 Dkt. No. 2343]** | 2/1 - 5/31/2020 | $ 2,151,665.50 | | $ 50,582.41 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 25-a | **Brown Rudnick LLP [Dkt. No. 15765]** | 2/1 - 5/31/2020 | $ 514,656.00 | | $ 2,767.12 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 25-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1070]** | 2/1 - 5/31/2020 | $ 373,027.50 | | $ 7,554.43 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 25-c | **Brown Rudnick LLP [17-3567 Dkt. No. 965]** | 2/1 - 5/31/2020 | $ 1,471.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 25-d | **Brown Rudnick LLP [17-4780 Dkt. No. 2373]** | 2/1 - 5/31/2020 | $ 28,170.00 | | $ - | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 26 | **Citigroup Global Markets Inc. [Dkt. No. 16157]** | 2/1 - 5/31/2020 | $ 4,840,000.00 | | $ 9,354.30 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 27 | **Nixon Peabody LLP [Dkt. No. 15553]** | 2/1 - 5/31/2020 | $ 145,126.50 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 28-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | | $ 211,500.79 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 28-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | | $ 51,467.03 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 28-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | | $ 4,217.61 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 28-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | | $ 129,247.99 | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 29 | **O'Neill & Borges LLC [Dkt. No. 16782]** | 2/1 - 5/31/2020 | $ 455,558.85 | | $ 509.09 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 30 | **PJT Partners LP [Dkt. No. 14041 ]** | 2/1 - 5/31/2020 | $ 5,000,000.00 | | $ 30,021.86 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 31-a | **Proskauer Rose LLP [Dkt. No. 14348]** | 2/1 - 5/31/2020 | $ 16,498,056.60 | | $ 812,642.95 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to Debtors - ERS* | | | | | | | |
| 31-b | **Proskauer Rose LLP [Dkt. No. 14350 and 17-3566 Dkt. No. 988]** | 2/1 - 5/31/2020 | $ 1,866,775.20 | | $ 49,926.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 31-c | **Proskauer Rose LLP [Dkt. No. 14352 and 17-3567 Dkt. No. 925]** | 2/1 - 5/31/2020 | $ 657,568.80 | | $ 27,280.77 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 31-d | **Proskauer Rose LLP [Dkt. No. 14356 and 19-5523 Dkt. No. 96]** | 2/1 - 5/31/2020 | $ 162,451.80 | | $ 443.90 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 31-e | **Proskauer Rose LLP [Dkt. No. 14354 and 17-4780 Dkt. No. 2208]** | 2/1 - 5/31/2020 | $ 2,997,464.10 | | $ 255,819.76 | | | |
| | ***Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 32-a | **Ankura Consulting Group, LLC [Dkt. No. 18095]** | 6/1 - 9/30/2020 | $ 5,079,515.26 | | $ - | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 32-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 2377]** | 6/1 - 9/30/2020 | $ 2,119,759.50 | | $ - | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 33-a | **Brown Rudnick LLP [Dkt. No. 16282]** | 6/1 - 9/30/2020 | $ 400,158.00 | | $ 2,923.99 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 33-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1117]** | 6/1 - 9/30/2020 | $ 194,704.00 | | $ 195,408.96 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 33-c | **Brown Rudnick LLP [17-3567 Dkt. No. 999]** | 6/1 - 9/30/2020 | $ 162.