# Exhibit 1

(To the October 15, 2021 Declaration of Michael T. Mervis)

# Dalsen, William D.

**Subject:** RE: Shah

**From:** Mervis, Michael T.
**Sent:** Thursday, September 30, 2021 3:00 PM
**To:** 'Koff, Douglas' <Douglas.Koff@srz.com>
**Cc:** 'Joseph, Andrew B' <andrew.joseph@dbr.com>
**Subject:** RE: Shah

Doug – Regarding Ojas and the BIT reports, we can represent the following:

(i) he was personally involved in the preparation of the BITs, (ii) he led the team that was responsible for preparing the BITs, (iii) he reviewed and approved of all language in the BITs (understanding of course that he accepted assumptions from legal advisors and financial advisors as presented), and (iv) there is no other person at McKinsey more knowledgeable about the BITs than Ojas

Please let us know if this works. Although I believe this has been implicit, are we agreed that, if this works for you, it will relieve McKinsey of whatever document subpoena obligations it may have?

Thanks.

**Michael T. Mervis**
**Partner and Vice Chair –**
**Commercial Litigation Group**

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3565
m 917.756.9758
f  212.969.2900

mmervis@proskauer.com

---

**From:** Koff, Douglas <Douglas.Koff@srz.com>
**Sent:** Thursday, September 30, 2021 9:57 AM
**To:** Mervis, Michael T. <MMervis@proskauer.com>
**Subject:** RE: Shah

*This email originated from outside the Firm.*

Ok, it might not give us enough time on our Motion in Limine but if it does we can alter it depending on the answer.

**Douglas I. Koff**
Partner
212.756.2773 office
917.862.9871 mobile

Schulte Roth & Zabel LLP
www.srz.com

1

**From:** Mervis, Michael T. <MMervis@proskauer.com>
**Sent:** Thursday, September 30, 2021 9:55 AM
**To:** Koff, Douglas <Douglas.Koff@srz.com>
**Subject:** RE: Shah

**-CAUTION: EXTERNAL EMAIL from mmervis@proskauer.com**
**Do not click any links or open any attachments unless you are expecting the email and know the content is safe.**

Working on this. Andrew Joseph, who reps McKinsey, is in a deposition this morning so I will likely not be back to you until later in the day. It seems doable.

**Michael T. Mervis**
**Member of the Firm**

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3565
m 917.756.9758
f  212.969.2900

mmervis@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Koff, Douglas <Douglas.Koff@srz.com>
**Sent:** Wednesday, September 29, 2021 5:30 PM
**To:** Mervis, Michael T. <MMervis@proskauer.com>
**Subject:** Shah

*This email originated from outside the Firm.*

Do you have a minute to follow-up? I am on my cell below and free.

**Douglas I. Koff**
Partner
212.756.2773 office
917.862.9871 mobile
douglas.koff@srz.com

919 Third Avenue, New York, NY 10022
212.756.2000 | 212.593.5955 fax

Schulte Roth & Zabel LLP
New York | Washington DC | London
www.srz.com

-------------------------------------------------------------------------------------------------------------- NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly

prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

****************************************************************************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

****************************************************************************************************************************

------------------------------------------------------------------------------------------------------------------------ NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.