# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Olga Pizarro Pizarro_

Participant's Address: _Urb. Jose S Quiñones 34 calle De Diego Carolina PR 00985_

Participant's Email Address: _aopizarropizarro@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178850_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
Signature

_Ana Olga Pizarro Pizarro_
Print Name

_____
Title (if Participant is not an individual)

_09/12/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ana Olga Pagano
Vef. Jose S Quinones
#34 Calle Jose S Diego
Carolina P.R 00985

O'neill & Borges LLC
250 Muñoz Rivera ave, Suite 800
San Juan, P.R 00918-1813



RECEIVED
SEP 23 2021
O'NEILL & BORGES