# EXHIBIT 6

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _An a R. Rolon Salgado_

Participant's Address: _RR 06 Box 7467, TOA ALTA, PR 00953_

Participant's Email Address: _anarolon14579 q mail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164308_

Nature of Claim: _Promesa Title III No. 17 BK 3283-LTS_

By: _(signature)_
    Signature

_Ana R. Rolon Salgado_
Print Name

_____
Title (if Participant is not an individual)

_7 Sept 2021_
Date

RECEIVED

SEP 22 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana R. Rolón Salgado
RR 06 Box 7467
Toa Alta PR 00953

MEMPHIS TN 380
11 SEP 2021  PM 2 L



RECEIVED
SEP 22 2021
PRIME CLERK

To Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York Ny 10163-4708

10163-470808