# EXHIBIT 11

RECEIVED
SEP 15 2021
PRIME CLERK LLC

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Azalea Suarez Delgado

Participant's Address: c/Roberia F21 - Urb. Laguna Laguna 00725

Participant's Email Address: azalea.suarez.d @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 AK 3283 LTS # 50,189

Nature of Claim: In Re

By: _____
Signature

Azalea Suárez Delgado
Print Name

_____
Title (if Participant is not an individual)

9-7-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE    VERSION JULY 20, 2021    9