# EXHIBIT 12

Case:17-03283-LTS  Doc#:18526-12  Filed:10/17/21  Entered:10/17/21 07:09:20  Desc:
Exhibit 12 - Benjamin Lopez Matos  Page 2 of 3

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Benjamin Lopez matos

Participant's Address: Sector Mediania Alta Minimini

Participant's Email Address: P.O.Box 345 Loiza P.R. 00772

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17.3283

Nature of Claim: _____

By: *Benjamin Lopez matos*
Signature

*Benjamin Lopez matos*
Print Name

_____
Title (if Participant is not an individual)

Sep 7. 2021
Date

RECEIVED
SEP 22 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PUERTO RICO 18 US SRF 55923 MMLID234449S.PacKT.D.t-32296
BENJAMIN LOPEZ MATOS
P.O BOX 345
LOIZA PR. 00772-0345

11 SEP 2021 PM 5 L

RECEIVED
SEP 22 2021
PRIME CLERK

Prime CLerk LLC
Grand central station - PO BOX 4708
New york 10163-0708

10163-070808