# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Casildo Morales Rodriguez*

Participant's Address: *HC4 Box 7266 Yabucoa P.R. 00767*

Participant's Email Address: _____

Name of Counsel: *Herman D Bauer*

Address of Counsel: *250 Muñoz Rivera Ave S.J. P.R. 00918*

Email Address of Counsel: *info oveil bouges.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17BK 3283-LTS*

Nature of Claim: _____

By: *Casildo morales*
Signature

*Casildo Morales*
Print Name

_____
Title (if Participant is not an individual)

*9-2-2021*
Date

RECEIVED

SEP 22 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Casildo Morales
HC4 Box 7266
Yabucoa P-R 00707



**RECEIVED**
SEP 22 2021
PRIME CLERK LLC

To Prime Clerk LLC
Grand Central Station
P.O. Box 4766
New York NY 10163-4708