# EXHIBIT 21

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Clotilde Hernández Delfi_

Participant's Address: _Apdo 180, Patillas, P.R. 00723_

Participant's Email Address: _hernandez cloty @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _121939_

Nature of Claim: _____

By: _Clotilde Hernández Delfi_
Signature

_Clotilde Hernández Delfi_
Print Name

RECEIVED

SEP 2 3 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.