# EXHIBIT 23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Diana Minerva Rosa Catalán

Participant's Address: HC4 Box 4199 Humacao; P.R. 00791

Participant's Email Address: Minervarosa3@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK-3283-LTS

Nature of Claim: Promesa Title III

Diana M Rosa Catalán
Signature

Diana M. Rosa Catalán
Print Name

_____
Title (if Participant is not an individual)

11-Sept21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Diana M. Rosa Catalán
HC4 Box 4199
Humacao, P.R. 00791

RECEIVED
SEP 22 2021
O'NEILL & BORGES

To: O'Neill & Borges LLC
250 Muñoz Rivera Ave
Suite 800
San Juan, PR 00918-1813

NASHVILLE TN 370
17 SEP 2021 PM 6 L