# EXHIBIT 24

RECEIVED
SEP 17 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Doris Emma Torres Alvarado

Participant's Address: Calle Victoria Mateo #167 Bda. La Carmen Salinas, PR 00751

Participant's Email Address: dtorres59@live.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 172272

Nature of Claim: Reclamación de dinero "Romerazo" nunca me pagaron

By: _Doris E. Torres Alvarado_
Signature

Doris E. Torres Alvarado
Print Name

_____
Title (if Participant is not an individual)

30 agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Doris E. Torres Alvarado
Bda. La Carmen
167 Calle Victoria Mateo
Salinas, Puerto Rico 00751



**RECEIVED**
**SEP 17 2021**
**PRIME CLERK LLC**

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850