# EXHIBIT 25

- Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edga M. Torres Porrata_

Participant's Address: _Parcelas Jauca 227 Calle Santa Isabel, PR 00757_

Participant's Email Address: _guitomila8@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _220383_

Nature of Claim: _Ley 34, Ley 73 and others_

By: _Edga M. Torres Porrata_
Signature

_Edga M. Torres Porrata_
Print Name

_____
Title (if Participant is not an individual)

_Sept 02- 2021_
Date

RECEIVED

SEP 27 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edga M. Torres Porrata
Parc Jauca 227 Calle 2
Santa Isabel, P.R. 00757

MEMPHIS TN 380
13 SEP 2021 PM 1 L
USA FOREVER

RECEIVED
SEP 27 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-4708  09/22