# EXHIBIT 28

Participant must provide all of the information below **in English**:

Participant's contact information, including email address, and that of its counsel, if any:

Name: Enoelia Carrasquillo Matos

Address: Calle L M 8 Alamar, Luquillo P.R. 00773

Email Address: enoelia.carrasquillo@yahoo

Counsel: _____

Counsel: _____

Counsel: _____

Participant's Claim number and the nature of Participant's Claim:

16511

_Enoelia Carrasquillo_

Enoelia Carrasquillo Matos

Nuestra

(if Participant is not an individual)

Oct 1, 2021
Date

**Filing Notice of Participation**: If you are represented by counsel, this Notice ...ically with the Court on the docket using the CM/ECF docket event Notice ...e in Discovery for Commonwealth Plan Confirmation, in *In re* ...erto Rico, Case No. 17 BK 3283-LTS, through the Court's case filing ...he applicable deadline. If you are not represented by counsel, you may ...ce to the Court's Clerk's Office at: United States District Court, Clerk's ...os Chardon Ste. 150, San Juan, P.R. 00918-1767.