# EXHIBIT 30

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eugenio Ortiz Pagan

Participant's Address: HC-02 Box 7482 Hormigueros, P.R. 00660

Participant's Email Address: Geno4762@gmail.com

Name of Counsel: Policia de Puerto Rico

Address of Counsel: Av. Corazones Suite 1059 Mayaguez, P.R. 00680

Email Address of Counsel: Policia@P.r.gov

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Violation of Acquired Rights

By: _[signature]_
Signature

Eugenio Ortiz Pagan
Print Name

_____
Title (if Participant is not an individual)

08/17/2021
Date

RECEIVED
SEP 20 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Eugenio Ortiz Pagán
HC-02 Box 7482
Hormigueros PR 00-66

RECEIVED
SEP 20 2021
PRIME CLERK LLC






U.S. POSTAGE PAID
FCM LETTER
CABO ROJO, PR
00623
AUG 20, 21
AMOUNT
$6.45
R2304M116291-09

CERTIFIED MAIL



7020 1810 0001 3355 0884

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

SEP 18 2021

10163$4708  5.076

RECEIVED
SEP 20 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eugenio Ortiz Pagán

Participant's Address: HC-02 Box 7482 Hormigueros, P.R. 00660

Participant's Email Address: Geno4762@gmail.com

Name of Counsel: Policia de Puerto Rico

Address of Counsel: Ave. Corazones Suite 1059 Mayaguez, P.R. 00680

Email Address of Counsel: Policia@.Pr.gov

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Wage Discrimination and Labor Marginalization

By: _[signature]_
Signature

Eugenio Ortiz Pagán
Print Name

Title (if Participant is not an individual)

08/17/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Eugenio Ortiz Pa
HC-02 Box 7482
Hormigueros, P.R. 0066






U.S. POSTAGE PAID
FCM LETTER
CABO ROJO, PR
00623
AUG 20, 21
AMOUNT
$6.45
R2304M116291-09

CERTIFIED MAIL

7020 1810 0001 3355 0877

To: Prime Clerk LLC
Grand Central Station P.O. Box 4708
New York, NY 10163-4708

RECEIVED
SEP 20 2021

