# EXHIBIT 32

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Felicita Delgado Collazo*

Participant's Address: *PARC. SAINT JUST*

Participant's Email Address: *606 Calle Las Cruces*

Name of Counsel: *Trujillo Alto PR 00976-8100*

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK - 3283-LTS*

Nature of Claim: _____

By: _____
  Signature

*Felicita Delgado Collazo*
Print Name

*Felicita Delgado*
Title (if Participant is not an individual)

*9-10-21*
Date

**RECEIVED**

**SEP 22 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FRoom

Felicita Delgado Collazo
PARC SAINT JuST
606 Calle LAS CRuCeS
Trujillo AHo PR 00976-8100

MEMPHIS TN 380

13 SEP 2021 PM 2 L

USA • FOREVER

RECEIVED

SEP 22 2021

PRIME CLERK

10163-470808

TO: Prime clerk LLC
Grand Central Station
P.O. BOX 4708
New YORK NY 10163-4708