# EXHIBIT 34

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Felicita Lopez Ortiz

Participant's Address: BH CoHo Mabu, Calle 6-D-5, Humacao, P.R. 00791

Participant's Email Address: lopezortizfelicita71@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Felicy Ortz*
Signature

Felicita Lopez Ortiz
Print Name

_____
Title (if Participant is not an individual)

13 / Sept / 2021
Date

RECEIVED
SEP 2 2 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Felicita Lopez Ortiz
Calle 6 W-5 - Colla Mabú Ext.
Humacao, P.R. 00791

NASHVILLE TN 370
16 SEP 2021 PM 4 L

RECEIVED
SEP 22 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808