# EXHIBIT 35

Case:17-03283-LTS Doc#:18526-35 Filed:10/17/21 Entered:10/17/21 07:09:20 Desc: Exhibit 35 - Felicita Martinez Ortiz Page 2 of 3

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: FelicitA Martinez Ortiz

Participant's Address: P.O. Box 507 Yauco P.R. 00698

Participant's Email Address: ___

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 1154-173566

Nature of Claim: 195523

By: _Felicita Martinez Ortiz_
Signature

_Felicita Martinez Ortiz_
Print Name

RECEIVED
OCT 0 5 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

09-15-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felicita Martinez Ortiz
P.O. Box 507
Yauco P.R. 00698

RECEIVED
OCT 05 2021
PRIME CLERK LLC



To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708