# EXHIBIT 39

RECEIVED

SEP 29 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Freddie Laboy Irizarry

Participant's Address: Vallas Torre 109 Mercedita PR 00715

Participant's Email Address: FreddieLaboyIrizarry99@gmail.com

Name of Counsel: Freddie Laboy Irizarry

Address of Counsel: Vallas Torre 109 Mercedita PR 00715

Email Address of Counsel: FreddieLaboyIrizarry99@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Freddie Laboy Irizarry

Nature of Claim: Mercedita cell

By: _[signature]_
Signature

Freddie Laboy Irizarry
Print Name

O. Srovb
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Freddie Laboy Irizarry,
~~Box~~ Valles Torre 109
Calledor Correa
Mevediste Recev~~ed~~ 715.

RECEIVED
SEP 29 2021
PRIME CLERK LLC

Prime clerk LLC
Grand Central Station
P.o Box 4850
New york, N.Y. 10163
4850

10163-485050