# EXHIBIT 43

RECEIVED
OCT 04 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gloria Guzman Vazquez

Participant's Address: P. Box 1165 Rincon P.R. 00677

Participant's Email Address: g_guzman12@yahoo.com

Name of Counsel: Promesa Title III

Address of Counsel: Common Wealth of Puerto Rico

Email Address of Counsel: https cases: primeclerk.com/puertorico

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: Promesa Title III

By: *Gloria Guzman Vazquez*
Signature

Gloria Guzman Vazquez
Print Name

Promesa Title III
Title (if Participant is not an individual)

Sept. 24, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Guzman Vazquez_

Participant's Address: _P.O. Box 1165 Rincon P.R. 00677_

Participant's Email Address: _g_guzman_12@yahoo.com_

Name of Counsel: _Comon Wealth of Puerto Rico_

Address of Counsel: _https:cases:primeclerk.com/puertorico_

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Gloria Guzman V._
Signature

_Gloria Guzman V._
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_Sept. 24, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Guzman Vazquez_

Participant's Address: _P.O. Box 1165 Rincon P.R. 00677_

Participant's Email Address: _g_guzman12@yahoo.com_

Name of Counsel: _Promesa Title III_

Address of Counsel: _Common Wealth of Puerto Rico_

Email Address of Counsel: _https: cases: primeclerk.com/puerto rico_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Gloria Guzman V._
Signature

_Gloria Guzman V._
Print Name

_Promesa III_
Title (if Participant is not an individual)

_Sept. 24, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria Guzman
P.O. Box 1165
Rincón P.R. 00677

NASHVILLE TN 370
27 SEP 2021 PM 5 L

RECEIVED
OCT 04 2021

PRIME CLERK
Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163
10163

10163-470808