# EXHIBIT 44

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Gregorio Martinez Parrilla

Participant's Address:   Urb Santiago B #1 Bz #1 Loiza, PR 00770
00772

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283-LTS

Nature of Claim:   _____

By:   _Gregorio Martinez Parrilla_
Signature

Gregorio Martinez Parrilb
Print Name

_____
Title (if Participant is not an individual)

9-8-2021
Date

RECEIVED

SEP 29 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gregorio Martinez Parrilla
Urb Santiago B#1 B2#1
Loiza, PR 00772

MEMPHIS TN 380

16 SEP 2021   PM 2   L



★ USA ★ FOREVER ★

RECEIVED

SEP 29 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4706
New York 10163-4708

10163-470606