# EXHIBIT 45

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Haydeenise Marrero Toledo

Participant's Address: Hc-02 Box 5828 Lares PR 00669

Participant's Email Address: denis_marrero@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: _[signature]_
Signature

Print Name

Title (if Participant is not an individual)

September 2, 2021
Date

RECEIVED
SEP 29 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydeenise Marrero Toledo
Hc-02 Box 5828
Lares PR 00669

NASHVILLE TN 370
16 SEP 2021 PM 5 L

RECEIVED
SEP 29 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050