# EXHIBIT 49

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: HIPOLITO GONZALEZ PAGAN

Participant's Address: C-10 #733 BO OBRERO SAN J PR. 00915

Participant's Email Address: N/A

Name of Counsel: Hipolito Gonzalez Pagan

Address of Counsel: C-10 #733 BO OBRERO SAN J PR 00915

Email Address of Counsel: //

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: //

By: Hipolito Gzal Pagán
Signature

Hipolito Gzal Pagán
Print Name

Promesa TITLE III
Title (if Participant is not an individual)

9/7/21
Date

RECEIVED
SEP 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Hipolito Gonzalz Pagán
C-10 #733 Bochew
Aout PR. 00915

MEMPHIS TN 380
11 SEP 2021 PM 1 L



RECEIVED
SEP 24 2021
PRIME CLERK

Prime Clerk
Gran central station
P.O. Box 4708
New York, NY. 10163-4708

10163-470808