# EXHIBIT 50

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Iris D. Montalbán Aponte*

Participant's Address: *P.O. Box 2541 Bayamón P.R. 00960*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa Title III*

By: *Iris D. Montalbán Aponte*
Signature

Print Name: *Iris D. Montalbán Aponte*

Title (if Participant is not an individual): _____

Date: *11/Sept./2021*

RECEIVED
SEP 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris D. Montalbán Aponte
P.O. Box 2541
Bayamón P.R. 00960

NASHVILLE TN 370
17 SEP 2021 PM 4 L

RECEIVED
SEP 24 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708