# EXHIBIT 1

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Irma Lissette Ortiz Meléndez_

Participant's Address: _P.O. Box 318 Aguirre, P.R. 00704_

Participant's Email Address: _ortizlissette 1122 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA - Ley Promesa_

By: _Irma Lissette Ortiz Meléndez_
    Signature

_Irma Lissette Ortiz Meléndez_
Print Name

RECEIVED

OCT 0 6 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_4- Sept - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.S.
Including Spanish translations please.

Irma Lissette Ortiz Melendez
P.O. Box 318
Aguirre, Pto. Rico    00704

MEMPHIS TN 380

23 SEP 2021   PM 3   L

RECEIVED

OCT 06 2021

PRIME CLERK

Prime clerk LLC
Grand Central station, P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808