# EXHIBIT 2

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ivette Ortega Rivera

Participant's Address: 10294 Caroline Park Dr. Orlando Fl 32832

Participant's Email Address: Ortega.dally17@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: The financial oversight and management Board for Puerto Rico

By:
Signature

Ivette Ortega Rivera
Print Name

_Ivette Ortega_
Title (if Participant is not an individual)

Sept. 21, 2021
Date

RECEIVED
SEP 29 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PR 1845 SRF 55923 ORLANDO FL 328
22 SEP 2021 PM 6 L

Ivette Ortega
10294 Caroline Park Dr.
Orlando Fl. 32832

RECEIVED
SEP 29 2021
PRIME CLERK

Primer Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808