# EXHIBIT 3

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jahaida Guzman Rosario

Participant's Address: RR 7 Box 6384 San Juan P.R. 00926

Participant's Email Address: Jahaida.guzman.rosario@gmail.com

Name of Counsel: none

Address of Counsel: none

Email Address of Counsel: none

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Jahaida Guzman Rosario

Nature of Claim: Promesa Title III NO: 17BK-3283-LTS

By: _Jahaida Guzman Rosario_
Signature

Print Name: _____

Title (if Participant is not an individual): _____

Date: 31/agosto/2021

**RECEIVED**

**SEP 29 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackId: 22118 MMLID 212058-PMML-PC
Guzman Rosario Jahaida
RR7 Box 6384
San Juan, P.R. 00926

NASHVILLE TN 370
17 SEP 2021 PM 4 L



RECEIVED
SEP 29 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050