# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jorge Amaro Lebrón*

Participant's Address: *3349 W. Crystal St. Chicago Ill. 60651*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *172909*

Nature of Claim: _____

By: *Jorge Amaro*
Signature

*Jorge Amaro*
Print Name

_____
Title (if Participant is not an individual)

*8-9-21*
Date

RECEIVED

SEP 16 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JORGE AMARO LEBRON
3349 W CRYSTAL ST
CHHicago IL  60651

CAROL STREAM IL
10 SEP 2021 PM 11 L



RECEIVED
SEP 16 2021
PRIME CLERK

PRiME CLERK. LLC
GRaNd CeNTRaL STaTioN,
PO·BOX 4850
NEW YORK, NY 10163-4850

10163-485050