# EXHIBIT 9

Participant must provide all of the information below **in English**:

**RECEIVED SEP 29 2021 PRIME CLERK**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *José Ramón Carrión Díaz*

Participant's Address: *P.O Box 1454 Juncos P.R. 00777*

Participant's Email Address: *josecarrion933@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *[signature]*
Signature

*José Ramón Carrión Díaz*
Print Name

*Teacher Employees Retirement System of Puerto Rico*
Title (if Participant is not an individual)

*30/Agost/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PACKID: 89094 MMLID: 1860227-P SVC: ADSHN-Q
CARRION DIAZ, JOSE R.
PO BOX 1454
JUNCOS PR 00777

MEMPHIS TN 380
16 SEP 2021 PM 2 L



RECEIVED
SEP 29 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808