# EXHIBIT 10

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Reyes Rondon_

Participant's Address: _Calle C. Oeste Barriada Nueva El Cerro Guaba P.R. 00TB_

Participant's Email Address: _____

Name of Counsel: _The Commonwealth of Puerto Rico_

Address of Counsel: _Prime Clerc LLC. Grand Central Station P.O. Box 4708_
_New York NY 10163-4708_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _____
   Signature

_Juanita Reyes Rondon_
Print Name

_Paramedico Emergencias Medicas_
Title (if Participant is not an individual)

_8 Sep 2021_
Date

**RECEIVED**

**SEP 21 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juanita Reyes Rondon
Calle C Oeste Barriada Nueva Cerro
Gurabo, P.R. 00778-0000

NASHVILLE TN 370
17 SEP 2021 PM 4 L



★ USA ★ FOREVER ★

RECEIVED

SEP 21 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808