# EXHIBIT 11

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Judith A Hernández Coronado*

Participant's Address: *HC 645 Box 5215 Trujillo Alto P.R.00976*

Participant's Email Address: *Judithhc7@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Judith Hernández*
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*13 Sept 2021*
Date

RECEIVED

SEP 22 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------------

# ATTACHMENT 1

Judith Hernandez
HC 645 Box 5215
Trujillo Alto P-R. 00976

RECEIVED

SEP 2 2 2021

PRIME CLERK

10163$4708 B095

Prime clerk LLC
Grand Central station
PO Box 4708
New York NY 10163-
4708