# EXHIBIT 16

SRF 55923

**RECEIVED**

SEP 29 2021

PRIME C_____

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Laura E. Lozada González

Participant's Address: calle -15 AA-37 Alturas Flamboyan, Bayamón, P.R. 00959

Participant's Email Address: lauralozadagonzalez424@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283- LTS

Nature of Claim: puertorriqueña

By: Laura E Lozada González
Signature

Laura E. Lozada González
Print Name

Pensionada de maestra
Title (if Participant is not an individual)

10 Septiembre 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO

Sra: Laura E. Lozada C
c/le 15-AA37-Alturas
de Flamboyam, Bayamón
Puerto Rico
00959

MEMPHIS TN 380
20 SEP 2021 PM 1 L



RECEIVED
SEP 29 2021
PRIME CLERK LLC

To. Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050