# EXHIBIT 18

RECEIVED

SEP 20 2021

PRIME CLERK LLC

23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

cipant's Name: Lizzette C Santiago Arce

icipant's Address: P.O. Box 3623 Guaynabo , P.R 00970

icipant's Email Address: lsantiago@guaynabocity.gov.pr

ne of Counsel:

dress of Counsel:

ail Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

aim Number: 17 BK 3283-LTS

ature of Claim: In - Re

Signature: Lizzette C Santiago Arce

Print Name: Lizzette C Santiago Arce

Title (if Participant is not an individual)

Date: 20 de Septiembre de 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE        VERSION JULY 20, 2021        9