# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis A. Candelario Rodriguez

Participant's Address: Ext Sta Teresita 4232 calle Sta. Monica Ponce P.R 00730

Participant's Email Address: serranonorma@live.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 44124

Nature of Claim: Claim "Romerazo"

By: *[signature]*
Signature

Luis A. Candelario Rodriguez
Print Name

Title (if Participant is not an individual)

Date: 8 sept. 2021

RECEIVED

SEP 21 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Candelario Rodriguez
Ext. Sta. Teresita
4232 calle Sta. Mónica
Ponce P.R. 00730

MEMPHIS TN 380
16 SEP 2021 PM 4 L

RECEIVED
SEP 21 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y.
10163-4708

10163-470808