# EXHIBIT 21

RECEIVED

SEP 29 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis Alberto Garcia Dominguez

Participant's Address: HC 07 Box 3428 Calle Paz Ponce PR 00731-965

Participant's Email Address: Torresden12@yahoo.com

Name of Counsel: Herman D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave Suite 800

Email Address of Counsel: San Juan P.R. 00918-1813

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Title III

By: /s/ Luis G. Garcia Dominguez
Signature

Luis A. Garcia Dominguez
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

SEP 29 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis Alberto Garcia Dominguez

Participant's Address: HC 07 Box 3428 Calle paz Ponce P.R. 00731-9657

Participant's Email Address: Torresden12@yahoo.com

Name of Counsel: Herman D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800

Email Address of Counsel: San Juan P.R. 00918-1813

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Title 111

By: Luis A. Garcia Dominguez
Signature

Luis A. Garcia Dominguez
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
SEP 29 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luis Alberto Garcia Dominguez*

Participant's Address: *HC 07 Box 3428 Calle Paz Ponce P.R. 00731-9654*

Participant's Email Address: *torresden12@yahoo.com*

Name of Counsel: *Herman D. Bauer*

Address of Counsel: *250 Muñoz Rivera Ave Suite 800*

Email Address of Counsel: *San Juan P.R. 00918-1813*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *PROMESA Title III*

By: *[signature] Luis A. Garcia Dominguez*
Signature

*Luis A. García Domínguez*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

SEP 29 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis Alberto Garcia Dominguez

Participant's Address: HC 07 BOX 3428 Calle Pa Ponce PR 00731-9657

Participant's Email Address: torresden12@yahoo.com

Name of Counsel: Herman D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave Suite 800

Email Address of Counsel: San Juan P.R. 00918-1813

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Title 111

By: _Luis G. Garcia Dominguez_
Signature

Luis A. Garcia Dominguez
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Garcia Dominguez Luis A
HC 07 BOX 3428
Ponce P.R. 00731-9607

MEMPHIS TN 380
16 SEP 2021 PM 2 L

RECEIVED
SEP 20 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO BOX 4850
New York, NY 10163-4850