# EXHIBIT 24

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz E. Rodriguez Alvarado_

Participant's Address: _HC-02 Box 6567 Guayanilla, P.R. 00656_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Luz E. Rodriguez Alvarado_
Signature

_Luz E. Rodriguez Alvarado_
Print Name

_____
Title (if Participant is not an individual)

_agosto 30 2021_
Date

**RECEIVED**

**SEP 29 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz. E. Rodriguez Alvarado
HC02 Box 6561
Guayanilla, P.R.
00656

RECEIVED
SEP 29 2021
PRIME CLERK LLC



Prime Clerk LLC station
PO Box 4708
New York, NY.

1016384708 B096