# EXHIBIT 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Abrams Sánchez_

Participant's Address: _10307 Sector El Verde Quebradillas P.R. 00628_

N/A Participant's Email Address: _____

N/A Name of Counsel: _____

N/A Address of Counsel: _____

N/A Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139842_

Nature of Claim: _Public Employee and Pension / Retiree claim_

By: _[signature] Luz M. Abrams Sánchez_
Signature

_Luz M. Abrams Sanchez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/17/2021_
Date

RECEIVED
SEP 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luz M. Abrams
10307 Sector El Verde
Quebradillas, P.R.
00678-9716

MEMPHIS TN 380
16 SEP 2021 PM 2 L

RECEIVED
SEP 24 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808