# EXHIBIT 26

RECEIVED
OCT 05 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia Rivera Santiago_

Participant's Address: _P.O. Box 1056, Coamo, P.R 00769_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283-LTS_

Nature of Claim: _____

By: _Lydia Rivera Santiago_
Signature

_Lydia Rivera Santiago_
Print Name

_____
Title (if Participant is not an individual)

_9/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.O. Box 1056
Coamo, P.R. 00769

RECEIVED
OCT 05 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
New York, N.Y.
10163-4708

1016384708 B096