# EXHIBIT 29

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MANUEL E. SOSA Rodriguez

Participant's Address: CORREO PRIVADO CARIBE 2510 SUITE 302 TRUJILLO ALTO 00977

Participant's Email Address: mesosarodz1536gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: 17DK-3283-LTS

By: Manuel E. Sosa Rodz
Signature

MANUEL E. SOSA Rodriguez
Print Name

ENVIRONMENT WORKER
Title (if Participant is not an individual)

9/10/21
Date

RECEIVED
SEP 29 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackID: 307182 MMLID: 1048369-P SVC: ADSHN-Q
MANUEL E SOSA RODRIGUEZ
CORREO PRIVADO CARIBE 2510
SUIT 302
TRUJILLO ALTO PR 00977

MANUEL E SOSA Rodriguez
CORREO PRIVAdo CARibe MEMPHIS TN 380
SUITe 302                23 SEP 2021 PM 4 L
TRUJillo ALTo 00977

RECEIVED
SEP 29 2021
PRIME CLERK

PRimer Clerk LLC
GRANd CentRAL STATion
PO Box 4708
New York, NY
                10163-4708

10163-470808