# EXHIBIT 33

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria M. Cora*

Participant's Address: *P.O. Box 1582 Santa Isabel, P.R 00757*

Participant's Email Address: *Marcora2626@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Maria M. Cora*
Signature

*Maria M. Cora*
Print Name

_____
Title (if Participant is not an individual)

*13 de agosto de 2021*
Date

RECEIVED
SEP 22 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

SEP 22 2021

PRIME CLERK



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163$4850 B097