# EXHIBIT 36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria T. Maldonado Serrano

Participant's Address: Urb. Villa Blanca c/Orquidea #27 Trujillo Alto PR. 00976

Participant's Email Address: maria.maldonado13522@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 176303-1

Nature of Claim: ACR Procedures Pension/Retiree claim    4800

By: Maria T Maldonado Sms
Signature

Maria T Maldonado Serrano
Print Name

Maria T. Maldonado Sms
Title (if Participant is not an individual)

Maria T Maldonado Serrano
Date

RECEIVED
SEP 29 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria T. Maldonado Serrano
Villa Blanca #27 c/ Orquidea
Trujillo Alto, PR 00976

MEMPHIS TN 380
23 SEP 2021 PM 3 L



Prime Clerk LLC
Grand Central Station
P O Box 4850
New York, NY 10163-4850

RECEIVED
SEP 29 2021
PRIME CLERK LLC

10163-485050