# EXHIBIT 37

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marie L. Valentin Santiago

Participant's Address: HC-01 BOX 5295 Guaynabo PR. 00

Participant's Email Address: mvs0034@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: In Re

By: [signature]

Print Name: Mariel Valentin Santiago

Title (if Participant is not an individual): _____

Date: 15/Sept/2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021

9

**RECEIVED**

**SEP 15 2021**

**PRIME CLERK LLC**