# EXHIBIT 40

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritere Rodriguez Machin

Participant's Address: HC 40 Box 47113 San Lorenzo, P.R. 00754

Participant's Email Address: maritereyj@yahoo.com

Name of Counsel: THE COMMONWEALTH FOR PUERTO RICO et al.

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: PROMESA Tittle III

By: _[signature]_
Signature

Maritere Rodriguez Machin
Print Name

Secretaria Administrativa 1
Title (if Participant is not an individual)

8 Sept. 2021
Date

RECEIVED
SEP 27 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To: Maritere Rodríguez Machín
HC-40 Box 47113
San Lorenzo, P.R. 00754

MEMPHIS TN 380
22 SEP 2021 PM 5 L
RECEIVED
SEP 27 2021
PRIME CLERK

From: Prime Clerk LLC
Grand Central Station
New York, NY 10163-4850

10163-485050