# EXHIBIT 43

RECEIVED

SEP 29 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mildred Marin Benitez

Participant's Address: Calle Luis Caballer #1236 Urb. El Comandante, San Juan, PR 00924

Participant's Email Address: marin.benitez.mildred@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-03283-LTS

Nature of Claim: Retirement Money

By: *[signature]*
Signature

Mildred Marin Benitez
Print Name

Self
Title (if Participant is not an individual)

20 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Marin
c/ Luis Caballer 1236
urb. c/ Comendante SJ
PR 00924

MEMPHIS TN 380
1 SEP 2021 PM 3 L

RECEIVED
SEP 29 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808