# EXHIBIT 44

RECEIVED

OCT 01 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Monserrate Cubero López

Participant's Address: HC-02 Box 8209 Camuy, PR 00627

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 138402

Nature of Claim: Public Employer and Pension/Retiree Claims

By: _Cubero López_
    Signature

_Monserrate Cubero López_
Print Name

_Individual_
Title (if Participant is not an individual)

09-24-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Monserrate Cubero
HC-02 Box 8209
Camuy, P.R. 00627




U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
00627
SEP 24, 21
AMOUNT
$7.00
R2304M113097-01



CERTIFIED MAIL
7019 0700 0002 1475 0814

Prime Clerk, LLC
850 3rd Avenue
Suite 412
Brooklyn, NY 11232

RECEIVED
OCT 01 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Monserrate Cubero López

Participant's Address: PO-02 Box 8209 Camuy P.R. 00627

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 113 492

Nature of Claim: Public Employer and Pension / Retiree Claims

By: _____
Signature

Print Name: Monserrate Cubero López

Title (if Participant is not an individual): Individual

Date: 09-24-2021

RECEIVED
OCT 01 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Monserrate Cubero
HC-02 Box 8209
Camuy, P.R. 00627






U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
SEP 24, 21
AMOUNT
$7.00
R2304M113097-01



CERTIFIED MAIL

7019 0700 0002 1475 0814

Prime Clerk, LLC
850 3rd Avenue
Suite 412
Brooklyn, NY 11232

RECEIVED
OCT 01 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Monserrate Cubero López_

Participant's Address: _HC-02 Box 8209 Camuy, PR 00627_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _154155_

Nature of Claim: _Public Employer and Pension Retiree Claims_

By: _[signature]_
Signature

Print Name: _Monserrate Cubero López_

Title (if Participant is not an individual): _Individual_

Date: _09-24-2021_

RECEIVED

OCT 01 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Monserrate Cubero
He-02 Box 8209
Camuy, P.R. 00627






U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
SEP 24, 21
AMOUNT
$7.00
R2304M113097-01



CERTIFIED MAIL

7019 0700 0002 1475 0814

Prime Clerk, LLC
850 3rd Avenue
Suite 412
Brooklyn, NY 11232

RECEIVED
OCT 01 2021
PRIME CLERK