# EXHIBIT 46

*Second Time Sended*

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy Serrano Torres_

Participant's Address: _PO Box 2721, Arecibo, P.R. 00613_

Participant's Email Address: _serrano_nancy58@hotmail.com_

Name of Counsel: _Financial Oversight and Management Board For P.R._

Address of Counsel: _Prime Clerk Grand Central Station, PO Box 4850 New York, NY 10163-4850_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165874_

Nature of Claim: _Public Employee Claims_

By: _Nancy Serrano Torres_
Signature

_Nancy Serrano Torres_
Print Name

_____
Title (if Participant is not an individual)

_16 - sept - 2021_
Date

**RECEIVED**

**OCT 04 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Serrano Torres
PO Box 2721
Arecibo, P.R. 00613

S SUBURBAN IL 604
30 SEP 2021 PM 3 L

RECEIVED
OCT 04 2021
PRIME CLERK

Commonwealth of Puerto Rico
ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

11232-152312