# EXHIBIT 47

RECEIVED
SEP 29 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nayda Pagán Velázquez

Participant's Address: Bo Olimpo calle B #463 Guayama, PR 00784

Participant's Email Address: dayna_269@hotmail.com

Name of Counsel: Herman D. Bayner

Address of Counsel: 250 Muñoz Rivera Ave... Suite 800 San Juan PR 00918 /1813

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: USDC No 215205

Nature of Claim: No. 17 BK 3283-LTS

By: Nayda Pagán Velázquez
Signature

Nayda Pagán Velázquez
Print Name

Teacher Asist. and Secretary
Title (if Participant is not an individual)

August 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nayda Pagán Velázquez
Bo. Olimpo calle B #463
Parcelas Nuevas
Guayama, PR 00784

MEMPHIS TN 380
1 SEP 2021 PM 2 L



RECEIVED
SEP 29 2021
PRIME CLERK

Prime Clerk LLC
Central Station
Box 4708
New York ~~100~~ 10163-4708

10163-470808