# **EXHIBIT 50**

Case:17-03283-LTS Doc#:18527-50 Filed:10/17/21 Entered:10/17/21 08:41:41 Desc:
Exhibit 50 - Norma I Serrano Muniz Page 2 of 3

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Serrano Muñiz_

Participant's Address: _Ext Sta Teresita 4232 calle Sta Monica Ponce PR 00730_

Participant's Email Address: _serranonorma@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58540_

Nature of Claim: _Claim "Romerazo" "Salary Step no"_

By: _[signature]_
Signature

_Norma I. Serrano Muñiz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**RECEIVED**
**SEP 21 2021**
**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Serrano
Ext. Sta. Teresita
4232 calle Sta. Mónica
Ponce, P.R. 00730

MEMPHIS TN 380
16 SEP 2021 PM 4 L

RECEIVED
SEP 21 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808