# EXHIBIT 1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nydia I. Marrero Marrero

Participant's Address: URB. Covadonga St Marquez DE Santa Cruz #2D6 Toa Baja PR 00949

Participant's Email Address: emmanogueras@yahoo.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 11710

Nature of Claim: Notice of intent to participate in Discovery for Confirmation of Commonwealth Plan of adjustment

By: _____
Signature

Print Name: Nydia I. Marrero

Title (if Participant is not an individual): Nydia I. Marrero

Date: 9/16/2021

RECEIVED
SEP 27 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia I. Marrero Marrero
Calle Marquez de Santa Cruz
#2D6
URB. Covadonga
Toa Baja PR 00949

MEMPHIS TN 380
21 SEP 2021 PM 1 L

SEP 27 2021
PRIME CLERK

PRIME CLERK LLC
GRAND CENTRAL Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050