# EXHIBIT 3

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Pablo Reyes Fonseca**
Participant's Address: **Apdo 180, Patillas, PR. 00723**
Participant's Email Address: **hernandez cloty @ gmail.com**
Name of Counsel:
Address of Counsel:
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: **121930**
Nature of Claim:

By: _____
Signature

**Pablo Reyes Fonseca**
Print Name

RECEIVED

SEP 23 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.