# EXHIBIT 4

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Juan Velez Soto

Participant's Address: HC8 Box 87750, San Sebastian PR 00685

Participant's Email Address: contabilidadclasea@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170217-1

Nature of Claim: Debts claimed Department of Agriculture

By: *Pedro J Velez Soto*
Signature

Pedro J. Velez Soto
Print Name

Self Applicant
Title (if Participant is not an individual)

RECEIVED
SEP 24 2021
PRIME CLERK

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PEDRO JUAN VELEZ SOTO
P.O. BOX 87750
SAN SEBASTIAN, PR 00685

NASHVILLE TN 370
20 SEP 2021 PM 5 L

COMMON WEALTH TO RICO
ACR PROCESSING CENTER
C/O PRIME CLERK, LLC
850 3rd AVENUE, SUITE 412
BROOKLIN, NY 11232

RECEIVED
SEP 24 2021
PRIME CLERK

11232-152312