# EXHIBIT 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Lanzo Rivera

Participant's Address: P.O Box 1981 Pmb 136 Loiza P.R 00772

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: rafaellan2047@f.mail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3288-LTS

Nature of Claim: Promesa title III

By: *[signature]*
Signature

Rafael Lanzo Rivera
Print Name

Participante
Title (if Participant is not an individual)

8/19/2021
Date

RECEIVED

SEP 22 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Lanzo Rivera
PO Box 1981 pm B 136
Loiza P.R 00772-1981

Prime Clerk LLC
Grand Central Station
PO Box 4708
New-York, NY 10163-4708

MEMPHIS TN 380
11 SEP 2021 PM 5 L

RECEIVED
SEP 22 2021
PRIME CLERK

10163-470808