# EXHIBIT 6

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Martinez Guadalupe

Participant's Address: Calle Modesta 501 Apt. 1102 San Juan, P.R.

Participant's Email Address: rg03095@gmail.com

Name of Counsel: Wanda Matos

Address of Counsel: La misma

Email Address of Counsel: WM072654@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK3283-LTS

Nature of Claim: Promesa

By: Rafael Martinez
Signature

Rafael Martinez
Print Name

_____
Title (if Participant is not an individual)

9/13/21
Date

**RECEIVED**
**SEP 29 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MEMPHIS TN 380
16 SEP 2021 PM 2 L

RECEIVED
SEP 29 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
New York, N.Y. 10163-4708

10163-470808

From: Rafael Martinez
1102 Santa Maria #4
San Juan, P.R. 00924

D.R. 1845 SRP55593
PACKID 405474 MM&ID
1079965-8 SVC: CHN-P-C


FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019