# EXHIBIT 7

Participant must provide all of the information below **in English**

1. Participant's contact information, including email address, and that of its counsel, if any.

Participant's Name: Rafi Martinez Morales

Participant's Address: P.O. Box 1022 Patillas PR 00723

Participant's Email Address: rafymartinezmorales050960@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim

Claim Number: They have not given me the number of claim

Nature of Claim: Public Employee Pension Retiro Claims.

Signature: [signature] Morales

Print Name: Rafi Martinez Morales

Title (if Participant is not an individual): Title N. Promesa

Date: Sept 21, 2021

RECEIVED
SEP 21 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, PR 00918-1767.

Participant must provide all of the information below **in English**

1. Participant's contact information, including email address, and that of its counsel, if any

Participant's Name: Rafi Martinez Morales

Participant's Address: P.O. Box 1022 Patillas P.R. 00723

Participant's Email Address: rafimartinezmorales080960@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim

Claim Number: They have not given me the number of claim.

Nature of Claim: Empleado Publicas y Pension / Jubilacion

By: _[signature]_
Signature

Rafi Martinez Morales
Print Name

Title III Promesa
Title (if Participant is not an individual)

Sept 21, 2021
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.