# EXHIBIT 8

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramona Pagan Quilez

Participant's Address: 4065 Edsel Ave, Saint Cloud FL 34772

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: ______

By: Ramona Pagan Quiles
Signature

Ramona Pagan Quilez
Print Name

RECEIVED
OCT 05 2021
PRIME CLERK LLC

______
Title (if Participant is not an individual)

9/25/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

from Ramona Pagán Quiles
4065 Edsel Ave.
St Cloud fl. 34772

ORLANDO FL 328
27 SEP 2021 PM 5 L
Thinking

To Prime Clerk LLC
Grand Central Station, PO BOX 4708
New York, NY 10163-4708

RECEIVED

OCT 05 2021

PRIME CLERK

10163-470808