# EXHIBIT 9

RECEIVED

SEP 29 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond NEGRón Maldonado

Participant's Address: HC-4 Box 4148 - Las Piedras, P.R. 00771

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Caso num. 2008-06-1045
PACIS ID: 96636  mmLID: 743750-P-SVC; mmL PC

Nature of Claim: demanda por discrimen político

By: Raymond Negron Maldonado    pendiante de atender
Signature                          radicada en el
                                   Junio 2008
Raymond NEGRón Maldonado
Print Name

_____
Title (if Participant is not an individual)    No Al desmanto e
                                               mi pension no
22/8/21                                        es justo son mi
Date                                           derechos

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MEMPHIS TN 380
1 SEP 2021 PM 2 L



RECEIVED
SEP 29 2021
PRIME CLERK

PRime clerk LLC
Grand Central STATION
P. O. Box 4708
New York, NY 10163-4708

10163-470808

RECEIVED
SEP 29 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond NEGRón Maldonado

Participant's Address: HC 4 Box 4148 Las Piedras, P.R. 00771

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PACK ID: 259844 MML ID: 358037-PSVC: MM-PC

Nature of Claim: Demanda por salario mínimo y discrimen político

By: Raymond Negrón Maldonado
Signature

Raymond NEGRóN Maldonado
Print Name

_____
Title (if Participant is not an individual)

22/8/21
Date

Son dos demandas una ganada y otra en proceso

paguen la deuda por favor

No reducción a mi retiro es mi derecho

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MEMPHIS TN 380
1 SEP 2021 PM 2 L

RECEIVED
SEP 29 2021
PRIME CLERK

PRime Clerk LLC
Grand Central STATION
P.O. Box 4708
New York, NY 10163-4708

10163-470808

RECEIVED
SEP 29 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond NEGRón Maldonado

Participant's Address: HC-4 Box 4148 - Las Piedras, P.R. 00771

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR1845 SRF55176 PRCISID: 25 9815 mm CID: 155518-P-SVC-mmml. PVC

Nature of Claim: Salario minimo federal y demando por discrimen politico

By: Raymond Negrín Maldonado
Signature

Raymond NEGRón Maldonado
Print Name

Title (if Participant is not an individual)

Date: 22/8/21

Paguen la deuda por favor

No descuento a mi pensión de retiro es mi derecho

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond NEGRón MAldonado
Itc-4 Box 4148
Las Piedras, P.R. 00771-9608

MEMPHIS TN 380
1 SEP 2021 PM 2 L



RECEIVED
SEP 29 2021
PRIME CLERK

PRIME CLEYK LLC
GrAnd central STATION
P.O. Box 4708
New York, NY 10163-4708

10163-470808

**RECEIVED**

**SEP 29 2021**

**PRIME CLERK**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond NEGRóu Maldonado

Participant's Address: HC-4-Box 4148 Las Piedras, P.R. 00771

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR1845SRF 55176 Pack ID: 367165 MMCID: 1138922-P
SVC: ADSHN-Q

Nature of Claim: Salario minimo federal

By: Raymond negrin maldonado
Signature

Raymond NEGRóu Maldonado
Print Name

_____
Title (if Participant is not an individual)

22/8/21
Date

→ Demande por discrimen politico

Paquen lo deude por favor

NO Al descuento a la pension de retiro es injusto.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond NEGRóN MAldonado
Itc-Y Box 4148
Les Piedras, P.R. 00771-9608

MEMPHIS TN 380
1 SEP 2021 PM 2 L



RECEIVED
SEP 29 2021
PRIME CLERK

PRIME CIEYK LLC
Grand central STATION
P.O. Box 4708
New York, NY 10163-4708

10163-470808

RECEIVED
SEP 29 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond NEGRóN MAldonedo

Participant's Address: HC-4 Box 4148-Las Piedras, P.R. 00771

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR18455RF55593 PACKID: 367182 mcm ID: 1138922-P-SVC:CHN-PC

Nature of Claim: sclavio mmimo federal y demanda por discrimen politico paguen la deuda No el descuento a mi pension de retiro es mi derecho

By: Raymad Negrin Maldonado
Signature

Raymond NEGRóN MAldonedo
Print Name

_____
Title (if Participant is not an individual)

22/9/2
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond NEGRon MAldonado
Itc-4 Box 4148
Los Piedras, P.R 00771-9608

MEMPHIS TN 380
1 SEP 2021 PM 2 L



RECEIVED
SEP 29 2021
PRIME CLERK

PRIME CLERK LLC
Grand Central STATION
P.O. Box 4708
New York, NY 10163-4708

10163-470808

RECEIVED
SEP 29 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Raymond NEGRóN MAldonado

Participant's Address: HC-4 -Box 4148- Las Piedras, P.R. 00771

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ETALS v E/A KPE 2005-0608

Nature of Claim: Nilda Agosto vs Departamento de la Familia
demanda salario minimo federal
pendiente de completar pago

By: Raymond Negrón Maldonado
Signature

Raymond NEGRóN MAldonado
Print Name

por favor paguen la deuda

_____
Title (if Participant is not an individual)

22/8/21
Date

PR PACK ID Z59843 MMID:1420802-P-SVC-mail PVC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

no al descuento a
mi pensión de retiro
es mi derecho

MEMPHIS TN 380
1 SEP 2021   PM 2   L

RECEIVED
SEP 29 2021
PRIME CLERK

PRiME clerk LLC
Grand Central STATION
P.O. Box 4708
New York, NY 10163-4708

10163-470808