# EXHIBIT 10

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Roberto Ortiz Sarillo*

Participant's Address: *HC#2 Box 8589 Yabucoa P.R. 00767*

Participant's Email Address: _____

Name of Counsel: *Hermann D. Bauer*

Address of Counsel: *250 Muños Rivera SJ 00918 Suite 800*

Email Address of Counsel: *info.@oneill borges.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *no. 17bK 3283-LTS*

Nature of Claim: _____

By: *[signature]*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*09/06/2021*
Date

RECEIVED

SEP 16 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Ortiz
H LH₂ Box 8589
Yabucoa PR 00767

MEMPHIS TN 380
11 SEP 2021 PM 2 L



RECEIVED
SEP 1 6 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050