# EXHIBIT 18

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sandra Dones Fraguada

Participant's Address: C/ Magnolia #124 Bo. Buena Vista, Carolina P.A 00985

Participant's Email Address:

Name of Counsel: Estado Libre Asociado P.R.

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim:

By: *Sandra Dones Fraguada*
Signature

Sandra Dones Fraguada
Print Name

Title (if Participant is not an individual)

10 de Sept. 2021
Date

RECEIVED

SEP 2 1 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Case:17-03283-LTS Doc#:18528-18 Filed:10/17/21 Entered:10/17/21 08:54:13 Desc:
Exhibit 18 - Sandra Dones Fraguada Page 3 of 4

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra Dones fraguada_

Participant's Address: _c/ Magnolia # 129 Bo. Buena Vista, Carolina P.R._

Participant's Email Address: ____

Name of Counsel: _Estado Libre Asociado de P.R_

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: ____

By: _Sandra Dones Fraguada_
Signature

_Sandra Dones Fraguada_
Print Name

____
Title (if Participant is not an individual)

_10 de Sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra Dones Fraguada
Magnolia #124 Bo. Buena Vista
Carolina, P.R. 00985

MEMPHIS TN 380
16 SEP 2021 PM 4

RECEIVED
SEP 21 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808