# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santos Rodriguez Diaz_

Participant's Address: _HC 2 Box 11790_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: X _____
Signature

_Santos Rodriguez Diaz_
Print Name

_____
Title (if Participant is not an individual)

_Sept 13, 2021_
Date

RECEIVED
SEP 24 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos Rodriguez Diaz
HC 2 Box 11790
Humacao PR 00791

NASHVILLE TN 370
17 SEP 2021 PM 5 L

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

RECEIVED
SEP 24 2021
PRIME CLERK

10163-470808