# EXHIBIT 20

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Valencia Toledo, Sonia M._

Participant's Address: _41692 Overmyer Ter Aldie, VA 20105_

Participant's Email Address: _svalencia.2009@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49490_

Nature of Claim: _Commonwealth of Puerto Rico, Case No. 17 BK-3283-LTS_

By: _Sonia M. Valencia Toledo_
    Signature

_Sonia M. Valencia Toledo_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Número de Evidencia de Reclamación: 49490*
*Reclamante*: **Valencia Toledo, Sonia M.**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $68,400.00 Sin incluir aumento por experiencia que está pendiente de adjudicación.

Batch 1



99012340324148

*Número de Evidencia de Reclamación*: 49490
*Reclamante*:  **Valencia Toledo, Sonia  M.**

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐    No. *Pase a la Pregunta 4.*

   ☒    Sí. **Responda preguntas 3(a)-(d).**

3(a).  Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Educación.

3(b).  Identifique las fechas de su empleo con relación a su reclamación:
Año 1980 en adelante a 2001 y luego el retiro.

3(c).  Últimos cuatro dígitos de su número de seguro social: 1541

3(d).  Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐    Jubilación

   ☒    Salarios impagos

   ☐    Días por enfermedad

   ☐    Queja con el sindicato

   ☐    Vacaciones

   ☐    Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☐    No.

   ☒    Sí. **Responda Preguntas 4(a)-(f).**

4(a).  Identifique el departamento o agencia que es parte de esta acción.
Departamento de educación.

4(b).  Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Commonwealth of Puerto Rico

4(c).  Número de caso: (oASE 2013-11-0224) (2013-04-1542) (2012-05-2084)

4(d).  Título, epígrafe, o nombre del caso:
(Ley 109 2008) (Ley 96) (aumento por experiencia).

**Batch 1**

2

990123400324148

*Número de Evidencia de Reclamación* 49490

*Reclamante*: **Valencia Toledo, Sonia M.**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Puerto Rico_

4(f). ¿Tiene usted una sentencia impaga? Sí / ~~No~~ (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Trabaje en el Departamento de educación
en Puerto Rico desde agosto de 1970 y me
retiré en julio de 2001. 31 años.

99012340032 4148

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
CATHARPIN
20143
AUG 10, 21
AMOUNT
$7.00
R2304N117333102

10166

UNITED STATES
POSTAL SERVICE
1000

7020 2450 0000 2381 9526

To: Paul Hashxs LLP
200 Park Ave
Nueva York, NY
10166

From:
Toledo
41692 Overmyer
Aldie, VA 20105

Signature Required

INB0291503

Sender    Toledo

Deliver To
(Floor / Room)

Received   Aug 13, 2021   11:57

Office/Bldg

Edwards, Scott (6796)

R

Read

Docume