# EXHIBIT 24

DV DANIELS NJ 070
25 AUG 2021 PM 8 L

From: Ms. Sylvia Baez
58 east Midland ave apt 113
Paramus N.J. 07652

To: Proskauer Rose LLP.
Eleven Times Square
New York, N.Y. 10036

RECEIVED
AUG 30 2021

Please
Change the
Address
Thank you
58 East Midland ave 113 Apt
Paramus, New Jersey
07652

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Baez Maldonado_

Participant's Address: _58 East Midland rd apt 113 Paramus, New Jersey 07652_

Participant's Email Address: _baez_sylvia@yahoo.com_

Name of Counsel: _Promesa Title III_

Address of Counsel: _The Commonwealth of Puerto Rico_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Sylvia Baez_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_August 15/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.