# EXHIBIT 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Tony Rivera Ortiz

Participant's Address: Bo. Palo Seco Buzón #3 Maunabo P.R 00707

Participant's Email Address: juceriveras@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 174133

Nature of Claim:

By: Tony Rivera Ortiz
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

14 - Septiembre - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tony Rivera Ortiz
Bo. Palo Seco Buzón #3
Meunabo P.R. 00707



Hermann D. Bauer
USDC No. 215265
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813