# EXHIBIT 26

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vicente Morales Vazquez_

Participant's Address: _P.O. Box 50871 Toa Baja PR 00950_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _① 166260  ② 155180  ③ 150076  ④ 151426_

Nature of Claim: _____

By: _Vicente Morales_
Signature

_Vicente Morales_
Print Name

_Jubilado_
Title (if Participant is not an individual)

_September /21_
Date

RECEIVED
SEP 16 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Vicente Morales
P.o. Box 50871
Toa Baja, P.R. 00950

NASHVILLE TN 370
13 SEP 2021 PM 5 L

RECEIVED
SEP 16 2021
PRIME CLERK

To. Prime clerk
Grand Central Station,
P.O. Box 4708
New York, NY 10163-4708

10163-470808