# EXHIBIT 27

Case:17-03283-LTS   Doc#:18528-27   Filed:10/17/21   Entered:10/17/21 08:54:13   Desc:
Exhibit 27 - Victor Caratini Espada   Page 2 of 3

SRF 55923

RECEIVED
OCT 05 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor Caratini Espada_

Participant's Address: _P.O. Box 1056, Coamo, P.R. 00769_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK3283-LTS_

Nature of Claim: _Common Wealth of Puerto Rico_

By: _V Caratini_
Signature

_Victor Caratini Espada_
Print Name

_____
Title (if Participant is not an individual)

_9/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.O. Box 1056
Coamo, P.R. 00769



**RECEIVED**
**OCT 05 2021**
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
New York, N.Y.
10163-4708

1016304708 B096