IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,
Administered)
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly

PRESERVING RIGHTS IN BOTH WAYS: CREDITORS & DEBTORS
AT THE OVERSIGHT BOARD OF PLAN OF ADJUTMENT AT THE COMMONWEALTH
OF PUERTO RICO

ARGUMENTS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS PRO SÉ MOTION PRESENTS A FOLLOW UP PRODUCTION REQUEST.

1. A GOOD FAITH ON PRACTICAL SENSE WITH THOSE STEPS, THAT ...

  a. FIND THE STARTING PRICE OF EACH BONUS AND ON EACH BONDHOLDERS OR FINANCIAL CREDITORS. FOR EXAMPLE, 7...15...25 CENTS PER BONUS.

  b. FIND HOW MANY YEARS WERE PAYABLE FINE EACH BONUS AND AT WHAT KIND OF PRICE PLAN AT THE VALUE MARKETS SINCE AND THRU CAPITALIZATION MONETARY NUMBERS AT LOW, EQUAL OR HIGH LEVELS.

  c. SITE ON ADVANCE DATE, WHEN THIS PAYABLE BONUS WAS UP GROWN OR LOW DOWN IN PRICE MORE THAN A 3 - 5% ON EACH STARTING BONUS PRICE AT THE VALUE MARKETS.

  d. SITE ON ADVANCE DATE, WHEN THIS PAYABLE BONUS WAS STOPPED BY THE JOINTLY ADMINISTERED OF THE COMMONWEALTH BETWEEN FIVE YEARS AGO AT WHAT KIND OF COST TO THE VALUE MARKETS FOR THE BEST OR BADLY FINANCIAL ECONOMY TO COMMONWELTH OF PUERTO RICO.

e. CREATE AN EVALUATING PORFOLIO WITH ANY ASSERT THAT DESCRIBE THE BETTER THESIS & ANTITHESIS TO END WITH THESE PRINCIPAL STATEMENTS ISSUE PER BONUS, BONDHOLDERS, OR FINANCIAL CREDITORS ON A BETTER WAY OFFER.

2. JUSTIFY ARGUMENTS BY THIS:

a. ANY SOCIETY BEHAVIOR FROM ABOUT CREDIT HISTORY STATEMENTS, VIEW.

| PAST SOCIETY | PRESENT SOCIETY | FUTURE SOCIETY |
|---|---|---|
| • FORMAL ECONOMY<br>• VERY GOOD CREDIT SCALE | • FORMAL & INFORMAL ECONOMY<br>• REGULAR & OVERDUE SCALES | • INFORMAL & UNDERGROUND ECONOMY<br>• RISK & FAILURE DUE SCALES |

b. PUBLIC SERVICES AT THE GENERAL OBLIGATIONS, REVIEW.

| EMPLOYEES RETIREMENT SYSTEM & PBA & TRS & JRS | PURIFY WATER SYSTEM (AGENCY DOWNMARK STATUS) | ENERGY POWER (AGENCY DOWNMARK STATUS) |
|---|---|---|
| • LEGISLATIVE STATEMENTS<br>• REFORM ON BOARD | • DELAY INFRAESTRATURE BILL<br>• CAREEN PUBLIC PROPERTY OFF | • DELAY INFRAESTRUCTURE BILL<br>• CAREEN PUBLIC PROPERTY OFF |

c. "RUNNING PENCIL DUE AT THE OVER PRICE, PREVIEW".

| BONDHOLDERS | CREDITORS | BANKRUPT |
|---|---|---|
| • GOVERN FAST TO LEAVE<br>• REORGANIZE DEFAULT PLAN | • TOO MUCH FINANCIAL LOANS<br>• HIGH COST OF % INTEREST | • OVERDUE WITHOUT AUDIT<br>• NOT ADJUSTMENT PLAN |

d. ILLUSTRATION OF A FISCAL PLAN EXAMPLE, PREVIEW, VIEW & REVIEW.

| NOW OVER PRICE (CHAOS) | DISCOUNT BY THE OVER PRICE (RELEASE) | BRAND NEW FISCAL PLAN (SET ON) |
|---|---|---|
| • 700 Thousands Millions<br>• Low National Budget & Per capita & INP & IGP | • 1/3 Percent of Total Overdue<br>• 1/3 Thousands Millions | • 2/3 Good Faith on Fiscal Plan<br>• 2/3 Guarantee Due on Award |

e. DOWN PAYMENT DISTRIBUTION ON THE RESERVED BUDGET FUNDS AT THE COMMONWEALTH OF PUERTO RICO, PREVIEW, VIEW & REVIEW.

| ASSURED CLAIMS | GUARANTEE CLAIMS | UNSECURED CLAIMS |
|---|---|---|
| • Macro Reserved Funding<br>• 35-45 % Down Payment | • Standard Reserved Funding<br>• 25-35% Down Payment | • Micro Reserved Funding<br>• 15-25% Down Payment |

FOR THESE KIND OF REASONS I PRETEND WITH THIS PRESERVING RIGHTS IN BOTH WAYS: CREDITORS & DEBTORS AT THE OVERSIGHT BOARD OF PLAN OF ADJUTMENT BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND AND THAT QUEST MY PERSONAL AND PRIVATE STATUS (MYSELF), TO BEING CONSIDER LIKE A NON DEBTORS AND A NON REORGANIZE DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, I JUST WANT TO BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE

FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I WANT BEING THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR OR REORGANIZE DEBTOR BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR OR NON REORGANIZE DEBTOR WITH A FORMAL RELEASE FOR THIS CASE TENACITIES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS (RULES) FOR THE DEBTORS AND REORGANIZE NON DEBTORS FROM ABOUT CREDITORS ARBITRATION TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY

*[signature]*

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: OCTOBER 4, 2021
ON: AGUADILLA PR

ATTACHMENTS:
LA JUNTA DE CONTROL FISCAL CON ESTATUS DE CARRERA Y PERMANENTE

3