# LA JUNTA DE CONTROL FISCAL CON ESTATUS DE CARRERA Y PERMANENTE

ANA A. NÚÑEZ VELÁZQUEZ
ANALISTA
16 DE SEPTIEMBRE DE 2021

---

## ¿CÓMO ES POSIBLE UNA JUNTA DE CONTROL FISCAL CUYO ESTATUS SEA DE CARRERA Y PERMANENTE, SEGÚN LOS DATOS FINANCIEROS DEL AÑO FISCAL 2021?

- **PER CÁPITA** — • ANUAL
- **RECAUDO** — • ESTATAL • MUNICIPAL
- **AJUSTES NÓMINA** — • GASTOS PÚBLICOS

1



## COMPLETAR CON LOS DATOS FINANCIEROS, SEGÚN EL AÑO FISCAL 2021

| RECAUDOS 2021 | PRESUPUESTO 2021 | GASTO PÚBLICO 2021 |
|---|---|---|
| ESTATAL | ESTATAL | ESTATAL |
| MUNICIPAL | MUNICIPAL | MUNICIPAL |

## MODELO PARA EL AJUSTE PRESUPUESTARIO ACREEDITABLE A DEUDA PÚBLICA DE ACUERDO CON LA REDUCCIÓN DEL PER CÁPITA Y DE LOS RECAUDOS, SEGÚN LOS DATOS FINANCIEROS DEL AÑO FISCAL 2021

COMPLETA LA TABLA ACREEDITABLE DE ACUERDO A CADA REDUCCIÓN PRESUPUESTARIA CON RESPECTO A DEUDA PÚBLICA

| AÑOS VENIDEROS | ↓ ≥ 15% PER CÁPITA NACIONAL | ↓ ≥ 15% RECAUDOS MUNICIPALES | ↓ 7% RECAUDOS ESTATALES | ↓ 5% GASTOS PÚBLICOS | ↓ ≤ 3% AJUSTE EN NÓMINAS | PROMEDIO GENERAL ACREEDITABLE |
|---|---|---|---|---|---|---|
| 2022 | | | | | | |
| 2023 | | | | | | |
| 2024 | | | | | | |
| 2025 | | | | | | |
| 2026 | | | | | | |
| PROMEDIO | | | | | | |

