Sra. Ana A. Nuñez Velazquez
19 Bos. Villanueva Apt) 170
Aguadilla P.R 00603-7044

The United States District Court
Clerk's Office
150 Carlos Chardon Ave. Suite 15
San Juan P.R 00918-1767