September 14, 2021

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

(i) Contact Information

Name: Zoe A. Williams Perez

Address: Balboa Townhouses 118 435 Street Apt 14 Carolina, PR 00985

Telephone Number: 787-938-8384

E-mail Address: naozoe@hotmail.com

Claim Number (s): 148102
131274

*Zoe A. Williams Pérez* (signature)

(ii) <u>Caption</u>:

Court:

    United States Bankruptcy Court District of Puerto Rico

Debtors:

1. Commonwealth of Puerto Rico
2. Puerto Rico Sales Tax Financing Corporation (Cofina)

Case Number: 17-BK 3283-LTS

Title of the Omnibus Objection

Three Hundred Sixty Seventh Omnibus Objection

Proof of claim number (s) 148102/
    131274

Exhibit A 374th

Claim Number (s): 148102
    131274   *Jose A. Williams Perez* (signature)

(iii) <u>Reasons for Opposing the Omnibus Objection</u>

The court should not grant the Omnibus Objection Exhibit A 374th to my claims 148102 and 131274. My claims were submitted before the deadline June 29th, 2018. The United States Postal Service delivered 4 days later.

Claim Number (s): 148102
131274  *(signature: Jose A. Williams Perez)*

(iv) <u>Supporting Documentation</u>:

To support my allegations, I am sending a copy of the documents that shows when I submitted each claim and when they were received.

Claim Number (s): 148102
131274

*Jose A. Williams Perez* (signature)