From:
e A. Williams Perez
Balboa Townhouses
435 Apt. 14
P.R. 00985

CERTIFIED MAIL
7020 1810 0000 9898 8838

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados
Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
SEP 16, 21
AMOUNT
$7.58
R2305H129836-4