Javier Alejandrino Osorio
PO Box. 1259
Saint Just, PR 00978

Case Num. 22274
Refund of Contributions

To the Honorable Laura Taylor Swain

On September 23,2021 a hearing was held at the Retirement Board. Which I consider that it did not bear fruit. Since the Retirement Board has no will to resolve it.

I believe that what they allege is not fair. Since as a creditor there is discrimination in having to wait to receive my refund of contributions, which this server had years contributing.

Therefore, I consider that you make a fair decision for the welfare of this creditor who is not at fault that the Retirement Board has not been able to manage and guard the money contributed by this server and destined for this reimbursement.

Therefore; I request that you make a decision on this heading matter.

Sincerely;

Javier Alejandrino Osorio