Mildred Batista De León
PO Box. 1259
Saint Just, PR  00978

**Case Num:  22668**
**Refund Of Contributions**

To the Honorable Laura Taylor Swain

On September 23, 2021 a hearing was held at the Retirement Board. Which I consider that it did not bear fruit.  Since the Retirement Board has no will to resolve it.

I believe that what they allege is not fair. Since as a creditor there is discrimination in having to wait to receive my refund of contributions; which this servant had years contributing.

Therefore, I consider that you make a fair decision for the welfare of this creditor who is not at fault that the Retirement Board has not been able to manage and guard the money contributed by this servant and destined for this reimbursement.

Therefore, I request that you make a decision on this heading matter.

Sincerely;

Mildred Batista De León