SRF 55923

2021 OCT 15 PM 2:57

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elva Cordero Sanabria_

Participant's Address: _HC 4 Box 26698 Lajas, PR 00667_

Participant's Email Address: _aisabel8326@gmail.com_

Name of Counsel: _Ana Perez (Daugther)_

Address of Counsel: _54 Ogden St Middletown NY 10940_

Email Address of Counsel: _aisabel8326@yahoo.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Elva Cordero Sanabria_
Signature

_Elva Cordero Sanabria_
Print Name

_____
Title (if Participant is not an individual)

_10/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elva Cordero Sa...
HC 4 Box 26698
Lajas PR 00667-9489

WESTCHESTER NY
12 OCT 2021



United States District Court Office
150 Avenue Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Case:17-03283-LTS   Doc#:18534-1   Filed:10/18/21   Entered:10/18/21 13:57:09   Desc:
Pro Se Notices of Participation   Page 3 of 6

SRF 55335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sandra Sue Palmer

Participant's Address: P.O. Box 154   400 Hoisington   Granada, CO 81041

Participant's Email Address: no email

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: Sandra Sue Palmer
Signature

SANDRA Sue Palmer
Print Name

_____
Title (if Participant is not an individual)

10-11-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Oppenheimer & Co. Inc.
811 East 30th Street
Suite B
Hutchinson, KS 67502

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria V. Rivera_

Participant's Address: _NC-07 Box 35201_

Participant's Email Address: _Soniad69@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK3283LTS_

Nature of Claim: _____

By: _Maria Rivera Camacho_
Signature

_Maria V. Rivera Camacho_
Print Name

_____
Title (if Participant is not an individual)

_9-30-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria V. Rivera
HC-07 Box 35201
Caguas P.R 00727

HARTFORD CT 060
12 OCT 2021 PM 3 L

United State District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

00918-170625