AP-HR-L

**EXHIBIT 2**

Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

PROMESA PROOF OF CLAIM NUMBER:**20926**
Claimant Name:**COMPANIA de FOMENTO**

**Please complete and return this form on or before February 22, 2019**, via email to
PRClaimsInfo@primeclerk.com or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

- ☐ An unpaid invoice you issued to the Puerto Rican Government
- ☐ Current or Former Employment with the Government of Puerto Rico
- ☑ Other (describe): _Lease Agreement by and between Departamento de Educacion and Compañia de Fomento Industrial_

FOR AN OPEN INVOICE:

Vendor Number/Tax Identification Number/Last four digits of Social Security Number: _____

The government agency or department who entered into the contract(s) with you: _____

_____

Your contract number(s) and/or Purchase Order Number(s): _____

Please provide documentation in support of your claim including, a copy of any contract(s), purchase order(s), invoice(s) (which include dates of service provided for services rendered and delivery dates for goods), bill(s) of lading, and proof(s) of delivery).

FOR CURRENT OR PAST EMPLOYMENT:

Specific agency or department where you were, or are, employed: _____

_____

Specific period in which you were, or are, employed, in relation to the claim: _____

Last four digits of your social security number: _____

Nature of your employment claim:

- ☐ Pension
- ☐ Unpaid Wages
- ☐ Sick Days
- ☐ Vacation

- ☐ Union Grievance
- ☐ Pending or Closed Legal Action
- ☐ Other: _____

_____

*[Continued on Reverse]*



**GOVERMENT OF PUERTO RICO**
Puerto Rico Industrial Development Company
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

INV. DESC:

CUSTOMER NO: D3000

INVOICE NO: MISC04060288  R

INVOICE DATE: 4/19/2011

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------:|
| T033505600 | Reclass | $1,952.00 |
|  | **TOTAL** | **$1,952.00** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: MISC04060002   R

INVOICE DATE: 4/19/2011

INV. DESC:

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| M006205103 | Reclass | $942.00 |
|  | **TOTAL** | **$942.00** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: INSUR03060336  R

INVOICE DATE: 4/19/2011

INV. DESC:
INS 2003-2004 FOR T0

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T033505600 | Reclass INS 2003-2004 FOR T0 | $1,218.56 |
| | TOTAL | **$1,218.56** |



**GOVERMENT OF PUERTO RICO**
Puerto Rico Industrial Development Company
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: INSUR03060328  R

INVOICE DATE: 4/19/2011

INV. DESC:
INS 2003-2004 FOR T0

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T019605400 | Reclass INS 2003-2004 FOR T0 | $3,100.16 |
| | **TOTAL** | **$3,100.16** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO:  INSUR03060022  R

INVOICE DATE: 4/19/2011

INV. DESC:
INS 2003-2004 FOR M0

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| M006205104 | Reclass INS 2003-2004 FOR M0 | $1,151.00 |
| | **TOTAL** | **$1,151.00** |



**GOVERMENT OF PUERTO RICO**
Puerto Rico Industrial Development Company
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

INV. DESC:
INSR02060324

CUSTOMER NO: D3000

INVOICE NO:  INSR020624401  R

INVOICE DATE: 4/19/2011

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T033505600 | Reclass INSR02060324 | $846.00 |
| | **TOTAL** | **$846.00** |



355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO: D3000
CARLOS MALAVE IRIZARRY                                       INVOICE NO: INS160300029
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2016 to 3/16/2017*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T033505600 | Insurance Billing | INS160300029  -  01 | $2,607.00 |
| | | **TOTAL:** | **$2,607.00** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I20146625958

INVOICE DATE: 4/20/2011

INV. DESC:
APPLY  TRANSACTION SEGUROS

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
|  | APPLY  TRANSACTION SEGUROS | $26,141.86 |
|  | **TOTAL** | **$26,141.86** |



355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO: D3000
CARLOS MALAVE IRIZARRY                                       INVOICE NO: INS150300038
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2015 to 3/16/2016*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T033505600 | Insurance Billing | INS150300038 - 01 | $3,465.00 |
|  |  | **TOTAL:** | **$3,465.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE
**G O V E R N M E N T   O F   P U E R T O   R I C O**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO: D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO: INS140300042
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2014 to 3/16/2015*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T033505600 | Insurance Billing | INS140300042   -   01 | $3,135.00 |
| T112207300 | Insurance Billing | INS140300042   -   02 | $6,259.00 |
| S096306800 | Insurance Billing | INS140300042   -   03 | $7,309.00 |
| T103007000 | Insurance Billing | INS140300042   -   04 | $6,260.00 |
| | | **TOTAL:** | **$22,963.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO: D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO: INS140300042
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2014 to 3/16/2015*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T033505600 | Insurance Billing | INS140300042  -  01 | $3,135.00 |
| T112207300 | Insurance Billing | INS140300042  -  02 | $6,259.00 |
| S096306800 | Insurance Billing | INS140300042  -  03 | $7,309.00 |
| T103007000 | Insurance Billing | INS140300042  -  04 | $6,260.00 |
| | | **TOTAL:** | **$22,963.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE

PRIDCO
Puerto Rico Industrial
Development Company

GOVERNMENT OF PUERTO RICO

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO: D3000
CARLOS MALAVE IRIZARRY                                 INVOICE NO: INS140300042
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2014 to 3/16/2015*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T033505600 | Insurance Billing | INS140300042  -  01 | $3,135.00 |
| T112207300 | Insurance Billing | INS140300042  -  02 | $6,259.00 |
| S096306800 | Insurance Billing | INS140300042  -  03 | $7,309.00 |
| T103007000 | Insurance Billing | INS140300042  -  04 | $6,260.00 |
| | | **TOTAL:** | **$22,963.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**

**PRIDCO**
Puerto Rico Industrial
Development Company

**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000
INVOICE NO: INS140300042

------------ INSURANCE BILLING ------------
*3/16/2014 to 3/16/2015*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T033505600 | Insurance Billing | INS140300042 | - 01 | $3,135.00 |
| T112207300 | Insurance Billing | INS140300042 | - 02 | $6,259.00 |
| S096306800 | Insurance Billing | INS140300042 | - 03 | $7,309.00 |
| T103007000 | Insurance Billing | INS140300042 | - 04 | $6,260.00 |
| | | | **TOTAL:** | **$22,963.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000
INVOICE NO: INS130300051

------------ INSURANCE BILLING ------------
*3/16/2013 to 3/16/2014*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T033505600 | Insurance Billing | INS130300051 - 01 | $3,030.00 |
| T112207300 | Insurance Billing | INS130300051 - 02 | $6,054.00 |
| S096306800 | Insurance Billing | INS130300051 - 03 | $7,066.00 |
| T103007000 | Insurance Billing | INS130300051 - 04 | $6,055.00 |
| | | **TOTAL:** | **$22,205.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE

**PRIDCO**
Puerto Rico Industrial
Development Company

GOVERNMENT OF PUERTO RICO

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                              INVOICE NO: INS130300051
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2013 to 3/16/2014*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T033505600 | Insurance Billing | INS130300051 | - 01 | $3,030.00 |
| T112207300 | Insurance Billing | INS130300051 | - 02 | $6,054.00 |
| S096306800 | Insurance Billing | INS130300051 | - 03 | $7,066.00 |
| T103007000 | Insurance Billing | INS130300051 | - 04 | $6,055.00 |
| | | | **TOTAL:** | **$22,205.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**D**EPARTMENT OF
**E** C O N O M I C
**D**EVELOPMENT AND
**C** O M M E R C E

