# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COME NOW** Med Centro, Inc. formerly Consejo Salud de la Comunidad de la Playa de Ponce, Inc. ("Med Centro"), party in interest in the captioned case, and hereby enters its appearance through Charles A. Cuprill, P.S.C. Law Offices and Bufete Fernández & Alcaraz CSP and pursuant to Rule 83(d) of the Local Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as this Court's Order (a) Imposing and Rendering Applicable Local Bankruptcy Rules to the captioned Title III Case, (b) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (c) Granting Related Relief (the "CMP Order") (Docket No. 249) as amended, the undersigned request that all notices given, or required to be given, and all papers served, or required to be served in this case be given to and served upon the undersigned law firms.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of PROMESA, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedures specified above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, which may affect or seek to affect in any way any rights or interests of Med Centro with respect to the captioned case or any property or proceeds in which Debtors may claim an interest.

**CERTIFICATE OF SERVICE**: We hereby certify that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system, which will send a notification, to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

San Juan, Puerto Rico, this 18th day of October 2021

| *s*/**Ignacio Fernández de Lahongrais** | *s*/**Charles A. Cuprill Hernández** |
|---|---|
| Ignacio Fernández de Lahongrais | **USDC-PR 114312** |
| USDC - PR 211603 | Charles A. Cuprill, P.S.C. Law Offices |
| Bufete Fernández & Alcaraz CSP | 356 Fortaleza Street, Second Floor |
| Capital Center Sur, Suite 202 | San Juan, PR 00901 |
| Avenida Arterial Hostos #239 | Tel: 787-977-0515 |
| San Juan, Puerto Rico 00918-1475 | Fax: 787-977-0518 |
| Tel. 787-923-5789 | E-mail: ccuprill@cuprill.com |
| ignacio@bufetefernandezalcaraz.com | |