## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## PRETRIAL INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

The undersigned counsel pursuant to paragraph 4a of Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment (**Docket No. 18502**) respectfully inform:

1. On October 18, 2021, Med Centro, Inc. formerly Consejo Salud de la Comunidad de la Playa de Ponce, Inc., filed an objection to the confirmation Debtor's Plan of Adjustment (the "Plan") on behalf of Med Centro (**Docket No. 18538**).

2. The undersigned counsel wishes to participate at the Confirmation Hearing on the Plan.

3. Med Centro is attaching as **Exhibit A** hereto the Party Appearance Sheet.

**WHEREFORE**, it is respectfully requested that notice of the above be taken by the Court.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing and to all CM/ECF participants.

San Juan, Puerto Rico, this 18th day of October 2021

| *s*/**Ignacio Fernández de Lahongrais** | *s*/**Charles A. Cuprill Hernández** |
|---|---|
| Ignacio Fernández de Lahongrais | **USDC-PR 114312** |
| USDC - PR 211603 | Charles A. Cuprill, P.S.C. Law Offices |
| Bufete Fernández & Alcaraz CSP | 356 Fortaleza Street, Second Floor |
| Capital Center Sur, Suite 202 | San Juan, PR 00901 |
| Avenida Arterial Hostos #239 | Tel: 787-977-0515 |
| San Juan, Puerto Rico 00918-1475 | Fax: 787-977-0518 |
| Tel. 787-923-5789 | E-mail: ccuprill@cuprill.com |
| ignacio@bufetefernandezalcaraz.com | |