EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party **Med Centro Inc. formerly Consejo Salud de la Comunidad de la Playa de Ponce, Inc.** | |
| Party Name Abbreviation (For Use with Zoom[2]) **Med Centro** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Charles A. Cuprill Hernández/ Ignacio Fernández de Lahongrais**<br>• Email, **cacuprill@cuprill.com / ignacio@bufetefernandezalcaraz.com**<br>• Law Firm, **Charles A. Cuprill PSC Law Offices / Bufete Fernández & Alcaraz CSP**<br>• Phone Number **787-977-0515 / 787-923-5789**<br>• Docket Entry No. for the Attorney's Notice of Appearance **18537**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Med Centro**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18538** | |
| Witness List Docket Entry No. **N/A** | |
| Exhibit List Docket Entry No. **N/A** | |
| Other Statement Docket Entry No. **N/A** | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).