Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: DARIANA LIZ MARRERO MARRERO

Participant's Address: HC 04 BOX 5934, COROZAL 00786

Participant's Email Address: lizmar333@gmail.com

Name of Counsel: LCDO. OSVALDO TOLEDO MARTINEZ

Address of Counsel: P.O. Box 190938 San Juan, P.R 00919-938

Email Address of Counsel: TOLEDO.TOLEDOlawoFFicE@Gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: CIVIL CASE LAWSUIT RESULTED OF

Nature of Claim: AGGRESION FROM A DELINQUENT, AND NEGLIGENCE OT THE POLICE FORCE. CASE # DP-2008-0617 COURT OT BAYAMON ANGUISH AND MENTAL SUFFERING $500,000.00

By: *[signature]* Dariana L. Marin Marrno

Signature

DARIANA LIZ MARRERO MARRERO

Print Name

CLAIMANT

Title (if Participant is not an individual)

OCTOBER 13 2021

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.