Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pablo Juan Rios Arroyo

Participant's Address: Monterey, Calle 4 #F-1, Corozal, P.R. 00783

Participant's Email Address: NEWSENPRO @ Hotmail.com

Name of Counsel: Lcdo. Osualdo Toledo Martinez

Address of Counsel: P.O. Box 190938 San Juan P.R. 00919-0938

Email Address of Counsel: Toledo.Toledolawoffice @ gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Civil case lawsuit resulted of negligence of the police force

Nature of Claim: Anguish and Mental Suffering Case #DPP-2009-0617 $500,000.00 Court of Bayamon

By: _[signature]_
Signature

Print Name: Pablo Liz Marrero Marrero

Title (if Participant is not an individual): Claimant

Date: October 13, 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.