Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Rios Arroyo

Participant's Address: HC 4 Box 6263 Corozal PR 00783

Participant's Email Address: carmenriosarroyo@gmail.com

Name of Counsel: Lic Osvaldo Toledo Martinez

Address of Counsel: PO Box 190938 San Juan PR 00919-0938

Email Address of Counsel: otoledo@prtc.net / TOLEDO.TOLEDOLAWOFFICE@GMAIL.Co

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Civil Case Lawsuit No. D DP2009-0617 / COURT OF BAYAMON

Nature of Claim: Claim nature includes damages resulted of aggression from a delinquent, and negligence of the Police Force without minister preventive action, given the information to seek delinquent and maintain security for us including two thirteen (13) years girls and myself 62 years old.
CLAIM $5,000,000.00
$3,000,000.00
$5,300,000.00

By: Carmen L. Rios Arroyo
Signature

Carmen L. Rios Arroyo
Print Name

Principal Victim
Title (if Participant is not an individual)

October 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.