Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lorna L. Marrero Rios

Participant's Address: HC 4 Box 6263 Corozal, P.R. 00783

Participant's Email Address: leemaliz@hotmail.com

Name of Counsel: Lcdo. Osvaldo Toledo Martinez

Address of Counsel: P.O. Box 190938 San Juan, P.R. 00919-0938

Email Address of Counsel: toledo.toledolawoffice@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: Civil Case lawsuit resulted of negligence of the police force, anguish and mental suffering. Case # DDP-2009-0617 Bayamon $500,000.00

By: [signature]

Signature

Lorna L. Marrero Rios
Print Name

Claimant
Title (if Participant is not an individual)

13 October 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.