Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Deborah Marie Santana Marrero

Participant's Address: Urb. Gran Vista #6 Camino del Mirador 00953 Toa Alta PR

Participant's Email Address: bibisantana@live.com

Name of Counsel: Lcdo Osvaldo Toledo Martinez

Address of Counsel: PO Box 190938 San Juan PR 00919-0938

Email Address of Counsel: toledo.toledolawoffice@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Civil Case Lawsuit No. DDP 2009-0617 Court Bayamón, PR

Nature of Claim: Damages from agression of a delinquent by negligence of the police authorities. They did not seek delinquent I described. Police did not give protection for us allowing the return of the delinquent. $500,000.

By: Deborah Marie Santana Marrero
Signature

Print Name: Deborah Marie Santana Marrero

Title (if Participant is not an individual): Claimant

Date: Oct 15, 2021

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.