| | |
|---|---|
| **From:** | Hermann Bauer |
| **To:** | Jose L. Ramirez-Coll |
| **Cc:** | Carolina Cabrera; Myrna Perez |
| **Subject:** | Re: PROMESA Tit. III Cases |
| **Date:** | Saturday, October 16, 2021 11:00:57 AM |
| **Attachments:** | image001.png |

Good morning and apologies for the Saturday morning e-mail.

I have been advised that POC 93752 does not fall under a class in the plan so a solicitation package and ballot was not sent out for that claim.  For 109456, Prime Clerk re-sent the non-voting notice.  If the non-voting notice has not been received, I suggest reaching out to Prime Clerk.

Best,

Hermann