Participant's Name: Erick Joel Santana Marrero

Participant's Address: Urb Gran Vista #6 Camino del Mirador Toa Alta PR 00953

Participant's Email Address: erickjoel44532@gmail.com

Name of Counsel: Lic. Osvaldo Toledo Martinez

Address of Counsel: PO Box 190938 San Juan PR 00919-0938

Email Address of Counsel: toledo.toledolawoffice@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Civil Case Lawsuit No. DDP 2009-0617 Bayamón PR Court

Nature of Claim: Health damages since 6 delinquent enter at home attacked my inlaw Zulay's but the police did not seek using the information and description given by my sister. Police did not protect my relatives and delinquent returned with machete, or large knife to kill everybody at home. $500,000.

By: /s/ [signature]
Signature

Print Name: Erick Joel Santana Marrero

Title (if Participant is not an individual): Claimant

Date: October 15, 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.