Participant's Name: Elena M. Marrero Rios

Participant's Address: Urb Gran Vista #6 Camino del Mirador Toa Alta-PR 00953

Participant's Email Address: Elenamarie170@hotmail.com

Name of Counsel: Lic Osvaldo Toledo Martinez

Address of Counsel: PO Box 190938 San Juan PR 00919-0938

Email Address of Counsel: toledo.toledolawoffice@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Civil Case Lawsuit No. 208-0617 Bayamón PR court

Nature of Claim: Damages from the aggression by a delinquent to my mother using a large, long knife to kill her because Police did not seek delinquent with the information given by my daughter. Police did not give preventive security for my mother, my daughter, my nephew, my relatives at home with 62 year old my mother, and the 13 years old both girls.
$500,000.

By:

Signature: [signature]

Print Name: Elena M. Marrero Rios

Title (if Participant is not an individual): - Claimant

Date: October 14, 2021

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.