UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

### MOTION BY THE "ASOCIACIÓN DE JUBILADOS DE LA JUDICATURA DE PUERTO RIO" ("AJJPR") AND THE HON. HECTOR URGELL TO SUBMIT OBJECTIONS TO MODIFICATION TO THE JUDICIAL REITREMENT SYSTEM

**TO THE HONORABLE COURT:**

COME NOW, the "Asociación de Jubilados de la Judicatura de Puerto Rico" ("AJJPR") and Hon. Hector Urgell Cuebas, Former Judge of the Puerto Rico Court of Appeals and Participant of the Judicial Retirement System, and very respectfully allege and pray as follows.

1. The "Asociación de Jubilados de la Judicatura de Puerto Rico" and the Hon. Héctor Urgell (P.O. Box 10744, San Juan, Puerto Rico 00922) hereby submit their objections to the modifications to the Judicial Retirement System as proposed by the FOMB's Plan of Adjustment and Disclosure Statement.

2. These objections are to the reduction of vested pension payments; elimination of Cost of Living Adjustment ("COLA"); elimination of bonuses (i.e. Christmas, Summer and Medicine Bonus); and other benefits.

3. Coupled with the Motion we are filing the corresponding Legal Brief in support of said motion.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 18th day of October 2021.

WE HEREBY CERTIFY that on this same date we notified a copy of this document be electronically notified through CM/ECF to all attorneys of record.

        S/Enrique J. Mendoza Méndez
         Enrique J. Mendoza Méndez
         USDC-PR 202804

*MENDOZA LAW OFFICES*
P.O. Box 9282
San Juan, P.R. 00908-0282
Tel. (787) 722-5522; 722-5530; 722-5540
Fax. (787) 723-7057
E-mail: mendozalo@yahoo.com