# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

**(PROPOSED ORDER) ORDER GRANTING MOTION AND LEGAL BRIEF OF THE "ASOCIACIÓN DE JUBILADOS DE LA JUDICATURA DE PUERTO RICO" ("AJJPR") AND HON. HECTOR URGELL CUEBAS, FORMER JUDGE OF THE PUERTO RICO COURT OF APPEALS AND PARTICIPANT OF THE JUDICIAL RETIREMENT SYSTEM IN SUPPORT OF MOTION TO SUBMIT OBJECTIONS TO THE MODIFICATION TO THE JUDICIAL RETIREMENT SYSTEM PROPOSED BY FOMB'S PLAN OF ADJUSTMENT AND DISCLOSURE STATEMENT**

1. Upon the Motion and Legal Brief of The "Asociación De Jubilados de la Judicatura de Puerto Rico" ("AJJPR") and Hon. Hector Urgell Cuebas, Former Judge of the Puerto Rico Court of Appeals and Participant of the Judicial Retirement System in Support of Motion to Submit Objections to the Modification to the Judicial Retirement System proposed by FOMB's Plan of Adjustment and Disclosure Statement (Docket Entries No.\_\_\_\_\_ and No. \_\_\_\_\_ in Case No. 17-03282), and the Court having found that "Asociación de Jubilados de la Judicatura de Puerto Rico" and the Hon. Héctor Urgell have presented convincing arguments for this Court not to approve the modifications to the Judicial Retirement System as proposal by the Financial Oversight and Management Board for Puerto Rico ("FOMB"), it is HEREBY ORDERED THAT:

The modifications to the Judicial Retirement System as proposed by the FOMB are disallowed so ordered.

Date:_____  _____

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE