**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | **PROMESA Title III** |
| **The Financial Oversight and Management Board for Puerto Rico,** | **No. 17 BK 3283 (LTS)** |
| As representative of | |
| **The Commonwealth of Puerto Rico,** *et. al.* | |
| Debtors[1] | |

**CERTIFICATE OF SERVICE**

I, Marcela V. De Berardinis Cabrera, hereby certify that I am over the age of eighteen years old and employed by Charles A. Cuprill P.S.C. Law Offices, and that on October 18, 2021, I caused the following documents to be served via first-class U.S. Mail, postage prepaid on the parties listed in **Exhibit A** hereto.

- Notice of Appearance (**Docket No. 18537**)

- Objection of Med Centro, Inc. Formerly Consejo Salud de la Comunidad de la Playa de Ponce, Inc. to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." (**Docket No. 18538**)

- Pre-Trial Informative Motion (**Docket No. 18539**)

San Juan, Puerto Rico, this 19th day of October 2021

*s/Marcela V. De Berardinis*
**Marcela V. De Berardinis**
Paralegal
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523- LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).