**EXHIBIT A**

**EXHIBIT A**

(i) <u>Chambers of the Honorable Laura Taylor Swain</u>:

    United States District Court for the Southern District of New York
    Daniel Patrick Moynihan United States Courthouse
    500 Pearl St., Suite No. 3212
    New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21
    Edificio Ochoa, 500 Tanca Street, Suite 301
    San Juan, PR 00901-1922

(iii) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

    Puerto Rico Fiscal Agency and Financial Advisory Authority
    Roberto Sánchez Vilella (Minillas) Government Center
    De Diego Ave. Stop 22
    San Juan, Puerto Rico 00907
    Attn:   Carlos Saavedra, Esq.
            Rocío Valentin, Esq.
    E-Mail:  Carlos.Saavedra@aafaf.pr.gov
            Rocio.Valentin@aafaf.pr.gov

(iv) <u>Counsel for AAFAF</u>:

    O'Melveny & Myers LLP
    7 Times Square
    New York, New York 10036
    Attn:   John J. Rapisardi, Esq.
            Suzzanne Uhland, Esq.
            Peter Friedman, Esq.
            Nancy A. Mitchell, Esq.
            Maria J. DiConza, Esq.
    E-Mail:  jrapisardi@omm.com
            suhland@omm.com
            pfriedman@omm.com
            mitchelln@omm.com
            mdiconza@omm.com

    Marini Pietrantoni Muñiz LLC
    250 Ponce de Leon Ave.
    Suite 900
    San Juan, PR 00918
    Attn:   Luis C. Marini-Biaggi, Esq.
            Carolina Velaz-Rivero, Esq.
            Iván Garau-González, Esq.
    E-Mail:  lmarini@mpmlawpr.com
            cvelaz@mpmlawpr.com

        igarau@mpmlawpr.com

(v)    Counsel for the Oversight Board:
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
   Attn:   Martin J. Bienenstock
           Brian S. Rosen
           Paul V. Possinger
           Ehud Barak
           Maja Zerjal
   E-Mail:   mbienenstock@proskauer.com
           brosen@proskauer.com
           ppossinger@proskauer.com
           ebarak@proskauer.com
           mzerjal@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
   Attn:   Hermann D. Bauer, Esq.
   E-Mail:   hermann.bauer@oneillborges.com

(vi)    Counsel for the Creditors' Committee:

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
   Attn:   Luc. A. Despins
           James Bliss
           James Worthington
           G. Alexander Bongartz
   E-Mail:   lucdespins@paulhastings.com
           jamesbliss@paulhastings.com
           jamesworthington@paulhastings.com
           alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
   Attn:   Juan J. Casillas Ayala
           Diana M. Batlle-Barasorda
           Alberto J. E. Añeses Negrón
           Ericka C. Montull-Novoa
   E-Mail:   jcasillas@cstlawpr.com

        dbatlle@cstlawpr.com
        aaneses@cstlawpr.com
        emontull@cstlawpr.com

(vii)    <u>Counsel for the Retiree Committee</u>:

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn:    Robert Gordon
         Richard Levin
         Catherine Steege
E-Mail:  rgordon@jenner.com
         rlevin@jenner.com
         csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn:    A.J. Bennazar-Zequeira
E-Mail:  ajb@bennazar.org