**William Maldonado Morales**
**Número de caso:** 17 BK 03283-LTS
**Deudor:** El Estado Libre Asociado de Puerto Rico
**Número de Reclamación:** 179488
**Fecha de Presentación:** 08/10/2021
**Monto de la Reclamación Alegada:** $5,000

William Maldonado Morales
HC02 Buzón 3957
Bo Jaguas
Peñuelas, PR 00624
**Número de teléfono:** (939) 777-8144
**Email:** bojaguas77@gmail.com

**Número de caso:** 17 BK 03283-LTS
**Deudor:** El Estado Libre Asociado de Puerto Rico
**Número de Reclamación:** 179488
**Fecha de Presentación:** 08/10/2021
**Monto de la Reclamación Alegada:** $5,000

14 de octubre del 2021

A quien pueda interesar,

Mi nombre es William Maldonado Morales y esta es una réplica de objeción para mi número de reclamación 179488. Por este medio establezco las causas del porque el tribunal no debiera conceder la Objeción Global en relación a mi reclamación. Mi reclamación no fue sometida a tiempo por varias razones. Durante el tiempo que se enviaron las notificaciones en el 2017, 2018, 2019, and 2020 muchos eventos pasaron entre ellos el huracán María el 20 de septiembre del 2017. Durante esas primeras semanas tuvimos ninguna o limitada comunicación tanto por llamadas como por correo postal. A semanas del Huracán María nuestra hija mayor nos envió a buscar para vivir con ella en Texas mientras se normalizaba la

**William Maldonado Morales**
**Número de caso:** 17 BK 03283-LTS
**Deudor:** El Estado Libre Asociado de Puerto Rico
**Número de Reclamación:** 179488
**Fecha de Presentación:** 08/10/2021
**Monto de la Reclamación Alegada:** $5,000

crisis después del huracán María en Puerto Rico ya que no teníamos agua, electricidad y la comida estaba limitada en los supermercados. Con ella estuvimos hasta mayo del 2018. Cuando regresamos a Puerto Rico aun no teníamos servicio de electricidad y el servicio de agua era interrumpido varias veces en la semana. Nosotros vivimos en el campo. Mientras tanto teníamos que depender de familiares que si tenían servicio eléctrico y de agua para poder cocinar, lavar ropa y otras necesidades esenciales. La oficina de correo en el pueblo de Peñuelas estuvo cerrada por mucho tiempo y al regresar de Texas teníamos muchas cartas pero nuestra prioridad era otra en ese momento no solo de recibir ayuda después de más de 9 meses sin servicio eléctrico y ayudar en la comunidad. Luego del huracán María vinieron los temblores en el área sur de Puerto Rico donde estuvimos aterrados por meses ya que desde el sismo el 28 de diciembre del 2019 y por mucho meses después estuvo temblando todos los días. Muchas familiares y amigos estuvieron afectados y no pudieron regresar a sus hogares, nuestra iglesia fue cerrada, nos quedamos en casa de otros familiares por medio a los temblores. La angustia de lo que estaba pasando y el nivel de ansiedad era muy alto. Y con esos temblores volvimos a tener un sistema eléctrico inestable por mucho tiempo. En nuestro pueblo se hizo campamento en la pista atlética del pueblo porque teníamos miedo a regresar a nuestros hogares. Nuevamente nuestra prioridad era nuestro bienestar y el bienestar de nuestros familiares y amigos en la comunidad. Y en el 2020 nos llega el COVID, donde estuvimos literalmente encerrados en cuarenta por meses y donde ha sido otra crisis difícil de experimentar ya que hemos perdido muchos familiares, amigos, vecinos y hermanos de iglesia. Espero

**William Maldonado Morales**
**Número de caso:** 17 BK 03283-LTS
**Deudor:** El Estado Libre Asociado de Puerto Rico
**Número de Reclamación:** 179488
**Fecha de Presentación:** 08/10/2021
**Monto de la Reclamación Alegada:** $5,000

que puedan tomar en consideración estos eventos y puedan aprobar mi reclamación.

Muchas gracias por su atención.

Sinceramente,

*William Maldonado Morales*

William Maldonado Morales