Secretaria
Tribunal de Distrito de los Estados
Unidos
Sala 150 Edificio Federal
San Juan PR. 00918-1767

William Maldonado Morales
HC-02 Box 3957
Bo. Jaguas
Peñuelas PR. 00624

2021 OCT 18 PM 4:
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT PR
SAN JUAN

