Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Patricia Mender Campoamor_

Participant's Address: _Reina Eugenia #200 La Villa de Torrimar_
_Guynabo P.R. 00969-3343_

Participant's Email Address: _pmcampoamor@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17-BK 3283 (LTS)_

Nature of Claim: _Beneficial Owners of Bonds with a_
_CUSIP Appearius_

By: _Patricia Mdz Campoamor_          ① CUSIP # 29216 MSP4
Signature                              ② CUSIP # 29216 MAFT
                                       ③ CUSIP # 29216 MAC4

_Patricia Mender Campoamor_
Print Name

_Individual_
Title (if Participant is not an individual)

_October 4 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express™**
**UPS 2nd Day Air®**

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Domestic Shipments**
· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
· The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

SHIPPING UNLTD         0.5 LBS    LTR    1 OF 1
(787) 985-1208
SHIPPING UNLTD
1353 AVE LUIS VIGOREAUX
GUAYNABO  PR 00966-2715

SHIP TO:
    UNITED STATES DISTRICT COURT
    CLERK'S OFFICE
    150 AVE. CARLOS CHARDON STE. 150
    SAN JUAN   00918-1767



PRI 008 9-25

UPS NEXT DAY AIR                      1
TRACKING #: 1Z W37 01W 24 4322 4040

BILLING: P/P
SIGNATURE REQUIRED

W6 24.0.24 Zebra  ZP 450 48.0A 07/2021

more than 100 years




% Recycled fiber
Post-Consumer

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel De Jesús_

Participant's Address: _HC-01 Box 4616, Juana Díaz P.R. 00795 9895_

Participant's Email Address: _benyo1@hotmail.com (hijo)_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Manuel DeJesús
HC-01 Box 4606
Juana Díaz P.R. 00795-

EXPECTED DELIVERY DAY: 10/18/21
USPS TRACKING® #

9505 5114 1103 1289 5268 40

Court's Clerk's Office: United
States District court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

INTRA-DISTRICT PRIORITY

1005

00918

U.S. POSTAGE PAID
PM 1-DAY
JUANA DIAZ, PR
00795
OCT 16, 21
AMOUNT
$8.70
R2305K136197-01

PRIORITY
★ MAIL ★

PRIORITY MAIL®

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

* For international shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

RECEIVED & FILED.

2021 OCT 18  PM 4: 18.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jaydie A. Gonzalez Morales_

Participant's Address: _61 Summit st. Apt1. Pontiac Michigan, 48342_ (New adress)

Participant's Email Address: _iJaydiegonzalez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

_Jaydie A. Gonzalez Morales_
Print Name

_____
Title (if Participant is not an individual)

_10/ Octubre / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# (n)elnet
### YOUR STUDENT LOAN SERVICER

**SEND PAYMENTS TO**
**Nelnet**
P.O. Box 2970, Omaha, NE 68103-2970

**Questions About Your Statement?**

**Phone:** 888.486.4722
**Call Center:** 8 a.m. to 10 p.m. (ET) Monday - Friday
**Email:** Help@Nelnet.net
**Online:** Nelnet.com

**Log In to Your Nelnet.com Account**
With your online account you have 24/7 access to:
- View your account summary
- Make a payment
- Sign up for auto debit payments
- Explore options to lower or postpone your payments

>002473 3246639 0001 008167 10Z
MORAL GONZALEZ
HC 55 BOX 9055
CEIBA, PR 00735-9634

**The Simple Way to Pay**
Sign up to make automatic monthly payments from your bank account.
Log in to Nelnet.com to sign up.

**Special Payment Instructions**
You have the option to direct your payments (including partial payments) to individual loans or loan groups, as a one-time or recurring special payment instruction. Please refer to the Special Payment Instructions section on the back side of this statement for more details.

---

### Your Student Loan Account Details for This Month's Billing Cycle

| Account | |
|---|---|
| **Statement Date** | **8/7/2019** |
| Current Balance | $6,070.34 |
| Regular Monthly Payment Amount | $0.00 |
| Amount Already Paid for This Month | - $0.00 |
| Past Due Amount (if applicable) | + $0.00 |
| **Current Amount Due** | **$0.00** |

While not required, you may continue making monthly payments even if no payment is due, as interest continues to accrue. Eligibility for certain benefits may also require monthly payments. Otherwise, your next payment is due on 9/28/2019. You can also avoid extra costs by paying more than your current amount due to cover the amount of any outstanding fees (if applicable). For more information, see the Fees section on the last page of this statement.

