## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## PRETRIAL INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

The undersigned counsel pursuant to paragraph 4a of Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment (**Docket No. 18502**) respectfully informs:

1.        On August 31st, 2021, Oscar Adolfo Mandry Aparicio; María del Carmen Amalia Mandry Llombart; Selma Verónica Mandry Llombart; María del Carmen Llombart Bas; Oscar Adolfo Mandry Bonilla; Gustavo Alejandro Mandry Bonilla; Yvelise Helena Fingerhut Mandry; Margaret Ann Fingerhut Mandry; Victor Robert Fingerhut Mandry; Juan Carlos Esteva Fingerhut; Pedro Miguel Esteva Fingerhut; Mariano Javier McConnie Fingerhut; Janice Marie McConnie Fingerhut, Victor Michael Fingerhut Cochran; Michelle Elaine Fingerhut Cochran; Rosa Estela Mercado Guzmán: Eduardo José Mandry Mercado; Salvador Rafael Mandry Mercado; Margarita Rosa Mandry Mercado; Adrián Roberto Mandry Mercado members of the estate of Pastor Mandry Mercado, excepting Javier Mandry Mercado (hereafter collectively designated as "Sucesión Pastor

Mandry Mercado"), filed an objection to the confirmation of Debtor's Plan of Adjustment (the "Plan") (**Docket No. 17998**).

2.      The undersigned counsel wishes to participate at the Confirmation Hearing on the Plan.

3.      Sucesión Pastor Mandry Mercado is attaching as **Exhibit A** hereto the Party Appearance Sheet.

**WHEREFORE**, it is respectfully requested that notice of the above be taken by the Court.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and to all CM/ECF participants.

San Juan, Puerto Rico, this 19th day of October 2021

> *s*/**Charles A. Cuprill Hernández**
> **USDC-PR 114312**
> Charles A. Cuprill, P.S.C. Law Offices
> 356 Fortaleza Street, Second Floor
> San Juan, PR 00901
> Tel: 787-977-0515
> Fax: 787-977-0518
> E-mail:  ccuprill@cuprill.com