# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FO PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br><br>TITLE III<br><br>NO. 17 BK 3283-LTS<br>Jointly Administered |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF PLAN OF ADJUSTMENT

J.P. Morgan Securities LLC ("JP Morgan") hereby submits this *Notice Of Intent To Participate In Discovery* for confirmation of the *Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified or supplemented, pursuant to the Court's *Order Establishing Procedures And Deadlines Concerning Objections To Confirmation And Discovery In Connection Therewith*, [Dkt. No. 17640], and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. <u>Participant's contact information, including email address, and that of its counsel</u>:

| | |
|---|---|
| Participant's Name: | J.P. Morgan Securities LLC |
| Participant's Address: | 480 Washington Blvd, Floor 23 |
| | Jersey City, NJ, 07310-2053 |
| | Attn: William Freilich |
| | |
| | 4 New York Plaza, Floor 21 |
| | New York, New York 10004-2413 |
| | Attn: Michael Thayer |
| | |
| Names and Addresses of Counsel: | Simpson Thacher & Bartlett LLP |
| | 425 Lexington Ave., New York, NY 10017 |
| | Attn: Jonathan Youngwood, David Elbaum |
| | |
| | Antonetti, Montalvo & Ramírez-Coll |
| | P.O. Box 13128, San Juan, PR 00908 |
| | Attn: José L. Ramírez-Coll |
| | |
| Email Addresses of Counsel: | jyoungwood@stblaw.com |
| | david.elbaum@stblaw.com |
| | jramirez@amrclaw.com |

2. <u>Participant's Claim number and the nature of Participant's Claim</u>:

Claim Number: 174362

Nature of Claim: Claims related to the underwriting and issuance of certain bonds.

Respectfully submitted,

Dated: October 19, 2021

| | |
|---|---|
| /s/David Elbaum | /s/ José L. Ramírez-Coll |
| Jonathan Youngwood (*Pro Hac Vice*) | José L. Ramírez-Coll |
| David Elbaum (*Pro Hac Vice*) | USDC-PR No. 221702 |
| **Simpson Thacher & Bartlett LLP** | **Antonetti, Montalvo & Ramírez-Coll** |
| 425 Lexington Avenue | P.O. Box 13128 |
| New York, NY 10017 | San Juan, PR 00908 |
| Telephone: (212) 455-2861 | Telephone: (787) 977-0303 |
| Fax: (212) 455-2502 | Fax: (787) 977-0323 |
| jyoungwood@stblaw.com | jramirez@amrclaw.com |
| david.elbaum@stblaw.com | |
| | *Attorneys for J.P. Morgan Securities LLC* |
| *Attorneys for J.P. Morgan Securities LLC* | |

I HEREBY CERTIFY that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record. I also hereby certify that the foregoing was served pursuant to the Fifteenth Amended Case Management Procedures.

/s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR No. 221702
**Antonetti, Montalvo & Ramírez-Coll**
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Fax: (787) 977-0323
jramirez@amrclaw.com

*Attorneys for J.P. Morgan Securities LLC*