# Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Movants,<br>v.<br>SUIZA DAIRY CORPORATION,<br><br>Respondent. | Re: ECF No. 18320 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

### [PROPOSED] ORDER GRANTING DEBTORS' MOTION FOR ORDER EXCLUDING FACT TESTIMONY OF JANICE RAMIREZ VELEZ AND EXPERT TESTIMONY OF LEONARDO GIACCHINO

Upon consideration of the *Debtors' Debtors' Motion for Order Excluding Fact Testimony of Janice Ramirez Velez and Expert Testimony of Leonardo Giacchino* [ECF No. 18320] (the "Motion"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and PBA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2], and the Debtors' accompanying papers and pleadings, and it appearing that (*i*) the Court has subject-matter jurisdiction over the Motion pursuant to PROMESA section 306(a)(1); (*ii*) venue of this proceeding is proper under PROMESA sections 106(a) and 307, and 28 U.S.C. 1391(b); and (*iii*) the Court has found good cause to grant the relief requested in the Motion, and in the absence of any opposition by Suiza[3] and in accordance with Section III, paragraph P of the *Fifteenth Amended Case Management Procedures* [ECF No. 17127-1], it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. Suiza is hereby precluded from entering any testimony of Janice Ramirez Velez or Leonardo Giacchino, including the Giacchino Statement, into evidence in connection with Plan confirmation proceedings.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.
[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____  _____
United States District Judge Laura Taylor Swain

3