**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03283 (LTS) |
| | ) | |
| as representative of | ) | (Jointly Administered) |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, ET AL., | ) | |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03566 (LTS) |
| | ) | |
| as representative of | ) | (Jointly Administered) |
| | ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**STATEMENT AND RESERVATION OF RIGHTS REGARDING THE SEVENTH
AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH
OF PUERTO RICO, ET AL. AND NOTICE OF SUBMISSION OF PLAN SUPPLEMENT**

To the Honorable United States District Judge Laura Taylor Swain:

The ERS Bondholders[2] respectfully submit this Statement and Reservation of Rights

regarding the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of*

*Puerto Rico, et al.* [ECF No. 17627 in Case No. 17-bk-03283; ECF No. 1197 in Case No. 17-bk-

03566] (the "Plan") and *Notice of Submission of Plan Supplement and Related Documents by the*

*Commonwealth of Puerto Rico, et al.* [ECF No. 18470 in Case No. 17-bk-03283] (the "Plan

Supplement").

The ERS Bondholders are party to the ERS Stipulation (as defined in the Plan).  The ERS

Bondholders have communicated comments to the Debtors with respect to the ERS Trust

Agreement, attached as Exhibit D to the Plan Supplement.[3]  The ERS Bondholders anticipate

that such matters will be addressed prior to the hearing on confirmation of the Plan.

---

[2] Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf
of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital
Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund
IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX
(Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X,
L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2),
L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose,
L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., and Redwood
Master Fund, Ltd.

[3] The Plan Supplement states:  "The Plan Related Documents remain subject to negotiation with
parties in interest and the rights of all parties in interest, including, but not limited to, the
Oversight Board, the Commonwealth, ERS, and PBA, and the other parties to the GO/PBA Plan
Support Agreement, ERS Stipulation, HTA/CCDA Plan Support Agreement, PRIFA Plan
Support Agreement, Creditors' Committee Agreement, Retiree Committee Plan Support
Agreement, and AFSCME Plan Support Agreement, with respect to the form of documents
contained in the Plan Supplement, are expressly reserved and the exercise or waiver of any
consent rights are expressly preserved."  Plan Supplement, at Sch. 1, n.4.

Nonetheless, in the event that such matters are not resolved by such time, the ERS Bondholders

reserve the right to be heard at the hearing with respect to the Plan and Plan Supplement.

In San Juan, Puerto Rico, today October 19, 2021.

*/s/ Alfredo Fernández-Martínez*
Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*/s/ Bruce Bennett*
Bruce Bennett (*pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Matthew E. Papez (*pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3435
Fax: (202) 626-1700
mpapez@jonesday.com

*Counsel for Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., and Redwood Master Fund, Ltd.*