# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**STATEMENT IN SUPPORT AND RESERVATION OF RIGHTS OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION WITH RESPECT TO THE SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL*.**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

National Public Finance Guarantee Corporation ("National") hereby submits this statement in support and reservation of rights with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF No. 17627, as amended, the "Plan")[2] and respectfully states as follows:

## STATEMENT IN SUPPORT AND RESERVATION OF RIGHTS

1. On July 30, 2021, the Oversight Board filed the Plan. On August 2, 2021, this Court entered an *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery In Connection Therewith* (ECF No. 17640, the "Procedures Order"), which was amended on October 5, 2021 (ECF No. 18394). On September 28, 2021, the Court entered an *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (ECF No. 18276-1, the "Hearing Procedures Order").

2. The Procedures Order establishes that eligible creditors are to file objections to the Plan by October 19, 2021, and that the Debtors' replies to such objections are to be made by October 27, 2021. *See* Procedures Order § 3. The Hearing Procedures Order requires counsel for parties-in-interest that have "filed a timely objection to or statement on confirmation of the Plan" to file a pretrial informative motion and participate at the Confirmation Hearing. *See* Hearing Procedures Order § 4(a) (emphasis added).

3. National is a party to the GO/PBA Plan Support Agreement and the HTA/CCDA Plan Support Agreement, each as defined in the Plan, and supports confirmation of the Plan consistent with the GO/PBA Plan Support Agreement and the HTA/CCDA Plan Support Agreement.

---

[2] Unless otherwise indicated, ECF numbers refer to the docket in Case Number 17-3283-LTS. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

4. National hereby reserves all of its rights with respect to the Plan, including its rights to be heard at any contested confirmation hearing and to respond to any objections to the settlement with the HTA bondholders and to the Plan more generally. To the extent that any response to filed objections is necessary, National will file such response no later than October 27, 2021, which is the deadline for the Debtors to file replies in support of confirmation of the Plan.

Dated: October 19, 2021

Respectfully submitted,

**ADSUAR MUÑIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
(USDC-PR No. 206314)
Email: epo@amgprlaw.com

By: *s/ Luis A. Oliver-Fraticelli*
Luis A. Oliver-Fraticelli
(USDC-PR No. 209204)
Email: loliver@amgprlaw.com

PO Box 70294
San Juan, PR 00936
Telephone: (787) 756-9000
Facsimile: (787) 756-9010

*Attorneys for National Public Finance Guarantee Corp.*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert S. Berezin*
Jonathan D. Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert S. Berezin (admitted *pro hac vice*)
Kelly DiBlasi (admitted *pro hac vice*)
Gabriel A. Morgan (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corp.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, the 19th day of October, 2021.

By: /s/ *Eric Pérez-Ochoa*