**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**BANK OF AMERICA CORPORATION'S NOTICE
OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

Bank of America Corporation ("Participant") hereby submit this notice of intent to participate in discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF No. 17627), as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 17640) and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. **Participant's contact information, including email address, and that of its counsel:**

| | |
|---|---|
| Participant's Name: | Bank of America Corporation |
| Participant's Address: | 50 Rockefeller Plaza, 7th Floor<br>New York, NY 10020-1605 |
| Names and Addresses of Counsel: | Carrie V. Hardman<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>Joseph L. Motto<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>Enrique G. Figueroa-Llinás<br>129 de Diego Ave.<br>San Juan, Puerto Rico 00911-1927 |
| Email Addresses of Counsel: | chardman@winston.com<br>jmotto@winston.com<br>efl@bobonislaw.com |

2. **Participant's Claim number and the nature of Participant's Claim:**

| | |
|---|---|
| Claim Number: | 174330. Participant reserves the right to amend, supplement, or otherwise modify the list of claims set forth herein. |
| Nature of Claim: | Claims relate to the underwriting and issuance of certain bonds. |

Respectfully submitted,

Dated: October 19, 2021

| **WINSTON & STRAWN LLP** | **BOBONIS, BOBONIS & RODRIGUEZ POVENTUD** |
|---|---|
| | */s/ Enrique G. Figueroa-Llinás* |
| Carrie V. Hardman (*Pro Hac Vice*) | Enrique G. Figueroa-Llinás |
| 200 Park Avenue | USDC No. 201709 |
| New York, NY 10166 | 129 de Diego Ave. |
| Tel: (212) 294-6700 | San Juan, Puerto Rico 00911-1927 |
| Fax: (212) 294-4700 | Tel: (787) 725-7941 |
| Email: chardman@winston.com | Fax: (787) 725-4245 |
| | Email: efl@bobonislaw.com |
| Joseph L. Motto (*Pro Hac Vice*) | |
| 35 W. Wacker Drive | *Counsel for Bank of America Corporation* |
| Chicago, IL 60601 Tel: (312) 558-5600 | |
| Fax: (312) 558-5700 | |
| Email: jmotto@winston.com | |
| | |
| *Counsel for Bank of America Corporation* | |

**I HEREBY CERTIFY** that on October 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**BOBONIS, BOBONIS & RODRIGUEZ POVENTUD**

*/s/ Enrique G. Figueroa-Llinás*
Enrique G. Figueroa-Llinás
USDC No. 201709
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel: (787) 725-7941
Fax: (787) 725-4245
Email: efl@bobonislaw.com

*Counsel for Bank of America Corporation*