## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## MERRILL LYNCH, PIERCE, FENNER & SMITH INC.'S NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

Merrill Lynch, Pierce, Fenner & Smith Inc. ("Participant") hereby submit this notice of intent to participate in discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF No. 17627), as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 17640) and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.     **<u>Participant's contact information, including email address, and that of its counsel:</u>**

Participant's Name:             Merrill Lynch, Pierce, Fenner & Smith Inc.

Participant's Address:            50 Rockefeller Plaza, 7th Floor
New York, NY 10020-1605

Names and Addresses of Counsel:     Carrie V. Hardman
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Joseph L. Motto
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

Enrique G. Figueroa-Llinás
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927

Email Addresses of Counsel:     chardman@winston.com
jmotto@winston.com
efl@bobonislaw.com

2.   **<u>Participant's Claim number and the nature of Participant's Claim:</u>**

Claim Number:          174328.  Participant reserves the right to amend, supplement, or otherwise

modify the list of claims set forth herein.

Nature of Claim:         Claims relate to the underwriting and issuance of certain bonds.

Respectfully submitted,

Dated: October 19, 2021

**WINSTON & STRAWN LLP**

Carrie V. Hardman (*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: chardman@winston.com

Joseph L. Motto (*Pro Hac Vice*)
35 W. Wacker Drive
Chicago, IL 60601 Tel:
(312) 558-5600
Fax: (312) 558-5700
Email: jmotto@winston.com

*Counsel for Merrill Lynch, Pierce,
Fenner & Smith Inc.*

**BOBONIS, BOBONIS & RODRIGUEZ
POVENTUD**

*/s/ Enrique G. Figueroa-Llinás*
Enrique G. Figueroa-Llinás
USDC No. 201709
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel: (787) 725-7941
Fax: (787) 725-4245
Email: efl@bobonislaw.com

*Counsel for Merrill Lynch, Pierce,
Fenner & Smith Inc.*

3

**I HEREBY CERTIFY** that on October 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**BOBONIS, BOBONIS & RODRIGUEZ POVENTUD**

*/s/ Enrique G. Figueroa-Llinás*
Enrique G. Figueroa-Llinás
USDC No. 201709
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel: (787) 725-7941
Fax: (787) 725-4245
Email: efl@bobonislaw.com

*Counsel for Merrill Lynch, Pierce,*
*Fenner & Smith Inc.*