# EXHIBIT C

| | |
|---|---|
| **From:** | Alonzo, Julia D. |
| **Sent:** | Tuesday, September 28, 2021 6:31 PM |
| **To:** | ivonnegm@prw.net |
| **Cc:** | Dale, Margaret A.; Rosen, Brian S.; Stafford, Laura |
| **Subject:** | RE: In re Commonwealth of Puerto Rico, Case No. 17-03283 |

Counsel:

I am writing to follow up on the letter I sent you yesterday.  Please let us know if you would like to meet and confer regarding Andres Mercado Boneta's testimony and our forthcoming motion to exclude.  Should you not withdraw Mr. Mercado Boneta as a witness, please provide his availability for a remote deposition, as indicated in the letter.

Regards,

**Julia D. Alonzo**
Senior Counsel
(she/her/hers)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f  212.969.2900
jalonzo@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Alonzo, Julia D.
**Sent:** Monday, September 27, 2021 2:04 PM
**To:** 'ivonnegm@prw.net' <ivonnegm@prw.net>
**Cc:** Dale, Margaret A. <mdale@proskauer.com>; Rosen, Brian S. <brosen@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>
**Subject:** In re Commonwealth of Puerto Rico, Case No. 17-03283

Dear Counsel:

Please see the attached correspondence.

Regards,

**Julia D. Alonzo**
Senior Counsel
(she/her/hers)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f  212.969.2900
jalonzo@proskauer.com

1

green spaces
Please consider the environment before printing this email.

*********************************************************************************
************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

*********************************************************************************
************************************************************