**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY**
**FOR CONFIRMATION OF PLAN OF ADJUSTMENT**

Barclays Capital, Inc. hereby submits this *Notice of Intent to Participate in Discovery* for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of The Commonwealth of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified or supplemented, pursuant to the Court's *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Dkt. No. 18394], and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

1. **Participant's contact information, including email address, and that of its counsel:**

Participant's Name: Barclays Capital, Inc.

Participant's Address: 745 7th Avenue
New York, NY 10019

Names and Addresses of Counsel: McConnell Valdés LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Attn: Roberto C. Quiñones-Rivera

Akin Gump Strauss Hauer & Feld LLP
1 Bryant Park
New York, NY 10036
Attn: Joseph L. Sorkin

Email Addresses of Counsel: rcq@mcvpr.com

jsorkin@akingump.com

2. **Participant's Claim number and the nature of Participant's Claim:**

Claim Number: 174312

Nature of Claim: Claims related to the underwriting and issuance of certain bonds.

**Respectfully Submitted,**

Dated: October 19, 2021

                                          **McCONNELL VALDÉS LLC**

                                          /s/ *Roberto C. Quiñones-Rivera*
                                          Roberto C. Quiñones-Rivera, Esq.
                                          USDC-PR Bar No. 211512
                                          270 Muñoz Rivera Avenue
                                          Hato Rey, Puerto Rico 00918
                                          Telephone: (787) 250-2631
                                          Fax: (787) 759-9225
                                          E-mail: rcq@mcvpr.com

                                          *Counsel for Barclays Capital Inc.*