# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :  Title III
                                          :
      as representative of                :  Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO, et al.,  :  (Jointly Administered)
                                          :
      Debtors.¹                           :
------------------------------------------------------------------------ x
```

## STATEMENT AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING CONFIRMATION OF SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF COMMONWEALTH OF PUERTO RICO, *ET AL.*

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee")[2] respectfully files this statement and reservation of rights (the "Statement") regarding confirmation of the *Amended Joint Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al*. [Docket No. 17629] (the "Seventh Amended Plan").[3]  In support of this Statement, the Committee respectfully states as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] Capitalized terms used but not defined herein have the meanings set forth in the Seventh Amended Plan.

## **STATEMENT AND RESERVATION OF RIGHTS**

1.      As the Court is aware, the Committee has reached a global agreement with the
Oversight Board regarding, among other things, the terms of the treatment of general unsecured
claims in Classes 54 (Eminent Domain Claims), 58 (CW General Unsecured Claims), 66 (ERS
General Unsecured Claims), and Class 68 (Convenience Claims) (together, "General Unsecured
Claims"), which agreement is reflected in that certain letter agreement, dated as of July 12, 2021,
between the Committee and the Oversight Board (the "Committee Agreement").  The Seventh
Amended Plan reflects the terms of the Committee Agreement, and, as such, the Committee
supports confirmation of the Seventh Amended Plan.[4]

2.      Moreover, the Committee has made substantial progress with the Oversight Board
regarding the terms of certain documents that are subject to the Committee's reasonable consent
rights under the Seventh Amended Plan, including the Avoidance Action Trust Agreement.  The
Committee has also provided to counsel for the Oversight Board (a) informal comments with
respect to the form of proposed Confirmation Order (which is also subject to the Committee's
reasonable consent rights) and (b) a draft agreement to address the oversight role of the two
Committee representatives on the Avoidance Actions Trust Board with respect to the claims
reconciliation process in accordance with Section 82.1 of the Seventh Amended Plan.

3.      The Committee expects that these matters will be resolved consensually prior to
the hearing on confirmation of the Seventh Amended Plan.  However, out of an abundance of
caution, the Committee reserves its right to be heard at the Confirmation Hearing to the extent
that (a) any amendments or modifications are made to the Seventh Amended Plan that would

---

[4]     For the avoidance of doubt, the Committee intends to participate at all hearings related to confirmation of the
Seventh Amended Plan, including the pre-trial conference to be held on November 1, 2021 and all confirmation
hearings commencing on November 8, 2021.  Moreover, the Committee may also respond to any objections to
the Seventh Amended Plan.

adversely affect the economic treatment of, or distributions to, holders of General Unsecured

Claims, compared to the treatment of General Unsecured Claims currently set forth in the

Seventh Amended Plan,[5] (b) any documents are not reasonably acceptable to the Committee (to

the extent of the Committee's consent rights under the Seventh Amended Plan), (c) any

condition to confirmation of the Seventh Amended Plan or the Effective Date of the Seventh

Amended Plan is waived without the prior written consent of the Committee (again, to the extent

of the Committee's consent rights under the Seventh Amended Plan), or (d) any other consents

of the Committee (to the extent required under the Seventh Amended Plan) are not obtained,

including, without limitation, as it relates to the selection of the entity that will hold the GUC

Reserve.[6]

4.      Finally, the deadline to object to the form of the proposed Confirmation Order

[Docket No. 18447] (*i.e.*, October 22, 2021) has not yet passed, and, accordingly, the Committee

also reserves its rights in regard to the form of the proposed Confirmation Order.

*[Remainder of page intentionally left blank.]*

---

[5]    To be clear, at this time, the Committee is not aware of any amendments or modifications to the Seventh
Amended Plan that would adversely affect the economic treatment of, or distributions to, holders of General
Unsecured Claims.

[6]    Pursuant to Section 1.284 of the Seventh Amended Plan, the GUC Reserve is to be "held by an independent,
non-Commonwealth government entity selected jointly by the Oversight Board and the Creditors' Committee."

Dated: October 19, 2021       By:  _/s/ Luc A. Despins_____

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By:  _/s/ Juan J. Casillas Ayala_____

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*