UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
Debtors.[1] :
---------------------------------------------------------------------------- x

**ASOCIACIÓN DE MAESTROS DE PUERTO RICO AND ASOCIACIÓN DE MAESTROS DE PUERTO RICO-LOCAL SINDICAL'S NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF THE JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO**

Asociación de Maestros Puerto Rico and the Asociación de Maestros de Puerto Rico-Local Sindical (collectively, "AMPR"), by and through their undersigned counsel, hereby submit this notice of intent to participate in discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Docket No. 17627] (the "Proposed Plan"), as may be amended, modified or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket No. 17,640] and respectfully states as follow:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

1

1. **Participant's contact information, including email address, and that of its counsel:**

Participant's Name: Asociación de Maestros Puerto Rico and the Asociación de Maestros de Puerto Rico-Local Sindical

Participant's Address: 1088 Juan Ponce De León Ave.
San Juan, P.R. 00919

Name and Address of Counsel: José Luis Barrios Ramos
Prestige Legal Services, LLC
278 César González Ave.
San Juan, P.R. 00918

Email Address of Counsel: jbarrios@prestigelegalpr.com

2. **Participant's Claim Number and the Nature of Participant's Claim**

Claim Number: 108230. Participant reserves the right to amend, supplement, or otherwise modify the list of claims ser forth herein and any estimated amounts.

Nature of Claim: AFT Master Proof of Claim on behalf of itself, and its affiliates AMPR and AMPR-Local Sindical.

Respectfully submitted,

Dated: October 19, 2021

*/s/ José Luis Barrios Ramos*
Jośe Luis Barrios-Ramos, ESQ.
USDC No. 223611
PRESTIGE LEGAL SERVICES, LLC
278 Ave. César González
San Juan, Puerto Rico 00918
Telephone: (787) 593-6641
jbarrios@prestigelegalpr.com

*Counsel to Asociacion de Maestros de
Puerto Rico and Asociacion de Maestros de
Puerto Rico -Local Sindical*