# EXHIBIT E

ESTADO LIBRE ASOCIADO DE PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Boletín Administrativo Núm. OE-2015-049

**ORDEN EJECUTIVA DEL GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, HON. ALEJANDRO J. GARCÍA PADILLA, PARA DELEGAR EN EL DIRECTOR DE LA OFICINA DE GERENCIA Y PRESUPUESTO LOS PODERES DE ADMINISTRACIÓN PRESUPUESTARIA DISPUESTOS EN EL ARTÍCULO 4 (C), (D) Y (E)(5) DE LA LEY NÚM. 147 DE 18 DE JUNIO DE 1980, SEGÚN ENMENDADA; ORDENAR AL GRUPO DE TRABAJO PARA LA RECUPERACIÓN FISCAL Y ECONÓMICA DE PUERTO RICO, EN CONSULTA CON EL SECRETARIO DE HACIENDA, A ESTABLECER GUÍAS PARA MANEJAR EL FLUJO DE EFECTIVO; INSTRUIR AL SECRETARIO DE HACIENDA SOBRE EL MANEJO DE DESEMBOLSOS; E INSTRUIR A TODOS LOS JEFES DE ENTIDADES GUBERNAMENTALES DE LA RAMA EJECUTIVA A PRIORIZAR SUS GASTOS CONFORME AL ARTÍCULO 4(C) DE LA LEY NÚM. 147 DE 18 DE JUNIO DE 1980, SEGÚN ENMENDADA.**

**POR CUANTO:** El pasado 30 de noviembre, se aprobó el Boletín Administrativo Núm. OE-2015-046 mediante el cual se activó la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico y se ordenó la retención de ciertos recaudos que corresponderían a la Autoridad de Carreteras y Transportación de Puerto Rico, la Autoridad para el Financiamiento de la Infraestructura, la Autoridad Metropolitana de Autobuses, la Autoridad de Transporte Integrado y la Autoridad del Distrito de Convenciones de Puerto Rico.

**POR CUANTO:** El Artículo 1 de la Ley Núm. 104 de 28 de junio de 1956, según enmendada, preceptúa que, mediante proclama o boletín administrativo, el Gobernador está facultado para delegar en cualquier funcionario de la Rama Ejecutiva cuyo nombramiento requiera la confirmación del Senado o en cualquier miembro de su cuerpo de auxiliares, aquellas funciones y deberes que la ley le impone y cuya delegación no sea contraria a disposiciones específicas de ley o a la Constitución del Estado Libre Asociado.

**POR CUANTO:** El Artículo 4, inciso (c), de la Ley Orgánica de la Oficina de Gerencia y Presupuesto, Ley Núm. 147 de 18 de junio de 1980, según enmendada, (Ley de OGP) dispone que el Gobernador, o por delegación el Director de la Oficina de Gerencia y Presupuesto, (Director de OGP), procederá conforme a las normas de prioridades

allí establecidas tras la activación de la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado de Puerto Rico.

**POR CUANTO:** El Artículo 4, inciso (d), de la Ley de OGP dispone que el Gobernador, o el Director de la OGP, por delegación de éste, someterá a los Presidentes del Senado y de la Cámara de Representantes, así como a las Comisiones de Hacienda de ambos cuerpos legislativos, un informe detallado de los ajustes que hayan sido necesarios para balancear el presupuesto en virtud de los recursos disponibles para el año fiscal en curso.

**POR CUANTO:** El Artículo 4, inciso (e)(5), de la Ley de la OGP dispone que el Gobernador, o el Director de la OGP, por delegación de éste, podrá establecer reservas presupuestarias y restringir los recursos a disposición de los organismos en la forma que crea pertinente cuando en la ejecución y control del presupuesto lo estime necesario, independientemente de las circunstancias establecidas en los apartados (c) y (d) del Artículo 4.

**POR CUANTO:** El Boletín Administrativo Núm. OE-2015-022, según enmendado, creó el Grupo de Trabajo para la Recuperación Fiscal y Económica de Puerto Rico (Grupo de Trabajo) el cual presentó el borrador del Plan de Crecimiento Económico y Fiscal el 9 de septiembre de 2015.

