# EXHIBIT N

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF PUERTO RICO

3                            *    *    *

4    In re:                        PROMESA

                                   Title III

5

     THE FINANCIAL OVERSIGHT

6    AND MANAGEMENT BOARD FOR

     PUERTO RICO,

7

       As representative of

8

                              Case No. 17-BK-3283LTS

9                             (Jointly Administered)

     THE COMMONWEALTH OF

10   PUERTO RICO, et al.,

11             Debtors.

12                       *    *    *

13             Remote (Zoom) videotaped deposition

14   of ANDREW WOLFE, Witness herein, called by The

15   Financial Oversight and Management Board for

16   Puerto Rico for cross-examination, pursuant to

17   the Federal Rules of Civil Procedure, taken

18   before me, April L. Crites, RPR, RMR, CRR, a

19   Notary Public in and for the State of Ohio, at

20   107 Lakeside Drive, Windham, Maine, 04062, on

21   Tuesday, October 5, 2021, at 9:31 a.m. Atlantic

22   Standard Time.

23                       *    *    *

24

25

Page 2

1                       I   N   D   E   X

2              EXAMINATIONS CONDUCTED              PAGE

3                     ANDREW WOLFE

4     Cross-Examination By Mr. Gillespie..........   12

5

6                         *   *   *

7                       EXHIBITS

8      MARKED              DESCRIPTION              PAGE

9     Exhibit 1     Expert Report of Andrew Wolfe     22

                    (Corrected), September 13,

10                  2021

11

                          *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                      Page 3

 1    APPEARANCES: (All participants appeared via Zoom)
 2        On behalf of the Cantor-Katz Collateral
          Monitor, LLC, as Collateral Monitor for GDB
 3        Debt Recovery Authority:
 4            Schulte Roth & Zabel
 5        By:  Noah N. Gillespie, Esquire
              Jacqueline Maero Blaskowski, Esquire
 6            901 Fifteenth Street, NW
              Suite 800
 7            Washington, D.C.  20005
              202-729-7483
 8            202-469-4614
              noah.gillespie@srz.com
 9            jacqueline.maeroblaskowski@srz.com
10            Douglas I. Koff, Esquire
              919 Third Avenue
11            New York, New York 10022
              212-756-2773
12            douglas.koff@srz.com
13        On behalf of the Financial Oversight and
          Management Board as Representative for the
14        Debtors:
15            Proskauer Rose LLP
16        By:  Scott P. Cooper
              2029 Century Park East
17            Suite 2400
              Los Angeles, California 90067-3010
18            1-310-284-5669
              scooper@proskauer.com
19
          On behalf of Ambac Assurance Corporation:
20
              Milbank, LLP
21
          By:  Jonathan Ohring, Esquire
22            Atara Miller, Esquire
              55 Hudson Yards
23            New York, New York  10001-2163
              212-530-5147
24            johring@milbank.com
              amiller@milbank.com
25
```

Page 4

```
 1   APPEARANCES: (Continued)
 2       On behalf of Financial Guaranty Insurance
         Company (FGIC):
 3
             Butler Snow, LLP
 4
         By:  Adam M. Langley, Esquire
 5            Crescent Center
              6075 Poplar Avenue
 6            Suite 500
              Memphis, Tennessee 38119
 7            901-680-7316
              adam.langley@butlersnow.com
 8
         On behalf of the Official Committee of
 9       Unsecured Creditors:
10            Paul Hastings, LLP
11       By:  Leah Lopez, Esquire
              200 Park Avenue
12            New York, New York  10166
              212-318-6043
13            leahlopez@paulhastings.com
14       On behalf of the Ad Hoc Group of
         Constitutional Noteholders:
15
             Morrison & Foerster, LLP
16
         By:  Theresa A. Foudy, Esquire
17            Andrew Kissner, Esquire
              Katherine E. Richardson Arnould, Esquire
18            250 West 55th Street
              New York, New York  10019-9601
19            212-336-4482
              tfoudy@mofo.com
20            akissner@mofo.com
              krichardson@mofo.com
21
22
23
24
25
```

```
                                                           Page 5

 1     APPEARANCES: (Continued)
 2        On behalf of the Official Committee of Retired
          Employees:
 3
                Jenner & Block, LLP
 4
          By:  Melissa Root, Esquire
 5             353 North Clark Street
               Chicago, Illinois  60654-3456
 6             312-840-7255
               mroot@jenner.com
 7
          On behalf of AmeriNational Community
 8        Services, LLC:
 9             McConnell Valdes, LLC
10        By:  Arturo J. Garcia-Sola, Esquire
               Alejandro J. Cepeda-Diaz, Esquire
11             Nayuan Zouairabani-Trinidad, Esquire
               270 Munoz Rivera Avenue
12             Seventh Floor
               Hato Rey, Puerto Rico  00918
13             787-250-5632
               ajg@mcvpr.com
14             ajc@mcvpr.com
               nzt@mcvpr.com
15
          On behalf of the National Public Finance
16        Guarantee Corporation:
17             Weil Gotshal & Manges, LLP
18        By:  Colin McGrath, Esquire
               Robert S. Berezin, Esquire
19             Alexander Whitelaw, Esquire
               Stephanie Morrison, Esquire
20             767 Fifth Avenue
               New York, New York  10153-0119
21             212-310-8728
               colin.mcgrath@weil.com
22             robert.berezin@weil.com
               alexander.whitelaw@weil.com
23             stephanie.morrison@weil.com
24
25
```

```
1    APPEARANCES: (Continued)
2       On behalf of the National Public Finance
        Guarantee Corporation:
3
            Adsuar Muniz Goyco Seda &
4           Perez-Ochoa, PSC:
5       By:  Eric Perez-Ochoa, Esquire
             268 Munoz Rivera Avenue
6            Suite 1400
             San Juan, Puerto Rico  00918
7            787-756-9000
             epo@amgprlaw.com
8
        On behalf of Assured Guaranty Corp. and
9       Assured Guaranty Municipal Corp.:
10           Cadwalader, Wickersham & Taft, LLP
11      By:  William J. Natbony, Esquire
             Casey John Servais, Esquire
12           Rachel Ross, Esquire
             200 Liberty Street
13           New York, New York  10281
             212-504-6351
14           bill.natbony@cwt.com
             casey.servais@cwt.com
15           rachel.ross@cwt.com
16      On behalf of the QTCB Noteholder Group:
17           Morgan Lewis & Bockius, LLP
18      By:  David L. Lawton, Esquire
             One State Street
19           Hartford, Connecticut  06103-3178
             860-240-2535
20           david.lawton@morganlewis.com
21
22
23
24
25
```

Page 7

```
 1   APPEARANCES: (Continued)
 2      On behalf of the Puerto Rico Fiscal Agency and
        Financial Advisory Authority:
 3
             O'Melveny & Myers, LLP
 4
        By:  Madhu Pocha, Esquire
 5            1999 Avenue of the Stars
              Seventh Floor
 6            Los Angeles, California  90067
              310-246-8588
 7            mpocha@omm.com
 8   Also Present:
 9            Kroll:
10                Edmond Esses
                  Michael Vitti
11                David Prager
12            Proskauer:
13                Julia Alonzo
                  Margaret Dale
14                Ehud Barak
                  Lary Alan Rappaport
15                James Anderson
                  Hermann Bauer
16                Chantel Febus
                  Paul Possinger
17
              Schulte Roth & Zabel:
18
                  Matthew G. Pinos
19
              Veritext:
20
                  Justin Bond, Videographer
21                Karen Patterson, Concierge
                  Paul Baker, Concierge
22
                       *   *   *
23
24
25
```

```
                                           Page 8

1                 THE VIDEOGRAPHER:  Good morning.

2    Today is October 5, 2021, and we are on the

3    record at 9:31 a.m.

4                 Today, we'll take a videotaped

5    deposition in Case Number 17-BK-3283-LTS.

6                 This deposition is being held

7    remotely.

8                 Counsel, please state your

9    appearance and affiliation for the record and

10   that you agree to the remote swearing of the

11   witness.

