IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
FOR CONFIRMATION OF PLAN OF ADJUSTMENT**

BMO Capital Markets GKST, Inc. hereby submits this *Notice of Intent to Participate in Discovery* for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith*, [Dkt. No. 17640], and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

1. **Participant's contact information, including email address, and that of its counsel**:

   Participant's Name: BMO Capital Markets GKST, Inc.

   Participant's Address: c/o MCGUIREWOODS LLP
   888 16th Street N.W., Suite 500
   Black Lives Matter Plaza
   Washington, DC 20006

   Names and Addresses of Counsel: MCGUIREWOODS LLP
   888 16th Street N.W., Suite 500
   Black Lives Matter Plaza
   Washington, DC 20006
   Attn: E. Andrew Southerling, Aaron McCollough,
   Joseph Florczak

   NAVARRO-CABRER LAW OFFICES
   El Centro I, Suite 206
   500 Muñoz Rivera Avenue
   San Juan, Puerto Rico 00918

   Email Addresses of Counsel: asoutherling@mcguirewoods.com
   amccollough@mcguirewoods.com
   jflorczak@goodwinlaw.com
   navarro@navarrolawpr.com

2. **Participant's Claim number and the nature of Participant's Claim**:

   Claim Number: 174414

   Nature of Claim: Claims related to the underwriting and issuance of certain bonds.

Respectfully submitted,

Dated: October 19, 2021

| **NAVARRO-CABRER LAW OFFICES** | **McGUIREWOODS LLP** |
|---|---|
| /s/ *DRAFT* | /s/ *DRAFT* |
| Nilda M. Navarro-Cabrer | E. Andrew Southerling (Pro Hac Vice) |
| USDC-PR Bar No. 201212 | 888 16th Street N.W. |
| El Centro I, Suite 206 | Suite 500 |
| 500 Muñoz Rivera Avenue | Black Lives Matter Plaza |
| San Juan, Puerto Rico 00918 | Washington, DC 20006 |
| Tel.: (787) 764-9595 | Tel.: (202) 857-1700 |
| Fax: (787) 764-7575 | Fax: (202) 857-1737 |
| E-mail: navarro@navarrolawpr.com | E-mail: asoutherling@mcguirewoods.com |
| *Counsel to BMO Capital Markets GKST, Inc.* | -and- |
| | Aaron G. McCollough (Pro Hac Vice) |
| | 77 West Wacker Drive, Suite 4100 |
| | Chicago, IL 60601-1818 |
| | Tel. (312) 849-8256 |
| | Fax: (312) 698-4522 |
| | E-mail: amccollough@mcguirewoods.com |
| | *Counsel to BMO Capital Markets GKST, Inc.* |

**I HEREBY CERTIFY** that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

/s/ *DRAFT*
Nilda M. Navarro-Cabrer
USDC-PR Bar No. 201212
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 764-9595
Fax: (787) 764-7575
E-mail: navarro@navarrolawpr.com

*Counsel to BMO Capital Markets GKST, Inc.*