| Period | 4Q 2017 | 1Q 2018 | 2Q 2018 | 3Q 2018 | 4Q 2018 | 1Q 2019 | 2Q 2019 | 3Q 2019 |
|---|---|---|---|---|---|---|---|---|
| **Costs** | | | | | | | | |
| Estimated Total Visits | | | | | | | | |
| % of Medicaid enrollees | | 86% | 96% | 96% | 96% | 96% | 96% | 86% | 86% |
| Estimated% Total Visits by Medicaid Enrollees | | 14,913 | 18,823 | 4,112 | 17,435 | 9,958 | 7,012 | 8,735 | 8,857 |
| PPS Rate | | 152.54 | 167.10 | 167.10 | 167.10 | 167.10 | 170.28 | 170.28 | 170.28 |
| **Total Cost Medicaid Beneficiaries** | $ 2,274,829 | $ 3,145,323 | $ 687,115 | $ 2,913,389 | $ 1,663,982 | $ 1,194,003 | $ 1,487,396 | $ 1,508,170 |
| **Income** | | | | | | | | |
| Capitation Payments | $ 416,545 | $ 397,508 | $ 367,073 | $ 354,986 | $ 366,151 | $ 363,830 | $ 372,497 | $ 376,289 |
| Population Multiplier | | | | | | | | |
| Capitation Payments Medicaid and Chips Beneficiaries | | | | | | | | |
| Total Claims Paid Provider | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Visits Multiplier | | | | | | | | |
| FFS Medicaid and Chips Beneficiaries | | | | | | | | |
| Total Claims Paid | $ 416,545 | $ 397,508 | $ 367,073 | $ 354,986 | $ 366,151 | $ 363,830 | $ 372,497 | $ 376,289 |
| **Total Adj Income Medicaid and Chip Beneficiaries** | $ 358,228 | $ 381,608 | $ 352,390 | $ 340,787 | $ 351,505 | $ 349,277 | $ 320,347 | $ 323,608 |
| **Payments** | | | | | | | | |
| Wraparound Payments | | | | | | | | |
| Interim Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Wraparound Payment Due / (Recoupment)** | $ 1,916,601 | $ 2,763,715 | $ 334,725 | $ 2,572,602 | $ 1,312,477 | $ 844,727 | $ 1,167,049 | $ 1,184,562 |

| Period | 4Q 2019 | 1Q 2020 | 2Q 2020 | 3Q 2020 | 4Q 2020 | 1Q 2021 | 2Q 2021 | 3Q 2021 |
|---|---|---|---|---|---|---|---|---|
| **Costs** | | | | | | | | |
| Estimated Total Visits | | | | | | | | |
| % of Medicaid enrollees | 86% | 86% | 86% | 86% | 86% | 86% | 86% | 86% |
| Estimated% Total Visits by Medicaid Enrollees | 7,785 | 7,090 | 5,475 | 8,635 | 9,258 | 6,906 | 6,912 | 9,149 |
| PPS Rate | 170.28 | 174.02 | 174.02 | 174.02 | 174.02 | 176.45 | 176.45 | 176.45 |
| **Total Cost Medicaid Beneficiaries** | $ 1,325,630 | $ 1,233,802 | $ 952,760 | $ 1,502,663 | $ 1,611,077 | $ 1,218,564 | $ 1,219,622 | $ 1,614,341 |
| **Income** | | | | | | | | |
| Capitation Payments | $ 389,710 | $ 392,678 | $ 405,571 | $ 419,032 | $ 433,908 | $ 396,903 | $ 375,512 | $ 375,566 |
| Population Multiplier | | | | | | | | |
| Capitation Payments Medicaid and Chips Beneficiaries | | | | | | | | |
| Total Claims Paid Provider | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Visits Multiplier | | | | | | | | |
| FFS Medicaid and Chips Beneficiaries | | | | | | | | |
| Total Claims Paid | $ 389,710 | $ 392,678 | $ 405,571 | $ 419,032 | $ 433,908 | $ 396,903 | $ 375,512 | $ 375,566 |
| **Total Adj Income Medicaid and Chip Beneficiaries** | $ 335,151 | $ 337,703 | $ 348,791 | $ 360,367 | $ 373,161 | $ 341,337 | $ 322,940 | $ 322,986 |
| **Payments** | | | | | | | | |
| Wraparound Payments | | | | | | | | |
| Interim Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Wraparound Payment Due / (Recoupment)** | $ 990,479 | $ 896,099 | $ 603,968 | $ 1,142,295 | $ 1,237,916 | $ 877,227 | $ 896,683 | $ 1,291,355 |

**Total Claim    $           20,032,477**