**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING COMMUNITY HEALTH FOUNDATION OF P.R. INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

Upon consideration of the *Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense* (the "Motion"), the Court having reviewed the Motion and relief requested therein; the Court having jurisdiction over the Motion pursuant to 28 U.S.C. Section 1331 and 48 U.S.C. Section 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. Section 1391(b) and 48 U.S.C. Section 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Administrative Expense Claim filed by Community Health Foundation of P.R. Inc. is hereby allowed.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Payment to Community Health Foundation of P.R. Inc. of the post-petition wraparound payments in the amount of $20,032,477, accrued from the 4th quarter of 2017 up to and including the 3rd quarter of 2021, is hereby ordered.

4. The Commonwealth is hereby ordered to prospectively make all wraparound payments to Community Health Foundation of P.R. Inc., when due.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2021, in San Juan, Puerto Rico.

_____
The Honorable Laura Taylor Swain
UNITED STATES DISTRICT JUDGE