# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF PLAN OF ADJUSTMENT

Community Health Foundation of P.R. Inc. ("CHF") hereby submits this *Notice of Intent to Participate in Discovery* for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith*, [Dkt. No. 17640], and respectfully states as follows:

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. <u>Participant's contact information, including email address, and that of its counsel:</u>

| | |
|---|---|
| Participant's Name: | Community Health Foundation of P.R. Inc. |
| Participant's Address: | Marginal Santa Cruz C-17<br>Bayamon, PR 00961<br>Attn: Dr. Ismael Toro Grajales |
| Names and Addresses of Counsel: | BEATRIZ HERNÁNDEZ TORO LAW<br>PO Box 190291<br>San Juan, PR 00919-0291<br>Attn. Beatriz Hernández Toro, Esq. |
| Email Addresses of Counsel: | Beatriz.hernandezpr@gmail.com |

2. <u>Participant's Claim number and the nature of Participant's Claim:</u>

| | |
|---|---|
| Claim Number: | Dkt. No. 18602<br>Motion for Allowance and Payment of Administrative Expense |
| Nature of Claim: | Post-petition wraparound payments under Medicaid Act |

Respectfully submitted.

Dated: October 19, 2021

/s/ **BEATRIZ HERNÁNDEZ TORO**
BEATRIZ HERNÁNDEZ TORO
USDC #228809

BEATRIZ HERNÁNDEZ TORO LAW
PO BOX 190291
SAN JUAN, PR 00919-0291
TEL. (787) 368-4610
E-MAIL: Beatriz.hernandezpr@gmail.com