**Hearing Date: December 15, 2021, at 9:30.m. (AST)**
**Objection Deadline: November 30, 2021, at 4:00 p.m. (AST)**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Hearing Date: December 15, 2021, at 9:30.m. (AST)<br><br>Objection Deadline: November 30, 2021, at 4:00 p.m. (AST) |

### NOTICE OF HEARING ON COMMUNITY HEALTH FOUNDATION OF P.R. INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

PLEASE TAKE NOTICE that a hearing on *Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense* (the "Motion for Allowance and Payment of Administrative Expense") filed by Community Health Foundation of P.R. Inc. will be held before the Honorable Laura Taylor Swain, United States District Judge, on December 15, 2021, at 9:30 a.m. (AST) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that any responses or objections ("Objections") to the Motion for Allowance and Payment of Administrative Expense by any party shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted pro hac vice, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District Court, Room 150 Federal Building, San Juan, PR

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

00918-1767 or by hand delivery to the Clerk's Office, United States District Court, 150 Carlos Chardon Avenue, Room 150, San Juan, PR 00918, to the extent applicable, and shall be served in accordance with the Fifteenth Amended Notice, Case Management and Administrative Procedures [Docket No. 17127, Ex. 1], so as to be so filed and received no later than November 30, 2021, 4:00 p.m. (AST) (the "Objection Deadline"), to the following parties:

**(i) Chambers of the Honorable Laura Taylor Swain:**

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

**(ii) Office of the United States Trustee for Region 21**

Edificio Ochoa, 500
Tanca Street, Suite 301
San Juan, PR 00901-1922

**(iii) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):**

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq.
Rocío Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
EMail:hermann.bauer@oneillborges.com

**(vi) Counsel for the Creditors' Committee:**

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa

E-Mail: jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

**(vii) Counsel for the Retiree Committee:**

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon

2

(iv) **Counsel for AAFAF:**

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
E-Mail:
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com

Marini Pietrantoni Muñiz LLC
250 Ponce de León Ave.
Suite 900
San Juan, PR 00918
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero Esq.
Iván Garau-González Esq.
E-Mail:
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
igarau@mpmlawpr.com

(v) **Counsel for the Oversight Board:**

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
Maja Zerjal
E-mail:
mbienenstock@proskauer.com

Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

(viii) **The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.**

(ix) **Counsel to any other statutory committee appointed in these Title III Cases.**

(x) **List of entities in the Master Service List found in the following link: https://cases.primeclerk.com/puertorico/Home-Index**

(xi) **any person or entity with a particularized interest in the subject matter of a document**

3

      ppossinger@proskauer.com
      ebarak@proskauer.com
      mzerjal@proskauer.com

      PLEASE TAKE FURTHER NOTICE that if an Objection to the Motion for Allowance and Payment of Administrative Expense is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Fifteenth Amended Notice, Case Management and Administrative Procedures.

      PLEASE TAKE FURTHER NOTICE that copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov subject to the procedures and fees set forth therein.

      Dated: October 19, 2021

      Respectfully submitted.

      **/s/ BEATRIZ HERNÁNDEZ TORO**
      BEATRIZ HERNÁNDEZ TORO
      USDC #228809

      BEATRIZ HERNÁNDEZ TORO LAW
      PO BOX 190291
      SAN JUAN, PR 00919-0291
      TEL. (787) 368-4610
      E-MAIL: Beatriz.hernandezpr@gmail.com