# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUBLIC BUILDINGS AUTHORITY<br><br>*Debtors¹* | PROMESA<br>Title III<br><br>Case No. 17 BK 3283 – LTS<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I Jenny Díaz Ramos, hereby certify that I am of legal age and employed by Almeida & Dávila, P.S.C. and that on October 19, 2021, I caused the following document to be served via first-class U.S. Mail , postage pre paid on the parties listed in **Exhibit A** hereto.

- Credit Unions' Joint Objection to Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico Et. Al. (**Docket No. 18594**)

---

[1] The Debtors in these Title III Cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of federal Tax ID: 3481); (ii) Puerto Rico Sales tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

In San Juan, Puerto Rico this 19th day of October 2021



*/S/Jenny Díaz Ramos*
***Jenny Díaz Ramos***

***Attorneys for Credit Unions***
*PO Box 191757*
*San Juan, PR 00919-1757*

# EXIHIBIT A

(I) <u>Chambers of the Honorable Laura Taylor Swain:</u>
United States District Court for the District of the Southern District of New York
Daniel Patrick Moyniham United States Courthouse
500 Pearl St. Suite No. 3212
New York, New York 10007-1312

(II) <u>Office of the United States Trustee for Region 21</u>
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(III) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):</u>
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sanchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, PR 00907
Attn. Carlos Saavedra, Esq.
Rocío Valentín, Esq.
Email: Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov

(IV) <u>Counsel for AAFAF:</u>
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn. John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.

Email: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com

Marini Pietrantoni Muñiz LLC
250 Ponce de León Ave.
Suite 900
San Juan, PR 00918
Attn. Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.
Iván Garau-González, Esq.
Email: lmarini@mpmlawpr.com

        cvelaz@mpmlawpr.com
        igarau@mpmlawpr.com

(V)    Counsel for the Oversight Board:
        Proskauer Rose LLP
        Eleven Times Square
        New York, New York 10036-8299
        Attn:    Martin J. Bienenstock
                     Brian S. Rosen
                     Paul V. POssinger
                     Ehud Barak
                     Maja Zerjal
        Email:  mbienenstock@proskauer.com
                     brosen@proskauer.com
                     ppossinger@proskauer.com
                     ebarak@proskauer.com
                     mzerjal@proskauer.com

        O'Neill & Borges LLC
        250 Muñoz Rivera Ave. Suite 800
        San Juan, PR 00918-1813
        Attn:    Hermann D. Bauer, Esq.
        Email:  hermann.bauer@oneillborges.com

(VI)   Counsel for Creditors' Committee:
        Paul Hastings LLP
        200 Park Avenue
        New York, New York 10166
        Attn:    Luc A. Despins
                     James Bliss
                     G. Alexander Bongartz
        Email:  lucdespins@paulhastings.com
                     jamesbliss@paulhastings.com
                     alexbongartz@paulhastings.com

Casillas, Santiago & Torres
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala
        Diana M. Battle-Barasorda
        Alberto J.E. Añeses Negrón
        Ericka C. Montull-Novoa
Email:  jcasillas@cstlawpr.com
        dbattle@cstlawpr.com
        aaneses@cstlawpr.com
        emontull@cstlawpr.com

(VII) <u>Counsel for Retiree Committee:</u>
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Attn: Robert Gordon
Richard Levin
Catherine Steege
Email: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com

Bennazar, García & Millán, C.S.P.
Edificio UNion Plaza PH-A Piso 18
Ave. Ponce de León #416
San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
Email: ajb@bennazar.org