IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO          (Jointly Administered)
et al.,

             Debtors.[3]

-------------------------------------------------------------x

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

       **If this Notice is filed on or before August 15, 2021, you may be granted access
to documents in the Plan Depository, where information and documents concerning the
Plan are kept, and you will also be able to serve your own discovery requests. If you file
this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted
access to documents in the Plan Depository, but you will not be able to serve your own
discovery requests. Please note that access to the information in the Plan Depository may
also require complying with the Debtors' access requirements. If this Notice is filed after
October 19, 2021, you will not be permitted to participate in discovery. If you do not file
this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy
Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal
Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and
(vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-
LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Conchita E. Cox Schuck*

Participant's Address: *C/Clemson #322-A University Gardens, P.R. 00927*

Participant's Email Address: *Conchita518@gmail.com*

Name of Counsel: *Lcda. Ivonne Gonzalez Morales*

Address of Counsel: *P.O. Box 901838 SJ - 00902-1838*

Email Address of Counsel: *ivonnelgm@prw.net*

2.  Participant's Claim number and the nature of Participant's Claim: *$17,682*

Claim Number: *1845* *Case# 17-03283 LTS docs*

Nature of Claim: *Ley Promesa y Dept. Familia*

By: *Dept. del Trabajo*

Signature *Conchita E. Cox*

Print Name *Conchita E. Cox Schuck*

*Conchita E. Cox*

Title (if Participant is not an individual)

*18 - Oct. 2021*

Date

RECEIVED & FILED
CLERK'S OFFICE

OCT 19 2021

US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.