UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

TO: LAURA TAYLOR SWAIN
United States District Judge

FROM: Allan J. Mayer
Attorney-at-Law
1650 El Cerrito Court
San Luis Obispo, CA 93401-4610
1 805 544 5843
EMAIL: LANYSLO@AOL.COM

SECURITY DESCRIPTION: PUERTO RICO COMWLTH HWY & TRAN
CUSIP#: 745190ZT6
ACCOUNT#: REDACTED  LA01
QUANTITY: 30,000

I am an attorney licensed to practice law in the State of New York (Registration#125733) and am a claimant in this proceeding, (see above "Security Description"). I request that the Judge order the administrator of this Bankrupt Estate to make a claim to FEMA for additional funds as the previous funds supplied were grossly inadequate and caused this bankruptcy.

Allan J. Mayer

Dated: October 15, 2021