**Allan J. Mayer**
Attorney-at-Law
1650 El Cerrito Court
San Luis Obispo, CA 93401-4610

Laura Taylor Swain
United States District Judge
USDC for District of Puerto Rico
150 Avenue Carlos Chardon
San Juan, PR 00918-1767






**PRIORITY MAIL**®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



FROM:
Allan Mayer
1650 El Cerrito Ct.
San Luis Obispo, CA 93401-4610

TO:
Laura Taylor Swain
United States District Judge
USDC for District of Puerto Rico
150 Avenue Carlos Chardon
San Juan, PR 00918-1767



EXPECTED DELIVERY DAY: 10/20/21

USPS TRACKING® #



9505 5158 2752 1289 7048 29

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.