**EXHIBIT B**

PARTY WITNESS COVER SHEET

| Name of Party | Service Employees International Union (SEIU) and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) |
|---|---|
| Does the Party intend to offer a witness? | No. |
| Total Number of Witnesses | None. |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| I, [*insert filing attorney name* or *pro se party-in-interest*], certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. ||||