### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | **BANKRUPTCY NO. 17-3283** |

### MOTION WITHDRAWING FROM LEGAL REPRESENTATION

**TO THE HONORABLE COURT**:

**APPEARS NOW** the Asociación Puertorriqueña de la Judicatura, Inc. ("APJ"), through the undersigned counsel, and hereby states, alleges, and requests as follows:

The undersigned hereby informs this Honorable Court that his last day at the Law Firm of Indiano & Williams will be today, October 20, 2021. All his active cases will continue to be managed by the other members of the Indiano & Williams, P.S.C. team who are also attorneys of record. Thus, the undersigned respectfully requests that this Honorable Court grant him withdrawal from the appearing party's legal representation and remove him from the notification matrix for this case.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court **GRANT** him withdrawal from the appearing party's legal representation and **ORDER** his removal from the notification matrix for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th of October, 2021.

1

**I HEREBY CERTIFY** that on even date the undersigned sent copy of the foregoing to all attorneys of record thru the CM/ECF System.

**INDIANO & WILLIAMS, P.S.C.**
207 Del Parque Street, Third Floor
San Juan, P.R. 00912
Tel. (787) 641-4545; Fax (787) 641-4544
Jose.vazquez@indianowilliams.com


*s/ José M. Vázquez-Lozada*
**JOSÉ M. VÁZQUEZ-LOZADA**
U.S.D.C. Bar. No. 303805