**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-BK 4780-LTS<br><br>This motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and case No. 17 BK 4780-LTS |

**NOTICE OF APPEARANCE AND INFORMING COMPLIANCE WITH ORDER**

**NOW COMES** appearing counsel Ismael H. Herrero III, on behalf of **YFN YABUCOA SOLAR LLC** (hereinafter "YFN Solar") and to the Honorable Court respectfully alleges and prays:

1.  In the matter of the Omnibus Motion of Puerto Rico Electric Power Authority (PREPA) for entry of on order (A) Approving PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief (Docket Entry No. 15178 in Case No. 17-3283 and Docket Entry No. 2296 in Case No. 17-1480), this Honorable Court entered an

Order on 16 September 2021 (Docket Entry No. 18134 in Case No. 17-3283 and Docket Entry No. 2621 in Case No. 17-1480), granting the rejection of YFN Solar's PPOA with PREPA and directing that the filing of "Any claims based on the rejection of the Rejected PPOA's must be filed on or before 4:00 p.m. (Atlantic Standard Time) on the first business day that is thirty-five (35) calendar days after the entry of this Order".

2. Appearing counsel Ismael H. Herrero III has been engaged to provide professional legal services to YFN Solar with respect to the filing of its claim as directed above. Attorney Herrero III hereby enters his appearance as counsel for YFN Solar.

3. YFN Solar hereby informs this Honorable Court of the filing of its Proof of Claim in compliance with the aforementioned Order on this same date, which has been entered on the Claims Docket as Claim Number 2802 in Case No. 17-3283 and Claim Number 105 in Case No. 17-1480.

WHEREFORE, Appearing Counsel Ismael H. Herrero III respectfully requests that this Honorable Court takes notice of his appearance as counsel for YFN Solar in this matter and of the compliance by YFN Solar with its Order dated 16 September 2021, with such further relief as is just and proper.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

In San Juan, Puerto Rico, this 20th day of October 2021.

**/s/ ISMAEL H. HERRERO III**
**LAW OFFICES OF HERRERO III**
**& ASSOCIATES, P.S.C.**
USDCPR #203002
P.O. BOX 362159
San Juan, P.R. 00936-2159
Tel. (787) 754-5000/(787) 509-3666
Email: herreroiLLL@herrerolaw.com