# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

Case No. 3:17-cv-03283 (LTS)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that Barclays Capital Inc., in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Fifteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 17127-1 of Case No. 17-03283 (the "CMP Order"),* sent a true and exact copy of the following documents:

*Notice of Intent to Participate in Discovery for confirmation of Plan of Adjustment of The Commonwealth of Puerto Rico,* filed on October 19, 2021 (Docket No. 18586 of Case No. 17-03283(LTS)); by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of October 2021.

                                        **McCONNELL VALDÉS LLC**

                                        /s/ *Roberto C. Quiñones-Rivera*
                                        Roberto C. Quiñones-Rivera, Esq.
                                        USDC-PR Bar No. 211512
                                        270 Muñoz Rivera Avenue
                                        Hato Rey, Puerto Rico 00918
                                        Telephone: (787) 250-2631
                                        Fax: (787) 759-9225
                                        E-mail: rcq@mcvpr.com

                                        *Counsel for Barclays Capital Inc.*