# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.,<br><br>  Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF OHIO         )
                      ) SS:
COUNTY OF CUYAHOGA )

Helen B. Douglas, being duly sworn, deposes and says:

1. I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

NAI-1522290205v1

2. On October 19, 2021, I caused a copy of the following to be served:

- *Statement and Reservation of Rights Regarding the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, Et Al. and Notice of Submission of Plan Supplement* (the "Reservation of Rights") [Case No. 17-03283 - Docket No. 18569; Case No. 17-03566 – Docket No. 1217]

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on the service list attached hereto as Exhibit A.

3. On October 19, 2021, I caused the Reservation of Rights to be served via U.S. First Class Mail upon the parties listed on the service list, attached hereto as Exhibit B.

Dated: October 21, 2021

                                             */s/ Helen B. Douglas*
                                             Helen B. Douglas

Sworn to before me on this
21st day of October, 2021

*/s/ Cynthia M. Machesky*
Cynthia M. Machesky, Notary Public
Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires December 25, 2024

**Exhibit A**

| | |
|---|---|
| aaa@mcvpr.com | arizmendis@reichardescalera.com |
| abhishek.kalra@lehmanholdings.com | arosenberg@paulweiss.com |
| abyowitz@kramerlevin.com | arotger@scvrlaw.com |
| acasellas@amgprlaw.com | Arthursail@stny.rr.com |
| acasepr@gmail.com | Arwolf@wlrk.com |
| acaton@kramerlevin.com | asociaciongerencialescfse@gmail.com |
| aceresney@debevoise.com | asoutherling@mcguirewoods.com |
| acevedovila1@gmail.com | asteinberg@kslaw.com |
| acordova@juris.inter.edu | athornton@akingump.com |
| acouret@smlawpr.com | ausubopr88@gmail.com |
| adam.goldberg@lw.com | avalencia@cnrd.com |
| adam.langley@butlersnow.com | avb@sbgblaw.com |
| adeliz@smlawpr.com | bankruptcynoticeschr@sec.gov |
| Adiaz@cnrd.com | barrios.jl@outlook.com |
| adtoro@pico-blanco.com | bbobroff@proskauer.com |
| afernandez@delgadofernandez.com | bchew@brownrudnick.com |
| agestrella@estrellallc.com | belkgrovas@gmail.com |
| AGlenn@kasowitz.com | beth@feganscott.com |
| agraitfe@agraitlawpr.com | bfriedman@stblaw.com |
| ajb@bennazar.org | bgm.csp@bennazar.org |
| ajc@mcvpr.com | bill.natbony@cwt.com |
| akaplan@susmangodfrey.com | bill.pentelovitch@maslon.com |
| AKHerring@wlrk.com | bjquintana@quintanapr.com |
| akissner@mofo.com | bkahn@akingump.com |
| alavergne@lsplawpr.com | bkfilings@fortuno-law.com |
| alavergne@sanpir.com | bmd@bmdcounselors.com |
| alex@fuenteslaw.com | bmd@cordovadick.com |
| alexandra.bigas@gmail.com | boneill@kramerlevin.com |
| alexbongartz@paulhastings.com | bos-bankruptcy@hklaw.com |
| alinares2020@yahoo.com | bpastuszenski@goodwinlaw.com |
| allan.brilliant@dechert.com | bqwhite@mwe.com |
| amccollough@mcguirewoods.com | Bradley.Humphreys@usdoj.gov |
| amiller@milbank.com | Bram.Strochlic@skadden.com |
| Ana.chilingarishvili@maslon.com | brett.ingerman@US.dlapiper.com |
| Antonio.bauza@bioslawpr.com | Brian.klein@maslon.com |
| andres@awllaw.com | brian.pfeiffer@whitecase.com |
| andrewtenzer@paulhastings.com | brian.resnick@davispolk.com |
| anevares@nsaclaw.com | BRosen@proskauer.com |
| angela.libby@davispolk.com | bufetefrgonzalez@gmail.com |
| angelvalencia@cnr.law | buzz.rochelle@romclaw.com |
| anthonybuscarino@paulhastings.com | cabruens@debevoise.com |
| antoniofuentesgonzalez@yahoo.com | cacuprill@cuprill.com |
| apavel@omm.com | calsina@prquiebra.com |
| aperez@kpmg.com | Carla.garcia@oneillborges.com |
| apico@jgl.com | carla.rodriguezbernier@yahoo.com |

