# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

NOW APPEARS Alberto Rivera Ramos as counsel to the Community Health Foundation of P.R. Inc., a creditor and party in interest hereto. Alberto Rivera Ramos hereby enters his appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and very respectfully requests that all motions, pleadings, papers and orders be served upon it through the contact information provided below, and that Alberto Rivera Ramos be included in the master list, or any other similar notice list applicable to this proceeding.

---

[1] The Debtors in the various Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ALBERTO RIVERA RAMOS
USDC Bar Number 227502

3001 AVE. ISLA VERDE
PLAZA DEL MAR, APT. 305
CAROLINA, PR 00979

Phone Number: 787-239-7988
rivalberto@gmail.com

I HEREBY CERTIFY that this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: October 21, 2021          Respectfully submitted,

*/S/ Alberto Rivera Ramos*
ALBERTO RIVERA RAMOS
USDC Bar Number 227502

3001 AVE. ISLA VERDE
PLAZA DEL MAR, APT. 305
CAROLINA, PR 00979

Phone Number: 787-239-7988

rivalberto@gmail.com