# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

PLEASE TAKE NOTICE that Beatriz Hernández Toro hereby respectfully withdraws her appearance as counsel for Community Health Foundation of P.R. Inc. in this Title III case.

PLEASE TAKE FURTHER NOTICE that the withdrawal is limited to Ms. Hernández Toro does not impact the representation of Community Health Foundation of P.R. Inc. by Atty. Alberto Rivera Ramos, who has appeared today in these proceedings. As such, the withdrawal of Ms. Hernández Toro will not cause any disruption in these cases and related adversary proceedings.

Accordingly, pursuant to Local Rule 9010-1(d)(3), Ms. Hernández Toro respectfully requests that the Court order her withdrawal and remove her from applicable service lists, including the Court's CM/ECF electronic notification list and the official service list.

---

[1] The Debtors in the various Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 21st day of October 2021.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record. Respectfully submitted,

*/s/ BEATRIZ HERNÁNDEZ TORO*
BEATRIZ HERNÁNDEZ TORO
USDC #228809

BEATRIZ HERNÁNDEZ TORO LAW
PO BOX 190291
SAN JUAN, PR 00919-0291

TEL. (787) 368-4610

E-MAIL: beatriz.hernandezpr@gmail.com