In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Twelfth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | | |
| 1-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | $ 338,799.03 | $ 292,282.61 | $ 8,768.48 | FN1 | $ 10,954,502.07 | $ 283,514.13 |
| | *Counsel to Debtors - ERS* | | | | | | | | |
| 1-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | $ 54,337.23 | $ 139,973.00 | $ 4,199.19 | FN1 | $ 1,756,903.77 | $ 135,773.81 |
| | *Counsel to Debtors - HTA* | | | | | | | | |
| 1-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | $ 14,746.13 | $ 13,238.66 | $ 397.16 | FN1 | $ 476,791.57 | $ 12,841.50 |
| | *Counsel to Debtors - PREPA* | | | | | | | | |
| 1-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | $ 176,810.92 | $ 151,543.10 | $ 4,546.29 | FN1 | $ 5,716,886.48 | $ 146,996.81 |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 15156]** | 6/1 - 9/30/2020 | $ 307,894.50 | $ 4,933.15 | $ 3,707.80 | $ - | | $ 302,961.35 | $ 3,707.80 |
| | **Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | | |
| 3 | **Marini Pietrantoni Muniz LLC [Dkt. No. 16047]** | 10/1/2020 - 1/31/2021 | $ 381,133.50 | $ 2,477.50 | $ 6,043.41 | $ - | | $ 378,656.00 | $ 6,043.41 |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | | |
| | *Consulting Services to FOMB - Commonwealth* | | | | | | | | |
| 4-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 18003]** | 2/1/2021 -5/31/2021 | $ 5,492,500.00 | $ - | $ - | $ - | | $ 5,492,500.00 | $ - |
| | *Consulting Services to FOMB - HTA* | | | | | | | | |
| 4-b | **McKinsey & Company Puerto Rico Consulting, Inc. [17-3567 Dkt. No. 1090]** | 2/1/2021 - 5/31/2021 | $ 1,240,000.00 | $ - | $ - | $ - | | $ 1,240,000.00 | $ - |
| | *Consulting Services to FOMB - PREPA* | | | | | | | | |
| 4-c | **McKinsey & Company Puerto Rico Consulting, Inc. [17-4780 Dkt. No. 2610]** | 2/1/2021 - 5/31/2021 | $ 1,306,100.00 | $ - | $ - | $ - | | $ 1,306,100.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 5 | **Zolfo Cooper, LLC [Dkt. No. 17378]** | 2/1/2021 - 5/31/2021 | $ 809,749.50 | $ 3,516.90 | $ - | $ - | FN2 | $ 806,232.60 | $ - |

**FN1** - The negotiated adjustments recommended in this exhibit are provisional in nature. Both the Fee Examiner and the professional reserve all rights with respect to the continuing discussions of the interim deductions noted.

**FN2** - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.