UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER DIRECTING UNSEALING OF (I) REPLY TO THE OBJECTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO DRA PARTIES' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND (II) ATTACHMENT TO THE DRA PARTIES' RESPONSE TO EVIDENTIARY OBJECTION TO THE EXPERT REPORT ATTACHED TO THE DRA PARTIES' REPLY IN SUPPORT OF THE DRA PARTIES' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

On September 29, 2021, and October 8, 20201, the Court issued orders (Docket Entry Nos. 18291 and 18440 in Case No. 17-3283, the "Temporary Sealing Orders") permitting, for a limited duration, the DRA Parties[2] to file under seal the full, unredacted versions of (i) the Reply (see Docket Entry No. 18245) and (ii) the Amended Martinez Expert Report (see Docket Entry No. 18431). Each of the Temporary Sealing Orders permitted any party to file with the Court a short brief justifying the continued sealing of those documents. Following issuance of each of the Temporary Sealing Orders, the DRA Parties filed sealed unredacted versions of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings applicable to them in the relevant Temporary Sealing Order.

Reply (Docket Entry No. 18295, the "Unredacted Reply") and the Amended Martinez Expert Report (Docket Entry No. 18441, the "Unredacted Expert Report").

The Court has received and reviewed one response to each of the Temporary Sealing Orders: (i) the *Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* (Docket Entry No. 18446, the "First AAFAF Response") and (ii) the *Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* (Docket Entry No. 18514, the "Second AAFAF Response" and, together with the First AAFAF Response, the "AAFAF Responses"). The deadlines to file responses have expired and no other responses have been filed.

The AAFAF Responses state that "AAFAF does not object to the DRA Parties' filing the [Reply and the Amended Martinez Expert Report] on the public docket, provided the DRA Parties redact personally identifying information as set forth in Federal Rule of Bankruptcy Procedure 9037."

Accordingly, by **October 28, 2021 at 5:00 p.m. (Atlantic Standard Time)**, with respect to the Unredacted Reply and the Unredacted Expert Report, the DRA Parties are hereby ordered to either (i) file a certification that the Unredacted Reply and/or the Unredacted Expert Report do not require any additional redactions to comply with Rule 9037(a), or (ii) refile the Unredacted Reply and/or the Unredacted Expert Report with only the redactions required by Federal Rule of Bankruptcy Procedure 9037(a).

SO ORDERED.

Dated: October 21, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge