# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that Community Health Foundation of P.R. Inc., in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's Fifteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 17127, Ex. 1 of Case No. 17-03283 (LTS)), sent a true and exact copy of the following documents:

- *Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense,* filed in this case as ECF No. 18602.
- *Notice of Intent to Participate in Discovery for Confirmation of Plan of Adjustment*, filed in this case as ECF No. 18603.
- *Limited Objection to Confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* filed in this case as ECF No. 18604.
- *Notice of Hearing on Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense,* filed in this case as ECF No. 18605.

by U.S. First-Class Mail upon the US Trustee on October 19, 2021, and by electronic mail upon all the parties listed in the Master Service List on October 20, 2021.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 21, 2021.

Respectfully submitted.

/**S/ Alberto Rivera Ramos**
**ALBERTO RIVERA RAMOS**
USDC Bar Number 227502
3001 AVE. ISLA VERDE
PLAZA DEL MAR, APT. 305
CAROLINA, PR 00979
Phone Number: 787-239-7988
rivalberto@gmail.com