UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER GRANTING THE DRA PARTIES' URGENT MOTION TO FILE THE
DRA PARTIES' OBJECTION TO THE SEVENTH AMENDED TITLE III JOINT
PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL.
UNDER SEAL AND THE DRA PARTIES' EXPERT REPORTS ATTACHED IN
SUPPORT THERETO FOR LIMITED DURATION AND FOR SUPPLEMENTAL BRIEFING

      The Court has received and reviewed the *DRA Parties' Urgent Motion to File the DRA Parties' Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Under Seal and the DRA Parties' Expert Reports Attached in Support Thereto* (Docket Entry No. 18599 in Case No. 17-3283, the "Motion to Seal"),[2] filed by the DRA Parties. Through the Motion to Seal, the DRA Parties seek to file under seal the Objection and certain expert reports annexed to the *Declaration of Nayuan Zouarabani Trinidad in Support of the Objection to the DRA Parties to the Seventh Amended Title III Joint Plan of*

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]      Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

*Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 18596, the "Declaration"). The Motion to Seal asks the Court to maintain the confidentiality of certain "analysis and conclusions" contained in the Objection and the DRA Expert Reports that rely on and refer to material and information designated "Confidential Material" or "Confidential Information" by the parties to the Protective Orders. The DRA Expert Reports are annexed to the Declaration at Exhibit I, Exhibit J, and Exhibit P (Docket Entry Nos. 18596-9, 18596-10, and 18596-16, respectively).

The Motion to Seal does not include sufficient information to justify sealing of the Objection or the Declaration. Thus, the Court will only permit the Objection and Declaration to be filed under seal for a limited duration, during which time interested parties may submit briefing to the Court explaining why continued sealing is appropriate. Accordingly:

1. The DRA Parties are directed to file the full, unredacted version of the Objection and the Declaration under seal by **October 23, 2021**.

2. The Clerk of Court shall allow access to the Objection and the Declaration to the Oversight Board, the Debtors, AAFAF, the UCC, the Retiree Committee, and the Monolines.

3. Any party may file with the Court a short brief justifying the continued sealing of the Objection and the Declaration or redaction of certain information in the Objection and Declaration by **October 26, 2021**. The Court will thereafter take any such requests for continued sealing on submission.

4. This Order is without prejudice to the rights of any party in interest to seek to unseal the Objection and the Declaration or any part thereof.

5. This Order resolves Docket Entry No. 18599 in Case No. 17-3283.

SO ORDERED.

Dated: October 21, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge