**Exhibit AA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO<br>PUBLIC BUILDINGS AUTHORITY, | |
| Debtors.[1] | |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 32 (2011 CW BOND CLAIMS (ASSURED))

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

*the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "Assured"). Pursuant to the Disclosure Statement Order, Assured is entitled to accept or reject the Plan on account of Impaired Claims in Class 32 (2011 CW Bond Claims (Assured)) arising from securities insured by Assured. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u> Carr 2 KM 143, 1ˢᵗ Floor Añasco, PR 00610 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Oceana HUB Center</u> 2 Calle Acerina Caguas, PR 00725 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Citi Towers</u> 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Piloto 151</u> 151 San Francisco Street 2ⁿᵈ Floor Old San Juan, PR 00901 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Joe's Blue</u> MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>NOLLA Office Building</u> Avenida José A. Cedeño # 521 Arecibo, PR 00612 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u> Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | <u>M – F</u> 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

3

55668-16

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 32 (2011 CW Bond Claims (Assured))** set forth below in the following aggregate amount:

$\boxed{\qquad\$\underline{\hspace{3cm}}\qquad}$

\*     \*     \*     \*     \*     \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐          **ACCEPT** (vote FOR) the Plan          ☐          **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

            **Unique E-Ballot ID#:**<u>_____</u>

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

55668-16

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
(Print or Type)

_____

Signature: _____

Name of Signatory: _____
(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 32 (2011 CW BOND CLAIMS (ASSURED))

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) <u>**Hand Delivery to On-Island Collection Site**</u>:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*    \*    \*    \*    \*    \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

55668-16

(D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)   NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit BB</u>**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA
PUERTO RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, EL SISTEMA DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO Y LA
AUTORIDAD DE EDIFICIOS PÚBLICOS DE
PUERTO RICO,

                      Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
CLASE 32 (RECLAMACIONES DE BONOS 2011 DEL ELA (ASSURED))**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo a los fines de reclamaciones; el voto en la boleta idioma inglés

"Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Assured Guaranty Corp. y Assured Guaranty Municipal Corp. (colectivamente, "Assured"). En conformidad con la Orden de Declaración de Divulgación, Assured tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 32 (Reclamaciones de Bonos 2011 del ELA (Assured)) derivadas de valores asegurados por Assured. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

SÍRVASE RELLENAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 32 (Reclamaciones de Bonos 2011 del ELA (Assured))** que se indican a continuación por el siguiente monto total:

$\$$ _____

\*   \*   \*   \*   \*   \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐   **ACEPTAR**  (votar A FAVOR) del Plan          ☐   **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

                **Número único de identificación de papeleta electrónica:**_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

## INSTRUCCIONES DE VOTACIÓN PARA
## COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA
## CLASE 32 (RECLAMACIONES DE BONOS 2011 DEL ELA (ASSURED))

1. Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628]. Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2. El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3. **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)  **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)  **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta en idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f) Indique su nombre y dirección postal;

g)  Firme y coloque la fecha en su Papeleta; y

h)  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.      Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

*     *     *     *     *

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**<u>Exhibit CC</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 37 (2011 CW SERIES D/E/PIB BOND CLAIMS (ASSURED)

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

*the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "Assured"). Pursuant to the Disclosure Statement Order, Assured is entitled to accept or reject the Plan on account of Impaired Claims in Class 37 (2011 CW Series D/E/PIB Bond Claims (Assured)) arising from securities insured by Assured. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

     **You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

     **The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

55668-17

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 37 (2011 CW Series D/E/PIB Bond Claims (Assured)**) set forth below in the following aggregate amount:

$$\$\underline{\hspace{3cm}}$$

\*   \*   \*   \*   \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| | | | |
|---|---|---|---|
| ☐ | **ACCEPT** (vote FOR) the Plan | ☐ | **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3.**            **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

                                             (Print or Type)

                      _____

Signature:_____

Name of Signatory:_____

                                             (If other than holder)

Title:       _____

Address:    _____

              _____

              _____

Telephone
Number:    _____

Email:      _____

Date Completed:    _____

**VOTING INSTRUCTIONS FOR**
**COMPLETING THE BALLOT FOR CLAIMS IN**
**CLASS 37 (2011 CW SERIES D/E/PIB BOND CLAIMS (ASSURED)**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.     If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*   \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC
FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED
MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO)
OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE
DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit DD</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA CLASE 37 (RECLAMACIONES DE BONOS SERIE DE PIB 2011 DEL ELA (ASSURED))

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

"Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Assured Guaranty Corp. y Assured Guaranty Municipal Corp. (colectivamente, "Assured"). En conformidad con la Orden de Declaración de Divulgación, Assured tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 37 (Reclamaciones de Bonos Serie D/E/PIB 2011 del ELA (Assured)) derivadas de valores asegurados por Assured. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)  **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)  **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Pluto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

Solo para fines de referencia. Envíe su voto en la boleta edición inglés

SÍRVASE RELLENAR LO SIGUIENTE:

**Punto 1.**                **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 37 (Reclamaciones de Bonos Serie D/E/PIB 2011 del ELA (Assured))** que se indican a continuación por el siguiente monto total:

