**Exhibit AAA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br> as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br> Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 14 (PBA/DRA UNSECURED CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

55668-29

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Following Page*)

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 14 (PBA/DRA Unsecured Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$$\$ \underline{\hspace{3cm}}$$

\*    \*    \*    \*    \*    \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐   <u>**ACCEPT**</u> (vote FOR) the Plan | ☐   <u>**REJECT**</u> (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                         (Print or Type)

                     _____

Signature: _____

Name of Signatory: _____
                                         (If other than holder)

Title: _____

Address: _____

           _____

           _____

Telephone
Number: _____

Email: _____

Date Completed: _____

6

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR
## CLAIMS IN CLASS 14 (PBA/DRA UNSECURED CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

        **Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   <u>**Hand Delivery to On-Island Collection Site**</u>:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| --- | --- |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*     *     *     *     *     *

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)   NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit BBB</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>       Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 14 (RECLAMACIONES NO GARANTIZADAS DE AEP/ARD)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan.  Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)   **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)  **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.  No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Emita su voto en la papeleta idioma inglés

**El Agente de Votación debe recibir efectivamente la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "Fecha Límite de Votación").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.** **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 14 (Reclamaciones no garantizadas de AEP/ARD)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\* \* \* \* \*

**Punto 2.** **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

| | |
|---|---|
| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

Número único de identificación de papeleta electrónica:_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet. No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>**Punto 3.**</u>          **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el <u>**Punto 1**</u> anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____
(en letra de imprenta o a máquina)
_____

Firma:_____

Nombre del firmante:_____
(si no es el tenedor)

Cargo: _____

Domicilio:_____
_____
_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

5

## INSTRUCCIONES DE VOTACIÓN PARA
## COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
## CLASE 14 (RECLAMACIONES NO GARANTIZADAS DE AEP/ARD)

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627] y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

1. Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2. El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia: su voto es en la papeleta edición inglés

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "<u>AGENTE DE VOTACIÓN</u>") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "<u>FECHA LÍMITE DE VOTACIÓN</u>").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) <u>**Por Internet**</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>**Correo de primara clase, entrega en mano o mensajería nocturna**</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) <u>**Entrega en mano en el lugar de votación en la isla**</u>: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. El uso del voto en la boleta del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Edificio de oficinas NOLLA</u><br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Centro Comercial Plaza Fajardo</u><br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.   No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

Solo para fines de referencia: envíe su voto en la boleta idioma inglés

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a. Asegúrese de que la información contenida en el <u>**Punto 1**</u> de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\*   \*   \*   \*   \*

SI USTED:

(A)   TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)   NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)   NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)   RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)   NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

Solo para fines de referencia. En caso de votar, en la boleta idioma inglés

**Exhibit CCC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS
## OF CLAIMS IN CLASS 40 (2012 CW BOND CLAIMS) – LENDER CLAIMS

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2ⁿᵈ Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

3

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(<em>Continued on Next Page</em>)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.             **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 40 (2012 CW Bond Claims)** set forth below in the following aggregate amount as of the Voting Record Date of July 13, 2021:



**To submit your election in Item 2 and/or your vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your election and/or your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.


**Item 2**.             **Election to be Treated as 2012 CW Bond Claims (Taxable Election)**
**(Class 43)** (Available only to Puerto Rico Investors)**.**

If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the CW Bond Distribution, as modified by your Pro Rata Share of the 2012 CW Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 43**.

To make the 2012 CW Taxable Bond Distribution Election to receive the 2012 CW Taxable Bond Distribution and be treated under **Class 43**, you must certify in connection with your election that you are either:

o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

\*     \*     \*     \*     \*

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby:

(a)     certifies that such holder is either:

   1.   personal income tax purposes), or

   2.   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes); and

(b)     elects to have such holder's Claim treated as a 2012 CW Bond Claim (Taxable Election) in Class 43 and have such holder's distribution modified by the 2012 CW Taxable Bond Distribution.

---

☐   **Elect to be Treated as 2012 CW Bond Claim (Taxable Election) (Class 43)**

If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

**Item 3.**          **Vote on Plan** (skip if you have elected to be treated as a 2012 CW Bond Claim (Taxable Election) in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

---

☐   **ACCEPT** (vote FOR) the Plan          ☐   **REJECT** (vote AGAINST) the Plan

---

**Item 4.**          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election and certifications in **Item 2**

55668-30

above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE BALLOT FOR CLAIMS IN CLASS 40 (2012 CW BOND CLAIMS)

1.     This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.     The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.     Pursuant to the Plan, any holder of an Allowed **2012 CW Bond Claim** may elect to have its Claim treated as a 2012 CW Bond Claim (Taxable Election) in Class 43 and have its distribution modified by the 2012 CW Taxable Bond Distribution.  If you elect to have your Claim reduced and treated as a 2012 CW Bond Claim (Taxable Election) in Class 43, you will be deemed to have accepted the Plan as a holder of a Claim in Class 43 (2012 CW Bond Claims (Taxable Election)).

4.     **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)    **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii) **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery — All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

> 5. To properly complete the Ballot, you must follow the procedures described below:

> a. Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

> b. You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

> c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

> d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

> e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

> f. Provide your name and mailing address;

> g. Sign and date your Ballot; and

    h.  Return your Ballot using an authorized method of return indicated herein.

    6.    If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*    *    *    *    *

IF YOU:

    (A)    HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)    DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)    DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit DDD</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                        Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA LOS TENEDORES DE RECLAMACIONES DE LA CLASE 40 (RECLAMACIONES DE BONOS 2012 DEL ELA) – RECLAMACIONES DE LOS PRESTAMISTAS

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF

---

[1]  Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]  PROMESA está codificada en 48 U.S.C. §§ 2101-2241.

Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que los tenedores de Reclamaciones de la Clase que se indica a continuación voten y realicen elecciones. **Para que se cuente su voto o elección, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) **<u>Por Internet</u>**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **<u>Correo de primera clase, entrega en mano o mensajería nocturna</u>**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Solo para fines de referencia. Envíe su voto en la versión en idioma inglés

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave., Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2do Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).

El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

*(Continúa en la página siguiente)*

Solo para fines de referencia. Envíe su voto en la boleta del idioma inglés

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 40 (Reclamaciones de Bonos 2012 del ELA)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación del 13 de julio de 2021:



$ _____

**Para enviar su elección en el Punto 2 y/o su voto en el Punto 3 a continuación a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su elección y/o su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

            **Número único de identificación de papeleta electrónica: _____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán elecciones y votos mediante transmisión electrónica o por Internet.  No se contarán las elecciones enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una elección o voto utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 2.**                    **Elección a tratarse como Reclamaciones de Bonos 2012 del ELA (Elección Tributable) (Clase 43)** (disponible solo para los Inversionistas de Puerto Rico)**.**

Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos 2012 Tributables del ELA.  Si realiza esta elección, recibirá una participación prorrateada de la Distribución de Bonos del ELA, modificada por su participación prorrateada de la Distribución de Bonos 2012 Tributables del ELA y se considerará que acepta el Plan como tenedor de una Reclamación de la **Clase 43**.

Para realizar la Elección de la Distribución de Bonos 2012 Tributables del ELA para recibir la

Distribución de Bonos 2012 Tributables del ELA y recibir el tratamiento de la **Clase 43**, debe certificar en relación con su elección que es:

      o  Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

      o  Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

\*    \*    \*    \*    \*

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente:

    (a)    certifica que dicho tenedor es:

        1.  a efectos del impuesto a la renta personal), o

        2.  Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico); y

    (b)    elige que la Reclamación de dicho tenedor sea tratada como una Reclamación de Bonos 2012 del ELA (Elección Tributable) de la Clase 43 y que la distribución de dicho tenedor sea modificada por la Distribución de Bonos 2012 Tributables del ELA.

---

☐    **Elección a tratarse como Reclamaciones de Bonos 2012 del ELA (Elección Tributable) (Clase 43)**

    Si realiza la elección anterior, pase al Punto 4, ya que se considera que ha aceptado el Plan.

