**Exhibit AAAA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 59 (CW/HTA CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth**<br>**Accepting Ballots by Hand Delivery**<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

 **You must deliver the Ballot in the manner described above.  Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

 **The Ballot must _actually be received_ by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "_Voting Deadline_").**

3

55668-40

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

*(Continued on Following Page)*

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 59 (CW/HTA Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\$\underline{\hspace{3cm}}$

\*   \*   \*   \*   \*   \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐     **ACCEPT** (vote FOR) the Plan          ☐     **REJECT** (vote AGAINST) the Plan |
| --- |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:**$\underline{\hspace{4cm}}$

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

__Item 3__.          __Acknowledgements and Certification.__

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in __Item 1__ above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

_____

Signature:_____

Name of Signatory:_____

(If other than holder)

Title:  _____

Address:  _____

_____

_____

Telephone
Number:  _____

Email:  _____

Date Completed:  _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR
## CLAIMS IN CLASS 59 (CW/HTA CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

## PUERTO RICO BALLOT PROCESSING
## C/O PRIME CLERK LLC
## ONE GRAND CENTRAL PLACE

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery  All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center Carr 2 KM 143, 1st Floor Añasco, PR 00610 | M – F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M – F 8:30 a.m. to 5:00 p.m. |
| Citi Towers 252 Ponce de León Ave, Suite 1000 Hato Rey, San Juan, PR 00918 | M – F 8:30 a.m. to 5:00 p.m. |
| Piloto 151 151 San Francisco Street 2nd Floor Old San Juan, PR 00901 | M – F 8:30 a.m. to 5:00 p.m. |
| Joe's Blue MCS Building, 1st Floor 880 Tito Castro Avenue Ponce, PR 00716-4732 | M – F 8:30 a.m. to 5:00 p.m. |
| NOLLA Office Building Avenida José A. Cedeño # 521 Arecibo, PR 00612 | M – F 8:30 a.m. to 5:00 p.m. |
| Fajardo Market Square Shopping Center Marginal Carr 3 Km 45.4-4495 Fajardo, PR, 00738 | M – F 8:30 a.m. to 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **Item 1** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*      *      *      *      *

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit BBBB**

### ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

### PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
### CLASE 59 (RECLAMACIONES ELA/ACT)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su voto en la boleta en idioma inglés

(iii)   **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| --- | --- |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.  No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1</u>.                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 59 (Reclamaciones ELA/ACT)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\*     \*     \*     \*     \*

<u>Punto 2</u>.                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **<u>Punto 1</u>** anterior, por el presente vota por (marque una opción):

| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del |
|---|---|
| Plan | Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

**<u>Punto 3</u>.**               **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **<u>Punto 1</u>** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio:_____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

## INSTRUCCIONES DE VOTACIÓN PARA
## COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
## CLASE 59 (RECLAMACIONES ELA/ACT)

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627] y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

1.      Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan.  **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia. Prevalecerá su voto en la papeleta en inglés

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "AGENTE DE VOTACIÓN") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "FECHA LÍMITE DE VOTACIÓN").**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i) <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) <u>Entrega en mano en el lugar de votación en la isla</u>: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia: sírvase su enlace a la borrador idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Piloto 151</u><br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Joe's Blue</u><br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Edificio de oficinas NOLLA</u><br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Centro Comercial Plaza Fajardo</u><br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a. Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

Solo para fines de referencia. Envíe su voto en la boleta del idioma inglés

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\*   \*   \*   \*   \*

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**<u>Exhibit CCCC</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 60 (CW/CONVENTION CENTER CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)   **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| **Locations in the Commonwealth Accepting Ballots by Hand Delivery** All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Following Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.       **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 60 (CW/Convention Center Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\$_____$

\*   \*   \*   \*   \*   \*

**Item 2**.       **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐   <u>**ACCEPT**</u> (vote FOR) the Plan | ☐   <u>**REJECT**</u> (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

        **Unique E-Ballot ID#:**_____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

55668-41

**Item 3**.          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                                        (Print or Type)

                        _____

Signature:_____

Name of Signatory:_____
                                                        (If other than holder)

Title:    _____

Address:  _____

          _____

          _____

Telephone
Number:   _____

Email:    _____

Date Completed:  _____

6

**VOTING INSTRUCTIONS FOR**
**COMPLETING THE BALLOT FOR**
**CLAIMS IN CLASS 60 (CW/CONVENTION CENTER CLAIMS)**

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

Ballots must be delivered to the Balloting Agent by one of the following methods:

(i)      **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)     **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
|---|---|
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.      To properly complete the Ballot, you must follow the procedures described below:

a.   Ensure the information contained in **Item 1** of the Ballot is correct;

b.   You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.   If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.   If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.   If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.   Provide your name and mailing address;

g.   Sign and date your Ballot; and

h.   Return your Ballot using an authorized method of return indicated herein.

5.      If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*   \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

55668-41

(D)     RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)     NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**<u>Exhibit DDDD</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

<table>
<tr>
<td>

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

             Deudores.[1]

</td>
<td>

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

</td>
</tr>
</table>

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 60 (RECLAMACIONES ELA/CENTRO DE CONVENCIONES)

     La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra

---

[1]  Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]  PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

el ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i)     <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)    <u>Correo de primera clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su papeleta en el idioma inglés.

(iii)   **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**Debe entregar la Papeleta en la forma descrita anteriormente.   No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1</u>.                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 60 (Reclamaciones ELA/Centro de Convenciones)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:

$_____

\*     \*     \*     \*     \*

<u>Punto 2</u>.                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque <u>una</u> opción):

| ☐ **ACEPTAR** (votar A FAVOR) del Plan | ☐ **RECHAZAR** (votar EN CONTRA) del |
|---|---|
| Plan | Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 3.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante:_____

(si no es el tenedor)

Cargo: _____

Domicilio:_____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
CLASE 60 (RECLAMACIONES ELA/CENTRO DE CONVENCIONES)**

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

1.      Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "<u>AGENTE DE VOTACIÓN</u>") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "<u>FECHA LÍMITE DE VOTACIÓN</u>").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)   <u>Por Internet</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)  <u>Correo de primara clase, entrega en mano o mensajería nocturna</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

</div>

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a <u>puertoricoinfo@primeclerk.com</u> e indique la fecha y hora previstas para la entrega.

(iii) <u>Entrega en mano en el lugar de votación en la isla</u>: Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia: véase su versión en la lengua del idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Debe entregar la Papeleta en la forma descrita anteriormente.  No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

8

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

    a.   Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

    b.   No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

    c.   Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

    d.   Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

    e.   Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

    f.   Indique su nombre y dirección postal;

    g.   Firme y coloque la fecha en su Papeleta; y

    h.   Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\*   \*   \*   \*   \*

SI USTED:

(A)   TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)   NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)   NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)   RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)   NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), Y

- POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

**Exhibit EEEE**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 62 (CW/MBA CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) <u>**Online**</u>: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| --- | --- |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

<div align="center">(<em>Continued on Following Page</em>)</div>

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 62 (CW/MBA Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$$\$\underline{\hspace{4cm}}$$

\*    \*    \*    \*    \*    \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| | |
|---|---|
| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit <u>https://cases.primeclerk.com/puertorico</u>.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:**<u>_____</u>

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.            **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                                (Print or Type)

                     _____

Signature:_____

Name of Signatory:_____
                                                (If other than holder)

Title: _____

Address: _____

             _____

             _____

Telephone
Number: _____

Email: _____

Date Completed: _____

6

**VOTING INSTRUCTIONS FOR**
**COMPLETING THE BALLOT FOR**
**CLAIMS IN CLASS 62 (CW/MBA CLAIMS)**

1.         This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.         The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.         **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

          **Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)        **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

(ii)       **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) <u>**Hand Delivery to On-Island Collection Site**</u>: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4.     To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f.  Provide your name and mailing address;

g.  Sign and date your Ballot; and

h.  Return your Ballot using an authorized method of return indicated herein.

5.     If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\*   \*   \*   \*   \*

IF YOU:

(A)     HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B)     DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C)     DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

55668-43

    (D)      RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

    (E)      NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit FFFF**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

      Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
CLASE 62 (RECLAMACIONES ELA/AMA)**

      La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan.  Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i)   **<u>Por Internet</u>**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii)  **<u>Correo de primara clase, entrega en mano o mensajería nocturna</u>**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

</div>

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)   **Entrega en mano en el lugar de votación en la isla**:   Entregar en uno de los siguientes lugares en la isla:

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.   No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>**Punto 1.**</u>                    **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 62 (Reclamaciones ELA/AMA)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



$ _____

\* \* \* \* \*

<u>**Punto 2.**</u>                    **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **<u>Punto 1</u>** anterior, por el presente vota por (marque una opción):

| | |
|---|---|
| ☐  **ACEPTAR** (votar A FAVOR) del Plan | ☐  **RECHAZAR** (votar EN CONTRA) del Plan |

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico. Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:_____**

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

**<u>Punto 3</u>.**                    **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **<u>Punto 1</u>** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____

(en letra de imprenta o a máquina)

_____

Firma:_____

Nombre del firmante: _____

(si no es el tenedor)

Cargo: _____

Domicilio: _____

_____

_____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

**INSTRUCCIONES DE VOTACIÓN PARA
COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
CLASE 62 (RECLAMACIONES ELA/AMA)**

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted votó para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

      1.     Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

      2.     El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia. El texto que rige es la versión en inglés.

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "AGENTE DE VOTACIÓN") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "FECHA LÍMITE DE VOTACIÓN").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) <u>**Por Internet**</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>**Correo de primera clase, entrega en mano o mensajería nocturna**</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a <u>puertoricoinfo@primeclerk.com</u> e indique la fecha y hora previstas para la entrega.

(iii) <u>**Entrega en mano en el lugar de votación en la isla**</u>:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
| --- | --- |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>L – V</u><br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia. Se suministrará en el idioma inglés.

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a.  Asegúrese de que la información contenida en el **<u>Punto 1</u>** de la Papeleta sea correcta;

b.  No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c.  Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d.  Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e.  Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f.  Indique su nombre y dirección postal;

g.  Firme y coloque la fecha en su Papeleta; y

h.  Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\* \* \* \* \*

SI USTED:

(A)     TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B)     NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C)     NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D)     RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- <u>TELÉFONO</u> LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES),

- <u>POR CORREO ELECTRÓNICO</u> ENVIANDO UN MENSAJE A <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

1785750

**Exhibit GGGG**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | |
| as representative of | No. 17 BK 3283-LTS |
| | |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| | |
| Debtors.[1] | |

**BALLOT FOR HOLDERS OF CLAIMS IN
CLASS 66 (ERS GENERAL UNSECURED CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting and making elections by holders of Claims in the Class listed below. **To have your vote or election counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i) **<u>Online</u>**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii) **<u>First Class Mail, Hand Delivery, or Overnight Courier</u>**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **<u>Hand Delivery to On-Island Collection Site</u>**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery |
| --- |

| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).**

**The Ballot must _actually be received_ by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "_Voting Deadline_").**

3

55668-44

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

**Pursuant to the Plan, you may be required, as a condition to receiving any distribution on your Claim, to complete the appropriate Internal Revenue Service Form W-8 or Form W-9, as applicable.  Information relating to these forms and instructions on filling them out can be found on the Internal Revenue Service's website: https://www.irs.gov/.**

*(Continued on Next Page)*

4

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.          **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 66 (ERS General Unsecured Claims)** as of the July 13, 2021 Voting Record Date as set forth below in the following aggregate amount:



**To submit your election in Item 2 and vote in Item 3 below via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

                    **Unique E-Ballot ID#:_____**

**Prime Clerk's "E-Ballot" platform is the sole manner in which elections and votes will be accepted via electronic or online transmission.  Elections submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who make an election or vote using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 2**.          **Election to be Treated as Convenience Claim (Class 68).**

Pursuant to the Plan, any holder of an **Allowed ERS General Unsecured Claim** may elect to (a) reduce the amount of such Allowed Claim to $20,000.00 and (b) have such reduced Claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.

Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $40,000.00 and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you hold multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, receive more than one ballot, and wish to make this election, you **must** make a consistent election on all the ballots you received for them to be treated pursuant to Class 68 (Convenience Claims).  If the ballots do

not all consistently elect to be treated Class 68 (Convenience Claims), such election will not be effective.

If you elect to have your Claim reduced and treated as a Convenience Claim in Class 68, you will be deemed to have accepted the Plan as a holder of a Claim in Class 68 (Convenience Claims).

<p align="center">*     *     *     *     *</p>

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby elects to have such holder's Claim (a) reduced to $20,000.00 (and if such holder holds multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims, such multiple claims reduced to an aggregate amount of $40,000.00) and (b) treated as a Convenience Claim in Class 68.

---

☐ **Elect to be Treated as Convenience Claim in Class 68**

  If you make the election above, skip to Item 4 below as you are deemed to have accepted the Plan.

---

**Item 3.**          **Vote on Plan** (skip if you have elected to be treated as a Convenience Claim in Item 2 above).

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

---

| ☐ **ACCEPT** (vote FOR) the Plan | ☐ **REJECT** (vote AGAINST) the Plan |

---

**Item 4.**          **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan and make the election in **Item 2** above. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____

(Print or Type)

Signature: _____

Name of Signatory: _____

(If other than holder)

Title: _____

Address: _____

_____

_____

Telephone
Number: _____

Email: _____

Date Completed: _____

## VOTING AND ELECTION INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR CLAIMS IN
## CLASS 66 (ERS GENERAL UNSECURED CLAIMS)

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      Pursuant to the Plan, any holder of an **Allowed ERS General Unsecured Claim** may elect to (a) reduce the amount of such Allowed Claim to $20,000.00 and (b) have such reduced Claim be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  Any holder of multiple Allowed CW General Unsecured Claims and ERS General Unsecured Claims may elect to (a) reduce the amount of such multiple Claims to an aggregate amount of $40,000.00 and (b) have such reduced claims be treated pursuant to Class 68 (Convenience Claims), receiving a projected recovery of 100% of such reduced claim.  If you elect to have your Claim reduced and treated as a Convenience Claim in Class 68, you will be deemed to have accepted the Plan as a holder of a Claim in Class 68 (Convenience Claims).

4.      **To have your vote or election counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "Balloting Agent") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by one of the following methods:**

(i)   **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)  **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br><br>All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| <u>Bianca Convention Center</u><br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Oceana HUB Center</u><br>2 Calle Acerina<br>Caguas, PR 00725 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Citi Towers</u><br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Piloto 151</u><br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

| Locations in the Commonwealth<br>Accepting Ballots by Hand Delivery<br><br>All locations are available from<br>August 30, 2021 to October 4, 2021<br>(except weekends and federal holidays) | |
|---|---|
| **Address** | **Hours (AST)** |
| <u>Joe's Blue</u><br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>NOLLA Office Building</u><br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |
| <u>Fajardo Market Square Shopping Center</u><br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | <u>M – F</u><br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

5.      To properly complete the Ballot, you must follow the procedures described below:

a.  Ensure the information contained in **<u>Item 1</u>** of the Ballot is correct;

b.  You may not split your vote on the Plan. You must vote to accept or reject the Plan, or make an election with respect to, all the Claims you hold in a Class;

c.  If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

d.  If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

e.  If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

f. Provide your name and mailing address;

g. Sign and date your Ballot; and

h. Return your Ballot using an authorized method of return indicated herein.

6. If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

\* \* \* \* \*

IF YOU:

(A) HAVE ANY QUESTIONS REGARDING THE BALLOT,

(B) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

(C) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D) RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E) NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit HHHH**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>       Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 66 (RECLAMACIONES GENERALES SIN GARANTÍA DEL SRE)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Solo con fines de referencia; no es sujeto en la boleta idioma inglés

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que los tenedores de Reclamaciones de la Clase que se indica a continuación voten y realicen elecciones. **Para que se cuente su voto o elección, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

**Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:**

(i) **<u>Por Internet</u>**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) **<u>Correo de primara clase, entrega en mano o mensajería nocturna</u>**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

Solo para fines de referencia. Envíe su Papeleta en la versión del idioma inglés

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

**A tenor con el Plan, es posible que se le exija, como condición para recibir cualquier distribución sobre su Reclamación, que complete el correspondiente formulario W-8 o W-9 del Servicio de Rentas Internas, según proceda.  La información relativa a estos formularios y las instrucciones para completarlos se pueden encontrar en el sitio web del Servicio de Rentas Internas: https://www.irs.gov/.**

(*Continúa en la página siguiente*)

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1.</u>                        **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 66 (Reclamaciones Generales sin Garantía del SRE)** a la Fecha de Registro de la Votación, 13 de julio de 2021, que se indican a continuación por el siguiente monto total:

$_____

**Para enviar su elección en el Punto 2 y/o su voto en el Punto 3 a continuación a través de la plataforma "E-Ballot", visite https://cases.primeclerk.com/puertorico.  Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:**_____

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán elecciones y votos mediante transmisión electrónica o por Internet. No se contarán las elecciones enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica. Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una elección o voto utilizando la plataforma "E-Ballot" de Prime Clerk NO deben presentar también una Papeleta en papel.

**Punto 2.**          **Elección a tratarse como reclamación de conveniencia (Clase 68).**

A tenor con el Plan, cualquier tenedor de una **Reclamación General Sin Garantía del SRE** Permitida puede elegir (a) reducir el monto de dicha Reclamación Permitida a $20,000.00, y (b) hacer que dicha reclamación reducida reciba el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo una recuperación proyectada del 100% de dicha reclamación reducida.

Cualquier tenedor de varias Reclamaciones Generales Sin Garantía del ELA y Reclamaciones Generales sin Garantía del SRE Permitidas puede elegir (a) reducir el monto de dichas Reclamaciones al monto total de $40,000.00, y (b) hacer que dichas reclamaciones reducidas reciban el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo un recobro proyectado del 100% de dichas reclamaciones reducidas. Si usted es tenedor de varias Reclamaciones Generales sin Garantía del ELA y Reclamaciones Generales sin Garantía del SRE Permitidas, recibe más de una papeleta, y desea hacer esta elección, **debe** hacer una elección uniforme en todas las papeletas que recibió para que sean tratadas de acuerdo con la Clase 68 (Reclamaciones de Conveniencia). Si todas las Papeletas no eligen de manera uniforme ser tratadas como Clase 68 (Reclamaciones de Conveniencia), dicha elección no tendrá validez.

