**Exhibit AAAAA**

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO DE PUERTO RICO**

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO

     en representación de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
del deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## NOTIFICACIÓN A POSEEDORES DE RECLAMACIONES NO VOTANTES CLASE 51A (RECLAMACIONES DE RETIRADOS DEL SRE POR DEBAJO DEL UMBRAL) – SE CONSIDERA QUE ACEPTAN

FAVOR DE TOMAR CONOCIMIENTO QUE, el 2 de agosto, 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico autorizó a la Junta de Supervisión Fiscal de Puerto Rico (JSF), como representante del Estado Libre Asociado de Puerto Rico, a solicitar el voto de los acreedores del para aceptar o rechazar el Séptimo Plan de Ajuste Conjunto Enmendado bajo Título III ffechado el 30 de julio, 2021 (Plan) del deudor.

**BAJO LOS TÉRMINOS DEL PLAN SUS BENEFICIOS DE RETIRO ESTÁN COMPLETAMENTE PROTEGIDOS DE LOS RECORTES. POR LO TANTO, CONFORME A LA SECCIÓN 1126(F) DEL CÓDIGO DE QUIEBRAS, (I) SE CONSIDERA QUE USTED ACEPTA EL PLAN, Y (II) NO TIENE QUE VOTAR SOBRE EL PLAN.**

**SI TIENE PREGUNTAS SOBRE EL ESTATUS DE SU RECLAMACIÓN O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA DECLARACIÓN DE INFORMACIÓN QUE LE ACOMPAÑA, FAVOR DE CONTACTAR AL AGENTE DE VOTACIÓN DEL DEUDOR PRIME CLERK LLC, POR: (I) CORREO "FIRST CLASS" O SERVICIO DE CORREO EXPEDITO: PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELÉFONO: (844) 822-9231 (LIBRE DE CARGOS EN LOS ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLES ENTRE 10:00 A.M. A 7:00 P.M. (HORA DEL ATLÁNTICO) (SERVICIO EN ESPAÑOL DISPONIBLE); O (III) CORREO ELECTRÓNICO: PUERTORICOINFO@PRIMECLERK.COM.**

Fechado: 2 de agosto, 2021
    San Juan, Puerto Rico

/s/   *Martin J. Bienenstock*

Martin J. Bienenstock *(pro hac vice)*
Brian S. Rosen *(pro hac vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

/s/   *Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Abogados de la Junta de Supervisión Fiscal en representación del Deudor*

¹ Los Deudores en estos casos de Título III, junto a al número que corresponde al caso de Título III de cada Deudor y los últimos cuatro (4) dígitos del número de identificación de contribuyente federal, según apliquen, son (i) Gobierno del Estado Libre Asociado de Puerto Rico (Caso de quiebra número 17-BK-3283-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) (Caso de quiebra número 17-BK-3284-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico (Caso de quiebra número 17-BK-3567-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3808); (iv) Sistema de Retiro de Empleados del Gobierno de Puerto Rico (Caso de quiebra número 17-BK-3566-LTS (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 9686); (v) Autoridad de Energía Eléctrica (Caso de quiebra número 17-BK-4780-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3747); y (vi) Autoridad de Edificios Públicos (Caso de quiebra número 19-BK-5523-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3801) (Los números de los casos de Título III aparecen como números de caso de quiebra debido a limitaciones de programación).

**Exhibit BBBBB**

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO DE PUERTO RICO**

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO

     en representación de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
del deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## NOTIFICACIÓN A POSEEDORES DE RECLAMACIONES NO VOTANTES CLASE 51C (RECLAMACIONES DE RETIRADOS DEL SRM POR DEBAJO DEL UMBRAL) – SE CONSIDERA QUE ACEPTAN

FAVOR DE TOMAR CONOCIMIENTO QUE, el 2 de agosto, 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico autorizó a la Junta de Supervisión Fiscal de Puerto Rico (JSF), como representante del Estado Libre Asociado de Puerto Rico, a solicitar el voto de los acreedores del para aceptar o rechazar el Séptimo Plan de Ajuste Conjunto Enmendado bajo Título III ffechado el 30 de julio, 2021 (Plan) del deudor.

**BAJO LOS TÉRMINOS DEL PLAN SUS BENEFICIOS DE RETIRO ESTÁN COMPLETAMENTE PROTEGIDOS DE LOS RECORTES. POR LO TANTO, CONFORME A LA SECCIÓN 1126(F) DEL CÓDIGO DE QUIEBRAS, (I) SE CONSIDERA QUE USTED ACEPTA EL PLAN, Y (II) NO TIENE QUE VOTAR SOBRE EL PLAN.**

**SI TIENE PREGUNTAS SOBRE EL ESTATUS DE SU RECLAMACIÓN O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA DECLARACIÓN DE INFORMACIÓN QUE LE ACOMPAÑA, FAVOR DE CONTACTAR AL AGENTE DE VOTACIÓN DEL DEUDOR PRIME CLERK LLC, POR: (I) CORREO "FIRST CLASS" O SERVICIO DE CORREO EXPEDITO: PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELÉFONO: (844) 822-9231 (LIBRE DE CARGOS EN LOS ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLES ENTRE 10:00 A.M. A 7:00 P.M. (HORA DEL ATLÁNTICO) (SERVICIO EN ESPAÑOL DISPONIBLE); O (III) CORREO ELECTRÓNICO: PUERTORICOINFO@PRIMECLERK.COM.**

Fechado: 2 de agosto, 2021
     San Juan, Puerto Rico

/s/ ___?·Sďĺ`·ž4|WWéfaĺ_____

Martin J. Bienenstock *(pro hac vice)*
Brian S. Rosen *(pro hac vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

/s/ ___:·Ŵĺ·S``·6žŻ4SgŴĺ_____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Abogados de la Junta de Supervisión Fiscal en representación del Deudor*

---

[1] Los Deudores en estos casos de Título III, junto a al número que corresponde al caso de Título III de cada Deudor y los últimos cuatro (4) dígitos del número de identificación de contribuyente federal, según apliquen, son (i) Gobierno del Estado Libre Asociado de Puerto Rico (Caso de quiebra número 17-BK-3283-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) (Caso de quiebra número 17-BK-3284-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico (Caso de quiebra número 17-BK-3567-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3808); (iv) Sistema de Retiro de Empleados del Gobierno de Puerto Rico (Caso de quiebra número 17-BK-3566-LTS (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 9686); (v) Autoridad de Energía Eléctrica (Caso de quiebra número 17-BK-4780-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3747); y (vi) Autoridad de Edificios Públicos (Caso de quiebra número 19-BK-5523-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3801) (Los números de los casos de Título III aparecen como números de casos de quiebra debido a limitaciones de programación).

**<u>Exhibit CCCCC</u>**

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO DE PUERTO RICO**

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO

      en representación de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.,
del deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## NOTIFICACIÓN A POSEEDORES DE RECLAMACIONES NO VOTANTES CLASE 51J (RECLAMACIONES DE LOS PARTICIPANTES DEL SISTEMA 2000) – SE CONSIDERA QUE ACEPTAN

FAVOR DE TOMAR CONOCIMIENTO QUE, el 2 de agosto, 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico autorizó a la Junta de Supervisión Fiscal de Puerto Rico (JSF), como representante del Estado Libre Asociado de Puerto Rico, a solicitar el voto de los acreedores del para aceptar o rechazar el Séptimo Plan de Ajuste Conjunto Enmendado bajo Título III ffechado el 30 de julio, 2021 (Plan) del deudor.

