UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

           Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER TO APPEAR FOR URGENT STATUS CONFERENCE

        It appears from reports in the press that the Puerto Rico Legislative Assembly has not approved the legislation contemplated by the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (the "Plan of Adjustment"), the confirmation hearing on which is scheduled to commence on November 8, 2021. The reported "shelving" of House Bill 1003 by the Senate and the recess of the House until October 26, 2021,

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

appears to make it unlikely that the deadline announced yesterday by the Financial Management and Oversight Board (the "Oversight Board") will be met.

1. The Court hereby directs the following counsel and individuals to appear for a telephonic conference on **Monday, October 25, 2021, at 9:00 a.m. (Atlantic Standard Time)** to explain the status of the proposed Plan of Adjustment and any alternative measures in light of the absence of the contemplated legislation:

- Counsel for the Oversight Board
- Chair or Executive Director of the Oversight Board
- The Honorable Pedro Pierluisi Urrutia (and counsel)
- The Honorable José Luis Dalmau Santiago (and counsel)
- The Honorable Rafael Hernández Montañez (and counsel)
- Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF")
- Counsel for the Official Committee of Unsecured Creditors
- Counsel for the Official Committee of Retirees
- Counsel for the principal PSA Parties

The current confirmation hearing schedule and all associated filing or other deadlines will remain in place pending completion of the status conference and further order of the Court. The conference will be conducted using CourtSolutions. Counsel for any other parties in interest who wish to attend may register to appear as well, as set forth herein.

2. AAFAF must provide prompt notice of this Order to the Honorable Pedro Pierluisi Urrutia, the Honorable José Luis Dalmau Santiago, the Honorable Rafael Hernández Montañez, and their counsel.

**Registration for Speaking and Listen-In Lines for**
**Attorneys; Listen-In Facilities for Members of Public and Press**

3. Attorneys who have entered an appearance in the Title III proceedings may register to participate as speakers or listen-in on the proceedings by telephone. The individuals set forth in paragraph 1, <u>supra</u>, should also register to participate as speakers.

Registration with CourtSolutions at www.court-solutions.com and payment of the fee established by CourtSolutions must be completed no later than **October 23, 2021**, at **12:00 p.m. (noon) (Atlantic Standard Time).**

    4. To listen-in on the proceedings by telephone, members of the public and press should dial (888) 363-4749, and enter the access code (7214978) and security code (5814) when prompted. The access lines for press and the general public will be in listen-only mode at all times. Recording and further broadcasting of the proceedings by any means remain prohibited. Although Judicial Conference policy generally prohibits the broadcasting of proceedings in federal trial courts, the Executive Committee of the Judicial Conference has approved a limited temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the press with audio access to court proceedings while public access to federal courthouses is restricted due to the health and safety concerns presented by the COVID-19 pandemic.

**Pre-Hearing Filing Deadlines**

    5. Participants who intend to appear via Court Solutions speaking lines must file an Informative Motion stating the names of all attending individuals and counsel and identifying the party for which they intend to appear **no later than October 23, 2021, at 12:00 p.m. (noon) (Atlantic Standard Time).**

**Telephone Etiquette; Prohibition on Recording and Rebroadcasting**

    6. During the call, the individuals who are allocated speaking lines are directed to observe the following rules:

        a. Use a landline whenever possible.

        b. Use a handset rather than a speakerphone.

  c. Identify yourself if asked to do so.

  d. Identify yourself by name each time you speak.

  e. <u>Mute</u> yourself when you are not speaking to eliminate background noise.

  f. Spell proper names.

7. All persons granted remote access to the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

 SO ORDERED.

Dated: October 22, 2021

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge