Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sara N. Reyes Aguayo_

Participant's Address: _Urb. San Antonio Calle 1 Casa 2A Aguas Buenas P.R. 00703_

Participant's Email Address: _juan.galindez.reyes@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement Claim (Promesa Title III)_

By: _[signature]_
Signature

_Sara N. Reyes Aguayo_
Print Name

_____
Title (if Participant is not an individual)

_10-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sara N. Reyes Aguayo

Participant's Address: Urb. San Antonio Calle 1 Casa 5A Aguas Buenas P.R. 00703

Participant's Email Address: juan.galindez.reyes@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 136086

Nature of Claim: Retirement Claim (Promesa Title III)

By: SNA
Signature

Sara N. Reyes Aguayo
Print Name

_____
Title (if Participant is not an individual)

10-08-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sara N. Reyes Aguayo
Urb. San Antonio
Calle 1 Casa >A
Aguas Buenas, P.R. 00703

MEMPHIS TN 380
18 OCT 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta D. Reyes Aguayo_

Participant's Address: _Urb. San Antonio Calle 1 Casa 2A Aguas Buenas, P.R. 00703_

Participant's Email Address: _reyesmarta69@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128275_

Nature of Claim: _Retirement Claim (Promesa Title III)_

By: _[signature]_
Signature

_Marta D. Reyes Aguayo_
Print Name

_____
Title (if Participant is not an individual)

_10-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta D. Reyes Reyeso
Urb. San Antonio
Calle I Casa 2A
Aguas Buenas, PR 00703

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosalina Vazquez Santana_

Participant's Address: _812 W Linebaugh Ave Apt. B115_
_Tampa, Fl 33612_

Participant's Email Address: _rovaz5121@gmail.com_

Name of Counsel: _N/a_

Address of Counsel: _N/a_

Email Address of Counsel: _N/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98475_

Nature of Claim: _PROMESA Title III_

By: _Rosalina Vazquez Santana_
Signature

_Rosalina Vazquez Santana_
Print Name

_____
Title (if Participant is not an individual)

_October 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosalina Vazquez
812 W. Linebaugh Ave., Apt. 1158
Tampa, FL 33612

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Everling Morla Rios

Participant's Address: 500 Paseo Monaco Apt 155 Bayamon PR, 00856

Participant's Email Address: evergaviota64@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: The Financial Oversight and Management.

By: *Everling Morla Rios*
Signature

EVERLING MORLA RIOS
Print Name

_____
Title (if Participant is not an individual)

28 · SEPT· 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Everling Perla Ruiz
Calle Duraes, apt. 155
Cayones, P.R., 00956

Discovery Notice to the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R., 00918-1767