UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

-------------------------------------------------------------------x

**[Related to Docket #18394]**

**EXHIBIT LIST, WITNESS LIST AND IDENTIFICATION OF PREVIOUSLY-FILED DECLARATIONS OF INDIVIDUAL BONDHOLDER (PETER C. HEIN)**

This document is filed pursuant to Docket#18394. I plan to rely upon the documents and exhibits in the record, and the declarations I have previously submitted, including those I filed on October 19, 2021 in #18575 and those I filed in opposition to FOMB's in limine motion (#18181) and in connection with the disclosure statement hearing (#16908, #16977 and #17536). Attached hereto is a list of certain of the documents and exhibits referred to in #18575 and in my other prior filings. Legislative history and other similar legal authority-type materials are not included. I reserve all rights, including the right to offer other documents and exhibits in response to materials offered, or arguments made, by other parties.

October 22, 2021

        Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023
917-539-8487
petercheinsr@gmail.com

2

## Exhibit List

I intend to offer and rely upon the documents and exhibits referred to in #18575, #18181 and certain other filings, including the following:

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 1 | #9508-2 | Official Statement for Series 2012A Commonwealth General Obligation Bonds (excerpts)[This set of excerpts are cited in #18575] |
| Hein Ex. 2 | #18575-page-77-to-106-of-303 (Exhibit A to #18575) | Official Statement for Public Building Authority bonds Series Q (excerpts) |
| Hein Ex. 3 | #7961-1-page-6-to-8-of-71 | Screenshot taken 6/24/2019 from Puerto Rico "Investor Resources" website for Commonwealth of Puerto Rico |
| Hein Ex. 4 | #10029-5 | Screenshot taken 1/9/2020 of Puerto Rico "Investor Resources" webpage for Commonwealth of Puerto Rico |
| Hein Ex. 5 | #18575-page-107-to-126-of-303 (Exhibit B to #18575) | Kobre & Kim August 20, 2018 report (excerpts) |
| Hein Ex. 6 | #18575-page-127-to-137-of-303 (Exhibit C to #18575) | Summary of bank account balances for the Commonwealth of Puerto Rico and its instrumentalities, information as of August 31, 2021, dated September 30, 2021 (excerpts) |
| Hein Ex. 7 | #18575-page-138-to-153-of-303 (Exhibit D to #18575) | Puerto Rico Department of the Treasury, Treasury single account, FY 2022 cash flow as of October 1, 2021 (excerpts) |

3

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 8 | #17628-8 | Commonwealth 4/23/2021 fiscal plan, certified by FOMB[1] (excerpts) |
| Hein Ex. 9 | #15988-5 | Commonwealth 5/27/2020 fiscal plan, certified by FOMB (excerpts) |
| Hein Ex. 10 | #18181-page-103-to-of-157 | United States Census "quick facts" Puerto Rico |
| Hein Ex. 11 | #18181-page-106-to-121-of-157 | 6/30/2021 TSA cash flow report (excerpts) |
| Hein Ex. 12 | #18575-page-154-to-157-of-303 (Exhibit E to #18575) | FAFAA PayGo and individual contribution debt by entity, June 30, 2018 (excerpts) |
| Hein Ex. 13 | #18575-page-158-to-160-of-303 (Exhibit F to #18575) | FAFAA PayGo and individual contribution debt by entity, August 15, 2019 (excerpts) |
| Hein Ex. 14 | #18575-page-161-to-164-of-303 (Exhibit G) | FAFAA PayGo and individual contribution debt by entity, for the month of June FY2020 (excerpts) |
| Hein Ex. 15 | #18575-page-165-to-168-of-303 (Exhibit H) | FAFAA PayGo and individual contribution debt by entity, for the month of June FY2021 (excerpts) |
| Hein Ex. 16 | #18575-page-169-of-303 (Exhibit I) | CRIM summary of current year tax billings vs. current year tax collections |

---

[1] The 4/23/2021 and 5/27/2020 certified fiscal plans, as well as other FOMB-prepared or Commonwealth-prepared documents, are offered to put into the record particular statements or admissions that I have referenced in my objections or that I may reference in the confirmation hearing. By listing these documents as exhibits, I am not adopting them or agreeing that they are accurate or correct. In those cases where a document has been prepared by representatives of FOMB, AAFAF or Commonwealth, even where I list the document as an exhibit, I reserve the right to object to the proffer by others of any portions of such documents for the truth of the statements therein.

