UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors. | |

---------------------------------------------------------------------x

**[Related to Docket #18502]**

**PRETRIAL INFORMATIVE MOTION – NOVEMBER 1, 2021 PRETRIAL
CONFERENCE AND NOVEMBER 8, 2021 CONFIRMATION HEARING**

Dated: October 22, 2021

### PRETRIAL INFORMATIVE MOTION – NOVEMBER 1, 2021 PRETRIAL CONFERENCE AND NOVEMBER 8, 2021 CONFIRMATION HEARING

      Peter C. Hein, pro se, an individual bondholder, hereby files this Informative Motion in accordance with the Court's Order regarding Procedures (#18502).   I request an opportunity to be heard at the November 1, 2021 pretrial conference and I request the opportunity to present opening argument in opposition to confirmation at the November 8, 2021 confirmation hearing. A Party Appearance Cover Sheet is attached as Exhibit A, a Party Witness Cover Sheet is attached as Exhibit B and a Party Exhibit Cover Sheet is attached as Exhibit C . I am filing this Informative Motion now in order to ensure that this Informative Motion is timely filed.   If I update Exhibit B or C, I will file an amended informative motion.   I am identifying exhibits on the  exhibit list filing required by #18394 that I am also making today.

October 22, 2021

                                Respectfully Submitted,

                                /s/ Peter C. Hein
                                Peter C. Hein, pro se
                                101 Central Park West, Apt. 14E
                                New York, NY  10023
                                petercheinsr@gmail.com

                                917-539-8487

## EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Peter C. Hein |
| Party Name Abbreviation (For Use with Zoom) | Pro se / Hein, Peter |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of<br><br>Or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Peter C. Hein<br>petercheinsr@gmail.com<br>9175398487<br>Claim 10696 |
| Plan Objection Docket Entry No. | 18575; 18181 |
| If a Party files a supplemental Party appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| Note: Pursuant to the Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

**NOTE:** This Party Appearance Sheet applies to both the November 1 Pretrial Conference and the November 8, 2021 Confirmation Hearing.

# EXHIBIT B[1]

## PARTY WITNESS COVER SHEET

| Name of Party: Peter C. Hein | | | Peter C. Hein |
|---|---|---|---|
| Does the Party intend to offer a witness? I do not contemplate offering a live witness at this time, but I reserve all rights. | | | |
| Total Number of Witnesses | | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |
| I, [*insert filing attorney name or pro se party-in-interest*], certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. | | | |

\* The Court does not provide interpreters for witness testimony

---

[1] This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**

# EXHIBIT C
## PARTY EXHIBIT COVER SHEET

| | |
|---|---|
| Name of Party: Peter C. Hein | Peter C. Hein |
| Does the Party intend to offer evidence? | Yes |
| Total Number of Exhibits Offered by the Party | Pursuant to #18394-page-4-of-15, I am filing an "Exhibit List, Witness List and Identification of Previously-Filed Declarations", which I understand are required to be filed on 10/22/2021 and 10/25/2021. I believe all of the Exhibits and Declarations I list on that filing are (or after filings are made by me today will be) in the Docket in this Title III case. Thus, as I read #18502-page-8-¶6-of-11, I do not understand that I need to refile the same material as attachments to this Informative Motion. |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. | | |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

I, [*insert filing attorney name or name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet.

## Certificate of Service

I, Peter C. Hein, certify that I have caused "Pretrial Informative Motion – November 1, 2021 Pretrial Conference and November 8, 2021 Confirmation Hearing " to be served via the Court's CM/ECF system.

October 22, 2021

                                          /s/ Peter C. Hein
                                          Peter C. Hein