# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION SUBMITTING FINAL EXHIBIT LIST

**COMES NOW, Suiza Dairy,** through its undersigned counsel, respectfully states and prays:

1. On August 2nd, 2021, this Honorable Court gave the parties until October 22nd, 2021, to submit the final witness and exhibits list. *Dkt.17640.*

2. In compliance with the Court's Order in *Dkt.* 17640, we present our exhibit and witness list with said exhibits attached to this document.

| PLF ID (NO.) | DEF ID (LTR) | EXHIBIT LTR/NO. | JOINT EXHIBIT | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1 | | | | Blank |
| 2 | | | | Amended Opinion and Orde Dkt. 2289 |
| 3 | | | | Opinion and Order Dkt. 480 |

3. Suiza reserves the right to add any document or witness their exhibit and witness list.

4. In the event that additional documents or witnesses were to appear by our own discovery or investigation, we reserve the right to supplement our exhibit and witness with the additional documents and witnesses.

5. Suiza also reserves the right to utilize any exhibit, document or witness in Debtor's exhibit and witness list.

6. Additionally, Suiza reserves the right to present additional witnesses and documents for rebuttal purposes.

Respectfully submitted on this 22nd October 2021.

/s/ RAFAEL GONZÁLEZ VALIENTE
USDC-PR 225209
Email: rgv@g-glawpr.com

**Godreau & González, LLC.**
PO Box 9024176
San Juan, PR 00902-4176
Tel. (787) 726-0077