# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17-BK-3283 |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | (LTS) (Jointly |
| Debtors. | Administered) |

## MOTION TO INFORM

**COMES NOW** the Hon. Jose Luis Dalmau Santiago, in his official capacity as President of the Puerto Rico Senate, through the undersigned counsel, very respectfully **INFORMS** that:

1. On Friday, October 22, 2021, this Court entered an order to appear on an Urgent Status Conference via telephonic conference on Monday, October 25, 2021, at 9:00am.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

2. The Honorable Jose Luis Dalmau Santiago (and counsel), in his official capacity as President of the Puerto Rico, was among those summoned to appear.

3. In compliance with the Court's order, The Hon. Jose Luis Dalmau Santiago informs that he will be present on the call scheduled for Monday, October 25, 2021, at 9:00am.

4. He further informs that he will be accompanied and represented by Counsels Edwin Quiñones, Victor Candelario and Joseph Feldstein.

**WHEREFORE** it is respectfully requested from this Honorable Court take notice of the above and deem the Hon. Jose Luis Dalmau Santiago in compliance with the Court's order**.**

## CERTIFICATE OF SERVICE

It is hereby certified that, on this same date, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

**QUIÑONES ARBONA & CANDELARIO**
PO Box 10906
San Juan, Puerto Rico 00922
Tel.787-620-6776
Fax. 787-620-6777

*s/Edwin Quiñones*
USDC-PR 124305
equinones@qaclaw.com

*s/Víctor Candelario Vega*
USDC-PR 220408
vcandelario@qaclaw.com

2

*s/Joseph G. Feldstein Del Valle*
USDC-PR 230808
jfeldstein@qaclaw.com