# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S APPEARANCE AT OCTOBER 25, 2021 STATUS CONFERENCE

**PLEASE TAKE NOTICE** that Kelly DiBlasi and Robert Berezin of Weil, Gotshal & Manges LLP will appear and present argument on behalf of National Public Finance Guarantee Corporation ("National") at the October 25, 2021 Status Conference, which will be conducted telephonically via CourtSolutions due to the ongoing public health crisis. National's legal representatives reserve the right to be heard on any matter concerning the status of the proposed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Plan of Adjustment and any alternative measures and any other matter addressed at the Status Conference, as well as any responses or filings related to the foregoing.

**RESPECTFULLY SUBMITTED**, this 22 day of October, 2021.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, PSC** | **WEIL, GOTSHAL & MANGES LLP** Kelly DiBlasi (admitted *pro hac vice*) Gabriel A. Morgan (admitted *pro hac vice*) |
| By: /s/ *Eric Pérez-Ochoa* Eric Pérez-Ochoa USDC-PR No. 206314 | Jonathan Polkes (admitted *pro hac vice*) Gregory Silbert (admitted *pro hac vice*) Robert Berezin (admitted *pro hac vice*) |
| /s/ *Luis Oliver-Fraticelli* Luis Oliver-Fraticelli USDC-PR No. 209204 | 767 Fifth Avenue New York, New York 10153 Telephone: (212) 310-8000 Facsimile: (212) 310-8007 |
| PO Box 70294 San Juan, PR 00936 Telephone: 787.756.9000 Facsimile: 787.756.9010 Email: epo@amgprlaw.com loliver@amgprlaw.com acasellas@amgprlaw.com larroyo@amgprlaw.com | Email: kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com gregory.silbert@weil.com robert.berezin@weil.com *Attorneys for National Public Finance Guarantee Corporation* |
| *Attorneys for National Public Finance Guarantee Corporation* | |

2