UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 18, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail and Email on the DRA Service List attached hereto as **Exhibit A**:

- Third Joint Informative Motion to Notify Schedule of Upcoming Depositions and Procedures for Attendance of the Same [Docket No. 18525]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 22, 2021

/s/ *Natasha Otton*
Natasha Otton

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 22, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Kelsey Lynne Gordon*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**<u>Exhibit A</u>**

# Exhibit A

## DRA Service List

Served via First Class Mail and Email

| NAME | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| C. CONDE & ASSOC. LAW OFFICES | ATTN: CARMEN D. CONDE TORRES & LUISA S. VALLE CASTRO | 254 SAN JOSE STREET | SUITE 5 | SAN JUAN | PR | 00901-1523 | condecarmen@condelaw.com |
| MCCONNELL VALDES LLC | ATTN: ARTURO J GARCIA-SOLA & NAYUAN ZOUAIRABANI | 270 MUNOZ RIVERA AVENUE, SUITE 7 | | HATO REY | PR | 00936-4225 | ajg@mcvpr.com; nzt@mcvpr.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: DOUGLAS S. MINTZ | 901 FIFTEENTH STREET NW | SUITE 800 | WASHINGTON | DC | 20005 | douglas.mintz@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: DOUGLAS KOFF, ABBEY WALSH, PETER J. AMEND | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | douglas.koff@srz.com; abbey.walsh@srz.com; peter.amend@srz.com |