UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                     PROMESA
                                                               Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO               (Jointly Administered)
et al.,

                              Debtors.[1]

------------------------------------------------------------x

### ORDER CONCERNING LETTER FILED BY PEDRO CINTRÓN SUÁREZ

       The Court has received and reviewed the attached letter (the "Letter") filed by Pedro Cintrón Suárez ("Mr. Cintrón"). The Court understands that the Letter states that the public pension payments received by Mr. Cintrón total less than $1500 per month, and the Letter requests written confirmation that Mr. Cintrón's pension payments will not be affected by the Plan of Adjustment that has been proposed on behalf of the Commonwealth Puerto Rico. The Court will therefore send a copy of this Order and the Letter to the attention of counsel for the Financial Oversight and Management Board for Puerto Rico and the Official Committee of Retired Employees of Puerto Rico.

       However, to the extent the Letter may be construed as an application requesting action by the Court, it is denied. The Motion is written in the Spanish language, and no English language translation was provided. The United States Code provides that all proceedings in the United States District Court for the District of Puerto Rico must be conducted in the English language. See 48 U.S.C. § 864; see also L.Cv.R. 5(c) ("All documents not in the English

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English . . . .").

       SO ORDERED.

Dated: October 22, 2021

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge