16 de octubre de 2021.

Oficina de Secretaría
Avenida Carlos Chardón 150, Suite 150
San Juan, Puerto Rico 00918-1767

Estimados Señores:

En mi caso, considero no deudor por la siguiente razón: Según lo leído, ustedes consideran deudores a toda persona que reciba una pensión de retiros de Puerto Rico que reciba más de $1,500 mensuales. En caso recibo menos de esa cantidad de Retiros de Puerto Rico. Adjunto les estoy enviando un computo de mi cuenta de retiros. La misma refleja una cantidad mensual recibida de la Junta de Retiros de Puerto Rico.

Espero la verifiquen y me envíen notificaciónes por escrito.

Atentamente,
Pedro Cintrón Suárez



Estado Libre Asociado de Puerto Rico - Sistema de Retiro para Maestros

FRM-70-0001
Rev. 05/2012

# CERTIFICACIÓN DE PENSIÓN

CINTRON SUAREZ, PEDRO

41
GUAYAMA PR 007850000

Certifico que CINTRON SUAREZ,PEDRO recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,126.98 equivalente a $13,523.76 anual. Luego de las deducciones recibe la cantidad de $774.98 mensual, equivalente a $9,299.76 anual.

Esta certificación se expide hoy 9 de junio de 2015.



Número de Certificación: SRM03P1502614

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

---

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico

(787) 777-1414
http://www.srm.pr.gov

Página 1 de 1

Computo de La Cuenta de Pedro Cintrón Suárez de Retiros de Maestro Aquí en Puerto Rico Desde 17-enero de 2020 al 15-diciembre de 2020

Pago mensual del maestro a Retiros de Maestros $542.56

① 17-ene-2020 al 18-feb-2020

   1ra quincena   $363.99
   2nda quincena   363.99
   Intereses acreditados: + 1.68

            $729.66 + 542.56 = $1272.22

② 18-feb.-2020 al 17-marzo-2020

   1ra quincena   $363.99
   2nda quincena   $363.99
   Intereses acreditados + 1.49

            $729.47 + $542.56 = $1,272.03

③ 12-marzo al 16-abril-2020

   1ra quincena   $363.99
   2nda quincena   363.99
   Intereses acreditados   1.61

            $729.59 + $542.56 = $1272.15

④ 16-abril-2020 al 15-mayo-2020

1ra quincena: $363.99

2nda quincena: 363.99

Intereses Acreditados + 1.12

$729.10 + $542.56 = $1,272.48

⑤ 15-mayo al 16-jun.-2020

1ra quincena     $363.99

2nda quincena    342.99

Intereses acreditados + 1.82

$708.80 + $542.56 = $1,272.15

⑥ 16-jun-2020 al 16-jul.-2020

1ra quincena     $342.99

2nda quincena    342.99

Intereses acreditados   1.71

687.69 + $542.56 = $1,230.25

+ 100.00

$787.69

⑦ 16-jul-2020 al 18-ago.-2020

1ra quincena    $342.99

2nda quincena   342.99

Intereses acreditados   .95

$686.93 + $542.56 = $1,229.49

(12) 16-dic.-2020 al 15-ene.-2021

1ra quincena $342.99
2da quincena 342.99
Intereses Acreditadas .88

$686.86 + $542.56 = $1229.42

Suma de las Cantidades Acreditadas Durante Los Doce Meses del Año

(1) 17-ene-2020 al 18-feb-2020   $542.56 + $729.66 = $1,272.22
(2) 18-feb-2020 al 17-mar-2020   $542.56 + 729.47 = $1,272.03
(3) 12-mar-2020 al 16-abril-2020 $542.56 + 729.59 = $1,272.15
(4) 16-abril-2020 al 15-mayo-2020 $542.56 + 729.60 = $1,272.48
(5) 15-mayo-2020 al 16-jun-2020  $542.56 + 708.80 = $1,272.15
(6) 16-jun-2020 al 16-jul-2020   $542.56 + 787.69 = $1,230.25
(7) 16-jul-2020 al 18-ago-2020   $542.56 + 686.93 = $1,229.49
(8) 18-ago-2020 al 17-sept-2020  $542.56 + 686.84 = $1,230.40
(9) 18-sept-2020 al 19-oct-2020  $542.56 + 686.90 = $1,229.46
(10) 19-oct-2020 al 18-nov-2020  $542.56 + 686.86 = $1,239.42
(11) 18-nov-2020 al 16-dic-2020  $542.56 + 886.80 = $1,229.26
(12) 16-dic-2020 al 17-ene-2021  $542.56 + 686.86 = $229.42

