Nilsa Candelario
405 Ave. Esmeralda
Ste. 2559, Guaynabo, PR
00969

Send: 8 OCT 2021

16 OCT 2021 PM 3 L
MEMPHIS TN 380

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176525

2021 OCT 22 PM 3:15
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
RECEIVED & FILED