**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>                as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**AMBAC ASSURANCE CORPORATION'S INFORMATIVE**
**MOTION REGARDING OCTOBER 25, 2021, URGENT STATUS CONFERENCE**

Ambac Assurance Corporation ("Ambac") hereby submits this informative motion in compliance with the *Order to Appear for Urgent Status Conference* [ECF No. 18643[2]], and respectfully states as follows:

1. Atara Miller of Milbank LLP will appear telephonically at the October 25, 2021 Urgent Status Conference (the "Status Conference") on behalf of Ambac.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

2. Ms. Miller reserves the right to be heard on any matter raised by any party at the Status Conference related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interests of Ambac.

WHEREFORE, Ambac respectfully requests that the Court take notice of the foregoing.

[*Remainder of Page Intentionally Omitted*]

Dated: October 22, 2021
San Juan, Puerto Rico

          **FERRAIUOLI LLC**

          By: /s/ *Roberto Cámara-Fuertes*
           Roberto Cámara-Fuertes (USDC-PR No. 219002)
           Sonia Colón (USDC-PR No. 213809)
           221 Ponce de León Avenue, 5th Floor
           San Juan, PR 00917
           Telephone: (787) 766-7000
           Facsimile: (787) 766-7001
           Email: rcamara@ferraiuoli.com
             scolon@ferraiuoli.com

          **MILBANK LLP**

          By: /s/ *Atara Miller*
           Dennis F. Dunne (admitted *pro hac vice*)
           Atara Miller (admitted *pro hac vice*)
           Grant R. Mainland (admitted *pro hac vice*)
           John J. Hughes, III (admitted *pro hac vice*)
           Jonathan Ohring (admitted *pro hac vice*)
           55 Hudson Yards
           New York, NY 10001
           Telephone: (212) 530-5000
           Facsimile: (212) 530-5219
           Email: ddunne@milbank.com
             amiller@milbank.com
             gmainland@milbank.com
             jhughes2@milbank.com
             johring@milbank.com

          ***Attorneys for Ambac Assurance Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com