# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

### AAFAF'S EXHIBIT LIST IN CONNECTION WITH PLAN OF ADJUSTMENT CONFIRMATION

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), respectfully submits its exhibit list in accordance with the *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 18394) ("Procedures Order")[2] and the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (ECF No. 18502) ("Hearing Procedures Order").

### AAFAF's Exhibit List

1. Below is a list of exhibits AAFAF may rely on at the Confirmation Hearing.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| AAFAF Hearing Ex. 1 | | Joint Stipulation to be agreed to between AAFAF and the Oversight Board |
| AAFAF Hearing Ex. 2 | ECF No. 17627[3] | Seventh Amended Title III Joint Plan of Adjustment (July 30, 2021) ("Plan of Adjustment") |
| AAFAF Hearing Ex. 3 | ECF No. 18470 | Supplement to Plan of Adjustment (Oct. 11, 2021) ("Plan Supplement") |
| AAFAF Hearing Ex. 4 | ECF No. 18470-1 | Plan Supplement, Exhibit A (New GO Bond Trust Agreement) |
| AAFAF Hearing Ex. 5 | ECF No. 18470-2 | Plan Supplement, Exhibit B (CVI Trust Indenture) |
| AAFAF Hearing Ex. 6 | | Oversight Board Statement (Oct. 8, 2021)[4] |
| AAFAF Hearing Ex. 7 | ECF No. 18453 | Reservation of Rights of PSA Creditors (Oct. 11, 2021) |

---

[2] Capitalized terms not defined have the meaning ascribed in the Procedures Order.
[3] ECF numbers refer to Case No. 17-03283-LTS (D.P.R.) unless stated otherwise.
[4] https://app.reorg.com/documents/20211008/6160a980979df.pdf.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| AAFAF Hearing Ex. 8 | ECF No. 18479 | Joinder to PSA Creditors' Reservation of Rights (Oct. 13, 2021) |
| AAFAF Hearing Ex. 9 | | Statistics on income from pensions (Pension Rights Center)[5] |
| AAFAF Hearing Ex. 10 | ECF No. 17379 | Disclosure Statement Hearing Transcript (July 14, 2021) |
| AAFAF Hearing Ex. 11 | ECF No. 17628-10 | PROMESA Section 211 Report (Sept. 2019) |
| AAFAF Hearing Ex. 12 | | News article about government press conference (Oct. 12, 2021)[6] |
| AAFAF Hearing Ex. 13 | ECF No. 17628 | Disclosure Statement for Plan of Adjustment (July 30, 2021) |
| AAFAF Hearing Ex. 14 | ECF No. 17680 | Oversight Board Brief in Support of Plan of Adjustment (Aug. 3, 2021) |
| AAFAF Hearing Ex. 15 | ECF No. 5048-1 | COFINA Plan of Adjustment (Jan. 9, 2019) |
| AAFAF Hearing Ex. 16 | Case No. 17-03284, ECF No. 543 | Supplemental Brief of Plan Support Parties in Support of COFINA Plan of Adjustment (Jan. 24, 2019) |
| AAFAF Hearing Ex. 17 | ECF No. 18447 | Proposed Order Confirming Plan of Adjustment (Oct. 8, 2021) |
| AAFAF Hearing Ex. 18 | ECF No. 17628-16 | Best Interests Test Reports (July 30, 2021) |
| AAFAF Hearing Ex. 19 | | Commonwealth Fiscal Plan (Mar. 13, 2017)[7] |
| AAFAF Hearing Ex. 20 | | Commonwealth Fiscal Plan (Apr. 19, 2018)[8] |
| AAFAF Hearing Ex. 21 | | Commonwealth Fiscal Plan (June 29, 2018)[9] |

---

[5] http://www.pensionrights.org/publications/statistic/income-pensions.
[6] https://app.reorg.com/v3#/items/intel/1869?item_id=157190.
[7] https://drive.google.com/file/d/1qud_EWxvKHALy8J4A9reP3riQwBFucVk/view.
[8] https://drive.google.com/file/d/1X3JdAwbfo47oZ__6_1aABcmfyzhPFrjE/view.
[9] https://drive.google.com/file/d/1c9LACF1yzSi1sUElNVaZHklo93TJR55M/view.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| AAFAF Hearing Ex. 22 | | Commonwealth Fiscal Plan (Oct. 23, 2018)[10] |
| AAFAF Hearing Ex. 23 | | Commonwealth Fiscal Plan (May 9, 2019)[11] |
| AAFAF Hearing Ex. 24 | | Commonwealth Fiscal Plan (May 27, 2020)[12] |
| AAFAF Hearing Ex. 25 | | Commonwealth Fiscal Plan (Apr. 23, 2021)[13] |
| AAFAF Hearing Ex. 26 | Case No. 21-00072, ECF No. 18 | Oversight Board's Statement of Uncontested Material Facts in Support of Summary Judgment (Aug. 13, 2021) |
| AAFAF Hearing Ex. 27 | Case No. 19-00393, ECF No. 1 | Oversight Board Complaint (July 3, 2019) |
| AAFAF Hearing Ex. 28 | Case No. 19-00393, ECF No. 77 | Oversight Board Brief in Support of Summary Judgment (Dec. 13, 2019) |

2.   AAFAF will file the abovementioned exhibits within the timeframe and requirements set by the Hearing Procedures Order.

*Remainder of Page Intentionally Left Blank*

---

[10] https://drive.google.com/file/d/17ca0ALe7vpYn0jEzTz3RfykpsFSM0ujK/view.
[11] https://drive.google.com/file/d/13wuVn04--JKMEPKu-u-djZJHqTK-55aV/view.
[12] https://drive.google.com/file/d/1ayjLxr74cKpFo4B2sAToSj-OeJOYvFO5/view.
[13] https://drive.google.com/file/d/1reetKnfKsa1uR-A0u9l3FM6PfGamHCrx/view.

Dated: October 22, 2021
San Juan, Puerto Rico

/s/ Peter Friedman
John J. Rapisardi
Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

-and-

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ Luis C. Marini-Biaggi
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Co-attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi