## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>As representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>Debtors 1 | PROMESA<br>Title III<br><br>NO.  17 BK 3283LTS<br><br><br>(Jointly Administered) |

### PRETRIAL INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned counsel pursuant to paragraph 4(a) of the Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment at docket entry 18502 respectfully informs:

1. On October 19th, 2021, the undersigned filed an objection to the confirmation of Debtor's Plan of Adjustment (the "Plan") on behalf of MARUZ REAL ESTATE CORP. Docket entry 18563.

2. The undersigned counsel will participate at the Confirmation Hearing on the Plan.

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable , are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK- 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")(BankruptcyCaseNo.17-BK-4780-LTS)(LastFourDigits ofFederalTaxID:3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523- LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Attached herein is Exhibit A, the Party Appearance Sheet in compliance with the Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment at Docket No. 18502.

**WHEREFORE**, it is respectfully requested that notice of the above be taken by the Court.

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22nd, 2021, I caused the preceding document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of October 2021.

**COUNSEL FOR MARUZ REAL ESTATE CORP.**

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
Fax. (787) 483-6048
E-Mail: fuenteslaw@icloud.com

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | | |
|---|---|---|
| Name of Party  MARUZ REAL ESTATE CORP. | | |
| Party Name Abbreviation (For Use with Zoom[2])  MARUZ | | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<ul><li>Name, ALEXIS FUENTES HERNANDEZ</li><li>Email, fuenteslaw@icloud.com</li><li>Law Firm, FUENTES LAW OFFICES LLC</li><li>Phone Number 787-722-5217</li><li>Docket Entry No. for the Attorney's Notice of Appearance   17016</li><li>Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))  MARUZ</li><li>Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? CONFIRMATION</li></ul>or<br><br>Party-in-interest Not Represented by Counsel: N/A<ul><li>Name, Email, Phone Number, Proof of Claim Number (if any)</li></ul> | | |
| Plan Objection Docket Entry No.  18563 | | |
| Witness List Docket Entry No.  N/A | | |
| Exhibit List Docket Entry No.  N/A | | |
| Other Statement Docket Entry No.  N/A | | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).

211014 EXHIBIT A. APPEARANCE SHEET          VERSION OCTOBER 14, 2021          1