# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- x
In re                                                                :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   PROMESA
                                                                     :   Title III
                                                                     :
        as representative of                                         :
                                                                     :   Case No. 17-BK-3283 (LTS)
                                                                     :   (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,                              :
                                                                     :
        Debtors.¹                                                    :
-------------------------------------------------------------------- x
                                                                     :
```

## INFORMATIVE MOTION REGARDING
## APPEARANCE AT THE OCTOBER 25, 2021 HEARING

Pursuant to the Court's *Order to Appear for Urgent Status Conference* [Docket No. 18643], Willkie Farr & Gallagher LLP ("Willkie"), in its capacity as counsel for the *ad hoc* group of certain holders of bonds issues or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders"), and Ramón Rivera Morales in his capacity as local counsel to the Ad Hoc Group of General Obligation Bondholders, respectfully notify the Court of their intent to attend the hearing on October 25, 2021 (and to the extent necessary October 26, 2021). The Ad Hoc Group of General Obligation Bondholders reserve the right to respond to any matters raised by the Court to an statements made by any party in connection with the above-captioned

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: October 22, 2021
      New York, New York

Respectfully submitted,

By: _/s/ J. Ramón Rivera Morales_
   J. Ramón Rivera Morales
   USDC-PR Bar No. 200701
   Andrés F. Picó Ramírez
   USDC-PR Bar No. 302114
   **JIMÉNEZ, GRAFFAM & LAUSELL**
   P.O. Box 366104
   San Juan, PR 00936
   Telephone: (787) 767-1030
   Facsimile: (787) 751-4068
   Email: rrivera@jgl.com

Respectfully submitted,

By: _/s/ Mark T. Stancil_
   Mark T. Stancil (admitted *pro hac vice*)
   **WILLKIE FARR & GALLAGHER LLP**
   1875 K Street, NW
   Washington, DC 20006
   Telephone: (202) 303-1133
   Facsimile: (202) 303-2133
   Email: mstancil@willkie.com

| | |
|---|---|
| */s/ Andrew N. Rosenberg* | */s/ Donald Burke* |
| Andrew N. Rosenberg (admitted *pro hac vice*) | Lawrence S. Robbins (admitted *pro hac vice*) |
| Karen R. Zeituni (admitted *pro hac vice)* | Gary A. Orseck (admitted *pro hac vice*) |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | Donald Burke (admitted *pro hac vice*) |
| 1285 Avenue of the Americas | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| New York, NY 10019 | 1801 K Street, NW |
| Telephone: (212) 373-3000 | Washington, DC 20006 |
| Facsimile: (212) 757-3990 | Telephone: (202) 775-4500 |
| Email: arosenberg@paulweiss.com | Facsimile: (202) 775-4510 |
| | Email: lrobbins@robbinsrussell.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel for the parties of record.

                                      */s/ Mark T. Stancil*
                                      Mark T. Stancil