## Exhibit A

The following chart includes the Monolines' currently anticipated Confirmation Hearing Exhibits. The Monolines reserve the right to designate additional Confirmation Hearing Exhibits prior to the Confirmation Hearing.

| **Exhibit Number** | **Bates Range[1]** | **ECF No.[2]** | **Description** |
|---|---|---|---|
| Ex. 1 | HTA_STAY0004323 | n/a | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds |
| Ex. 2 | HTA_STAY0001428 | n/a | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds |
| Ex. 3 | Ambac_Cash_2004 0058651 at Ambac_Cash_2004 0058705-08 | n/a | HTA[3] Resolution No. 83-01 |
| Ex. 4 | HTA_STAY0001569 | n/a | HTA Resolution No. 98-08 |
| Ex. 5 | HTA_STAY0044419-69 | n/a | Resolution 2002-04 excerpted from closing binder for HTA Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Ex. 6 | HTA_STAY0045394 (Bates No. of the Closing Binder Table of Contents) | n/a | Closing binder containing documents from the 2002 HTA bond issuance of Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Ex. 7 | HTA_STAY0045385 | n/a | Security Agreement by and between HTA and Owners of Transportation Revenue Bonds, dated February 7, 2002 and UCC-1 filed by HTA |
| Ex. 8 | HTA_STAY0002741-2846 | n/a | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA |
| Ex. 9 | HTA_STAY0004323-4475 | n/a | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 |
| Ex. 10 | HTA_STAY0056079 | n/a | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 |
| Ex. 11 | HTA_STAY0008154-8218 | n/a | Official Statement, HTA 1977 Series L Highway Revenue Bonds |
| Ex. 12 | HTA_STAY0045783 | n/a | Official Statement, Series Y&Z Highway Bonds |
| Ex. 13 | HTA_STAY0056356 | n/a | 2010 Reoffering Circular re: Series AA and Series H Bonds |

---

[1] For the avoidance of doubt, a Bates Number reference to the first page of a produced document refers to the entirety and/or complete set of that document.
[2] All ECF Numbers refer to Case No. 17-03283-LTS unless otherwise stated.
[3] "HTA" or "PRHTA" means the Puerto Rico Highways and Transportation Authority.

| Exhibit Number | Bates Range[1] | ECF No.[2] | Description |
|---|---|---|---|
| Ex. 14 | HTA_STAY0056328-30 | n/a | GDB[4] Resolution EC-2010-18 |
| Ex. 15 | DS-033600 – DS033602 | n/a | GDB Resolution 9179-A |
| Ex. 16 | DS-030696 – DS-030699 | n/a | GDB Resolution EC-1697 |
| Ex. 17 | DS-030427 – DS-030428 | n/a | HTA Resolution No. 2008-31 |
| Ex. 18 | DS-030490 – DS-030492 | n/a | GDB Resolution 8804 |
| Ex. 19 | DS-030499 – DS-030501 | n/a | GDB Resolution 9195 |
| Ex. 20 | DS-057666 – DS-057668 | n/a | GDB Resolution 9296 |
| Ex. 21 | DS-057669 – DS-057670 | n/a | HTA Resolution Num. 2010-15 |
| Ex. 22 | DS-058863 | n/a | HTA Resolution No. 2010-19 |
| Ex. 23 | DS-031275 – DS-031276 | n/a | HTA Resolution 2009-01 |
| Ex. 24 | DS-031278 – DS-031280 | n/a | GDB Resolution 9024 |
| Ex. 25 | DS-046572 – DS-046574 | n/a | GDB Resolution EC-2009-05 |
| Ex. 26 | DS-046492 – DS-046493 | n/a | HTA Resolution 2009-24 |
| Ex. 27 | DS-025154 – DS-025155 | n/a | HTA Resolution 2008-13 |
| Ex. 28 | DS-033775 – DS-033776 | n/a | Letter from GDB to HTA dated 11/10/09 |
| Ex. 29 | DS-030439 – DS-030441 | n/a | Letter from GDB to HTA dated 8/1/2018 |
| Ex. 30 | DS-057664 – DS-057665 | n/a | Letter from GDB to HTA dated 6/24/10 |
| Ex. 31 | DS-037032 - DS-037033 | n/a | Letter from GDB to HTA dated 10/6/09 |
| Ex. 32 | DS-031282 - DS-031283 | n/a | Letter from GDB to HTA dated 1/26/09 |
| Ex. 33 | HTA_STAY0000001 | n/a | Spreadsheet Tracking HTA Revenues 2017-2020 |
| Ex. 34 | AAFAF_CONF_0009292 | n/a | AAFAF FY16-FY21 HTA Flow of Funds Summary |
| Ex. 35 | AAFAF_CONF_0003638, at AAFAF_CONF0003639-43 (loan agreement); AAFAF_CONF_0003531, at AAFAF_CONF0003532-33 (first amendment); AAFAF_CONF_0003622, at AAFAF_CONF_0003625-28 (third amendment) AAFAF_CONF_0003572, at AAFAF_CONF_0003573-77(fourth amendment); AAFAF_CONF_0003589, at AAFAF_CONF_0003589-91 (fifth amendment); | Second and Seventh Amendments at ECF 16276-13 at pp.7-9, 25-28. | March 19, 2008 Loan Agreement and Amendments |

