# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Nos. 17679, 18094, 18044, 18097, 18394** |

## DEBTORS' FINAL LIST OF WITNESSES TO BE OFFERED IN SUPPORT OF CONFIRMATION OF PLAN OF ADJUSTMENT

**To the Honorable United States District Court Judge Laura Taylor Swain:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth and ERS, the "Debtors"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2], respectfully submits this Final Witness List (as defined below)[3]:

### Debtors' Final Witness List

1. On August 3, 2021, the Debtors filed the *Debtors' Preliminary List of Witnesses to be Offered in Support of Confirmation of Plan of Adjustment* [ECF No. 17679] (the "Initial Witness List"), setting forth an initial list of witnesses who may testify on behalf of the Debtors in support of confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 17627] (as it may be amended, modified, or supplemented, the "Plan") and the topics about which each witness is expected to testify.

2. On September 6, 2021, the Debtors filed the *Debtors' Identification of Expert Witnesses* [ECF No. 18044] (the "Expert Witness Identification"), setting forth its identification of expert witnesses who may provide opinion testimony in support of confirmation of the Plan.

3. On September 13, 2021, the Debtors filed the *Debtors' Amended List of Witnesses to be Offered in Support of Confirmation of Plan of Adjustment* [ECF No. 18094] (the "Amended Witness List"), setting forth an amended list of witnesses who may testify on behalf of the Debtors in support of confirmation of the Plan and the topics about which each witness is expected to testify.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3] The Oversight Board reserves all rights, including the right to call witnesses identified on other parties' witness lists, the right to call witnesses for rebuttal if necessary, and the right to revise, amend and/or supplement this list should the Confirmation Hearing scheduled to commence on November 8, 2021 be adjourned or should the Plan be modified.

4. Also on September 13, 2021, the Debtors filed the *Debtors' Opening Expert Reports and Disclosures* [ECF No. 18097] (the "Opening Expert Disclosures"), submitting the Debtors' opening expert reports and disclosures in support of confirmation of the Plan.

5. In accordance with paragraph 4 of the Court's *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 18394], the Debtors' final list of witnesses (the "Final Witness List") is as follows.

1. Natalie A. Jaresko
2. David A. Skeel, Jr.
3. Steve Zelin*
4. Christina Pullo
5. Ojas Shah*
6. Gaurav Malhotra*
7. Juan Santambrogio*
8. Adam Chepenik*
9. Sheva Levy*
10. Jay Herriman*
11. David Brownstein*
12. Marti P. Murray
13. Dr. Andrew Wolfe
14. Custodians of record to be identified, if necessary for authentication.

\* Witnesses identified with an asterisk ("*") were set forth in the Expert Witness Identification as witnesses who may offer testimony pursuant to Fed. R. Civ. P. 26(a)(2)(C), and the Debtors filed a disclosure for each such witness in the Opening Expert Disclosures [ECF No. 18097].

[*Remainder of Page Intentionally Left Blank*]

**WHEREFORE** the Debtors respectfully request the Court take notice of the foregoing.

Dated: October 22, 2021
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer