*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 1 | Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | |
| Debtors' Exhibit 2 | Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (the "Disclosure Statement") | |
| Debtors Exhibit 3 | Supplement to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | |
| Debtors' Exhibit 4 | 2017 Commonwealth Fiscal Plan, certified by the Oversight Board on March 13, 2017 | |
| Debtors' Exhibit 5 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on April 19, 2018 | |
| Debtors' Exhibit 6 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on June 29, 2018 | |
| Debtors' Exhibit 7 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on October 23, 2018 | |
| Debtors' Exhibit 8 | 2019 Commonwealth Fiscal Plan, certified by the Oversight Board on May 9, 2019 | |
| Debtors' Exhibit 9 | 2020 Commonwealth Fiscal Plan, certified by the Oversight Board on May 27, 2020 | |
| Debtors' Exhibit 10 | 2021 Commonwealth Fiscal Plan, certified by the Oversight Board on April 23, 2021 | |
| Debtors' Exhibit 11 | 2022 Commonwealth Budget, certified by the Oversight Board on June 30, 2021 | |
| Debtors' Exhibit 12 | 2021 Commonwealth Budget, certified by the Oversight Board on June 30, 2020 | |
| Debtors' Exhibit 13 | 2020 Commonwealth Budget, certified by the Oversight Board on June 30, 2019 | |
| Debtors' Exhibit 14 | 2019 Commonwealth Budget, certified by the Oversight Board on June 30, 2018 | |
| Debtors' Exhibit 15 | 2018 Commonwealth Budget, certified by the Oversight Board on June 30, 2017 | |

Case:17-03283-LTS Doc#:18687-1 Filed:10/22/21 Entered:10/22/21 23:27:53 Desc:
Exhibit Exhibit List Page 2 of 10

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 16 | Amended and Restated Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, certain GO Bondholders and PBA Bondholders, Assured Guaranty Corp. and Assured Municipal Corp., Syncora Guarantee Inc., and National Public Finance Guarantee Corporation (July 12, 2021) | |
| Debtors' Exhibit 17 | HTA/CCDA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth and the Puerto Rico Highways and Transportation Authority, certain holders of HTA Bond Claims, certain holders of CCDA Bond Claims, Assured and National (the "HTA/CCDA PSA") (May 5, 2021) | |
| Debtors' Exhibit 18 | PRIFA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth, certain holders of PRIFA Bond Claims, Ambac Assurance Corp., and Financial Guaranty Insurance Company (the "PRIFA PSA") (July 27, 2021) | |
| Debtors' Exhibit 19 | Amended and Restated Stipulation (A) Allowing Claims of ERS Bondholders, (B) Staying Pending Litigation, and (C) Providing for Treatment of Claims of ERS Bondholders and Dismissal of Pending Litigation Pursuant to a Plan of Adjustment (the "ERS Stipulation") (April 2, 2021) | |
| Debtors' Exhibit 20 | Plan Support Agreement ("Retiree Committee PSA"), dated as of June 7, 2019, by and between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and the Official Committee of Retirees | |
| Debtors' Exhibit 21 | Plan Support Agreement ("AFSCME PSA," and together with the GO/PBA PSA, the HTA/CCDA PSA, the PRIFA Related PSA, and the Retiree Committee PSA, the "Plan Support Agreements"), dated as of June 7, 2019, by and between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and the American Federation of State, County, and Municipal Employees International Union, AFL-CIO | |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 22 | Stipulation providing for resolution of disputes regarding the PRIFA bond anticipation notes ("PRIFA BANs") (the "PRIFA BANs Stipulation") (February 22, 2021) | |
| Debtors' Exhibit 23 | UCC Letter Agreement (July 12, 2021) | |
| Debtors' Exhibit 24 | Fiscal Plan Macroeconomic Overview and Revised Plan of Adjustment Proposal (August 18, 2020) | |
