# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, <i>et al.</i>,<br><br>Debtors. [1]</td><td>PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)</td></tr>
</table>

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the *DRA Parties' Urgent Motion to Compel Compliance with Order Granting Urgent Motion Regarding Rule 30(b)(6) Deposition of the Financial Oversight and Management Board for Puerto Rico* (Dkt. No. 18667) (the "Urgent Motion").  The Court hereby sets the following briefing schedule on the Urgent Motion:

1.  Any opposition shall be filed by **October 26, 2021 at 12:00 p.m. (AST)**.

2.  Any reply shall be filed by **October 27, 2021 at 12:00 p.m. (AST)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3.  The Court will hold a remote hearing on the Urgent Motion on **October 28, 2021 at**

**2:00 p.m. (AST)**, procedures order to follow.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 23, 2021

2