## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

        Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF INTERNATIONAL UNION, UAW
### REGARDING APPEARANCE OF COUNSEL AT OCTOBER 25, 2021
### URGENT STATUS CONFERENCE

To the Honorable United States District Court Judge Laura Taylor Swain:

      Party-in-interest International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") submits this informative motion in compliance with paragraph 5 of the Court's October 22, 2021 *Order to Appear for Urgent Status Conference* ("Order") [Docket No. 18643] and respectfully states as follows:

      Peter D. DeChiara of Cohen, Weiss and Simon LLP, whose email address is pdechiara@cwsny.com, will appear on behalf of UAW at the October 25, 2021 Urgent Status Conference. UAW reserves the right to respond to any matters raised by the Court or any party

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

at the Urgent Status Conference. UAW also reserves the right to amend this Informative Motion as needed.

Dated: October 23, 2021

**COHEN, WEISS AND SIMON LLP**

By: */s/ Peter D. DeChiara*
Richard M. Seltzer *(pro hac vice)*
Peter D. DeChiara *(pro hac vice)*
Marie B. Hahn *(pro hac vice)*
pdechiara@cwsny.com
rseltzer@cwsny.com
mhahn@cwsny.com
900 Third Avenue, Suite 2100
New York, NY 10022-4869
(212) 563-4100

**MONSERRATE SIMONET & GIERBOLINI**
/s/ *Miguel Simonet Sierra*
Miguel Simonet Sierra
USDC # 210101
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300

*Counsel to International Union, UAW*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of October 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

/s/ *Marie B. Hahn*
Marie B. Hahn