# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 18643 |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT OCTOBER 25, 2021 URGENT STATUS CONFERENCE

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and Governor Pedro Pierluisi (the "Governor") through the undersigned counsel, hereby state and pray as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF and the Governor, hereby respectfully submit this informative motion in response to the Court's order (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

"Order") entered on October 22, 2021 regarding the October 25, 2021 urgent status conference (the "Hearing") [ECF No. 18643].

2. The Governor will appear telephonically at the Hearing. He will be available to address, individually or through counsel, the Court's questions or comments regarding the matters detailed in its Order, and reserves the right to be heard on any other matter.

3. John J. Rapisardi and/or Peter Friedman of O'Melveny & Myers LLP will appear telephonically at the Hearing. They will be available to respond to any questions the Court may have regarding the matters detailed in its Order, and reserve the right to be heard on any other matter.

4. Luis C. Marini-Biaggi and/or Carolina Velaz of Marini Pietrantoni Muñiz LLC will appear telephonically at the Hearing and reserve the right to be heard in connection with any questions the Court may have regarding the matters detailed in its Order or any other matter.

**WHEREFORE**, AAFAF and the Governor respectfully request that the Court take notice of the foregoing.

[*Remainder of this page intentionally left blank.*]

Dated: October 23, 2021
       San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ John J. Rapisardi* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Peter Friedman | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Carolina Velaz-Rivero |
| **O'MELVENY & MYERS LLP** | USDC No. 300913 |
| 7 Times Square | **MARINI PIETRANTONI MUÑIZ LLC** |
| New York, NY 10036 | 250 Ponce de León Ave. |
| Tel: (212) 326-2000 | Suite 900 |
| Fax: (212) 326-2061 | San Juan, Puerto Rico 00918 |
| | Tel: (787) 705-2171 |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Governor Pierluisi* | Fax: (787) 936-7494 |
| | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Governor Pierluisi* |