## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. No. 18643 |

## INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER TO APPEAR FOR URGENT STATUS CONFERENCE

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group") hereby files this Informative Motion pursuant to the *Order to Appear for Urgent Status Conference* [Dkt. No. 18643] (the "Status Conference Order").

Gary S. Lee and Andrew R. Kissner of Morrison & Foerster LLP intend to appear on behalf of the Ad Hoc Group at the status conference on Monday, October 25, 2021, at 9:00 a.m. (Atlantic Standard Time), which will be conducted telephonically in accordance with the Status Conference Order. An attorney from G. Carlo-Altieri Law Offices, LLC also intends to attend the hearing on behalf of the Ad Hoc Group.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

Counsel will be prepared to respond to—and reserves the right to be heard with respect to—any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Date: October 23, 2021

| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
|---|---|
| By: */s/ Gerardo A. Carlo* | By: */s/ Gary S. Lee* |
| Gerardo A. Carlo | James M. Peck (admitted *pro hac vice*) |
| USDC PR No. 112009 | Gary S. Lee (admitted *pro hac vice*) |
| Telephone: (787) 247-6680 | James A. Newton (admitted *pro hac vice*) |
| gacarlo@carlo-altierilaw.com | Andrew R. Kissner (admitted *pro hac vice*) |
| | 250 West 55th Street |
| | New York, New York 10019 |
| 254 San Jose St., Third Floor | Telephone: (212) 468-8000 |
| San Juan, Puerto Rico 00901 | Facsimile: (212) 468-7900 |
| Telephone: (787) 247-6680 | jpeck@mofo.com |
| Facsimile: (787) 919-0527 | glee@mofo.com |
| | jnewton@mofo.com |
| | akissner@mofo.com |

*Counsel for the Ad Hoc Group of Constitutional Debtholders*