# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**<br><br>As a representative of the **COMMONWEALTH OF PUERTO RICO**[1] | **CASE NO. 17-BK-3283 (LTS)**<br><br>PETITION UNDER TITLE III OF THE PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT<br><br>**(JOINTLY ADMINISTERED)** |

## INFORMATIVE MOTION OF THE SPEAKER OF THE PUERTO RICO HOUSE OF REPRESENTATIVES REGARDING THE OCTOBER 25, 2021 URGENT STATUS CONFERENCE

**TO THE HONORABLE COURT:**

**COMES NOW** the Hon. Rafael Hernández-Montañez, in his official capacity as Speaker of the Puerto Rico House of Representatives, through the undersigned counsels and very respectfully **SETS FORTH** and **PRAYS:**

On October 22, 2021, this Honorable Court issued an order setting an urgent status conference for October 25, 2021, at 9:00 a.m., to discuss the status of pending

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

legislation (i.e., House Bill 1003) that is crucial to the eventual confirmation of a debt restructuring plan in the instant case (docket number 18643).

It is hereby informed that Jorge Martínez-Luciano, Esq. (jorge@mlrelaw.com) and Emil Rodríguez-Escudero, Esq. (emil@mlrelaw.com) will appear, via telephone, and will address any arguments and/or questions that the Court or any other stakeholders may have regarding the matter being discussed[2]. The Speaker will be in the same room also listening to the proceedings and will advise the undersigned attorneys on the concrete House policies[3] on the specific issues being discussed.

**WHEREFORE** it is respectfully requested from this Honorable Court to take knowledge of the above stated.

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document has been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record, to their registered e-mail addresses. Any non-registered attorneys and/or parties will be served via regular mail.

In San Juan, Puerto Rico this 23rd day of October, 2021.

**RESPECTFULLY SUBMITTED,**

**M.L. & R.E. LAW FIRM**
Cobian's Plaza - Suite 404
1607 Ponce De León Ave.
San Juan, Puerto Rico 00909
Tel (787) 999-2972

---

[2] These attorneys have completed the requisite registration process with Court Solutions System.
[3] Needless to say, the Speaker may very well advise that certain position statements need to be presented on the floor of the House of Representatives for a debate and eventual vote. As we speak, legislative leadership of different political parties represented on both chambers of the Legislature.

*S/ Jorge Martínez-Luciano*
**JORGE MARTÍNEZ-LUCIANO**
USDC-PR Number 216312
e-mail: jorge@mlrelaw.com

*S/ Emil Rodríguez-Escudero*
**EMIL RODRÍGUEZ-ESCUDERO**
USDC-PR Number 224312
e-mail: emil@mlrelaw.com

3