UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.

Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283

(LTS)

(Related to Docket No. 18277 and No. 18279)

**MOTION SUBMITTING CERTIFIED TRANSLATION OF JUDGEMENT ENTERED BY THE COURT OF FIRST INSTANCE OF PUERTO RICO IN THE CASE NILDA AGOSTO MALDONADO ET ALS. CASE NO. K PE-2005-0608**

To the Honorable United States District Court Judge Laura Taylor Swain:

**COME NOW**, the group creditors in the litigation captioned: Nilda Agosto Maldonado et als *v. Family Department et als*. Case No. K PE 2005-0608, through the undersigned attorney, and respectfully state, allege and pray:

1. On September 28, 2021 the appearing creditors' filed a Motion for Allowance and Immediate Payment of Administrative Expense Pursuant to section 503 (b) (1) (A) (i) (ii) of the Bankruptcy Code, at docket 18277.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

2. Pursuant to "the Motion", Movants requested leave to file the Judgment entered by the Court of First Instance of Puerto Rico in the case of Nilda Agosto Maldonado et als, v. Family Department, et als, in case No. K PE 2005-0608 in the Spanish language and requested a 30- day term to file the certified translation.

3. In compliance with PR-Local District Court Rule 5, the Movants hereby Submit the certified translation of the Nunc Pro Tunc Judgment entered by the Court of First Instance of Puerto Rico, dated September 27. 2010 in the case of reference.

**WHEREFORE**, the Movants respectfully pray for this Honorable Court to take notice of the filing of the certified translation of the Judgment entered by the Court of First Instance of Puerto Rico dated September 27, 2010, in the case of Nilda Agosto Maldonado et als, v. Family Department, et als, in case No. K PE 2005-0608.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 23 th day of October 2021.

**IT IS HEREBY CERTIFIED**, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By: /s/ IVONNE GONZALEZ-MORALES
IVONNE GONZALEZ-MORALES
USDC NUM: 202701
PO BOX 9021828
SAN JUAN, PR 00902-1828
Tel. (787) 410-0119
E-mail: ivonnegm@prw.net

*Attorney for the Group Creditors*

2