UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283

(LTS)

(Jointly Administered)

(Proposed) Order Granting Motion Requesting Extension of Time to
File Certified Translation of the Judgment entered by the
Court of First Instance of Puerto Rico in case No. K AC 2005- 5021
and related documents

The Court has received and reviewed the Motion Requesting Extension of Time to File Certified Translation of the Judgment Entered by the Court of First Instance of Puerto Rico in case No K AC 2005-5021 (Docket Entry No. _____ in Case No. 17-3283, the "Motion"), filed by group creditors in the litigation captioned: *Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works*, Case No. KAC1990-0487 (the "Perez Colon Master Claim no. 30851 ") and the group creditors in the litigation captioned: *Jeanette Abrams Diaz et al. v. a Department of Transportation & Public Works*, Case No. KAC-2005-5021 (the "Abrams Diaz Master Claim No.50221"). The Movants' shall file a certified English translation of the judgment, as identified in the Motion, by November 19, 2021 at 5:00 p.m. (Atlantic Standard Time). This Order resolves Docket Entry No. ------------.

SO ORDERED. Dated: _____, 2021

/s/ Laura Taylor Swain
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).