

**FINANCIAL OVERSIGHT & MANAGEMENT BOARD FOR PUERTO RICO**

Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

Natalie A. Jaresko
Executive Director

David A. Skeel, Jr.
Chair

**BY ELECTRONIC MAIL**

October 1, 2021

Honorable José Luis Dalmau
President of the Senate of Puerto Rico

Honorable Rafael Hernández Montanez
Speaker of the House of Representatives of Puerto Rico

Dear President Dalmau and President Hernández:

I am responding to each of your letters dated October 1, 2021.

The Legislature is well-aware of the Oversight Board's parameters for the legislation enabling the issuance of bonds necessary to effectuate the 7th Amended Plan of Adjustment (the "Plan"). The Oversight Board even provided draft legislation to you and the President of the Senate on September 24, 2021.

You have all of the information necessary to pass legislation that will be acceptable to the Oversight Board. Accordingly, the Oversight Board will await the final legislation passed by the House and the Senate before providing further comment.

We look forward to continuing to work together for the benefit of the people of Puerto Rico.

Sincerely,

*David Skeel*

David A. Skeel, Jr.

CC: Hon. Pedro Pierluisi Urrutia

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@promesa.gov