Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesus Quiñones Irizarry_

Participant's Address: _Calle Guayacón J-L Sta. Elena Guayanilla 00656_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Jesus Quiñones Irizarry_
Signature

_Jesus Quiñones Irizarry_
Print Name

_17 BK 3283 LTS_
Title (if Participant is not an individual)

_Sept. 30, 2021_
_30 de Sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus Quiñones Irizarry
P.O. Box 560462
Guayanilla, P.R. 00656

RECEIVED & FILED
2021 OCT 22 3: 35
CLERK'S OFFICE
US DISTRICT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
18 OCT 2021 PM 1 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-167

Case:17-03283-LTS Doc#:18703-1 Filed:10/25/21 Entered:10/25/21 08:29:48 Desc:
Pro se Notices of Participation Page 3 of 4

SRF 55923

Participant must provide all of the information below **in English:**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro A. Diaz Rodriguez

Participant's Address: Villas de Buenaventura C/Canovanas P-16 Yabucoa P.R. 00767

Participant's Email Address: pdiaz1963@Gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 4206

Nature of Claim: Active Employee of Government of Puerto Rico

By: *Pedro A. Diaz Rodriguez*
Signature

Pedro A. Diaz Rodriguez
Print Name

_____
Title (if Participant is not an individual)

September 30, 2021
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro A. Díaz Rodríguez
Urb. Villa Navarro c#8
Maunabo P.R. 00707

RECEIVED
2021 OCT 22 PM 3:
CLERK'S OFFICE
US DISTRICT
SAN JUAN

Clerk's Office, 150 Ave. Carlos Chardon Ste 150, San Juan P.R. 00918-1767

NASHVILLE TN 370
8 OCT 2021 PM 5 L

00918-170625