# EXHIBIT 1

# Intentionally Blank