# Exhibit A[1]

## Party Appearance Sheet

| | |
|---|---|
| Name of Party | PFZ Properties, Inc. |
| Party Name Abbreviation (For Use with Zoom[2]) | PFZ |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | David Carrión Baralt<br>davidcarrionb@aol.com<br>(787)758-5050<br>1445<br>David Carrión-Baralt<br>Both<br><br>Russell Del Toro Sosa<br>rdeltoro@dtslaw.com<br>(787)529-6502<br>3059<br>Russell Del Toro Sosa<br>Both |
| Plan Objection Docket Entry No. | 18418 |
| Witness List Docket Entry No. | None |
| Exhibit List Docket Entry No. | None |
| Other Statement Docket Entry No. | See Pretrial Informative Motion |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).

211014 Exhibit A. Appearance Sheet        Version October 14, 2021        1