**EXHIBIT A**

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| A & E Group, Corp. | Attn: President or General Counsel | rebecabarnes@bufetebarnes.com |
| A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas | rburgos@adameslaw.com |
| Adm. Servicios Generales | Attn: President or General Counsel | finanzas@asg.pr.gov |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez, Lourdes Arroyo | kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com<br>larroyo@amgprlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Thomas P. McLish, Scott M. Heimberg, Allison S. Thornton, Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini | tmclish@akingump.com<br>sheimberg@akingump.com<br>athornton@akingump.com<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com |
| Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer | daniel.bustos@excelerateenergy.com |
| Aldarondo & Lopez-Bras | Attn: Eliezer Aldarondo-Ortiz, Claudio Aliff-Ortiz, David R Rodriguez-Burns, Sheila J Torres-Delgado | ealdarondo@alblegal.net |
| Aldarondo & López-Bras, P.S.C. | Attn: Eliezer Aldarondo-Ortiz, Claudio Aliff-Ortiz & David Rodríguez-Burns | ealdarondo@alblegal.net<br>califf@alblegal.net<br>drodriguez@alblegal.net<br>drodriguez.alb@gmail.com |
| Aldarondo & López-Bras, P.S.C. | Attn: Ivan M. Castro Ortiz, Sheila J. Torres-Delgado, Claudio Aliff-Ortiz, Eliezer Aldarondo-Ortiz, David R. Rodríguez-Burns | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net |
| Alexandra Bigas Valedon | | alexandra.bigas@gmail.com |
| Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle | acasepr@gmail.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo | ealmeida@almeidadavila.com<br>zdavila@almeidadavila.com<br>enrique.almeida@almeidadavila.com |
| American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz | jrivlin@afscme.org<br>tpaterson@afscme.org<br>martz@afscme.org |
| AmeriNat | Attn: Mark Fredericks, Francisco De Armas | mfredericks@amerinatls.com<br>fdearmas@ciacpr.com |
| Andrés L. Córdova | | acordova@juris.inter.edu |
| Andrew Jimenez LLC | Attn: Andrew Jiménez-Cancel, Esq. | ajimenez@ajlawoffices.com |
| Andrew Jimenez LLC | Attn: Andrew Jiménez-Cancel, Esq. | ajimenez@ajlawoffices.com |
| Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen & Jose L. Ramirez-Coll, Carolina V. Cabrera Bou | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com<br>ccabrera@amrclaw.com |
| Antonio Fuentes-González | | antoniofuentesgonzalez@yahoo.com |
| Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Arthur Samodovitz | | Arthursail@stny.rr.com |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | | asociacióngerencialescfse@gmail.com |
| Autonomous Municipality of Ponce | | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR,  LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas de PR,  LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Yanira Belen, Nayuan Zouairabani, Alejandro J. Cepeda-Diaz | yanira.belen@metropistas.com<br>nzt@mcvpr.com<br>ajc@mcvpr.com |
| Badillo Saatchi & Saatchi Inc. | Attn: President or General Counsel | orlando.gonzalez@publicisone.com |
| Banco Santander Puerto Rico | Attn: Rafael Bonilla Rodriguez | rbonilla@bspr.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | belkgrovas@gmail.com |
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Bermúdez Díaz & Sánchez LLP | Attn: José J. Sánchez Vélez, Esq. & Reggie Diaz Hernandez, Esq. | jsanchez@bdslawpr.com<br>rdiaz@bdslawpr.com |
| Bobonis, Bobonis & Rodriguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás | cbg@bobonislaw.com<br>efl@bobonislaw.com |
| Brown Rudnick LLP | Attn: Edward S. Weisfelner | eweisfelner@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq. | sbest@brownrudnick.com<br>bchew@brownrudnick.com |
| Brown Rudnick LLP | Attn: Sunni P. Beville, Esq. | sbeville@brownrudnick.com |
| Brown Rudnick LLP | Attn:  Edward S. Weisfelner, Esq. | eweisfelner@brownrudnick.co |
| Brown Rudnick LLP | Attn:  Sunni P. Beville, Esq. | sbeville@brownrudnick |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | jessica@bufete-emmanuelli.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez | remmanuelli@me.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno, Wendolyn Torres Rivera | rolando@bufete-emmanuelli.com jessica@bufete-emmanuelli.com notificaciones@bufete-emmanuelli.com wilbert_lopez@yahoo.com remmanuelli@me.com wendolyn@bufete-emmanuelli.com |
| Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda | mcrm100@msn.com |
| Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com |
| Butler Snow, LLP | Attn: Jason W. Callen | jason.callen@butlersnow.com |
| Butler Snow, LLP | Attn: Martin Sosland, Esq. | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Butler Snow, LLP | Attn: Stanford G. Ladner | stan.ladner@butlersnow.com |
