# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered)<br><br>**Re: ECF No. 18502** |

## THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES' MOTION TO INFORM REGARDING DECLARATION OF PROFESSOR SIMON JOHNSON

To the Honorable United States District Judge Laura Taylor Swain:

In connection with the Court's October 14, 2021 Order [Dkt. 18502], the Official Committee of Retired Employees (the "**Retiree Committee**"), hereby files this Motion to Inform attaching as Exhibit 1 the Declaration of Simon Johnson as a witness declaration to be used as direct testimony at the Confirmation Hearing.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 25, 2021

| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
|---|---|
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) <br> Richard Levin (admitted *pro hac vice*) <br> 919 Third Ave <br> New York, NY 10022-3908 <br> rgordon@jenner.com <br> rlevin@jenner.com <br> 212-891-1600 (telephone) <br> 212-891-1699 (facsimile) | A.J. Bennazar-Zequeira <br> Héctor M. Mayol Kauffmann <br> Francisco del Castillo Orozco <br> Edificio Union Plaza, <br> 1701 Avenida Ponce de León #416 <br> Hato Rey, San Juan <br> Puerto Rico 00918 <br> ajb@bennazar.org <br> hector.mayol@bennazar.com <br> 787-754-9191 (telephone) <br> 787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*) <br> Melissa Root (admitted *pro hac vice*) <br> Landon Raiford (admitted *pro hac vice*) <br> 353 N. Clark Street <br> Chicago, IL 60654 <br> csteege@jenner.com <br> mroot@jenner.com <br> lraiford@jenner.com <br> 312-222-9350 (telephone) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |