**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I hereby certify that:

1. A true and correct copy of the *Reservation of Rights of The Bank of New York Mellon Regarding Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-3283, Docket No. 18588; Case No. 17-3566, Docket No. 1218] (the "Confirmation Reservation of Rights") was served via the Court's CM/ECF system on October 19, 2021.

2. A true and correct copy of the *Reservation of Rights of The Bank of New York Mellon Regarding the Proposed Order Confirming the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-3283, Docket No. 18662; Case No. 17-3566, Docket No. 1221] (the "Proposed Order Reservation of Rights") was served via the Court's CM/ECF system on October 22, 2021.

3. The Confirmation Reservation of Rights and the Proposed Order Reservation of Rights were served by e-mail upon the parties listed on the service list attached hereto as **Exhibit A** on October 22, 2021.

Dated: October 25, 2021          **REED SMITH LLP**

    By: */s/ Luke A. Sizemore*
        Luke A. Sizemore (*Pro Hac Vice*)
        225 Fifth Avenue, Suite 1200
        Pittsburgh, PA 15222
        Telephone: (412) 288-3131
        Facsimile: (412) 288-3063
        Email: lsizemore@reedsmith.com

    *Counsel to The Bank of New York Mellon*

## EXHIBIT A

| | |
|---|---|
| rebecabarnes@bufetebarnes.com | xavier.carol@abertis.com |
| rburgos@adameslaw.com | xavier.carol@abertis.com |
| finanzas@asg.pr.gov | julian.fernandez@metropistas.com |
| epo@amgprlaw.com | gonzalo.alcalde@metropistas.com |
| loliver@amgprlaw.com | yanira.belen@metropistas.com |
| acasellas@amgprlaw.com | julian.fernandez@metropistas.com |
| epo@amgprlaw.com | gonzalo.alcalde@metropistas.com |
| larroyo@amgprlaw.com | yanira.belen@metropistas.com |
| acasellas@amgprlaw.com | orlando.gonzalez@publicisone.com |
| loliver@amgprlaw.com | david.powlen@btlaw.com |
| kstipec@amgprlaw.com | kevin.collins@btlaw.com |
| pjime@icepr.com | antonio.bauza@bioslawpr.com |
| daniel.bustos@excelerateenergy.com | gsilva@bioslawpr.com |
| idizengoff@akingump.com | belkgrovas@gmail.com |
| pdublin@akingump.com | ajb@bennazar.org |
| sbaldini@akingump.com | bgm.csp@bennazar.org |
| bkahn@akingump.com | hector.mayol@bennazar.org |
| tmclish@akingump.com | francisco.delcastillo@bennazar.org |
| sheimberg@akingump.com | ajb@bennazar.org |
| athornton@akingump.com | bgm.csp@bennazar.org |
| icastro@alblegal.net | hector.mayol@bennazar.org |
| storres@alblegal.net | francisco.delcastillo@bennazar.org |
| ealdarondo@alblegal.net | jsanchez@bdslawpr.com |
| drodriguez.alb@gmail.com | rdiaz@bdslawpr.com |
| drodriguez@alblegal.net | cbg@bobonislaw.com |
| alexandra.bigas@gmail.com | efl@bobonislaw.com |
| acasepr@gmail.com | sbest@brownrudnick.com |
| ealmeida@almeidadavila.com | bchew@brownrudnick.com |
| zdavila@almeidadavila.com | sbeville@brownrudnick.com |
| enrique.almeida@almeidadavila.com | schristianson@buchalter.com |
| jrivlin@afscme.org | vbantnerpeo@buchalter.com |
| tpaterson@afscme.org | jessica@bufete-emmanuelli.com |
| martz@afscme.org | rolando@bufete-emmanuelli.com |
| mfredericks@amerinatls.com | jessica@bufete-emmanuelli.com |
| fdearmas@ciacpr.com | notificaciones@bufete-emmanuelli.com |
| acordova@juris.inter.edu | wilbert_lopez@yahoo.com |
| Jramirez@amrclaw.com | remmanuelli@me.com |
| Kellyrivero@hotmail.com | rolando@bufete-emmanuelli.com |
| ccabrera@amrclaw.com | jessica@bufete-emmanuelli.com |
| antoniofuentesgonzalez@yahoo.com | notificaciones@bufete-emmanuelli.com |
| mrios@arroyorioslaw.com | wilbert_lopez@yahoo.com |
| jfigueroa@arroyorioslaw.com | wendolyn@bufete-emmanuelli.com |
| Arthursail@stny.rr.com | mcrm100@msn.com |
| asociacióngerencialescfse@gmail.com | adam.langley@butlersnow.com |
| Marieli.Paradizo@ponce.pr.gov | jeb.bailey@butlersnow.com |

