## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**In re:**

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
as representative of

**THE COMMONWEALTH OF PUERTO RICO, et al.,**
**THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY**

Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283 (LTS)

---

### PRETRIAL INFORMATIVE MOTION

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**COME NOW, CREDITOR DEMETRIO AMADOR INC. / DEMETRIO AMADOR ROBERTS, ("AMADOR"),** through the undersigned counsel and in compliance with the Order Regarding Procedures for the Hearing on Confirmation of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

the Plan of Adjustment registered at docket entry 18502, respectfully inform:

1. Amador filed an Objection to the Confirmation of the Plan of Adjustment Plan on October 19, 2021, at docket entry 18582.

2. The undersigned attorney will participate in the Confirmation Hearing and hereby files the Party Appearance Sheet, attached as Exhibit A, that conforms with the Order Regarding Procedures for the Hearing on Confirmation of the Plan of Adjustment at docket entry 18502.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above.

### CERTIFICATE OF SERVICE

I hereby certify that; on this date, I caused the preceding document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on October 25, 2021.

**COUNSEL FOR AMADOR**
**/S/ _Mª Mercedes Figueroa y Morgade_**
MªMERCEDES FIGUEROA Y MORGADE
USDC-PR #207108
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856
Tel: 787-234-3981
**figueroaymorgadelaw@yahoo.com**

2

Case:17-03283-LTS Doc#:18782 Filed:10/25/21 Entered:10/25/21 16:41:48 Desc: Main
Document Page 3 of 3

Case:17-03283-LTS Doc#:18718-2 Filed:10/25/21 Entered:10/25/21 14:17:49 Desc:
Exhibit A- Party Appearance Sheet Page 1 of 1

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party DEMETRIO AMADOR INC./ DEMETRIO AMADOR ROBERTS "AMADOR" | |
| Party Name Abbreviation (For Use with Zoom[2])    AMADOR | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, Maria Mercedes Figueroa y Morgade<br>• Email, figueroaymorgadelaw@yahoo.com<br>• Law Firm, Figueroa y Morgade Legal<br>• Phone Number 787-234-3981<br>• Docket Entry No. for the Attorney's Notice of Appearance 17005<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) AMADOR<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? Confirmation hearing.<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. 18582 | |
| Witness List Docket Entry No. | |
| Exhibit List Docket Entry No. | |
| Other Statement Docket Entry No. | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).

211014 EXHIBIT A. APPEARANCE SHEET      VERSION OCTOBER 14, 2021      1