## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>     Debtors.[1] | PROMESA Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

### NOTICE OF SUBMISISON OF
### U.S. BANK'S EXHIBIT LIST IN RELATION TO ITS OBJECTION AS TRUSTEE FOR PFC BONDS IN CONNECTION WITH
### THE PLAN CONFIRMATION HEARING (ECF NO. 18631)

To the Honorable United States District Judge Laura Taylor Swain:

    1.    U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank")[2] hereby submits this list of exhibits which may be used at the hearing on confirmation of the Plan.

    2.    U.S. Bank already filed a number of the below exhibits on October 21, 2021 as annexures to the *Objection of U.S. Bank, as Trustee for The Puerto Rico Finance Corporation*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

[2] Capitalized terms not defined herein have the meaning assigned to them in the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF No. 17627).

*Bonds*, to the *Seventh Amended Title III Joint Plan of Adjustment of The Commonwealth of Puerto Rico, et al.* (ECF No. 18631) ("PFC Objection"). U.S. Bank also made reference to documents in the PFC Objection that were not included as exhibits, but are listed below as exhibits which U.S. Bank may rely on at the Confirmation Hearing:

| Exhibit Identifier | Docket Entry Number | Description of Exhibit |
|---|---|---|
| U.S. Bank Ex. 1 | ECF No. 18631 | Certified Copy of the Trust Agreement between PFC and the U.S. Bank as Trustee |
| U.S. Bank Ex. 2 | ECF No. 18631 | PFC 2011 Promissory Notes |
| U.S. Bank Ex. 3 | ECF No. 18631 | PFC 2012 Promissory Notes |
| U.S. Bank Ex. 4 | ECF No. 18631 | Series 2011 A PFC Bonds Letter of Credit |
| U.S. Bank Ex. 5 | ECF No. 18631 | Series 2011 B PFC Bonds Letter of Credit |
| U.S. Bank Ex. 6 | ECF No. 18631 | Series 2012 A PFC Bonds Letter of Credit |
| U.S. Bank Ex. 7 | ECF No. 18631 | Act 164 of December 17, 2001 |
| U.S. Bank Ex. 8 | ECF No. 18631 | Act 85 of June 13, 1998 |
| U.S. Bank Ex. 9 | ECF No. 18631 | Joint Resolution 523 of August 24, 2000 |
| U.S. Bank Ex. 10 | ECF No. 18631 | Act 113 of September 27, 1994 |
| U.S. Bank Ex. 11 | ECF No. 18631 | Act No. 21 of 2016, the Debt Moratorium Act |
| U.S. Bank Ex. 12 | ECF No. 18631 | Executive Order 2016-31 |
| U.S. Bank Ex. 13 | N/A | Executive Order 2016-30 |
| U.S. Bank Ex 14 | N/A | Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018[3] |
| U.S. Bank Ex. 15 | N/A | Proof of Claim filed by U.S. Bank as Trustee for the PFC Bonds, dated May 18, 2018 |

---

[3] This exhibit is referenced in the *Limited Objection of U.S. Bank as Trustee for PRIFA Bonds and Fiscal Agent for PBA Bonds to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al* (ECF No. 18634). Full production of this document may be limited due to confidentiality requirements of the settlement agreement.

| U.S. Bank Ex. 16 | N/A | Government Development Bank Title VI Solicitation Statement and Qualifying Modification |
|---|---|---|

3.      U.S. Bank reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend and/or supplement this list, for reasons including, but not limited to, if the Confirmation Hearing scheduled to commence on November 8, 2021 is adjourned or if the Plan is modified.

In San Juan, Puerto Rico, on this 25th day of
October, 2021.

By: _/s/ Eric A. Tulla_____

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
Pieter Van Tol, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National
Association and U.S. Bank National
Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that this 25th day of October 2021 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

San Juan, Puerto Rico

By: *Iris J. Cabrera-Gomez*

Iris J. Cabrera-Gomez