# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF SUBMISSION OF
## U.S. BANK'S EXHIBIT LIST IN RELATION TO ITS LIMITED OBJECTION AS TRUSTEE FOR PRIFA BONDS AND FISCAL AGENT FOR PBA BONDS IN CONNECTION WITH THE PLAN CONFIRMATION HEARING (ECF NO. 18634)

To the Honorable United States District Judge Laura Taylor Swain:

  1. U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank")[2] hereby submits this list of exhibits which may be used at the hearing on confirmation of the Plan.

  2. U.S Bank filed the *Limited Objection of U.S. Bank as Trustee For PRIFA Bonds and Fiscal Agent for PBA Bonds to the Seventh Amended Title III Joint Plan of Adjustment of the*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

[2] Capitalized terms not defined herein have the meaning assigned to them in the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF No. 17627).

*Commonwealth of Puerto Rico, et al.* (ECF No. 18634) (the "Limited Objection") on October 21, 2021. The exhibits listed below were referred to in the Limited Objection, and reflect the exhibits which U.S. Bank may rely on at the Confirmation Hearing

| Exhibit Identifier | Docket Entry Number | Description of Exhibit |
|---|---|---|
| U.S. Bank Ex. 17 | N/A | Trust Agreement between Puerto Rico Infrastructure Financing Authority with Citibank, dated October 1, 1988 |
| U.S. Bank Ex. 18 | N/A | Puerto Rico Public Buildings Authority Resolution No. 468, adopted June 22, 1995 |
| U.S. Bank Ex. 19 | N/A | Proof of Claim filed by U.S. Bank as Successor Trustee for the PRIFA Bonds, dated May 18, 2018 |
| U.S. Bank Ex. 20 | N/A | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated June 27, 2018 |
| U.S. Bank Ex. 21 | N/A | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated July 29, 2020 |
| U.S. Bank Ex. 22 | N/A | Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018[3] |

3. U.S. Bank reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend and/or supplement this list, for reasons including, but not limited to, if the Confirmation Hearing scheduled to commence on November 8, 2021 is adjourned or if the Plan is modified.

---

[3] This exhibit is referred to in the Limited Objection. Full production of this document may be limited due to the confidentiality requirements of the settlement agreement.

In San Juan, Puerto Rico, on this 25th day of October, 2021.

By: /s/ Eric A. Tulla

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
Pieter Van Tol, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I hereby certify that this 25th day of October 2021 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

San Juan, Puerto Rico

By: *Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez