Reclamante:
Nivia Colón Vázquez

Ley 89 - Romerazo      Caso # 96643
12 de julio 1979        Caso # 81057

La ley de retribución uniforme otorga aumento salarial a empleados del gobierno, tales como maestros y otros, según la administración del exgobernador Carlos Romero Barceló.

Comencé a trabajar en Enero de 1970 hasta mayo de 1992 (21 $\frac{1}{2}$ años). Regresé de Estados Unidos a fines de el año 2003. Comencé a trabajar en enero de 2004 y hasta el año 2007 (3 $\frac{1}{2}$ años). Aumento de $100.00 al sueldo básico.

$100 \times 12 = \$1,200 \times 25$ años $= \$30,000$

La ley 164 - Sila Calderón - 22 junio 2003
Aumento de $100.00 efectivo en 2004 para empleados del gobierno de P.R.

Tel. 939-497-5966        Nivia Colón Vázquez
                         HC02 Box 4934
                         Villalba, P.R. 00766