Nivia Colón Vázquez
HC07 Box 4934
Villalba, P.R. 00766

United States to the Court's Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 OCT 25 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625