UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

[Related to Docket #18433]

**INFORMATIVE MOTION FOR NOVEMBER 8, 2021 CONFIRMATION HEARING**

    I, Arthur Samodovitz, pro se, an individual bondholder of the 2014 GO Bonds, hereby files this Informative Motion in accordance with the Court's Order regarding Procedures (#18502). I request the opportunity to present opening argument at the November 8, 2021 confirmation hearing in opposition to confirmation. A Party Appearance Cover Sheet, a Party Witness Cover Sheet and a Party Exhibit Cover Sheet are included with this Motion. I am filing this Motion by email as well as US Postal Mail.

Respectfully Submitted, _____, October 23, 2021

/s/Arthur Samodovitz

120 Lasa Commons Circle #213, St. Augustine, Fl 32084

ArthurSsails@gmail.com    904-878-4026

STEPHEN WESTON II
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WE6398771
Qualified in Tompkins County
My Commission Expires 10-07-2023

1

## Certificate of Service

I, Arthur Samodovitz, certify that I have caused "Pretrial Informative Motion –November 8, 2021 Confirmation Hearing" to be served via email on the following parties:

October 23, 2021

/s/ Arthur Samodovitz
Arthur Samodovitz

Certificate of Service
I, Arthur Samodovitz, swear under penalty of perjury that I have caused the foregoing "Pretrial Informative Motion –November 8, 2021 Confirmation Hearing" to be served by email on each attorney whose email address appears below.
Dated: October 23, 2021
/s/ Arthur Samodovitz, Arthur Samodovitz, deponent

Counsel for FOMB:
PROSKAUER ROSE LLP Eleven Times Square New York, New York 10036-8299
Attn: Martin J. Bienenstock Paul V. Possinger Ehud Barak Maja Zerjal E-Mail:
mbienenstock@proskauer.com ppossinger@proskauer.com ebarak@proskauer.com
mzerjal@proskauer.com
O'NEILL & BORGES LLC 250 Muñoz Rivera Ave., Suite 800 San Juan, PR 00918-1813 Attn: Hermann D. Bauer, Esq. E-Mail: hermann.bauer@oneillborges.com
Counsel for AAFAF:
O'MELVENY & MYERS LLP 7 Times Square New York, NY 10036 Tel: (212) 326-2000 Fax: (212) 326-2061 Attn: John J. Rapisardi Peter Friedman E-Mail:
jrapisardi@omm.com pfriedman@omm.com
MARINI PIETRANTON MUNIZ LLC 250 Ponce de León Ave. Suite 900 San Juan, Puerto Rico 00918 Tel: (787) 705-2171 Fax: (787) 936-7494 Attn: Luis C. Marini-Biaggi Carolina Velaz-Rivero E-Mail: lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com

STEPHEN WESTON II
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WE6398771
Qualified in Tompkins County
My Commission Expires 10-07-2023

5