## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Arthur Samodovitz |
| Party Name Abbreviation (For Use with Zoom) | Arthur |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of<br><br>Or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Arthur Samodovitz, pro se<br>ArthurSsails@gmail.com<br>908-878-4026 |
| Plan Objection Docket Entry No. | 18433 |
| If a Party files a supplemental Party appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| Note: Pursuant to the Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |