## PARTY WITNESS COVER SHEET

| Name of Party: Arthur Samodovitz | Arthur Samodovitz |
|---|---|
| Does the Party intend to offer a witness? | No |
| Total Number of Witnesses | 0 |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |
| I, [*insert filing attorney name or pro se party-in-interest*], certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. ||||

\* The Court does not provide interpreters for witness testimony