PARTY EXHIBIT COVER SHEET

| | |
|---|---|
| Name of Party: | Arthur Samodovitz |
| Does the Party intend to offer evidence? | Exhibit A – "AAFAF CONF 0009291" (Projected Debt Service on Variable Rate GOs based on 12% maximum possible interest rate)<br><br>Exhibit B – "AAFAF CONF 0009290" (Actual Debt Service on Variable Rate GOs based on applicable index)<br><br>Both Exhibits were previously included with the Objection 18433. There is no new evidence. |
| Total Number of Exhibits Offered by the Party | Two – Exhibit A and Exhibit B as identified above and previously filed with the Objection 18433. |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. | |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

I, [*insert filing attorney name or name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet.

4