






**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

- Expected delivery date specifie[d]
- Most domestic shipments inclu[de]
- USPS Tracking® included for d[omestic]
- Limited international insuranc[e]
- When used internationally, a c[ustoms form is required]

*Insurance does not cover certain items. [See]
Domestic Mail Manual at http://pe.usps.[com]
** See International Mail Manual at http:[...]

**FLAT RATE EN**[VELOPE]
ONE RATE ■ ANY WEIGHT

**TRACKED** ■ **INS**[URED]

PS00001000014

---

**UNITED STATES POSTAL SERVICE** — Retail

P   US POSTAGE PAID   $8.70
Origin: 14851
10/23/21
3541610851-07

**PRIORITY MAIL 3-DAY®**

0 Lb 2.30 Oz
1006

EXPECTED DELIVERY DAY: 10/27/21

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

USPS TRACKING® #

9505 5143 7256 1296 8400 64

---

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

**FROM:**
Arthur Samodovitz
120 Lasa Commons Cir #213
St Augustine, FL 32084

**TO:**
US District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, Puerto Rico
00918-1767

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

RECEIVED & FILED
2021 OCT 25 PM 5:08
CLERK'S OFFICE
US DISTRICT CT
SAN JUAN PR