# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## PRETRIAL INFORMATIVE MOTION

To the Honorable United States District Court Judge Laura Taylor Swain:

Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc. (collectively, "MLPF&S Parties"), by and through its counsel, hereby submit this Informative Motion in response to this Honorable Court's *Order Regarding Procedures For Hearing on Confirmation of Plan of Adjustment* [ECF No. 18502], setting forth guidelines for parties wishing to appear at the Final Pretrial Conference scheduled for November 1, 2021 and the Confirmation Hearing scheduled to start on November 8, 2021, and respectfully INFORMS:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On October 19, 2021, MLPF&S Parties filed an objection to the confirmation of Debtor's Plan of Adjustment (the "Plan"), along with certain other underwriters to issuances of Puerto Rico bonds (**Docket No. 18587**).

2. The undersigned Carrie Hardman and Joseph Motto of Winston & Strawn LLP wish to participate at the Final Pretrial Conference and Confirmation Hearing on the Plan.

3. MLPF&S Parties are attaching as **Exhibit A** hereto the Party Appearance Sheet.

**WHEREFORE**, Counsel respectfully requests this Honorable Court to take notice of the information stated above.

**RESPECTFULLY SUBMITTED,**

Dated: October 26, 2021

| **WINSTON & STRAWN LLP** | **BOBONIS, BOBONIS & RODRIGUEZ POVENTUD** |
|---|---|
| | */s/ Enrique G. Figueroa-Llinás* |
| | Enrique G. Figueroa-Llinás |
| Carrie V. Hardman (*Pro Hac Vice*) | USDC No. 201709 |
| 200 Park Avenue | 129 de Diego Ave. |
| New York, NY 10166 | San Juan, Puerto Rico 00911-1927 |
| Tel: (212) 294-6700 | Tel: (787) 725-7941 |
| Fax: (212) 294-4700 | Fax: (787) 725-4245 |
| Email: chardman@winston.com | Email: efl@bobonislaw.com |
| | |
| Joseph L. Motto (*Pro Hac Vice*) | *Counsel for Merrill Lynch, Pierce,* |
| 35 W. Wacker Drive | *Fenner & Smith Inc. and Merrill Lynch* |
| Chicago, IL 60601 Tel: (312) 558-5600 | *Capital Services, Inc.* |
| Fax: (312) 558-5700 | |
| Email: jmotto@winston.com | |
| | |
| *Counsel for Merrill Lynch, Pierce,* | |
| *Fenner & Smith Inc. and Merrill Lynch* | |
| *Capital Services, Inc.* | |

**I HEREBY CERTIFY** that on October 26, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**BOBONIS, BOBONIS & RODRIGUEZ POVENTUD**

*/s/ Enrique G. Figueroa-Llinás*
Enrique G. Figueroa-Llinás
USDC No. 201709
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927
Tel: (787) 725-7941
Fax: (787) 725-4245
Email: efl@bobonislaw.com

*Counsel for Merrill Lynch, Pierce,
Fenner & Smith Inc. and Merrill Lynch
Capital Services, Inc.*