## Exhibit A[1]
### Party Appearance Sheet

| | |
|---|---|
| Name of Party | Merrill Lynch, Pierce, Fenner & Smith, Inc. and Merrill Lynch Capital Services, Inc. |
| Party Name Abbreviation (For Use with Zoom[2]) | MLPF&S Parties |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | **Carrie Hardman**<br>chardman@winston.com<br>Winston & Strawn LLP<br>(212) 294-5391<br>No. 6238, 6902 & 7740<br>MLPF&S Parties / Hardman, Carrie / Winston & Strawn<br>Final Pretrial Conference & Confirmation Hearing<br><br>**Joseph Motto**<br>jmotto@winston.com<br>Winston & Strawn LLP<br>(312) 558-3728<br>No. 7739 & 7740<br>MLPF&S Parties / Motto, Joe / Winston & Strawn<br>Final Pretrial Conference & Confirmation Hearing |
| Plan Objection Docket Entry No. | 18587 |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | N/A |
| Other Statement Docket Entry No. | N/A |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1]  This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2]  See Confirmation Hearing Procedures Order, ¶ 9(a).