UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

                Debtors.¹
-------------------------------------------------------------x
```

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on October 25, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 26, 2021

1. Anubis D. Torres Garcia
2. Roberto Berrios Castrodad
3. Carmen M. Vega Perez
4. Laura E. Fuxench Lopez
5. Maria de los A. Guzman Olivo (2 notices)
6. Sylvette M. Santos Longo
7. Leocadio Rodriguez Torres
8. Esther Vazquez Garcia
9. Nidia Gonzalez Mercado (3 notices)
10. Isabel Gonzalez del Valle
11. Maritza Garcia Ortiz (3 notices)
12. Kiara M. Maisonet Garcia (2 notices)
13. Wilnelia Morales Acevedo
14. Herminia Davila Gonzalez
15. Anibal Diaz Burgos
16. Vanessa Moreno Santini
17. Ramon Sanchez Ortiz
18. Norma I. Cuevas Gonzalez
19. Mildred Aguilar Martinez
20. Maribella Martinez Bousquet
21. Yolande C. Miller
22. Sandra Castro Algarin

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 26, 2021

23. Wilfredo Garcia Torres

24. Ana Rodriguez Otero

25. Santos Maria Martinez Sanchez

26. Nilda Santiago Molina (4 notices)

27. Diana Rivera Cruz

28. Julio E. Sanchez Aponte

29. Rosario Rivera

30. Lydia E. Torres Lugo

31. Marta Gonzalez Maldonado

32. Marianita Palou Morales

33. Lilliam Sandoz Perea (2 notices)

34. Nilda I. Perez Jusino

Dated: October 26, 2021

3