Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anubis D. Torres García_

Participant's Address: _Street Magnolia #463 Bo. Esperanza Vieques, PR 0076_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pack ID 263886_

Nature of Claim: _MMLID 551889-P_

By: _Anubis D. Torres García_
Signature

_Anubis D. Torres García_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Anubis D. Torres Garcia
Calle Magnolia #463 Bo. Esperanza
Vieques, PR. 00765

7021 0950 0001 5430 0436

CERTIFIED MAIL

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
VIEQUES, PR
00765
OCT 07, 21
AMOUNT
$7.38
R2304N118483-03

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Roberto Berrios Castrodad

Participant's Address: Urb. Fernandez, Calle Francisco Cruz #24, Cidra P.R. 00739

Participant's Email Address: rberrioscastrodad@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175325

Nature of Claim: wages, Back Pay Promesa Title III
no. 17 BK 32 83-LTS

By: _____
Signature

Roberto Berrios Castrodad
Print Name

_____
Title (if Participant is not an individual)

22 septiembre 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Berrios Castrodad
Urb. Fernandez - Calle Francisco Cruz #24
Cidra, Puerto Rico
00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN

2021 OCT 25 PM 5:17

00918-170399

MEMPHIS TN 380
28 SEP 2021 PM 3 L

Court's Clerk's office at:
United States District Court,
Clerk's office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P. R.
00918 - 1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Vega Pérez_

Participant's Address: _Box 760 Hormigueros P.R. 00660_

Participant's Email Address: _Luisacosta 2123 @gmail.com_

Name of Counsel: _Departamento de Educación_

Address of Counsel: _Puerto Rico_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167904_

Nature of Claim: _Demanda ganada por empleados del gobierno de P.R._

By: _Carmen M. Vega Pérez_
Signature

_Carmen M. Vega Pérez_
Print Name

_____
Title (if Participant is not an individual)

_3 octubre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Vega Reig
Box 760
Hormigueros P.R. 00660

RECEIVED AND FILED
CLERK
U.S. DISTRICT
SAN JUAN
2021 OCT 25  PM 5: 17

MEMPHIS TN 380
6 OCT 2021  PM 3  L

United States District Court
Clerks Office 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laura E Fuxench lopez_

Participant's Address: _20 Esmeralda, Bucaré, Guaynabo, P.R. 00969_

Participant's Email Address: _laura_fuxench@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _The Commonwealth of P.R._

By: _[signature]_
Signature

_Laura E. Fuxench lopez_
Print Name

_____
Title (if Participant is not an individual)

_9/28/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Louma E. Tucon MEMPHIS
20 Esmeralda, Bu. 2N 340
Aguaybuy, P.R. 00605

United States District Court
Clerk's Office, 150 Au. Carlos Chadon Str. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MARIA DE LOS A. GUZMAN OLIVO

Participant's Address: URB. BRISAS DEL MAR 152 CALLE MAR EGEO ISABELA PR 00662

Participant's Email Address: maguzman7833@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 87890

Nature of Claim: SALARY ADJUSTMENT AND JOB POSITION RECLASSIFICATION

By: _____
Signature

MARIA DE LOS A. GUZMAN OLIVO
Print Name

_____
Title (if Participant is not an individual)

Octuber 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María de los A. Huyun Ruiz
Urb. Brisas del Mar
162 Calle Mar Egeo
Isabela PR 00002

00918-170625

MEMPHIS TN 380

16 OCT 2021 PM 3 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 OCT 25 PM 5: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: <u>MARIA DE LOS A. GUZMAN OLIVO</u>

Participant's Address: <u>URB. BRISAS DEL MAR 152 CALLE MAR EGEO ISABELA PR 00662</u>

Participant's Email Address: <u>maguzman7833@gmail.com</u>

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: <u>87890</u>

Nature of Claim: <u>SALARY ADJUSMENT AND JOB POSITION RECLASSIFICATION</u>

By: _____
   Signature

MARIA DE LOS A. GUZMAN OLIVO
Print Name

_____
Title (if Participant is not an individual)

October 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María de los A. Guzmán Olivo
Urb. Brisas del Mar
152 Calle Mar Egeo
Isabela, PR 00662

00918-170625

MEMPHIS TN 380

16 OCT 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR 0098-1767



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 OCT 25 PM 5:16

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Sylvette M. Santos Longo

Participant's Address: Urb. La Hacienda A48 calle A Comerio P.R. 00782

Participant's Email Address: santossylvette@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: _____
Signature

Sylvette M. Santos Longo
Print Name

Trabajadora Social
Title (if Participant is not an individual)

Septiembre 23/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvette M. Santos Longo
Urb. La Hacienda
A-48 calle A
Comeria, Pro. Rico 00782

RECEIVED
2021 OCT 25 PM 3: 16
OFFICE
RICT COURT
N JUAN, P.R.

