# Exhibit 3

(To the October 26, 2021 Declaration of Margaret A. Dale)

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO


 -------------------------------) PROMESA
 IN RE:                          ) TITLE III
                                 )
 THE FINANCIAL OVERSIGHT AND     )
 MANAGEMENT BOARD FOR            )
 PUERTO RICO,                    ) No. 17 BK 3283-LTS
                                 )
     as representative of        )
                                 )
 THE COMMONWEALTH OF PUERTO      )
 RICO, THE EMPLOYEES RETIREMENT  )
 SYSTEM OF THE GOVERNMENT OF     )
 THE COMMONWEALTH OF PUERTO      )
 RICO, and THE PUERTO RICO       )
 PUBLIC BUILDINGS AUTHORITY,     )
                                 )
     Debtors.                    )
```

        Remotely held videotaped deposition of
DOUGLAS J. BRICKLEY taken before CAROL CONNOLLY, CSR,
CRR, and Notary Public, pursuant to the Federal Rules of
Civil Procedure for the United States District Courts
pertaining to the taking of depositions, commencing at
9:34 a.m. on the 15th day of October, A.D., 2021.

Page 2

```
 1           There were present at the taking of this
 2    deposition the following counsel:
 3           SCHULTE, ROTH & ZABEL by
              MS. TALEAH JENNINGS (via Zoom)
 4            MS. ELIZABETH V. CURRAN (via Zoom)
              919 Third Avenue
 5            New York New York, 10022
              212) 756-2000
 6            taleah.jennings@srz.com
              elizabeth.curran@srz.com
 7
                  appeared on behalf of Cantor-Katz
 8                Collateral Monitor, LLC, as Collateral
                  Monitor for GDB Debt Recovery Authority;
 9
              PROSKAUER ROSE, LLP by
10            MR. MICHAEL FIRESTEIN (via Zoom)
              MR. LARY RAPPAPORT (via Zoom)
11            MR. COREY I. ROGOFF (via Zoom)
              MR. MATTHEW TRIGGS (via Zoom)
12            MS. JULIA ALONZO (via Zoom) and
              MR. JEFFREY W. LEVITAN (via Zoom)
13            2029 Century Park East
              Suite 2400
14            Los Angeles, California  90067
              (310) 284-5669
15            mfirestein@proskauer.com
              lrappaport@proskauer.com
16            crogoff@proskauer.com
              jalonzo@proskauer.com
17            mtriggs@proskauer.com
              jlevitan@proskauer.com
18
                  appeared on behalf of the
19                Financial Oversight and
                  Management Board as Representative
20                of the Debtors;
21
22
23
24
25
```

Page 3

```
 1            McCONNELL VALDES, LLC by
              MR. ARTURO J. GARCIA-SOLA (via Zoom)
 2            MR. NAYUAN ZOUAIRABANI-TRINIDAD (via Zoom)
              MR. ALEJANDRO J. CEPEDA (via Zoom) and
 3            MS. LIZZIE FERNANDEZ (via Zoom)
              270 Munoz Rivera Avenue
 4            Seventh Floor
              Hato Rey, Puerto Rico  00918
 5            (787) 250-5632
              ajg@mcvpr.com
 6            nzt@mcvpr.com
              ajc@mcvpr.com
 7            lpf@mcvpr.com
 8
                   appeared on behalf of AmeriNational
 9                 Community Services, LLC;
10
              MILBANK, LLP by
11            MR. JONATHAN OHRING (via Zoom)
              55 Hudson Yards
12            New York, New York  10001
              (212) 530-5147
13            johring@milbank.com
14                 appeared on behalf of Ambac
                   Assurance Corporation;
15
              CADWALADER, WICKERSHAM & TAFT, LLP by
16            MR. WILLIAM J. NATBONY (via Zoom) and
              MR. THOMAS CURTIN (via Zoom)
17            200 Liberty Street
              New York, New York  10281
18            (212) 504-6351
              bill.natbony@cwt.com
19            thomas.curtin@cwt.com
20                 appeared on behalf of
                   Assured Guaranty Corp., and
21                 Assured Guaranty Municipal Corp.;
22
23
24
25
```

Case:17-03283-LTS Doc#:18746-3 Filed:10/26/21 Entered:10/26/21 11:38:09 Desc: Exhibit 3 - Brickley Transcript Page 5 of 10

Page 4

```
 1            MORGAN LEWIS & BOCKIUS, LLP by
              MR. DAVID K. SHIM (via Zoom)
 2            One State Street
              Hartford, Connecticut  06103
 3            (860) 240-2580
              david.shim@morganlewis.com
 4
                    appeared on behalf of QTCB Noteholder
 5                  Group;
 6            ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA, PSC by
              MS. ALEXANDRA C CASELLAS (via Zoom)
 7            268 Munoz Rivera Avenue
              Suite 1400
 8            San Juan, Puerto Rico  00918
              (787) 756-9000
 9            acasellas@amgprlaw.com
10                  appeared on behalf of National
                    Public Finance Guarantee Corporation;
11
              O'MELVENY & MYERS, LLP by
12            MR. JOSEPH R. ROTH (via Zoom)
              MS. ELIZABETH L. McKEEN (via Zoom)
13            610 Newport Center Drive
              17th Floor
14            Newport Beach, California  92660
              (949) 823-7102
15            joeroth@omm.com
              emckeen@omm.com
16
                    appeared on behalf of the
17                  Puerto Rico Fiscal Agency and
                    Financial Advisory Authority;
18
19
20
21
22
23
24
25
```

Page 5

