# Exhibit 6

(To the October 26, 2021 Declaration of Margaret A. Dale)

**Dalsen, William D.**

| | |
|---|---|
| **From:** | Alonzo, Julia D. |
| **Sent:** | Friday, October 8, 2021 4:58 PM |
| **To:** | Jennings, Taleah; Dale, Margaret A.; Mervis, Michael T.; Stafford, Laura |
| **Cc:** | Arturo J. Garcia-Sota; Nayuan Zouairabani; Lizzie M. Portela Fernández; Douglas Koff; Mott, Thomas L.; Douglas S. Mintz |
| **Subject:** | RE: FOMB 30(b)(6) |
| **Attachments:** | Stipulation re FOMB 30(b)(6) Witness (Draft of 10.8.21) (Proskauer).DOCX |

Taleah –

Attached please find our edits to the stipulation. EY is not going to sign onto the stipulation but they have represented that they will accept the subpoena and provide the witness. And the Oversight Board will adopt the witness's for purposes of the Rule. We revised the stipulation accordingly.

Let me know if you would like to discuss. Thanks.

Julia

**Julia D. Alonzo**
Senior Counsel
(she/her/hers)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f 212.969.2900
jalonzo@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Jennings, Taleah <Taleah.Jennings@srz.com>
**Sent:** Friday, October 8, 2021 8:47 AM
**To:** Dale, Margaret A. <mdale@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>
**Cc:** Arturo J. Garcia-Sota <ajg@mcvpr.com>; Nayuan Zouairabani <nzt@mcvpr.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Douglas Koff <douglas.koff@srz.com>; Mott, Thomas L. <Thomas.Mott@srz.com>; Douglas S. Mintz <douglas.mintz@srz.com>
**Subject:** FOMB 30(b)(6)

*This email originated from outside the Firm.*

Margaret:

Attached is a stipulation setting forth the terms we discussed. We would like to get this finalized and signed today, so we can then issue the subpoena to EY.

Thanks for your help getting this done.

1

Taleah.

**Taleah E. Jennings**
Partner
212.756.2454
taleah.jennings@srz.com
my pronouns: she/her/hers

919 Third Avenue, New York, NY 10022
212.756.2000 | 212.593.5955 fax

Schulte Roth & Zabel LLP
New York | Washington DC | London
www.srz.com

-------------------------------------------------------------------------------------------------------------------- NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**STIPULATION**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of debtors the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and collectively with the Commonwealth and ERS, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2], the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the Oversight Board, the "Government Parties"), AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

bonds issued by the DRA[3] (the "Collateral Monitor," and together with the Servicer, collectively, the "DRA Parties," and ), and Ernst and Young Global Limited ("Ernst & Young," and jointly with DRA Parties and the Government Parties, the "Parties"), stipulate and agree as follows:

## RECITALS

WHEREAS, on August 2, 2021, the Court entered its *Order Establishing Procedures and Deadlines Concerning Objection to Confirmation and Discovery in Connection Therewith* [Dkt. No. 17640] (the "Confirmation Procedures Order"),[4] which provides for, among other things, discovery and depositions related to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Dkt. No. 17627], as may be amended (the "Plan");

WHEREAS, on September 13, 2021, the DRA Parties served notice of a Rule 30(b)(6) deposition of the Oversight Board (the "Deposition Notice");

WHEREAS, on October 3, 2021, the Oversight Board served responses and objections to the Deposition Notice (the "Responses and Objections"), in which the Oversight Board objected to the Topic Nos. 1, 5, and 6 of the Deposition Notice;

WHEREAS, on October 3, 2021, the Oversight Board asserted that a certain individual (the "EY Representative") employed by Ernst & Young Global Limited ("Ernst & Young") ("EY Representative") would be best situated to answer questions related to the tTopics 2 through 6 as set forth in the Deposition Notice, but that to allow the Oversight Board to designate the EY Representative as the Rule 30(b)(6) witness of the Oversight Board, Ernst & Young required that

---

[3] The DRA bonds were issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018.

[4] The Confirmation Procedures Order was subsequently amended on October 5, 2021. *See Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 18394] (the "Amended Confirmation Procedures Order").

2

the DRA Parties serve a subpoena on Ernst & Young and the Oversight Board would then adopt the EY Representative's testimony as that of the Oversight Board for purposes of Rule 30(b)(6) and in satisfaction of the Deposition Notice;

WHEREAS, on October 5, 2021, the Oversight Board withdrew its objections to Topic Nos. 5 and 6 of the Deposition Notice, while maintaining its objection with respect to the Topic No. 1 of the Deposition Notice.

WHEREAS, the DRA Parties and Oversight Board met and conferred on multiple occasions regarding the Deposition Notice and whether the DRA Parties would serve serving a subpoena on Ernst & Young was appropriate and/or necessary;

AND WHEREAS, the DRA Parties agreed to serve a subpoena on Ernst & Young in connection with the Rule 30(b)(6) deposition of the Oversight Board (the "Subpoena"), but only if each of the provisions herein are agreed to in writing by the Parties.

