# Exhibit 7

(To the October 26, 2021 Declaration of Margaret A. Dale)

**Dalsen, William D.**

| | |
|---|---|
| **From:** | Jennings, Taleah <Taleah.Jennings@srz.com> |
| **Sent:** | Friday, October 8, 2021 5:23 PM |
| **To:** | Alonzo, Julia D.; Dale, Margaret A.; Mervis, Michael T.; Stafford, Laura |
| **Cc:** | Arturo J. Garcia-Sota; Nayuan Zouairabani; Lizzie M. Portela Fernández; Douglas Koff; Mott, Thomas L.; Douglas S. Mintz |
| **Subject:** | RE: FOMB 30(b)(6) |

*This email originated from outside the Firm.*

We are okay with your changes, with one exception.  Paragraph 6:

> CHANGE:  One attorney appearing on behalf of Ernst & Young and one attorney appearing on behalf of the Oversight Board shall defend the deposition of the EY Representative, and those attorneys may object to the DRA Parties' questions, absent privilege issues that require additional attorneys' involvement.
>
> TO:  Only one attorney shall defend the deposition of the EY Representative, and only that attorney may object to the DRA Parties' questions, absent privilege issues that require additional attorneys' involvement.

Please let us know if we need to discuss, or if we can make this change and put this issue to rest.

Thank you,
Taleah.

**Taleah E. Jennings**
Partner
212.756.2454
my pronouns: she/her/hers

Schulte Roth & Zabel LLP
www.srz.com

**From:** Alonzo, Julia D. <jalonzo@proskauer.com>
**Sent:** Friday, October 8, 2021 4:58 PM
**To:** Jennings, Taleah <Taleah.Jennings@srz.com>; Dale, Margaret A. <mdale@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>
**Cc:** Arturo J. Garcia-Sota <ajg@mcvpr.com>; Nayuan Zouairabani <nzt@mcvpr.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Koff, Douglas <Douglas.Koff@srz.com>; Mott, Thomas L. <Thomas.Mott@srz.com>; Mintz, Doug <Douglas.Mintz@srz.com>
**Subject:** RE: FOMB 30(b)(6)

**-CAUTION: EXTERNAL EMAIL from jalonzo@proskauer.com**
**Do not click any links or open any attachments unless you are expecting the email and know the content is safe.**

Taleah –

Attached please find our edits to the stipulation.  EY is not going to sign onto the stipulation but they have represented that they will accept the subpoena and provide the witness.  And the Oversight Board will adopt the witness's for purposes of the Rule.  We revised the stipulation accordingly.

1

Let me know if you would like to discuss.  Thanks.

Julia

**Julia D. Alonzo**
Senior Counsel
(she/her/hers)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f  212.969.2900
jalonzo@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Jennings, Taleah <Taleah.Jennings@srz.com>
**Sent:** Friday, October 8, 2021 8:47 AM
**To:** Dale, Margaret A. <mdale@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>
**Cc:** Arturo J. Garcia-Sota <ajg@mcvpr.com>; Nayuan Zouairabani <nzt@mcvpr.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Douglas Koff <douglas.koff@srz.com>; Mott, Thomas L. <Thomas.Mott@srz.com>; Douglas S. Mintz <douglas.mintz@srz.com>
**Subject:** FOMB 30(b)(6)

**This email originated from outside the Firm.**

Margaret:

Attached is a stipulation setting forth the terms we discussed.  We would like to get this finalized and signed today, so we can then issue the subpoena to EY.

Thanks for your help getting this done.

Taleah.

**Taleah E. Jennings**
Partner
212.756.2454
taleah.jennings@srz.com
my pronouns: she/her/hers

919 Third Avenue, New York, NY 10022
212.756.2000 | 212.593.5955 fax

Schulte Roth & Zabel LLP
New York | Washington DC | London
www.srz.com

------------------------------------------------------------------------------------------------------------------------ NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly

prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

*********************************************************************************
***********************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************
***********************************************************

------------------------------------------------------------------------------------------------------------------------ NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.