# Exhibit 9

(To the October 26, 2021 Declaration of Margaret A. Dale)

# Dalsen, William D.

| | |
|---|---|
| **Subject:** | RE: Service of Subpoena - Deposition of EY as Designated 30(b)(6) Witness of the Financial Oversight and Management Board |

**From:** Antoinette DeCamp <Antoinette.DeCamp@ey.com>
**Sent:** Thursday, October 14, 2021 12:04 PM
**To:** Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>
**Cc:** Arturo J. Garcia-Sota <ajg@mcvpr.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Dale, Margaret A. <mdale@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Nayuan Zouairabani <nzt@mcvpr.com>
**Subject:** RE: Service of Subpoena - Deposition of EY as Designated 30(b)(6) Witness of the Financial Oversight and Management Board

*This email originated from outside the Firm.*

Dear Mr. Cepeda,

There are two fundamental problems with your subpoena that preclude me from accepting service. First, the subpoena is directed to the wrong entity; when you re-issue the subpoena, please direct it to Ernst & Young LLP.  Second, the subpoena incorrectly describes the EY witness "as 30(b)(6) designated witness of the Financial Oversight and Management Board for Puerto Rico."  That misstates the posture of this deposition.  The designated EY witness will testify as the 30(b)(6) representative of Ernst & Young LLP, testifying as to matters within the knowledge of Ernst & Young LLP as relates to work performed by Ernst & Young LLP for the Board.  Any agreement you and the Board may have reached in connection with how the parties to this case may use that testimony and how it may bind the Board is between you and the Board; EY takes no position on that matter.

EY may have additional objections to the designated topics that we will raise after a valid subpoena has been issued.

Regards,
Antoinette


**Antoinette DeCamp** | Associate General Counsel | General Counsel's Office
Ernst & Young LLP
Office:+1 202 327 6640| Antoinette.DeCamp@ey.com

**From:** Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>
**Sent:** Wednesday, October 13, 2021 5:25 PM
**To:** Antoinette DeCamp <Antoinette.DeCamp@ey.com>
**Cc:** Arturo J. Garcia <Ajg@mcvpr.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; mdale <mdale@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>
**Subject:** Service of Subpoena - Deposition of EY as Designated 30(b)(6) Witness of the Financial Oversight and Management Board

Ms. DeCamp,

Attached please find a subpoena for EY to appear at a deposition in relation to the Commonwealth of Puerto Rico insolvency proceedings, as designated 30(b)(6) witness for the Financial Oversight and Management Board.

Please provide us at your earliest convenience with the names and email addresses of the designated witness or witnesses, as well as any attorneys who will appear at the deposition on behalf of EY, to ensure that they timely receive an invitation with a link to the deposition.

Cordially,

Alejandro Cepeda



**Alejandro J. Cepeda Diaz** ▪ **Capital Member** ▪
Ajc@mcvpr.com

T (787) 250-5637  ▪  M (787) 810-4240
270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. The information contained in this communication and its attachments, including discussion of U.S. federal income, Puerto Rico income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax penalties.

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP