# Exhibit 12

(To the October 26, 2021 Declaration of Margaret A. Dale)

**Dalsen, William D.**

| | |
|---|---|
| **From:** | Alonzo, Julia D. |
| **Sent:** | Friday, October 22, 2021 4:36 PM |
| **To:** | Mott, Thomas L.; Mervis, Michael T.; Dale, Margaret A. |
| **Cc:** | Douglas Koff; Jennings, Taleah |
| **Subject:** | RE: In re Financial Oversight & Management Board for Puerto Rico, No. 17-bk-3283-LTS (D.P.R.) |

Tom,

We do not object to you referencing portions of Mr. Chepenik's testimony from EY's 30(b)(6) deposition on Wednesday on the basis of confidentiality, and you do not need to file a sealing motion.

However, we do object to you filing a motion regarding Mr. Chepenik's deposition as you imply in your email. The proper procedure for discovery disputes is for us to meet and confer, inform the court of our dispute, and then provide the court with letters setting forth our position in 3 business days. See paragraph 17 of the Amended Confirmation Procedures Order. This is the procedure we have followed in our two previous discovery disputes before Judge Dein, and what we discussed on the record at the close of Mr. Chepenik's deposition.

We request that you follow the procedures set forth by the Court.

Thank you.

Julia

**Julia D. Alonzo**
Senior Counsel
(she/her/hers)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f  212.969.2900
jalonzo@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Mott, Thomas L. <Thomas.Mott@srz.com>
**Sent:** Friday, October 22, 2021 4:24 PM
**To:** Alonzo, Julia D. <jalonzo@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>
**Cc:** Douglas Koff <douglas.koff@srz.com>; Jennings, Taleah <Taleah.Jennings@srz.com>
**Subject:** RE: In re Financial Oversight & Management Board for Puerto Rico, No. 17-bk-3283-LTS (D.P.R.)

*This email originated from outside the Firm.*

We will be seeking relief as indicated at the conclusion of Mr. Chepenik's deposition. We do not believe that any portions of his transcript are confidential. Please confirm that you agree, so we do not have to file a sealing motion.

1

Thanks,
Tom

**Thomas L. Mott**
Associate
212.756.2049

Schulte Roth & Zabel LLP
www.srz.com

---

**From:** Alonzo, Julia D. <jalonzo@proskauer.com>
**Sent:** Friday, October 22, 2021 4:20 PM
**To:** Mott, Thomas L. <Thomas.Mott@srz.com>; Mervis, Michael T. <MMervis@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>
**Cc:** Koff, Douglas <Douglas.Koff@srz.com>; Jennings, Taleah <Taleah.Jennings@srz.com>
**Subject:** RE: In re Financial Oversight & Management Board for Puerto Rico, No. 17-bk-3283-LTS (D.P.R.)

**-CAUTION: EXTERNAL EMAIL from jalonzo@proskauer.com**
**Do not click any links or open any attachments unless you are expecting the email and know the content is safe.**

Tom,

In order for us to evaluate your request, can you please let us know what sections of the transcript you will be referencing, and in what filing they will be included?

Thanks very much.

Julia

**Julia D. Alonzo**
Senior Counsel
(she/her/hers)

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4558
f  212.969.2900
jalonzo@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Mott, Thomas L. <Thomas.Mott@srz.com>
**Sent:** Friday, October 22, 2021 4:10 PM
**To:** Mervis, Michael T. <MMervis@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>
**Cc:** Douglas Koff <douglas.koff@srz.com>; Jennings, Taleah <Taleah.Jennings@srz.com>
**Subject:** In re Financial Oversight & Management Board for Puerto Rico, No. 17-bk-3283-LTS (D.P.R.)

*This email originated from outside the Firm.*

---

Counsel –

We plan to reference certain portions of Adam Chepenik's deposition testimony in a court submission to be made today. We do not believe any portion of his testimony should be treated as Confidential.

However, out of an abundance of caution, in light of the Confidential designation for his deposition in the Joint Informative Motion dated October 15, 2021 [ECF No. 18525], we ask that you confirm by 4:45pm today that we do not need to file the submission under seal, or otherwise redact references to Mr. Chepenik's testimony from our filing.

If we do not hear from you before 4:45pm, we will file under seal.

Best,
Tom


**Thomas L. Mott**
Associate
212.756.2049
thomas.mott@srz.com

919 Third Avenue, New York, NY 10022
212.756.2000 | 212.593.5955 fax

Schulte Roth & Zabel LLP
New York | Washington DC | London
www.srz.com

------------------------------------------------------------------------------------------------------------------- NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.


***********************************************************************************************
***************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
***********************************************************************************************
***************************************************************
------------------------------------------------------------------------------------------------------------------- NOTICE
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.