# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

## CERTIFICATE OF SERVICE

I, Vincent Mirto, state as follows:

1. I am employed by BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250. I am over eighteen years of age, and am not a party to the above-captioned cases.

2. At the direction of Reed Smith LLP, the documents referenced below were served upon the parties listed on the service lists attached hereto as follows:

- Parties listed in attached Exhibit A were served via first class mail on October 22, 2021.

Case No 17-03283

| Docket No. 18588 | RESERVATION OF RIGHTS OF THE BANK OF NEW YORK MELLON REGARDING CONFIRMATION OF SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL. |

Case No 17-03283

| Docket No. 18662 | RESERVATION OF RIGHTS OF THE BANK OF NEW YORK MELLON REGARDING THE PROPOSED ORDER CONFIRING THE SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 25th day of October, 2021 at Hawthorne, California.

Vincent Mirto

# EXHIBIT A

# Reed Smith

**Total number of parties: 68**

### Exhibit A -

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75739 | ALAN FRIEDMAN, 124 LANDER AVE., STATEN ISLAND, NY, 10314 | US Mail (1st Class) |
| 75739 | AMERICORPS, ATTN: SONALI NIJHAWAN, 1201 NEW YORK AVE., NW, WASHINGTON, DC, 20525 | US Mail (1st Class) |
| 75739 | ANTILLES POWER DEPOT, INC., ATTN: RAYMOND TEXIDOR, PO BOX 810190, CAROLINA, PR, 00981-0190 | US Mail (1st Class) |
| 75739 | BANCO POPULAR DE PUERTO RICO, AS TRUSTEE, POPULAR FIDUCIARY SERVICES, POPULAR CENTER NORTH B, #209 MUNOZ RIVERA, AVE, 2ND LEVEL, HATO REY, PR, 00918 | US Mail (1st Class) |
| 75739 | BANK OF NEW YORK MELLON AS PRIFA INDENTURE TRUSTEE, 225 FIFTH AVE, SUITE 1200, PITTSBURGH, PA, 15222 | US Mail (1st Class) |
| 75739 | CANDLEWOOD INVESTMENT GROUP, LP, 555 THEODORE FREMD AVENUE, SUITE C-303, RYE, NY, 10580 | US Mail (1st Class) |
| 75739 | CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN, DANIEL PATRICK MOYNIHAN COURTHOUSE, UNITED STATES DISTRICT COURT, 500 PEARL ST., SUITE 3212, NEW YORK, NY, 10007-1312 | US Mail (1st Class) |
| 75739 | COHEN, WEISS AND SIMON LLP, ATTN: HIRAM M. ARNAUD, 900 THIRD AVE, 21ST FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 75739 | COOPERATIVA DE A/C AIBONITENA, 100 CALLE JOSE C. VAZQUEZ, AIBONITO, PR, 00705 | US Mail (1st Class) |
| 75739 | COOPERATIVA DE AHORRO Y CREDITO DE LARES, ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ., PO BOX 19757, SAN JUAN, PR, 00919 | US Mail (1st Class) |
| 75739 | CORRECTION CORPORATION OF AMERICA, ATTN: PRESIDENT OR GENERAL COUNSEL, 10 BURTON HILLS BOULEVARD, NASHVILLE, TN, 37215 | US Mail (1st Class) |
| 75739 | DAVIDSON KEMPNER CAPITAL MANAGEMENT LP, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 75739 | DEPARTAMENTO DE JUSTICIA DE PUERTO RICO, APARTADO 9020192, SAN JUAN, PR, 00902-0192 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF DEFENSE (DOD), ATTN: LLOYD J. AUSTIN III, 1400 DEFENSE PENTAGON, WASHINGTON, DC, 20301-1400 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF ENERGY (DOE), ATTN: JENNIFER M. GRANHOLM, 1000 INDEPENDENCE AVE., SW, WASHINGTON, DC, 20585 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF HOMELAND SECURITY (DHS), ATTN: ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, WASHINGTON, DC, 20528-0075 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), ATTN: MARCIA L. FUDGE, 451 7TH STREET., SW, WASHINGTON, DC, 20410 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF HUMAN AND HEALTH SERVICES, ATTN: XAVIER BECERRA, 200 INDEPENDENCE AVE., SW, WASHINGTON, DC, 20201 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF THE INTERIOR (DOI), ATTN: DEB HAALAND, 1849 C ST., NW, WASHINGTON, DC, 20240 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF TRANSPORTATION (DOT), ATTN: PETE BUTTIGIEG, 1200 NEW JERSEY AVE., SE, WASHINGTON, DC, 20590 | US Mail (1st Class) |
| 75739 | DEPARTMENT OF VETERANS AFFAIRS (VA), ATTN: DENIS RICHARD MCDONOUGH, 810 VERMONT AVE., NW, WASHINGTON, DC, 20420 | US Mail (1st Class) |
| 75739 | FEDERAL COMMUNICATIONS COMMISSION (FCC), ATTN: JESSICA ROSENWORCEL, 45 L STREET NE, WASHINGTON, DC, 20554 | US Mail (1st Class) |
| 75739 | FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), ATTN: DEANNE CRISWELL, 500 C ST., SW, WASHINGTON, DC, 20472 | US Mail (1st Class) |
| 75739 | FIR TREE PARTNERS, 55 WEST 46TH STREET, 29TH FLOOR, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 75739 | FPA SELECT DRAWDOWN FUND L.P., 250 WEST 55TH STREET, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 75739 | G RG ENGINEERING S E, ATTN: PRESIDENT OR GENERAL COUNSEL, URB. BELISA 1515 CALLE BORI, SAN JUAN, PR, 00927 | US Mail (1st Class) |
