# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                     Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP REGARDING PRETRIAL CONFERENCE AND CONFIRMATION HEARING

The QTCB Noteholder Group[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (the "Order") (Dkt. No. 18502, Case No. 17-BK-3283), and respectfully states as follows:

1.  Kurt A. Mayr and David L. Lawton of Morgan, Lewis & Bockius LLP will appear on behalf of the QTCB Noteholder Group at the Pretrial Conference[3] and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* (Dkt. No. 134, Case No. 17-3283 LTS) and *Tenth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (Dkt. No. 17296, Case No. 17-3283).

[3] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

Confirmation Hearing via Zoom. The Party Appearance Sheet, Witness Cover Sheet, and Exhibit Cover Sheet are attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively.

2. The QTCB Noteholder Group reserves its right to be heard on any matter presented to the Court, including, but not limited to, the *Reservation of Rights of PSA Creditors regarding Ballots Cast with respect to Seventh Amended Plan of Adjustment* (Dkt. No. 18453, Case No. 17-BK-3283), and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the QTCB Noteholder Group.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

[*Remainder of page intentionally left blank*]

**RESPECTFULLY SUBMITTED,**

Dated: October 26, 2021
San Juan, Puerto Rico

**Morgan, Lewis & Bockius LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
David K. Shim (*pro hac vice*)
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
david.shim@morganlewis.com

Sabin Willett (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

**Correa-Acevedo & Abesada Law Offices, PSC**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
Roberto Abesada-Aguet
USDC-PR No. 216706
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

# **EXHIBIT A**

Party Appearance Sheet

| Name of Party | The QTCB Noteholder Group |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | QTCB |
| Pretrial Conference and Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number, and<br>• Docket No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name<br>• Is the attorney participating in the Pretrial Conference or the Confirmation Hearing or Both? | Kurt A. Mayr<br>kurt.mayr@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>(860) 240-2700<br>*Pro Hac Vice* Docket No. 165[1]<br>Zoom Screen Name: QTCB / Mayr, Kurt / Morgan, Lewis & Bockius LLP<br>Participating in the Pretrial Conference and the Confirmation Hearing<br><br>David L. Lawton<br>david.lawton@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>(860) 240-2700<br>*Pro Hac Vice* Docket No. 165[2]<br>Zoom Screen Name: QTCB / Lawton, David / Morgan, Lewis & Bockius LLP<br>Participating in the Pretrial Conference and the Confirmation Hearing |
| Plan Objection Docket No. | N/A |
| Witness List Docket No. | N/A |
| Exhibit List Docket No. | N/A |
| Other Statement Docket No. | 18453 |

---

[1] *See also* Notice of Change of Contact Information [Dkt. No. 8585].
[2] *See also* Notice of Change of Contact Information [Dkt. No. 8585].

## **EXHIBIT B**

Parity Witness Cover Sheet

| Name of Party | The QTCB Noteholder Group |
|---|---|
| Does the Party intend to offer a witness? | No, the QTCB Noteholder Group reserves its right be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the QTCB Noteholder Group. |

# **EXHIBIT C**

Party Exhibit Cover Sheet

| Name of Party | The QTCB Noteholder Group |
|---|---|
| Does the Party intend to offer evidence? | No, the QTCB Noteholder Group reserves its right be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the QTCB Noteholder Group. |

DB1/ 125152919.1