**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    Debtors | PROMESA Title III<br><br>  No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

Please take notice that attorney José A. Sánchez Girona of the law firm *Saldaña, Carvajal & Vélez-Rivé, PSC* hereby enters his appearance on behalf of Mapfre PRAICO Insurance Company pursuant to Rule 83(D)(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq*., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA. The undersigned attorney hereby requests, that copies of all notices, pleadings and papers filed in the instant case be given and served to the following addresses, and further request to be added to any master service list, or any other similar notice list applicable to the Title III Case.

          José A. Sánchez-Girona
          USDC-PR No. 222310
          E-mail: jsanchez@scvrlaw.com

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**

166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250; Fax: 787-289-9253

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above, and to accept the undersigned attorney as counsel for Mapfre PRAICO Insurance Company.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 26th day of October, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250; Fax: 787-289-9253

*s/ José A. Sánchez-Girona*
José A. Sánchez-Girona
USDC-PR No. 222310
E-mail: jsanchez@scvrlaw.com