**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

**TO THE HONORABLE COURT:**

**COMES NOW,** Jaclyn C. Marasco, (hereinafter the "applicant") and states and requests as follows:

1. Applicant is an attorney and member of the law firm of Faegre Drinker Biddle & Reath LLP, with offices at 222 Delaware Ave, Suite 1410, Wilmington, Delaware 19801.

2. Applicant will sign all pleadings with the name Jaclyn C. Marasco.

3. Applicant Jaclyn C. Marasco has been retained by Quest Diagnostics of Puerto Rico, Inc. to provide legal representation in connection with the above-styled matter.

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780- LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

4. Since November 6, 2014, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New Jersey, where applicant regularly practices law. Applicant's bar license number is 123462014.

5. Since May 20, 2015, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 5325907.

6. Since December 13, 2017, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Delaware, where applicant regularly practices law. Applicant's bar license number is 6477.

7. Applicant has also been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| U.S. District Court for the District of Delaware | 08/29/2019 |
| U.S. Court of Appeals for the Third Circuit | 06/17/2020 |
| U.S. District Court for the Southern District of New York | 07/07/2020 |

8. Applicant is a member in good standing of the bars of the courts listed in this application.

9. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

10. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

11. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court of the District of Puerto Rico.

12. Local Counsel of record associated with applicant in this matter is:

Name Mariana Muñiz Lara

USDC-PR Bar No. 231,706

Address Calle de la Tanca #500, Suite 401

San Juan, PR 00901-1969

Email mariana.muniz@dlapiper.com

Phone No. (787) 945-9106

Fax No. (939) 697-6141

13. Applicant has read the Local Rules of this Court and will comply with same.

14. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico, which provides in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee in the form of check payable to "Clerk, U.S. District Court" is being delivered to the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: October 25, 2021

Jaclyn C. Marasco
Printed name

*/s/ Jaclyn C. Marasco*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Dated: October 26, 2021.

Mariana Muñiz Lara
Printed Name of Local Counsel

*/s/ Mariana Muñiz Lara*
Signature of Local Counsel

**DLA PIPER (PUERTO RICO) LLC**

By: /s/*Mariana Muñiz Lara*
Mariana Muñiz Lara
PRDC Bar No. 231,706
Calle de la Tanca #500, Suite 401
San Juan, PR 00901-1969
Tel: (787) 945-9106
Fax: (939) 697-6141
mariana.muniz@dlapiper.com

*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: October 26, 2021

/s/*Mariana Muñiz Lara*

Mariana Muñiz Lara