# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    Debtors | PROMESA Title III<br><br>  No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW, Mapfre PRAICO Insurance Company ("Mapfre"), through the undersigned counsel and respectfully informs:

1. On October 15, 2021, Mapfre filed two separate objections to confirmation of the Plan of Adjustment presented by the Financial Oversight and Management Board for Puerto Rico on behalf of the Puerto Rico Public Buildings Authority and the Commonwealth of Puerto Rico. See, dkts. 18512 and 18513.

2. The undersigned wishes to participate at the Final Pre-trial Conference and Confirmation Hearing on the Plan.

3. In compliance with the order entered by this Honorable Court at docket 18502, Mapfre hereby attaches as **Exhibit A** its Party Appearance Sheet.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 26th day of October 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250; Fax: 787-289-9253

*s/ José A. Sánchez-Girona*
José A. Sánchez-Girona
USDC-PR No. 222310
E-mail: jsanchez@scvrlaw.com