**EXHIBIT A**[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | MAPFRE PRAICO INSURANCE COMPANY |
|---|---|
| Party Name Abbreviation(For Use with Zoom[2]) | MAPFRE |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information foreach attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (<u>See</u> Confirmation Hearing ProceduresOrder, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference orthe Confirmation Hearing or both?<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | José A. Sánchez Girona, Esq.<br><br>jsanchez@scvrlaw.com<br><br>Saldaña, Carvajal & Vélez Rivé, PSC<br><br>(787) 289-9250<br><br>Dkt. 81 (19-05523)<br><br>Dkt. 18752 (17-03283)<br><br>José Sánchez<br><br>Both |
| Plan Objection Docket Entry No. | 18512 & 18513 |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | N/A |
| Other Statement Docket Entry No. | N/A |
| If a Party files a supplemental Party Appearance Sheet, the Party mustinclude the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. ||

---

[1]     This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2]     <u>See</u> Confirmation Hearing Procedures Order, ¶ 9(a).          1