## Requirement 6



## PayGo

PayGo and Individual Contribution Debt by Entity

August 15, 2019

Confidential

EXHIBIT F

00082

**Disclaimer**

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

  Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- This document does not constitute an audit of compliance with any federal law, rule or regulation.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

- Post Hurricane Maria has affected systems, communications or management availability due to prioritization of recovery and reconstruction activities in some component

- This is affecting timing, reliability and, therefore, integrity of information and data.

- Continuous efforts are being made to enhance data integrity progressively.

**Confidential**

EXHIBIT F

## Summary of PayGo Invoices and Debt Balances*
### FY18-19

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PayGo Invoices** | | | | | | | | | | | | | |
| Central Government | $ 73,768,271 | $ 68,861,827 | $ 69,172,319 | $ 69,244,488 | $ 69,558,899 | $ 77,674,897 | $ 70,268,839 | $ 70,317,343 | $ 33,842,112 | $ 71,417,210 | $ 70,658,943 | $ 792,689,595 | $ 1,537,474,743 |
| Government Entities | 29,977,060 | 28,572,888 | 28,635,680 | 28,773,736 | 28,913,423 | 32,183,105 | 29,168,061 | 29,293,048 | 29,424,501 | 29,431,931.68 | 29,404,992 | 30,559,735 | 354,338,160 |
| Municipalities | 14,615,774 | 13,256,453 | 13,191,362 | 13,264,093 | 13,265,602 | 16,132,673 | 13,235,487 | 13,412,102 | 13,457,002 | 13,549,792.62 | 8,923,700 | 13,522,624 | 159,826,664 |
| Judiciary Retirees | 2,296,478 | 2,202,362 | 2,161,898 | 2,148,621 | 2,156,977 | 2,405,234 | 2,167,640 | 2,162,826 | 2,166,788 | 2,192,080.45 | 2,196,785 | 2,201,180 | 26,458,868 |
| Teacher Retirees | 70,604,997 | 66,247,744 | 67,000,821 | 67,125,097 | 67,448,272 | 75,526,327 | 69,117,688 | 68,220,586 | 68,464,617 | 69,258,185.96 | 68,536,625 | 68,343,901 | 825,894,861 |
| Total | $ 191,262,581 | $ 179,141,273 | $ 180,162,081 | $ 180,556,034 | $ 181,343,173 | $ 203,922,236 | $ 183,957,713 | $ 183,405,905 | $ 147,355,020 | $ 185,849,200 | $ 179,721,045 | $ 907,317,035 | $ 2,903,993,297 |
| **PayGo Collections** | | | | | | | | | | | | | |
| Central Government | $ 73,768,271 | $ 68,861,827 | $ 69,172,319 | $ 69,244,488 | $ 69,558,899 | $ 77,674,897 | $ 70,268,839 | $ 70,317,343 | $ 33,842,112 | $ 71,417,210 | $ 70,658,943 | $ 792,689,595 | $ 1,537,474,743 |
| Government Entities | 27,690,275 | 26,042,763 | 25,483,076 | 25,189,371 | 26,206,078 | 28,646,775 | 26,026,173 | 25,691,706 | 25,319,988 | 25,071,296 | 3,108,699 | 13,099,057 | 277,575,257 |
| Municipalities | 8,440,618 | 7,342,177 | 7,360,971 | 7,426,668 | 7,039,267 | 7,717,408 | 5,737,921 | 5,663,396 | 5,591,635 | 4,836,199 | 1,452,337 | 2,199,184 | 70,807,781 |
| Judiciary Retirees | 2,296,478 | 2,202,362 | 2,161,898 | 2,148,621 | 2,156,977 | 2,405,234 | 2,167,640 | 2,162,826 | 2,166,788 | 2,192,080 | 2,196,785 | 2,201,180 | 26,458,868 |
| Teacher Retirees | 70,604,997 | 66,247,744 | 67,000,821 | 67,125,097 | 67,448,272 | 75,526,327 | 69,117,688 | 68,220,586 | 68,464,617 | 69,258,186 | 68,536,625 | 68,343,901 | 825,894,861 |
| Total | $ 182,800,640 | $ 170,696,872 | $ 171,179,086 | $ 171,134,244 | $ 172,409,494 | $ 191,970,641 | $ 173,318,261 | $ 172,055,858 | $ 135,385,139 | $ 172,774,971 | $ 145,953,388 | $ 878,532,917 | $ 2,738,211,511 |
| **PayGo Debt** | | | | | | | | | | | | | |
| Central Government | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Government Entities | 2,286,785 | 2,530,124 | 3,152,604 | 3,584,365 | 2,707,345 | 3,536,330 | 3,141,887 | 3,601,342 | 4,104,513 | 4,360,636 | 26,296,294 | 17,460,677.82 | 76,762,903 |
| Municipalities | 6,175,156 | 5,914,276 | 5,830,391 | 5,837,426 | 6,226,334 | 8,415,265 | 7,497,565 | 7,748,705 | 7,865,368 | 8,713,594 | 7,471,363 | 11,323,440.12 | 89,018,883 |
| Judiciary Retirees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Teacher Retirees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | $ 8,461,941 | $ 8,444,401 | $ 8,982,995 | $ 9,421,790 | $ 8,933,679 | $ 11,951,595 | $ 10,639,453 | $ 11,350,047 | $ 11,969,881 | $ 13,074,230 | $ 33,767,657 | $ 28,784,118 | $ 165,781,786 |

