# Requirement 6



## PayGo

*PayGo and Individual Contribution Debt by Entity*

*For the month of June FY20*

**Disclaimer**

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States.

- This document does not constitute an audit of compliance with any federal law, rule or regulation.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

- Continuous efforts are being made to enhance data integrity progressively.

EXHIBIT G

Confidential

00086

## Summary of PayGo Invoices and Debt Balances (a)
### FY2020

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PayGo Invoices** | | | | | | | | | | | | | |
| Central Government (b) | $ 108,861,493 | $ 100,521,733 | $ 100,137,167 | $ 100,261,965 | $ 100,183,547 | $ 118,724,128 | $ 99,966,813 | $ 100,607,611 | $ 100,865,585 | $ 101,252,157 | $ 99,388,881 | $ 97,511,883 | $ 1,228,282,963 |
| Government Entities (c) | 30,120,244 | 28,774,525 | 28,870,556 | 28,799,777 | 28,882,947 | 30,646,826 | 28,704,970 | 27,990,866 | 28,066,869 | 27,980,418 | 28,840,397 | 29,967,937 | 347,646,333 |
| Municipalities (b) | - | - | - | - | - | - | - | - | - | 139,013,933 | 13,411,085 | 12,706,996 | 165,132,013.24 |
| Judicial Retirement System | 2,376,323 | 2,247,902 | 2,253,902 | 2,245,847 | 2,243,790 | 2,504,335 | 2,354,386 | 2,363,114 | 2,345,298 | 2,337,236 | 2,344,212 | 2,319,861 | 27,936,206 |
| Teachers' Retirement System | 71,983,796 | 69,618,575 | 71,847,488 | 72,543,069 | 78,423,865 | 71,885,948 | 71,548,831 | 72,204,761 | 74,850,271 | 73,599,094 | 72,798,077 | 72,831,145 | 874,134,920 |
| Total | $ 213,341,855 | $ 201,162,735 | $ 203,109,114 | $ 203,850,657 | $ 209,734,150 | $ 223,761,238 | $ 202,575,000 | $ 203,166,352 | $ 206,128,023 | $ 344,182,838 | $ 216,782,652 | $ 215,337,821 | $ 2,643,132,436 |
| **PayGo Collections** | | | | | | | | | | | | | |
| Central Government (b) | $ 108,861,493 | $ 100,521,733 | $ 100,137,167 | $ 100,261,965 | $ 100,183,547 | $ 118,724,128 | $ 99,966,813 | $ 100,607,611 | $ 100,865,585 | $ 101,252,157 | $ 99,388,881 | $ 97,511,883 | $ 1,228,282,963 |
| Government Entities (c) | 28,928,330 | 27,696,137 | 27,773,600 | 27,736,230 | 27,825,982 | 29,386,616 | 26,943,070 | 26,176,468 | 26,281,099 | 24,963,060 | 6,957,656 | 7,876,471 | 288,544,718 |
| Municipalities (b) | - | - | - | - | - | - | - | - | - | 97,397,317 | 790,360 | 350,199 | 98,537,876.61 |
| Judicial Retirement System | 2,376,323 | 2,247,902 | 2,253,902 | 2,245,847 | 2,243,790 | 2,504,335 | 2,354,386 | 2,363,114 | 2,345,298 | 2,337,236 | 2,344,212 | 2,319,861 | 27,936,206 |
| Teachers' Retirement System | 71,983,796 | 69,618,575 | 71,847,488 | 72,543,069 | 78,423,865 | 71,885,948 | 71,548,831 | 72,204,761 | 74,850,271 | 73,599,094 | 72,798,077 | 72,831,145 | 874,134,920 |
| Total | $ 212,149,941 | $ 200,084,347 | $ 202,012,158 | $ 202,787,110 | $ 208,677,185 | $ 222,501,027 | $ 200,813,100 | $ 201,351,955 | $ 204,342,253 | $ 299,548,864 | $ 182,279,186 | $ 180,889,559 | $ 2,517,436,684 |
| **PayGo Debt** | | | | | | | | | | | | | |
| Central Government | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Government Entities (c) | 1,191,915 | 1,078,389 | 1,096,956 | 1,063,547 | 1,056,965 | 1,260,210 | 1,761,900 | 1,814,398 | 1,785,770 | 3,017,358 | 21,882,742 | 22,091,467 | 59,101,616 |
| Municipalities | - | - | - | - | - | - | - | - | - | 41,616,616 | 12,620,724 | 12,356,796 | 66,594,136.63 |
| Judicial Retirement System | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Teachers' Retirement System | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | $ 1,191,915 | $ 1,078,389 | $ 1,096,956 | $ 1,063,547 | $ 1,056,965 | $ 1,260,210 | $ 1,761,900 | $ 1,814,398 | $ 1,785,770 | $ 44,633,974 | $ 34,503,466 | $ 34,448,263 | $ 125,695,752 |

