

## Summary of Current Year Tax Billings vs. Current Year Tax Collections

### Property Tax Billed (A)

| | Concept - All Tax | | | | Concept - 1.03% | | |
|---|---|---|---|---|---|---|---|
| Fiscal Year | Real | Personal | Total | Fiscal Year | Real | Personal | Total |
| 2015-2016 | 770,090,154.62 | 425,206,184.33 | 1,195,296,338.95 | 2015-2016 | 78,977,070.57 | 55,079,050.83 | 134,056,121.39 |
| 2016-2017 | 781,171,253.34 | 413,416,670.32 | 1,194,587,923.66 | 2016-2017 | 80,190,752.55 | 52,791,705.57 | 132,982,458.12 |
| 2017-2018 | 819,568,781.15 | 375,922,531.26 | 1,195,491,312.41 | 2017-2018 | 82,374,007.37 | 47,555,002.36 | 129,929,009.73 |
| 2018-2019 | 824,877,159.82 | 398,066,792.98 | 1,222,943,952.80 | 2018-2019 | 82,705,151.87 | 50,256,283.79 | 132,961,435.66 |
| 2019-2020 | 836,599,646.38 | 430,678,930.22 | 1,267,278,576.60 | 2019-2020 | 83,924,757.11 | 54,285,931.06 | 138,210,688.18 |

### Property Tax Collected (B)

| | Current Year - All Tax Collections | | | | Current Year - 1.03% Collections | | |
|---|---|---|---|---|---|---|---|
| Fiscal Year | Real | Personal | Total | Fiscal Year | Real | Personal | Total |
| 2015-2016 | 522,538,103.32 | 301,185,369.22 | 823,723,472.54 | 2015-2016 | 53,589,217.33 | 39,014,023.95 | 92,603,241.28 |
| 2016-2017 | 533,512,492.90 | 324,981,556.02 | 858,494,048.92 | 2016-2017 | 54,767,463.75 | 41,498,884.43 | 96,266,348.18 |
| 2017-2018 | 552,811,585.36 | 341,453,878.60 | 894,265,463.96 | 2017-2018 | 55,562,518.55 | 43,194,644.25 | 98,757,162.80 |
| 2018-2019 | 558,270,502.49 | 390,447,623.57 | 948,718,126.06 | 2018-2019 | 55,974,209.18 | 49,294,356.93 | 105,268,566.11 |
| 2019-2020 | 546,210,777.67 | 372,909,046.49 | 919,119,824.16 | 2019-2020 | 54,793,959.15 | 47,004,191.22 | 101,798,150.37 |

### Property Tax Due but not Collected (C)

| | Current Year - All Tax Unpaid | | | | Current Year - Unpaid 1.03% | | |
|---|---|---|---|---|---|---|---|
| Fiscal Year | Real | Personal | Total | Fiscal Year | Real | Personal | Total |
| 2015-2016 | 247,552,051.30 | 124,020,815.11 | 371,572,866.41 | 2015-2016 | 25,387,853.24 | 16,065,026.88 | 41,452,880.11 |
| 2016-2017 | 247,658,760.44 | 88,435,114.30 | 336,093,874.74 | 2016-2017 | 25,423,288.80 | 11,292,821.15 | 36,716,109.94 |
| 2017-2018 | 266,757,195.79 | 34,468,652.66 | 301,225,848.45 | 2017-2018 | 26,811,488.82 | 4,360,358.11 | 31,171,846.93 |
| 2018-2019 | 266,606,657.33 | 7,619,169.41 | 274,225,826.74 | 2018-2019 | 26,730,942.69 | 961,926.86 | 27,692,869.55 |
| 2019-2020 | 290,388,868.71 | 57,769,883.73 | 348,158,752.44 | 2019-2020 | 29,130,797.96 | 7,281,739.84 | 36,412,537.81 |

*Amounts shown as Tax Collections (B) only take into consideration current year tax collections. They do not take into account prior year collections made during the fiscal year.

EXHIBIT I