Case:17-03283-LTS   Doc#:18759-10   Filed:10/26/21   Entered:10/26/21 16:34:02   Desc: Exhibit Hein Q   Page 1 of 2



# The Commonwealth of Puerto Rico
Update on Fiscal and Economic Progress

*FY 2014 Q1 Investor Webcast - October 15, 2013*

# GDB believes that any comparison of the public debt levels of Puerto Rico with the states should include state, local and federal debt

> If one factors in the federal debt load, PR would rank last in outstanding debt per capita amongst all US jurisdictions*

**Puerto Rico Debt Per Capita vs the USA Comparison Analysis as of June 30, 2011**
(in millions)



State Level Debt[1]
US Avg: $2,390 per capita
PR: $2,805 per capita
Rank: #12 of 51

| State | | Rank (of 51) |
|---|---|---|
| HI | $5,376 | 3 |
| CT | $5,087 | 4 |
| NY | $4,976 | 5 |
| AK | $3,825 | 6 |
| RI | $3,787 | 7 |
| DE | $3,668 | 8 |
| CA | $3,122 | 9 |
| IL | $2,874 | 10 |
| NH | $2,847 | 11 |
| PR | $2,805 | 12 |



State & Local Level Debt[2]
US Avg: $7,355 per capita
PR: $15,956 per capita
Rank: #1 of 51

| State | | Rank (of 51) |
|---|---|---|
| PR | $15,956 | 1 |
| NY | $13,552 | 2 |
| CA | $9,971 | 3 |
| NJ | $9,739 | 4 |
| NV | $9,500 | 5 |
| WA | $9,379 | 6 |
| HI | $9,340 | 7 |
| MA | $9,258 | 8 |
| IL | $8,991 | 9 |
| AK | $8,927 | 10 |



State, Local, Federal Level Debt[3]
US Avg: $57,024 per capita
PR: $15,956 per capita
Rank: #51 of 51

| State | | Rank (of 51) |
|---|---|---|
| MS | $53,766 | 42 |
| OH | $53,690 | 43 |
| NC | $53,676 | 44 |
| SD | $53,042 | 45 |
| WV | $52,887 | 46 |
| AR | $52,819 | 47 |
| MT | $51,895 | 48 |
| ID | $51,698 | 49 |
| WY | $51,334 | 50 |
| PR | $15,956 | 51 |

*Source: US Bureau of the Census and the Government Development Bank for Puerto Rico
(1) For Puerto Rico State Debt includes GO debt.
(2) For Puerto Rico local debt includes debt of Municipalities and Public Corporations.
(3) US Federal Debt per capita is $49,669

57