Case:17-03283-LTS Doc#:18760-4 Filed:10/26/21 Entered:10/26/21 17:06:26 Desc: Exhibit Hein U Page 1 of 1

Case:17-03283-LTS Doc#:18575 Filed:10/19/21 Entered:10/19/21 14:46:01 Desc: Main Document Page 108 of 303

# Consultation of the Contract Registry

## Search criteria

Government entity: Seleccionar Entidad

Contract No.:

Contractor:

Service Category: ADVERTISING, REPRESENTATION OR ARTIS...

Type of service: Select Type of Service

Amount: $ $

Grant Date: 03/05/2017 - 13/10/2021

Effective date: From - Until

Look for | Delete

## Frequent Searches - All Entities

## Results

Show 10 records

| Contract No. | Contractor | Awarded in | Valid since | Valid Until | Amount | Type of service | |
|---|---|---|---|---|---|---|---|
| 2022-S0003 | ARM CONSULTING GROUP LLC | 15 / Jul / 2021 | 15 / Jul / 2021 | Jul / 31/2021 | $ 10,000.00 | PUBLIC RELATIONS SERVICES | Public Buildings Au |
| 2022-RT001 | AURELIZ CABRERA DESSUS | Jul / 21/2021 | Jul / 21/2021 | Dec / 31/2021 | $ 7,500.00 | PRESS OFFICIAL SERVICES | University of Puerto |
| 2022-PRH058 | GFR MEDIA, LLC | 21 / Sep / 2021 | 21 / Sep / 2021 | Jun / 30/2022 | $ 25,000.00 | ADVERTISING SERVICES | Puerto Rico Housin |
| 2022-PRH045 | MARGARITA ÁLVAREZ SUÁREZ | Aug / 17/2021 | Aug / 17/2021 | Jun / 30/2022 | $ 24,000.00 | PUBLIC RELATIONS SERVICES | Puerto Rico Housin |
| 2022-PPP00 | SANDRA GUTIÉRREZ DÁVILA | Jun / 30/2021 | Jul / 01/2021 | Jun / 30/2022 | $ 96,000.00 | PUBLIC RELATIONS SERVICES | Puerto Rico Public |
| 2022-MS0083 | ANGEL GARCÍA MALAVÉ | Aug / 09/2021 | Aug / 09/2021 | 03 / Jun / 2022 | $ 7,600.00 | TRAMOYA SERVICES | Music Program 100 |
| 2022-MS0080 | EFRAIN LEBRÓN ROMERO | 02 / Aug / 2021 | 02 / Aug / 2021 | 03 / Jun / 2022 | $ 11,700.00 | TRAMOYA SERVICES | Music Program 100 |
| 2022-MS0030 | ALEXSANDRA MARRERO GONZÁLEZ | 02 / Aug / 2021 | 02 / Aug / 2021 | 03 / Jun / 2022 | $ 11,700.00 | TRAMOYA SERVICES | Music Program 100 |
| 2022-MS0025 | EVELYN SURO BLACK | 02 / Aug / 2021 | 02 / Aug / 2021 | Jun / 30/2022 | $ 9,989.52 | TRAMOYA SERVICES | Music Program 100 |
| 2022-MS0019 | MAYIRETTE LAPORTE GONZÁLEZ | 02 / Aug / 2021 | 02 / Aug / 2021 | 03 / Mar / 2022 | $ 5,160.00 | TRAMOYA SERVICES | Music Program 100 |

Showing records from 1 to 10 out of a total of 9,789 records

Previous 1 2 3 4 5 ... 979 Next



