| Núm. Contrato | Enmienda | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Categoría de Servicio | Tipo de Servicio | Entidad | publicsearching.contract.list.resultsentitynamecolumn | Cancelación Efectiva en |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009-B00085 | B | TARGET POINT, INC. | 29/03/2019 | 29/03/2019 | 30/04/2019 | $5,450.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4065 | Municipio de San Juan | |
| 2016-000043 | B | RINNOVA INC | 30/06/2017 | 30/06/2017 | 30/09/2017 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3159 | Autoridad del Distrito del Centro de Convenciones de Puerto Rico | |
| 2016-000043 | C | RINNOVA INC | 30/09/2017 | 30/09/2017 | 31/03/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3159 | Autoridad del Distrito del Centro de Convenciones de Puerto Rico | |
| 2016-000043 | D | RINNOVA INC | 28/03/2018 | 28/03/2018 | 30/06/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3159 | Autoridad del Distrito del Centro de Convenciones de Puerto Rico | |
| 2016-000201 | A | INSIGHT COMMUNICATIONS, CORP. | 14/01/2019 | 14/01/2019 | 16/04/2019 | $191,295.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | B | INSIGHT COMMUNICATIONS, CORP. | 15/04/2019 | 15/04/2019 | 30/09/2019 | $771,375.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | C | INSIGHT COMMUNICATIONS, CORP. | 30/09/2019 | 30/09/2019 | 31/05/2020 | $1,122,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | F | INSIGHT COMMUNICATIONS, CORP. | 21/05/2021 | 21/05/2021 | 30/06/2021 | $272,622.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | D | INSIGHT COMMUNICATIONS, CORP. | 31/05/2020 | 31/05/2020 | 30/06/2021 | $1,989,570.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | E | INSIGHT COMMUNICATIONS, CORP. | 21/12/2020 | 21/12/2020 | 30/06/2021 | $500,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000201 | G | TELECONTACTO-TELECONTACT, INC. | 28/06/2021 | 28/06/2021 | 31/12/2021 | $1,386,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3020 | Autoridad de Acueductos y Alcantarillados de Puerto Rico | |
| 2016-000333 | H | Cortes Seguinot, Edwin | 31/08/2017 | 31/08/2017 | 30/11/2017 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | I | Cortes Seguinot, Edwin | 30/11/2017 | 30/11/2017 | 30/06/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | J | Cortes Seguinot, Edwin | 26/06/2018 | 29/06/2018 | 31/12/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | K | Cortes Seguinot, Edwin | 04/12/2018 | 30/12/2018 | 28/02/2019 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | L | Cortes Seguinot, Edwin | 26/02/2019 | 28/02/2019 | 30/06/2019 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000333 | M | Cortes Seguinot, Edwin | 19/06/2019 | 30/06/2019 | 31/12/2019 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 4050 | Municipio de Mayagüez | |
| 2016-000438 | C | CARLOS R. ALBERTY FRAGOSO | 23/06/2017 | 23/06/2017 | 30/06/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 3190 | Instituto de Cultura Puertorriqueña | |
| 2016-000438 | D | CARLOS R. ALBERTY FRAGOSO | 22/06/2018 | 22/06/2018 | 30/06/2019 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 3190 | Instituto de Cultura Puertorriqueña | |
| 2016-003013 | B | CORPORACION DE BELLAS ARTES DE CAGUAS, CORP. | 15/06/2017 | 15/06/2017 | 30/06/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4013 | Municipio de Caguas | |
