Case:17-03283-LTS   Doc#:18760-6   Filed:10/26/21 Entered:10/26/21 17:06:26   Desc:
Exhibit Hein W   Page 1 of 1

