| Núm. Contrato | Enmienda | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Categoría de Servicio | Tipo de Servicio | Entidad | publicsearching.contract.list.resultsentitynamecolumn | Cancelación Efectiva en |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005-000026 | L | DANIEL MUNS GARCIA D/B/A MUNS & ASSOCIATES | 13/07/2017 | 13/07/2017 | 30/06/2018 | $10,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2005-000026 | M | DANIEL MUNS GARCIA D/B/A MUNS & ASSOCIATES | 20/06/2018 | 01/07/2018 | 30/06/2019 | $10,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2005-000026 | N | DANIEL MUNS GARCIA D/B/A MUNS & ASSOCIATES | 28/06/2019 | 01/07/2019 | 30/06/2020 | $11,875.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2005-000026 | O | DANIEL MUNS GARCIA D/B/A MUNS & ASSOCIATES | 30/06/2020 | 01/07/2020 | 30/06/2021 | $11,875.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2006-000001 | O | JIMENEZ & SALDAÑA DENTISTAS, C.S.P | 29/06/2017 | 01/07/2017 | 30/06/2018 | $54,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2006-000001 | P | JIMENEZ & SALDAÑA DENTISTAS, C.S.P | 29/06/2018 | 01/07/2018 | 30/06/2019 | $54,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2006-000001 | Q | JIMENEZ & SALDAÑA DENTISTAS, C.S.P | 28/06/2019 | 01/07/2019 | 30/06/2020 | $54,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2010-000013 | I | Lcdo. Amaury Lluveras Gómez | 30/06/2017 | 01/07/2017 | 30/06/2018 | $60,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2010-000013 | J | Lcdo. Amaury Lluveras Gómez | 27/06/2018 | 01/07/2018 | 30/06/2019 | $60,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2010-000013 | K | Lcdo. Amaury Lluveras Gómez | 26/06/2019 | 01/07/2019 | 30/06/2020 | $60,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2010-000013 | L | Lcdo. Amaury Lluveras Gómez | 30/06/2020 | 01/07/2020 | 30/06/2021 | $60,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4311 | Corporación para el Desarrollo de la Salud en el Municipio de Bayamón, C.D. | |
| 2011-001913 | L | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 30/06/2017 | 30/06/2017 | 30/06/2018 | $126,145.84 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4065 | Municipio de San Juan | |
| 2011-001913 | M | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 29/06/2018 | 29/06/2018 | 30/06/2019 | $215,464.28 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4065 | Municipio de San Juan | |
| 2011-001913 | N | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 28/06/2019 | 28/06/2019 | 30/06/2020 | $311,146.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 4065 | Municipio de San Juan | |
| 2011-001913 | O | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 21/01/2020 | 21/01/2020 | 30/06/2020 | $311,146.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 4065 | Municipio de San Juan | |
| 2011-001913 | P | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 24/06/2020 | 24/06/2020 | 30/06/2021 | $311,146.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 4065 | Municipio de San Juan | |
| 2011-001913 | Q | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 30/06/2021 | 30/06/2021 | 30/06/2022 | $311,146.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 4065 | Municipio de San Juan | |
| 2011-001913 | Q | COMMERCIAL EQUIPMENT FINANCE, INC. (CEFI) | 30/06/2021 | 30/06/2021 | 30/06/2022 | $311,146.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 4065 | Municipio de San Juan | |
| 2011-BGF100 | H | INTERBORO SYSTEMS CORPORATION | 30/06/2017 | 30/06/2017 | 30/09/2017 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2011-BGF100 | I | INTERBORO SYSTEMS CORPORATION | 30/09/2017 | 30/09/2017 | 31/12/2017 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2011-BGF100 | J | INTERBORO SYSTEMS CORPORATION | 29/12/2017 | 29/12/2017 | 31/03/2018 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2011-BGF100 | K | INTERBORO SYSTEMS CORPORATION | 28/03/2018 | 28/03/2018 | 30/06/2018 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2011-BGF100 | L | INTERBORO SYSTEMS CORPORATION | 29/06/2018 | 29/06/2018 | 30/06/2019 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2012-000515 | M | TORRES-ROSA CONSULTING ENGINEERS | 31/07/2017 | 31/07/2017 | 31/10/2017 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4058 | Municipio de Ponce | |
