**Government of Puerto Rico TSA**
Christmas Bonuses paid via RHUM
*FY2016 - FY2021, amounts in $000s*

| ID | Entity | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | Total |
|---|---|---|---|---|---|---|---|---|
| 010 | The General Court of Justice | $3,096 | $3,031 | $2,978 | $4,534 | $4,168 | $4,065 | $21,872 |
| 015 | Office of the Governor | 147 | 131 | 96 | 96 | 105 | 104 | 679 |
| 016 | Office of Management and Budget | 96 | 95 | 81 | 81 | 75 | 56 | 484 |
| 018 | Planning Board | 170 | 187 | 87 | 80 | 84 | 117 | 726 |
| 021 | Bureau of Emergency Management and Disaster Management | 168 | 162 | 112 | 99 | 3 | 2 | 546 |
| 022 | Office of The Commissioner of Insurance | 106 | 110 | 50 | 48 | 44 | 41 | 400 |
| 023 | Puerto Rico Department of State | 115 | 108 | 65 | 55 | 62 | 64 | 470 |
| 024 | Puerto Rico Department of the Treasury | 1,814 | 1,372 | 1,294 | 1,149 | 1,069 | 926 | 7,623 |
| 026 | Retirement System for Government Employees & the Judiciary | 335 | 323 | 165 | 145 | 121 | 111 | 1,200 |
| 028 | State Elections Commission | 425 | 703 | 436 | 368 | 357 | 348 | 2,636 |
| 030 | Puerto Rico Office of Human Resources Management and Transformation | – | – | – | 42 | 40 | 39 | 120 |
| 031 | General Services Administration | 91 | 92 | 60 | 54 | 48 | 39 | 384 |
| 034 | Commission of Investigation Processing and Appeals | 4 | 4 | 3 | 3 | 2 | 2 | 19 |
| 037 | Civil Rights Commission | 11 | 11 | 10 | 10 | 6 | 5 | 54 |
| 038 | Puerto Rico Department of Justice | 976 | 964 | 903 | 862 | 760 | 745 | 5,209 |
| 042 | Bureau of the Fire Department of Puerto Rico | 1,695 | 1,839 | 913 | 913 | 871 | 846 | 7,078 |
| 043 | Puerto Rico National Guard | 180 | 187 | 174 | 158 | 147 | 144 | 989 |
| 045 | Department of Public Safety | – | – | – | – | 133 | 707 | 840 |
| 049 | Puerto Rico Department of Transportation and Public Works | 1,327 | 1,301 | 796 | 716 | 642 | 583 | 5,365 |
| 055 | Puerto Rico Department of Agriculture | 312 | 273 | 121 | 117 | 110 | 110 | 1,044 |
| 060 | Office of the Citizens Ombudsman | 49 | 47 | 42 | 40 | 34 | 32 | 245 |
| 062 | Cooperative Development Commission of Puerto Rico | 33 | 32 | 17 | 16 | 14 | 13 | 125 |
| 065 | Public Service Commission | 97 | 92 | 54 | 51 | 44 | – | 339 |
| 067 | Puerto Rico Department of Labor and Human Resources | 1,106 | 1,196 | 745 | 640 | 633 | 609 | 4,930 |
| 068 | Puerto Rico Labor Relations Board | 11 | 11 | 9 | 8 | 8 | 8 | 56 |
| 069 | Puerto Rico Department of Consumer Affairs | 128 | 128 | 67 | 70 | 68 | 68 | 528 |
| 071 | Department of Health | 2,698 | 3,322 | 2,578 | 2,373 | 2,179 | 1,996 | 15,145 |
| 075 | Commissioner of Financial Institutions | 56 | 52 | 1 | 48 | 42 | 39 | 237 |
| 078 | Department of Housing | 383 | 388 | 173 | 165 | 198 | 186 | 1,492 |
| 081 | Department of Education | 30,946 | 29,460 | 27,523 | 26,353 | 23,853 | 21,624 | 159,760 |
| 082 | Institute of Puerto Rican Culture | 124 | 128 | 87 | 80 | 76 | 73 | 568 |
| 087 | Department of Recreation and Sports | 878 | 867 | 319 | 290 | 140 | 134 | 2,628 |
| 089 | Administration of the Horse Racing Industry and Sport | 39 | 37 | 14 | 25 | 30 | – | 146 |
