Case 1:17-03283-LTS Doc#:18760-9 Filed:10/26/21 Entered:10/26/21 17:06:26 Desc: Exhibit Hein Z Page 1 of 23

*A World Bank Group Flagship Report*

14th EDITION

# Doing Business 2017

## Equal Opportunity for All



**WORLD BANK GROUP**

*Comparing Business Regulation for Domestic Firms in 190 Economies*

Exhibit T

000120

TABLE 1.1  Ease of doing business ranking

| Rank | Economy | DTF score | Rank | Economy | DTF score | Rank | Economy | DTF score |
|---|---|---|---|---|---|---|---|---|
| 1 | New Zealand | 87.01 ↑ | 65 | Azerbaijan | 67.99 ↑ | 128 | Tajikistan | 55.34 ↑ |
| 2 | Singapore | 85.05 ↑ | 66 | Oman | 67.73 ↑ | 129 | Cabo Verde | 55.28 |
| 3 | Denmark | 84.87 ↑ | 67 | Jamaica | 67.54 ↑ | 130 | India | 55.27 ↑ |
| 4 | Hong Kong SAR, China | 84.21 ↑ | 68 | Morocco | 67.50 ↑ | 131 | Cambodia | 54.79 ↑ |
| 5 | Korea, Rep. | 84.07 ↑ | 69 | Turkey | 67.19 | 132 | Tanzania | 54.48 ↑ |
| 6 | Norway | 82.82 ↑ | 70 | Panama | 66.19 | 133 | Malawi | 54.39 ↑ |
| 7 | United Kingdom | 82.74 ↑ | 71 | Botswana | 65.55 ↑ | 134 | St. Kitts and Nevis | 53.96 |
| 8 | United States | 82.45 | 72 | Brunei Darussalam | 65.51 ↑ | 135 | Maldives | 53.94 |
| 9 | Sweden | 82.13 ↑ | 73 | Bhutan | 65.37 ↑ | 136 | Palau | 53.81 ↑ |
| 10 | Macedonia, FYR | 81.74 ↑ | 74 | South Africa | 65.20 | 137 | Mozambique | 53.78 |
| 11 | Taiwan, China | 81.09 ↑ | 75 | Kyrgyz Republic | 65.17 ↑ | 138 | Grenada | 53.75 |
| 12 | Estonia | 81.05 ↑ | 76 | Malta | 65.01 ↑ | 139 | Lao PDR | 53.29 ↑ |
| 13 | Finland | 80.84 | 77 | Tunisia | 64.89 ↑ | 140 | West Bank and Gaza | 53.21 ↑ |
| 14 | Latvia | 80.61 ↑ | 78 | China | 64.28 ↑ | 141 | Mali | 52.96 ↑ |
| 15 | Australia | 80.26 ↑ | 79 | San Marino | 64.11 ↑ | 142 | Côte d'Ivoire | 52.31 ↑ |
| 16 | Georgia | 80.20 ↑ | 80 | Ukraine | 63.90 ↑ | 143 | Marshall Islands | 51.92 |
| 17 | Germany | 79.87 | 81 | Bosnia and Herzegovina | 63.87 ↑ | 144 | Pakistan | 51.77 ↑ |
| 18 | Ireland | 79.53 ↑ | 82 | Vietnam | 63.83 ↑ | 145 | Gambia, The | 51.70 ↑ |
| 19 | Austria | 78.92 ↑ | 83 | Qatar | 63.66 | 146 | Burkina Faso | 51.33 ↑ |
| 20 | Iceland | 78.91 ↑ | 83 | Vanuatu | 63.66 ↑ | 147 | Senegal | 50.68 ↑ |
| 21 | Lithuania | 78.84 ↑ | 85 | Tonga | 63.58 | 148 | Sierra Leone | 50.23 ↑ |
| 22 | Canada | 78.57 | 86 | St. Lucia | 63.13 | 149 | Bolivia | 49.85 ↑ |
| 23 | Malaysia | 78.11 | 87 | Uzbekistan | 63.03 ↑ | 150 | Niger | 49.57 ↑ |
| 24 | Poland | 77.81 ↑ | 88 | Guatemala | 62.93 ↑ | 151 | Micronesia, Fed. Sts. | 49.48 |
| 25 | Portugal | 77.40 ↑ | 89 | Samoa | 62.17 ↑ | 152 | Kiribati | 49.19 ↑ |
| 26 | United Arab Emirates | 76.89 ↑ | 90 | Uruguay | 61.85 ↑ | 153 | Comoros | 48.69 ↑ |
| 27 | Czech Republic | 76.71 ↑ | 91 | Indonesia | 61.52 ↑ | 154 | Togo | 48.57 ↑ |
| 28 | Netherlands | 76.38 ↑ | 92 | Kenya | 61.22 ↑ | 155 | Benin | 48.52 ↑ |
| 29 | France | 76.27 ↑ | 93 | Seychelles | 61.21 ↑ | 156 | Algeria | 47.76 ↑ |
| 30 | Slovenia | 76.14 ↑ | 94 | Saudi Arabia | 61.11 ↑ | 157 | Burundi | 47.37 ↑ |
| 31 | Switzerland | 76.06 | 95 | El Salvador | 61.02 | 158 | Suriname | 47.28 ↑ |
| 32 | Spain | 75.73 ↑ | 96 | Trinidad and Tobago | 60.99 | 159 | Ethiopia | 47.25 ↑ |
| 33 | Slovak Republic | 75.61 ↑ | 97 | Fiji | 60.71 | 160 | Mauritania | 47.21 ↑ |
