# Doing Business 2020

Comparing Business Regulation in 190 Economies


**WORLD BANK GROUP**

EXHIBIT U

Case:17-03283-LTS   Doc#:18760-10   Filed:10/26/21   Entered:10/26/21 17:06:26   Desc:
Exhibit Hein AA   Page 2 of 2
Case:17-03283-LTS   Doc#:18575   Filed:10/19/21   Entered:10/19/21 14:46:01   Desc: Main
Document   Page 199 of 303

4 | DOING BUSINESS 2020

### TABLE O.1  Ease of doing business ranking

| Rank | Economy | DB score | Rank | Economy | DB score | Rank | Economy | DB score |
|---|---|---|---|---|---|---|---|---|
| 1 | New Zealand | 86.8 | 65 | Puerto Rico (U.S.) | 70.1 | 128 | Barbados | 57.9 |
| 2 | Singapore | 86.2 | 66 | Brunei Darussalam | 70.1 | 129 | Ecuador | 57.7 |
| 3 | Hong Kong SAR, China | 85.3 | 67 | Colombia | 70.1 | 130 | St. Vincent and the Grenadines | 57.1 |
| 4 | Denmark | 85.3 | 68 | Oman | 70.0 | 131 | Nigeria | 56.9 |
| 5 | Korea, Rep. | 84.0 | 69 | Uzbekistan | 69.9 | 132 | Niger | 56.8 |
| 6 | United States | 84.0 | 70 | Vietnam | 69.8 | 133 | Honduras | 56.3 |
| 7 | Georgia | 83.7 | 71 | Jamaica | 69.7 | 134 | Guyana | 55.5 |
| 8 | United Kingdom | 83.5 | 72 | Luxembourg | 69.6 | 135 | Belize | 55.5 |
| 9 | Norway | 82.6 | 73 | Indonesia | 69.6 | 136 | Solomon Islands | 55.3 |
| 10 | Sweden | 82.0 | 74 | Costa Rica | 69.2 | 137 | Cabo Verde | 55.0 |
| 11 | Lithuania | 81.6 | 75 | Jordan | 69.0 | 138 | Mozambique | 55.0 |
| 12 | Malaysia | 81.5 | 76 | Peru | 68.7 | 139 | St. Kitts and Nevis | 54.6 |
| 13 | Mauritius | 81.5 | 77 | Qatar | 68.7 | 140 | Zimbabwe | 54.5 |
| 14 | Australia | 81.2 | 78 | Tunisia | 68.7 | 141 | Tanzania | 54.5 |
| 15 | Taiwan, China | 80.9 | 79 | Greece | 68.4 | 142 | Nicaragua | 54.4 |
| 16 | United Arab Emirates | 80.9 | 80 | Kyrgyz Republic | 67.8 | 143 | Lebanon | 54.3 |
| 17 | North Macedonia | 80.7 | 81 | Mongolia | 67.8 | 144 | Cambodia | 53.8 |
| 18 | Estonia | 80.6 | 82 | Albania | 67.7 | 145 | Palau | 53.7 |
| 19 | Latvia | 80.3 | 83 | Kuwait | 67.4 | 146 | Grenada | 53.4 |
| 20 | Finland | 80.2 | 84 | South Africa | 67.0 | 147 | Maldives | 53.3 |
| 21 | Thailand | 80.1 | 85 | Zambia | 66.9 | 148 | Mali | 52.9 |
| 22 | Germany | 79.7 | 86 | Panama | 66.6 | 149 | Benin | 52.4 |
| 23 | Canada | 79.6 | 87 | Botswana | 66.2 | 150 | Bolivia | 51.7 |
| 24 | Ireland | 79.6 | 88 | Malta | 66.1 | 151 | Burkina Faso | 51.4 |
| 25 | Kazakhstan | 79.6 | 89 | Bhutan | 66.0 | 152 | Mauritania | 51.1 |
| 26 | Iceland | 79.0 | 90 | Bosnia and Herzegovina | 65.4 | 153 | Marshall Islands | 50.9 |
| 27 | Austria | 78.7 | 91 | El Salvador | 65.3 | 154 | Lao PDR | 50.8 |
| 28 | Russian Federation | 78.2 | 92 | San Marino | 64.2 | 155 | Gambia, The | 50.3 |
| 29 | Japan | 78.0 | 93 | St. Lucia | 63.7 | 156 | Guinea | 49.4 |
| 30 | Spain | 77.9 | 94 | Nepal | 63.2 | 157 | Algeria | 48.6 |
| 31 | China | 77.9 | 95 | Philippines | 62.8 | 158 | Micronesia, Fed. Sts. | 48.1 |
