

# PUERTO RICO FEDERAL AFFAIRS ADMINISTRATION

**FOR IMMEDIATE RELEASE**

## Governor Pierluisi Meets with Senator Manchin to Discuss State-Like Treatment in Puerto Rico's Medicaid Program

**(July 29, 2021 – Washington, DC)** – Governor Pedro R. Pierluisi met with Senator Joe Manchin (D-WV) to discuss the implications of the bipartisan agreement reached in the Subcommittee on Health of the House Energy & Commerce Committee that seeks to prevent the Island's forthcoming "Medicaid cliff." The compromise would provide Puerto Rico's Medicaid program five years of federal funding, starting with Fiscal Year 2022 on October 1st, 2021, with a Federal Matching Assistance Percentage (FMAP) of 76 percent. The proposal for Puerto Rico contrasts with the 8 years of funding and 83 percent FMAP for the other U.S. territories.

During the meeting, Governor Pierluisi talked about President Biden's budget proposal, which includes language to provide equal treatment for Puerto Rico in the Medicaid program. The Governor reaffirmed that providing the same funding other states receive is the only long-term solution for the historical disparate and unequal treatment of the U.S. citizens of Puerto Rico in the Medicaid program.

"I thank Senator Manchin for meeting with me to discuss Puerto Rico's Medicaid program and the upcoming "Medicaid Cliff." I am grateful for the bipartisan agreement because it provides the Island immediate relief. However, I want a permanent solution that provides stability to the program and guarantees the funding needed to provide adequate healthcare to the people of Puerto Rico. I will keep fighting for state-like treatment for Puerto Rico's Medicaid program and look forward to continuing to work and collaborate with Senator Manchin on this and other issues," said Governor Pierluisi.

###

Nairka Joe Treviño Müller
PRFAA
(939) 865-9009 | ntrevino@prfaa.pr.gov

Exhibit G

102