## Requirement 1(E)



## Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities

*Information as of July 30, 2021*

**August 31, 2021**

# Executive Summary



*$ in millions*

**Key takeaways:**

1. Overall **balance** of reported accounts **increased by approximately $92M** from June 30th to July 31st.

2. Mainly driven by:

   a) $199M increase in Public Corporations and Legally Separate Entities

   b) $109M increase in central Government's Treasury Single Account balance ("TSA¹")

   c) $12M increase in Pension Related

   d) ($39M) decrease in Restricted Accounts and/or subject to Title III Proceedings

   e) ($189M) decrease in Central Gov't Non-TSA Accounts

---

¹ Includes TSA Sweep Accounts.
* Refer to the groupings, 'G', as they summarize the current classifications presented in detail on Slide 7.

EXHIBIT K

# Bank Account Balances for the Government and its Instrumentalities

| | $ in millions<br>Revised Grouping | Balance as of | | Notes |
|---|---|---|---|---|
| | | 6/30/2021 | 7/30/2021 | |
| G5 | TSA | 11,670.5 | 11,769.6 | • Reported on a weekly basis on AAFAF's website. |
| G5 | TSA Sweep | 211.6 | 221.5 | • TSA sweep includes the Gen Tax sweep account which holds unreconciled general fund revenues and the SUT sweep account which holds unreconciled SUT amounts. Both accounts are regularly swept into the TSA or other accounts as described on the following slide. |
| G3 | Pension Related | 460.9 | 472.9 | • Accounts classified as 'Other PR Treasury Custody Accounts' grouped as Pension Related, mainly comprised of two (2) bank accounts held for the deposits of repayment of employee loans issued by the Retirement Systems.<br>• $342M on the account for employee loans repayment issued by the ERS, and $116M account balance for employee loans repayment issued by the TRS. |
| G2<br>G1 | Central Gov't Non-TSA | 5,350.9 | 5,162.9 | • $2,242M American Rescue Plan Act Federal Funds.<br>• $506M Cares Act COVID-19 related Federal Funds.<br>• $541M Federal funds administered by the Public Housing Authority.<br>• $412M in Emergency Rental Assistance Program<br>• PR Unemployment Trust Fund at US Treasury of $301M.<br>• $226M lottery related funds.<br>• $92M under Child Support Administration |
| G1 | COFINA | 21.8 | 21.7 | • The balance shown on the COFINA accounts as of **7/31/21** reflects operational funds post-effectiveness of the COFINA Plan. |
| G1<br>G4 | Other Restricted Title III Accounts | 988.5 | 999.6 | • ERS related accounts of $286M, $556M GO Redemption Fund account, and $147M in claw back funds. |
| G1 | PREPA | 1,477.4 | 1,416.5 | • Refer to the PREPA slide for breakdown of classified accounts. |
| G4 | PRASA | 959.7 | 802.2 | • Refer to the PRASA slide for breakdown of classified accounts. |
| | HTA | 279.6 | 290.2 | • Refer to the HTA slide for breakdown of classified accounts. |
| G4 | UPR | 315.0 | 306.0 | • Refer to the UPR slide for breakdown of classified accounts. |
| G4 | ASES | 309.6 | 204.1 | • State and Federal funds used mainly for payments of health insurance premiums and claims. |
| | Other Public Corps & Legally Separate Entities | 3,216.5 | 3,687.8 | • Government entities with autonomous fiscal authority established by law.<br>• Slides 17 and 20 include an overview of the entities and balances. |
| | **TOTAL** | **$25,263M** | **$25,355M** | |

\* Refer to the groupings, 'G', as they are summarized on Slide 4.

# TSA, TSA Sweep and Pension Related Accounts

| $ in millions Grouping Subcategory | Balance as of 6/30/2021 | Balance as of 7/30/2021 | Notes |
|---|---|---|---|
| TSA | 11,670.5 | 11,769.6 | ▪ The TSA is the Government's main operational bank account in which a majority of receipts from governmental funds are deposited and from which most expenses are disbursed.<br>▪ It includes tax collections, charges for services, intergovernmental collections and amongst other receipts and deposits. |
| **TOTAL** | **$11,671M** | **$11,770M** | |

**TSA Sweep Accounts[1]:**

| Grouping Subcategory | 6/30/2021 | 7/30/2021 | Notes |
|---|---|---|---|
| General & Agency Collections | - | - | ▪ Accounts used for Government receipts from all the collection posts Island wide and the web based platform, '*Colecturía Virtual*' receipts in collections posts account, and for receipts of amounts collected by collection officers at the agencies mainly for charges for services and fees; swept daily to the TSA. |
| SUT | 54.0 | 45.6 | ▪ Account used for consolidated receipts of Sales and Use Tax. Balances are swept on a daily basis into accounts held by the trustee of the COFINA bonds, the General Fund and/or the Municipal Administration Fund. |
| Gen Tax | 157.6 | 175.9 | ▪ SURI GenTax Account. Balances are swept periodically to the TSA, numerous times each month upon completion of reconciliations for distribution. |
| **TOTAL** | **$212M** | **$221M** | |

**Pension Related:**

| Grouping Subcategory | 6/30/2021 | 7/30/2021 | Notes |
|---|---|---|---|
| Employee Withholding | 460.9 | 472.8 | ▪ Accounts classified as 'Other PR Treasury Custody Accounts' grouped as Pension Related, mainly comprised of two (2) bank accounts held for the deposits of repayment of employee loans issued by the Retirement Systems.<br>▪ $342M on the account for employee loans repayment issued by the ERS, and $116M account balance for employee loans repayment issued by the TRS. |
| Pay-go charges | - | - | ▪ Pay-go charges include balances from payments made by municipalities and public corporations in connection with benefits paid to retirees. These Pay-Go related charges are being deposited in a separate account and are programmed to sweep back to the TSA account for reimbursement of pension payments pertaining to Municipalities and Public Corporations. |
| **TOTAL** | **$461M** | **$473M** | |

[1] Includes Zero Balance Accounts which are accounts used for disbursements of vendors payments, payroll and pensions. These accounts make disbursements and are automatically replenished from the TSA account.

EXHIBIT K

8

# Restricted Accounts Subject to Title III Proceedings

| $ in millions Grouping Subcategory | Balance as of 6/30/2021 | Balance as of 7/30/2021 | Notes |
|---|---|---|---|
| ERS Related Accounts | 285.7 | 296.8 | • $91M distributed across 14 operational accounts for the ERS.<br>• $111M relating to proceeds from sale of investments.<br>• $95M corresponding to a Post-petition Segregated Account created as part of a stipulation entered into as part of the Title III proceedings. |
| GO Redemption Funds | 556.1 | 556.1 | • Revenues from the 1.03% property tax collected since fiscal year 2017 and deposited in the Public Debt Redemption Fund. |
| Claw back | 146.6 | 146.6 | • $147M corresponding to revenues retained (or "clawed-back") by the Government in fiscal year 2016 pursuant to Executive Order 2015-46 for the payment of General Obligation debt. |
| **TOTAL** | **$988M** | **$999M** | |

*The aforementioned funds are held in segregated accounts and most of them are subject to various claims under the Title III proceedings. The ultimate use of the funds may be subject to court determination.*