**Prime Clerk** A KROLL BUSINESS

Commonwealth of …

MENU

case info / **docket**

- Case Navigation

Case Info

Docket

Claims

Submit a Claim

Presentar un reclamo

Submit E-Ballot

- Quick Links

Commonwealth Solicitation Materials

Petitions

Commonwealth Docket

COFINA Docket

HTA Docket

ERS Docket

PREPA Docket

PBA Docket

Avoidance Action Dockets

Fifteenth Amended Case Management Procedures

Creditor Lists

Plans and Disclosure Statements

Disclosure Statement Data Room

Rule 3018(A) Motion

COFINA Noteholder Notice of Distribution

COFINA Supplemental Notice of Distribution to Noteholders

Numerosity Spreadsheet

Target and Contra List

Commonwealth Flash Drive Materials

Noteholder Solicitation Materials

**EXHIBIT C**

**017**

9/24/2021 Prime Clerk

**Prime Clerk** — A KROLL BUSINESS — Commonwealth of … MENU

ACR FAQ (Spanish)

Judge Swain's Standing Order [Docket No. 15895]

Magistrate Judge Dein's Standing Order [Docket No. 15901]

Master Service List as of 9/16/2021

Master Claims Filter

[example 'motion' or '123']  advanced

📶 docket subscription

« ‹ Page 1 of 2 » ›

| Document Name | Class 68 Non-Voting Notice |
|---|---|
| | Attachments: |
| | Related: ✉ email |
| Date Filed | 08/31/2021 |
| Document Name | Confirmation Hearing Notice |
| | Attachments: |
| | Related: ✉ email |
| Date Filed | 08/31/2021 |
| Document Name | Orden de Declaracion de Divulgacion |
| | Attachments: |
| | Related: ✉ email |
| Date Filed | 08/31/2021 |
| Document Name | Confirmation Hearing Notice (ES) |
| | Attachments: |
| | Related: ✉ email |
| Date Filed | 08/31/2021 |
| Document Name | Creditors' Committee Letter |
| | Attachments: |
| | Related: ✉ email |
| Date Filed | 08/31/2021 |
| Document Name | Creditors' Committee Letter (ES) |
| | Attachments: |
| | Related: ✉ email |
| Date Filed | 08/31/2021 |

Document Name   Class 55 Non-Voting Notice

EXHIBIT C
018

| 9/24/2021 | | Prime Clerk |
|---|---|---|

**Prime Clerk** — Commonwealth of … — MENU

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 55 Non-Voting Notice (ES) | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 57 Non-Voting Notice | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 57 Non-Voting Notice (ES) | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 67 Non-Voting Notice | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 67 Non-Voting Notice (ES) | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 68 Non-Voting Notice (ES) | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 63 Non-Voting Notice | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 63 Non-Voting Notice (ES) | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |
|---|---|---|
| Document Name | Class 64 Non-Voting Notice | |
| | Attachments: | |
| | Related: | ✉ email |

| Date Filed | | 08/31/2021 |

**Prime Clerk**    Commonwealth of …    MENU

| | |
|---|---|
| | Attachments: |
| | Related: ✉ email |
| **Date Filed** | 08/31/2021 |
| **Document Name** | Non-Voting Notice Disputed (ES) |
| | Attachments: |
| | Related: ✉ email |
| **Date Filed** | 08/31/2021 |
| **Document Name** | Non-Voting Notice Admin Recon |
| | Attachments: |
| | Related: ✉ email |
| **Date Filed** | 08/31/2021 |
| **Document Name** | Non-Voting Notice Admin Recon (ES) |
| | Attachments: |
| | Related: ✉ email |
| **Date Filed** | 08/31/2021 |

🔊 docket subscription

« ‹ Page [1] of 2 » ›