From: emmasender@msrb.org <emmasender@msrb.org>
Sent: Friday, July 30, 2021 5:00 PM
To: Hein, Peter C.
Subject: EMMA Alert – EVENT Filings: Other Event-based Disclosures, etc.

*** EXTERNAL EMAIL ***

You have subscribed to email alerts from the Electronic Municipal Market Access (EMMA®) website.

**EVENT FILING(S):** Other Event-based Disclosures
**Associated CUSIP-6s:** 745145, 74514L, 745223, 745235

To view disclosure details filed on 7/30/2021, click here.

| CUSIP | Security Description | State |
|---|---|---|
| 74514LB63 | COMMONWEALTH OF PUERTO RICO, PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) | PR |
| 745235M24 | PUERTO RICO PUBLIC BUILDING AUTHORITY, GOVERNMENT FACILITIES REVENUE REFUNDING BONDS SERIES Q GUARANTEED BY THE COMMONWEALTH OF PUERTO RICO | PR |

PLEASE DO NOT REPLY. Click here to manage your alert preferences or unsubscribe from an alert in your MyEMMA profile. The EMMA website is a service of the Municipal Securities Rulemaking Board (MSRB). This is a system-generated email. If you need assistance, please contact the MSRB at 202-838-1330 or MSRBSupport@msrb.org, or you may obtain more information at EMMA Help.

IMPORTANT NOTICE. This email, including any attachments, may include non-public, confidential, proprietary or legally privileged information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of the information (in whole or in part) in this e-mail is unauthorized and prohibited. If you are not an intended recipient, please immediately (i) notify the MSRB by email to MSRBSupport@msrb.org that this message was inadvertently transmitted to you and (ii) permanently delete this e-mail (including attachments) from your system. Thank you for your cooperation.

©2021 Municipal Securities Rulemaking Board

EA#007

**THIS NOTICE IS NOT AN OFFER WITH RESPECT TO ANY SECURITIES
OR
A SOLICITATION OF ACCEPTANCES OR REJECTIONS OF A TITLE III PLAN WITHIN THE MEANING OF SECTION 1125 OF THE BANKRUPTCY CODE INCORPORATED INTO PROMESA SECTION 301.**

**ANY SUCH OFFER OR SOLICITATION WILL COMPLY WITH ALL APPLICABLE SECURITIES LAWS AND/OR PROVISIONS OF PROMESA.**

----------------------
**AMENDED NOTICE TO HOLDERS OF UNINSURED BONDS**

*Regarding*

*Exchange Opportunity for All Beneficial Owners of Uninsured Bonds (as defined below) to Become Party to the Amended and Restated Plan Support Agreement (together with the annexes, exhibits and schedules attached thereto, and as it may be amended, restated, supplemented or otherwise modified from time to time in accordance with its terms, the "PSA")*

Of

| **COMMONWEALTH OF PUERTO RICO**<br><br>• **GENERAL OBLIGATION BONDS**<br>• **PUBLIC IMPROVEMENT BONDS**<br>• **PUBLIC IMPROVEMENT REFUNDING BONDS** | **PUERTO RICO PUBLIC BUILDING AUTHORITY**<br><br>• **GOVERNMENT FACILITIES REVENUE BONDS**<br>• **GOVERNMENT FACILITIES REFUNDING BONDS** | **PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY**<br><br>• **BOND ANTICIPATION NOTES** |
|---|---|---|

**Expiration / Participation Claim Date:** 5:00 p.m. ET on August 13, 2021

Pursuant to the Notice to Holders of Uninsured Bonds dated July 27, 2021 (the "**July 27th Notice**"), certain Uninsured Bonds have been offered an opportunity to become eligible to receive the PSA Restriction Fee under the PSA. In order to eligible for such fee, the beneficial owners of the Uninsured Bonds are required to tender their Uninsured Bonds by the Participation Deadline as detailed in the July 27th Notice. Capitalized terms that are used but not defined in this Notice shall have the respective meanings given to them in the PSA or the July 27th Notice.

