**Exhibit D to Reply - Holdings of certain ad hoc bondholder groups referred to in FOMB's opposition brief**

**LCDC**

| Date of holdings | Docket # reference | GO and PBA bonds held |
|---|---|---|
| 1/4/2021 | #15635-page-4-to-5-of-7<br>#15635-1-page-2-to-3-of-5 | $1,904,434,950 |
| 2/22/2021 | #15892-page-4-to-5-of-8<br>#15892-1-page-2-to-3-of-5 | $1,904,434,950 |
| 7/9/2021 | #17382-page-4-of-7<br>#17382-1-page-2-to-3-of-5 | $1,197,507,250 |

Amount of holdings as of 2/22/2021 sold by July 2021: **$706,927,700**.

Percent of holdings as of 2/22/2021 sold by July 2021: **37%**

**QTCB**

| Date of holdings | Docket # reference | GO and PBA bonds held |
|---|---|---|
| 10/16/2020 | #14708-page-7-of-13 | $1,985,099,920 |
| 3/3/2021 | #15968-page-6-of-13 | $1,926,709,615 |
| 7/6/2021 | #17296-page-6-of-11 | $1,569,221,000 |

Amount of holdings most recently reported as of 2/22/2021 sold by July 2021: **$415,878,920**.

Percent of holdings most recently reported as of 2/22/2021 sold by July 2021: **21%**

Note: subtotals and totals of GO and PBA holdings are not provided in filings and must be manually added.

**Ad Hoc Group of General Obligation bondholders**

| Date of holdings | Docket # reference | GO and PBA bonds held |
|---|---|---|
| 12/8/2020 | #15435-page-6-to-9-of-10 | $859,725,489 |
| 3/9/2021 | #16034-page-7-to-10-of-11 | $402,130,405 |
| 7/9/2021 | #17397-page-9-to-10-of-11 | $140,873,112 |

Amount of holdings most recently reported as of 2/22/2021 sold by July 2021: **$718,852,377**.

Percent of holdings most recently reported as of 2/22/2021 sold by July 2021: **84%**

Note: subtotals and totals of GO and PBA holdings are not provided in filings and must be manually added.

**Ad Hoc Constitutional Debtholders**

| Date of holdings | Docket # reference | GO and PBA bonds held |
|---|---|---|
| 10/6/2020 | #14520-page-5-to-12-of-12 | $2,964,226,797 |
| 3/1/2021 | #15993-page-5-to-12-of-12 | $2,796,526,500 |
| 7/12/2021 | #17342-page-5-to-12-of-12 | $2,358,192,500 |

Amount of holdings most recently reported as of 2/22/2021 sold by July 2021:  **$606,034,297**.

Percent of holdings most recently reported as of 2/22/2021 sold by July 2021:  **20%**

Note:  subtotals and totals of GO and PBA holdings are not provided in filings and must be manually added.

**Commonwealth Bondholders Group**

| Date of holdings | Docket # reference | GO and PBA bonds held |
|---|---|---|
| 6/24/2020 | #13549-page-6-to-12-of-12 | (See note below) |

Note: #13549 (filed 7/3/2020) appears to be the last filing of any papers in this case by "Commonwealth Bondholder Group". The members of the group appear to have filed thereafter as the "QTCB Noteholder Group". *Compare* #13549-page-8-to-12-of-12 *with* #14708-page-9-to-13.