

**EMMA** Electronic Municipal Market Access
A service of the MSRB

| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

**Click here for information on the MSRB response to COVID-19**

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

**CUSIP: 74514LWA1\***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS SERIES 2009C GENERAL OBLIGATION BONDS (PR) PUERTO RICO COMWLTH GO PUB IMPT REF BDS 2009C (PR)*

| | |
|---|---|
| **Coupon:** | 6 % |
| **Maturity Date:** | 07/01/2039 |
| Dated Date: | 12/16/2009 |
| Initial Offering Price/Yield: | 97.301% |
| Principal Amount at Issuance: | $210,250,000 |
| Closing Date: | 12/16/2009 |
| Fiscal Year End Date: | 06/30/2017 |



| Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare |

View real-time price and yield information for trades in this security.

 Trade Summary        ≡ Trade Details        🔍 Search Trades

Display [100] results    Search within list: [____]    First Previous 1 … 18 19 20 21 22 Next Last

| | Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|---|
| ⊕ | 02/04/2011 | 100 / 96.38 | 6.274 / 5.999 | 14 | 765,000 |
| ⊕ | 02/03/2011 | 100 / 96.75 | 6.245 / 5.999 | 17 | 715,000 |
| ⊕ | 02/02/2011 | 100 / 96.697 | 6.249 / 5.999 | 25 | 720,000 |
| ⊕ | 02/01/2011 | 100 / 92.914 | 6.552 / 5.999 | 16 | 465,000 |
| ⊕ | 01/31/2011 | 100 / 97.086 | 6.219 / 5.999 | 13 | 405,000 |
| ⊕ | 01/28/2011 | 100.399 / 97 | 6.225 / 5.938 | 24 | 865,000 |
| ⊕ | 01/27/2011 | 100.399 / 96.952 | 6.229 / 5.938 | 33 | 4,140,000 |
| ⊕ | 01/26/2011 | 100.4 / 96.875 | 6.235 / 5.938 | 39 | 1,700,000 |
| ⊕ | 01/25/2011 | 100.4 / 95.248 | 6.363 / 5.938 | 73 | 10,400,000 |
| ⊕ | 01/24/2011 | 100.401 / 96.629 | 6.254 / 5.938 | 72 | 5,655,000 |
| ⊕ | 01/21/2011 | 99.337 / 96.55 | 6.26 / 6.049 | 31 | 1,960,000 |
| ⊕ | 01/20/2011 | 100 / 96.55 | 6.26 / 5.999 | 64 | 3,375,000 |
| ⊕ | 01/19/2011 | 100 / 95.924 | 6.31 / 5.999 | 44 | 9,190,000 |
| ⊕ | 01/18/2011 | 100.13 / 96.248 | 6.284 / 5.98 | 29 | 555,000 |
| ⊕ | 01/14/2011 | 100.905 / 96.248 | 6.284 / 5.862 | 63 | 3,555,000 |
| ⊕ | 01/13/2011 | 100.636 / 96.03 | 6.301 / 5.903 | 183 | 18,650,000 |
| ⊕ | 01/12/2011 | 100.905 / 96.433 | 6.27 / 5.862 | 224 | 43,200,000 |
| ⊕ | 01/11/2011 | 101.3 / 98.375 | 6.121 / 5.803 | 35 | 1,650,000 |
| ⊕ | 01/10/2011 | 101.3 / 97.02 | 6.225 / 5.803 | 23 | 12,805,000 |

Exhibit C

DS Obj. 00051

| | | | | |
|---|---|---|---|---|
| ⊕ 01/06/2011 | 103.25 / 99.25 | 6.055 / 5.514 | 9 | 4,080,000 |
| ⊕ 01/05/2011 | 99.298 / 99.298 | 6.052 / 6.052 | 1 | 3,500,000 |
| ⊕ 01/03/2011 | 99.998 / 99.998 | 6 / 6 | 1 | 10,000 |
| ⊕ 12/30/2010 | 96.159 / 96.159 | 6.292 / 6.292 | 1 | 10,000 |
| ⊕ 12/28/2010 | 102.25 / 100.535 | 5.663 / 5.663 | 3 | 150,000 |
| ⊕ 12/22/2010 | 97.5 / 97.5 | 6.188 / 6.188 | 1 | 50,000 |
| ⊕ 12/16/2010 | 99.726 / 99.726 | 6.02 / 6.02 | 1 | 780,000 |
| ⊕ 12/15/2010 | 102.673 / 99.75 | 6.018 / 5.601 | 7 | 900,000 |
| ⊕ 12/02/2010 | 105.999 / 105.999 | 5.125 / 5.125 | 1 | 25,000 |
| ⊕ 11/30/2010 | 106 / 104.699 | 5.126 / 5.126 | 2 | 630,000 |
| ⊕ 11/29/2010 | 107.25 / 104.521 | 5.028 / 4.952 | 5 | 475,000 |
| ⊕ 11/26/2010 | 104.882 / 104.772 | 5.284 / 5.284 | 2 | 20,000 |
| ⊕ 11/23/2010 | 107.149 / 104.524 | 5.14 / 4.967 | 9 | 210,000 |
| ⊕ 11/22/2010 | 106.892 / 105.128 | 5.003 / 5.003 | 2 | 20,000 |
| ⊕ 11/19/2010 | 99.171 / 99.171 | 6.061 / 6.061 | 1 | 25,000 |
| ⊕ 11/12/2010 | 111.197 / 109.122 | 4.423 / 4.423 | 2 | 300,000 |
| ⊕ 11/05/2010 | 113.262 / 110.258 | 4.157 / 4.157 | 2 | 50,000 |
| ⊕ 11/04/2010 | 112.611 / 109.985 | 4.341 / 4.241 | 4 | 315,000 |
| ⊕ 11/03/2010 | 110.64 / 108.979 | 4.722 / 4.5 | 2 | 95,000 |
| ⊕ 11/02/2010 | 112.171 / 110.422 | 4.53 / 4.3 | 3 | 135,000 |
| ⊕ 11/01/2010 | 112.475 / 110.749 | 4.487 / 4.261 | 2 | 35,000 |
| ⊕ 10/29/2010 | 112.828 / 110.276 | 4.312 / 4.216 | 10 | 290,000 |
| ⊕ 10/28/2010 | 108.61 / 105.5 | 5.202 / 4.774 | 2 | 80,000 |
| ⊕ 10/27/2010 | 111.784 / 110.459 | 4.5 / 4.352 | 4 | 680,000 |
| ⊕ 10/26/2010 | 112.942 / 110.212 | 4.482 / 4.203 | 12 | 3,610,000 |
| ⊕ 10/25/2010 | 109.914 / 108 | 4.858 / 4.6 | 3 | 2,700,000 |
| ⊕ 10/22/2010 | 113 / 109 | 4.723 / 4.196 | 4 | 75,000 |
| ⊕ 10/20/2010 | 109.921 / 109.921 | 4.6 / 4.6 | 1 | 50,000 |
| ⊕ 10/19/2010 | 106.32 / 106.32 | 5.09 / 5.09 | 1 | 50,000 |
| ⊕ 10/14/2010 | 111.454 / 111.454 | 4.4 / 4.4 | 1 | 10,000 |
| ⊕ 10/13/2010 | 107.728 / 107.728 | 4.897 / 4.897 | 1 | 10,000 |
| ⊕ 10/12/2010 | 110.703 / 110.703 | 4.5 / 4.5 | 1 | 80,000 |
| ⊕ 10/07/2010 | 107.719 / 106 | 5.136 / 4.9 | 2 | 20,000 |
| ⊕ 10/06/2010 | 109.954 / 109.954 | 4.6 / 4.6 | 4 | 250,000 |
| ⊕ 10/05/2010 | 108.839 / 105.54 | 5.201 / 4.75 | 3 | 360,000 |
| ⊕ 10/01/2010 | 110.723 / 106 | 5.138 / 4.5 | 4 | 430,000 |
| ⊕ 09/30/2010 | 108.846 / 107 | 5 / 5 | 3 | 150,000 |
| ⊕ 09/29/2010 | 111.499 / 111.499 | 4.4 / 4.4 | 1 | 50,000 |
| ⊕ 09/28/2010 | 108.855 / 107.73 | 4.902 / 4.902 | 3 | 150,000 |
| ⊕ 09/22/2010 | 112.106 / 108.5 | 4.8 / 4.324 | 13 | 885,000 |
| ⊕ 09/21/2010 | 111.158 / 107.5 | 4.833 / 4.448 | 9 | 460,000 |
| ⊕ 09/20/2010 | 110 / 105.127 | 5.261 / 4.601 | 5 | 475,000 |
| ⊕ 09/17/2010 | 108 / 106.425 | 5.082 / 4.868 | 4 | 350,000 |
| ⊕ 09/15/2010 | 108.643 / 108.543 | 4.797 / 4.783 | 2 | 1,140,000 |
| ⊕ 09/14/2010 | 111.532 / 111.499 | 4.4 / 4.4 | 2 | 50,000 |
| ⊕ 09/13/2010 | 110.402 / 107.75 | 4.903 / 4.55 | 6 | 240,000 |

