|  | 6/30/2018 | 6/30/2019 | 6/30/2020 | 6/30/2021 |
|---|---:|---:|---:|---:|
| Central Government | $ 1,070,328,878 | $ 1,537,474,743 | $ 1,228,282,963 | $ 1,053,129,613 |
| Government Entities | 369,758,045 | 354,338,160 | 347,646,333 | 339,432,849 |
| Municipalities | 160,504,504 | 159,826,664 | 165,132,013 | 163,283,821 |
| Judicial Retirement System | 26,318,410 | 26,458,868 | 27,936,206 | 28,392,816 |
| Teachers' Retirement System | 806,906,050 | 825,894,861 | 874,134,920 | 909,002,893 |
| **Total** | **$ 2,433,815,889** | **$ 2,903,993,297** | **$ 2,643,132,436** | **$ 2,493,241,992** |
| Total (minus Govt Entities and Municipalities) | 1,903,553,340 | 2,389,828,472 | 2,130,354,090 | 1,990,525,322 |

EXHIBIT J

00094