**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                   Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Morrison & Foerster LLP and G. Carlo-Altieri Law Offices, LLC hereby enter their appearance in the above-captioned Title III cases (the "Title III Cases") as co-counsel to the Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group").

The Ad Hoc Group hereby requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by Prime Clerk LLC ("Prime Clerk") in its capacity as the Debtors' claims and noticing agent in the Title III Cases, and that Prime Clerk and all other parties in interest in the Title III Cases provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the Title III Cases to the persons listed below:

| | |
|---|---|
| **G. CARLO-ALTIERI LAW OFFICES, LLC**<br>254 San Jose St., Third Floor<br>San Juan, Puerto Rico 00901<br>Phone: (787) 247-6680<br>Facsimile: (787) 919-0527<br>Email: gacarlo@carlo-altierilaw.com | **MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Attn: Gary S. Lee<br>Theresa A. Foudy<br>James A. Newton<br>Andrew R. Kissner<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail: GLee@mofo.com<br>TFoudy@mofo.com<br>JNewton@mofo.com<br>AKissner@mofo.com |

*[Remainder of page intentionally left blank]*

ny-2276198

**RESPECTFULLY SUBMITTED**,

Dated: San Juan, Puerto Rico
October 26, 2021

**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: */s/ Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527
Email: gacarlo@carlo-altierilaw.com

-and-

**MORRISON & FOERSTER LLP**

By: */s/ Gary S. Lee*
Gary S. Lee (*admitted pro hac vice*)
Theresa A. Foudy (*admitted pro hac vice*)
James A. Newton (*admitted pro hac vice*)
Andrew R. Kissner (*admitted pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: Glee@mofo.com
TFoudy@mofo.com
JNewton@mofo.com
AKissner@mofo.com

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

ny-2276198