## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### THE DRA PARTIES' CONFIRMATION HEARING
### AMENDED EXHIBIT LIST

**To the Honorable United States District Court Judge Laura Taylor Swain:**

AmeriNational Community Services, LLC (the "**Servicer**"), as servicer for the GDB Debt Recovery Authority (the "**DRA**"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "**Collateral Monitor**" and, together with the Servicer, collectively, the "**DRA Parties**"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with bonds the DRA issued, respectfully submit their Amended Exhibit List for the Confirmation Hearing in accordance with paragraph 5 of the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment*, Dkt. No. 18502 (the "**Trial Procedures Order**") and paragraphs 1 through 4 of the *Order Regarding Confirmation Hearing Exhibit Procedures*, Dkt.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation  (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

No. 18749 (the "**Exhibit Procedures Order**", and collectively with the Trial Procedures Order, the "**Orders**").[2]

    1.      Pursuant to the Orders, the DRA Parties submit this Amended Exhibit List, setting forth a list of exhibits as originally identified in *The DRA Parties' Confirmation Hearing Witness List, Exhibit List and Deposition Designations*, Dkt. No. 18675 ("**Initial Exhibit List**"). The DRA Parties have extensively set forth their objections and reservations to the requirements associated with the submission of exhibits at this time in the Initial Exhibit List and will not rehash those objections and reservations here. Accordingly, the Initial Exhibit List is incorporated in its entirety and shall be deemed to have the same force and effect as if set forth in full herein.

## Amended Exhibit List

    The DRA Parties may use the following exhibits at the Plan confirmation hearing, subject to the objections and reservations herein and in the Initial Exhibit List:

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 1 | Treasury Single Account Cash Flow weekly report dated October 20, 2017 |
| DRA Ex. 2 | Treasury Single Account Cash Flow weekly report dated October 27, 2017 |
| DRA Ex. 3 | Treasury Single Account Cash Flow weekly report dated November 3, 2017 |
| DRA Ex. 4 | Treasury Single Account Cash Flow weekly report dated November 10, 2017 |
| DRA Ex. 5 | Treasury Single Account Cash Flow weekly report dated November 17, 2017 |
| DRA Ex. 6 | Treasury Single Account Cash Flow weekly report dated November 24, 2017 |
| DRA Ex. 7 | Treasury Single Account Cash Flow weekly report dated December 1, 2017 |
| DRA Ex. 8 | Treasury Single Account Cash Flow weekly report dated December 8, 2017 |

---

[2] Unless otherwise indicated, all docket references herein refer to the docket of Case No. 17-BK-3283 (LTS).

[3] The descriptions provided herein are for reference only and are not meant to be comprehensive.

