

**Puerto Rico Department of Treasury**

Treasury Single Account ("TSA") FY 2018 Cash Flow

As of December 1, 2017

**DRA Ex. 007**

## Disclaimer

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization.  Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation.  Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

DRA Ex. 007

*Glossary*

| Term | | Definition |
|---|---|---|
| AACA | - | Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automóviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | - | Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2017. |
| AFI/RBC | - | Infrastructure Financing Authority. |
| Agency Collections | - | Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| ASC | - | Compulsory Liability Insurance, private insurance company. |
| ASSMCA | - | Administración de Servicios de Salud Mental y Contra la Adicción, or Mental Health and Addiction Services Administration, is an agency of the Commonwealth of Puerto Rico. |
| Bank Checks Paid | - | A report provided by the Bank that is utilized to determine vendor payments. |
| Checks in Vault | - | Refers to checks issued but physically kept in vault. |
| Clawback Funds | - | Pursuant to Executive Order No. 46, certain available resources of the Commonwealth assigned to PRHTA, PRIFA, PRCCDA and PRMBA to pay debt service on their obligations were, and continue to be, retained by the Commonwealth pursuant to Article VI, Section 8 of the Constitution of the Commonwealth. |
| Collections | - | Collections made by the Department of the Treasury (Treasury) at collection posts and/or the Treasury revenue collection systems; such as income taxes, excise taxes, fines and others. |
| DTPR | - | Department of the Treasury of Puerto Rico. |
| EQB | - | Environmental Quality Board, or Junta Calidad Ambiental, is an agency of the Commonwealth of Puerto Rico. |
| ERS | - | Employees Retirement System means the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, a statutory trust created by Act No. 447 of May 15, 1951, as amended, to provide pension and other benefits to retired employees of the Commonwealth, its public corporations and municipalities. ERS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| General Fund | - | General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| DTPR Collection System | - | This is the software system that DTPR uses for collections. |
| HTA | - | Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | - | Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Net Payroll | - | Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| Nutrition Assistance Program | - | NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| PR Solid Waste | - | Puerto Rico Solid Waste Authority. |
| PRHA | - | Puerto Rico Housing Authority. |
| PRIFAS | - | Puerto Rico Integrated Financial Accounting System. |
| Reconciliation Adjustment | - | Reserve account in DTPR cash flow, related to E&Y's Expense Reconciliation Adjustment as per the Fiscal Plan certified on March 13, 2017. |
| Retained Revenues | - | Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts.  The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| RHUM System | - | This is the software system that DTPR uses for payroll. |
| SIFC | - | State Insurance Fund Corporation. |
| Special Revenue Funds | - | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SSA | - | Social Security Administration. |
| TRS | - | Teachers Retirement System means the Puerto Rico System of Annuities and Pensions for Teachers, a statutory trust created to provide pension and other benefits to retired teachers of the Puerto Rico Department of Education and to the employees of the Teachers Retirement System. TRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| TSA | - | TSA means Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval.  Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |
| Unrecorded Invoices | - | Invoices that have been physically captured but are currently being manually entered into an Excel ledger DTPR. These invoices have not been captured in the accounting system. |

3

**DRA Ex. 007**

## Introduction

- *Enclosed is the weekly Treasury Single Account ("TSA") cash flow report, supporting schedules and budget to actual variance analysis.*

- *TSA means the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.*

- *Beginning April 2016, TSA receipts are deposited in a commercial bank account rather than the Government Development Bank for Puerto Rico ("GDB").*

- *Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.*

- *Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.*

- *Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissable disbursements (per approved Project Worksheets) have been made.  These inflows to the TSA will be captured on the Federal Funds Receipts (Schedule C); outflows will be captured on the Vendor Payments (Schedule E).*

- *Data for TSA inflows/outflows is reported from various systems within the Department of Treasury of Puerto Rico ("DTPR"):*
  *Cash Flow Actual Results - Source for the actual results is the TSA Cash Flow.*
  *Schedule A - Collections - Source for collections information is the DTPR collections system.*
  *Schedule B - Agency Collections - Source for the agency collections is DTPR.*
  *Schedule C - Federal Fund Receipts - Source for the federal funds receipts is DTPR.*
  *Schedule D - Net Payroll - Source for net payroll information is the DTPR Rhum Payroll system.*
  *Schedule E - Vendor Payments - The source for vendor payments is the Bank checks paid report and a report from the DTPR PRIFAS system.*
  *Schedule F - Other Legislative Appropriations - Source for the other legislative appropriations is DTPR.*
  *Schedule G - Central Government - Partial Inventory of Known Short Term Obligations - Sources are DTPR.*

- *Data limitations and commentary:*
  *The government has focused on the seven schedules above for which access to reliable, timely, and detailed data is available to support these items. The government continues to work with DTPR and other parties to access additional reliable data that would help us provide detail in the future for other line items in the Cash Flow.*

