

# Puerto Rico Department of Treasury

*Treasury Single Account ("TSA") FY 2018 Cash Flow*

*As of May 25, 2018*

**DRA Ex. 032**

*Disclaimer*

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

- The report dated January 19, 2018, "Summary of Bank account Balances for Puerto Rico Governmental Instrumentalities As of December 31 2017," (the "Bank Account Balance Report") disclosed the balance of Other Puerto Rico Treasury Custody Accounts of $580 million as of December 31, 2017. This balance was further segmented into $374M in pension-related funds (Employee Withholdings and Pay-Go Charges), $142M in Central Government non-TSA funds (lottery-related funds and other funds held and administered by central government agencies), and $64M held TSA Sweep Accounts that collect income and completely pass through to TSA on a daily basis (includes General Collections Posts, Agency Collections Posts, and SUT). As further set forth in the Bank Account Balance Report, processes are currently in place to continue evaluating the accounts, including analyzing the cash inflows and outflows and reviewing legal restrictions relative to funds deposited into the bank accounts.

**DRA Ex. 032**

*Glossary*

| Term | Definition |
|---|---|
| AACA | Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2027. |
| AFI/RBC | Infrastructure Financing Authority. |
| Agency Collections | Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| Approved FY 2018 Budget | Consolidated Budget for Fiscal Year 2018 approved by the Puerto Rico Legislative Assembly on July 13, 2017. |
| ASC | Compulsory Liability Insurance, private insurance company. |
| ASSMCA | Administración de Servicios de Salud Mental y Contra la Adicción, or Mental Health and Addiction Services Administration, is an agency of the Commonwealth of Puerto Rico. |
| Bank Checks Paid | A report provided by the bank that is utilized to determine vendor payments. |
| BPPR | Banco Popular of Puerto Rico. |
| Budget Reserves | Non-cash reserves for budgeting purposes. Consist of a Liquidity Reserve ($190M), OMB Reserve ($446M), Budgetary Reserve ($85M), Other Income Reserve ($84M), and Emergency Fund ($30M). |
| Checks in Vault | Refers to checks issued but physically kept in vault. |
| Collections | Collections made by the Department of the Treasury (Treasury) at collection posts and/or the Treasury revenue collection systems, such as income taxes, excise taxes, fines and others. |
| COFINA | Puerto Rico Sales Tax Financing Corporation. |
| COFINA SUT Collections | In accordance with a sales tax finance agreement between the government of Puerto Rico and COFINA, throughout FY2018 the first 5.5% (of total 10.5%) of gross SUT collections are reserved for and deposited into the COFINA bank account held at BNY Mellon until a $753M cap has been reached on total SUT collections remitted to COFINA. |
| DTOP | Department of the Transportation and Public Works |
| DTPR | Department of the Treasury of Puerto Rico. |
| ERS | Employees Retirement System means the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, a statutory trust created by Act No. 447 of May 15, 1951, as amended, to provide pension and other benefits to retired employees of the Commonwealth, its public corporations and municipalities. ERS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| General Fund | General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| DTPR Collection System | This is the software system that DTPR uses for collections. |
| HTA | Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Liquidity Plan | The FY 2018 Treasury Single Account Liquidity Plan was prepared at the beginning of the fiscal year based on the approved FY 2018 Budget, was projected monthly through June 2018, and is used as the benchmark against which results are measured. As a result of material economic and operational changes stemming from Hurricanes Irma and Maria, DTPR is in the process of developing a reforecast of TSA cash flows to year-end. Until then, the original TSA forecast will continue to serve as the measure for cash flow variances. |
| Net Payroll | Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| Nutrition Assistance Program | NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| Pension PayGo | Pension PayGo- Puerto Rico pension system that is funded through a pay-as-you-go system. Retirement benefits expenses of government employers are paid by the central government and reimbursed by the employers, with such funds receive by the TSA. |
| PRASA | Puerto Rico Aqueducts and Sewers Authority. |
| PREPA | Puerto Rico Electric Power Authority. |
| PRHA | Puerto Rico Housing Authority. |
| PRIFAS | Puerto Rico Integrated Financial Accounting System. |
| Reconciliation Adjustment | Reserve account in DTPR cash flow, related to E&Y's Expense Reconciliation Adjustment (RA) as per the Fiscal Plan certified on March 13, 2017. |
| Retained Revenues | Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts. The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| RHUM System | This is the software system that DTPR uses for payroll. |
| SIFC | State Insurance Fund Corporation. |
| Special Revenue Funds | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SSA | Social Security Administration. |
| TRS | Teachers Retirement System means the Puerto Rico System of Annuities and Pensions for Teachers, a statutory trust created to provide pension and other benefits to retired teachers of the Puerto Rico Department of Education and to the employees of the Teachers Retirement System. TRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| TSA | Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |

DRA Ex. 032

*Introduction*

- *Enclosed is the weekly Treasury Single Account ("TSA") cash flow report, supporting schedules and Liquidity Plan to actual variance analysis.*

- *TSA is the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.*

- *Beginning April 2016, TSA receipts are deposited in a commercial bank account rather than the Government Development Bank for Puerto Rico ("GDB").*

- *Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.*

- *Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.*

- *Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissable disbursements (per approved Project Worksheets) have been made. These inflows to the TSA will be captured on the Federal Funds Receipts (Schedule C); outflows will be captured on the Vendor Payments (Schedule E).*

- *Data for TSA inflows/outflows is reported from various systems within the Department of Treasury of Puerto Rico ("DTPR"):*
    *Cash Flow Actual Results - Source for the actual results is the TSA Cash Flow.*
    *Schedule A - Collections - Source for collections information is the DTPR collections system.*
    *Schedule B - Agency Collections - Source for the agency collections is DTPR.*
    *Schedule C - Federal Fund Receipts - Source for the federal funds receipts is DTPR.*
    *Schedule D - Net Payroll - Source for net payroll information is the DTPR Rhum Payroll system.*
    *Schedule E - Vendor Payments - The source for vendor payments is the Bank checks paid report and a report from the DTPR PRIFAS system.*
    *Schedule F - Other Legislative Appropriations - Source for the other legislative appropriations is DTPR.*
    *Schedule G - Central Government - Partial Inventory of Known Short Term Obligations - Sources are DTPR.*
    *Schedule H - Budget Allocation of the Reconciliation Adjustment for the Central Government Loan to PREPA - Source is the Office of Management and Budget*

- *Data limitations and commentary:*
    *The government has focused on the seven schedules above for which access to reliable, timely, and detailed data is available to support these items. The government continues to work with DTPR and other parties to access additional reliable data that would help us provide detail in the future for other line items in the Cash Flow.*

**DRA Ex. 032**

*FY 2018 TSA Forecast Key Assumptions*

- *The FY 2018 Treasury Single Account cash flow forecast Liquidity Plan was prepared at the beginning of the fiscal year based on the approved FY 2018 Budget, was projected monthly through June 2018, and is used as the benchmark against which weekly results and variances are measured. As a result of material economic and operational changes stemming from Hurricanes Irma and Maria, DTPR is in the process of developing a reforecast of TSA cash flows to year-end. Until then, the original TSA forecast will continue to serve as the measure for weekly cash flow variances.*

- *Forecast collections and disbursements through the General Fund and Federal Fund are consistent with the approved FY 2018 Budget, with the exception of payroll outlays which were forecast based on run-rate cash disbursement trends, and budget reserves which are non-cash and do not impact the TSA direct cash flows.*

- *TSA General Fund inflows are "gross" (i.e. include accrued Tax Refunds in 2018) and therefore higher than presented in the approved FY 2018 Budget, which considers General Fund revenues net of current year tax refunds. Repayment of deferred tax refunds (from CY 2016 and prior) total $292mm; reserve for current year tax refunds (excluding garnishments) total $456mm.*

- *Payroll outlays are based on FY 2017 run-rate disbursements, less savings measures, representing a $298mm favorable adjustment to the approved FY 2018 Budget for the full fiscal year. Payroll is presented inclusive of segregated employee contributions ($349M for the year). Payroll is disbursed through the TSA on a bi-weekly basis, approximately on the 15th and 30th of each month.*

- *Pensions reflect the implementation of the pay-as-you-go model in FY 2018. Retirement system inflows represent deposits from municipalities and corporations net of administrative expenses. Figures also include ERS / TRS / JRS asset sales ($390M), which occured in July 2017.*

- *The Liquidity Plan assumes collections and outlays of Federal Funds are equal in FY 2018 (zero net cash impact), excluding potential timing impact.*

- *Clawback funds set aside prior to June 2016 (approx. $146mm held at BPPR accounts and $144mm held at GDB) are considered restricted cash and therefore excluded from the projected cash balance.*

- *The Liquidity Plan assumes $592mm of Reconciliation Adjustment as per the approved FY 2018 Budget and March 13 certified Fiscal Plan, which is projected separately from supplier payments and distributed evenly over 12 months. No further provision has been made for potential contingent liabilities against the government.*

- *The Liquidity Plan assumes that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA for operational purposes, totaling approx. $316mm in incremental collections in the forecast. However, these funds flowed to the COFINA bank account (BNY Mellon), which created a permanent variance of -$316mm against the Liquidity Plan.*

Puerto Rico Department of Treasury | AAFAF
*Executive Summary - TSA Cash Flow Actual Results for the Week Ended May, 25 2018*





**Weekly Cash Flow Variance $135M:** Weekly variance mainly due to: (1) +$38M in Electronic Lottery receipts (temporary); (2) +$52M in General Collections (potentially permanent); and (3) +$65 in Net Payroll Related Costs (temporary). All other line items have a total weekly variance of -$19M.

