

## Puerto Rico Department of Treasury

*Treasury Single Account ("TSA") FY 2019 Cash Flow*

*As of November 30, 2018*

1

**DRA Ex. 059**

**Disclaimer**

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

DRA Ex. 059

Glossary

| Term | Definition |
|---|---|
| AACA | - Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | - Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2027. |
| AFI / PRIFA | - Infrastructure Financing Authority. |
| Agency Collections | - Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| ASC | - Compulsory Liability Insurance, private insurance company. |
| BBA | - BBA refers to the Bipartisan Budget Act of 2018 passed by the United States Congress on 2/9/2018. The BBA includes provisions for additional disaster relief funding for Puerto Rico in addition to incremental federal funds to support Puerto Rico's public health care costs (Medicaid funding) for two years. |
| General Collections | - All Gross tax collections received and deposited into the TSA from all Hacienda Collection Posts and/or through the Hacienda Colecturia Virtual (online). |
| COFINA | - Puerto Rico Sales Tax Financing Corporation. |
| DTPR | - Department of the Treasury of Puerto Rico. |
| General Fund | - General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| DTPR Collection System | - This is the software system that DTPR uses for collections. |
| HTA | - Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | - Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Liquidity Plan | - The FY 2019 TSA Liquidity Plan is under development. Following the development of the FY 2019 TSA Liquidity Plan, this package will include a comparison of FY19 actual TSA cash flow data to the FY 2019 TSA Liquidity Plan along with the relevant commentary. |
| Net Payroll | - Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| NAP | - NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| Pension PayGo | - Pension PayGo- Puerto Rico pension system that is funded through a pay-as-you-go system. Retirement benefits expenses of government employers are paid by the central government and reimbursed by the employers, with such funds received by the TSA. |
| PREPA | - Puerto Rico Electric Power Authority. |
| PRHA | - Puerto Rico Housing Authority. |
| Retained Revenues | - Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts. The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| SIFC | - State Insurance Fund Corporation. |
| Special Revenue Funds | - Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| TSA | - Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |

DRA Ex. 059

# Introduction

- Enclosed is the weekly Treasury Single Account ("TSA") cash flow report and supporting schedules with weekly actual results YTD FY19. The FY 2019 TSA Liquidity Plan is under development. Following the development of the FY 2019 TSA Liquidity Plan, this package will include a comparison of FY19 actual TSA cash flow data to the FY 2019 TSA Liquidity Plan along with the relevant commentary. Until that time, FY18 actual TSA results will be presented for comparison purposes and variance analysis. Note that on September 6, 2017 Hurricane Irma made landfall on Puerto Rico, followed by Hurricane Maria on September 20, 2017. Variances driven by differences in September and October in the comparable period in FY18 are largely driven by the DTPR's limited ability to make disbursements and collect receipts immediately following the hurricanes.

- TSA is the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.

- Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.

- Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.

- Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissible disbursements (per approved Project Worksheets) have been made.

- Data for TSA inflows/outflows is reported from various systems within the Department of Treasury of Puerto Rico ("DTPR"):
    Cash Flow Actual Results - Source for the actual results is the TSA Cash Flow.
    Schedule A - Collections - Source for collections information is the DTPR collections system.
    Schedule B - Central Government Live Web Portal AP Aging

- Data limitations and commentary:
    The government has focused on cash transaction information for which access to reliable, timely, and detailed data is readily available. The government continues to work with DTPR and other parties to access additional reliable data that would help to provide additional detail in the future.

4

**DRA Ex. 059**

**Puerto Rico Department of Treasury | AAFAF**    *As of November 30, 2018*

*Executive Summary – TSA Cash Flow Actual Results FY19 YTD vs. FY18 YTD (a)*

| $3,730M | $290M | ($322M) | ($32M) | $632M |
|---|---|---|---|---|
| Bank Cash Position | Weekly Cash Receipts | Weekly Cash Disbursements | Weekly Cash Flow | YTD Cash Flow |

| # | Cash Flow line item | Variance ($M) |
|---|---|---|
| 1 | Inflow - Collections | $ 533 |
| 2 | Inflow - Sales and Use Tax | 118 |
| 3 | Inflow - Pension Inflows | (230) |
| 4 | Inflow - Federal Fund Receipts (b) | 2,158 |
| 5 | Inflow - PREPA Loan | 153 |
| 6 | Outflow - ASES Appropriations | (292) |
| 7 | Outflow - HTA Appropriations | (144) |
| 8 | Outflow - Vendor Disbursements | (1,128) |
| 9 | Outflow - Tax Refunds | (218) |
| 10 | Outflow - NAP Appropriations | (506) |
|  | All Other | 258 |
|  | **Total YTD Variance** | **$ 702** |

