

# Puerto Rico Department of Treasury

*Treasury Single Account ("TSA") FY 2019 Cash Flow*

*As of January 25, 2019*

**DRA Ex. 067**

## Disclaimer

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

2

**DRA Ex. 067**

# Glossary

| Term | Definition |
|---|---|
| ACAA | Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2027. |
| AFI / PRIFA | Infrastructure Financing Authority. |
| Agency Collections | Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| ASC | Compulsory Liability Insurance, private insurance company. |
| ASES | Puerto Rico Health Insurance Administration, a public corporation and component unit of the Commonwealth of Puerto Rico. |
| BBA | BBA refers to the Bipartisan Budget Act of 2018 passed by the United States Congress on 2/9/2018. The BBA includes provisions for additional disaster relief funding for Puerto Rico in addition to incremental federal funds to support Puerto Rico's public health care costs (Medicaid funding) for two years. |
| CINE | Puerto Rico Cinema Fund, a recipient of certain assigned sales and use tax revenues. |
| COFINA | Puerto Rico Sales Tax Financing Corporation. |
| DTPR | Department of the Treasury of Puerto Rico. |
| DTPR Collection System | This is the software system that DTPR uses for collections. |
| FAM | Muncipal Fund Administration, a recipient of certain assigned sales and use tax revenues. |
| General Collections | All Gross tax collections received and deposited into the TSA from all Hacienda Collection Posts and/or through the Hacienda Colecturia Virtual (online). |
| General Fund | General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| HTA | Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Liquidity Plan (LP) | The Liquidity Plan is the translation of the Certified Fiscal Plan ("CFP") and Certified Budget ("Budget") into a cash flow projection. The TSA Liquidity Plan encompasses all cash flow activity within the TSA. Certain cash flow activity is contemplated in the CFP and Budget, but occurs outside the TSA. Cash flow bridges from the TSA to the CFP and Budget have been included to facilitate comparison. |
| Net Payroll | Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| NAP | NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| Pension PayGo | Pension PayGo - Puerto Rico pension system that is funded through a pay-as-you-go system. Retirement benefits expenses of government employers are paid by the central government and reimbursed by the employers, with such funds received by the TSA. |
| PREPA | Puerto Rico Electric Power Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| PRHA | Puerto Rico Housing Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| PSTBA | The PSTBA is an amount established under Act 91-2006, as amended, and the Sales Tax Revenue Bond Resolution, as amended and restated on June 10, 2009 (the "Bond Resolution"), that currently must be received by COFINA from 5.5% of the SUT before the Commonwealth can receive any of the other 5.5% SUT. |
| Public Corporation | Public corporations are governmental authorities with autonomous structure separate from the central government administration and with independent treasury functions. |
| Retained Revenues | Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts. The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| SIFC | State Insurance Fund Corporation, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| Special Revenue Funds | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SURI | Sistema Unificada de Rentas Internas is the new digital tool of the Department of the Treasury that will allow integration and streamlining of the administration of taxes and revenues and eliminate the complexity of the current systems for the benefit of the Treasury and the taxpayers. |
| TSA | Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |

**Introduction**

- Enclosed is the weekly Treasury Single Account ("TSA") cash flow report and supporting schedules with weekly actual results YTD FY19 compared to the FY2019 Liquidity Plan. Note that on September 6, 2017 Hurricane Irma made landfall on Puerto Rico, followed by Hurricane Maria on September 20, 2017. Variances that arise when compared to the prior year may be largely driven by differences in September and October in the comparable period in FY18 and are largely driven by the DTPR's limited ability to make disbursements and collect receipts immediately following the hurricanes.

- TSA is the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.

- Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.

- Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.

- Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissible disbursements (per approved Project Worksheets) have been made.

- Data limitations and commentary:
    The government has focused on cash transaction information for which access to reliable, timely, and detailed data is readily available. The government continues to work with DTPR and other parties to access additional reliable data that would help to provide additional detail in the future.

