

## Puerto Rico Department of Treasury

*Treasury Single Account ("TSA") FY 2020 Cash Flow*

*As of September 27, 2019*

1

**DRA Ex. 102**

**Disclaimer**

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

**DRA Ex. 102**

# Glossary

| Term | Definition |
|---|---|
| ACAA | - Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | - Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2027. |
| AFI / PRIFA | - Infrastructure Financing Authority. |
| Agency Collections | - Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| ASC | - Compulsory Liability Insurance, private insurance company. |
| ASES | - Puerto Rico Health Insurance Administration, a public corporation and component unit of the Commonwealth of Puerto Rico. |
| BBA | - BBA refers to the Bipartisan Budget Act of 2018 passed by the United States Congress on 2/9/2018. The BBA includes provisions for additional disaster relief funding for Puerto Rico in addition to incremental federal funds to support Puerto Rico's public health care costs (Medicaid funding) for two years. |
| CINE | - Puerto Rico Cinema Fund, a recipient of certain assigned sales and use tax revenues. |
| COFINA | - Puerto Rico Sales Tax Financing Corporation. |
| DTPR | - Department of the Treasury of Puerto Rico. |
| DTPR Collection System | - This is the software system that DTPR uses for collections. |
| FAM | - Muncipal Fund Administration, a recipient of certain assigned sales and use tax revenues. |
| General Collections | - All Gross tax collections received and deposited into the TSA from all Hacienda Collection Posts and/or through the Hacienda Colecturia Virtual (online). |
| General Fund | - General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| HTA | - Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | - Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Liquidity Plan (LP) | - The Liquidity Plan is the translation of the Certified Fiscal Plan ("CFP") and Certified Budget ("Budget") into a cash flow projection. The TSA Liquidity Plan encompasses all cash flow activity within the TSA. Certain cash flow activity is contemplated in the CFP and Budget, but occurs outside the TSA. Cash flow bridges from the TSA to the CFP and Budget have been included to facilitate comparison. |
| Net Payroll | - Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| NAP | - NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| Pension PayGo | - Pension PayGo - Puerto Rico pension system that is funded through a pay-as-you-go system. Retirement benefits expenses of government employers are paid by the central government and reimbursed by the employers, with such funds received by the TSA. |
| PREPA | - Puerto Rico Electric Power Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| PRHA | - Puerto Rico Housing Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| PSTBA | - The PSTBA is an amount established under Act 91-2006, as amended, and the Sales Tax Revenue Bond Resolution, as amended and restated on June 10, 2009 (the "Bond Resolution"), that currently must be received by COFINA from 5.5% of the SUT before the Commonwealth can receive any of the other 5.5% SUT. |
| Public Corporation | - Public corporations are governmental authorities with autonomous structure separate from the central government administration and with independent treasury functions. |
| Retained Revenues | - Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts. The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| SIFC | - State Insurance Fund Corporation, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| Special Revenue Funds | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SURI | - Sistema Unificada de Rentas Internas is the new digital tool of the Department of the Treasury that will allow integration and streamlining of the administration of taxes and revenues and eliminate the complexity of the current systems for the benefit of the Treasury and the taxpayers. |
| TSA | - Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |

DRA Ex. 102

# Introduction

- Enclosed is the weekly Treasury Single Account ("TSA") cash flow report and supporting schedules with weekly actual results YTD FY20 compared to the FY2019 actual results.

- TSA is the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.

- Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.

- Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.

- Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"). Funds may be transferred to the TSA either: (i) after admissible disbursements (per approved Project Worksheets) have been made or (ii) once supporting documentation for an accrual or related expense are provided to and approved by FEMA. Therefore, FEMA funding may also be received in advance of actual cash disbursement, as payments to vendors may occur subsequent to when the corresponding services are rendered / expenses are recorded.

- Data limitations and commentary:
    The government has focused on cash transaction information for which access to reliable, timely, and detailed data is readily available. The government continues to work with DTPR and other parties to access additional reliable data that would help to provide additional detail in the future.

- This report reflects actual results versus the same period prior year. The FY20 liquidity plan is under development, once complete, the weekly report will reflect a comparison to liquidity plan along with the traditional supporting schedules.