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 33-d | **Brown Rudnick LLP [17-4780 Dkt. No. 2425]** | 6/1 - 9/30/2020 | $ 54,363.00 | | $ 71.33 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 34 | **Citigroup Global Markets Inc. [Dkt. No. 16158]** | 6/1 - 9/30/2020 | $ 4,840,000.00 | | $ 7,115.40 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 35 | **Nixon Peabody LLP [Dkt. No. 15554]** | 6-1 - 9/30/2020 | $ 350,033.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 36/a | **O'Melveny & Myers LLP [Dkt. No. 15477]** | 6/1 - 9/30/2020 | $ 3,523,753.04 | | $ 210,123.92 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 36-b | **O'Melveny & Myers LLP [Dkt. No. 15481 and 17-3566 Dkt. No. 1048]** | 6/1 - 9/30/2020 | $ 1,426,389.95 | | $ 74,371.80 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 36-c | **O'Melveny & Myers LLP [Dkt. No. 15482 and 17-3567 Dkt. No. 952]** | 6/1 - 9/30/2020 | $ 88,672.00 | | $ 2,182.88 | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 37 | **O'Neill & Borges LLC [Dkt. No. 17660]** | 6/1 - 9/30/2020 | $ 283,425.75 | | $ 3,968.93 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 38 | **PJT Partners LP [Dkt. No. 15577]** | 6/1 - 9/30/2020 | $ 5,000,000.00 | | $ 2,426.81 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 39-a | **Proskauer Rose LLP [Dkt. No. 16143]** | 6/1 - 9/30/2020 | $ 14,735,103.90 | | $ 556,621.24 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 39-b | **Proskauer Rose LLP [Dkt. No. 16144 and 17-3566 Dkt. No. 1112]** | 6/1 - 9/30/2020 | $ 3,127,593.90 | | $ 93,500.38 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 39-c | **Proskauer Rose LLP [Dkt. No. 16146 and 17-3567 Dkt. No. 996]** | 6/1 - 9/30/2020 | $ 389,151.90 | | $ 37,317.45 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 39-d | **Proskauer Rose LLP [Dkt. No. 16150 and 19-5523 Dkt. No. 110]** | 6/1 - 9/30/2020 | $ 27,642.00 | | $ - | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 39-e | Proskauer Rose LLP [Dkt. No. 16148 and 17-4780 Dkt. No. 2410] | 6/1 - 9/30/2020 | $ 3,938,373.60 | | $ 144,038.33 | | | |
| | **Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)** | | | | | | | |
| | *Financial Advisors - Commonwealth* | | | | | | | |
| 40-a | Ankura Consulting Group, LLC [Dkt. No. 18168] | 10/1/2020 - 1/31/2021 | $ 4,613,452.36 | | $ 68,005.73 | | | |
| | *Financial Advisors - PREPA* | | | | | | | |
| 40-b | Ankura Consulting Group, LLC [Dkt. No. 17831] | 10/1/2020 - 1/31/2021 | $ 1,850,867.90 | | $ 36,019.70 | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - PREPA* | | | | | | | |
| 41 | Brattle Group, Inc., The [Dkt. No. 16075 and 17-4780 Dkt. No. 2399] | 9/1/2020 - 1/31/2021 | $ 986,673.50 | | $ 5,687.50 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 42-a | Brown Rudnick LLP [Dkt. No. 17447] | 10/1/2020 - 1/31/2021 | $ 612,405.00 | | $ 2,238.65 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 42-b | Brown Rudnick LLP [17-3566 Dkt. No. 1186] | 10/1/2020 - 1/31/2021 | $ 43,511.00 | | $ 10,535.60 | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 42-c | Brown Rudnick LLP [17-4780 Dkt. No. 2564] | 10/1/2020 - 1/31/2021 | $ 29,826.00 | | $ 34.17 | | | |
| | *Debtors' Service Agent* | | | | | | | |
| 43 | Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 18293] | 9/1/2020 - 1/31/2021 | $ 18,473.90 | | $ 39,669.47 | | | |
| | *Attorneys for FOMB* | | | | | | | |