PRIDCO
Puerto Rico Industrial
Development Company

G O V E R N M E N T   O F   P U E R T O   R I C O

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                              INVOICE NO: INS130300051
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2013 to 3/16/2014*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T033505600 | Insurance Billing | INS130300051 | - 01 | $3,030.00 |
| T112207300 | Insurance Billing | INS130300051 | - 02 | $6,054.00 |
| S096306800 | Insurance Billing | INS130300051 | - 03 | $7,066.00 |
| T103007000 | Insurance Billing | INS130300051 | - 04 | $6,055.00 |
| | | | **TOTAL:** | **$22,205.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**PRIDCO** Puerto Rico Industrial Development Company
**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                              INVOICE NO: INS130300051
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2013 to 3/16/2014*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T033505600 | Insurance Billing | INS130300051 | - 01 | $3,030.00 |
| T112207300 | Insurance Billing | INS130300051 | - 02 | $6,054.00 |
| S096306800 | Insurance Billing | INS130300051 | - 03 | $7,066.00 |
| T103007000 | Insurance Billing | INS130300051 | - 04 | $6,055.00 |
| | | | **TOTAL:** | **$22,205.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                        CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                            INVOICE NO: INS120300045
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2012 to 3/16/2013*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS120300045  -  01 | $5,467.00 |
| T033505600 | Insurance Billing | INS120300045  -  02 | $2,739.00 |
| L393080000 | Insurance Billing | INS120300045  -  03 | $0.00 |
| S096306800 | Insurance Billing | INS120300045  -  04 | $6,385.00 |
| T103007000 | Insurance Billing | INS120300045  -  05 | $5,468.00 |
| | | **TOTAL:** | **$20,059.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE

**PRIDCO**
Puerto Rico Industrial
Development Company

GOVERNMENT OF PUERTO RICO

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                              INVOICE NO: INS120300045
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2012 to 3/16/2013*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS120300045  -  01 | $5,467.00 |
| T033505600 | Insurance Billing | INS120300045  -  02 | $2,739.00 |
| L393080000 | Insurance Billing | INS120300045  -  03 | $0.00 |
| S096306800 | Insurance Billing | INS120300045  -  04 | $6,385.00 |
| T103007000 | Insurance Billing | INS120300045  -  05 | $5,468.00 |
| | | **TOTAL:** | **$20,059.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
PRIDCO Puerto Rico Industrial Development Company
GOVERNMENT OF PUERTO RICO

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                    INVOICE NO: INS120300045
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2012 to 3/16/2013*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS120300045 - 01 | $5,467.00 |
| T033505600 | Insurance Billing | INS120300045 - 02 | $2,739.00 |
| L393080000 | Insurance Billing | INS120300045 - 03 | $0.00 |
| S096306800 | Insurance Billing | INS120300045 - 04 | $6,385.00 |
| T103007000 | Insurance Billing | INS120300045 - 05 | $5,468.00 |
| | | **TOTAL:** | **$20,059.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                                  INVOICE NO: INS120300045
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2012 to 3/16/2013*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|------------|-------------|------------|---|--------|
| T112207300 | Insurance Billing | INS120300045 | - 01 | $5,467.00 |
| T033505600 | Insurance Billing | INS120300045 | - 02 | $2,739.00 |
| L393080000 | Insurance Billing | INS120300045 | - 03 | $0.00 |
| S096306800 | Insurance Billing | INS120300045 | - 04 | $6,385.00 |
| T103007000 | Insurance Billing | INS120300045 | - 05 | $5,468.00 |
| | | | **TOTAL:** | **$20,059.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO: INS110300046
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2011 to 3/16/2012*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS110300046  -  01 | $5,262.00 |
| T033505600 | Insurance Billing | INS110300046  -  02 | $2,634.00 |
| L393080000 | Insurance Billing | INS110300046  -  03 | $0.00 |
| | | **TOTAL:** | **$7,896.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO: D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO: INS110300046 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

------------ INSURANCE BILLING ------------
*3/16/2011 to 3/16/2012*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T112207300 | Insurance Billing | INS110300046 | - 01 | $5,262.00 |
| T033505600 | Insurance Billing | INS110300046 | - 02 | $2,634.00 |
| L393080000 | Insurance Billing | INS110300046 | - 03 | $0.00 |
| | | | **TOTAL:** | **$7,896.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO: INS100300049
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2010 to 3/16/2011*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS100300049   -   01 | $5,262.00 |
| T033505600 | Insurance Billing | INS100300049   -   02 | $2,634.00 |
| L393080000 | Insurance Billing | INS100300049   -   03 | $0.00 |
| | | **TOTAL:** | **$7,896.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                      CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                                          INVOICE NO: INS100300049
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2010 to 3/16/2011*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS100300049  -  01 | $5,262.00 |
| T033505600 | Insurance Billing | INS100300049  -  02 | $2,634.00 |
| L393080000 | Insurance Billing | INS100300049  -  03 | $0.00 |
| | | **TOTAL:** | **$7,896.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO: D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO: INS090300060
PO BOX 190759
SAN JUAN, PR 00919

------------ INSURANCE BILLING ------------
*3/16/2009 to 3/16/2010*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T112207300 | Insurance Billing | INS090300060 | - 01 | $6,322.00 |
| T033505600 | Insurance Billing | INS090300060 | - 02 | $3,164.00 |
| L393080000 | Insurance Billing | INS090300060 | - 03 | $0.00 |
| | | | **TOTAL:** | **$9,486.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000
INVOICE NO: INS090300060

------------ INSURANCE BILLING ------------
*3/16/2009 to 3/16/2010*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS090300060   -   01 | $6,322.00 |
| T033505600 | Insurance Billing | INS090300060   -   02 | $3,164.00 |
| L393080000 | Insurance Billing | INS090300060   -   03 | $0.00 |
| | | **TOTAL:** | **$9,486.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

DEPARTAMENTO DE EDUCACION                      CUSTOMER NO: D3000
ATT. JUANITA TORRES COLON                       INVOICE NO: INS080300063
PO BOX 190759
SAN JUAN, PR 00919-0759

------------ INSURANCE BILLING ------------
*3/16/2008 to 3/16/2009*

| PROJECT NO | DESCRIPTION | VOUCHER NO | AMOUNT |
|---|---|---|---|
| T112207300 | Insurance Billing | INS080300063 - 01 | $6,322.00 |
| T033505600 | Insurance Billing | INS080300063 - 02 | $3,164.00 |
| L393080000 | Insurance Billing | INS080300063 - 03 | $0.00 |
| | | **TOTAL:** | **$9,486.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO: D3000
ATT. JUANITA TORRES COLON                          INVOICE NO: INS080300063
PO BOX 190759
SAN JUAN, PR 00919-0759

------------ INSURANCE BILLING ------------
*3/16/2008 to 3/16/2009*

| PROJECT NO | DESCRIPTION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|
| T112207300 | Insurance Billing | INS080300063 | - 01 | $6,322.00 |
| T033505600 | Insurance Billing | INS080300063 | - 02 | $3,164.00 |
| L393080000 | Insurance Billing | INS080300063 | - 03 | $0.00 |
| | | | **TOTAL:** | **$9,486.00** |

GREETINGS:

YOU CAN REQUEST PRIDCO'S NEW DIRECT DEBIT SERVICE AT 787-758-4747 EXTS. 4428, 4441 OR
BY E-MAIL AT: ONLINE.PRIDCO.COM

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000
INVOICE NO: I201651742187
INVOICE DATE: 5/17/2016

INV. DESC:
RENT GUARANTEE DEPOSIT. (PROYECTO:T-0335-0-56-00).