*Important:*
*Email: jaydiegonzalez@gmail.com*

### Current Statement Due Date            8/28/2019

If payment is not received by 9/12/2019, late fees may begin to be assessed. See the Penalty for Late Payments section in the Account Snapshot. Returned payments may be assessed a $5 fee.

---

Questions about your payment amount? See the Payments section on the back.

Please detach and send the bottom portion with your payment.

**MAKE CHECKS PAYABLE (IN U.S. DOLLARS) TO: NELNET**
Payments returned due to non-sufficient funds may be re-attempted.

Please write your account number on your check or money order. DO NOT SEND CASH.

| | | |
|---|---|---|
| Amount Enclosed | $ __ , ___ . __ | ☐ Check this box for change of contact information or if you have special payment instructions. See reverse side. |
| | | New address or phone number? Log in to Nelnet.com to update your information. |
| Account | D048661946 | |
| **Current Statement Due Date** | 8/28/2019 | MORAL GONZALEZ |
| | | HC 55 BOX 9055 |
| **Current Amount Due** | **$0.00** | CEIBA, PR 00735-9634 |



**Nelnet**
P.O. Box 2970
Omaha, NE 68103-2970

7004866194b 3 0000000 3

Navient Servicios De Garatizador
P O  BOX 9570
WILKES BARRE  PA  18773-9570
loansolutions.usafunds.org



JAYDIE GONZALEZ MORAL
HC 55 BOX 9055
CEIBA PR 00735-9634

Financiera/Servidor:
Navient Solutions, Inc.
PO Box 9500
Wilkes-Barre PA 18773-9500
888-272-5543

JANUARY 31, 2017

Numero de Cuenta

---

Estimado JAYDIE GONZALEZ MORAL:

Su(s) préstamo(s) estudiantil(es) se encuentra(n) en morosidad.  Su financiera, Soluciones Navient, ha
enviado su préstamo(s) al garantizador para su desembolso.

El pago pendiente del balance en su préstamo vence inmediatamente.

Si Ud.  no paga el monto total pendiente o hace otros arreglos apropiados, Ud.  podría hacer frente a
acciones adicionales de colección.

Esto es lo que podría suceder si el garantizador de su préstamo estudiantil compra su préstamo:

*   Ud.  no calificaría para hacer préstamos adicionales para comprar una casa, auto, o continuar su educación.

*   Una parte su cheque del pago de su sueldo podría ser utilizada para cubrir el pago de este préstamo.

*   El cheque de reembolso de impuestos podría ser utilizado para cubrir el pago de este préstamo.

*   Se le recargaría un 25% del total de préstamo para cubrir gastos de colección.

*   El interés acumulado diariamente se añadirá a su deuda.

Recuerde: Si Ud.  no califica para un diferimiento o prórroga, todavía existiría la posibilidad de procesar
estos documentos.  Llame hoy mismo a Soluciones Navient.

Leyes Federales requieren que se le informe que este es un intento de t colectar una deuda,
cualquier información recibida será utilizada con ese propósito.



A409UFS-409-170130



ReadyPost

Document Mailer

RECEIVED & FILED

2021 OCT 18 PM 4:18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

From: Jaudie A. Gonzalez Morales
HC 55 Box 9055
Ceiba PR00 735

To: United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 0098-1767

7020 0090 0001 2735 7120

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

RECEIVED & FILED
2021 ... PM 4: 18
... COURT
SAN JUAN, ...