**POR CUANTO:** El Grupo de Trabajo tiene la responsabilidad de continuar los esfuerzos para atender los retos fiscales que enfrenta el gobierno del Estado Libre Asociado de Puerto Rico.

**POR CUANTO:** Esta Administración está firmemente comprometida con hacer el mejor uso posible de los escasos recursos económicos del Estado Libre Asociado de Puerto Rico y garantizar al País la provisión de servicios esenciales.

**POR TANTO:** Yo, ALEJANDRO J. GARCÍA PADILLA, Gobernador del Estado Libre Asociado de Puerto Rico, en virtud de los poderes inherentes a mi cargo y de la autoridad que me ha sido conferida por la Constitución del Estado Libre Asociado de Puerto Rico, por la presente dispongo lo siguiente:

2

**PRIMERO:** Se delega en el Director de la OGP los poderes de administración presupuestaria dispuestos en los incisos (c), (d) y (e)(5) del Artículo 4 de la Ley de OGP. De conformidad con los mismos, realizará los ajustes presupuestarios necesarios en las asignaciones contenidas en el Presupuesto a los fines de atemperarlas a los recursos disponibles. Asimismo, se le instruye proceder con la presentación del informe de los ajustes realizados de conformidad con los recursos disponibles, según requerido por los incisos (c), (d) y (e)(5) del Artículo 4 de la Ley de OGP. El Director de la OGP se guiará por las normas de prioridad para los ajustes presupuestarios establecidas en virtud de los poderes especificados en el Artículo 4, inciso (c), de la Ley de OGP, con el propósito de garantizar los servicios esenciales y asegurar el buen funcionamiento del Gobierno del Estado Libre Asociado de Puerto Rico.

**SEGUNDO:** Se ordena al Grupo de Trabajo a establecer unas guías, en consulta con el Secretario del Departamento de Hacienda, para manejar el flujo de efectivo y realizar los desembolsos de los fondos disponibles para el año fiscal en curso, tomando en consideración, entre otros, los ajustes presupuestarios realizados por el Director de la OGP en cumplimiento con el POR TANTO PRIMERO de este Boletín Administrativo.

**TERCERO:** Se instruye al Secretario del Departamento de Hacienda a manejar el flujo de efectivo y realizar los desembolsos de los fondos disponibles para el año fiscal en curso de conformidad con las guías que establezca el Grupo de Trabajo, en consulta con el Secretario del Departamento de Hacienda, en cumplimiento con el POR TANTO SEGUNDO de este Boletín Administrativo.

**CUARTO:** Se instruye a todos los jefes de entidades gubernamentales a priorizar el gasto de su entidad acorde con las prioridades y ajustes presupuestarios que se establezcan por el Director de la OGP y las guías establecidas por el Grupo de Trabajo, conforme a la delegación establecida en el POR TANTO PRIMERO y SEGUNDO de este Boletín Administrativo.

**QUINTO:** Los ajustes y medidas tomadas al amparo de esta Orden Ejecutiva tendrán vigencia hasta el 30 de junio de 2016, salvo que las circunstancias que dieron origen a la misma varíen y así sea

3

recomendado por el Grupo de Trabajo al Gobernador, quien podrá acoger la recomendación.

**SEXTO:** <u>DEROGACIÓN</u>. Se deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad.

**SÉPTIMO:** <u>VIGENCIA Y PUBLICACIÓN</u>. Esta Orden Ejecutiva entrará en vigor inmediatamente. Se ordena su más amplia publicación y divulgación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar en ella el Gran Sello del Estado Libre Asociado de Puerto Rico, en San Juan, Puerto Rico, hoy _8_ de diciembre de 2015.



_____
ALEJANDRO J. GARCÍA PADILLA
GOBERNADOR

Promulgada de acuerdo a la ley, hoy _8_ de diciembre de 2015.

_____
VÍCTOR A. SUÁREZ MELÉNDEZ
SECRETARIO DE ESTADO DESIGNADO

4