12                MR. GILLESPIE:  Noah Gillespie from

13   Schulte Roth & Zabel.  So agree.

14                MR. COOPER:  Scott Cooper for the

15   Oversight Board.  Agree.

16                MR. GILLESPIE:  Welcome, everybody.

17                My name is Noah Gillespie.  I'm an

18   attorney with Schulte Roth & Zabel, and, together

19   with the law firm McConnell Valdes, we represent

20   certain creditors in this litigation known as the

21   DRA parties.

22                I'm assisted today by my colleagues,

23   Doug Koff and Jacqueline Maero Blaskowski, and I

24   understand we also have Mr. Alejandro Cepeda from

25   McConnell Valdes.
```

Page 9

```
1                    I wanted to reach out to -- to
2     Mr. Cooper and just confirm the standard
3     stipulations; specifically, that any objections
4     today will be limited to form and privilege with
5     all other objections being reserved.  And we
6     understand that an objection by one party will
7     suffice for all parties.
8                    Do I have that correct, Mr. Cooper?
9                    MR. COOPER:  You do.
10                   MR. GILLESPIE:  And can --
11                   MR. KOFF:  No, I think we have to
12    confirm that no one objects to that.
13                   MR. GILLESPIE:  Very good.
14                   Does anyone object to this
15    stipulation?
16                   (Pause.)
17                   Great.  I hear no objections.
18                   And so, you know, before we dive in,
19    I just want to recognize that, you know, we're
20    performing this deposition virtually through the
21    Veritext platform, with all counsel appearing
22    remotely and, you know, in separate locations due
23    to the -- due to the COVID-19 pandemic.  I hope
24    everyone is keeping safe.
25                   I hope all of us can be cognizant of
```

Page 10

1    the difficulties that this presents in the use of

2    this technological platform and that we all can

3    try to avoid speaking over one another so we can

4    get through this, you know, as efficiently and

5    professionally as possible.

6                I also want to note for everyone's

7    benefit, that for exhibits, we're going to be

8    using the Egnyte platform.  And my colleague,

9    Jacqueline Maero Blaskowski, will, you know, help

10   introduce and publish any exhibits that we need

11   throughout the course of the deposition on that

12   platform, where everyone can access them and make

13   sure that, you know, they can -- they can look

14   through the exhibit alongside the witness.

15               At this point, I know we have a lot

16   of attorneys on the line, a lot of attorneys that

17   are a part of our platform here.  Why don't we

18   take a moment and go around and take appearances

19   from all the parties so that we have that on the

20   record.

21               MR. OHRING:  Okay.  Happy to start

22   it off.  Jonathan Ohring, Milbank, on behalf of

23   Ambac Assurance Corporation.

24               MR. LANGLEY:  This is Adam Langley,

25   Butler Snow, on behalf of Financial Guaranty

Page 11

1   Insurance Company, FGIC.

2               MS. LOPEZ:  Leah Lopez from Paul

3   Hastings on behalf of the Official Committee of

4   Unsecured Creditors.

5               MS. FOUDY:  Theresa Foudy of

6   Morrison & Foerster on behalf of the Ad Hoc Group

7   of Constitutional Noteholders.

8               MS. ROOT:  Melissa Root of Jenner &

9   Block on behalf of the Official Committee of

10  Retired Employees.

11              MR. GARCIA:  Arturo Garcia on behalf

12  of AmeriNational Community Services, LLC.

13              MR. McGRATH:  Colin McGrath, Weil,

14  Gotshal & Manges, for National Public Finance

15  Guarantee Corporation, and I'm on with my

16  colleagues, Robert Berezin, Alex Whitelaw, and

17  Stephanie Morrison.

18              MR. PEREZ-OCHOA:  Eric Perez-Ochoa,

19  Adsuar Muniz, for National, together with my wild

20  colleagues.

21              MR. NATBONY:  William Natbony from

22  Cadwalader Wickersham & Taft on behalf of Assured

23  Guaranty Corp. and Assured Guaranty Municipal

24  Corp.  And on the line also are Casey Servais and

25  Rachel Ross.

Page 12

1             MR. COOPER:  And, Mr. Gillespie, I

2    will note for the record that you already have my

3    appearance.  A number of my colleagues are also

4    on the line who are listening but not

5    participating today.

6             MR. GILLESPIE:  Thank you.

7             Do we have anyone else?

8             MR. LAWTON:  David Lawton, Morgan

9    Lewis & Bockius, for QTCB Noteholder Group.

10            MR. GILLESPIE:  Thank you.

11            And with that, and hearing no one

12   else, Madam Court Reporter, if I could ask you to

13   swear in the witness.

14                   ANDREW WOLFE

15   of lawful age, Witness herein, having been first

16   duly cautioned and sworn, as hereinafter

17   certified, was examined and said as follows:

18                 CROSS-EXAMINATION

19   BY MR. GILLESPIE:

20        Q.   Good morning, sir.

21             May I call you Dr. Wolfe?

22        A.   Sure.

23        Q.   Have you been deposed before?

24        A.   Yes.

25        Q.   How many times have you been deposed

Page 13

1    before?

2            A.    Twice.

3            Q.    Okay.  And what were those two

4    occasions?

5            A.    One was a case relating to HTA, and

6    the other was UTIER workers.

7            Q.    So let's take those one at a time.

8                  The case for HTA, were you a fact

9    witness or an expert witness?

10           A.    I don't -- I don't really know the

11   difference.  I -- I think an expert witness

12   but --

13           Q.    Uh-huh.

14           A.    -- I'm not sure.

15           Q.    And with UTIER, do you know whether

16   you were a fact or an expert witness?

17           A.    I think an expert witness, but I'm

18   not a hundred percent sure of that.

19           Q.    And these two examples of HTA and

20   UTIER, were these in connection with the

21   bankruptcy in Puerto Rico?

22           A.    Yes.

23           Q.    Mm-hmm.  Those were depositions.

24                 Have you ever given any trial

25   testimony before?

Page 14

1          A.    Yes.

2          Q.    And when was that?

3          A.    That was related to the HTA case.

4          Q.    I see.

5                And there, do you know whether you

6    were a fact or expert witness at that trial?

7          A.    Same -- same thing.  I think an

8    expert witness, but I -- I'm not a hundred

9    percent sure.

10         Q.    Thank you.

11               So I'd like to just give an overview

12   of the deposition process.  I'm sure you're --

13   you're familiar with a lot of this from your

14   previous experience.

15               I'll be the person asking the

16   questions today -- and -- or, at least, the first

17   one to do so.  I'd appreciate it if you let me

18   finish asking my questions before answering, and

19   I'll try to let you finish your answers before I

20   ask the next question.  I'm sure each of us will

21   violate that goal from time to time, you know,

22   but that will help us get the clearest record and

23   have a clear transcript.

24               Do you understand?

25         A.    Yes.

Page 15

1          Q.   And also to ensure a clear

2     transcript, please answer any questions verbally.

3     You know, for example, if you nod your head, you

4     know, the court reporter will not be able to take

5     that down.

6               Do you understand?

7          A.   Yes.

8          Q.   And because this is a remote

9     deposition, if you have any technical issues at

10    any time -- for example, you can't hear the

11    question or can't view the screen, having trouble

12    looking at any exhibits -- please let us know.

13              Do you understand?

14         A.   Yes.  Yes.

15         Q.   And if any of my questions are

16    unclear or you don't understand the question, let

17    me know; I'll do my best to clarify.  If you do

18    not ask me to do that, I will assume that you

19    understand my question.

20              Do you understand that?

21         A.   Yes.

22         Q.   And from time to time, your counsel,

23    Mr. Cooper, may object to my questions.  You're

24    still required to answer the question, even if

25    there is an objection, unless Mr. Cooper directs

Page 16

1    you not to answer.

2              Do you understand that?

3         A.   Yes.

4         Q.   Okay.  We'll be taking regular

5    breaks today.  If at any point you need a break,

6    feel free to ask for one.  My only request is

7    that if we have a question pending, that you

8    first answer that question before we take our

9    break.

10             Do you understand that?

11        A.   Yes.

12        Q.   And our focus today is to gather

13   information from you in response to the questions

14   that I ask.  So please try to be attentive to my

15   questions.  I'm trying to be efficient, and, as

16   we noted, you know, Mr. Cooper is here, and if --

17   if he or anyone else would like to ask for

18   further explanation, they can later after I'm

19   finished.

20             Do you understand that?

21        A.   Yes.

22        Q.   Thank you.

23             Is there any reason that you cannot

24   testify truthfully today?

25        A.   No.

Page 17

1          Q.   Are you taking any kind of
2     medication that would affect your ability to
3     testify truthfully?
4          A.   No.
5          Q.   Do you understand that you're under
6     oath and that the testimony you're giving today
7     has the same weight as if we were in a court of
8     law?
9          A.   Yes.
10         Q.   Thank you.
11              Are you appearing today as a
12    representative of any person or entity?
13         A.   No.
14              MR. COOPER:  Object to the form.
15              THE COURT REPORTER:  Mr. Cooper, did
16    you object?
17              MR. COOPER:  I did.  I said, Object
18    to the form.
19              THE COURT REPORTER:  Okay.
20    BY MR. GILLESPIE:
21         Q.   Mr. Coop -- excuse me.
22              Dr. Wolfe, what did you do to
23    prepare for the deposition?
24         A.   I re-read my report.  I re-read one
25    or two background articles.  And I had

Page 18

1    discussions with the lawyers.

2             Q.    Mm-hmm.  And how many hours overall

3    did you take to prepare for this deposition?

4             A.    I don't know.  Maybe 10 or 12.

5             Q.    Mm-hmm.  And how much of that time

6    involved meetings or calls with other

7    individuals?

8             A.    Most -- most of it.  If it was 12,

9    maybe 10 of the hours.  Something like that.

10            Q.    Who did you meet with in that

11   context?

12            A.    The lawyers from Proskauer.

13   Mr. Cooper and a few others.

14            Q.    And was anyone else participating in

15   those meetings?

16            A.    No.

17            Q.    How many times did you meet with the

18   lawyers of Proskauer?

19            A.    Maybe four or five times.

20            Q.    And how did you meet?

21                  Was this over the phone?  Was this

22   in person?  Was this by video?

23            A.    Main -- mainly kind of -- their --

24   their, like, Webex or Zoom platform.  I don't

25   remember exactly the name of it.  But one -- a

Page 19

1   couple of phone calls -- short phone calls as

2   well.

3          Q.   And you said that it was -- it was

4   approximately four to five times that you met

5   with them.

6               What was the general duration of

7   each of the meetings?

8          A.   There were a couple that were longer

9   and then a few that were shorter.  I don't think

10  more than three hours was maybe the longest.

11         Q.   Mm-hmm.  You mentioned a few of the

12  things that you re-read in advance of the

13  deposition.

14              Did you review any documents, other

15  than those, in preparation for your deposition

16  today?

17              MR. COOPER:  Object to the form.

18              THE WITNESS:  I'm not sure I

19  understand the question.  I -- the documents -- I

20  thought you -- you -- the only thing that I read

21  was that, my report and those two articles that I

22  wanted just to brush up on.

23  BY MR. GILLESPIE:

24         Q.   Understood.  Thank you.

25              So you discussed how you met with

1    some attorneys at Proskauer.

2              Did you communicate with any other

3    individuals regarding your testimony or potential

4    testimony in this case?

5         A.   No.

6         Q.   Did you communicate with any other

7    individuals regarding your analysis for this

8    case?

9         A.   No.

10        Q.   What instructions, directives, or

11   assumptions did you receive from counsel with

12   respect to your analysis?

13             MR. COOPER:  Object to the form.

14             THE WITNESS:  Can you explain what

15   you mean by instructions?  I'm not clear on that.

16   BY MR. GILLESPIE:

17        Q.   Let's start with what assumptions

18   did you receive from counsel and -- with respect

19   to your analysis?

20        A.   I didn't receive any assumptions

21   from --

22        Q.   Were there any opinions that counsel

23   asked you to -- to give throughout the process

24   that -- that you refused to adopt?

25        A.   No.

Page 21

1          Q.   Okay.  Dr. Wolfe, could you please

2     give us a thumbnail sketch of your education?

3          A.   I have -- I went to the University

4     of Pennsylvania for college, graduated in 1978 in

5     the applied Science and Wharton program.  So I

6     have a bachelor's in economics from Wharton and a

7     bachelor of science from the engineering college.

8     And then I went to graduate school at the

9     University of Wisconsin and received my Ph.D. in

10    1983.  In economics.

11         Q.   Mm-hmm.  And could you please give

12    us a thumbnail sketch of your work experience

13    over your career?

14         A.   I started out as a teacher.  I

15    then -- for a few years at Bowdoin College.  And

16    then I went to the International Monetary Fund

17    where I was there for 27 years.  And then I went

18    back to teaching and consulting.  The latest

19    teaching post is as an adjunct professor at Rice

20    University, although I'm on leave right now.

21         Q.   Mm-hmm.  And so for the report that

22    you submitted in this case, or for your

23    engagement with FOMB, what was your assignment?

24         A.   I was asked to see if there was --

25    if there were policies that could generate enough

Page 22

1    resources to cover the debt service that was

2    listed in the -- you know, the Plan of

3    Adjustment.  The latest Plan of Adjustment.

4              Q.   Mm-hmm.  Okay.

5              MR. GILLESPIE:  And so at this

6    point, I would ask my colleague, Jacq, to

7    introduce and publish our first exhibit.

8              (Exhibit 1, Expert Report of Andrew

9    Wolfe (Corrected), September 13, 2021, was marked

10   for purposes of identification.)

11   BY MR. GILLESPIE:

12             Q.   As I understand it, we may need to

13   reload the page in order to see it.

14             MR. COOPER:  It came up on my

15   screen, Counsel.

16             MR. GILLESPIE:  Thank you.

17             THE WITNESS:  It did not -- it did

18   not on mine.

19             MS. PATTERSON:  You'll need to

20   refresh your screen.  You can do that by clicking

21   on the Marked Exhibit folder on the left-hand

22   side in the file tree.  The file will pop up, and

23   then you can open it.

24             Karen from Veritext, by the way.

25             THE WITNESS:  Thank you.

Page 23

1              It's loading.

2              Okay.  It's up.

3    BY MR. GILLESPIE:

4         Q.    Thank you.

5              Dr. Wolfe, is this your expert

6    report?

7         A.    Let's see.  Yes.

8         Q.    Do you stand behind your report?

9         A.    Yes.

10        Q.    You had previously corrected your --

11   your report in some regards; is that right?

12        A.    Yes.

13        Q.    At this point, do you have any

14   further changes to make?

15        A.    No.

16        Q.    And there's nothing in recent events

17   that would cause you to alter your report?

18        A.    No.

19        Q.    And you're here today to testify

20   about your report; is that correct?

21        A.    Yes.

22        Q.    And you're not testifying about the

23   fiscal plans, for example?

24        A.    No.

25        Q.    And not about the -- the assumptions

Page 24

1   that underlie the fiscal plans?

2           A.    No.

3           Q.    Thank you.

4                 Just to get some background, let's

5   talk about your role with the FOMB.

6                 And, first, so I understand

7   correctly, do you have any role with AAFAF?

8           A.    No.

9           Q.    Okay.  And have you ever worked with

10  AAFAF in the past?

11                MR. COOPER:  Object to the form.

12                THE WITNESS:  Did you say work with