carlos.iguina@multinationalpr.com
carlos.lugo@saldanalaw.com
Carlos.Saavedra@aafaf.pr.gov
carlosalbertoruizquiebras@gmail.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carloslsuarez@gmail.com
carlosvergne@aol.com
carmen.herrero@prepa.com
casey.servais@cwt.com
castilloricardo977@gmail.com
cbg@bobonislaw.com
cbrown@goodwinlaw.com
ccabrera@amrclaw.com
ccuprill@cuprill.com
cetj@maaspr.com
cfebus@proskauer.com
cgarcia@garciariveralaw.com
chardman@winston.com
charliehernandezlaw@gmail.com
Chris.Maddux@butlersnow.com
christopher.connolly@usdoj.gov
christopher.harris@lw.com
cintrongarcialaw@gmail.com
ckass@proskauer.com
clarisasola@hotmail.com
Clark.whitmore@maslon.com
cmechling@stroock.com
condecarmen@condelaw.com
contact@genesissecuritypr.com
corraldieg@gmail.com
courtneyrcarroll@gierbolinicarroll.com
craigmcc@me.com
crivera@cnr.law
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
cvelaz@mpmlawpr.com
cvilaro@ccsllp.com
cwedoff@jenner.com
damarisqv@bufetequinones.com
daniel.bustos@excelerateenergy.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
david.elbaum@stblaw.com
david.indiano@indianowilliams.com
david.lawton@morganlewis.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dcantor@omm.com
ddunne@milbank.com
deindprcorresp@mad.uscourts.gov
delapena.sylvia@gmail.com
delgadomirandalaw@gmail.com
dg@g-glawpr.com
dgooding@choate.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
dmunkittrick@proskauer.com
doman@ubarri-romanlaw.com
donald.bernstein@davispolk.com
Donna.Maldonado@popular.com
dortiz@elpuente.us
Douglas.Hallward-Driemeier@ropesgray.com
douglas.mintz@srz.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
dzinman@rkollp.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo@therivera.group
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
efl@bobonislaw.com
ehernandez@lawservicespr.com
ejcr@corretjerlaw.com

elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
enrique.almeida@almeidadavila.com
epo@amgprlaw.com
eric.prather@srz.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
erovira@polymerpr.com
escalera@reichardescalera.com
estudiolegalrivera2@gmail.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fdearmas@ciacpr.com
fdelahoz@whitecase.com
fecolon@colonramirez.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
finanzas@asg.pr.gov
fingerk@gtlaw.com
fjramos@martilaw.com
fmontanezmiran@yahoo.com
fojeda@estrellallc.com
fpabon@lvvlaw.com
francisco.delcastillo@bennazar.org
fsilva@claropr.com
FSosnick@Shearman.com
fvander@reichardescalera.com
gabriel.miranda@oneillborges.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gar@crlawpr.com
garciamirandalaw@gmail.com
gbrenner@proskauer.com
geisenberg@perkinscoie.com
gerardopavialaw@msn.com

ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gmainland@milbank.com
gmchg24@gmail.com
gonzalezbadillo@gmail.com
gonzalo.alcalde@metropistas.com
goplerud@sagwlaw.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gpaz@populicom.com
gramlui@yahoo.com
gregory.silbert@weil.com
gsilva@bioslawpr.com
gspadoro@csglaw.com
gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
hernandezrodriguezv@gmail.com
herreroiLLL@herrerolaw.com
howard.hawkins@cwt.com
howie@sagwlaw.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hvicente@vclawpr.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
idizengoff@akingump.com
ifullana@gaflegal.com
igarau@mpmlawpr.com
ileanaortix@outlook.com
info@jesusriveradelgado.com
info@NSACLAW.com
ioliver@ccsllp.com
irg@roldanlawpr.com
irm@roldanlawpr.com
ivan.llado@mbcdlaw.com

ivandialo2001@yahoo.com
jaclyn.hall@cwt.com
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
janebeckerwhitaker@yahoo.com
jarrastia@gjb-law.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jcc@fccplawpr.com
jcc@fclawpr.com
jcdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
jcunningham@whitecase.com
jdavila@sbgblaw.com
jeb.bailey@butlersnow.com
jeff.bjork@lw.com
jemudd@yahoo.com
jerichman@proskauer.com
jessica@bufete-emmanuelli.com
jesther27@aol.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfelicianoacosta@mcguirewoods.com
jfigueroa@arroyorioslaw.com
jfnevares-law@microjuris.com
jgenovese@gjb-law.com
jgreen@whitecase.com
jhughes2@milbank.com
JLawlor@wmd-law.com
JLevitan@proskauer.com
jlg@joselgarcia.com
jlgere@gmail.com
jljones@proskauer.com
jlopez@constructorasantiago.com
jmenen6666@gmail.com
jmoralesb@microjuris.com
jmotto@winston.com
jnazario@martilaw.com
jnegron@mhlex.com
jnewton@mofo.com
jnieves@cstlawpr.com
Jnieves@gonzalezmunozlaw.com
john.duffey@maslon.com
johnshaffer@quinnemanuel.com
johring@milbank.com
jonathan.polkes@weil.com
jorge@mlrelaw.com
jorgequintanalajara@gmail.com
jose.enrico.valenzuela1@gmail.com
jose.sosa@dlapiper.com
jpalmore@mofo.com
jpatton@ycst.com
jpeck@mofo.com
jpsala_pr@yahoo.com
Jramirez@amrclaw.com
jrapisardi@omm.com
jreyes@sanpir.com
jrivlin@afscme.org
jroach@reedsmith.com
jsalichs@splawpr.com
jsanabria@sbgblaw.com
jsanchez@bdslawpr.com
jsanchez@lsplawpr.com
jsanchez@sanpir.com
jsanchez@scvrlaw.com
jsantiago@choate.com
jsantos@smlawpr.com
jsoto@jbsblaw.com
jsuarez@gjb-law.com
juan@jahrlaw.com
juans@prtc.net
julia.mignuccisanchez@gmail.com
julian.fernandez@metropistas.com
jvankirk@tcmrslaw.com
jvilarino@vilarinolaw.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jyoungwood@stblaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
Kbolanos@cnrd.com
kbolanos@diazvaz.law
kcsuria@estrellallc.com

kdm@romclaw.com
Keith.Wofford@ropesgray.com
kelly.diblasi@weil.com
Kellyrivero@hotmail.com
kevin.collins@btlaw.com
kgwynne@reedsmith.com
khansen@stroock.com
kkimpler@paulweiss.com
kperra@proskauer.com
kstipec@amgprlaw.com
kurt.mayr@morganlewis.com
kzecca@robbinsrussell.com
kzeituni@paulweiss.com
kzuniga@susmangodfrey.com
l.ortizsegura@ploolaw.com
larroyo@amgprlaw.com
lawlugo1@gmail.com
lawrog@gmail.com
lbarefoot@cgsh.com
lcancel@nsaclaw.com
lcdo.carlos.e.rivera.justiniano@gmail.com
ldelacruz@oeg.pr.gov
ldelgado@winston.com
legal.fmpr@gmail.com
lemuel.law@gmail.com
leticia.casalduc@indianowilliams.com
lfr@mcvpr.com
Lft@tcmrslaw.com
lhughes@mofo.com
liza.burton@lw.com
llarose@sheppardmullin.com
lllach@cstlawpr.com
lmarini@mpmlawpr.com
lms@mcvpr.com
Lnegron@kpmg.com
loliver@amgprlaw.com
loomislegal@gmail.com
lpabonroca@microjuris.com
lramos@cstlawpr.com
lramos@plclawpr.com
lrappaport@proskauer.com
lrichards@rkollp.com
lrobbins@robbinsrussell.com
ls.valle@condelaw.com
lsaldana@scvrlaw.com
lsizemore@reedsmith.com