$\qquad$ $ _____

\* \* \* \* \* \*

**Punto 2.**                **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐  **ACEPTAR** (votar A FAVOR) del Plan                ☐  **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

    **Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

Solo para fines de referencia. Emita su voto en en boleta idioma inglés

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

6

**INSTRUCCIONES DE VOTACIÓN PARA COMPLETAR
LA PAPELETA PARA LAS RECLAMACIONES DE LA CLASE 37
(RECLAMACIONES DE BONOS SERIE D/E/PIB 2011 DEL ELA (ASSURED))**

1.        Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.        El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.        **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

          **Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)       **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta en idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA <br> Avenida José A. Cedeño #521 <br> Arecibo, PR 00612 | L – V <br> 8:30 a.m. <br> a <br> 5:00 p.m. |
| Centro Comercial Plaza Fajardo <br> Carretera marginal km 3 45.4-4495 <br> Fajardo, PR, 00738 | L – V <br> 8:30 a.m. <br> a <br> 5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4. Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f) Indique su nombre y dirección postal;

g) Firme y coloque la fecha en su Papeleta; y

h) Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.      Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*      \*      \*      \*      \*

SI USTED:

(A)      TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)      NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)      NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)      RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)      NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit EE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors.[1] | |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 42 (2012 CW BOND CLAIMS (ASSURED))

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of*

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§2101-2241

*the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "Assured"). Pursuant to the Disclosure Statement Order, Assured is entitled to accept or reject the Plan on account of Impaired Claims in Class 42 (2012 CW Bond Claims (Assured)) arising from securities insured by Assured. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| --- | --- |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

55668-18

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

*(Continued on Next Page)*

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 42 (2012 CW Bond Claims (Assured))** set forth below in the following aggregate amount:

$\quad$ $\underline{\hspace{3cm}}$

\* \* \* \* \* \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

$\qquad$ **Unique E-Ballot ID#:**$\underline{\hspace{4cm}}$

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 42 (2012 CW BOND CLAIMS (ASSURED))

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery — All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*   *   *   *   *   *

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)  RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC
FORMAT AND DESIRE PAPER COPIES, OR

(E)  NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED
MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO)
  OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE
DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit FF</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA
PUERTO RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, EL SISTEMA DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO Y LA
AUTORIDAD DE EDIFICIOS PÚBLICOS DE
PUERTO RICO,

                    Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 42 (RECLAMACIONES DE BONOS 2012 DEL ELA (ASSURED))

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

"<u>Plan</u>") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "<u>Orden de Declaración de Divulgación</u>"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "<u>Declaración de Divulgación</u>") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Assured Guaranty Corp. y Assured Guaranty Municipal Corp. (colectivamente, "<u>Assured</u>"). En conformidad con la Orden de Declaración de Divulgación, Assured tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 42 (Reclamaciones de Bonos 2012 del ELA (Assured)) derivadas de valores asegurados por Assured. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

Las **Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)  **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)  **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Pluto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

SÍRVASE RELLENAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 42 (Reclamaciones de Bonos 2012 del ELA (Assured))** que se indican a continuación por el siguiente monto total:

> $ _____

\* \* \* \* \* \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____
                                                          (en letra de imprenta o a máquina)

                                           _____

Firma: _____

Nombre del firmante: _____
                                                          (si no es el tenedor)

Cargo: _____

Domicilio: _____

                    _____

                    _____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

6

## INSTRUCCIONES DE VOTACIÓN PARA
## COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA
## CLASE 42 (RECLAMACIONES DE BONOS 2012 DEL ELA (ASSURED))

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

        **Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)     **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta en idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4. Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f) Indique su nombre y dirección postal;

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

g) Firme y coloque la fecha en su Papeleta; y

h) Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.    Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*    \*    \*    \*    \*

SI USTED:

(A)    TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)    NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)    NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)    RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)    NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit GG**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 3 (VINTAGE PBA BOND CLAIMS (NATIONAL)) AND
## CLASS 25 (VINTAGE CW GUARANTEE BOND CLAIMS (NATIONAL))

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by National Public Finance Guarantee Corporation ("National"). Pursuant to Disclosure Statement Order, National is entitled to accept or reject the Plan on account of Impaired Claims in Class 3 (Vintage PBA Bond Claims (National)) and Class 25 (Vintage CW Guarantee Bond Claims (National)) arising from securities insured by National. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| --- | --- |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1ˢᵗ Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2ⁿᵈ Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must **actually be received** by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "**Voting Deadline**").

55668-19

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 3 (Vintage PBA Bond Claims (National)) and Class 25 (Vintage CW Guarantee Bond Claims (National))** set forth below in the following aggregate amount:

$\$$_____

\*   \*   \*   \*   \*   \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan          ☐     **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

          **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

6

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 3 (VINTAGE PBA BOND CLAIMS (NATIONAL)) AND
## <u>CLASS 25 (VINTAGE CW GUARANTEE BOND CLAIMS (NATIONAL))</u>

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "<u>Plan</u>") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "<u>Balloting Agent</u>") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "<u>Voting Deadline</u>").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)      **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)      **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

## PUERTO RICO BALLOT PROCESSING
## C/O PRIME CLERK LLC

**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4. To properly complete the Ballot, you must follow the procedures described below:

   a. Ensure the information contained in **Item 1** of the Ballot is correct;

   b. You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

   c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

   d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

   e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

   f. Provide your name and mailing address;

   g. Sign and date your Ballot; and

   h. Return your Ballot using an authorized method of return indicated herein.