---

**Punto 3.**        **Voto sobre el Plan** (omitir si ha elegido que sea tratada como una Reclamación de Bonos 2012 del ELA (Elección Tributable) en el Punto 2 anterior).

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque <u>una</u> opción):

---

☐    <u>**ACEPTAR**</u> (votar A FAVOR) del Plan        ☐    <u>**RECHAZAR**</u> (votar EN CONTRA) del Plan

---

**Punto 4.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan y para hacer la elección y las certificaciones del **Punto 2** anterior. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

7

**INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA COMPLETAR LA
PAPELETA PARA LAS RECLAMACIONES DE LA CLASE 40 (RECLAMACIONES
DE BONOS 2012 DEL ELA)**

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628]. Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      A tenor con el Plan, cada tenedor de una **Reclamación de Bonos 2012 del ELA** Permitida puede elegir que su Reclamación reciba el tratamiento de una Reclamación de Bonos 2012 del ELA (Elección Tributable) en la Clase 43 y que se modifique su distribución conforme a la Distribución de Bonos 2012 Tributables del ELA.  Si elige que su Reclamación se reduzca y se trate como una Reclamación de Bonos 2012 del ELA (Elección Tributable) de la Clase 43, se considerará que ha aceptado el Plan como tenedor de una Reclamación de la Clase 43 (Reclamaciones de Bonos 2012 del ELA (Elección Tributable)).

4.      **Para que su voto o elección sea contabilizado, debe completar correctamente, firmar y devolver esta Papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación antes de las 5:00 p.m. (hora del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)     <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)    <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)   <u>Entrega en mano en el lugar de votación en la isla</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

55668-30-ES

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

5.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

(a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

(b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan, o a hacer una elección con respecto a, todas las Reclamaciones que posee en una Clase;

(c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

10

    (d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

    (e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

    (f) Indique su nombre y dirección postal;

    (g) Firme y coloque la fecha en su Papeleta; y

    (h) Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

    6.    Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

*   *   *   *   *

SI USTED:

    (A)    TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

    (B)    NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

    (C)    NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

    (D)    RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

    (E)    NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

Solo para fines de referencia. Envíe su voto en la boleta idiomainglés

**Exhibit EEE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN CLASS 49
## (2014 CW GUARANTEE BOND CLAIMS) – PORTS OF THE AMERICAS BONDS

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it its received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

3

55668-31

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.         **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 49 (2014 CW Guarantee Bond Claims)** set forth below in the following aggregate amount as of the Voting Record Date of July 13, 2021:



**To submit your election in Item 2 and/or your vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your election and/or your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2**.         **Election to be Treated as 2014 CW Guarantee Bond Claims (Taxable Election) (Class 50)** (Available only to Puerto Rico Investors)**.**

If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Guarantee Taxable Bond Distribution.  If you make this election, you will receive a Pro Rata Share of the 2014 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 50**.

To make the 2014 CW Guarantee Taxable Bond Distribution Election to receive the 2014 CW Guarantee Taxable Bond Distribution and be treated under **Class 50**, you must certify in connection with your election that you are either:

o   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

o   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

\*     \*     \*     \*     \*

The undersigned holder of a Claim in the amount set forth in <u>**Item 1**</u> above hereby:

(a)     certifies that such holder is either:

1.   A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

2.   An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes); and

(b)     elects to have such holder's Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 50 and have such holder's distribution modified by the 2014 CW Guarantee Taxable Bond Distribution.

---

☐     **Elect to be Treated as 2014 CW Guarantee Bond Claim (Taxable Election) (Class 50)**

If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

<u>**Item 3.**</u>     **Vote on Plan** (skip if you have elected to be treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Item 2 above).

The undersigned holder of a Claim in the amount set forth in <u>**Item 1**</u> above hereby votes to (please check <u>one</u>):

---

☐     <u>**ACCEPT**</u> (vote FOR) the Plan          ☐     <u>**REJECT**</u> (vote AGAINST) the Plan

---

<u>**Item 4**</u>.     **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned

certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election and certifications in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type) _____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:  _____

Address:  _____

_____

_____

Telephone
Number:  _____

Email:  _____

Date Completed:  _____

## VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE BALLOT FOR CLAIMS IN CLASS 49 (2014 CW GUARANTEE BOND CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      Pursuant to the Plan, any holder of an Allowed **2014 CW Guarantee Bond Claim** may elect to have its Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 50 and have its distribution modified by the 2014 CW Guarantee Taxable Bond Distribution.  If you elect to have your Claim reduced and treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in Class 50, you will be deemed to have accepted the Plan as a holder of a Claim in Class 50 (2014 CW Guarantee Bond Claims (Taxable Election)).

4.      **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)  **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5. To properly complete the Ballot, you must follow the procedures described below:

a. Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b. You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f. Provide your name and mailing address;

g. Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

6.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*      \*      \*      \*      \*

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit FFF**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

### PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA BONOS DE LA CLASE 49
### (RECLAMACIONES DE BONOS 2014 GARANTIZADOS DEL ELA) – BONOS DEL PUERTO DE LAS AMÉRICAS

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto*

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo a fines de revisión, el envío de voto en la boleta idioma inglés

*Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta debe ser utilizada para votar por los titulares de las Reclamaciones de la Clase indicada a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)     **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)    **Correo de primera clase, entrega en mano o mensajería nocturna**:  Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

<b>PUERTO RICO BALLOT PROCESSING<br>
C/O PRIME CLERK LLC<br>
ONE GRAND CENTRAL PLACE<br>
60 E. 42ND STREET, SUITE 1440<br>
NUEVA YORK, NY 10165</b>

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| :---: | :---: |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que dicho plazo sea prorrogado (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan, y no con el objeto de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

*(Continúa en la página siguiente)*

SÍRVASE RELLENAR LO SIGUIENTE:

**Punto 1.**     **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es titular de la(s) Reclamación(es) de la **Clase 49 (Reclamaciones de Bonos 2014 Garantizados del ELA)** que se indican a continuación por el siguiente monto total a la Fecha de registro de los votos del 13 de julio de 2021:



$ _____

**Para enviar su voto por el Punto 2 y/o por el Punto 3 siguiente a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

    **Número único de identificación de papeleta electrónica:**

    _____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet. No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

**Punto 2.     Elección a ser tratada como Reclamaciones de Bonos 2014 Garantizados del ELA (Elección Tributable) (Clase 50)** (Disponible solamente para Inversionistas de Puerto Rico)

Si usted es un inversionista de Puerto Rico, puede optar por recibir la Distribución Tributable de Bonos de Garantía 2014 del ELA. Si elige esta opción, recibirá una parte prorrateada de la Recuperación del Bono 2014 de Garantía del ELA, modificada por su Parte Prorrateada de la Distribución Tributable de Bonos 2014 de Garantía del ELA y se considerará que acepta el plan como titular de una reclamación en la **Clase 50**.

Para realizar la Elección de Distribución Tributable de Bonos de Garantía 2014 del ELA, recibir la Distribución Tributable de Bonos de Garantía 2014 del ELA y ser tratado bajo la **Clase 50**, debe certificar en relación con su elección que usted es:

o   Una persona física sea residente del Estado Libre Asociado (a efectos del impuesto sobre la renta personal de Puerto Rico), o

o   Una entidad que sea de propiedad total de, o de propiedad usufructuaria de dos o más personas físicas, sean residentes del Estado Libre Asociado (a efectos del impuesto sobre la renta personal de Puerto Rico) (en ambos casos, "**Inversionista de Puerto Rico**").