Si elige que su Reclamación se reduzca y se trate como una Reclamación de Conveniencia de la Clase 68, se considerará que ha aceptado el Plan como tenedor de una Reclamación de la Clase 68 (Reclamaciones de Conveniencia).

\*   \*   \*   \*   \*

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente elige que la Reclamación de dicho tenedor (a) se reduzca a $20,000.00 (y si dicho tenedor posee varias Reclamaciones Generales Sin Garantía del ELA y Reclamaciones Generales

Sin Garantía del SRE Permitidas, que dichas reclamaciones se reduzcan a un monto total de $40,000.00) y (b) se trate como una Reclamación de Conveniencia de la Clase 68.

> ☐    **Elección de tratarse como reclamación de conveniencia de la Clase 68**
>
>    Si realiza la elección anterior, pase al Punto 4, ya que se considera que ha aceptado el Plan.

**Punto 3.**              **Voto sobre el Plan** (omitir si ha elegido que sea tratado como una Reclamación de Conveniencia en el Punto 2 anterior).

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **Punto 1** anterior, por el presente vota por (marque <u>una</u> opción):

> ☐    <u>**ACEPTAR**</u> (votar A FAVOR) del Plan        ☐    <u>**RECHAZAR**</u> (votar EN CONTRA) del Plan

**Punto 4.**              **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el **Punto 1** anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan y para hacer la elección del **Punto 2** anterior. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

> Nombre del Tenedor: _____
>
>                              (en letra de imprenta o a máquina)
>
>                        _____
>
> Firma: _____
>
> Nombre del firmante:_____
>
>                              (si no es el tenedor)
>
> Cargo:    _____
>
> Domicilio:    _____
>
>                        _____

Solo para fines de referencia. Envíe su voto en la bonita idioma inglés

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

### INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA CLASE 66 (RECLAMACIONES GENERALES SIN GARANTÍA DEL SRE

1.      Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan.  Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].  Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

2.      El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan.  En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras.  Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

3.      A tenor con el Plan, cualquier tenedor de una **Reclamación General Sin Garantía del SRE** Permitida puede elegir (a) reducir el monto de dicha Reclamación Permitida a $20,000.00, y (b) hacer que dicha reclamación reducida reciba el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo una recuperación proyectada del 100% de dicha reclamación reducida.  Cualquier tenedor de varias Reclamaciones Generales Sin Garantía

del ELA y Reclamaciones Generales sin Garantía del SRE Permitidas puede elegir (a) reducir el monto de dichas Reclamaciones al monto total de $40,000.00, y (b) hacer que dichas reclamaciones reducidas reciban el tratamiento correspondiente a la Clase 68 (Reclamaciones de Conveniencia), recibiendo un recobro proyectado del 100% de dichas reclamaciones reducidas. Si elige que su Reclamación se reduzca y se trate como una Reclamación de Conveniencia de la Clase 68, se considerará que ha aceptado el Plan como tenedor de una Reclamación de la Clase 68 (Reclamaciones de Conveniencia).

4. **Para que su voto o elección sea contabilizado, debe completar, firmar y devolver esta Papeleta a Prime Clerk LLC (el "Agente de Votación") de manera que sea recibida por el Agente de Votación a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021 (la "Fecha Límite de Votación").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i) **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii) **Correo de primara clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**: Entregar en uno de los siguientes lugares en la isla:

| **Lugares que aceptan papeletas por entrega en mano en el ELA** | |
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).**

5.    Para completar correctamente la Papeleta, debe seguir los procedimientos que se describen a continuación:

(a) Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

(b) No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan, o hacer una elección con respecto a todas las Reclamaciones que posee en una Clase;

(c) Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

(d) Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

(e) Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

(f) Indique su nombre y dirección postal;

(g) Firme y coloque la fecha en su Papeleta; y

(h) Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

6. Si el Agente de Votación recibe más de una Papeleta que vote la misma Reclamación, la última Papeleta recibida antes de la Fecha Límite de Votación sustituirá y revocará, en la medida en que haya incompatibilidades entre las Papeletas, cualquier Papeleta anterior.

\* \* \* \* \*

SI USTED:

(A) TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B) NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C) NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D) RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E)     NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- <u>TELÉFONO</u> LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- <u>POR CORREO ELECTRÓNICO</u> ENVIANDO UN MENSAJE A <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**Exhibit IIII**

August 2021

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, *ET AL.*

### c/o Paul Hastings LLP, 200 Park Avenue, New York, New York 10166

To the Holders of Class 58 CW General Unsecured Claims, Class 54 Eminent Domain Claims, and/or Class 66 ERS General Unsecured Claims:

The Official Committee of Unsecured Creditors (the "Committee"),[1] appointed in the Title III cases of the Commonwealth of Puerto Rico and certain of its instrumentalities (collectively, the "Debtors"),[2] is writing to you in connection with the Debtors' solicitation of your vote with respect to the enclosed proposed *Seventh Amended Title III Joint Plan Of Adjustment of the Commonwealth of Puerto Rico, et al.* dated July 30, 2021 (the "Plan").[3] You should carefully read all the materials that accompany this letter (as it may be supplemented, the "Committee Letter"), including the instructions for completing and mailing your Ballot. All Ballots must be **received** by the Claims and Noticing Agent by **October 4, 2021 at 5:00 p.m. (Atlantic Standard Time) (the "Voting Deadline")** to be counted.

**THE COMMITTEE HAS REACHED A GLOBAL SETTLEMENT WITH THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (THE "OVERSIGHT BOARD") REGARDING THE TERMS OF THE PLAN. ACCORDINGLY, THE COMMITTEE SUPPORTS THE PLAN AND URGES ALL HOLDERS OF CLASS 58 CW GENERAL UNSECURED CLAIMS, CLASS 54 EMINENT DOMAIN CLAINS, AND CLASS 66 ERS GENERAL UNSECURED CLAIMS TO VOTE TO ACCEPT THE PLAN.**

## A.    Introduction

The Committee is a fiduciary to holders, like you, of unsecured claims[4] against the Debtors, and it has worked tirelessly during the Debtors' Title III cases to protect your interests. Among other things, the Committee has objected to billions of dollars of bond claims in an

---

[1]   The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[2]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[3]   All capitalized terms used but not defined in this letter have the meanings set forth in the Plan.

[4]   Unsecured claims are claims that are not secured by any collateral.

effort to free up more resources for the payment of unsecured claims and fought for more transparency and accountability in the Title III process.

The Committee's members were appointed by the United States Trustee, a unit of the United States Department of Justice, to represent, in a fiduciary capacity, the interests of all general unsecured creditors of the Commonwealth and ERS (and other debtors under Title III of PROMESA). These unsecured creditors include, for example, employees, vendors, suppliers, service providers, parties with court-awarded damages claims, and tax refund claimants. The Committee's seven members serve without pay and represent a broad cross-section of the general unsecured class. Committee members include, among others, suppliers of goods and services, litigation claimants, and labor unions.

**B.      Committee's Recommendation**

**The Committee is pleased to report that, as a result of the mediation process, it has reached a global settlement with the Oversight Board, which settlement is reflected in the Plan and related documents.**

The Plan takes into account the financial situation of the Commonwealth and, in that regard, provides significant recoveries for holders of allowed[5] CW General Unsecured Claims in Class 58 and holders of allowed Eminent Domain Claims in Class 54, as follows:[6]

- The Plan provides an aggregate consideration to or for the benefit of allowed CW General Unsecured Claims, allowed Eminent Domain Claims, and allowed Convenience Claims consisting of:
  - cash in the amount of $575 million;[7] and
  - the net recoveries from certain avoidance and recovery actions to be pursued by the Avoidance Action Trust.[8]

    This represents an **increase of approximately $414 million** in the aggregate cash consideration compared to earlier versions of the plans of adjustment filed

---

[5]   The filing of a proof of claim does not automatically mean that you will receive a recovery under the Plan. Only claims that are underlined allowed will be entitled to receive a recovery.

[6]   The Committee notes that your ultimate percentage recovery will be determined by the aggregate amount of allowed CW General Unsecured Claims in Class 58, Eminent Domain Claims in Class 54, and ERS General Unsecured Claims in Class 66. The Committee cannot provide any assurances regarding the aggregate amount of CW General Unsecured Claims, Eminent Domain Claims, or ERS General Unsecured Claims that will ultimately be allowed, or the rate of recovery that will ultimately be realized by any holder of such a claim.

[7]   The $575 million cash consideration will be made available to fund (a) distributions to holders of allowed CW General Unsecured Claims and allowed Eminent Domain Claims, (b) up to $15 million to fund the Avoidance Action Trust (which will pursue avoidance actions and other recovery actions for the benefit of CW General Unsecured Claims and Eminent Domain Claims), (c) expenses for claims-related work by the Avoidance Action Trust Board, and (d) cash required to satisfy allowed Convenience Claims.

[8]   Eminent Domain Claims are also entitled to a distribution of monies on deposit with the Court of First Instance with respect to the condemned property.

(collectively, the "Prior Plan") (which provided an aggregate cash consideration of approximately $161 million).[9]

- Based on the Oversight Board's estimate of the aggregate amount of allowed CW General Unsecured Claims and allowed Eminent Domain Claims (*i.e.*, $2.75 billion), **the aggregate cash consideration to be made available under the Plan represents an effective recovery rate of approximately 20.9%** (or 20.4%, after taking into account the funding of the Avoidance Action Trust in an amount of up to $15 million).[10]  Under the Prior Plan, the corresponding recovery percentage had been only 5.1%.

Moreover, as part of the Committee's efforts and the global settlement reached, the Committee was able to increase the threshold for Convenience Class treatment (which provides such creditors with a 100% recovery on account of their allowed claims (without post-petition interest)) from $10,000 per claim to **$20,000 per claim**.

The Plan also includes other modifications for the benefit of general unsecured creditors, including that **the Committee representatives on the Avoidance Action Trust Board**[11] will have an opportunity to participate in the ongoing claims reconciliation process.

Furthermore, the Plan provides that holders of allowed ERS General Unsecured Claims in Class 66 will receive their *pro rata* share of (i) cash in the amount of $500,000 and (ii) the net recoveries of certain avoidance actions.  Based on the Oversight Board's estimate of the aggregate amount of allowed ERS General Unsecured Claims (which are estimated to be less than $500,000 in total), **the estimated recovery for holders of such allowed claims is 100.0%**.

**For all these reasons, the Committee recommends that you vote to accept the Plan.**

The Committee acknowledges that it was a difficult decision to enter into the global settlement with the Oversight Board, and the Committee is also aware that, even under the global settlement, the recovery percentage for holders of allowed CW General Unsecured Claims and allowed Eminent Domain Claims is not as high as the recovery percentages of other creditors of the Commonwealth.

However, the Committee determined that litigating confirmation of the Prior Plan was not preferable to accepting the global settlement.  This is so because, even though the Committee believes that it had strong arguments in opposition of the Prior Plan, there could have been no assurances that the Committee would have prevailed with its challenges to the Prior Plan, and if its challenges had failed, the aggregate cash consideration to holders of

---

[9]   Under the Prior Plan, the aggregate cash consideration made available to or for the benefit of holders of allowed CW General Unsecured Claims, allowed Eminent Domain Claims, and allowed Convenience Claims consisted of (a) $125 million in cash distributions, (b) the Committee's estimate of approximately $26 million in distributions to Convenience Claims, and (c) $10 million of funding for the Avoidance Action Trust.

[10]  The estimated recovery percentage does not account for (a) net recoveries of the Avoidance Action Trust and (b) in the case of Eminent Domain Claims, distribution of monies on deposit with the Court of First Instance with respect to the condemned property.

[11]  Two of the three members of the Avoidance Action Trust Board will be selected by the Committee.

allowed CW General Unsecured Claims, allowed Eminent Domain Claims, and allowed Convenience Claims would have been materially lower (*i.e.*, approximately $161 million) than the aggregate cash consideration to be made available under the global settlement (*i.e.*, $575 million).  In light of the materially higher cash consideration under the Plan (compared to the Prior Plan), the Committee, as a fiduciary for all unsecured creditors of the Commonwealth, determined it would be preferable not to "roll the dice" and litigate confirmation of the Prior Plan.

**C.**     **Submitting Your Ballot**

The Oversight Board has provided Ballots herewith for holders of claims in Classes 54, 58 and 66 to utilize in order to vote to accept or reject the Plan and return in accordance with the procedures set forth in the ballot instruction sheet and the Disclosure Statement.  **Please read the directions on the Ballot carefully and complete your Ballot in its entirety before returning it.  Your Ballot must be returned so as to be actually received by the Balloting Agent no later than the Voting Deadline, *i.e.*, 5:00 p.m. (Atlantic Standard Time) on October 4, 2021**.

* * *

The positions taken by the Committee in this Letter are those of the Committee and/or its advisors and have not been approved by or endorsed by the Bankruptcy Court.   Each creditor (including individual members of the Committee) must make its own independent decision as to whether or not the Plan is acceptable to that creditor and should consult with its own legal and/or financial advisor(s) before voting to accept or reject the Plan.

**YOU ARE URGED TO CAREFULLY READ THE DISCLOSURE STATEMENT AND THE PLAN.  THE DESCRIPTION OF THE PLAN IN THIS COMMITTEE LETTER IS INTENDED TO BE ONLY A SUMMARY.**

**THIS COMMITTEE LETTER MAY NOT BE RELIED UPON FOR ANY PURPOSE OTHER THAN THE COMMITTEE'S VIEWS ON HOW TO VOTE ON THE PLAN, AND THE INFORMATION CANNOT BE RELIED UPON FOR ANY OTHER PURPOSE. THE COMMITTEE DOES NOT GUARANTEE ANY PARTICULAR RESULT IN THE DEBTORS' TITLE III CASES.   THE COMMITTEE CANNOT PROVIDE ANY ASSURANCES REGARDING THE AGGREGATE AMOUNT OF CW GENERAL UNSECURED CLAIMS, EMINENT DOMAIN CLAIMS, OR ERS GENERAL UNSECURED CLAIMS THAT WILL ULTIMATELY BE ALLOWED, OR THE RATE OF RECOVERY THAT WILL ULTIMATELY BE REALIZED BY ANY HOLDER OF SUCH A CLAIM.**

**THIS COMMUNICATION DOES NOT CONSTITUTE, AND SHALL NOT BE CONSTRUED AS, A SOLICITATION BY ANY INDIVIDUAL MEMBER OF THE COMMITTEE.**

*THE OFFICIAL COMMITTEE OF*
*UNSECURED CREDITORS OF*
*THE COMMONWEALTH OF PUERTO RICO, ET AL.*

4

**Exhibit JJJJ**

Agosto de 2021

## EL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *ET AL.*

### c/o Paul Hastings LLP, 200 Park Avenue, New York, New York 10166

A los Tenedores de Reclamaciones Generales No Aseguradas de Clase 58 CW, Reclamaciones de Dominio Eminente de Clase 54, y/o Reclamaciones Generales No Aseguradas de Clase 66 SRE:

El Comité Oficial de Acreedores No Asegurados (el "Comité"),[1] nombrado en los casos de Título III del Estado Libre Asociado de Puerto Rico y ciertos de sus instrumentalidades (colectivamente, los "Deudores"),[2] le escribe en conexión con la solicitud de los Deudores por su voto en relación al aquí incluido propuesto *Séptimo Enmendado Conjunto Plan de Ajuste del Estado Libre Asociado de Puerto Rico, et al, bajo el Título III* con fecha del 30 de julio de 2021 (el "Plan").[3]  Usted debe leer cuidadosamente todo el material que acompaña esta carta (que puede ser suplementado, la "Carta del Comité"), incluyendo las instrucciones para completar y enviar su Boleta de Votación. Todas las Boletas deben ser **recibidas** por el Agente de Reclamaciones y Notificaciones para el **4 de octubre de 2021 a las 5:00 p.m. (Hora Estándar del Atlántico) (la "Fecha Límite de Votación")** para ser contado.

**EL COMITÉ HA ALCANZADO UNA TRANSACCIÓN GLOBAL CON LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO (LA "JUNTA DE SUPERVISIÓN") SOBRE LOS TÉRMINOS DEL PLAN.  POR CONSIGUIENTE, EL COMITÉ APOYA EL PLAN Y URGE A LOS TENEDORES DE RECLAMACIONES GENERALES NO ASEGURADAS DE CLASE 58 CW, DE RECLAMACIONES DE DOMINIO EMINENTE DE CLASE 54, Y DE RECLAMACIONES GENERALES NO ASEGURADAS DE CLASE 66 SRE QUE VOTEN PARA ACEPTAR EL PLAN.**

---

[1] El Comité es el comité oficial de acreedores no asegurados de todos los Deudores de Título III, excepto la AEP y COFINA.

[2] Los Deudores en estos casos de Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor son (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17-BK-3283 (LTS)) (últimos cuatro dígitos de identificación fiscal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17-BK-3284 (LTS)) (últimos cuatro dígitos de identificación fiscal federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra No. 17-BK-3567 (LTS)) (últimos cuatro dígitos de identificación fiscal federal: 3808); (iv) Sistema de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra No. 17-BK-3566 (LTS)) (últimos cuatro dígitos de identificación fiscal federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra No. 17-BK-4780 (LTS)) (últimos cuatro dígitos de identificación fiscal federal: 3747); and (vi) Autoridad de Edificios Públicos de Puerto Rico ("PBA") (Caso de Quiebra No. 19-BK-5233 (LTS)) (últimos cuatro dígitos de identificación fiscal federal: 3801) (los números de casos de Título III son listados con números de Caso de Quiebra debido a limitaciones de programas).

[3] Todos los términos en mayúsculas utilizados, pero no definidos en esta carta, tienen las definiciones establecidas en el Plan.

## A.  **Introducción**

El Comité es fiduciario a tenedores, como tú, de reclamaciones no aseguradas[4] contra los Deudores, y ha trabajado incansablemente durante los casos de Título III de los Deudores para proteger sus intereses. Entre otras cosas, el Comité ha objetado miles de millones de dólares en reclamaciones de bonos en un esfuerzo para liberar más recursos para el pago de acreedores no asegurados, y ha luchado para más transparencia y responsabilidad en los procedimientos de Título III.