**BAJO LOS TÉRMINOS DEL PLAN SUS BENEFICIOS DE RETIRO ESTÁN COMPLETAMENTE PROTEGIDOS DE LOS RECORTES. POR LO TANTO, CONFORME A LA SECCIÓN 1126(F) DEL CÓDIGO DE QUIEBRAS, (I) SE CONSIDERA QUE USTED ACEPTA EL PLAN, Y (II) NO TIENE QUE VOTAR SOBRE EL PLAN.**

**SI TIENE PREGUNTAS SOBRE EL ESTATUS DE SU RECLAMACIÓN O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA DECLARACIÓN DE INFORMACIÓN QUE LE ACOMPAÑA, FAVOR DE CONTACTAR AL AGENTE DE VOTACIÓN DEL DEUDOR PRIME CLERK LLC, POR: (I) CORREO "FIRST CLASS" O SERVICIO DE CORREO EXPEDITO: PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELÉFONO: (844) 822-9231 (LIBRE DE CARGOS EN LOS ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLES ENTRE 10:00 A.M. A 7:00 P.M. (HORA DEL ATLÁNTICO) (SERVICIO EN ESPAÑOL DISPONIBLE); O (III) CORREO ELECTRÓNICO: PUERTORICOINFO@PRIMECLERK.COM.**

Fechado: 2 de agosto, 2021
      San Juan, Puerto Rico

/s/ _____? Sd]`·ż4[WWéfaU]_____

Martin J. Bienenstock *(pro hac vice)*
Brian S. Rosen *(pro hac vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

/s/ _____: W̌ S`` 6ž4SgW̌_____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Abogados de la Junta de Supervisión Fiscal en representación del Deudor*

¹ Los Deudores en estos casos de Título III, junto a al número que corresponde al caso de Título III de cada Deudor y los últimos cuatro (4) dígitos del número de identificación de contribuyente federal, según apliquen, son (i) Gobierno del Estado Libre Asociado de Puerto Rico (Caso de quiebra número 17-BK-3283-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) (Caso de quiebra número 17-BK-3284-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico (Caso de quiebra número 17-BK-3567-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3808); (iv) Sistema de Retiro de Empleados del Gobierno de Puerto Rico (Caso de quiebra número 17-BK-3566-LTS (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 9686); (v) Autoridad de Energía Eléctrica (Caso de quiebra número 17-BK-4780-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3747); y (vi) Autoridad de Edificios Públicos (Caso de quiebra número 19-BK-5523-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3801) (Los números de los casos de Título III aparecen como números de caso de quiebra debido a limitaciones de programación).

**<u>Exhibit DDDDD</u>**

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS DISTRITO DE PUERTO RICO

In re:

JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO

en representación de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al., del deudor

PROMESA

TÍTULO III

No. 17 BK 3283-LTS

(Administrados conjuntamente)

## NOTIFICACIÓN A POSEEDORES DE RECLAMACIONES NO VOTANTES CLASE 51K (RECLAMACIONES DE LOS PARTICIPANTES DE PROGRAMAS DE TRANSICIÓN VOLUNTARIA CUYOS BENEFICIOS LOS PAGA EL PATRONO Y ESTÁN POR DEBAJO DEL UMBRAL) – SE CONSIDERA QUE ACEPTAN

FAVOR DE TOMAR CONOCIMIENTO QUE, el 2 de agosto, 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico autorizó a la Junta de Supervisión Fiscal de Puerto Rico (JSF), como representante del Estado Libre Asociado de Puerto Rico, a solicitar el voto de los acreedores del para aceptar o rechazar el Séptimo Plan de Ajuste Conjunto Enmendado bajo Título III ffechado el 30 de julio, 2021 (Plan) del deudor.

**BAJO LOS TÉRMINOS DEL PLAN SUS BENEFICIOS DE RETIRO ESTÁN COMPLETAMENTE PROTEGIDOS DE LOS RECORTES. POR LO TANTO, CONFORME A LA SECCIÓN 1126(F) DEL CÓDIGO DE QUIEBRAS, (I) SE CONSIDERA QUE USTED ACEPTA EL PLAN, Y (II) NO TIENE QUE VOTAR SOBRE EL PLAN.**

**SI TIENE PREGUNTAS SOBRE EL ESTATUS DE SU RECLAMACIÓN O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA DECLARACIÓN DE INFORMACIÓN QUE LE ACOMPAÑA, FAVOR DE CONTACTAR AL AGENTE DE VOTACIÓN DEL DEUDOR PRIME CLERK LLC, POR: (I) CORREO "FIRST CLASS" O SERVICIO DE CORREO EXPEDITO: PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELÉFONO: (844) 822-9231 (LIBRE DE CARGOS EN LOS ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLES ENTRE 10:00 A.M. A 7:00 P.M. (HORA DEL ATLÁNTICO) (SERVICIO EN ESPAÑOL DISPONIBLE); O (III) CORREO ELECTRÓNICO: PUERTORICOINFO@PRIMECLERK.COM.**

Fechado: 2 de agosto, 2021
San Juan, Puerto Rico

/s/ _____? Sd`  ẑ4|WWefal_____

Martin J. Bienenstock *(pro hac vice)*
Brian S. Rosen *(pro hac vice)*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

/s/ ____:  W̱ S` 6ž4SgW̱____

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Abogados de la Junta de Supervisión Fiscal en representación del Deudor*

[1] Los Deudores en estos casos de Título III, junto a al número que corresponde al caso de Título III de cada Deudor y los últimos cuatro (4) dígitos del número de identificación de contribuyente federal, según apliquen, son (i) Gobierno del Estado Libre Asociado de Puerto Rico (Caso de quiebra número 17-BK-3283-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) (Caso de quiebra número 17-BK-3284-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico (Caso de quiebra número 17-BK-3567-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3808); (iv) Sistema de Retiro de Empleados del Gobierno de Puerto Rico (Caso de quiebra número 17-BK-3566-LTS (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 9686); (v) Autoridad de Energía Eléctrica (Caso de quiebra número 17-BK-4780-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3747); y (vi) Autoridad de Edificios Públicos (Caso de quiebra número 19-BK-5523-LTS) (Últimos cuatro (4) dígitos del número de identificación de contribuyente federal: 3801) (Los números de los casos de Título III aparecen como números de caso de quiebra debido a limitaciones de programación).

**Exhibit EEEEE**

55668-57-ES



**COR**

**Entienda el impacto en su pensión
del Acuerdo propuesto por el
Comité Oficial de Retirados**

(?) **¿MI PENSIÓN ESTÁ PROTEGIDA?**

SI SU PENSIÓN Y BENEFICIOS ACTUALES SON DE

## $1,500 AL MES O MENOS*

## USTED ESTÁ PROTEGIDO
**DE LOS RECORTES A LAS PENSIONES.**

## DE NO SER ASÍ,
**SU PENSIÓN Y BENEFICIOS MENSUALES EXPERIMENTARÁN
UNA REDUCCIÓN NO MAYOR DE 8.5%.**

Para conocer más sobre el impacto del Acuerdo del COR en
su pensión y beneficios mensuales, consulte la Calculadora de
Pensiones disponible en porturetiro.com.

 **A VOTAR**          Para obtener más información, visite la página
web del COR: **porturetiro.com**

*Su beneficio mensual total incluye su pensión base mensual, 1/12 del Bono de Navidad (si lo recibe), 1/12 de su Bono de Verano (si lo recibe) y un 1/12 de su Bono de
Medicinas (si lo recibe). Su  beneficio mensual total no incluye la aportación mensual para el plan médico y los beneficios de Seguro Social.

El Comité Oficial de Retirados provee este documento con el propósito de informar solamente y no tiene la intención de solicitar votos sobre ningún Plan de Ajuste que haya sido
presentado o esté por presentarse en nombre del Gobierno de Puerto Rico. El Acuerdo entre el Comité de Retirados y la Junta de Supervisión Fiscal
que se describe arriba está sujeto a la votación y confirmación del Plan de Ajuste.