4

| Exhibit No. | Exhibit or Document | Description |
|---|---|---|
| Hein Ex. 17 | #18575-page-171-to-172-of-303 (Exhibit K) | Commonwealth of Puerto Rico, update on fiscal and economic progress, FY 2014 Q1 Investor Webcast-October 15, 2013 (excerpts) |
| Hein Ex. 18 | #18575-page-173-to-177-of-303 (Exhibit L) | Commonwealth of Puerto Rico tax reform assessment project, executive summary, October 31, 2014 (excerpts) |
| Hein Ex. 19 | #18575-page-178-to-182-of-303 (Exhibit M) | Screenshots from invest Puerto Rico website re Puerto Rico tax incentives |
| Hein Ex. 20 | #18575-page-183-to-187-of-303 (Exhibit N) | FAFAA, "prepared for the FOMB", requirement 2(G), Office of the Administration and Transformation of Human Resources, Attendance Report, as of October 2020 |
| Hein Ex. 21 | #18575-page-188-of-303 (Exhibit O) | Screenshot from Puerto comptroller contract registry showing 9789 advertising, representation and artistic services contracts |
| Hein Ex. 22 | #18575-page-189-to-190-of-303 (Exhibit P) | Excerpts from Excel spreadsheet downloaded from Puerto Rico comptroller contract registry, showing dollar amount of advertising, representation or artistic services contracts of $301,418,709.56 |
| Hein Ex. 23 | #18575-page-191-of-303 (Exhibit Q) | Screenshots from Puerto Rico comptroller contract registry showing 9918 consulting services contracts |

5

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 24 | #18575-page-192-to-194-of-303 (Exhibit R) | Excerpts from Excel spreadsheet downloaded from Puerto Rico comptroller contract registry showing aggregate dollar value of consulting services contracts of $2,375,668,318.52 |
| Hein Ex. 25 | #18575-page-195-of-303 (Exhibit S) | List of Christmas bonuses paid produced by AFAAF |
| Hein Ex. 26 | #18575-page-196-to-197-of-303 (Exhibit T) | World Bank doing business 2017 (excerpt) |
| Hein Ex. 27 | #18575-page-198-to-199-of-303 (Exhibit U) | World Bank doing business 2020 (excerpt) |
| Hein Ex. 28 | #18575-page-200-to-202-of-303 (Exhibit V) | Letter from FOMB dated 10/14/2021 to Gov. Pierluisi,, President of Senate of Puerto Rico and Speaker of the House of Representatives of Puerto Rico |
| Hein Ex. 29 | #18575-page-203-to-204-of-303 (Exhibit W) | FOMB 10/8/2021 statement |
| Hein Ex. 30 | #18575-page-215-to-216-of-303 (Exhibit AA) | FOMB 10/12/2021 letter to Secretary of Department of Treasury, Government of Puerto Rico |
| Hein Ex. 31 | #18575-page-217-to-219-of-303 (Exhibit BB) | Puerto Rico tax expenditure report for tax year 2018 (excerpts) |
| Hein Ex. 32 | #18575-page-220-to-227-of-303 (Exhibit CC) | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY2018 cash flow (as of June 29, 2018) (excerpts) |
| Hein Ex. 33 | #18575-page-228-to-243-of-303 (Exhibit D) | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY2021 cash flow for the month of June FY21 and Q4 FY21 (excerpts) |

| Exhibit No. | Exhibit or Document | Description |
|---|---|---|
| Hein Ex. 34 | #18575-page-244-to-250-of-303 (Exhibit EE) | 10/7/2021 Voluntary Corporate Action notice from Merrill regarding CUSIP 74514LB63 (redacted) |
| Hein Ex. 35 | #18575-page-251-to-256-of-303 (Exhibit FF) | Notice dated 10/1/2021 from Merrill with respect to CUSIP 74514LB63 (redacted) |
| Hein Ex. 36 | #18575-page-257-to-260-of-303 (Exhibit GG) | Declaration of Mark Elliott dated 10/15/201 |
| Hein Ex. 37 | #18575-page-261-to-267-of-303 (Exhibit HH) | AAFAF responses and objections, dated 8/27/2021, to requests for production of Peter C. Hein – Set 1 (excerpts) |
| Hein Ex. 38 | #18575-page-268-to-272-of-303 (Exhibit II) | FOMB responses and objections, dated 8/27/2021, to requests for production of Peter C. Hein – Set 1 (excerpts) |
| Hein Ex. 39 | #18575-page-273-to-278-of-303 (Exhibit JJ) | AAFAF responses and objections, dated 9/24/2021, to requests for production of Peter C. Hein – Set 2 (excerpts) |
| Hein Ex. 40 | #18575-page-279-to-286-of-303 (Exhibit KK) | FOMB responses and objections, dated 9/24/2021, to requests for production of Peter C. Hein – Set 2 (excerpts) |
| Hein Ex. 41 | #18575-page-287-to-295-of-303 (Exhibit LL) | AAFAF responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein – Set 1 (excerpts) |
| Hein Ex. 42 | #18575-page-296-to-303-of-303 (Exhibit MM) | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (excerpts) |
| Hein Ex. 43 | #18181-page-122-to-124-of-157 (Exhibit E to #18181) | June 1, 2021 press release of Puerto Rico Federal Affairs Administration |