Cantidad Acreditada a Mi Cuenta Bancaria

⑧ 18-ago-2020 al 17-sept-2020
1ra quincena $342.99
2nda quincena 342.99
Intereses Acreditados .86
$686.84 + $542.56 = $1,230.40

⑨ 18-sept-2020 al 19-oct-2020
1ra quincena $342.99
2nda quincena 342.99
Intereses Acreditados .92
$686.90 + $542.56 = $1229.46

⑩ 19-oct-2020 al 18-nov-2020
1ra quincena $342.99
2nda quincena 342.99
Intereses acreditados .87
$686.86 + $542.56 = $1239.42

⑪ 18-nov-2020 al 16-dic-2020
1ra quincena $342.99
2nda quincena 342.99
Intereses Acreditados .82
$686.80 + $542.56 = $1,229.86
200.00
$886.86



## Resumen de Beneficios Plan de Salud Empleado de Gobierno Ley 95
Efectividad: 1ro. de junio de 2021

**Selección de Proveedores**
Puedes utilizar cualquier proveedor participante dentro de la Red de Proveedores de First Medical sin la necesidad de un referido médico.

 Es un servicio gratuito sobre información de salud disponible las 24 horas del día, los 7 días de la semana. Cuenta con profesionales de enfermería bilingüe y médicos licenciados con 3 años o más de experiencia en el campo de la salud. Puedes obtener los siguientes servicios:
- Apoyo en situaciones imprevistas y de urgencia.
- Educación al paciente en situaciones de salud.
- Orientación al paciente sobre su plan médico.
- Orientación sobre los resultados de estudios de laboratorio.
- Disponible los 7 días de la semana, 24 horas del día. Comuníquese al **1-866-337-3338**

**Página Electrónica - https://www.firstmedicalpr.com/**
A través de nuestra página electronica podrás tener acceso a:
- Directorio de proveedores dentro de la Red de Proveedores de First Medical.
- Ubicación e información contacto de oficinas de servicio.
- Obtener información de servicios médicos, procedimientos y medicamentos recetados.

**Programa de Ayuda y Acceso al Suscriptor (PAAS) a través de APS-Optimind Mental Health Plan:**
Este programa ofrece ayuda al suscriptor y su familia para el manejo de situaciones emocionales enfocado en la rehabilitación y el bienestar emocional. Solo tiene que llamar a través de: **1-877-955-9554**

| Copagos/Coaseguros Principales | Uniforme - (Oro) | Premium ELA - (Rubí) | Classic ELA - (Rubí) |
|---|---|---|---|
| Hospitalización | $75.00 / $0.00* | $150.00 / $50.00* | $200.00 / $75.00* |
| Hospitalización Psiquiátrica | $75.00 | $150.00 | $200.00 |
| Hospitalización Psiquiátrica Parcial | $75.00 | $150.00 | $200.00 |
| Sala de Emergencia por Enfermedad | $40.00 / $0.00* | $50.00 / $0.00* | $75.00 / $0.00* |
| Sala de Emergencias por Accidente | $0.00 | $0.00 | $0.00 |
| Generalistas | $8.00 | $12.00 | $15.00 |
| Especialista | $10.00 | $15.00 | $18.00 |
| Sub-Especialista | $15.00 | $18.00 | $20.00 |
| Laboratorios y Rayos X | 30% / 0%* | 35% / 0%* | 40% / 0%* |
| Terapias de Cáncer | 0% | 20% | 20% |
| Pruebas Diagnósticas y Especializadas | 30% / 0%* | 35% / 0%* | 40% / 0%* |
| Procedimientos Ambulatorios—Facilidad | $75.00 | $150.00 | $200.00 |
| Procedimientos Ambulatorios—Oficina | $75.00 | $150.00 | $200.00 |

*Cuando el servicio sea prestado en los Hospitales y Clínicas Metro Pavia (Red Preferida Afiliada).

 Recuerda que en la mayoría de los servicios usted no paga deducibles al utilizar los hospitales de la Red *Metro Pavia Health System* y los servicios de *Metro Pavía Clinics*. Visita nuestra página electrónica: www.firstmedicalpr.com.

**Servicio al Cliente**
Contamos con 23 oficinas de Servicio al Cliente para servirle mejor: 1-888-318-0274

### NUESTRO PROGRAMA DE COORDINACIÓN PARA SERVICIOS DE SALUD A DISTANCIA, TE TRAE:

     

1-833-390-3999  1-866-337-3338

Anuncio autorizado por la Administración de Seguros de Salud del Gobierno de Puerto Rico.