---

[4] "GDB" means the Government Development Bank for Puerto Rico.

| Exhibit Number | Bates Range[1] | ECF No.[2] | Description |
|---|---|---|---|
| | AAFAF_CONF_0003600, at AAFAF_CONF_0003601-03 (sixth amendment) | | |
| Ex. 36 | AAFAF_CONF_0004166, at AAFAF_CONF_0004167-74 (loan agreement); AAFAF_CONF_0004128, at AAFAF_CONF_0004129-31 (first amendment); AAFAF_CONF_0004148, at AAFAF_CONF_0004151 (second amendment); AAFAF_CONF_0004155, at AAFAF_CONF_0004155-57 (third amendment); AAFAF_CONF_0004094, at AAFAF_CONF_0004094-97 (fourth amendment) | n/a | August 6, 2008 Loan Agreement and Amendments |
| Ex. 37 | AAFAF_CONF_0004248, at AAFAF_CONF_0004249-52 (loan agreement); AAFAF_CONF_0004193, at AAFAF_CONF_0004194-96 (first amendment); AAFAF_CONF_0004203, at AAFAF_CONF_0004204-06 (second amendment); AAFAF_CONF_0004215, at AAFAF_CONF_0004215-17 (third amendment); AAFAF_CONF_0004226, at AAFAF_CONF_0004227-29 (fourth amendment) | Fifth Amendment at ECF 16276-1 at pp. 17-21 | October 30, 2009 Loan Agreement and Amendments |
| Ex. 38 | AAFAF_CONF_0004432, at AAFAF_CONF_0004433-36 (loan agreement); AAFAF_CONF_0003547, at AAFAF_CONF_0003550-52 (first amendment); AAFAF_CONF_0004384, at AAFAF_CONF_0004385-87 (third amendment); AAFAF_CONF_0004397, at AAFAF_CONF_0004398-400 (fourth amendment); AAFAF_CONF_0004410, at AAFAF_CONF_0004411-13 (fifth amendment) | Second Amendment at ECF 16276-15 at pp. 9-11 | October 30, 2009 Loan Agreement II and Amendments |
| Ex. 39 | DS-030681, at DS-030684-92 (loan agreement); AAFAF_CONF_0003547, at AAFAF_CONF_0003562-64 (first | n/a | October 30, 2009 Amended and Restated Loan Agreement and Amendments |