| Debtors' Exhibit 25 | August 24 PSA Creditors Proposal (exchanged on August 24, 2020, publicly disclosed on September 30, 2020) | |
| Debtors' Exhibit 26 | Settlement agreement and memorandum of understanding, Vaqueria Tres Monjitas, Inc. and Suiza Dairy, Inc. v. Naftali Soto Santiago, et al., Case No. 04-1840 (DRD) (October 29, 2013) | |
| Debtors' Exhibit 27 | Puerto Rico Green Energy Incentives Act, Act No. 83-2010, as incorporated under the New Incentives Code, Act 60-2019 (the "Energy Incentive Act") | |
| Debtors' Exhibit 28 | PSA Announcement Presentation (2021.02.23) vFinal.pdf | |
| Debtors' Exhibit 29 | Puerto Rico's Proposed Plan of Adjustment Benefits (August 23, 2021) | |
| Debtors' Exhibit 30 | Cash Bridge (August 23, 2021) | |
| Debtors' Exhibit 31 | Public Meeting - September 17, 2021 - Presentation - Plan of Adjustment | |
| Debtors' Exhibit 32 | International Monetary Fund, The Bahamas: Staff Report for the 2019 Article IV Consultation | |
| Debtors' Exhibit 33 | Joint Resolution 85-2020 (November 18, 2020) | |
| Debtors' Exhibit 34 | Barb Rosewicz, Justin Theal & Joe Fleming, States' Total Rainy Day Funds Fall for First Time Since Great Recession, The Pew Charitable Trusts (May 17, 2021) | |
| Debtors' Exhibit 35 | Best Practices: Fund Balance Guidelines for the General Fund, Government Finance Officers Association (GFOA) (Approved September, 30, 2015) | |
| Debtors' Exhibit 36 | International Monetary Fund W. Hemisphere Dept., The Bahamas: 2019 Article IV Consultation-Press Release; and Staff Report, International Monetary Fund, Country Report No. 19/198 (July 1, 2019) | |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 37 | The Fiscal Survey of States, Spring 2021, National Association of State Budget Officers | |
| Debtors' Exhibit 38 | Feds and Puerto Rico Reach Deal Allowing Disaster Recovery Loans to Start Flowing. NPR, March 22, 2018 | |
| Debtors' Exhibit 39 | Rainy Day Fund Structures, National Conference of State Legislatures | |
| Debtors' Exhibit 40 | Recovery Fund Guidelines | |
| Debtors' Exhibit 41 | Recovery Fund Overview | |
| Debtors' Exhibit 42 | A Risk Bases Analysis of General Fund Requirements | |
| Debtors' Exhibit 43 | Submission by AAFAF/Conway to Ernst & Young dated December 11, 2020 | Confidential |
| Debtors' Exhibit 44 | City of Detroit - Plan of Adjustment - 40 year projections | |
| Debtors' Exhibit 45 | PROMESA Section 211 Report on the Puerto Rico Retirement Systems (September 2019) | |
| Debtors' Exhibit 46 | Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021 | Confidential |
| Debtors' Exhibit 47 | Milliman Letter re PRTRS —Benefit Payment and Member Contribution Projections Reflecting the 2018 Voluntary Transition Program (February 20, 2019) | Confidential |
| Debtors' Exhibit 48 | Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021 | Confidential |
| Debtors' Exhibit 49 | Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan | Confidential |
| Debtors' Exhibit 50 | Roster de empleados - 4 - enero - 2021 | Confidential |
| Debtors' Exhibit 51 | TRS PayGo Expense Dec 2020 | Confidential |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 52 | Oversight Board Average Statistics by Pension Class (July 9, 2021) | Confidential |
| Debtors' Exhibit 53 | Retiree Committee Requests - Employee Contributions for Act 447, Law 3, System 2000 and Act 3; System 2000 Balance Contributions | Confidential |
| Debtors' Exhibit 54 | Estimated headcount by class (July 26, 2021) | Confidential |
| Debtors' Exhibit 55 | Oversight Board POA pension classes and claim (June 24, 2021) | Confidential |
| Debtors' Exhibit 56 | Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan | Confidential |
| Debtors' Exhibit 57 | Act 33 approved December 7, 1942<br>13 L.P.R.A. § 35-43 | |
| Debtors' Exhibit 58 | Act 2 approved October 10, 1985<br>13 L.P.R.A. § 141-141m | |