| Butler Snow, LLP | Attn: Adam M. Langley, James E. Bailey III | adam.langley@butlersnow.com jeb.bailey@butlersnow.com |
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | condecarmen@condelaw.com ls.valle@condelaw.com notices@condelaw.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais, Nathan Bull, William J. Natbony, and Jaclyn A. Hall | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com NATHAN.BULL@CWT.com bill.natbony@cwt.com jaclyn.hall@cwt.com |
| Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | mark.ellenberg@cwt.com |
| Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq. | ioliver@ccsllp.com |
| Cancio, Nadal  & Rivera, LLC | Attn: Angel A. Valencia-Aponte, Carlos M. Rivera-Vicente | angelvalencia@cnr.law Angel A. Valencia-Aponte |
| Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | jf@cardonalaw.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Caribbean Hospital Corporation | Attn: Dr. Sylvia Lourdes de la Peña | delapena.sylvia@gmail.com |
| Carla T. Rodríguez Bernier | | carla.rodriguezbernier@yahoo.com |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | | quilichinipazc@microjuris.com |
| Carlos E. Cardona-Fernández | | carloscardonafe@hotmail.com |
| Carlos E. Rivera-Justiniano | | lcdo.carlos.e.riverajustiniano@gmail.com |
| Carlos Fernandez-Nadal, Esq. | | carlosfernandez@cfnlaw.com |
| Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | carlosvergne@aol.com |
| Carroll Warren & Parker PLLC | Attn: James L Warren | jwarren@cwplaw.com |
| Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br>ltorres@cstlawpr.com<br>AAneses@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | Attn: Luis F. Llach-Zúñiga | lllach@cstlawpr.com |
| Charles A Curpill, PSC Law Office | Attn: Charles Alfred Cuprill, Carlos G. Garcia Miranda | cacuprill@cuprill.com<br>garciamirandalaw@gmail.com<br>cgarcia@garciariveralaw.com |
| Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | ccuprill@cuprill.com |
| Charlie Hernandez Law Offices | Attn: Charlie M. Hernández | charliehernandezlaw@gmail.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com |
| Choate, Hall & Stewart, LLP | Attn: Saige Jutras Oftedal & Douglas R. Gooding | softedal@choate.com<br>mbarulli@choate.com<br>jsantiago@choate.com<br>dgooding@choate.com |
| Cintron-Garcia Law | Attn: Carlos A. Cintron Garcia, Esq. | cintrongarcialaw@gmail.com |
| Coalición de Organizaciones Anti Incineración, Inc. &  Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty | gmchg24@gmail.com |
| Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | eduardo@cobianroig.com |
| Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara | pdechiara@cwsny.com |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | fecolon@colonramirez.com |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | fecolon@colonramirez.com |
| Comité Diálogo Ambiental, Inc. | Attn: Víctor Alvarado | valvarados@gmail.com |
| Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz | ausubopr88@gmail.com |
| Constructora Santiago II, Corp. | Attn: Eng. José López | jlopez@constructorasantiago.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet, Sergio E. Criado & Rocío Del Mar Valentín Colón | ra@calopsc.com<br>scriado@calopsc.com<br>rvalentin@calopsc.com |
| Corretjer, L.L.C. | Attn: Eduardo J. Corrtejer Reyes | ejcr@corretjerlaw.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com<br>gar@crlawpr.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com<br>gar@crlawpr.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Crufon Construction Corp | Attn: President or General Counsel | carlos.iguina@multinationalpr.com |
| Daniel Molina López, Esq. | | dmolinalaw@gmail.com |
| David Carrion Baralt | | davidcarrionb@aol.com |
| Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby | donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com<br>angela.libby@davispolk.com |
| De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq., Andrew J. Ceresney<br>Lisa Zornberg | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com<br>aceresney@debevoise.com<br>lzornberg@debevoise.com |
| Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor | allan.brilliant@dechert.com<br>yehuda.goor@dechert.com |
| Dechert, LLP | Attn: G. Eric Brunstad, Jr. | eric.brunstad@dechert.com |
| Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |
| Del Valle Group Sp | Attn: President or General Counsel | rlatorre@delvallegroup.net |
| Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | hreynolds@delvallegroup.net |
| Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | afernandez@delgadofernandez.com |
| Delgado Miranda Law Offices, LLC | Attn: Briseida Y. Delgado-Miranda | delgadomirandalaw@gmail.com |
| Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov |
| Depto Trabajo Y Recursos Humanos | Attn: Edif. Prudencio Rivera Martinez | lypagan@trabajo.pr.gov |
| Despacho Juridico Ramos Luina LLC | Attn: Guillermo J Ramos Luina | gramlui@yahoo.com |
| Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | rcastellanos@devconlaw.com |
| Deya Elevator Service Inc | Attn: President or General Counsel | ventas@deya.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | diazsotolaw@gmail.com |
| Diego Corral González | | corraldieg@gmail.com |
| DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | jose.sosa@dlapiper.com |
| DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| Donna A. Maldonado-Rivera | | Donna.Maldonado@popular.com |
| Dr. Carlos Suarez Vazquez | | carloslsuarez@gmail.com |
| DRC Corporation | Attn: President or General Counsel | jfnevares-law@microjuris.com |
| Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan | edgardo_barreto@yahoo.com |
| Edgardo Muñoz, PSC | Attn: Edgardo Muñoz | emunozPSC@gmail.com |
| El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz | dortiz@elpuente.us |
| Elián N. Escalante De Jesús, Esq. | | elian.escalante@gmail.com |
| Environmental Protection Agency (EPA) | Attn: Mark Gallagher | mark.gallagher@usdoj.gov |
| Estate of Carmen D. Jimenez Gandara | Attn: Carlos E. Torres | cetj@maaspr.com |
| Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria, Francisco A. Ojeda-Diez | agestrella@estrellallc.com<br>kcsuria@estrellallc.com<br>fojeda@estrellallc.com |
| Evertec Group LLC | Attn: President or General Counsel | Rafael.Echevarria@evertecinc.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco | robert.schnell@faegrebd.com<br>pjime@icepr.com |
| Federación de Maestros de Puerto Rico | | legal.fmpr@gmail.com |
| Fegan Scott LLC | Attn: Elizabeth A. Fegan | beth@feganscott.com |
| Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman | jfeldesman@FTLF.com |
| Félix J. Montañez-Miranda | | fmontanezmiran@yahoo.com |
| Fernandez Cuyar Rovira & Pla LLC | Attn: Juan A. Cuyar Cobb | jcc@fclawpr.com |
| Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Ferrari Law, PSC | Attn: Carla Ferrari-Lugo | ferraric@ferrarilawpr.com |
| Ferrovial Agroman, SA | Attn: Eng. Nassin E. Tactuk Diná | n.tactuk@ferrovial.com |
| Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | figueroaymorgadelaw@yahoo.com |
| Foley & Lardner LLP | Attn: Ann Marie Uetz Esq. | auetz@foley.com |
| Fortuño Law | Attn: Juan C. Fortuño Fas | bkfilings@fortuno-law.com |
| Francisco González Law Office | Attn: Francisco R. González-Colón | bufetefrgonzalez@gmail.com |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | alex@fuenteslaw.com |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com |
| Garay Massey Law Office | Attn: Juan Carlos Garay Massey | juans@prtc.net |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana | ifullana@gaflegal.com |
| Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | wmq@wmarrerolaw.com |
| Genesis Security Services Inc | Attn: President or General Counsel | contact@genesissecuritypr.com |
| Genovese Joblove & Batista, P.A. | Attn: John H. Genovese, Mariaelena Gayo-Guitian, Jesus M Suarez, John Arrastia | jgenovese@gjb-law.com<br>mguitian@gjb-law.com<br>jsuarez@gjb-law.com<br>jarrastia@gjb-law.com |
| Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq. | jlgere@gmail.com |
| Gibson, Dunn & Crutcher, LLP | Attn: Theodore B. Olson, Matthew D. McGill, Lochlan F. Shelfer & Jeremy M. Christiansen | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |
| Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini | courtneyrcarroll@gierbolinicarroll.com<br>miguelgierbolini@gierbolinicarroll.com |
| Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| González López & López Adames LLC | Attn: Marie Elsie López Adames | marielopad@gmail.com |
| Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | Jnieves@gonzalezmunozlaw.com |
| Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brown | bpastuszenski@goodwinlaw.com<br>cbrown@goodwinlaw.com |
| Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | Clearyd@gtlaw.com<br>Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com |
| Guillermo Ramos Luiña | | gramlui@yahoo.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez | markv@hbsslaw.com |
| Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| HALS, PSC | Attn: Yarymar González Carrasquillo | ygc@rclopr.com<br>ygc1@prtc.net |
| Harry Anduze Montano | | handuze@microjuris.com |
| Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño, Diego Corral González | jmoralesb@microjuris.com<br>handuze@microjuris.com<br>corraldieg@gmail.com |
| Hector Figueroa Vincenty | | quiebras@elbufetedelpueblo.com |
| Peter C. Hein | | petercheinsr@gmail.com |
| Vanessa Hernández Rodríguez, Esq. | Attn: Vanessa Hernández Rodríguez | hernandezrodriguez.v.@gmail.com |
| Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | hernandezrodriguezlaw@gmail.com |
| Hernandez-Oharriz & Santiago, P.S.C. | Attn: Edgardo José Hernández Ohárriz | ehernandez@lawservicespr.com |
| Hogan Lovells US, LLP | Attn: Robin E. Keller, Esq. | robin.keller@hoganlovells.com |
| Holland & Knight, LLP | Attn: Jesús E. Cuza | jesus.cuza@hklaw.com |
| Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León | | mvega@senado.pr.gov |
| Hunton Andrews Kurth LLP | Attn: Robert A. Rich, Esq. | rrich2@huntonak.com |
| Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Insolvency Unit | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov |
| Ismael Marrero Rolon | Attn: Jane Becker Whitaker | janebeckerwhitaker@gmail.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Israel Roldán González & Isis Aimée Roldán Márquez | | irg@roldanlawpr.com<br>irm@roldanlawpr.com |
| Ivonne González-Morales | | ivonnegm@prw.net |
| James Law Offices | Attn: Glenn Carl James | glenncarljameslawoffices@gmail.com |
| Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier | JPGLaw@outlook.com |
| Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier | JPGLaw@outlook.com |
| Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege | mroot@jenner.com<br>csteege@jenner.com |
| Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com |
| Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales | rrivera@jgl.com<br>apico@jgl.com |
| Jiminez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | rrivera@jgl.com |
| JLG Consulting Engineering, P.S.C. | Attn: President or General Counsel | jlg@joselgarcia.com |
| Jones Day | Attn: Benjamin Rosenblum, James M. Gross | brosenblum@jonesday.com<br>jgross@jonesday.com |
| Jones Day | Attn: Bruce Bennett | bbennett@jonesday.com |
| Jones Day | Attn: David R. Fox | drfox@jonesday.com |
| Jones Day | Attn: Isel M. Perez | iperez@jonesday.com |
| Jones Day | Attn: James A. Reeder, Jr. | jareeder@jonesday.com |
| Jones Day | Attn: Sparkle Sooknanan, Geoffrey S. Stewart, Beth Heifetz, Christopher J. DiPompeo, Victoria Dorfman | ssooknanan@jonesday.com<br>gstewart@jonesday.com<br>bheifetz@jonesday.com<br>vdorfman@jonesday.com<br>cdipompeo@jonesday.com |
| Jorge Luis Guerrero-Calderon | | tuttieguerrero@yahoo.com |
| Jorge P. Sala Colon | | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| Jose W. Cartagena | | jwc@jwcartagena.com |
| JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman | riveraroman@hotmail.com |
| JRJ Consultants & Legal Advisors, LLLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com |
| Juan A. Hernández Rivera, Esq. | | juan@jahrlaw.com |
| Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás | jsoto@jbsblaw.com |
| Juan Ramón Rivera Font, Esq. | Attn: Juan Ramón Rivera Font, Esq. & Ramón A. Cestero, Jr., Esq. | juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com |
| Kane Russell Coleman Logan PC | Attn: Paul J. Hammer | phammer@krcl.com |
| Karimar Construction Inc | Attn: President or General Counsel | jesther27@aol.com santos.giancarlo@gmail.com |
| Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com |
| Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Trevor J. Welch | AGlenn@kasowitz.com SSchmidt@kasowitz.com TWelch@kasowitz.com |
| Klee, Tuchin, Bogdanoff & Stern, LLP | Attn: Kenneth N. Klee, Daniel J. Bussel, & Jonathan M. Weiss | kklee@ktbslaw.com dbussel@ktbslaw.com jweiss@ktbslaw.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey, Esq., Ryan M. Billings, Esq. | swisotzkey@kmksc.com rbillings@kmksc.com |
| KPMG, LLC | Attn: Angel Perez & Luisette Negron | aperez@kpmg.com Lnegron@kpmg.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer,  David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman | acaton@kramerlevin.com tmayer@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com nhamerman@kramerlevin.com abyowitz@kramerlevin.com ghorowitz@kramerlevin.com boneill@kramerlevin.com |
| Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris | adam.goldberg@lw.com liza.burton@lw.com christopher.harris@lw.com |
| Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Michael J. Reiss, Esq. | jeff.bjork@lw.com michael.reiss@lw.com |
| Latham & Watkins LLP | Attn: Michael J. Reiss | michael.reiss@lw.com |
| Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Law Office Aníbal Acevedo-Vilá | Attn: Aníbal Acevedo-Vilá | acevedovila1@gmail.com |
| Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com |
| Law Offices of Giselle López Soler | Attn: Giselle López Soler | gls@lopezsolerlaw.com |
| Law Offices of Jane Becker Whitaker | Attn: Jane Becker Whitake | janebeckerwhitaker@yahoo.com |
| Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |
| Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com |