| | |
|---|---|
| chris.maddux@butlersnow.com | cgarcia@garciariveralaw.com |
| mitch.carrington@butlersnow.com | ccuprill@cuprill.com |
| martin.sosland@butlersnow.com | charliehernandezlaw@gmail.com |
| Chris.Maddux@butlersnow.com | rnies@csglaw.com |
| Mitch.Carrington@butlersnow.com | gspadoro@csglaw.com |
| stan.ladner@butlersnow.com | mlepelstat@csglaw.com |
| condecarmen@condelaw.com | mcaruso@csglaw.com |
| ls.valle@condelaw.com | softedal@choate.com |
| notices@condelaw.com | mbarulli@choate.com |
| howard.hawkins@cwt.com | jsantiago@choate.com |
| mark.ellenberg@cwt.com | dgooding@choate.com |
| ellen.halstead@cwt.com | cintrongarcialaw@gmail.com |
| thomas.curtin@cwt.com | lbarefoot@cgsh.com |
| casey.servais@cwt.com | gmchg24@gmail.com |
| NATHAN.BULL@CWT.com | eduardo@cobianroig.com |
| bill.natbony@cwt.com | pdechiara@cwsny.com |
| jaclyn.hall@cwt.com | fecolon@colonramirez.com |
| mark.ellenberg@cwt.com | fecolon@colonramirez.com |
| ioliver@ccsllp.com | valvarados@gmail.com |
| Adiaz@cnrd.com | ausubopr88@gmail.com |
| Kbolanos@cnrd.com | jlopez@constructorasantiago.com |
| avalencia@cnrd.com | reed.smith@cooley.com |
| crivera@cnr.law | bmd@bmdcounselors.com |
| jf@cardonalaw.com | bmd@bmdcounselors.com |
| delapena.sylvia@gmail.com | bmd@cordovadick.com |
| carla.rodriguezbernier@yahoo.com | bmd@cordovadick.com |
| quilichinipazc@microjuris.com | ra@calopsc.com |
| calsina@prquiebra.com | scriado@calopsc.com |
| carloscardonafe@hotmail.com | rvalentin@calopsc.com |
| lcdo.carlos.e.riverajustiniano@gmail.com | ejcr@corretjerlaw.com |
| carlosfernandez@cfnlaw.com | rco@crlawpr.com |
| carlosvergne@aol.com | gar@crlawpr.com |
| hburgos@cabprlaw.com | rco@crlawpr.com |
| rcasellas@cabprlaw.com | gar@crlawpr.com |
| dperez@cabprlaw.com | carlos.iguina@multinationalpr.com |
| mmier@cabprlaw.com | dmolinalaw@gmail.com |
| dbatlle@cstlawpr.com | davidcarrionb@aol.com |
| emontull@cstlawpr.com | donald.bernstein@davispolk.com |
| ltorres@cstlawpr.com | brian.resnick@davispolk.com |
| jcasillas@cstlawpr.com | angela.libby@davispolk.com |
| jnieves@cstlawpr.com | jcdeliz@delizlegal.com |
| lramos@cstlawpr.com | jcdeliz@doingbusinesspr.com |
| lllach@cstlawpr.com | wssbankruptcy@gmail.com |
| SwainDPRCorresp@nysd.uscourts.gov | cabruens@debevoise.com |
| cacuprill@cuprill.com | eworenklein@debevoise.com |
| garciamirandalaw@gmail.com | aceresney@debevoise.com |