00918-170625

MEMPHIS TN 380

25 SEP 2021 PM 3  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan, Pro. Rico 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Leocadio Rodriguez Torres_

Participant's Address: _EXTurb EsTAncial del MAYORAL 22 Calle VINALA Ville 1307.R 00766_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Leocadio Rodriguez Torres_
Print Name

_____
Title (if Participant is not an individual)

_22/Sep/2021_
Date

RECEIVED & FILED
2021 OCT 25 PM 5: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Leocadio Rodriguez Torres
EXTURB ESTANCIA del MAYORAL II-88
CALLE VINARA VILLALBA P.R. 00766

RECEIVED & FILED
2021 OCT 25 PM 5:16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
28 SEP 2021 PM 3 L

00918-170625

Discovery police to the courtis Check office AT
United States District Clerk's Office
150 Ave carlos chardon STE. 150
SAN JUAN P.R. 00918-1767

PURPLE HEART
FOREVER USA

USPS

Case:17-03283-LTS   Doc#:18744-1   Filed:10/26/21   Entered:10/26/21 10:46:36   Desc:
Pro se Notices of Participation   Page 17 of 88

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Esther Vázquez García_

Participant's Address: _Calle: José M. Angeli #44 sur Gma, PR 00784_

Participant's Email Address: _vazquezgarciaesther@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159015_

Nature of Claim: _Promesa Title III No.17 BK 3283-LTS_

By: _Esther Vás García_
   Signature

_Esther Vázquez García_
Print Name

_____
Title (if Participant is not an individual)

_12 de Octubre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: <u>United S</u>tates District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Esther Vázquez García
Calle: José M. Angeli #44sur
Guayama, P.R 00784

United States District Court
Clerk's Office, 150 Ave.Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

00918-170625

RECEIVED & FILED
2021 OCT 25 PM 5:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nidia Gonzáles Mercado_

Participant's Address: _Ave. Lulio Saavedra Blasco #68_

Participant's Email Address: _nidia gonzales 140 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96441_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _Nidia Gonzales Mercado_
Signature

_Nidia Gonzáles Mercado_
Print Name

_____
Title (if Participant is not an individual)

_10/3/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Case:17-03283-LTS   Doc#:18744-1   Filed:10/26/21   Entered:10/26/21 10:46:36   Desc:
Pro se Notices of Participation   Page 20 of 88

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nidia González Mercado*

Participant's Address: *Ave. Lulio Saavedra Blasco #68*

Participant's Email Address: *nidiagonzalez 140 @ gmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *92473*

Nature of Claim: *Empleados Públicos y Pension/Jubilación*

By: *Nidia González Mercado*
Signature

*Nidia González Mercado*
Print Name

_____
Title (if Participant is not an individual)

*10/4/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nidia González Mercado_

Participant's Address: _Ave Rubio Saavedra Blasco #68_

Participant's Email Address: _nidiagonzalez 140 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Ley 84 Romerazo (desde 1980-2008)_

Nature of Claim: _Public Employee and Pension_

By: _Nidia González Mercado_     _Retiree Claims_
Signature

_Nidia González Mercado_
Print Name

_____
Title (if Participant is not an individual)

_10/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nidia [illegible]
Ave. Rulio Saavedra Blanco # 68
Isabela, PR 00662

$1.00
02/138/1500

United State District Court Clerks Office
150 Ave. Carlos Chardon Ste
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 25 PM 2: 15

RECEIVED & FILED


FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Isabel Gonzáles Del Valle_

Participant's Address: _calle 15 A / B2-41 Ext. Rexville, Bayamón, P.R._

Participant's Email Address: _isabelgdelvalle@gmail.com_

Name of Counsel: _Isabel Gonzáles Del Valle_

Address of Counsel: _calle 15 A / B2-41 Ext. Rexville, Bayamón, P.R._

Email Address of Counsel: _isabelgdelvalle@gmail.com._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No.17 BR 3283-LTS_