```
 1            WEIL, GOTSHAL & MANGES, LLP by
              MR. REED COLLINS (via Zoom) and
 2            MR. AUSTIN CRABTREE (via Zoom)
              767 Fifth Avenue
 3            New York, New York  10153
              (212) 310-8728
 4            reed.collins@weil.com
              austin.crabtree@weil.com
 5
                    appeared on behalf of National
 6                  Public Finance Guarantee Corporation;
 7            JENNER & BLOCK, LLP by
              MS. LAURA PELANEK (via Zoom)
 8            353 North Clark Street
              Chicago, Illinois  60654
 9            (312) 840-7255
              lpelanek@jenner.com
10
                    appeared on behalf of the Official
11                  Committee of Retired Employees;
12            BUTLER SNOW, LLP by
              MR. ADAM LANGLEY    (via Zoom)
13            150 Third Avenue South
              Suite 1600
14            Nashville, Tennessee  37201
              (615) 651-6786
15            adam.langley@butlersnow.com
16                  appeared on behalf of the
                    Financial Guaranty Insurance
17                  Company (FGIC);
18
19
20   ALSO PRESENT:
21            Mr. Justin Bond, Videographer
22            Mr. Gregg Holderman, Technical Concierge
23            Ms. Cara Chilton, Schulte, Roth & Zabel
24            Mr. Joseph Hartunian
25            Gabriel Miranda
```

Page 6

I N D E X

REMOTELY HELD VIDEOTAPED DEPOSITION OF

DOUGLAS J. BRICKLEY

TAKEN October 15, 2021

| EXAMINATION BY | PAGE |
|---|---|
| Mr. Rappaport | 7, 88 |
| Mr. Zouairbani | 87 |

- - - - - - - -

EXHIBITS MARKED

| | | PAGE |
|---|---|---|
| Exhibit 1 | September 1, 2021 agreement letter with The Clark Group | 29 |
| Exhibit 2 | The DRA Parties' Opening Expert Disclosures | 34 |
| Exhibit 3 | Preliminary Expert Report of Douglas J. Brickley | 42 |
| Exhibit 4 | Amended Notice of Videotaped Deposition of Douglas J. Brickley | 79 |
| Exhibit 5 | Excel spreadsheet, Historical HTA Clawback Analysis | 85 |

Page 7

1 THE VIDEOGRAPHER: Good morning. Today is
2 October 15th, 2021, and we are on the record at 9:34 a.m.
3 Today we'll take a videotaped deposition in the case
4 number 17 BK 3283-LTS. This deposition is being held
5 remotely.
6 Would you please swear the witness.
7 DOUGLAS BRICKLEY,
8 called as a witness herein, having been first duly sworn,
9 was examined upon oral interrogatories and testified as
10 follows:
11 EXAMINATION
12 By Mr. Rappaport:
13 Q Mr. Brickley, my name is Lary Rappaport. I'm
14 with Proskauer Rose. I represent Financial Oversight
15 Management Board of Puerto Rico. I'll be taking your
16 deposition today.
17 Can you state and spell your last name for the
18 record, please.
19 A It's Douglas J. Brickley, B-R-I-C-K-L-E-Y.
20 Q You understand, sir, that you swore to tell the
21 truth under penalty of perjury?
22 A I do.
23 Q So what's your occupation?
24 A I'm a managing director with a firm called The
25 Claro Group. I run our corporate finance and

Page 68

1  Q   Was it a call in which assumptions were
2  provided to you that you relied on in forming your
3  opinions?
4  A   No.
5  Q   Okay.  Let's not discuss the call.
6      Give me one second here.
7      You made reference earlier to the executive
8  order that was issued by the governor in 2015.  Do you
9  recall that?
10 A   Yes.
11 Q   And is it your understanding the clawback as
12 you called it has continued pursuant to that executive
13 order to the present?
14 MR. ZOUAIRABANI:  Objection.  Misstates his
15 testimony.
16 MR. RAPPAPORT:  Q   You can answer.
17 A   I believe that executive order began the
18 Commonwealth's clawback.
19 Q   And do you have an understanding as to whether
20 that executive order continues in effect?
21 A   I don't know.
22 Q   Look at the top of page 6 of your report.
23 A   Okay.
24 Q   The sub heading number 1 says there has been a
25 surplus every year since 2017.  What is that based on,

Page 69

1 sir?
2 　　　A　　That's based on my review of the information
3 and the analysis of the information that we reviewed.
4 　　　Q　　More specifically, what information?
5 　　　A　　The financial -- audited financial statements
6 for the Commonwealth for 2018, the fiscal plans for 2019,
7 2020, and 2021.
8 　　　Q　　When you say surplus, what do you mean?
9 　　　A　　I mean that the available resources exceeded
10 the appropriations for those years.
11 　　　Q　　Flip the page to page 7. In the middle of the
12 page you'll see that there's a graph.
13 　　　A　　Correct.
14 　　　Q　　What is that graph?
15 　　　A　　This is a graph of the projected deficit or
16 surplus pre and post measures that appears in the 2021
17 fiscal plan.
18 　　　Q　　Is it your testimony that this graph was taken
19 from the fiscal year 2021 fiscal plan?
20 　　　A　　Yes, I believe it's Exhibit 18 of the fiscal
21 plan.
22 　　　Q　　And is it your understanding that this graph
23 shows that there's a surplus for each of these years?
24 　　　A　　It's my understanding that they -- it shows
25 that there were surpluses in '18, '19, '20, and projected