**AGREEMENT**

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Subpoena will include identical Topics 1 through 6 as set forth in the Deposition Notice, and will not include any additional topics for examination. The Oversight Board has designated the EY Representative as its Rule 30(b)(6) witness.

2. The EY Representative will sit for the Rule 30(b)(6) deposition on or before October 18, 2021.

2.3. The Oversight Board will adopt all testimony provided by has designated the EY Representative as that of the Oversight Board for purposes of its Rule 30(b)(6) witness.

3.4. The DRA Parties' service of the Subpoena on Ernst & Young shall have no effect on the Oversight Board's adoption of designation of the EY Representative's testimony as that of

3

the Oversight Board for purposes of ~~as its~~ Rule 30(b)(6) ~~witness~~, including but not limited to ~~with respect to the Rule 30(b)(6) witness's testimony being on behalf of the Oversight Board, with~~ the Oversight Board's agreement to be fully bound by ~~such~~ the EY Representative's testimony as set forth by Rule 30(b)(6).

4.5. Additionally, the Oversight Board shall be responsible for preparing the EY Representative for the deposition in accordance with Rule 30(b)(6), including but not limited to with respect to each of the topics set forth in the Deposition Notice except for Topic No. 1.

~~5. Any objections of Ernst & Young concerning the Deposition Notice or the Subpoena shall not exceed the Oversight Board's current position with respect to the Deposition Notice. Specifically, Ernst & Young shall not object to any topics contained in the Deposition Notice except for with respect to Topic No. 1 of the Deposition Notice. Further, should the Oversight Board withdraw its objections to Topic No. 1 of the Deposition Notice, so shall Ernst & Young.~~

6. ~~Only o~~One attorney appearing on behalf of Ernst & Young and one attorney appearing on behalf of the Oversight Board shall ~~be permitted to~~ defend the deposition of the EY Representative, and ~~only that~~ those attorneys may object to the DRA Parties' questions, absent privilege issues that require ~~an~~ additional attorneys'~~s~~ involvement.

7. The Parties do not waive any rights other than those specifically identified above.

4

Dated: October \_\_\_, 2021.
San Juan, Puerto Rico

/s/ ~~Hermann D. Bauer~~

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944


/s/ ~~Michael A. Firestein~~

Martin J. Bienenstock
Brian S. Rosen
~~Jeffrey Levitan~~
~~Ehud Barak~~ Margaret A. Dale
Julia D. Alonzo
Admitted *Pro Hac Vice*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900


Michael A. Firestein
Lary Alan Rappaport
Admitted *Pro Hac Vice*
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
         lrappaport@proskauer.com

***Attorneys for the Financial Oversight and Management Board as representative for the Debtors***

5

/s/ *Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

***Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

***Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority***

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |
| 270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>PO Box 364225<br>San Juan, Puerto Rico 00936-4225<br>Telephone: 787-250-5632<br>Facsimile: 787-759-9225 | By: */s/ Carmen D. Conde Torres*<br>Carmen D. Conde Torres<br>(USDC No. 207312)<br>*/s/ Luisa S. Valle Castro*<br>Luisa S. Valle Castro<br>(USDC No. 215611<br>254 San José Street, Suite 5 |
| By: */s/Arturo J. García-Solá*<br>Arturo J. García-Solá<br>USDC No. 201903<br>Email: ajg@mcvpr.com | San Juan, PR 00901-1523<br>Tel. 787-729-2900<br>Fax. 787-729-2203<br>E-Mail: condecarmen@condelaw.com |
| By: */s/Alejandro J. Cepeda-Diaz*<br>Alejandro J. Cepeda-Diaz<br>USDC No. 222110<br>Email: ajc@mcvpr.com | **SCHULTE ROTH & ZABEL LLP**<br><br>By: */s/ Douglas S. Mintz*<br>Douglas S. Mintz (admitted *pro hac vice*)<br>901 Fifteenth Street, NW, Suite 800 |
| By: */s/Nayuan Zouairabani*<br>Nayuan Zouairabani<br>USDC No. 226411<br>Email: nzt@mcvpr.com | Washington, D.C. 20005<br>Telephone: (202) 729-7470<br>Facsimile: (202) 730-4520<br>E-mail: dmintz@orrick.com |
| ***Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*** | -and-<br><br>Douglas Koff (admitted pro hac vice)<br>Abbey Walsh (admitted pro hac vice)<br>Peter J. Amend (admitted pro hac vice)<br>919 Third Avenue<br>New York, N.Y. 10022<br>Tel: 212-756-2000<br>Fax: 212-593-5955<br>E-mail: douglas.koff@srz.com<br>abbey.walsh@srz.com<br>peter.amend@srz.com |
| | ***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*** |

7

[SIGNATURE OF ERNST AND YOUNG]