| 75739 | GOLDENTREE ASSET MANAGEMENT LP, 300 PARK AVENUE, 20TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 75739 | GOVERNING BOARD OF THE PUERTO RICO ELECTRIC POWER, RALPH A. KREIL-RIVERA, PRESIDENT, 1110 PONCE DE LEON AVE., SAN JUAN, PR, 00907 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75739 | INTEGRAND ASSURANCE COMPANY, PO BOX 70128, SAN JUAN, PR, 00936-8128 | US Mail (1st Class) |
| 75739 | ISMAEL VINCENTY PEREZ, APT 6105 350 VIA AVENTURA, TRUJILLO ALTO, PR, 00976 | US Mail (1st Class) |
| 75739 | JACK KATZ, ESJ TOWERS, 6165 ISLA VERDE AVE, CAROLINA, PR, 00979-5729 | US Mail (1st Class) |
| 75739 | JAIME B. FUSTER ESTATE, COMPRISED BY MARIA J. ZALD, PO BOX 363101, SAN JUAN, PR, 00936 | US Mail (1st Class) |
| 75739 | JAIME RODRÍGUEZ AVILÉS, 128 APARTAMENTO 201, EDIFICIO BERNARDO TORRES, SECTOR LA TROCHA, YAUCO, PR, 00698 | US Mail (1st Class) |
| 75739 | JUNTA DE SÍNDICOS DEL SISTEMA DE RETIRO DE LOS EMP, SISTEMA DE RETIRO AEE, PO BOX 13978, SAN JUAN, PR, 00908-3978 | US Mail (1st Class) |
| 75739 | KANOSO AUTO SALES INC., ATTN: JOSE A. CRESPO GONZALEZ, PRESIDENT, PO BOX 1446, SAN GERMAN, PR, 00683 | US Mail (1st Class) |
| 75739 | LIBERTY CABLEVISION OF PUERTO RICO, LLC, ATTN: ALEXANDRA VERDIALES, PO BOX 192296, SAN JUAN, PR, 00919-2296 | US Mail (1st Class) |
| 75739 | LUMA ENERGY SERVCO, LLC, WAYNE STENSBY AS CHIEF EXECUTIVE DIRECTOR AND PRES, 644 FERNÁNDEZ JUNCOS AVE., SUITE 301, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | MARICHAL, HERNANDEZ, SANTIAGO & JUARBE, LLC, ATTN: RAFAEL M. SANTIAGO-ROSA & VANESSA MEDINA-ROM, TRIPLE S PLAZA, 1510 F.D. ROOSEVELT AVE., 9TH FLOOR, SUITE 9 B1, GUAYNABO, PR, 00968 | US Mail (1st Class) |
| 75739 | MCNAMEE LOCHNER P.C., ATTN: GENERAL COUNSEL, 20 CORPORATE WOODS BLVD, STE 4, ALBANY, NY, 12211-2396 | US Mail (1st Class) |
| 75739 | METRO PAVIA HEALTH SYSTEM, ATTN: ZAREL J SOTO ACABA, PO BOX 3180, CAROLINA, PR, 00984 | US Mail (1st Class) |
| 75739 | MUNIZ BURGOS CONTRACTORS, CORP., ATTN: PRESIDENT OR GENERAL COUNSEL, CONDOMINIO PARQUE DE LAS FUENTES PH204, 680 CALLE CESAR GONZALEZ, SAN JUAN, PR, 00918-3912 | US Mail (1st Class) |
| 75739 | OPPENHEIMERFUNDS INC., 350 LINDEN OAKS, ROCHESTER, NY, 14625 | US Mail (1st Class) |
| 75739 | PABLO DEL VALLE RIVERA, PO BOX 2319, TOA BAJA, PR, 00951-2319 | US Mail (1st Class) |
| 75739 | PUERTO RICO ELECTRIC POWER AUTHORITY, ATTN: OFFICE OF THE GENERAL COUNSEL, PO BOX 364267, SAN JUAN, PR, 00936-4267 | US Mail (1st Class) |
| 75739 | PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY A, OMAR MARRERO-DÍAZ AS EXECUTIVE DIRECTOR, GOVERNMENT CENTER ROBERTO SÁNCHEZ VILELLA (MINILLA, DE DIEGO AVE. STOP 22, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | PUERTO RICO HOSPITAL SUPPLY, CALL BOX 158, CAROLINA, PR, 00986-0158 | US Mail (1st Class) |
| 75739 | PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY, ATTN: GABRIEL MALDONADO, PO BOX 362350, SAN JUAN, PR, 00936-2350 | US Mail (1st Class) |
| 75739 | PUERTO RICO PUBLIC PRIVATE PARTNERSHIP AUTHORITY, FERMÍN FONTANÉS-GÓMEZ, AS EXECUTIVE DIRECTOR, GOVERNMENT CENTER ROBERTO SÁNCHEZ VILELLA (MINILLA, DE DIEGO AVE. STOP 22, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | QUINTERO CONSTRUCTION S E, ATTN: PRESIDENT OR GENERAL COUNSEL, CARR 734 KM 0.5 BO ARENAS, CIDRA, PR, 00739 | US Mail (1st Class) |
| 75739 | REINALDO VINCENTY PEREZ, 917 CALLE ISAURA ARNAU, SAN JUAN, PR, 00924 | US Mail (1st Class) |
| 75739 | RELIABLE EQUIPMENT CORPORATION, ATTN: MARYLIN DEL VALLE, GENERAL MANAGER, RELIABLE, PO BOX 2316, TOA BAJA, PR, 00951-2316 | US Mail (1st Class) |
| 75739 | SANTANDER ASSET MANAGEMENT, LLC, GAM TOWER, 2ND FLOOR, 2 TABONUCO STREET, GUAYNABO, PR, 00968 | US Mail (1st Class) |
| 75739 | SECRETARY OF JUSTICE, HON. DOMINGO EMMANUELLI-HERN, HON. PEDRO R. PIERLUISI-URRUTIA, CALLE OLIMPO, ESQ. AXTMAYER, PDA. 11, MIRAMAR, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | SMALL BUSINESS ADMINISTRATION (SBA), ATTN: DILAWAR SYED, 409 3RD ST., SW, WASHINGTON, DC, 20416 | US Mail (1st Class) |
| 75739 | SOMOS, INC., 1605 PONCE DE LEON AVENUE, SUITE 300, SAN MARTIN BLDG., SAN JUAN, PR, 00909 | US Mail (1st Class) |
| 75739 | SUCESION FRANCISCO XAVIER GONZALEZ GOENAGA, PO BOX 364643, SAN JUAN, PR, 00936 | US Mail (1st Class) |
| 75739 | THE AMERICAN FEDERATION OF TEACHERS (AFT), ATTN: MARK RICHARD, 555 NEW JERSEY AVE., NW, 11TH FLOOR, WASHINGTON, DC, 20001 | US Mail (1st Class) |
| 75739 | THE COMMONWEALTH OF PUERTO RICO, OFFICE OF THE GOVERNOR, LA FORTALEZA, 63 CALLE FORTALEZA, SAN JUAN, PR, 00901 | US Mail (1st Class) |