## Summary of Individual Contribution Collections and Debt Balances*
### FY18-19

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Individual Contribution Collections** | | | | | | | | | | | | | |
| Central Government | $ 8,786,713 | $ 8,726,052 | $ 8,670,200 | $ 8,678,975 | $ 8,555,930 | $ 8,553,004 | $ 8,454,308 | $ 8,537,309 | $ 8,523,210 | $ 8,612,475 | $ 9,025,395 | $ 104,146,860 | $ 199,270,431 |
| Government Entities | 8,003,106 | 8,741,301 | 7,931,617 | 7,816,842 | 7,945,877 | 8,366,273 | 13,102,866 | 9,755,852 | 8,468,826 | 7,694,947 | 4,476,927 | 4,258,983 | 96,563,419 |
| Municipalities | 3,456,879 | 3,471,446 | 3,432,003 | 3,447,219 | 3,485,764 | 3,433,883 | 3,391,017 | 3,396,147 | 3,403,972 | 3,376,585 | 3,430,836 | 3,142,238 | 40,867,990 |
| Judiciary Retirees | 230,132 | 229,789 | 229,692 | 228,401 | 226,229 | 231,844 | 226,688 | 228,401 | 229,914 | 229,117 | 230,910 | 227,818 | 2,748,934 |
| Teacher Retirees | 98,743 | 399,757 | 494,756 | 520,641 | 548,706 | 534,772 | 559,445 | 595,250 | 593,349 | 618,290 | 639,673 | 610,721.03 | 6,214,104 |
| Total | $ 20,575,573 | $ 21,568,345 | $ 20,758,269 | $ 20,692,079 | $ 20,762,506 | $ 21,119,777 | $ 25,734,324 | $ 22,512,960 | $ 21,219,271 | $ 20,531,414 | $ 17,803,742 | $ 112,386,620 | $ 345,664,878 |
| **Individual Contribution Debt** | | | | | | | | | | | | | |
| Central Government | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Government Entities | - | - | - | - | - | - | - | - | - | 28 | 3,958 | 32,037 | 36,023 |
| Municipalities | - | - | - | - | - | - | - | - | - | 1,339 | - | 115,582 | 116,921 |
| Judiciary Retirees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Teacher Retirees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,367 | $ 3,958 | $ 147,618 | $ 152,944 |

*Invoices of previous months may fluctuate because of credits issued due to Employers claims.

EXHIBIT F

00084