(a) Invoices of previous months may fluctuate because of credits issued due to Employers claims.
(b) Due to the invalidation of Law 29, the invoicing of Municipalities in FY2020 only began in April, 2020.
(c) Governmental authorities with autonomous structure separate from the central government administration and with independent treasury functions. There has been slowdown in collections due to processing delays related to Executive Orders 2020-23 & 2020-29 and the imposed curfew.

## Summary of Individual Contribution Collections and Debt Balances (a)
### FY2020

| | July | August | September | October | November | December | January | February | March | April | May | June | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Individual Contribution Collections** | | | | | | | | | | | | | |
| Central Government | $ 8,446,234 | $ 8,230,231 | $ 8,259,683 | $ 8,247,775 | $ 8,206,727 | $ 8,233,857 | $ 8,369,494 | $ 8,328,952 | $ 8,351,884 | $ 8,345,957 | $ 8,334,889 | $ 8,310,554 | $ 99,666,235 |
| Government Entities | 8,077,370 | 8,058,715 | 7,833,579 | 7,882,656 | 7,814,460 | 7,741,296 | 5,940,281 | 5,352,381 | 5,121,129 | 5,120,723 | 5,060,076 | 3,928,177 | 77,930,844 |
| Municipalities | 3,415,860 | 3,433,467 | 3,414,615 | 3,404,513 | 3,475,114 | 3,409,656 | 3,408,214 | 3,392,233 | 3,373,675 | 3,312,050 | 3,367,795 | 3,066,758 | 40,473,949 |
| Judicial Retirement System | 234,541 | 235,741 | 234,349 | 233,530 | 232,699 | 231,542 | 229,271 | 227,361 | 226,609 | 226,372 | 224,420 | 223,295 | 2,759,731 |
| Teachers' Retirement System - DC (b) | 540,873 | 371,454 | 625,084 | 641,953 | 660,156 | 657,708 | 649,242 | 892,986 | 710,919 | 718,350 | 703,476 | 675,002 | 7,847,202 |
| Teachers' Retirement System - DB (c) | 5,859,913 | 5,754,493 | 5,979,407 | 5,818,810 | 6,022,467 | 5,826,513 | 5,696,300 | 5,421,731 | 5,631,530 | 5,629,480 | 5,624,311 | 5,494,229 | 68,759,184 |
| Total | $ 26,574,791 | $ 26,084,102 | $ 26,346,716 | $ 26,229,237 | $ 26,411,623 | $ 26,100,572 | $ 24,292,802 | $ 23,615,643 | $ 23,415,746 | $ 20,442,148 | $ 20,442,148 | $ 20,442,148 | $ 297,437,146 |
| **Individual Contribution Debt** | | | | | | | | | | | | | |
| Central Government | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Government Entities | 127,241 | 167,307 | 126,751 | 124,515 | 125,007 | 126,439 | 11,732 | 11,732 | 162,186 | 124,345 | 202,589 | 1,339,839 | 2,649,682 |
| Municipalities | - | - | 1,354 | - | - | - | - | - | 28,157 | 64,561 | 104,857 | 250,883 | 449,812 |
| Judicial Retirement System | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Teachers' Retirement System - DC (b) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Teachers' Retirement System - DB (c) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | - |
| Total | $ 127,241 | $ 167,307 | $ 128,105 | $ 124,515 | $ 125,007 | $ 126,439 | $ 11,732 | $ 11,732 | $ 190,343 | $ 188,907 | $ 307,445 | $ 1,590,721 | $ 3,099,494 |

(a) Invoices of previous months may fluctuate because of credits issued due to Employers claims.
(b) Pertains to employees under Act 106 Defined Contribution Plan
(c) Pertains to active employees under Law 91 – 2004, as amended, under the original Defined Benefit Plan. Such funds are deposited directly to the TSA Operational Account to fund PayGo Expenses.

EXHIBIT G

Confidential