| 2016-160051 | G | WINTOL MEDIA, INC. | 29/06/2021 | 29/06/2021 | 30/09/2021 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4913 | Área Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2016-160051 | B | WINTOL MEDIA, INC. | 30/06/2017 | 30/06/2017 | 30/06/2018 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4913 | Área Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2016-160051 | F | WINTOL MEDIA, INC. | 29/04/2021 | 29/04/2021 | 30/06/2021 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4913 | Área Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2016-160051 | E | WINTOL MEDIA, INC. | 29/06/2020 | 29/06/2020 | 30/06/2021 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4913 | Área Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2016-160051 | D | WINTOL MEDIA, INC. | 28/06/2019 | 28/06/2019 | 30/06/2020 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4913 | Área Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2016-160051 | C | WINTOL MEDIA, INC. | 29/06/2018 | 29/06/2018 | 30/06/2019 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4913 | Área Local de Desarrollo Laboral de Caguas/Guayama (ALDL Caguas/Guayama) | |
| 2017-000002 | A | MAXIMIANO VALDES SOUBLETTE | 07/08/2017 | 07/08/2017 | 30/06/2018 | $125,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 3195 | Corporación de la Orquesta Sinfónica de Puerto Rico | |
| 2017-000002 | B | MAXIMIANO VALDES SOUBLETTE | 01/08/2018 | 01/08/2018 | 30/06/2019 | $125,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS ARTÍSTICOS | 3195 | Corporación de la Orquesta Sinfónica de Puerto Rico | |
| 2017-000009 | B | ROBERTA ALMEIDA FERRAZ BRAGA | 12/05/2017 | 12/05/2017 | 30/06/2017 | -$1,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 3155 | Compañía de Turismo de Puerto Rico | |
| 2017-000016 | B | CHRISTIAN ISMAEL CEJAS | 12/05/2017 | 12/05/2017 | 30/06/2017 | -$10,451.95 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 3155 | Compañía de Turismo de Puerto Rico | |
| 2017-000017 | A | EDR SOLUTIONS, L.L.C. | 11/05/2017 | 11/05/2017 | 30/06/2017 | $5,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 1537 | Oficina del Contralor Electoral | |
| 2017-000017 | B | MARÍA CLAUDIA DELGADO OROZCO | 17/05/2017 | 17/05/2017 | 30/06/2017 | -$3,702.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3155 | Compañía de Turismo de Puerto Rico | |
| 2017-000017 | | Sr. Juan Manuel Pagán Teitelbaum | 25/05/2017 | 25/05/2017 | 31/12/2017 | $4,500.72 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PRODUCTOR | 3056 | Servicio de Extensión Agrícola | |
| 2017-000018 | B | HILS BALFOUR SYNERGY LIMITED | 15/06/2017 | 15/06/2017 | 30/06/2017 | -$25,592.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3155 | Compañía de Turismo de Puerto Rico | |
| 2017-000018 | | Digital Audiovisual Services, Inc. | 19/05/2017 | 19/05/2017 | 30/06/2017 | $12,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3069 | Junta de Gobierno de la Universidad de Puerto Rico | |
| 2017-000023 | | CHAD ENTERTAIMENT | 11/05/2017 | 14/05/2017 | 14/05/2017 | $800.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PROMOTOR DE ESPECTÁCULOS PÚBLICOS | 4025 | Municipio de Culebra | |
| 2017-000025 | B | ALICIA TERAN RIVERA | 18/05/2017 | 18/05/2017 | 30/06/2017 | -$10,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3155 | Compañía de Turismo de Puerto Rico | |
| 2017-000029 | B | RM Y ASOCIADOS, CORP. | 10/05/2017 | 10/05/2017 | 30/06/2017 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 4061 | Municipio de Río Grande | |
| 2017-000031 | B | Strategic Communication Management | 19/06/2017 | 19/06/2017 | 30/06/2017 | -$3,250.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3032 | Negociado de Telecomunicaciones de Puerto Rico (NET) | |
| 2017-000032 | B | Alterna Communications Corp. | 21/06/2017 | 21/06/2017 | 30/06/2017 | $25,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE OFICIAL DE PRENSA | 3060 | Universidad de Puerto Rico en Aguadilla | |
| 2017-000033 | B | Vissepo Producciones Inc | 20/07/2017 | 20/07/2017 | 30/09/2017 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PRODUCTOR | 1459 | Oficina del Procurador de las Personas de Edad Avanzada del Estado Libre Asociado de Puerto Rico | |

| Contract | | Contractor | Date 1 | Date 2 | Date 3 | Amount | Service Type | Service Category | Code | Entity |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022-DS0411 | | PUBLICIDAD TERE SUAREZ, LLC | 01/07/2021 | 01/07/2021 | 30/09/2021 | $50,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 2235 | Departamento de Salud |