| 2012-DS0167 | I | CARMEN LUISA RIVERA HADDOCK | 30/09/2017 | 01/10/2017 | 30/09/2018 | $36,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2012-DS0167 | J | CARMEN LUISA RIVERA HADDOCK | 28/09/2018 | 01/10/2018 | 30/09/2019 | $36,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2012-DS0521 | H | CORALAIDEE JIMENEZ BURGOS | 30/09/2017 | 01/10/2017 | 30/09/2018 | $36,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2012-DS0521 | I | CORALAIDEE JIMENEZ BURGOS | 28/09/2018 | 01/10/2018 | 30/09/2019 | $36,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2012-DS0673 | G | LUIS ANGEL BENIQUEZ CORTES | 11/09/2017 | 01/10/2017 | 30/09/2018 | $21,816.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2013-000134 | G | CARRASQUILLO MARTINEZ, IRIS M. | 16/06/2017 | 30/06/2017 | 31/12/2017 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4019 | Municipio de Ceiba | |
| 2013-DS0481 | F | MARCOS EZEQUIEL FELICI GIOVANINI | 29/09/2017 | 01/10/2017 | 30/09/2018 | $20,304.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | 29/03/2018 |
| 2014-BGF114 | D | Departamento de Hacienda | 10/01/2019 | 10/01/2019 | 28/08/2019 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2014-BGF114 | D | EVERTEC GROUP LLC | 10/01/2019 | 10/01/2019 | 28/08/2019 | $0.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA RELACIONADA CON LOS SISTEMAS DE INFORMACIÓN | 3085 | Banco Gubernamental de Fomento para Puerto Rico | |
| 2014-DS0322 | E | JONATHAN JORGE MORALES GONZALEZ | 29/09/2017 | 01/10/2017 | 30/09/2018 | $41,652.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2014-DS0322 | F | JONATHAN JORGE MORALES GONZALEZ | 28/09/2018 | 01/10/2018 | 30/09/2019 | $41,652.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2014-DS0341 | F | LYZBETH ARLENE CORDERO RIVERA | 13/09/2017 | 01/10/2017 | 30/09/2018 | $45,000.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | |
| 2014-DS0342 | G | ALEXANDRA REYES RAMOS | 28/03/2018 | 29/03/2018 | 28/03/2019 | $30,780.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2235 | Departamento de Salud | 20/04/2018 |
| 2014-DS0536 | D | SHEINA LIZ MONTAÑEZ MARTINEZ | 30/06/2017 | 01/07/2017 | 30/06/2018 | $30,600.00 | SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 2242 | Oficina Central para Asuntos del Sida y Enfermedades Transmisibles | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-P00010 | | SCOTTMADDEN, INC. | 23/07/2021 | 23/07/2021 | 30/10/2021 | $665,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 3075 Autoridad de Energía Eléctrica de Puerto Rico |
| 2022-P00012 | | NORTON ROSE FULBRIGHT US LLP | 26/07/2021 | 26/07/2021 | 30/06/2022 | $500,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 3075 Autoridad de Energía Eléctrica de Puerto Rico |
| 2022-P00014 | | CAVANAUGH MACDONALD CONSULTING, LLC | 24/08/2021 | 24/08/2021 | 30/06/2022 | $172,800.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 3075 Autoridad de Energía Eléctrica de Puerto Rico |
| 2022-PF0002 | | OMAR SANTOS CRESPO | 01/07/2021 | 01/07/2021 | 31/12/2022 | $14,725.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4046 Municipio de Luquillo |
| 2022-PF0009 | | ARACELIS MORALES SOLANO | 01/09/2021 | 01/09/2021 | 01/09/2022 | $26,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 4046 Municipio de Luquillo |
| 2022-PPP004 | | CPM PR, LLC | 15/07/2021 | 15/07/2021 | 31/12/2021 | $500,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP005 | | KPMG, LLP | 28/07/2021 | 28/07/2021 | 30/06/2022 | $600,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP005 | A | KPMG, LLP | 19/08/2021 | 19/08/2021 | 30/06/2022 | $350,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP009 | | BUENA VIBRA GROUP, INC. | 23/07/2021 | 23/07/2021 | 30/06/2022 | $198,900.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA EN COMUNICACIONES | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP014 | | AG ENVIRONMENTAL PSC | 01/07/2021 | 01/07/2021 | 30/06/2022 | $75,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP016 | | ECLIPSE MANAGEMENT, LLC | 29/06/2021 | 01/07/2021 | 30/06/2022 | $246,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP018 | | STRIDE STRATEGIES, LLC | 28/06/2021 | 01/07/2021 | 30/06/2022 | $150,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA LEGAL | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP019 | | IMG REBEL ADVISORY, INC. | 30/06/2021 | 01/07/2021 | 30/06/2022 | $350,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP020 | | SQUIRE PATTON BOGGS (US) LLP | 30/06/2021 | 01/07/2021 | 30/06/2022 | $225,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA LEGAL | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP025 | | FTI CONSULTING, INC. | 30/06/2021 | 01/07/2021 | 30/06/2022 | $2,500,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP030 | | RS&H, INC. | 07/07/2021 | 07/07/2021 | 30/06/2022 | $149,800.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PPP039 | | STATEMENT, LLC | 01/10/2021 | 01/10/2021 | 30/06/2022 | $115,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA EN COMUNICACIONES | Autoridad para Alianzas Público Privadas de 3512 Puerto Rico |