| 091 | Teacher Retirement System | 206 | 203 | 136 | 120 | 65 | 60 | 791 |
| 095 | Mental Health and Drug Addiction Services Administration | 679 | 646 | 635 | 574 | 538 | 446 | 3,517 |
| 096 | Office of the Women's Advocate | 25 | 23 | 13 | 24 | 21 | 23 | 129 |
| 105 | Industrial Commission | 355 | 351 | 109 | 105 | 100 | 96 | 1,116 |
| 106 | Public Housing Administration | 376 | 367 | 199 | 193 | 177 | 223 | 1,536 |
| 120 | Veteran's Advocate Office | 14 | 14 | 9 | 9 | 8 | 8 | 62 |
| 122 | Secretariat of the Department of the Family | 501 | 435 | 296 | 262 | 244 | 235 | 1,973 |
| 123 | Family and Children Administration | 2,205 | 1,759 | 1,224 | 1,122 | 1,117 | 1,077 | 8,503 |
| 124 | Child Support Administration (ASUME) | 465 | 374 | 254 | 240 | 231 | 219 | 1,783 |
| 126 | Vocational Rehabilitation Administration | 458 | 449 | 434 | 416 | 384 | 374 | 2,515 |
| 127 | Administration for Socioeconomic Development of the Family | 1,877 | 1,525 | 999 | 923 | 883 | 830 | 7,038 |
| 133 | Natural Resources Administration | 508 | 540 | 475 | 474 | 566 | 500 | 3,062 |
| 137 | Department of Correction and Rehabilitation | 4,033 | 5,652 | 3,838 | 3,826 | 3,414 | 3,313 | 24,076 |
| 139 | Parole Board | 44 | 46 | 24 | 20 | 22 | 21 | 176 |
| 141 | Telecommunications Regulatory Board | 72 | 69 | 40 | 38 | 29 | – | 248 |
| 152 | Elderly and Retired People Advocate Office | 80 | 80 | 77 | 70 | 59 | 70 | 436 |
| 153 | Office for People with Disabilities | – | 62 | 39 | 32 | 33 | 31 | 198 |
| 155 | State Historic Preservation Office of Puerto Rico | 14 | 14 | 13 | 13 | 12 | 17 | 83 |
| 221 | Bureau of the Medical Emergency Corps of Puerto Rico | 591 | 569 | 406 | 380 | 345 | – | 2,290 |
| 224 | Com. Joint Inf. Comptroller | 7 | 9 | – | 6 | – | 3 | 25 |
| 226 | Com. Legislative Donation | 15 | 14 | 13 | 9 | 7 | 7 | 64 |
| 231 | Office for the Patient's Advocate | 20 | 25 | 18 | 15 | 12 | 11 | 101 |
| 241 | Administration for Integral Development of Childhood | 400 | 324 | 198 | 182 | 168 | 160 | 1,433 |
| 266 | Office of Public Affairs | 6 | 6 | 7 | 7 | 6 | 6 | 38 |
| 271 | Puerto Rico Innovation and Technology Service | – | – | – | – | – | 12 | 12 |
| 272 | Office of the Inspector General | – | – | – | – | 7 | – | 7 |
| 279 | Public Service Appeals Commission | 27 | 26 | 24 | 23 | 21 | 19 | 140 |
| 281 | Office of the Election Comptroller | 46 | 46 | 29 | 28 | 23 | 22 | 195 |
| 298 | Public Service Regulatory Board | – | – | – | – | – | 72 | 72 |
| 311 | Puerto Rico Gaming Commission | – | – | – | – | – | 110 | 110 |
| 329 | Office of Socio-Economic and Community Development | – | – | 27 | 47 | 32 | 32 | 137 |
| | **Subtotal Agencies** | 60,640 | 60,282 | 49,511 | 48,848 | 44,688 | 41,833 | 305,802 |
| 530 | Employee & Judiciary Retirement Systems | 22,639 | 21,995 | 21,451 | 21,050 | 20,623 | 19,836 | 127,594 |
| 592 | Teachers Retirement System | 7,497 | 7,354 | 7,206 | 7,043 | 6,907 | 6,772 | 42,780 |
| | **Subtotal Pensioners & Retirees** | 30,136 | 29,349 | 28,657 | 28,093 | 27,530 | 26,609 | 170,374 |
| | **Grand Total** | **$90,775** | **$89,632** | **$78,169** | **$76,942** | **$72,218** | **$68,441** | **$476,176** |



RHUM Bonuses FY2016 - FY2021 ($k)