| 34 | Japan | 75.53 ↑ | 98 | Zambia | 60.54 | 161 | Zimbabwe | 47.10 |
| 35 | Kazakhstan | 75.09 ↑ | 99 | Philippines | 60.40 ↑ | 162 | São Tomé and Príncipe | 46.75 ↑ |
| 36 | Romania | 74.26 ↑ | 100 | Lesotho | 60.37 ↑ | 163 | Guinea | 46.23 ↑ |
| 37 | Belarus | 74.13 ↑ | 101 | Dominica | 60.27 | 164 | Gabon | 45.88 |
| 38 | Armenia | 73.63 ↑ | 102 | Kuwait | 59.55 | 165 | Iraq | 45.61 ↑ |
| 39 | Bulgaria | 73.51 ↑ | 103 | Dominican Republic | 59.35 ↑ | 166 | Cameroon | 45.27 ↑ |
| 40 | Russian Federation | 73.19 | 104 | Solomon Islands | 59.17 ↑ | 167 | Madagascar | 45.10 ↑ |
| 41 | Hungary | 73.07 ↑ | 105 | Honduras | 59.09 | 168 | Sudan | 44.76 |
| 42 | Belgium | 73.00 | 106 | Paraguay | 59.03 | 169 | Nigeria | 44.63 ↑ |
| 43 | Croatia | 72.99 ↑ | 107 | Nepal | 58.88 | 170 | Myanmar | 44.56 ↑ |
| 44 | Moldova | 72.75 ↑ | 108 | Ghana | 58.82 ↑ | 171 | Djibouti | 44.50 ↑ |
| 45 | Cyprus | 72.65 ↑ | 108 | Namibia | 58.82 | 172 | Guinea-Bissau | 41.63 ↑ |
| 46 | Thailand | 72.53 ↑ | 110 | Sri Lanka | 58.79 ↑ | 173 | Syrian Arab Republic | 41.43 |
| 47 | Mexico | 72.29 ↑ | 111 | Swaziland | 58.34 ↑ | 174 | Liberia | 41.41 |
| 47 | Serbia | 72.29 ↑ | 112 | Belize | 58.06 | 175 | Timor-Leste | 40.88 |
| 49 | Mauritius | 72.27 ↑ | 113 | Antigua and Barbuda | 58.04 | 176 | Bangladesh | 40.84 ↑ |
| 50 | Italy | 72.25 ↑ | 114 | Ecuador | 57.97 ↑ | 177 | Congo, Rep. | 40.58 |
| 51 | Montenegro | 72.08 ↑ | 115 | Uganda | 57.77 ↑ | 178 | Equatorial Guinea | 39.83 |
| 52 | Israel | 71.65 ↑ | 116 | Argentina | 57.45 ↑ | 179 | Yemen, Rep. | 39.57 |
| 53 | Colombia | 70.92 ↑ | 117 | Barbados | 57.42 ↑ | 180 | Chad | 39.07 ↑ |
| 54 | Peru | 70.25 ↑ | 118 | Jordan | 57.30 ↑ | 181 | Haiti | 38.66 ↑ |
| 55 | Puerto Rico (U.S.) | 69.82 ↑ | 119 | Papua New Guinea | 57.29 ↑ | 182 | Angola | 38.41 |
| 56 | Rwanda | 69.81 ↑ | 120 | Iran, Islamic Rep. | 57.26 ↑ | 183 | Afghanistan | 38.10 |
| 57 | Chile | 69.56 ↑ | 121 | Bahamas, The | 56.65 | 184 | Congo, Dem. Rep. | 37.57 ↑ |
| 58 | Albania | 68.90 ↑ | 122 | Egypt, Arab Rep. | 56.64 ↑ | 185 | Central African Republic | 36.25 |
| 59 | Luxembourg | 68.81 ↑ | 123 | Brazil | 56.53 | 186 | South Sudan | 33.48 |
| 60 | Kosovo | 68.79 ↑ | 124 | Guyana | 56.26 ↑ | 187 | Venezuela, RB | 33.37 |
| 61 | Greece | 68.67 | 125 | St. Vincent and the Grenadines | 55.91 | 188 | Libya | 33.19 |
| 62 | Costa Rica | 68.50 ↑ | 126 | Lebanon | 55.90 | 189 | Eritrea | 28.05 ↑ |
| 63 | Bahrain | 68.44 ↑ | 127 | Nicaragua | 55.75 ↑ | 190 | Somalia | 20.29 ↑ |
| 64 | Mongolia | 68.15 ↑ | | | | | | |

*Source:* Doing Business database.

*Note:* The rankings are benchmarked to June 2016 and based on the average of each economy's distance to frontier (DTF) scores for the 10 topics included in this year's aggregate ranking. For the economies for which the data cover two cities, scores are a population-weighted average for the two cities. An arrow indicates an improvement in the score between 2015 and 2016 (and therefore an improvement in the overall business environment as measured by *Doing Business*), while the absence of one indicates either no improvement or a deterioration in the score. The score for both years is based on the new methodology.