| 32 | France | 76.8 | 96 | Guatemala | 62.6 | 159 | Ethiopia | 48.0 |
| 33 | Turkey | 76.8 | 97 | Togo | 62.3 | 160 | Comoros | 47.9 |
| 34 | Azerbaijan | 76.7 | 98 | Samoa | 62.1 | 161 | Madagascar | 47.7 |
| 35 | Israel | 76.7 | 99 | Sri Lanka | 61.8 | 162 | Suriname | 47.5 |
| 36 | Switzerland | 76.6 | 100 | Seychelles | 61.7 | 163 | Sierra Leone | 47.5 |
| 37 | Slovenia | 76.5 | 101 | Uruguay | 61.5 | 164 | Kiribati | 46.9 |
| 38 | Rwanda | 76.5 | 102 | Fiji | 61.5 | 165 | Myanmar | 46.8 |
| 39 | Portugal | 76.5 | 103 | Tonga | 61.4 | 166 | Burundi | 46.8 |
| 40 | Poland | 76.4 | 104 | Namibia | 61.4 | 167 | Cameroon | 46.1 |
| 41 | Czech Republic | 76.3 | 105 | Trinidad and Tobago | 61.3 | 168 | Bangladesh | 45.0 |
| 42 | Netherlands | 76.1 | 106 | Tajikistan | 61.3 | 169 | Gabon | 45.0 |
| 43 | Bahrain | 76.0 | 107 | Vanuatu | 61.1 | 170 | São Tomé and Príncipe | 45.0 |
| 44 | Serbia | 75.7 | 108 | Pakistan | 61.0 | 171 | Sudan | 44.8 |
| 45 | Slovak Republic | 75.6 | 109 | Malawi | 60.9 | 172 | Iraq | 44.7 |
| 46 | Belgium | 75.0 | 110 | Côte d'Ivoire | 60.7 | 173 | Afghanistan | 44.1 |
| 47 | Armenia | 74.5 | 111 | Dominica | 60.5 | 174 | Guinea-Bissau | 43.2 |
| 48 | Moldova | 74.4 | 112 | Djibouti | 60.5 | 175 | Liberia | 43.2 |
| 49 | Belarus | 74.3 | 113 | Antigua and Barbuda | 60.3 | 176 | Syrian Arab Republic | 42.0 |
| 50 | Montenegro | 73.8 | 114 | Egypt, Arab Rep. | 60.1 | 177 | Angola | 41.3 |
| 51 | Croatia | 73.6 | 115 | Dominican Republic | 60.0 | 178 | Equatorial Guinea | 41.1 |
| 52 | Hungary | 73.4 | 116 | Uganda | 60.0 | 179 | Haiti | 40.7 |
| 53 | Morocco | 73.4 | 117 | West Bank and Gaza | 60.0 | 180 | Congo, Rep. | 39.5 |
| 54 | Cyprus | 73.4 | 118 | Ghana | 60.0 | 181 | Timor-Leste | 39.4 |
| 55 | Romania | 73.3 | 119 | Bahamas, The | 59.9 | 182 | Chad | 36.9 |
| 56 | Kenya | 73.2 | 120 | Papua New Guinea | 59.8 | 183 | Congo, Dem. Rep. | 36.2 |
| 57 | Kosovo | 73.2 | 121 | Eswatini | 59.5 | 184 | Central African Republic | 35.6 |
| 58 | Italy | 72.9 | 122 | Lesotho | 59.4 | 185 | South Sudan | 34.6 |
| 59 | Chile | 72.6 | 123 | Senegal | 59.3 | 186 | Libya | 32.7 |
| 60 | Mexico | 72.4 | 124 | Brazil | 59.1 | 187 | Yemen, Rep. | 31.8 |
| 61 | Bulgaria | 72.0 | 125 | Paraguay | 59.1 | 188 | Venezuela, RB | 30.2 |
| 62 | Saudi Arabia | 71.6 | 126 | Argentina | 59.0 | 189 | Eritrea | 21.6 |
| 63 | India | 71.0 | 127 | Iran, Islamic Rep. | 58.5 | 190 | Somalia | 20.0 |
| 64 | Ukraine | 70.2 | | | | | | |

*Source:* Doing Business database.

*Note:* The rankings are benchmarked to May 1, 2019, and based on the average of each economy's ease of doing business scores for the 10 topics included in the aggregate ranking. For the economies for which the data cover two cities, scores are a population-weighted average for the two cities. Rankings are calculated on the basis of the unrounded scores, while scores with only one digit are displayed in the table.