The July 27th Notice is hereby amended to:

(i) include in the definition of Uninsured Bonds, (a) the Puerto Rico Infrastructure Finance Authority's Bond Anticipation Notes bearing the CUSIP No. 745223AA5;

(ii) to add to Exhibit A, the GO Bond with the CUSIP No. 745145YU0, which bond was paid at maturity pursuant to a municipal bond insurance policy provided by Syncora and which bond remains Outstanding, is no longer payable from an insurance policy and is considered to be an Uninsured Bond for purposes of the July 27th Notice; and

(iii) to make certain adjustments to the authorized denominations related to the CUSIPs listed in Exhibit A as shown below.

A revised version of Exhibit A is attached hereto.

**Adjusted Authorized Denominations:**

| CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|
| 74514LMZ7 | $100,000 by $5,000 | 745235M73 | $5,000 by $1,000 |
| 745235M57 | $5,000 by $1,000 | 745235M81 | $5,000 by $1,000 |
| 745235M65 | $5,000 by $1,000 | 745235Q20 | $5,000 by $1,000 |

**Additional CUSIPs:**

| CUSIP | Authorized Denomination |
|---|---|
| 745223AA5 | $100,000 by $5,000 |
| 745145YU0 | $5,000 |

There are no additional changes to the Notice to Holders of Uninsured Bonds dated July 27, 2021.

Questions or requests for additional information may be directed to Robert Stevens via e-mail at rstevens@globic.com.

Dated: July 30, 2021

- 2 -

024

# EXHIBIT A

# CUSIP NUMBERS[1]

| CUSIP | Authorized Denomination[2] | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|---|---|---|---|---|---|
| 745145AU6 | $5,000 | 74514LQF7 | $5,000 | 74514LWA1 | $5,000 | 74514LB71 | $5,000 | 745235K83 | $5,000 |
| 745145AV4 | $5,000 | 74514LKH9 | $5,000 | 74514LWK9 | $5,000 | 74514LB89 | $5,000 | 745235K91 | $5,000 |
| 745145AW2 | $5,000 | 74514LKJ5 | $5,000 | 74514LWM5 | $5,000 | 74514LE86 | $100,000 | 745235L25 | $5,000 |
| 745145AX0 | $5,000 | 74514LLV7 | $5,000 | 74514LWQ6 | $5,000 | 745235GJ4 | $5,000 | 745235L33 | $5,000 |
| 745145HN5 | $5,000 | 74514LLW5 | $5,000 | 74514LWR4 | $5,000 | 745235G62 | $5,000 | 745235L41 | $5,000 |