DS Obj. 00052

| | Date | Price (Low / High) | Yield (Low / High) | Trades | Amount |
|---|---|---|---|---|---|
| ⊕ | 09/10/2010 | 105.625 / 105.625 | 5.194 / 5.194 | 1 | 25,000 |
| ⊕ | 09/09/2010 | 110.707 / 110.707 | 4.511 / 4.511 | 1 | 60,000 |
| ⊕ | 09/08/2010 | 112.429 / 110.029 | 4.55 / 4.288 | 9 | 235,000 |
| ⊕ | 09/07/2010 | 111.412 / 106.92 | 5.017 / 4.421 | 5 | 315,000 |
| ⊕ | 08/27/2010 | 109.249 / 108.821 | 4.759 / 4.759 | 4 | 160,000 |
| ⊕ | 08/26/2010 | 113.602 / 109.681 | 4.144 / 4.144 | 2 | 30,000 |
| ⊕ | 08/25/2010 | 108.827 / 105.38 | 5.231 / 4.763 | 8 | 1,005,000 |
| ⊕ | 08/24/2010 | 110.73 / 110.73 | 4.514 / 4.514 | 1 | 200,000 |
| ⊕ | 08/23/2010 | 112.292 / 109.314 | 4.313 / 4.313 | 2 | 50,000 |
| ⊕ | 08/19/2010 | 108.065 / 108.065 | - | 1 | 25,000 |
| ⊕ | 08/17/2010 | 110.09 / 106.582 | 5.068 / 4.6 | 6 | 450,000 |
| ⊕ | 08/16/2010 | 107.112 / 106.612 | 5.064 / 5.011 | 3 | 225,000 |
| ⊕ | 08/13/2010 | 107 / 107 | 5.012 / 5.012 | 3 | 70,000 |
| ⊕ | 08/12/2010 | 103.643 / 103.643 | 5.475 / 5.475 | 1 | 70,000 |
| ⊕ | 08/10/2010 | 110.484 / 110.484 | 4.55 / 4.55 | 1 | 100,000 |
| ⊕ | 08/05/2010 | 108.22 / 108.16 | - | 2 | 300,000 |
| ⊕ | 08/04/2010 | 106.55 / 106.08 | 5.139 / 5.139 | 4 | 500,000 |
| ⊕ | 07/29/2010 | 105.642 / 104.75 | 5.323 / 5.2 | 3 | 1,800,000 |
| ⊕ | 07/28/2010 | 107.459 / 105.459 | 4.954 / 4.954 | 8 | 390,000 |
| ⊕ | 07/27/2010 | 104.957 / 104.457 | 5.364 / 5.364 | 2 | 390,000 |
| ⊕ | 07/22/2010 | 105.651 / 105.651 | 5.2 / 5.2 | 1 | 20,000 |
| ⊕ | 07/21/2010 | 107.128 / 107.128 | 5 / 5 | 1 | 10,000 |
| ⊕ | 07/15/2010 | 108.095 / 106.095 | 4.869 / 4.869 | 2 | 90,000 |
| ⊕ | 07/14/2010 | 107.141 / 104.548 | 5.353 / 5 | 4 | 180,000 |
| ⊕ | 07/13/2010 | 109 / 109 | 4.754 / 4.754 | 3 | 70,000 |
| ⊕ | 07/09/2010 | 109 / 104 | 5.43 / 4.755 | 4 | 155,000 |
| ⊕ | 07/08/2010 | 109 / 109 | 4.755 / 4.755 | 3 | 60,000 |
| ⊕ | 07/07/2010 | 109 / 109 | 4.755 / 4.755 | 3 | 30,000 |
| ⊕ | 07/01/2010 | 105.065 / 105.065 | - | 1 | 25,000 |
| ⊕ | 06/30/2010 | 105.067 / 102.003 | 5.712 / 5.712 | 3 | 125,000 |
| ⊕ | 06/28/2010 | 103.512 / 103.512 | 5.5 / 5.5 | 1 | 20,000 |
| ⊕ | 06/24/2010 | 103.41 / 103.41 | 5.514 / 5.514 | 1 | 145,000 |
| ⊕ | 06/23/2010 | 106.202 / 103.577 | 5.491 / 5.131 | 2 | 30,000 |
| ⊕ | 06/21/2010 | 107.94 / 107.94 | 4.9 / 4.9 | 1 | 30,000 |
| ⊕ | 06/17/2010 | 104.742 / 104.742 | 5.331 / 5.331 | 1 | 30,000 |

Displaying 2,001 to 2,100 of 2,190 results    [First] [Previous] [1] ... [18] [19] [20] [21] [22] [Next] [Last]

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2021 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA | Sitemap | Privacy Policy | Terms of Use | DMCA Policy | MSRB.org | MSRB Systems Status

© 2021 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2021, Fitch, Inc. All rights reserved. Copyright © 2021, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2021, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2021, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.9120-114-P3

DS Obj. 00053



# EMMA
Electronic Municipal Market Access
A service of the MSRB

| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

**Click here for information on the MSRB response to COVID-19**

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

**CUSIP: 74514LWA1***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS SERIES 2009C GENERAL OBLIGATION BONDS (PR)
PUERTO RICO COMWLTH GO PUB IMPT REF BDS 2009C (PR)*

| | |
|---|---|
| Coupon: | 6 % |
| Maturity Date: | 07/01/2039 |
| Dated Date: | 12/16/2009 |
| Initial Offering Price/Yield: | 97.301% |
| Principal Amount at Issuance: | $210,250,000 |
| Closing Date: | 12/16/2009 |
| Fiscal Year End Date: | 06/30/2017 |



| Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare |

View real-time price and yield information for trades in this security.