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 9 | Treasury Single Account Cash Flow weekly report dated December 15, 2017 |
| DRA Ex. 10 | Treasury Single Account Cash Flow weekly report dated December 22, 2017 |
| DRA Ex. 11 | Treasury Single Account Cash Flow weekly report dated December 29, 2017 |
| DRA Ex. 12 | Treasury Single Account Cash Flow weekly report dated January 5, 2018 |
| DRA Ex. 13 | Treasury Single Account Cash Flow weekly report dated January 12, 2018 |
| DRA Ex. 14 | Treasury Single Account Cash Flow weekly report dated January 19, 2018 |
| DRA Ex. 15 | Treasury Single Account Cash Flow weekly report dated January 26, 2018 |
| DRA Ex. 16 | Treasury Single Account Cash Flow weekly report dated February 2, 2018 |
| DRA Ex. 17 | Treasury Single Account Cash Flow weekly report dated February 9, 2018 |
| DRA Ex. 18 | Treasury Single Account Cash Flow weekly report dated February 16, 2018 |
| DRA Ex. 19 | Treasury Single Account Cash Flow weekly report dated February 23, 2018 |
| DRA Ex. 20 | Treasury Single Account Cash Flow weekly report dated March 2, 2018 |
| DRA Ex. 21 | Treasury Single Account Cash Flow weekly report dated March 9, 2018 |
| DRA Ex. 22 | Treasury Single Account Cash Flow weekly report dated March 16, 2018 |
| DRA Ex. 23 | Treasury Single Account Cash Flow weekly report dated March 23, 2018 |
| DRA Ex. 24 | Treasury Single Account Cash Flow weekly report dated March 30, 2018 |
| DRA Ex. 25 | Treasury Single Account Cash Flow weekly report dated April 6, 2018 |
| DRA Ex. 26 | Treasury Single Account Cash Flow weekly report dated April 13, 2018 |
| DRA Ex. 27 | Treasury Single Account Cash Flow weekly report dated April 20, 2018 |
| DRA Ex. 28 | Treasury Single Account Cash Flow weekly report dated April 27, 2018 |
| DRA Ex. 29 | Treasury Single Account Cash Flow weekly report dated May 4, 2018 |
| DRA Ex. 30 | Treasury Single Account Cash Flow weekly report dated May 11, 2018 |
| DRA Ex. 31 | Treasury Single Account Cash Flow weekly report dated May 18, 2018 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 32 | Treasury Single Account Cash Flow weekly report dated May 25, 2018 |
| DRA Ex. 33 | Treasury Single Account Cash Flow weekly report dated June 1, 2018 |
| DRA Ex. 34 | Treasury Single Account Cash Flow weekly report dated June 8, 2018 |
| DRA Ex. 35 | Treasury Single Account Cash Flow weekly report dated June 15, 2018 |
| DRA Ex. 36 | Treasury Single Account Cash Flow weekly report dated June 22, 2018 |
| DRA Ex. 37 | Treasury Single Account Cash Flow weekly report dated June 29, 2018 |
| DRA Ex. 38 | Treasury Single Account Cash Flow weekly report dated July 6, 2018 |
| DRA Ex. 39 | Treasury Single Account Cash Flow weekly report dated July 13, 2018 |
| DRA Ex. 40 | Treasury Single Account Cash Flow weekly report dated July 20, 2018 |
| DRA Ex. 41 | Treasury Single Account Cash Flow weekly report dated July 27, 2018 |
| DRA Ex. 42 | Treasury Single Account Cash Flow weekly report dated August 3, 2018 |
| DRA Ex. 43 | Treasury Single Account Cash Flow weekly report dated August 10, 2018 |
| DRA Ex. 44 | Treasury Single Account Cash Flow weekly report dated August 17, 2018 |
| DRA Ex. 45 | Treasury Single Account Cash Flow weekly report dated August 24, 2018 |
| DRA Ex. 46 | Treasury Single Account Cash Flow weekly report dated August 31, 2018 |
| DRA Ex. 47 | Treasury Single Account Cash Flow weekly report dated September 7, 2018 |
| DRA Ex. 48 | Treasury Single Account Cash Flow weekly report dated September 14, 2018 |
| DRA Ex. 49 | Treasury Single Account Cash Flow weekly report dated September 21, 2018 |
| DRA Ex. 50 | Treasury Single Account Cash Flow weekly report dated September 28, 2018 |
| DRA Ex. 51 | Treasury Single Account Cash Flow weekly report dated October 5, 2018 |
| DRA Ex. 52 | Treasury Single Account Cash Flow weekly report dated October 12, 2018 |
| DRA Ex. 53 | Treasury Single Account Cash Flow weekly report dated October 19, 2018 |
| DRA Ex. 54 | Treasury Single Account Cash Flow weekly report dated October 26, 2018 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 55 | Treasury Single Account Cash Flow weekly report dated November 2, 2018 |
| DRA Ex. 56 | Treasury Single Account Cash Flow weekly report dated November 9, 2018 |
| DRA Ex. 57 | Treasury Single Account Cash Flow weekly report dated November 16, 2018 |
| DRA Ex. 58 | Treasury Single Account Cash Flow weekly report dated November 23, 2018 |
| DRA Ex. 59 | Treasury Single Account Cash Flow weekly report dated November 30, 2018 |
| DRA Ex. 60 | Treasury Single Account Cash Flow weekly report dated December 7, 2018 |
| DRA Ex. 61 | Treasury Single Account Cash Flow weekly report dated December 14, 2018 |
| DRA Ex. 62 | Treasury Single Account Cash Flow weekly report dated December 21, 2018 |
| DRA Ex. 63 | Treasury Single Account Cash Flow weekly report dated December 28, 2018 |
| DRA Ex. 64 | Treasury Single Account Cash Flow weekly report dated January 4, 2019 |
| DRA Ex. 65 | Treasury Single Account Cash Flow weekly report dated January 11, 2019 |
| DRA Ex. 66 | Treasury Single Account Cash Flow weekly report dated January 18, 2019 |
| DRA Ex. 67 | Treasury Single Account Cash Flow weekly report dated January 25, 2019 |
| DRA Ex. 68 | Treasury Single Account Cash Flow weekly report dated February 1, 2019 |
| DRA Ex. 69 | Treasury Single Account Cash Flow weekly report dated February 8, 2019 |
| DRA Ex. 70 | Treasury Single Account Cash Flow weekly report dated February 15, 2019 |
| DRA Ex. 71 | Treasury Single Account Cash Flow weekly report dated February 22, 2019 |
| DRA Ex. 72 | Treasury Single Account Cash Flow weekly report dated March 1, 2019 |
| DRA Ex. 73 | Treasury Single Account Cash Flow weekly report dated March 8, 2019 |
| DRA Ex. 74 | Treasury Single Account Cash Flow weekly report dated March 15, 2019 |
| DRA Ex. 75 | Treasury Single Account Cash Flow weekly report dated March 22, 2019 |
| DRA Ex. 76 | Treasury Single Account Cash Flow weekly report dated March 29, 2019 |