**4**

**DRA Ex. 007**

*FY 2018 TSA Forecast Key Assumptions*

- *The FY 2018 Treasury Single Account cash flow forecast Liquidity Plan was prepared at the beginning of the fiscal year based on the approved FY 2018 Budget, was projected monthly through June 2018, and is used as the benchmark against which weekly results are measured. As a result of material economic and operational changes stemming from Hurricane Maria, DTPR is in the process of developing a reforecast of TSA cash flows to year-end. Until then, the original TSA forecast will continue to serve as the measure for weekly cash flow variances.*

- *Forecast collections and disbursements through the General Fund and Federal Fund are consistent with the approved FY 2018 Budget, with the exception of payroll outlays which were forecast based on run-rate cash disbursement trends, and budget reserves which are non-cash and do not impact the TSA direct cash flows.*

- *TSA General Fund inflows are "gross" collections and therefore higher than presented in the approved FY 2018 Budget, which considers General Fund revenues net of current year tax refunds (estimated $480mm).*

- *In addition to tax refunds disbursed in FY 2018 for the current tax year (totaling $480mm), forecast considers repayment of deferred tax refunds from CY 2016 and prior, totaling approx. $270mm.*

- *Payroll outlays are based on FY 2017 actual results, less savings measures; inclusive of segregated employee contributions ($349mm for the year). Payroll disbursed through the TSA is done so on a bi-weekly basis, approximately on the 15th and 30th of each month.*

- *Pensions reflect the implementation of the pay-as-you-go model in FY 2018. Retirement system inflows represents deposits from municipalities and corporations net of administrative expenses. Figures also include asset sales, occurring in July 2017.*

- *Assumes collections and outlays of Federal Funds are equal in FY 2018 (zero net cash impact), excluding potential timing impact.*

- *Clawback funds set aside prior to June 2016 (approx. $146mm held at BPPR accounts and $144mm held at GDB) are considered restricted cash and therefore excluded from the projected cash balance.*

- *Assumes $592mm of Reconciliation Adjustment as per the approved FY 2018 Budget and March 13 certified Fiscal Plan, which is projected separately from supplier payments and distributed evenly over 12 months. No further provision has been made for potential contingent liabilities against the government.*

- *The forecast assumes that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA for operational purposes, totaling approx. $316mm in incremental collections in the forecast. To date these funds have flowed, and are expected to continue to flow, to the COFINA bank account (BNY Mellon), which will create a weekly variance from November through January.*