**YTD Net Cash Flow Variance $681M:** Weekly Cash Flow variance (above) increased the YTD Net Cash Flow variance to +681M from +$546M. The primary drivers of the +$681M YTD variance are Reconciliation Adjustment Outflows (+$493M, temporary), ASES Appropriations (+$221M), and Vendor Disbursements (+$541M, partially temporary) which are mostly offset by lower federal funds received for Vendor Disbursements (-$537M, partially temporary). Positive cash flow variances are partially offset by Sales & Use Tax Collections (-$365M, mostly permanent), and Net PREPA Loan Outflows (-$151M, temporary). All other line items total YTD variance amounted to -$58M.

Footnotes:
(a) Variances represent actual results vs. FY2018 Liquidity Plan. Additional detail and commentary on weekly and YTD variances is provided on pages 7 and 8 of this report.

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**
*Key Takeaways - TSA Cash Flow Actual Results for the Week Ended May 25, 2018*

| Key Takeaways of 05/25/2018 | | | | |
|---|---|---|---|---|
| ~$9.10bn | $15M | +$35M | +$65.9M | +$662M |
| Bank Cash Position | Weekly Cash Flow | Weekly Variance (a) | YTD Net Cash Flow | Finance Cash Flow Variance (a) |

### Notable variances (a) for the week ended May 25, 2018:

| | | |
|---|---|---|
| +$38M | Inflow - Electronic Lottery | (Temporary) Variance offsets a previous YTD timing variance due to Q3 Lottery collection forecast for 3/30 that was received on 5/22. |
| +$52M | Inflow - General Collections | (Potentially Permanent) Variance driven by receipts of Individual and Corporate Income Tax payments, Nonresidents Withholdings, and Act 154 Collections, as most revenue streams outperformed Liquidity Plan this week. Positive impacts of FEMA spend and recovery efforts may be outweighing any negative impacts associated with reduced economic activity, out-migration and deductions related to damages. |
| +$65M | Outflow - Net Payroll | (Temporary) Variance is related to the timing of payroll disbursements and will be offset next week, as payroll forecast for 5/25 was actually paid on 5/29. |
| -$19M | All Other Inflows & Outflows | Includes ASES Appropriations (+$46M), Federal Fund Receipts (+$29M), disbursements for the Nutritional Assistance Program (-$35M), SUT (-$24M), Other Payroll Related Costs (-$12M), and others (-$23M). |

### Notable YTD variances (a) as of May 25, 2018:

| | | |
|---|---|---|
| -$365M | Inflow - Sales & Use Tax | (Mostly Permanent) YTD permanent variance is driven by: (1) Liquidity Plan assumed $316M of COFINA funds would flow to the General Fund but instead, the funds were deposited in the COFINA account; (2) lower than anticipated collections due to lost revenues from Hurricane Maria's impact on economic activity; (3) temporary sales tax exemption on prepared foods and items sold by small and medium merchants (exemptions expired on 1/7 and 12/31, respectively). Additionally, various other offsetting and competing drivers have influenced gross SUT month to month, including a shift in buying mix from smaller, less SUT compliant stores to larger, more SUT compliant retailers. |
| -$300M | Outflow - Loans (PREPA) | (Permanent) $300M in funds relating to a loan from the Central Government were transferred to PREPA from the TSA on February 23, 2018. Subsequently, due to excess revenues collected by PREPA that were applied to the repayment of outstanding Revolving Credit Loans, separate payments totaling $149M YTD were made to the TSA from PREPA (see Net Inflow PREPA below). YTD variance is considered permanent variance to the FY2018 Liquidity Plan, as additional funds repaid to the TSA may subsequently be re-drawn by PREPA if necessary. |
| +$149M | Net Inflow - PREPA Loan | (Temporary) YTD variance due to excess revenues collected by PREPA that were applied to the repayment of outstanding Revolving Credit Loans, in accordance with Section 2.6(b)(ii) of the Superpriority Post-petition Revolving Credit Loan Agreement. Though additional repayments may occur, additional draw downs may also occur before fiscal year-end. |
| -$21M | Inflow - General Collections | (Mostly Permanent) Principally due to the negative impacts caused by Hurricane Maria. The largest YTD collections variances are -$120M in Act 154 collections, -$106M in Nonresident Withholdings, -$100M in Individual Income tax collections, partially offset by +$185M in Corporate Income Taxes, +$163M in HTA Pass Through collections (Petroleum & Gas Tax collections constitutes the majority of the favorable YTD variance) and others. |
| +$46M | Inflow - Federal Fund Receipts | (Temporary) YTD variances in federal fund receipts are a the result of: (1) Approximately -$537M lower-than-projected federal reimbursements for vendor payments; (2) disaster-related federal reimbursements for vendor payments not considered in the Liquidity Plan (+$107M offsetting variance); (3) greater disbursements for the Nutritional Assistance Program (+$190M offsetting variance); (4) ASES pass-through Medicaid appropriations (+$228M offsetting variance); (5) lower federally-funded payroll disbursements as a percent of total payroll versus the Liquidity Plan (-$50M variance); and an additional +$108M of timing variance. Note the Bipartisan Budget Act of 2018 provided for additional Medicaid funding that was not considered in the original Liquidity Plan. As such, federal funds received after 3/31 for the Medicaid Program, are incremental to the amount projected to be received in the Liquidity Plan and will result in permanent positive variances. Furthermore, the Additional Supplemental Appropriations for Disaster Relief Requirements Act of 2017 provided for additional Nutritional Assistance funding that was not considered in the original Liquidity Plan. The Commonwealth began to use these funds as of March 1st and the additional resources will remain available to Puerto Rico until September 30th, 2019. |
| +$493M | Outflow - Reconciliation Adj. | (Temporary) $151M of the YTD Variance is offset by the Net Loan outstanding to PREPA ($300M loan to PREPA less $149M in loan repayments due to PREPA's excess revenue collections). The $300M original loan repurposed portions of the Reconciliation Adjustment (RA) that is budgeted at the agency level. Additional reapportionments of the RA include: (1) $80M in funding for the Department of Transportation that repurposed portions of the RA by agency to provide funding for an intensive capital improvement program; and (2) $11M that was repurposed to acquire Microsoft Grant Management Solutions (GMS), which will permit the OMB and up to five other government agencies to monitor, access, and manage allocation programs of federal funds (see Schedule H of this report for additional detail). Remaining YTD variance has been deferred to later this fiscal year. |
| +$541M | Outflow - Vendor Disbursements | (Partially Temporary) The largest portion ($489M as of 3/31) of YTD variance is related to federally-reimbursable disbursements, approximately 65% of which the Liquidity Plan projected would relate to budget period 2017. |
| +$136M | All Other Inflows & Outflows | Largest variances Included are Retirement System Inflows (-$118M), Agency Collections (-$71M), outflows for the Nutritional Assistance Program (-$190M), Pension Related Costs (+$132M), appropriations to ASES (+$221M), Rum Tax collections (+$78M) and others (+$84M). |