**Comments**

1.) Variance is largely driven by improved FY19 collections with outperformance attributable to Corporate Income Taxes (+$188M), Individual Income Taxes (+$168M), & Motor Vehicles fees (+$104M) stemming from positive impact of post-hurricane recovery efforts. Additionally, a portion of positive variance is driven by the timing of Act 154 collections (+$19M) and Non Resident Withholding receipts (+$48M).

2.) Variance is primarily due to depressed FY2018 sales and use tax collections following the hurricanes in addition to certain tax exemptions extended to small businesses and on the sales tax typically applied to prepared foods.

3.) Variance is primarily due to FY2018 Pension Asset sales of $390M which occurred in July of 2017.

4.) Variance is mainly driven by increased federal funding for the Medicaid Program, Nutritional Assistance, the Department of Public Housing, federal funds received for the pass through of Employee Retention Credits (ERC), and funds received for federally-reimbursable vendor disbursements.

5.) Puerto Rico Central Government loaned $300M to PREPA pursuant the Superpriority Post-petition Revolving Credit Loan Agreement (The Agreement) in February of FY2018. Offsetting inflows relate to mandatory loan repayments based on PREPA revenues and cash balance in FY2019.

6.) Total increase in outflows to ASES (Medicaid funds) is the net result of: (1) increase in FY2019 federal funds used for Medicaid provided for in the BBA (-$621M); and (2) decrease in FY2019 general fund dollars needed to fund Medicaid (+$330M) since the additional federal funding via the BBA eliminates the need to utilize the General Fund for Medicaid spending.

7.) Unfavorable variance due to carry over capital expenditure related funding from FY18 (-$80M), for which HTA is administering those funds on behalf of the Dept. of Transportation; and (-$64M) due to timing.

8.) Increase in vendor payments is mainly driven by FEMA Cost Share payments (-$135M), Title III disbursements (-$82M), federally reimbursable payments for the Department of Public Housing relating to the prior budget period (-$405M), and increases in all other federally-reimbursable payments related to the prior budget period (-$279M), with the remaining difference largely attributable to the slow-down in vendor payments in the weeks following Hurricanes María and Irma in FY2018.

9.) Tax refunds variance is mainly driven by the payment of employee retention credits in FY2019 (-$295M). Remaining positive offsetting variance is mostly due to past-due refunds paid in the first quarter of FY2018.

10.) Increase in outflows for NAP corresponds to the increase in Federal Fund Receipts for the Nutritional Assistance Program provided for in the Additional Supplemental Appropriations for Disaster Relief Requirements Act of 2017.

Footnotes:

(a) *For comparison purposes, YTD figures for the week ended 12/1/2017 are used above for the prior year due to calendar year differences between FY2018 to FY2019.*

(b) *The total YTD FY19 vs. YTD FY18 federal funds receipt inflows variance (+$2,158M) is offset by corresponding federal funds outflows variances: (1) ASES Medicaid outflows variance (-$621M); (2) a portion of the vendor disbursements variance (-$684M); (3) NAP outflows variance (-$506M); and (4) federal funds received for Employee Retention Credits (-$295M) that are paid through tax refunds cash flow line item. The sum of these four offsetting outflow variances is (-$2,106M). Remaining federal funds outflow variance offsets includes payroll disbursements and others.*

5

**DRA Ex. 059**

**Puerto Rico Department of Treasury | AAFAF**  As of November 30, 2018
*TSA Cash Flow Actual Results for the Week Ended November 30, 2018*