**DRA Ex. 067**

As of January 25, 2019

**Puerto Rico Department of Treasury | AAFAF**

*Executive Summary - TSA Cash Flow Actual Results*

*(figures in Millions)*

| $4,166 | $79 | ($75) | $1,068 | $186 |
|---|---|---|---|---|
| Bank Cash Position | Weekly Cash Flow | Weekly Variance | YTD Net Cash Flow | YTD Net Cash Flow Variance |

**Bridge from Liquidity Plan projected cash balance and actual ending cash balance as of January 25, 2019**

| Cash Flow line item | Variance Bridge | Comments |
|---|---|---|
| Liquidity Plan Projected Cash Balance at 1/25/2019: | $ 3,980 | 1. State collections which primarily consist of the General Fund revenues are ahead of plan. A determination whether this variance is timing or permanent has not been made. |
| 1 State Collections | 136 | |
| 2 Vendor Disbursements | 174 | 2. Vendor disbursements reflect a YTD positive variance, largely due to federally supported vendor disbursements lagging plan, expected to be timing (pg.13). |
| 3 Payroll & Related Costs | (103) | 3. Variances in payroll & related costs mainly relates to the determined police "Pay Out" for prior year debts and the timing of cash transfers to the Police Department for regular payroll. These variances will be offset by cash activity in subsequent weeks (pg.13). |
| 4 All Other | (21) | |
| Actual cash balance at 1/25/2019: | $ 4,166 | |

Source: DTPR

5

**DRA Ex. 067**

**Puerto Rico Department of Treasury | AAFAF**
*YTD TSA Cash Flow Summary - Actual vs LP*



**YTD Actuals vs. Liquidity Plan**
YTD net cash flow is $1,068M and cash flow variance to the Liquidity Plan is +$186M. The cash build in FY19 is largely due to strong General Fund collections; on track spending; and enhanced federal Medicaid support at ASES, resulting in less required General Fund / TSA support.

**Puerto Rico Department of Treasury | AAFAF**
*YTD Cash Flow Summary - TSA Cash Flow Actual Results*

**Net Cash Flow - YTD Actuals**

1.) Federal Fund inflows of $5.4B represent 44% of YTD inflows, but are largely offset by Federal Fund disbursements, the YTD timing variance of $300M (pg.13) contributes to the $1,068M of cash build in FY19. State fund cash flows account for the remainder of the forecast with the primary positive drivers being strong General Fund collections and on-budget spending.



**Net Cash Flow YTD Variance - LP vs. Actual**

1.) Several weeks into the comparison to the Liquidity Plan, variances are minimal and likely timing related. Although, continued outperformance in state collections could indicate a permanent, positive trend and will be monitored closely.