4

**DRA Ex. 102**

**Puerto Rico Department of Treasury | AAFAF**
*Executive Summary - TSA Cash Flow Actual Results*
*(figures in Millions)*

| $8,148 | ($82) | $923 | $572 |
|---|---|---|---|
| Bank Cash Position | Weekly Cash Flow | YTD Net Cash Flow | YTD Net Cash Flow Variance |

**YTD Net Cash Flow Variance (FY20 versus FY19) as of September 27, 2019**

| | Cash Flow line item | FY20 vs FY19 Variance | Comments |
|---|---|---:|---|
| 1 | State Collections | 456 | 1. YTD receipts have outperformed prior year, largely on the strength of corporate income tax collections. A portion of the outperformance can be attributed to a one-time tax payment related to M&A activity. |
| 2 | GF and SRF Vendor Disbursements | 192 | 2. YTD state funded vendor disbursements are lower than prior year. In FY19, there was a larger than normal backlog of prior year invoices that were disbursed within the first 60 days of FY19. |
| 3 | FEMA Cost Share | 68 | 3. FEMA cost share payments in FY20 for central government agencies have continued to be lower than the same period in FY19. |
| 4 | Public corporation loan repayment | (126) | 4. Puerto Rico Central Government loaned $300M to PREPA pursuant the Superpriority Post-petition Revolving Credit Loan Agreement in February of FY2018. It was fully repaid in FY19. |
| 5 | All Other | (18) | 5. With the anticipated decline in medicaid funding due to the expiration of BBA funding, ASES is receiving a higher monthly appropriation from the General Fund in FY20. The increased ASES appropriation is partially offset by lower appropriations to UPR. |
| | **Total Variance** | **$ 572** | |

Source: DTPR

5

**DRA Ex. 102**

**Puerto Rico Department of Treasury | AAFAF**
*TSA Cash Flow Actual Results for the Week Ended September 27, 2019*

| | (figures in Millions) | FY20 Actual 9/27 | FY20 Actual YTD | FY19 Actual YTD (a) | Variance YTD FY20 vs FY19 |
|---|---|---|---|---|---|
| | **State Collections** | | | | |
| 1 | General fund collections (b) | $126 | $3,079 | $2,412 | $667 |
| 2 | Non-General fund pass-through collections (c) | 5 | 96 | 245 | (149) |
| 3 | Other special revenue fund collection | 5 | 98 | 138 | (40) |
| 4 | Other state collections (d) | 7 | 83 | 105 | (22) |
| 5 | Subtotal - State collections | $143 | $3,356 | $2,900 | $456 |
| | **Federal Fund Receipts** | | | | |
| 6 | Medicaid | 610 | 874 | $1,116 | (242) |
| 7 | Nutrition Assistance Program | 52 | 652 | 813 | (161) |
| 8 | FEMA | 12 | 139 | 181 | (42) |
| 9 | Employee Retention Credits (ERC) | — | 25 | 222 | (197) |
| 10 | Vendor Disbursements, Payroll, & Other | 45 | 368 | 412 | (44) |
| 11 | Subtotal - Federal Fund receipts | $719 | $2,058 | $2,744 | ($686) |
| | **Balance Sheet Related** | | | | |
| 12 | Paygo charge | 5 | 156 | 92 | 64 |
| 13 | Public corporation loan repayment | — | — | $126 | (126) |
| 14 | Other | — | — | — | — |
| 15 | Subtotal - Other Inflows | $5 | $156 | $218 | ($62) |
| 16 | **Total Inflows** | **$867** | **$5,570** | **$5,862** | **($292)** |
| | **Payroll and Related Costs (e)** | | | | |
| 17 | General Fund | (73) | (643) | (630) | (13) |
| 18 | Federal Fund | (16) | (130) | (135) | 5 |
| 19 | Other State Funds | (1) | (32) | (38) | 6 |
| 20 | Subtotal - Payroll and Related Costs | ($90) | ($805) | ($803) | ($2) |
| | **Vendor Disbursements (f)** | | | | |
| 21 | General fund | (6) | (339) | (433) | 94 |
| 22 | Federal fund | (34) | (483) | (608) | 125 |
| 23 | Other State fund | (21) | (84) | (182) | 98 |
| 24 | Subtotal - Vendor Disbursements | ($61) | ($906) | ($1,223) | $317 |
| | **Appropriations - All Funds** | | | | |
| 25 | General Fund | — | (554) | (442) | (112) |
| 26 | Federal Fund | (629) | (870) | (1,046) | 176 |
| 27 | Other State Fund | (4) | (62) | (100) | 38 |
| 28 | Subtotal - Appropriations - All Funds | ($633) | ($1,486) | ($1,588) | $102 |
| | **Other Disbursements - All Funds** | | | | |
| 29 | Pension Benefits | (92) | (617) | (584) | (33) |
| 30 | Tax Refunds | (7) | (88) | (98) | 10 |
| 31 | Employee Retention Credits (ERC) | — | (25) | (222) | 197 |
| 31 | Nutrition Assistance Program | (61) | (632) | (801) | 169 |
| 32 | Title III Costs | (5) | (39) | (73) | 34 |
| 33 | Other Disbursements | — | (15) | (17) | 2 |
| 34 | Cash Reserve | — | — | — | — |
| 35 | Loans and Tax Revenue Anticipation Notes | — | — | — | — |
| 36 | Subtotal - Other Disbursements - All Funds | ($165) | ($1,450) | ($1,897) | $447 |
| 37 | **Total Outflows** | **($949)** | **($4,647)** | **($5,511)** | **$864** |
| 38 | **Net Operating Cash Flow** | **($82)** | **$923** | **$351** | **$572** |
| 39 | Bank Cash Position, Beginning (h) | 8,230 | 7,225 | 3,098 | |
| 40 | **Bank Cash Position, Ending (h)** | **$8,148** | **$8,148** | **$3,449** | |