| 44 | Munger, Tolles & Olson LLP [Dkt. No. 17553] | 2/1/2020 - 11/30/2020 | $ 103,642.16 | | $ 9,505.50 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 45-a | O'Melveny & Myers LLP [Dkt. No. 16768] | 10/1/2020 - 1/31/2021 | $ 3,401,048.00 | | $ 181,441.88 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 45-b | O'Melveny & Myers LLP [Dkt. No. 16769] | 10/1/2020 - 1/31/2021 | $ 712,225.00 | | $ 93,367.41 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 45-c | O'Melveny & Myers LLP [Dkt. No. 16770] | 10/1/2020 - 1/31/2021 | $ 73,920.50 | | $ 4,409.76 | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 46 | O'Neill & Borges LLC [Dkt. No. 18127] | 10/1/2020 - 1/31/2021 | $ 328,468.50 | | $ 3,894.86 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 47 | PJT Partners LP [Dkt. No. 16945] | 10/1/2020 - 1/31/2021 | $ 5,000,000.00 | | $ - | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 48-a | Proskauer Rose LLP [Dkt. No. 17587] | 10/1/2020 - 1/31/2021 | $ 11,164,006.40 | | $ 438,081.14 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 48-b | Proskauer Rose LLP [Dkt. No. 17589 and 17-3566 Dkt. No. 1194] | 10/1/2020 - 1/31/2021 | $ 1,308,558.00 | | $ 141,875.63 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 48-c | Proskauer Rose LLP [Dkt. No. 17591 and 17-3567 Dkt. No. 1056] | 10/1/2020 - 1/31/2021 | $ 1,790,417.60 | | $ 78,072.78 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 48-d | Proskauer Rose LLP [Dkt. No. 17596 and 19-5523 Dkt. No. 166] | 10/1/2020 - 1/31/2021 | $ 12,769.50 | | $ 344.00 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 48-e | Proskauer Rose LLP [Dkt. No. 17592 and 17-4780 Dkt. No. 2573] | 10/1/2020 - 1/31/2021 | $ 3,859,914.50 | | $ 129,277.60 | | | |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - AAFAF* | | | | | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| 49 | **Brattle Group, Inc., The [Dkt. No. 17393]** | 2/1/2021 - 5/31/2021 | $ 90,518.62 | | $ - | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 50-a | **Brown Rudnick LLP [Dkt. No. 17740]** | 2/1/2021 - 5/31/2021 | $ 537,973.00 | | $ 2,328.07 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 50-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1208]** | 2/1/2021 - 5/31/2021 | $ 57,377.00 | | $ 5,493.50 | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 50-c | **Brown Rudnick LLP [17-4780 Dkt. No. 2592]** | 2/1/2021 - 5/31/2021 | $ 8,687.00 | | $ - | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | |
| 51 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 17405 AND 17-4780 Dkt No. 2560]** | 2/1/2021 - 5/31/2021 | $ 1,327,865.89 | | $ 3,244.30 | | | |
| | *Debtors' Service Agent* | | | | | | | |
| 52 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 18296]** | 2/1/2021 - 5/31/2021 | $ 17,199.60 | | $ 31,571.53 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 53 | **Ernst & Young LLP [Dkt. No. 18066 & 18454 & 18494]** | 2/1/2021 - 5/31/2021 | $ 10,021,758.20 | | $ 1,769.80 | | | |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 54 | **Estrella, LLC [Dkt. No. 18130]** | 2/1/201 - 5/31/20021 | $ 194,048.00 | | $ 1,754.01 | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | |
| 55 | **Marini Pietrantoni Muniz LLC [Dkt. No. 17357]** | 2/1/2021 - 5/31/2021 | $ 380,863.00 | | $ 5,054.48 | | | |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 56 | **Paul Hastings [Dkt. No. 17380]** | 2/1/2021 - 5/31/2021 | $ 1,340,554.58 | | $ 78,589.61 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Deferred:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 1 | **O'Melveny & Myers [17-3284 Dkt. No. 640]** | 5/5/2017 - 2/12/2019 | $ 8,674,704.03 | | $ 78,506.01 | | | |