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T033505600 | RENT GUARANTEE DEPOSIT. (PROYECTO:T-0335-0-56-00). | $622.81 |
| T033505600 | RENT GUARANTEE DEPOSIT. (PROYECTO:T-0335-0-56-00). | ($622.81) |
| | TOTAL | $0.00 |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I201322715636RRR

INVOICE DATE: 5/28/2014

INV. DESC:
FACTURACION MISCELANEA PERIODO 2/01/2013 @ 2/28/2013.

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T112207300 | Reclass FACTURACION MISCELANEA PERIODO 2/01/2013 @ 2/28/2013. | $3,194.63 |
| | **TOTAL** | **$3,194.63** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I201322715635RRR

INVOICE DATE: 5/28/2014

INV. DESC:
FACTURACION MISCELANEA PERIODO 2/01/2013 @ 2/28/2013.

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T033505600 | Reclass FACTURACION MISCELANEA PERIODO 2/01/2013 @ 2/28/2013. | $432.51 |
| | **TOTAL** | **$432.51** |



**GOVERMENT OF PUERTO RICO**
Puerto Rico Industrial Development Company
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I201172211067RR

INVOICE DATE: 5/28/2014

INV. DESC:
FACTURACION MISCELANEA PERIODO 06/21/2011 @ 07/31/2011.

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T103007000 | Reclass FACTURACION MISCELANEA PERIODO 06/21/2011 @ 07/31/2011. | $11,897.96 |
| | **TOTAL** | **$11,897.96** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I201142710343RR

INVOICE DATE: 5/28/2014

INV. DESC:
FACTURACION MISCELANEA PERIODO 03/24/2011 @ 04/30/2011.

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| S096306800 | Reclass FACTURACION MISCELANEA PERIODO 03/24/2011 @ 04/30/2011. | $14,577.16 |
| | **TOTAL** | **$14,577.16** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I070500260-01  R

INVOICE DATE: 4/19/2011

INV. DESC:
Cargo anual Seguro 2

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|---|---|---|
| T112207300 | Reclass Cargo anual Seguro 2 | $2,894.00 |
| | **TOTAL** | **$2,894.00** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR  00936-2350
355 Roosevelt Ave., Hato Rey, PR  00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: I070500229-01  R

INVOICE DATE: 4/19/2011

INV. DESC:
Cargo anual Seguro 2

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T033505600 | Reclass Cargo anual Seguro 2 | $2,751.00 |
| | **TOTAL** | **$2,751.00** |

**COMMONWEALTH OF PUERTO RICO**

**PRIDCO**

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                             CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                INVOICE NO:   170500142
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,017

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 170500142 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   170400142
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,017

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 170400142 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   170300143
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,017

|      | PROJECT NO   | LOCATION   | VOUCHER NO |       | AMOUNT |
|------|--------------|------------|------------|-------|-----------|
| (50) | T033505600   | Mayaguez   | 170300143  | - 01  | $3,796.46 |
|      |              |            | **TOTAL:** |       | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

**PRIDCO**

**PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   170200143
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,017

| | PROJECT NO | LOCATION | VOUCHER NO | AMOUNT |
|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 170200143   -  01 | $3,796.46 |
| | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   170100145

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,017

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 170100145 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   161200144

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 161200144 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   161100146 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 161100146 | - 01 | $3,796.46 |
| | | | **TOTAL:** | | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION           CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY              INVOICE NO:   161000149
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 161000149 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

## PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   160900151

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 160900151 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO:   160800150
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 160800150 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   160700154

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 160700154 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL
DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY             INVOICE NO:   160600154
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T033505600 | Mayaguez | 160600154 | - 01 | $3,796.46 |
| | | | | **TOTAL:** | **$3,796.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**COMMONWEALTH OF PUERTO RICO**

# PRIDCO

**PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   160500151 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 160500151 | - | 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 160500151 | - | 02 | $3,796.46 |
| | | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                      CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                          INVOICE NO:   160400151
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 160400151 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 160400151 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                        INVOICE NO:   160300153
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 160300153 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 160300153 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   160200154 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 160200154 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 160200154 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                        INVOICE NO:   160100151
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,016

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 160100151 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 160100151 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                        INVOICE NO:    151200152
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 151200152 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 151200152 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   151100153
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 151100153 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 151100153 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.   La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:    151000153
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 151000153 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 151000153 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                        INVOICE NO:   150900152
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 150900152 | - | 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150900152 | - | 02 | $3,796.46 |
| | | | **TOTAL:** | | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.   La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918

PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   150800153 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------

For The Month Of August/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 150800153 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150800153 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.   La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____

Firma

S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918

PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   150700153 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 150700153 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150700153 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.   La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:    150600153
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 150600153 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150600153 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**COMMONWEALTH OF PUERTO RICO**
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:  150500152 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,015

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 150500152 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150500152 | - 02 | $3,796.46 |
| | | | **TOTAL:** | | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   150400151
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,015

|      | PROJECT NO | LOCATION | VOUCHER NO |      | AMOUNT |
|------|-----------|----------|-----------|------|--------|
| (66) | L393080000 | Yauco    | 150400151 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150400151 | - 02 | $3,796.46 |
|      |           |          | **TOTAL:** |      | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   150300154
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,015

|      | PROJECT NO | LOCATION | VOUCHER NO |      | AMOUNT |
|------|-----------|----------|-----------|------|--------|
| (66) | L393080000 | Yauco | 150300154 | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 150300154 | - 02 | $3,796.46 |
|      |           |          | **TOTAL:** |      | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                        INVOICE NO:   150200153
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,015

|      | PROJECT NO  | LOCATION  | VOUCHER NO |      | AMOUNT     |
|------|-------------|-----------|------------|------|------------|
| (66) | L393080000  | Yauco     | 150200153  | - 01 | $1.00      |
| (50) | T033505600  | Mayaguez  | 150200153  | - 02 | $3,796.46  |
|      |             |           | **TOTAL:** |      | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                       INVOICE NO:   150100154
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,015

|      | PROJECT NO | LOCATION | VOUCHER NO |      | AMOUNT |
|------|------------|----------|------------|------|--------|
| (66) | L393080000 | Yauco    | 150100154  | - 01 | $1.00  |
| (50) | T033505600 | Mayaguez | 150100154  | - 02 | $3,796.46 |
|      |            |          | **TOTAL:** |      | **$3,797.46** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION               CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                   INVOICE NO:   141200155
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,014

|      | PROJECT NO | LOCATION | VOUCHER NO |    | AMOUNT |
|------|-----------|----------|------------|-----|--------|
| (66) | L393080000 | Yauco    | 141200155  | - 01 | $1.00 |
| (50) | T033505600 | Mayaguez | 141200155  | - 02 | $3,796.46 |
| (50) | T112207300 | Caguas   | 141200155  | - 03 | $12,120.79 |
|      |           |          | **TOTAL:** |    | **$15,918.25** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:  141000159 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 141000159 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 141000159 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 141000159 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 141000159 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 141000159 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                         INVOICE NO:  140900159
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140900159 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140900159 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140900159 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140900159 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140900159 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO:   140800158
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,014

|      | PROJECT NO | LOCATION   | VOUCHER NO  |      | AMOUNT      |
|------|------------|------------|-------------|------|-------------|
| (66) | L393080000 | Yauco      | 140800158   | - 01 | $1.00       |
| (52) | S096306800 | Rio Grande | 140800158   | - 05 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 140800158   | - 03 | $3,796.46   |
| (50) | T103007000 | Rio Grande | 140800158   | - 02 | $8,954.13   |
| (50) | T112207300 | Caguas     | 140800158   | - 04 | $12,120.79  |
|      |            |            | **TOTAL:**  |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                        INVOICE NO:   140700160
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140700160 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140700160 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140700160 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140700160 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140700160 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:    140600161
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140600161 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140600161 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140600161 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140600161 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140600161 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:  140500162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140500162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140500162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140500162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140500162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140500162 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                           CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:    140500162
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140500162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140500162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140500162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140500162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140500162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   140500162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140500162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140500162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140500162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140500162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140500162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   140500162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140500162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140500162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140500162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140500162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140500162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   140500162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140500162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140500162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140500162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140500162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140500162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                        INVOICE NO:   140400162
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,014