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lana L. Gardner + Charles M._

Participant's Address: _580 Little River Path_

Participant's Email Address: _CCardner1961@Aol._

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283-LTS        17 BK 3283 LTS_

Nature of Claim: _7452200Y6   25,000 PR BOND SPL TAX_
                _REV 4% 7-1-18_

By: _Lana L. Gardner_
     Signature

_Lana L Gardner_
Print Name

_____
Title (if Participant is not an individual)

_10/10/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



10/01/21

**MERRILL**
A BANK OF AMERICA COMPANY

P.O. BOX 2011
LAKEWOOD, NJ 08701

SUPPLEMENTAL NOTICE
SECURITY DESCRIPTION: PUERTO RICO INFRASTRUCTURE

CUSIP#:        745220DY6
ACCOUNT#:
QUANTITY:              25,000

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 321
LANA L GARDNER
CHARLES M GARDNER
580 LITTLE RIVER PATH
THE VILLAGES FL 32162-6027

Dear Client:

We have been requested to forward you the enclosed material in regard to an extension deadline of October 18, 2021.
If you have any questions, please contact your Financial Institution directly.

FOR INFORMATION CALL: YOUR FINANCIAL ADVISOR              (877) 653-4732

JOB NUMBER: E26780 3PU        **CONTROL#:** 9857306899991495



000008177



# DO NOT MAIL

P.O. BOX 2011
LAKEWOOD, NJ 08701

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 321
LANA L GARDNER
CHARLES M GARDNER
580 LITTLE RIVER PATH
THE VILLAGES FL 32162-6027



Ms. Lana L. Gardner
580 Little River Path
The Villages, FL 32162

RECEIVED & FILED

2021 OCT 18  PM 4: 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00518-170399

U S DISTRICT Court
Clerks Office
150 Ave
Carlos Chardon ste 150
San Juan PR 00918 - 1767



ORLANDO FL  328
12 OCT 2021 PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria C. Miranda Mendez

Participant's Address: Urb Las Delicias 2da Seccion 3488 Josefina Moll, Ponce PR 00728

Participant's Email Address: flix_torres@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 53922

Nature of Claim: 17 BK 3283-LTS

By: _[signature]_
Signature

Maria C. Miranda Mendez
Print Name

_____
Title (if Participant is not an individual)

14/agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria C. Miranda Meléndez
Urb. Las Delicias 2da seccion 3458
Josefina Moll, Ponce PR. 00728

RECEIVED & FILED
2021 OCT 18   PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. PR

UTF
00907-281599

6 SEP 2021

MEMPHIS TN 380

PM 3   L

Thinking
Love
FOREVER USA

United States District Court Clerk's
Office. 150 Ave. Carlos Chardon Ste.
150 Ave San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge Ariel Cruz Burgos_

Participant's Address: _P.O. Box 1647 Juana Diaz P.R. 00795_

Participant's Email Address: _Jorge Ariel Cruz Burgos' @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _The Employees Retirement System._

By: _Jorge Ariel Cruz Burgos_
Signature

_Jorge Ariel Cruz Burgos_
Print Name

_____
Title (if Participant is not an individual)

_8/ 20/ 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Jorge Ariel Cruz Burgos
P.O. Box 1441
Juana Diaz P.R. 00795

RECEIVED & FILED
2021 OCT 18 PM 1:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NASHVILLE TN 370
NASHVILLE TN 370
12 OCT 2021 PM 2

To: Discovery Notice to the Court's
clerk's office at
United States District Court
clerk's office
150 AV. Carlos Chardon ST
San Juan P.R. 00918-1767

0091&-170399

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        _Mariano Morales SanTana_

Participant's Address:     _Urb. Las Vegas 0-3 Calle 5 CaTaño PR00962_

Participant's Email Address: _MarianoMorales793@Gmail.com_

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              _17 BK 3283-LTS_

Nature of Claim:           _ACCumulaTed ReTireMenT ConTribuTions_

By:   _Mariano Morales Santana_
      Signature

      _Mariano Morales SanTana_
      Print Name

      _____
      Title (if Participant is not an individual)

      _SepTember 24, 2021_
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M aus Morile Santoni
ud. tos Virgn
0-3 Cale 5gn
Calan PR 00962

RECEIVED & FILED
2021 OCT 18 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

00918*59999

United States District Court
Clerks Office 150 ave Carlos Chardon
Ste. 150
San Juan PR 00918-1767

MEMPHIS TN 380
28 SEP 2021 PM 5 L

CAPPUCCINO

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Enid Vallejo Gordian_

Participant's Address: _Jardones de San Lorenzo A-7 calle 2 San Lorenzo P.R 00754_