13  the AAFAF or for -- I couldn't hear clearly.

14  BY MR. GILLESPIE:

15          Q.    I said work with.  But I suppose we

16  can make it a bit broader.

17                I mean, did you have any role with

18  AAFAF in the past?

19          A.    No.

20          Q.    And I believe you described yourself

21  as an economic advisor to the FOMB?

22          A.    Yes.

23          Q.    And describe your role.

24          A.    Now my role is -- is basically to

25  just assist McKinsey, who's in charge of the

Page 25

1  fiscal plan model, when they have questions --
2  modeling issue questions about how -- on the
3  macroeconomy of Puerto Rico, and as needed by the
4  CEO of -- of the Board.  Sometimes I get requests
5  to do some research.
6          Q.   Mm-hmm.  And you began this role
7  with the FOMB in November of 2016; is that
8  correct?
9          A.   Correct.  Yes.
10          Q.   And so between then and now, has --
11  has your role changed with the FOMB?
12          A.   Yes.
13          Q.   So how has it changed over time?
14          A.   It's more -- it's -- it's not as --
15  I'm not as involved as I used to be.  Much of my
16  earlier work was in development of the
17  macroeconomic part of the fiscal plan model, and
18  it's now kind of, you know, set.  And so I am
19  just not as involved in that regard.
20          Q.   Have you had any other engagements
21  for the FOMB?
22              MR. COOPER:  Object to the form.
23              THE WITNESS:  I -- I don't -- can
24  you -- what do you mean by engagements?
25  BY MR. GILLESPIE:

Page 26

1           Q.   So you're currently engaged as an
2      economic advisor with the FOMB, right?
3           A.   Oh, okay.
4           Q.   And have you had --
5           A.   Then the answer is no.
6           Q.   Okay.  Have you ever consulted for
7      the government of Puerto Rico?
8           A.   Yes.
9           Q.   And could you give me a thumbnail
10     sketch of what work you did in that context?
11          A.   I was part of a three-person team.
12     I was contracted in 20 -- I guess late 2014 --
13     but the bulk of the work was 2015 -- to do a sort
14     of an IMF-type analysis of the financial
15     situation and outlook for Puerto Rico, for the
16     Commonwealth.
17          Q.   Is that the same or different than
18     the work that resulted in what's known as
19     The Krueger Report?
20          A.   That is -- that is the work of
21     The Krueger Report.
22          Q.   Okay.  And so let's talk now about
23     your current compensation in your role with the
24     FOMB.
25               How much are you paid?

Page 27

1          A.   I am paid effectively $300 an hour

2     with a cap -- monthly cap that can't exceed

3     $25,000.

4          Q.   How much time have you spent

5     overall?

6               MR. COOPER:  Object to the form.

7               In connection with what?

8     BY MR. GILLESPIE:

9          Q.   So in your -- in your role with the

10    FOMB as an economic advisor, for which you're

11    paid $300 an hour and a monthly cap of $25,000 a

12    month, how much time have you spent since

13    starting that role?

14         A.   Oh --

15              MR. COOPER:  Object to the form.

16    BY MR. GILLESPIE:

17         Q.   We -- we can break it down by year.

18              Do you have an estimate of how much

19    time you spent in 2021 in this role?

20         A.   In calendar year '21 or in fiscal

21    year '21?

22         Q.   Whichever is easier for you.

23         A.   Yeah.

24         Q.   Just let me know which you're using.

25         A.   In fiscal year '21, I don't know

Page 28

1   off -- I can't tell you exactly the number of

2   hours, but I can tell you I've never -- I've

3   never reached the cap.

4           Q.    Uh-huh.

5           A.    Some months are busier than others.

6           Q.    Mm-hmm.

7           A.    But it's -- it's been less than

8   half-time for several years now.

9           Q.    And in fiscal year 2021, do you have

10  a sense of what that total bill was?

11              MR. COOPER:  Object to the form.

12              THE WITNESS:  I -- I really -- I

13  mean, I -- that's -- I -- I don't know offhand.

14  BY MR. GILLESPIE:

15          Q.    Is it --

16          A.    But I --

17          Q.    Mm-hmm.

18          A.    It's -- I think it's public

19  information.

20          Q.    And you said in fiscal year 2021, it

21  was approximately half-time.

22              How did the prior years compare?

23  Were they similar?  Also about half-time, or has

24  the amount of time you spent changed year to

25  year?

Page 29

1          A.    The --

2                MR. COOPER:  Object to the form.

3                THE WITNESS:  The amount of time has

4     diminished.

5                When I first started working for the

6     Board, you know, I almost reached the cap almost

7     every month.

8                But I -- you know, since the last

9     two or three years, you know, I've had months

10    where I barely did any work.  So I -- I, you

11    know -- but I don't know the -- the exact

12    amounts.  But, you know, I'd say I've averaged

13    maybe 30 to 40 hours a month.  But that's really

14    a -- a very rough guess.  I don't know for sure.

15         Q.    Understood.

16                Do you have an engagement letter

17    with the FOMB?

18         A.    So I -- I get one every year.  I

19    haven't received the latest one for FY '22.

20    Typically, that's the way it's generally been.

21    They've been late in that.

22                But I've always been guided by the

23    previous year's engagement letter.

24         Q.    Understood.

25                Let's turn now to your report, and I

Page 30

1   would -- I would direct your attention to

2   paragraph 10.

3            A.   Okay.

4            Q.   And in paragraph 10, you state,

5   quote, I analyze the fiscal impact of, end quote,

6   and then there's two items.

7            Do you see that first part of the

8   sentence there in paragraph 10?

9            A.   After footnote 2?

10           Q.   Correct.

11           A.   Yeah.  I analyze the financial

12   impact of certain structural reforms for the

13   Puerto Rico economy and recommended in the Fiscal

14   Plan as well as additional reforms recommended in

15   the report -- in this report that together would

16   substantially boost growth.

17           Q.   Thank you.

18           And so there are certain items that

19   you analyzed that are recommended in the Fiscal

20   Plan but are not adopted in the projections of

21   the Fiscal Plan?

22           MR. COOPER:  Object to the form.

23           THE WITNESS:  In this report, I used

24   some of those reforms.

25   BY MR. GILLESPIE:

Page 31

1          Q.   Let's -- let's take it piece by

2     piece.

3               And so after the -- the footnote 2,

4     in paragraph 10, you say, quote, I analyze the

5     fiscal impact of certain structural reforms of

6     the Puerto Rico economy recommended in the Fiscal

7     Plan (but not taken into account as part of the

8     projections and surplus in the Fiscal Plan), end

9     quote.

10              Did I read that correctly?

11         A.   Yes.

12         Q.   And so in this part of the sentence,

13    you're referencing that there's certain

14    structural reforms in your report that are

15    recommended in Fiscal Plan, correct?

16         A.   These are the reforms that are

17    listed on -- I think it's on page 63, where the

18    Board says there are other steps they could take.

19    But for some reason, they haven't taken them yet.

20         Q.   And for these that are recommended,

21    on page 63, they -- they were not actually

22    projected in Fiscal Plan.

23              MR. COOPER:  Object to the form.

24              THE WITNESS:  Yeah.  Yes.

25              Yes, they're not.

Page 32

1    BY MR. GILLESPIE:

2            Q.   And then continuing reading, you

3    say, quote, As well as additional reforms

4    recommended in this report that together would

5    substantially boost growth, end quote.

6                 And so those are items that you are

7    proposing that are not recommended in the Fiscal

8    Plan?

9            A.   They're -- they're reforms that I'm

10   proposing that are not mentioned in the Fiscal

11   Plan.

12           Q.   I see.

13                And I think you have some

14   terminology throughout your report about

15   category 1, category 2, and category 3.

16                Do you understand what I'm

17   referencing when I talk about those categories?

18           A.   Yes.

19           Q.   And your definition of category 1

20   are these items that are recommended in the

21   Fiscal Plan but not part of the projections of

22   the Fiscal Plan?

23           A.   No.  Category 1, they're recommended

24   and included in the projection.

25           Q.   Thank you.  Thank you for that

Page 33

1    correction.

2              And so it's -- I was thinking of

3    category 2, correct?  That's what's recommended

4    in the Fiscal Plan but not projected?

5         A.   Yes.

6         Q.   Okay.  And then category 3 is not

7    mentioned in the Fiscal Plan at all.

8         A.   Yes.

9         Q.   Thank you.

10              And you -- you make a number of

11   particular recommendations of structural reforms

12   that you classify in categories 1, 2, and 3,

13   correct?

14        A.   Well, I -- I categorized them based

15   on that status that we just mentioned.

16        Q.   Yes.

17              And then the structural reforms in

18   your report -- you recommend that all of those

19   structural reforms in your report be implemented

20   in Puerto Rico?

21        A.   Yes.

22        Q.   Okay.  Let's continue to

23   paragraph 11.  Let me know when you're there.

24        A.   I'm there.

25              MS. PATTERSON:  Excuse me.  This is

Page 34

1   Karen from Veritext.  We -- somehow this got

2   mis-communicated or not communicated.  But with

3   the exhibits, they should be marked and put into

4   the Marked Exhibit folder, but they also should

5   be screen-shared.

6                 So if the concierge or Jacq, if you

7   could screen-share the exhibit, that would be

8   great, even though it's put into the Marked

9   Exhibit share folder.

10                THE CONCIERGE:  This is Paul Baker.

11  I have no problem screen-sharing.

12                Just give me one moment.

13                MS. PATTERSON:  Thank you, Paul.

14                THE WITNESS:  And what page are we

15  on?

16                MR. GILLESPIE:  And, Mr. Baker, if

17  you could direct us to page 5.  And we'll be

18  looking at paragraph 11.

19                Thank you.

20  BY MR. GILLESPIE:

21        Q.   And, Dr. Wolfe, are you able to see

22  on the screen share paragraph 11?

23        A.   Yes.

24        Q.   So paragraph 11 of your report, you

25  explain that the FOMB has recommended certain,

Page 35

1    quote, structural reforms, end quote, to raise

2    productivity and growth.  Is that correct?

3                   MR. COOPER:  Object to the form.

4                   THE WITNESS:  I'm sorry.  I didn't

5    hear.  Somebody said something after your

6    question.

7    BY MR. GILLESPIE:

8           Q.   Sure.  I can repeat it.

9                   In paragraph 11 of your report, you

10   explain that the FOMB has recommended certain

11   structural reforms to raise productivity and

12   growth.

13                  MR. COOPER:  Object to the form if

14   that's the question.

15                  THE WITNESS:  Yes.

16   BY MR. GILLESPIE:

17          Q.   And you say that -- I'm reading from

18   the last sentence -- that these reforms, meaning

19   the structural reforms, would address problems in

20   the following three areas, among others.

21          A.   Yes.

22          Q.   And so the three areas, just going

23   very -- very high level here.  And you're --

24   you're saying these reforms would address

25   problems in labor markets, the ease of doing

Page 36

1    business, and taxation.

2                    Do I understand that right?

3            A.    Yes.

4                    MR. GILLESPIE:   And if we could

5    please scroll down to paragraph 13.

6    BY MR. GILLESPIE:

7            Q.    And do I understand correctly

8    that -- that you recommend that the government of

9    Puerto Rico -- I think the word you use in this

10   paragraph is proactively implement the reforms

11   you identify in these three areas?

12           A.    Yes.

13           Q.    I'm going to jump us forward to

14   Appendix 4.   I will try to locate a page number

15   for -- okay.   Let's see.   It begins on page 19.

16                   MR. GILLESPIE:   We're currently

17   looking at page 20.   If we could go up one more

18   page to page 19.

19   BY MR. GILLESPIE:

20           Q.    So, Dr. Wolfe, are you able to see

21   page 19 of the report?

22           A.    Yes.

23           Q.    And do I understand correctly that

24   Appendix 4 describes the future value that you

25   conclude these reforms will generate?

Page 37

1          A.   Yes.

2          Q.   Do you stand by the values in

3     Appendix 4 of your report?

4          A.   Yes.

5               MR. COOPER:  Object to the form.

6               THE WITNESS:  Yes.

7               MR. GILLESPIE:  I'm sorry,

8     Mr. Cooper, what's the nature of the objection?

9               MR. COOPER:  Ambiguity with respect

10    to what you mean by your question.  But the

11    witness can answer, and he has.

12              MR. GILLESPIE:  Thank you.

13    BY MR. GILLESPIE:

14         Q.   And so I'll direct your attention to

15    the -- the rightmost column of Appendix 4.  On

16    this page 19, we're looking at Labor Markets.

17              Do you see that?

18         A.   Yes.

19         Q.   And in the rightmost column, you

20    conclude that, quote, The adoption of these labor

21    reforms results in an improvement in the

22    cumulative surplus over fiscal year 2022 to

23    fiscal year 2046 of $18.9 billion.

24              Did I read that correctly?

25         A.   Yes.

Page 38

1          Q.   And I see there's a footnote 20
2    there.
3               And if we look at footnote 20, that
4    tells us that over the longer period, of fiscal
5    year 2022 to fiscal year 2051, that value is
6    $30.5 billion.
7          A.   Yes.
8               MR. GILLESPIE:  Could we please go
9    to the next page?
10   BY MR. GILLESPIE:
11         Q.   Here on page 20, we're looking at
12   the Ease of Doing Business.
13              Do you see that?
14         A.   Yes.
15         Q.   And in the right most column, you
16   conclude that there would be an improvement in
17   cumulative surplus over the fiscal year
18   '22-to-'46 period of $7.2 billion?
19         A.   Yes.
20         Q.   And looking at footnote 21.
21              We see that over the longer period
22   of fiscal year 2022 to fiscal year 2051, that
23   Ease of Doing Business reforms would generate a
24   cumulative surplus increase of $12.3 billion?
25         A.   Yes.

Page 39

1          MR. GILLESPIE:  Could we please go

2    to the next page?

3    BY MR. GILLESPIE:

4          Q.   Here on page 21, we're looking at

5    Tax Reform.

6               Do you see that?

7          A.   Yes.

8          Q.   Looking in the right most column,

9    you conclude, The adoption of these tax reforms

10   results in a bump up in growth for a ten-year

11   period that provides an additional $2.4 billion

12   over fiscal year 2022 to fiscal year 2046.

13         A.   Yes.

14         Q.   And I see your footnote 22, which

15   permits, Over the longer period of fiscal year

16   2022 to 2051, that cumulative surplus increase is

17   $3.2 billion.

18         A.   Yes.

19         Q.   And so, Dr. Wolfe, you are not

20   saying that the Fiscal Plan is the last word; all

21   that can be done?

22              MR. COOPER:  Object to the form.

23              THE WITNESS:  All I'm -- all I was

24   asked for was to find -- recommend measures that

25   can generate surplus in order to cover that debt

Page 40

1    service.

2    BY MR. GILLESPIE:

3          Q.   Mm-hmm.  And based on that task, is

4    it your view that there is more upside or

5    downside than what the Fiscal Plan projects?

6                MR. COOPER:  Object to the form.

7                THE WITNESS:  That's not something

8    that I was considering in the -- when I wrote the

9    paper and did the research.

10   BY MR. GILLESPIE:

11         Q.   And, Dr. Wolfe, you spent a lot of

12   time considering which reforms to recommend; is

13   that right?

14               MR. COOPER:  Object to the form.

15               THE WITNESS:  These are the reforms

16   that my experience told me were the most

17   important for the island.

18   BY MR. GILLESPIE:

19         Q.   Mm-hmm.  And that's based on your

20   experience working with the island?

21               MR. COOPER:  Object to the form.

22               THE WITNESS:  Both working with the

23   island and my experience at the IMF as a

24   macroeconomist.

25   BY MR. GILLESPIE:

```
                                                Page 41

 1              Q.   Mm-hmm.  And you included in your

 2   report the reforms in these three areas, because

 3   you think that they are realistic for Puerto

 4   Rico?

 5                   MR. COOPER:  Object to the form.

 6                   THE WITNESS:  They're reforms that

 7   are needed.

 8                   (Audio and video difficulties.)

 9   BY MR. GILLESPIE:

10              Q.   I'm sorry, Mr. Wolfe -- Dr. Wolfe.

11   I'm not sure if other individuals had trouble,

12   but for me, your answer broke up.

13              A.   I'm sorry.  These are -- the reforms

14   I focused on are the reforms I feel are needed in

15   Puerto Rico.

16              Q.   Okay.  And you believe that these

17   three reforms, or reforms in these -- sorry.

18   Strike that.

19                   You did find places where you

20   thought that there could be more value for Puerto

21   Rico?

22                   MR. COOPER:  Object to the form.

23                   THE WITNESS:  These three are places

24   where there are more value.

25                   You can generate more surplus.
```

Page 42

1    BY MR. GILLESPIE:

2            Q.    Mm-hmm.   Okay.

3                  MR. GILLESPIE:   And if I could ask

4    the screen share to turn back to paragraph --

5    before we do that.   Sorry.

6    BY MR. GILLESPIE:

7            Q.    You've said, Dr. Wolfe, that these

8    reforms are what's needed for Puerto Rico.

9                  Did I hear you correctly?

10           A.    Yes.

11           Q.    And these three areas of structural

12   reform are needed because they will create more

13   value than the plan?

14                 MR. COOPER:   Object to the form.

15                 THE WITNESS:   They are needed

16   because they're needed to turn the growth picture

17   around.   That in turn generates more fiscal

18   surplus.

19   BY MR. GILLESPIE:

20           Q.    Mm-hmm.   And do I understand

21   correctly that you have -- you have not

22   considered other possible areas of reform?

23                 MR. COOPER:   Object to the form.

24                 THE WITNESS:   I have considered what

25   I thought meant the objective I was asked to do,

Page 43

1   and that was to, you know, generate enough

2   surplus to pay that debt service located in --

3   that was in the plan -- the plan -- the amended

4   plan.

5   BY MR. GILLESPIE:

6           Q.   If I could direct your attention now

7   to paragraph 28.

8                MR. GILLESPIE:  See if we can -- and

9   let -- help us identify what page that is on.

10               So I see that paragraph 28 is on the

11  bottom of page 11.

12               Thank you.

13  BY MR. GILLESPIE:

14          Q.   In paragraph 28, you state that your

15  Appendix 6, Table 2, is -- the projections are

16  conservative.  Am I reading that correctly?

17          A.   Yes.

18          Q.   And that's because there are various

19  potentially beneficial developments that might

20  occur.

21          A.   Yes.

22          Q.   And you list here potential benefits

23  for the Commonwealth of pending court cases on

24  Social Security.

25               Do you see that?

Page 44

1          A.    Yes.

2          Q.    What are you referring to there?

3          A.    So there are cases in the U.S. court

4    system that will -- could end up increasing the

5    amount of Social Security funds that end up going

6    to the island.  Obviously, that's -- that's a

7    positive development.

8          Q.    What would be the quantity of that

9    value if this occurred?

10         A.    I -- I -- that I haven't analyzed.

11         Q.    What is the likelihood of that

12   favorable outcome?

13              MR. COOPER:  Object to the form.

14              THE WITNESS:  I -- I don't have any

15   idea.

16   BY MR. GILLESPIE:

17         Q.    Mm-hmm.  The next thing you mention

18   here in paragraph 28 is political discussions in

19   Washington on Medicaid formulas for the U.S.

20   territories.

21              What are you referring to there?

22         A.    The discussions that you -- I read

23   in the newspapers, that in Washington, they're

24   considering, you know, treating territories like

25   a state for Medicaid allotments.

Page 45

1          Q.   Mm-hmm.  And what would -- what
2     would the quantity of value to Puerto Rico be,
3     you know, if these political discussions go
4     favorably?
5               MR. COOPER:  Object to the form.
6               THE WITNESS:  I've seen estimates
7     that, you know, $1.5 to $2 billion would come in
8     through Medicaid.  I don't know how much extra
9     spending would go on because of that.  So I --
10    you know, that's a different issue, but it
11    certainly would be better for the island to get
12    it than not have it.
13    BY MR. GILLESPIE:
14          Q.   If Congress added $1.5 to $2 billion
15    to Medicaid for Puerto Rico, how much would that
16    add to the Plan of Adjustment?
17               MR. COOPER:  Object to the form;
18    beyond the scope.
19               THE WITNESS:  I -- I can't answer
20    that, because I don't know what -- how the money
21    would be spent and reallocated on the island.
22    That's --
23    BY MR. GILLESPIE:
24          Q.   Well, thank you, Dr. Wolfe.
25               I think I'd like to take a short

Page 46

1   break at this point, and then, you know, we can

2   see where we need to go from there.

3                    THE WITNESS:  Okay.  How long is the

4   break?

5                    MR. GILLESPIE:  Is ten minutes all

6   right?

7                    THE WITNESS:  Did you say ten?

8                    MR. GILLESPIE:  Yeah.  So that would

9   get us back at 10:30 a.m.

10                   THE WITNESS:  Okay.

11                   THE VIDEOGRAPHER:  Okay.  We'll go

12  off the record at 10:20.

13                   (A brief recess was taken.)

14                   THE VIDEOGRAPHER:  We are back on

15  the record at 10:30.

16  BY MR. GILLESPIE:

17       Q.   Thank you, Dr. Wolfe.  The DRA

18  parties reserve the right to ask any follow-up

19  questions.  But at this point, I have concluded

20  my initial questioning.

21                   MR. COOPER:  Do any of the other

22  parties have any questions for the witness?

23                   Hearing none, I have no questions

24  for the witness at this time.

25                   THE COURT REPORTER:  Would the

Page 47

1   witness like to read the transcript?

2                MR. COOPER:  Yes.  You can send the

3   transcript to me.

4                MR. GILLESPIE:  Thank you very much,

5   Dr. Wolfe.  I think that's all for today.

6                THE WITNESS:  Thank you.

7                MR. COOPER:  Thank you.

8                Off the record.

9                THE VIDEOGRAPHER:  Off the record

10  at 10:32.

11               (The deposition was concluded at

12  10:32 a.m. AST.)

13                       *   *   *

14

15

16

17

18

19

20

21

22

23

24

25

Page 48

STATE OF OHIO            )

                         )   SS:   CERTIFICATE

COUNTY OF MONTGOMERY  )


                I, April L. Crites, RPR, RMR, CRR, a

Notary Public within and for the state of Ohio,

duly commissioned and qualified,

                DO HEREBY CERTIFY that the

above-named ANDREW WOLFE was by me first duly

sworn to testify the truth, the whole truth, and

nothing but the truth.

                Said testimony was reduced to

writing by me stenographically in the presence of

the witness and thereafter reduced to

typewriting.

                I FURTHER CERTIFY that I am not a

relative or attorney of either party, in any

manner interested in the event of this action,

nor am I, or the court reporting firm with which

I am affiliated, under a contract as defined in

Civil Rule 28(D).

Page 49

1               IN WITNESS WHEREOF, I have hereunto

2     set my hand and seal of office at Dayton, Ohio,

3     on this 5th day of October, 2021.

4

5

6

7     APRIL L. CRITES, RPR, RMR, CRR

      NOTARY PUBLIC, STATE OF OHIO

8     My commission expires 10-3-2022

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                              Page 50
 1                        Veritext Legal Solutions
                             1100 Superior Ave
 2                              Suite 1820
                           Cleveland, Ohio 44114
 3                        Phone: 216-523-1313
 4
     October 6, 2021
 5
     To: Mr. Cooper
 6
     Case Name: In Re: Insolvency Proceedings For The Commonwealth Of
 7   Puerto Rico v.
 8   Veritext Reference Number: 4833741
 9   Witness:  Andrew Wolfe       Deposition Date:  10/5/2021
10
     Dear Sir/Madam:
11
12   Enclosed please find a deposition transcript.  Please have the witness
13   review the transcript and note any changes or corrections on the
14   included errata sheet, indicating the page, line number, change, and
15   the reason for the change.  Have the witness' signature notarized and
16   forward the completed page(s) back to us at the Production address
     shown
17
     above, or email to production-midwest@veritext.com.
18
19   If the errata is not returned within thirty days of your receipt of
20   this letter, the reading and signing will be deemed waived.
21
     Sincerely,
22
     Production Department
23
24
25   NO NOTARY REQUIRED IN CA
```

Page 51

1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS

2

          ASSIGNMENT REFERENCE NO: 4833741
3         CASE NAME: In Re: Insolvency Proceedings For The Commonwealth
     Of Puerto Rico v.
          DATE OF DEPOSITION: 10/5/2021
4         WITNESS' NAME: Andrew Wolfe
5         In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7         I have made no changes to the testimony
     as transcribed by the court reporter.

8

     _____          _____
9    Date                     Andrew Wolfe
10        Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:

12

          They have read the transcript;
13        They signed the foregoing Sworn
             Statement; and
14        Their execution of this Statement is of
             their free act and deed.

15

          I have affixed my name and official seal

16

     this _____ day of_____, 20_____.

17

                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25

Page 52

```
1               DEPOSITION REVIEW
             CERTIFICATION OF WITNESS

2
         ASSIGNMENT REFERENCE NO: 4833741
3        CASE NAME: In Re: Insolvency Proceedings For The Commonwealth
   Of Puerto Rico v.
         DATE OF DEPOSITION: 10/5/2021
4        WITNESS' NAME: Andrew Wolfe
5        In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7        I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9        I request that these changes be entered
   as part of the record of my testimony.
10
         I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____        _____
   Date                    Andrew Wolfe
14
         Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17       They have read the transcript;
         They have listed all of their corrections
18            in the appended Errata Sheet;
         They signed the foregoing Sworn
19            Statement; and
         Their execution of this Statement is of
20            their free act and deed.
21       I have affixed my name and official seal
22 this _____ day of_____, 20____.
23            _____
              Notary Public
24
              _____
25            Commission Expiration Date
```

Page 53

1                        ERRATA SHEET

            VERITEXT LEGAL SOLUTIONS MIDWEST

2                 ASSIGNMENT NO: 4833741

3        PAGE/LINE(S) /        CHANGE        /REASON

4        _____

5        _____

6        _____

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19

         _____        _____

20       Date                     Andrew Wolfe

21       SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22       DAY OF _____, 20_____ .

23                        _____

                          Notary Public

24

25                        _____

                          Commission Expiration Date

[& - address]

| & | | | |
|---|---|---|---|
| **&**  3:4 4:15 5:3,17 6:3,10,17 7:3,17 8:13,18 11:6,8,14 11:22 12:9 | **1820**  50:2<br>**19**  9:23 36:15,18 36:21 37:16<br>**1978**  21:4<br>**1983**  21:10<br>**1999**  7:5 | **22266**  49:6<br>**2400**  3:17<br>**25,000**  27:3,11<br>**250**  4:18<br>**268**  6:5<br>**27**  21:17<br>**270**  5:11<br>**28**  43:7,10,14 44:18 48:20 | **63**  31:17,21 |

**0**

**00918**  5:12 6:6
**04062**  1:20
**06103-3178**  6:19

**1**

**1**  2:9 22:8 32:15 32:19,23 33:12
**1-310-284-5669**  3:18
**1.5**  45:7,14
**10**  18:4,9 30:2,4,8 31:4
**10-3-2022**  49:8
**10/5/2021**  50:9 51:3 52:3
**10001-2163**  3:23
**10019-9601**  4:18
**10022**  3:11
**10153-0119**  5:20
**10166**  4:12
**10281**  6:13
**107**  1:20
**10:20**  46:12
**10:30**  46:9,15
**10:32**  47:10,12
**11**  33:23 34:18,22 34:24 35:9 43:11
**1100**  50:1
**12**  2:4 18:4,8
**12.3**  38:24
**13**  2:9 22:9 36:5
**1400**  6:6
**17**  1:8 8:5
**18.9**  37:23

**2**

**2**  30:9 31:3 32:15 33:3,12 43:15 45:7,14
**2.4**  39:11
**20**  26:12 36:17 38:1,3,11 51:16 52:22 53:22
**200**  4:11 6:12
**20005**  3:7
**2014**  26:12
**2015**  26:13
**2016**  25:7
**202-469-4614**  3:8
**202-729-7483**  3:7
**2021**  1:21 2:10 8:2 22:9 27:19 28:9 28:20 49:3 50:4
**2022**  37:22 38:5,22 39:12,16
**2029**  3:16
**2046**  37:23 39:12
**2051**  38:5,22 39:16
**21**  27:20,21,25 38:20 39:4
**212-310-8728**  5:21
**212-318-6043**  4:12
**212-336-4482**  4:19
**212-504-6351**  6:13
**212-530-5147**  3:23
**212-756-2773**  3:11
**216-523-1313**  50:3
**22**  2:9 29:19 38:18 39:14

**3**

**3**  32:15 33:6,12
**3.2**  39:17
**30**  29:13
**30.5**  38:6
**300**  27:1,11
**310-246-8588**  7:6
**312-840-7255**  5:6
**3283**  8:5
**3283lts**  1:8
**353**  5:5
**38119**  4:6

**4**

**4**  36:14,24 37:3,15
**40**  29:13
**44114**  50:2
**46**  38:18
**4833741**  50:8 51:2 52:2 53:2

**5**

**5**  1:21 8:2 34:17
**500**  4:6
**55**  3:22
**55th**  4:18
**5th**  49:3

**6**

**6**  43:15 50:4
**60654-3456**  5:5
**6075**  4:5

**7**

**7.2**  38:18
**767**  5:20
**787-250-5632**  5:13
**787-756-9000**  6:7

**8**

**800**  3:6
**860-240-2535**  6:19

**9**

**90067**  7:6
**90067-3010**  3:17
**901**  3:6
**901-680-7316**  4:7
**919**  3:10
**9:31**  1:21 8:3

**a**

**a.m.**  1:21 8:3 46:9 47:12
**aafaf**  24:7,10,13 24:18
**ability**  17:2
**able**  15:4 34:21 36:20
**access**  10:12
**account**  31:7
**acknowledge**  51:11 52:16
**act**  51:14 52:20
**action**  48:17
**ad**  4:14 11:6
**adam**  4:4 10:24
**adam.langley**  4:7
**add**  45:16
**added**  45:14
**additional**  30:14 32:3 39:11
**address**  35:19,24 50:16

adjunct  21:19
adjustment  22:3,3
  45:16
administered  1:9
adopt  20:24
adopted  30:20
adoption  37:20
  39:9
adsuar  6:3 11:19
advance  19:12
advisor  24:21 26:2
  27:10
advisory  7:2
affect  17:2
affiliated  48:19
affiliation  8:9
affixed  51:15
  52:21
age  12:15
agency  7:2
agree  8:10,13,15
ajc  5:14
ajg  5:13
akissner  4:20
al  1:10
alan  7:14
alejandro  5:10
  8:24
alex  11:16
alexander  5:19
alexander.whitel...
  5:22
allotments  44:25
alongside  10:14
alonzo  7:13
alter  23:17
ambac  3:19 10:23
ambiguity  37:9
amended  43:3
amerinational  5:7
  11:12

amgprlaw.com
  6:7
amiller  3:24
amount  28:24
  29:3 44:5
amounts  29:12
analysis  20:7,12
  20:19 26:14
analyze  30:5,11
  31:4
analyzed  30:19
  44:10
anderson  7:15
andrew  1:14 2:3,9
  4:17 12:14 22:8
  48:8 50:9 51:4,9
  52:4,13 53:20
angeles  3:17 7:6
answer  15:2,24
  16:1,8 26:5 37:11
  41:12 45:19
answering  14:18
answers  14:19
appear  51:11
  52:15
appearance  8:9
  12:3
appearances  3:1
  4:1 5:1 6:1 7:1
  10:18
appeared  3:1
appearing  9:21
  17:11
appended  52:11
  52:18
appendix  36:14,24
  37:3,15 43:15
applied  21:5
appreciate  14:17
approximately
  19:4 28:21

april  1:18 48:4
  49:7
areas  35:20,22
  36:11 41:2 42:11
  42:22
arnould  4:17
articles  17:25
  19:21
arturo  5:10 11:11
asked  20:23 21:24
  39:24 42:25
asking  14:15,18
assignment  21:23
  51:2 52:2 53:2
assist  24:25
assisted  8:22
assume  15:18
assumptions  20:11
  20:17,20 23:25
assurance  3:19
  10:23
assured  6:8,9
  11:22,23
ast  47:12
atara  3:22
atlantic  1:21
attached  52:7
attention  30:1
  37:14 43:6
attentive  16:14
attorney  8:18
  48:16
attorneys  10:16,16
  20:1
audio  41:8
authority  3:3 7:2
authorize  52:11
ave  50:1
avenue  3:10 4:5,11
  5:11,20 6:5 7:5

averaged  29:12
avoid  10:3

          b

bachelor  21:7
bachelor's  21:6
back  21:18 42:4
  46:9,14 50:16
background  17:25
  24:4
baker  7:21 34:10
  34:16
bankruptcy  13:21
barak  7:14
barely  29:10
based  33:14 40:3
  40:19
basically  24:24
bauer  7:15
began  25:6
begins  36:15
behalf  3:2,13,19
  4:2,8,14 5:2,7,15
  6:2,8,16 7:2 10:22
  10:25 11:3,6,9,11
  11:22
believe  24:20
  41:16
beneficial  43:19
benefit  10:7
benefits  43:22
berezin  5:18 11:16
best  15:17
better  45:11
beyond  45:18
bill  28:10
bill.natbony  6:14
billion  37:23 38:6
  38:18,24 39:11,17
  45:7,14
bit  24:16

**[bk - cooper]**                                                                Page 3

**bk**  1:8 8:5
**blaskowski**  3:5
   8:23 10:9
**block**  5:3 11:9
**board**  1:6,15 3:13
   8:15 25:4 29:6
   31:18
**bockius**  6:17 12:9
**bond**  7:20
**boost**  30:16 32:5
**bottom**  43:11
**bowdoin**  21:15
**break**  16:5,9 27:17
   46:1,4
**breaks**  16:5
**brief**  46:13
**broader**  24:16
**broke**  41:12
**brush**  19:22
**bulk**  26:13
**bump**  39:10
**busier**  28:5
**business**  36:1
   38:12,23
**butler**  4:3 10:25
**butlersnow.com**
   4:7

                  **c**

**ca**  50:25
**cadwalader**  6:10
   11:22
**calendar**  27:20
**california**  3:17 7:6
**call**  12:21
**called**  1:14
**calls**  18:6 19:1,1
**cantor**  3:2
**cap**  27:2,2,11 28:3
   29:6
**career**  21:13

**case**  1:8 8:5 13:5,8
   14:3 20:4,8 21:22
   50:6 51:3 52:3
**cases**  43:23 44:3
**casey**  6:11 11:24
**casey.servais**  6:14
**categories**  32:17
   33:12
**categorized**  33:14
**category**  32:15,15
   32:15,19,23 33:3,6
**cause**  23:17
**cautioned**  12:16
**center**  4:5
**century**  3:16
**ceo**  25:4
**cepeda**  5:10 8:24
**certain**  8:20 30:12
   30:18 31:5,13
   34:25 35:10
**certainly**  45:11
**certificate**  48:1
   52:11
**certification**  51:1
   52:1
**certified**  12:17
**certify**  48:7,15
**change**  50:14,15
   52:8 53:3
**changed**  25:11,13
   28:24
**changes**  23:14
   50:13 51:7 52:7,9
**chantel**  7:16
**charge**  24:25
**chicago**  5:5
**civil**  1:17 48:20
   51:5 52:5
**clarify**  15:17
**clark**  5:5

**classify**  33:12
**clear**  14:23 15:1
   20:15
**clearest**  14:22
**clearly**  24:13
**cleveland**  50:2
**clicking**  22:20
**cognizant**  9:25
**colin**  5:18 11:13
**colin.mcgrath**
   5:21
**collateral**  3:2,2
**colleague**  10:8
   22:6
**colleagues**  8:22
   11:16,20 12:3
**college**  21:4,7,15
**column**  37:15,19
   38:15 39:8
**come**  45:7
**commission**  49:8
   51:19 52:25 53:25
**commissioned**
   48:6
**committee**  4:8 5:2
   11:3,9
**commonwealth**
   1:9 26:16 43:23
   50:6 51:3 52:3
**communicate**  20:2
   20:6
**communicated**
   34:2,2
**community**  5:7
   11:12
**company**  4:2 11:1
**compare**  28:22
**compensation**
   26:23
**completed**  50:16

**concierge**  7:21,21
   34:6,10
**conclude**  36:25
   37:20 38:16 39:9
**concluded**  46:19
   47:11
**conducted**  2:2
**confirm**  9:2,12
**congress**  45:14
**connecticut**  6:19
**connection**  13:20
   27:7
**conservative**
   43:16
**considered**  42:22
   42:24
**considering**  40:8
   40:12 44:24
**constitutional**
   4:14 11:7
**consulted**  26:6
**consulting**  21:18
**context**  18:11
   26:10
**continue**  33:22
**continued**  4:1 5:1
   6:1 7:1
**continuing**  32:2
**contract**  48:19
**contracted**  26:12
**coop**  17:21
**cooper**  3:16 8:14
   8:14 9:2,8,9 12:1
   15:23,25 16:16
   17:14,15,17 18:13
   19:17 20:13 22:14
   24:11 25:22 27:6
   27:15 28:11 29:2
   30:22 31:23 35:3
   35:13 37:5,8,9
   39:22 40:6,14,21

[cooper - errata]                                                    Page 4

41:5,22 42:14,23
44:13 45:5,17
46:21 47:2,7 50:5
**corp** 6:8,9 11:23
11:24
**corporation** 3:19
5:16 6:2 10:23
11:15
**correct** 9:8 23:20
25:8,9 30:10
31:15 33:3,13
35:2
**corrected** 2:9 22:9
23:10
**correction** 33:1
**corrections** 50:13
52:17
**correctly** 24:7
31:10 36:7,23
37:24 42:9,21
43:16
**counsel** 8:8 9:21
15:22 20:11,18,22
22:15
**county** 48:2 51:10
52:15
**couple** 19:1,8
**course** 10:11
**court** 1:1 12:12
15:4 17:7,15,19
43:23 44:3 46:25
48:18 51:7
**cover** 22:1 39:25
**covid** 9:23
**create** 42:12
**creditors** 4:9 8:20
11:4
**crescent** 4:5
**crites** 1:18 48:4
49:7

**cross** 1:16 2:4
12:18
**crr** 1:18 48:4 49:7
**cumulative** 37:22
38:17,24 39:16
**current** 26:23
**currently** 26:1
36:16
**cwt.com** 6:14,14
6:15

**d**

**d** 2:1 48:20
**d.c.** 3:7
**dale** 7:13
**date** 50:9 51:3,9
51:19 52:3,13,25
53:20,25
**david** 6:18 7:11
12:8
**david.lawton** 6:20
**day** 49:3 51:16
52:22 53:22
**days** 50:19
**dayton** 49:2
**dear** 50:10
**debt** 3:3 22:1
39:25 43:2
**debtors** 1:11 3:14
**deed** 51:14 52:20
**deemed** 50:20
**defined** 48:19
**definition** 32:19
**department** 50:22
**deposed** 12:23,25
**deposition** 1:13
8:5,6 9:20 10:11
14:12 15:9 17:23
18:3 19:13,15
47:11 50:9,12
51:1,3 52:1,3

**depositions** 13:23
**describe** 24:23
**described** 24:20
**describes** 36:24
**description** 2:8
**development**
25:16 44:7
**developments**
43:19
**diaz** 5:10
**difference** 13:11
**different** 26:17
45:10
**difficulties** 10:1
41:8
**diminished** 29:4
**direct** 30:1 34:17
37:14 43:6
**directives** 20:10
**directs** 15:25
**discussed** 19:25
**discussions** 18:1
44:18,22 45:3
**district** 1:1,2
**dive** 9:18
**documents** 19:14
19:19
**doing** 35:25 38:12
38:23
**doug** 8:23
**douglas** 3:10
**douglas.koff** 3:12
**downside** 40:5
**dr** 12:21 17:22
21:1 23:5 34:21
36:20 39:19 40:11
41:10 42:7 45:24
46:17 47:5
**dra** 8:21 46:17
**drive** 1:20

**due** 9:22,23
**duly** 12:16 48:6,8
**duration** 19:6

**e**

**e** 2:1 4:17
**earlier** 25:16
**ease** 35:25 38:12
38:23
**easier** 27:22
**east** 3:16
**economic** 24:21
26:2 27:10
**economics** 21:6,10
**economy** 30:13
31:6
**edmond** 7:10
**education** 21:2
**effectively** 27:1
**efficient** 16:15
**efficiently** 10:4
**egnyte** 10:8
**ehud** 7:14
**either** 48:16
**email** 50:17
**employees** 5:2
11:10
**enclosed** 50:12
**engaged** 26:1
**engagement** 21:23
29:16,23
**engagements**
25:20,24
**engineering** 21:7
**ensure** 15:1
**entered** 52:9
**entire** 51:5 52:5
**entity** 17:12
**epo** 6:7
**eric** 6:5 11:18
**errata** 50:14,19
52:7,10,18 53:1

[esquire - good]                                                                        Page 5

esquire  3:5,5,10
  3:21,22 4:4,11,16
  4:17,17 5:4,10,10
  5:11,18,18,19,19
  6:5,11,11,12,18
  7:4
esses  7:10
estimate  27:18
estimates  45:6
et  1:10
event  48:17
events  23:16
everybody  8:16
everyone's  10:6
exact  29:11
exactly  18:25 28:1
examination  1:16
  2:4 12:18
examinations  2:2
examined  12:17
example  15:3,10
  23:23
examples  13:19
exceed  27:2
excuse  17:21
  33:25
executed  52:10
execution  51:14
  52:19
exhibit  2:9 10:14
  22:7,8,21 34:4,7,9
exhibits  2:7 10:7
  10:10 15:12 34:3
experience  14:14
  21:12 40:16,20,23
expert  2:9 13:9,11
  13:16,17 14:6,8
  22:8 23:5
expiration  51:19
  52:25 53:25

expires  49:8
explain  20:14
  34:25 35:10
explanation  16:18
extra  45:8

f

fact  13:8,16 14:6
familiar  14:13
favorable  44:12
favorably  45:4
febus  7:16
federal  1:17
feel  16:6 41:14
fgic  4:2 11:1
fifteenth  3:6
fifth  5:20
file  22:22,22
finance  5:15 6:2
  11:14
financial  1:5,15
  3:13 4:2 7:2 10:25
  26:14 30:11
find  39:24 41:19
  50:12
finish  14:18,19
finished  16:19
firm  8:19 48:18
first  12:15 14:16
  16:8 22:7 24:6
  29:5 30:7 48:8
fiscal  7:2 23:23
  24:1 25:1,17
  27:20,25 28:9,20
  30:5,13,19,21 31:5
  31:6,8,15,22 32:7
  32:10,21,22 33:4,7
  37:22,23 38:4,5,17
  38:22,22 39:12,12
  39:15,20 40:5
  42:17

five  18:19 19:4
floor  5:12 7:5
focus  16:12
focused  41:14
foerster  4:15 11:6
folder  22:21 34:4
  34:9
follow  46:18
following  35:20
follows  12:17
fomb  21:23 24:5
  24:21 25:7,11,21
  26:2,24 27:10
  29:17 34:25 35:10
footnote  30:9 31:3
  38:1,3,20 39:14
foregoing  51:13
  52:18
form  9:4 17:14,18
  19:17 20:13 24:11
  25:22 27:6,15
  28:11 29:2 30:22
  31:23 35:3,13
  37:5 39:22 40:6
  40:14,21 41:5,22
  42:14,23 44:13
  45:5,17
formulas  44:19
forward  36:13
  50:16
foudy  4:16 11:5,5
four  18:19 19:4
free  16:6 51:14
  52:20
fund  21:16
funds  44:5
further  16:18
  23:14 48:15
future  36:24
fy  29:19

g

g  7:18
garcia  5:10 11:11
  11:11
gather  16:12
gdb  3:2
general  19:6
generally  29:20
generate  21:25
  36:25 38:23 39:25
  41:25 43:1
generates  42:17
gillespie  2:4 3:5
  8:12,12,16,17 9:10
  9:13 12:1,6,10,19
  17:20 19:23 20:16
  22:5,11,16 23:3
  24:14 25:25 27:8
  27:16 28:14 30:25
  32:1 34:16,20
  35:7,16 36:4,6,16
  36:19 37:7,12,13
  38:8,10 39:1,3
  40:2,10,18,25 41:9
  42:1,3,6,19 43:5,8
  43:13 44:16 45:13
  45:23 46:5,8,16
  47:4
give  14:11 20:23
  21:2,11 26:9
  34:12
given  13:24
giving  17:6
go  10:18 36:17
  38:8 39:1 45:3,9
  46:2,11
goal  14:21
going  10:7 35:22
  36:13 44:5
good  8:1 9:13
  12:20

**gotshal** 5:17 11:14
**government** 26:7
   36:8
**goyco** 6:3
**graduate** 21:8
**graduated** 21:4
**great** 9:17 34:8
**group** 4:14 6:16
   11:6 12:9
**growth** 30:16 32:5
   35:2,12 39:10
   42:16
**guarantee** 5:16
   6:2 11:15
**guaranty** 4:2 6:8,9
   10:25 11:23,23
**guess** 26:12 29:14
**guided** 29:22

**h**

**half** 28:8,21,23
**hand** 22:21 49:2
**happy** 10:21
**hartford** 6:19
**hastings** 4:10 11:3
**hato** 5:12
**head** 15:3
**hear** 9:17 15:10
   24:13 35:5 42:9
**hearing** 12:11
   46:23
**held** 8:6
**help** 10:9 14:22
   43:9
**hereinafter** 12:16
**hereunto** 49:1
**hermann** 7:15
**high** 35:23
**hmm** 13:23 18:2,5
   19:11 21:11,21
   22:4 25:6 28:6,17
   40:3,19 41:1 42:2

42:20 44:17 45:1
**hoc** 4:14 11:6
**hope** 9:23,25
**hour** 27:1,11
**hours** 18:2,9 19:10
   28:2 29:13
**hta** 13:5,8,19 14:3
**hudson** 3:22
**huh** 13:13 28:4
**hundred** 13:18
   14:8

**i**

**idea** 44:15
**identification**
   22:10
**identify** 36:11
   43:9
**iii** 1:4
**illinois** 5:5
**imf** 26:14 40:23
**impact** 30:5,12
   31:5
**implement** 36:10
**implemented**
   33:19
**important** 40:17
**improvement**
   37:21 38:16
**included** 32:24
   41:1 50:14
**incorporated**
   52:12
**increase** 38:24
   39:16
**increasing** 44:4
**indicating** 50:14
**individuals** 18:7
   20:3,7 41:11
**information** 16:13
   28:19

**initial** 46:20
**insolvency** 50:6
   51:3 52:3
**instructions** 20:10
   20:15
**insurance** 4:2 11:1
**interested** 48:17
**international**
   21:16
**introduce** 10:10
   22:7
**involved** 18:6
   25:15,19
**island** 40:17,20,23
   44:6 45:11,21
**issue** 25:2 45:10
**issues** 15:9
**items** 30:6,18 32:6
   32:20

**j**

**j** 5:10,10 6:11
**jacq** 22:6 34:6
**jacqueline** 3:5
   8:23 10:9
**jacqueline.maer...**
   3:9
**james** 7:15
**jenner** 5:3 11:8
**jenner.com** 5:6
**john** 6:11
**johring** 3:24
**jointly** 1:9
**jonathan** 3:21
   10:22
**juan** 6:6
**julia** 7:13
**jump** 36:13
**justin** 7:20

**k**

**karen** 7:21 22:24
   34:1
**katherine** 4:17
**katz** 3:2
**keeping** 9:24
**kind** 17:1 18:23
   25:18
**kissner** 4:17
**know** 9:18,19,22
   10:4,9,13,15 13:10
   13:15 14:5,21
   15:3,4,12,17 16:16
   18:4 22:2 25:18
   27:24,25 28:13
   29:6,8,9,11,11,12
   29:14 33:23 43:1
   44:24 45:3,7,8,10
   45:20 46:1
**known** 8:20 26:18
**koff** 3:10 8:23 9:11
**krichardson** 4:20
**kroll** 7:9
**krueger** 26:19,21

**l**

**l** 1:18 6:18 48:4
   49:7
**labor** 35:25 37:16
   37:20
**lakeside** 1:20
**langley** 4:4 10:24
   10:24
**lary** 7:14
**late** 26:12 29:21
**latest** 21:18 22:3
   29:19
**law** 8:19 17:8
**lawful** 12:15
**lawton** 6:18 12:8,8

**lawyers** 18:1,12
    18:18
**leah** 4:11 11:2
**leahlopez** 4:13
**leave** 21:20
**left** 22:21
**legal** 50:1 53:1
**letter** 29:16,23
    50:20
**level** 35:23
**lewis** 6:17 12:9
**liberty** 6:12
**likelihood** 44:11
**limited** 9:4
**line** 10:16 11:24
    12:4 50:14 52:7
    53:3
**list** 43:22
**listed** 22:2 31:17
    52:7,17
**listening** 12:4
**listing** 52:7
**litigation** 8:20
**llc** 3:2 5:8,9 11:12
**llp** 3:15,20 4:3,10
    4:15 5:3,17 6:10
    6:17 7:3
**loading** 23:1
**locate** 36:14
**located** 43:2
**locations** 9:22
**long** 46:3
**longer** 19:8 38:4
    38:21 39:15
**longest** 19:10
**look** 10:13 38:3
**looking** 15:12
    34:18 36:17 37:16
    38:11,20 39:4,8
**lopez** 4:11 11:2,2

**los** 3:17 7:6
**lot** 10:15,16 14:13
    40:11
**lts** 8:5

**m**

**m** 4:4
**macroeconomic**
    25:17
**macroeconomist**
    40:24
**macroeconomy**
    25:3
**madam** 12:12
    50:10
**madhu** 7:4
**maero** 3:5 8:23
    10:9
**main** 18:23
**maine** 1:20
**management** 1:6
    1:15 3:13
**manges** 5:17 11:14
**manner** 48:17
**margaret** 7:13
**marked** 2:8 22:9
    22:21 34:3,4,8
**markets** 35:25
    37:16
**matthew** 7:18
**mcconnell** 5:9
    8:19,25
**mcgrath** 5:18
    11:13,13
**mckinsey** 24:25
**mcvpr.com** 5:13
    5:14,14
**mean** 20:15 24:17
    25:24 28:13 37:10
**meaning** 35:18
**meant** 42:25

**measures** 39:24
**medicaid** 44:19,25
    45:8,15
**medication** 17:2
**meet** 18:10,17,20
**meetings** 18:6,15
    19:7
**melissa** 5:4 11:8
**memphis** 4:6
**mention** 44:17
**mentioned** 19:11
    32:10 33:7,15
**met** 19:4,25
**michael** 7:10
**midwest** 50:17
    53:1
**milbank** 3:20
    10:22
**milbank.com** 3:24
    3:24
**miller** 3:22
**mine** 22:18
**minutes** 46:5
**mis** 34:2
**mm** 13:23 18:2,5
    19:11 21:11,21
    22:4 25:6 28:6,17
    40:3,19 41:1 42:2
    42:20 44:17 45:1
**model** 25:1,17
**modeling** 25:2
**mofo.com** 4:19,20
    4:20
**moment** 10:18
    34:12
**monetary** 21:16
**money** 45:20
**monitor** 3:2,2
**montgomery** 48:2
**month** 27:12 29:7
    29:13

**monthly** 27:2,11
**months** 28:5 29:9
**morgan** 6:17 12:8
**morganlewis.com**
    6:20
**morning** 8:1 12:20
**morrison** 4:15
    5:19 11:6,17
**mpocha** 7:7
**mroot** 5:6
**municipal** 6:9
    11:23
**muniz** 6:3 11:19
**munoz** 5:11 6:5
**myers** 7:3

**n**

**n** 2:1 3:5
**name** 8:17 18:25
    50:6 51:3,4,15
    52:3,4,21
**named** 48:8
**natbony** 6:11
    11:21,21
**national** 5:15 6:2
    11:14,19
**nature** 37:8
**nayuan** 5:11
**need** 10:10 16:5
    22:12,19 46:2
**needed** 25:3 41:7
    41:14 42:8,12,15
    42:16
**never** 28:2,3
**new** 3:11,11,23,23
    4:12,12,18,18 5:20
    5:20 6:13,13
**newspapers** 44:23
**noah** 3:5 8:12,17
**noah.gillespie** 3:8
**nod** 15:3

[north - prager]

**north** 5:5
**notarized** 50:15
**notary** 1:19 48:5
  49:7 50:25 51:10
  51:18 52:15,23
  53:23
**note** 10:6 12:2
  50:13
**noted** 16:16
**noteholder** 6:16
  12:9
**noteholders** 4:14
  11:7
**november** 25:7
**number** 8:5 12:3
  28:1 33:10 36:14
  50:8,14
**numbers** 52:7
**nw** 3:6
**nzt** 5:14

**o**

**o'melveny** 7:3
**oath** 17:6
**object** 9:14 15:23
  17:14,16,17 19:17
  20:13 24:11 25:22
  27:6,15 28:11
  29:2 30:22 31:23
  35:3,13 37:5
  39:22 40:6,14,21
  41:5,22 42:14,23
  44:13 45:5,17
**objection** 9:6
  15:25 37:8
**objections** 9:3,5
  9:17
**objective** 42:25
**objects** 9:12
**obviously** 44:6
**occasions** 13:4

**occur** 43:20
**occurred** 44:9
**ochoa** 6:4,5 11:18
  11:18
**october** 1:21 8:2
  49:3 50:4
**offhand** 28:13
**office** 49:2
**official** 4:8 5:2
  11:3,9 51:15
  52:21
**oh** 26:3 27:14
**ohio** 1:19 48:1,5
  49:2,7 50:2
**ohring** 3:21 10:21
  10:22
**okay** 10:21 13:3
  16:4 17:19 21:1
  22:4 23:2 24:9
  26:3,6,22 30:3
  33:6,22 36:15
  41:16 42:2 46:3
  46:10,11
**omm.com** 7:7
**open** 22:23
**opinions** 20:22
**order** 22:13 39:25
**outcome** 44:12
**outlook** 26:15
**overall** 18:2 27:5
**oversight** 1:5,15
  3:13 8:15
**overview** 14:11

**p**

**p** 3:16
**page** 2:2,8 22:13
  31:17,21 34:14,17
  36:14,15,17,18,18
  36:21 37:16 38:9
  38:11 39:2,4 43:9
  43:11 50:14,16

**52:7 53:3**
**paid** 26:25 27:1,11
**pandemic** 9:23
**paper** 40:9
**paragraph** 30:2,4
  30:8 31:4 33:23
  34:18,22,24 35:9
  36:5,10 42:4 43:7
  43:10,14 44:18
**park** 3:16 4:11
**part** 10:17 25:17
  26:11 30:7 31:7
  31:12 32:21 52:9
**participants** 3:1
**participating** 12:5
  18:14
**particular** 33:11
**parties** 8:21 9:7
  10:19 46:18,22
**party** 9:6 48:16
**patterson** 7:21
  22:19 33:25 34:13
**paul** 4:10 7:16,21
  11:2 34:10,13
**paulhastings.com**
  4:13
**pause** 9:16
**pay** 43:2
**pending** 16:7
  43:23
**pennsylvania** 21:4
**percent** 13:18 14:9
**perez** 6:4,5 11:18
  11:18
**performing** 9:20
**period** 38:4,18,21
  39:11,15
**permits** 39:15
**person** 14:15
  17:12 18:22 26:11

**personally** 51:11
  52:15
**ph.d.** 21:9
**phone** 18:21 19:1
  19:1 50:3
**picture** 42:16
**piece** 31:1,2
**pinos** 7:18
**places** 41:19,23
**plan** 22:2,3 25:1
  25:17 30:14,20,21
  31:7,8,15,22 32:8
  32:11,21,22 33:4,7
  39:20 40:5 42:13
  43:3,3,4 45:16
**plans** 23:23 24:1
**platform** 9:21
  10:2,8,12,17 18:24
**please** 8:8 15:2,12
  16:14 21:1,11
  36:5 38:8 39:1
  50:12,12
**pocha** 7:4
**point** 10:15 16:5
  22:6 23:13 46:1
  46:19
**policies** 21:25
**political** 44:18
  45:3
**pop** 22:22
**poplar** 4:5
**positive** 44:7
**possible** 10:5
  42:22
**possinger** 7:16
**post** 21:19
**potential** 20:3
  43:22
**potentially** 43:19
**prager** 7:11

[preparation - reporting]                                                    Page 9

preparation   19:15
prepare   17:23
  18:3
presence   48:12
present   7:8
presents   10:1
previous   14:14
  29:23
previously   23:10
prior   28:22
privilege   9:4
proactively   36:10
problem   34:11
problems   35:19,25
procedure   1:17
  51:5 52:5
proceedings   50:6
  51:3 52:3
process   14:12
  20:23
production   50:16
  50:17,22
productivity   35:2
  35:11
professionally
  10:5
professor   21:19
program   21:5
projected   31:22
  33:4
projection   32:24
projections   30:20
  31:8 32:21 43:15
projects   40:5
promesa   1:4
proposing   32:7,10
proskauer   3:15
  7:12 18:12,18
  20:1
proskauer.com
  3:18

provides   39:11
psc   6:4
public   1:19 5:15
  6:2 11:14 28:18
  48:5 49:7 51:10
  51:18 52:15,23
  53:23
publish   10:10 22:7
puerto   1:2,6,10,16
  5:12 6:6 7:2 13:21
  25:3 26:7,15
  30:13 31:6 33:20
  36:9 41:3,15,20
  42:8 45:2,15 50:7
  51:3 52:3
purposes   22:10
pursuant   1:16
put   34:3,8

q

qtcb   6:16 12:9
qualified   48:6
quantity   44:8 45:2
question   14:20
  15:11,16,19,24
  16:7,8 19:19 35:6
  35:14 37:10
questioning   46:20
questions   14:16,18
  15:2,15,23 16:13
  16:15 25:1,2
  46:19,22,23
quote   30:5,5 31:4
  31:9 32:3,5 35:1,1
  37:20

r

rachel   6:12 11:25
rachel.ross   6:15
raise   35:1,11
rappaport   7:14

reach   9:1
reached   28:3 29:6
read   17:24,24
  19:12,20 31:10
  37:24 44:22 47:1
  51:5,6,12 52:5,6
  52:17
reading   32:2
  35:17 43:16 50:20
realistic   41:3
reallocated   45:21
really   13:10 28:12
  29:13
reason   16:23
  31:19 50:15 52:8
  53:3
receipt   50:19
receive   20:11,18
  20:20
received   21:9
  29:19
recess   46:13
recognize   9:19
recommend   33:18
  36:8 39:24 40:12
recommendations
  33:11
recommended
  30:13,14,19 31:6
  31:15,20 32:4,7,20
  32:23 33:3 34:25
  35:10
record   8:3,9 10:20
  12:2 14:22 46:12
  46:15 47:8,9 52:9
recovery   3:3
reduced   48:11,13
reference   50:8
  51:2 52:2
referenced   51:11
  52:15

referencing   31:13
  32:17
referring   44:2,21
reform   39:5 42:12
  42:22
reforms   30:12,14
  30:24 31:5,14,16
  32:3,9 33:11,17,19
  35:1,11,18,19,24
  36:10,25 37:21
  38:23 39:9 40:12
  40:15 41:2,6,13,14
  41:17,17 42:8
refresh   22:20
refused   20:24
regard   25:19
regarding   20:3,7
regards   23:11
regular   16:4
related   14:3
relating   13:5
relative   48:16
reload   22:13
remember   18:25
remote   1:13 8:10
  15:8
remotely   8:7 9:22
repeat   35:8
report   2:9 17:24
  19:21 21:21 22:8
  23:6,8,11,17,20
  26:19,21 29:25
  30:15,15,23 31:14
  32:4,14 33:18,19
  34:24 35:9 36:21
  37:3 41:2
reporter   12:12
  15:4 17:15,19
  46:25 51:7
reporting   48:18

[represent - strike]                                                                    Page 10

**represent** 8:19
**representative** 1:7
  3:13 17:12
**request** 16:6 52:9
  52:11
**requests** 25:4
**required** 15:24
  50:25
**research** 25:5 40:9
**reserve** 46:18
**reserved** 9:5
**resources** 22:1
**respect** 20:12,18
  37:9
**response** 16:13
**resulted** 26:18
**results** 37:21
  39:10
**retired** 5:2 11:10
**returned** 50:19
**review** 19:14
  50:13 51:1 52:1
**rey** 5:12
**rice** 21:19
**richardson** 4:17
**rico** 1:2,6,10,16
  5:12 6:6 7:2 13:21
  25:3 26:7,15
  30:13 31:6 33:20
  36:9 41:4,15,21
  42:8 45:2,15 50:7
  51:3 52:3
**right** 21:20 23:11
  26:2 36:2 38:15
  39:8 40:13 46:6
  46:18
**rightmost** 37:15
  37:19
**rivera** 5:11 6:5
**rmr** 1:18 48:4 49:7

**robert** 5:18 11:16
**robert.berezin**
  5:22
**role** 24:5,7,17,23
  24:24 25:6,11
  26:23 27:9,13,19
**root** 5:4 11:8,8
**rose** 3:15
**ross** 6:12 11:25
**roth** 3:4 7:17 8:13
  8:18
**rough** 29:14
**rpr** 1:18 48:4 49:7
**rule** 48:20
**rules** 1:17 51:5
  52:5

**s**

**s** 5:18 50:16 52:8,8
  53:3
**safe** 9:24
**san** 6:6
**saying** 35:24 39:20
**says** 31:18
**school** 21:8
**schulte** 3:4 7:17
  8:13,18
**science** 21:5,7
**scooper** 3:18
**scope** 45:18
**scott** 3:16 8:14
**screen** 15:11 22:15
  22:20 34:5,7,11,22
  42:4
**scroll** 36:5
**seal** 49:2 51:15
  52:21
**security** 43:24
  44:5
**seda** 6:3
**see** 14:4 21:24
  22:13 23:7 30:7

32:12 34:21 36:15
  36:20 37:17 38:1
  38:13,21 39:6,14
  43:8,10,25 46:2
**seen** 45:6
**send** 47:2
**sense** 28:10
**sentence** 30:8
  31:12 35:18
**separate** 9:22
**september** 2:9
  22:9
**servais** 6:11 11:24
**service** 22:1 40:1
  43:2
**services** 5:8 11:12
**set** 25:18 49:2
**seventh** 5:12 7:5
**share** 34:7,9,22
  42:4
**shared** 34:5
**sharing** 34:11
**sheet** 50:14 52:7
  52:10,18 53:1
**short** 19:1 45:25
**shorter** 19:9
**shown** 50:16
**side** 22:22
**signature** 49:6
  50:15
**signed** 51:13 52:18
**signing** 50:20
**similar** 28:23
**sincerely** 50:21
**sir** 12:20 50:10
**situation** 26:15
**sketch** 21:2,12
  26:10
**snow** 4:3 10:25
**social** 43:24 44:5

**sola** 5:10
**solutions** 50:1
  53:1
**somebody** 35:5
**sorry** 35:4 37:7
  41:10,13,17 42:5
**sort** 26:13
**speaking** 10:3
**specifically** 9:3
**spending** 45:9
**spent** 27:4,12,19
  28:24 40:11 45:21
**srz.com** 3:8,9,12
**ss** 48:1
**stand** 23:8 37:2
**standard** 1:22 9:2
**stars** 7:5
**start** 10:21 20:17
**started** 21:14 29:5
**starting** 27:13
**state** 1:19 6:18 8:8
  30:4 43:14 44:25
  48:1,5 49:7 51:10
  52:15
**statement** 51:13
  51:14 52:19,19
**states** 1:1
**status** 33:15
**stenographically**
  48:12
**stephanie** 5:19
  11:17
**stephanie.morris...**
  5:23
**steps** 31:18
**stipulation** 9:15
**stipulations** 9:3
**street** 3:6 4:18 5:5
  6:12,18
**strike** 41:18

[structural - various]                                                                Page 11

**structural** 30:12 31:5,14 33:11,17 33:19 35:1,11,19 42:11
**submitted** 21:22
**subscribed** 51:10 52:14 53:21
**substantially** 30:16 32:5
**suffice** 9:7
**suite** 3:6,17 4:6 6:6 50:2
**superior** 50:1
**suppose** 24:15
**sure** 10:13 12:22 13:14,18 14:9,12 14:20 19:18 29:14 35:8 41:11
**surplus** 31:8 37:22 38:17,24 39:16,25 41:25 42:18 43:2
**swear** 12:13
**swearing** 8:10
**sworn** 12:16 48:9 51:10,13 52:14,18 53:21
**system** 44:4

**t**

**table** 43:15
**taft** 6:10 11:22
**take** 8:4 10:18,18 13:7 15:4 16:8 18:3 31:1,18 45:25
**taken** 1:17 31:7,19 46:13
**talk** 24:5 26:22 32:17
**task** 40:3
**tax** 39:5,9

**taxation** 36:1
**teacher** 21:14
**teaching** 21:18,19
**team** 26:11
**technical** 15:9
**technological** 10:2
**tell** 28:1,2
**tells** 38:4
**ten** 39:10 46:5,7
**tennessee** 4:6
**terminology** 32:14
**territories** 44:20 44:24
**testify** 16:24 17:3 23:19 48:9
**testifying** 23:22
**testimony** 13:25 17:6 20:3,4 48:11 51:6,7 52:6,9,12
**tfoudy** 4:19
**thank** 12:6,10 14:10 16:22 17:10 19:24 22:16,25 23:4 24:3 30:17 32:25,25 33:9 34:13,19 37:12 43:12 45:24 46:17 47:4,6,7
**theresa** 4:16 11:5
**thing** 14:7 19:20 44:17
**things** 19:12
**think** 9:11 13:11 13:17 14:7 19:9 28:18 31:17 32:13 36:9 41:3 45:25 47:5
**thinking** 33:2
**third** 3:10
**thirty** 50:19

**thought** 19:20 41:20 42:25
**three** 19:10 26:11 29:9 35:20,22 36:11 41:2,17,23 42:11
**thumbnail** 21:2,12 26:9
**time** 1:22 13:7 14:21,21 15:10,22 15:22 18:5 25:13 27:4,12,19 28:8,21 28:23,24 29:3 40:12 46:24
**times** 12:25 18:17 18:19 19:4
**title** 1:4
**today** 8:2,4,22 9:4 12:5 14:16 16:5 16:12,24 17:6,11 19:16 23:19 47:5
**told** 40:16
**total** 28:10
**transcribed** 51:7
**transcript** 14:23 15:2 47:1,3 50:12 50:13 51:5,12 52:5,11,17
**treating** 44:24
**tree** 22:22
**trial** 13:24 14:6
**trinidad** 5:11
**trouble** 15:11 41:11
**truth** 48:9,9,10
**truthfully** 16:24 17:3
**try** 10:3 14:19 16:14 36:14
**trying** 16:15

**tuesday** 1:21
**turn** 29:25 42:4,16 42:17
**twice** 13:2
**two** 13:3,19 17:25 19:21 29:9 30:6
**type** 26:14
**typewriting** 48:14
**typically** 29:20

**u**

**u.s.** 44:3,19
**uh** 13:13 28:4
**unclear** 15:16
**underlie** 24:1
**understand** 8:24 9:6 14:24 15:6,13 15:16,19,20 16:2 16:10,20 17:5 19:19 22:12 24:6 32:16 36:2,7,23 42:20
**understood** 19:24 29:15,24
**united** 1:1
**university** 21:3,9 21:20
**unsecured** 4:9 11:4
**upside** 40:4
**use** 10:1 36:9
**utier** 13:6,15,20

**v**

**v** 50:7 51:3 52:3
**valdes** 5:9 8:19,25
**value** 36:24 38:5 41:20,24 42:13 44:9 45:2
**values** 37:2
**various** 43:18

[verbally - zouairabani]                                                      Page 12

verbally  15:2
veritext  7:19 9:21
  22:24 34:1 50:1,8
  53:1
veritext.com.
  50:17
video  18:22 41:8
videographer  7:20
  8:1 46:11,14 47:9
videotaped  1:13
  8:4
view  15:11 40:4
violate  14:21
virtually  9:20
vitti  7:10

**w**

waived  50:20
want  9:19 10:6
wanted  9:1 19:22
washington  3:7
  44:19,23
way  22:24 29:20
webex  18:24
weight  17:7
weil  5:17 11:13
weil.com  5:21,22
  5:22,23
welcome  8:16
went  21:3,8,16,17
west  4:18
wharton  21:5,6
whereof  49:1
whichever  27:22
whitelaw  5:19
  11:16
wickersham  6:10
  11:22
wild  11:19
william  6:11 11:21
windham  1:20

wisconsin  21:9
witness  1:14 8:11
  10:14 12:13,15
  13:9,9,11,16,17
  14:6,8 19:18
  20:14 22:17,25
  24:12 25:23 28:12
  29:3 30:23 31:24
  34:14 35:4,15
  37:6,11 39:23
  40:7,15,22 41:6,23
  42:15,24 44:14
  45:6,19 46:3,7,10
  46:22,24 47:1,6
  48:13 49:1 50:9
  50:12 51:1,4,11
  52:1,4,15
witness'  50:15
wolfe  1:14 2:3,9
  12:14,21 17:22
  21:1 22:9 23:5
  34:21 36:20 39:19
  40:11 41:10,10
  42:7 45:24 46:17
  47:5 48:8 50:9
  51:4,9 52:4,13
  53:20
word  36:9 39:20
work  21:12 24:12
  24:15 25:16 26:10
  26:13,18,20 29:10
worked  24:9
workers  13:6
working  29:5
  40:20,22
writing  48:12
wrote  40:8

**x**

x  2:1

**y**

yards  3:22
yeah  27:23 30:11
  31:24 46:8
year  27:17,20,21
  27:25 28:9,20,24
  28:25 29:18 37:22
  37:23 38:5,5,17,22
  38:22 39:10,12,12
  39:15
year's  29:23
years  21:15,17
  28:8,22 29:9
york  3:11,11,23,23
  4:12,12,18,18 5:20
  5:20 6:13,13

**z**

zabel  3:4 7:17 8:13
  8:18
zoom  1:13 3:1
  18:24
zouairabani  5:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.