lstafford@proskauer.com
ltorres@cstlawpr.com
lucdespins@paulHastings.com
luis.bautista@scotiabank.com
luis.vazquez@peerlessoil.com
luisfredsalgado@hotmail.com
luislluberas@mvalaw.com
lypagan@trabajo.pr.gov
lzornberg@debevoise.com
man@nblawpr.com
manuel@rodriguezbanchs.com
margaritalmercado@gmail.com
maria.baco@msn.com
mariae.hernandez@prepa.com
mariana.muniz@dlapiper.com
marianifrancolaw@gmail.com
Marieli.Paradizo@ponce.pr.gov
marielopad@gmail.com
marivera@riveratulla.com
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
mark.mcdermott@skadden.com
markv@hbsslaw.com
martin.sosland@butlersnow.com
martz@afscme.org
matthew.troy@usdoj.gov
matthewscheck@quinnemanuel.com
maxtruj@gmail.com
mbarulli@choate.com
mbienenstock@proskauer.com
Mcantor4@mac.com
mcaruso@csglaw.com
mcrm100@msn.com
mdale@proskauer.com
mdiconza@omm.com
mechling@stroock.com
Mfb@tcmrslaw.com
mfirestein@proskauer.com
mfredericks@amerinatls.com
mfvelezquiebras@gmail.com
mguitian@gjb-law.com
MHackett@proskauer.com
michael.cook@srz.com
michael.doluisio@dechert.com
michael.hefter@hoganlovells.com
michael.reiss@lw.com

michaelcomerford@paulhastings.com
michele.meises@whitecase.com
migade19@hotmail.com
miguelgierbolini@gierbolinicarroll.com
Mimi.M.Wong@irscounsel.treas.gov
Mitch.Carrington@butlersnow.com
mkelso@susmangodfrey.com
mlepelstat@csglaw.com
mmier@cabprlaw.com
mmo@oronozlaw.com
mneiburg@ycst.com
MPC@mcvpr.com
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
msimonet@msglawpr.com
msmall@foley.com
mstancil@willkie.com
mtrelles@pmalaw.com
mvega@senado.pr.gov
mvega@vega-rivera.com
n.tactuk@ferrovial.com
Nathan.bull@cwt.com
nbaker@stblaw.com
nbhatt@sheppardmullin.com
ncoco@mwe.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nlandrau@landraulaw.com
nmanne@susmangodfrey.com
norbertocolonalvarado@yahoo.com
notices@condelaw.com
notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com
nrickenbach@rickenbachpr.com
nroblesdiaz@gmail.com
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando.gonzalez@publicisone.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
Paul.lockwood@skadden.com

Paula.Flowers@TransCore.com
paula.gonzalez@oneillborges.com
pdechiara@cwsny.com
pdevlin@rkollp.com
pdublin@akingump.com
peajeinfo@dechert.com
pedronicot@gmail.com
penagaricanobrownusdc@gmail.com
peter.amend@srz.com
petercheinsr@gmail.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@krcl.com
pjime@icepr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
prwolverine@gmail.com
pwm@wbmvlaw.com
quiebras@elbufetedelpueblo.com
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
rachel.mauceri@morganlewis.com
Rafael.Echevarria@evertecinc.com
rafael.ortiz.mendoza@gmail.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbillings@kmksc.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rco@crlawpr.com
rcq@mcvpr.com
rcruz@vnblegal.com
rdesoto@mapfrepr.com
rdiaz@bdslawpr.com
rebecabarnes@bufetebarnes.com
rebecca.cutri-kohart@usdoj.gov
reed.smith@cooley.com