5. If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*     *     *     *     *

IF YOU:

   (A) HAVE ANY QUESTIONS REGARDING THE BALLOT,

   (B) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- **TELEPHONE** AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- **EMAIL** AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit HH</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA
PUERTO RICO,

    como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, EL SISTEMA DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO Y LA
AUTORIDAD DE EDIFICIOS PÚBLICOS DE
PUERTO RICO,

                          Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## PAPELETA PARA TENEDORES DE RECLAMACIONES
## DE LA CLASE 3 (RECLAMACIONES DE BONOS
## VINTAGE DE LA AEP (NATIONAL)) Y CLASE 25 (RECLAMACIONES
## DE BONOS VINTAGE GARANTIZADOS DEL ELA (NATIONAL))

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481; (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo a los fines de referencia. Envíe su voto en la boleta idioma inglés

*Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para la votación de National Public Finance Guarantee Corporation ("National"). A tenor con la Orden de Declaración de Divulgación, National tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 3 (Reclamaciones de Bonos Vintage de la AEP (National)) y Clase 25 (Reclamaciones de Bonos Vintage Garantizados del ELA (National)) derivadas de valores asegurados por National. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)     **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)    **Correo certificado, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

Solo para fines de referencia. Envíe su voto en la boleta del idioma inglés

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 3 (Reclamaciones de Bonos Vintage de la AEP (National)) y Clase 25 (Reclamaciones de Bonos Vintage Garantizados del ELA (National))** que se indican a continuación por el siguiente monto total:

> $ _____

\*   \*   \*   \*   \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque <u>una</u> opción):

| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica: _____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**Punto 3.**                        **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

6

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA LAS
RECLAMACIONES DE LA CLASE 3 (RECLAMACIONES DE BONOS
VINTAGE DE LA AEP (NATIONAL)) Y CLASE 25 (RECLAMACIONES
DE BONOS VINTAGE GARANTIZADOS DEL ELA (NATIONAL))**

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA DETENIDAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)      <u>**Por Internet**</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el siguiente domicilio (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación de la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas entregadas en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1<sup>er</sup> Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

*Solo para fines de referencia; envíe su voto en la boleta idioma inglés*

| Lugares que aceptan papeletas entregadas en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (AST)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.  Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f) Indique su nombre y dirección postal;

g) Firme y coloque la fecha en su Papeleta; y

h)  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.      Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*    \*    \*    \*    \*

SI USTED:

(A)    TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)    NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)    NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)    RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)    NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit II**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 18 (VINTAGE CW BOND CLAIMS (NATIONAL))

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by National Public Finance Guarantee Corporation ("National"). Pursuant to Disclosure Statement Order, National is entitled to accept or reject the Plan on account of Impaired Claims in Class 18 (Vintage CW Bond Claims (National)) arising from securities insured by National. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

> **PUERTO RICO BALLOT PROCESSING**
> **C/O PRIME CLERK LLC**
> **ONE GRAND CENTRAL PLACE**
> **60 E. 42ND STREET, SUITE 1440**
> **NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

55668-20

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.            **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 18 (Vintage CW Bond Claims (National))** set forth below in the following aggregate amount:

| |
|---|
| $_____ |

\*    \*    \*    \*    \*    \*

**Item 2**.            **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐      **ACCEPT** (vote FOR) the Plan            ☐      **REJECT** (vote AGAINST) the Plan |
|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

            **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.            **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## <u>CLASS 18 (VINTAGE CW BOND CLAIMS (NATIONAL))</u>

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "<u>Plan</u>") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "<u>Balloting Agent</u>") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "<u>Voting Deadline</u>").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     <u>Online</u>:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*      *      *      *      *

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)  RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)  NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit JJ**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA
PUERTO RICO,

como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, EL SISTEMA DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO Y LA
AUTORIDAD DE EDIFICIOS PÚBLICOS DE
PUERTO RICO,

Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
CLASE 18 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (NATIONAL))**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de
Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre
Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre
Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a
tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de
Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de
representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del
*Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y
otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y
los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el
Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro
dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante
("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número
federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm.
de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv)
el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de
Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la
Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos
cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de
Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del
contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a
limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para la votación de National Public Finance Guarantee Corporation ("National"). A tenor con la Orden de Declaración de Divulgación, National tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 18 (Reclamaciones de Bonos Vintage del ELA (National)) derivadas de valores asegurados por National. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo certificado, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2ⁿᵈ Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la balota idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

Solo para fines de referencia. Envíe su voto en la boleta del idioma inglés

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 18 (Reclamaciones de Bonos Vintage del ELA (National))** que se indican a continuación por el siguiente monto total:

$\qquad$ \$ _____

\* \* \* \* \* \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐    **ACEPTAR** (votar A FAVOR) del Plan          ☐    **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

55668-20-ES

**Punto 3.**                **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

6

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA
CLASE 18 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (NATIONAL))**