\*     \*     \*     \*     \*

El abajo firmante, titular de una Reclamación por el monto indicado en el __**Punto 1**__ precedente, declara por la presente:

(a)     que dicho titular es:

1.   Una persona física residente del Estado Libre Asociado (a efectos del impuesto sobre la renta personal de Puerto Rico, o bien

2.   Una entidad de propiedad total de, o de propiedad usufructuaria de dos o más personas físicas, residentes del Estado Libre Asociado (a efectos del impuesto sobre la renta personal de Puerto Rico)); and

(b)     elige ser tratado como titular de una Reclamación de Bonos de Garantía 2014 del ELA (Elección Tributable) de la Clase 50, y que dicha distribución se vea modificada por la Distribución de la Elección Tributable de los Bonos de Garantía 2014 del ELA.

---

☐     **Elección para ser tratado como Reclamación de Bonos de Garantía 2014 del ELA (Elección Tributable) (Clase 50)**

Si ha elegido esta opción, vaya al Punto 4, por cuanto se considera que  ha aceptado el Plan.

---

**Punto 3.**          **Vote por el Plan** (sáltese esta opción si en el Punto 2 precedente ha optado porque la suya sea tratada como Reclamación de Bonos de Garantía 2014 del ELA (Elección Tributable).

El abajo firmante, titular de una Reclamación por el importe indicado en el __**Punto 1**__ precedente, vota por (elija _una_ sola opción):



☐   **ACEPTO** (vota A FAVOR) del Plan          ☐   **RECHAZO** (vota CONTRA) el Plan

**Punto 4.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo:  _____

Domicilio:  _____

_____

_____

Número de teléfono:_____

Correo electrónico: _____

Fecha en que se completó: _____

7

**INSTRUCCIONES DE VOTACIÓN PARA COMPLETAR LA PAPELETA PARA
LAS RECLAMACIONES DE LA CLASE 49 (RECLAMACIONES DE BONOS 2014
DE GARANTÍA DEL ELA)**

1.        Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) que usted consienta a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de* Divulgación *del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 ((con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR                                   ESTA                                   PAPELETA.**

2.        El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente      de      que      voten      o      no      y      acepten      o      no      el      Plan.

3.        De conformidad con el Plan, cualquier titular de una **Reclamación de Bonos 2014 de Garantía del ELA** aceptada podrá optar para que su Reclamación sea tratada como una Reclamación de Bonos 2014 de Garantía del ELA (Opción Tributable) de la Clase 50, y para que su distribución sea modificada mediante la Distribución de Bonos Tributables 2014 de Garantía del ELA. Si elige que su Reclamación sea reducida y tratada como una Reclamación de Bonos 2014 de Garantía del ELA (Opción Tributable) de la Clase 50, se considerará que ha aceptado el Plan como titular de una Reclamación de la Clase 50 (Bonos 2014 de Garantía del ELA (Opción Tributable) de la Clase 50.

4.        **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)   <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)  <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea coordinar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a <u>puertoricoinfo@primeclerk.com</u> e indique la fecha y hora previstas para la entrega.

(iii) <u>Entrega en mano en el lugar de votación en la isla</u>: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la boleta del idioma inglés.

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Edificio de oficinas NOLLA</u><br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Centro Comercial Plaza Fajardo</u><br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

5.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.   Asegúrese de que la información contenida en el **<u>Punto 1</u>** de la Papeleta sea correcta;

b.   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.   Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se

contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular solo contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

6. Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

* * * * *

SI USTED:

(A) TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B) NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C) NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D) RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E) NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

• TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

• CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

11

**Exhibit GGG**

55668-32-1-ES

# EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
          en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
                              Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE 51B (RECLAMACIONES DE RETIRADOS DEL SRJ POR DEBAJO DEL UMBRAL)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.,* fechado el 30 de julio de 2021 (Plan).

### FAVOR DE COMPLETAR LO SIGUIENTE:

 ## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **51B (Reclamaciones de Retirados del SRJ por debajo del umbral)**
Por la presente, yo voto (favor de marcar solamente una):

☐ **ACEPTAR** (votar A FAVOR) del Plan          ☐ **RECHAZAR** (votar EN CONTRA) del Plan

Nombre del poseedor: _____
                                              ( A mano o a máquina )

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
                                                                    ( Si no es el poseedor de la reclamación )

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____

## NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot. Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, NO deberá someter una Boleta de Votación en papel.

**Exhibit HHH**

55668-32-2-ES

# EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
　　　　en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
　　　　　　　　　　　　　　Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE 51D (RECLAMACIONES DE RETIRADOS DEL SRE POR ENCIMA DEL UMBRAL)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.*, fechado el 30 de julio de 2021 (Plan).

### FAVOR DE COMPLETAR LO SIGUIENTE:

 ## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **51D (Reclamaciones de Retirados del SRE por encima del umbral)**
Por la presente, yo voto (favor de marcar solamente <u>una</u>):

☐ **ACEPTAR** (votar A FAVOR) del Plan　　　☐ **RECHAZAR** (votar EN CONTRA) del Plan

Nombre del poseedor: _____
　　　　　　　　　　　　　　( A mano o a máquina )
Firma: _____
Nombre y relación del firmante con el poseedor de la reclamación: _____
　　　　　　　　　　　　　　( Si no es el poseedor de la reclamación )
Dirección: _____
　　　　　　　_____
　　　　　　　_____
Número de Teléfono: _____
Correo electrónico: _____
Fecha en la que completó el formulario: _____

## NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a  cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de <u>las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021</u>.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot.  Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, <u>NO</u> deberá someter una Boleta de Votación en papel.

**Exhibit III**

55668-32-3-ES

# EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
          en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
                                        Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE 51E (RECLAMACIONES DE RETIRADOS DEL SRJ POR ENCIMA DEL UMBRAL)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.*, fechado el 30 de julio de 2021 (Plan).

### FAVOR DE COMPLETAR LO SIGUIENTE:

 ## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **51E (Reclamaciones de Retirados del SRJ por encima del umbral)**
Por la presente, yo voto (favor de marcar solamente <u>una</u>):

| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del Plan |
|---|---|

Nombre del poseedor: _____
                                                              *( A mano o a máquina )*

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
                                                                                    *( Si no es el poseedor de la reclamación )*

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____

## ⚠ NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de <u>las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021</u>.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot. Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, <u>NO</u> deberá someter una Boleta de Votación en papel.

**<u>Exhibit JJJ</u>**

## EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
            en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
                                        Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

### BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE 51F (RECLAMACIONES DE RETIRADOS DEL SRM POR ENCIMA DEL UMBRAL)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.*, fechado el 30 de julio de 2021 (Plan).

### FAVOR DE COMPLETAR LO SIGUIENTE:

 **VOTE SOBRE EL PLAN**

Poseo una Reclamación en la Clase **51F (Reclamaciones de Retirados del SRM por encima del umbral)** Por la presente, yo voto (favor de marcar solamente <u>una</u>):

☐ **ACEPTAR** (votar A FAVOR) del Plan          ☐ **RECHAZAR** (votar EN CONTRA) del Plan

Nombre del poseedor: _____
                                                    *( A mano o a máquina )*

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
                                                                                            *( Si no es el poseedor de la reclamación )*

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____

### ⚠ NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a  cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de <u>las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021</u>.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

    # de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot.  Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, <u>NO</u> deberá someter una Boleta de Votación en papel.

**<u>Exhibit KKK</u>**

55668-32-3-ES

# EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
       en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
                    Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE 51G (RECLAMACIONES DE LOS PARTICIPANTES ACTIVOS DE SRE)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.,* fechado el 30 de julio de 2021 (Plan).

## FAVOR DE COMPLETAR LO SIGUIENTE:

 ## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **51G (Reclamaciones de los participantes activos de SRE)**
Por la presente, yo voto (favor de marcar solamente una):

☐ **ACEPTAR** (votar A FAVOR) del Plan          ☐ **RECHAZAR** (votar EN CONTRA) del Plan

Nombre del poseedor: _____
                                    *( A mano o a máquina )*

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
                                                                              *( Si no es el poseedor de la reclamación )*

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____

## NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a  cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot.  Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, NO deberá someter una Boleta de Votación en papel.