Los miembros del Comité fueron designados por el Síndico de los Estados Unidos, una unidad del Departamento de Justicia de los Estados Unidos, para representar los intereses de todos los acreedores generales no asegurados del Estado Libre Asociado y el SRE (y otros deudores bajo el Título III de PROMESA), en su capacidad fiduciaria. Estos acreedores no asegurados incluyen, por ejemplo, empleados, acreedores comerciales y proveedores de servicios, entidades con reclamos por daños otorgados por un tribunal, y reclamos de reintegros. Los siete miembros del Comité sirven sin remuneración y representan una amplia sección transversal de la clase general no asegurada. Los miembros del Comité incluyen proveedores de bienes y servicios, reclamantes de litigios y uniones obreras, entre otros.

## B.  **Recomendación del Comité**

**Al Comité le place informar que, como resultado del proceso de mediación, ha alcanzado una transacción global con la Junta de Supervisión, la cual se refleja en el Plan y documentos relacionados.**

El Plan toma en consideración la situación financiera del Estado Libre Asociado y, en ese aspecto, provee recuperaciones significativas para tenedores de las Reclamaciones Generales No Aseguradas de Clase 58 CW permitidas[5] y para tenedores de las Reclamaciones de Dominio Eminente de Clase 54 permitidas como sigue:[6]

- El Plan provee una consideración agregada para o en beneficio de las Reclamaciones Generales No Aseguradas CW permitidas, las Reclamaciones de Dominio Eminente permitidas, y Reclamaciones de Conveniencia permitidas, que consiste en:

  - la cantidad de $575 millones en efectivo;[7] y

---

[4] Reclamaciones no aseguradas son reclamaciones no aseguradas por ninguna colateral.

[5] Haber presentado una Prueba de Reclamo no significa automáticamente que usted recibirá una recuperación bajo el Plan. Solo las reclamaciones permitidas tendrán el derecho de recibir una recuperación.

[6] El Comité avisa que el porcentaje final de su recuperación será determinado por la cantidad agregada de Reclamaciones Generales No Aseguradas de Clase 58 CW permitidas, Reclamaciones de Dominio Eminente en Clase 54, y Reclamaciones Generales No Aseguradas SRE en Clase 66. El Comité no puede proveer garantía alguna sobre la cantidad agregada de Reclamaciones Generales No Aseguradas CW, de Reclamaciones de Dominio Eminente, o de Reclamaciones Generales No Aseguradas SRE que finalmente sean permitidas o la tasa de recuperación que finalmente será alcanzada por un tenedor de este tipo de reclamación.

[7] La consideración de $575 millones en efectivo estarán disponible para financiar (a) las distribuciones a tenedores de Reclamaciones Generales No Aseguradas CW permitidas y Reclamaciones de Dominio Eminente permitidas, (b) hasta $15 millones para financiar el Fideicomiso de Acciones de Reintegración (la cual continuará las acciones de

o  las recuperaciones netas de ciertas acciones de reintegración y recobro que serán continuadas por el Fideicomiso de Acciones de Reintegración.[8]

Esto representa un **aumento de aproximadamente $414 millones** en la consideración en efectivo agregada en comparación con las versiones anteriores de los planes de ajuste presentados (en conjunto, el "Plan Previo") (el cual proveía una consideración en efectivo agregada de aproximadamente $161 millones).[9]

• Basado en el estimado de la Junta de Supervisión de la cantidad agregada de Reclamaciones Generales No Aseguradas CW permitidas y Reclamaciones de Dominio Eminente permitidas (*i.e.*, aproximadamente $2.75 mil millones), **la consideración en efectivo agregada que estarán disponible bajo el Plan representa una tasa de recuperación efectiva de aproximadamente 20.9%** (o 20.4%, luego de tomar en consideración el financiamiento del Fideicomiso de Acciones de Reintegración por un monto de hasta $15 millones).[10]  Bajo el Plan Previo, el porcentaje de recuperación correspondiente era de solo 5.1%.

Además, como parte de los esfuerzos del Comité y de la transacción global alcanzada, el Comité pudo aumentar el umbral para el trato de la Clase de Conveniencia (la cual provee a estos acreedores una recuperación de 100% debido a sus reclamaciones permitidas (sin intereses post-petición)) de $10,000 por reclamo a **$20,000 por reclamo**.

El Plan también incluye otras modificaciones para el beneficio de acreedores no asegurados, incluyendo que **representantes del Comité en la Junta del Fideicomiso de Acciones de Reintegración**[11] tendrán la oportunidad de participar en el proceso de reconciliación de reclamaciones en curso.

Además, el Plan establece que tenedores de Reclamaciones Generales No Aseguradas SRE de Clase 66 recibirán su participación a *prorrata* de (i) la cantidad de $500,000 en efectivo y (ii) la recuperación neta de ciertas acciones de reintegración. Basado en el estimado de la Junta de Supervisión de la cantidad agregada de Reclamaciones Generales No Aseguradas SRE

---

reintegración y recobro para el beneficio de las Reclamaciones Generales No Aseguradas CW y de Reclamaciones de Dominio Eminente, (c) los gastos asociados al trabajo de las reclamaciones por la Junta del Fideicomiso de Acciones de Reintegración, y (d) efectivo requerido para satisfacer las Reclamaciones de Conveniencia permitidas.

[8] Las Reclamaciones de Dominio Eminente también tienen derecho a distribución de dineros depositados en el Tribunal de Primera Instancia relacionado a propiedad expropiada.

[9] Bajo el Plan Previo, la consideración en efectivo agregada disponible para o en beneficio de tenedores de Reclamaciones Generales No Aseguradas CW permitidas, de Reclamaciones de Dominio Eminente permitidas, y de Reclamaciones de Conveniencia permitidas consistía de (a) $125 millones en distribuciones en efectivo, (b) el estimado del Comité de aproximadamente $26 millones en distribuciones a Reclamaciones de Conveniencia, y (c) $10 millones en fondos para el Fideicomiso de Acciones de Reintegración.

[10] El porcentaje estimado de recuperación no tiene en cuenta (a) las recuperaciones netas del Fideicomiso de Acciones de Reintegración, ni, (b) en el caso de Reclamaciones de Dominio Eminente, la distribución de dineros depositados en el Tribunal de Primera Instancia relacionado a propiedad expropiada.

[11] Dos de los tres miembros de la Junta del Fideicomiso de Acciones de Reintegración serán elegidos por el Comité.

permitidas (las cuales se estiman en menos de $500,000 en total), **la recuperación estimada para tenedores de estas reclamaciones es 100%**.

   **Por todas estas razones, el Comité recomienda que usted vote para <u>aceptar</u> el Plan.**

   El Comité reconoce que entrar en la transacción global con la Junta de Supervisión fue una decisión difícil, y el Comité también es consciente de que, aún bajo la transacción global, el porcentaje de recuperación de tenedores de Reclamaciones Generales No Aseguradas CW permitidas y reclamaciones de Dominio Eminente permitidas no es tan alto como el porcentaje de recuperación de otros acreedores del Estado Libre Asociado.

   No obstante, el Comité determinó que litigar la confirmación del Plan Previo no era preferible a aceptar la transacción global. Esto es así ya que, aunque el Comité entiende que tiene argumentos sólidos en oposición al Plan Previo, no había garantías de que el Comité hubiera prevalecido en sus impugnaciones al Plan Previo, y si sus impugnaciones fracasaban, la consideración en efectivo agregada para tenedores de Reclamaciones Generales No Aseguradas CW permitidas, Reclamaciones de Dominio Eminente permitidas, y Reclamaciones de Conveniencia permitidas hubieran sido sustancialmente mejor (*i.e.*, aproximadamente $161 millones) que la consideración en efectivo agregada que se hará disponible bajo la transacción global (*i.e.*, $575 millones). A la luz de la consideración sustancialmente más alta bajo el Plan (comparada el Plan Previo), el Comité, como fiduciario de todos los acreedores no asegurados del Estado Libre Asociado, determinó que sería preferible no "tirar los dados" y litigar la confirmación del Plan Previo.

**C.**  <u>**Someter su Boleta de Votación**</u>

   La Junta de Supervisión ha provisto la Boleta de Votación aquí incluida para los tenedores de reclamaciones en las Clases 54, 58 y 66 para votar para aceptar o rechazar el Plan y devolver de acuerdo con los procedimientos establecidos en la hoja de instrucciones de la boleta y la Declaración de Divulgación. **Favor de leer cuidadosamente las instrucciones en la Boleta y complete su Boleta en su totalidad antes de devolverla. Su Boleta tiene que ser devuelta para que sea recibida por el Agente de Votación antes de la Fecha Límite de Votación,** *i.e.* **5:00 p.m. (Hora Estándar del Atlántico) el 4 de octubre de 2021**.

<div align="center">* * *</div>

   Las posiciones tomadas por el Comité en esta Carta son aquellas del Comité y/o sus asesores, y no han sido aprobadas ni respaldadas por el Tribunal de Quiebras. Cada acreedor (incluyendo los miembros individuales del Comité) deben tomar su propia decisión independiente sobre si el Plan es aceptable o no para ese acreedor, y debe consultar con su propio asesor legal y/o financiero antes de votar para aceptar o rechazar el Plan.

   **SE LE RECOMIENDA LEER DETENIDAMENTE LA DECLARACIÓN DE DIVULGACIÓN Y EL PLAN. LA DESCRIPCIÓN DEL PLAN EN ESTA CARTA DEL COMITÉ TIENE LA INTENCIÓN DE SER SÓLO UN RESUMEN.**

   **ESTA CARTA DEL COMITÉ NO DEBERÁ SER UTILIZADA PARA NINGÚN OTRO PROPÓSITO QUE NO SEA EXPRESAR LAS OPINIONES DEL COMITÉ**

**SOBRE CÓMO VOTAR CON RESPECTO AL PLAN, Y LA INFORMACIÓN CONTENIDA EN ESTA NO DEBE UTILIZARSE PARA CUALQUIER OTRO PROPÓSITO. EL COMITÉ NO GARANTIZA NINGÚN RESULTADO PARTICULAR EN LOS CASOS DEL TÍTULO III DE LOS DEUDORES. EN PARTICULAR, EL COMITÉ NO PUEDE DAR GARANTÍA ALGUNA DE QUE LA CANTIDAD AGREGADA DE RECLAMACIONES GENERALES NO ASEGURADAS CW, RECLAMACIONES DE DOMINIO EMINENTE, O RECLAMACIONES GENERALES NO ASEGURADAS SRE QUE FINALMENTE SERÁN PERMITIDAS, O LA TASA DE RECUPERACIÓN QUE FINALMENTE SERÁ ALCANZA POR UN TENEDOR DE ESTAS RECLAMACIONES.**

**ESTA COMUNICACIÓN NO CONSTITUYE, NI DEBERÁ SER INTERPRETADA COMO, UNA SOLICITUD POR NINGÚN MIEMBRO INDIVIDUAL DEL COMITÉ.**

*EL COMITÉ OFICIAL DE
ACREEDORES NO ASEGURADOS
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL.*

**Exhibit KKKK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>
In re:<br><br>
THE FINANCIAL OVERSIGHT AND<br>
MANAGEMENT BOARD FOR PUERTO RICO,<br><br>
    as representative of<br><br>
THE COMMONWEALTH OF PUERTO RICO, THE<br>
EMPLOYEES RETIREMENT SYSTEM OF THE<br>
GOVERNMENT OF THE COMMONWEALTH OF<br>
PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>
BUILDINGS AUTHORITY,<br><br>
            Debtors.[1]
</td>
<td>
PROMESA<br>
Title III<br><br>
No. 17 BK 3283-LTS<br><br>
(Jointly Administered)
</td>
</tr>
</table>

## BALLOT FOR HOLDERS OF CLAIMS IN
## CLASS 69 (FEDERAL CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by holders of Claims in the Class listed below.  **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on October 4, 2021), unless such time is extended by the Debtors.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NEW YORK, NY 10165**

</div>

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii)   **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery | |
| --- | --- |
| All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform).

The Ballot must actually be received by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on October 4, 2021, unless such time is extended (the "Voting Deadline").

55668-46

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtors' rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtors of the nature, validity, or amount of any Claim.

(*Continued on Following Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1**.        **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in **Class 69 (Federal Claims)** set forth below in the following aggregate amount as of the July 13, 2021 Voting Record Date:

$\qquad$ $ \underline{\hspace{3cm}}$

\* \* \* \* \* \*

**Item 2**.        **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check <u>one</u>):

| ☐   **ACCEPT** (vote FOR) the Plan | ☐   **REJECT** (vote AGAINST) the Plan |
|---|---|

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico.  Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:** _____

**Prime Clerk's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission.  Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot.  Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Prime Clerk's "E-Ballot" platform should <u>NOT</u> also submit a paper Ballot.

**Item 3**.         **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtors' solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the District Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
                                    (Print or Type)

                     _____

Signature:_____

Name of Signatory:_____
                                    (If other than holder)

Title:   _____

Address:   _____

              _____

              _____

Telephone
Number:   _____

Email:   _____

Date Completed:   _____

## VOTING INSTRUCTIONS FOR
## COMPLETING THE BALLOT FOR
## <u>CLASS 69 (FEDERAL CLAIMS)</u>

1.      This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "<u>Plan</u>") [ECF No. 17627], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan.  The terms of the Plan are described in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "<u>Disclosure Statement</u>") [ECF No. 17628].  All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan.  **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan.  In the event a Class rejects the Plan, the District Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the District Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA section 314(b) and section 1129(b) of the Bankruptcy Code.  If the Plan is confirmed by the District Court, all holders of Claims against the Debtors (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3.      **To have your vote counted, you must properly complete, sign, and return this Ballot to Prime Clerk LLC (the "<u>Balloting Agent</u>") so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021 (the "<u>Voting Deadline</u>").**

Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:

(i)     **Online**:  Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link.  Follow the instructions set forth on the website.  You are encouraged to submit your Ballot via the E-Ballot platform.  If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

(ii)    **First Class Mail, Hand Delivery, or Overnight Courier**:  Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE**

**60 E. 42ND STREET, SUITE 1440
NEW YORK, NY 10165**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

(iii) **Hand Delivery to On-Island Collection Site**:  Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery All locations are available from August 30, 2021 to October 4, 2021 (except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>151 San Francisco Street<br>2nd Floor<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Joe's Blue<br>MCS Building, 1st Floor<br>880 Tito Castro Avenue<br>Ponce, PR 00716-4732 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| NOLLA Office Building<br>Avenida José A. Cedeño # 521<br>Arecibo, PR 00612 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Fajardo Market Square Shopping Center<br>Marginal Carr 3 Km 45.4-4495<br>Fajardo, PR, 00738 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Prime Clerk's E-Ballot platform in accordance with the instructions above).**

4. To properly complete the Ballot, you must follow the procedures described below:

   a. Ensure the information contained in **Item 1** of the Ballot is correct;

   b. You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

   c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

   d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against a particular Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

   e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

   f. Provide your name and mailing address;

   g. Sign and date your Ballot; and

   h. Return your Ballot using an authorized method of return indicated herein.

5. If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

*   *   *   *   *   *

IF YOU:

   (A) HAVE ANY QUESTIONS REGARDING THE BALLOT,

   (B) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,

   (C) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,

(D)    RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR

(E)    NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTORS, OR THE DISTRICT COURT.

**Exhibit LLLL**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## PAPELETA PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 69 (RECLAMACIONES FEDERALES)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

Esta Papeleta se utilizará para que voten los tenedores de Reclamaciones de la Clase que se indica a continuación. **Para que se cuente su voto, debe completar, firmar y devolver esta Papeleta de manera que la reciba el Agente de Votación a más tardar en la Fecha Límite de Votación (5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021), a menos que los Deudores prorroguen dicho plazo.**

Las Papeletas deben ser entregadas al Agente de Votación mediante <u>uno</u> de los siguientes métodos:

(i) <u>**Por Internet**</u>: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web. Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, <u>NO</u> debe presentar también su Papeleta en papel.

(ii) <u>**Correo de primara clase, entrega en mano o mensajería nocturna**</u>: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

**PUERTO RICO BALLOT PROCESSING
C/O PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 1440
NUEVA YORK, NY 10165**

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii) **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite VI<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 3 45.4-4495<br>Fajardo, PR, 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

**Debe entregar la Papeleta en la forma descrita anteriormente.  No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk).**

Solo para fines de referencia. Envíe su voto en la papeleta idioma inglés

**El Agente de Votación <u>debe recibir efectivamente</u> la Papeleta a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021, a menos que se prorrogue dicho plazo (la "<u>Fecha Límite de Votación</u>").**

Únicamente a efectos de la votación para aceptar o rechazar el Plan y no a efectos de la asignación o distribución por cuenta de una Reclamación, y sin perjuicio de los derechos de los Deudores en cualquier otro contexto, cada Reclamación dentro de una Clase de Reclamaciones con derecho al voto para aceptar o rechazar el Plan será por un importe determinado por los procedimientos establecidos en la Orden de Declaración de Divulgación.

Esta Papeleta no constituye ni se considerará que constituye (i) una afirmación de una Reclamación, (ii) una evidencia de reclamación, o (iii) una admisión por parte de los Deudores de la naturaleza, validez o importe de cualquier Reclamación.

SÍRVASE COMPLETAR LO SIGUIENTE:

<u>Punto 1.</u>                        **Monto de la Reclamación**

A efectos de la votación para aceptar o rechazar el Plan, el abajo firmante es tenedor de la(s) Reclamación(es) de la **Clase 69 (Reclamaciones Federales)** que se indican a continuación por el siguiente monto total a la Fecha de Registro de Votación, 13 de julio de 2021:



\*      \*      \*      \*      \*

<u>Punto 2.</u>                        **Voto sobre el Plan**.

El abajo firmante, tenedor de una Reclamación por el monto indicado en el **<u>Punto 1</u>** anterior, por el presente vota por (marque una opción):

☐      **<u>ACEPTAR</u>** (votar A FAVOR) del Plan          ☐      **<u>RECHAZAR</u>** (votar EN CONTRA) del Plan

**Para enviar su Papeleta a través de la plataforma "E-Ballot", visite <u>https://cases.primeclerk.com/puertorico</u>.  Haga clic en la sección "Submit E-Ballot" (Enviar papeleta electrónica) del sitio web y siga las instrucciones para enviar su papeleta.**

**NOTA IMPORTANTE: Necesitará la siguiente información para obtener y presentar su Papeleta electrónica personalizada:**

**Número único de identificación de papeleta electrónica:**_____

55668-46-ES

**La plataforma "E-Ballot" de Prime Clerk es la única forma en la que se aceptarán las Papeletas mediante transmisión electrónica o por Internet.  No se contarán las Papeletas enviadas por fax, correo electrónico u otros medios de transmisión electrónica.**

**Cada número de identificación de Papeleta electrónica debe utilizarse únicamente para votar por las Reclamaciones descritas en el Punto 1 de su Papeleta electrónica.  Complete y envíe una papeleta electrónica por cada número de identificación de papeleta electrónica que reciba, según proceda.**

Los acreedores que emitan una papeleta utilizando la plataforma "E-Ballot" de Prime Clerk <u>NO</u> deben presentar también una Papeleta en papel.