# BENEFICIOS DEL ACUERDO DEL COR

 **EL ACUERDO DEL COR PROTEGE A MÁS RETIRADOS.**

| | |
|---|---|
| **Protege a más retirados** | 73% de todos los retirados están protegidos de los recortes – más de 120,000 retirados están protegidos |
| **Aumenta el umbral de las pensiones sujetas a recortes** | El umbral aumentó a $1,500/mes de $600/mes que era la propuesta original de la JSF |
| **Reduce el recorte máximo a las pensiones** | El recorte máximo se redujo a 8.5% comparado con 25% que era la propuesta original de la JSF |

 **EL ACUERDO DEL COR ASEGURA QUE LOS BENEFICIOS DE SEGURO SOCIAL Y DE PLAN MÉDICO ESTÉN PROTEGIDOS.**

| | |
|---|---|
| **Conserva la aportación al Plan Médico** | A diferencia de la propuesta de la JSF, mantiene la aportación mensual al Plan Médico, lo que representa un beneficio de $100/mes para quienes lo reciben (139,000 personas) |
| **Evita recortes adicionales por Seguro Social** | Asegura que el Seguro Social no entra en la fórmula para calcular los recortes |

 **EL ACUERDO DEL COR PROVEE MÁS TIEMPO PARA QUE LOS RETIRADOS SE PREPAREN, PROTECCIÓN PARA EL FUTURO Y POSIBILIDAD DE RECUPERAR BENEFICIOS SI LA ECONOMÍA MEJORA.**

| | |
|---|---|
| **Retrasa la fecha de efectividad** | Los recortes serán efectivos el 1 de julio de 2022, o 6 meses después de que se confirme un Plan de Ajuste, lo que ocurra más tarde |
| **Asegura cumplimiento del gobierno** | El Acuerdo será parte de una sentencia del Tribunal federal que irá por encima de leyes locales, y así proteger las pensiones de cualquier incumplimiento de parte del gobierno y de leyes futuras que puedan reducir los beneficios de los pensionados. |
| **Crea un Fondo de Reserva de Pensiones** | Establece un fondo de reserva de pensiones para proveer seguridad a los pagos de pensiones futuros en caso de que el gobierno vuelva a quedarse sin dinero para pagar las pensiones |
| **Establece un Mecanismo de Restauración de Beneficios** | Permite que el gobierno restaure los beneficios a los retirados afectados, si la economía tiene un desempeño por encima de las proyecciones del Plan Fiscal o si el gobierno identifica los fondos en su presupuesto anual |

 **A VOTAR**

Para obtener más información, visite la página web del COR: **porturetiro.com**

**<u>Exhibit FFFFF</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF NON-VOTING STATUS
## (CLASS 55 – ENERGY INCENTIVE CLAIMS) – DEEMED TO ACCEPT

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for

the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the

same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure

Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto

Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE DEBTOR ARE UNIMPAIRED. THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.* A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.* The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "Confirmation Objection Deadline") as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*. Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

a. Be in writing, in English, and signed;

b. State the name, address, and nature of the Claim of the objecting or responding party;

c. State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d. Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

   i. If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

      United States District Court, Clerk's Office
      150 Ave. Carlos Chardon Ste. 150,
      San Juan, P.R. 00918-1767

      so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e. be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
     San Juan, Puerto Rico

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Exhibit GGGGG</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,

      Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO (CLASE 55 – RECLAMACIONES DE INCENTIVOS ENERGÉTICOS) – SE CONSIDERA QUE ACEPTA

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como

representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"),

el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de

Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión,*

*Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la

Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los

"Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto*

*Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio

de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17628], los

tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones

conforme al Plan.

**SEGÚN LOS TÉRMINOS DEL PLAN, SU(S) RECLAMACIÓN(ES) CONTRA EL**

**DEUDOR NO SE VEN AFECTADAS. POR LO TANTO, A TENOR CON LA SECCIÓN**

**1126(f) DEL CÓDIGO DE QUIEBRAS, SE (I) CONSIDERA QUE USTED HA**

**ACEPTADO EL PLAN, Y (II) NO TIENE DERECHO A VOTAR SOBRE EL PLAN.**

*Vista de confirmación.* Se celebrará una vista para considerar la confirmación del Plan (la

"Vista de Confirmación") ante la Honorable Laura Taylor Swain, Tribunal de Distrito de los

Estados Unidos para el Distrito de Puerto Rico, en una vista telefónica a través de CourtSolutions

los días **8 – 10, 12, 15 – 18 y 22 - 23 de noviembre de 2021 a las 9:30 a.m. (hora estándar del**

**Atlántico)**.

*Fecha Límite de objeción a la Confirmación.* El Tribunal ha establecido el **19 de octubre**

**de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a la

---

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Confirmación") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

**Depósito de confirmación del Plan**.  La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

**Procedimientos para presentar Objeciones y Respuestas a la Confirmación**. Las objeciones y réplicas a la confirmación del Plan deben:

a. Estar redactadas por escrito, en inglés, y firmadas;

b. Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

c. Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

d. Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

i. Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

Tribunal de Distrito de EE.UU., Oficina de Secretaría
Avenida Carlos Chardón 150, Suite 150
San Juan, Puerto Rico 00918-1767

que deberá recibirse como más tarde **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e. Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE LA SITUACIÓN DE SU(S) RECLAMACIÓN(ES) O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA**

DECLARACIÓN DE DIVULGACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN PRIME CLERK LLC, POR (I) CORREO DE PRIMERA CLASE O POR MENSAJERÍA NOCTURNA A PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) POR TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O (III) POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

Fecha: 30 de agosto de 2021
     San Juan, Puerto Rico

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos)
Núm. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores*

**<u>Exhibit HHHHH</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF NON-VOTING STATUS
## (CLASS 57 – TAX CREDIT CLAIMS) – DEEMED TO ACCEPT

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for

the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the

same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure

Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto

Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE DEBTOR ARE UNIMPAIRED. THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.*  A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.*  The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "Confirmation Objection Deadline") as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*.  Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

a. Be in writing, in English, and signed;

b. State the name, address, and nature of the Claim of the objecting or responding party;

c. State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d. Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

    i. If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

        United States District Court, Clerk's Office
        150 Ave. Carlos Chardon Ste. 150,
        San Juan, P.R. 00918-1767

    so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e. be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Exhibit IIIII</u>**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>        como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                        Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO
(CLASE 57 – RECLAMACIONES DE CRÉDITOS CONTRIBUTIVOS) – SE
CONSIDERA QUE ACEPTA**

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste*

*Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30

de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y

apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17628], los tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones conforme al Plan.

**SEGÚN LOS TÉRMINOS DEL PLAN, SU(S) RECLAMACIÓN(ES) CONTRA EL DEUDOR NO SE VEN AFECTADAS. POR LO TANTO, A TENOR CON LA SECCIÓN 1126(f) DEL CÓDIGO DE QUIEBRAS, SE (I) CONSIDERA QUE USTED HA ACEPTADO EL PLAN, Y (II) NO TIENE DERECHO A VOTAR SOBRE EL PLAN.**

*Vista de confirmación.* Se celebrará una vista para considerar la confirmación del Plan (la "Vista de Confirmación") ante la Honorable Laura Taylor Swain, Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, en una vista telefónica a través de CourtSolutions los días **8 – 10, 12, 15 – 18 y 22 - 23 de noviembre de 2021 a las 9:30 a.m. (hora estándar del Atlántico)**.

*Fecha Límite de objeción a la Confirmación.* El Tribunal ha establecido el **19 de octubre de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a la

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Confirmación") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

**_Depósito de confirmación del Plan_**.  La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

**_Procedimientos para presentar Objeciones y Respuestas a la Confirmación_**. Las objeciones y réplicas a la confirmación del Plan deben:

a.  Estar redactadas por escrito, en inglés, y firmadas;

b.  Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

c.  Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

d.  Presentarse electrónicamente ante el Tribunal en el registro _En referencia al Estado Libre Asociado de Puerto Rico_, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

  i.  Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

  Tribunal de Distrito de EE.UU., Oficina de Secretaría
  Avenida Carlos Chardón 150, Suite 150
  San Juan, Puerto Rico 00918-1767

  que deberá recibirse como más tardar **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e.  Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE LA SITUACIÓN DE SU(S) RECLAMACIÓN(ES) O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA**

DECLARACIÓN DE DIVULGACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN PRIME CLERK LLC, POR (I) CORREO DE PRIMERA CLASE O POR MENSAJERÍA NOCTURNA A PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) POR TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O (III) POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

Fecha: 30 de agosto de 2021
     San Juan, Puerto Rico

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos)
Núm. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores*

**Exhibit JJJJJ**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS
(CLASS 67 – GRACIA-GRACIA CLAIMS) – DEEMED TO ACCEPT**

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for

the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the

same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure

Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto

Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to

section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth,

ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of

the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et

al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627],

from the holders of impaired Claims who are (or may be) entitled to receive distributions under

the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE
DEBTOR ARE UNIMPAIRED. THEREFORE, PURSUANT TO SECTION 1126(f) OF
THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE
PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.* A hearing to consider confirmation of the Plan (the "Confirmation

Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for

the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12,

15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.* The Court has established **5:00 p.m. (Atlantic

Standard Time) on October 19, 2021** (the "Confirmation Objection Deadline") as the deadline

to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*. Information relating to confirmation of the Plan is

available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

a.   Be in writing, in English, and signed;

b.   State the name, address, and nature of the Claim of the objecting or responding party;

c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d.   Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

      i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

        United States District Court, Clerk's Office
        150 Ave. Carlos Chardon Ste. 150,
        San Juan, P.R. 00918-1767

        so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e.   be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
     San Juan, Puerto Rico

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit KKKKK**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

       como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

       Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

### NOTIFICACIÓN DE CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO (CLASE 67 – RECLAMACIONES GRACIA-GRACIA) – SE CONSIDERA QUE ACEPTA

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste*

*Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30

de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y

apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17628], los tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones conforme al Plan.