7

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 44 | #18181-page-125-to-126-of-157 (Exhibit F to #18181) | Budget of the US Government, fiscal year 2022 (excerpts) |
| Hein Ex. 45 | #18181-page-127-of-157 (Exhibit G to #18181) | July 29, 2021 press release of Puerto Rico Federal Affairs Administration |
| Hein Ex. 46 | #18181-page-128-to-130-of-157 (Exhibit H to #18181) | Press release dated September 15, 2021 from office of resident Commissioner Jennifer Gonzalez-Colón |
| Hein Ex. 47 | #18181-page-131-to-134-of-157 (Exhibit I to #18181) | Report entitled "White House confirms Medicaid funding for Puerto Rico to avoid a fiscal cliff in the short term" from El Nuevo Dia |
| Hein Ex. 48 | #18181-136-to-144-of-157 (Exhibit J to #18181) | Commonwealth of Puerto Rico basic financial statements for year ended June 30, 2018 with independent auditors report (excerpts) |
| Hein Ex. 49 | #18181-page-145-to-149-of-157 | Summary of bank account balances for governmental Puerto Rico, as of July 30, 2021, dated August 31, 2021 (excerpts) |
| Hein Ex. 50 | #18181-page-150-to-152-of-157 (Exhibit L to #18181) | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY 2022 cash flow, as of September 3, 2021 (excerpts) |
| Hein Ex. 51 | #18181-page-156-to-157-of-157 (Exhibit N to #18181) | FOMB 9/15/2021 letter to Governor Pierluisi, President of the Senate of Puerto Rico and Speaker of the House of Representatives of Puerto Rico |
| Hein Ex. 52 | #18439-page-21-of-36-of-38 (Exhibit F to #18439) | 9/14/2021 notice from Morgan Stanley re CUSIP 74514LWZ6 (redacted) |

8

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 53 | #18439-page-37-to-38-of-38 (Exhibit G to #18439) | Declaration of Mark Elliott dated October 6, 2021 |
| Hein Ex. 54 | #18306-page-24-to-30-of-30 (Exhibit D to #18306) | 9/24/2021 voluntary corporate action notice from Merrill re CUSIP 74514LB63 (redacted) |
| Hein Ex. 55 | #18237-page-16-to-31-of-35 (Exhibit A and B to #18237) | 9/14/2021 notice from Merrill re CUSIP 74514LB63 (redacted) accompanied by 9-13-2021 Prime Clerk memo with list of CUSIPs |
| Hein Ex. 56 | #18237-page-32-to-35-of-35 (Exhibit C to #18237) | Screenshot of Prime Clerk website link for "noteholder solicitation materials" |
| Hein Ex. 57 | #17649-page-4-to-8-of-29 (Exhibit A to #17649) | 8/2/2021 voluntary corporate action notice from Merrill regarding exchange opportunity posted in "Communications" tab of online account at Merrill (redacted) |
| Hein Ex. 58 | #17649-page-9-to-24-of-29 (Exhibit B to #17649) | Alert of EMMA filing 7/27/2021 11:00 PM, followed by notice to holders of uninsured bonds regarding exchange opportunity (posted on EMMA), followed by copy of PSA (excerpts) |
| Hein Ex. 59 | #17649-page-25-to-29-of-29 (Exhibit C to #17649) | Alert of EMMA filing 7/30/2021 5:00 PM, followed by notice to holders of uninsured bonds regarding exchange opportunity (posted on EMMA) |
| Hein Ex. 60 | #17524-page-23-to-26-of-41 (Exhibit A to #17524) | FOMB 9/27/2019 media release "Oversight Board proposes plan of adjustment to restructure Commonwealth of Puerto Rico debt and other claims" |