Efectividad: 1 de junio de 2021
EMPLEADO PÚBLICO — FE 2021

| Copagos / Coaseguros Farmacia | Uniforme - (Oro) | Premium ELA - (Rubí) | Classic ELA - (Rubí) |
|---|---|---|---|
| Deducible Inicial | No aplica | No aplica | $50.00 |
| Beneficio anual | $2,000 por persona cubierta | $1,750 por persona cubierta | $1,200 por persona cubierta |
| Exceso de | $2,001.00 en adelante aplica 40% de coaseguro | $1,751 en adelante aplica 40% de coaseguro | $1,201 en adelante aplica 40% de coaseguro. |
| Genérico Farmacias Preferidas | 10% de coaseguro mínimo $5.00 de copago | 10% de coaseguro mínimo $10.00 de copago | $15.00 de copago |
| Genérico Farmacias No Preferidas | 15% de coaseguro mínimo $10.00 de copago | 10% de coaseguro mínimo $10.00 de copago | $15.00 de copago |
| Marca Preferida / Farmacias Preferidas | 10% de coaseguro mínimo $12.00 de copago | 20% de coaseguro mínimo $15.00 de copago | 20% de coaseguro mínimo $20.00 de copago |
| Marca Preferida / Farmacias No Preferidas | 15% de coaseguro mínimo $15.00 de copago | 25% de coaseguro mínimo $15.00 de copago | 25% de coaseguro mínimo $20.00 de copago |
| Marca No Preferida / Farmacias Preferidas | 15% de coaseguro mínimo $20.00 de copago | 30% de coaseguro mínimo $20.00 de copago | 35% de coaseguro mínimo $35.00 de copago |
| Marca No Preferida / Farmacias No Preferidas | 20% de coaseguro mínimo $25.00 de copago | 30% de coaseguro mínimo $25.00 de copago | 35% de coaseguro mínimo $35.00 de copago |
| Medicamentos Especializados Preferidos / Todas las Farmacias | 30% de coaseguro máximo $200.00 de copago | 30% de coaseguro | 50% de coaseguro |
| Medicamentos Especializados No Preferidos / Todas las Farmacia | 30% de coaseguro máximo $200.00 de copago | 40% de coaseguro | 50% de coaseguro |
| Quimioterapias | 0% de coaseguro | 20% de coaseguro | 20% de coaseguro |
| Dental | (Incluido) | (Incluido) | (Incluido) |
| Beneficio máximo de cubierta anual | $1,000.00 | $750.00 | $500.00 |
| Diagnóstico y Preventivo Pediátrico | 0% | 0% | 0% |
| Diagnóstico y Preventivo Adulto | 0% | 0% | 0% |
| Restaurativo Menor | 20% | 20% | 20% |
| Restaurativo Mayor | 20% | 40% | 40% |
| Seguro de Vida (Universal Life Insurance) | (Opcional) | (Opcional) | (Opcional) |
| Beneficio Máximo por muerte natural o accidental. | $10,000.00 | $10,000.00 | $10,000.00 |

(Solo aplica a suscriptor principal menor de 65 años de edad). Beneficio máximo está sujeto a cláusulas y disposiciones que Universal Life establezca.

| Cubierta de Visión (Platino II) (Incluida en todas las cubiertas, a través de proveedores contratados por / Vision International, Inc.) | | | |
|---|---|---|---|
| Examen de la Vista (Refracción, 1 cada 12 meses) | $10 copago | $10 copago | $10 copago |
| Montura de la Colección Preferred—(1 montura cada 12 meses) | $18 copago | $18 copago | $18 copago |
| Un par de Lentes de Visión Sencilla, | $18 copago | $18 copago | $18 copago |
| - Bifocal (FT.25 - FT.28) / Trifocal (7x25) | $20 (Bifocal) / $18 (Trifocal) | $20 (Bifocal) / $18 (Trifocal) | $20 (Bifocal) / $18 (Trifocal) |
| - Policarbonato (Hasta 21 años, un (1) set cada doce (12) meses para visión sencilla) | $20 copago | $20 copago | $20 copago |
| Lentes de Contacto (en vez de espejuelos) Sujeto a cláusulas y disposiciones de / Vision International | $36 copago | $36 copago | $36 copago |
| - Blandos Diarios | $36 copago | $36 copago | $36 copago |
| - Blandos Extendidos | $36 copago | $36 copago | $36 copago |
| - Desechables (dos (2) cajas) | $36 copago | $36 copago | $36 copago |
| - Médicamente Necesarios (Uso diario, extendido o desechable) | $36 copago | $36 copago | $36 copago |
| Montura fuera de la Colección Preferred | 20% de descuento | 20% de descuento | 20% de descuento |