| Exhibit Number | Bates Range[1] | ECF No.[2] | Description |
|---|---|---|---|
| | amendment); AAFAF_CONF_0004059, at AAFAF_CONF_0004062-64 (second amendment); AAFAF_CONF_0004077, at AAFAF_CONF_0004078-83 (third amendment); AAFAF_CONF_0004094, at AAFAF_CONF_0004094-97 (fourth amendment); AAFAF_CONF_0004106, at AAFAF_CONF_0004107-09 (fifth amendment) | | |
| Ex. 40 | AAFAF_CONF_0004309, at AAFAF_CONF_0004314-19 (loan agreement); AAFAF_CONF_0004264, at AAFAF_CONF_0004265-67 (first amendment); AAFAF_CONF_0004276, at AAFAF_CONF_0004276-78 (second amendment); AAFAF_CONF_0004287, at AAFAF_CONF_0004288-90 (third amendment) | Fourth Amendment at ECF 16276-10 at pp. 20-23. | November 9, 2009 Loan Agreement and Amendments |
| Ex. 41 | AAFAF_CONF_0002933, at AAFAF_CONF_0002934-38 (loan agreement); AAFAF_CONF_0002887, at AAFAF_CONF_0002888-92 (first amendment); AAFAF_CONF_0002902, at AAFAF_CONF_0002903-05 (second amendment); AAFAF_CONF_0002914, at AAFAF_CONF_0002915-18 (third amendment) | Fourth Amendment at ECF 16276-3 at pp. 34-37 | June 30, 2010 Loan Agreement and Amendments |
| Ex. 42 | AAFAF_CONF_0002971, at AAFAF_CONF_0002972-77 (loan agreement); AAFAF_CONF_0003107, at AAFAF_CONF_0003108-12 (first amendment); AAFAF_CONF_0003123, at AAFAF_CONF_0003124-26 (second amendment); AAFAF_CONF_0003135, at AAFAF_CONF_0003136-39 (third amendment) | Fourth Amendment at ECF 16276-8 at pp. 19-22. | July 13, 2010 Loan Agreement and Amendments |

| Exhibit Number | Bates Range[1] | ECF No.[2] | Description |
|---|---|---|---|
| Ex. 43 | AAFAF_CONF_0003154, at AAFAF_CONF_0003155-60 (loan agreement); AAFAF_CONF_0003285, at AAFAF_CONF_0003289-91 (first amendment); AAFAF_CONF_0003304, at AAFAF_CONF_0003305-08 (second amendment); AAFAF_CONF_0003318, at AAFAF_CONF_0003319-23 (third amendment); AAFAF_CONF_0003344, at AAFAF_CONF_0003345-50 (fourth amendment); AAFAF_CONF_0003384, at AAFAF_CONF_0003385-89 (fifth amendment); AAFAF_CONF_0003398, at AAFAF_CONF_0003399-403 (sixth amendment); AAFAF_CONF_0003411, AAFAF_CONF_0003413-17 (seventh amendment); AAFAF_CONF_0003432, at AAFAF_CONF_0003434-39 (eighth amendment); AAFAF_CONF_0003456, at AAFAF_CONF_0003458-63 (ninth amendment) | n/a | August 27, 2010 Loan Agreement and Amendments |
| Ex. 44 | AAFAF_CONF_0003496, at AAFAF_CONF_0003497-506 | n/a | August 27, 2010 Loan Agreement II |
| Ex. 45 | AAFAF_CONF_0003972, at AAFAF_CONF_0003974-80 (loan agreement); AAFAF_CONF_0003954, at AAFAF_CONF_0003955-57 (first amendment) | n/a | August 28, 2013 Loan Agreement and Amendments |
| Ex. 46 | AAFAF_CONF_0003658, at AAFAF_CONF_0003659-68 (loan agreement); AAFAF_CONF_0003710, at AAFAF_CONF_0003712-18 (first amendment); AAFAF_CONF_0003683, at AAFAF_CONF_0003684-88 (second amendment); AAFAF_CONF_0003692, at AAFAF_CONF_0003693-98 (third amendment); AAFAF_CONF_0003733, at | n/a | October 27, 2011 Spanish Language Loan Agreement and Amendments |