| Debtors' Exhibit 59 | Act 1 approved June 26, 1987, as amended<br>13 L.P.R.A. § 63-63h | |
| Debtors' Exhibit 60 | Act 47 approved June 30, 2013 | |
| Debtors' Exhibit 61 | Act 242 approved December 13, 2011 | |
| Debtors' Exhibit 62 | Act 45 approved June 30, 2013<br>7 L.P.R.A. § 607g | |
| Debtors' Exhibit 63 | Act 34 approved March 4, 2014 | |
| Debtors' Exhibit 64 | Act 79 approved June 1, 2011 | |
| Debtors' Exhibit 65 | Act 243 approved August 9, 2008 | |
| Debtors' Exhibit 66 | Act 74 approved July 23, 2007, as amended | |
| Debtors' Exhibit 67 | Act 43 approved August 1, 2005, as amended | |
| Debtors' Exhibit 68 | Act 216 approved August 19, 2004 | |
| Debtors' Exhibit 69 | Act 100 approved July 12, 2002, as amended | |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 70 | Act 161 approved July 5, 2003 | |
| Debtors' Exhibit 71 | Act 149 approved August 9, 2002, as amended | |
| Debtors' Exhibit 72 | Joint Resolution No. 57 approved July 12, 1993 | |
| Debtors' Exhibit 73 | Act 54 approved July 6, 2001 | |
| Debtors' Exhibit 74 | Act 118 approved July 13, 2000 | |
| Debtors' Exhibit 75 | Act 153 approved July 16, 1999 | |
| Debtors' Exhibit 76 | Act 219 approved August 9, 1998 | |
| Debtors' Exhibit 77 | Act 81 approved August 14, 1997 | |
| Debtors' Exhibit 78 | Act 119 approved August 9, 1995 | |
| Debtors' Exhibit 79 | Act 46 approved July 28, 1994 | |
| Debtors' Exhibit 80 | Act 39 approved May 13, 1976, as amended | |
| Debtors' Exhibit 81 | Act 83 approved August 30, 1991<br>21 L.P.R.A. § 5001-5013 | |
| Debtors' Exhibit 82 | Joint Resolution No. 99-2013 approved December 9, 2013 | |
| Debtors' Exhibit 83 | Act 242 approved December 13, 2011 | |
| Debtors' Exhibit 84 | Joint Resolution No. 104 approved December 13, 2013 | |
| Debtors' Exhibit 85 | Joint Resolution No. 96 approved November 27, 2013 | |
| Debtors' Exhibit 86 | Act 17 approved April 11, 1968 | |
| Debtors' Exhibit 87 | Act 409 approved September 22, 2004 | |
| Debtors' Exhibit 88 | Act 1 approved January 1, 2015 | |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 89 | Act 45 approved July 28, 1994 | |
| Debtors' Exhibit 90 | Act 9, approved August 12, 1982, codified in part at 9 L.P.R.A. § 2021 | |
| Debtors' Exhibit 91 | Act 43 approved June 21, 1971; 13 L.P.R.A. § 31751(a)(1) | |
| Debtors' Exhibit 92 | 13 L.P.R.A. § 31751(a)(3) | |
| Debtors' Exhibit 93 | Act 44 approved June 21, 1988, as amended; 3 L.P.R.A. § 1914 | |
| Debtors' Exhibit 94 | Act 1 approved January 1, 2015; 13 L.P.R.A. § 31751a(a) | |
| Debtors' Exhibit 95 | 13 L.P.R.A. § 31751(a)(4) | |
| Debtors' Exhibit 96 | 13 L.P.R.A. § 31751(a)(5) | |
| Debtors' Exhibit 97 | 13 L.P.R.A. § 2271v(a) | |
| Debtors' Exhibit 98 | Act 147 enacted June 18, 1980, as amended, 23 L.P.R.A. § 104 | |
| Debtors' Exhibit 99 | 18 L.P.R.A. § 621-1 | |
| Debtors' Exhibit 100 | Act 221 approved May 15, 1948, as amended, 15 L.P.R.A. § 74(d) | |
| Debtors' Exhibit 101 | Act 18 approved January 24, 2014, codified in part at 21 L.P.R.A. §§ 6741, 6742 | |

In re Financial Oversight and Management Board for Puerto Rico, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 102 | Act 214 approved August 18, 2004, as Amended and in relevant part, 23 L.P.R.A. § 695d | |
| Debtors' Exhibit 103 | 12 L.P.R.A. §8105 | |
| Debtors' Exhibit 104 | Act 41 approved July 22, 2011, as codified in part at 3 L.P.R.A. § 1023 | |
| Debtors' Exhibit 105 | Act 1 approved January 31, 2011, as amended and codified in part at 13 L.P.R.A. § 33231(l) | |
| Debtors' Exhibit 106 | Act 106 approved August 23, 2017 3 L.P.R.A. § 9531-9590 | |
| Debtors' Exhibit 107 | Act 160 approved December 24, 2013<br>18 L.P.R.A. § 393-399d | |
| Debtors' Exhibit 108 | Act 91 of March 24, 2004<br>Repealed: 18 L.P.R.A. § 391-392w | |
| Debtors' Exhibit 109 | Act 12 approved October 19, 1954<br>4 L.P.R.A. § 233-246 | |
| Debtors' Exhibit 110 | Act 7-2021 enacted June 9, 2021 | |
| Debtors' Exhibit 111 | Expert Report of Andrew Wolfe (Corrected) (dated September 13, 2021, corrected version filed September 17, 2021) | |
| Debtors' Exhibit 112 | Expert Report of Marti Murray (September 13, 2021) | |
| Debtors' Exhibit 113 | Anderson, D., et. al. (2014) "Assessing the Gains from Structural Reforms for Jobs and Growth," Chapter 7 of Jobs and Growth: Supporting the European Recovery, IMF April 2014. https://www.imf.org/en/News/Seminars/Conferences/2016/12/30/Jobs-and-Growth-Supporting-the-European-Recovery. | |
| Debtors' Exhibit 114 | Haidar, J.I. (2012) "The Impact of Business Regulatory Reforms on Economic Growth", Journal of The Japanese and International Economies, Vol. 26 (2012) pp. 285-307. | |

Case:17-03283-LTS Doc#:18687-1 Filed:10/22/21 Entered:10/22/21 23:27:53 Desc:
Exhibit Exhibit List Page 9 of 10

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 115 | Marr, C, et al. (2015) "EITC and the child tax credit promote work, reduce poverty, and support children's development, research finds," Center on Budget and Policy Priorities, October 2015. | |
| Debtors' Exhibit 116 | Micallef, B. "Estimating the Impact on Potential Output of Structural Reforms to Increase the Female Participation Rate," Policy Note November 2015, Central Bank of Malta. | |
| Debtors' Exhibit 117 | World Bank (2020), "Doing Business, Comparing Business Regulation in 190 Economies," World Bank Group, Washington, D.C. | |
| Debtors' Exhibit 118 | Act 80-1976 enacted May 30, 1976 | |
| Debtors' Exhibit 119 | Engagement Letter re Commonwealth of Puerto Rico Plan Confirmation Proceedings, including DRA Parties' Administrative Expense claim against the Commonwealth (September 1, 2021) | |
| Debtors' Exhibit 120 | DRA Parties' Opening Expert Disclosures (September 6, 2021) | |
| Debtors' Exhibit 121 | Amended Notice of Videotaped Deposition of Douglas J. Brickley (October 4, 2021) | |
| Debtors' Exhibit 122 | Oversight Board Resolution Consent Certifying Submission of the Plan of Adjustment for the Commonwealth, ERS, and PBA (September 26, 2019) | |
| Debtors' Exhibit 123 | Oversight Board Resolution Certifying Submission of Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (February 28, 2020) | |
| Debtors' Exhibit 124 | Oversight Board Resolution Certifying Submission of Second Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (March 8, 2021) | |
| Debtors' Exhibit 125 | Oversight Board Resolution Certifying Submission of Third Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (May 11, 2021) | |
| Debtors' Exhibit 126 | Oversight Board Resolution Certifying Submission of Fourth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (June 29, 2021) | |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Confirmation Hearing Exhibit List - October 22, 2021

| Exhibit No. | Description | Confidential |
|---|---|---|
| Debtors' Exhibit 127 | Oversight Board Resolution Certifying Submission of Fifth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 12, 2021) | |
| Debtors' Exhibit 128 | Oversight Board Resolution Certifying Submission of Sixth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 26, 2021) | |
| Debtors' Exhibit 129 | Oversight Board Resolution Certifying Submission of Seventh Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 30, 2021) | |
| Debtors' Exhibit 130 | Best Interests Test Reports for the Commonwealth, ERS, and PBA | |
| Debtors' Exhibit 131 | Amended Best Interests Test Report for PBA | |
| Debtors' Exhibit 132 | Final Investigative Report, Financial Oversight and Management Board for Puerto Rico, Independent Investigator | |
| Debtors' Exhibit 133 | Stipulation and Order between the Governor, AAFAF, and the Oversight Board | |