| Lcdo. Norberto Colón Alvarado | Attn: Norberto Colón Alvarado, Jorge Rafael Eduardo Callazo Quinones | norbertocolonalvarado@yahoo.com carlosfernandez@cfnlaw.com |
| Ledesma & Vargas, LLC | Attn: Fransheska Pabón López | fpabon@lvvlaw.com |
| Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | rrodriguez@juris.inter.edu |
| Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | abhishek.kalra@lehmanholdings.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Lemuel Negrón Colón | | lemuel.law@gmail.com |
| Lex Services PSC | Attn: Ivan Diaz Lopez | ivandialo2001@yahoo.com |
| Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | alinares2020@yahoo.com |
| Loomis Legal | Attn: Kendra Loomis | loomislegal@gmail.co |
| López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez | alavergne@lsplawpr.com |
| López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | wlugo@lugomender.com |
| Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | lawlugo1@gmail.com |
| Luis Fred Salgado, Esq. | | luisfredsalgado@hotmail.com |
| M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero | jorge@mlrelaw.com emil@mlrelaw.com |
| Mapfre-Praico Insurance Company | Attn: President or General Counsel | rdesoto@mapfrepr.com |
| Marcichal, Hernandex. Satniago & Juarbe, LLC | José Negrón-Fernández Rafael M. Santiago-Rosa | jnegron@mhlex.com rsantiago@mhlex.com |
| María E. Vicéns Rivera | | mevicens@yahoo.com |
| María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco | marianifrancolaw@gmail.com |
| Marini Pietrantoni Muñiz, LLC | Attn: Carolina Velaz-Rivero, Esq., Luis C. Marini-Biaggi, Esq., Ivan Garau-Gonzalez | cvelaz@mpmlawpr.com lmarini@mpmlawpr.com igarau@mpmlawpr.com |
| Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq. | lmarini@mpmlawpr.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | Attn: Roberto Lefranc Morales & Francisco J. Ramos Martinez | rlm@martilaw.com<br>jnazario@martilaw.com<br>fjramos@martilaw.com<br>jnazario@martilaw.com |
| Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq., William Z. Pentelovitch & John T. Duffey | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com<br>bill.pentelovitch@maslon.com<br>john.duffey@maslon.com |
| Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com |
| Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci | julia.mignuccisanchez@gmail.com |
| McConnell Valdes LLC | Attn: Alejandro J. Cepeda-Diaz, Esq. | ajc@mcvpr.com |
| McConnell Valdes LLC | Attn: Leslie Y. Flores-Rodriguez, Esq. | lfr@mcvpr.com |
| McConnell Valdes LLC | Attn: Myrgia M. Palacios-Cabrera | mpc@mcvpr.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach Roberto C. Quiñones-Rivera, Esq. | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Eduardo A. Zayas-Marxuach, & Roberto C. Quiñones-Rivera, Esq. | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com |
| MCD Law, LLC | Attn: Hernando A. Rivera | harlawpr@gmail.com |
| McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| McNamee Lochner P.C. | Attn: Peter A. Pastore | pastorepa@mltw.com |
| Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Milbank LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |
| Miriam Sanchez Lebron | | sanchez.lebron501@gmail.com |
| Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell | dmonserrate@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com |
| Moore & Van Allen PLLC | Attn: Luis M. Lluberas | luislluberas@mvalaw.com |
| Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Morell, Bauza, Cartagena & Dapena | Attn: Iván J. Llado | ivan.llado@mbcdlaw.com |
| Morell, Bauza, Cartagena & Dapena | Attn: Ramón E. Dapena | ramon.dapena@mbcdlaw.com |
| Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, David L. Lawton, Shannon B. Wolf | kurt.mayr@morganlewis.com<br>david.lawton@morganlewis.com<br>shannon.wolf@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri | rachel.mauceri@morganlewis.com |
| Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee | JPeck@mofo.com<br>GLee@mofo.com |
| Morrison & Foerster LLP | Attn: James M. Peck, Gary S. Lee, James A. Newton, Lena H. Hughes, Andrew R. Kissner | jpeck@mofo.com<br>glee@mofo.com<br>jnewton@mofo.com<br>lhughes@mofo.com<br>akissner@mofo.com |
| Morrison & Foerster LLP | Attn: Joseph R. Palmore | jpalmore@mofo.com |
| Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | jbrugue@mbbclawyers.com |
| N. Harris Computer Corporation | Attn: President or General Counsel | JArmstrong@harriscomputer.com |
| Navarro-Cabrer Law Offices | Attn: Nilda M. Navarro-Cabrer | navarro@navarrolawpr.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | man@nblawpr.com |
| Nelson Robles-Diaz Law Offices, P.S.C. | Attn: Nelson Robles-Díaz | nroblesdiaz@gmail.com |
| Nevares, Sanchez-Alvarez & Cancel PSC | Attn: Andres R. Nevares, Lemuel Cancel, Isabel M. Fullana | info@nsaclaw.com<br>anevares@nsaclaw.com<br>lcancel@nsaclaw.com<br>ifullana@gaflegal.com |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com<br>gabriel.miranda@oneillborges.com |
| Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres | ldelacruz@oeg.pr.gov |
| Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq. | l.ortizsegura@ploolaw.com |
| Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | lawrog@gmail.com |
| O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com<br>apavel@omm.com |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Nancy A. Mitchell, Esq; Maria J. DiConza, Esq. | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>mitchelln@omm.com<br>mdiconza@omm.com |
| O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com |
| O'Melveny & Myers, LLP | Attn: Madhu Pocha | mpocha@omm.com |
| O'Melveny & Myers, LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Orlando Fernández Law Offices | Attn: Orlando Fernández | ofernandez@oflawoffice.com |
| Orlando Ortiz-Cintron, Esq. | | orlando1701@gmail.com |
| Oronoz & Oronoz | Attn: Mario M. Oronoz Rodríguez | mmo@oronozlaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Orrick, Herrington & Sutcliffe, LLP | Attn: Tiffany Rowe | TRowe@orrick.com |
| Oscar Gonzalez Badillo | | gonzalezbadillo@gmail.com |
| Osvaldo Toledo Martinez, Esq. | | toledo.bankruptcy@gmail.com |
| Otero and Associates | Attn: George Otero Calero | Otero_and_assoc@hotmail.com |
| Pattern Energy Group Inc. | Attn: General Counsel | daniel.elkort@patternenergy.com |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Paul Hastings, LLP | Attn: Nicholas Bassett | nicholasbassett@paulhastings.com |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com |
| Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Peaje Investments, LLC | National Corporate Research, Ltd. | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez | | pevarfon@gmail.com |
| Pedro Nicot Santana, Esq. | | pedronicot@gmail.com |
| Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com |
| Perkins Coie LLP | Attn: Gary F. Eisenberg | geisenberg@perkinscoie.com |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | adtoro@pico-blanco.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Plumbing & Sewer Cleaning Rus Corp. | Attn: President or General Counsel | bjquintana@quintanapr.com |
| Polymer Industries Inc | Attn: President or General Counsel | erovira@polymerpr.com |
| Populicom, Inc. | Attn: President or General Counsel | gpaz@populicom.com |
| Prime Clerk, LLC | Attn: Christopher Schepper | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Proskauer Rose, LLP | Attn: Guy Brenner & Colin Kass | gbrenner@proskauer.com<br>ckass@proskauer.com |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com<br>dmunkittrick@proskauer.com |
| Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen | wdalsen@proskauer.com<br>MHackett@proskauer.com |
| Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport | sweise@proskauer.com<br>LRappaport@proskauer.com |
| Prosol-Utier | | prosol@utier.org |
| PRV Law Office | Attn: Paúl A. Rodríguez Vélez | prodriguez@prvlaw.com |

20

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown | penagaricanobrownusdc@gmail.com |
| Puerto Rico Electric Power Authority | Attn: Carlos M. Aquino-Ramos | c-aquino@prepa.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S Yassin, Christian Sobrino Vega; Carols Saavedra; Rocio Valentin | CEO@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov<br>Carlos.Saavedra@aafaf.pr.gov<br>Rocio.Valentin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | fsilva@claropr.com |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan, Llp | Attn: Susheel Kirpalani, K. John Shaffer, Daniel Salinas, Matthew Scheck, Eric Kay, Darren Goldman, Zachary Russell | susheelkirpalani@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>erickay@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | damarisqv@bufetequinones.com |
| Rafael A. Ortiz-Mendoza | | rafael.ortiz.mendoza@gmail.com |
| Ramon Torres Rodriguez, Esq. | | rtorres@torresrodlaw.com |
| Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González | rgtolaw@gmail.com |
| Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González, Yolanda V. Toyos Olascoaga | rgtolaw@gmail.com<br>ytoyos@ramostoyoslaw.com |
| Luis R. Ramos-Cartagena | | lramos@plclawpr.com |
| RB Law Offices | Attn: Enid S. Rodriguez-Binet | erb@rodriguezbinetlaw.com |
| Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker | cgray@reedsmith.com<br>dschlecker@reedsmith.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Reed Smith, LLP | Attn: Claudia Springer | cspringer@reedsmith.com |
| Reed Smith, LLP | Attn: Eric A. Schaffer, Luke A. Sizemore, and Jared S. Roach | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com<br>jroach@reedsmith.com |
| Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | vizcarrondo@reichardescalera.com |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | vizcarrondo@reichardescalera.com |
| Reichard & Escalera, LLC | Attn: Rafael Escalera, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>vizcarrondo@reichardescalera.com<br>fvander@reichardescalera.com |
| Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta | iacosta@renocavanaugh.com |
| Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington | tpennington@renocavanaugh.com |
| ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro | maria.baco@msn.com |
| Rexach & Picó, CSP | Attn: Maria E. Picó | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach | prcr@mcvpr.com |
| Rhonda M. Castillo Gammill | | rhoncat@netscape.net |
| Ricardo L. Castillo Filippetti, Esq. | | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Richards Kibbe & Orbe LLP | Attn: Lee S. Richards III, Daniel C. Zinman & Paul J.Devin | lrichards@rkollp.com<br>dzinman@rkollp.com<br>pdevlin@rkollp.com |
| Ricardo L. Ortiz-Colón, Esq. | | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach | nrickenbach@rickenbachpr.com |
| Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com |
| Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Rivera, Tulla And Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Donald Burke & Joshua S. Bolian | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>dburke@robbinsrussell.com<br>jbolian@robbinsrussell.com |
| Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves | romn1960@gmail.com |
| Roberto Quiles | | estudiolegalrivera2@gmail.com |
| Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | buzz.rochelle@romclaw.com<br>kdm@romclaw.com |
| Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach | mrm@rmlawpr.com |
| Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier | Douglas.Hallward-Driemeier@ropesgray.com |
| Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan | Keith.Wofford@ropesgray.com<br>Daniel.Egan@ropesgray.com |
| Rosendo E. Miranda López, Esq. | | r.miranda@rmirandalex.net |
| RPP Law, PSC | Attn: Roberto L. Prats, Esq. | rprats@rpplaw.com |
| Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. | carlos.lugo@saldanalaw.com<br>hector.saldana@saldanalaw.com |
| Saldaña, Carvajal & Vélez Rivé, P.S.C. | Attn: Luis N. Saldaña-Román & Ángel E. Rotger-Sabat | lsaldana@scvrlaw.com<br>arotger@scvrlaw.com |
| Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq., Melissa Hernández-Carrasquillo, Esq. | jsanchez@scvrlaw.com<br>mhernandez@scvrlaw.com |
| Salichs Pou & Associates, PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | jsalichs@splawpr.com<br>etejeda@splawpr.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Arturo V. Bauermeister, Jaime L. Sanabria Montanez | avb@sbgblaw.com<br>avb@sbgblaw.com<br>jsanabria@sbgblaw.com |
| Sanchez Betances, Sifre & Munoz Noya, P.S.C. | Attn: Luis Sanchez Betances | lsb@sbsmnlaw.com |
| Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez | gviviani@sanpir.com<br>jreyes@sanpir.com<br>jsanchez@sanpir.com<br>alavergne@sanpir.com |
| Santander Asset Management, LLC | Attn: Frank Serra | fserra@sampr.com |
| Santander Securities, LLC | Attn: James Vannah | jvannah@santandersecurities.com |
| Santi Law Office | Attn: Jose Angel Santini Bonilla | santilawoffice@yahoo.com |
| Sarlaw LLC | Attn: Sergio A. Ramirez De Arellano | sramirez@sarlaw.com |
| Schulte Roth & Zabel LLC | Attn: Michael L. Cook, Doulas Mintz | michael.cook@srz.com<br>douglas.mitz@srz.com |
| Scotiabank De Puerto Rico | Scotiabank Plaza | Rgf@mcvpr.com |
| Scotiabank de Puerto Rico | | Roy.purcell@scotiabank.com |
| Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com |
| Sepulvado & Maldonado, PSC | Attn: Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes | anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com<br>adeliz@smlawpr.com |
| Sepulvado Maldonado & Couret | Attn: Lady E. Cumpiano, Esq. | lcumpiano@yahoo.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick | FSosnick@Shearman.com |
| Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie | goplerud@sagwlaw.com<br>howie@sagwlaw.com |
| Sidley Austin LLP | Attn: Bojan Guzina, Blair M. Warner | bguzina@sidley.com<br>blair.warner@sidley.com |
| Sierra Club Puerto Rico, Inc. | Attn: José Menéndez | jmenen6666@gmail.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum | jyoungwood@stblaw.com<br>david.elbaum@stblaw.com |
| Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden | squsba@stblaw.com<br>bfriedman@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com |
| Sistema de Retiro AEE | | mariae.hernandez@prepa.com |
| Sistema de Retiro AEE | | mariae.hernandez@prepa.com<br>carmen.herrero@prepa.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jay M. Goffman, Mark A. McDermott | Jay.goffman@skadden.com<br>mark.mcdermott@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq | Paul.lockwood@skadden.com |
| Sky High Elevators Corp | Attn: President or General Counsel | skyhighelevators@gmail.com |
| Stanley J. Teich | | stansoffice@aol.com |
| Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | pglassman@sycr.com |
| Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman | cmechling@stroock.com<br>smillman@stroock.com |
| Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield | cmechling@stroock.com<br>smillman@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com |
| Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com |
| Tanaira Padilla-Rodríguez | | tanairapadilla@yahoo.com |
| Target Engineering S E | Attn: President or General Counsel | rebecabarnes@bufetebarnes.com |
| TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Saultoledo22@yahoo.com |
| The Bank of Nova Scotia | Attn: Luis Pablo Bautista | luis.bautista@scotiabank.com |
| The Collateral Monitor | Attn: Matthew Cantor | Mcantor4@mac.com |
| The Collateral Monitor | Attn: Richard Katz | rich.katz@torquepointllc.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq. | rfc@thefinancialattorneys.com |
| The Garffer Group of Legal Advisors, LLC | Attn: Julio J. Pagan Perez | julio.pagan@g2la.com |
| The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | andres@awllaw.com |
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| TransCore Atlantic, Inc. | Attn: President or General Counsel | Paula.Flowers@TransCore.com |
| U.S. Department of Justice, Civil Division | Attn: Laura Hunt, and Rebecca M. Curti-Kohart | Laura.A.Hunt@usdoj.gov<br>rebecca.cutri-kohart@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Rebecca Curti-Kohart | rebecca.cutri-kohart@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | Thomas.g.ward@usdoj.gov |
| Ubarri & Roman Law Office | Attn: David W. Roman | doman@ubarri-romanlaw.com |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | | unionecfse@yahoo.com |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | migade19@hotmail.com<br>jaimeenriquecruzalvarez@gmail.com |
| United States Attorney for the Southern District of New York | Attn: Christopher Connolly | christopher.connolly@usdoj.gov |
| United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | velez.hector@epa.gov |
| United States Department of Justice | Attn: Mark A. Gallagher | mark.gallagher@usdoj.gov |
| Universal Insurance Company | Attn: Roberto Del Toro Morales | rtoro@universalpr.com |
| US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov |
| Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz | hvaldes@v-olaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Valenzuela-Alvarado, LLC | Attn: José Enríco Valenzuela-Alvarado | jeva@valenzuelalaw.net<br>jose.enrico.valenzuela1@gmail.com |
| Veronica Ferraiuoli Hornedo | | vero@ferraiuoli.pr |
| Vicente & Cuebas | Attn: Harold D. Vicente | hvicente@vclawpr.com |
| Víctor Calderón Cestero | | victor@calderon-law.com |
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | rcruz@vnblegal.com |
| Vilariño & Associates LLC | Attn: Javier Vilariño, Esq. | jvilarino@vilarinolaw.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq. | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>AKHerring@wlrk.com |
| Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Robert Berezin, Todd Larson, Gabriel Morgan, Jonathan D. Polkes, & Gregory Silbert | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com |
| Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |
| White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| White & Case, LLP | Attn: Jason N. Zakia, Cheryl Tedeschi Sloane & Jesse Green, Esq. | jzakia@whitecase.com<br>csloane@whitecase.com |
| Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno | wilbert_lopez@yahoo.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | william.m.vidal@gmail.com |
| William Santiago-Sastre | | wssbankruptcy@gmail.com |
| William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Willkie Farr & Gallagher, LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Martin L. Seidel, James C. Dugan, Jeffrey B. Korn, Tariq Mundiya, Paul V. Shalhoub, & Antonio Yanez, Jr. | mfeldman@willkie.com<br>jminias@willkie.com<br>mseidel@willkie.com<br>jdugan@willkie.com<br>jkorn@willkie.com<br>tmundiya@willkie.com<br>pshalhoub@willkie.com<br>ayanez@willkie.com |
| Winston & Strawn LLP | Attn: Jennifer L. Malin, Carrie V. Hardman | jmalin@winston.com<br>chardman@winston.com |
| Winston & Strawn LLP | Attn: Joseph L. Motto | jmotto@winston.com |
| Winston & Strawn LLP | Attn: Julissa Reynoso | jreynoso@winston.com |
| Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | JLawlor@wmd-law.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady | jpatton@ycst.com<br>rbrady@ycst.com |