lzornberg@debevoise.com
allan.brilliant@dechert.com
yehuda.goor@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
rlatorre@delvallegroup.net
hreynolds@delvallegroup.net
afernandez@delgadofernandez.com
delgadomirandalaw@gmail.com
wburgos@justicia.pr.gov
lypagan@trabajo.pr.gov
gramlui@yahoo.com
rcastellanos@devconlaw.com
ventas@deya.com
kbolanos@diazvaz.law
diazsotolaw@gmail.com
corraldieg@gmail.com
mariana.muniz@dlapiper.com
jose.sosa@dlapiper.com
brett.ingerman@US.dlapiper.com
tomasita.sherer@us.dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
Donna.Maldonado@popular.com
carloslsuarez@gmail.com
jfnevares-law@microjuris.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com
dortiz@elpuente.us
elian.escalante@gmail.com
Regan.Michael@epa.gov
wmarcari@ebglaw.com
cetj@maaspr.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
fojeda@estrellallc.com
Rafael.Echevarria@evertecinc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
robert.schnell@faegrebd.com
pjime@icepr.com
legal.fmpr@gmail.com
beth@feganscott.com
jfeldesman@FTLF.com
fmontanezmiran@yahoo.com
jcc@fccplawpr.com
jcc@fclawpr.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
ferraric@ferrarilawpr.com
n.tactuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
msmall@foley.com
tdolcourt@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
alex@fuenteslaw.com
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
gaclegal@gmail.com
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
juans@prtc.net
ifullana@gaflegal.com
contact@genesissecuritypr.com
jgenovese@gjb-law.com
mguitian@gjb-law.com
jsuarez@gjb-law.com
jarrastia@gjb-law.com
jlgere@gmail.com
courtneyrcarroll@gierbolinicarroll.com
miguelgierbolini@gierbolinicarroll.com
dg@g-glawpr.com
rgv@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com
Jnieves@gonzalezmunozlaw.com
bpastuszenski@goodwinlaw.com
cbrown@goodwinlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
gramlui@yahoo.com
MARKV@HBSSLAW.com
steve@hbsslaw.com
ygc@rclopr.com

- 3 -

ygc1@prtc.net
handuze@microjuris.com
jmoralesb@microjuris.com
corraldieg@gmail.com
QUIEBRAS@ELBUFETEDELPUEBLO.com
hernandezrodriguezlaw@gmail.com
ehernandez@lawservicespr.com
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com
michael.hefter@hoganlovells.com
sara.posner@hoganlovells.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
mvega@senado.pr.gov
rrich2@huntonak.com
claudia.quinones@indianowilliams.com
david.indiano@indianowilliams.com
leticia.casalduc@indianowilliams.com
Jose.vazquez@indianowilliams.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov
janebeckerwhitaker@gmail.com
irg@roldanlawpr.com
irm@roldanlawpr.com
glenncarljameslawoffices@gmail.com
mroot@jenner.com
csteege@jenner.com
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
csteege@jenner.com
info@jesusriveradelgado.com
rrivera@jgl.com
apico@jgl.com
rrivera@jgl.com
jlg@joselgarcia.com
brosenblum@jonesday.com
jgross@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
bbennett@jonesday.com
iperez@jonesday.com
jareeder@jonesday.com
tuttieguerrero@yahoo.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com
javrua@gmail.com
juan@jahrlaw.com
jsoto@jbsblaw.com
ileanaortix@outlook.com
phammer@krcl.com
jesther27@aol.com
santos.giancarlo@gmail.com
dkaron@karonllc.com
AGlenn@kasowitz.com
SSchmidt@kasowitz.com
TWelch@kasowitz.com
swisotzkey@kmksc.com
rbillings@kmksc.com
aperez@kpmg.com
Lnegron@kpmg.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com
ghorowitz@kramerlevin.com
boneill@kramerlevin.com
nlandrau@landraulaw.com
adam.goldberg@lw.com
liza.burton@lw.com
christopher.harris@lw.com
jeff.bjork@lw.com
michael.reiss@lw.com
michael.reiss@lw.com
agraitfe@agraitlawpr.com
acevedovila1@gmail.com
pola@frankpolajr.com
herreroiLLL@herrerolaw.com
janebeckerwhitaker@yahoo.com
jemudd@yahoo.com
craigmcc@me.com
carlosalbertoruizquiebras@gmail.com

- 4 -

norbertocolonalvarado@yahoo.com
fpabon@lvvlaw.com
rrodriguez@juris.inter.edu
suarezcobo@gmail.com
dvelawoffices@gmail.com
abhishek.kalra@lehmanholdings.com
lemuel.law@gmail.com
ivandialo2001@yahoo.com
alinares2020@yahoo.com
loomislegal@gmail.co
alavergne@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
wlugo@lugomender.com
lawlugo1@gmail.com
luisfredsalgado@hotmail.com
vegaramosluis@gmail.com
jorge@mlrelaw.com
emil@mlrelaw.com
rdesoto@mapfrepr.com
mfvelezquiebras@gmail.com
marianifrancolaw@gmail.com
jnegron@mhlex.com
rsantiago@mhlex.com
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
igarau@mpmlawpr.com
vblay@mpmlawpr.com
rlm@martilaw.com
jnazario@martilaw.com
fjramos@martilaw.com
jnazario@martilaw.com
Clark.whitmore@maslon.com
Brian.klein@maslon.com
Jason.reed@maslon.com
Ana.chilingarishvili@maslon.com
bill.pentelovitch@maslon.com
john.duffey@maslon.com
maxtruj@gmail.com
julia.mignuccisanchez@gmail.com
lfr@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com

ajc@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ajc@mcvpr.com
MPC@mcvpr.com
lms@mcvpr.com
harlawpr@gmail.com
bqwhite@mwe.com
ncoco@mwe.com
amccollough@mcguirewoods.com
asoutherling@mcguirewoods.com
jfelicianoacosta@mcguirewoods.com
serrano.urdaz.law@hotmail.com
ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com
sanchez.lebron501@gmail.com
dmonserrate@msglawpr.com
fgierbolini@msglawpr.com
msimonet@msglawpr.com
rschell@msglawpr.com
luislluberas@mvalaw.com
ramon.dapena@mbcdlaw.com
ramon.dapena@mbcdlaw.com
ivan.llado@mbcdlaw.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
ivan.llado@mbcdlaw.com
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com
rachel.mauceri@morganlewis.com
JPeck@mofo.com
GLee@mofo.com
jpeck@mofo.com
glee@mofo.com
jnewton@mofo.com
lhughes@mofo.com
akissner@mofo.com
jpalmore@mofo.com
jbrugue@mbbclawyers.com

| | |
|---|---|
| man@nblawpr.com | gpavia@pavialazaro.com |
| nroblesdiaz@gmail.com | gerardopavialaw@msn.com |
| info@NSACLAW.com | peajeinfo@dechert.com |
| anevares@nsaclaw.com | pevarfon@gmail.com |
| lcancel@nsaclaw.com | pedronicot@gmail.com |
| ifullana@gaflegal.com | luis.vazquez@peerlessoil.com |
| hermann.bauer@oneillborges.com | geisenberg@perkinscoie.com |
| daniel.perez@oneillborges.com | petercheinsr@gmail.com |
| ubaldo.fernandez@oneillborges.com | adtoro@pico-blanco.com |
| Carla.garcia@oneillborges.com | mmercado@mercado-echegaray-law.com |
| gabriel.miranda@oneillborges.com | margaritalmercado@gmail.com |
| ldelacruz@oeg.pr.gov | oramos@pmalaw.com |
| l.ortizsegura@ploolaw.com | mtrelles@pmalaw.com |
| lawrog@gmail.com | lramos@plclawpr.com |
| emckeen@omm.com | bjquintana@quintanapr.com |
| apavel@omm.com | erovira@polymerpr.com |
| jrapisardi@omm.com | gpaz@populicom.com |
| pfriedman@omm.com | puertoricoteam@primeclerk.com |
| dperez@omm.com | serviceqa@primeclerk.com |
| dcantor@omm.com | gbrenner@proskauer.com |
| mdiconza@omm.com | ckass@proskauer.com |
| wsushon@omm.com | rkim@proskauer.com |
| roppenheimer@omm.com | jljones@proskauer.com |
| mpocha@omm.com | mdale@proskauer.com |
| pfriedman@omm.com | mbienenstock@proskauer.com |
| paula.gonzalez@oneillborges.com | ppossinger@proskauer.com |
| ofernandez@oflawoffice.com | ebarak@proskauer.com |
| mmo@oronozlaw.com | sratner@proskauer.com |
| TRowe@orrick.com | tmungovan@proskauer.com |
| gonzalezbadillo@gmail.com | bbobroff@proskauer.com |
| toledo.bankruptcy@gmail.com | mfirestein@proskauer.com |
| Otero_and_assoc@hotmail.com | lrappaport@proskauer.com |
| daniel.elkort@patternenergy.com | cfebus@proskauer.com |
| lucdespins@paulhastings.com | kperra@proskauer.com |
| andrewtenzer@paulhastings.com | jerichman@proskauer.com |
| jamesbliss@paulhastings.com | jalonzo@proskauer.com |
| jamesworthington@paulhastings.com | JLevitan@proskauer.com |
| anthonybuscarino@paulhastings.com | BRosen@proskauer.com |
| michaelcomerford@paulhastings.com | dmunkittrick@proskauer.com |
| alexbongartz@paulhastings.com | wdalsen@proskauer.com |
| nicholasbassett@paulhastings.com | MHackett@proskauer.com |
| arosenberg@paulweiss.com | lstafford@proskauer.com |
| rrosen@paulweiss.com | ppossinger@proskauer.com |
| wrieman@paulweiss.com | sweise@proskauer.com |
| kkimpler@paulweiss.com | LRappaport@proskauer.com |
| kzeituni@paulweiss.com | mfirestein@proskauer.com |

prosol@utier.org
prodriguez@prvlaw.com
penagaricanobrownusdc@gmail.com
Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov
fsilva@claropr.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
johnshaffer@quinnemanuel.com
matthewscheck@quinnemanuel.com
zacharyrussell@quinnemanuel.com
vcandelario@qaclaw.com
damarisqv@bufetequinones.com
rafael.ortiz.mendoza@gmail.com
rtorres@torresrodlaw.com
rgtolaw@gmail.com
rgtolaw@gmail.com
ytoyos@ramostoyoslaw.com
erb@rodriguezbinetlaw.com
CSpringer@ReedSmith.com
DSchlecker@ReedSmith.com
KGwynne@ReedSmith.com
LSizemore@ReedSmith.com
JRoach@ReedSmith.com
vizcarrondo@reichardescalera.com
vizcarrondo@reichardescalera.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
vizcarrondo@reichardescalera.com
fvander@reichardescalera.com
riverac@reichardescalera.com
cdavila@reichardescalera.com
iacosta@renocavanaugh.com
tpennington@renocavanaugh.com
maria.baco@msn.com
mpico@rexachpico.com
prcr@mcvpr.com
rhoncat@netscape.net
filippetti_r@hotmail.com
castilloricardo977@gmail.com
ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com
lrichards@rkollp.com

dzinman@rkollp.com
pdevlin@rkollp.com
nrickenbach@rickenbachpr.com
victorriverarios@rcrtrblaw.com
etulla@riveratulla.com
icabrera@riveratulla.com
marivera@riveratulla.com
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
kzecca@robbinsrussell.com
dburke@robbinsrussell.com
romn1960@gmail.com
estudiolegalrivera2@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
manuel@rodriguezbanchs.com
rosasegui@yahoo.com
mrm@rmlawpr.com
mrm@rmlawpr.com
Douglas.Hallward-Driemeier@ropesgray.com
Keith.Wofford@ropesgray.com
Daniel.Egan@ropesgray.com
r.miranda@rmirandalex.net
rprats@rpplaw.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
lsaldana@scvrlaw.com
arotger@scvrlaw.com
jsanchez@scvrlaw.com
jsalichs@splawpr.com
avb@sbgblaw.com
avb@sbgblaw.com
jsanabria@sbgblaw.com
jdavila@sbgblaw.com
gviviani@sanpir.com
jreyes@sanpir.com
jsanchez@sanpir.com
alavergne@sanpir.com
santilawoffice@yahoo.com
santosberriosbk@gmail.com
sramirez@sarlaw.com
douglas.mintz@srz.com
peter.amend@srz.com
michael.cook@srz.com
eric.prather@srz.com

- 7 -

thomas.mott@srz.com
Roy.purcell@scotiabank.com
Rgf@mcvpr.com
Roy.purcell@scotiabank.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
epo@amgprlaw.com
emaldonado@smlawpr.com
acouret@smlawpr.com
adeliz@smlawpr.com
jsantos@smlawpr.com
acouret@smlawpr.com
jsantos@smlawpr.com
FSosnick@Shearman.com
LLarose@sheppardmullin.com
NBhatt@sheppardmullin.com
goplerud@sagwlaw.com
howie@sagwlaw.com
jmenen6666@gmail.com
bfriedman@stblaw.com
nbaker@stblaw.com
jyoungwood@stblaw.com
david.elbaum@stblaw.com
MARIAE.HERNANDEZ@prepa.com
MARIAE.HERNANDEZ@prepa.com
carmen.herrero@prepa.com
mark.mcdermott@skadden.com
Bram.Strochlic@skadden.com
Shana.Elberg@skadden.com
Paul.lockwood@skadden.com
skyhighelevators@gmail.com
pglassman@sycr.com
cmechling@stroock.com
smillman@stroock.com
cmechling@stroock.com
smillman@stroock.com
khansen@stroock.com
jcanfield@stroock.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com
nmanne@susmangodfrey.com
kzuniga@susmangodfrey.com
jlopez@constructorasantiago.com
tanairapadilla@yahoo.com
rebecabarnes@bufetebarnes.com

Saultoledo22@yahoo.com
luis.bautista@scotiabank.com
Mcantor4@mac.com
rich.katz@torquepointllc.com
rfc@thefinancialattorneys.com
andres@awllaw.com
edgardo@therivera.group
mvega@vega-rivera.com
edgardo@therivera.group
mvega@vega-rivera.com
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
Paula.Flowers@TransCore.com
rebecca.cutri-kohart@usdoj.gov
rebecca.cutri-kohart@usdoj.gov
Thomas.g.ward@usdoj.gov
doman@ubarri-romanlaw.com
unionecfse@yahoo.com
migade19@hotmail.com
jaimeenriquecruzalvarez@gmail.com
christopher.connolly@usdoj.gov
Bradley.Humphreys@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
deindprcorresp@mad.uscourts.gov
rtoro@universalpr.com
wardlow.w.benson@usdoj.gov
USTP.Region21@usdoj.gov
hvaldes@v-olaw.com
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
hernandezrodriguez.v@gmail.com
vero@ferraiuoli.pr
hvicente@vclawpr.com
victor@calderon-law.com
rcruz@vnblegal.com
jvilarino@vilarinolaw.com
jvilarino@vilarinolaw.com
ramonvinas@vinasllc.com
ramonvinas@vinasllc.com

Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
AKHerring@wlrk.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
gkurtz@whitecase.com
jcunningham@whitecase.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
jzakia@whitecase.com
jcunningham@whitecase.com
fdelahoz@whitecase.com
csloane@whitecase.com
jgreen@whitecase.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wssbankruptcy@gmail.com
wssbankruptcy@gmail.com
mstancil@willkie.com
chardman@winston.com
jmotto@winston.com
ldelgado@winston.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
mneiburg@ycst.com