Nature of Claim: _PROMESA  TITLE III_

By: _Isabel Gonzáles Del Valle_
Signature

_Isabel Gonzáles Del Valle_
Print Name

_Isabel Gonzáles Del Valle_
Title (if Participant is not an individual)

_13 - Sept. - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re*
*Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel Gonzalez
Call 154/B2 - #1
Ext. Roxville, Bayamon, P.R.
00957

United States District Court
Clerk's Office,
150 Ave. Chardon, 150
San Juan, P.R. 00918 - 1767

00918-176825

MEMPHIS TN 380

28 SEP 2021 PM 4 L

FOREVER / USA

RECEIVED & FILED
2021 OCT 25 PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Garcia Ortiz_

Participant's Address: _Urb. Santa Catalina c/12 E7 Bayamón 00757_
_Po Box 3840, Bayamón P.R. 0/0 958-0840_

Participant's Email Address: _jos.maisonet@yahoo.com_

Name of Counsel: _Commonwealth Plan Confirmation of Puerto Rico_

Address of Counsel: _United States District Court office 150 Ave. Carlos Chardon_
_San Juan PR 00918-1767_

Email Address of Counsel: _Case 17BK 3283-LTS_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _583-92_
_9350(55)_

Nature of Claim: _P.R. Case 17BK 3283-LTS_

By: _[signature]_
Signature

_Maritza Garcia Ortiz_
Print Name

_Aux. Administrative II_
Title (if Participant is not an individual)

_7/24/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marita García Ortiz
Urb. Santa Catalina
E7 Street 12
Bayamón, P.R. 00957

RECEIVED & FILED
2021 OCT 25  PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, PR

00918-1706025

MEMPHIS TN 380
25 SEP 2021   PM 3   L

United States District Court
Clerk Of Offices
150 Ave Charlos Chardon #150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Garcia Ortiz_

Participant's Address: _Urb. Santa Catalina, Street 12 E7 Bayamon P.R. 00957_

Participant's Email Address: _jos.maisone@yahoo.com_

Name of Counsel: _Commenwberth Plan Confirmation of Puerto Rico_

Address of Counsel: _United States District Court Office 150 ave. Chardon san juan P.R. 00918-8767_

Email Address of Counsel: _Case 17 BK 3283 LTs._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _583 - 92 - 9350 (SS)_

Nature of Claim: _Puerto Rico Case 17BK 3283 LTS_

By: _[signature]_
Signature

_Maritza Garcia Ortiz_
Print Name

_Amy CHn II_
Title (if Participant is not an individual)

_9/10/21_
Date

RECEIVED & FILED
2021 OCT 25 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 OCT 25   PM 5: 15

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170525

Maritza Garcia Ortiz
Urb. Santa Catalina
E7 Street 12
Bayamon P.R. 00957

MEMPHIS TN 380

25 SEP 2021 PM 3 L



United States District Court
Clerk Offices
150 Ave Carlos Chardon
Ste 150
San Juan P.R. 00918-767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Garcia Ortiz_

Participant's Address: _Urb. Santa Catalina  street 12  #57  Bayamon P.R.  00957_

Participant's Email Address: _P.O. Box 3860 Bay. 00958-0860 / jos.maisonet@yahoo.com_

Name of Counsel: _Commonwealth Plan Confirmation of Puerto Rico_

Address of Counsel: _United State District Court Office 150 ave. Chardon  San Juan P.R. 00918-1767_

Email Address of Counsel: _Case 17BK 3283 - LTS_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _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 (S.S.)_

Nature of Claim: _Puerto Rico  Case 17BK 3283 LTS_

By: _[signature]_
Signature

_Maritza Garcia Ortiz_
Print Name

_Owy Order II_
Title (if Participant is not an individual)

_8/20/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 OCT 25  PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Maritza Garcia Ortiz
Urb. Santa Catalina
E7  Street
Bayamón, P.R. 00957

00918-1706.25

25 SEP 2021  PM 3  L
MEMPHIS TN 380

United States District Court
clerk offices
150 Ave Carlos Chardon st 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kiara M. Maisonet Garcia_

Participant's Address: _P.O. Box 3166, Bayamon P.R. 00958-0860_

Participant's Email Address: _marie_maiso3@live.com_

Name of Counsel: _District Tribunal EEUU Ofic. Secretary_

Address of Counsel: _Ave. Chardon 150, Suite 150, San Juan P.R._ _00918-1767_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 — LTS_

Nature of Claim: _____

By: _[signature]_
    Signature

_Kiara M. Maisonet_
Print Name

_afinista I_
Title (if Participant is not an individual)

_8/oct 1_
Date

2021 OCT 25 PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 OCT 25 PM 5: 15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Kiara M. Maisonet Garcia
P. O. Box 3860
Bayamón, P.R. 00958-0860

00918-1706.25

United States District Court
Clerk Office
150 Ave Carlos Chardon Ste150
San Juan, P.R. 00918-1767



MEMPHIS TN 380

25 SEP 2021 PM 3 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kiara M. Maisonet Garcia_

Participant's Address: _P.O. Box 3860, Bayamón P.R. 00958-0860_

Participant's Email Address: _marie_maiso3@live.com_

Name of Counsel: _Plan P.R._
_Tribunal Distrito EEUU, Ofic Secretary_

Address of Counsel: _Ave Chardón 150, suite 150 San Juan P.R._
_00918-1767_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Kiara M. Maisonet_
Print Name

_Oficinista I_
Title (if Participant is not an individual)

_8/20/21_
Date

RECEIVED & FILED
2021 OCT 25 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Liera M. Maisonet Barala
P.O. Box 3868
Bayamon, P.R. 00958-0868

RECEIVED & FILED
2021 OCT 25 PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170399

MEMPHIS TN 380
25 SEP 2021 PM 3 L

United States District Court
Clerk Office
150 Ave Charles Charion
ste 150
San Juan P.R.   00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilnelia Morales Acevedo_

Participant's Address: _HC 5 Box 5367 Yabucoa P.R. 00767_

Participant's Email Address: _wilneliamorales51@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Wilnelia Morales_
   Signature

_Wilnelia Morales_
Print Name

_____
Title (if Participant is not an individual)

_23 Sept. 2021_
Date

RECEIVED & FILED
2021 OCT 25 PM 5:14
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilmelia Morales Acevedo
HC5 Box5367
Yabucoa, PR 00767

RECEIVED & FILED
2021 OCT 25  PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerks
Office, 150 Ave. Carlos Chardoniste
150, San Juan, PR. 00918-
1767



MEMPHIS TN 380
28 SEP 2021 PM 4 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herminia Dávila González*

Participant's Address: *PO BOX 1706, Vega Alta, P.R. 00692*

Participant's Email Address: *herminia.davila@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *44471*

Nature of Claim: *Pension / Retiree Claim*

By: *Herminia Dávila González*
Signature

*Herminia Dávila González*
Print Name

_____
Title (if Participant is not an individual)

*October 12, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Herminia Davila Gonzalez
P.O. Box 1706
Vega Alta, P.R. 00692

RECEIVED & FILED

2021 OCT 25 PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MEMPHIS TN 380

19 OCT 2021 PM 2   L

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150.
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Anibal Diaz Burgos

Participant's Address:    HC 02 Box 11711 Humacao, PR 00791

Participant's Email Address:    jgd.4683@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    17-03283

Nature of Claim:    Discovery Claim

By: _____
Signature

Anibal Diaz Burgos
Print Name

_____
Title (if Participant is not an individual)

2/septiembre/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aníbal Díaz
HC02 Box 11711
Humacao P.R. 00791

MEMPHIS TN 380
21 SEP 2021 PM 4 L

RECEIVED & FILED
2021 OCT 25 PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District
Clerk Office 150 Ave
Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Moreno Santini_

Participant's Address: _Bairoa Park, Calle José M. Sdis 2J-60_
_Caguas, PR, 00725_

Participant's Email Address: _vanmoresantini@yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Participate in discovery in connection with_
_confirmation of the Plan and_
By: _in order to access the Plan_
_Depository_

Signature

_Vanessa Moreno_
Print Name

_____
Title (if Participant is not an individual)

_October 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Morno Santin
Bairoa Park
Calle José M. Solis 23-60
Caguas, P.R., 00725

MEMPHIS TN 380
9 OCT 2021   PM 2   L

0091 8-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R., 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE   SAN JUAN PR

2021 OCT 25   PM 3: 14

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón Sánchez Ortiz

Participant's Address: La Cuarta, Calle-C #251, Mercedita P.R. 00715

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 168843

Nature of Claim: _____

By: _____
Signature

_____ R.S.O.
Print Name

_____
Title (if Participant is not an individual)

22/sept./2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramon Sanchez Ortiz
4a Cuarta, Calle-C # 251
Mereedita, P.R. 00715

RECEIVED & FILED
2021 OCT 25  PM 5: 14
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, PR

00918-176825




MEMPHIS TN 380
28 SEP 2021 PM 4 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I Cuevas Gonzalez_

Participant's Address: _Urb Vista Del Rio II house #916, st #13 P.O. Box 665 Añasco, P.R. 00610_

Participant's Email Address: _cuevasnormai@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156362 + 167620_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Norma I Cuevas Gonzalez_
Signature

_Norma I. Cuevas Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_October 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I Cuevas Gonzalez
Urb Vista del Rio 2 house # 916, st #13
P.O Box 665 Añasco PR 00610

MEMPHIS TN 380

19 OCT 2021 PM 2 L

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

2021 OCT 25 PM 5:13

RECEIVED & FILED

0091881706 C018

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan, PR
00918 00918-1767

EP193

# WE CARE

US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

**YOUR POSTMASTER**

UNITED STATES
POSTAL SERVICE®

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Aguilar Martinez_

Participant's Address: _Bo. Consejo Bajo carr. 377 Km 3.7  P.O. Box 561235_
_Guayanilla PR 00656_

Participant's Email Address: _aguilarmildred@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96987_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Mildred Aguilar Martin_
Signature

_Mildred Aguilar Martinez_
Print Name

_____
Title (if Participant is not an individual)

_21 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Aguilar Marthez
P.O. Box 561235
Guayanilla, PR 00656

00918-170625

MEMPHIS TN 380
28 SEP 2021 PM 4 L

RECEIVED & FILED

2021 OCT 25 PM 5: 13

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerks Office
150 Ave. Carlos Chardon
Ste. 150, San Juan PR
00918-1767

USA ★ FOREVER

Case:17-03283-LTS   Doc#:18744-1   Filed:10/26/21   Entered:10/26/21 10:46:36   Desc:
Pro se Notices of Participation   Page 51 of 88

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribelle Martinz Bousquil_

Participant's Address: _A-3 Calle 1 Urb El Naranjal, Levittown, Toa Baja P.R. 00949_

Participant's Email Address: _martinezmaribelle12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Ratiro_

By: _Maribelle Martinz Bousquil_
Signature

_Maribelle Martinez Bousquil_
Print Name

_____
Title (if Participant is not an individual)

_9/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribell Martinez
A-3 Cella 1
Urb El Naranjal
Toa Baja, PR 00949

RECEIVED & FILED
2021 OCT 25  PM 5: 13
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

MEMPHIS TN 380
18 SEP 2021 PM 3 L

United States Court
Clerks Office
150 Ave. Carlos Chardon St. 150
San Juan, PR

00919

USA FOREVER

SRF 55335

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   YOLANDE  C.  MILLER

Participant's Address:   32 ORCHARD ST., P.O. BOX 157, ENOSBURG FALLS, VT 05450

Participant's Email Address:   YOYOCARMI @ YAHOO.COM

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   74514LRE9

Nature of Claim:   A  BANKRUPTCY

By:   *Yolande C. Miller*
Signature

YOLANDE C. MILLER
Print Name

_____
Title (if Participant is not an individual)

9-17-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ENDICOTT
WEALTH MANAGEMENT OF
RAYMOND JAMES®

LORI ENDICOTT, CFP®, WMS
120 N Alabama Avenue
Deland, FL 32724

ORLANDO FL 328
19 OCT 2021 PM 6

RECEIVED & FILED
2021 OCT 25 PM 5: 12
CLERK'S OFFICE
SAN JUAN, PR

United States District Court, Clerks office
150 AVe Carlos Chardon ste. 150
San Juan PR 00918-1767

00918-170625




UNITED STATES POSTAGE
$001.96°
PITNEY BOWES
02 1P
0002023138 OCT 18 2021
MAILED FROM ZIP CODE 32724

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sandra Castro Algarin

Participant's Address: Urb Loiza Valley X-912 Y/Olivia, Canovanas, PR 00729

Participant's Email Address: sandra.castro75@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 144405

Nature of Claim: Department of Education-Public Employee

By: Sandra Castro Algarin
   Signature

Sandra Castro Algarin
   Print Name

_____
   Title (if Participant is not an individual)

Aug/31/2021
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



AFTER 10 DAYS RETURN TO

Sandra Castro
WB Palo Valley X-912
Santa Fe. Carolina, PR

RECEIVED & FILED
2021 OCT 25  PM 5:12

00918-170625

MEMPHIS TN 380
28 SEP 2021  PM 3  L

USA FOREVER

Courts Clerks Office at:
United States District Court
Clerks Office) 150 Ave. Carlos Chardon Ste.
150) San Juan) P.R. 00918-1767

*Sept 21, 202*

*To whom it may concern:*

*Second information provided !*

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Wilfredo Garcia-Torres*

Participant's Address: *Bo. Alm. Bajo, HC2 Box 10483 Yauco P.R 00698*

Participant's Email Address: *Don't have any*

Name of Counsel: *Don't have one, Don't need one.*

Address of Counsel: *Don't apply.*

Email Address of Counsel: *Don't apply*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *I did not make a claim, because I accept adjustments*

Nature of Claim: *If I would have made a claim for education but I didn't.*

By: *Wilfredo Garcia Torres*
Signature

*Wilfredo Garcia-Torres*
Print Name

*Education*
Title (if Participant is not an individual)

*Sept 21, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Note: I accept the reduction in pension pay, proposed by the board for adjustments for the retirement system. Waiting to vote on plan.*

210720V2 Confirmation Discovery Procedures Notice          Version July 20, 2021          9

RECEIVED & FILED

2021 OCT 25   PM 5: 12

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

AFTER 10 DAYS RETURN TO

Wilfredo Lewis Torres
HC 3 Box 10483
Yauco P.R. 00698-9672

1 OCT 2021   PM 4   L

MEMPHIS TN 380

United States District Clerk's Office
150 Ave. Carlos Chardon Ste 150
SanJuan, P.R. 00918-1767

00918-1 70625



FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Rodríguez Otero_

Participant's Address: _PO Box 75 Morovis PR 00687_

Participant's Email Address: _anavrodriguezOtero @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _Romerazo Ley Incentivos - Sila Calderón of Living - 3g Assit_

By: _Ana Rodríguez Otero_
Signature

_Ana Rodríguez Otero_
Print Name

_Técnica Medicaid - Dpto Salud_
Title (if Participant is not an individual)

_13 oct 1921_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alto Rodriguez Colon
Apt. 75
Morovis, PR 00687

RECEIVED & FILED
2021 OCT 25  PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00518-170399

MEMPHIS TN 380
19 OCT 2021 PM 2  L

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste 150
San Juan, P. Rico 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Santos María Martínez Sánchez

Participant's Address: 524 Sec Los Vélez Cidra PR 00739

Participant's Email Address: lesierramartinez@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179072

Nature of Claim: Unpaid Services Performed | Law 89-1979 Uniform Retribution Compensation

By: _Santos María Martínez Sánchez_
Signature

Santos Maria Martinez Sánchez
Print Name

_____
Title (if Participant is not an individual)

9|18|2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos María Martínez Sánchez
524 Sec Los Vélez
Cidra PR 00739

RECEIVED & FILED

2021 OCT 25 PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

28 SEP 2021 PM 3 L

MEMPHIS TN 380

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nilda Santiago Molina*

Participant's Address: *HC#2 B~ 7911 Yabucoa P.R. 00767*

Participant's Email Address: *mercelis.noviembre22@gmail.com*

Name of Counsel: *Hermman D. Bauer*

Address of Counsel: *USDC no. 215205  250 muñoz Rivera  O'neill & Borges LLC Ave. Suite 800 SanJuan, P.R. 00918 1813*

Email Address of Counsel: *info @ O'neill Borges.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: _____

By: *Nilda Santiago Molina*
Signature

*Nilda Santiago Molina*
Print Name

_____
Title (if Participant is not an individual)

*27/Sept/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Santiago Molina
HC #2 B# 7911
Yabucoa, P.R. 00767

RECEIVED & FILED
2021 OCT 25 PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380
1 OCT 2021 PM 4 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Santiago Molina_

Participant's Address: _HC#2 B# 7911 Yabucoa, P.R._

Participant's Email Address: _merceliz.noviembre22@gmail.com_

Name of Counsel: _Hermman D. Bauer_

Address of Counsel: _USDC No. 215205 O'neill & Borges LLC_ _250 Muñoz Rivera Ave, Suite 800, San Juan, P.R. 0°0918-1813_

Email Address of Counsel: _info @ OneillBorges.Com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Nilda Santiago Molina_
Signature

_Nilda Santiago Molina_
Print Name

_27/Sept/2021_
Title (if Participant is not an individual)

_27/Sept/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Santiago Molina
1ro #2 B4 7911
yabucoa, P.R. 00767

RECEIVED & FILED
2021 OCT 25 PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-706255

United States District Court
clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00 918-1767

MEMPHIS TN 380
1 OCT 2021 PM 4 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Santiago Molina_

Participant's Address: _HCH2 B^{ox} 7911 Yabcua, P.R 170767_

Participant's Email Address: _merceliz. noviembre22 @gmail. com_

Name of Counsel: _Hermman D. Bauer_

Address of Counsel: _USDC215295  O'neill & Borges LLC  250 muñoz Rivera ave. Suite 800 San Juan PR 00918 1813_

Email Address of Counsel: _info @ O'neill Borges. com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Nilda Santiago Molina_
Signature

_Nilda Santiago Molina_
Print Name

_____
Title (if Participant is not an individual)

_27 / Sept / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Santiago Molina
Hc #2 B+ 7911
Yabucoa, PR 00767

RECEIVED & FILED
2021 OCT 25  PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

MEMPHIS TN 380
1 OCT 2021  PM 4  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nilda Santiago Molina*

Participant's Address: *HC#2 Bx 7911 Yabucoa, P.R 00767*

Participant's Email Address: *merceliz.noviembre22@gmail.com*

Name of Counsel: *Hermman D. Bauer*

Address of Counsel: *USDC 215505    250 Muñoz Rivera 00918 O'neill & Burges LLC ave. suite 800 San Juan, P.R 1813*

Email Address of Counsel: *info@oneill Borges, com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim:

By: *Nilda Santiago Molina*
Signature

*Nilda Santiago Molina*
Print Name

_____
Title (if Participant is not an individual)

*27/Sept/2021*
Date

RECEIVED & FILED
2021 OCT 25 PM 5: 11
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Santiago Molina
#C #2 B4 791
Yabucoa, P.R. W 767

RECEIVED & FILED
2021 OCT 25 PM 5: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00091881706 2510



MEMPHIS TN 380
1 OCT 2021 PM 4 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150

San Juan, PR 4911-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Diana Rivera Cruz

Participant's Address: Urb. Rexville AJ-28 Calle 57 Bayamón P.R.

Participant's Email Address: daymarie4@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 92803

Nature of Claim: Retiree Claims

By: Diana Rivera
Signature

Diana Rivera
Print Name

N/A
Title (if Participant is not an individual)

13 September 21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Diana Rivera
Urb. Rexville
AJ-28 Calle 57
Bayamón P.R. 00957

RECEIVED & FILED
2021 OCT 25 PM 5:11
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
28 SEP 2021 PM 4 L

FOREVER / USA

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón St. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio E. Sánchez Aponte_

Participant's Address: _Colinas de Fair View C/221 4R-22 Trujillo Alto PR. 00976_

Participant's Email Address: _sanchezjus9 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _____

By: _____
Signature

_Julio E. Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_Sept 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio E. Sanchez
Colinasde Fair View
C/531 #E-22
Trujillo Alto 00976

RECEIVED & FILED
2021 OCT 25 PM 5: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

MEMPHIS TN 380
28 SEP 2021 PM 4  L

"Little Mo"
Maria forever

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150. San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosario Rivera_

Participant's Address: _HC01 Box 14334 Coamo, P.R. 00769_

Participant's Email Address: _rosarrv7@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _93306_

Nature of Claim: _Retirement System of P.R._

By: _____
Signature

_Rosario Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 21, 2021_
Date

RECEIVED & FILED
2021 OCT 25 PM 5: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosario Rivera
HC01 Box 14334
Coamo, P.R. 00769

United States District Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-176825



28 SEP 2021 PM 4 L
MEMPHIS TN 380

2021 OCT 25 PM 5:11
RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lydia E. Torres Lugo*

Participant's Address: *PO Box 1509   Yauco, P.R. 00698*

Participant's Email Address: *torreslugo51@icloud.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Lydia E. Torres Lugo*
Signature

*Lydia E. Torres Lugo*
Print Name

_____
Title (if Participant is not an individual)

*Sept. 3, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia E. Torres Lugo
PO Box 1509
Yauco, PR 00698

RECEIVED & FILED
2021 OCT 25 PM 5: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

MEMPHIS TN 380
29 OCT 2021 PM 5 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon  Ste. 150
San Juan, PR 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marta Gonzalez Maldonado

Participant's Address: 4462 C/ Saron Sabana Seca T.B PR, 00952

Participant's Email Address: zareth0823@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 34310

Nature of Claim: Pension/Retire Claims

By: _____
Signature

Marta Gonzalez Maldonado
Print Name

_____
Title (if Participant is not an individual)

10 Sept 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maite Gonzalez Maldonado
4462 c/Baron
Sabana Seca Toa Baja
P.R, 00952

RECEIVED & FILED
2021 OCT 25 PM 5: 11
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
21 SEP 2021 PM 4 L

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marianita Palou Morales_

Participant's Address: _PO Box 1533, Guayama, PR 00784_

Participant's Email Address: _mpalou1215@gmail.com_

Name of Counsel: _None_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Creditor_

By: _Marianita Palou Morales_
Signature

_Marianita Palou Morales_
Print Name

_Self_
Title (if Participant is not an individual)

_Oct. 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manantia Palou Morales
Box 1533
Guayama, PR 00784

RECEIVED & FILED

2021 OCT 25  PM 5: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Ave. Chardon ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Sandoz Perea_

Participant's Address: _Urb. Villa del Pilar Calle San Miguel #C8 Ceiba P.R. 00735_

Participant's Email Address: _lsandoz 50 @gmail.com_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133427_

Nature of Claim: _Department of Education of Puerto Rico did not pay me 80 sick days when I retired in July 2017. The agency was supposed to pay them._

By _[signature]_

Signature

Print Name _Lillian Sandoz Perea_

Title (if Participant is not an individual) _____

Date _20 September 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 OCT 25  PM 5: 10
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan Puerto Rico 00918-1767

MEMPHIS TN 380
30 SEP 2021 PM 3  L

USA FOREVER

Case:17-03283-LTS Doc#:18744-1 Filed:10/26/21 Entered:10/26/21 10:46:36 Desc:
Pro se Notices of Participation Page 85 of 88

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lillian Sandoz Perea*

Participant's Address: *Urb. Villa del Pilar Calle San Miguel #C-8 Ceiba P.R 00735*

Participant's Email Address: *lsandoz50@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *25524*

Nature of Claim: *Government Department of Education did not pay 80 sick days, I retired in July 2017 and were supposed to pay them.*

By: *[signature]*

Signature

Print Name: *Lillian Sandoz Perea*

_____

Title (if Participant is not an individual)

Date: *20/September/2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 OCT 25 PM 5: 10

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Courts' Clerk's Office
United States District Court Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

3RD SEP 2021 PM 3 L

MEMPHIS TN 380

USA FOREVER



Case:17-03283-LTS   Doc#:18744-1   Filed:10/26/21   Entered:10/26/21 10:46:36   Desc:
Pro se Notices of Participation   Page 87 of 88

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda I. Pérez Jusino_

Participant's Address: _Urb. Santa María, 20 Loma Linda San Germán, P.R. 00683_

Participant's Email Address: _nildaivetteperezjusino@gmail.com_

Name of Counsel: _Department of Education_

Address of Counsel: _Puerto Rico_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:
(I do not recibed the claim number)

Claim Number: _____

Nature of Claim: _Win demand by the Governor of P.R. employees_

By: _Nilda I. Pérez Jusino_
Signature

_Nilda I. Pérez Jusino_
Print Name

_____
Title (if Participant is not an individual)

_3 october 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nilda I. Perez Justno
Urb Santa Maria
201 Loma Linda
San German, PR 00683-4674

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380
06 OCT 2021 PM 5 L



SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 OCT 25  PM 5:10
RECEIVED & FILED