Reed Smith

**Exhibit A -**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75739 | UNIÓN DE MÉDICOS DE LA CORPORACIÓN DEL FONDO DEL S, PO BOX 70344, CMM33, SAN JUAN, PR, 00936-8344 | US Mail (1st Class) |
| 75739 | UNITECH ENGINEERING, ATTN: RAMÓN ORTIZ CARRO, URB SABANERA, 40 CAMINO DE LA CASCADA, CIDRA, PR, 00739 | US Mail (1st Class) |
| 75739 | US ARMY CORPS OF ENGINEERS, ATTN: SCOTT A. SPELLMON, 441 G ST., NW, WASHINGTON, DC, 20548 | US Mail (1st Class) |
| 75739 | US ATTORNEY FOR THE DISTRICT OF PUERTO RICO, ATTN: ROSA E. RODRIGUEZ-VELEZ, U.S. ATTORNEY, TORRE CHARDÓN, SUITE 1201, 350 CARLOS CHARDÓN STREET, SAN JUAN, PR, 00918 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF AGRICULTURE, ATTN: THOMAS J. VILSACK, 1400 INDEPENDENCE AVE., SW, WASHINGTON, DC, 20250 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF COMMERCE, ATTN: GINA M. RAIMONDO, 1401 CONSTITUTION AVE., NW, WASHINGTON, DC, 20230 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF EDUCATION (ED), ATTN: MIGUEL CARDONA, 400 MARYLAND AVE., SW, WASHINGTON, DC, 20202 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF JUSTICE (DOJ), ATTN: MERRICK GARLAND, 950 PENNSYLVANIA AVE., NW, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF LABOR (DOL), ATTN: MARTIN J. WALSH, 200 CONSTITUTION AVE NW, WASHINGTON, DC, 20210 | US Mail (1st Class) |
| 75739 | WHITEBOX ADVISORS, LLC, ATTN: SCOTT SPECKEN, 3033 EXCELSIOR BLVD., SUITE 300, MINNEAPOLIS, MN, 55416 | US Mail (1st Class) |

**Subtotal for this group: 68**

Reed Smith