| 2022-DS0433 | A | PUBLICIDAD TERE SUAREZ. LLC | 28/09/2021 | 28/09/2021 | 30/09/2021 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 2235 | Departamento de Salud |
| 2022-DS0433 | | PUBLICIDAD TERE SUAREZ LLC | 18/08/2021 | 18/08/2021 | 30/09/2021 | $50,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 2235 | Departamento de Salud |
| 2022-DS0451 | | PUBLICIDAD TERE SUAREZ, LLC | 27/08/2021 | 27/08/2021 | 31/08/2021 | $121,704.36 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 2235 | Departamento de Salud |
| 2022-DS0451 | A | PUBLICIDAD TERE SUAREZ, LLC | 31/08/2021 | 01/09/2021 | 31/12/2021 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 2235 | Departamento de Salud |
| 2022-DS0549 | | AUDIO VISUAL PRODUCTIONS AND SHOW SERVICES | 23/08/2021 | 23/08/2021 | 31/12/2021 | $5,100.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE CAMARÓGRAFO | 2235 | Departamento de Salud |
| 2022-F00007 | | MICHELLE LEYDA TORRES RODRIGUEZ | 01/07/2021 | 01/07/2021 | 30/06/2022 | $60,480.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 1423 | Fideicomiso Institucional de la Guardia Nacional de Puerto Rico |
| 2022-L00043 | | SIMA EVENTS, INC. | 01/09/2021 | 01/09/2021 | 06/09/2021 | $9,500.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE REPRESENTACIÓN | 3080 | Administración de Compensaciones por Accidentes de Automóviles |
| 2022-MS0019 | | MAYIRETTE LAPORTE GONZÁLEZ | 02/08/2021 | 02/08/2021 | 03/03/2022 | $5,160.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico |
| 2022-MS0025 | | EVELYN SURO NEGRÓN | 02/08/2021 | 02/08/2021 | 30/06/2022 | $9,989.52 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico |
| 2022-MS0030 | | ALEXSANDRA MARRERO GONZÁLEZ | 02/08/2021 | 02/08/2021 | 03/06/2022 | $11,700.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico |
| 2022-MS0080 | | EFRAIN LEBRÓN ROMERO | 02/08/2021 | 02/08/2021 | 03/06/2022 | $11,700.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico |
| 2022-MS0083 | | ÁNGEL GARCÍA MALAVÉ | 09/08/2021 | 09/08/2021 | 03/06/2022 | $7,600.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE TRAMOYA | 3198 | Programa de Música 100x35: Sistema de Orquestas y Coros Juveniles e Infantiles de Puerto Rico |
| 2022-PPP003 | | SANDRA GUTIÉRREZ DÁVILA | 30/06/2021 | 01/07/2021 | 30/06/2022 | $96,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3512 | Autoridad para Alianzas Público Privadas de Puerto Rico |
| 2022-PPP003 | A | SANDRA GUTIÉRREZ DÁVILA | 15/07/2021 | 15/07/2021 | 30/06/2022 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3512 | Autoridad para Alianzas Público Privadas de Puerto Rico |
| 2022-PRH045 | | MARGARITA ÁLVAREZ SUÁREZ | 17/08/2021 | 17/08/2021 | 30/06/2022 | $24,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3175 | Autoridad para el Financiamiento de la Vivienda de Puerto Rico |
| 2022-PRH058 | | GFR MEDIA, LLC | 21/09/2021 | 21/09/2021 | 30/06/2022 | $25,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE PUBLICIDAD | 3175 | Autoridad para el Financiamiento de la Vivienda de Puerto Rico |
| 2022-RT0017 | A | AURELIZ CABRERA DESSUS | 29/09/2021 | 29/09/2021 | 31/12/2021 | $0.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE OFICIAL DE PRENSA | 3063 | Universidad de Puerto Rico en Ponce |
| 2022-RT0017 | | AURELIZ CABRERA DESSUS | 21/07/2021 | 21/07/2021 | 31/12/2021 | $7,500.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE OFICIAL DE PRENSA | 3063 | Universidad de Puerto Rico en Ponce |
| 2022-S00031 | A | ARM CONSULTING GROUP LLC | 30/07/2021 | 30/07/2021 | 30/06/2022 | $86,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3145 | Autoridad de Edificios Públicos |
| 2022-S00031 | | ARM CONSULTING GROUP LLC | 15/07/2021 | 15/07/2021 | 31/07/2021 | $10,000.00 | SERVICIOS DE PUBLICIDAD, DE REPRESENTACIÓN O ARTÍSTICOS | SERVICIOS DE RELACIONES PÚBLICAS | 3145 | Autoridad de Edificios Públicos |
| | | | | | | $301,418,709.66 | | | | |

EXHIBIT P