| 2022-PRH005 | | AIXA BASTAR MALDONADO | 06/07/2021 | 06/07/2021 | 30/06/2022 | $10,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH005 | A | AIXA BASTAR MALDONADO | 16/09/2021 | 16/09/2021 | 30/06/2022 | $26,480.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH006 | A | MARIBEL REY HERNAIZ | 16/09/2021 | 16/09/2021 | 30/06/2022 | $26,480.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH006 | | MARIBEL REY HERNAIZ | 14/07/2021 | 14/07/2021 | 30/06/2022 | $10,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH011 | | AIDA L. PÉREZ MARTÍNEZ | 12/07/2021 | 12/07/2021 | 30/06/2022 | $10,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH012 | | ALBERTO LÓPEZ ROSARIO | 14/07/2021 | 14/07/2021 | 30/06/2022 | $40,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH013 | | ABBY N REYES LOPEZ | 14/07/2021 | 14/07/2021 | 30/06/2022 | $52,500.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA CONSULTORÍA EN RECURSOS HUMANOS | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH014 | | DAVID LABOY MALAVÉ | 14/07/2021 | 14/07/2021 | 30/06/2022 | $85,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH016 | | CARLOS O CASTILLO MATOS | 20/07/2021 | 20/07/2021 | 30/06/2022 | $57,600.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH023 | | MARGARA, CORP. | 22/07/2021 | 22/07/2021 | 30/06/2022 | $10,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH023 | A | MARGARA, CORP. | 01/09/2021 | 01/09/2021 | 30/06/2022 | $60,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH030 | | INNOVATIVE EMERGENCY MANAGEMENT, INC. | 04/08/2021 | 04/08/2021 | 30/06/2025 | $6,899,245.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH032 | | JORGE L. SILEN BELTRAN | 09/08/2021 | 09/08/2021 | 30/06/2022 | $50,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH033 | | GTA CONSULTING, LLC | 09/08/2021 | 09/08/2021 | 30/06/2022 | $60,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH035 | | BARRERAS MÉNDEZ, LLC | 09/08/2021 | 09/08/2021 | 30/06/2022 | $160,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH041 | | TAULER BLANC, LLC DBA CAMPORREALE & CO. | 12/08/2021 | 12/08/2021 | 30/06/2022 | $144,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH043 | | EDWIN RIVERA ROSADO | 13/08/2021 | 13/08/2021 | 30/06/2022 | $42,240.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH044 | | PENELOPE GRIFFIN ROSADO | 17/08/2021 | 17/08/2021 | 30/06/2022 | $42,240.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-PRH053 | | MIGUEL A. COLÓN PAGÁN | 13/09/2021 | 13/09/2021 | 30/06/2022 | $80,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | Autoridad para el Financiamiento de la Vivienda 3175 de Puerto Rico |
| 2022-S00006 | | NORTOL ENVIRONMENTAL AND OCCUPATIONAL SAFETY, INC. | 01/07/2021 | 01/07/2021 | 30/06/2022 | $10,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA AMBIENTAL | 3145 Autoridad de Edificios Públicos |
| 2022-S00013 | A | STAR CONSULTING GROUP LLC | 22/07/2021 | 22/07/2021 | 30/06/2022 | $0.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 3145 Autoridad de Edificios Públicos |
| 2022-S00013 | | STAR CONSULTING GROUP LLC | 01/07/2021 | 01/07/2021 | 30/06/2022 | $96,875.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 3145 Autoridad de Edificios Públicos |
| 2022-S00034 | | IGLESIAS & IGLESIAS PSC | 16/07/2021 | 16/07/2021 | 30/06/2022 | $231,400.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 3145 Autoridad de Edificios Públicos |
| 2022-S00035 | | ECOVAL LLC | 21/07/2021 | 21/07/2021 | 30/06/2022 | $149,925.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 3145 Autoridad de Edificios Públicos |
| 2022-S00052 | | EVA LYNN RODRIGUEZ COLON | 06/08/2021 | 06/08/2021 | 30/06/2022 | $50,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA | 3145 Autoridad de Edificios Públicos |
| 2022-S00061 | | STAR CONSULTING GROUP LLC | 16/09/2021 | 16/09/2021 | 30/06/2022 | $10,000.00 SERVICIOS DE CONSULTORÍA | CONSULTORÍA FINANCIERA | 3145 Autoridad de Edificios Públicos |

000117

2,375,668,318.52