| 745145HP0 | $5,000 | 74514LLX3 | $5,000 | 74514LWS2 | $5,000 | 745235G70 | $5,000 | 745235L58 | $5,000 |
| 745145HQ8 | $5,000 | 74514LLY1 | $5,000 | 74514LXA0 | $5,000 | 745235G88 | $5,000 | 745235L66 | $5,000 |
| 74514LQK6 | $5,000 | 74514LLZ8 | $5,000 | 74514LXB8 | $5,000 | 745235G96 | $5,000 | 745235L74 | $5,000 |
| 745145YN6 | $5,000 | 74514LMA2 | $5,000 | 74514LWZ6 | $5,000 | 745235H20 | $5,000 | 745235L90 | $5,000 |
| 745145YP1 | $5,000 | 74514LMB0 | $5,000 | 74514LXH5 | $5,000 | 745235H38 | $5,000 | 745235M24 | $5,000 |
| 745145YS5 | $5,000 | 74514LMC8 | $5,000 | 74514LWX1 | $5,000 | 745235H46 | $5,000 | 745235M32 | $5,000 |
| 745145YT3 | $5,000 | 74514LMD6 | $5,000 | 74514LYW1 | $5,000 | 745235D24 | $5,000 | 745235M40 | $5,000 |
| 745145YV8 | $5,000 | 74514LME4 | $5,000 | 74514LZA8 | $5,000 | 745235VX6 | $5,000 | 745235M57 | $5,000 by $1,000 |
| 745145YW6 | $5,000 | 74514LMF1 | $5,000 | 74514LZB6 | $5,000 | 745235VY4 | $5,000 | 745235M65 | $5,000 by $1,000 |
| 745145YX4 | $5,000 | 74514LMG9 | $5,000 | 74514LZC4 | $5,000 | 745235VZ1 | $5,000 | 745235M73 | $5,000 by $1,000 |
| 745145YZ9 | $5,000 | 74514LMH7 | $5,000 | 74514LZF7 | $5,000 | 745235RV5 | $5,000 | 745235M81 | $5,000 by $1,000 |
| 745145XZ0 | $5,000 | 74514LMJ3 | $5,000 | 74514LZH3 | $5,000 | 745235RW3 | $5,000 | 745235M99 | $5,000 |
| 74514LBM8 | $5,000 | 74514LMK0 | $5,000 | 74514LZG5 | $5,000 | 745235RX1 | $5,000 | 745235N23 | $5,000 |
| 7451455A6 | $5,000 | 74514LML8 | $5,000 | 74514LZJ9 | $5,000 | 745235RY9 | $5,000 | 745235N31 | $5,000 |
| 7451455B4 | $5,000 | 74514LMM6 | $5,000 | 74514LZK6 | $5,000 | 745235RZ6 | $5,000 | 745235N49 | $5,000 |
| 74514LPT8 | $5,000 | 74514LMN4 | $5,000 | 74514LZL4 | $5,000 | 745235SA0 | $5,000 | 745235N56 | $5,000 |
| 74514LCX3 | $5,000 | 74514LMZ7 | $100,000 by $5,000 | 74514LZM2 | $5,000 | 745235SB8 | $5,000 | 745235N64 | $5,000 |
| 74514LCY1 | $5,000 | 74514LNA1 | $100,000 | 74514LZN0 | $5,000 | 745235SC6 | $5,000 | 745235N72 | $5,000 |
| 74514LCZ8 | $5,000 | 74514LNC7 | $100,000 | 74514LZP5 | $5,000 | 745235SW2 | $5,000 | 745235N80 | $5,000 |

---

[1] This Notice does not apply to any portions of the above CUSIPs that have been insured in the secondary market. Any GO Bonds or PBA Bonds that are insured in the secondary market will not be exchanged for a new CUSIP, will not be entitled to receive the PSA Restriction Fee and will be returned to the beneficial owner thereof.

[2] Unless indicated in the table, it is assumed the authorized denomination is in $5,000 integrals.

A-1

| CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination | CUSIP | Authorized Denomination |
|---|---|---|---|---|---|---|---|---|---|
| 74514LDA2 | $5,000 | 74514LSQ1 | $5,000 | 74514LZQ3 | $5,000 | 745235SX0 | $5,000 | 745235N98 | $5,000 |
| 74514LDB0 | $5,000 | 74514LSR9 | $5,000 | 74514LZV2 | $5,000 | 745235D57 | $5,000 | 745235P21 | $5,000 |
| 74514LDC8 | $5,000 | 74514LSS7 | $5,000 | 74514LZW0 | $5,000 | 745235D65 | $5,000 | 745235P39 | $5,000 |
| 74514LDD6 | $5,000 | 74514LSV0 | $5,000 | 74514LZX8 | $5,000 | 745235VR9 | $5,000 | 745235P47 | $5,000 |
| 74514LDE4 | $5,000 | 74514LST5 | $5,000 | 74514LZY6 | $5,000 | 745235ZK0 | $5,000 | 745235P54 | $5,000 |
| 74514LPX9 | $5,000 | 74514LSU2 | $5,000 | 74514LZZ3 | $5,000 | 745235ZL8 | $5,000 | 745235P88 | $5,000 |
| 74514LHB6 | $5,000 | 74514LTK3 | $5,000 | 74514LA23 | $5,000 | 745235ZM6 | $5,000 | 745235P62 | $5,000 |
| 74514LHC4 | $5,000 | 74514LTM9 | $5,000 | 74514LA31 | $5,000 | 745235ZN4 | $5,000 | 745235P70 | $5,000 |
| 74514LHD2 | $5,000 | 74514LTN7 | $5,000 | 74514LC47 | $5,000 | 745235ZP9 | $5,000 | 745235Q20 | $5,000 by $1,000 |
| 74514LHE0 | $5,000 | 74514LTP2 | $5,000 | 74514LA49 | $5,000 | 745235ZQ7 | $5,000 | 745235R52 | $5,000 |
| 74514LHF7 | $5,000 | 74514LTQ0 | $5,000 | 74514LC54 | $5,000 | 745235ZR5 | $5,000 | 745235R60 | $5,000 |
| 74514LHG5 | $5,000 | 74514LTR8 | $5,000 | 74514LA56 | $5,000 | 745235ZS3 | $5,000 | 745235R78 | $5,000 |
| 74514LHH3 | $5,000 | 74514LTS6 | $5,000 | 74514LC62 | $5,000 | 745235ZT1 | $5,000 | 745235R86 | $5,000 |
| 74514LHJ9 | $5,000 | 74514LTT4 | $5,000 | 74514LA64 | $5,000 | 745235B67 | $5,000 | 745235S69 | $5,000 |
| 74514LHK6 | $5,000 | 74514LTU1 | $5,000 | 74514LC70 | $5,000 | 745235ZX2 | $5,000 | 745235R94 | $5,000 |
| 74514LHL4 | $5,000 | 74514LTV9 | $5,000 | 74514LA72 | $5,000 | 745235ZY0 | $5,000 | 745235S28 | $5,000 |
| 74514LHM2 | $5,000 | 74514LTW7 | $5,000 | 74514LC88 | $5,000 | 745235ZZ7 | $5,000 | 745235S36 | $5,000 |
| 74514LHN0 | $5,000 | 74514LVG9 | $5,000 | 74514LA80 | $5,000 | 745235A27 | $5,000 | 745235S44 | $5,000 |
| 74514LHP5 | $5,000 | 74514LVH7 | $5,000 | 74514LA98 | $5,000 | 745235A35 | $5,000 | 745235R37 | $5,000 |
| 74514LJQ1 | $5,000 | 74514LVJ3 | $5,000 | 74514LC96 | $5,000 | 745235A43 | $5,000 | 745223AA5 | $100,000 by $5,000 |
| 74514LJV0 | $5,000 | 74514LVK0 | $5,000 | 74514LD38 | $5,000 | 745235A50 | $5,000 | 745145YU0 | $5,000 |
| 74514LJW8 | $5,000 | 74514LVL8 | $5,000 | 74514LB22 | $5,000 | 745235A68 | $5,000 | | |
| 74514LJX6 | $5,000 | 74514LVM6 | $5,000 | 74514LB30 | $5,000 | 745235A76 | $5,000 | | |
| 74514LJY4 | $5,000 | 74514LVN4 | $5,000 | 74514LB48 | $5,000 | 745235A84 | $5,000 | | |
| 74514LJZ1 | $5,000 | 74514LVV6 | $5,000 | 74514LB97 | $5,000 | 745235A92 | $5,000 | | |
| 74514LKA4 | $5,000 | 74514LVX2 | $5,000 | 74514LB55 | $5,000 | 745235B26 | $5,000 | | |
| 74514LQA8 | $5,000 | 74514LVY0 | $5,000 | 74514LC21 | $5,000 | 745235B34 | $5,000 | | |
| 74514LQB6 | $5,000 | 74514LVZ7 | $5,000 | 74514LC39 | $5,000 | 745235B42 | $5,000 | | |
| 74514LQE0 | $5,000 | 74514LVW4 | $5,000 | 74514LB63 | $5,000 | 745235K75 | $5,000 | | |