Trade Summary | **Trade Details** | Search Trades

Display 100 results   Search within list: _____   First Previous 1 … 18 19 20 21 22 Next Last

| Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|
| 06/11/2010 | 108.963 / 106.726 | 4.795 / 4.768 | 9 | 440,000 |
| 06/10/2010 | 109.212 / 106.038 | 5.156 / 4.731 | 4 | 300,000 |
| 06/09/2010 | 109.236 / 108.303 | 4.855 / 4.733 | 3 | 215,000 |
| 06/08/2010 | 108.833 / 106.323 | 4.786 / 4.786 | 5 | 530,000 |
| 06/02/2010 | 109.705 / 106.838 | 4.674 / 4.674 | 2 | 40,000 |
| 06/01/2010 | 109.897 / 105.425 | 5.24 / 4.65 | 5 | 545,000 |
| 05/27/2010 | 103.86 / 103.86 | 5.455 / 5.455 | 1 | 15,000 |
| 05/26/2010 | 109.904 / 106.312 | 5.122 / 4.65 | 5 | 435,000 |
| 05/25/2010 | 109.161 / 103.861 | 5.455 / 4.747 | 3 | 125,000 |
| 05/24/2010 | 105.65 / 105.362 | 5.25 / 5.211 | 2 | 170,000 |
| 05/21/2010 | 109.916 / 109.916 | 4.65 / 4.65 | 1 | 45,000 |
| 05/19/2010 | 109.921 / 104.75 | 5.334 / 4.65 | 5 | 400,000 |
| 05/18/2010 | 106.24 / 106.24 | 5.133 / 5.133 | 1 | 60,000 |
| 05/13/2010 | 107.245 / 104 | 5.437 / 4.998 | 3 | 160,000 |
| 05/04/2010 | 107.255 / 105.313 | 5 / 5 | 2 | 50,000 |
| 04/30/2010 | 105.316 / 105.316 | 5.26 / 5.26 | 2 | 25,000 |
| 04/28/2010 | 104.765 / 104.765 | 5.335 / 5.335 | 1 | 50,000 |
| 04/27/2010 | 106.023 / 102.054 | 5.708 / 5.166 | 2 | 30,000 |
| 04/26/2010 | 107.658 / 101 | 5.856 / 4.95 | 8 | 350,000 |

DS Obj. 00054

| | Date | | | | |
|---|---|---|---|---|---|
| ⊕ | 04/23/2010 | 107.571 / 105.981 | 4.962 / 4.962 | 2 | 10,000 |
| ⊕ | 04/22/2010 | 107.398 / 105.175 | 4.985 / 4.985 | 3 | 45,000 |
| ⊕ | 04/21/2010 | 107.094 / 103.856 | 5.422 / 5.025 | 5 | 255,000 |
| ⊕ | 04/15/2010 | 106.5 / 106.5 | 5.104 / 5.104 | 2 | 20,000 |
| ⊕ | 04/14/2010 | 106.25 / 103.737 | 5.173 / 5.138 | 6 | 105,000 |
| ⊕ | 04/09/2010 | 104.666 / 103.566 | 5.351 / 5.351 | 2 | 60,000 |
| ⊕ | 04/08/2010 | 105.797 / 102.75 | 5.578 / 5.199 | 14 | 585,000 |
| ⊕ | 04/07/2010 | 104.5 / 102.5 | 5.647 / 5.373 | 8 | 1,665,000 |
| ⊕ | 04/06/2010 | 106 / 103.205 | 5.523 / 5.173 | 5 | 230,000 |
| ⊕ | 04/05/2010 | 106.739 / 101.15 | 5.836 / 5.075 | 5 | 245,000 |
| ⊕ | 03/25/2010 | 103.5 / 103.5 | 5.511 / 5.511 | 1 | 100,000 |
| ⊕ | 03/23/2010 | 102.777 / 102.75 | 5.61 / 5.61 | 2 | 80,000 |
| ⊕ | 03/19/2010 | 105.715 / 102.751 | 5.614 / 5.212 | 7 | 435,000 |
| ⊕ | 03/18/2010 | 103.666 / 102.711 | 5.619 / 5.55 | 5 | 230,000 |
| ⊕ | 03/17/2010 | 104.322 / 104.322 | 5.4 / 5.4 | 1 | 15,000 |
| ⊕ | 03/11/2010 | 100 / 100 | 5.998 / 5.998 | 1 | 40,000 |
| ⊕ | 03/10/2010 | 99.5 / 99.5 | 6.036 / 6.036 | 1 | 20,000 |
| ⊕ | 03/08/2010 | 105.456 / 102.24 | 5.685 / 5.25 | 4 | 200,000 |
| ⊕ | 03/04/2010 | 103.796 / 103.595 | 5.473 / 5.473 | 2 | 70,000 |
| ⊕ | 03/03/2010 | 106.746 / 103.471 | 5.081 / 5.081 | 4 | 200,000 |
| ⊕ | 03/02/2010 | 105.974 / 100 | 5.999 / 5.183 | 14 | 615,000 |
| ⊕ | 02/26/2010 | 102.25 / 101.493 | - | 4 | 270,000 |
| ⊕ | 02/25/2010 | 104.556 / 101.5 | 5.789 / 5.372 | 5 | 480,000 |
| ⊕ | 02/24/2010 | 104.375 / 100 | 5.999 / 5.396 | 5 | 220,000 |
| ⊕ | 02/23/2010 | 104.3 / 103.607 | 5.5 / 5.407 | 3 | 70,000 |
| ⊕ | 02/22/2010 | 105.225 / 103.75 | 5.481 / 5.284 | 3 | 140,000 |
| ⊕ | 02/19/2010 | 101.425 / 101.425 | 5.799 / 5.799 | 1 | 70,000 |
| ⊕ | 02/18/2010 | 105.274 / 102.616 | 5.35 / 5.277 | 3 | 65,000 |
| ⊕ | 02/17/2010 | 104 / 100.992 | 5.86 / 5.448 | 3 | 105,000 |
| ⊕ | 02/16/2010 | 102.875 / 102.25 | - | 2 | 270,000 |
| ⊕ | 02/12/2010 | 105.37 / 101.321 | 5.814 / 5.266 | 5 | 310,000 |
| ⊕ | 02/11/2010 | 105.894 / 100.1 | 5.985 / 5.197 | 16 | 600,000 |
| ⊕ | 02/10/2010 | 104.361 / 104.361 | 5.4 / 5.4 | 2 | 25,000 |
| ⊕ | 02/09/2010 | 105.967 / 101.07 | 5.849 / 5.187 | 10 | 445,000 |
| | 02/08/2010 | 105.901 / 100 | 5.999 / 5.197 | 10 | 700,000 |
| | 02/05/2010 | 104.8 / 101.932 | 5.73 / 5.342 | 4 | 260,000 |
| | 02/04/2010 | 104.75 / 101.319 | 5.815 / 5.349 | 9 | 325,000 |
| | 02/03/2010 | 103.9 / 103.9 | 5.463 / 5.463 | 2 | 150,000 |
| | 02/02/2010 | 105.052 / 101.375 | 5.807 / 5.31 | 16 | 890,000 |
| | 02/01/2010 | 102.329 / 101.348 | 5.811 / 5.676 | 6 | 235,000 |
| | 01/29/2010 | 104.375 / 101.248 | 5.825 / 5.401 | 3 | 85,000 |
| | 01/28/2010 | 104.176 / 101.05 | 5.852 / 5.427 | 4 | 270,000 |
| | 01/27/2010 | 101.692 / 101.692 | 5.764 / 5.764 | 1 | 10,000 |
| | 01/22/2010 | 101.692 / 101.692 | 5.765 / 5.765 | 1 | 5,000 |
| | 01/13/2010 | 102.83 / 102.292 | 5.608 / 5.608 | 2 | 270,000 |
| | 01/12/2010 | 104.75 / 101.801 | 5.6 / 5.353 | 12 | 1,120,000 |

DS Obj. 00055

| Date | Price (H/L) | Yield (H/L) | Trades | Par |
|---|---|---|---|---|
| 01/11/2010 | 104.75 / 101.551 | 5.757 / 5.393 | 16 | 2,525,000 |
| 01/08/2010 | 104.541 / 101.597 | 5.723 / 5.381 | 20 | 1,530,000 |
| 01/07/2010 | 104.544 / 101.171 | 5.647 / 5.381 | 18 | 2,595,000 |
| 01/06/2010 | 104.545 / 101.92 | 5.57 / 5.381 | 13 | 545,000 |
| 01/05/2010 | 103.554 / 100 | 6 / 5.513 | 22 | 4,765,000 |
| 01/04/2010 | 103.215 / 101.028 | 5.857 / 5.559 | 7 | 3,555,000 |
| 12/30/2009 | 103.957 / 100.5 | 5.75 / 5.46 | 19 | 1,010,000 |
| 12/29/2009 | 103.455 / 100.83 | 5.677 / 5.527 | 8 | 1,375,000 |
| 12/28/2009 | 102.856 / 100.5 | 5.835 / 5.608 | 6 | 395,000 |
| 12/24/2009 | 102 / 100 | 6 / 5.724 | 5 | 65,000 |
| 12/23/2009 | 104.5 / 100.3 | 5.913 / 5.389 | 24 | 1,620,000 |
| 12/22/2009 | 104.5 / 100.125 | 5.979 / 5.389 | 27 | 5,040,000 |
| 12/21/2009 | 104.5 / 100 | 6 / 5.389 | 48 | 11,985,000 |
| 12/18/2009 | 102.275 / 100.175 | 5.889 / 5.687 | 9 | 1,045,000 |
| 12/17/2009 | 103.12 / 99.444 | 6.02 / 5.573 | 48 | 2,980,000 |
| 12/16/2009 | 103 / 99.73 | 6.02 / 5.589 | 75 | 8,150,000 |
| 12/15/2009 | 102.497 / 99.224 | 6.057 / 5.657 | 53 | 10,495,000 |
| 12/14/2009 | 103.25 / 99 | 6.068 / 5.556 | 61 | 9,825,000 |
| 12/11/2009 | 103.5 / 99 | 6.073 / 5.523 | 165 | 23,775,000 |
| 12/10/2009 | 103.75 / 98.94 | 6.066 / 5.489 | 91 | 37,880,000 |
| 12/09/2009 | 103.75 / 99.04 | 6.07 / 5.489 | 115 | 37,220,000 |
| 12/08/2009 | 103.375 / 98.633 | 6.1 / 5.539 | 175 | 63,920,000 |
| 12/07/2009 | 103.375 / 97.301 | 6.2 / 5.539 | 190 | 15,045,000 |
| 12/04/2009 | 101.5 / 97.301 | 6.2 / - | 385 | 332,140,000 |
| 12/03/2009 | 98.375 / 97.501 | 6.185 / 6.185 | 3 | 1,500,000 |

Displaying 2,101 to 2,190 of 2,190 results          First  Previous  1  …  18  19  20  21  22  Next  Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2021 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA | Sitemap | Privacy Policy | Terms of Use | DMCA Policy | MSRB.org | MSRB Systems Status

© 2021 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2021, Fitch, Inc. All rights reserved. Copyright © 2021, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2021, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2021, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.9120-114-P3

DS Obj. 00056



# EMMA® Electronic Municipal Market Access
A service of the MSRB

| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

**Click here for information on the MSRB response to COVID-19**

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

**CUSIP: 74514LB63\***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) (P
PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A (PR)*

| | |
|---|---|
| Coupon: | 5.125 % |
| Maturity Date: | 07/01/2037 |
| Dated Date: | 04/03/2012 |
| Initial Offering Price/Yield: | 98.254% |
| Principal Amount at Issuance: | $263,540,000 |
| Closing Date: | 04/03/2012 |
| Fiscal Year End Date: | 06/30/2017 |



Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare

View real-time price and yield information for trades in this security.

Trade Summary | Trade Details | Search Trades

Display 100 results | Search within list: | First Previous 1 ... 17 18 19 20 21 Next Last

| Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|
| 04/17/2013 | 98.05 / 91.832 | 5.754 / 5.268 | 32 | 1,510,000 |
| 04/16/2013 | 97.5 / 93 | 5.659 / 5.309 | 18 | 890,000 |
| 04/15/2013 | 96.858 / 94.042 | 5.575 / 5.358 | 6 | 1,455,000 |
| 04/12/2013 | 97 / 92.07 | 5.734 / 5.347 | 7 | 525,000 |
| 04/11/2013 | 96.301 / 92 | 5.74 / 5.4 | 5 | 290,000 |
| 04/10/2013 | 95.006 / 93.486 | 5.619 / 5.5 | 4 | 130,000 |
| 04/09/2013 | 96.375 / 90.06 | 5.901 / 5.394 | 23 | 725,000 |
| 04/08/2013 | 94.78 / 90.545 | 5.86 / 5.518 | 8 | 460,000 |
| 04/05/2013 | 93.784 / 90.955 | 5.826 / 5.596 | 5 | 340,000 |
| 04/04/2013 | 93.621 / 91.241 | 5.802 / 5.609 | 3 | 95,000 |
| 04/03/2013 | 95.125 / 89.884 | 5.915 / 5.491 | 18 | 565,000 |
| 04/02/2013 | 94.5 / 90.521 | 5.862 / 5.539 | 10 | 620,000 |
| 04/01/2013 | 94.75 / 89.613 | 5.938 / 5.52 | 16 | 1,125,000 |
| 03/28/2013 | 94.5 / 89.909 | 5.913 / 5.539 | 13 | 995,000 |
| 03/27/2013 | 94.75 / 91.125 | 5.811 / 5.52 | 13 | 1,260,000 |
| 03/26/2013 | 96.625 / 89.988 | 5.906 / 5.375 | 17 | 540,000 |
| 03/25/2013 | 96.75 / 91.182 | 5.806 / 5.366 | 12 | 355,000 |
| 03/22/2013 | 98.375 / 94.05 | 5.575 / 5.244 | 13 | 1,025,000 |
| 03/21/2013 | 98.875 / 95.285 | 5.478 / 5.207 | 10 | 180,000 |
| 03/20/2013 | 100 / 94.015 | 5.577 / 5.124 | 34 | 1,135,000 |
| 03/19/2013 | 100 / 94.51 | 5.538 / 5.124 | 16 | 720,000 |
| 03/18/2013 | 101.738 / 96.5 | 5.384 / 4.889 | 33 | 1,205,000 |
| 03/15/2013 | 100 / 93.05 | 5.654 / 5.124 | 26 | 685,000 |
| 03/14/2013 | 99.499 / 94.806 | 5.515 / 5.161 | 28 | 3,075,000 |

Exhibit D

DS Obj. 00057

| Date | | | | |
|---|---|---|---|---|
| 03/13/2013 | 100 / 97.585 | | | |
| 03/12/2013 | 100 / 96.35 | 5.396 / 5.124 | 5 | 150,000 |
| 03/11/2013 | 101.9 / 96.03 | 5.42 / 4.867 | 9 | 205,000 |
| 03/08/2013 | 101.002 / 96.525 | 5.382 / 4.988 | 11 | 380,000 |
| 03/07/2013 | 101.9 / 99.275 | 5.177 / 4.868 | 10 | 445,000 |
| 03/06/2013 | 101.501 / 97 | 5.346 / 4.921 | 15 | 695,000 |
| 03/05/2013 | 101.502 / 96.53 | 5.382 / 4.921 | 8 | 325,000 |
| 03/04/2013 | 101.85 / 97.747 | 5.29 / 4.875 | 17 | 715,000 |
| 03/01/2013 | 101.85 / 98 | 5.271 / 4.875 | 26 | 950,000 |
| 02/28/2013 | 101.5 / 97.465 | 5.311 / 4.922 | 48 | 2,775,000 |
| 02/27/2013 | 101.75 / 97 | 5.346 / 4.888 | 19 | 1,095,000 |
| 02/26/2013 | 100.501 / 98.8 | 5.212 / 5.056 | 11 | 1,105,000 |
| 02/25/2013 | 102.3 / 97.219 | 5.33 / 4.815 | 42 | 4,175,000 |
| 02/22/2013 | 101.9 / 97.5 | 5.309 / 4.869 | 25 | 2,965,000 |
| 02/21/2013 | 101 / 97.9 | 5.279 / 4.989 | 23 | 710,000 |
| 02/20/2013 | 101.165 / 96.875 | 5.356 / 4.967 | 26 | 6,350,000 |
| 02/19/2013 | 101.375 / 97.428 | 5.314 / 4.939 | 12 | 630,000 |
| 02/15/2013 | 101.666 / 99 | 5.197 / 4.9 | 5 | 90,000 |
| 02/14/2013 | 101.667 / 97.95 | 5.275 / 4.9 | 10 | 690,000 |
| 02/13/2013 | 101.905 / 97.53 | 5.306 / 4.869 | 21 | 870,000 |
| 02/12/2013 | 101.875 / 97.5 | 5.309 / 4.873 | 17 | 955,000 |
| 02/11/2013 | 101.67 / 97.318 | 5.322 / 4.9 | 13 | 455,000 |
| 02/08/2013 | 101.875 / 96.776 | 5.363 / 4.873 | 15 | 1,010,000 |
| 02/07/2013 | 101 / 97.366 | 5.319 / 4.99 | 13 | 1,035,000 |
| 02/06/2013 | 101.669 / 97.713 | 5.293 / 4.9 | 5 | 325,000 |
| 02/05/2013 | 101.875 / 96.775 | 5.363 / 4.873 | 17 | 730,000 |
| 02/04/2013 | 101.998 / 96.05 | 5.418 / 4.857 | 17 | 515,000 |
| 02/01/2013 | 101 / 97.888 | 5.28 / 4.99 | 11 | 240,000 |
| 01/31/2013 | 101.775 / 97.286 | 5.325 / 4.887 | 7 | 335,000 |
| 01/30/2013 | 101.65 / 98.5 | 5.234 / 4.903 | 10 | 935,000 |
| 01/29/2013 | 101.9 / 97.367 | 5.319 / 4.87 | 26 | 1,110,000 |
| 01/28/2013 | 101.875 / 97.27 | 5.326 / 4.874 | 18 | 715,000 |
| 01/25/2013 | 101.875 / 97.25 | 5.327 / 4.874 | 6 | 230,000 |
| 01/24/2013 | 101.875 / 97.121 | 5.337 / 4.874 | 13 | 810,000 |
| 01/23/2013 | 101.8 / 97.125 | 5.337 / 4.884 | 41 | 2,355,000 |
| 01/22/2013 | 101.489 / 95.411 | 5.467 / 4.925 | 14 | 1,380,000 |
| 01/18/2013 | 101.748 / 97.762 | 5.289 / 4.891 | 8 | 300,000 |
| 01/17/2013 | 101.8 / 98 | 5.271 / 4.884 | 19 | 1,530,000 |
| 01/16/2013 | 101 / 96.165 | 5.409 / 4.99 | 8 | 620,000 |
| 01/15/2013 | 101.5 / 95.288 | 5.477 / 4.924 | 12 | 240,000 |
| 01/14/2013 | 100.93 / 95.58 | 5.454 / 5 | 11 | 330,000 |
| 01/11/2013 | 101 / 97.25 | 5.327 / 4.991 | 15 | 605,000 |
| 01/10/2013 | 101 / 95.56 | 5.456 / 4.991 | 10 | 370,000 |
| 01/09/2013 | 100 / 96.03 | 5.42 / 5.124 | 30 | 1,360,000 |
| 01/08/2013 | 100 / 95.796 | 5.438 / 5.125 | 24 | 4,040,000 |
| 01/07/2013 | 99.825 / 96.03 | 5.42 / 5.138 | 15 | 415,000 |
| 01/04/2013 | 100.127 / 97.286 | 5.324 / 5.108 | 9 | 110,000 |
| 01/03/2013 | 100 / 94.25 | 5.558 / 5.125 | 17 | 540,000 |
| 01/02/2013 | 99.691 / 94 | 5.577 / 5.147 | 49 | 3,000,000 |
| 12/31/2012 | 97.802 / 92.522 | 5.695 / 5.286 | 12 | 485,000 |
| 12/28/2012 | 98.375 / 92 | 5.737 / 5.244 | 66 | 4,345,000 |
| 12/27/2012 | 98.075 / 90.581 | 5.854 / 5.266 | 33 | 1,065,000 |
| 12/26/2012 | 98 / 92.015 | 5.736 / 5.271 | 19 | 1,205,000 |

| Date | | | | |
|---|---|---|---|---|
| 12/24/2012 | 99.188 / 94.5 | | | |
| 12/21/2012 | 98.319 / 91.951 | 5.741 / 5.248 | 18 | 675,000 |
| 12/20/2012 | 98.983 / 91.35 | 5.79 / 5.199 | 34 | 1,790,000 |
| 12/19/2012 | 99.5 / 93.341 | 5.629 / 5.161 | 26 | 3,115,000 |
| 12/18/2012 | 99.129 / 93.53 | 5.614 / 5.188 | 39 | 3,750,000 |
| 12/17/2012 | 98.052 / 93.1 | 5.648 / 5.267 | 23 | 1,730,000 |
| 12/14/2012 | 101.964 / 93.53 | 5.614 / 4.865 | 18 | 1,025,000 |
| 12/13/2012 | 102.75 / 97 | 5.346 / 4.763 | 25 | 1,100,000 |
| 12/12/2012 | 102.75 / 99.272 | 5.178 / 4.763 | 28 | 4,560,000 |
| 12/11/2012 | 102.896 / 97.499 | 5.308 / 4.743 | 28 | 1,925,000 |
| 12/10/2012 | 103.19 / 97.84 | 5.283 / 4.706 | 20 | 1,255,000 |
| 12/07/2012 | 103.19 / 97.639 | 5.298 / 4.706 | 21 | 895,000 |
| 12/06/2012 | 103.19 / 98.1 | 5.264 / 4.706 | 23 | 1,250,000 |
| 12/05/2012 | 103.19 / 97.145 | 5.335 / 4.706 | 47 | 2,965,000 |
| 12/04/2012 | 103.65 / 97.75 | 5.289 / 4.648 | 50 | 3,605,000 |
| 12/03/2012 | 103.875 / 97.144 | 5.335 / 4.619 | 32 | 1,495,000 |
| 11/30/2012 | 104.046 / 97.2 | 5.33 / 4.597 | 39 | 1,725,000 |
| 11/29/2012 | 103.5 / 95.164 | 5.485 / 4.667 | 39 | 1,520,000 |
| 11/28/2012 | 103.699 / 97.639 | 5.298 / 4.642 | 68 | 4,715,000 |
| 11/27/2012 | 103.625 / 99.243 | 5.179 / 4.651 | 12 | 3,370,000 |
| 11/26/2012 | 103 / 101 | 4.992 / 4.732 | 7 | 310,000 |
| 11/23/2012 | 104.805 / 101.75 | 4.893 / 4.502 | 6 | 180,000 |
| 11/21/2012 | 103.375 / 100.19 | 5.099 / 4.684 | 13 | 465,000 |

Displaying 1,801 to 1,900 of 2,074 results   First | Previous | 1 | ... | 17 | 18 | 19 | 20 | 21 | Next | Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2021 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | DMCA Policy | MSRB.org | MSRB Systems Status

© 2021 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2021, Fitch, Inc. All rights reserved. Copyright © 2021, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2021, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2021, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.9120-114-P3



DS Obj. 00059



| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A-  100%  A+ |

**Click here for information on the MSRB response to COVID-19**

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

# Security Details

**CUSIP: 74514LB63\***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) (PR) PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A (PR)\*

| | |
|---|---:|
| Coupon: | 5.125 % |
| Maturity Date: | 07/01/2037 |
| Dated Date: | 04/03/2012 |
| Initial Offering Price/Yield: | 98.254% |
| Principal Amount at Issuance: | $263,540,000 |
| Closing Date: | 04/03/2012 |
| Fiscal Year End Date: | 06/30/2017 |



| Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare |

View real-time price and yield information for trades in this security.

Trade Summary   **Trade Details**   Search Trades

Display 100 results    Search within list: [        ]    First Previous 1 ... 17 18 19 20 21 Next Last

| Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|
| 11/20/2012 | 103.75 / 99.997 | 5.125 / 4.636 | 14 | 280,000 |
| 11/19/2012 | 104 / 99.95 | 5.128 / 4.604 | 25 | 880,000 |
| 11/16/2012 | 103.642 / 100 | 5.124 / 4.65 | 3 | 110,000 |
| 11/15/2012 | 102.925 / 100 | 5.124 / 4.742 | 7 | 380,000 |
| 11/14/2012 | 103.02 / 99.749 | 5.143 / 4.73 | 10 | 545,000 |
| 11/13/2012 | 102.474 / 98.557 | 5.229 / 4.8 | 6 | 330,000 |
| 11/12/2012 | 102.5 / 102.5 | 4.797 / 4.797 | 1 | 5,000 |
| 11/09/2012 | 104 / 100.333 | 5.08 / 4.605 | 18 | 3,895,000 |
| 11/08/2012 | 103.727 / 99.292 | 5.176 / 4.64 | 29 | 1,860,000 |
| 11/07/2012 | 103.7 / 99.25 | 5.179 / 4.643 | 10 | 1,085,000 |
| 11/06/2012 | 103.275 / 101.25 | 4.959 / 4.698 | 12 | 510,000 |
| 11/05/2012 | 103.364 / 97.64 | 5.297 / 4.687 | 24 | 1,595,000 |
| 11/02/2012 | 103.285 / 97.5 | 5.307 / 4.697 | 13 | 335,000 |
| 11/01/2012 | 103.047 / 100 | 5.124 / 4.727 | 17 | 885,000 |
| 10/31/2012 | 102.35 / 98.876 | 5.206 / 4.817 | 8 | 345,000 |
| 10/29/2012 | 101.813 / 99.097 | 5.19 / 4.887 | 5 | 65,000 |
| 10/24/2012 | 103.126 / 100.501 | 5.057 / 4.718 | 4 | 85,000 |
| 10/23/2012 | 103.023 / 100.463 | 5.062 / 4.731 | 8 | 185,000 |
| 10/22/2012 | 103.024 / 100.752 | 5.024 / 4.731 | 5 | 325,000 |
| 10/19/2012 | 102.5 / 99.396 | 5.168 / 4.798 | 2 | 30,000 |

DS Obj. 00060

| Date | | | | |
|---|---|---|---|---|
| 10/18/2012 | 102.002 / 99.534 | 5.158 / 4.802 | 25 | 2,715,000 |
| 10/17/2012 | 102.433 / 99 | 5.197 / 4.807 | 25 | 2,925,000 |
| 10/16/2012 | 103.193 / 98.756 | 5.215 / 4.71 | 33 | 1,935,000 |
| 10/15/2012 | 102.5 / 98.8 | 5.211 / 4.799 | 25 | 1,270,000 |
| 10/12/2012 | 103.128 / 99.35 | 5.171 / 4.719 | 6 | 1,665,000 |
| 10/11/2012 | 100.036 / 97.876 | 5.279 / 5.119 | 12 | 255,000 |
| 10/10/2012 | 103.319 / 98.637 | 5.223 / 4.695 | 16 | 500,000 |
| 10/09/2012 | 103 / 99 | 5.197 / 4.735 | 46 | 6,530,000 |
| 10/08/2012 | 102.357 / 98.459 | 5.236 / 4.818 | 9 | 460,000 |
| 10/05/2012 | 102.255 / 99.002 | 5.197 / 4.831 | 8 | 250,000 |
| 10/04/2012 | 102.89 / 99.5 | 5.16 / 4.75 | 20 | 2,490,000 |
| 10/03/2012 | 103 / 98.75 | 5.215 / 4.736 | 28 | 540,000 |
| 10/02/2012 | 103.091 / 99.052 | 5.193 / 4.724 | 53 | 3,780,000 |
| 10/01/2012 | 101.682 / 99.119 | 5.188 / 4.905 | 7 | 350,000 |
| 09/28/2012 | 103.498 / 98.375 | 5.242 / 4.673 | 12 | 505,000 |
| 09/27/2012 | 103.499 / 99.952 | 5.127 / 4.673 | 12 | 355,000 |
| 09/26/2012 | 102.925 / 98.5 | 5.233 / 4.746 | 26 | 1,230,000 |
| 09/25/2012 | 103.302 / 97.851 | 5.281 / 4.698 | 26 | 1,250,000 |
| 09/24/2012 | 102.925 / 98.051 | 5.266 / 4.746 | 13 | 270,000 |
| 09/21/2012 | 102 / 98.257 | 5.251 / 4.864 | 9 | 740,000 |
| 09/20/2012 | 101.682 / 98.052 | 5.266 / 4.905 | 14 | 555,000 |
| 09/19/2012 | 102.2 / 98 | 5.27 / 4.839 | 25 | 990,000 |
| 09/18/2012 | 102.325 / 98.05 | 5.266 / 4.823 | 10 | 1,015,000 |
| 09/17/2012 | 102.125 / 99.5 | 5.16 / 4.849 | 12 | 500,000 |
| 09/14/2012 | 102.5 / 99 | 5.197 / 4.8 | 28 | 1,440,000 |
| 09/13/2012 | 102.221 / 97.283 | 5.323 / 4.836 | 11 | 695,000 |
| 09/12/2012 | 102.863 / 98 | 5.27 / 4.755 | 44 | 2,265,000 |
| 09/11/2012 | 103.527 / 99 | 5.197 / 4.671 | 15 | 650,000 |
| 09/10/2012 | 102.825 / 97.75 | 5.288 / 4.76 | 20 | 1,630,000 |
| 09/07/2012 | 102.825 / 99.422 | 5.166 / 4.759 | 11 | 595,000 |
| 09/06/2012 | 103.5 / 97.75 | 5.288 / 4.675 | 28 | 1,560,000 |
| 09/05/2012 | 103.5 / 100 | 5.124 / 4.675 | 24 | 1,625,000 |
| 09/04/2012 | 103.8 / 98.75 | 5.215 / 4.638 | 32 | 915,000 |
| 08/31/2012 | 103.325 / 99 | 5.197 / 4.698 | 18 | 1,040,000 |
| 08/30/2012 | 103.8 / 99 | 5.197 / 4.638 | 19 | 1,410,000 |
| 08/29/2012 | 103 / 99.5 | 5.16 / 4.739 | 20 | 1,045,000 |
| 08/28/2012 | 104.602 / 99.5 | 5.16 / 4.539 | 14 | 1,820,000 |
| 08/27/2012 | 103.768 / 99.261 | 5.178 / 4.643 | 30 | 1,180,000 |
| 08/24/2012 | 102 / 99.243 | 5.179 / 4.866 | 2 | 70,000 |
| 08/23/2012 | 104.153 / 99.375 | 5.169 / 4.595 | 16 | 445,000 |
| 08/22/2012 | 103.125 / 100.5 | 5.059 / 4.724 | 7 | 490,000 |
| 08/21/2012 | 103.314 / 99.45 | 5.164 / 4.7 | 15 | 725,000 |
| 08/20/2012 | 103.2 / 99.55 | 5.157 / 4.715 | 20 | 505,000 |
| 08/17/2012 | 104 / 99.75 | 5.142 / 4.615 | 7 | 195,000 |
| 08/16/2012 | 103.692 / 99.875 | 5.133 / 4.653 | 27 | 1,710,000 |
| 08/15/2012 | 104.815 / 99.148 | 5.186 / 4.514 | 14 | 370,000 |
| 08/14/2012 | 104.5 / 99.508 | 5.16 / 4.553 | 12 | 415,000 |
| 08/13/2012 | 103.739 / 100.25 | 5.092 / 4.648 | 9 | 350,000 |

DS Obj. 00061

| Date | | | | |
|---|---|---|---|---|
| 08/10/2012 | 103.953 / 101.66 | 4.917 / 4.621 | 12 | 535,000 |
| 08/09/2012 | 104.221 / 99.5 | 5.16 / 4.588 | 14 | 1,190,000 |
| 08/08/2012 | 104.338 / 101 | 4.995 / 4.574 | 13 | 605,000 |
| 08/07/2012 | 104.599 / 100.642 | 5.041 / 4.542 | 7 | 365,000 |
| 08/06/2012 | 104.669 / 101.492 | 4.931 / 4.534 | 34 | 2,355,000 |
| 08/03/2012 | 104.669 / 101.619 | 4.916 / 4.534 | 12 | 245,000 |
| 08/02/2012 | 104.456 / 99.58 | 5.154 / 4.56 | 23 | 880,000 |
| 08/01/2012 | 104.118 / 100.148 | 5.105 / 4.602 | 47 | 3,975,000 |
| 07/31/2012 | 105.7 / 99 | 5.197 / 4.408 | 14 | 2,670,000 |
| 07/30/2012 | 104.971 / 99.866 | 5.134 / 4.497 | 13 | 1,000,000 |
| 07/27/2012 | 106.901 / 103 | 4.741 / 4.264 | 24 | 1,170,000 |
| 07/26/2012 | 103.014 / 102.3 | 4.83 / 4.74 | 6 | 205,000 |
| 07/25/2012 | 106 / 102 | 4.868 / 4.373 | 26 | 2,425,000 |
| 07/24/2012 | 104.25 / 101.268 | 4.961 / 4.587 | 13 | 2,410,000 |
| 07/23/2012 | 104.242 / 100.4 | 5.073 / 4.588 | 9 | 600,000 |
| 07/20/2012 | 104.795 / 100.75 | 5.027 / 4.52 | 7 | 370,000 |
| 07/19/2012 | 104.837 / 100 | 5.125 / 4.515 | 20 | 970,000 |
| 07/18/2012 | 104.852 / 101 | 4.996 / 4.513 | 20 | 2,080,000 |
| 07/17/2012 | 104.936 / 101.355 | 4.95 / 4.504 | 18 | 1,135,000 |
| 07/16/2012 | 104.6 / 100 | 5.125 / 4.545 | 17 | 590,000 |
| 07/13/2012 | 104 / 101.752 | 4.9 / 4.619 | 14 | 330,000 |
| 07/12/2012 | 104.625 / 101.268 | 4.962 / 4.54 | 8 | 255,000 |
| 07/11/2012 | 104 / 100.2 | 5.099 / 4.619 | 18 | 2,190,000 |
| 07/10/2012 | 103 / 100.579 | 5.05 / 4.744 | 4 | 630,000 |
| 07/09/2012 | 102.501 / 101.375 | 4.948 / 4.806 | 5 | 70,000 |
| 07/06/2012 | 103.391 / 99.25 | 5.179 / 4.695 | 6 | 160,000 |
| 07/05/2012 | 100 / 99.94 | 5.129 / 5.124 | 4 | 520,000 |
| 06/29/2012 | 103.602 / 100.973 | 5 / 4.67 | 5 | 115,000 |
| 06/27/2012 | 102.125 / 100 | 5.124 / 4.854 | 5 | 55,000 |
| 06/26/2012 | 102.375 / 99 | 5.197 / 4.823 | 2 | 65,000 |
| 06/25/2012 | 102.024 / 100.024 | 5.122 / 4.866 | 2 | 50,000 |
| 06/22/2012 | 102.5 / 99.024 | 5.195 / 4.807 | 5 | 150,000 |

Displaying 1,901 to 2,000 of 2,074 results    First | Previous | 1 | … | 17 | 18 | 19 | 20 | 21 | Next | Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2021 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | DMCA Policy | MSRB.org | MSRB Systems Status



© 2021 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2021, Fitch, Inc. All rights reserved. Copyright © 2021, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2021, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2021, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.9120-114-P3

DS Obj. 00062



| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A- 100% A+ |

**Click here for information on the MSRB response to COVID-19**

Home > Issuers By State > Puerto Rico > Issuer Homepage > Issue Details > Security Details

## Security Details

**CUSIP: 74514LB63***

COMMONWEALTH OF PUERTO RICO PUBLIC IMPROVEMENT REFUNDING BONDS, SERIES 2012 A (GENERAL OBLIGATION BONDS) (PR) PUERTO RICO COMWLTH PUB IMPT REF BDS 2012A (PR)*

| | |
|---|---|
| Coupon: | 5.125 % |
| Maturity Date: | 07/01/2037 |
| Dated Date: | 04/03/2012 |
| Initial Offering Price/Yield: | 98.254% |
| Principal Amount at Issuance: | $263,540,000 |
| Closing Date: | 04/03/2012 |
| Fiscal Year End Date: | 06/30/2017 |



| Trade Activity | Ratings | Disclosure Documents | Final Scale | Compare |

View real-time price and yield information for trades in this security.

Trade Summary | **Trade Details** | Search Trades

Display 100 results   Search within list:   First Previous 1 ... 17 18 19 20 21 Next Last

| Trade Date | High/Low Price (%) | High/Low Yield (%) | Trade Count | Total Trade Amount ($) |
|---|---|---|---|---|
| 06/21/2012 | 102.746 / 99.5 | 5.161 / 4.777 | 10 | 215,000 |
| 06/20/2012 | 102.625 / 99.981 | 5.126 / 4.79 | 19 | 445,000 |
| 06/19/2012 | 103.565 / 98.903 | 5.204 / 4.675 | 20 | 680,000 |
| 06/18/2012 | 102.51 / 99.5 | 5.161 / 4.806 | 22 | 815,000 |
| 06/15/2012 | 102.51 / 100.5 | 5.06 / 4.806 | 20 | 1,710,000 |
| 06/14/2012 | 102.5 / 99.25 | 5.179 / 4.808 | 25 | 1,310,000 |
| 06/13/2012 | 102.562 / 98.5 | 5.233 / 4.799 | 15 | 670,000 |
| 06/12/2012 | 102.563 / 99.536 | 5.158 / 4.8 | 23 | 1,170,000 |
| 06/11/2012 | 102.926 / 98.01 | 5.269 / 4.755 | 29 | 1,540,000 |
| 06/08/2012 | 103.75 / 97.762 | 5.287 / 4.653 | 37 | 7,595,000 |
| 06/07/2012 | 103.802 / 98.256 | 5.251 / 4.647 | 46 | 3,335,000 |
| 06/06/2012 | 103.77 / 98.756 | 5.214 / 4.651 | 32 | 3,075,000 |
| 06/05/2012 | 104.25 / 100.05 | 5.118 / 4.592 | 21 | 785,000 |
| 06/04/2012 | 104.311 / 100 | 5.124 / 4.585 | 23 | 1,195,000 |
| 06/01/2012 | 103.767 / 100.818 | 5.02 / 4.652 | 15 | 2,440,000 |
| 05/31/2012 | 105 / 100.25 | 5.092 / 4.502 | 8 | 1,300,000 |
| 05/30/2012 | 103.804 / 102.167 | 4.85 / 4.647 | 4 | 180,000 |
| 05/29/2012 | 103.805 / 99.875 | 5.134 / 4.648 | 7 | 420,000 |
| 05/25/2012 | 103.929 / 100.472 | 5.064 / 4.632 | 8 | 175,000 |
| 05/24/2012 | 104 / 100.237 | 5.094 / 4.624 | 16 | 540,000 |

DS Obj. 00063

| Date | | | | |
|---|---|---|---|---|
| 05/23/2012 | 104.193 / 99.846 | 5.130 / 4.6 | 22 | 530,000 |
| 05/22/2012 | 104.758 / 100 | 5.124 / 4.532 | 19 | 720,000 |
| 05/21/2012 | 104 / 100 | 5.124 / 4.624 | 21 | 1,525,000 |
| 05/18/2012 | 104.814 / 101 | 4.997 / 4.526 | 11 | 535,000 |
| 05/17/2012 | 104.649 / 99.898 | 5.132 / 4.546 | 31 | 4,725,000 |
| 05/16/2012 | 105.375 / 100.532 | 5.056 / 4.458 | 33 | 1,300,000 |
| 05/15/2012 | 105.375 / 101.25 | 4.966 / 4.458 | 47 | 4,010,000 |
| 05/14/2012 | 105.117 / 101.253 | 4.965 / 4.49 | 17 | 675,000 |
| 05/11/2012 | 104.75 / 100.755 | 5.028 / 4.534 | 34 | 1,435,000 |
| 05/10/2012 | 105.033 / 100.755 | 5.028 / 4.5 | 56 | 2,570,000 |
| 05/09/2012 | 105.558 / 101 | 4.997 / 4.437 | 37 | 4,720,000 |
| 05/08/2012 | 104.847 / 100.9 | 5.01 / 4.523 | 57 | 10,355,000 |
| 05/07/2012 | 104.233 / 100.75 | 5.029 / 4.597 | 20 | 2,840,000 |
| 05/04/2012 | 105.032 / 101.455 | 4.94 / 4.501 | 46 | 4,470,000 |
| 05/03/2012 | 103.785 / 99.792 | 5.139 / 4.652 | 60 | 18,385,000 |
| 05/02/2012 | 102.755 / 99.689 | 5.147 / 4.778 | 61 | 17,785,000 |
| 05/01/2012 | 102.5 / 99 | 5.196 / 4.81 | 68 | 3,110,000 |
| 04/30/2012 | 102.5 / 99.25 | 5.178 / 4.809 | 57 | 4,895,000 |
| 04/27/2012 | 102.5 / 100.017 | 5.121 / 4.81 | 32 | 1,885,000 |
| 04/26/2012 | 102.5 / 98.903 | 5.203 / 4.81 | 102 | 8,880,000 |
| 04/25/2012 | 102.5 / 99.25 | 5.178 / 4.81 | 49 | 3,295,000 |
| 04/24/2012 | 102.5 / 99.75 | 5.142 / 4.811 | 74 | 4,835,000 |
| 04/23/2012 | 102.547 / 98.775 | 5.212 / 4.805 | 45 | 1,915,000 |
| 04/20/2012 | 102.75 / 100.867 | 5.014 / 4.78 | 15 | 695,000 |
| 04/19/2012 | 102.05 / 99 | 5.196 / 4.866 | 31 | 35,795,000 |
| 04/18/2012 | 102.848 / 99.002 | 5.196 / 4.768 | 58 | 6,770,000 |
| 04/17/2012 | 102.252 / 99.25 | 5.178 / 4.842 | 31 | 3,120,000 |
| 04/16/2012 | 102.45 / 99.375 | 5.169 / 4.817 | 35 | 7,965,000 |
| 04/13/2012 | 102.649 / 98.875 | 5.205 / 4.793 | 38 | 2,745,000 |
| 04/12/2012 | 102 / 98.75 | 5.214 / 4.873 | 73 | 2,865,000 |
| 04/11/2012 | 102.25 / 98.5 | 5.232 / 4.842 | 70 | 3,860,000 |
| 04/10/2012 | 102.25 / 98.625 | 5.223 / 4.842 | 101 | 14,330,000 |
| 04/09/2012 | 102.125 / 98.75 | 5.214 / 4.858 | 95 | 19,325,000 |
| 04/05/2012 | 101.5 / 98 | 5.268 / 4.935 | 92 | 7,045,000 |
| 04/04/2012 | 101.483 / 98 | 5.269 / 4.938 | 96 | 4,430,000 |
| 04/03/2012 | 101.25 / 98.125 | 5.259 / 4.967 | 106 | 10,810,000 |
| 04/02/2012 | 101.5 / 98.362 | 5.242 / 4.936 | 92 | 10,640,000 |
| 03/30/2012 | 101.2 / 97.267 | 5.322 / 4.973 | 84 | 9,295,000 |
| 03/29/2012 | 100.984 / 97.4 | 5.313 / 5 | 123 | 10,115,000 |
| 03/28/2012 | 101 / 97.95 | 5.272 / 4.998 | 117 | 17,530,000 |
| 03/27/2012 | 101.75 / 98.05 | 5.264 / 4.905 | 129 | 30,865,000 |
| 03/26/2012 | 101 / 98.065 | 5.263 / 4.998 | 120 | 7,290,000 |
| 03/23/2012 | 101.375 / 97.743 | 5.287 / 4.951 | 134 | 20,645,000 |
| 03/22/2012 | 100.625 / 97.625 | 5.296 / 5.045 | 178 | 11,805,000 |
| 03/21/2012 | 100.75 / 97.175 | 5.329 / 5.029 | 306 | 26,790,000 |
| 03/20/2012 | 100.75 / 97.02 | 5.34 / 5.029 | 338 | 26,435,000 |
| 03/19/2012 | 100.625 / 97.125 | 5.333 / 5.045 | 358 | 30,310,000 |
| 03/16/2012 | 100.75 / 97 | 5.342 / 5.029 | 297 | 32,790,000 |

DS Obj. 00064

| | | | | | |
|---|---|---|---|---|---|
| 03/15/2012 | 100.75 / 96.94 | 5.346 / 5.029 | 472 | 99,666,000 |
| 03/14/2012 | 102 / 96.94 | 5.347 / 4.874 | 580 | 88,860,000 |
| 03/13/2012 | 102 / 98.2 | 5.254 / - | 312 | 44,105,000 |
| 03/12/2012 | 101.875 / 98.354 | 5.243 / - | 438 | 57,475,000 |
| 03/09/2012 | 102.25 / 97.938 | 5.273 / - | 687 | 86,595,000 |
| 03/08/2012 | 102.25 / 97.628 | 5.295 / - | 2183 | 805,530,000 |

Displaying 2,001 to 2,074 of 2,074 results    First  Previous  1  …  17  18  19  20  21  Next  Last

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2021 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights and in restrictions on use of such data. "CUSIP" is a registered trademark of ABA.



About EMMA | Sitemap | Privacy Policy | Terms of Use | DMCA Policy | MSRB.org | MSRB Systems Status

© 2021 Municipal Securities Rulemaking Board (MSRB)

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by Standard & Poor's Securities Evaluations, Inc., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2021, Fitch, Inc. All rights reserved. Copyright © 2021, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2021, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2021, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.9120-114-P3

DS Obj. 00065