| DRA Ex. 77 | Treasury Single Account Cash Flow weekly report dated April 5, 2019 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 78 | Treasury Single Account Cash Flow weekly report dated April 12, 2019 |
| DRA Ex. 79 | Treasury Single Account Cash Flow weekly report dated April 19, 2019 |
| DRA Ex. 80 | Treasury Single Account Cash Flow weekly report dated April 26, 2019 |
| DRA Ex. 81 | Treasury Single Account Cash Flow weekly report dated May 3, 2019 |
| DRA Ex. 82 | Treasury Single Account Cash Flow weekly report dated May 10, 2019 |
| DRA Ex. 83 | Treasury Single Account Cash Flow weekly report dated May 17, 2019 |
| DRA Ex. 84 | Treasury Single Account Cash Flow weekly report dated May 24, 2019 |
| DRA Ex. 85 | Treasury Single Account Cash Flow weekly report dated May 31, 2019 |
| DRA Ex. 86 | Treasury Single Account Cash Flow weekly report dated June 7, 2019 |
| DRA Ex. 87 | Treasury Single Account Cash Flow weekly report dated June 14, 2019 |
| DRA Ex. 88 | Treasury Single Account Cash Flow weekly report dated June 21, 2019 |
| DRA Ex. 89 | Treasury Single Account Cash Flow weekly report dated June 28, 2019 |
| DRA Ex. 90 | Treasury Single Account Cash Flow weekly report dated July 5, 2019 |
| DRA Ex. 91 | Treasury Single Account Cash Flow weekly report dated July 12, 2019 |
| DRA Ex. 92 | Treasury Single Account Cash Flow weekly report dated July 19, 2019 |
| DRA Ex. 93 | Treasury Single Account Cash Flow weekly report dated July 26, 2019 |
| DRA Ex. 94 | Treasury Single Account Cash Flow weekly report dated August 2, 2019 |
| DRA Ex. 95 | Treasury Single Account Cash Flow weekly report dated August 9, 2019 |
| DRA Ex. 96 | Treasury Single Account Cash Flow weekly report dated August 16, 2019 |
| DRA Ex. 97 | Treasury Single Account Cash Flow weekly report dated August 23, 2019 |
| DRA Ex. 98 | Treasury Single Account Cash Flow weekly report dated August 30, 2019 |
| DRA Ex. 99 | Treasury Single Account Cash Flow weekly report dated September 6, 2019 |
| DRA Ex. 100 | Treasury Single Account Cash Flow weekly report dated September 13, 2019 |
| DRA Ex. 101 | Treasury Single Account Cash Flow weekly report dated September 20, 2019 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 102 | Treasury Single Account Cash Flow weekly report dated September 27, 2019 |
| DRA Ex. 103 | Treasury Single Account Cash Flow weekly report dated October 4, 2019 |
| DRA Ex. 104 | Treasury Single Account Cash Flow weekly report dated October 11, 2019 |
| DRA Ex. 105 | Treasury Single Account Cash Flow weekly report dated October 18, 2019 |
| DRA Ex. 106 | Treasury Single Account Cash Flow weekly report dated October 25, 2019 |
| DRA Ex. 107 | Treasury Single Account Cash Flow weekly report dated November 1, 2019 |
| DRA Ex. 108 | Treasury Single Account Cash Flow weekly report dated November 8, 2019 |
| DRA Ex. 109 | Treasury Single Account Cash Flow weekly report dated November 15, 2019 |
| DRA Ex. 110 | Treasury Single Account Cash Flow weekly report dated November 22, 2019 |
| DRA Ex. 111 | Treasury Single Account Cash Flow weekly report dated November 29, 2019 |
| DRA Ex. 112 | Treasury Single Account Cash Flow weekly report dated December 6, 2019 |
| DRA Ex. 113 | Treasury Single Account Cash Flow weekly report dated December 13, 2019 |
| DRA Ex. 114 | Treasury Single Account Cash Flow weekly report dated December 20, 2019 |
| DRA Ex. 115 | Treasury Single Account Cash Flow weekly report dated December 27, 2019 |
| DRA Ex. 116 | Treasury Single Account Cash Flow weekly report dated January 3, 2020 |
| DRA Ex. 117 | Treasury Single Account Cash Flow weekly report dated January 10, 2020 |
| DRA Ex. 118 | Treasury Single Account Cash Flow weekly report dated January 17, 2020 |
| DRA Ex. 119 | Treasury Single Account Cash Flow weekly report dated January 24, 2020 |
| DRA Ex. 120 | Treasury Single Account Cash Flow weekly report dated January 31, 2020 |
| DRA Ex. 121 | Treasury Single Account Cash Flow weekly report dated February 7, 2020 |
| DRA Ex. 122 | Treasury Single Account Cash Flow weekly report dated February 14, 2020 |
| DRA Ex. 123 | Treasury Single Account Cash Flow weekly report dated February 21, 2020 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 124 | Treasury Single Account Cash Flow weekly report dated February 28, 2020 |
| DRA Ex. 125 | Treasury Single Account Cash Flow weekly report dated March 6, 2020 |
| DRA Ex. 126 | Treasury Single Account Cash Flow weekly report dated March 13 2020 |
| DRA Ex. 127 | Treasury Single Account Cash Flow weekly report dated March 20, 2020 |
| DRA Ex. 128 | Treasury Single Account Cash Flow weekly report dated March 27, 2020 |
| DRA Ex. 129 | Treasury Single Account Cash Flow weekly report dated April 3, 2020 |
| DRA Ex. 130 | Treasury Single Account Cash Flow weekly report dated April 10, 2020 |
| DRA Ex. 131 | Treasury Single Account Cash Flow weekly report dated April 17, 2020 |
| DRA Ex. 132 | Treasury Single Account Cash Flow weekly report dated April 24, 2020 |
| DRA Ex. 133 | Treasury Single Account Cash Flow weekly report dated May 1, 2020 |
| DRA Ex. 134 | Treasury Single Account Cash Flow weekly report dated May 8, 2020 |
| DRA Ex. 135 | Treasury Single Account Cash Flow weekly report dated May 15, 2020 |
| DRA Ex. 136 | Treasury Single Account Cash Flow weekly report dated May 22, 2020 |
| DRA Ex. 137 | Treasury Single Account Cash Flow weekly report dated May 29, 2020 |
| DRA Ex. 138 | Treasury Single Account Cash Flow weekly report dated June 5, 2020 |
| DRA Ex. 139 | Treasury Single Account Cash Flow weekly report dated June 12, 2020 |
| DRA Ex. 140 | Treasury Single Account Cash Flow weekly report dated June 19, 2020 |
| DRA Ex. 141 | Treasury Single Account Cash Flow weekly report dated June 26, 2020 |
| DRA Ex. 142 | Treasury Single Account Cash Flow weekly report dated July 3, 2020 |
| DRA Ex. 143 | Treasury Single Account Cash Flow weekly report dated July 10, 2020 |
| DRA Ex. 144 | Treasury Single Account Cash Flow weekly report dated July 17, 2020 |
| DRA Ex. 145 | Treasury Single Account Cash Flow weekly report dated July 24, 2020 |
| DRA Ex. 146 | Treasury Single Account Cash Flow weekly report dated July 31, 2020 |
| DRA Ex. 147 | Treasury Single Account Cash Flow weekly report dated August 7, 2020 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 148 | Treasury Single Account Cash Flow weekly report dated August 14, 2020 |
| DRA Ex. 149 | Treasury Single Account Cash Flow weekly report dated August 21, 2020 |
| DRA Ex. 150 | Treasury Single Account Cash Flow weekly report dated August 28, 2020 |
| DRA Ex. 151 | Treasury Single Account Cash Flow weekly report dated September 4, 2020 |
| DRA Ex. 152 | Treasury Single Account Cash Flow weekly report dated September 11, 2020 |
| DRA Ex. 153 | Treasury Single Account Cash Flow weekly report dated September 18, 2020 |
| DRA Ex. 154 | Treasury Single Account Cash Flow weekly report dated September 25, 2020 |
| DRA Ex. 155 | Treasury Single Account Cash Flow weekly report dated October 2, 2020 |
| DRA Ex. 156 | Treasury Single Account Cash Flow weekly report dated October 9, 2020 |
| DRA Ex. 157 | Treasury Single Account Cash Flow weekly report dated October 16, 2020 |
| DRA Ex. 158 | Treasury Single Account Cash Flow weekly report dated October 23, 2020 |
| DRA Ex. 159 | Treasury Single Account Cash Flow weekly report dated October 30, 2020 |
| DRA Ex. 160 | Treasury Single Account Cash Flow weekly report dated November 6, 2020 |
| DRA Ex. 161 | Treasury Single Account Cash Flow weekly report dated November 13, 2020 |
| DRA Ex. 162 | Treasury Single Account Cash Flow weekly report dated November 20, 2020 |
| DRA Ex. 163 | Treasury Single Account Cash Flow weekly report dated November 27, 2020 |
| DRA Ex. 164 | Treasury Single Account Cash Flow weekly report dated December 4, 2020 |
| DRA Ex. 165 | Treasury Single Account Cash Flow weekly report dated December 11, 2020 |
| DRA Ex. 166 | Treasury Single Account Cash Flow weekly report dated December 18, 2020 |
| DRA Ex. 167 | Treasury Single Account Cash Flow weekly report dated December 25, 2020 |
| DRA Ex. 168 | Treasury Single Account Cash Flow weekly report dated January 1, 2021 |
| DRA Ex. 169 | Treasury Single Account Cash Flow weekly report dated January 8, 2021 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 170 | Treasury Single Account Cash Flow weekly report dated January 15, 2021 |
| DRA Ex. 171 | Treasury Single Account Cash Flow weekly report dated January 22, 2021 |
| DRA Ex. 172 | Treasury Single Account Cash Flow weekly report dated January 29, 2021 |
| DRA Ex. 173 | Treasury Single Account Cash Flow weekly report dated February 5, 2021 |
| DRA Ex. 174 | Treasury Single Account Cash Flow weekly report dated February 12, 2021 |
| DRA Ex. 175 | Treasury Single Account Cash Flow weekly report dated February 19, 2021 |
| DRA Ex. 176 | Treasury Single Account Cash Flow weekly report dated February 26, 2021 |
| DRA Ex. 177 | Treasury Single Account Cash Flow weekly report dated March 5, 2021 |
| DRA Ex. 178 | Treasury Single Account Cash Flow weekly report dated March 12, 2021 |
| DRA Ex. 179 | Treasury Single Account Cash Flow weekly report dated March 19, 2021 |
| DRA Ex. 180 | Treasury Single Account Cash Flow weekly report dated March 26, 2021 |
| DRA Ex. 181 | Treasury Single Account Cash Flow weekly report dated April 2, 2021 |
| DRA Ex. 182 | Treasury Single Account Cash Flow weekly report dated April 9, 2021 |
| DRA Ex. 183 | Treasury Single Account Cash Flow weekly report dated April 16, 2021 |
| DRA Ex. 184 | Treasury Single Account Cash Flow weekly report dated April 23, 2021 |
| DRA Ex. 185 | Treasury Single Account Cash Flow weekly report dated April 30, 2021 |
| DRA Ex. 186 | Treasury Single Account Cash Flow weekly report dated May 7, 2021 |
| DRA Ex. 187 | Treasury Single Account Cash Flow weekly report dated May 14, 2021 |
| DRA Ex. 188 | Treasury Single Account Cash Flow weekly report dated May 21, 2021 |
| DRA Ex. 189 | Treasury Single Account Cash Flow weekly report dated May 28, 2021 |
| DRA Ex. 190 | Treasury Single Account Cash Flow weekly report dated June 4, 2021 |
| DRA Ex. 191 | Treasury Single Account Cash Flow weekly report dated June 11, 2021 |
| DRA Ex. 192 | Treasury Single Account Cash Flow weekly report dated June 18, 2021 |
| DRA Ex. 193 | Treasury Single Account Cash Flow weekly report dated June 25, 2021 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 194 | Treasury Single Account Cash Flow weekly report dated June 30, 2021 |
| DRA Ex. 195 | Treasury Single Account Cash Flow weekly report dated July 9, 2021 |
| DRA Ex. 196 | Treasury Single Account Cash Flow weekly report dated July 16, 2021 |
| DRA Ex. 197 | Treasury Single Account Cash Flow weekly report dated July 23, 2021 |
| DRA Ex. 198 | Treasury Single Account Cash Flow weekly report dated July 30, 2021 |
| DRA Ex. 199 | Treasury Single Account Cash Flow weekly report dated August 6, 2021 |
| DRA Ex. 200 | Treasury Single Account Cash Flow weekly report dated August 13, 2021 |
| DRA Ex. 201 | Treasury Single Account Cash Flow weekly report dated August 20, 2021 |
| DRA Ex. 202 | Treasury Single Account Cash Flow weekly report dated August 27, 2021 |
| DRA Ex. 203 | Treasury Single Account Cash Flow weekly report dated September 3, 2021 |
| DRA Ex. 204 | Treasury Single Account Cash Flow weekly report dated September 10, 2021 |
| DRA Ex. 205 | Treasury Single Account Cash Flow weekly report dated September 17, 2021 |
| DRA Ex. 206 | Treasury Single Account Cash Flow weekly report dated September 24, 2021 |
| DRA Ex. 207 | HTA/CCDA Plan Support Agreement |
| DRA Ex. 208 | "Jenniffer González anuncia que Medicaid ya cuenta con los $2.9 billones para el próximo año fiscal," Jenniffer González Colón press release |
| DRA Ex. 209 | "Puerto Rico to Get $2.9 Billion Next Fiscal Year for Medicaid," *The Weekly Journal*, September 17, 2021 |
| DRA Ex. 210 | "The Curious Case of Puerto Rico's Medicaid Funding," *Washington Post*, September 28, 2021 |
| DRA Ex. 211 | Administrative Bulletin OE-2016-018 dated May 17, 2016 |
| DRA Ex. 212 | Administrative Bulletin EO-2016-030 dated June 30, 2016 |
| DRA Ex. 213 | Administrative Bulletin EO-2016-031 dated June 30, 2016 |
| DRA Ex. 214 | Commonwealth of Puerto Rico 2016 Operating Report |
| DRA Ex. 215 | The Assignment and Security Agreement executed by and between HTA and GDB on August 28, 2013 |
| DRA Ex. 216 | First Amendment to Assignment and Security Agreement (March 31, 2015) between PR HTA and the GDB |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 217 | Second Amendment to Assignment and Security Agreement (April 21, 2015) between PR HTA and the GDB |
| DRA Ex. 218 | Third Amendment to Assignment and Security Agreement (June 16, 2015) between PR HTA and the GDB |
| DRA Ex. 219 | Fourth Amendment to Assignment and Security Agreement (July 30, 2015) between PR HTA and the GDB |
| DRA Ex. 220 | Fifth Amendment to Assignment and Security Agreement (November 10, 2015) between PR HTA and the GDB |
| DRA Ex. 221 | Sixth Amendment to Assignment and Security Agreement (January 19, 2016) between PR HTA and the GDB |
| DRA Ex. 222 | Financing Statement – UCC filing of Aug. 29, 2013 |
| DRA Ex. 223 | Financing Statement Amendment of March 2015 |
| DRA Ex. 224 | GDB Proof of claim (transferred to the DRA) No. 29485 [Dkt. Nos. 4970 and 5628] |
| DRA Ex. 225 | GDB Debt Recovery Authority Bonds (Taxable) $2,597,754,625 Aggregate Principal Amount of 7.500% Bonds Due 2040 |
| DRA Ex. 226 | Offering Memorandum for GDB Debt Recovery Authority Bonds, dated as of November 7, 2018 |
| DRA Ex. 227 | Master Transfer Agreement between the GDB and DRA dated November 29, 2018 |
| DRA Ex. 228 | AAFAF's Response and Objections to the DRA Parties' First Request For Production of Documents, dated August 13, 2021 |
| DRA Ex. 229 | Fiscal Plan For Puerto Rico, dated March 13, 2017 |
| DRA Ex. 230 | New Fiscal Plan For Puerto Rico, dated May 30, 2018 |
| DRA Ex. 231 | New Fiscal Plan for Puerto Rico dated April 19, 2018 |
| DRA Ex. 232 | New Fiscal Plan for Puerto Rico dated June 29, 2018 |
| DRA Ex. 233 | New Fiscal Plan for Puerto Rico dated October 23, 2018 |
| DRA Ex. 234 | Fiscal Plan For Puerto Rico, dated May 9, 2019 |
| DRA Ex. 235 | Fiscal Plan For Puerto Rico, dated May 27, 2020 |
| DRA Ex. 236 | Fiscal Plan For Puerto Rico, dated April 23, 2021 |
| DRA Ex. 237 | Puerto Rico Highways and Transportation Authority Certified Revised Fiscal Plan, dated June 29, 2018 |
| DRA Ex. 238 | Puerto Rico Highways and Transportation Authority Certified Revised Fiscal Plan, dated June 5, 2019 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 239 | Puerto Rico Highways and Transportation Authority Certified Fiscal Plan, dated June 26, 2020 |
| DRA Ex. 240 | Puerto Rico Highways and Transportation Authority Certified Fiscal Plan, dated May 27, 2021 |
| DRA Ex. 241 | Commonwealth of Puerto Rico Basic Financial Statement and Required Supplementary Information with Independent Auditors' Report Thereon, dated June 30, 2016 |
| DRA Ex. 242 | Commonwealth of Puerto Rico Basic Financial Statement and Required Supplementary Information with Independent Auditors' Report Thereon, dated June 30, 2017 |
| DRA Ex. 243 | Commonwealth of Puerto Rico Basic Financial Statement and Required Supplementary Information with Independent Auditors' Report Thereon, dated June 30, 2018 |
| DRA Ex. 244 | [Duplicate of DRA Ex. 214 Removed] |
| DRA Ex. 245 | Puerto Rico Highways and Transportation Authority Independent Auditors' Report and Required Supplementary Information and Supplementary Schedules and Audit of Federal Awards, Fiscal Year Ended June 30, 2016 |
| DRA Ex. 246 | Puerto Rico Highways and Transportation Authority Independent Auditors' Report and Required Supplementary Information and Supplementary Schedules and Audit of Federal Awards, Fiscal Year Ended June 30, 2017 |
| DRA Ex. 247 | Puerto Rico Highways and Transportation Authority Independent Auditors' Report and Required Supplementary Information and Supplementary Schedules and Audit of Federal Awards, Fiscal Year Ended June 30, 2018 |
| DRA Ex. 248 | Puerto Rico Highways and Transportation Authority Financial Statements with Independent Auditors' Report and Required Supplementary Information and Supplementary Information, Fiscal Year Ended June 30, 2019 |
| DRA Ex. 249 | Letter from M. Dale to T. Mott, et al., dated September 10, 2021 |
| DRA Ex. 250 | 2020 COFINA Fiscal Plan dated June 19, 2020 |
| DRA Ex. 251 | Certified Budget for the Commonwealth of Puerto Rico, Fiscal Year 2022, dated June 30, 2021 |
| DRA Ex. 252 | Debtors' Preliminary List of Witnesses to Be Offered in Support of Confirmation of Plan of Adjustment |
| DRA Ex. 253 | Reporte R0334- Crudita AAFAF_CONF_0006284 |
| DRA Ex. 254 | PRIFAS Control Sheet dated May 27, 2020 AAFAF_CONF_0006285 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 255 | HTA Vouchers received February 15 and September 14, 2017<br>AAFAF_CONF_0006291 |
| DRA Ex. 256 | PRIFAS Control Sheet dated April 15, 2020<br>AAFAF_CONF_0006297 |
| DRA Ex. 257 | PRIFAS Control Sheet dated April 29, 2020<br>AAFAF_CONF_0006300 |
| DRA Ex. 258 | Email Chain Re: HTA – Bank Account dated March 31, 2019<br>Ambac_Cash_2004_002 0022578 |
| DRA Ex. 259 | Oriental Bank Statement for HTA dated December 31, 2019<br>Ambac_Cash_2004_002 0022582 |
| DRA Ex. 260 | Oriental Bank Statement for HTA dated June 30, 2019<br>Ambac_Cash_2004_002 0022585 |
| DRA Ex. 261 | Oriental Bank Statement for HTA dated September 30, 2019<br>Ambac_Cash_2004_002 0022589 |
| DRA Ex. 262 | Email Chain Re: HTA – Bank Account dated October 10, 2019<br>Ambac_Cash_2004_002 0019984 |
| DRA Ex. 263 | Entidades Oficiales ELA - Custodia Hacienda Part 2<br>Ambac_Cash_2004_002 0023051 |
| DRA Ex. 264 | Oriental Bank Statement for HTA dated June 30, 2020<br>Ambac_Cash_2004_002 0031934 |
| DRA Ex. 265 | Puerto Rico Department of Treasury TSA March and Third Quarter FY 2018 Cash Flow<br>CW_STAY0000203 |
| DRA Ex. 266 | Administrative Bulletin OE-2015-046<br>CW_STAY0000954 |
| DRA Ex. 267 | PRIFAS Codes Index<br>CW_STAY0010548 |
| DRA Ex. 268 | Undated Letter from OMB responding to Appendix B Request 4 from the Board attaching charts of Revenue Accounts, Expense Accounts, and Accounts Held at Nongovernmental Banks<br>CW_STAY0034228 |
| DRA Ex. 269 | Fund 278 PRIFAS Export<br>CW_STAY0048545 |
| DRA Ex. 270 | Fund 278 Account Mapping<br>CW_STAY0049729 |
| DRA Ex. 271 | Funds 793 and 278 Voucher Tabulation<br>CW_STAY0049730 |
| DRA Ex. 272 | Diesel Revenues Fiscal Year 2015-2016<br>BDO PR_000068 |
| DRA Ex. 273 | Gasoline Revenues Fiscal Year 2015-2016<br>BDO PR_000025 |
| DRA Ex. 274 | Audit Workpaper re Treasury Letter to BDO dated Aug. 6, 2018<br>BDO PR_000117 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 275 | Audit Workpaper re Treasury Letter to BDO dated December 12, 2018<br>BDO PR_000092 |
| DRA Ex. 276 | Email re: "FW: Item no. 11 - Analysis of the subsquent collections from the Department of the Treasury corresponding to FY 18 and the related PCA to record the bad debt reserva at<br>6/30/18." dated October 31, 2018<br>BDO PR_000170 |
| DRA Ex. 277 | Email re: "Certificacion de Hacienda" dated July 20, 2017<br>BDO PR_000164 |
| DRA Ex. 278 | 278 Fund Accreditation FY 2014-2015<br>HTA_STAY0000207 |
| DRA Ex. 279 | 278 Fund Accreditation November 2015 – December 2019<br>HTA_STAY0008372 |
| DRA Ex. 280 | 278 Fund Accreditation November 2015-November 2020<br>HTA_STAY0054675 |
| DRA Ex. 281 | Email re: "02-06-2018 Detailed Excise Taxes and License Fees Revenues 2016 - 2017 (Auditoria FY16-17)" dated February 6, 2018.<br>BDO PR_002314 |
| DRA Ex. 282 | HTA Gasoline Excise Tax Revenues FY 2015-2016<br>HTA_STAY0000223 |
| DRA Ex. 283 | HTA Vouchers dated March 24-May 18, 2015<br>HTA_STAY0000454 |
| DRA Ex. 284 | Treasury Transfer Authorizations April-December 2015<br>HTA_STAY0000614 |
| DRA Ex. 285 | HTA Vouchers and Treasury Authorizations June 2015-February 2016<br>HTA_STAY0000628 |
| DRA Ex. 286 | HTA Audited Financial Statements for Year Ended June 30, 2015<br>HTA_STAY0000654 |
| DRA Ex. 287 | Treasury Authorizations January-December 2015<br>HTA_STAY0007985 |
| DRA Ex. 288 | BNY Mellon Account -8281 Statement June 2015<br>HTA_STAY0008494 |
| DRA Ex. 289 | BNY Mellon Account -8282 Statement June 2015<br>HTA_STAY0008496 |
| DRA Ex. 290 | BNY Mellon Account -0267 Statement July 2015<br>HTA_STAY0008764 |
| DRA Ex. 291 | BNY Mellon Account -0461 Statement August 2015<br>HTA_STAY0008953 |
| DRA Ex. 292 | BNY Mellon Account -5474 Statement October 2015<br>HTA_STAY0009259 |
| DRA Ex. 293 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Feb. 2016<br>HTA_STAY0011917 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 294 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2015 HTA_STAY0011921 |
| DRA Ex. 295 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jun. 2016 HTA_STAY0011931 |
| DRA Ex. 296 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2015 HTA_STAY0011945 |
| DRA Ex. 297 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jan. 2015 HTA_STAY0011959 |
| DRA Ex. 298 | Bank Reconciliation by the HTA Accounting Office for September 2016 HTA_STAY0012043 |
| DRA Ex. 299 | Oriental Bank Statement for HTA dated Jan. 31, 2015 HTA_STAY0012679 |
| DRA Ex. 300 | Oriental Bank Statement for HTA dated Feb. 28, 2015 HTA_STAY0012691 |
| DRA Ex. 301 | Oriental Bank Statement for HTA dated Mar. 31, 2015 HTA_STAY0012701 |
| DRA Ex. 302 | Oriental Bank Statement for HTA dated Apr. 30, 2015 HTA_STAY0012716 |
| DRA Ex. 303 | Oriental Bank Statement for HTA dated May. 31, 2015 HTA_STAY0012729 |
| DRA Ex. 304 | Oriental Bank Statement for HTA dated Jun. 30, 2015 HTA_STAY0012742 |
| DRA Ex. 305 | Oriental Bank Statement for HTA dated Jul. 31, 2015 HTA_STAY0012756 |
| DRA Ex. 306 | Oriental Bank Statement for HTA dated Aug. 31, 2015 HTA_STAY0012776 |
| DRA Ex. 307 | Oriental Bank Statement for HTA dated Sept. 30, 2015 HTA_STAY0012793 |
| DRA Ex. 308 | Oriental Bank Statement for HTA dated Oct. 31, 2015 HTA_STAY0012803 |
| DRA Ex. 309 | Oriental Bank Statement for HTA dated Nov. 30, 2015 HTA_STAY0012806 |
| DRA Ex. 310 | Economic Factors and Fiscal Year 2017 Budget, dated Dec. 22, 2017 HTA_STAY0028739 |
| DRA Ex. 311 | BNY Mellon Account -8281 Statement Feb. 2015 HTA_STAY0031520 |
| DRA Ex. 312 | BNY Mellon Account -8281 Statement Mar. 2014-Feb. 2015 HTA_STAY0031601 |
| DRA Ex. 313 | BNY Mellon Account -8282 Statement Mar. 2014-Feb. 2015 HTA_STAY0031681 |
| DRA Ex. 314 | BNY Mellon Account -8281 Account Overview and Statement Feb. 2015 HTA_STAY0031686 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 315 | BNY Mellon Account -8282 Statement Mar. 2015<br>HTA_STAY0031764 |
| DRA Ex. 316 | BNY Mellon Account -8281 Statement Mar. 2015<br>HTA_STAY0031768 |
| DRA Ex. 317 | BNY Mellon Account -8282 Statement Apr. 2015<br>HTA_STAY0031848 |
| DRA Ex. 318 | BNY Mellon Account -8281 Statement Apr. 2015<br>HTA_STAY0031850 |
| DRA Ex. 319 | BNY Mellon Account -8282 Statement May 2015<br>HTA_STAY0031933 |
| DRA Ex. 320 | BNY Mellon Account -8281 Statement May 2015<br>HTA_STAY0031935 |
| DRA Ex. 321 | BNY Mellon Account -8282 Statement Sept. 2015<br>HTA_STAY0032338 |
| DRA Ex. 322 | BNY Mellon Account -8281 Statement Sept. 2015<br>HTA_STAY0032340 |
| DRA Ex. 323 | BNY Mellon Account -8282 Statement Nov. 2015<br>HTA_STAY0032485 |
| DRA Ex. 324 | BNY Mellon Account -8281 Statement Nov. 2015<br>HTA_STAY0032487 |
| DRA Ex. 325 | Oriental Bank Statement for HTA dated Jan. 31, 2019<br>HTA_STAY0046981 |
| DRA Ex. 326 | Oriental Bank Statement for HTA dated Jan. 31, 2020<br>HTA_STAY0046984 |
| DRA Ex. 327 | Oriental Bank Statement for HTA dated Feb. 28, 2019<br>HTA_STAY0046996 |
| DRA Ex. 328 | Oriental Bank Statement for HTA dated Apr. 30, 2019<br>HTA_STAY0047026 |
| DRA Ex. 329 | Oriental Bank Statement for HTA dated May 31, 2019<br>HTA_STAY0047039 |
| DRA Ex. 330 | Oriental Bank Statement for HTA dated Jul. 31, 2019<br>HTA_STAY0047066 |
| DRA Ex. 331 | Oriental Bank Statement for HTA dated Aug. 31, 2019<br>HTA_STAY0047076 |
| DRA Ex. 332 | Oriental Bank Statement for HTA dated Oct. 31, 2019<br>HTA_STAY0047102 |
| DRA Ex. 333 | Oriental Bank Statement for HTA dated Nov. 30, 2019<br>HTA_STAY0047115 |
| DRA Ex. 334 | Oriental Bank Statement for HTA dated Apr. 30, 2030<br>HTA_STAY0049927 |
| DRA Ex. 335 | Oriental Bank Statement for HTA dated Feb. 29, 2020<br>HTA_STAY0049936 |

17

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 336 | Oriental Bank Statement for HTA dated Jul. 31, 2020 HTA_STAY0049948 |
| DRA Ex. 337 | Oriental Bank Statement for HTA dated Mar. 31, 2020 HTA_STAY0049956 |
| DRA Ex. 338 | Oriental Bank Statement for HTA dated May. 31, 2020 HTA_STAY0049959 |
| DRA Ex. 339 | Oriental Bank Statement for HTA dated Oct. 31, 2020 HTA_STAY0049966 |
| DRA Ex. 340 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2014 HTA_STAY0050791 |
| DRA Ex. 341 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Aug. 2014 HTA_STAY0050793 |
| DRA Ex. 342 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Sept. 2014 HTA_STAY0050795 |
| DRA Ex. 343 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Oct. 2014 HTA_STAY0050797 |
| DRA Ex. 344 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Nov. 2014 HTA_STAY0050799 |
| DRA Ex. 345 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2014 HTA_STAY0050801 |
| DRA Ex. 346 | Commonwealth Central Accounting Package re HTA for FY2015 HTA_STAY0050803 |
| DRA Ex. 347 | PRIFAS Control Sheet dated Jun. 22, 2015 HTA_STAY0050882 |
| DRA Ex. 348 | HTA Official Receipt 167277 dated Jul. 21, 2017 HTA_STAY0051048 |
| DRA Ex. 349 | HTA Official Receipt 171850 dated Jun. 26, 2018 HTA_STAY0051703 |
| DRA Ex. 350 | HTA Official Receipt 19032A dated Jun. 24, 2019 HTA_STAY0052026 |
| DRA Ex. 351 | HTA Vouchers September 2014 – January 2015 HTA_STAY0052948 |
| DRA Ex. 352 | HTA Vouchers July 2018 – October 2020 HTA_STAY0052226 |
| DRA Ex. 353 | HTA Vouchers July 2018 – October 2020 HTA_STAY0052313 |
| DRA Ex. 354 | Treasury Electronic Transfer Voucher 00206448 HTA_STAY0052392 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 355 | Bank Reconciliation by the HTA Accounting Office for October 2016 HTA_STAY0054204 |
| DRA Ex. 356 | Bank Reconciliation by the HTA Accounting Office for November 2016 HTA_STAY0054166 |
| DRA Ex. 357 | Bank Reconciliation by the HTA Accounting Office for December 2016 HTA_STAY0054088 |
| DRA Ex. 358 | Bank Reconciliation by the HTA Accounting Office for January 2017 HTA_STAY0052557 |
| DRA Ex. 359 | Bank Reconciliation by the HTA Accounting Office for February 2017 HTA_STAY0052568 |
| DRA Ex. 360 | Bank Reconciliation by the HTA Accounting Office for March 2017 HTA_STAY0052618 |
| DRA Ex. 361 | Bank Reconciliation by the HTA Accounting Office for April 2017 HTA_STAY0052524 |
| DRA Ex. 362 | Bank Reconciliation by the HTA Accounting Office for May 2017 HTA_STAY0052743 |
| DRA Ex. 363 | Bank Reconciliation by the HTA Accounting Office for June 2017 HTA_STAY0052610 |
| DRA Ex. 364 | Bank Reconciliation by the HTA Accounting Office for July 2017 HTA_STAY0054521 |
| DRA Ex. 365 | Bank Reconciliation by the HTA Accounting Office for August 2017 HTA_STAY0054487 |
| DRA Ex. 366 | Bank Reconciliation by the HTA Accounting Office for September 2017 HTA_STAY0054557 |
| DRA Ex. 367 | Bank Reconciliation by the HTA Accounting Office for October 2017 HTA_STAY0054550 |
| DRA Ex. 368 | Bank Reconciliation by the HTA Accounting Office for December 2017 HTA_STAY0054497 |
| DRA Ex. 369 | Bank Reconciliation by the HTA Accounting Office for January 2018 HTA_STAY0054514 |
| DRA Ex. 370 | Bank Reconciliation by the HTA Accounting Office for February 2018 HTA_STAY0054504 |
| DRA Ex. 371 | Bank Reconciliation by the HTA Accounting Office for March 2018 HTA_STAY0054132 |
| DRA Ex. 372 | Bank Reconciliation by the HTA Accounting Office for April 2018 HTA_STAY0054056 |
| DRA Ex. 373 | Bank Reconciliation by the HTA Accounting Office for May 2018 HTA_STAY0054149 |
| DRA Ex. 374 | Bank Reconciliation by the HTA Accounting Office for June 2018 HTA_STAY0054530 |
| DRA Ex. 375 | Bank Reconciliation by the HTA Accounting Office for July 2018 HTA_STAY0054120 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 376 | Bank Reconciliation by the HTA Accounting Office for August 2018 HTA_STAY0054074 |
| DRA Ex. 377 | Bank Reconciliation by the HTA Accounting Office for September 2018 HTA_STAY0054230 |
| DRA Ex. 378 | Bank Reconciliation by the HTA Accounting Office for October 2018 HTA_STAY0054213 |
| DRA Ex. 379 | Bank Reconciliation by the HTA Accounting Office for November 2018 HTA_STAY0054188 |
| DRA Ex. 380 | Bank Reconciliation by the HTA Accounting Office for December 2018 HTA_STAY0054101 |
| DRA Ex. 381 | Oriental Bank Statement for HTA dated November 30, 2017 HTA_STAY0052786 |
| DRA Ex. 382 | Treasury Authorization dated August 7, 2015 HTA_STAY0055723 |
| DRA Ex. 383 | Treasury Authorizations dated September 30, 2014 HTA_STAY0056001 |
| DRA Ex. 384 | Treasury Authorization dated February 25, 2015 HTA_STAY0056790 |
| DRA Ex. 385 | Treasury Authorization dated December 18, 2014 HTA_STAY0056791 |
| DRA Ex. 386 | Treasury Authorization dated November 25, 2014 HTA_STAY0056792 |
| DRA Ex. 387 | Treasury Authorization dated October 22, 2014 HTA_STAY0056793 |
| DRA Ex. 388 | Treasury Authorization dated September 22, 2014 HTA_STAY0056794 |
| DRA Ex. 389 | Treasury Authorization dated August 21, 2014 HTA_STAY0056795 |
| DRA Ex. 390 | Treasury Authorization dated July 22, 2014 HTA_STAY0056796 |
| DRA Ex. 391 | Treasury Authorization dated March 17, 2015 HTA_STAY0056808 |
| DRA Ex. 392 | Treasury Authorization dated February 26, 2015 HTA_STAY0056809 |
| DRA Ex. 393 | Treasury Authorization dated December 18, 2014 HTA_STAY0056810 |
| DRA Ex. 394 | Treasury Authorization dated November 26, 2014 HTA_STAY0056811 |
| DRA Ex. 395 | Treasury Authorization dated November 25, 2014 HTA_STAY0056812 |
| DRA Ex. 396 | Treasury Authorization dated September 19, 2014 HTA_STAY0056813 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 397 | Treasury Authorization dated August 22, 2014<br>HTA_STAY0056815 |
| DRA Ex. 398 | Treasury Authorization dated July 29, 2014<br>HTA_STAY0056816 |
| DRA Ex. 399 | Treasury Authorization dated February 23, 2015<br>HTA_STAY0056827 |
| DRA Ex. 400 | Treasury Authorization dated January 30, 2015<br>HTA_STAY0056828 |
| DRA Ex. 401 | Treasury Authorization dated January 20, 2015<br>HTA_STAY0056829 |
| DRA Ex. 402 | Treasury Authorization dated December 19, 2014<br>HTA_STAY0056830 |
| DRA Ex. 403 | Treasury Authorization dated November 25, 2014<br>HTA_STAY0056831 |
| DRA Ex. 404 | Treasury Authorization dated October 31, 2014<br>HTA_STAY0056832 |
| DRA Ex. 405 | Treasury Authorization dated October 30, 2014<br>HTA_STAY0056833 |
| DRA Ex. 406 | Treasury Authorization dated October 22, 2014<br>HTA_STAY0056834 |
| DRA Ex. 407 | Treasury Authorization dated September 26, 2014<br>HTA_STAY0056837 |
| DRA Ex. 408 | Treasury Authorization dated August 26, 2014<br>HTA_STAY0056838 |
| DRA Ex. 409 | Treasury Authorization dated July 29, 2014<br>HTA_STAY0056839 |
| DRA Ex. 410 | Treasury Authorization dated July 18, 2014<br>HTA_STAY0056840 |
| DRA Ex. 411 | Oriental Bank Account -9874 Statement dated July 31, 2016<br>Oriental 000001-001768 |
| DRA Ex. 412 | Fiscal Plan – Financial Model 2021 Certified Fiscal Plan<br>FOMB_CONF_88824 |
| DRA Ex. 413 | Best interests test (BIT) model for the CW, ERS, and PBA published on June 10, 2021<br>FOMB_CONF_88825 |
| DRA Ex. 414 | Chart of Plan of Adjustment and Plan Support Agreement Go SUT CVI Waterfall<br>MURRAY_CONF_00089 |
| DRA Ex. 415 | Proof of Claim No. 174309 filed on July 28, 2020 |
| DRA Ex. 416 | Proof of Claim No. 151149 filed on June 29, 2018 |
| DRA Ex. 417 | Administrative Bulletin OE-2015-049 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 418 | Department of Treasury Circular Letter No. 1300-15-16 dated December 17, 2015 |
| DRA Ex. 419 | 1996 CCDA Loans |
| DRA Ex. 420 | AAFAF'S Responses And Objections To The Dra Parties' First Request For Production Of Documents |
| DRA Ex. 421 | Letter from AAFAF to DRA Parties re: DRA Parties' Discovery to AAFAF in Connection with Plan Confirmation dated September 8, 2021 |
| DRA Ex. 422 | HTA Audited Financial Statements Years Ending June 30, 2014 and 2013 |
| DRA Ex. 423 | HTA Audited Financial Statements Year Ending June 30, 2016 HTA_STAY0000769 |
| DRA Ex. 424 | HTA Audited Financial Statements Year Ending June 30, 2017 HTA_STAY0000834 |
| DRA Ex. 425 | HTA Audited Financial Statements Year Ending June 30, 2018 HTA_STAY0000941 |
| DRA Ex. 426 | HTA Audited Financial Statements Year Ending June 30, 2019 |
| DRA Ex. 427 | Responses And Objections Of The Financial Oversight And Management Board For Puerto Rico To The DRA Parties' First Set Of Interrogatories To The Financial Oversight And Management Board For Puerto Rico |
| DRA Ex. 428 | Exhibit A to the Financial Oversight And Management Board For Puerto Rico To The Dra Parties' First Set Of Interrogatories To The Financial Oversight And Management Board For Puerto Rico |
| DRA Ex. 429 | Commonwealth Fiscal Plan for 2018 |
| DRA Ex. 430 | Fiscal Plan for HTA FY 2022-FY 2051 dated as of May 26, 2021 |
| DRA Ex. 431 | Puerto Rico House Bill 1003 (as translated into English) approved by the Puerto Rico House on September 30, 2021 |
| DRA Ex. 432 | Puerto Rico HB 1003, as amended on October 20, 2021 |
| DRA Ex. 433 | Letter of September 15, 2021 from the FOMB to the Government of Puerto Rico |
| DRA Ex. 434 | Letter of September 24, 2021 from the FOMB to the Government of Puerto Rico |
| DRA Ex. 435 | Letter from the Financial Oversight and Management Board for Puerto Rico to Governor Pedro Pierluisi, Senate President Jose L. Dalmau, and House Speaker Rafael Hernandez, dated October 14, 2021 |
| DRA Ex. 436 | FOMB Statement of October 21, 2021 |
| DRA Ex. 437 | Natalie Jaresko's Profile from the FOMB's website |
| DRA Ex. 438 | Linkedin Profile of Adam Chepenik |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 439 | Curriculum Vitae of Fernando Batlle |

In addition to the objections and reservations elsewhere herein and in the Initial Exhibit List, the DRA Parties reserve the right to supplement the exhibit list after consideration of the witness and exhibit lists filed by the other parties in this proceeding.  Moreover, the DRA Parties reserve the right to use some, and not necessarily all, of the documents included in this exhibit list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this [27]th day of October, 2021

*[Remainder of Page Intentionally Left Blank]*

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:    787-250-5632
Fax:    787-759-9225

By:      */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

*/s/Carmen M. Alfonso-Rodríguez*
Carmen M. Alfonso-Rodríguez
(USDC No. 225905)
Email: car@mcvpr.com

*/s/Leany P. Prieto Rodriguez*
Leany P. Prieto Rodriguez
(USDC No. 303407)
Email: lpp@mcvpr.com

*/s/Gabriela A. Pérez-Vélez*
Gabriela A. Pérez-Vélez
(USDC No. 308210)
Email: gpv@mcvpr.com

***Attorneys for AmeriNational Community
Services, LLC, as Servicer for the GDB Debt
Recovery Authority***

**C. CONDE & ASSOC. LAW OFFICES**

By:      */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel:    787-729-2900
Fax:    787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By:      */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel:    202-729-7470
Fax:    202-730-4520
E-mail: douglas.mintz@srz.com
        noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel:    212-756-2000
Fax:    212-593-5955

E-mail:        douglas.koff@srz.com
               taleah.jennings@srz.com
               abbey.walsh@srz.com
               peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor
LLC, as Collateral Monitor for the GDB Debt
Recovery Authority***