DRA Ex. 007

**Puerto Rico Department of Treasury | AAFAF**

*TSA Cash Flow Actual Results for the Week Ended December 1, 2017*

As of December 1, 2017

| | (figures in $000s) | Schedule | Prior Variance YTD 11/24 | Actual 12/1 | Forecast 12/1 | Variance 12/1 | Actual YTD 12/1 | Forecast YTD 12/1 | Variance YTD 12/1 |
|---|---|---|---|---|---|---|---|---|---|
| | **General & Special Revenue Fund Inflows** | | | | | | | | |
| 1 | Collections (a) | A | ($183,142) | $79,647 | $54,614 | $25,032 | $2,724,515 | $2,862,625 | ($158,110) |
| 2 | Agency Collections | B | (72,692) | 6,425 | 9,745 | (3,320) | 143,097 | 219,109 | (76,012) |
| 3 | Sales and Use Tax | | (112,446) | 15,611 | 54,957 | (39,246) | 383,582 | 535,274 | (151,692) |
| 4 | Excise Tax through Banco Popular | | (2,444) | – | – | – | 229,923 | 232,367 | (2,444) |
| 5 | Rum Tax | | 34,115 | 27,337 | 17,000 | 10,337 | 130,492 | 86,000 | 44,492 |
| 6 | Electronic Lottery | | (9,702) | – | – | – | 30,867 | 40,669 | (9,702) |
| 7 | Subtotal - General & Special Revenue Fund Inflows | | ($346,392) | $129,020 | $136,217 | ($7,196) | $3,642,456 | $3,996,043 | ($253,598) |
| | **Retirement System Inflows** | | | | | | | | |
| 8 | Contributions From Pension Systems (b) | | (144,912) | – | 16,101 | (16,101) | – | 161,013 | (161,013) |
| 9 | Pension System Asset Sales | | – | – | – | – | 390,480 | 390,480 | – |
| 10 | Subtotal - Retirement System Inflows | | ($144,912) | – | $16,101 | ($16,101) | $390,480 | $551,493 | ($161,013) |
| | **Other Inflows** | | | | | | | | |
| 11 | Federal Fund Receipts (c) | C | (369,904) | 100,337 | 118,986 | (18,648) | 1,989,295 | 2,375,848 | (387,553) |
| 12 | Other Inflows (d) | | 5,564 | 6,178 | 1,671 | 4,507 | 132,701 | 122,630 | 10,071 |
| 13 | Interest earned on Money Market Account | | 2,185 | 49 | – | 49 | 2,234 | – | 2,234 |
| 14 | GDB Transactions | | (28,766) | – | – | – | – | 28,766 | (28,766) |
| 15 | Tax Revenue Anticipation Notes | | – | – | – | – | – | – | – |
| 16 | Subtotal - Other Inflows | | ($389,922) | $106,564 | $120,656 | ($14,092) | $2,123,230 | $2,527,244 | ($404,014) |
| 17 | **Total Inflows** | | ($881,225) | $235,584 | $272,974 | ($37,390) | $6,156,165 | $7,074,780 | ($918,615) |
| | **Payroll Outflows** | | | | | | | | |
| 18 | Net Payroll (e) | D | (48,191) | (70,636) | (67,576) | (3,061) | (731,556) | (680,302) | (51,254) |
| 19 | Other Payroll Related Costs - (SSA, SIFC, Health Insurance) (f) | | 26,800 | (16,505) | (19,061) | 2,556 | (532,286) | (561,646) | 29,359 |
| 20 | Gross Payroll - PR Police Department (g) | | (22,007) | – | – | – | (292,988) | (270,982) | (22,007) |
| 21 | Subtotal - Payroll and Related Costs | | ($43,397) | ($87,142) | ($86,637) | ($505) | ($1,556,832) | ($1,512,930) | ($43,902) |
| | **Pension Outflows** | | | | | | | | |
| 22 | Pension Benefits | | 1,705 | (85,420) | (83,626) | (1,795) | (889,590) | (889,500) | (90) |
| 23 | Pension Paygo Outlays on Behalf of Public Corporations | | 28,845 | – | (7,211) | 7,211 | – | (36,057) | 36,057 |
| 24 | Subtotal - Pension Related Costs | | $30,550 | ($85,420) | ($90,837) | $5,417 | ($889,590) | ($925,557) | $35,967 |
| | **Appropriations - All Funds** | | | | | | | | |
| 25 | Health Insurance Administration - ASES | | 83,731 | – | (48,014) | 48,014 | (969,215) | (1,050,960) | 81,745 |
| 26 | University of Puerto Rico - UPR | | (0) | – | (55,693) | 55,693 | (278,467) | (334,161) | 55,693 |
| 27 | Muni. Revenue Collection Center - CRIM | | 9,489 | – | – | – | (91,554) | (101,043) | 9,489 |
| 28 | Highway Transportation Authority - HTA | | 24,180 | – | (11,817) | 11,817 | (42,089) | (78,086) | 35,997 |
| 29 | Public Buildings Authority - PBA | | (4,080) | – | – | – | (33,168) | (29,088) | (4,080) |
| 30 | Other Government Entities | | 51,164 | (7,028) | (29,514) | 22,486 | (185,963) | (259,614) | 73,651 |
| 31 | Subtotal - Appropriations - All Funds | | $114,484 | ($7,028) | ($145,039) | $138,011 | ($1,600,456) | ($1,852,951) | $252,494 |
| | **Other Disbursements - All Funds** | | | | | | | | |
| 32 | Vendor Disbursements (h) | E | 405,109 | (37,007) | (68,319) | 31,312 | (943,629) | (1,380,051) | 436,422 |
| 33 | Other Legislative Appropriations (i) | F | 4,501 | – | (1,277) | 1,277 | (149,647) | (155,425) | 5,778 |
| 34 | Tax Refunds | | 12,862 | (2,430) | (11,489) | 9,059 | (238,774) | (260,695) | 21,921 |
| 35 | Nutrition Assistance Program | | 19,625 | (37,032) | (41,805) | 14,774 | (817,502) | (842,901) | 25,399 |
| 36 | Other Disbursements | | 23,952 | (179) | (5,000) | 4,821 | (36,093) | (58,766) | 28,673 |
| 37 | Reconciliation Adjustment | | 197,333 | – | (49,383) | 49,383 | – | (246,667) | 246,667 |
| 38 | Subtotal - Other Disbursements - All Funds | | $654,283 | ($66,647) | ($177,224) | $110,577 | ($2,179,646) | ($2,944,505) | $764,860 |
| 39 | **Total Outflows** | | $755,920 | ($246,237) | ($499,736) | $253,499 | ($6,226,524) | ($7,235,943) | $1,009,419 |
| 40 | **Net Cash Flows** | | ($125,305) | ($10,653) | ($226,762) | $216,109 | ($70,359) | ($161,162) | $90,804 |
| 41 | Bank Cash Position, Beginning (j) | | – | 1,739,292 | 1,864,597 | (125,305) | 1,798,997 | 1,798,997 | – |
| 42 | **Bank Cash Position, Ending (j)** | | ($125,305) | $1,728,639 | $1,637,835 | $90,804 | $1,728,639 | $1,637,835 | $90,804 |

*Footnotes:*

(a) Reserve for tax returns ($480 million) has not been deducted. Includes Special Revenue Fund portion of posted collections.
(b) Paygo charges to municipalities and public corporations collected at the TSA.
(c) As of the date of this report, no federal funded account balances have been transferred to the TSA that relate to disaster relief.
(d) Inflows related to the State Insurance Fund, the Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others.
(e) Payroll is paid bi-weekly on the 15th and 30th (or last day of the month, whichever comes sooner).
(f) Related to employee withholdings, social security, insurance, and other deductions.
(g) Police payroll is reflected individually because it is paid through a separate bank account. Also, the police payroll line item shown in the TSA cash flow is gross (i.e. inclusive of Other Payroll Related Items).
(h) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(i) Includes payments to General Fund appropriations to non-TSA entities such as Legislative Assembly, Correctional Health, Comprehensive Cancer Center, and others.
(j) Excludes Banco Popular of Puerto Rico Account with balance of approximately $146mm. Amounts deposited in GDB subject to GDB bankruptcy proceedings.
(k) Unless otherwise stated, variances are either not material in nature or are expected to reverse in the short term.

**Comments (k)**

1,2 Positive weekly collections variances due to collections of motor vehicle tax ($6M favorable), individual income tax ($4M favorable), Act 154 collections ($3M favorable), and retained revenue collections ($3M favorable). Remaining ~$9M favorable variance due to timing, as receipts in collections post account occur approximately two business days prior to being deposited into the TSA. YTD Collections and Agency Collections variances are mainly driven by lower collections due to the impact of Hurricane Maria. Sources of collections largely resistant to the effects of Hurricane Maria include corporate income tax, alcoholic beverages tax, and motor vehicles (total ~$19M greater than forecast). Additionally, strong HTA Pass through collections for petroleum and gasoline tax have driven a positive variance of ~$41M for HTA collections since the Hurricane, which partially offsets negative variances in the other collections streams.

3 Negative weekly variance due to the combination of: (i) Executive Order No. OE-2017-053 issued on 11/8 to temporarily exempt small and medium companies ("PYMES") from SUT, including the SUT payment from the purchase of inventory for resale (estimated ~$26M negative impact in total from 11/20 to 12/31); and (ii) The forecast assumes that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA for operational purposes, totaling approx. $31.6M in incremental collections in the forecast. To date these funds have flowed, and are expected to continue to flow, to the COFINA bank account (BNY Mellon), which will create a weekly variance from November through January. Weekly negative variance due to not collecting this source of SUT is ~$31M. YTD negative variance due to not collecting this source of SUT is ~$119M.

5 Weekly and YTD variance is due to better-than-projected Q1 & Q2 Rum tax collections. This trend is currently being assessed and additional information is expected to be made available in the TSA weekly Cash Flow report for the week ending 12/8.

8 This is a timing variance that is expected to reverse later this fiscal year.

11 Weekly and YTD variances in Federal fund receipts are partially offset by variances in vendor disbursements (line 32), federal fund appropriations to ASES (line 25), and disbursements related to the Nutritional Assistance Program (line 35). The remaining variance is timing related.

19 Weekly & YTD variance is timing related and expected to reverse in subsequent weeks.

18,20 YTD variance is timing related, as Christmas bonuses originally forecast for December were paid on 11/24.

23 Weekly and YTD Pension PayGo outflow variance is offset by a reduction in contributions from pension systems (line 8), as there is no corresponding pension inflow for this outflow as included within the original forecast.

25 Weekly and YTD variances are timing related, as they are offset by a temporary reduction in YTD federal fund receipts.

26 Weekly and YTD variances are timing related, as the December UPR appropriation, originally forecast to occur on 12/1, was executed on 12/5.

27-30 Weekly and YTD variances in these appropriations are timing related and expected to reverse in subsequent weeks.

32 Prior to Hurricane Maria (as of 9/15), there was a positive YTD variance in vendor disbursements of ~$92M due to a slower-than-forecast cadence for invoice processing. Additionally, invoice entry has been hindered due to technical issues stemming from Hurricane Maria. Manual invoice data entry is the main driver of slower invoice processing. As confirmed with the Department of Treasury, there is no additional information available to shed light on progress of resolving the aforementioned issues for the week ending 12/1. This variance is expected to reverse throughout the course of the year as technical issues are resolved, and will largely depend on how quickly the largest agencies (Dept of EDU, Health, etc) resume a normal cadence to recording invoices.

34 This variance is timing related and is expected to reverse later this fiscal year as remaining tax refunds are disbursed to those entitled to these funds.

35 Weekly and YTD variances are timing related, as they are offset by a temporary reduction in YTD federal fund receipts.

36 This variance is offset by GDB Transactions (relates to legacy debt service deposit agreement) variance in inflows (line 14), with remaining variance due to timing of Other Disbursements.

37 Utilization of the Reconciliation Adjustment deferred to later this fiscal year.

6

**DRA Ex. 007**

**Puerto Rico Department of Treasury | AAFAF**                    **As of December 1, 2017**

*Schedule A: Collections Detail*

| | (figures in $000s) | Actual 12/1 | YTD FY18 |
|---|---|---:|---:|
| | **General Fund** | | |
| 1 | Individuals | $31,247 | $724,450 |
| 2 | Corporations | 2,901 | 449,529 |
| 3 | Non Residents Withholdings | 541 | 213,142 |
| 4 | Act 154 | – | 565,812 |
| 5 | Alcoholic Beverages | 8,059 | 99,877 |
| 6 | Cigarettes | 147 | 63,070 |
| 7 | Motor Vehicles | 10,222 | 128,297 |
| 8 | Other General Fund | 1,964 | 93,414 |
| 9 | **Total General Fund** | **$55,080** | **$2,337,592** |
| | **Retained Revenues (a)** | | |
| 10 | AACA Pass Through | 3,801 | 27,277 |
| 11 | AFI/RBC Pass Through | 278 | 5,235 |
| 12 | ASC Pass Through | 3,371 | 29,294 |
| 13 | HTA Pass Through | 7,190 | 243,763 |
| 14 | Total Other Retained Revenues | 1,435 | 27,154 |
| 15 | **Total Retained Revenues** | **$16,075** | **$332,724** |
| 16 | **Total Collections from DTPR Collections System** | **$71,155** | **$2,670,316** |
| 17 | Timing-related unreconciled TSA Collections (b) | $8,492 | $54,198 |
| 18 | **Total Collections** | **$79,647** | **$2,724,515** |

*Source: DTPR, collection system*

Footnotes:
*(a) Retained Revenues are revenues conditionally assigned to certain public corporations and the collections of those revenues
are through accounts referred to as "pass through" accounts, the majority of which include (i) ACAA auto insurance, (ii)
AFI/RBC petroleum tax, (iii) ASC personal injury insurance, and (iv) HTA toll revenues.
(b) Due to timing. Receipts in collections post account occur approximately two business days prior to being deposited into the
TSA.*

DRA Ex. 007

**Puerto Rico Department of Treasury | AAFAF**          **As of December 1, 2017**

*Schedule B: Agency Collections Detail*

| | *(figures in $000s)* | Actual 12/1 | YTD FY18 |
|---|---|---|---|
| | **Agency** | | |
| 1 | Department of Health | $2,894 | $43,692 |
| 2 | Office of the Financial Institution Commisioner | 449 | 16,695 |
| 3 | Funds under the Custody of the Department of Treasury | 0 | 15,864 |
| 4 | Department of Labor and Human Resources | 252 | 12,339 |
| 5 | Department of Treasury | – | 9,256 |
| 6 | Department of Justice | 233 | 5,530 |
| 7 | Department of Recreation and Sport | 6 | 3,483 |
| 8 | Department of Natural and Environmental Resources | 109 | 3,560 |
| 9 | Deposits non-identified | 1 | 3,230 |
| 10 | Mental Health and Drug Addiction Services Administration | 207 | 3,058 |
| 11 | Department of Correction and Rehabilitation | 23 | 2,568 |
| 12 | Department of State | 22 | 2,166 |
| 13 | General Services Administration | 118 | 2,245 |
| 14 | Office of the Commisioner of Insurance | 659 | 2,345 |
| 15 | Medical Emergencies Service | 262 | 2,000 |
| 16 | Department of Housing | – | 2,254 |
| 17 | Administration for the Horse Racing Sport and Industry | 201 | 1,442 |
| 18 | Puerto Rico Police Department | 630 | 1,868 |
| 19 | Department of Education | 11 | 1,104 |
| 20 | Others (a) | 350 | 8,399 |
| 21 | **Total** | $6,425 | $143,097 |

*Source: DTPR*

Footnotes:
*(a) Inflows related to Department of Transportation and Public Works, Firefighters Corps, Environmental Quality Board, Department of Agriculture, and others.*

**8**

**DRA Ex. 007**

**Puerto Rico Department of Treasury | AAFAF**          **As of December 1, 2017**

*Schedule C: Federal Funds Receipts Detail*

|    |                                                      | Actual | YTD |
|----|------------------------------------------------------|-----------|-------------|
|    | *(figures in $000s)*                                 | **12/1**  | **FY18**    |
|    | **Agency**                                           |           |             |
| 1  | Adm. Socioeconomic. Dev. Family                      | $37,891   | $841,400    |
| 2  | Health                                               | 49,097    | 806,218     |
| 3  | Department of Education                              | 7,820     | 247,467     |
| 4  | Vocational Rehabilitation Adm.                       | 2,707     | 14,960      |
| 5  | Mental Health and Drug Addiction Services Adm.       | 1,899     | 10,909      |
| 6  | Families and Children Adm.                           | –         | 9,588       |
| 7  | Department of Justice                                | 1         | 9,035       |
| 8  | Puerto Rico National Guard                           | –         | 8,681       |
| 9  | Department of Labor and Human Resources              | 677       | 4,179       |
| 10 | Environmental Quality Board                          | –         | 3,547       |
| 11 | Department of Natural and Environmental Resources    | –         | 2,355       |
| 12 | Department of Family                                 | –         | 724         |
| 13 | Others (a)                                           | 246       | 29,233      |
| 14 | **Total**                                            | **$100,337** | **$1,988,295** |

*Source: DTPR*

Footnotes:
*(a) Inflows related to the Women's Affairs Commission, the Municipal Affars Commission, Office of Elderly Affaris, and others.*

**DRA Ex. 007**

**Puerto Rico Department of Treasury | AAFAF**       **As of December 1, 2017**

*Schedule D: Net (a) Payroll Detail*

| | *(figures in $000s)* | Actual<br>12/1 | YTD<br>FY18 |
|---|---|---|---|
| | **General Fund** | | |
| 1 | Education | $27,122 | $284,451 |
| 2 | Correction and Rehab | 7,438 | 60,871 |
| 3 | Health | 2,437 | 23,127 |
| 4 | All Other Agencies (b) | 16,399 | 181,102 |
| 5 | **Total General Fund** | **$53,397** | **$549,551** |
| | **Special Revenue Funds** | | |
| 6 | Education | 2 | 75 |
| 7 | Correction and Rehab | – | – |
| 8 | Health | 530 | 6,083 |
| 9 | All Other Agencies (b) | 2,573 | 29,167 |
| 10 | **Total Special Revenue Funds** | **$3,105** | **$35,326** |
| | **Federal Funds** | | |
| 11 | Education | 8,023 | $87,251 |
| 12 | Correction and Rehab | 10 | 114 |
| 13 | Health | 1,562 | 18,724 |
| 14 | All Other Agencies (b) | 2,897 | 30,457 |
| 15 | **Total Federal Funds** | **$12,493** | **$136,547** |
| 16 | **Total Net Payroll from Payroll System** | **$68,995** | **$721,424** |
| 17 | Timing-related unreconciled Net Payroll (c) | $1,642 | $10,132 |
| 18 | **Total Net Payroll** | **$70,636** | **$731,556** |

*Source: DTPR, RHUM system*

Footnotes:
*(a) Net payroll data provided by DTPR allows for a reliable break down analysis. Note that net payroll is equal to gross payroll less tax witholdings and other deductions.*
*(b) Includes Firefighter Corps, National Guard, Public Housing Administration, Natural Resources Administration, and others.*

*(c) Due to timing. EQB net payroll is not included in RHUM payroll system and has not been provided by DTPR.*
*(d) Payroll for the week ending 11/24 was almost entirely (except for ~$1M) the advanced payment of Christmas Bonuses to employees of government agencies.*

**10**

**DRA Ex. 007**

**Puerto Rico Department of Treasury | AAFAF**    **As of December 1, 2017**

*Schedule E: Vendor Disbursements Detail*

| | | Actual | YTD |
|---|---|---|---|
| | *(figures in $000s)* | **12/1** | **FY18** |
| | **General Fund** | | |
| 1 | Education | $2,579 | $131,031 |
| 2 | General Court of Justice | 9 | 38,895 |
| 3 | Health | 166 | 37,896 |
| 4 | All Other Agencies (a) | 9,942 | 222,240 |
| 5 | **Total General Fund** | **$12,696** | **$430,062** |
| | **Special Revenue Funds** | | |
| 6 | Education | 900 | 30,787 |
| 7 | General Court of Justice | – | 3,401 |
| 8 | Health | 782 | 60,702 |
| 9 | All Other Agencies (a) | 7,570 | 106,938 |
| 10 | **Total Special Revenue Funds** | **$9,252** | **$201,828** |
| | **Federal Funds** | | |
| 11 | Education | 3,574 | 100,819 |
| 12 | General Court of Justice | – | 73 |
| 13 | Health | 2,243 | 69,092 |
| 14 | All Other Agencies (a) | 4,087 | 98,229 |
| 15 | **Total Federal Funds** | **$9,904** | **$268,212** |
| 16 | **Total Vendor Disbursements from System** | **$31,851** | **$900,102** |
| 17 | Timing-related unreconciled Vendor Disbursements (b) | $5,156 | $43,526 |
| 18 | **Total Vendor Disbursements** | **$37,007** | **$943,629** |

*Source: DTPR's Bank checks paid report and PRIFAS system*

Footnotes:

*(a) Includes ASSMCA, Fighfighters Corps, Emergency Medical Corps, Natural Resources Administration, and others.*
*(b) Unreconciled vendor disbursments is timing variance pending reconciliation between bank systems and DTPR systems.*

11

**DRA Ex. 007**

**Puerto Rico Department of Treasury | AAFAF**                    **As of December 1, 2017**

*Schedule F: Other Legislative Appropriations Detail*

|   | (figures in $000s) | Actual<br>12/1 | YTD<br>FY18 |
|---|---|---|---|
|   | **Agency** | | |
| 1 | Correctional Health | – | $21,269 |
| 2 | House of Representatives | – | 19,675 |
| 3 | Puerto Rico Senate | – | 17,055 |
| 4 | Office of the Comptroller | – | 15,566 |
| 5 | Comprehensive Cancer Center | – | 9,583 |
| 6 | Legislative Donations Committee | – | 8,333 |
| 7 | Superintendent of the Capitol | – | 6,312 |
| 8 | Institute of Forensic Sciences | – | 6,200 |
| 9 | Authority of Public-Private Alliances (projects) | – | 3,566 |
| 10 | Martín Peña Canal Enlace Project Corporation | – | 4,563 |
| 11 | Legislative Services | – | 4,364 |
| 12 | Housing Financing Authority | – | 3,948 |
| 13 | All Others | – | 29,211 |
| 14 | **Total Other Legislative Appropriations** | – | **$149,647** |

*Source: DTPR*

Footnotes:
*(a) Includes the Solid Waste Authority, Public Broadcasting Corporation, Musical Arts Corporation, and several other agencies.*

**DRA Ex. 007**

**Puerto Rico Department of Treasury | AAFAF**

**As of December 1, 2017**

*Central Government - Partial Inventory of Known Short Term Obligations (a)*

*(figures in $000s)*

| Obligation Type | Checks in Vault (b) | |
|---|---|---|
| 3rd Party Vendor Invoices | $ | - |
| Intergovernmental Invoices | | - |
| **Total** | **$** | **-** |

Source: DTPR

| Obligation Type | Recorded Invoices (c),(d) | |
|---|---|---|
| 3rd Party Vendor Invoices | $ | 43,297 |
| Intergovernmental Invoices | | 40,170 |
| **Total** | **$** | **83,468** |

Source: DTPR

| Obligation Type | Additional Invoices (e) | |
|---|---|---|
| 3rd Party Vendor Invoices | $ | 277,870 |
| Intergovernmental Invoices | | 155,568 |
| **Total** | **$** | **433,438** |

Source: DTPR

Footnotes:

*(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices as documented in line 32, page 6.*

*(b) Refers to checks issued but physically kept in vault.*

Footnotes:

*(c) Refers to invoices/vouchers approved for payment by the agencies but checks not released as of 11/24.*
*(d) Hacienda and the Department of Health did not provide recorded AP reporting for the week of 11/17.*

Footnotes:

*(e) Represents additional invoices identified outside of DTPR main system for the following 17 agencies. Please see below:*

- *Police Department*
- *Department of Education*
- *Department of Justice*
- *Department of Correction and Rehabilitation*
- *Department of Transportation and Public Works*
- *Mental Health and Drug Addiction Services Administration*
- *Socio Economic Development Administration*
- *Administration for Children and Families*
- *Child Support Administration*
- *Environmental Quality Board*
- *Department of Health*
- *Department of Housing*
- *Department of Labor*
- *Department of Sports and Recreation*
- *Department of Natural Resources*
- *Administration for the Care and Development of Children*
- *Puerto Rico Fire Department*

DRA Ex. 007

**Puerto Rico Department of Treasury | AAFAF**   As of December 1, 2017

*Central Government - Partial Inventory of Known Short Term Obligations by agency (a)*

*(figures in $000s)*

**Consolidated Inventory Invoices**

| Description | As of June 30, 2017 | | | | As of September 8, 2017 | | | | As of December 1, 2017 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total |
| Department of Education | $ 3,535 | $ 66,640 | $ 165,459 | $ 235,633 | $ - | $ 28,009 | 161,824 | $ 189,833 | $ - | $ 22,277 | $ 116,012 | $ 138,289 |
| Department of Health | - | 15,432 | 132,856 | 148,288 | | 8,996 | 130,760 | 139,756 | | 11,099 | 109,480 | 120,579 |
| Mental Health and Drug Addiction Services Administration | - | 2 | 1,940 | 1,942 | | 353 | 6,086 | 6,439 | | 949 | 8,777 | 9,727 |
| Environmental Quality Board | - | 716 | 6,229 | 6,945 | | 793 | 7,194 | 7,987 | | 176 | 5,337 | 5,513 |
| Department of Correction and Rehabilitation | - | 7,582 | 40,215 | 47,796 | | 271 | 36,746 | 37,018 | | 8,118 | 55,107 | 63,225 |
| Department of Labor | - | 903 | 19,619 | 20,521 | | - | 23,556 | 23,556 | | 485 | 25,382 | 25,867 |
| Administration for Children and Families | - | 143 | 15,123 | 15,266 | | 2,818 | 22,254 | 25,073 | | 515 | 28,220 | 28,735 |
| Other Agencies | 1,170 | 77,368 | 43,059 | 121,597 | | 29,808 | 63,883 | 87,691 | | 39,848 | 85,122 | 124,970 |
| Total | $ 4,705 | $ 168,786 | $ 424,500 | $ 597,990 | $ - | $ 65,048 | $ 452,304 | $ 517,352 | $ - | $ 83,468 | $ 433,438 | $ 516,905 |

**3rd Party Vendor Payables**

| Description | As of June 30, 2017 | | | | As of September 8, 2017 | | | | As of December 1, 2017 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total |
| Department of Education | | $ 39,845 | $ 132,341 | $ 172,187 | $ - | $ 14,166 | $ 91,806 | $ 105,972 | $ - | $ 15,205 | $ 70,906 | $ 85,771 |
| Department of Health | | 14,395 | 92,876 | 107,271 | | 8,320 | 93,580 | 101,900 | | 10,515 | 75,165 | 84,720 |
| Mental Health and Drug Addiction Services Administration | | 2 | 1,581 | 1,584 | | 353 | 5,605 | 5,958 | | 573 | 8,303 | 9,262 |
| Environmental Quality Board | | 395 | 4,452 | 4,846 | | 353 | 5,114 | 5,467 | | 17 | 3,906 | 3,923 |
| Department of Correction and Rehabilitation | | 3,603 | 13,196 | 16,799 | | 256 | 7,448 | 7,704 | | 319 | 33,308 | 33,308 |
| Department of Labor | | 211 | 10,875 | 11,086 | | - | 11,023 | 11,023 | | 6 | 14,033 | 11,174 |
| Administration for Children and Families | | 143 | 13,844 | 13,988 | | 41 | 20,025 | 20,065 | | 108 | 23,176 | 25,180 |
| Other Agencies | | 29,046 | 22,116 | 51,161 | | 16,005 | 41,724 | 57,728 | | 16,555 | 62,083 | 71,970 |
| Total | $ - | $ 87,639 | $ 291,282 | $ 378,921 | $ - | $ 39,944 | $ 276,324 | $ 315,818 | $ - | $ 43,297 | $ 277,870 | $ 325,308 |

**Intergovernmental Payables**

| Description | As of June 30, 2017 | | | | As of September 8, 2017 | | | | As of December 1, 2017 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total |
| Department of Education | $ 3,535 | $ 26,795 | $ 39,117 | $ 63,447 | $ - | $ 13,842 | $ 70,019 | $ 83,861 | | $ 7,072 | $ 45,106 | $ 58,764 |
| Department of Health | - | 1,037 | 39,980 | 41,017 | | 676 | 37,181 | 37,856 | | 584 | 34,315 | 34,581 |
| Mental Health and Drug Addiction Services Administration | - | - | 359 | 359 | | - | 481 | 481 | | 376 | 474 | 474 |
| Environmental Quality Board | - | 321 | 1,777 | 2,098 | | 440 | 2,080 | 2,520 | | 159 | 1,431 | 1,590 |
| Department of Correction and Rehabilitation | - | 3,979 | 27,018 | 30,997 | | 15 | 29,298 | 29,313 | | 7,799 | 34,810 | 34,553 |
| Department of Labor | - | 692 | 8,744 | 9,435 | | - | 12,533 | 12,533 | | 479 | 11,349 | 16,098 |
| Administration for Children and Families | - | - | 1,279 | 1,279 | | 2,778 | 2,230 | 5,007 | | 407 | 5,044 | 5,114 |
| Other Agencies | 1,170 | 48,323 | 20,944 | 70,436 | | 7,803 | 22,159 | 29,962 | | 23,293 | 23,039 | 38,017 |
| Total | $ 4,705 | $ 81,146 | $ 139,218 | $ 219,069 | $ - | $ 25,554 | $ 175,979 | $ 201,534 | $ - | $ 40,170 | $ 155,568 | $ 189,190 |

Footnotes:

(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices as documented in line 32, page 6.

(b) Refers to checks issued but kept in vault.

(c) Refers to invoices/vouchers approved for payment by the agencies but checks not released.

(d) Represents additional invoices identified outside of DTPR main system for the following 17 agencies. Please see below:

| | | |
|---|---|---|
| -Police Department | | |
| -Department of Education | -Environmental Quality Board | -Environmental Quality Board |
| -Department of Justice | -Department of Health | -Department of Health |
| -Department of Correction and Rehabilitation | -Department of Housing | -Department of Housing |
| -Department of Transportation and Public Works | -Department of Labor | -Department of Labor |
| -Mental Health and Drug Addiction Services Administration | -Department of Sports and Recreation | -Department of Sports and Recreation |
| -Socio Economic Development Administration | -Department of Natural Resources | -Department of Natural Resources |
| -Administration for Children and Families | -Administration for the Care and Development of Children | -Administration for the Care and Development of Children |
| -Child Support Administration | -Puerto Rico Fire Department | -Puerto Rico Fire Department |

**DRA Ex. 007**