### Key Cash Flow Risks to Liquidity Plan through June 30, 2018:

| | |
|---|---|
| General Collections - Nonresident Withholdings & Act 154 | Because of continued weakness in Nonresident Withholdings and Act 154 Collections, and concentration of these revenue streams amongst several large tax payers, there is risk that YTD variance grows larger or does not reverse throughout the remainder of FY2018. |
| Nonbudgeted Spend | Disaster relief related spend (which may be reimbursed) may impact working capital due to the timing of the spend / reimbursement cycle and the lag may create temporary cash variances in the TSA. From a budgetary perspective, disaster related spend and other nonbudgeted spend may be reapportioned from noncash budgetary reserves. |
| PRASA | On Friday, May 25, 2018, the Oversight Board approved an $80 million TSA loan to support PRASA's liquidity. The proceeds of the loan are expected to be disbursed to PRASA by the end of June and will temporarily delay PRASA's liquidity shortfall. |
| HTA | HTA may potentially require additional funding to support capital expenditures. DTPR and HTA are currently assessing this need and quantifying the potential funds needed. |
| Other Public Corporations | The Puerto Rico Ports Authority (Ports), the Medical Services Administration (ASEM), or the Puerto Rico Integrated Transit Authority (PRITA) may potentially require funds to be transferred from the TSA to support their liquidity needs and continue to fund their operations for the remainder of the fiscal year. |
| Title III Spend & Municipal Recovery Fund | TSA funds have been required to cover additional non-budgeted Title III spend throughout 4Q (the total may approximate ~$140M by fiscal year end) and to set up The Municipal Recovery Fund ($78M). From a budgetary perspective, funds have been and may continue to be reapportioned from noncash budgetary reserves to provide for this spend. Refer to Schedule H for additional detail. |

### Key Cash Flow Opportunities to Liquidity Plan through June 30, 2018:

| | |
|---|---|
| Bipartisan Budget Act of 2018 (Disaster Relief and Medicaid Program Funding) | The Bipartisan Budget Act of 2018 (The Act) passed by Congress on 2/9 includes provisions for additional disaster relief funding for Puerto Rico that will translate into positive cash flows against the Liquidity Plan. Additionally, The Act provides for federal funds to support Puerto Rico's public health care costs for the next two years. In the Liquidity Plan, federal fund inflows for the Medicaid program (ASES) were forecast to run out in March 2018, with the remaining $448M required for Premiums & Claims costs at ASES to be paid out of the TSA (budgeted as Special Revenue Funds). The additional Medicaid funding package as recently passed by the US Government will positively impact the TSA ending cash balance by the previous "gap" in funding of $448M. |
| Corporate Income Tax & SUT | Based on strong April results and preliminary May collections, Corporate Income Tax receipts and Sales & Use Tax collections may continue to outperform Liquidity Plan throughout the remainder of the fiscal year. Corporate Income Taxes have been higher due to revenues from companies engaged to participate in disaster recovery / reconstruction efforts, and the additional economic activity due to those efforts has also positively impacted Sales & Use Tax revenues. |
| Additional Supplemental Appropriations for Disaster Relief Requirements Act of 2017 | The Additional Supplemental Appropriations for Disaster Relief Requirements Act of 2017 passed into law on 10/26/2017 provided for up to $1.27bn in USDA funds previously provided for the Supplemental Nutrition Assistance Program (SNAP, formerly known as the food stamp program) contingency reserve to provide a grant to Puerto Rico for disaster nutrition assistance. This temporary assistance distributed through the Puerto Rico Nutrition Assistance Program (NAP) began March 1, and funds made available to Puerto Rico under this law shall remain available for obligation by the Commonwealth until September 30, 2019, (incremental to the FY 2018 Certified Budget). Through June 30, 2018 this is expected to yield a cash flow opportunity of $250M. |
| Petroleum & Gas Taxes | Strong Petroleum & Gas tax collections continued throughout Q4 providing additional positive variance in collections. YTD collections variance for this revenue stream is +$163M, largely driven by unplanned increases in demand for oil to run power generators. YTD variance has partially offset other revenues that were negatively affected due to the Hurricanes. |

*Footnotes:*
*(a) Variances represent actual results vs. FY2018 Liquidity Plan*

7

DRA Ex. 032

Puerto Rico Department of Treasury | AAFAF
*TSA Cash Flow Actual Results for the Week Ended May 25, 2018*

As of May 25, 2018

| # | (figures in $000s) | Schedule | Prior Variance YTD 5/18 | Actual 5/25 | Forecast 5/25 | Variance 5/25 | Actual YTD 5/25 | Forecast YTD 5/25 | Variance YTD 5/25 |
|---|---|---|---|---|---|---|---|---|---|
|  | **General & Special Revenue Fund Inflows** | | | | | | | | |
| 1 | Collections (a) | A | ($72,036) | $124,744 | $73,216 | $51,528 | $7,164,245 | $7,184,752 | ($20,508) |
| 2 | Agency Collections | B | (82,660) | 18,868 | 7,427 | 11,442 | 420,985 | 492,203 | (71,218) |
| 3 | Sales and Use Tax | | (341,638) | 90,241 | 113,281 | (23,040) | 1,394,302 | 1,758,980 | (364,678) |
| 4 | Excise Tax through Banco Popular | | (30,453) | – | – | – | 518,035 | 548,488 | (30,453) |
| 5 | Rum Tax | | 77,880 | 109 | – | 109 | 217,789 | 139,800 | 77,989 |
| 6 | Electronic Lottery | | (54,352) | 37,726 | – | 37,726 | 105,380 | 122,006 | (16,626) |
| 7 | Subtotal - General & Special Revenue Fund Inflows | | ($503,259) | $271,689 | $193,924 | $77,765 | $9,820,736 | $10,246,230 | ($425,494) |
|  | **Retirement System Inflows** | | | | | | | | |
| 8 | Contributions From Pension Systems (b) | | (102,014) | – | 16,101 | (16,101) | 236,113 | 354,228 | (118,115) |
| 9 | Pension System Asset Sales | | – | – | – | – | 390,480 | 390,480 | – |
| 10 | Subtotal - Retirement System Inflows | | ($102,014) | – | $16,101 | ($16,101) | $626,593 | $744,708 | ($118,115) |
|  | **Other Inflows** | | | | | | | | |
| 11 | Federal Fund Receipts (c) | C | 17,186 | 98,106 | 69,169 | 28,936 | 4,909,583 | 4,863,460 | 46,123 |
| 12 | Other inflows (d) | | 70,555 | 766 | 12,379 | (11,613) | 350,921 | 291,978 | 58,942 |
| 13 | Interest earned on Money Market Account | | 4,193 | – | – | – | 4,193 | – | 4,193 |
| 14 | GDB Transactions | | (28,766) | – | – | – | – | 28,766 | (28,766) |
| 15 | Loans and Tax Revenue Anticipation Notes (l) | | 149,064 | – | – | – | 149,064 | – | 149,064 |
| 16 | Subtotal - Other Inflows | | $212,233 | $98,871 | $81,548 | $17,324 | $5,413,761 | $5,184,204 | $229,557 |
| 17 | **Total Inflows** | | ($393,040) | $370,561 | $291,573 | $78,987 | $15,861,090 | $16,175,143 | ($314,052) |
|  | **Payroll Outflows** | | | | | | | | |
| 18 | Net Payroll (e) | D | 8,293 | (1,765) | (66,397) | 64,632 | (1,487,690) | (1,560,615) | 72,925 |
| 19 | Other Payroll Related Costs - (SSA, SIFC, Health Insurance) (f) | | 20,632 | (18,153) | (6,572) | (11,581) | (1,187,484) | (1,196,536) | 9,052 |
| 20 | Gross Payroll - PR Police Department (g) | | (45,203) | (23,499) | (17,288) | (6,211) | (634,395) | (582,981) | (51,414) |
| 21 | Subtotal - Payroll and Related Costs | | ($16,278) | ($43,416) | ($90,257) | $46,840 | ($3,309,569) | ($3,340,132) | $30,563 |
|  | **Pension Outflows** | | | | | | | | |
| 22 | Pension Benefits | | 59,304 | (3,520) | (3,880) | 359 | (1,835,346) | (1,895,010) | 59,664 |
| 23 | Pension Paygo Outlays on Behalf of Public Corporations | | 72,113 | – | – | – | – | (72,113) | 72,113 |
| 24 | Subtotal - Pension Related Costs | | $131,418 | ($3,520) | ($3,880) | $359 | ($1,835,346) | ($1,967,124) | $131,777 |
|  | **Appropriations - All Funds** | | | | | | | | |
| 25 | Health Insurance Administration - ASES | | 174,978 | (3,319) | (49,217) | 45,898 | (2,070,214) | (2,291,091) | 220,876 |
| 26 | University of Puerto Rico - UPR | | (0) | – | – | – | (612,628) | (612,628) | (0) |
| 27 | Muni. Revenue Collection Center - CRIM | | 11,120 | (19,090) | (5,311) | (13,779) | (238,066) | (235,407) | (2,659) |
| 28 | Highway Transportation Authority - HTA | | (54,485) | – | – | – | (191,656) | (137,171) | (54,485) |
| 29 | Public Buildings Authority - PBA | | (477) | – | – | – | (64,471) | (63,993) | (477) |
| 30 | Other Government Entities | | 59,898 | (12,818) | (5,474) | (7,344) | (471,458) | (524,012) | 52,554 |
| 31 | Subtotal - Appropriations - All Funds | | $191,035 | ($35,227) | ($60,002) | $24,775 | ($3,648,493) | ($3,864,302) | $215,810 |
|  | **Other Disbursements - All Funds** | | | | | | | | |
| 32 | Vendor Disbursements (h) | E | 539,454 | (60,314) | (62,108) | 1,795 | (2,427,537) | (2,968,786) | 541,248 |
| 33 | Other Legislative Appropriations (i) | F | (1,777) | – | (2,192) | 2,192 | (340,152) | (340,568) | 415 |
| 34 | Tax Refunds | | 32,942 | (16,062) | (31,266) | 15,205 | (636,108) | (684,255) | 48,147 |
| 35 | Nutrition Assistance Program | | (154,163) | (72,357) | (36,999) | (35,358) | (2,003,809) | (1,814,287) | (189,521) |
| 36 | Other Disbursements | | 22,964 | – | – | – | (60,802) | (83,766) | 22,964 |
| 37 | Reconciliation Adjustment | H | 493,333 | – | – | – | – | (493,333) | 493,333 |
| 38 | Loans and Tax Revenue Anticipation Notes | | (300,000) | – | – | – | (300,000) | – | (300,000) |
| 39 | Subtotal - Other Disbursements - All Funds | | $632,753 | ($148,733) | ($132,566) | ($16,167) | ($5,768,409) | ($6,384,995) | $616,586 |
| 40 | **Total Outflows** | | $938,928 | ($230,896) | ($286,704) | $55,808 | ($14,561,816) | ($15,556,552) | $994,736 |
| 41 | **Net Cash Flows** | | $545,888 | $139,664 | $4,869 | $134,795 | $1,299,274 | $618,591 | $680,683 |
| 42 | Bank Cash Position, Beginning (j) | | – | 2,958,607 | 2,412,719 | 545,888 | 1,798,997 | 1,798,997 | – |
| 43 | **Bank Cash Position, Ending (j)** | | $545,888 | $3,098,271 | $2,417,588 | $680,683 | $3,098,271 | $2,417,588 | $680,683 |
|  | Net Loan Outstanding to PREPA (sum of lines 15 & 38): | | ($150,936) | – | – | – | ($150,936) | – | ($150,936) |

**Footnotes:**
(a) Includes reserve for tax returns ($456 million) and Special Revenue Fund portion of posted collections.
(b) Paygo charges to municipalities and public corporations collected at the TSA.
(c) As of the date of this report, includes $107M in federal funded account balances transferred to the TSA that relate to disaster relief.
(d) Inflows related to the Department of Health, Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others.
(e) Payroll is paid bi-weekly on the 15th and 30th (or last day of the month, whichever comes sooner).
(f) Related to employee withholdings, social security, insurance, and other deductions.
(g) Police payroll is reflected individually because it is paid through a separate bank account. Also, the police payroll line item shown in the TSA cash flow is gross (i.e. inclusive of Other Payroll Related items).
(h) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(i) This refers to General Fund appropriations to non-TSA entities such as Legislative Assembly, Correctional Health, Comprehensive Cancer Center, and others.
(j) Excludes Banco Popular of Puerto Rico Account with balance of approximately $146mm; Amounts deposited in GDB subject to GDB restructuring.
(k) Unless otherwise stated, variances are either not material in nature or are expected to reverse in the short term.
(l) Section 2.6(b)(ii) of the Superpriority Post-petition Revolving Credit Loan Agreement (The Agreement) specifies that upon PREPA's receipt of any revenues in excess of amounts necessary to (i) pay budgeted expenses for Ineligible Uses provided for in the Budget (inclusive of the Ineligible Uses Variance) and other allowable expenses for Ineligible Uses, or any FEMA reimbursable expense for contracts that have been obligated by FEMA and approved by the Oversight Board and (ii) maintain a maximum cash balance of up to $300M PREPA shall apply such Revenues to the repayment of the outstanding Revolving Credit Loans. The criteria that result in any aforementioned repayment may be triggered due to the seasonality of PREPA operations. Depending on the timing of PREPA receipts and disbursements, additional repayments may occur over the next several weeks, though additional draw downs may also occur before fiscal year-end.

**Comments (k)**

1. Weekly variance was mainly from higher Individual Income Tax payments and Corporate Income Tax Collections that are most likely permanent in nature, and may stem from the positive impacts of FEMA spend and recovery efforts outweighing other negative impacts associated with reduced economic activity, out-migration and deductions related to damages. The largest YTD collections variances are: -$120M in Act 154 collections, -$106M in Nonresident Withholdings, -$100M in Individual Income tax collections, partially offset by +$185M in Corporate Income Taxes, +$163M in Petroleum & Gas taxes.

2. YTD variance mainly due to -$35M lower in Department of Health collections and -$34M lower in Treasury collections, with the remaining variance spread across 40+ other agencies. The majority of YTD variance (-$62M of total) is due to collections shortfall in September and October following Hurricane Maria, and may be permanent.

3. YTD variance is mostly permanent, due to -$316M in COFINA SUT collections flowing to the COFINA bank account that were not considered in the Liquidity Plan, lost revenues from Hurricane Maria's impact on economic activity, and temporary sales tax exemptions on prepared foods and items sold by small and medium merchants (exemptions expired on 1/7 and 12/31, respectively), and various other competing drivers.

5. YTD variance is assumed to be permanent, and the trend of higher collections in this revenue stream could continue in June. Stronger Rum Tax collections are a result of (1) higher than projected volume of exports, and (2) increase of Rum Tax per unit to $13.25 per proof gallon from $10.50 per proof gallon, effective as of January 2018.

6. Variance due to Q3 Lottery collection forecast for 3/30 that was received on 5/22.

8. The majority of YTD variance is due to not yet receiving PayGo payments from PRASA and other public corporations & municipalities.

11. YTD variances in federal fund receipts are a result of: (1) Approximately -$537M lower-than-projected federal reimbursements for vendor payments; (2) disaster-related federal reimbursements for vendor payments not considered in the Liquidity Plan (+$107M offsetting variance), (3) greater disbursements for the Nutritional Assistance Program (+$190M offsetting variance); (4) ASES pass-through Medicaid appropriations (+$228M offsetting variance); (5) lower federally-funded payroll disbursements as a percent of total payroll versus the Liquidity Plan (-$50M variance); and an additional +$108M of timing variance. Note the Bipartisan Budget Act of 2018 provided for additional Medicaid funding that was not considered in the original Liquidity Plan. As such, federal funds received after 3/31 for the Medicaid Program, and for the remainder of the year, are incremental to the amount projected to be received in the Liquidity Plan and will result in permanent positive variances. Furthermore, the Additional Supplemental Appropriations for Disaster Relief Requirements Act of 2017 provided for additional Nutritional Assistance funding that was not considered in the original Liquidity Plan. The Commonwealth began to use these funds as of March 1st and the additional resources will remain available to Puerto Rico until September 30th, 2019.

12. YTD variance mainly due to +$35M higher in Petroleum import tax collections and +$15M in a one-time transfer from the Puerto Rico Tourism Company, with remaining variance due to higher non-recurring inflows across various programs and agencies, all of which are assumed to be permanent variances against the Liquidity Plan.

14. YTD variance is offset by GDB Transactions (relates to legacy debt service deposit agreement) variance in line 36.

18. Variance is related to the timing of payroll disbursements and will be offset next week, as payroll forecast for 5/25 was actually paid on 5/29.

19. Variance due to the timing of various payments to financial service providers on behalf of public employees and for insurance providers.

20. The Puerto Rico Police Department disburses its own payroll & related benefits, and outflows for Police Payroll relate to requested payroll advances to the central government (TSA). -$44M of the YTD variance is offset by +$44M of the YTD variance in line 23, as distributions to the Police Department for payment of employer contributions to their retirement system is included in the line 23 YTD forecast.

23. Variances in this line item are permanent and this line item is not expected to be utilized this fiscal year. +$44M of the YTD variance offsets -$44M of the YTD variance in line 20, as distributions to the Police Department for payment of employer contributions to their retirement system was included in the line 23 forecast but are disbursed through line 20. Remaining YTD variance is offset by a reduction in Contributions From Pension Systems in line 8.

25. Variance is due to the timing of federal funds received for the Medicaid Program and the subsequent pass-through appropriation to ASES, and will be offset later this month.

32. Vendor disbursements were within 3% of Liquidity Plan for the week ended 5/25 due to higher disbursements for the Department of Education and other agencies. The largest portion ($489M as of 4/30) of YTD variance is related to federally-reimbursable disbursements, approximately 65% of which the Liquidity Plan projected would relate to budget period 2017.

35. YTD variances are most likely permanent and are offset by increases in federal funds received for the Nutritional Assistance Program due to additional funding provided for by The Additional Supplemental Appropriations for Disaster Relief Requirements Act of 2017.

36. YTD variance offsets GDB Transactions (relates to legacy debt service deposit agreement) variance in inflows (line 14), with remaining variance due to timing.

37. $151M of the YTD Variance is offset by the Net Loan outstanding to PREPA ($300M loan to PREPA less $149M in loan repayments due to PREPA's excess revenue collections - see note 38 below). The $300M original loan repurposed portions of the Reconciliation Adjustment that is budgeted at the agency level (see Schedule H of this report for additional detail). Remaining YTD variance has been deferred to later this fiscal year.

15, 38 YTD variance due to excess revenues collected by PREPA that were applied to the repayment of outstanding Revolving Credit Loans, in accordance with Section 2.6(b)(ii) of the Superpriority Post-petition Revolving Credit Loan Agreement[1]. Depending on the timing of PREPA receipts and disbursements, additional repayments (in excess of the total $149M already repaid) or draw downs may occur throughout the remainder of the year.

8

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**  As of May 25, 2018

*Schedule A: Collections Detail - Actual Results vs. Forecast (a)*

| | (figures in $000s) | Actual 5/25 | Forecast 5/25 | Variance 5/25 | Actual YTD | Forecast YTD | Variance YTD |
|---|---|---|---|---|---|---|---|
| | **General Fund** | | | | | | |
| 1 | Individuals | $26,660 | $29,541 | ($2,880) | $2,030,539 | $2,130,416 | ($99,877) |
| 2 | Corporations | $4,989 | 8,494 | (3,505) | 1,495,639 | 1,311,087 | 184,552 |
| 3 | Non Residents Withholdings | $2,217 | 2,280 | (63) | 547,217 | 653,290 | (106,073) |
| 4 | Act 154 | – | 2,732 | (2,732) | 1,161,020 | 1,280,943 | (119,923) |
| 5 | Alcoholic Beverages | $4,910 | 6,718 | (1,808) | 232,384 | 247,038 | (14,654) |
| 6 | Cigarettes | $3,100 | 538 | 2,562 | 205,392 | 204,848 | 544 |
| 7 | Motor Vehicles | $9,498 | 6,320 | 3,179 | 359,491 | 284,157 | 75,334 |
| 8 | Other General Fund | $1,991 | 4,857 | (2,866) | 162,088 | 339,233 | (177,146) |
| 9 | **Total General Fund Portion of General Collections** | $53,365 | $61,479 | ($8,114) | $6,193,768 | $6,451,012 | ($257,244) |
| | **Retained Revenues (b)** | | | | | | |
| 10 | AACA Pass Through | $1,251 | 1,612 | (361) | 69,856 | 71,141 | (1,285) |
| 11 | AFI/RBC Pass Through | – | 80 | (80) | 7,344 | 25,454 | (18,110) |
| 12 | ASC Pass Through | $1,262 | 186 | 1,076 | 72,493 | 89,578 | (17,085) |
| 13 | HTA Pass Through | $2,574 | 8,047 | (5,473) | 585,098 | 422,565 | 162,533 |
| 14 | Total Other Retained Revenues | $1,376 | 1,811 | (435) | 66,142 | 125,002 | (58,860) |
| 15 | **Total Retained Revenues Portion of General Collections** | $6,464 | $11,737 | ($5,273) | $800,934 | $733,740 | $67,194 |
| 16 | **Total Collections from DTPR Collections System** | $59,829 | $73,216 | ($13,387) | $6,994,703 | $7,184,752 | ($190,050) |
| 17 | Timing-related unreconciled TSA Collections (c) | $64,915 | – | $64,915 | $169,542 | – | $169,542 |
| 18 | **Total General Collections** | $124,744 | $73,216 | $51,528 | $7,164,245 | $7,184,752 | ($20,508) |

Source: DTPR, collection system

Footnotes:
(a) Figures in forecast period correspond to original TSA liquidity plan projections, which was developed in July 2017 based on the Approved Budget, General Fund Revenue projections, and other input from the DTPR and AAFAF teams.
(b) Retained Revenues are revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts, the majority of which include (i) ACAA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, and (iv) HTA toll revenues.
(c) Due to timing. Receipts in collections post account (CPA) occur approximately two business days prior to being deposited into the TSA.

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**  
*Schedule B: Agency Collections Detail*

As of May 25, 2018

| | (figures in $000s) | Actual 5/25 | YTD FY18 |
|---|---|---:|---:|
| | **Agency** | | |
| 1 | Department of Health | $3,411 | $104,576 |
| 2 | Office of the Commisioner of Insurance | 540 | 49,996 |
| 3 | Office of the Financial Institution Commisioner | 110 | 49,620 |
| 4 | Funds under the Custody of the Department of Treasury | 2,185 | 47,737 |
| 5 | Department of Labor and Human Resources | 632 | 33,750 |
| 6 | Department of Justice | 678 | 17,193 |
| 7 | Department of State | 7,595 | 14,702 |
| 8 | Department of Treasury | 54 | 12,670 |
| 9 | Department of Natural and Environmental Resources | 834 | 7,382 |
| 10 | Mental Health and Drug Addiction Services Administration | 349 | 7,243 |
| 11 | Department of Education | 10 | 6,143 |
| 12 | Medical Emergencies Service | 192 | 6,063 |
| 13 | Department of Correction and Rehabilitation | 34 | 5,764 |
| 14 | General Services Administration | 150 | 5,608 |
| 15 | Department of Recreation and Sport | 101 | 5,434 |
| 16 | Puerto Rico Police Department | 54 | 4,934 |
| 17 | Department of Housing | 15 | 4,519 |
| 18 | Administration for the Horse Racing Sport and Industry | 39 | 4,000 |
| 19 | Deposits non-identified (a) | 7 | 3,660 |
| 20 | Others (b) | 1,877 | 29,991 |
| 21 | **Total** | **$18,868** | **$420,985** |

*Source: DTPR*

**Footnotes:**  
*(a) Includes transfers to other agencies in addition to unreconciled agency collections.*  
*(b) Inflows related to Department of Transportation and Public Works, Firefighters Corps, Environmental Quality Board, Department of Agriculture, and others.*

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**  As of May 25, 2018
*Schedule C: Federal Funds Receipts Detail*

| | (figures in $000s) | Actual 5/25 | YTD FY18 |
|---|---|---|---|
| | **Agency** | | |
| 1 | Adm. Socioeconomic. Dev. Family | $73,468 | $2,057,741 |
| 2 | Health | 13,117 | 1,830,361 |
| 3 | Department of Education | 5,542 | 677,914 |
| 4 | Vocational Rehabilitation Adm. | 689 | 31,672 |
| 5 | Mental Health and Drug Addiction Services Adm. | 739 | 20,957 |
| 6 | Puerto Rico National Guard | 23 | 17,555 |
| 7 | Department of Labor and Human Resources | – | 15,307 |
| 8 | Families and Children Adm. | – | 13,289 |
| 9 | Department of Justice | 4 | 10,034 |
| 10 | Department of Natural and Environmental Resources | 2,081 | 8,922 |
| 11 | Environmental Quality Board | 763 | 7,765 |
| 12 | Department of Family | 48 | 5,881 |
| 13 | Others (a) | 1,631 | 105,526 |
| 14 | Disaster Spend Reimbursements (b) | – | 106,661 |
| 15 | **Total** | **$98,106** | **$4,909,583** |

*Source: DTPR*

Footnotes:
(a) Inflows related to the Women's Affairs Commission, the Municipal Affairs Commission, Office of Elderly Affairs, and others.
(b) Represents reimbursement transfers to the TSA for various agencies' disaster related spend.

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**  
*Schedule D: Net (a) Payroll Detail*

As of May 25, 2018

| | (figures in $000s) | Actual 5/25 | YTD FY18 |
|---|---|---:|---:|
| | **General Fund** | | |
| 1 | Education (d) | – | $560,069 |
| 2 | Correction and Rehab | – | 121,604 |
| 3 | Health | – | 47,221 |
| 4 | All Other Agencies (b) | – | 381,698 |
| 5 | Total General Fund | – | $1,110,592 |
| | **Special Revenue Funds** | | |
| 6 | Education (d) | – | 204 |
| 7 | Correction and Rehab | – | – |
| 8 | Health | – | 12,997 |
| 9 | All Other Agencies (b) | – | 60,214 |
| 10 | Total Special Revenue Funds | – | $73,415 |
| | **Federal Funds** | | |
| 11 | Education (d) | – | $169,258 |
| 12 | Correction and Rehab | – | 182 |
| 13 | Health | – | 39,381 |
| 14 | All Other Agencies (b) | – | 61,442 |
| 15 | Total Federal Funds | – | $270,262 |
| 16 | Total Net Payroll from Payroll System | – | $1,454,269 |
| 17 | Timing-related unreconciled Net Payroll (c) | $1,765 | $33,421 |
| 18 | Total Net Payroll | $1,765 | $1,487,690 |

*Source: DTPR, RHUM system*

Footnotes:
(a) Net payroll data provided by DTPR allows for a reliable break down analysis. Note that net payroll is equal to gross payroll less tax withholdings and other deductions.
(b) Includes Firefighter Corps, National Guard, Public Housing Administration, Natural Resources Administration, and
(c) Due to timing and reconciliation between RHUM payroll system and cash activity data.

**Puerto Rico Department of Treasury | AAFAF**   As of May 25, 2018
*Schedule E: Vendor Disbursements Detail*

| | (figures in $000s) | Actual 5/25 | YTD FY18 |
|---|---|---:|---:|
| | **General Fund** | | |
| 1 | Education | $4,815 | $333,617 |
| 2 | General Court of Justice | 7,061 | 93,659 |
| 3 | Health | 826 | 104,817 |
| 4 | All Other Agencies (a) | 8,298 | 534,573 |
| 5 | Total General Fund | $21,000 | $1,066,666 |
| | **Special Revenue Funds** | | |
| 6 | Education | 495 | 49,881 |
| 7 | General Court of Justice | 2,800 | 14,203 |
| 8 | Health | 5,135 | 151,211 |
| 9 | All Other Agencies (a) | 10,375 | 375,768 |
| 10 | Total Special Revenue Funds | $18,806 | $591,063 |
| | **Federal Funds** | | |
| 11 | Education | 2,954 | 220,006 |
| 12 | General Court of Justice | 81 | 296 |
| 13 | Health | 2,574 | 174,255 |
| 14 | All Other Agencies (a) | 9,836 | 318,516 |
| 15 | Total Federal Funds | $15,446 | $713,072 |
| 16 | Total Vendor Disbursements from System | $55,252 | $2,370,801 |
| 17 | Timing-related unreconciled Vendor Disbursements (b) | $5,062 | $56,737 |
| 18 | Total Vendor Disbursements | $60,314 | $2,427,537 |

*Source: DTPR's Bank checks paid report and PRIFAS system*

Footnotes:
(a) Includes ASSMCA, Firefighters Corps, Emergency Medical Corps, Natural Resources Administration, and others.
(b) Unreconciled vendor disbursements is timing variance pending reconciliation between bank systems and DTPR systems.

13

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**　　　　　　　　　　**As of May 25, 2018**

*Schedule F: Other Legislative Appropriations Detail*

|   |   | Actual | YTD |
|---|---|---:|---:|
| *(figures in $000s)* |   | 5/25 | FY18 |
|   | **Agency** |   |   |
| 1 | Correctional Health | – | $52,832 |
| 2 | House of Representatives | – | 42,226 |
| 3 | Puerto Rico Senate | – | 37,521 |
| 4 | Office of the Comptroller | – | 34,246 |
| 5 | Comprehensive Cancer Center | – | 21,083 |
| 6 | Legislative Donations Committee | – | 20,000 |
| 7 | Superintendent of the Capitol | – | 13,886 |
| 8 | Institute of Forensic Sciences | – | 13,418 |
| 9 | Authority of Public-Private Alliances (projects) | – | 13,074 |
| 10 | Martín Peña Canal Enlace Project Corporation | – | 10,030 |
| 11 | Legislative Services | – | 9,602 |
| 12 | Housing Financing Authority | – | 8,570 |
| 13 | All Others (a) | – | 63,663 |
| 14 | **Total Other Legislative Appropriations** | – | **$340,152** |

*Source: DTPR*

Footnotes:
(a) Includes the Solid Waste Authority, Public Broadcasting Corporation, Musical Arts Corporation, and several other agencies.

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**  
*Central Government - Partial Inventory of Known Short Term Obligations (a)*

**As of May 25, 2018**

*(figures in $000s)*

| Obligation Type | Recorded Invoices (b) |
|---|---|
| 3rd Party Vendor Invoices | $ 29,907 |
| Intergovernmental Invoices | $ 38,557 |
| Total | $ 68,464 |

Source: DTPR

Footnotes:
(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices, which was made worse by the impact of the Hurricanes.
(b) Recorded invoice data was unavailable for the weeks ended 5/25, 5/18, 5/11, 5/4, and 4/27 and as such the data presented above refers to invoices/vouchers approved for payment by the agencies but checks not released as of 4/20.

| Obligation Type | Additional Invoices (c) |
|---|---|
| 3rd Party Vendor Invoices | $ 209,174 |
| Intergovernmental Invoices | 103,735 |
| Total | $ 312,909 |

Source: BDO

Footnotes:
(c) The data presented above represents additional invoices identified outside of DTPR main system for the following agencies as of 5/4:
- Police Department
- Department of Education
- Department of Justice
- Department of Correction and Rehabilitation
- Department of Transportation and Public Works
- Mental Health and Drug Addiction Services Administration
- Socio Economic Development Administration
- Administration for Children and Families
- Child Support Administration
- Environmental Quality Board
- Department of Health
- Department of Housing
- Department of Labor
- Department of Sports and Recreation
- Department of Natural Resources
- Administration for the Care and Development of Children
- Puerto Rico Fire Department
- Department of Family
- Department of Treasury

| Obligation Type | Pre-recorded Invoices (d) |
|---|---|
| 3rd Party Vendor Invoices | $ 18,545 |
| Intergovernmental Invoices | $ 5,750 |
| Total | $ 24,295 |

Source: Compiled by BDO, data provided by agencies.

Footnotes:
(d) Pre-recorded AP is related to other agencies out of scope of BDO that independently enters invoice data into a Live AP module prior to invoices being approved for payment.

15

DRA Ex. 032

**Puerto Rico Department of Treasury | AAFAF**  
*Central Government - Partial Inventory of Known Short Term Obligations by agency (a)*  
As of May 25, 2018

*(figures in $000s)*

**Consolidated Inventory Invoices**

| Description | | As of June 30, 2017 | | | | As of September 8, 2017 | | | As of May 25, 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | | Recorded AP (c) | Additional AP (d) | Total | Recorded AP (c) | Additional AP (d) | Pre-recorded AP (e) | Total |
| Department of Education | $ 3,535 | $ 66,640 | $ 165,459 | $ 235,633 | $ | 28,009 | $ 161,824 | $ 189,833 | $ 22,889 | $ 56,861 | $ - | $ 79,750 |
| Department of Health | - | 15,432 | 132,856 | 148,288 | | 8,996 | 130,760 | 139,756 | 14,427 | 123,997 | - | 138,424 |
| Mental Health and Drug Addiction Services Administration | - | 2 | 1,940 | 1,942 | | 353 | 6,086 | 6,439 | 3,800 | 6,948 | - | 10,748 |
| Environmental Quality Board | - | 716 | 6,229 | 6,945 | | 793 | 7,194 | 7,987 | 177 | 3,622 | - | 3,799 |
| Department of Correction and Rehabilitation | - | 7,582 | 40,215 | 47,796 | | 271 | 36,746 | 37,018 | 37 | 19,359 | - | 19,395 |
| Department of Labor | - | 903 | 19,619 | 20,521 | | - | 23,556 | 23,556 | 220 | 24,767 | - | 24,987 |
| Administration For Children and Families | - | 143 | 15,123 | 15,266 | | 2,818 | 22,254 | 25,073 | 25 | 5,518 | - | 5,543 |
| Other Agencies | 1,170 | 77,368 | 43,059 | 121,597 | | 23,808 | 63,883 | 87,691 | 26,889 | 71,836 | 24,295 | 123,021 |
| Total | $ 4,705 | $ 168,786 | $ 424,500 | $ 597,990 | $ | 65,048 | $ 452,304 | $ 517,352 | $ 68,464 | $ 312,909 | $ 24,295 | $ 405,668 |

**3rd Party Vendor Payables**

| Description | | As of June 30, 2017 | | | | As of September 8, 2017 | | | As of May 25, 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | | Recorded AP (c) | Additional AP (d) | Total | Recorded AP (c) | Additional AP (d) | Pre-recorded AP (e) | Total |
| Department of Education | $ - | $ 39,845 | $ 132,341 | $ 172,187 | $ | 14,166 | $ 91,806 | $ 105,972 | $ 8,818 | $ 49,149 | $ - | $ 57,967 |
| Department of Health | - | 14,395 | 92,876 | 107,271 | | 8,320 | 93,580 | 101,900 | 11,325 | 65,250 | - | 76,575 |
| Mental Health and Drug Addiction Services Administration | - | 2 | 1,581 | 1,584 | | 353 | 5,605 | 5,958 | 2,231 | 6,007 | - | 8,238 |
| Environmental Quality Board | - | 395 | 4,452 | 4,846 | | 353 | 5,114 | 5,467 | 18 | 1,450 | - | 1,468 |
| Department of Correction and Rehabilitation | - | 3,603 | 13,196 | 16,799 | | 256 | 7,448 | 7,704 | 37 | 16,315 | - | 16,352 |
| Department of Labor | - | 211 | 10,875 | 11,086 | | - | 11,023 | 11,023 | 220 | 11,162 | - | 11,382 |
| Administration For Children and Families | - | 143 | 13,844 | 13,988 | | 41 | 20,025 | 20,065 | 25 | 2,244 | - | 2,270 |
| Other Agencies | - | 29,046 | 22,116 | 51,161 | | 16,005 | 41,724 | 57,728 | 7,233 | 57,597 | 18,545 | 83,375 |
| Total | $ - | $ 87,639 | $ 291,282 | $ 378,921 | $ | 39,494 | $ 276,324 | $ 315,818 | $ 29,907 | $ 209,174 | $ 18,545 | $ 257,627 |

**Intergovernmental Payables**

| Description | | As of June 30, 2017 | | | | As of September 8, 2017 | | | As of May 25, 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Checks in Vault (b) | Recorded AP (c) | Additional AP (d) | Total | | Recorded AP (c) | Additional AP (d) | Total | Recorded AP (c) | Additional AP (d) | Pre-recorded AP (e) | Total |
| Department of Education | $ 3,535 | $ 26,795 | $ 33,117 | $ 63,447 | $ | 13,842 | $ 70,019 | $ 83,861 | $ 14,071 | $ 7,713 | $ - | $ 21,783 |
| Department of Health | - | 1,037 | 39,980 | 41,017 | | 676 | 37,181 | 37,856 | 3,102 | 58,747 | - | 61,849 |
| Mental Health and Drug Addiction Services Administration | - | - | 359 | 359 | | - | 481 | 481 | 1,568 | 942 | - | 2,510 |
| Environmental Quality Board | - | 321 | 1,777 | 2,098 | | 440 | 2,080 | 2,520 | 159 | 2,172 | - | 2,331 |
| Department of Correction and Rehabilitation | - | 3,979 | 27,018 | 30,997 | | 15 | 29,298 | 29,313 | - | 3,044 | - | 3,044 |
| Department of Labor | - | 692 | 8,744 | 9,435 | | - | 12,533 | 12,533 | - | 13,605 | - | 13,605 |
| Administration For Children and Families | - | - | 1,279 | 1,279 | | 2,778 | 2,230 | 5,007 | - | 3,273 | - | 3,273 |
| Other Agencies | 1,170 | 48,323 | 20,944 | 70,436 | | 7,803 | 22,159 | 29,962 | 19,657 | 14,239 | 5,750 | 39,646 |
| Total | $ 4,705 | $ 81,146 | $ 133,218 | $ 219,069 | $ | 25,554 | $ 175,979 | $ 201,534 | $ 38,557 | $ 103,735 | $ 5,750 | $ 148,041 |

Footnotes:

(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices, which was made worse by the impact of the Hurricanes.

(b) Refers to checks issued but kept in vault. Due to control processes implemented this fiscal year, it is uncommon for there to be a material checks in vault balance, as now the Department of Treasury has greater control over the approval and authorization of checks before they are issued. Data is sourced from Puerto Rico Department of Treasury.

(c) Refers to invoices/vouchers approved for payment by the agencies but checks not released. Data is sourced from Puerto Rico Department of Treasury. Recorded invoice data was unavailable for the weeks ended 5/25, 5/18, 5/11, 5/4, and 4/27 and as such the data Recorded invoice data is updated as of 4/20.

(d) Represents additional invoices identified outside of DTPR main system for the 19 agencies below. Data is sourced from BDO.
- Police Department
- Department of Education
- Department of Justice
- Department of Correction and Rehabilitation
- Department of Transportation and Public Works
- Mental Health and Drug Addiction Services Administration
- Socio Economic Development Administration
- Administration for Children and Families
- Child Support Administration
- Environmental Quality Board
- Department of Health
- Department of Housing
- Department of Labor
- Department of Sports and Recreation
- Department of Natural Resources
- Administration for the Care and Development of Children
- Puerto Rico Fire Department
- Department of Family
- Department of Treasury

(e) Pre-recorded AP is related to other agencies out of scope for BDO that independently enter invoices into a Live AP module prior to invoice payment approval. The data is sourced from the agencies themselves, compiled by BDO, and validated to ensure there is no overlap with other AP categories.

16

**Puerto Rico Department of Treasury | AAFAF**
Central Government - Partial Inventory of Known Short Term Obligations (a)
All Agencies

As of May 25, 2018

(figures in $000s)

| Description | Recorded AP (b) 3rd Party Payables | Recorded AP (b) Intergovernmental Payables | Additional AP (c) 3rd Party Payables | Additional AP (c) Intergovernmental Payables | Pre-Recorded AP (d) 3rd Party Payables | Pre-Recorded AP (d) Intergovernmental Payables | Total |
|---|---|---|---|---|---|---|---|
| Department of Health | $11,325 | $3,102 | $65,250 | $58,747 | $0 | $0 | $138,424 |
| Department of Education | 8,818 | 14,071 | 49,149 | 7,713 | - | - | 79,750 |
| Department of Labor and Human Resources | 220 | - | 11,162 | 13,605 | - | - | 24,987 |
| Department of Transportation and Public Works | 290 | - | 20,232 | 2,838 | - | - | 23,360 |
| Department of Correction and Rehabilitation | 37 | - | 16,315 | 3,044 | - | - | 19,395 |
| Department of Justice | 3,612 | 46 | 8,001 | 779 | - | - | 12,437 |
| Highway and Transportation Authority | - | 10,000 | - | - | - | 1,663 | 11,663 |
| Mental Health and Addiction Services Administration | 2,231 | 1,568 | 6,007 | 942 | - | - | 10,748 |
| Hacienda (entidad interna - fines de contabilidad) | 0 | 5,956 | - | - | 3,950 | 420 | 10,325 |
| Department of Natural and Environmental Resources | - | - | 5,189 | 3,082 | - | - | 8,271 |
| Puerto Rico Police | 204 | - | 7,715 | 327 | - | - | 8,247 |
| Administration for Socioeconomic Development of the Family | - | - | 4,438 | 1,936 | - | - | 6,374 |
| Families and Children Administration | 25 | - | 2,244 | 3,273 | - | - | 5,543 |
| General Services Administration | - | - | - | - | 4,979 | 420 | 5,399 |
| Department of the Family | - | - | 3,818 | 1,543 | - | - | 5,360 |
| Child Support Administration | - | - | 1,848 | 3,359 | - | - | 5,207 |
| Commonwealth Election Commission | - | 491 | - | - | 1,884 | 2,619 | 4,994 |
| Department of Housing | - | - | 4,427 | 106 | - | - | 4,534 |
| Environmental Quality Board | 18 | 159 | 1,450 | 2,172 | - | - | 3,799 |
| Institute of Puerto Rican Culture | - | 2,904 | - | - | - | - | 2,904 |
| Department of the Treasury | 2,065 | 18 | 45 | 14 | - | - | 2,143 |
| Department of Sports and Recreation | - | - | 1,585 | 252 | - | - | 1,837 |
| Office of Management and Budget | - | - | - | - | 1,411 | - | 1,411 |
| Puerto Rico National Guard | 147 | 17 | - | - | 712 | 389 | 1,266 |
| Vocational Rehabilitation Administration | 177 | 10 | - | - | 1,037 | 13 | 1,237 |
| General Court of Justice | 685 | - | - | - | - | - | 685 |
| Industrial Commission | - | - | - | - | 528 | 58 | 586 |
| Veterans Advocate Office | - | - | - | - | 555 | - | 555 |
| Office of the Governor | 0 | - | - | - | 475 | 11 | 487 |
| State Historic Preservation Office | - | - | - | - | 444 | - | 444 |
| Department of State | - | - | - | - | 361 | 11 | 372 |
| Emergency Management and Disaster Administration Agency | - | - | - | - | 289 | 67 | 356 |
| Firefighters Corps | 4 | 200 | 100 | - | - | - | 304 |
| Elderly and Retired People Advocate Office | - | - | - | - | 206 | 25 | 232 |
| Telecommunication's Regulatory Board | - | - | - | - | 222 | - | 222 |
| Planning Board | - | - | - | - | 216 | - | 216 |
| Administration for Integral Development of Childhood | 0 | - | 199 | 3 | - | - | 202 |
| Emergency Medical Services Corps | 21 | - | - | - | 158 | 16 | 195 |
| State Energy Office of Public Policy | - | - | - | - | 177 | - | 177 |
| Office of the Electoral Comptroller | - | - | - | - | 124 | 33 | 157 |
| Office of the Commissioner of Insurance | - | - | - | - | 109 | 0 | 109 |
| Permit Management Office | - | - | - | - | 103 | 0 | 104 |
| Joint Special Counsel on Legislative Donations | - | - | - | - | 78 | - | 78 |
| Department of Agriculture | - | - | - | - | 72 | - | 72 |
| Office of the Financial Institutions Commissioner | 11 | - | - | - | 49 | - | 60 |
| Women's Advocate Office | - | - | - | - | 50 | - | 50 |
| Citizen's Advocate Office (Ombudsman) | - | - | - | - | 49 | - | 49 |
| Civil Rights Commission | - | - | - | - | 46 | - | 46 |
| Public Services Commission | - | - | - | - | 45 | - | 45 |
| Department of Public Security | - | - | - | - | 41 | - | 41 |
| Horse Racing Industry and Sport Administration | 1 | - | - | - | 36 | - | 37 |
| Industrial Tax Exemption Office | - | - | - | - | 31 | - | 31 |
| Cooperative Development Commission | - | - | - | - | 23 | 5 | 27 |
| Correctional Health | - | - | - | - | 24 | - | 24 |
| Office of Public Security Affairs | - | 15 | - | - | 8 | - | 23 |
| Health Advocate Office | - | - | - | - | 17 | - | 17 |
| Parole Board | - | - | - | - | 16 | - | 16 |
| University Pediatric Hospital | 14 | - | - | - | - | - | 14 |
| Advocacy for Persons with Disabilities of the Commonwealth | - | - | - | - | 5 | - | 5 |
| Energy Affairs Administration | - | - | - | - | 5 | - | 5 |
| Office of the Commissioner of Municipal Affairs | - | - | - | - | 2 | - | 2 |
| Office of Administration and Transformation of Human Resources | 0 | - | - | - | 2 | - | 2 |
| Department of Consumer Affairs | - | - | - | - | 2 | - | 2 |
| Investigation, Prosecution and Appeals Commission | 1 | - | - | - | 0 | - | 1 |
| Corrections Administration | - | - | - | - | 1 | - | 1 |
| Joint Commission Reports Comptroller | - | - | - | - | 1 | - | 1 |
| Other | - | - | - | - | 1 | - | 1 |
| Total | $29,907 | $38,557 | $209,174 | $103,735 | $18,545 | $5,750 | $405,668 |

Footnotes:
(a) The numbers presented represent a bottom-up build of invoices at the government agency level, which should not be considered to be indicative of total Accounts Payable for the central government. This is due to issues surrounding invoice entry that has hindered the timely cadence of recording invoices, which was made worse by the impact of the Hurricanes.
(b) Refers to invoices/vouchers approved for payment by the agencies but checks not released. Data is sourced from Puerto Rico Department of Treasury. Recorded invoice data was unavailable for the weeks ended 5/25, 5/18, 5/11, 5/4, and 4/27 and as such the data Recorded invoice data is updated as of 4/20.
(c) Represents additional invoices identified outside of DTPR main system. Data is sourced from BDO, who compiles this information for the 19 agencies included in its scope of work.
(d) Pre-recorded AP is related to other agencies out of scope for BDO that independently enter invoices into a Live AP module prior to invoice payment approval. The data is sourced from the agencies themselves, compiled by BDO, and validated to ensure there is no overlap with other AP categories.

**DRA Ex. 032**

Puerto Rico Department of Treasury | AAFAF

As of May 25, 2018

Schedule H: Budget Allocation of the Reconciliation Adjustment

| (figures in $000s) | Original Budgeted Amount | Allocation to PREPA Loan (a) | Allocation to DTOP (b) | Allocation for GMS (c) | Allocation for Municipalities (d) | Remaining |
|---|---|---|---|---|---|---|
| Agency | | | | | | |
| 1 Department of Health | $146,000 | $80,367 | $21,431 | $3,077 | $20,895 | $20,229 |
| 2 Department of Treasury | 90,000 | 49,541 | 13,211 | 1,897 | 12,881 | 12,470 |
| 3 Department of Education | 75,000 | 41,284 | 11,009 | 1,581 | 10,734 | 10,392 |
| 4 OMB Funds | 47,000 | – | – | – | – | 47,000 |
| 5 Adm Child Care & Development | 40,000 | 22,018 | 5,872 | 843 | 5,725 | 5,542 |
| 6 Authority of Public Private Alliances | 36,000 | 19,817 | 5,284 | 759 | 5,152 | 4,988 |
| 7 Corp Service Medical Center | 30,000 | 16,514 | 4,404 | 632 | 4,294 | 4,157 |
| 8 Mental Health and Drug Addiction Services Administration | 30,000 | 16,514 | 4,404 | 632 | 4,294 | 4,157 |
| 9 PR Police Department | 25,000 | 13,761 | 3,670 | 527 | 3,578 | 3,464 |
| 10 Transportation & Public Works | 25,000 | 13,761 | 3,670 | 527 | 3,578 | 3,464 |
| 11 Administration for the Development of Agricultural Enterprises | 25,000 | 13,761 | 3,670 | 527 | 3,578 | 3,464 |
| 12 Department of Corrections | 15,000 | 8,257 | 2,202 | 316 | 2,147 | 2,078 |
| 13 Department of Justice | 4,000 | 2,202 | 587 | 84 | 572 | 554 |
| 14 Firefighters | 3,000 | 1,651 | 440 | 63 | 429 | 416 |
| 15 Highway Transportation Authority | 1,000 | 550 | 147 | 21 | 143 | 139 |
| 16 Total | $592,000 | $300,000 | $80,000 | $11,486 | $78,000 | $122,514 |

Source: Office of Management and Budget

Footnotes:
(a) Following a Federal Court Ruling on February 19, 2018 that approved a loan request in the amount of $300M to PREPA from the TSA (funds transferred to PREPA on 2/23), $300M was repurposed from the Reconciliation Adjustment budgeted at the agency level, and use of approved budgeted amounts for the Reconciliation Adjustment from among 14 agencies provided the funding for this loan to PREPA. Refer to the above schedule for the detailed budget allocation by agency. Subsequently, due to excess revenues collected by PREPA that were applied to the repayment of outstanding Revolving Credit Loans, separate payments totaling $149M YTD were made to the TSA from PREPA (see Net Inflow PREPA on page 7 of this report). However, the total $300M reapportioned amount is considered permanent variance to the FY2018 Liquidity Plan, as additional funds repaid to the TSA may subsequently be re-drawn by PREPA if necessary.
(b) The Transportation and Public Works Department (DTOP) requested and was granted authorization to transfer $80M from the Reconciliation Adjustment (General Fund accounts 111, 141), to its capital improvement program (concept 081), to execute an intensive initiative commencing May 26th, 2018. Though the project will commence in FY2018, there are not expected to be any actual cash outlays until the next fiscal year.
(c) The Office of Management and Budget (OMB) requested and was granted authorization to reapportion $11M from the Reconciliation Adjustment for the purpose of acquiring Microsoft Grant Management Solutions (GMS). The implementation of GMS will permit the OMB, and up to five other government agencies, to monitor, access, and manage allocation programs of federal funds.
(d) Law 96-2018, approved on May 8, 2018, provided for the creation of the Emergency Municipal Assistance Fund, through which $1M in funding is assigned to each of the 78 Puerto Rico Municipalities to cover operational and administrative costs in light of any declines in collections resulting from Hurricanes Irma and Maria. $78M was thus repurposed from agencies' budgeted Reconciliation Adjustment to provide for the creation of the aforementioned Emergency Municipal Assistance Fund.

18

DRA Ex. 032