| | (figures in $000s) | Schedule | 11/30 | FY19 YTD | FY18 YTD (l) | Variance YTD |
|---|---|---|---|---|---|---|
| | **General & Special Revenue Funds Inflows** | | | | | |
| 1 | Collections (a) | A | $63,609 | $3,257,108 | $2,724,515 | $532,593 |
| 2 | Agency Collections | | 4,841 | 186,555 | 143,097 | 43,458 |
| 3 | Sales and Use Tax | | 27,965 | 501,116 | 383,582 | 117,534 |
| 4 | Excise Tax through Banco Popular | | – | 236,224 | 229,923 | 6,301 |
| 5 | Rum Tax | | 469 | 143,291 | 130,452 | 12,839 |
| 6 | Electronic Lottery | | – | 30,869 | 30,887 | (17) |
| 7 | Subtotal - General & Special Revenue Funds Inflows | | $96,884 | $4,355,163 | $3,642,456 | $712,707 |
| | **Retirement System Inflows** | | | | | |
| 8 | Contributions From Pension Systems (b) | | $18,660 | $160,828 | $390,480 | ($229,652) |
| 9 | Subtotal - Retirement System Inflows | | $18,660 | $160,828 | $390,480 | ($229,652) |
| | **Other Inflows** | | | | | |
| 10 | Federal Fund Receipts (c) | | $169,495 | $4,146,677 | $1,988,295 | $2,158,383 |
| 11 | Loans and Tax Revenue Anticipation Notes (d) | | – | 153,211 | – | 153,211 |
| 12 | Other Inflows (e) | | 5,160 | 217,150 | 134,935 | 82,215 |
| 13 | Subtotal - Other Inflows | | $174,655 | $4,517,039 | $2,123,230 | $2,393,809 |
| 14 | **Total Inflows** | | **$290,199** | **$9,033,030** | **$6,156,165** | **$2,876,864** |
| | **Payroll Outflows** | | | | | |
| 15 | Net Payroll (f) | | ($66,604) | ($684,311) | ($731,556) | $47,245 |
| 16 | Other Payroll Related Costs - (SSA, SIFC, Health Insurance) (g) | | (13,780) | (502,797) | (532,288) | 29,490 |
| 17 | Gross Payroll - PR Police Department (h) | | – | (266,328) | (292,988) | 26,661 |
| 18 | Subtotal - Payroll and Related Costs | | ($80,385) | ($1,453,435) | ($1,556,832) | $103,397 |
| | **Pension Outflows** | | | | | |
| 19 | Pension Benefits | | ($85,608) | ($881,986) | ($889,590) | $7,603 |
| 20 | Pension Paygo Outlays on Behalf of Public Corporations | | – | – | – | – |
| 21 | Subtotal - Pension Related Costs | | ($85,608) | ($881,986) | ($889,590) | $7,603 |
| | **Appropriations - All Funds** | | | | | |
| 22 | Health Insurance Administration - ASES | | ($525) | ($1,260,817) | ($969,215) | ($291,602) |
| 23 | University of Puerto Rico - UPR | | – | (253,454) | (278,467) | 25,013 |
| 24 | Muni. Revenue Collection Center - CRIM | | – | (79,992) | (91,554) | 11,562 |
| 25 | Highway Transportation Authority - HTA | | (23,362) | (186,243) | (42,089) | (144,154) |
| 26 | Public Buildings Authority - PBA | | – | (45,398) | (33,435) | (11,963) |
| 27 | Other Government Entities | | (3,241) | (192,172) | (185,963) | (6,209) |
| 28 | Subtotal - Appropriations - All Funds | | ($27,128) | ($2,018,076) | ($1,600,723) | ($417,353) |
| | **Other Disbursements - All Funds** | | | | | |
| 29 | Vendor Disbursements (i) | | ($35,297) | ($2,071,189) | ($943,361) | ($1,127,828) |
| 30 | Other Legislative Appropriations (j) | | (50) | (136,928) | (149,648) | 12,720 |
| 31 | Tax Refunds | | (11,177) | (456,812) | (238,774) | (218,038) |
| 32 | Nutrition Assistance Program | | (50,537) | (1,323,560) | (817,502) | (506,058) |
| 33 | Other Disbursements | | (31,682) | (59,315) | (30,093) | (29,222) |
| 34 | Loans and Tax Revenue Anticipation Notes | | – | – | – | – |
| 35 | Subtotal - Other Disbursements - All Funds | | ($128,742) | ($4,047,804) | ($2,179,379) | ($1,868,425) |
| 36 | **Total Outflows** | | **($321,862)** | **($8,401,301)** | **($6,226,524)** | **($2,174,778)** |
| 37 | **Net Cash Flows** | | **($31,663)** | **$631,728** | **($70,358)** | **$702,087** |
| 38 | Bank Cash Position, Beginning (k) | | 3,761,402 | 3,098,010 | 1,798,997 | |
| 39 | **Bank Cash Position, Ending (k)** | | **$3,729,739** | **$3,729,739** | **$1,728,639** | |

*Note: Refer to the next page for footnote reference descriptions.*

**DRA Ex. 059**

**Puerto Rico Department of Treasury | AAFAF**  As of November 30, 2018
*FY19 TSA Cash Flow Actual Results - Footnotes*

Footnotes:
(a) Represents gross tax collections received and deposited from all Hacienda Collection Posts and/or through the Hacienda Colecturia Virtual (online).
(b) FY19 amount represents Paygo charges to municipalities and public corporations collected at the TSA. FY18 amount represents Pension System Asset Sales.
(c) Federal funds receipts include disaster relief which are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissible disbursements (per approved Project Worksheets) have been made. These inflows to the TSA are captured in Federal Funds Receipts.
(d) Puerto Rico Central Government loaned $300M to PREPA pursuant the Superpriority Post-petition Revolving Credit Loan Agreement (The Agreement) in February of FY2018. Inflows / loan repayments relate to mandatory loan repayments based on PREPA revenues and cash balance in FY2019 as defined within The Agreement. Note that on July 1, 2018 the full loan amount ($300M) was outstanding. To date, PREPA has repaid $153M per the aforementioned agreement, and the loan outstanding as of the date of this report is $147M.
(e) Includes inflows related to the Department of Health, Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others.
(f) Payroll is paid twice per month on the 15th and 30th (or last day of the month, whichever comes sooner).
(g) Related to employee withholdings, social security, insurance, and other deductions.
(h) Police payroll is reflected individually because it is paid through a separate bank account. The Puerto Rico Police Department disburses its own payroll & related benefits, and outflows for Police Payroll relate to requested payroll advances to the central government (TSA), in agreement with DTPR and the approved budget for Police Payroll.
(i) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(j) Refers to General Fund appropriations to non-TSA entities such as Legislative Assembly, Correctional Health, Comprehensive Cancer Center, and others.
(k) Excludes DTPR account with Banco Popular of Puerto Rico Account containing a balance of approximately $147M.
(l) For comparison purposes, YTD figures for the week ended 12/1/2017 are used for the prior year due to calendar year differences between FY2018 to FY2019.

**DRA Ex. 059**

Puerto Rico Department of Treasury | AAFAF                                                                                                As of November 30, 2018
*Schedule A: Collections Detail - Weekly Actual Results*

| | (figures in $000s) | 9/28 YTD | 10/5 | 10/12 | 10/19 | 10/26 | 11/2 | 11/9 | 11/16 | 11/23 | 11/30 | FY19 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **General Fund** | | | | | | | | | | | |
| 1 | Individuals | $527,208 | $46,082 | $51,476 | $50,108 | $34,362 | $41,762 | $43,949 | $46,856 | $21,481 | $35,842 | $899,125 |
| 2 | Corporations | 410,581 | 9,254 | 96,570 | 63,827 | 12,132 | 5,811 | 11,544 | 25,074 | 2,413 | 6,366 | 643,572 |
| 3 | Non Residents Withholdings | 159,073 | 3,517 | 51,769 | 4,292 | 979 | 1,698 | 4,191 | 34,592 | 501 | 733 | 261,344 |
| 4 | Act 154 (a) | 435,152 | 323 | 46,651 | 23,903 | – | 317 | 13,855 | 64,602 | – | 348 | 585,152 |
| 5 | Alcoholic Beverages | 70,821 | 5,725 | 6,490 | 3,096 | 3,275 | 8,133 | 4,390 | 8,847 | 1,289 | 9,948 | 122,013 |
| 6 | Cigarettes | 51,215 | 3,198 | 6,270 | 3,261 | 3,089 | 3,114 | 3,805 | 5,741 | 67 | 3,186 | 82,947 |
| 7 | Motor Vehicles | 126,626 | 14,126 | 17,218 | 10,664 | 7,735 | 11,101 | 15,243 | 8,746 | 8,459 | 12,687 | 232,604 |
| 8 | Other General Fund | 47,400 | 4,068 | 4,887 | 2,430 | 1,568 | 2,218 | 4,419 | 4,475 | 586 | 1,899 | 73,949 |
| 9 | **Total General Fund Portion of General Collections** | **$1,828,077** | **$86,293** | **$281,331** | **$161,581** | **$63,138** | **$74,154** | **$101,395** | **$198,932** | **$34,796** | **$71,009** | **$2,900,705** |
| | **Retained Revenues (b)** | | | | | | | | | | | |
| 10 | AACA Pass Through | $18,544 | $2,519 | $846 | $896 | $1,174 | $2,692 | $1,458 | $768 | $445 | $1,894 | $31,237 |
| 11 | AFI Pass Through | 641 | – | 6 | 0 | – | 145 | 2 | 208 | 5 | 0 | 1,009 |
| 12 | ASC Pass Through | 14,161 | 1,264 | 614 | 691 | 877 | 1,298 | 825 | 519 | 302 | 1,253 | 21,804 |
| 13 | HTA Pass Through | 147,946 | 4,565 | 36,363 | 2,146 | 2,629 | 5,195 | 24,258 | 14,675 | 1,079 | 3,796 | 242,651 |
| 14 | Total Other Retained Revenues | 24,694 | 2,264 | 2,388 | 1,223 | 1,200 | 1,580 | 2,693 | 977 | 425 | 1,676 | 39,119 |
| 15 | **Total Retained Revenues Portion of General Collections** | **$205,986** | **$10,612** | **$40,218** | **$4,957** | **$5,880** | **$10,910** | **$29,236** | **$17,147** | **$2,256** | **$8,619** | **$335,820** |
| 16 | **Total Collections from DTPR Collections System** | **$2,034,063** | **$96,905** | **$321,549** | **$166,537** | **$69,019** | **$85,064** | **$130,630** | **$216,079** | **$37,052** | **$79,627** | **$3,236,525** |
| 17 | Timing-related unreconciled TSA Collections (c) | 21,351 | (1,599) | (175,442) | 166,811 | 10,404 | (6,187) | (30,556) | (12,537) | 64,355 | (16,018) | 20,583 |
| 18 | **Total General Collections** | **$2,055,414** | **$95,306** | **$146,107** | **$333,348** | **$79,423** | **$78,878** | **$100,074** | **$203,542** | **$101,407** | **$63,609** | **$3,257,108** |

*Source: DTPR*

Footnotes:
(a) Collections presented only include Act 154 Collections received into the Collections Post Account (CPA). Additional Act 154 Collections are received into a separate account and cash flow line item, shown on page 6 in line 4: Excise Tax through Banco Popular. Total Act 154 Collections are therefore the sum of these two amounts.
(b) Retained Revenues are revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts, the majority of which include (i) ACAA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, and (iv) HTA toll revenues.
(c) Receipts in collections post account occur approximately two business days prior to being deposited into the TSA.

**DRA Ex. 059**

**Puerto Rico Department of Treasury | AAFAF**  As of November 30, 2018
*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|---|---|---:|---:|---:|
| 078 | Department of Housing | $ 124,361 | $ 4,850 | $ 129,212 |
| 071 | Department of Health | 71,374 | 40,473 | 111,847 |
| 081 | Department of Education | 45,584 | 6,306 | 51,890 |
| 016 | Office of Management and Budget | 48,895 | 7 | 48,901 |
| 049 | Department of Transportation and Public Works | 18,447 | 12 | 18,459 |
| 040 | Puerto Rico Police | 15,748 | 19 | 15,767 |
| 137 | Department of Correction and Rehabilitation | 14,523 | 232 | 14,755 |
| 025 | Hacienda (entidad interna - fines de contabilidad) | 10,629 | 432 | 11,061 |
| 038 | Department of Justice | 8,509 | 251 | 8,760 |
| 095 | Mental Health and Addiction Services Administration | 7,122 | 1,609 | 8,731 |
| 127 | Adm. for Socioeconomic Development of the Family | 7,661 | 247 | 7,908 |
| 024 | Department of the Treasury | 6,591 | 185 | 6,776 |
| 028 | Commonwealth Election Commission | 6,667 | 56 | 6,723 |
| 050 | Department of Natural and Environmental Resources | 3,346 | 2,277 | 5,623 |
| 123 | Families and Children Administration | 4,888 | 160 | 5,048 |
| 122 | Department of the Family | 4,750 | 59 | 4,808 |
| 031 | General Services Administration | 4,669 | 103 | 4,772 |
| 043 | Puerto Rico National Guard | 3,745 | 736 | 4,481 |
| 021 | Emergency Management and Disaster Adm. Agency | 3,227 | 65 | 3,292 |
| 067 | Department of Labor and Human Resources | 2,613 | 493 | 3,106 |
| 126 | Vocational Rehabilitation Administration | 2,893 | 3 | 2,896 |
| 124 | Child Support Administration | 2,462 | 133 | 2,595 |
| 010 | General Court of Justice | 2,070 | - | 2,070 |
| 087 | Department of Sports and Recreation | 1,901 | 119 | 2,020 |
| 014 | Environmental Quality Board | 1,567 | 352 | 1,919 |
| 241 | Administration for Integral Development of Childhood | 336 | 1,197 | 1,534 |
| 220 | Correctional Health | 1,102 | - | 1,102 |
| 015 | Office of the Governor | 959 | 37 | 996 |
| 105 | Industrial Commission | 598 | 189 | 787 |
| 055 | Department of Agriculture | 706 | 1 | 707 |
| 290 | State Energy Office of Public Policy | 595 | - | 595 |
| 045 | Department of Public Security | 585 | - | 585 |
| 022 | Office of the Commissioner of Insurance | 554 | 3 | 557 |
| 221 | Emergency Medical Services Corps | 532 | 16 | 548 |
| 018 | Planning Board | 274 | 1 | 275 |
| 141 | Telecommunication's Regulatory Board | 247 | - | 247 |
| 120 | Veterans Advocate Office | 240 | 2 | 242 |
| 152 | Elderly and Retired People Advocate Office | 167 | 21 | 188 |
| 065 | Public Services Commission | 159 | 0 | 159 |
| 155 | State Historic Preservation Office | 132 | - | 132 |
| 089 | Horse Racing Industry and Sport Administration | 104 | - | 104 |

DRA Ex. 059

**Puerto Rico Department of Treasury | AAFAF**                                                          As of November 30, 2018

*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

(figures in $000s)
Continues and Continued...

| ID | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|---|---|---:|---:|---:|
| 266 | Office of Public Security Affairs | 72 | 25 | 97 |
| 023 | Department of State | 96 | 1 | 96 |
| 096 | Women's Advocate Office | 93 | - | 93 |
| 139 | Parole Board | 89 | - | 89 |
| 042 | Firefighters Corps | 89 | - | 89 |
| 273 | Permit Management Office | 68 | 5 | 72 |
| 281 | Office of the Electoral Comptroller | 60 | - | 60 |
| 035 | Industrial Tax Exemption Office | 55 | 1 | 56 |
| 069 | Department of Consumer Affairs | 38 | - | 38 |
| 226 | Joint Special Counsel on Legislative Donations | 35 | - | 35 |
| 037 | Civil Rights Commission | 34 | - | 34 |
| 075 | Office of the Financial Institutions Commissioner | 34 | - | 34 |
| 153 | Advocacy for Persons with Disabilities of the Commonw | 29 | - | 29 |
| 060 | Citizen's Advocate Office (Ombudsman) | 23 | - | 23 |
| 062 | Cooperative Development Commission | 18 | - | 18 |
| 030 | Office of Adm. and Transformation of HR in the Govt. | 8 | 0 | 8 |
| 231 | Health Advocate Office | 4 | - | 4 |
| 034 | Investigation, Prosecution and Appeals Commission | 4 | - | 4 |
| 098 | Corrections Administration | 3 | - | 3 |
| 132 | Energy Affairs Administration | 1 | - | 1 |
| 224 | Joint Commission Reports Comptroller | 5 | - | 5 |
|  | Other | 6,651 | 2,299 | 8,949 |
|  | **Total (c)** | **$ 439,039** | **$ 62,973** | **$ 502,012** |
|  | Total Unmatched Invoices (c) |  |  | $60,944 |

Footnotes:
(a) *Data presented above represents the Central Government live AP Web Portal repository of third party and intergovernmental invoices by agency, implemented for FY2019. The full transition to managing central government payables through the web portal is not yet complete and therefore the table above may not represent all Central Government AP. Ongoing efforts with the largest agencies to implement the appropriate processes and controls needed to fully transition to the web portal and realize improvements in reporting and efficiency continue as of the date of this report.*
(b) *On a go-forward basis, vendors submit invoices for approval through the live AP Web Portal where they are logged electronically, matched with the appropriate purchase order or other relevant documentation, and approved / vouchered at the agency level through the online interface.*
(c) *The total of Unmatched Invoices presented shows the amount of payables maintained outside the web portal system. Unmatched invoices are tracked in manual ledgers as the process is still ongoing to validate these invoices have (i) been paid / not yet paid; or (ii) are appropriately included in the AP Web Portal.*

**DRA Ex. 059**