Source: DTPR

7

**DRA Ex. 067**

**Puerto Rico Department of Treasury | AAFAF**
*TSA Cash Flow Actual Results for the Week Ended January 25, 2019*

| (figures in Millions) | FY19 Actual 1/25 | FY19 LP 1/25 | Variance 1/25 | FY19 Actual YTD | FY19 LP YTD | FY18 Actual YTD (a) | Variance YTD FY19 vs LP |
|---|---|---|---|---|---|---|---|
| **State Collections** | | | | | | | |
| 1 General fund collections (b) | $108 | $187 | ($79) | $5,058 | $5,288 | $4,374 | ($230) |
| 2 Non-General fund pass-through collections | 5 | 5 | – | 487 | 548 | 587 | (61) |
| 3 Other special revenue fund collection | 14 | 11 | 3 | 335 | 338 | 259 | (3) |
| 4 Other state collections (c) | 46 | 6 | 40 | 544 | 114 | 196 | 430 |
| 5 Subtotal - State collections | $173 | $209 | ($36) | $6,424 | $6,288 | $5,416 | $136 |
| **Federal Fund Receipts** | | | | | | | |
| 6 Medicaid | 1 | 1 | – | 1,560 | 1,493 | $1,029 | 67 |
| 7 Nutrition Assistance Program | 78 | 58 | 20 | 1,879 | 1,862 | 1,154 | 17 |
| 8 FEMA | 42 | 17 | 25 | 677 | 571 | 13 | 106 |
| 9 Employee Retention Credits (ERC) | – | 14 | (14) | 370 | 428 | – | (58) |
| 10 Vendor Disbursements, Payroll, & Other | 8 | 40 | (32) | 946 | 1,134 | 611 | (188) |
| 11 Subtotal - Federal Fund receipts | $129 | $130 | ($1) | $5,432 | $5,488 | $2,807 | ($56) |
| **Balance Sheet Related** | | | | | | | |
| 12 Paygo charge | 2 | – | 2 | 227 | 172 | 534 | 55 |
| 13 Public corporation loan repayment | – | – | – | 153 | 153 | – | – |
| 14 Other | – | – | – | – | – | – | – |
| 15 Subtotal - Other Inflows | $2 | – | $2 | $380 | $325 | $534 | $55 |
| 16 **Total Inflows** | $304 | $339 | ($35) | $12,236 | $12,101 | $8,757 | $135 |
| **Payroll and Related Costs (d)** | | | | | | | |
| 17 General Fund | (67) | (1) | (66) | (1,535) | (1,441) | (1,674) | (94) |
| 18 Federal Fund | (2) | – | (2) | (300) | (302) | (354) | 2 |
| 19 Other State Funds | (3) | – | (3) | (98) | (87) | (152) | (11) |
| 20 Subtotal - Payroll and Related Costs | ($72) | ($1) | ($71) | ($1,933) | ($1,830) | ($2,180) | ($103) |
| **Vendor Disbursements (e)** | | | | | | | |
| 21 General fund | (31) | (34) | 3 | (917) | (896) | (591) | (21) |
| 22 Federal fund | (16) | (47) | 31 | (1,203) | (1,344) | (381) | 141 |
| 23 Other State fund | (20) | (6) | (14) | (295) | (349) | (382) | 54 |
| 24 Subtotal - Vendor Disbursements | ($67) | ($87) | $20 | ($2,415) | ($2,589) | ($1,354) | $174 |
| **Appropriations - All Funds** | | | | | | | |
| 25 General Fund | – | (1) | 1 | (890) | (897) | (1,406) | 7 |
| 26 Federal Fund | – | – | – | (1,436) | (1,389) | (953) | (47) |
| 27 Other State Fund | (3) | (13) | 10 | (289) | (239) | (189) | (50) |
| 28 Subtotal - Appropriations - All Funds | ($3) | ($14) | $11 | ($2,615) | ($2,525) | ($2,548) | ($90) |
| **Other Disbursements - All Funds** | | | | | | | |
| 29 Pension Benefits | (3) | – | (3) | (1,312) | (1,313) | (1,231) | 1 |
| 30 Tax Refunds & Garnishments (f) | (4) | (14) | 10 | (591) | (630) | (268) | 39 |
| 31 Nutrition Assistance Program | (76) | (59) | (17) | (1,823) | (1,823) | (1,126) | – |
| 32 Title III Costs | – | (5) | 5 | (102) | (122) | – | 20 |
| 33 FEMA Cost Share | – | (5) | 5 | (135) | (156) | – | 21 |
| 34 Other Disbursements | – | – | – | (242) | (231) | (46) | (11) |
| 35 Cash Reserve | – | – | – | – | – | – | – |
| 36 Loans and Tax Revenue Anticipation Notes | – | – | – | – | – | – | – |
| 37 Subtotal - Other Disbursements - All Funds | ($83) | ($83) | – | ($4,205) | ($4,275) | ($2,672) | $70 |
| 38 **Total Outflows** | ($225) | ($185) | ($40) | ($11,168) | ($11,219) | ($8,754) | $51 |
| 39 **Net Cash Flow** | 79 | $154 | ($75) | $1,068 | $882 | $3 | $186 |
| 40 Bank Cash Position, Beginning (g) | 4,087 | 3,826 | 261 | 3,098 | 3,098 | 1,799 | – |
| 41 Bank Cash Position, Ending (g) | $4,166 | $3,980 | $186 | $4,166 | $3,980 | $1,802 | $186 |

*Note: Refer to the next page for footnote reference descriptions.*

Source: DTPR

8

DRA Ex. 067

**Puerto Rico Department of Treasury | AAFAF**

*FY19 TSA Cash Flow Actual Results - Footnotes*

Footnotes:
(a) Represents FY2018 actual results through January 26, 2018.
(b) Represents gross tax collections received and deposited from all Hacienda Collection Posts, through the Hacienda Colecturia Virtual (online) and/or SURI.
(c) Inflows related to the State Insurance Fund, the Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others. Additionally, as of the date of this report, includes approximately $400M in unreconciled collections due to DTPR transition to collecting various gross tax receipts through the new SURI system. The transition from the Hacienda Colecturia collections system to SURI is ongoing and as such, revenue concept detail for the general tax SURI collections is not available at this time for the portion of collections received by the new general tax SURI account. This resulted in timing-related unreconciled gross colections (approximately $400M) which will be retroactively updated for the revenue concept and allocated to General Collections as necessary once this information becomes available.
(d) Represents total gross payroll. Gross payroll includes net payroll disbursed to government employees, cash transfers to the Police Department for payroll costs, and other payroll related costs (employee withholdings, social security, insurance, and other deductions).
(e) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(f) FY 2019 includes $84mm of garnishments and $800mm in Federally Funded Employee Retention Credits.
(g) Excludes BPPR Clawback Accounts (for clawback revenues prior to June 2016) of $146mm.

**Puerto Rico Department of Treasury | AAFAF**
*General Fund Collections Summary*

### Key Takeaways / Notes

1.) On December 10, 2018, the Department of the Treasury began collecting certain taxes through its unified internal revenue system, which prior to such date had only been used to collect sales and use taxes. The transition of various gross tax collections from Hacienda Colecturia to SURI is ongoing and as such, revenue concept detail for the general tax SURI collections is not available at this time for the portion of collections received by the new general tax SURI account. This resulted in timing-related unreconciled TSA Collections variances of approximately approximately $337M which will be retroactively updated for the revenue concept detail once this information becomes available.

### General Fund Collections Year to Date: Actual vs. Forecast ($M)

|  | Actual YTD 1/25 | LP YTD 1/25 | Var $ YTD 1/25 | Var % YTD 1/25 |
|---|---|---|---|---|
| **General Fund Collections** | | | | |
| Corporations | $ 1,028 | $ 1,020 | $ 8 | 1% |
| Individuals | 1,147 | 1,245 | (98) | -8% |
| Act 154 | 979 | 960 | 19 | 2% |
| Non Residents Withholdings | 315 | 406 | (91) | -22% |
| Motor Vehicles | 280 | 294 | (14) | -5% |
| Rum Tax | 147 | 153 | (6) | -4% |
| Alcoholic Beverages | 145 | 159 | (13) | -8% |
| Cigarettes | 93 | 102 | (10) | -9% |
| Other General Fund | 142 | 158 | (16) | -10% |
| **Total (a)** | **$4,276** | **$4,498** | **($222)** | **-5%** |
| SUT Collections (b) | 782 | 790 | (8) | -1% |
| **Total General Fund Collections** | **$ 5,058** | **$ 5,288** | **$ (230)** | **-4%** |



YTD General Fund Receipts Cumulative Variance Liquidity Plan vs. Actual Cumulative Variance by Category (c) ($M)

#### Footnotes:
(a) Receipts in collections accounts occur approximately two business days prior to being deposited into the TSA.
(b) SUT collections excludes PSTBA, FAM & CINE, and only includes the amounts deposited into the TSA for General Fund use.
(c) The Liquidity Plan incorporates actual results through December, hence there is no variance prior to week ended 1/4/19.

Source: DTPR

10

DRA Ex. 067

**Puerto Rico Department of Treasury | AAFAF**
*Non-General Fund Pass-Through Collections Summary*

### Key Takeaways / Notes

1.) YTD variance mainly relates to HTA pass-through collections relating to gasoline and deisel taxes and are assumed to be temporary.

### Non-GF Pass-through Collections Year to Date: Actual vs. Forecast ($M)

| | Actual YTD 1/25 | LP YTD 1/25 | Var $ YTD 1/25 | Var % YTD 1/25 |
|---|---|---|---|---|
| **Non-GF pass-throughs** | | | | |
| HTA | $ 270 | $ 330 | $ (60) | -18% |
| Transfer Petroleum Tax "CRUDITA" | 85 | 87 | (2) | -2% |
| ACAA | 45 | 46 | (1) | -2% |
| ASC | 29 | 35 | (6) | -17% |
| AFI | 1 | 2 | (1) | -50% |
| Other Special Revenue Fund | 57 | 48 | 9 | 19% |
| **Total Non-GF Collections** | $ 487 | $ 548 | $ (61) | -11% |



YTD Non-General Fund Receipts Cumulative Variance Liquidity Plan vs. Actual Cumulative Variance by Category (a) ($M)

### Footnotes
(a) The Liquidity Plan incorporates actual results through December, hence there is no variance prior to week ended 1/4/19.

Source: DTPR

11

DRA Ex. 067

**Puerto Rico Department of Treasury | AAFAF**
*Sales and Use Tax Collections Summary*

### Key Takeaways / Notes

1.) Throughout FY2019 the first 5.5% (of total 10.5%) of gross SUT collections were reserved for and deposited into the COFINA bank account held at BNY Mellon until the $783M PSTBA cap was reached in January 2019. Until the cap was reached, 4.5% (of total 10.5%) was received into the general fund, and 0.5% (of total 10.5%) was reserved for and remitted to FAM. Going forward, the 5.5% portion of the gross SUT will be deposited into the General Fund.



YTD Gross SUT Collections - General Fund and PSTB ($M)
- Total: $1,647
- COFINA (BNY): $783
- General Fund Collections: $782
- FAM: $82

Source: DTPR

DRA Ex. 067

## Puerto Rico Department of Treasury | AAFAF
*Federal Funds Net Cash Flow Summary*

**Key Takeaways / Notes**

1.) Receipts for the Nutritional Assistance Program (NAP) and Medicaid (ASES Pass-through) are received in advance of the subsequent pass through disbursements to NAP and ASES. There may be a lag between receipt of federal funds and subsequent pass through outflows. Federal Funds received for Employee Retention Credits are typically received and passed through to the appropriate entity within one business day that funds are received. Federal Funds received for Payroll and Vendor Payments are typically reimbursed following disbursement, though timing differences due to carryover vendor payments from prior years may create temporary surpluses. Federal funds received for disaster related spend are also received in the form of reimbursement.

| Weekly FF Net Surplus (Deficit) | FF Inflows | FF Outflows | Net Cash Flow |
|---|---|---|---|
| Medicaid (ASES) | $ 1 | $ - | $ 1 |
| Nutritional Assistance Program (NAP) | 78 | (76) | 2 |
| Payroll / Vendor Disbursements / Other Federal Programs | 9 | (18) | (9) |
| FEMA / Disaster Funding | 42 | - | 42 |
| Employee Retention Credit (ERC) | - | - | - |
| **Total (a)** | **$ 130** | **$ (94)** | **$ 36** |

| YTD Cumulative FF Net Surplus (Deficit) | FF Inflows | FF Outflows | Net Cash Flow |
|---|---|---|---|
| Medicaid (ASES) | $ 1,560 | $ (1,436) | $ 124 |
| Nutritional Assistance Program (NAP) | 1,879 | (1,823) | 56 |
| Payroll / Vendor Disbursements / Other Federal Programs | 946 | (998) | (52) |
| FEMA / Disaster Funding | 677 | (506) | 171 |
| Employee Retention Credit (ERC) | 370 | (370) | - |
| **Total (a)** | **$ 5,432** | **$ (5,133)** | **$ 299** |



YTD Federal Funds Net Cash Flows ($M)

Source: DTPR

13

**DRA Ex. 067**

**Puerto Rico Department of Treasury | AAFAF**
*Payroll / Vendor Disbursements Summary*

### Key Takeaways / Notes : Gross Payroll

1.) The Liquidity Plan incorporates actual results through December, hence there is no variance prior to week ended 1/4/2019. Police payroll variance is due to the determined police "Pay Out" for prior year debts ($35M) and the timing of cash transfers to the Police Department for regular payroll. Payroll variances will be partially offset by next week's cash activity.

| Gross Payroll ($M) (b) Agency | YTD Variance |
|---|---|
| Department of Correction & Rehabilitation | $ 0 |
| Department of Health | (3) |
| Department of Education | (14) |
| Police | (71) |
| All Other Agencies | (15) |
| **Total YTD Variance** | **$ (103)** |



Cumulative YTD Variance - Payroll by Agency ($M) (a)

### Key Takeaways / Notes : Vendor Disbursements

1.) YTD Vendor Disbursement variance is assumed temporary, as disbursement activity was slower than expected in the holiday weeks immediately following the New Year.

| Vendor Disbursements ($M) Agency | YTD Variance |
|---|---|
| Department of Education | $ 53 |
| Department of Health | 16 |
| Department of Justice | 1 |
| Department of Correction & Rehabilitation | 0 |
| General Court of Justice | (2) |
| All Other Agencies | 105 |
| **Total YTD Variance** | **$ 174** |



Cumulative YTD Variance - Vendor Disbursements by Agency ($M) (a)

Footnotes
(a) The Liquidity Plan incorporates actual results through December, hence there is no variance prior to week ended 1/4/2019
(b) Gross Payroll is equal to the sum of: (i) Net Payroll by Agency from the DTPR RHUM system; (ii) Other Payroll allocated by Agency based on FY2019 Budget. The aforementioned allocation of Other Payroll is used because the information is not available by agency. Gross Payroll cash disbursements excludes cash outlays for wage garnishments by Agency as this data is not available at a detailed level on a timely basis.

Source: DTPR

14

**DRA Ex. 067**

## Puerto Rico Department of Treasury | AAFAF
*Appropriations Summary*

### Key Takeaways / Notes

1.) Appropriations are generally executed throughout the year on a consistent basis each month. HTA and PRITA are ahead of the expected FY19 budgeted distribution of appropriations due to receipt of FY18 budget reapportionments in July 2018. Additionally, ASEM has received certain special revenue fund appropriations that are not delivered on a consistent monthly basis.



YTD FY2019 Budgeted Appropriations Executed ($M)

| Entity | Actual | Budget |
|---|---|---|
| ASES | $1,436 | $2,925 |
| UPR | $356 | $646 |
| CRIM | $121 | $228 |
| HTA | $208 | $259 |
| ASEM | $62 | $94 |
| PRITA | $46 | $71 |
| All Other | $386 | $650 |

### Remaining Approporation Budget ($M)

| Entity Name | Actual YTD | Full Year Expectation | Remaining |
|---|---|---|---|
| ASES | $ 1,436 | $ 2,925 | $ 1,488 |
| UPR | 356 | 646 | 290 |
| CRIM | 121 | 228 | 107 |
| HTA | 208 | 259 | 51 |
| ASEM | 62 | 94 | 33 |
| PRITA | 46 | 71 | 24 |
| All Other | 386 | 650 | 264 |
| Total | $ 2,616 | $ 4,872 | $ 2,257 |

### YTD Approporation Variance ($M)

| Entity Name | Actual YTD | Liquidity Plan YTD | Variance |
|---|---|---|---|
| ASES | $ 1,436 | $ 1,391 | $ (45) |
| UPR | 356 | 356 | - |
| CRIM | 121 | 108 | (13) |
| HTA | 208 | 217 | 8 |
| ASEM | 62 | 60 | (2) |
| PRITA | 46 | 47 | - |
| All Other | 385 | 346 | (38) |
| Total | $ 2,615 | $ 2,525 | $ (90) |

Source: DTPR

15

**DRA Ex. 067**

**Puerto Rico Department of Treasury | AAFAF**
*Tax Refunds / PayGo and Pensions Summary*

**Key Takeaways / Notes : Tax Refunds**

1.) YTD Tax Refunds includes $370M of Employee Retention Credits (ERC). Historical seasonality suggests that largest portion of tax refunds will be disbursed to tax payers in Q4.



**Key Takeaways / Notes : Pension PayGo**

1.) YTD Pension Paygo and Outflow variance is temporary, and is expected to reverse in subsequent weeks.



Source: DTPR

16

**DRA Ex. 067**

As of January 25, 2019

**Puerto Rico Department of Treasury | AAFAF**

*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued…*

| ID  | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|-----|-------------|-------------------:|---------------------------:|------:|
| 078 | Department of Housing | $ 127,455 | $ 5,378 | $ 132,833 |
| 071 | Department of Health | 67,367 | 41,825 | 109,193 |
| 081 | Department of Education | 61,302 | 4,003 | 65,305 |
| 049 | Department of Transportation and Public Works | 21,118 | 12 | 21,130 |
| 040 | Puerto Rico Police | 12,075 | 19 | 12,094 |
| 025 | Hacienda (entidad interna - fines de contabilidad) | 11,443 | 441 | 11,884 |
| 095 | Mental Health and Addiction Services Administration | 8,317 | 1,604 | 9,921 |
| 127 | Adm. for Socioeconomic Development of the Family | 9,060 | 247 | 9,306 |
| 038 | Department of Justice | 8,511 | 112 | 8,624 |
| 024 | Department of the Treasury | 8,127 | 390 | 8,518 |
| 123 | Families and Children Administration | 6,221 | 165 | 6,386 |
| 016 | Office of Management and Budget | 6,376 | 1 | 6,376 |
| 050 | Department of Natural and Environmental Resources | 3,935 | 2,277 | 6,213 |
| 031 | General Services Administration | 5,654 | 103 | 5,757 |
| 043 | Puerto Rico National Guard | 4,644 | 530 | 5,175 |
| 137 | Department of Correction and Rehabilitation | 5,070 | 57 | 5,127 |
| 122 | Department of the Family | 4,615 | 119 | 4,734 |
| 055 | Department of Agriculture | 4,383 | 2 | 4,385 |
| 028 | Commonwealth Election Commission | 4,218 | 56 | 4,274 |
| 021 | Emergency Management and Disaster Adm. Agency | 3,669 | 65 | 3,733 |
| 124 | Child Support Administration | 3,213 | 133 | 3,346 |
| 126 | Vocational Rehabilitation Administration | 3,179 | 3 | 3,182 |
| 067 | Department of Labor and Human Resources | 2,126 | 393 | 2,519 |
| 241 | Administration for Integral Development of Childhood | 777 | 1,033 | 1,810 |
| 014 | Environmental Quality Board | 1,480 | 307 | 1,787 |
| 087 | Department of Sports and Recreation | 1,655 | 119 | 1,774 |
| 015 | Office of the Governor | 1,176 | 32 | 1,208 |
| 105 | Industrial Commission | 804 | 189 | 994 |
| 220 | Correctional Health | 900 | - | 900 |
| 290 | State Energy Office of Public Policy | 898 | - | 898 |
| 022 | Office of the Commissioner of Insurance | 759 | 6 | 765 |
| 120 | Veterans Advocate Office | 659 | 2 | 662 |
| 045 | Department of Public Security | 658 | - | 658 |
| 075 | Office of the Financial Institutions Commissioner | 413 | 103 | 516 |
| 221 | Emergency Medical Services Corps | 465 | 16 | 480 |
| 152 | Elderly and Retired People Advocate Office | 255 | 119 | 374 |
| 018 | Planning Board | 266 | 1 | 267 |
| 023 | Department of State | 205 | 1 | 205 |
| 042 | Firefighters Corps | 198 | - | 198 |
| 141 | Telecommunication's Regulatory Board | 178 | 0 | 179 |

Source: DTPR

**DRA Ex. 067**

**Puerto Rico Department of Treasury | AAFAF**

Schedule B: Central Government - Live Web Portal AP Aging (a) (b)
All Agencies

(figures in $000s)
Continues and Continued…

| ID  | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|-----|-------------|--------------------:|---------------------------:|------:|
| 089 | Horse Racing Industry and Sport Administration | 173 | - | 173 |
| 035 | Industrial Tax Exemption Office | 145 | 1 | 146 |
| 065 | Public Services Commission | 135 | 0 | 135 |
| 069 | Department of Consumer Affairs | 130 | - | 130 |
| 096 | Women's Advocate Office | 126 | - | 126 |
| 273 | Permit Management Office | 116 | 5 | 121 |
| 139 | Parole Board | 90 | - | 90 |
| 155 | State Historic Preservation Office | 70 | - | 70 |
| 226 | Joint Special Counsel on Legislative Donations | 46 | - | 46 |
| 037 | Civil Rights Commission | 42 | - | 42 |
| 062 | Cooperative Development Commission | 35 | - | 35 |
| 231 | Health Advocate Office | 25 | - | 25 |
| 281 | Office of the Electoral Comptroller | 20 | - | 20 |
| 153 | Advocacy for Persons with Disabilities of the Commonwealth | 16 | - | 16 |
| 030 | Office of Adm. and Transformation of HR in the Govt. | 11 | - | 11 |
| 034 | Investigation, Prosecution and Appeals Commission | 8 | - | 8 |
| 060 | Citizen's Advocate Office (Ombudsman) | 7 | - | 7 |
| 266 | Office of Public Security Affairs | 7 | - | 7 |
| 010 | General Court of Justice | 1 | - | 1 |
| 132 | Energy Affairs Administration | 1 | - | 1 |
| 098 | Corrections Administration | - | - | - |
| 066 | Highway and Transportation Authority | - | - | - |
| 307 | University Pediatric Hospital | - | - | - |
| 224 | Joint Commission Reports Comptroller | - | - | - |
| 082 | Institute of Puerto Rican Culture | - | - | - |
| 036 | Office of the Commissioner of Municipal Affairs | - | - | - |
|     | Other | 8,651 | 2,266 | 10,918 |
|     | **Total** | **$ 413,681** | **$ 62,135** | **$ 475,817** |

Footnotes:

(a) *Data presented above represents the Central Government live AP Web Portal repository of third party and intergovernmental invoices by agency, implemented for FY2019. The full transition to managing central government payables through the web portal is not yet complete and therefore the table above may not represent all Central Government AP. Ongoing efforts with the largest agencies to implement the appropriate processes and controls needed to fully transition to the web portal and realize improvements in reporting and efficiency continue as of the date of this report.*

(b) *On a go-forward basis, vendors submit invoices for approval through the live AP Web Portal where they are logged electronically, matched with the appropriate purchase order or other relevant documentation, and approved / vouchered at the agency level through the online interface.*

Source: DTPR

18

**DRA Ex. 067**