*Note:* Refer to the next page for footnote reference descriptions.

Source: DTPR

6

**DRA Ex. 102**

**Puerto Rico Department of Treasury | AAFAF**

*FY20 TSA Cash Flow Actual Results - Footnotes*

Footnotes:
(a) Represents FY2019 actual results through September 28, 2018
(b) Represents gross tax collections received and deposited from all Hacienda Collection Posts, through the Hacienda Colecturia Virtual (online) and/or SURI.
(c) These revenues are collected by DTPR and immediately appropriated.
(d) Inflows related to the State Insurance Fund, the Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others. Additionally, as of the date of this report, the "Other State Collections" line item includes unreconciled collections due to DTPR transition to collecting various gross tax receipts through the new SURI system. The transition from the Hacienda Colecturia collections system to SURI is ongoing and as such, revenue concept detail for the general tax SURI collections is not available at this time for the portion of collections received by the new general tax SURI account. This resulted in timing-related unreconciled gross colections which will be retroactively allocated to "General Collections" as appropriate once this information becomes available.
(e) Represents total gross payroll. Gross payroll includes net payroll disbursed to government employees, cash transfers to the Police Department for payroll costs, and other payroll related costs (employee withholdings, social security, insurance, and other deductions).
(f) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(g) Includes Federally Funded Employee Retention Credits.
(h) Excludes BPPR Clawback Accounts (for clawback revenues prior to June 2016) of $147M.

As of September 27, 2019

**Puerto Rico Department of Treasury | AAFAF**
*Sales and Use Tax Collections Summary*

Key Takeaways / Notes

1.) The proceeds from the Puerto Rico 10.5% SUT rate are allocated as follows: Of the 10.5%, 5.5% is deposited into a COFINA BNY Mellon account until the PSTBA cap is reached, and 4.5% is deposited into the General Fund. The remaining 0.5% is remitted to FAM.



YTD Gross SUT Collections - General Fund and PSTB ($M) (a)

| Category | Amount |
|---|---|
| Total | $584 |
| General Fund Collections | $285 |
| COFINA (BNY) | $274 |
| FAM | $25 |
| CINE | $0 |

Footnotes
(a) This schedule reflects gross cash activity and is subject to revision based on periodic reconciliations and accounting adjustments.

Source: DTPR

**DRA Ex. 102**

**Puerto Rico Department of Treasury | AAFAF**
*Federal Funds Net Cash Flow Summary (a)*

### Key Takeaways / Notes

1.) Receipts for the Nutritional Assistance Program (NAP) and Medicaid (ASES Pass-through) are received in advance of the subsequent pass through disbursements. Federal Funds received for Payroll and Vendor Payments are typically reimbursed following disbursement. Disasted Related Federal Funds are received once supporting documentation for an accrual or related expense are provided to and approved by FEMA. Currently, there may be temporary surplus / (deficit) due timing differences relating to prior year carryover.

| Weekly FF Net Surplus (Deficit) | FF Inflows | FF Outflows | Net Cash Flow |
|---|---|---|---|
| Medicaid (ASES) | $ 610 | $ (629) | $ (19) |
| Nutritional Assistance Program (NAP) | 52 | (61) | (9) |
| Payroll / Vendor Disbursements / Other Federal Programs | 45 | (34) | 11 |
| FEMA / Disaster Funding | 12 | (16) | (4) |
| Employee Retention Credit (ERC) | - | - | - |
| Total | $ 719 | $ (740) | $ (21) |

| YTD Cumulative FF Net Surplus (Deficit) | FF Inflows | FF Outflows | Net Cash Flow |
|---|---|---|---|
| Medicaid (ASES) | $ 874 | $ (870) | $ 4 |
| Nutritional Assistance Program (NAP) | 652 | (632) | 20 |
| Payroll / Vendor Disbursements / Other Federal Programs | 368 | (405) | (37) |
| FEMA / Disaster Funding | 139 | (207) | (68) |
| Employee Retention Credit (ERC) | 25 | (25) | - |
| Total | $ 2,058 | $ (2,139) | $ (81) |



YTD Federal Funds Net Cash Flows ($M)

#### Footnotes
(a) Please note that federal fund classification as represented here is based on the fund classification at the point of transaction. Agencies regularly review cash transactions and make accounting adjustments that result in fund reclassifications.
(b) For reference, the FY19 ending Federal Fund surplus/(deficit) was $231M, $87M, $114M and $108M relating to Medicaid, NAP, Payroll/Vendor Disbursements and FEMA, respectively.

Source: DTPR

9

**DRA Ex. 102**

As of September 27, 2019

**Puerto Rico Department of Treasury | AAFAF**

*Schedule A: Central Government - Live Web Portal AP by Payee Type (a) (b)*
*All Agencies*

(figures in $000s)
Continues and Continued…

| ID | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|---|---|---:|---:|---:|
| 071 | Department of Health | $ 81,301 | $ 75,117 | $ 156,418 |
| 078 | Department of Housing | 106,784 | 1,272 | 108,056 |
| 081 | Department of Education | 50,727 | 5,422 | 56,149 |
| 016 | Office of Management and Budget | 25,131 | 140 | 25,271 |
| 137 | Department of Correction and Rehabilitation | 5,177 | 19,238 | 24,415 |
| 049 | Department of Transportation and Public Works | 19,197 | 1,813 | 21,010 |
| 123 | Families and Children Administration | 16,765 | 262 | 17,027 |
| 025 | Hacienda (entidad interna - fines de contabilidad) | 12,492 | 432 | 12,924 |
| 122 | Department of the Family | 6,679 | 4,258 | 10,937 |
| 095 | Mental Health and Addiction Services Administration | 9,010 | 1,593 | 10,603 |
| 127 | Adm. for Socioeconomic Development of the Family | 9,411 | 258 | 9,669 |
| 045 | Department of Public Security | 1,792 | 6,317 | 8,109 |
| 038 | Department of Justice | 5,216 | 2,778 | 7,994 |
| 040 | Puerto Rico Police | 1,874 | 5,266 | 7,140 |
| 024 | Department of the Treasury | 5,655 | - | 5,655 |
| 028 | Commonwealth Election Commission | 3,610 | 1,310 | 4,920 |
| 043 | Puerto Rico National Guard | 4,148 | 676 | 4,824 |
| 050 | Department of Natural and Environmental Resources | 4,305 | 299 | 4,604 |
| 087 | Department of Sports and Recreation | 1,749 | 2,688 | 4,437 |
| 021 | Emergency Management and Disaster Adm. Agency | 3,868 | 255 | 4,123 |
| 124 | Child Support Administration | 3,974 | 87 | 4,061 |
| 126 | Vocational Rehabilitation Administration | 3,654 | 188 | 3,842 |
| 241 | Administration for Integral Development of Childhood | 1,024 | 2,168 | 3,192 |
| 067 | Department of Labor and Human Resources | 2,170 | 893 | 3,063 |
| 010 | General Court of Justice | - | 2,841 | 2,841 |
| 031 | General Services Administration | 2,004 | 65 | 2,069 |
| 015 | Office of the Governor | 1,368 | 621 | 1,989 |
| 055 | Department of Agriculture | 957 | 240 | 1,197 |
| 290 | State Energy Office of Public Policy | 1,152 | - | 1,152 |
| 014 | Environmental Quality Board | 820 | 275 | 1,095 |
| 018 | Planning Board | 490 | 512 | 1,002 |
| 022 | Office of the Commissioner of Insurance | 982 | 3 | 985 |
| 221 | Emergency Medical Services Corps | 880 | 16 | 896 |
| 105 | Industrial Commission | 702 | 189 | 891 |
| 152 | Elderly and Retired People Advocate Office | 666 | 120 | 786 |

As of September 27, 2019

**Puerto Rico Department of Treasury | AAFAF**

*Schedule A: Central Government - Live Web Portal AP by Payee Type (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|---|---|---:|---:|---:|
| 042 | Firefighters Corps | 96 | 619 | 715 |
| 120 | Veterans Advocate Office | 613 | 2 | 615 |
| 096 | Women's Advocate Office | 487 | 18 | 505 |
| 069 | Department of Consumer Affairs | 75 | 351 | 426 |
| 035 | Industrial Tax Exemption Office | 387 | 1 | 388 |
| 023 | Department of State | 205 | 165 | 370 |
| 266 | Office of Public Security Affairs | 146 | 203 | 349 |
| 155 | State Historic Preservation Office | 110 | 175 | 285 |
| 098 | Corrections Administration | 284 | - | 284 |
| 141 | Telecommunication's Regulatory Board | 249 | - | 249 |
| 065 | Public Services Commission | 234 | 6 | 240 |
| 075 | Office of the Financial Institutions Commissioner | 198 | - | 198 |
| 273 | Permit Management Office | 151 | - | 151 |
| 089 | Horse Racing Industry and Sport Administration | 96 | 24 | 120 |
| 139 | Parole Board | 93 | - | 93 |
| 062 | Cooperative Development Commission | 69 | 20 | 89 |
| 060 | Citizen's Advocate Office (Ombudsman) | 56 | 22 | 78 |
|  | Other | 14,138 | 437 | 14,575 |
|  | **Total** | **$ 413,709** | **$ 139,722** | **$ 553,431** |

Footnotes:

(a) *Data presented above represents the Central Government live AP Web Portal repository of third party and intergovernmental invoices by agency, implemented in FY2019. The full transition to managing central government payables through the web portal is complete, however government agencies and vendors continue to analyze the information contained in this report to ensure its accuracy. Ongoing efforts with the largest agencies and their vendors to implement the appropriate processes and controls needed to realize improvements in reporting and efficiency continue as of the date of this report.*

(b) *On a go-forward basis, vendors submit invoices for approval through the live AP Web Portal where they are logged electronically, matched with the appropriate purchase order or other relevant documentation, and approved / vouchered at the agency level through the online interface.*

Source: DTPR

11

**DRA Ex. 102**

As of September 27, 2019

**Puerto Rico Department of Treasury | AAFAF**
*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Total |
|---|---|---:|---:|---:|---:|---:|
| 071 | Department of Health | $ 27,445 | $ 10,331 | $ 9,817 | $ 108,825 | $ 156,418 |
| 078 | Department of Housing | 1,604 | 5,972 | 23,133 | 77,347 | 108,056 |
| 081 | Department of Education | 12,894 | 8,267 | 9,152 | 25,836 | 56,149 |
| 016 | Office of Management and Budget | 236 | 41 | 19,110 | 5,884 | 25,271 |
| 137 | Department of Correction and Rehabilitation | 3,921 | 1,063 | 18,902 | 529 | 24,415 |
| 049 | Department of Transportation and Public Works | 2,000 | 622 | 1,481 | 16,907 | 21,010 |
| 123 | Families and Children Administration | 778 | 2,620 | 647 | 12,982 | 17,027 |
| 025 | Hacienda (entidad interna - fines de contabilidad) | 497 | 2,495 | 626 | 9,306 | 12,924 |
| 122 | Department of the Family | 3,342 | 496 | 2,090 | 5,009 | 10,937 |
| 095 | Mental Health and Addiction Services Administration | 2,905 | 964 | 1,217 | 5,517 | 10,603 |
| 127 | Adm. for Socioeconomic Development of the Family | 2,074 | 941 | 592 | 6,062 | 9,669 |
| 045 | Department of Public Security | 6,716 | 207 | 147 | 1,039 | 8,109 |
| 038 | Department of Justice | 2,061 | 259 | 1,777 | 3,897 | 7,994 |
| 040 | Puerto Rico Police | 511 | 3,810 | 1,797 | 1,022 | 7,140 |
| 024 | Department of the Treasury | 1,057 | 4,492 | 59 | 47 | 5,655 |
| 028 | Commonwealth Election Commission | 627 | 56 | 733 | 3,504 | 4,920 |
| 043 | Puerto Rico National Guard | 788 | 532 | 358 | 3,146 | 4,824 |
| 050 | Department of Natural and Environmental Resources | 779 | 657 | 808 | 2,360 | 4,604 |
| 087 | Department of Sports and Recreation | 68 | 28 | 2,606 | 1,735 | 4,437 |
| 021 | Emergency Management and Disaster Adm. Agency | 70 | 830 | 195 | 3,028 | 4,123 |
| 124 | Child Support Administration | 662 | 509 | 677 | 2,213 | 4,061 |
| 126 | Vocational Rehabilitation Administration | 1,271 | 157 | 136 | 2,278 | 3,842 |
| 241 | Administration for Integral Development of Childhood | 1,535 | 55 | 204 | 1,398 | 3,192 |
| 067 | Department of Labor and Human Resources | 1,113 | 344 | 342 | 1,264 | 3,063 |
| 010 | General Court of Justice | 2,841 | - | - | - | 2,841 |
| 031 | General Services Administration | 139 | 39 | 50 | 1,841 | 2,069 |
| 015 | Office of the Governor | 44 | 30 | 637 | 1,278 | 1,989 |
| 055 | Department of Agriculture | 228 | 433 | 94 | 442 | 1,197 |
| 290 | State Energy Office of Public Policy | 220 | 4 | 1 | 927 | 1,152 |
| 014 | Environmental Quality Board | 134 | 82 | 113 | 766 | 1,095 |
| 018 | Planning Board | 743 | 20 | - | 239 | 1,002 |
| 022 | Office of the Commissioner of Insurance | 54 | 52 | 2 | 877 | 985 |
| 221 | Emergency Medical Services Corps | 71 | 97 | 166 | 562 | 896 |

Source: DTPR

12

**DRA Ex. 102**

**Puerto Rico Department of Treasury | AAFAF**

*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Total |
|---|---|---:|---:|---:|---:|---:|
| 105 | Industrial Commission | 283 | 113 | 68 | 427 | 891 |
| 152 | Elderly and Retired People Advocate Office | 423 | 179 | 3 | 181 | 786 |
| 042 | Firefighters Corps | 29 | 8 | 628 | 50 | 715 |
| 120 | Veterans Advocate Office | 8 | 14 | 3 | 590 | 615 |
| 096 | Women's Advocate Office | 66 | 35 | 157 | 247 | 505 |
| 069 | Department of Consumer Affairs | 357 | 14 | 34 | 21 | 426 |
| 035 | Industrial Tax Exemption Office | 11 | 23 | 8 | 346 | 388 |
| 023 | Department of State | 117 | 46 | 123 | 84 | 370 |
| 266 | Office of Public Security Affairs | 159 | 180 | - | 10 | 349 |
| 155 | State Historic Preservation Office | 22 | 62 | 175 | 26 | 285 |
| 098 | Corrections Administration | - | - | - | 284 | 284 |
| 141 | Telecommunication's Regulatory Board | 41 | 134 | 54 | 20 | 249 |
| 065 | Public Services Commission | 20 | 12 | 17 | 191 | 240 |
| 075 | Office of the Financial Institutions Commissioner | 37 | 129 | 3 | 29 | 198 |
| 273 | Permit Management Office | 14 | 13 | 13 | 111 | 151 |
| 089 | Horse Racing Industry and Sport Administration | 3 | 18 | 28 | 71 | 120 |
| 139 | Parole Board | 1 | - | 1 | 91 | 93 |
| 062 | Cooperative Development Commission | 31 | 18 | 2 | 38 | 89 |
| 060 | Citizen's Advocate Office (Ombudsman) | 36 | 6 | - | 36 | 78 |
|  | Other | 3,005 | 485 | 3,629 | 7,456 | 14,575 |
|  | **Total** | **$ 84,213** | **$ 48,013** | **$ 102,651** | **$ 318,554** | **$ 553,431** |

Footnotes:

(a) *Data presented above represents the Central Government live AP Web Portal repository of third party and intergovernmental invoices by agency, implemented in FY2019. The full transition to managing central government payables through the web portal is complete, however government agencies and vendors continue to analyze the information contained in this report to ensure its accuracy. Ongoing efforts with the largest agencies and their vendors to implement the appropriate processes and controls needed to realize improvements in reporting and efficiency continue as of the date of this report.*

(b) *On a go-forward basis, vendors submit invoices for approval through the live AP Web Portal where they are logged electronically, matched with the appropriate purchase order or other relevant documentation, and approved / vouchered at the agency level through the online interface.*

Source: DTPR

**DRA Ex. 102**