**McKinsey & Company, Inc.**          **Exhibit D**
**Title III Fee Summary**

**Twelfth Interim Fee Period:**

| | Commonwealth Working Group Team Participation by Month[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior Partners | Partners | Associate Partners | Engagement Managers | Associates | Business Analysts[2] | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| February 2021 | 2-PT | 4-PT | 0 | 2-FT | 2-FT | 4-FT | $1,240,000.00 | 2,520 | $492.06 |
| March 2021 | 2-PT | 4-PT | 0 | 3-FT 1-PT | 3-FT | 4-FT | $1,417,500.00 | 3,100 | $457.26 |
| April 2021 | 2-PT | 4-PT | 0 | 2-FT 1-PT | 4-FT 1-PT | 4-FT | $1,417,500.00 | 3,440 | $412.06 |
| May 2021 | 2-PT | 4-PT | 0 | 2-FT | 3-FT 1-PT | 4-FT | $1,417,500.00 | 2,860 | $495.63 |
| | | | | | | | **$5,492,500.00** | **11,920** | **$460.78** |

| | PREPA Working Group Team Participation by Month | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior Partners | Partners | Associate Partners | Engagement Managers | Associates | Business Analysts | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| February 2021 | 2-PT | 1-PT | 1-PT | 1-FT | 1-FT | 1-FT | $326,525.00 | 1,120 | $291.54 |
| March 2021 | 2-PT | 1-PT | 1-PT | 1-FT | 2-FT | 1-FT | $326,525.00 | 1,360 | $240.09 |
| April 2021 | 2-PT | 1-PT | 1-PT | 1-FT | 1-FT | 1-FT | $326,525.00 | 1,120 | $291.54 |
| May 2021 | 2-PT | 1-PT | 1-PT | 1-FT | 1-FT | 0 | $326,525.00 | 880 | $371.05 |
| | | | | | | | **$1,306,100.00** | **4,480** | **$291.54** |

---

[1] McKinsey provided full time (FT) and part time (PT) designations in its monthly fee statements. Full time team members' time was estimated at 60 hours per week; part time team members at 25 hours per week

[2] Includes Analysts

|  | **HTA Working Group Team Participation by Month** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Senior Partners | Partners | Associate Partners[3] | Engagement Managers | Associates | Business Analysts | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| February 2021 | 0 | 1-PT | 2-PT | 1-FT | 0 | 1-FT | $310,000 | 780 | $397.44 |
| March 2021 | 0 | 1-PT | 2-PT | 1-FT | 0 | 1-FT | $310,000 | 780 | $397.44 |
| April 2021 | 0 | 1-PT | 2-PT | 1-FT | 1-FT | 0 | $310,000 | 780 | $397.44 |
| May 2021 | 0 | 1-PT | 2-PT | 1-FT | 1-FT | 1-FT | $310,000 | 1,020 | $303.92 |
|  |  |  |  |  |  |  | **$1,240,000.00** | **3,360** | **$369.05** |
|  |  |  |  | **Overall Totals for All 3 Working Groups** | | | **$8,038,600.00** | **19,760** | **$406.81** |

26024474.1

---

[3] Includes Practice Expert

2

# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)**<br><br>**Re:** ECF Dkt. Nos. 9624, 9626, 9628, 9630, 15156, 16047, 17378, 18003<br><br>Case No. 17-3566 Dkt. No. 747<br><br>Case No. 17-3567 Dkt. Nos. 664 1090<br><br>Case No. 17-4780 Dkt. Nos. 1838, 2610 |

## SUPPLEMENTAL OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TWELFTH INTERIM (FEBRUARY 1, 2021 – MAY 31, 2021) AND PRIOR COMPENSATION PERIODS

This matter coming before the Court on the interim fee applications (together Docket Entry Nos. 747 [Case No. 17-3566], 664, 1090 [Case No. 17-3567], 1838, 2610 [Case No. 17-4780], 9624, 9626, 9628, 9630, 15156, 16047, 17378, 18003 [Case No. 17-3283], the ("**Applications**")), all as indicated as "Recommended for Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. \_\_\_\_]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications;

2

IT IS HEREBY ORDERED THAT:

1.	The Applications are GRANTED on an interim basis as set forth on the attached **Exhibit A**.

2.	Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3.	To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

4.	Pursuant to the Fee Examiner's report, the interim fee applications listed on **Exhibit B** and the final application listed on **Exhibit C** of the report [Docket Entry Nos. 640 [Case No. 17-3284], 658, 717, 724, 862, 864, 873, 967, 988, 1070, 1048, 1112, 1117, 1186, 1194, 1208 [Case No. 17-3566], 615, 654, 657, 764, 766, 770, 920, 925, 952, 965, 996, 999, 1056 [Case No. 17-3567], 1133, 1137, 1489, 1604, 1786, 1778, 1788, 1963, 1965, 1970, 1977, 2175, 2208, 2343, 2373, 2377, 2399, 2410, 2425, 2560, 2564, 2573, 2592 [Case No. 17-4780], 70, 96, 110, 166 [Case No. 19-5523], 5810, 8014, 8180, 8454, 9215, 9274, 9275, 9316, 9332, 9354, 9538, 9539, 12180, 12401, 12827, 12829, 12831, 12833, 12835, 12847, 12907, 13600, 13725, 14031, 14041, 14179, 14348, 14350, 14352, 14354, 14356, 14522, 14523, 14924, 15472, 15477, 15481, 15482, 15553, 15554, 15577, 15765, 16075, 16143, 16144, 16146, 16148, 16150,

3

16155, 16156, 16157, 16158, 16282, 16768, 16769, 16770, 16782, 16945, 17357, 17380, 17393, 17405, 17447, 17553, 17587, 17589, 17591, 17592, 17596, 17660, 17740, 17831, 18066, 18095, 18127, 18130, 18168, 18293, 18296, 18454, 18494] remain adjourned for consideration at a later hearing date.

5. This Order resolves Docket Entry Nos. 747 [Case No. 17-3566], 664, 1090 [Case No. 17-3567], 1838, 2610 [Case No. 17-4780], 9624, 9626, 9628, 9630, 15156, 16047, 17378, 18003 [Case No. 17-3283].

SO ORDERED.

Dated: _____, 2021

                                                          LAURA TAYLOR SWAIN
                                                         United States District Judge

26066995.1

4

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Twelfth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | | |
| 1-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | $ 338,799.03 | $ 292,282.61 | $ 8,768.48 | FN1 | $ 10,954,502.07 | $ 283,514.13 |
| | *Counsel to Debtors - ERS* | | | | | | | | |
| 1-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | $ 54,337.23 | $ 139,973.00 | $ 4,199.19 | FN1 | $ 1,756,903.77 | $ 135,773.81 |
| | *Counsel to Debtors - HTA* | | | | | | | | |
| 1-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | $ 14,746.13 | $ 13,238.66 | $ 397.16 | FN1 | $ 476,791.57 | $ 12,841.50 |
| | *Counsel to Debtors - PREPA* | | | | | | | | |
| 1-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | $ 176,810.92 | $ 151,543.10 | $ 4,546.29 | FN1 | $ 5,716,886.48 | $ 146,996.81 |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 15156]** | 6/1 - 9/30/2020 | $ 307,894.50 | $ 4,933.15 | $ 3,707.80 | $ - | | $ 302,961.35 | $ 3,707.80 |
| | **Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | | |
| 3 | **Marini Pietrantoni Muniz LLC [Dkt. No. 16047]** | 10/1/2020 - 1/31/2021 | $ 381,133.50 | $ 2,477.50 | $ 6,043.41 | $ - | | $ 378,656.00 | $ 6,043.41 |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | | |
| | *Consulting Services to FOMB - Commonwealth* | | | | | | | | |
| 4-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 18003]** | 2/1/2021 -5/31/2021 | $ 5,492,500.00 | $ - | $ - | $ - | | $ 5,492,500.00 | $ - |
| | *Consulting Services to FOMB - HTA* | | | | | | | | |
| 4-b | **McKinsey & Company Puerto Rico Consulting, Inc. [17-3567 Dkt. No. 1090]** | 2/1/2021 - 5/31/2021 | $ 1,240,000.00 | $ - | $ - | $ - | | $ 1,240,000.00 | $ - |
| | *Consulting Services to FOMB - PREPA* | | | | | | | | |
| 4-c | **McKinsey & Company Puerto Rico Consulting, Inc. [17-4780 Dkt. No. 2610]** | 2/1/2021 - 5/31/2021 | $ 1,306,100.00 | $ - | $ - | $ - | | $ 1,306,100.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 5 | **Zolfo Cooper, LLC [Dkt. No. 17378]** | 2/1/2021 - 5/31/2021 | $ 809,749.50 | $ 3,516.90 | $ - | $ - | FN2 | $ 806,232.60 | $ - |

**FN1** - The negotiated adjustments recommended in this exhibit are provisional in nature. Both the Fee Examiner and the professional reserve all rights with respect to the continuing discussions of the interim deductions noted.

**FN2** - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.