|  | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140400162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140400162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140400162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140400162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140400162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   140400162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140400162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140400162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140400162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140400162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140400162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO:   140400162
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140400162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140400162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140400162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140400162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140400162 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:  140400162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140400162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140400162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140400162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140400162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140400162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   140400162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140400162 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140400162 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140400162 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140400162 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140400162 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                 INVOICE NO:   140300164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140300164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140300164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140300164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140300164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140300164 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY             INVOICE NO:   140300164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140300164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140300164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140300164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140300164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140300164 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:  140300164 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140300164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140300164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140300164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140300164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140300164 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                      CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                         INVOICE NO:    140300164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140300164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140300164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140300164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140300164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140300164 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                                             INVOICE NO:   140300164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,014

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT      |
|------|------------|------------|------------|------|-------------|
| (66) | L393080000 | Yauco      | 140300164  | - 01 | $1.00       |
| (52) | S096306800 | Rio Grande | 140300164  | - 05 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 140300164  | - 03 | $3,796.46   |
| (50) | T103007000 | Rio Grande | 140300164  | - 02 | $8,954.13   |
| (50) | T112207300 | Caguas     | 140300164  | - 04 | $12,120.79  |
|      |            |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO:    140200166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140200166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140200166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140200166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140200166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140200166 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO:   140200166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140200166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140200166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140200166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140200166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140200166 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

## PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                 INVOICE NO:   140200166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140200166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140200166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140200166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140200166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140200166 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:   140200166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,014

|  | PROJECT NO | LOCATION | VOUCHER NO |  | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140200166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140200166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140200166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140200166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140200166 | - 04 | $12,120.79 |
|  |  |  | **TOTAL:** |  | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:  140200166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140200166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140200166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140200166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140200166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140200166 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                        INVOICE NO:   140100164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140100164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140100164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140100164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140100164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140100164 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                   CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                       INVOICE NO:   140100164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,014

|      | PROJECT NO | LOCATION   | VOUCHER NO  |      | AMOUNT      |
|------|------------|------------|-------------|------|-------------|
| (66) | L393080000 | Yauco      | 140100164   | - 01 | $1.00       |
| (52) | S096306800 | Rio Grande | 140100164   | - 05 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 140100164   | - 03 | $3,796.46   |
| (50) | T103007000 | Rio Grande | 140100164   | - 02 | $8,954.13   |
| (50) | T112207300 | Caguas     | 140100164   | - 04 | $12,120.79  |
|      |            |            | **TOTAL:**  |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                             INVOICE NO:   140100164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,014

|      | PROJECT NO  | LOCATION   | VOUCHER NO |      | AMOUNT     |
|------|-------------|------------|------------|------|------------|
| (66) | L393080000  | Yauco      | 140100164  | - 01 | $1.00      |
| (52) | S096306800  | Rio Grande | 140100164  | - 05 | $11,541.56 |
| (50) | T033505600  | Mayaguez   | 140100164  | - 03 | $3,796.46  |
| (50) | T103007000  | Rio Grande | 140100164  | - 02 | $8,954.13  |
| (50) | T112207300  | Caguas     | 140100164  | - 04 | $12,120.79 |
|      |             |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

## PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                            INVOICE NO:  140100164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,014

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT     |
|------|------------|------------|------------|------|------------|
| (66) | L393080000 | Yauco      | 140100164  | - 01 | $1.00      |
| (52) | S096306800 | Rio Grande | 140100164  | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez   | 140100164  | - 03 | $3,796.46  |
| (50) | T103007000 | Rio Grande | 140100164  | - 02 | $8,954.13  |
| (50) | T112207300 | Caguas     | 140100164  | - 04 | $12,120.79 |
|      |            |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:  D3000
INVOICE NO:  140100164

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,014

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 140100164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 140100164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 140100164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 140100164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 140100164 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   131200165

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131200165 | - | 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131200165 | - | 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131200165 | - | 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131200165 | - | 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131200165 | - | 04 | $12,120.79 |
| | | | **TOTAL:** | | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                              INVOICE NO:  131200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131200165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131200165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131200165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131200165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131200165 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                          INVOICE NO:   131200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131200165 | - | 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131200165 | - | 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131200165 | - | 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131200165 | - | 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131200165 | - | 04 | $12,120.79 |
| | | | **TOTAL:** | | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                         INVOICE NO:   131200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131200165 | - | 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131200165 | - | 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131200165 | - | 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131200165 | - | 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131200165 | - | 04 | $12,120.79 |
| | | | **TOTAL:** | | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                                 INVOICE NO:   131200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131200165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131200165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131200165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131200165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131200165 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| CARLOS MALAVE IRIZARRY | INVOICE NO:   131100163 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131100163 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131100163 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131100163 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131100163 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131100163 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                       CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                          INVOICE NO:   131100163
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131100163 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131100163 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131100163 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131100163 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131100163 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                        CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                           INVOICE NO:    131100163
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,013

|       | PROJECT NO | LOCATION   | VOUCHER NO       | AMOUNT      |
|-------|------------|------------|------------------|-------------|
| (66)  | L393080000 | Yauco      | 131100163 - 01   | $1.00       |
| (52)  | S096306800 | Rio Grande | 131100163 - 05   | $11,541.56  |
| (50)  | T033505600 | Mayaguez   | 131100163 - 03   | $3,796.46   |
| (50)  | T103007000 | Rio Grande | 131100163 - 02   | $8,954.13   |
| (50)  | T112207300 | Caguas     | 131100163 - 04   | $12,120.79  |
|       |            |            | **TOTAL:**       | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:  D3000
CARLOS MALAVE IRIZARRY                        INVOICE NO:   131100163
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131100163 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131100163 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131100163 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131100163 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131100163 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
CARLOS MALAVE IRIZARRY                                       INVOICE NO:   131100163
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131100163 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131100163 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131100163 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131100163 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131100163 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                               INVOICE NO:   131000165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131000165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131000165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131000165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131000165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131000165 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                         INVOICE NO:   131000165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131000165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131000165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131000165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131000165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131000165 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   131000165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 131000165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 131000165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 131000165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 131000165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 131000165 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    131000165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,013

|      | PROJECT NO   | LOCATION    | VOUCHER NO         | AMOUNT      |
|------|--------------|-------------|--------------------|-------------|
| (66) | L393080000   | Yauco       | 131000165  -  01   | $1.00       |
| (52) | S096306800   | Rio Grande  | 131000165  -  05   | $11,541.56  |
| (50) | T033505600   | Mayaguez    | 131000165  -  03   | $3,796.46   |
| (50) | T103007000   | Rio Grande  | 131000165  -  02   | $8,954.13   |
| (50) | T112207300   | Caguas      | 131000165  -  04   | $12,120.79  |
|      |              |             | **TOTAL:**         | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   130900167 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130900167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130900167 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130900167 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130900167 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130900167 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                         INVOICE NO:   130900167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,013

|      | PROJECT NO | LOCATION   | VOUCHER NO    |      | AMOUNT      |
|------|------------|------------|---------------|------|-------------|
| (66) | L393080000 | Yauco      | 130900167     | - 01 | $1.00       |
| (52) | S096306800 | Rio Grande | 130900167     | - 05 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 130900167     | - 03 | $3,796.46   |
| (50) | T103007000 | Rio Grande | 130900167     | - 02 | $8,954.13   |
| (50) | T112207300 | Caguas     | 130900167     | - 04 | $12,120.79  |
|      |            |            | **TOTAL:**    |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    130900167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130900167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130900167 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130900167 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130900167 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130900167 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    130900167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130900167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130900167 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130900167 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130900167 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130900167 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130900167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,013

|       | PROJECT NO | LOCATION | VOUCHER NO |      | AMOUNT |
|-------|-----------|----------|-----------|------|--------|
| (66)  | L393080000 | Yauco     | 130900167 | - 01 | $1.00 |
| (52)  | S096306800 | Rio Grande | 130900167 | - 05 | $11,541.56 |
| (50)  | T033505600 | Mayaguez  | 130900167 | - 03 | $3,796.46 |
| (50)  | T103007000 | Rio Grande | 130900167 | - 02 | $8,954.13 |
| (50)  | T112207300 | Caguas    | 130900167 | - 04 | $12,120.79 |
|       |           |          |           | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

DEPARTMENT OF
ECONOMIC
DEVELOPMENT AND
COMMERCE
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                         INVOICE NO:   130200167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130200167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130200167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130200167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130200167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130200167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                      CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   130800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130800166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130800166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130800166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130800166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130800166 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                      CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   130800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,013

|        | PROJECT NO  | LOCATION   | VOUCHER NO |      | AMOUNT     |
|--------|-------------|------------|------------|------|------------|
| (66)   | L393080000  | Yauco      | 130800166  | - 01 | $1.00      |
| (52)   | S096306800  | Rio Grande | 130800166  | - 05 | $11,541.56 |
| (50)   | T033505600  | Mayaguez   | 130800166  | - 03 | $3,796.46  |
| (50)   | T103007000  | Rio Grande | 130800166  | - 02 | $8,954.13  |
| (50)   | T112207300  | Caguas     | 130800166  | - 04 | $12,120.79 |
|        |             |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:    130800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130800166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130800166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130800166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130800166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130800166 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                             CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                                 INVOICE NO:   130800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,013

|       | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT     |
|-------|------------|------------|------------|------|------------|
| (66)  | L393080000 | Yauco      | 130800166  | - 01 | $1.00      |
| (52)  | S096306800 | Rio Grande | 130800166  | - 05 | $11,541.56 |
| (50)  | T033505600 | Mayaguez   | 130800166  | - 03 | $3,796.46  |
| (50)  | T103007000 | Rio Grande | 130800166  | - 02 | $8,954.13  |
| (50)  | T112207300 | Caguas     | 130800166  | - 04 | $12,120.79 |
|       |            |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    130800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130800166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130800166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130800166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130800166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130800166 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   130700164 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130700164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130700164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130700164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130700164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130700164 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:  130700164 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130700164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130700164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130700164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130700164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130700164 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                         INVOICE NO:   130700164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130700164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130700164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130700164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130700164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130700164 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   130700164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130700164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130700164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130700164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130700164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130700164 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   130700164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130700164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130700164 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130700164 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130700164 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130700164 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    130600166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,013

|       | PROJECT NO | LOCATION   | VOUCHER NO       | AMOUNT      |
|-------|------------|------------|------------------|-------------|
| (66)  | L393080000 | Yauco      | 130600166  - 01  | $1.00       |
| (52)  | S096306800 | Rio Grande | 130600166  - 05  | $11,541.56  |
| (50)  | T033505600 | Mayaguez   | 130600166  - 03  | $3,796.46   |
| (50)  | T103007000 | Rio Grande | 130600166  - 02  | $8,954.13   |
| (50)  | T112207300 | Caguas     | 130600166  - 04  | $12,120.79  |
|       |            |            | **TOTAL:**       | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130600166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130600166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130600166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130600166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130600166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130600166 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   130600166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130600166 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130600166 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130600166 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130600166 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130600166 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:  130600166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,013

|        | PROJECT NO | LOCATION   | VOUCHER NO    |      | AMOUNT      |
|--------|-----------|------------|---------------|------|-------------|
| (66)   | L393080000 | Yauco      | 130600166     | - 01 | $1.00       |
| (52)   | S096306800 | Rio Grande | 130600166     | - 05 | $11,541.56  |
| (50)   | T033505600 | Mayaguez   | 130600166     | - 03 | $3,796.46   |
| (50)   | T103007000 | Rio Grande | 130600166     | - 02 | $8,954.13   |
| (50)   | T112207300 | Caguas     | 130600166     | - 04 | $12,120.79  |
|        |           |            | **TOTAL:**    |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                        CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                            INVOICE NO:   130600166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,013

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT     |
|------|------------|------------|------------|------|------------|
| (66) | L393080000 | Yauco      | 130600166  | - 01 | $1.00      |
| (52) | S096306800 | Rio Grande | 130600166  | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez   | 130600166  | - 03 | $3,796.46  |
| (50) | T103007000 | Rio Grande | 130600166  | - 02 | $8,954.13  |
| (50) | T112207300 | Caguas     | 130600166  | - 04 | $12,120.79 |
|      |            |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   130500165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,013

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT      |
|------|------------|------------|------------|------|-------------|
| (66) | L393080000 | Yauco      | 130500165  | - 01 | $1.00       |
| (52) | S096306800 | Rio Grande | 130500165  | - 05 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 130500165  | - 03 | $3,796.46   |
| (50) | T103007000 | Rio Grande | 130500165  | - 02 | $8,954.13   |
| (50) | T112207300 | Caguas     | 130500165  | - 04 | $12,120.79  |
|      |            |            | **TOTAL:** |      | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                  INVOICE NO:   130500165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130500165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130500165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130500165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130500165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130500165 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:  D3000
INVOICE NO:   130500165

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130500165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130500165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130500165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130500165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130500165 | - 04 | $12,120.79 |

**TOTAL:       $36,413.94**

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                      CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:    130500165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130500165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130500165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130500165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130500165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130500165 | - 04 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130500165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130500165 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130500165 | - 05 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130500165 | - 03 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130500165 | - 02 | $8,954.13 |
| (50) | T112207300 | Caguas | 130500165 | - 04 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130400164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130400164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130400164 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130400164 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130400164 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130400164 | - 05 | $12,120.79 |
| | | | **TOTAL:** | | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:  130400164 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130400164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130400164 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130400164 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130400164 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130400164 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    130400164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130400164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130400164 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130400164 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130400164 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130400164 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   130400164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,013

|  | PROJECT NO | LOCATION | VOUCHER NO |  | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130400164 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130400164 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130400164 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130400164 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130400164 | - 05 | $12,120.79 |
|  |  |  | **TOTAL:** |  | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   130400164
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,013

|       | PROJECT NO  | LOCATION   | VOUCHER NO |       | AMOUNT      |
|-------|-------------|------------|------------|-------|-------------|
| (66)  | L393080000  | Yauco      | 130400164  | - 01  | $1.00       |
| (52)  | S096306800  | Rio Grande | 130400164  | - 02  | $11,541.56  |
| (50)  | T033505600  | Mayaguez   | 130400164  | - 04  | $3,796.46   |
| (50)  | T103007000  | Rio Grande | 130400164  | - 03  | $8,954.13   |
| (50)  | T112207300  | Caguas     | 130400164  | - 05  | $12,120.79  |
|       |             |            |            | **TOTAL:** | **$36,413.94** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE
**G**OVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   130300167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130300167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130300167 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130300167 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130300167 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130300167 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION             CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                 INVOICE NO:    130300167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130300167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130300167 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130300167 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130300167 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130300167 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130300167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130300167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130300167 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130300167 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130300167 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130300167 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

**PRIDCO**
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                  CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                      INVOICE NO:    130300167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130300167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130300167 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130300167 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130300167 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130300167 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130300167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130300167 | - 01 | $1.00 |
| (52) | S096306800 | Rio Grande | 130300167 | - 02 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130300167 | - 04 | $3,796.46 |
| (50) | T103007000 | Rio Grande | 130300167 | - 03 | $8,954.13 |
| (50) | T112207300 | Caguas | 130300167 | - 05 | $12,120.79 |
| | | | | **TOTAL:** | **$36,413.94** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO — Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                        CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                            INVOICE NO:    130200167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130200167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130200167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130200167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130200167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130200167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO
Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   130200167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130200167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130200167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130200167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130200167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130200167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO — Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   130200167 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130200167 | - | 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130200167 | - | 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130200167 | - | 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130200167 | - | 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130200167 | - | 01 | $8,926.16 |
| | | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION          CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA              INVOICE NO:   130100167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130100167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130100167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130100167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130100167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130100167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

**PRIDCO**
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   130100167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130100167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130100167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130100167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130100167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130100167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

**PRIDCO**
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    130100167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,013

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 130100167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 130100167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 130100167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 130100167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 130100167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                             INVOICE NO:   121200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,012

|        | PROJECT NO  | LOCATION   | VOUCHER NO  |      | AMOUNT      |
|--------|-------------|------------|-------------|------|-------------|
| (66)   | L393080000  | Yauco      | 121200165   | - 03 | $1.00       |
| (52)   | S096306800  | Rio Grande | 121200165   | - 04 | $11,541.56  |
| (50)   | T033505600  | Mayaguez   | 121200165   | - 02 | $3,363.95   |
| (50)   | T103007000  | Rio Grande | 121200165   | - 05 | $8,954.13   |
| (50)   | T112207300  | Caguas     | 121200165   | - 01 | $8,926.16   |
|        |             |            | **TOTAL:**  |      | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    121200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 121200165 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 121200165 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 121200165 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 121200165 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 121200165 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO — Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                             INVOICE NO:   121200165
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 121200165 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 121200165 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 121200165 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 121200165 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 121200165 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF
ECONOMIC
DEVELOPMENT AND
COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   121100168 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 121100168 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 121100168 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 121100168 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 121100168 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 121100168 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                           CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                               INVOICE NO:   121100168
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,012

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT      |
|------|------------|------------|------------|------|-------------|
| (66) | L393080000 | Yauco      | 121100168  | - 03 | $1.00       |
| (52) | S096306800 | Rio Grande | 121100168  | - 04 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 121100168  | - 02 | $3,363.95   |
| (50) | T103007000 | Rio Grande | 121100168  | - 05 | $8,954.13   |
| (50) | T112207300 | Caguas     | 121100168  | - 01 | $8,926.16   |
|      |            |            | **TOTAL:** |      | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO
Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                      CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   121100168
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,012

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT      |
|------|-----------|------------|------------|------|-------------|
| (66) | L393080000 | Yauco      | 121100168  | - 03 | $1.00       |
| (52) | S096306800 | Rio Grande | 121100168  | - 04 | $11,541.56  |
| (50) | T033505600 | Mayaguez   | 121100168  | - 02 | $3,363.95   |
| (50) | T103007000 | Rio Grande | 121100168  | - 05 | $8,954.13   |
| (50) | T112207300 | Caguas     | 121100168  | - 01 | $8,926.16   |
|      |           |            |            | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   121000167

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 121000167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 121000167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 121000167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 121000167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 121000167 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

Firma
S.S. PATRONAL 660292871

**D**EPARTMENT OF
**E** C O N O M I C
**D**EVELOPMENT AND
**C** O M M E R C E
G O V E R N M E N T   O F   P U E R T O   R I C O

**PRIDCO**
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   121000167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 121000167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 121000167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 121000167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 121000167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 121000167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                           CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                               INVOICE NO:   121000167
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 121000167 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 121000167 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 121000167 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 121000167 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 121000167 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   120900166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120900166 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120900166 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120900166 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120900166 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120900166 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   120900166

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120900166 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120900166 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120900166 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120900166 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120900166 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                 CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                     INVOICE NO:    120900166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120900166 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120900166 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120900166 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120900166 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120900166 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   120800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120800166 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120800166 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120800166 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120800166 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120800166 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918

PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                  CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                      INVOICE NO:   120800166
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,012

|      | PROJECT NO | LOCATION   | VOUCHER NO |    | AMOUNT |
|------|------------|------------|------------|----|--------|
| (66) | L393080000 | Yauco      | 120800166  | 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120800166  | 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez   | 120800166  | 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120800166  | 05 | $8,954.13 |
| (50) | T112207300 | Caguas     | 120800166  | 01 | $8,926.16 |
|      |            |            | **TOTAL:** |    | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____

Firma

S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   120800166 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120800166 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120800166 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120800166 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120800166 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120800166 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**D**EPARTMENT OF
**E** C O N O M I C
**D**EVELOPMENT AND
**C** O M M E R C E
G O V E R N M E N T   O F   P U E R T O   R I C O

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO: D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO: 120700162 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120700162 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120700162 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120700162 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120700162 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120700162 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   120700162
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120700162 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120700162 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120700162 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120700162 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120700162 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**
PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   120700162
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120700162 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120700162 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120700162 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120700162 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120700162 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   120600161

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120600161 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120600161 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120600161 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120600161 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120600161 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                             INVOICE NO:   120600161
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120600161 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120600161 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120600161 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120600161 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120600161 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   120600161

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120600161 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120600161 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120600161 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120600161 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120600161 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
PRIDCO
Puerto Rico Industrial
Development Company
**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    120600161
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120600161 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120600161 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120600161 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120600161 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120600161 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   111000157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111000157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111000157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111000157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111000157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111000157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**

**PRIDCO**
Puerto Rico Industrial
Development Company

GOVERNMENT OF PUERTO RICO

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   120500160
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120500160 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120500160 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120500160 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120500160 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120500160 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**

PRIDCO
Puerto Rico Industrial
Development Company

**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   120500160
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,012

|      | PROJECT NO  | LOCATION  | VOUCHER NO  |      | AMOUNT      |
|------|-------------|-----------|-------------|------|-------------|
| (66) | L393080000  | Yauco     | 120500160   | - 03 | $1.00       |
| (52) | S096306800  | Rio Grande| 120500160   | - 04 | $11,541.56  |
| (50) | T033505600  | Mayaguez  | 120500160   | - 02 | $3,363.95   |
| (50) | T103007000  | Rio Grande| 120500160   | - 05 | $8,954.13   |
| (50) | T112207300  | Caguas    | 120500160   | - 01 | $8,926.16   |
|      |             |           | **TOTAL:**  |      | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918

PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   120500160
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120500160 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120500160 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120500160 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120500160 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120500160 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   120400159
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,012

|      | PROJECT NO   | LOCATION   | VOUCHER NO       | AMOUNT       |
|------|--------------|------------|------------------|--------------|
| (66) | L393080000   | Yauco      | 120400159  - 03  | $1.00        |
| (52) | S096306800   | Rio Grande | 120400159  - 04  | $11,541.56   |
| (50) | T033505600   | Mayaguez   | 120400159  - 02  | $3,363.95    |
| (50) | T103007000   | Rio Grande | 120400159  - 05  | $8,954.13    |
| (50) | T112207300   | Caguas     | 120400159  - 01  | $8,926.16    |
|      |              |            | **TOTAL:**       | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
**GOVERNMENT OF PUERTO RICO**

**PRIDCO** Puerto Rico Industrial Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   120400159
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120400159 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120400159 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120400159 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120400159 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120400159 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:    120400159
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120400159 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120400159 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120400159 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120400159 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120400159 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF**
**ECONOMIC**
**DEVELOPMENT AND**
**COMMERCE**
**GOVERNMENT OF PUERTO RICO**

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918

PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:    120300157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120300157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120300157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120300157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120300157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120300157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**
GOVERNMENT OF PUERTO RICO

PRIDCO
Puerto Rico Industrial
Development Company

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   120300157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120300157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120300157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120300157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120300157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120300157 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE**

**PRIDCO**
Puerto Rico Industrial
Development Company

**GOVERNMENT OF PUERTO RICO**

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                           INVOICE NO:    120300157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120300157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120300157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120300157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120300157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120300157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados  (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



355 Roosevelt Ave, Hato Rey, PR 00918

PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                     INVOICE NO:   120200158
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------

For The Month Of February/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120200158 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120200158 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120200158 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120200158 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120200158 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____

Firma

S.S. PATRONAL 660292871



355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   120100156
PO BOX 190759
SAN JUAN, PR 00919

--------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120100156 | - | 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120100156 | - | 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120100156 | - | 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120100156 | - | 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120100156 | - | 01 | $8,926.16 |

**TOTAL:**                      **$32,786.80**

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.   La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:  D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   120200158 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120200158 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120200158 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120200158 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120200158 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120200158 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                            CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                INVOICE NO:   120200158
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of February/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120200158 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120200158 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120200158 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120200158 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120200158 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**D**EPARTMENT OF
**E**CONOMIC
**D**EVELOPMENT AND
**C**OMMERCE

**PRIDCO**
Puerto Rico Industrial
Development Company

GOVERNMENT OF PUERTO RICO

355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   120100156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120100156 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120100156 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120100156 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120100156 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120100156 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871



355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   120100156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,012

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 120100156 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 120100156 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 120100156 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 120100156 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 120100156 | - 01 | $8,926.16 |

**TOTAL:**     **$32,786.80**

**A TODOS LOS ARRENDATARIOS DE PRIDCO**

PRIDCO contrató los servicios de la Junta de Planificación (JP) de PR para el desarrollo de un proyecto de "geo- referenciación" de sus propiedades. Este proyecto comenzará a finales de diciembre de 2011 y se extenderá hasta abril del 2012. Solicitamos les autoricen acceso a las instalaciones a los funcionarios de la JP para que puedan realizar los trabajos correspondientes. De requerir información adicional, se puede comunicar con el Planificador Angel Rivera al 787-758-4747, ext. 4382 o Lcda. Olga I. Marcano, ext. 4550.

**TO ALL PRIDCO TENANTS**

PRIDCO has contracted the services of the Puerto Rico Planning Board (PRPB) to develop a "geo- reference" project of its properties. This project will commence at the end of December 2011 and will extend itself thru April 2012. We request your assistance in providing access to the facilities to the assigned personal of the PRPB so they can complete their jobs accordingly. If additional information is required, please contact Real Estate Planner Angel Rivera at 787-758-4747, ext. 4382 or Lcda. Olga I. Marcano, ext. 4550

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE. THANK YOU.**

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____

Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                  CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                          INVOICE NO:   111200156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111200156 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111200156 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111200156 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111200156 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111200156 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   111200156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,011

|      | PROJECT NO   | LOCATION   | VOUCHER NO   |      | AMOUNT      |
|------|--------------|------------|--------------|------|-------------|
| (66) | L393080000   | Yauco      | 111200156    | - 03 | $1.00       |
| (52) | S096306800   | Rio Grande | 111200156    | - 04 | $11,541.56  |
| (50) | T033505600   | Mayaguez   | 111200156    | - 02 | $3,363.95   |
| (50) | T103007000   | Rio Grande | 111200156    | - 05 | $8,954.13   |
| (50) | T112207300   | Caguas     | 111200156    | - 01 | $8,926.16   |
|      |              |            | **TOTAL:**   |      | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   111200156

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111200156 | - | 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111200156 | - | 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111200156 | - | 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111200156 | - | 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111200156 | - | 01 | $8,926.16 |
| | | | | **TOTAL:** | | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                        CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                            INVOICE NO:   111100157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,011

|      | PROJECT NO   | LOCATION   | VOUCHER NO |      | AMOUNT      |
|------|--------------|------------|------------|------|-------------|
| (66) | L393080000   | Yauco      | 111100157  | - 03 | $1.00       |
| (52) | S096306800   | Rio Grande | 111100157  | - 04 | $11,541.56  |
| (50) | T033505600   | Mayaguez   | 111100157  | - 02 | $3,363.95   |
| (50) | T103007000   | Rio Grande | 111100157  | - 05 | $8,954.13   |
| (50) | T112207300   | Caguas     | 111100157  | - 01 | $8,926.16   |
|      |              |            |            | **TOTAL:** | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   111100157

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111100157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111100157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111100157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111100157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111100157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   111100157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111100157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111100157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111100157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111100157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111100157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                        CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                            INVOICE NO:   111000157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111000157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111000157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111000157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111000157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111000157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   111000157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111000157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111000157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111000157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111000157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111000157 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   111000157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 111000157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 111000157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 111000157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 111000157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 111000157 | - 01 | $8,926.16 |
| | | | | **TOTAL:** | **$32,786.80** |

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                               CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                   INVOICE NO:   110900157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,011

|       | PROJECT NO  | LOCATION   | VOUCHER NO |      | AMOUNT      |
|-------|-------------|------------|------------|------|-------------|
| (66)  | L393080000  | Yauco      | 110900157  | - 03 | $1.00       |
| (52)  | S096306800  | Rio Grande | 110900157  | - 04 | $11,541.56  |
| (50)  | T033505600  | Mayaguez   | 110900157  | - 02 | $3,363.95   |
| (50)  | T103007000  | Rio Grande | 110900157  | - 05 | $8,954.13   |
| (50)  | T112207300  | Caguas     | 110900157  | - 01 | $8,926.16   |
|       |             |            | **TOTAL:** |      | **$32,786.80** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                           CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                INVOICE NO:   110900157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110900157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110900157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110900157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 110900157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 110900157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

## PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                               INVOICE NO:   110900157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110900157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110900157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110900157 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 110900157 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 110900157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                              CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                  INVOICE NO:   110800156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,011

|      | PROJECT NO | LOCATION   | VOUCHER NO |      | AMOUNT |
|------|-----------|------------|------------|------|--------|
| (66) | L393080000 | Yauco      | 110800156  | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110800156  | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez   | 110800156  | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 110800156  | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas     | 110800156  | - 01 | $8,926.16 |
|      |           |            | **TOTAL:** |      | **$32,786.80** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

## PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   110800156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110800156 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110800156 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110800156 | - 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 110800156 | - 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 110800156 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$32,786.80** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                     CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                         INVOICE NO:   110800156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110800156 | - | 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110800156 | - | 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110800156 | - | 02 | $3,363.95 |
| (50) | T103007000 | Rio Grande | 110800156 | - | 05 | $8,954.13 |
| (50) | T112207300 | Caguas | 110800156 | - | 01 | $8,926.16 |
| | | | **TOTAL:** | | | **$32,786.80** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                          CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                              INVOICE NO:   110700155
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110700155 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110700155 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110700155 | - 02 | $3,363.95 |
| (50) | T112207300 | Caguas | 110700155 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$23,832.67** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   110700155
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,011

|      | PROJECT NO   | LOCATION   | VOUCHER NO | | AMOUNT |
|------|--------------|------------|------------|---|------------|
| (66) | L393080000   | Yauco      | 110700155  | - 03 | $1.00 |
| (52) | S096306800   | Rio Grande | 110700155  | - 04 | $11,541.56 |
| (50) | T033505600   | Mayaguez   | 110700155  | - 02 | $3,363.95 |
| (50) | T112207300   | Caguas     | 110700155  | - 01 | $8,926.16 |
|      |              |            | **TOTAL:** | | **$23,832.67** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                             INVOICE NO:   110700155
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110700155 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110700155 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110700155 | - 02 | $3,363.95 |
| (50) | T112207300 | Caguas | 110700155 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$23,832.67** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                      CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   110600157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,011

|      | PROJECT NO  | LOCATION   | VOUCHER NO   |      | AMOUNT      |
|------|-------------|------------|--------------|------|-------------|
| (66) | L393080000  | Yauco      | 110600157    | - 03 | $1.00       |
| (52) | S096306800  | Rio Grande | 110600157    | - 04 | $11,541.56  |
| (50) | T033505600  | Mayaguez   | 110600157    | - 02 | $3,363.95   |
| (50) | T112207300  | Caguas     | 110600157    | - 01 | $8,926.16   |
|      |             |            | **TOTAL:**   |      | **$23,832.67** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de
esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para
suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es
justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

## PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   110600157

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of June/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110600157 | - 03 | $1.00 |
| (52) | S096306800 | Rio Grande | 110600157 | - 04 | $11,541.56 |
| (50) | T033505600 | Mayaguez | 110600157 | - 02 | $3,363.95 |
| (50) | T112207300 | Caguas | 110600157 | - 01 | $8,926.16 |
| | | | **TOTAL:** | | **$23,832.67** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                       CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                           INVOICE NO:    110500156
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,011

|       | PROJECT NO   | LOCATION  | VOUCHER NO   |    | AMOUNT      |
|-------|--------------|-----------|--------------|----|-------------|
| (66)  | L393080000   | Yauco     | 110500156    | - 03 | $1.00     |
| (50)  | T033505600   | Mayaguez  | 110500156    | - 02 | $3,363.95 |
| (50)  | T112207300   | Caguas    | 110500156    | - 01 | $8,926.16 |
|       |              |           | **TOTAL:**   |    | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia.  El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:    110500155
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of May/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (52) | S096306800 | Rio Grande | 110500155 | - 01 | $11,541.56 |
| | | | **TOTAL:** | | **$11,541.56** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público es parte o tiene algún interés en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

# PRIDCO

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                         CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                             INVOICE NO:   110400154
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of April/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | | AMOUNT |
|---|---|---|---|---|---|---|
| (66) | L393080000 | Yauco | 110400154 | - | 03 | $1.00 |
| (50) | T033505600 | Mayaguez | 110400154 | - | 02 | $3,363.95 |
| (50) | T112207300 | Caguas | 110400154 | - | 01 | $8,926.16 |
| | | | **TOTAL:** | | | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

"Bajo pena de nulidad absoluta CERTIFICO que ningún servidor público de la Compañía de Fomento Industrial de Puerto Rico es parte o tiene algún interés
en las ganancias o beneficios producto del contrato de esta factura, y de ser parte o tener interés en las agencias o beneficios producto del contrato, ha
mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el
representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han
sido entregados (los servicios prestados) y no han sido pagados."

_____
Firma
S.S. PATRONAL 660292871

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                        INVOICE NO:   110300157
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of March/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 110300157 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 110300157 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 110300157 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                          INVOICE NO:   110200151
PO BOX 190759
SAN JUAN, PR 00919

--------------- RENT CURRENT PERIOD BILLING ---------------
For The Month Of February/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 110200151 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 110200151 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 110200151 | - 03 | $1.00 |
| | | | **TOTAL:** | | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   110100151

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of January/2,011

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 110100151 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 110100151 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 110100151 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   101200149 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of December/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 101200149 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 101200149 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 101200149 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                         INVOICE NO:  101100150
PO BOX 190759
SAN JUAN, PR 00919

--------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of November/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 101100150 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 101100150 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 101100150 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION
ATT. CARLOS I. RIVERA
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO:   D3000
INVOICE NO:   101000151

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of October/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 101000151 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 101000151 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 101000151 | - 03 | $1.00 |
| | | | **TOTAL:** | | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                      CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                                INVOICE NO:   100900151
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of September/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 100900151 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 100900151 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 100900151 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                                    CUSTOMER NO:   D3000
ATT. CARLOS I. RIVERA                                        INVOICE NO:   100800150
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of August/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 100800150 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 100800150 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 100800150 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

| | |
|---|---|
| DEPARTAMENTO DE EDUCACION | CUSTOMER NO:   D3000 |
| ATT. CARLOS I. RIVERA | INVOICE NO:   100700150 |
| PO BOX 190759 | |
| SAN JUAN, PR 00919 | |

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 100700150 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 100700150 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 100700150 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU

**PRIDCO**

COMMONWEALTH OF PUERTO RICO
**Puerto Rico Industrial Development Company**
355 Roosevelt Ave, Hato Rey, PR 00918
PO BOX 362350, San Juan, PR 00936-2350

DEPARTAMENTO DE EDUCACION                    CUSTOMER NO:  D3000
ATT. CARLOS I. RIVERA                         INVOICE NO:   100700150
PO BOX 190759
SAN JUAN, PR 00919

---------------- RENT CURRENT PERIOD BILLING ----------------
For The Month Of July/2,010

| | PROJECT NO | LOCATION | VOUCHER NO | | AMOUNT |
|---|---|---|---|---|---|
| (50) | T112207300 | Caguas | 100700150 | - 01 | $8,926.16 |
| (50) | T033505600 | Mayaguez | 100700150 | - 02 | $3,363.95 |
| (66) | L393080000 | Yauco | 100700150 | - 03 | $1.00 |
| | | | | **TOTAL:** | **$12,291.11** |

Go Green - Save time and money by paying your invoices online thru our website http://pridco.com. Online Tools.

**PLEASE DETACH COUPON PAYMENT ON REVERSE SIDE.**
THANK YOU



**GOVERMENT OF PUERTO RICO**
Puerto Rico Industrial Development Company
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000
INVOICE NO: 060500282-01   R
INVOICE DATE: 4/19/2011

INV. DESC:
INSR060500282

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T112207300 | Reclass INSR060500282 | $4,875.96 |
| | TOTAL | **$4,875.96** |



**GOVERMENT OF PUERTO RICO**
Puerto Rico Industrial Development Company
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: 060500247-01   R

INVOICE DATE: 4/19/2011

INV. DESC:
INSR060500247

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T033505600 | Reclass INSR060500247 | $2,560.27 |
|  | **TOTAL** | **$2,560.27** |



**GOVERMENT OF PUERTO RICO**
**Puerto Rico Industrial Development Company**
PO Box 362350, San Juan, PR 00936-2350
355 Roosevelt Ave., Hato Rey, PR 00918

DEPARTAMENTO DE EDUCACION

CARLOS MALAVE IRIZARRY
PO BOX 190759
SAN JUAN, PR 00919

CUSTOMER NO: D3000

INVOICE NO: 060500241-01   R

INVOICE DATE: 4/19/2011

INV. DESC:
INSR060500241

---- INVOICE  DETAIL ----

| Project # | Description | Amount |
|-----------|-------------|--------|
| T019605400 | Reclass INSR060500241 | $6,684.89 |
| | **TOTAL** | **$6,684.89** |