Participant's Email Address: _vallejogm @gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50599_

Nature of Claim: _General Unsecured (Pension)_

By: _[signature]_
Signature

_Maria Enid Vallejo Gordian_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta Enid Vallejo Gorbea
Jardines de San Lorenzo
calle 2 A-7
San Lorenzo, PR 00754

RECEIVED & FILED
2021 OCT 18 PM 4:
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

0091891706 C0018

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miriam M Nazario Morin*

Participant's Address: *P. O Box 13 Mercedita P R 00715*

Participant's Email Address: *mirinaza@yahoo.com*

Name of Counsel: *NO*

Address of Counsel: *No*

Email Address of Counsel: *NO*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *I don't accept my pension reduce.*

By: *Miriam N Nazario Morin*
Signature

*Miriam M. Nazario Morin*
Print Name

*Miriam M. Nazario Morin*
Title (if Participant is not an individual)

*Teacher (Master's degree)*

Date *6 / oct / 2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Docket Entry No. 16757 in Case 17-3283, Docket Entry 1154 in case 17-3566, Docket Entry No. 129 Case No. 19-5523.*

Minian Mr. Nazario Mami
P. O. Box 13
Mercedita, Puerto Rico 00715-0013

RECEIVED & FILED
2021 OCT 18 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Court's Clerk's Office
United States District Court
Clerk's Office 250
Ave Carlos Chardon, San Juan PR 00918-1767

NASHVILLE TN 370
12 OCT 2021 PM 4 L

DrugFree USA

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Michelle Vázquez Olivieri_

Participant's Address:   _Glenview Gardens A6 Calle Escocia Ponce, PR_ _00730-1617_

Participant's Email Address:   _michellemvazquez@hotmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _17 BK 3283-LTS_

Nature of Claim:   _Promesa Title III_

By:   _Michelle Vázquez Olivieri_
Signature

_Michelle Vázquez Olivieri_
Print Name

_____
Title (if Participant is not an individual)

_16/septiembre/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mirialli Vázquez
Glenview Gardens
Au Cell Escocia
Ponce, PR 00730

RECEIVED & FILED
2021 OCT 18 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
25 SEP 2021 PM 2 L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Israel Reyes Rivera_

Participant's Address: _P.O. Box 1935 Dorado, P.R. 00646-1435._

Participant's Email Address: _israelreyes.izzy69@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#115222_

Nature of Claim: _Retirements funds of $75,000.⁰⁰ Not to be touch or used for Bankruptcy CASE # 17 BK 3283-LTS._

By: _[signature]_

Signature

_Israel Reyes Rivera_

Print Name

_____

Title (if Participant is not an individual)

_Oct. 11, 2021._

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Israel Reyes Rive
P.O. Box 1435
Dorado, P.R. 00646-1435.



U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
OCT 15, 21
AMOUNT
$1.16
R2307M152654-24

UNITED STATES
POSTAL SERVICE®

1000        00918

RECEIVED & FILED
2021 OCT 18  PM 4: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: Discovery Notice to the Court's Clerk's
United States District Court, Clerk's Office
150 Ave. Carlos Chardon  Ste. 150
San Juan, Puerto Rico. 00918-1767.

Participant must provide all of the information below **in English**:

RECEIVED & FILED
2021 OCT 18 PM

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _LILLIAN I. TORRES ORRACA_

Participant's Address: _4908 Brightstar Lane_
_Columbus, GA 31907_

Participant's Email Address: _lilliantorresorraca@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176310_

Nature of Claim: _LAW 89-1979 Uniform Retribution_
_LAW 89-1995 ROMERAZO_

By: _Lillian Torres Orraca_
    Signature

    _LILLIAN TORRES ORRACA_
    Print Name

    _____
    Title (if Participant is not an individual)

    _October 14, 2021_
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Torres
4908 Brightstar Lane
Columbus, G.A. 00907




U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, GA
31903
OCT 14, 21
AMOUNT
$1.36
R2305K132274-19
UNITED STATES POSTAL SERVICE®
1000        00918

Court's Clerk office At:
United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767