Regan.Michael@epa.gov
remmanuelli@me.com
rfc@thefinancialattorneys.com
rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgtolaw@gmail.com
rgv@g-glawpr.com
rhoncat@netscape.net
rich.katz@torquepointllc.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rkim@proskauer.com
rlatorre@delvallegroup.net
rlevin@jenner.com
rlm@martilaw.com
rnies@csglaw.com
robert.berezin@weil.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
Rocio.Valentin@aafaf.pr.gov
rolando@bufete-emmanuelli.com
romn1960@gmail.com
ronald.silverman@hoganlovells.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrich2@huntonak.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rrosen@paulweiss.com
rsantiago@mhlex.com
rschell@msglawpr.com
rtoro@universalpr.com
rtorres@torresrodlaw.com
rvalentin@calopsc.com
salalawyers@yahoo.com
sanchez.lebron501@gmail.com
santilawoffice@yahoo.com
santos.giancarlo@gmail.com
santosberriosbk@gmail.com
sara.posner@hoganlovells.com
Saultoledo22@yahoo.com

sawbacal@aol.com
sbaldini@akingump.com
sbest@brownrudnick.com
sbeville@brownrudnick.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
sdavidson@kslaw.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
Shana.Elberg@skadden.com
shannon.wolf@morganlewis.com
sheimberg@akingump.com
skyhighelevators@gmail.com
smillman@stroock.com
smillman@stroock.com
softedal@choate.com
sramirez@sarlaw.com
sratner@proskauer.com
SSchmidt@kasowitz.com
stan.ladner@butlersnow.com
stephen.pezzi@usdoj.gov
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com
susheelkirpalani@quinnemanuel.com
SwainDPRCorresp@nysd.uscourts.gov
swb@wbmvlaw.com
sweise@proskauer.com
swisotzkey@kmksc.com
tanairapadilla@yahoo.com
tdolcourt@foley.com
Thomas.g.ward@usdoj.gov
thomas.mott@srz.com
Thomas.M.Rath@irscounsel.treas.gov
thomascurtin@cwt.com
tmayer@kramerlevin.com
tmclish@akingump.com
tmungovan@proskauer.com
toledo.bankruptcy@gmail.com
tomasita.sherer@us.dlapiper.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
TRowe@orrick.com

tuttieguerrero@yahoo.com
TWelch@kasowitz.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
valvarados@gmail.com
vbantnerpeo@buchalter.com
vblay@mpmlawpr.com
vcandelario@qaclaw.com
vegaramosluis@gmail.com
velez.hector@epa.gov
ventas@deya.com
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
vizcarrondo@reichardescalera.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wendolyn@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmarcari@ebglaw.com
wrieman@paulweiss.com
wssbankruptcy@gmail.com
wsushon@omm.com
xavier.carol@abertis.com
yanira.belen@metropistas.com
yehuda.goor@dechert.com
ygc@rclopr.com
ygc1@prtc.net
ytoyos@ramostoyoslaw.com
zacharyrussell@quinnemanuel.com
zdavila@almeidadavila.com

## Exhibit B

| | |
|---|---|
| United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Hon. Judith G. Dein<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 |
| AmeriCorps<br>Attn: Sonali Nijhawan<br>1201 New York Ave., NW<br>Washington, DC 20525 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>PO Box 81090<br>Carolina, PR 00981-0190 |
| Office of the United States Trustee<br>for Region 21<br>Attn: Monsita Lecaroz Arribas, Maria D.<br>Giannirakis & Nancy J. Gargula<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Integrand Assurance Company<br>PO Box 70128<br>San Juan, PR 00936-8128 |
| Department of Defense (DOD)<br>Attn: Lloyd J. Austin III<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Homeland Security (DHS)<br>Attn: Alejandro Mayorkas<br>Secretary of Homeland Security<br>Washington, DC 20528-0075 | Department of Energy (DOE)<br>Attn: Jennifer M. Granholm<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Human and Health Services<br>Attn: Xavier Becerra<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of Housing and<br>Urban Development (HUD)<br>Attn: Marcia L. Fudge<br>451 7th Street, SW<br>Washington, DC 20410 |
| Department of Transportation (DOT)<br>Attn: Pete Buttigieg<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of the Interior (DOI)<br>Attn: Deb Haaland<br>1849 C St., NW<br>Washington, DC 20240 |

| | |
|---|---|
| Kanoso Auto Sales Inc.<br>Attn: Jose A. Crespo Gonzalez, President<br>PO Box 1446<br>San German, PR 00683 | Department of Veterans Affairs (VA)<br>Attn: Denis Richard McDonough<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Deanne Criswell<br>500 C St., SW<br>Washington, DC 20472 | Jaime Rodríguez Avilés<br>128 Apartamento<br>201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR 00698 |
| Small Business Administration (SBA)<br>Attn: Dilawar Syed<br>409 3rd St., SW<br>Washington, DC 20416 | Federal Communications Commission (FCC)<br>Attn: Jessica Rosenworcel<br>45 L Street NE<br>Washington, DC 20554 |
| The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 | US Army Corps of Engineers<br>Attn: Scott A. Spellmon<br>441 G St., NW<br>Washington, DC 20548 |
| U.S. Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez,<br>    U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | U.S. Department of Agriculture<br>Attn: Thomas J. Vilsack<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| U.S. Department of Commerce<br>Attn: Gina M. Raimondo<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | U.S. Department of Education (ED)<br>Attn: Miguel Cardona<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Justice (DOJ)<br>Attn: Merrick Garland<br>950 Pennsylvania Ave., NW<br>Washington, DC 20210 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001 |
| U.S. Department of Labor (DOL)<br>Attn: Martin J. Walsh<br>200 Constitution Ave.<br>Washington, DC 20210 | Counsel to PFZ Properties, Inc.<br>Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 |
| Metro Pavia Health System<br>Attn: Zarel J. Soto Abaca<br>PO Box 3180<br>Carolina, PR 00984 | Reliable Equipment Corporation<br>Attn: Marylin Del Valle, General Manager<br>PO Box 2316<br>Toa Baja, PR 00951-2316 |

| | |
|---|---|
| Unitech Engineering<br>Attn: Ramon Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR 00739 | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 |
| Puerto Rico Electric Power Authority<br>Attn: Office of the General Counsel<br>PO Box 364267<br>San Juan, PR 00936-4267 | Pablo Del Valle Rivera<br>Counsel for Pablo Del Valle Rivera and<br>Maria A. Matinez, Tenants in Common<br>PO Box 2319<br>Toa Baja, PR 00951 |
| Ismael Vincenty Perez<br>Apt. 6105 350 Via Aventura<br>Trujillo Alto, PR 00976 | Wanda Vázquez Garced<br>Office of the Governor<br>The Commonwealth of Puerto Rico<br>La Fortaleza<br>Calle Fortaleza #63<br>San Juan, PR 00901 |
| Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa, Esq.<br>Vanessa Medina-Romero, Esq.<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 |
| Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan, PR 00919-2296 | SOMOS, Inc.<br>1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan, PR 00909 |
| Reinaldo Vincenty Perez<br>917 Calle Isaura Arnau<br>San Juan PR 00924 | Cohen, Weiss and Simon LLP<br>Attn: Hiram M. Arnaud<br>900 Third Ave<br>21st Floor<br>New York, NY 10022 |
| Reichard & Escalera, LLC<br>Attn: Rafael Escalera Rodriguez, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys, Carlos R. Rivera-Ortiz<br>255 Ponce de Leon Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez<br>Hon. Pedro R. Pierluisi-Urrutia<br>Calle Olimpo, Esq. Axtmayer<br>Pda. 11 Miramar<br>San Juan, PR 00907 |
| G RG Engineering S E<br>Attn: President or General Counsel<br>Urb. Belisa 1515 Calle Bori<br>San Juan, PR 00927 | Muniz Burgos Contractors, Corp.<br>Attn: President or General Counsel<br>Condominio Parque De Las Fuentes PH204<br>680 Calle Cesar Gonzalez<br>San Juan, PR 00918-3912 |

NAI-1522290205v1   B–3

| | |
|---|---|
| Correction Corporation of America<br>Attn: President or General Counsel<br>10 Burton Hills Boulevard<br>Nashville, TN 37215 | McNamee Lochner P.C.<br>Attn: General Counsel<br>20 Corporate Woods Blvd., Ste 4<br>Albany, NY 12211-2396 |
| Puerto Rico Industrial Development Company<br>Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan, PR 00936-2350 | Quintero Construction S E<br>Attn: President or General Counsel<br>Carr 734 Km 0.5 Bo Arenas<br>Cidra, PR 00739 |
| Bank of New York Mellon<br>225 Fifth Ave<br>Suite 1200<br>Pittsburgh, PA 15222 | Popular Fiduciary Services<br>Popular Center North Building<br>#209 Munoz Rivera, Ave<br>2nd Level<br>Hato Rey, PR 00918 |
| Cooperativa De A/C Aibonitena<br>100 Calle Jose C. Vazquez<br>Aibonito, PR 00705 | Candlewood Investment Group, LP<br>555 Theodore Fremd Avenue<br>Suite C-303<br>Rye, NY 10580 |
| Fir Tree Partners<br>55 West 46th Street<br>29th Floor<br>New York, NY 10036 | Cooperativa De Ahorro Y Credito De Lares<br>Attn: Enrique M. Almeida Bernal, Esq.<br>PO Box 19757<br>San Juan, PR 00919 |
| Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo<br>PO Box 363101<br>San Juan, PR 00936 | Goldentree Asset Management LP<br>300 Park Avenue, 20th Floor<br>New York, NY 10022 |
| Santander Asset Management, LLC<br>GAM Tower<br>2nd Floor<br>2 Tabonuco Street<br>Guaynabo, PR 06968 | Oppenheimerfunds Inc.<br>350 Linden Oaks<br>Rochester, NY 14625 |
| Sucesion Francisco Xavier Gonzalez Goenaga<br>PO Box 364643<br>San Juan, PR 00936 | N. Harris Computer Corporation<br>Attn: President or General Counsel<br>10 Quannapowitt<br>Parkway Suite 405<br>Wakefield, MA 01880 |

NAI-1522290205v1                B–4

| | |
|---|---|
| Banco Popular de Puerto Rico,<br>as Trustee<br>Popular Fiduciary Services, Popular Center North Building<br>#209 Munoz Rivera Ave., 2nd Level<br>Hato Rey, PR 00918 | Bank of New York Mellon as PRIFA Indenture Trustee<br>Pursuant to the Trust Agreement Dated as of March 1, 2105<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh, PA 15222 |
| Governing Board of the Puerto Rico Electric Power Authority<br>Attn: ralph A. Kreil-Rivera, President<br>1110 Ponce de Leon Ave.<br>San Juan, PR 00907 | A Select Drawdown Fund L.P.<br>250 West 55th Street<br>New York, NY 10019 |
| LUMA Energy ServCo, LLC<br>Wayne Stensby as Chief Executive Director<br>644 Fernandez Juncos Avenue<br>Suite 301<br>San Juan PR 00907 | Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Omar Marrero-Díaz as Executive Director<br>Government Center Roberto Sánchez Vilella (Minillas)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Sistema de Retiro AEE<br>PO Box 13978<br>San Juan, PR 00908-3978 | Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 |
| Puerto Rico Public Private Partnership Authority<br>Fermín Fontanés-Gómez, as Executive Director<br>Government Center Roberto Sánchez Vilella (Minillas)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 | Whitebox Advisors, LLC<br>Attn: Scott Specken<br>3033 Excelsior Blvd., Suite 300<br>Minneapolis, MN 55416 |