1.        Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA DETENIDAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.        El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.        **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)        **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el siguiente domicilio (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación de la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas entregadas en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1<sup>er</sup> Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia; envíe su voto en la boleta idioma inglés

| Lugares que aceptan papeletas entregadas en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (AST)** |
| <u>Edificio de oficinas NOLLA</u><br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Centro Comercial Plaza Fajardo</u><br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.      Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a)   Asegúrese de que la información contenida en el **<u>Punto 1</u>** de la Papeleta sea correcta;

b)   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c)   Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d)   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e)   Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f)   Indique su nombre y dirección postal;

g)   Firme y coloque la fecha en su Papeleta; y

h)  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.      Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*    \*    \*    \*    \*

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO     ELECTRÓNICO     ENVIANDO     UN     MENSAJE     A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**<u>Exhibit KK</u>**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO<br>PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 4 (VINTAGE PBA BOND CLAIMS (AMBAC)) AND
CLASS 26 (VINTAGE CW GUARANTEE BOND CLAIMS (AMBAC))**

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Ambac Assurance Corporation ("Ambac"). Pursuant to Disclosure Statement Order, Ambac is entitled to accept or reject the Plan on account of Impaired Claims in Class 4 (Vintage PBA Bond Claims (Ambac)) and Class 26 (Vintage CW Guarantee Bond Claims (Ambac)) arising from securities insured by Ambac. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)  **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

55668-21

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1.**          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 4 (Vintage PBA Bond Claims (Ambac)) Class 26 (Vintage CW Guarantee Bond Claims (Ambac))** set forth below in the following aggregate amount:

$$\boxed{\qquad \$\underline{\qquad\qquad\qquad} \qquad}$$

\*    \*    \*    \*    \*    \*

**Item 2.**          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

| ☐      **ACCEPT** (vote FOR) the Plan          ☐      **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

          **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

## <u>Item 3</u>.        **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **<u>Item 1</u>** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:     _____

Address:   _____

_____

_____

Telephone
Number:   _____

Email:    _____

Date Completed:   _____

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN
CLASS 4 (VINTAGE PBA BOND CLAIMS (AMBAC)) AND
CLASS 26 (VINTAGE CW GUARANTEE BOND CLAIMS (AMBAC))**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

Ballots must be delivered to the Balloting Agent by **one** of the following methods:

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC**

**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

    a.  Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

    b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

    c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

    d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

    e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

    f.  Provide your name and mailing address;

    g.  Sign and date your Ballot; and

    h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*    *    *    *    *    *

IF YOU:

    (A)  HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)  DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)  DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)   NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit LL**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

### PAPELETA PARA LOS TENEDORES DE RECLAMACIONES DE LA CLASE 4 (RECLAMACIONES DE BONOS VINTAGE DE LA AEP (AMBAC)) Y CLASE 26 (RECLAMACIONES DE BONOS VINTAGE GARANTIZADOS DEL ELA (AMBAC))

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y*

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro dígitos del Número  federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo fines de revisión - evite el voto en la boleta idioma inglés

*otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para la votación de Ambac Assurance Corporation ("Ambac"). A tenor con la Orden de Declaración de Divulgación, Ambac tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 4 (Reclamaciones de Bonos Vintage de la AEP (Ambac)) y Clase 26 (Reclamaciones de Bonos Vintage Garantizados del ELA (Ambac)) derivadas de valores asegurados por Ambac. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación como más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)  **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**

Solo para fines de referencia - el texto de otro idioma inglés

**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta al idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

Solo para fines de referencia. Envíe su voto en la boleta edición inglés

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 4 (Reclamaciones de Bonos Vintage de la AEP (Ambac)) y Clase 26 (Reclamaciones de Bonos Vintage Garantizados del ELA (Ambac))** que se indican a continuación por el siguiente monto total:

$\$$ _____

\*     \*     \*     \*     \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐     **ACEPTAR** (votar A FAVOR) del Plan          ☐     **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

              **Número único de identificación de papeleta electrónica:** _____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA CLASE 4
(RECLAMACIONES DE BONOS VINTAGE DE LA AEP (AMBAC) Y CLASE 26
(RECLAMACIONES DE BONOS VINTAGE GARANTIZADOS DEL ELA (AMBAC))**

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)      **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta

a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>**Correo de primera clase, entrega en mano o mensajería nocturna**</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) <u>**Entrega en mano en el lugar de votación en la isla**</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.      Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.   Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.   Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.   Indique su nombre y dirección postal;

g.   Firme y coloque la fecha en su Papeleta; y

h.   Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.   Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*   \*   \*   \*   \*

SI USTED:

(A)   TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)   NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)   NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)   RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)   NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit MM**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
<u>CLASS 19 (VINTAGE CW BOND CLAIMS (AMBAC))</u>**

      The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>"), and the Puerto Rico Public Buildings Authority ("<u>PBA</u>"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "<u>Debtors</u>"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "<u>Plan</u>") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Ambac Assurance Corporation ("Ambac"). Pursuant to Disclosure Statement Order, Ambac is entitled to accept or reject the Plan on account of Impaired Claims in Class 19 (Vintage CW Bond Claims (Ambac)) arising from securities insured by Ambac. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2ⁿᵈ Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 19 (Vintage CW Bond Claims (Ambac))** set forth below in the following aggregate amount:

| |
|---|
| $_____ |

\*   \*   \*   \*   \*   \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan              ☐     **REJECT** (vote AGAINST) the Plan |
|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

6

**VOTING INSTRUCTIONS FOR
COMPLETING THE BALLOT FOR CLAIMS IN
CLASS 19 (VINTAGE CW BOND CLAIMS (AMBAC))**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.       To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.       If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*    \*    \*    \*    \*

IF YOU:

(A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit NN**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**PAPELETA PARA LOS TENEDORES DE RECLAMACIONES DE LA
CLASE 19 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (AMBAC))**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283- LTS) (Últimos cuatro dígitos del Número  federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para la votación de Ambac Assurance Corporation ("Ambac"). A tenor con la Orden de Declaración de Divulgación, Ambac tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 19 (Reclamaciones de Bonos Vintage del ELA (Ambac)) derivadas de valores asegurados por Ambac. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación como más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)     **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)    **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>OLd San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 19 (Reclamaciones de Bonos Vintage del ELA (Ambac))** que se indican a continuación por el siguiente monto total:

$$\text{\$}\underline{\hspace{4cm}}$$

\* \* \* \* \* \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

| ☐   **ACEPTAR** (votar A FAVOR) del Plan | ☐   **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

         **Número único de identificación de papeleta electrónica:**_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

Solo una firma de referencia: suba su voto en en boleta idioma inglés

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo:  _____

Domicilio:  _____

_____

_____

Número de teléfono:  _____

Correo electrónico:  _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA
CLASE 19 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (AMBAC))**

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628]. Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podría, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)      **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla.** Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.      Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.   Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.   Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.   Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.   Indique su nombre y dirección postal;

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

g.  Firme y coloque la fecha en su Papeleta; y

h.  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.     Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*     \*     \*     \*     \*

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

• TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

• CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit OO**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 5 (VINTAGE PBA BOND CLAIMS (FGIC)) AND
CLASS 27 (VINTAGE CW GUARANTEE BOND CLAIMS (FGIC))**

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Financial Guaranty Insurance Company ("FGIC"). Pursuant to Disclosure Statement Order, FGIC is entitled to accept or reject the Plan on account of Impaired Claims in Class 5 (Vintage PBA Bond Claims (FGIC)) and Class 27 (Vintage CW Guarantee Bond Claims (FGIC)) arising from securities insured by FGIC. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i) **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

<table>
<tr><td colspan="2" align="center">

**Locations in the Commonwealth
Accepting Ballots by Hand Delivery**

All locations are available from
August 30, 2021 to October 4, 2021
(except weekends and federal holidays)

</td></tr>
<tr><td align="center">**Address**</td><td align="center">**Hours (AST)**</td></tr>
<tr><td align="center">

Bianca Convention Center
Carr 2 KM 143, 1st Floor
Añasco, PR 00610

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
<tr><td align="center">

Oceana HUB Center
2 Calle Acerina
Caguas, PR 00725

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
<tr><td align="center">

Citi Towers
252 Ponce de León Ave, Suite 1000
Hato Rey, San Juan, PR 00918

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
<tr><td align="center">

Piloto 151
151 San Francisco Street
2nd Floor
Old San Juan, PR 00901

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
<tr><td align="center">

Joe's Blue
MCS Building, 1st Floor
880 Tito Castro Avenue
Ponce, PR 00716-4732

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
<tr><td align="center">

NOLLA Office Building
Avenida José A. Cedeño # 521
Arecibo, PR 00612

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
<tr><td align="center">

Fajardo Market Square Shopping Center
Marginal Carr 3 Km 45.4-4495
Fajardo, PR, 00738

</td><td align="center">

M – F
8:30 a.m.
to
5:00 p.m.

</td></tr>
</table>

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

55668-23

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 5 (Vintage PBA Bond Claims (FGIC)) and Class 27 (Vintage CW Guarantee Bond Claims (FGIC))** set forth below in the following aggregate amount:



\*    \*    \*    \*    \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| | | | |
|---|---|---|---|
| ☐ | **ACCEPT** (vote FOR) the Plan | ☐ | **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**<u>Item 3</u>.          Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **<u>Item 1</u>** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

                                                        (Print or Type)

                                    _____

Signature:_____

Name of Signatory:_____

                                                        (If other than holder)

Title:      _____

Address:   _____

                _____

                _____

Telephone
Number:   _____

Email:     _____

Date Completed:   _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 5 (VINTAGE PBA BOND CLAIMS (FGIC)) AND CLASS 27 (VINTAGE CW
## GUARANTEE BOND CLAIMS (FGIC))

1.        This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.        The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.        **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

        **Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**

**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4. To properly complete the Ballot, you must follow the procedures described below:

a. Ensure the information contained in **Item 1** of the Ballot is correct;

b. You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f. Provide your name and mailing address;

g. Sign and date your Ballot; and

h. Return your Ballot using an authorized method of return indicated herein.

5. If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

(A) HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)  RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)  NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit PP**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                        Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELERA DE VOTACIÓN PARA TENEDORES DE
## CLASE 5 (RECLAMACIONES DE BONOS VINTAGE DE LA AEP (FGIC) Y CLASE 27 (RECLAMACIONES DE BONOS DE GARANTÍA VINTAGE DEL ELA (FGIC))

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto*

---

[1]    Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

*Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Financial Guaranty Insurance Company ("FGIC"). De conformidad con la Orden de Declaración de Divulgación, FGIC tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 5 (Reclamaciones de Bonos Vintage de la AEP (FGIC)) y Clase 27 (Reclamaciones de Bonos Vintage Garantizados del ELA (FGIC)) derivadas de valores asegurados por FGIC. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)  **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**

**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

Solo para fines de referencia. Envíe su voto en la boleta en el idioma inglés

SÍRVASE RELLENAR LO SIGUIENTE:

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 5 (Reclamaciones de Bonos Vintage de la AEP (FGIC)) y Clase 27 (Reclamaciones de Bonos Vintage Garantizados del ELA (FGIC))** que se indican a continuación por el siguiente monto total:

$ _____

\*   \*   \*   \*   \*

**Punto 2**.                **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐   **ACEPTAR** (votar A FAVOR) del Plan          ☐   **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

Solo será a fin de referencia. Emita su voto en la boleta idioma inglés

**Punto 3.**                     **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

*Solo para fines de referencia. Envíe su voto en la boleta idioma inglés*

**INSTRUCCIONES DE VOTACIÓN PARA COMPLETAR LA PAPELETA PARA LAS
RECLAMACIONES DE LA CLASE 5 (RECLAMACIONES DE BONOS VINTAGE DE
LA AEP (FGIC)) Y CLASE 27 (RECLAMACIONES DE BONOS VINTAGE
GARANTIZADOS DEL ELA (FGIC))**

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podría, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

        **Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

                (i)      **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea coordinar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.  Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.  No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.  Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.  Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.  Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.  Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5. Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\* \* \* \* \*

SI USTED:

(A) TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B) NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C) NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D) RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E) NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit QQ**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO<br>PUBLIC BUILDINGS AUTHORITY,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 20 (VINTAGE CW BOND CLAIMS (FGIC))

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Financial Guaranty Insurance Company ("FGIC"). Pursuant to Disclosure Statement Order, FGIC is entitled to accept or reject the Plan on account of Impaired Claims in Class 20 (Vintage CW Bond Claims (FGIC)) arising from securities insured by FGIC. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 20 (Vintage CW Bond Claims (FGIC))** set forth below in the following aggregate amount:

| |
|---|
| $_____ |

\*     \*     \*     \*     \*     \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 20 (VINTAGE CW BOND CLAIMS (FGIC))

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*    \*    \*    \*    \*    \*

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit RR</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## PAPELERA DE VOTACIÓN PARA TENEDORES DE
## CLASE 20 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (FGIC)

     La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el

---

[1]  Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

"Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Financial Guaranty Insurance Company ("FGIC"). De conformidad con la Orden de Declaración de Divulgación, FGIC tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 20 (Reclamaciones de Bonos Vintage del ELA (FGIC)) derivadas de valores asegurados por FGIC. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Photo 151<br>#151 Calle de San Francisco<br>2ⁿᵈ Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

SÍRVASE RELLENAR LO SIGUIENTE:

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 20 (Reclamaciones de Bonos Vintage del ELA (FGIC))** que se indican a continuación por el siguiente monto total:

$ _____

\* \* \* \* \* \*

**Punto 2.**  **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐ **ACEPTAR** (votar A FAVOR) del Plan ☐ **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica: _____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet. No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

Solo para fines de referencia. En su voto en la boleta idioma inglés

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____
(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____
(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

*Solo para fines de referencia. Envíe su voto en la boleta idioma inglés*

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA
CLASE 20 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (FGIC)**

1.        Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.        El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.        **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)        **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea coordinar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su versión en la boleta del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.  Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.  No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.  Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.  Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.  Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.  Indique su nombre y dirección postal;

9

g.   Firme y coloque la fecha en su Papeleta; y

h.   Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.      Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*    \*    \*    \*    \*

SI USTED:

(A)   TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)   NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)   NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)   RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)   NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

• TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

• CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

10

**Exhibit SS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO<br>PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 6 (VINTAGE PBA BOND CLAIMS (SYNCORA)) AND
CLASS 28 (VINTAGE CW GUARANTEE BOND CLAIMS (SYNCORA))**

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Syncora Guarantee Inc. ("Syncora"). Pursuant to Disclosure Statement Order, Syncora is entitled to accept or reject the Plan on account of Impaired Claims in Class 6 (Vintage PBA Bond Claims (Syncora)) and Class 28 (Vintage CW Guarantee Bond Claims (Syncora)) arising from securities insured by Syncora. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

55668-25

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 6 (Vintage PBA Bond Claims (Syncora)) and Class 28 (Vintage CW Guarantee Bond Claims (Syncora))** set forth below in the following aggregate amount:

$\$\underline{\hspace{3cm}}$

\*     \*     \*     \*     \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan          ☐     **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.        **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

| | |
|---|---|
| Name of Holder: _____ | |
| | (Print or Type) |
| | _____ |
| Signature: _____ | |
| Name of Signatory: _____ | |
| | (If other than holder) |
| Title: _____ | |
| Address: _____ | |
| _____ | |
| _____ | |
| Telephone Number: _____ | |
| Email: _____ | |
| Date Completed: _____ | |

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 6 (VINTAGE PBA BOND CLAIMS (SYNCORA)) AND
## CLASS 28 (VINTAGE CW GUARANTEE BOND CLAIMS (SYNCORA))

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC**

**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.     If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*     *     *     *     *

IF YOU:

(A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit TT</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA DE VOTACIÓN PARA TENEDORES DE RECLAMACIONES DE CLASE 6 (RECLAMACIONES DE BONOS VINTAGE DE LA AEP (SYNCORA) Y CLASE 28 (RECLAMACIONES DE BONOS DE GARANTÍA VINTAGE DEL ELA (SYNCORA)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto*

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

*Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Syncora Guarantee Inc. ("Syncora"). De conformidad con la Orden de Declaración de Divulgación, Syncora tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 6 (Reclamaciones de Bonos Vintage de la AEP (Syncora)) y Clase 28 (Reclamaciones de Bonos Vintage Garantizados del ELA (Syncora)) derivadas de valores asegurados por Syncora.

**Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):
**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

4

SÍRVASE RELLENAR LO SIGUIENTE:

**Punto 1.**             **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 6 (Reclamaciones de Bonos Vintage de la AEP (Syncora)) y Clase 28 (Reclamaciones de Bonos Vintage Garantizados del ELA (Syncora))** que se indican a continuación por el siguiente monto total:

$\boxed{\$\rule{3cm}{0.4pt}}$

\*     \*     \*     \*     \*     \*

**Punto 2**.             **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque <u>una</u> opción):

| ☐     **ACEPTAR** (votar A FAVOR) del Plan | **RECHAZAR** (votar EN CONTRA) del Plan |
|---|---|

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:**_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet. No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**INSTRUCCIONES DE VOTACIÓN PARA COMPLETAR
LA PAPELETA PARA LAS RECLAMACIONES DE LA CLASE 6
(RECLAMACIONES DE BONOS VINTAGE DE LA AEP (SYNCORA)) Y CLASE 28
(RECLAMACIONES DE BONOS VINTAGE GARANTIZADOS DEL ELA (SYNCORA))**

1.　　Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.　　El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.　　**Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)　**<u>Por Internet</u>**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea coordinar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.    Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.    No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.    Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.    Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.    Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.    Indique su nombre y dirección postal;

g.  Firme y coloque la fecha en su Papeleta; y

h.  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.  Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\*    \*    \*    \*    \*

SI USTED:

(A)  TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)  NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)  NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)  RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)  NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit UU**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 21 (VINTAGE CW BOND CLAIMS (SYNCORA))**

      The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by Syncora Guarantee Inc. ("Syncora"). Pursuant to Disclosure Statement Order, Syncora is entitled to accept or reject the Plan on account of Impaired Claims in Class 21 (Vintage CW Bond Claims (Syncora)) arising from securities insured by Syncora. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) <u>**Online**</u>: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) <u>**Hand Delivery to On-Island Collection Site**</u>: Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

55668-26

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.　　　　**Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 21 (Vintage CW Bond Claims (Syncora))** set forth below in the following aggregate amount:

$$\$\underline{\hspace{3cm}}$$

\*　\*　\*　\*　\*　\*

**Item 2**.　　　　**Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐ | **ACCEPT** (vote FOR) the Plan | ☐ | **REJECT** (vote AGAINST) the Plan |
|---|---|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

　　　　　　**Unique E-Ballot ID#:**<u>　　　　　　　　　　　</u>

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.　　　　**Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

55668-26

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

6

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 21 (VINTAGE CW BOND CLAIMS (SYNCORA))

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*     *     *     *     *

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit VV**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>　　　como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>　　　　　　　　　　Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**PAPELETA DE VOTACIÓN PARA TENEDORES DE RECLAMACIONES DE
CLASE 21 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (SYNCORA))**

　　　La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el

---

[1]　Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

"<u>Plan</u>") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "<u>Orden de Declaración de Divulgación</u>"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "<u>Declaración de Divulgación</u>") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por Syncora Guarantee Inc. ("<u>Syncora</u>"). De conformidad con la Orden de Declaración de Divulgación, Syncora tiene derecho a aceptar o rechazar el Plan por cuenta de las Reclamaciones Afectadas de la Clase 21 (Reclamaciones de Bonos Vintage del ELA (Syncora)) derivadas de valores asegurados por Syncora.

**Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) **<u>Por Internet</u>**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **<u>Correo de primera clase, entrega en mano o mensajería nocturna</u>**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**

**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

(*Continúa en la página siguiente*)

SÍRVASE RELLENAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 21 (Reclamaciones de Bonos Vintage del ELA (Syncora))** que se indican a continuación por el siguiente monto total:

$\boxed{\text{\$_____}}$

\*   \*   \*   \*   \*

**Punto 2.**                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque <u>una</u> opción):

| | |
|---|---|
| ☐   **ACEPTAR** (votar A FAVOR) del Plan | ☐   **RECHAZAR** (votar EN CONTRA) del |
| Plan | |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

**Punto 3**.                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

*Solo para fines de referencia. Envíe su voto en la boleta idioma inglés*

6

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA
CLASE 21 (RECLAMACIONES DE BONOS VINTAGE DEL ELA (SYNCORA))**

1.       Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.       El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.       **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)       **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea coordinar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su versión en la boleta del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4. Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a. Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

9

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5. Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\* \* \* \* \*

SI USTED:

(A) TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B) NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C) NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D) RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E) NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit WW**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 12 (PBA/DRA SECURED CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2ⁿᵈ Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must **actually be received** by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "**Voting Deadline**").

3

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Following Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 12 (PBA/DRA Secured Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\quad$ \$_____

\* \* \* \* \* \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

$\qquad$ **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**<u>Item 3</u>.        Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **<u>Item 1</u>** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:   _____

Address:   _____

_____

_____

Telephone
Number:   _____

Email:   _____

Date Completed:   _____

6

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR
## CLAIMS IN CLASS 12 (PBA/DRA SECURED CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*   \*

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit XX**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 12 (RECLAMACIONES GARANTIZADAS AEP/ARD)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]    Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]    PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo para revisión: sujeto a su texto en la boleta idioma inglés

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:

(i)     **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)    **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.   No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1</u>.                  **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 12 (Reclamaciones garantizadas AEP/ARD)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\*    \*    \*    \*    \*

<u>Punto 2</u>.                  **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **<u>Punto 1</u>** anterior, por el presente vota por (marque una opción):

| ☐   **<u>ACEPTAR</u>** (votar A FAVOR) del Plan | ☐   **<u>RECHAZAR</u>** (votar EN CONTRA) del Plan |
|---|---|

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>Punto 3</u>.                    Reconocimientos y certificación.

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio:_____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

## INSTRUCCIONES DE VOTACIÓN PARA
## COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
## CLASE 12 (RECLAMACIONES GARANTIZADAS AEP/ARD)

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627] y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted votó para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

      1.    Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

      2.    El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia. El texto rige solo en la tabla del idioma inglés

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "<u>AGENTE DE VOTACIÓN</u>") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "<u>FECHA LÍMITE DE VOTACIÓN</u>").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>Correo de primara clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) <u>Entrega en mano en el lugar de votación en la isla</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. El uso del voto en la boleta en idioma inglés

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

Solo para fines de referencia, envíe su voto en la boleta idioma inglés

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a. Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\* \* \* \* \*

SI USTED:

(A)    TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)    NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)    NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)    RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)    NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**<u>Exhibit YY</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 13 (PBA GENERAL UNSECURED CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) <u>**Online**</u>: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) <u>**Hand Delivery to On-Island Collection Site**</u>: Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must** deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

**The Ballot must** <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

55668-28

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Following Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.         **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 13 (PBA General Unsecured Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$$\$ \underline{\hspace{4cm}}$$

\*   \*   \*   \*   \*

**Item 2**.         **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐   **ACCEPT** (vote FOR) the Plan         ☐   **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

        **Unique E-Ballot ID#:**<u>                              </u>

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                              (Print or Type)

                        _____

Signature:_____

Name of Signatory:_____
                                              (If other than holder)

Title:  _____

Address:  _____

            _____

            _____

Telephone
Number:  _____

Email:  _____

Date Completed:  _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 13 (PBA GENERAL UNSECURED CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*   *   *   *   *   *

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit ZZ**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 13 (RECLAMACIONES DE AEP GENERALES NO GARANTIZADAS)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)  **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su voto en la correcta versión inglés

(iii)   **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| :--- | :--- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.   No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Emita su voto en la papeleta idioma inglés

**El Agente de Votación debe recibir efectivamente la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "Fecha Límite de Votación").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**          **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 13 (Reclamaciones de AEP generales no garantizadas)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



$ _____

\*     \*     \*     \*     \*

**Punto 2.**          **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐     **ACEPTAR** (votar A FAVOR) del Plan          ☐     **RECHAZAR** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>**Punto 3.**</u>                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **<u>Punto 1</u>** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
<u>CLASE 13 (RECLAMACIONES DE AEP GENERALES NO GARANTIZADAS)</u>**

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "<u>Plan</u>") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "<u>Declaración de Divulgación</u>") [ECF Núm. 17628].

      1.      Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

      2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "<u>AGENTE DE VOTACIÓN</u>") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "<u>FECHA LÍMITE DE VOTACIÓN</u>").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)  <u>**Por Internet**</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)  <u>**Correo de primara clase, entrega en mano o mensajería nocturna**</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a <u>puertoricoinfo@primeclerk.com</u> e indique la fecha y hora previstas para la entrega.

(iii)  <u>**Entrega en mano en el lugar de votación en la isla**</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. El uso du voto en la oferta del idioma inglés

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

Solo para fines de referencia, envíe su voto en la boleta idioma inglés

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a.  Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.  No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.  Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.  Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.  Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.  Indique su nombre y dirección postal;

g.  Firme y coloque la fecha en su Papeleta; y

h.  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\*   \*   \*   \*   \*

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES),

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.