**Exhibit LLL**

55668-32-6-ES

# EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
        en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
        Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE 51H (RECLAMACIONES DE LOS PARTICIPANTES ACTIVOS DEL SRJ)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.*, fechado el 30 de julio de 2021 (<u>Plan</u>).

### FAVOR DE COMPLETAR LO SIGUIENTE:

 ## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **51H (Reclamaciones de los participantes activos del SRJ)**
Por la presente, yo voto (favor de marcar solamente <u>una</u>):

| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del Plan |
|---|---|

Nombre del poseedor: _____
( A mano o a máquina )

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
( Si no es el poseedor de la reclamación )

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____

## ⚠ NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de <u>las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021</u>.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot. Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, <u>NO</u> deberá someter una Boleta de Votación en papel.

**<u>Exhibit MMM</u>**

# EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
        en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
                        Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA CLASE CLASE 51I (RECLAMACIONES DE LOS PARTICIPANTES ACTIVOS DEL SRM)

Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.*, fechado el 30 de julio de 2021 (Plan).

### FAVOR DE COMPLETAR LO SIGUIENTE:

 ## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **Clase 51I (Reclamaciones de los participantes activos del SRM)**
Por la presente, yo voto (favor de marcar solamente <u>una</u>):

■ **ACEPTAR** (votar A FAVOR) del Plan          ■ **RECHAZAR** (votar EN CONTRA) del Plan

Nombre del poseedor: _____
                                        ( A mano o a máquina )

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
                                                                ( Si no es el poseedor de la reclamación )

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____

## NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación utilizando la plataforma electrónica, favor de visitar a  cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de <u>las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021.</u>**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de Identificación Único diferente para el E-Ballot.  Por favor complete y somete un E-Ballot por cada ID# que usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, <u>NO</u> deberá someter una Boleta de Votación en papel.

**Exhibit NNN**

55668-32-8-ES

**EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO
      en representación de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
                                    Deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

**BOLETA DE VOTACIÓN PARA LOS POSEEDORES DE RECLAMACIONES DE LA
CLASE 51L (RECLAMACIONES DE LOS PARTICIPANTES DE PROGRAMAS DE TRANSICIÓN
VOLUNTARIA CUYOS BENEFICIOS LOS PAGA EL PATRONO Y ESTÁN POR ENCIMA DEL UMBRAL)**
Esta Boleta de Votación es para votar para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto
Enmendado bajo el Título III del Gobierno de Puerto Rico, et al.,* fechado el 30 de julio de 2021 (Plan).
**FAVOR DE COMPLETAR LO SIGUIENTE:**

## VOTE SOBRE EL PLAN

Poseo una Reclamación en la Clase **51L (Reclamaciones de los participantes de programas de transición
voluntaria cuyos beneficios los paga el patrono y están por encima del umbral)**
Por la presente, yo voto (favor de marcar solamente una):

☐ **ACEPTAR** (votar A FAVOR) del Plan          ☐ **RECHAZAR** (votar EN CONTRA) del Plan

Nombre del poseedor: _____
                                          *( A mano o a máquina )*

Firma: _____

Nombre y relación del firmante con el poseedor de la reclamación: _____
                                                                                      *( Si no es el poseedor de la reclamación )*

Dirección: _____

_____

_____

Número de Teléfono: _____

Correo electrónico: _____

Fecha en la que completó el formulario: _____



## NOTA IMPORTANTE:

Usted puede someter su Boleta de Votación por correo, entregándola a la mano en centros localizados en
Puerto Rico, o utilizando la plataforma electrónica "E-Ballot". Favor de revisar las Instrucciones para Votar que
acompañan esta Boleta de Votación para más información. Si usted desea someter su Boleta de Votación
utilizando la plataforma electrónica, favor de visitar a  cases.primeclerk.com/puertorico.

**Boletas deben ser recibidas en o antes de las 5:00 p.m. (Hora del Atlántico), el 4 de octubre de 2021.**

**Si usted desea someter su Boleta utilizando la plataforma electrónica, necesitará la siguiente información:**

# de Identificación Único de la Boleta de Votación electrónica E-Ballot: _____

**Usted o miembros de su familia podrían recibir más de una Boleta de Votación con un Número de
Identificación Único diferente para el E-Ballot.  Por favor complete y somete un E-Ballot por cada ID# que
usted reciba.**

Si usted somete su Boleta de Votación utilizando la plataforma electrónica E-Ballot, NO deberá someter una
Boleta de Votación en papel.

**<u>Exhibit OOO</u>**

55668-33-ES



# INSTRUCCIONES PARA VOTAR SOBRE EL PLAN DE AJUSTE

Usted ha recibido una **Boleta de Votación** para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado bajo Título III para el Gobierno de Puerto Rico, et al.,* con la fecha del 30 de julio de 2021 **(Plan)**. Estas instrucciones[1] le ayudarán a completar y a someter su **Boleta de Votación** correctamente.

Junto a estas instrucciones, y la Boleta de Votación, usted también ha recibido una *Declaración de Información sobre el Séptimo Plan de Ajuste Conjunto Enmendado bajo Título III para el Gobierno de Puerto Rico, et al.,* con la fecha del 30 de julio de 2021 (Declaración de Información), la cual provee información sobre el Plan. Proveemos la Declaración de Información (anejado al Plan como prueba de la Declaración de Información) de forma electrónica en una memoria USB que puede utilizar con una computadora.

 ## I. INSTRUCCIONES PARA VOTAR

### CÓMO COMPLETO MI BOLETA DE VOTACIÓN:

**Para completar la Boleta de Votación correctamente, siga las instrucciones abajo:**

 **Marque el encasillado correcto en la Boleta de Votación**

- Si desea votar a favor del Plan, marque el encasillado "ACEPTAR".
- Si desea votar en contra del Plan, marque el encasillado "RECHAZAR".

 **Llene la información**

- Provea su nombre y dirección postal.
- Firme, y feche su Boleta de Votación.
- Si usted está completando esta Boleta de Votación en nombre de otra persona, indique su relación con esa persona y en qué capacidad está firmando, y someta evidencia de su autoridad para actuar en nombre del reclamante (por ejemplo, un poder).

 **Devuelva la Boleta de Votación** utilizando uno de los métodos a continuación. Su voto tiene que llegar en o antes del 4 de octubre de 2021 a las 5:00 p.m. (Hora del Atlántico).



**FECHA LÍMITE:**

Para que su voto sea contado, deberá completar, firmar y devolver su Boleta de Votación a la mayor brevedad para que el Agente de Votación la <u>reciba</u> en o antes de **5:00 p.m.** (Hora del Átlantico) **4 de octubre de 2021.**

[1] Estas instrucciones fueron desarrolladas en conjunto por el Comité Oficial de Retirados (COR) y la Junta de Supervisión Fiscal

**Deberá devolver su Boleta de Votación utilizando uno de los métodos a continuación:**

**(1)** **En línea:** Visite https://cases.primeclerk.com/puertorico oprima el enlace para someter la Boleta de Votación Electrónica ("Submit E-Ballot").

Tenga en cuenta que, si usted o miembros de su familia tienen más de una reclamación, puede recibir más de una Boleta de Votación con un Número de Identificación Único (#ID) diferente para cada "E-Ballot". Favor de completar y someter un "E-Ballot" por cada #ID de "E-Ballot" que reciba.

**(2)** **Correo "First Class" o servicio de envío expedito:** Enviar a la siguiente dirección (para servicio de correo "First Class", favor de utilizar el sobre incluido y enviarlo a la mayor brevedad para que llegue a tiempo):

PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165

**(3)** **Entrega a la mano en centros localizados en Puerto Rico:** Entregue en persona en uno de los siguientes centros localizados en Puerto Rico:



**FECHA LÍMITE:**

Para que su voto sea contado, deberá completar, firmar y devolver su Boleta de Votación a la mayor brevedad para que el Agente de Votación la reciba en o antes de **5:00 p.m.** (Hora del Átlantico) **4 de octubre de 2021.**

| Centros en el Estado Libre Asociado de Puerto Rico[1] para aceptar las entregas en persona | | |
|---|---|---|
| Todos los centros estarán abiertos desde el 30 de agosto de 2021 hasta el 4 de octubre de 2021 (excepto en fines de semana y días feriados federales) | | |
| **Dirección** | | **Horario (AST)** |
| **Centro de Convenciones Bianca** Carr 2 KM 143, 1er Piso Añasco, PR 00610 | **Joe's Blue** Edificio Millennium Building Avenida Tito Castro, Carr. 14 Ponce, PR 00716 | |
| **Oceana HUB Center** 2 Calle Acerina Caguas, PR 00725 | **NOLLA Office Building** Avenida José A. Cedeño #521 Arecibo, PR 00612 | *L – V* *8:30 a.m. to 5:00 p.m.* |
| **Citi Towers** 252 Ponce de León Avd., Oficina 1000 Hato Rey, San Juan, PR 00918 | **Fajardo Market Square Shopping Center** Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | |
| **Piloto 151** #151 Calle de San Francisco 2do Piso, Oficina M Viejo San Juan, PR 00901 | | |

**Deberá entregar su Boleta de Votación utilizando uno de los métodos descritos previamente. No se aceptarán Boletas de Votación por telecopia, fax, o correo electrónico (e-mail).**

Si desea obtener una copia en papel de la Declaración de Información y el Plan, favor de contactar al Agente de Votación, Prime Clerk, LLC, por teléfono al (844) 822-9231 (libre de cargos en Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), entre 10 a.m. y 7 p.m. (Hora del Atlántico) (Servicio en español disponible), o por correo electrónico a puertoricoinfo@primeclerk.com.

**Exhibit PPP**



**COR**

# CARTA A LOS RETIRADOS DEL GOBIERNO DE PUERTO RICO

**¡Saludos!**

Está recibiendo esta carta porque, al igual que nosotros, usted es retirado del Sistema de Retiro de Empleados del Gobierno de Puerto Rico, Sistema de Retiro de Maestros o Sistema de Retiro de la Judicatura y acreedor en la quiebra del gobierno de Puerto Rico bajo el Título III de la Ley Federal PROMESA. Como participantes de uno de los sistemas de pensiones antes mencionados, se nos está solicitando que votemos sobre el *Séptimo Plan de Ajuste Enmendado* del gobierno de Puerto Rico (Plan) como parte de la quiebra del gobierno. El Comité Oficial de Retirados del Gobierno de Puerto Rico (COR) ha negociado un acuerdo (Acuerdo del COR) que verdaderamente beneficia a todos los retirados sobre el trato que se les dará a las pensiones bajo el Plan. El Acuerdo del COR ha sido incorporado dentro del Plan.

Por lo tanto, le instamos enérgicamente **A VOTAR A FAVOR DEL PLAN.**

 ## ¿QUIÉN ES EL COR?

El COR es un comité oficial nombrado por el Síndico de los Estados Unidos para representar los intereses colectivos de nuestra clase de acreedores en el caso de quiebra ante el Tribunal de Distrito de los Estados Unidos. El Comité está compuesto por ocho miembros voluntarios que fueron seleccionados mediante un proceso de convocatoria pública y entrevistas personales. Los integrantes del COR son jueces, maestros y servidores públicos de diferentes agencias retirados. Durante los pasados cuatro años, el COR, asesorado por un equipo de abogados y profesionales en finanzas, ha trabajado diligentemente y usado todos los recursos legales disponibles para prevenir los recortes severos que la Junta de Supervisión Fiscal (JSF) había propuesto para nuestras pensiones, proteger a los retirados y minimizar el impacto del ajuste de la deuda en nuestras pensiones y beneficios de pensión. El resultado de nuestros esfuerzos es el Acuerdo del COR.

## TÉRMINOS PROPUESTOS DEL ACUERDO DEL COR

El Comité le solicita que apoye el Acuerdo del COR votando a favor de aceptar el Plan. Abajo proveemos un resumen del Acuerdo del COR vs. la propuesta original de la JSF, la cual incluía recortes severos a las pensiones, eliminaba los bonos y la aportación mensual al plan médico, y contenía recortes adicionales para los retirados que reciben beneficios de Seguro Social. Bajo el acuerdo del COR, el Comité pudo garantizar mejores términos para nuestra clase de retirados debido a la composición de nuestro grupo y nuestra aportación a la economía de Puerto Rico.

El Acuerdo del COR está enfocado en cuatro objetivos principales:

- ***Proteger a los retirados más vulnerables de recorte alguno:*** Logramos esto aumentando el umbral de donde comienzan los recortes tan bajos como $600 al mes a $1,500 al mes. Como resultado de las negociaciones del COR con la JSF, **los retirados con pensiones y beneficios de pensión de $1,500 o menos al mes no experimentarán recortes, protegiendo así a más del 73% de todos los retirados (sobre 122,000 personas).**

- Bajo el Acuerdo, el COR ha triplicado el número de retirados que está completamente protegido. **Los retirados que reciben una pensión y beneficios de pensión de $1,500 o menos al mes no tendrán ningún recorte en sus beneficios.**

- **Reducir el recorte para todos los demás retirados:** Logramos esto *reduciendo el recorte máximo propuesto de hasta 25% a 8.5%. Ninguna pensión puede caer por debajo de $1,500 al mes después del recorte.* Como resultado, los retirados que reciban el recorte máximo, retendrán el 91.5% de su pensión y beneficios de pensión actuales, más el 100% de la aportación mensual al plan médico, y estarán protegidos de recortes adicionales si reciben beneficios de Seguro Social. Favor del visitar la página del COR en ***porturetiro.com** para utilizar la calculadora de pensiones y computar el efecto del acuerdo del COR en sus beneficios vs. la propuesta original de la JSF.*

- **Proveer seguridad al pago de las pensiones en el futuro:** Logramos esto negociando la creación de un fondo de reserva para el pago de pensiones en caso de que, una vez más, el gobierno no tenga suficiente dinero para pagar a los retirados en el futuro. El gobierno hará contribuciones anuales para este fondo de por lo menos $175 millones hasta el 2027.

- **Permitir que el gobierno restituya los recortes a las pensiones de año en año, si la economía de Puerto Rico tiene un desempeño mejor que las proyecciones actuales:** Logramos esto negociando un mecanismo de restitución de pensiones (por ejemplo, un pago a los retirados afectados de hasta el monto total del recorte en un año determinado) que le permitirá al gobierno restaurar las pensiones bajo dos escenarios:

  - Si el gobierno identifica en su presupuesto anual una fuente de ingresos para restaurar las pensiones de los retirados afectados; o

  - Si los ingresos del gobierno, en un año fiscal determinado, exceden las proyecciones por una cantidad mínima.

Esto brinda una posibilidad bien real de poder continuar reduciendo o eliminar los recortes a las pensiones a partir del año fiscal inmediatamente después de que el tribunal apruebe el Plan.



## VOTANDO SOBRE EL PLAN

- Con esta carta, incluimos una Boleta de Votación y un documento titulado "*Instrucciones para Votar sobre el Plan de Ajuste*" que incluye las instrucciones sobre cómo completar la Boleta de Votación. Favor de seguir las instrucciones y devolver su Boleta de Votación: (a) por correo (utilizando el sobre incluido en este paquete de materiales), (b) en persona en uno de los centros identificados en las instrucciones en la Boleta de Votación, o (c) electrónicamente en la página web del Agente de Votación.

**SOLAMENTE SE SOLICITA EL VOTO DE LOS RETIRADOS CON PENSIONES Y BENEFICIOS DE PENSIÓN SOBRE EL UMBRAL DE $1,500. LOS RETIRADOS CON BENEFICIOS POR DEBAJO DEL UMBRAL DE $1,500 ESTÁN PROTEGIDOS DE LOS RECORTES; POR LO TANTO, BAJO PROMESA, NO VOTAN.**



## ¿POR QUÉ LE ESTAMOS SOLICITANDO QUE VOTE A FAVOR?

- Todos los integrantes del COR, somos retirados que, como usted, experimentaremos recortes. Es difícil pedirle a alguien que acceda a que le recorten la pensión fruto de años de arduo trabajo. Sin embargo, estamos convencidos de que el Acuerdo del COR es en el mejor interés de los retirados y una propuesta viable bajo el Título III de la Ley PROMESA para proteger nuestras pensiones y las pensiones de retirados futuros.

Es importante que sepa que, si lo retirados votamos para rechazar el Plan, la JSF pudiese proponer otro Plan con términos para los retirados parecidos a su propuesta original, que era significativamente peor. Si el Tribunal no aprueba el Plan, los beneficios que el COR negoció, tales como, un recorte de hasta 8.5% (vs. hasta 25%), el umbral de $1,500 al mes (vs. tan bajo como $600 mensuales), la posibilidad de la restauración de beneficios y la creación de una reserva de pensiones, entre otros, no están garantizados y pueden ser modificados.

Por todas las razones antes mencionadas, **el COR ENTIENDE QUE EL PLAN Y SUS TÉRMINOS PROPUESTOS PARA LAS RECLAMACIONES POR PENSIONES DE LOS RETIRADOS SON EN EL MEJOR INTERÉS DE LOS RETIRADOS E INSTA A TODOS LOS RETIRADOS A ACEPTAR EL PLAN DEVOLVIENDO SUS BOLETAS DE VOTACIÓN EN ACEPTACIÓN AL PLAN, CONFORME A LAS INSTRUCCIONES QUE APARECEN EN LA BOLETA. .[1,2]**

Firmado por sus compañeros retirados del COR

*Miguel J. Fabre Ramírez*
*juez retirado*

*Carmen Haydee Núñez,*
*retirada de la Corporación del Fondo del Seguro del Estado de Puerto Rico*

*Blanca E. Paniagua*
*retirada del Departamento de Hacienda de Puerto Rico*

*Juan Ortiz Curet*
*maestro retirado del Departamento de Educación de Puerto Rico*

*Milagros Acevedo Santiago*
*retirada del Tribunal de Justicia de Bayamón*

*Lydia R. Pellot*
*retirada de la Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA)*

*Marcos A. López Reyes*
*profesor retirado de la Universidad de Puerto Rico*

*Rosario Pacheco Fontán*
*retirada del Registro de la Propiedad de San Juan*



**A VOTAR**

Para obtener más información, favor de visitar la página web del COR **porturetiro.com**

También puede enviarnos sus preguntas directamente al COR a info@porturetiro.com y con el apoyo de nuestro equipo de profesionales le responderemos tan pronto sea posible.

[1] El COR pudiera radicar ciertos comentarios al Plan para asegurar que cumple con todos los requisitos legales para que el Tribunal lo apruebe. Sin embargo, el COR recomienda que todos los retirados autorizados a votar sobre el Plan voten para aceptarlo. Favor de tomar conocimiento que, para los jueces retirados, existe una duda de que si el recorte máximo de 8.5% bajo el Acuerdo de COR incluye o es en adición de la eliminación de los ajustes al costo de vida estatutario de los jueces. La posición del COR es que el recorte máximo de 8.5% es inclusivo de los ajustes al costo de vida estatutario de los jueces y continuará negociando para resolver el asunto con el JSF.

[2] La información que aquí proveemos es solamente un resumen sobre el trato que recibirán los retirados bajo el Plan. En caso de que surja alguna discrepancia entre la información que proveemos en esta carta y el Plan, los términos del Plan reemplazarán la información de esta carta.

**Exhibit QQQ**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS**
**OF CLAIMS IN CLASS 52 (AFSCME CLAIMS)**

      The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

      By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)    **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)   **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: https://www.irs.gov/.**

**You are <u>not</u> required to submit an Internal Revenue Service Form W-8 or Form W-9 to cast your vote.**

(*Continued on Next Page*)

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Vote on Plan**.

The undersigned holder of a Claim(s) in **Class 52 (AFSCME Claims)** as of April 1, 2021 (which is the applicable Voting Record Date for Class 52) hereby votes to (please check <u>one</u>):

| | | | |
|---|---|---|---|
| ☐ | **ACCEPT** (vote FOR) the Plan | ☐ | **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) he/she is the holder of the Claim(s) identified in **Item 1** above, or (ii) he/she has full power and authority to vote to accept or reject the Plan in **Item 1** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

### VOTING AND ELECTION INSTRUCTIONS FOR COMPLETING THE
### BALLOT FOR CLAIMS IN CLASS 52 (AFSCME CLAIMS)

1.       This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.       The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.       **To have your vote, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery — All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

    a.   Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

    b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan all the Claims you hold in a Class;

    c.   If you are completing this Ballot on behalf of another person, indicate your relationship to such person and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney);

    d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

    e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

    f.   Provide your name and mailing address;

    g.   Sign and date your Ballot; and

    h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

IF YOU:

    (A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

    (B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

    (C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

    (D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit RRR**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**PAPELETA PARA TENEDORES
DE RECLAMACIONES DE LA CLASE 52 (RECLAMACIONES DE AFSCME)**

     La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]    Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]    PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo en caso de revisar su texto en la boleta idioma inglés

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su voto en la correcta versión inglés

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

**A tenor con el Plan, es posible que se le exija, como condición para recibir cualquier distribución sobre su Reclamación, que complete el correspondiente formulario W-8 o W-9 del Servicio de Rentas Internas, según proceda.  La información relativa a estos formularios y las instrucciones para completarlos se pueden encontrar en el sitio web del Servicio de Rentas Internas: <u>https://www.irs.gov/</u>.**

**No se le requiere que presente un Formulario W-8 ni un Formulario W-9 del Servicio de Rentas Internas para poder votar.**

(*Continúa en la página siguiente*)

Solo para fines de referencia. Envíe su voto en la papeleta del idioma inglés

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                          **Voto sobre el Plan**.

El abajo firmante, titular de una(s) Reclamación(es) de la **Clase 52 (Reclamaciones de AFSCME)** al 1 de abril de 2021 (que es la Fecha de Registro de Votación aplicable a la Clase 52), vota por la presente (marque una opción):

| | |
|---|---|
| ☐   **ACEPTAR** (votar A FAVOR) del Plan | ☐   **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

         **Número único de identificación de papeleta electrónica:** _____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 3.**                          **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica (i) ser tenedor(a) de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan del **Punto 1** anterior. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

55668-35-ES

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

6

## INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA COMPLETAR LA PAPELETA PARA LAS RECLAMACIONES DE LA CLASE 52 (RECLAMACIONES DE AFSCME)

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628]. Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      **Para que su voto sea contabilizado, debe completar, firmar y devolver esta papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)      **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica).  Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot.  Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143+ 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su versión en la boleta del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

4.      Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

a.   Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b.   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.   Si completa esta Papeleta en nombre de otra persona, indique su relación con dicha persona y la calidad en la que está firmando y presente prueba satisfactoria de que está facultado para tal fin (por ejemplo, un poder);

d.   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.   Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.   Indique su nombre y dirección postal;

9

     g.  Firme y coloque la fecha en su Papeleta; y

     h.  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

5.    Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá o revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

SI USTED:

    (A)   TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

    (B)   NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

    (C)   NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

    (D)   RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

    (E)   NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- <u>TELÉFONO</u> LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- <u>POR CORREO ELECTRÓNICO</u> ENVIANDO UN MENSAJE A <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit SSS**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
### CLASS 53 (DAIRY PRODUCER CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1ˢᵗ Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2ⁿᵈ Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Following Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 53 (Dairy Producer Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\quad$ $ \underline{\hspace{3cm}}$

\*     \*     \*     \*     \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan | ☐     **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

$\qquad$ **Unique E-Ballot ID#:** $\underline{\hspace{4cm}}$

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

55668-36

**Item 3.**        **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature: _____

Name of Signatory: _____

(If other than holder)

Title:    _____

Address:  _____

          _____

          _____

Telephone
Number:   _____

Email:    _____

Date Completed: _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR
## CLAIMS IN CLASS 53 (DAIRY PRODUCER CLAIMS)

1.       This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "<u>Plan</u>") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.       The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.       **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "<u>Balloting Agent</u>") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "<u>Voting Deadline</u>").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)      **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)     **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)  **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*     \*     \*     \*     \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit TTT</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

       como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

       Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 53 (RECLAMACIONES DE PRODUCTORES LÁCTEOS)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo a los fines de revisión sujeto en la boleta idioma inglés

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i)     <u>**Por Internet**</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)    <u>**Correo de primara clase, entrega en mano o mensajería nocturna**</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.  No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

3

**El Agente de Votación _debe recibir efectivamente_ la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "_Fecha Límite de Votación_").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

**Punto 1.**                **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 53 (Reclamaciones de productores lácteos)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\* \* \* \* \*

**Punto 2.**                **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

| | |
|---|---|
| ☐      **ACEPTAR** (votar A FAVOR) del Plan | ☐      **RECHAZAR** (votar EN CONTRA) del |
| Plan | Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:** _____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>**Punto 3.**</u>                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el <u>**Punto 1**</u> anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
CLASE 53 (RECLAMACIONES DE PRODUCTORES LÁCTEOS)**

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

       1.     Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

       2.     El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia. En caso de duda, prevalecerá la versión en el idioma inglés

55668-36-ES

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "AGENTE DE VOTACIÓN") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "FECHA LÍMITE DE VOTACIÓN").**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i) <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) <u>Entrega en mano en el lugar de votación en la isla</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Revise su versión en el borrador del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Debe entregar la Papeleta en la forma descrita anteriormente.  No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).

8

#### 4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:

a. Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\* \* \* \* \*

SI USTED:

(A) TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B) NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C) NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D) RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E) NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

Solo para fines de referencia. En caso de voto, en la boleta idioma inglés

**<u>Exhibit UUU</u>**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 54 (EMINENT DOMAIN CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) <u>**Online**</u>: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) <u>**Hand Delivery to On-Island Collection Site**</u>: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

3

55668-37

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(<em>Continued on Following Page</em>)

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 54 (Eminent Domain Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\$$ _____

\* \* \* \* \* \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

| ☐ **ACCEPT** (vote FOR) the Plan | ☐ **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

        **Unique E-Ballot ID#:** _____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should NOT also submit a paper Ballot.

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                                    (Print or Type)

_____

Signature:_____

Name of Signatory:_____
                                                    (If other than holder)

Title:    _____

Address:    _____

_____

_____

Telephone
Number:    _____

Email:    _____

Date Completed:    _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR
## <u>CLAIMS IN CLASS 54 (EMINENT DOMAIN CLAIMS)</u>

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "<u>Plan</u>") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "<u>Balloting Agent</u>") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "<u>Voting Deadline</u>").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*       *       *       *       *

IF YOU:

(A)      HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)      DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)      DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

55668-37

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit VVV</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 54 (RECLAMACIONES DE DOMINIO EMINENTE)

     La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

1

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)  **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su voto en la boleta de idioma inglés

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

3

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1.</u>                         **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 54 (Reclamaciones de dominio eminente)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\* \* \* \* \*

<u>Punto 2.</u>                         **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **<u>Punto 1</u>** anterior, por el presente vota por (marque una opción):

| | |
|---|---|
| ☐    **ACEPTAR** (votar A FAVOR) del Plan | ☐    **RECHAZAR** (votar EN CONTRA) del |
| Plan | Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:**_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>**Punto 3.**</u>                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **<u>Punto 1</u>** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

# INSTRUCCIONES DE VOTACIÓN PARA
# COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
# CLASE 54 (RECLAMACIONES DE DOMINIO EMINENTE)

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

      1.     Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

      2.     El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia. El texto que rige es solo en la tabla del idioma inglés

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "AGENTE DE VOTACIÓN") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "FECHA LÍMITE DE VOTACIÓN").**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i)   <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)   <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)   <u>Entrega en mano en el lugar de votación en la isla</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Se provee su traducción al idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

    a.   Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

    b.   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

    c.   Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

    d.   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

    e.   Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

    f.   Indique su nombre y dirección postal;

    g.   Firme y coloque la fecha en su Papeleta; y

    h.   Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\*   \*   \*   \*   \*

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**<u>Exhibit WWW</u>**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

# BALLOT FOR HOLDERS OF CLAIMS IN
# CLASS 56 (MED CENTER CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<strong>PUERTO RICO BALLOT PROCESSING<br>C/O PRIME CLERK LLC<br>ONE GRAND CENTRAL PLACE<br>60 E. 42ND STREET, SUITE 1440<br>NEW YORK, NY 10165</strong>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1ˢᵗ Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2ⁿᵈ Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

3

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(<em>Continued on Following Page</em>)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 56 (Med Center Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\boxed{\$\rule{3cm}{0.4pt}}$

\*     \*     \*     \*     \*

**Item 2**.          **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

| ☐   **ACCEPT** (vote FOR) the Plan          ☐   **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should NOT also submit a paper Ballot.

**<u>Item 3</u>.        Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **<u>Item 1</u>** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

### VOTING INSTRUCTIONS FOR
### COMPLETING THE BALLOT FOR
### CLAIMS IN CLASS 56 (MED CENTER CLAIMS)

1.        This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.        The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.        **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

### PUERTO RICO BALLOT PROCESSING
### C/O PRIME CLERK LLC
### ONE GRAND CENTRAL PLACE

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.     If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*     \*     \*     \*     \*     \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

55668-38

    (D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit XXX</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 56 (RECLAMACIONES DEL CENTRO MÉDICO)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su voto en la correspondiente versión en inglés

(iii)   **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.   No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1</u>.                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 56 (Reclamaciones del Centro Médico)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\*      \*      \*      \*      \*

<u>Punto 2</u>.                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **<u>Punto 1</u>** anterior, por el presente vota por (marque una opción):

| | |
|---|---|
| ☐      **ACEPTAR** (votar A FAVOR) del Plan | ☐      **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:**_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>**Punto 3**</u>. **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el <u>**Punto 1**</u> anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
CLASE 56 (RECLAMACIONES DEL CENTRO MÉDICO)**

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

1. Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2. El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "AGENTE DE VOTACIÓN") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "FECHA LÍMITE DE VOTACIÓN").**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i) <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) <u>Entrega en mano en el lugar de votación en la isla</u>: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Revise su versión en la barra del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a. Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

Solo para fines de referencia. Envíe su voto en la versión original en inglés

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\*   \*   \*   \*   \*

SI USTED:

(A)   TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)   NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)   NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)   RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)   NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit YYY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 58 (CW GENERAL UNSECURED CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below.  **To have your vote or election counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

55668-39

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: https://www.irs.gov/.**

(*Continued on Next Page*)

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.            **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 58 (CW General Unsecured Claims)** as of the July 13, 2021 Voting Record Date as set forth below in the following aggregate amount:



**To submit your election in Item 2 and vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2**.            **Election to be Treated as Convenience Claim (Class 68).**

Pursuant to the Plan, any holder of an Allowed **CW General Unsecured Claim** may elect to (a) reduce the amount of such Allowed Claim to $20,000.00 and (b) have such reduced Claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.

Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $40,000.00 and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you hold multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, receive more than one ballot, and wish to make this election, you **must** make a consistent election on all the ballots you received for them to be treated pursuant to Class 68 (Convenience Claims).  If the ballots do

not all consistently elect to be treated Class 68 (Convenience Claims), such election will not be effective.

If you elect to have your Claim reduced and treated as a Convenience Claim in Class 68, you will be deemed to have accepted the Plan as a holder of a Claim in Class 68 (Convenience Claims).

\* \* \* \* \*

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby elects to have such holder's Claim (a) reduced to $20,000.00 (and if such holder holds multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, such multiple claims reduced to an aggregate amount of $40,000.00) and (b) treated as a Convenience Claim in Class 68.

---

☐     **Elect to be Treated as Convenience Claim in Class 68**

   If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

**Item 3.**        **Vote on Plan** (skip if you have elected to be treated as a Convenience Claim in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

---

☐     **<u>ACCEPT</u>** (vote FOR) the Plan               ☐     **<u>REJECT</u>** (vote AGAINST) the Plan

---

**Item 4.**        **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

55668-39

Name of Holder: _____

(Print or Type)

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

### VOTING AND ELECTION INSTRUCTIONS FOR
### COMPLETING THE BALLOT FOR CLAIMS IN
### CLASS 58 (CW GENERAL UNSECURED CLAIMS)

1.       This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.       The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.       Pursuant to the Plan, any holder of an **Allowed CW General Unsecured Claim** may elect to (a) reduce the amount of such Allowed Claim to $20,000.00 and (b) have such reduced Claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $40,000.00 and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you elect to have your Claim reduced and treated as a Convenience Claim in Class 68, you will be deemed to have accepted the Plan as a holder of a Claim in Class 68 (Convenience Claims).

4.       **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i) <u>**Online**</u>:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) <u>**First Class Mail, Hand Delivery, or Overnight Courier**</u>:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**<br>
**C/O PRIME CLERK LLC**<br>
**ONE GRAND CENTRAL PLACE**<br>
**60 E. 42ND STREET, SUITE 1440**<br>
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) <u>**Hand Delivery to On-Island Collection Site**</u>:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5.     To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in __Item 1__ of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

        f.   Provide your name and mailing address;

        g.   Sign and date your Ballot; and

        h.   Return your Ballot using an authorized method of return indicated herein.

        6.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*    \*    \*    \*    \*

IF YOU:

        (A)   HAVE ANY QUESTIONS REGARDING THE BALLOT,

        (B)   DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

        (C)   DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

        (D)   RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

        (E)   NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit ZZZ</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 58 (RECLAMACIONES GENERALES SIN GARANTÍA DEL ELA)

     La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que los tenedores de Reclamaciones de la Clase que se indica a continuación voten y realicen elecciones. **Para que se cuente su voto o elección, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) **<u>Por Internet</u>**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **<u>Correo de primara clase, entrega en mano o mensajería nocturna</u>**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su voto en la boleta en idioma inglés

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

**A tenor con el Plan, es posible que se le exija, como condición para recibir cualquier distribución sobre su Reclamación, que complete el correspondiente formulario W-8 o W-9 del Servicio de Rentas Internas, según proceda.  La información relativa a estos formularios y las instrucciones para completarlos se pueden encontrar en el sitio web del Servicio de Rentas Internas: <u>https://www.irs.gov/</u>.**

(<i>Continúa en la página siguiente</i>)

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1.</u>                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 58 (Reclamaciones Generales sin Garantía del ELA)** a la Fecha de Registro de la Votación, 12 de julio de 2021, que se indican a continuación por el siguiente monto total:



**Para enviar su elección en el Punto 2 y/o su voto en el Punto 3 a continuación a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>.   Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:**_____

La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán elecciones y votos mediante transmisión electrónica o por Internet. No se contarán las elecciones enviadas por fax, correo electrónico u otros medios de transmisión electrónica.

Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.

Los acreedores que emitan una elección o voto utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 2.**                    **Elección a tratarse como reclamación de conveniencia (Clase 68).**

A tenor con el Plan, cualquier tenedor de una **Reclamación General Sin Garantía del ELA** Permitida puede elegir (a) reducir el monto de dicha Reclamación Permitida a $20,000.00, y (b) hacer que dicha reclamación reducida reciba el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo una recuperación proyectada del 100% de dicha reclamación reducida.

Cualquier tenedor de varias Reclamaciones Generales Sin Garantía del ELA y Reclamaciones Generales sin Garantía del SRE Permitidas puede elegir (a) reducir el monto de dichas Reclamaciones al monto total de $40,000.00, y (b) hacer que dichas reclamaciones reducidas reciban el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo un recobro proyectado del 100% de dichas reclamaciones reducidas. Si usted es tenedor de varias Reclamaciones Generales sin Garantía del ELA y Reclamaciones Generales sin Garantía del SRE Permitidas, recibe más de una papeleta, y desea hacer esta elección, **debe** hacer una elección uniforme en todas las papeletas que recibió para que sean tratadas de acuerdo con la Clase 68 (Reclamaciones de Conveniencia). Si todas las Papeletas no eligen de manera uniforme ser tratadas como Clase 68 (Reclamaciones de Conveniencia), dicha elección no tendrá validez.

Si elige que su Reclamación se reduzca y se trate como una Reclamación de Conveniencia de la Clase 68, se considerará que ha aceptado el Plan como tenedor de una Reclamación de la Clase 68 (Reclamaciones de Conveniencia).

*     *     *     *     *

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente elige que la Reclamación de dicho tenedor (a) se reduzca a $20,000.00 (y si dicho tenedor posee varias Reclamaciones Generales Sin Garantía del ELA y Reclamaciones Generales

Sin Garantía del SRE Permitidas, que dichas reclamaciones se reduzcan a un monto total de $40,000.00) y (b) se trate como una Reclamación de Conveniencia de la Clase 68.

☐ **Elección de tratarse como reclamación de conveniencia de la Clase 68**

Si realiza la elección anterior, pase al Punto 4, ya que se considera que ha aceptado el Plan.

**Punto 3.** **Voto sobre el Plan** (omitir si ha elegido que sea tratado como una Reclamación de Conveniencia en el Punto 2 anterior).

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque una opción):

☐ **ACEPTAR** (votar A FAVOR) del Plan       ☐ **RECHAZAR** (votar EN CONTRA) del Plan

**Punto 4.** **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan y para hacer la elección del **Punto 2** anterior. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

Firma: _____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

6

55668-39-ES

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

## INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA CLASE 58 (RECLAMACIONES GENERALES SIN GARANTÍA DEL ELA)

1.        Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.        El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.        A tenor con el Plan, cualquier tenedor de una **Reclamación General Sin Garantía del ELA** Permitida puede elegir (a) reducir el monto de dicha Reclamación Permitida a $20,000.00, y (b) hacer que dicha reclamación reducida reciba el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo una recuperación proyectada del 100% de dicha reclamación reducida.  Cualquier tenedor de varias Reclamaciones Generales Sin Garantía del ELA y Reclamaciones Generales sin Garantía del SRE Permitidas puede elegir (a) reducir el monto de dichas Reclamaciones al monto total de $40,000.00, y (b) hacer que dichas reclamaciones reducidas reciban el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo un recobro proyectado del 100% de dichas reclamaciones reducidas.  Si elige que su Reclamación se reduzca y se trate como una Reclamación de Conveniencia de la Clase 68, se considerará que ha aceptado el Plan como tenedor de una Reclamación de la Clase 68 (Reclamaciones de Conveniencia).

4.        **Para que su voto o elección sea contabilizado, debe completar, firmar y devolver esta Papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea**

recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "**Fecha Límite de Votación**").

       Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

       (i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)   **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

     **PUERTO RICO BALLOT PROCESSING**
     **C/O PRIME CLERK LLC**
     **ONE GRAND CENTRAL PLACE**
     **60 E. 42ND STREET, SUITE 1440**
     **NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)   **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

5.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

(a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

(b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan, o hacer una elección con respecto a todas las Reclamaciones que posee en una Clase;

(c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

10

(d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

(e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

(f) Indique su nombre y dirección postal;

(g) Firme y coloque la fecha en su Papeleta; y

(h) Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

6.    Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

*    *    *    *    *

SI USTED:

(A)    TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)    NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)    NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)    RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)    NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.