<u>**Punto 3.**</u>                **Reconocimientos y certificación.**

Al firmar esta Papeleta, el abajo firmante reconoce que se le ha proporcionado una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación. El abajo firmante certifica que (i) es el tenedor de la(s) Reclamación(es) identificada(s) en el <u>**Punto 1**</u> anterior, o (ii) tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan. El abajo firmante reconoce además que la convocatoria a la votación de los Deudores está sujeta a todos los términos y condiciones establecidos en la Declaración de Divulgación y la orden del Tribunal de Distrito que aprueba la Declaración de Divulgación y los procedimientos para la convocatoria a la votación para aceptar o rechazar el Plan contenidos en esta.

Nombre del Tenedor: _____
                                              (en letra de imprenta o a máquina)

                       _____

Firma: _____

Nombre del firmante: _____
                                              (si no es el tenedor)

Cargo: _____

Domicilio: _____

            _____

            _____

Número de teléfono: _____

Correo electrónico: _____

Fecha en que se completó: _____

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

### INSTRUCCIONES DE VOTACIÓN PARA
### COMPLETAR LA PAPELETA PARA RECLAMACIONES DE LA
### CLASE 69 (RECLAMACIONES FEDERALES)

Esta Papeleta se le envía para (i) solicitar su voto para aceptar o rechazar el *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], y (ii) el consentimiento a las disposiciones sobre interdicto y descargo del Plan si usted vota para aceptar el Plan. Los términos del Plan se describen en la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628].

      1.     Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente o en la Papeleta tendrán el significado que se les atribuye en el Plan. **LEA ATENTAMENTE EL PLAN Y LA DECLARACIÓN DE DIVULGACIÓN ANTES DE COMPLETAR ESTA PAPELETA.**

      2.     El Plan será aceptado por una Clase de Reclamaciones si es aceptado por los tenedores de dos tercios (2/3) en dólares y más de la mitad (1/2) en número de las Reclamaciones Permitidas de una Clase que hayan votado para aceptar o rechazar el Plan. En el caso de que una Clase rechace el Plan, el Tribunal de Distrito podrá, no obstante, confirmar el Plan y, por tanto, hacerlo vinculante para los tenedores de Reclamaciones de la Clase, si el Tribunal de Distrito considera que el Plan no discrimina injustamente y concede un trato justo y equitativo a los tenedores de Reclamaciones de la Clase y a todas las demás Clases de Reclamaciones que rechacen el Plan, y que, por lo demás, satisface los requisitos de la sección 314(b) de PROMESA y de la sección 1129(b) del Código de Quiebras. Si el Plan es confirmado por el Tribunal de Distrito, todos los tenedores de Reclamaciones contra los Deudores (incluyendo aquellos tenedores que se abstengan de votar o rechacen el Plan, y aquellos tenedores que no tengan derecho a votar sobre el Plan) estarán obligados por el Plan confirmado y las transacciones contempladas en él, independientemente de que voten o no y acepten o no el Plan.

Solo para fines de referencia. Úsese solo en la tabla del idioma inglés

**3. PARA QUE SU VOTO SEA CONTABILIZADO, DEBE COMPLETAR, FIRMAR Y DEVOLVER ESTA PAPELETA A PRIME CLERK LLC (EL "AGENTE DE VOTACIÓN") DE MANERA QUE SEA RECIBIDA POR EL AGENTE DE VOTACIÓN A MÁS TARDAR A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) DEL 4 DE OCTUBRE DE 2021 (LA "FECHA LÍMITE DE VOTACIÓN").**

**Las Papeletas deben ser entregadas al Agente de Votación mediante uno de los siguientes métodos:**

(i)   **Por Internet**: Visite **https://cases.primeclerk.com/puertorico** y haga clic en el enlace "Submit E-Ballot" (Enviar papeleta electrónica). Siga las instrucciones establecidas en el sitio web.  Le recomendamos que envíe su Papeleta a través de la plataforma de voto electrónico E-Ballot. Si decide enviar su Papeleta a través de la plataforma E-Ballot, NO debe presentar también su Papeleta en papel.

(ii)   **Correo de primera clase, entrega en mano o mensajería nocturna**: Entregar en el domicilio a continuación (o en el sobre adjunto, que puede tener un código postal diferente):

<div align="center">

**PUERTO RICO BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE**
**60 E. 42ND STREET, SUITE 1440**
**NUEVA YORK, NY 10165**

</div>

Si desea concertar la entrega en mano de su papeleta en el domicilio indicado, envíe un mensaje de correo electrónico a puertoricoinfo@primeclerk.com e indique la fecha y hora previstas para la entrega.

(iii)   **Entrega en mano en el lugar de votación en la isla**:  Entregar en uno de los siguientes lugares en la isla:

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Solo para fines de referencia: revise su original en el borrador idioma inglés

| Lugares que aceptan papeletas por entrega en mano en el ELA | |
|---|---|
| Todos los lugares están abiertos desde el 30 de agosto de 2021 al 4 de octubre de 2021 (excepto fines de semana y feriados federales) | |
| **Domicilio** | **Horario (Hora estándar del Atlántico)** |
| Citi Towers<br>252 Ponce de León Ave, Suite 1000<br>Hato Rey, San Juan, PR 00918 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite M<br>Old San Juan, PR 00901 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Joe's Blue<br>Edificio Millennium Building<br>Avenida Tito Castro, Carr. 14<br>Ponce, PR 00716 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Edificio de oficinas NOLLA<br>Avenida José A. Cedeño #521<br>Arecibo, PR 00612 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |
| Centro Comercial Plaza Fajardo<br>Carretera marginal km 5 45.4-4495<br>Fajardo, PR 00738 | L – V<br>8:30 a.m.<br>a<br>5:00 p.m. |

Debe entregar la Papeleta en la forma descrita anteriormente. No se aceptarán papeletas por telecopia, fax, correo electrónico u otros medios electrónicos de transmisión (salvo por Internet a través de la plataforma E-Ballot de Prime Clerk de acuerdo con las instrucciones anteriores).

Solo para fines de referencia. Envíe su voto en la boleta idioma inglés

**4. PARA COMPLETAR CORRECTAMENTE LA PAPELETA, DEBE SEGUIR LOS PROCEDIMIENTOS QUE SE DESCRIBEN A CONTINUACIÓN:**

a. Asegúrese de que la información contenida en el **Punto 1** de la Papeleta sea correcta;

b. No puede dividir su voto sobre el Plan. Debe votar para aceptar o rechazar el Plan con todas las Reclamaciones que posee en una Clase;

c. Si completa esta Papeleta en nombre de otra entidad, indique su relación con dicha entidad y en qué capacidad la está firmando y presente prueba satisfactoria de que está autorizado para tal fin (p. ej., un poder o una copia certificada de las resoluciones de la junta directiva que le autorizan a hacerlo);

d. Si también es tenedor de Reclamaciones de otras Clases, puede recibir más de una Papeleta, etiquetada para una Clase de Reclamaciones diferente. Su voto se contará para determinar la aceptación o el rechazo del Plan por parte de una Clase de Reclamaciones en particular contra un Deudor en particular solo si usted completa, firma y devuelve la Papeleta etiquetada para esa Clase de Reclamaciones de acuerdo con las instrucciones de la Papeleta;

e. Si cree que ha recibido una Papeleta equivocada, comuníquese inmediatamente con el Agente de Votación;

f. Indique su nombre y dirección postal;

g. Firme y coloque la fecha en su Papeleta; y

h. Envíe su Papeleta utilizando un método de devolución autorizado indicado en el presente.

Solo para fines de referencia. Envíe su voto en la boleta del idioma inglés

**5. SI EL AGENTE DE VOTACIÓN RECIBE MÁS DE UNA PAPELETA QUE VOTE LA MISMA RECLAMACIÓN, LA ÚLTIMA PAPELETA RECIBIDA ANTES DE LA FECHA LÍMITE DE VOTACIÓN SUSTITUIRÁ Y REVOCARÁ, EN LA MEDIDA EN QUE HAYA INCOMPATIBILIDADES ENTRE LAS PAPELETAS, CUALQUIER PAPELETA ANTERIOR.**

\* \* \* \* \*

SI USTED:

(A) TIENE ALGUNA PREGUNTA SOBRE LA PAPELETA,

(B) NO HA RECIBIDO UN SOBRE DE RESPUESTA CON SU PAPELETA,

(C) NO RECIBIÓ UNA COPIA DE LA DECLARACIÓN DE DIVULGACIÓN O DEL PLAN,

(D) RECIBIÓ LOS MATERIALES DEL PAQUETE DE CONVOCATORIA EN FORMATO ELECTRÓNICO Y DESEA COPIAS EN PAPEL, O

(E) NECESITA COPIAS ADICIONALES DE LA PAPELETA U OTROS MATERIALES ADJUNTOS,

COMUNÍQUESE CON EL AGENTE DE VOTACIÓN POR:

- <u>TELÉFONO</u> LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE.UU. Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), O

- <u>POR CORREO ELECTRÓNICO</u> ENVIANDO UN MENSAJE A <u>PUERTORICOINFO@PRIMECLERK.COM</u>.

ROGAMOS NO DIRIGIR SUS CONSULTAS A LA JUNTA DE SUPERVISIÓN, LA AAFAF, LOS DEUDORES O AL TRIBUNAL DE DISTRITO.

Solo para fines de referencia. En caso su voto en la boleta idioma inglés

**Exhibit MMMM**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE FOR
## CERTAIN ASSURED BONDHOLDERS WITH CLAIMS IN CLASSES 2, 17, 24, AND 42

This Assured Bondholder Election Notice (the "**Notice**") is being sent to certain beneficial holders of Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), and 2012 CW Bond Claims (Assured), identified on Exhibit A to this Notice, arising on account of Assured Insured Bonds, the scheduled repayment of which has been insured by Assured Guaranty Corp. or Assured Guaranty Municipal Corp. (collectively, "**Assured**") in accordance with the terms of the Assured Insurance Policies.  These securities give rise to Claims in Classes 2, 17, 24, and 42 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]

Although Assured has the right to cast the vote on account of Claims arising from Assured Insured Bonds to accept or reject the Plan, the holders of the Assured Insured Bonds identified on Exhibit A are entitled to elect their form of distribution under the Plan.  Specifically, each such beneficial

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

holder may elect one of the following two Assured Bondholder Elections, in each case on terms acceptable to Assured:

**Assured Bondholder Election 1**: You will receive from Assured on the Effective Date the applicable Acceleration Price of one hundred percent (100%) of the principal amount of the Assured Insured Bonds held by you plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the date of payment in full satisfaction and discharge of Assured's obligations with respect to you under the applicable Assured Insurance Policies, and Assured shall receive the cash and Assured New Securities allocable to you under the Plan; or

**Assured Bondholder Election 2**: You will opt into a custodial trust, escrow arrangement, or similar structure established by Assured that will provide you with an interest in (A) the applicable Assured Insurance Policy and (B) certain Assured New Securities in accordance with terms acceptable to Assured.  Under Section 75.1(c) of the Plan, the payment of the principal of the Assured Insured Bonds shall be accelerated from and after the Effective Date, and such Assured Insured Bonds shall be due and payable from and after the Effective Date at the Acceleration Price of one hundred percent (100%) of the principal amount thereof plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the date of payment.  Furthermore, under the applicable Assured Insurance Policies, Assured may elect, in its sole discretion, to make any principal payment, in whole or in part, on any date on which such principal payment is due by reason of acceleration or other advancement of maturity.  Pursuant to Section 75.1(c) of the Plan and the applicable Assured Insurance Policies, in the case of any Assured Insured Bonds the holders of which have elected (or are deemed to have elected) Assured Bondholder Election 2, Assured will retain the right to pay the Acceleration Price and fully satisfy its obligations with respect to such bonds and the applicable Assured Insurance Policies at any time after the Effective Date upon 30 days' notice to the relevant holders.  Assured's retention of this right will be reflected in the applicable custodial trust or escrow documentation.  Assured makes no representations, warranties, or guarantees, and disclaims any liability, with respect to the tax treatment of any custodial trust, escrow arrangement, or similar structure established in connection with Assured Bondholder Election 2, any payments made in connection with such a custodial trust, escrow arrangement, or similar structure, or any securities or other property held in such a trust, escrow arrangement, or similar structure, or issued in connection therewith.

From and after payment of the Acceleration Price on the Effective Date or other date of payment selected by Assured Guaranty, with thirty days' notice, interest on such Assured Insured Bonds shall cease to accrue and be payable.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond in accordance with any of the provisions above shall satisfy and discharge all of Assured Guaranty's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

*If you fail to make an election, you will be deemed to have elected* <u>Assured Bondholder</u>
<u>Election 2</u>*.*

2

*You are encouraged to review the entire Disclosure Statement and the Plan before making an Assured Bondholder Election.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Disclosure Statement Order, Assured is entitled to vote to accept or reject the Plan on account of Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims (Assured), 2012 CW Bond Claims (Assured).**

---

**IF YOU WISH TO RECEIVE YOUR DISTRIBUTION UNDER ASSURED BONDHOLDER ELECTION 2, YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.**

**Each holder of Assured Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to make Assured Bondholder Election 1 must submit a valid election in the manner described herein.**

\* \* \* \* \*

**How to Submit a Valid Assured Bondholder Election**

If you wish to elect to receive your distribution under the Plan pursuant to Assured Bondholder Election 1, you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Assured Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive your distribution under Assured Bondholder Election 1.

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Assured Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive distributions under Assured Bondholder Election 1, each as described on DTC's ATOP system.

---

**THE ASSURED BONDHOLDER ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR ASSURED INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR ASSURED INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR ASSURED INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR EXISTING ASSURED INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED ASSURED INSURED BONDS.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Assured Bondholder Election

You may revoke an election to receive distributions under Assured Bondholder Election 1 and withdraw your Assured Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Assured Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation of the election.

If you revoke your election at any time before the Election Deadline, you may renew your election to receive your distribution under Assured Bondholder Election 1 at any time before the Election Deadline, in accordance with the instructions to submit a valid election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Assured reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Assured also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, Assured or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

4

## Exhibit A

**Assured Insured Bonds as to which**
**Assured Insured Bondholders may elect Assured Bondholder Election 1 or 2**

## General Obligation Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LGL5 | 745145XZ0 | Public Improvement Bonds of 2002, Series A | 07/01/29 | 10/25/2001 |
| 74514LWE3 | 745145R53 | Public Improvement Bonds of 2003, Series A | 07/01/22 | 8/8/2002 |
| 74514LUW5 | 74514LNG8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/22 | 10/16/2007 |
| 74514LD46 | 74514LD46 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/22 | 4/3/2012 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235UX7 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YJ4/745235UX7** | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YZ8 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235UY5 | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |
| 745235YV7/745235UY5** | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |

\*    Original CUSIP provided for informational purposes.  Instances where Original CUSIP and Insured CUSIP are identical reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

\*\*   AGM secondary market policy insures same underlying Original CUSIP insured by an AGC secondary market policy (assumed from CIFG).

**Exhibit NNNN**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

       como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

                    Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE ELECCIÓN
## PARA TENEDORES DE BONOS DE ASSURED CON RECLAMACIONES DE LA
## CLASE 2, 17, 24 Y 42

Esta Notificación de Elecciones para los Tenedores de Bonos de Assured (la "**Notificación**") se
envía a ciertos tenedores beneficiarios de Reclamaciones de Bonos Vintage de la AEP (Assured),
Reclamaciones de Bonos Vintage del ELA (Assured), Reclamaciones de Bonos Vintage
Garantizados del ELA (Assured) y Reclamaciones de Bonos 2012 del ELA (Assured)],
identificados en el Anexo A de esta Notificación, derivadas por cuenta de Bonos Asegurados de
Assured, cuyo reembolso programado ha sido asegurado por Assured Guaranty Corp. o Assured
Guaranty Municipal Corp. (colectivamente, "**Assured**") de conformidad con los términos de las
Pólizas de Seguro de Assured.  Estos valores dan lugar a Reclamaciones de las Clases 2, 17, 24 y
42 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de*

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y
los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son
(i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro
dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante
("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número
federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm.
de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv)
el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de
Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la
Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos
cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de
Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del
contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a
limitaciones del software).

*Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2]

Aunque Assured tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados de Assured para aceptar o rechazar el Plan, los tenedores de los Bonos Asegurados de Assured identificados en el Anexo A tienen derecho a elegir su forma de distribución conforme al Plan. Específicamente, cada uno de dichos titulares podrá elegir una de las dos opciones de tenedores de bonos de Assured, en cada caso de conformidad con condiciones aceptables para Assured:

> **Elección 1 de Tenedores de Bonos de Assured**: En la Fecha de Vigencia, usted recibirá de Assured el Precio de Aceleración aplicable equivalente al cien por ciento (100%) del monto del capital de los Bonos Asegurados de Assured que tenga en su poder, más los intereses devengados en concepto de los mismos (o bien, en el caso de bonos de apreciación de capital, el interés compuesto de los mismos) hasta la fecha de pago, satisfaciendo así íntegramente las obligaciones de Assured para con usted de conformidad con las Pólizas de seguro de Assured. Assured recibirá el dinero y los Nuevos títulos de Assured asignados a usted de conformidad con el Plan; o bien

> **Elección 2 de Tenedores de Bonos de Assured**: Usted optará por un fideicomiso de custodia, un acuerdo de depósito ("escrow") o una estructura similar establecida por Assured que le proporcionará un interés en (A) la Póliza de Seguro de Assured aplicable y (B) los Nuevos Valores de Assured identificados, de acuerdo con términos aceptables para Assured. A tenor de la Sección 75.1(c) del Plan, el pago del capital de los Bonos Asegurados de Assured se acelerará a partir de la Fecha de Vigencia, y dichos Bonos Asegurados de Assured serán pagaderos a partid de dicha Fecha a un Precio de aceleración equivalente al cien por ciento (100%) del capital, más los intereses devengados en concepto del mismo (o bien, en el caso de bonos de apreciación de capital, el interés compuesto de los mismos) hasta la fecha de pago. Además, de conformidad con las Pólizas de seguro de Assured, Assured podrá optar, a su absoluta discreción, por abonar total o parcialmente cualquier pago de capital en cualquier fecha en que dicho pago sea exigible por motivos de aceleración u otro adelanto del vencimiento. Según la Sección 75.1(c) del Plan, así como debido a las Pólizas de seguro de Assured correspondientes, en caso de que algún tenedor de Bonos asegurados de Assured haya elegido (o se considere que ha elegido) la segunda opción, Assured se reserva el derecho de pagar el Precio de aceleración y satisfacer plenamente sus obligaciones con respecto a dichos instrumentos y a sus Pólizas de seguro. Podrá hacerlo en cualquier momento desde la Fecha de Vigencia, notificándolo a los tenedores de bonos relevantes con una antelación de al menos 30 días. Este derecho de Assured se reflejará en la documentación del fideicomiso de custodia o en el acuerdo de depósito.

---

[2]  A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

A partir del pago del Precio de aceleración en la Fecha de Vigencia, o en cualquier otra fecha de pago elegida por Assured Guaranty que habrá notificado con una antelación de 30 días, dichos Bonos Asegurados de Assured dejarán de devengar intereses.

El pago del Precio de aceleración correspondiente en concepto de Bonos asegurados de Assured de conformidad con cualquiera de las cláusulas precedentes satisfará y liquidará todas las obligaciones asumidas por Assured Guaranty en virtud de sus Pólizas de seguro, con respecto a los citados Bonos asegurados de Assured.

***Si no realiza ninguna elección, se considerará que ha elegido la <u>Elección 2 de Tenedores de Bonos de Assured</u>.***

*Le recomendamos que lea atentamente toda la Declaración de Divulgación y el Plan antes de realizar una Elección de Tenedor de Bonos de Assured.*

> **Tenga en cuenta que no puede votar para aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado a tal efecto.  A tenor con la Orden de Declaración de Divulgación, Assured tiene derecho a votar para aceptar o rechazar el Plan por cuenta de Reclamaciones de Bonos Vintage de la AEP (Assured), Reclamaciones de Bonos Vintage del ELA (Assured), Reclamaciones de Bonos Vintage Garantizados del ELA (Assured), Reclamaciones de Bonos 2011 del ELA (Assured), Reclamaciones de Bonos Serie D/E/ PIB 2011 del ELA (Assured), Reclamaciones de Bonos 2012 del ELA (Assured).**

## <u>SI DESEA RECIBIR SU DISTRIBUCIÓN EN VIRTUD DE LA ELECCIÓN 2 DE TENEDOR DE BONOS DE ASSURED, NO NECESITA TOMAR NINGUNA OTRA MEDIDA.</u>

**Cada tenedor de los Bonos Asegurados de Assured descritos en el <u>Anexo A</u> adjunto que desee realizar la Elección 1 de Tenedores de Bonos de Assured debe presentar una elección válida en la forma que se describe en el presente.**

<div align="center">*   *   *   *   *</div>

### Cómo presentar una Elección de Tenedores de Bonos de Assured válida

Si desea optar por recibir su distribución en virtud del Plan a tenor con la Elección 1 de Tenedores de Bonos de Assured, debe dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados de Assured a través del Programa de Oferta de Presentación Automática ("**ATOP**") en The Depository Trust Company ("**DTC**"), lo que constituirá una elección a través del sistema ATOP de DTC para recibir su distribución de conformidad con la Elección 1 de Tenedores de Bonos de Assured.

No es necesario entregar ningún documento a Prime Clerk para efectuar la elección. El único medio para efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Assured

en el sobre ATOP apropiado en DTC, y (ii) realizar la elección para recibir distribuciones de conformidad con Elección 1 de Tenedores de Bonos de Assured, según se describe en el sistema ATOP de DTC.

<div style="border:1px solid black;">

**LA FECHA LÍMITE PARA LA ELECCIÓN DE TENEDORES DE BONOS DE ASSURED ES EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Elección**".

</div>

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS ASEGURADOS DE ASSURED A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS DE ASSURED DESDE LA FECHA LÍMITE DE ELECCIÓN HASTA LA FECHA DE VIGENCIA DEL PLAN. SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS DE ASSURED ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS ASEGURADOS DE ASSURED EXISTENTES A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE ELECCIÓN Y RETIRAR LOS BONOS ASEGURADOS PRESENTADOS.**

\* \* \* \* \*

**Cómo revocar una Elección de Tenedores de Bonos de Assured válida**

Usted puede revocar una elección para recibir distribuciones de conformidad con la Elección 1 de Tenedores de Bonos de Assured y retirar sus Bonos Asegurados de Assured presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección.

Si desea revocar su elección, debe instruir a la Persona Designada para que revoque su elección y retire sus Bonos Asegurados de Assured a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación de la elección.

Si usted revoca su elección en cualquier momento antes de la Fecha Límite de Elección, puede realizar una nueva elección para recibir su distribución de conformidad con la Elección 1 de Tenedores de Bonos de Assured en cualquier momento antes de la Fecha Límite de Elección, de acuerdo con las instrucciones para presentar una elección válida.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ASSURED DISTRIBUTION ELECTION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Assured se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Assured también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Assured o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

## Anexo A

**Bonos Asegurados de Assured para los cuales los Tenedores de Bonos Asegurados de Assured podrán optar por la Elección 1 o 2 de los Tenedores de Bonos de Assured**

## General Obligation Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LGL5 | 745145XZ0 | Public Improvement Bonds of 2002, Series A | 07/01/29 | 10/25/2001 |
| 74514LWE3 | 745145R53 | Public Improvement Bonds of 2003, Series A | 07/01/22 | 8/8/2002 |
| 74514LUW5 | 74514LNG8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/22 | 10/16/2007 |
| 74514LD46 | 74514LD46 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/22 | 4/3/2012 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235UX7 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YJ4/745235UX7** | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YZ8 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235UY5 | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |
| 745235YV7/745235UY5** | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |

\*   Original CUSIP provided for informational purposes.  Instances where Original CUSIP and Insured CUSIP are identical reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

\*\*   AGM secondary market policy insures same underlying Original CUSIP insured by an AGC secondary market policy (assumed from CIFG).

**Exhibit OOOO**

CWT COMMENTS 8/3/2021
FRE 408 / COMMON INTEREST / JOINT DEFENSE
PRIVILEGED AND CONFIDENTIAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                  Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ASSURED ELECTION

This Assured Election Notice (the "**Notice**") is being sent to certain beneficial holders of securities identified on **Exhibit A** to this Notice giving rise to claims under Classes 2, 17, 24, 32, 37, and 42 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "**Assured**") has exercised the Assured Election with respect to such Assured Insured Bonds.†

Pursuant to Section 75.1 of the Plan, if the Plan is confirmed by the Title III Court, (i) the principal of the Assured Insured Bonds identified on Exhibit A shall be accelerated and immediately due and payable as of the Effective Date of the Plan, and (ii) consistent with Assured's rights under the applicable Assured Insurance Policies to elect, in its sole discretion, to make payment on any

---

\*   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

†   Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

CWT COMMENTS 8/3/2021
FRE 408 / COMMON INTEREST / JOINT DEFENSE
PRIVILEGED AND CONFIDENTIAL

date when such payment is due by reason of acceleration or other advancement of maturity, holders of such Assured Insured Bonds will receive on the Effective Date of the Plan the applicable Acceleration Price of one hundred percent (100%) of the principal amount thereof plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the Effective Date. From and after payment of the Acceleration Price on the Effective Date, interest on such Assured Insured Bonds shall cease to accrue and be payable.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond shall satisfy and discharge all of Assured's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

The Disclosure Statement you are receiving together with this Notice contains additional information regarding the Plan, the Assured Election, and the treatment of your claims. **You are not required to vote on the Plan or take any other action in order to receive the Acceleration Price in full satisfaction of your claims.**

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Disclosure Statement Order, Assured is entitled to vote to accept or reject the Plan on account of Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims (Assured), 2012 CW Bond Claims (Assured).**

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

This Notice is subject in all respects to the terms of the Plan.

55668-49

**CWT COMMENTS 8/3/2021**
**FRE 408 / COMMON INTEREST / JOINT DEFENSE**
**PRIVILEGED AND CONFIDENTIAL**

## Exhibit A

**Assured Insured Bonds as to which Assured has exercised the Assured Election[‡]**

---

[‡] For the avoidance of doubt, Assured shall not be required to pay itself the Acceleration Price with respect to any Assured Insured Bonds owned by Assured, by subrogation or otherwise.

## General Obligation Bonds

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745145LF7 | 74514LQK6 | Public Improvement Bonds of 1999 | 07/01/28 | 12/1/1998 |
| 74514LFH5 | 74514LBM8 | Public Improvement Bonds of 2002, Series A | 07/01/31 | 10/25/2001 |
| 74514LE94 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LEG8 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LAD9 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LWD5 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LRE9 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LFX0 | 74514LDB0 | Public Improvement Bonds of 2005, Series A | 07/01/23 | 10/7/2004 |
| 74514LFT9 | 74514LDC8 | Public Improvement Bonds of 2005, Series A | 07/01/24 | 10/7/2004 |
| 74514LFA0 | 74514LDD6 | Public Improvement Bonds of 2005, Series A | 07/01/25 | 10/7/2004 |
| 74514LUU9 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LEV5 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LUX3 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LRY5 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LQW0 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LUY1 | 74514LJZ1 | Public Improvement Bonds of 2006, Series A | 07/01/25 | 8/10/2006 |
| 74514LRZ2 | 74514LQB6 | Public Improvement Bonds of 2006, Series A | 07/01/30 | 8/10/2006 |
| 74514LMR5 | 74514LLZ8 | Public Improvement Bonds of 2007, Series A | 07/01/22 | 10/4/2007 |
| 74514LNH6 | 74514LMA2 | Public Improvement Bonds of 2007, Series A | 07/01/23 | 10/4/2007 |
| 74514LSF5 | 74514LMB0 | Public Improvement Bonds of 2007, Series A | 07/01/24 | 10/4/2007 |
| 74514LNJ2 | 74514LMD6 | Public Improvement Bonds of 2007, Series A | 07/01/26 | 10/4/2007 |
| 745145LM2 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 7451458G0 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 74514LBJ5 | 74514LBJ5 | Public Improvement Ref. Bonds, Series 2001 | 07/01/30 | 6/7/2001 |
| 74514LSA6 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 8/10/2006 |
| 74514LUV7 | 74514LQF7 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/35 | 8/10/2006 |
| 74514LVT1 | 74514LVT1 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/30 | 10/16/2007 |
| 74514LVU8 | 74514LVU8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/31 | 10/16/2007 |
| 74514LUH8 | 74514LTW7 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/32 | 5/7/2008 |
| 74514LWN3 | 74514LWN3 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/24 | 2/17/2011 |
| 74514LWJ2 | 74514LWJ2 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/25 | 2/17/2011 |
| 74514LWP8 | 74514LWP8 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/27 | 2/17/2011 |
| 74514LWL7 | 74514LWL7 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/33 | 2/17/2011 |
| 74514LWT0 | 74514LWT0 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/34 | 2/17/2011 |
| 74514LWY9 | 74514LWY9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/26 | 3/17/2011 |
| 74514LXD4 | 74514LXD4 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/27 | 3/17/2011 |
| 74514LXE2 | 74514LXE2 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/28 | 3/17/2011 |
| 74514LXF9 | 74514LXF9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/32 | 3/17/2011 |
| 74514LXC6 | 74514LXC6 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/36 | 3/17/2011 |
| 74514LXG7 | 74514LXG7 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/37 | 3/17/2011 |

** Original CUSIP provided for informational purposes. Instances where Original CUSIP and Insured CUSIP are identical reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LD53 | 74514LD53 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/23 | 4/3/2012 |
| 74514LD61 | 74514LD61 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/24 | 4/3/2012 |
| 74514LD79 | 74514LD79 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/25 | 4/3/2012 |
| 74514LD87 | 74514LD87 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/27 | 4/3/2012 |
| 74514LD20 | 74514LD20 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/35 | 4/3/2012 |
| 745145AV4 | 745145AV4 | Public Improvement Ref. Bonds, Series 1998 | 07/01/17 | 01/29/98 |
| 745145YW6 | 745145YW6 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/18 | 10/25/01 |
| 745145HP0 | 745145HP0 | Public Improvement Bonds of 1999 | 07/01/17 | 12/01/98 |
| 74514LCY1 | 74514LCY1 | Public Improvement Bonds of 2005, Series A | 07/01/20 | 10/07/04 |
| 745145YP1 | 745145YP1 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/16 | 10/25/01 |
| 74514LCX3 | 74514LCX3 | Public Improvement Bonds of 2005, Series A | 07/01/19 | 10/07/04 |
| 745145HQ8 | 745145HQ8 | Public Improvement Bonds of 1999 | 07/01/18 | 12/01/98 |
| 74514LKJ5 | 74514LKJ5 | Public Improvement Bonds of 2006, Series B | 07/01/17 | 08/30/06 |
| 74514LLX3 | 74514LLX3 | Public Improvement Bonds of 2007, Series A | 07/01/20 | 10/04/07 |
| 74514LLY1 | 74514LLY1 | Public Improvement Bonds of 2007, Series A | 07/01/21 | 10/04/07 |
| 74514LTM9 | 74514LTM9 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/18 | 05/07/08 |
| 74514LTK3 | 74514LTK3 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 745145R38 | 745145R38 | Public Improvement Bonds of 2003, Series A | 07/01/20 | 08/08/02 |
| 74514LQE0 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 08/10/06 |
| 745145UZ3 | 745145UZ3 | Public Improvement Bonds of 2001, Series A & B | 07/01/16 | 06/07/01 |
| 745145VB5 | 745145VB5 | Public Improvement Bonds of 2001, Series A & B | 07/01/17 | 06/07/01 |
| 745145VD1 | 745145VD1 | Public Improvement Bonds of 2001, Series A & B | 07/01/18 | 06/07/01 |
| 745145VF6 | 745145VF6 | Public Improvement Bonds of 2001, Series A & B | 07/01/19 | 06/07/01 |
| 745145VH2 | 745145VH2 | Public Improvement Bonds of 2001, Series A & B | 07/01/20 | 06/07/01 |
| 74514LCU9 | 74514LCU9 | Public Improvement Bonds of 2005, Series A | 07/01/16 | 10/07/04 |
| 74514LZD2 | 74514LZD2 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/19 | 07/12/11 |
| 74514LZE0 | 74514LZE0 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/20 | 07/12/11 |
| 74514LJR9 | 74514LJR9 | Public Improvement Bonds of 2006, Series A | 07/01/18 | 08/10/06 |
| 74514LJS7 | 74514LJS7 | Public Improvement Bonds of 2006, Series A | 07/01/19 | 08/10/06 |
| 74514LJT5 | 74514LJT5 | Public Improvement Bonds of 2006, Series A | 07/01/20 | 08/10/06 |
| 74514LNB9 | 74514LNB9 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/17 | 10/16/07 |
| 74514LTJ6 | 74514LTJ6 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 74514LTL1 | 74514LTL1 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235S77 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235XS5 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235YP0 | 745235SW2 | Government Facilities Revenue Bonds, Series G | 07/01/26 | 10/24/2002 |
| 745235UT6 | 745235SX0 | Government Facilities Revenue Bonds, Series G | 07/01/32 | 10/24/2002 |
| 745235J69 | 745235D65 | Government Facilities Revenue Bonds, Series I | 07/01/33 | 6/10/2004 |
| 745235XG1 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235WA5 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235J28 | 745235B34 | Government Facilities Revenue Bonds, Series N | 07/01/32 | 12/20/2007 |
| 745235L82 | 745235L82 | Government Facilities Revenue Ref. Bonds, Series K (Remarketing) | 07/01/27 | 5/27/2004 |
| 745235GJ4 | 745235GJ4 | Government Facilities Revenue Ref. Bonds, Series L | 07/01/21 | 06/01/93 |
| 745235G62 | 745235G62 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/16 | 01/30/02 |
| 745235RZ6 | 745235RZ6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/21 | 10/24/02 |
| 745235RV5 | 745235RV5 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/17 | 10/24/02 |
| 745235RX1 | 745235RX1 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/19 | 10/24/02 |
| 745235RY9 | 745235RY9 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/20 | 10/24/02 |
| 745235G70 | 745235G70 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/17 | 01/30/02 |

**Exhibit PPPP**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

      Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE ELECCIÓN DE ASSURED

Esta Notificación de Elección de Assured (la "**Notificación**") se envía a determinados tenedores beneficiarios de los valores identificados en el **Anexo A** a este Notificación, que dan lugar a reclamaciones de las Clases 2, 17, 24, 32, 37 y 42] del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**") para informar a dichos tenedores que Assured Guaranty Corp. y Assured Guaranty Municipal Corp. (colectivamente, "**Assured**") ha ejercido la Elección de Assured con respecto a dichos Bonos Asegurados de Assured.[2]

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

A tenor de la Sección 75.1 del Plan, si el Plan es confirmado por el Tribunal del Título III ,(i) el capital de los Bonos Asegurados de Assured identificados en el Anexo se acelerará y será inmediatamente pagadero a partir de la Fecha de Vigencia del Plan y, (ii) de conformidad con los derechos que le otorgan las Pólizas de seguros de Assured, Assured podrá, optar, a su absoluta discreción, por efectuar el pago en cualquier fecha en que resulte pagadero por motivos de aceleración u otro adelanto del vencimiento. Los tenedores de dichos Bonos Asegurados de Assured recibirán, en la Fecha de Vigencia, el Precio de aceleración correspondiente del cien por ciento (100%) del capital, más los intereses devengados en concepto del mismo (o bien, en el caso de bonos de apreciación de capital, el interés compuesto de los mismos) hasta la Fecha de Vigencia. A partir del pago del Precio de aceleración en la Fecha de vigencia, dichos Bonos Asegurados de Assured dejarán de devengar intereses.

El pago del Precio de Aceleración aplicable con respecto a cualquier Bono Asegurado de Assured satisfará y liberará todas las obligaciones de Assured en virtud de las Pólizas de Seguros de Assured con respecto a dicho Bono Asegurado de Assured.

La Declaración de Divulgación que está recibiendo junto con esta Notificación contiene información adicional sobre el Plan, la Elección de Assured y el tratamiento de sus reclamaciones. **No está obligado a votar sobre el Plan ni a realizar ninguna otra acción para recibir el Precio de Aceleración en plena satisfacción de sus reclamaciones.**

<p align="center">*   *   *   *   *</p>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ASSURED DISTRIBUTION ELECTION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

Esta Notificación está sujeta en todos los aspectos a los términos del Plan.

55668-49-ES

## **Anexo A**

**Bonos Asegurados de Assured con respecto a los cuales Assured ha ejercido la Elección de Assured**

## General Obligation Bonds

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745145LF7 | 74514LQK6 | Public Improvement Bonds of 1999 | 07/01/28 | 12/1/1998 |
| 74514LFH5 | 74514LBM8 | Public Improvement Bonds of 2002, Series A | 07/01/31 | 10/25/2001 |
| 74514LE94 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LEG8 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LAD9 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LWD5 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LRE9 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LFX0 | 74514LDB0 | Public Improvement Bonds of 2005, Series A | 07/01/23 | 10/7/2004 |
| 74514LFT9 | 74514LDC8 | Public Improvement Bonds of 2005, Series A | 07/01/24 | 10/7/2004 |
| 74514LFA0 | 74514LDD6 | Public Improvement Bonds of 2005, Series A | 07/01/25 | 10/7/2004 |
| 74514LUU9 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LEV5 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LUX3 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LRY5 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LQW0 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LUY1 | 74514LJZ1 | Public Improvement Bonds of 2006, Series A | 07/01/25 | 8/10/2006 |
| 74514LRZ2 | 74514LQB6 | Public Improvement Bonds of 2006, Series A | 07/01/30 | 8/10/2006 |
| 74514LMR5 | 74514LLZ8 | Public Improvement Bonds of 2007, Series A | 07/01/22 | 10/4/2007 |
| 74514LNH6 | 74514LMA2 | Public Improvement Bonds of 2007, Series A | 07/01/23 | 10/4/2007 |
| 74514LSF5 | 74514LMB0 | Public Improvement Bonds of 2007, Series A | 07/01/24 | 10/4/2007 |
| 74514LNJ2 | 74514LMD6 | Public Improvement Bonds of 2007, Series A | 07/01/26 | 10/4/2007 |
| 745145LM2 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 7451458G0 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 74514LBJ5 | 74514LBJ5 | Public Improvement Ref. Bonds, Series 2001 | 07/01/30 | 6/7/2001 |
| 74514LSA6 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 8/10/2006 |
| 74514LUV7 | 74514LQF7 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/35 | 8/10/2006 |
| 74514LVT1 | 74514LVT1 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/30 | 10/16/2007 |
| 74514LVU8 | 74514LVU8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/31 | 10/16/2007 |
| 74514LUH8 | 74514LTW7 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/32 | 5/7/2008 |
| 74514LWN3 | 74514LWN3 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/24 | 2/17/2011 |
| 74514LWJ2 | 74514LWJ2 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/25 | 2/17/2011 |
| 74514LWP8 | 74514LWP8 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/27 | 2/17/2011 |
| 74514LWL7 | 74514LWL7 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/33 | 2/17/2011 |
| 74514LWT0 | 74514LWT0 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/34 | 2/17/2011 |
| 74514LWY9 | 74514LWY9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/26 | 3/17/2011 |
| 74514LXD4 | 74514LXD4 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/27 | 3/17/2011 |
| 74514LXE2 | 74514LXE2 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/28 | 3/17/2011 |
| 74514LXF9 | 74514LXF9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/32 | 3/17/2011 |
| 74514LXC6 | 74514LXC6 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/36 | 3/17/2011 |
| 74514LXG7 | 74514LXG7 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/37 | 3/17/2011 |
| 74514LD53 | 74514LD53 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/23 | 4/3/2012 |
| 74514LD61 | 74514LD61 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/24 | 4/3/2012 |
| 74514LD79 | 74514LD79 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/25 | 4/3/2012 |

** Original CUSIP provided for informational purposes. Instances where Original CUSIP and Insured CUSIP are identical reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LD87 | 74514LD87 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/27 | 4/3/2012 |
| 74514LD20 | 74514LD20 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/35 | 4/3/2012 |
| 745145AV4 | 745145AV4 | Public Improvement Ref. Bonds, Series 1998 | 07/01/17 | 01/29/98 |
| 745145YW6 | 745145YW6 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/18 | 10/25/01 |
| 745145HP0 | 745145HP0 | Public Improvement Bonds of 1999 | 07/01/17 | 12/01/98 |
| 74514LCY1 | 74514LCY1 | Public Improvement Bonds of 2005, Series A | 07/01/20 | 10/07/04 |
| 745145YP1 | 745145YP1 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/16 | 10/25/01 |
| 74514LCX3 | 74514LCX3 | Public Improvement Bonds of 2005, Series A | 07/01/19 | 10/07/04 |
| 745145HQ8 | 745145HQ8 | Public Improvement Bonds of 1999 | 07/01/18 | 12/01/98 |
| 74514LKJ5 | 74514LKJ5 | Public Improvement Bonds of 2006, Series B | 07/01/17 | 08/30/06 |
| 74514LLX3 | 74514LLX3 | Public Improvement Bonds of 2007, Series A | 07/01/20 | 10/04/07 |
| 74514LLY1 | 74514LLY1 | Public Improvement Bonds of 2007, Series A | 07/01/21 | 10/04/07 |
| 74514LTM9 | 74514LTM9 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/18 | 05/07/08 |
| 74514LTK3 | 74514LTK3 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 745145R38 | 745145R38 | Public Improvement Bonds of 2003, Series A | 07/01/20 | 08/08/02 |
| 74514LQE0 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 08/10/06 |
| 745145UZ3 | 745145UZ3 | Public Improvement Bonds of 2001, Series A & B | 07/01/16 | 06/07/01 |
| 745145VB5 | 745145VB5 | Public Improvement Bonds of 2001, Series A & B | 07/01/17 | 06/07/01 |
| 745145VD1 | 745145VD1 | Public Improvement Bonds of 2001, Series A & B | 07/01/18 | 06/07/01 |
| 745145VF6 | 745145VF6 | Public Improvement Bonds of 2001, Series A & B | 07/01/19 | 06/07/01 |
| 745145VH2 | 745145VH2 | Public Improvement Bonds of 2001, Series A & B | 07/01/20 | 06/07/01 |
| 74514LCU9 | 74514LCU9 | Public Improvement Bonds of 2005, Series A | 07/01/16 | 10/07/04 |
| 74514LZD2 | 74514LZD2 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/19 | 07/12/11 |
| 74514LZE0 | 74514LZE0 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/20 | 07/12/11 |
| 74514LJR9 | 74514LJR9 | Public Improvement Bonds of 2006, Series A | 07/01/18 | 08/10/06 |
| 74514LJS7 | 74514LJS7 | Public Improvement Bonds of 2006, Series A | 07/01/19 | 08/10/06 |
| 74514LJT5 | 74514LJT5 | Public Improvement Bonds of 2006, Series A | 07/01/20 | 08/10/06 |
| 74514LNB9 | 74514LNB9 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/17 | 10/16/07 |
| 74514LTJ6 | 74514LTJ6 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 74514LTL1 | 74514LTL1 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235S77 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235XS5 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235YP0 | 745235SW2 | Government Facilities Revenue Bonds, Series G | 07/01/26 | 10/24/2002 |
| 745235UT6 | 745235SX0 | Government Facilities Revenue Bonds, Series G | 07/01/32 | 10/24/2002 |
| 745235J69 | 745235D65 | Government Facilities Revenue Bonds, Series I | 07/01/33 | 6/10/2004 |
| 745235XG1 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235WA5 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235J28 | 745235B34 | Government Facilities Revenue Bonds, Series N | 07/01/32 | 12/20/2007 |
| 745235L82 | 745235L82 | Government Facilities Revenue Ref. Bonds, Series K (Remarketing) | 07/01/27 | 5/27/2004 |
| 745235GJ4 | 745235GJ4 | Government Facilities Revenue Ref. Bonds, Series L | 07/01/21 | 06/01/93 |
| 745235G62 | 745235G62 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/16 | 01/30/02 |
| 745235RZ6 | 745235RZ6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/21 | 10/24/02 |
| 745235RV5 | 745235RV5 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/17 | 10/24/02 |
| 745235RX1 | 745235RX1 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/19 | 10/24/02 |
| 745235RY9 | 745235RY9 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/20 | 10/24/02 |
| 745235G70 | 745235G70 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/17 | 01/30/02 |

**Exhibit QQQQ**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASSES 3 AND 25

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage PBA Bond Claims (National) and Vintage CW Guarantee Bond Claims (National) arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**").  These securities give rise to Claims in Classes 3 and 25 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an Allowed Vintage PBA Bond Claim (National)[3] and Allowed Vintage CW Guarantee Bond Claim (National) ("**Allowed National Insured Bond Claims**")[4] has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

**National Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 75.2 of the Plan.  The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to three-percent (3%) of your Allowed National Insured Bond Claims, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claims). For the avoidance of doubt, the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

If you elect the National Commutation Treatment (Option 1), (i) you will not receive any payments from National under the National Insurance Policies on account of accrued and unpaid interest on and after July 1, 2021 (the deemed issuance date of the New GO Bonds), and to the extent any accrued interest is paid to you by National after such date, such amount shall be credited against the Cash you are otherwise entitled to receive as National Commutation Consideration and (ii) you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 75.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

**National Non-Commutation Treatment (Option 2)**:  You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have***

---

[3]   Holders making an election pursuant to Section 75.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National).

[4]   Any calculations and/or payments to be made to you based on, or in relation to, your Allowed National Insured Bond Claims pursuant to the options set out herein will take into account any payments of principal and/or accrued interest already made to you by National pursuant to the terms of the relevant National Insurance Policies.  For avoidance of doubt, you shall not be compensated for any amounts already paid to you pursuant to the terms of the relevant National Insurance Policies.

*elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the <u>National Commutation Treatment (Option 1)</u>.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**<u>IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.</u>  HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<div align="center">*   *   *   *   *</div>

<div align="center">

**How to Submit a Valid Election**

</div>

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds[5] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

[5]   Holders making an election pursuant to Section 75.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National).  For the avoidance of doubt, holders of Claims in Classes 3 and 25 shall make such election by tendering their Vintage PBA Bond(s).

---

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

\*   \*   \*   \*   \*

**How to Revoke an Election**

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME**

55668-50

**CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.   The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured.  None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

55668-50

### Exhibit A

| Description | CUSIP |
|---|---|
| | |
| | |
| | |

**Exhibit RRRR**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE ELECCIÓN
PARA TENEDORES DE BONOS DE NATIONAL CON
RECLAMACIONES DE LAS CLASES  3 Y 25**

Esta Notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage de la AEP (National) y Reclamaciones de Bonos Vintage Garantizados del ELA (National) emergentes por cuenta de Bonos Asegurados de National, que están asegurados por National Public Finance Guarantee Corporation ("**National**").   Estos valores dan lugar a Reclamaciones de Clases 3 y 25 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Aunque National tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

de National para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de tratamiento conforme al Plan.

Cada tenedor de una Reclamación de Bonos Vintage de la AEP (National) Permitida[3] y Reclamación de Bonos Vintage Garantizados del ELA (National) Permitida ("**Reclamación de Bonos Asegurados de National Permitida**")[4] tiene la opción de elegir recibir en la Fecha de Vigencia, o tan pronto como sea razonablemente posible a partir de entonces como contraprestación, satisfacción, liberación e intercambio totales de la reclamación de dicho tenedor:

**Tratamiento de Conmutación de National (Opción 1)**: En la Fecha de Vigencia, o tan pronto como sea razonablemente posible a partir de entonces, usted recibirá la Contraprestación por Conmutación de National, distribuida por o bajo la dirección de National en ejercicio de su exclusivo criterio en conformidad con la Sección 75.2 del Plan. La Contraprestación por Conmutación de National consiste en (i) su Participación Prorrateada de la Contraprestación del Plan de National de un tenedor; y (ii) efectivo de National en una cantidad igual a tres por ciento (3%) de sus Bonos Asegurados National Permitidos, para satisfacción, conciliación, exoneración y descargo completo y totales de cualquier otra obligación de National con respecto a las Pólizas de Seguros de National aplicables (y, al hacer dicha elección, se considerará que usted ha aceptado conmutar las Pólizas de Seguros de National relacionadas con sus Reclamaciones de Bonos Asegurados de National Permitidas). Para evitar cualquier duda, la Consideración de Conmutación de National no incluirá ningún porcentaje de los Costos de Consumación y/o la Tarifa de Restricción de PSA asignable a National en virtud del Plan.

Si elige el Tratamiento de Conmutación de National (Opción 1), (i) no percibirá ningún pago de National derivado de las Pólizas de seguro de National a cuenta de los intereses devengados e impagados a partir del 1 de julio de 2021 (la fecha prevista de lanzamiento de los nuevos Bonos GO) y, en la medida en que a partir de dicha fecha National le pague intereses devengados, su importe se abonará con cargo a la suma que National tendría que abonarle en concepto de la Contraprestación de National, y (ii) no tendrá ningún otro derecho en virtud de la Póliza de Seguros de National aplicable o de cualquiera de las opciones de Tratamiento de No Conmutación de National descritas en la Sección 75.2(b) del Plan o con respecto al Tratamiento de No Conmutación de National (Opción 2) que figura a continuación.

**Tratamiento de No Conmutación de National (Opción 2)**: Usted recibirá el Tratamiento de No Conmutación de National, por un monto equivalente al Precio de Aceleración de

---

[3]   Se considerará que los tenedores que realicen una elección en conformidad con la Sección 75.2 del Plan con respecto a las Reclamaciones de Bonos Vintage de la AEP (National) Permitidas habrán realizado la misma elección con respecto a las correspondientes Reclamaciones de Bonos Vintage Garantizados del ELA (National) Permitidas.

[4]   Los cálculos y/o los pagos que vayan a abonársele están basados en, o relacionados con, las Reclamaciones de Bonos Asegurados de National autorizadas, de conformidad con las opciones aquí expuestas, y tomarán en cuenta cualesquiera pagos de capital y/o intereses devengados que ya haya recibido de parte de National, con arreglo a los términos y condiciones de las Pólizas de seguro de National. A efectos de disipar cualquier duda, no se lo compensará por ninguna cuantía que ya se le haya pagado en virtud de los términos y condiciones de las Pólizas de seguro de National.

National, en efectivo en la fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en el cumplimiento total y final de las obligaciones de National para con usted y National recibirá la Contraprestación del Plan National que de otro modo le sería asignable a usted. Para evitar dudas, el Precio de Aceleración National incluirá intereses hasta la fecha de pago.

*Si no realiza una elección válida o presenta una elección por menos de la totalidad de sus reclamaciones (en cuyo caso, dicha elección será nula y no tendrá ningún efecto), se considerará que ha elegido conmutar las pólizas de seguro de National, liberar las obligaciones de National en virtud de estas y recibir distribuciones de acuerdo con el Tratamiento de Conmutación de National (Opción 1).*

*Le recomendamos que lea atentamente toda la Declaración de Divulgación y el Plan, antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias tributarias descritas en la Declaración de Divulgación no sustituyen a una cuidadosa planificación de impuestos y a un asesoramiento tributario profesional en función de sus circunstancias individuales, por lo que debe solicitar el asesoramiento de su propio asesor de impuestos.*

**Tenga en cuenta que no puede votar para aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado a tal efecto. A tenor con el Plan y la Orden de Declaración de Divulgación, National tiene derecho a votar para aceptar o rechazar el Plan por cuenta de las Reclamaciones derivadas de los valores asegurados por National.**

**SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE NATIONAL (OPCIÓN 1), NO NECESITA TOMAR NINGUNA OTRA MEDIDA. NO OBSTANTE, EN TAL CASO, SE CONSIDERARÁ QUE USTED HA OPTADO POR DESCARGAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE NATIONAL Y LA PÓLIZA DE SEGUROS DE NATIONAL.**

**Cada tenedor de los Bonos Asegurados de National descritos en el Anexo A adjunto que desee recibir el Tratamiento de No Conmutación de National (Opción 2) debe presentar una elección válida en la forma que se describe en el presente.**

\* \* \* \* \*

### Cómo presentar una elección válida

Si desea optar por recibir el Tratamiento de No Conmutación de National (Opción 2) debe dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados de National[5] a través del Programa de

---

[5]   Se considerará que los tenedores que realicen una elección en conformidad con la Sección 75.2 del Plan con respecto a sus Reclamaciones de Bonos Vintage de la AEP (National) Permitidas habrán realizado la misma

Oferta de Presentación Automática ("**ATOP**") en The Depository Trust Company ("**DTC**"), lo que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de National (Opción 2).

No es necesario entregar ningún documento a Prime Clerk para efectuar la elección. El único medio para realizar esta elección es (i) presentar válidamente sus Bonos Asegurados de National en el sobre de ATOP correspondiente en DTC, y (ii) realizar la elección para recibir del Tratamiento de No Conmutación de National (Opción 2), cada uno según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Elección**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS ASEGURADOS DE NATIONAL A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS DE NATIONAL DESDE LA FECHA LÍMITE DE ELECCIÓN HASTA LA FECHA DE VIGENCIA DEL PLAN. SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS DE NATIONAL ANTES DE LA FECHA LÍMITE, ENTONCES NO DEBE PRESENTAR SUS BONOS ASEGURADOS DE NATIONAL A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE ELECCIÓN Y RETIRAR LOS BONOS ASEGURADOS DE NATIONAL PRESENTADOS.**

\*    \*    \*    \*    \*

**Cómo revocar una elección**

Usted puede revocar una elección para recibir el Tratamiento de No Conmutación de National (Opción 2) y retirar sus Bonos Asegurados de National presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección.

Si desea revocar su elección, debe instruir a la Persona Designada para que revoque su elección y retire sus Bonos Asegurados de National a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro).  No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la elección.

Si usted revoca su elección en cualquier momento antes de la Fecha Límite de Elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de National (Opción 2) en

---

elección con respecto a las sus correspondientes Reclamaciones de Bonos Vintage Garantizados del ELA (National) Permitidas. Para evitar cualquier duda, los tenedores de Reclamaciones de las Clases 3 y 25 deberán realizar dicha elección presentando su(s) Bono(s) Vintage de la AEP.

cualquier momento antes de la Fecha Límite de Elección, de acuerdo con las instrucciones para presentar una elección anterior.

<div align="center">*   *   *   *   *</div>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "NATIONAL DISTRIBUTION ELECTION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADA A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y National se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y National también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección.

La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, National o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

55668-50-ES

## Anexo A

| Descripción | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit SSSS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASS 18

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (National) arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**"). These securities give rise to Claims in Class 18 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (National) (an "**Allowed National Insured Bond Claim**")[3] has the option to elect to receive on the Effective Date, or as soon as reasonably

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3] Any calculations and/or payments to be made to you based on, or in relation to, your Allowed National Insured Bond Claims pursuant to the options set out herein will take into account any payments of principal and/or accrued interest already made to you by National pursuant to the terms of the relevant National Insurance Policies. For the

practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

**National Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 75.2 of the Plan.  The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to six-percent (6%) of your Allowed National Insured Bond Claim, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claim). For the avoidance of doubt the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

If you elect the National Commutation Treatment (Option 1), (i) you will not receive any payments from National under the National Insurance Policies on account of accrued and unpaid interest on and after July 1, 2021 (the deemed issuance date of the New GO Bonds), and to the extent any accrued interest is paid to you by National after such date, such amount shall be credited against the Cash you are otherwise entitled to receive as National Commutation Consideration and (ii) you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 75.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

**National Non-Commutation Treatment (Option 2)**:  You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the National Commutation Treatment (Option 1).***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning*

---

avoidance of doubt, you shall not be compensated for any amounts already paid to you pursuant to the terms of the relevant National Insurance Policies.

*and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center">**How to Submit a Valid Election**</p>

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

<p style="text-align:center">**THE ELECTION DEADLINE IS<br>5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**</p>

<p style="text-align:center">This date and time is referred to as the "**Election Deadline**."</p>

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

\*   \*   \*   \*   \*

### How to Revoke an Election

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.  The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by us

55668-51

or cured.  None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

55668-51

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit TTTT**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

      Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**NOTIFICACIÓN DE ELECCIÓN
PARA TITULARES DE BONOS NATIONAL CON RECLAMACIONES DE CLASE 18**

Esta notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage del ELA (National) derivadas a cuenta de bonos asegurados National, que están asegurados por la National Public Finance Guarantee Corporation ("**National**"). Estos valores dan lugar a reclamaciones en la clase 18 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (ya que el mismo puede ser actualizado, complementado, enmendado y/o modificado de otra manera de vez en cuando, el "plan").[2] Si bien National tiene derecho a votar por siniestros que surjan de bonos asegurados National para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de tratamiento bajo el Plan.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   Todos los términos en mayúscula usados pero no definidos en esta Papeleta tienen el significado que se les da a dichos términos en el Plan

Cada titular de una Reclamación de Bono Vintage de Garantía del ELA (National) permitida (una "**Reclamación De Bono Asegurado National Autorizada**")[3] tiene la opción de elegir recibir en la fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en plena contraprestación, satisfacción, liberación, e intercambio de la reclamación de dicho titular:

**Tratamiento de Conmutación de National (Opción 1)**: En la fecha de entrada en vigor, o tan pronto como sea razonablemente posible a partir de entonces, recibirá la Contraprestación de Conmutación de National, distribuible por o bajo la dirección de National a su exclusivo y absoluto criterio de conformidad con la sección 75.2 del plan. La Contraprestación de Conmutación National consiste en (i) su parte prorrateada de la contraprestación del Plan National aplicable, más (ii) efectivo de National por un monto equivalente al seis por ciento (6%) de su reclamación de Bono National  permitida, en su totalidad y completa satisfacción, liberación y cumplimiento de cualquier obligación adicional de National con respecto a las Pólizas de Seguro National aplicables (y, al hacer dicha elección, se considerará que ha aceptado conmutar las Pólizas de  Seguro National relacionadas con su reclamación de Bono Asegurado National Permitido.. Para evitar dudas, la Contraprestación de Conmutación National no incluirá ningún porcentaje de los costos de consumación y / o la tasa de restricción de asignable a National en virtud del Plan.

Si elige el Tratamiento de Conmutación de National (Opción 1), (i) no percibirá ningún pago de National derivado de las Pólizas de seguro de National a cuenta de los intereses devengados e impagados a partir del 1 de julio de 2021 (la fecha prevista de lanzamiento de los nuevos Bonos GO) y, en la medida en que a partir de dicha fecha National le pague intereses devengados, su importe se abonará con cargo a la suma que National tendría que abonarle en concepto de la Contraprestación de National, y (ii) no tendrá ningún otro derecho en virtud de la Póliza de Seguros de National aplicable o de cualquiera de las opciones de Tratamiento de No Conmutación de National descritas en la Sección 75.2(b) del Plan o con respecto al Tratamiento de No Conmutación de National (Opción 2) que figura a continuación.

**Tratamiento de No Conmutación National (Opción 2)**: Recibirá el Tratamiento de No Conmutación National, por un monto igual al Precio de Aceleración National, en efectivo en la fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en forma completa y final de las obligaciones de National para con usted y National recibirá la Contraprestación del Plan National que, de otro modo, se le podría asignar a usted. Para evitar dudas, el Precio de Aceleración National incluirá intereses hasta la fecha de pago.

---

[3]   Los cálculos y/o los pagos que vayan a abonársele están basados en, o relacionados con, las Reclamaciones de Bonos Asegurados de National autorizadas, de conformidad con las opciones aquí expuestas, y tomarán en cuenta cualesquiera pagos de capital y/o intereses devengados que ya haya recibido de parte de National, con arreglo a los términos y condiciones de las Pólizas de seguro de National. A efectos de disipar cualquier duda, no se lo compensarán por ninguna cuantía que ya se le haya pagado en virtud de los términos y condiciones de las Pólizas de seguro de National.

*Si no realiza una elección válida o envía una elección por menos de todos sus reclamos (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de Seguro National, liberar y cumplir con las obligaciones de National en virtud del mismo, y recibir distribuciones de acuerdo con el Tratamiento de Conmutación National (Opción 1).*

*Le recomendamos que revise la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor de impuestos.*

> **Tenga en cuenta que no puede votar para aceptar o rechazar el plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el plan y la Orden de Declaración de Divulgación, National tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por National.**

**<u>SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN NATIONAL (OPCIÓN 1), NO ES NECESARIO TOMAR NINGUNA OTRA ACCIÓN</u>. SIN EMBARGO, EN DICHO CASO, SE CONSIDERARÁ QUE USTED HA ELEGIDO LIBERAR, DESCARGAR Y CONMUTAR LAS OBLIGACIONES DE NATIONAL Y LA PÓLIZA DE SEGURO DE NATIONAL.**

**Cada tenedor de Bonos Asegurados National descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación National (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

<div align="center">*   *   *   *   *</div>

<div align="center">### <u>Cómo Enviar una Elección Válida</u></div>

Si desea optar por recibir el Tratamiento de No Conmutación National (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados National a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación National (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados National en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación National (Opción 2), cada uno como se describe en sistema ATOP de DTC.

> **<u>LA FECHA LÍMITE DE ELECCIONES ES</u>**

> ### 5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.
>
> Esta fecha y hora se denominan "**fecha Límite de Elección**".

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS NATIONAL A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS NATIONAL DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE COMERCIAR O TRANSFERIR SUS BONOS ASEGURADOS NATIONAL ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS NATIONAL A TRAVÉS DE ATOP.**

**SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO NATIONAL OFRECIDO.**

\* \* \* \* \*

### Cómo Revocar una Elección

Puede revocar una elección para recibir el Tratamiento de No Conmutación National (Opción 2) y retirar sus Bonos Asegurados National ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados National a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retiro). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación National (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

**SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A**

**PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "NATIONAL DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y National se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y National también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, National o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

55668-51-ES

## Anexo A

| Descripción | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit UUUU**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## <u>NOTICE OF AMBAC ELECTION</u>

This Ambac Election Notice (the "**Notice**") is being sent to beneficial holders of securities giving rise to claims under Classes 4, 19, and 26 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that, pursuant to Section 75.5(e) of the Plan, Ambac Assurance Corporation ("**Ambac**") has the right to cast the vote on account of Claims arising from Ambac Insured Bonds to accept or reject the Plan.[2]

Although Ambac has the right to cast the vote on account of Claims arising from Ambac Insured Bonds to accept or reject the Plan, the holders of the Ambac Insured Bonds identified on Exhibit A have the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

**Ambac Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Ambac Commutation Consideration, distributable by or at the direction of Ambac, and, if elected, (i) you will have no other or further rights under or with respect to the applicable Ambac Insurance Policy or any Ambac Trust(s) or Ambac Escrow Account(s), and (ii) Ambac shall receive the Ambac Plan Consideration that otherwise would be allocable or distributable to you.

A holder of an Allowed Ambac Insured Bond Claim that validly elects to receive the Ambac Commutation Treatment, or makes an improper election, shall be deemed to have had, on or after Effective Date, the applicable Ambac Insured Bonds, including the obligations of Ambac under the related Ambac Insurance Policies, underlying such holder's Allowed Ambac Insured Bond Claims cancelled.

**Ambac Non-Commutation Treatment (Option 2)**:  You will receive the Ambac Non-Commutation Treatment, and will receive one or more of the following treatments, at Ambac's election, which election shall be exercised by Ambac not later than twenty-one (21) days prior to the Voting Deadline:

1.  Custodial Trusts:  Such holder of an Allowed Ambac Insured Bond Claim shall (A) deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of the Ambac Plan Consideration and the Ambac Insured Bonds allocable to such electing holder into the applicable Ambac Trust(s), (B) be deemed to have received its Pro Rata Share of the Ambac Plan Consideration and Ambac Certificates in consideration therefor, and (C) have no recourse to Ambac or the Ambac Insurance Policies other than as provided for under the terms of the Ambac Trust(s).  The terms of the Ambac Trust(s) shall be set forth in a trust agreement or trust agreements which shall be filed as part of the Plan Supplement, but shall include the following terms, without limitation: (i) Ambac shall not insure any payments on the Ambac Certificates, shall not be required to pay any default or other interest amounts with respect to the Ambac Insured Bonds, and is only required to pay its obligations under the applicable Ambac Insurance Policy as provided therein and in the agreement governing the Ambac Trust(s); (ii) Ambac shall be deemed the sole holder of the Ambac Insured Bonds in the Ambac Trust(s) with respect to voting, amendment, acceleration, events of default, and election and direction of rights and remedies, including, without limitation, in connection with insolvency proceedings; and (iii) the agreement governing the Ambac Trust(s) will provide that (a) all rights of a holder of Ambac Insured Bonds held by the Ambac Trust(s) (whether as to amendments and consents, direction of remedies or otherwise) shall be exercisable solely by Ambac and no holder of the Ambac Certificates shall be entitled to any right with respect to the Ambac Insured Bonds (other than as otherwise described in the Ambac Trust(s)), and (b) Ambac may, at its option, elect to direct a distribution of a proportional percentage of the underlying Ambac Insured Bonds to individual holders of Ambac Certificates upon the release of such holder's claims on the related Ambac Insurance Policy and against the Ambac Trust(s); such distribution and release shall not give rise to any other holder of Ambac Certificates asserting a right to receive the same treatment.

2

2.    <u>Escrow</u>:  Such holder of an Allowed Ambac Insured Bond Claim shall deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of the Ambac Plan Consideration in the applicable Ambac Escrow Account(s) and such deposited Ambac Plan Consideration shall be held as security for Ambac's obligations to the holders of the Ambac Insured Bonds whose Ambac Plan Consideration was deposited in the applicable Ambac Escrow Account(s) under the Ambac Insurance Policies.

3.    <u>Payment of Accelerated Amounts</u>:  Ambac shall receive the Ambac Plan Consideration that would be otherwise allocable to such holder of an Allowed Ambac Insured Bond Claim and Ambac shall fully and completely discharge its obligation to such holder of an Allowed Ambac Insured Bond Claim by paying on the Effective Date, in Cash, the amount thereof at the Ambac Acceleration Price.

4.    <u>Alternative Treatment</u>:  The Oversight Board and Ambac reserve the right to formulate an alternative election or implementation option with respect to the Ambac Insured Bonds that is mutually acceptable to the Oversight Board and Ambac, each in their respective sole discretion; provided, however, that any such alternative election or implementation option must be proposed, in writing, not later than twenty-one (21) days prior to the Ballot Date.

Ambac may make different elections, selecting among options (i) through (iv) above, with respect to different CUSIPs and different holders of Ambac Insured Bonds.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Ambac Insurance Policies, to release and discharge Ambac's obligations thereunder, and to receive distributions in accordance with the <u>Ambac Commutation Treatment (Option 1)</u>.***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan.  The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose.  Pursuant to the Plan and the Disclosure Statement Order, Ambac is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Ambac.**

---

**<u>IF YOU WISH TO RECEIVE THE AMBAC COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.  HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE,</u>**

**AND COMMUTE AMBAC'S OBLIGATIONS AND THE AMBAC INSURANCE POLICY.**

**Each holder of Ambac Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Ambac Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\* \* \* \* \*

**How to Submit a Valid Election**

If you wish to elect to receive the Ambac Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Ambac Insured Bonds[3] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Ambac Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election.  The sole means of effectuating this election is to (i) validly tender your Ambac Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Ambac Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR AMBAC INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR AMBAC INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN.  IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR AMBAC INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR AMBAC INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED AMBAC INSURED BONDS.**

\* \* \* \* \*

---

[3] Holders making an election pursuant to Section 75.5 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Ambac) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Ambac).  For the avoidance of doubt, holders of Claims in Classes 3 and 25 shall make such election by tendering their Vintage PBA Bond(s).

**How to Revoke an Election**

You may revoke an election to receive the Ambac Non-Commutation Treatment (Option 2) and withdraw your Ambac Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Ambac Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Ambac Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

*   *   *   *   *

If you have any questions about your holdings, please contact your Nominee.  Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "AMBAC DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and Ambac reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.  The Oversight Board and Ambac also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured.  None of the Oversight Board, Ambac or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit  VVVV**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

                    Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE ELECCIÓN DE AMBAC

Esta Notificación (la "**Notificación**") se envía a los tenedores beneficiarios de títulos de los cuales se derivan reclamaciones correspondientes a las Clases 4, 19 y 26 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**"), con el objeto de informarles que, de conformidad con la Sección 75.5(e) del Plan, Ambac Assurance Corporation ("**Ambac**") tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados de Ambac para aceptar o rechazar el Plan[2].

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

Aunque Ambac tiene derecho a emitir su voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados de Ambac para aceptar o rechazar el Plan, los titulares de los Bonos Asegurados de Ambac identificados en el Anexo A tienen la opción de elegir recibir, en la Fecha de Vigencia o en cuanto resulte razonablemente viable a partir de la misma, una plena contrapartida y satisfacción de su reclamación:

**Tratamiento de Conmutación de Ambac (Opción 1)**: En la Fecha de Vigencia o, a partir de la misma, en cuanto resulte razonablemente viable, recibirá la Contrapartida de Conmutación de Ambac, distribuible por o bajo las instrucciones de Ambac. Si la elige, (i) dejará de tener cualesquiera derechos relacionados con las Pólizas de seguro aplicables de Ambac, cualquiera de los Fideicomisos de Ambac o las Cuentas de custodia de Ambac, y (ii) Ambac recibirá la Contrapartida del Plan de Ambac  que, de otro modo, se le asignaría a usted.

El titular de una Reclamación de Bonos Asegurados de Ambac autorizada que opte de manera válida por recibir el Tratamiento de Conmutación de Ambac, o bien que haga una elección incorrecta, se considerará que dicha Reclamación ha quedado cancelada en la Fecha de Vigencia, afectando a los Bonos Asegurados de Ambac y las obligaciones de esta de conformidad con las Pólizas de seguro de Ambac.

**Tratamiento de No Conmutación de Ambac (Opción 2)**: Recibirá el Tratamiento de No Conmutación de Ambac y, a elección de esta, alguno de los siguientes tratamientos. Ambac ejercitará sus opciones como más tardar veintiún (21) días antes de la Fecha Límite de Votación:

1. Fideicomisos de custodia:  El titular de una Reclamación de Bonos Asegurados de Ambac Autorizada (A) depositará, o se considerará que ha depositado, entre otras cosas, la Participación prorrateada de la Contrapartida del Plan de Ambac y los Bonos Asegurados de Ambac asignables a cada tenedor, en el o los Fideicomisos de Ambac correspondientes, (B) se considerará que ha recibido a cambio su Participación prorrateada en la Contrapartida del Plan de Ambac y Certificados de Ambac, y (C) ya no podrá recurrir a Ambac ni a las Pólizas de seguro de Ambac, con las excepciones previstas en los Fideicomisos de Ambac. Los términos y condiciones de los mismos se reflejarán en uno o más acuerdos que formarán parte del Suplemento del Plan, aunque incluirán, entre otros, los siguientes términos y condiciones: (i) Ambac no asegurará ningún pago de los Certificados de Ambac, no vendrá obligada a pagar intereses por impagos u otros motivos con respecto a los Bonos Asegurados de Ambac, y solamente tendrá que pagar las obligaciones asumidas en la Póliza de seguro de Ambac correspondiente y en el acuerdo que rija a los Fideicomisos de Ambac; (ii) se considerará que Ambac es la única titular de los Bonos Asegurados de Ambac depositados en los Fideicomisos de Ambac para todo lo relativo a votaciones, modificaciones, aceleración, casos de impago y elección y ejercitación de derechos y recursos, incluyendo, entre otros, los relativos a procedimientos de insolvencia; y (iii) el acuerdo que rija los Fideicomisos de Ambac estipulará (a) todos los derechos del tenedor de Bonos Asegurados de Ambac mantenidos en los Fideicomisos de Ambac (tanto en materia de modificaciones y consentimientos como en medidas

de recursos u otros) serán ejercitables exclusivamente por Ambac, y ningún titular de Certificados de Ambac tendrá derecho alguna sobre los Bonos Asegurados de Ambac (excepto los descritos en los Fideicomisos de Ambac), y (b) Ambac podrá, a su elección, optar por implementar la distribución de un porcentaje proporcional de los Bonos Asegurados de Ambac subyacentes a titulares individuales de Certificados de Ambac una vez que estos eximan a Ambac de su Póliza de seguro, con cargo a los Fideicomisos de Ambac; dicha distribución y descarga no dará lugar a que cualquier otro titular de Certificados de Ambac reclame recibir idéntico tratamiento.

2. <u>Cuenta de depósito</u>: el titular de una Reclamación de Bonos Asegurados de Ambac autorizada depositará, o se considerará que ha depositado, entre otros, la Parte prorrateada de titular sobre la Contrapartida del Plan de Ambac, en una o más cuentas de depósito de Ambac, y la Contrapartida del Plan de Ambac así depositada se considerará una fianza de las obligaciones de Ambac para con los tenedores de Bonos Asegurados de Ambac cuya Contrapartida del Plan de Ambac fue depositada en una de dichas cuentas, cubierta por las Pólizas de seguro de Ambac.

3. <u>Pago de importes acelerados</u>: Ambac recibirá la Contrapartida del Plan de Ambac que, de otro modo, se habría asignado al titular de una Reclamación de Bonos Asegurados de Ambac autorizada, y Ambac quedará plena y completamente eximida de sus obligaciones para con dicho titular de una Reclamación de Bonos Asegurados de Ambac autorizada mediante el pago en efectivo, en la Fecha de Vigencia, del Precio de aceleración de Ambac.

4. <u>Tratamiento alternativo</u>: la Junta de Supervisión y Ambac se reservan el derecho de formular opciones alternativas de elección o de implementación con respecto a los Bonos Asegurados de Ambac que sea mutuamente aceptable para la Junta de Supervisión y para Ambac, en cada caso en su respectiva y absoluta discreción, aunque en el bien entendido de que dicha opción de elección o implementación alternativa deberá proponerse por escrito como más tardar veintiún (21) días antes de la Fecha de votación.

Ambac podrá elegir diversas alternativas de entre las opciones (i) a (iv) precedentes, con respecto a diferentes CUSIP y diferentes tenedores de Bonos Asegurados de Ambac.

***Si no realiza una elección válida o envía una elección por menos de todos sus reclamos (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de seguro de Ambac, con lo cual Ambac quedará exenta de cumplir sus obligaciones en virtud de los mismos, y recibirá distribuciones de acuerdo con el Tratamiento de Conmutación de Ambac (Opción 1).***

*Le recomendamos que revise la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la*

*planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor de impuestos.*

---

**Tenga en cuenta que no puede votar para aceptar o rechazar el plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el Plan y la Orden de Declaración de Divulgación, Ambac tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por Ambac.**

---

**<u>SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE AMBAC (OPCIÓN 1), NO SERÁ NECESARIO TOMAR NINGUNA MEDIDA ADICIONAL.</u> SIN EMBARGO, EN TAL CASO SE CONSIDERARÁ QUE HA OPTADO POR LIBRAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE AMBAC Y LA PÓLIZA DE SEGURO DE AMBAC.**

**Cada tenedor de Bonos Asegurados de Ambac descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación de Ambac (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

*     *     *     *     *

### Cómo Enviar una Elección Válida

Si desea optar por recibir el Tratamiento de No Conmutación de Ambac (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados de Ambac[3] a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de Ambac (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Ambac en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación de Ambac (Opción 2), cada uno como se describe en sistema ATOP de DTC.

---

**LA FECHA LÍMITE DE ELECCIONES ES
5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**

Esta fecha y hora se denominan "**Fecha Límite de Elección**".

---

[3]  Se considerará que los titulares que elijan una opción de conformidad con la Sección 75.5 del Plan con respecto a sus Reclamaciones de Bonos Vintage de AEP Autorizadas (Ambac) habrán elegido la misma opción que los titulaers de las Reclamaciones de Bonos Vintage Garantizados del ELA Autorizadas (Ambac). A efectos de disipar cualquier duda, los titulares de las Reclamaciones de las Clases 3 y 25 habrán hecho tal elección entregando sus Bonos Vintage de AEP.

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS DE AMBAC A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS DE AMBAC DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS DE AMBAC ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS DE AMBAC A TRAVÉS DE ATOP.**

**SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO DE AMBAC OFRECIDO.**

* * * * *

### Cómo Revocar una Elección

Puede revocar una elección para recibir el Tratamiento de No Conmutación de Ambac (Opción 2) y retirar sus Bonos Asegurados de Ambac ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados de Ambac a través de ATOP en DTC (cuya retirada será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retirada). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de Ambac (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

* * * * *

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

**SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "AMBAC DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Ambac se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Ambac también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Ambac o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

55668-52-ES

## **Anexo A**

| Descripción | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit WWWW**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASSES 6 AND 28

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage PBA Bond Claims (Syncora) and Vintage CW Guarantee Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc. ("**Syncora**").  These securities give rise to Claims in Classes 6 and 28 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an Allowed Vintage PBA Bond Claim (Syncora)[3] and Allowed Vintage CW Guarantee Bond Claim (Syncora) ("**Allowed Syncora Insured Bond Claims**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

> **Syncora Commutation Treatment (Option 1)**:  On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-five and fifteen hundredths percent (95.15%) of (a) the outstanding principal amount of your Class 6 and 28 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claims).  Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

> If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 75.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

> **Syncora Non-Commutation Treatment (Option 2)**:

> You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however*, that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you.  For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

> ***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the <u>Syncora Commutation Treatment (Option 1)</u>.***

---

[3]   Holders making an election pursuant to Section 75.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora).

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

---

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*   \*

### How to Submit a Valid Election

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds[4] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

[4]   Holders making an election pursuant to Section 75.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora). For the avoidance of doubt, holders of Claims in Classes 6 and 28 shall make such election by tendering their Vintage PBA Bond(s).

---

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\*   \*   \*   \*   \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA**

**DISTRIBUTION ELECTION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties.  The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful.   The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election.  A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide.  An election shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board and Syncora or cured.  None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

**Exhibit A**

| Description | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit XXXX**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE ELECCIÓN
<u>PARA TITULARES DE BONOS SYNCORA CON RECLAMACIONES DE LAS
CLASES 6 Y 28</u>**

Esta notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage de AEP (Syncora) y Reclamaciones de Bonos Vintage Garantizados del ELA (Syncora) derivadas de Bonos Asegurados de Syncora asegurados por Syncora Guarantee Inc. ("**Syncora**"). Estos valores dan lugar a reclamaciones de las Clases 6 y 28 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (ya que el mismo puede ser actualizado, complementado, enmendado y/o modificado de otra manera de vez en cuando, el "plan").[2] Si bien Syncora tiene derecho a votar por siniestros que surjan de

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (<u>ELA</u>) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("<u>COFINA</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("<u>ACT</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("<u>AEE</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("<u>AEP</u>") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] Todos los términos en mayúscula usados pero no definidos en esta Papeleta tienen el significado que se les da a dichos términos en el Plan.

bonos asegurados Syncora para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de tratamiento bajo el Plan.

Cada titular de una Reclamación de Bonos Vintage de AEP (Syncora)[3] y Reclamación de Bonos Vintage Garantizados del ELA (Syncora) autorizada ("**Reclamación de Bono Asegurado de Syncora Autorizada**") tiene la opción de elegir recibir en la Fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en plena contraprestación, satisfacción, liberación, e intercambio de la reclamación de dicho titular:

**Tratamiento de Conmutación Syncora (Opción 1)**: En la Fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, recibirá la Contraprestación de Conmutación de Syncora, que consistirá en efectivo, pagadero por Syncora, por una cuantía equivalente al noventa y cinco por ciento y quince centésimas (95.15%), de (a) la cuantía del capital pendiente de sus Bonos Asegurados de Syncora de las Clases 6 y 28, más (b) los intereses devengados e impagados en concepto de las mismas, tras lo cual quedarán satisfechas y cumplidas plenamente todas las obligaciones de Syncora conformes a sus Pólizas de seguro (y, eligiendo esta opción, se considerará que habrá aceptado conmutar las Pólizas de seguro de Syncora vinculadas con sus Reclamaciones de Bonos Asegurados de Syncora autorizados). Syncora recibirá la parte prorrateada correspondiente de la Contrapartida del Plan de Syncora.

Si elige el Tratamiento de Conmutación de Syncora (Opción 1), dejará de tener cualesquiera derechos relacionados con las Pólizas de seguro aplicables de Syncora o cualesquiera opciones de Tratamiento de No Conmutación de Syncora descritas en la Sección 75.3(b) del Plan, o con respecto al Tratamiento de No Conmutación de Syncora (Opción 2) siguiente.

**Tratamiento de No Conmutación de Syncora (Opción 2)**:
Recibirá el Tratamiento de No Conmutación de Syncora, en virtud del cual usted (A) depositará, o se considerará que ha depositado, entre otros, su Parte prorrateada de la Contrapartida del Plan de Syncora y los Bonos Asegurados de Syncora que se le asignen en el Fideicomiso de Syncora; (B) a cambio de ello, se considerará que habrá recibido su Parte prorrateada de la Contrapartida del Plan de Syncora y Certificados de Syncora, y (C) no le cabrán recursos a Syncora o a las Pólizas de seguro de Syncora salvo los estipulados en el Fideicomiso de Syncora, aunque en el bien entendido de que, en cualquier momento antes de la confirmación del Plan, Syncora podrá, a su absoluta discreción, optar por pagarle el Precio de aceleración de Syncora, en efectivo, en la Fecha de vigencia, o en cuanto resulte viable a partir de la misma, para satisfacer y cancelar definitivamente las obligaciones de Syncora para con usted. Syncora recibirá la Contrapartida del Plan de Syncora que, de otro modo, se le asignaría a usted. A efectos de disipar cualquier duda, el Precio de aceleración de Syncora incluirá los intereses devengados hasta la Fecha de vigencia.

*Si no realiza una elección válida o envía una elección por menos de todas sus reclamaciones (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de Seguro de Syncora, liberar y cumplir con las obligaciones de*

---

[3] Se considerará que los titulares que elijan una opción de conformidad con la Sección 75.3 del Plan con respecto a sus Reclamaciones de Bonos Vintage de AEP Autorizadas (Syncora) habrán elegido la misma opción que los titulaers de las Reclamaciones de Bonos Vintage Garantizados del ELA Autorizadas (Syncora).

*Syncora en virtud de las mismas, y recibir distribuciones de acuerdo con el Tratamiento de Conmutación de Syncora (Opción 1).*

*Le recomendamos revisar la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor fiscal.*

---

**Tenga en cuenta que no puede votar por aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el plan y la Orden de Declaración de Divulgación, Syncora tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por Syncora.**

---

**<u>SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE SYNCORA (OPCIÓN 1), NO ES NECESARIO QUE TOME NINGUNA OTRA MEDIDA</u>. SIN EMBARGO, EN TAL CASO SE CONSIDERARÁ QUE USTED HA ELEGIDO LIBERAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE SYNCORA Y LAS PÓLIZAS DE SEGURO DE SYNCORA.**

**Cada tenedor de los Bonos Asegurados de Syncora descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación Syncora (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

<p align="center">*   *   *   *   *</p>

<p align="center"><u>**Cómo Enviar una Elección Válida**</u></p>

Si desea optar por recibir el Tratamiento de No Conmutación Syncora (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados Syncora a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de Syncora (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Syncora en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2), cada uno como se describe en sistema ATOP de DTC.

---

<p align="center">**LA FECHA LÍMITE DE ELECCIONES ES<br>
5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**</p>

<p align="center">Esta fecha y hora se denominan "**Fecha Límite de Elección**".</p>

---

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS SYNCORA DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS SYNCORA ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP.**

**SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO DE SYNCORA OFRECIDO.**

* * * * *

### Cómo Revocar una Elección

Puede revocar una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) y retirar sus Bonos Asegurados de Syncora ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados de Syncora a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retirada). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

* * * * *

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

**SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "SYNCORA DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Syncora se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Syncora también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Syncora o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

55668-54-ES

## Anexo A

| Descripción | CUSIP |
|---|---|
|  |  |
|  |  |
|  |  |

**Exhibit YYYY**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

                            Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ELECTION NOTICE
FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASS 21**

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc., ("**Syncora**"). These securities give rise to Claims in Class 21 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (Syncora) (an "**Allowed Syncora Insured Bond Claim**") has the option to elect to receive on the Effective Date, or as soon as reasonably

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

> **Syncora Commutation Treatment (Option 1)**: On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-three and ten hundredths percent (93.1%) of (a) the outstanding principal amount of your Class 21 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claim). Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

> If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 75.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

> **Syncora Non-Commutation Treatment (Option 2)**: You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however*, that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the <u>Syncora Commutation Treatment (Option 1)</u>.***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

> **Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<p align="center">*   *   *   *   *</p>

<p align="center">**How to Submit a Valid Election**</p>

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

> <p align="center">**THE ELECTION DEADLINE IS
> 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**</p>
>
> <p align="center">This date and time is referred to as the "**Election Deadline**."</p>

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

<p align="center">3</p>

\* \* \* \* \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board and Syncora or cured. None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

4

**Exhibit A**

| CUSIP |
|:---:|
| |
| 745145AX0 |
| 74514LQK6 |
| 745145HN5 |
| 745145HP0 |
| 745145HQ8 |

**Exhibit ZZZZ**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE ELECCIÓN
## PARA TENEDORES DE BONOS DE SYNCORA CON
## RECLAMACIONES DE LA CLASE 21

Esta Notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage del ELA (Syncora) emergentes por cuenta de Bonos Asegurados de Syncora, que están asegurados por Syncora Guarantee Inc. ("**Syncora**"). Estos valores dan lugar a Reclamaciones de Clase 21 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Aunque Syncora tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

de Syncora para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de distribución conforme al Plan.

Cada tenedor de una Reclamación de Bonos Vintage del ELA (Syncora) Permitida (una "**Reclamación de Bonos Asegurados de Syncora Permitida**") puede elegir, en la Fecha de Vigencia o en cuanto resulte razonablemente viable a partir de la misma, una plena contrapartida y satisfacción de su reclamación:

> <u>**Tratamiento de Conmutación de Syncora (Opción 1)**</u>: En la Fecha de Vigencia, o en cuanto resulte razonablemente viable a partir de la misma, usted recibirá la Contraprestación por Conmutación de Syncora, que consistirá en efectivo, pagadero por Syncora, por una cuantía equivalente al noventa y tres por ciento y 10 centésimas (93.1%) de (a) la cuantía del capital pendiente de sus Bonos Asegurados de Syncora de la Clases 21, más (b) los intereses devengados e impagados en concepto de las mismas, tras lo cual quedarán satisfechas y cumplidas plenamente todas las obligaciones de Syncora conformes a sus Pólizas de seguro (y, eligiendo esta opción, se considerará que habrá aceptado conmutar las Pólizas de seguro de Syncora vinculadas con sus Reclamaciones de Bonos Asegurados de Syncora autorizados). Syncora recibirá la parte prorrateada correspondiente de la Contrapartida del Plan de Syncora.
>
> Si elige el Tratamiento de Conmutación de Syncora (Opción 1), dejará de tener cualesquiera derechos relacionados con las Pólizas de seguro aplicables de Syncora o cualesquiera opciones de Tratamiento de No Conmutación de Syncora descritas en la Sección 75.3(b) del Plan, o con respecto al Tratamiento de No Conmutación de Syncora (Opción 2) siguiente.
>
> <u>**Tratamiento de No Conmutación de Syncora (Opción 2)**</u>: Recibirá el Tratamiento de No Conmutación de Syncora, en virtud del cual usted (A) depositará, o se considerará que ha depositado, entre otros, su Parte prorrateada de la Contrapartida del Plan de Syncora y los Bonos Asegurados de Syncora que se le asignen en el Fideicomiso de Syncora; (B) a cambio de ello, se considerará que habrá recibido su Parte prorrateada de la Contrapartida del Plan de Syncora y Certificados de Syncora, y (C) no le cabrán recursos a Syncora o a las Pólizas de seguro de Syncora salvo los estipulados en el Fideicomiso de Syncora, aunque en el bien entendido de que, en cualquier momento antes de la confirmación del Plan, Syncora podrá, a su absoluta discreción, optar por pagarle el Precio de aceleración de Syncora, en efectivo, en la Fecha de vigencia, o en cuanto resulte viable a partir de la misma, para satisfacer y cancelar definitivamente las obligaciones de Syncora para con usted. Syncora recibirá la Contrapartida del Plan de Syncora que, de otro modo, se le asignaría a usted. A efectos de disipar cualquier duda, el Precio de aceleración de Syncora incluirá los intereses devengados hasta la Fecha de vigencia.

***Si no realiza una elección válida o envía una elección por menos de todas sus reclamaciones (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de Seguro de Syncora, liberar y cumplir con las obligaciones de Syncora en virtud de las mismas, y recibir distribuciones de acuerdo con el <u>Tratamiento de Conmutación de Syncora (Opción 1)</u>.***

*Le recomendamos revisar la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor fiscal.*

**Tenga en cuenta que no puede votar por aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el plan y la Orden de Declaración de Divulgación, Syncora tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por Syncora.**

**SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE SYNCORA (OPCIÓN 1), NO ES NECESARIO QUE TOME NINGUNA OTRA MEDIDA. SIN EMBARGO, EN TAL CASO SE CONSIDERARÁ QUE USTED HA ELEGIDO LIBERAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE SYNCORA Y LAS PÓLIZAS DE SEGURO DE SYNCORA.**

**Cada tenedor de los Bonos Asegurados de Syncora descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación Syncora (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

\* \* \* \* \*

### Cómo Enviar una Elección Válida

Si desea optar por recibir el Tratamiento de No Conmutación Syncora (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados Syncora a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de Syncora (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Syncora en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2), cada uno como se describe en sistema ATOP de DTC.

**LA FECHA LÍMITE DE ELECCIONES ES
5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**

Esta fecha y hora se denominan "**Fecha Límite de Elección**".

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS SYNCORA DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE NEGOCIAR O**

**TRANSFERIR SUS BONOS ASEGURADOS SYNCORA ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP.**

**SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO DE SYNCORA OFRECIDO.**

* * * * *

### Cómo Revocar una Elección

Puede revocar una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) y retirar sus Bonos Asegurados de Syncora ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados de Syncora a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retirada). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

* * * * *

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

**SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "SYNCORA DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Syncora se reservan el

55668-55-ES

derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Syncora también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Syncora o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

**<u>Anexo A</u>**

| CUSIP |
|:---:|
|  |
| 745145AX0 |
| 74514LQK6 |
| 745145HN5 |
| 745145HP0 |
| 745145HQ8 |