**SEGÚN LOS TÉRMINOS DEL PLAN, SU(S) RECLAMACIÓN(ES) CONTRA EL DEUDOR NO SE VEN AFECTADAS. POR LO TANTO, A TENOR CON LA SECCIÓN 1126(f) DEL CÓDIGO DE QUIEBRAS, SE (I) CONSIDERA QUE USTED HA ACEPTADO EL PLAN, Y (II) NO TIENE DERECHO A VOTAR SOBRE EL PLAN.**

*Vista de confirmación.* Se celebrará una vista para considerar la confirmación del Plan (la "Vista de Confirmación") ante la Honorable Laura Taylor Swain, Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, en una vista telefónica a través de CourtSolutions los días **8 – 10, 12, 15 – 18 y 22 - 23 de noviembre de 2021 a las 9:30 a.m. (hora estándar del Atlántico)**.

*Fecha Límite de objeción a la Confirmación.* El Tribunal ha establecido el **19 de octubre de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a la

---

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

<u>Confirmación</u>") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

*Depósito de confirmación del Plan*.  La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en <u>titleiiiplandataroom.com</u>.

*Procedimientos para presentar Objeciones y Respuestas a la Confirmación*. Las objeciones y réplicas a la confirmación del Plan deben:

a. Estar redactadas por escrito, en inglés, y firmadas;

b. Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

c. Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

d. Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

   i. Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

      Tribunal de Distrito de EE.UU., Oficina de Secretaría
      Avenida Carlos Chardón 150, Suite 150
      San Juan, Puerto Rico 00918-1767

      que deberá recibirse como más tardar **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e. Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE LA SITUACIÓN DE SU(S) RECLAMACIÓN(ES) O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA**

DECLARACIÓN DE DIVULGACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN PRIME CLERK LLC, POR (I) CORREO DE PRIMERA CLASE O POR MENSAJERÍA NOCTURNA A PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) POR TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O (III) POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

| | |
|---|---|
| Fecha: 30 de agosto de 2021<br>San Juan, Puerto Rico | */f/ Martin J. Bienenstock*<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>Nueva York, NY 10036<br><br>*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*<br><br>*/f/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC (Tribunal de Distrito de los Estados Unidos)<br>Núm. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br><br>*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores* |

**Exhibit LLLLL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS
(CLASS 68 – CONVENIENCE CLAIMS) – DEEMED TO ACCEPT**

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for

the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the

same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure

Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto

Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOUR CLAIM(S) AGAINST THE DEBTOR ARE UNIMPAIRED. THEREFORE, PURSUANT TO SECTION 1126(f) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE ACCEPTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.*  A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.*  The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "Confirmation Objection Deadline") as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*.  Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

a. Be in writing, in English, and signed;

b. State the name, address, and nature of the Claim of the objecting or responding party;

c. State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d. Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

    i. If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

        United States District Court, Clerk's Office
        150 Ave. Carlos Chardon Ste. 150,
        San Juan, P.R. 00918-1767

        so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e. be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Exhibit MMMMM**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO
(CLASE 68 – RECLAMACIONES DE CONVENIENCIA) – SE CONSIDERA QUE
ACEPTA**

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste*

*Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30

de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y

apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como
representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"),
el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de
Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión,
Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la
Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los
"Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto
Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio
de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17628],  los
tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones
conforme al Plan.

**SEGÚN LOS TÉRMINOS DEL PLAN, SU(S) RECLAMACIÓN(ES) CONTRA EL
DEUDOR <u>NO SE VEN AFECTADAS</u>. POR LO TANTO, A TENOR CON LA SECCIÓN
1126(f) DEL CÓDIGO DE QUIEBRAS, SE (I) CONSIDERA QUE USTED HA
ACEPTADO EL PLAN, Y (II) NO TIENE DERECHO A VOTAR SOBRE EL PLAN.**

*Vista de confirmación.*  Se celebrará una vista para considerar la confirmación del Plan (la
"Vista de Confirmación") ante la Honorable Laura Taylor Swain, Tribunal de Distrito de los
Estados Unidos para el Distrito de Puerto Rico, en una vista telefónica a través de CourtSolutions
los días **8 – 10, 12, 15 – 18 y 22 - 23 de noviembre de 2021 a las 9:30 a.m. (hora estándar del
Atlántico)**.

*Fecha Límite de objeción a la Confirmación.* El Tribunal ha establecido el **19 de octubre
de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a la

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Confirmación") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

*Depósito de confirmación del Plan*.  La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

*Procedimientos para presentar Objeciones y Respuestas a la Confirmación*. Las objeciones y réplicas a la confirmación del Plan deben:

a.  Estar redactadas por escrito, en inglés, y firmadas;

b.  Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

c.  Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

d.  Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

   i.  Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

   Tribunal de Distrito de EE.UU., Oficina de Secretaría
   Avenida Carlos Chardón 150, Suite 150
   San Juan, Puerto Rico 00918-1767

   que deberá recibirse como más tardar **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e.  Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE LA SITUACIÓN DE SU(S) RECLAMACIÓN(ES) O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA**

DECLARACIÓN DE DIVULGACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN PRIME CLERK LLC, POR (I) CORREO DE PRIMERA CLASE O POR MENSAJERÍA NOCTURNA A PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) POR TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O (III) POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.

Fecha: 30 de agosto de 2021
San Juan, Puerto Rico

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos)
Núm. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores*

**Exhibit NNNNN**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS
(CLASS 63 – CW APPROPRIATIONS CLAIMS) – DEEMED TO REJECT**

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for

the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the

same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure

Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto

Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.

**UNDER THE TERMS OF THE PLAN, YOU ARE NOT ENTITLED TO RECEIVE OR RETAIN ANY PROPERTY ON ACCOUNT OF YOUR CLAIM(S) AGAINST THE DEBTOR. THEREFORE, PURSUANT TO SECTION 1126(g) OF THE BANKRUPTCY CODE, YOU ARE (I) DEEMED TO HAVE REJECTED THE PLAN, AND (II) NOT ENTITLED TO VOTE ON THE PLAN.**

*Confirmation Hearing.*  A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.*  The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*.  Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

    a.   Be in writing, in English, and signed;

    b.   State the name, address, and nature of the Claim of the objecting or responding party;

    c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

    d.   Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

          i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

                    United States District Court, Clerk's Office
                    150 Ave. Carlos Chardon Ste. 150,
                    San Juan, P.R. 00918-1767

            so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

    e.   be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Exhibit OOOOO**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**NOTIFICACIÓN DE CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO
(CLASE 63 – RECLAMACIONES POR ASIGNACIONES DEL ELA) – SE CONSIDERA
QUE RECHAZA**

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste

Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30

de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y

apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y
los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son
(i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro
dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante
("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número
federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm.
de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv)
el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de
Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la
Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos
cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de
Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del
contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a
limitaciones del software).

Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como

representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"),

el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de

Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión,*

*Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la

Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los

"Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto*

*Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio

de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627],   los

tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones

conforme al Plan.

**SEGÚN LOS TÉRMINOS DEL PLAN, USTED NO TIENE DERECHO A RECIBIR**
**NI A RETENER NINGÚN BIEN POR CUENTA DE SU(S) RECLAMACIÓN(ES)**
**CONTRA EL DEUDOR. POR LO TANTO, A TENOR CON LA SECCIÓN 1126(g) DEL**
**CÓDIGO DE QUIEBRAS, (I) SE CONSIDERA QUE USTED HA RECHAZADO EL**
**PLAN, Y (II) NO TIENE DERECHO A VOTAR SOBRE EL PLAN.**

*Vista de confirmación.*  Se celebrará una vista para considerar la confirmación del Plan (la

"Vista de Confirmación") ante la Honorable Laura Taylor Swain, Tribunal de Distrito de los

Estados Unidos para el Distrito de Puerto Rico, en una vista telefónica a través de CourtSolutions

los días **8 – 10, 12, 15 – 18 y 22 - 23 de noviembre de 2021 a las 9:30 a.m. (hora estándar del**

**Atlántico)**.

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

*Fechas límite de objeción a la Confirmación.* El Tribunal ha establecido las **5:00 p.m. (Hora estándar del Atlántico) del 19 de octubre de 2021** como fecha límite en relación con la confirmación del Plan propuesto:

*Depósito de confirmación del Plan*. La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

*Procedimientos para presentar Objeciones y Respuestas a la Confirmación*. Las objeciones y réplicas a la confirmación del Plan deben:

a. Estar redactadas por escrito, en inglés, y firmadas;

b. Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

c. Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

d. Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

    i. Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

        Tribunal de Distrito de EE.UU., Oficina de Secretaría
        Avenida Carlos Chardón 150, Suite 150
        San Juan, Puerto Rico 00918-1767

        que deberá recibirse como más tardar **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e. Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE LA SITUACIÓN DE SU(S) RECLAMACIÓN(ES) O DESEA SOLICITAR UNA COPIA DEL PLAN Y/O LA**

**DECLARACIÓN DE DIVULGACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN PRIME CLERK LLC, POR (I) CORREO DE PRIMERA CLASE O POR MENSAJERÍA NOCTURNA A PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) POR TELÉFONO LLAMANDO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O (III) POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM.**

[*El resto de la página se deja intencionalmente en blanco*]

Fecha: 30 de agosto de 2021
San Juan, Puerto Rico

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración
Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos) Núm.
215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración
Financiera en representación de los Deudores*

**Exhibit PPPPP**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS
(DISPUTED CLAIMS)**

> You are receiving this Notice because you hold a Claim that is subject to an objection.
>
> You should read this Notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to

section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth,

ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of

the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et

al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627],

from the holders of impaired Claims who are (or may be) entitled to receive distributions under

the Plan.  You are not required to vote on the Plan to receive distributions pursuant to the terms of

the Plan, if confirmed by the Court.

**YOU ARE NOT ENTITLED TO VOTE YOUR CLAIM TO ACCEPT OR REJECT
THE PLAN, UNLESS YOUR CLAIM HAS BEEN ALLOWED PURSUANT TO AN
ORDER OF THE COURT ON OR BEFORE OCTOBER 4, 2021.** You may seek to challenge

the allowance or disallowance of your Claim for voting purposes by filing a motion for an order

pursuant to Bankruptcy Rule 3018(a) temporarily allowing your Claim (a "Rule 3018(a) Motion").

In accordance with Bankruptcy Rule 3018(a), as to any to any creditor filing a Rule 3018(a)

Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court

prior to the Voting Deadline (**October 4, 2021 at 5:00 p.m. (Atlantic Standard Time)**).  A form

of Rule 3018(a) Motion is available at https://cases.primeclerk.com/puertorico/.

*Procedures for Filing a Rule 3018(a) Motion*. A motion pursuant to Bankruptcy Rule

3018(a) must:

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

a.  Be in writing, in English, and signed;

b.  State your name and address;

c.  State with particularity the basis and nature of your Claim and the reasons why the Court should temporarily allow your Claim for voting purposes;

d.  Except as set forth in (i) below, be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before September 9, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

> i.  If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:
>
> United States District Court, Clerk's Office
> 150 Ave. Carlos Chardon Ste. 150,
> San Juan, P.R. 00918-1767
>
> so as to be received **on or before September 9, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

\*      \*      \*      \*      \*

*Confirmation Hearing.*  A hearing to consider confirmation of the Plan (the "<u>Confirmation Hearing</u>") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.*   The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "<u>Confirmation Objection Deadline</u>") as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*.   Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at <u>titleiiiplandataroom.com</u>.

*Procedures for Filing Objections and Responses to Confirmation*. Objections and responses to confirmation of the Plan must:

a.  Be in writing, in English, and signed;

3

b.  State the name, address, and nature of the Claim of the objecting or responding party;

c.  State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

d.  Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

   i.  If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

      United States District Court, Clerk's Office
      150 Ave. Carlos Chardon Ste. 150,
      San Juan, P.R. 00918-1767

      so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

e.  be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

**IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit QQQQQ**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE ESTATUS DE NO-VOTANTE
## (RECLAMACIONES EN DISPUTA)

<div style="border:1px solid">

Está recibiendo esta Notificación porque ha presentado una Reclamación que fue sujeta a objeción.

Lea detenidamente esta Notificación y háblela con su abogado. Si no tiene abogado sería recomendable que consulte a alguno.

</div>

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste*

*Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30

---

[1]    Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627],   los tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones conforme al Plan. No se le requiere que vote con respecto al Plan para recibir distribuciones de conformidad con los términos del mismo, si es confirmado por el Tribunal.

**NO ESTÁ FACULTADO PARA VOTAR POR LA ACEPTACIÓN O RECHAZO DEL PLAN A MENOS QUE SE RECLAMACIÓN HAYA SIDO ADMITIDA HASTA EL 4 DE OCTUBRE DE 2021.** Podrá optar por objetar la admisión o no admisión de su Reclamación a efectos de votación presentando una moción solicitando una orden a tenor de la Regla de Quiebras 3018(a), para que se admita temporalmente su Reclamación (una "Moción de la Regla 3018(a)"). De conformidad con dicha regla, al reclamante que la presente no se le contabilizará su papeleta a menos que lo permita temporalmente una orden dictada por el Tribunal antes de la Fecha Límite de Votación (**4 de octubre de 2021 a las 5:00 p.m. (Hora estándar del Atlántico)**. El

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

formulario de la Moción de la Regla 3018(a) puede obtenerse en

https://cases.primeclerk.com/puertorico/.

*__Procedimiento para la presentación de una Moción de la Regla 3018(a)__*. Una moción

conforme a la Regla de Quiebras 3018(a) deberá:

a. Presentarse por escrito, en inglés, y firmarse;

b. Indicar su nombre y dirección;

c. Exponer en detalle el fundamento y la naturaleza de su Reclamación y los motivos por los cuales el Tribunal debería admitirla temporalmente a efectos de votación;

d. Con las excepciones previstas en el subapartado (i) siguiente, presentarse electrónicamente ante el Tribunal en el registro En referencia al Estado Libre Asociado de Puerto Rico, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 9 de septiembre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

(i) Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

Tribunal de Distrito de EE.UU., Oficina de Secretaría
Avenida Carlos Chardón 150, Suite 150
San Juan, Puerto Rico 00918-1767

que deberá recibirse como más tardar **el 9 de septiembre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

\*      \*      \*      \*      \*

*__Vista de confirmación__*. Se celebrará una vista para considerar la confirmación del Plan

(la "Vista de Confirmación") ante la Honorable Laura Taylor Swain, en una vista telefónica a

través de CourtSolutions los días **8 – 10, 12, 15 – 18 y 22 – 23 de noviembre a las 9:30 a.m.

(hora estándar del Atlántico)**

*__Fecha Límite de objeción a la Confirmación__*. El Tribunal ha establecido el **19 de

octubre de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a

la Confirmación") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

*Depósito de confirmación del Plan*.  La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

*Procedimientos para presentar Objeciones y Respuestas a la Confirmación*. Las objeciones y réplicas a la confirmación del Plan deben:

a. Estar redactadas por escrito, en inglés, y firmadas;

b. Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

c. Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

d. Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

   i. Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

   Tribunal de Distrito de EE.UU., Oficina de Secretaría
   Avenida Carlos Chardón 150, Suite 150
   San Juan, Puerto Rico 00918-1767

   que deberá recibirse como más tardar **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e. Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE EL ESTADO DE SU RECLAMO O DESEA SOLICITAR UNA COPIA DEL PLAN Y / O LA DECLARACIÓN DE DIVULGACIÓN ADJUNTA, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN DEL DEUDOR, PRIME CLERK LLC, POR PROCESAMIENTO DE PAPELETAS DE**

**PUERTO RICO, C / O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE. UU. Y PUERTO RICO) O (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE 10:00 A.M. HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O (III) CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM.**

Fecha: 30 de agosto de 2021
San Juan, Puerto Rico

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos)
Núm. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores*

**Exhibit RRRRR**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS
(CLAIMS SUBJECT TO ADMINISTRATIVE CLAIMS RECONCILIATION)**

You are receiving this Notice because you hold a Claim that was transferred to administrative claims reconciliation pursuant to the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order").

You should read this Notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for

the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III*

*Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), for use in soliciting acceptances or rejections of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan. You are not required to vote on the Plan to receive distributions pursuant to the terms of the Plan, if confirmed by the Court.

**YOU ARE NOT ENTITLED TO VOTE YOUR CLAIM TO ACCEPT OR REJECT THE PLAN, UNLESS YOUR CLAIM HAS BEEN ALLOWED PURSUANT TO AN ORDER OF THE COURT ON OR BEFORE OCTOBER 4, 2021.** You may seek to challenge the allowance or disallowance of your Claim for voting purposes by filing a motion for an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your Claim (a "Rule 3018(a) Motion"). In accordance with Bankruptcy Rule 3018(a), as to any to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Court prior to the Voting Deadline (**October 4, 2021 at 5:00 p.m. (Atlantic Standard Time)**). A form of Rule 3018(a) Motion is available at https://cases.primeclerk.com/puertorico/.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Procedures for Filing a Rule 3018(a) Motion*. A motion pursuant to Bankruptcy Rule 3018(a) must:

a.  Be in writing, in English, and signed;

b.  State your name and address;

c.  State with particularity the basis and nature of your Claim and the reasons why the Court should temporarily allow your Claim for voting purposes;

d.  Except as set forth in (i) below, be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before September 9, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

    i.  If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

        United States District Court, Clerk's Office
        150 Ave. Carlos Chardon Ste. 150,
        San Juan, P.R. 00918-1767

    so as to be received **on or before September 9, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

        \*     \*     \*     \*     \*

*Confirmation Hearing.* A hearing to consider confirmation of the Plan (the "<u>Confirmation Hearing</u>") will be held before The Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, via telephonic hearing through CourtSolutions on **November 8-10, 12, 15-18, and 22-23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

*Confirmation Objection Deadline.* The Court has established **5:00 p.m. (Atlantic Standard Time) on October 19, 2021** (the "<u>Confirmation Objection Deadline</u>") as the deadline to file objections or responses to confirmation of the proposed Plan.

*Plan Confirmation Depository*. Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at <u>titleiiiplandataroom.com</u>.

3

***Procedures for Filing Objections and Responses to Confirmation***. Objections and responses to confirmation of the Plan must:

      a.   Be in writing, in English, and signed;

      b.   State the name, address, and nature of the Claim of the objecting or responding party;

      c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

      d.   Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**.

            i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

                    United States District Court, Clerk's Office
                    150 Ave. Carlos Chardon Ste. 150,
                    San Juan, P.R. 00918-1767

                so as to be received **on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)**, and

      e.   be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

      **IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, PLEASE CONTACT THE DEBTORS' BALLOTING AGENT, PRIME CLERK LLC, BY (I) FIRST CLASS MAIL OR OVERNIGHT COURIER AT PUERTO RICO BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NEW YORK, NY 10165; (II) TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR (III) EMAIL AT PUERTORICOINFO@PRIMECLERK.COM.**

Dated: August 30, 2021
San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Exhibit SSSSS**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

|  |  |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE ESTATUS DE NO-VOTANTE
## (RECLAMACIONES SUJETAS A RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES)

Está recibiendo esta Notificación porque ha presentado una Reclamación que fue transferida a una instancia de conciliación de reclamaciones administrativa a tenor de una *Orden* que *(A) Autoriza la Conciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado* [ECF Núm. 12274] (la "Orden ACR").

Lea detenidamente esta Notificación y háblela con su abogado. Si no tiene abogado sería recomendable que consulte a alguno.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

NOTIFÍQUESE QUE el 2 de agosto de 2021, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], presentada por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico ("SRE"), y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), a tenor con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), para convocar al voto de aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627],  los tenedores de Reclamaciones afectadas que tienen (o pueden tener) derecho a recibir distribuciones conforme al Plan. No se le requiere que vote con respecto al Plan para recibir distribuciones de conformidad con los términos del mismo, si es confirmado por el Tribunal.

**NO ESTÁ FACULTADO PARA VOTAR POR LA ACEPTACIÓN O RECHAZO DEL PLAN A MENOS QUE SE RECLAMACIÓN HAYA SIDO ADMITIDA HASTA EL 4 DE OCTUBRE DE 2021.** Podrá optar por objetar la admisión o no admisión de su Reclamación a efectos de votación presentando una moción solicitando una orden a tenor de la Regla de Quiebras 3018(a), para que se admita temporalmente su Reclamación (una "Moción de la Regla

---

[2]  PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

3018(a)"). De conformidad con dicha regla, al reclamante que la presente no se le contabilizará su papeleta a menos que lo permita temporalmente una orden dictada por el Tribunal antes de la Fecha Límite de Votación (**4 de octubre de 2021 a las 5:00 p.m. (Hora estándar del Atlántico)**. El formulario de la Moción de la Regla 3018(a) puede obtenerse en https://cases.primeclerk.com/puertorico/.

*__Procedimiento para la presentación de una Moción de la Regla 3018(a)__*. Una moción conforme a la Regla de Quiebras 3018(a) deberá:

    a. Presentarse por escrito, en inglés, y firmarse;

    b. Indicar su nombre y dirección;

    c. Exponer en detalle el fundamento y la naturaleza de su Reclamación y los motivos por los cuales el Tribunal debería admitirla temporalmente a efectos de votación;

    d. Con las excepciones previstas en el subapartado (i) siguiente, presentarse electrónicamente ante el Tribunal en el registro En referencia al Estado Libre Asociado de Puerto Rico, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 9 de septiembre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

        (i) Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

            Tribunal de Distrito de EE.UU., Oficina de Secretaría
            Avenida Carlos Chardón 150, Suite 150
            San Juan, Puerto Rico 00918-1767

        que deberá recibirse como más tardar **el 9 de septiembre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

         \*      \*      \*      \*      \*

*Vista de confirmación.* Se celebrará una vista para considerar la confirmación del Plan (la "Vista de Confirmación") ante la Honorable Laura Taylor Swain, en una vista telefónica a

través de CourtSolutions los días **8 – 10, 12, 15 – 18 y 22 – 23 de noviembre a las 9:30 a.m. (hora estándar del Atlántico)**

      *Fecha Límite de objeción a la Confirmación.* El Tribunal ha establecido el **19 de octubre de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a la Confirmación") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

      *Depósito de confirmación del Plan*. La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

      *Procedimientos para presentar Objeciones y Respuestas a la Confirmación*. Las objeciones y réplicas a la confirmación del Plan deben:

    a. Estar redactadas por escrito, en inglés, y firmadas;

    b. Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

    c. Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

    d. Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

      i. Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

      Tribunal de Distrito de EE.UU., Oficina de Secretaría
      Avenida Carlos Chardón 150, Suite 150
      San Juan, Puerto Rico 00918-1767

      que deberá recibirse como más tardar **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e.   Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

**SI TIENE ALGUNA PREGUNTA SOBRE EL ESTADO DE SU RECLAMO O DESEA SOLICITAR UNA COPIA DEL PLAN Y / O LA DECLARACIÓN DE DIVULGACIÓN ADJUNTA, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN DEL DEUDOR, PRIME CLERK LLC, POR PROCESAMIENTO DE PAPELETAS DE PUERTO RICO, C / O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 1440, NUEVA YORK, NY 10165; (II) TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA EE. UU. Y PUERTO RICO) O (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DISPONIBLE 10:00 A.M. HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O (III) CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM.**

Fecha: 30 de agosto de 2021
      San Juan, Puerto Rico

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos)
Núm. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores*

**Exhibit TTTTT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS
FOR HOLDERS OF CLAIMS IN CLASS 59 (CW/HTA CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

This Notice of Voting Instructions (the "Notice") is being sent to the beneficial holders of claims under **Class 59 (CW/HTA Claims)** of the Plan.[3]  The relevant CUSIPs associated with such claims are described on **Exhibit A** attached hereto.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding this Notice, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## **VOTING PROCESS**

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 59**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\*   \*   \*   \*   \*

## **How to Submit a Valid Vote**

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "Nominee") to electronically deliver your bonds via the Automated Tender Offer Program ("ATOP") at The Depository Trust Company ("DTC") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a CW/HTA Claim, or (b) in addition to the vote cast, one or more additional votes ("Additional Votes") on account of other bonds have been cast by one or more Nominees, and you have provided

---

[3]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

(or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims on account of your bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of the bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of casting a vote is to validly tender your bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

\*   \*   \*   \*   \*   \*

## How to Revoke a Valid Vote

You may revoke your vote case and withdraw your bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request).  No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\*    \*    \*    \*    \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Vote Through ATOP)

Any beneficial holder of bonds that hold multiple CUSIPs of such bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "VOIs").  The Balloting Agent has made available a template electronic spreadsheet (the "Numerosity Spreadsheet") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com.  If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*    \*    \*    \*    \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ERS SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**<u>Exhibit A</u>**

**Exhibit UUUUU**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN PARA TENEDORES DE RECLAMACIONES DE LA CLASE 59 (RECLAMACIONES ELA/ACT)**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Esta Notificación de Instrucciones de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de reclamaciones bajo la Plan. Los correspondientes CUSIP se describen en el **Anexo A** adjunto.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## PROCESO DE VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 59**, puede emitir un voto para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Le recomendamos que lea atentamente la Declaración de Divulgación en su totalidad antes de emitir su voto para aceptar o rechazar el Plan.*

\* \* \* \* \*

## Cómo emitir un voto válido

Si desea emitir un voto para aceptar o rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus bonos a través del Programa de Oferta de Licitación Automática ("**ATOP**") a The Depository Trust Company ("**DTC**") de acuerdo con su deseo de votar para aceptar o rechazar el Plan.

Además, al entregar sus bonos a través de ATOP, usted certifica que:

1.  (a) el voto que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de bonos, o (b) además del voto emitido, uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2.  ha votado todas sus Reclamaciones por cuenta de bonos para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas basadas en las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de bonos, todos los votos emitidos por usted se desestimarán;

3.  usted es el tenedor de las Reclamaciones por cuenta de los bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección yo votar para aceptar o rechazar el Plan (según proceda); y

4.  ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para emitir un voto es presentar válidamente sus bonos en el sobre de ATOP correspondiente en DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y**

**RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\* \* \* \* \*

### Cómo revocar un voto válido

Usted puede revocar el voto que ha emitido y retirar sus bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus bonos a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones anteriores para presentar un voto válido.

\* \* \* \* \*

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten
### más de un voto a través de ATOP)

Cualquier tenedor beneficiario de bonos que posea múltiples CUSIP de bonos y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ERS SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

**Exhibit VVVVV**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF
(I) VINTAGE PBA BOND CLAIMS (FGIC) IN CLASS 5, AND
(II) VINTAGE CW GUARANTEE BOND CLAIMS (FGIC) IN CLASS 27**

> HOLDERS OF VINTAGE PBA BOND CLAIMS (FGIC) IN CLASS 5 ALSO HOLD VINTAGE CW GUARANTEE BOND CLAIMS (FGIC) IN CLASS 27.

      This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 5 and Class 27** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]  The Vintage PBA Bonds (FGIC) and the relevant CUSIPs are described on **Exhibit A** attached hereto.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan. This Notice does not apply to Financial Guaranty Insurance Company ("FGIC").

*Vintage PBA Bond Claim (FGIC) / Vintage CW Guarantee Bond Claim Voting (FGIC)*. Holders of (i) Vintage PBA Bond Claims (FGIC) in Class 5 and (ii) Vintage CW Guarantee Bond Claims (FGIC) in Class 27 may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) Vintage PBA Bond Claims (FGIC) in Class 5 and (ii) Vintage CW Guarantee Bond Claims (FGIC) in Class 27 must vote all such claims consistently (either all to accept or all to reject).**

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## VOTING PROCESS

You may cast a vote either to accept or reject the Plan on account of your Claims in Class 5 and Class 27. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

\* \* \* \* \*

(*Continued on Next Page*)

## **How to Submit a Valid Vote**

If you wish to:

(a) vote to <u>accept</u> the Plan in **Class 5** and **Class 27**, or

(b) vote to <u>reject</u> the Plan in **Class 5** and **Class 27**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (a) or (b) set forth above.

\*   \*   \*   \*   \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage PBA Bond Claim (FGIC) and Vintage CW Guarantee Bond Claim (FGIC), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

\*   \*   \*   \*   \*

**How to Revoke a Vote**

You may revoke your vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\*   \*   \*   \*   \*

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)**

Any beneficial holder of Vintage PBA Bonds (FGIC) that holds multiple CUSIPs of Vintage PBA Bonds (FGIC) and submits more than one vote through one or more Nominees, MUST submit (or

coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at <u>puertoricoballots@primeclerk.com</u> .

<center>*     *     *     *     *</center>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

<center>[*Remainder of page intentionally left blank*]</center>

## Exhibit A

| CUSIP |
| --- |
|  |
| 745235TG6 |

Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence.  Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.

**<u>Exhibit WWWWW</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN
## PARA TENEDORES DE (I) RECLAMACIONES DE BONOS
## VINTAGE DE LA AEP (FGIC) DE LA CLASE 5, Y (II) RECLAMACIONES
## DE BONOS DE GARANTÍA VINTAGE CW (FGIC) DE LA CLASE 27

> LOS TITULARES DE RECLAMACIONES DE BONOS VINTAGE PBA (FGIC) DE CLASE 5 TAMBIÉN TIENEN RECLAMOS DE BONOS DE GARANTÍA VINTAGE CW (FGIC) DE LA CLASE 27.

Esta Notificación de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**") y garantizados por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el

---

[1]   Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

"**ELA**") que dan lugar a reclamaciones bajo la **Clase 1 y la Clase 27** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2]  Los Bonos Vintage de la AEP (FGIC) y los correspondientes CUSIP se describen en el **Anexo A** adjunto.

   ***Votación sobre Reclamaciones de Bonos Vintage de la AEP (FGIC) //Reclamaciones de Bonos de Garantía Vintage CW (FGIC)***. Los tenedores de (i) Reclamaciones de Bonos Vintage de la AEP (FGIC) de la Clase 5 y (ii) Reclamaciones de Bonos de Garantía Vintage CW (FGIC) de la Clase 27 pueden votar para aceptar o rechazar el Plan.  La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la AEP, convoca para la votación del Plan a los tenedores de ciertas reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.  Las instrucciones para emitir su voto se detallan a continuación.

   **Para evitar dudas, los titulares de (i) Reclamaciones de Bonos de AEP Vintage (FGIC) en la Clase 5 y (ii) Reclamaciones de Bonos de Garantía de Vintage CW (FGIC) en la Clase 27 deben votar todas esas reclamaciones de manera unitaria (aceptar todos o rechazar todos).**

   Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación.  **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan.  Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

<div align="center">*  *  *  *  *</div>

<div align="center">

## PROCESO DE VOTACIÓN

</div>

Puede emitir un voto para aceptar o rechazar el Plan debido a sus Reclamaciones en la **Clase 5** y la **Clase 27**. Tenga en cuenta que debe votar todas las Reclamaciones de manera unitaria (ya sea

---

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.  Esta Notificación no es de aplicación a la Financial Guaranty Insurance Company ("FGIC").

Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence.  Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.

para aceptar todas o para rechazar todas). Para que se cuente su voto, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (Hora estándar del Atlántico) el 4 de octubre de 2021.

*   *   *   *   *

(*Continúa en la página siguiente*)

Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence.  Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.

## Cómo emitir un voto válido

Si desea:

(a) votar para aceptar el Plan en la **Clase 5** y la **Clase 27**, o

(b) votar para rechazar el Plan en la **Clase 5** y la **Clase 27**,

usted debe instruir a su Persona Designada para que entregue sus Bonos a través ATOP en DTC de acuerdo con su deseo de instruir en uno de (a) o (c) establecidos anteriormente.

\* \* \* \* \*

Además, al entregar sus Bonos a través de ATOP, usted certifica que:

1. o (a) el voto (o voto considerado, según corresponda) que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de Bonos Vintage de la AEP (FGIC) y Reclamación de Bono de Garantía Vintage CW (FGIC) o (b) además del voto emitido (o voto considerado, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado por todas sus Reclamaciones por cuenta de los bonos a que se refiere esta Notificación para aceptar o rechazar el Plan y reconocer que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluyendo rechazar votos contradictorios a aceptaciones consideradas como aceptadas a base de las elecciones que ha hecho) con respecto a dichas Reclamaciones por cuenta de tales Bonos, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los Bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para hacer cualquier elección y/o votar para aceptar o rechazar el Plan (según corresponda; y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o considerado aceptado según sus elecciones) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (según corresponda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores*

*beneficiarios que presenten más de una instrucción a través de ATOP*").  El único medio para emitir un voto (según corresponda) es (i) presentar de manera válida sus Bonos en el sobre de ATOP correspondiente a DTC, Y (ii) efectuar según corresponda, la certificación requerida establecida arriba, cada una como se describe en el sistema de ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE  2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Elección y Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**NO OBSTANTE, USTED PUEDE NEGOCIAR O TRANSFERIR SUS BONOS PRESENTADOS REVOCANDO SU VOTO Y RETIRANDO LOS BONOS PRESENTADOS EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

\*    \*    \*    \*    \*

**<u>Cómo revocar una voto válido</u>**

Usted puede revocar la voto que ha emitido y retirar sus Bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus Bonos a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro).  No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones arriba para presentar una voto válido.

\*    \*    \*    \*    \*

---

Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence.  Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at
https://cases.primeclerk.com/puertorico/.

**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten más de un voto a través de ATOP)**

Cualquier tenedor beneficiario de Bonos Vintage de la AEP (FGIC) que posea múltiples CUSIP de Bonos Vintage de la AEP (FGIC) y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https:/cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoinfo@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com .

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "PBA SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

[*El resto de la página se deja intencionalmente en blanco*]

## Anexo A

| CUSIP |
|:---:|
|  |
| 745235TG6 |

**Exhibit XXXXX**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors.[1] | |

## NOTICE OF VOTING INSTRUCTIONS
## FOR HOLDERS OF VINTAGE CW BONDS WITH CLAIMS IN CLASS 20

This Notice of Voting Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 20** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto. Holders of Vintage CW Bond Claims (FGIC) may vote to accept or reject the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan. This Notice does not apply to Financial Guaranty Insurance Company ("FGIC").

against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 20**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

\* \* \* \* \*

## How to Submit a Valid Vote

If you wish to (a) cast a vote to accept the Plan, or (b) cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver all your Vintage CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a) or (b) set forth above.

In addition, by delivering your Vintage CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage CW Bond Claim (FGIC), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other Vintage CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2.  you have voted all of your Claims in Class 20 on account of Vintage CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of Vintage CW Bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims in Class 20 on account of Vintage CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to vote to accept or reject the Plan; and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to (i) validly tender your Vintage CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

\*   \*   \*   \*   \*

### How to Revoke a Valid Vote

You may revoke your desire to (a) cast a vote to accept the Plan, or (b) cast a vote to reject the Plan and withdraw your Vintage CW Bonds tendered through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke you vote (as applicable) and withdraw your Vintage CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of Vintage CW Bonds that hold multiple CUSIPs of Vintage CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT**

**PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

## Exhibit A

| CUSIP |
| --- |
|  |
| 745145YW6 |
| 745145XZ0 |
| 745145Q70 |
| 745145Q88 |
| 745145Q96 |
| 745145R20 |
| 745145R38 |
| 745145R46 |
| 745145R53 |
| 745145T77 |
| 745145T85 |
| 74514LJU2 |
| 74514LNF0 |
| 74514LNG8 |

**Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence. Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.**

**Exhibit YYYYY**

55668-05b-2-ES

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

                    Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN PARA TENEDORES DE
## BONOS VINTAGE DEL ELA CON RECLAMACIONES DE LA CLASE 20

      Esta Notificación de Instrucciones de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 20** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos Vintage del ELA y los correspondientes CUSIP se describen en el **Anexo A** adjunto. Los tenedores de Reclamaciones de Bonos Vintage del ELA (FGIC) podrán votar para aceptar o rechazar el Plan.

---

[1]  Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]  A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan. Esta Notificación no es de aplicación a la Financial Guaranty Insurance Company ("FGIC").

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.  Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## <u>PROCESO DE VOTACIÓN</u>

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 15 o la Clase 16**, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

\*     \*     \*     \*     \*

## <u>Cómo presentar un voto válido</u>

Si desea (a) emitir un voto para aceptar el Plan, o (c) emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Vintage del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a) o (b) expuestos anteriormente.

Además, al enviar sus Bonos Vintage del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos Vintage del ELA (FGIC), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos Vintage del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 20 por cuenta de Bonos Vintage del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos Vintage del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones de la Clase 20 por cuenta de los Bonos Vintage del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan; y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para emitir un voto es (i) presentar válidamente sus Bonos Vintage del ELA en el sobre ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP ÚNICAMENTE PARA EMITIR SU VOTO, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4**

**DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><u>Cómo revocar un voto válido</u></p>

Puede revocar su deseo de (a) emitir un voto para aceptar el Plan, o (c) emitir un voto para rechazar el Plan y retirar sus Bonos Vintage del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus Bonos Vintage del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones para presentar una voto válido anteriores.

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><strong>Presentación de información sobre numerosidad</strong><br><strong>(Aplicable únicamente a los tenedores beneficiarios que presenten más de una elección y/o voto a través de ATOP)</strong></p>

Cualquier tenedor beneficiario de Bonos Vintage del ELA que posea múltiples CUSIP de Bonos Vintage del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

<p style="text-align:center">4</p>

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si prevé alguna dificultad para presentar su Hoja de Cálculo de Numerosidad en formato Excel, póngase en contacto con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico en puertoricoballots@primeclerk.com.

<div align="center">*   *   *   *   *</div>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

<div align="center">[*El resto de la página se deja intencionalmente en blanco*]</div>

**Anexo A**

| CUSIP |
|-------|
|  |
| 745145YW6 |
| 745145XZ0 |
| 745145Q70 |
| 745145Q88 |
| 745145Q96 |
| 745145R20 |
| 745145R38 |
| 745145R46 |
| 745145R53 |
| 745145T77 |
| 745145T85 |
| 74514LJU2 |
| 74514LNF0 |
| 74514LNG8 |

**Exhibit ZZZZZ**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF VOTING INSTRUCTIONS
FOR HOLDERS OF CLAIMS IN CLASS 61 (CW/PRIFA RUM TAX CLAIMS)**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

This Notice of Voting Instructions (the "Notice") is being sent to the beneficial holders of claims under **Class 61 (CW/PRIFA Rum Tax Claims)** of the Plan.[3]  The relevant CUSIPs associated with such claims are described on **Exhibit A** attached hereto.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.  If you have any questions regarding this Notice, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 61**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\* \* \* \* \*

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "Nominee") to electronically deliver your bonds via the Automated Tender Offer Program ("ATOP") at The Depository Trust Company ("DTC") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a CW/PRIFA Rum Tax Claim, or (b) in addition to the vote cast, one or more additional votes ("Additional Votes")

---

[3]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan. This Notice does not apply to any Monoline.

1

on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims on account of your bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of the bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*").  The sole means of casting a vote is to validly tender your bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

**PLEASE NOTE:  THE DEBTORS MAY COORDINATE WITH DTC TO ADJUST THE PROCESS FOR COLLECTING VOTES THROUGH ATOP TO AVOID THE NEED TO**

RESTRICT YOUR BONDS FROM TRANSFERRING, IN WHICH CASE, THE RECORD DATE SHALL BE JULY 13, 2021.

\* \* \* \* \*

### How to Revoke a Valid Vote

You may revoke your vote case and withdraw your bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Vote Through ATOP)

Any beneficial holder of bonds that hold multiple CUSIPs of such bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "VOIs"). The Balloting Agent has made available a template electronic spreadsheet (the "Numerosity Spreadsheet") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC

**STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

## Exhibit A

| CUSIP | |
|---|---|
| | |
| 745220EY5 | 745220JG9 |
| 745220EZ2 | 745220JH7 |
| 745220JX2 | 745220JJ3 |
| 745220JY0 | 745220JK0 |
| 745220JZ7 | 745220JL8 |
| 745220JD6 | 745220JM6 |
| 745220KA0 | 745220JN4 |
| 745220JE4 | 745220JP9 |
| 745220JF1 | 745220JQ7 |

**Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence.  Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.**