9

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 61 | #17524-page-27-to-33-of-41 (Exhibit B to #17524) | FAAFA Puerto Rico Department of the Treasury, treasury single account, FY 2022 cash flow, as of July 9, 2021 (excerpts) |
| Hein Ex. 62 | #17524-page-37-to-41-of-41 (Exhibit D to #17524) | Summary of holdings of certain ad hoc bondholder groups referred to in FOMB opposition brief |
| Hein Ex. 63 | #16908-page-48-to-69-of-178 (Exhibit A to #16908) | Official statement for Commonwealth of Puerto Rico GO bonds, series 2009C (December 3, 2009) (excerpts) |
| Hein Ex. 64 | #16908-page-70-to-97-of-178 (Exhibit B to #16908) | Official statement for Commonwealth of Puerto Rico GO series 2012A, dated March 7, 2012 (excerpts)[This set of excerpts are more comprehensive than those in #9508-2] |
| Hein Ex. 65 | #16908-page-98-to-112-of-178 (Exhibit C to #16908) | Trading histories from Municipal Securities Rulemaking Board Electronic Municipal Market Access ("EMMA") database for CUSIP 74514LWA1, 74514LB63 |
| Hein Ex. 66 | #16908-page-113-to-120-of-178 (Exhibit E to #16908) | Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, basic financial statements and required supplementary information, June 30, 2017, with independent auditors' report thereon |
| Hein Ex. 67 | #16908-page-121-to-127-of-178 (Exhibit F to #16908) | Puerto Rico Government Employees Retirement System, June 30, 2017 actuarial valuation report (excerpts) |

10

| Exhibit No. | Exhibit or Document | Description |
|---|---|---|
| Hein Ex. 68 | #16908-page-128-to-144-of-178 (Exhibit G to #16908) | Commonwealth of Puerto Rico comprehensive annual financial report year ended June 30, 2011 (excerpts) |
| Hein Ex. 69 | #16908-page-145-to-150-of-178 (Exhibit H to #16908) | Commonwealth of Puerto Rico basic financial statements and required supplementary information, June 30, 2013, with independent auditors' report thereon (excerpts) |
| Hein Ex. 70 | #16908-page-151-to-155-of-178 (Exhibit J to #16908) | Commonwealth of Puerto Rico basic financial statements and required supplementary information, June 30, 2017, with independent auditors' report thereon, preceded by EMMA filing cover sheet (excerpts) |
| Hein Ex. 71 | #16908-page-161-to-171-of-178 (Exhibit M to #16908) | Commonwealth fiscal plan dated June 29, 2018, as certified by FOMB (excerpts) |
| Hein Ex. 72 | Exhibit NN | 10/20/2021 EMMA posting of Treasury single account, FY 2022 cash flow, as of 10/8/2021 (excerpt) |
| Hein Ex. 73 | Exhibit OO | 10/21/2021 FOMB statement |
| Hein Ex. 74 | #7961-1-page-33-to-34-of-71 | Commonwealth of Puerto Rico basic financial statements, June 30, 2016, with independent auditors' report thereon (excerpts) |
| Hein Ex. 75 | #7961-1-page-56-to-66-of-71 | Contract 2018-00172 between Banco Popular and Puerto Rico Department of Treasury |
| Hein Ex. 76 | #7961-1-page-67-of-71 | Department of Treasury Circular Letter 1300-33-18 |

11

| **Exhibit No.** | **Exhibit or Document** | **Description** |
|---|---|---|
| Hein Ex. 77 | #10029-4 | Commonwealth of Puerto Rico comprehensive annual financial report, year ended June 30, 2012 |
| Hein Ex. 78 | #18575-page-170-of-303 (Exhibit J to #18575) | Summary of PayGo costs produced by AAFAF |

## Declarations List

| **Record Location** | **Description** |
|---|---|
| #18575-page-49-of-303 (applicable to #18575-page-14-to-48-of-303) | Peter Hein Declaration 10/19/2021 |
| #18575-page-51-to-75-of-303 | Peter Hein Declaration 10/19/2021 |
| #18181-page-21-to-25-of-157 | Peter Hein Declaration 9/21/2021 |
| #16908-page-43-to-47-of-178 | Peter Hein Declaration 6/9/2021 |
| #16908-page-41-of-178 (applicable to #16908-page-7-to-40-of-178) | Peter Hein Declaration 6/9/2021 |
| #16977-page-19-of-20 (applicable to #16977-page-6-to-18-of-20) | Peter Hein Declaration 6/15/2021 |
| #17536-page-7-of-8 (applicable to #17536-page-3-to-6-of-8) | Peter Hein Declaration 7/28/2021 |
| #18575-page-257-to-260-of-303 | Mark Elliott Declaration 10/15/2021 |
| #18439-page-37-to-38-of-38 | Mark Elliott Declaration 10/6/2021 |

## Certificate of Service

I, Peter C. Hein, certify that I have caused the foregoing "Exhibit List, Witness List And Identification Of Declarations of Individual Bondholder (Peter C. Hein)" to be served via the Court's CM/ECF system.

Dated: October 22, 2021

                /s/ Peter C. Hein

                Peter C. Hein