Tarifas para Empleados Activos y Pensionados sin Medicare A y B

| | Cubierta Uniforme - (Oro) | | | | Premium ELA - (Rubí) | | | | Classic ELA - (Rubí) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Básica, Dental, Farmacia | Gastos Médicos Mayores, | Seguro de Vida* | Visión | Básica, Dental, Farmacia | Gastos Médicos Mayores, | Seguro de Vida* | Visión | Básica, Dental, Farmacia | Gastos Médicos Mayores, | Seguro de Vida* | Visión |
| Individual | $429.00 | Incluido | $3.00 | Incluido | $236.50 | $14.00 | $3.00 | Incluido | $209.50 | $14.00 | $3.00 | Incluido |
| Pareja | $858.00 | Incluido | $3.00 | Incluido | $542.50 | $20.00 | $3.00 | Incluido | $469.50 | $20.00 | $3.00 | Incluido |
| Familiar | $1,029.00 | Incluido | $3.00 | Incluido | $687.50 | $30.00 | $3.00 | Incluido | $593.50 | $30.00 | $3.00 | Incluido |
| Dependiente opcional menor de 65 años | $1,102.00 | $24.00 | N/A | Incluido | $475.50 | $24.00 | N/A | Incluido | $433.50 | $24.00 | N/A | Incluido |
| Dependiente opcional mayor o igual a 65 años (sin Medicare A y B) | $1,411.00 | $41.00 | N/A | N/A | $587.50 | $41.00 | N/A | N/A | $538.50 | $41.00 | N/A | N/A |
| Dependiente con Cubierta Complemetaria Medicare | $1,006.00 | N/A | N/A | N/A | $496.50 | N/A | N/A | N/A | $347.50 | N/A | N/A | N/A |

Tarifas para Pensionados con Medicare A y B

| | Cubierta Uniforme - (Oro) | | | Premium ELA - (Rubí) | | | Classic ELA - (Rubí) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Básica, Dental, Farmacia | Gastos Médicos Mayores, | Visión | Básica, Dental, Farmacia | Gastos Médicos Mayores, | Visión | Básica, Dental, Farmacia | Gastos Médicos Mayores, | Visión |
| Individual complementaria Medicare | $1,006.00 | N/A | Incluido | $496.50 | N/A | Incluido | $347.50 | N/A | Incluido |
| Pareja (Uno con complementaria Medicare) | $2,222.00 | $68.00 | Incluido | $720.50 | $68.00 | Incluido | $611.50 | $68.00 | Incluido |
| Pareja (Ambos con complementaria Medicare) | $1,996.00 | N/A | Incluido | $981.50 | N/A | Incluido | $814.50 | N/A | Incluido |
| Familiar (Uno o más con complementaria Medicare) | $3,098.00 | $70.00 | Incluido | $1,162.50 | $70.00 | Incluido | $1,006.50 | $70.00 | Incluido |

Este documento es para propósitos informativos y no contiene todas las condiciones, beneficios y exclusiones según definidos en su contrato. Para más detalles de la cubierta, refiérase al contrato matriz. En caso de discrepancia entre las partes, deberá referirse al contrato firmado entre First Medical Health Plan, Inc., y el grupo.

Rev.3—3/31/2021– ICL/IBR

*(handwritten annotation:)* Mensual 442.50 Quincenal 221.25

55668-57-ES



**Entienda el impacto en su pensión del Acuerdo propuesto por el Comité Oficial de Retirados**

## ¿MI PENSIÓN ESTÁ PROTEGIDA?

### SI SU PENSIÓN Y BENEFICIOS ACTUALES SON DE
## $1,500 AL MES O MENOS*

## USTED ESTÁ PROTEGIDO
### DE LOS RECORTES A LAS PENSIONES.

## DE NO SER ASÍ,
**SU PENSIÓN Y BENEFICIOS MENSUALES EXPERIMENTARÁN**
## UNA REDUCCIÓN NO MAYOR DE 8.5%.

Para conocer más sobre el impacto del Acuerdo del COR en su pensión y beneficios mensuales, consulte la Calculadora de Pensiones disponible en <u>porturetiro.com</u>.



Para obtener más información, visite la página web del COR: **porturetiro.com**

*Su beneficio mensual total incluye su pensión base mensual, 1/12 del Bono de Navidad (si lo recibe), 1/12 de su Bono de Verano (si lo recibe) y un 1/12 de su Bono de Medicinas (si lo recibe). Su beneficio mensual total no incluye la aportación mensual para el plan médico y los beneficios de Seguro Social.

El Comité Oficial de Retirados provee este documento con el propósito de informar solamente y no tiene la intención de solicitar votos sobre ningún Plan de Ajuste que haya sido presentado o esté por presentarse en nombre del Gobierno de Puerto Rico. El Acuerdo entre el Comité de Retirados y la Junta de Supervisión Fiscal que se describe arriba está sujeto a la votación y confirmación del Plan de Ajuste.

# BENEFICIOS DEL ACUERDO DEL COR


## EL ACUERDO DEL COR PROTEGE A MÁS RETIRADOS.

| | |
|---|---|
| **Protege a más retirados** | 73% de todos los retirados están protegidos de los recortes – más de 120,000 retirados están protegidos |
| **Aumenta el umbral de las pensiones sujetas a recortes** | El umbral aumentó a $1,500/mes de $600/mes que era la propuesta original de la JSF |
| **Reduce el recorte máximo a las pensiones** | El recorte máximo se redujo a 8.5% comparado con 25% que era la propuesta original de la JSF |


## EL ACUERDO DEL COR ASEGURA QUE LOS BENEFICIOS DE SEGURO SOCIAL Y DE PLAN MÉDICO ESTÉN PROTEGIDOS.

| | |
|---|---|
| **Conserva la aportación al Plan Médico** | A diferencia de la propuesta de la JSF, mantiene la aportación mensual al Plan Médico, lo que representa un beneficio de $100/mes para quienes lo reciben (139,000 personas) |
| **Evita recortes adicionales por Seguro Social** | Asegura que el Seguro Social no entra en la fórmula para calcular los recortes |


## EL ACUERDO DEL COR PROVEE MÁS TIEMPO PARA QUE LOS RETIRADOS SE PREPAREN, PROTECCIÓN PARA EL FUTURO Y POSIBILIDAD DE RECUPERAR BENEFICIOS SI LA ECONOMÍA MEJORA.

| | |
|---|---|
| **Retrasa la fecha de efectividad** | Los recortes serán efectivos el 1 de julio de 2022, o 6 meses después de que se confirme un Plan de Ajuste, lo que ocurra más tarde |
| **Asegura cumplimiento del gobierno** | El Acuerdo será parte de una sentencia del Tribunal federal que irá por encima de leyes locales, y así proteger las pensiones de cualquier incumplimiento de parte del gobierno y de leyes futuras que puedan reducir los beneficios de los pensionados. |
| **Crea un Fondo de Reserva de Pensiones** | Establece un fondo de reserva de pensiones para proveer seguridad a los pagos de pensiones futuros en caso de que el gobierno vuelva a quedarse sin dinero para pagar las pensiones |
| **Establece un Mecanismo de Restauración de Beneficios** | Permite que el gobierno restaure los beneficios a los retirados afectados, si la economía tiene un desempeño por encima de las proyecciones del Plan Fiscal o si el gobierno identifica los fondos en su presupuesto anual |



Para obtener más información, visite la página web del COR: **porturetiro.com**



Estado Libre Asociado de Puerto Rico - Sistema de Retiro para Maestros

## CERTIFICACIÓN DE PENSIÓN

FRM-70-0001
Rev. 05/2012

CINTRON SUAREZ,PEDRO

41
GUAYAMA PR 007850000

Certifico que CINTRON SUAREZ,PEDRO recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $1,126.98 equivalente a $13,523.76 anual. Luego de las deducciones recibe la cantidad de $774.98 mensual, equivalente a $9,299.76 anual.

Esta certificación se expide hoy 9 de junio de 2015.



Número de Certificación: SRM03P1502614

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico

(787) 777-1414
http://www.srm.pr.gov

Página 1 de 1

De: Pedro Cintrón Suárez
Calle 23, S-11, Urb. Costa Azul
Guayama, PR 00784

 

U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
OCT 18, 21
AMOUNT
$1.36
R2304E105464-43

Tribunal de Distrito de EE UU., Oficina de Secretaría
Avenida Carlos Chardón 150, Suite 150
San Juan, Puerto Rico, 00918-1767