| Exhibit Number | Bates Range[1] | ECF No.[2] | Description |
|---|---|---|---|
| | AAFAF_CONF_0003734-39 (fourth amendment) | | |
| Ex. 47 | AAFAF_CONF_0003752, at AAFAF_CONF_0003753-65 (loan agreement); AAFAF_CONF_0003780, at AAFAF_CONF_0003781-85 (first amendment); AAFAF_CONF_0003792, at AAFAF_CONF_0003793-95 (second amendment); AAFAF_CONF_0003800, at AAFAF_CONF_0003801-05 (third amendment); AAFAF_CONF_0003814, at AAFAF_CONF_0003814-18 (fourth amendment); AAFAF_CONF_0003827, at AAFAF_CONF_0003828-32 (fifth amendment) | Certified translation attached as Ex. 20 to Natbony Declaration, 21-00068-LTS, ECF 46-20 | November 29, 2011 Spanish Language Loan Agreement and Amendments |
| Ex. 48 | AAFAF_CONF_0003891, at AAFAF_CONF_0003892-901 (loan agreement); AAFAF_CONF_0003847, at AAFAF_CONF_0003847-52 (first amendment); AAFAF_CONF_0003861, at AAFAF_CONF_0003862-65 (second amendment); AAFAF_CONF_0003873, at AAFAF_CONF_0003874-79 (third amendment) | Fourth Amendment at ECF 16276-4 at pp. 27-33. Certified translation attached as Ex. 21 to Natbony Declaration, 21-00068-LTS, ECF 46-21 | September 12, 2012 Spanish Language Loan Agreement and Amendments |
| Ex. 49 | AAFAF_CONF_0003932 (loan agreement), at AAFAF_CONF_0003932-43 | All Amendments at ECF 16276-6 at pp. 13-36. Certified translation attached as Ex. 22 to Natbony Declaration, 21-00068-LTS, ECF 46-22 | February 28, 2013 Spanish Language Loan Agreement and Amendments |

| Exhibit Number | Bates Range[1] | ECF No.[2] | Description |
|---|---|---|---|
| Ex. 50 | AAFAF_CONF_0004007, at AAFAF_CONF_0004008-20 (loan agreement) | Certified translation attached as Ex. 13 to Natbony Declaration, 21-00068-LTS, ECF 46-13 | January 16, 2014 Spanish Language Loan Agreement and Amendments |
| Ex. 51 | n/a | ECF 16276-16 | GDB-HTA Promissory Notes |
| Ex. 52 | AAFAF_CONF_0003972 at AAFAF_CONF_0003988-97 | Amendments to the Assignment and Security Agreement at Case no. 17-03567-LTS, ECF 1036-6 at pp. 11-34. | GDB Assignment and Security Agreement and Amendments |
| Ex. 53 | n/a | Case no. 17-03567-LTS, ECF 1036-7 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment |
| Ex. 54 | HTA_STAY0000269 & HTA_STAY0000313 | n/a | UCC Financing Statements filed by Puerto Rico Highway and Transportation Authority |
| Ex. 55 | AAFAF_CONF_0000891 | n/a | GDB Qualifying Modification Solicitation Statement, August 9, 2018 |
| Ex. 56 | HTA_STAY0056408-59 (2008, 2009); HTA_STAY0056237 (2011); FOMB_CONF_57847 (2012, 2013); HTA_STAY0000769 (2016); HTA_STAY0000834 (2017); HTA_STAY0000941 (2018) | n/a | HTA Audited Financial Statements – 2008-2019<br><br>(2010, 2014, 2015, 2019 HTA Audited Financial Statements are available on the EMMA online database) |
| Ex. 57 | CW_STAY0009784-10167 (2015); CW_STAY0010168-10543 (2016); CW_STAY0047980 (2017) | n/a | Commonwealth Financial Statements 1998-2018<br><br>(Commonwealth Financial Statements from 1998-2018 are available on the Departmento de Hacienda website) |
| Ex. 58 | NP 0004025 | n/a | Official Statement for HTA Series M and Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution |