

## Puerto Rico Department of Treasury

*Treasury Single Account ("TSA") FY 2021 Cash Flow*

*As of August 7, 2020*

1

**DRA Ex. 147**

# Disclaimer

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

DRA Ex. 147

Glossary

| Term | Definition |
|---|---|
| ACAA | Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2027. |
| AFI / PRIFA | Infrastructure Financing Authority. |
| Agency Collections | Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| ASC | Compulsory Liability Insurance, private insurance company. |
| ASES | Puerto Rico Health Insurance Administration, a public corporation and component unit of the Commonwealth of Puerto Rico. |
| CINE | Puerto Rico Cinema Fund, a recipient of certain assigned sales and use tax revenues. |
| COFINA | Puerto Rico Sales Tax Financing Corporation. |
| DTPR | Department of the Treasury of Puerto Rico. |
| DTPR Collection System | This is the software system that DTPR uses for collections. |
| FAM | Municipal Fund Administration, a recipient of certain assigned sales and use tax revenues. |
| General Collections | All Gross tax collections received and deposited into the TSA from all Hacienda Collection Posts and/or through the Hacienda Colecturia Virtual (online). |
| General Fund | General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| HTA | Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Liquidity Plan (LP) | The Liquidity Plan is the translation of the Certified Fiscal Plan ("CFP") and Certified Budget ("Budget") into a cash flow projection. The TSA Liquidity Plan encompasses all cash flow activity within the TSA. Certain cash flow activity is contemplated in the CFP and Budget, but occurs outside the TSA. Cash flow bridges from the TSA to the CFP and Budget have been included to facilitate comparison. |
| Net Payroll | Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| NAP | NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| Pension PayGo | Pension PayGo - Puerto Rico pension system that is funded through a pay-as-you-go system. Retirement benefits expenses of government employers are paid by the central government and reimbursed by the employers, with such funds received by the TSA. |
| PREPA | Puerto Rico Electric Power Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| PRHA | Puerto Rico Housing Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| PSTBA | The PSTBA is an amount established under Act 91-2006, as amended, and the Sales Tax Revenue Bond Resolution, as amended and restated on June 10, 2009 (the "Bond Resolution"), that currently must be received by COFINA from 5.5% of the SUT before the Commonwealth can receive any of the other 5.5% SUT. |
| Public Corporation | Public corporations are governmental authorities with autonomous structure separate from the central government administration and with independent treasury functions. |
| Retained Revenues | Revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts. The largest of these pass-through accounts consist of (i) AACA auto insurance, (ii) AFI/RBC petroleum tax, (iii) ASC personal injury insurance, (iv) HTA toll revenues. |
| SIFC | State Insurance Fund Corporation, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| Special Revenue Funds | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SURI | Sistema Unificada de Rentas Internas is the new digital tool of the Department of the Treasury that will allow integration and streamlining of the administration of taxes and revenues and eliminate the complexity of the current systems for the benefit of the Treasury and the taxpayers. |
| TSA | Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |

# Introduction

- Enclosed is the weekly Treasury Single Account ("TSA") cash flow report and supporting schedules with weekly YTD FY2021 actual results compared to the FY2021 Liquidity Plan and FY2020 actual results.

- TSA is the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.

- Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.

- Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.

- Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"). Funds may be transferred to the TSA either: (i) after admissible disbursements (per approved Project Worksheets) have been made or (ii) once supporting documentation for an accrual or related expense are provided to and approved by FEMA. Therefore, FEMA funding may also be received in advance of actual cash disbursement, as payments to vendors may occur subsequent to when the corresponding services are rendered / expenses are recorded.

- Data limitations and commentary:
    The government has focused on cash transaction information for which access to reliable, timely, and detailed data is readily available. The government continues to work with DTPR and other parties to access additional reliable data that would help to provide additional detail in the future.

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*Executive Summary - TSA Cash Flow Actual Results*
*(figures in Millions)*

| Bank Cash Position | Weekly Cash Flow | YTD Net Cash Flow | YTD Net Cash Flow Variance |
|---|---|---|---|
| $7,494 | ($100) | ($207) | ($236) |

**Bridge from FY21 Liquidity Plan projected TSA Cash Balance to actual FY21 TSA Cash Balance as of August 7, 2020**

| Cash Flow line item | Variance Bridge ($M) | Comments |
|---|---:|---|
| Liquidity Plan Projected Cash Balance 8/7/20: | $ 7,730 | 1. Throughout July and the beginning of August, complications with the revenue recognition process at DTPR has slowed the recording of certain revenues and subsequently certain state-funded budgetary transfers from the TSA. |
| 1  GF Appropriations | 131 | |
| 2  Vendor Disbursements | 32 | |
| 3  State Collections | (399) | 2. As of the date of this report, YTD variance in vendor disbursements is mainly driven by lower than expected payments on behalf of the Department of Education, the Department of Housing, and the Department of Labor and Human Resources. |
| All Other | (0) | |
| **Actual TSA Cash Balance** | **$ 7,494** | |
| SURI GenTax Sweep Account Balance | 1,608 | 3. TSA receipts of state collections are approximately $399M behind plan. This is more than offset by the increase in the SURI sweep account balance, which has increased by $584M this fiscal year. |
| TSA Plus Sweep Account Balance | $ 9,102 | |

Source: DTPR

5

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*YTD TSA Cash Flow Summary - Actual vs LP*



**YTD Actuals vs. Liquidity Plan**
YTD net cash flow is -$207M and cash flow variance to the Liquidity Plan is -$236M. Lower than expected cash flow is mainly driven by operational delays in sweeping cash from the main collection account into the TSA due to the ongoing transition to SURI. This difference is expected to be offset in the first quarter this fiscal year.

Source: DTPR

6

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*YTD Cash Flow Summary - TSA Cash Flow Actual Results*

### Net Cash Flow - YTD Actuals

1.) State fund cash flows account for the majority of the cash build with the primary positive drivers being strong General Fund collections and on-budget spending. Federal Fund inflows of $951M represent 51% of YTD inflows, but are largely offset by Federal Fund disbursements, with YTD net surplus of $19M (Refer to page 13 for additional detail).



TSA YTD Cash Flow Actuals: Key Cash Flow Concepts ($M)

### Net Cash Flow YTD Variance - LP vs. Actual

1.) The negative variance in YTD collections is mainly driven by operational delays in sweeping cash from the main collection account into the TSA due to the ongoing transition to SURI. This difference is expected to be offset in the first quarter this fiscal year.



TSA YTD Top Cash Flow Variances ($M)
-$236M YTD Variance

Source: DTPR

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*TSA Cash Flow Actual Results for the Week Ended August 7, 2020*

| | (figures in Millions) | FY21 Actual 8/7 | FY21 LP 8/7 | Variance 8/7 | FY21 Actual YTD | FY21 LP YTD | FY20 Actual YTD (a) | Variance YTD FY21 vs YTD FY20 |
|---|---|---|---|---|---|---|---|---|
| | **State Collections** | | | | | | | |
| 1 | General fund collections (b) | $87 | $83 | $4 | $749 | $688 | $1,264 | $61 |
| 2 | Deferred GF Receipts (COVID-19 Exec Action) | — | 16 | (16) | — | 483 | — | (483) |
| 3 | Other fund revenues & Pass-throughs (c) | 5 | — | 5 | 24 | 15 | 114 | 9 |
| 4 | Special Revenue receipts | 7 | 9 | (3) | 63 | 44 | 47 | 19 |
| 5 | All Other state collections (d) | 4 | 7 | (2) | 33 | 39 | 29 | (5) |
| 6 | Sweep Account Transfers | — | — | — | — | — | — | — |
| 7 | Subtotal - State collections (e) | $103 | $115 | ($12) | $870 | $1,268 | $1,454 | ($399) |
| | **Federal Fund Receipts** | | | | | | | |
| 8 | Medicaid | 19 | — | 19 | 429 | 409 | 8 | 20 |
| 9 | Nutrition Assistance Program | 38 | 41 | (2) | 316 | 188 | 147 | 128 |
| 10 | All Other Federal Programs | 29 | 52 | (23) | 135 | 193 | 150 | (58) |
| 11 | Other | 18 | 5 | 13 | 72 | 68 | 89 | 4 |
| 12 | Subtotal - Federal Fund receipts | $105 | $97 | $7 | $951 | $858 | $395 | $94 |
| | **Balance Sheet Related** | | | | | | | |
| 13 | Paygo charge | 3 | — | 3 | 57 | 45 | 99 | 12 |
| 14 | Other | — | — | — | — | — | — | — |
| 15 | Subtotal - Other Inflows | $3 | — | $3 | $57 | $45 | $99 | $12 |
| 16 | **Total Inflows** | $211 | $212 | ($2) | $1,878 | $2,171 | $1,948 | ($293) |
| | **Payroll and Related Costs (f)** | | | | | | | |
| 17 | General fund (i) | (48) | (41) | (7) | (251) | (247) | (255) | (4) |
| 18 | Federal fund | (7) | (3) | (4) | (48) | (47) | (56) | (1) |
| 19 | Other State fund | (2) | (1) | (1) | (13) | (10) | (17) | (3) |
| 20 | Subtotal - Payroll and Related Costs | ($57) | ($45) | ($12) | ($312) | ($304) | ($328) | ($8) |
| | **Operating Disbursements (g)** | | | | | | | |
| 21 | General fund (i) | (48) | (33) | (15) | (157) | (173) | (123) | 16 |
| 22 | Federal fund | (28) | (49) | 21 | (129) | (146) | (231) | 17 |
| 23 | Other State fund | (19) | (13) | (6) | (88) | (87) | (71) | (1) |
| 24 | Subtotal - Vendor Disbursements | ($95) | ($95) | ($0) | ($374) | ($406) | ($426) | $32 |
| | **State-funded Budgetary Transfers** | | | | | | | |
| 25 | General Fund (i) | (91) | (159) | 67 | (215) | (346) | (360) | 131 |
| 26 | Other State Fund | — | — | — | (22) | (26) | (27) | 4 |
| 27 | Subtotal - Appropriations - All Funds | ($91) | ($159) | $67 | ($238) | ($373) | ($387) | $135 |
| | **Federal Fund Transfers** | | | | | | | |
| 28 | Medicaid | (5) | — | (5) | (428) | (434) | (4) | 6 |
| 29 | Nutrition Assistance Program | (38) | (41) | 3 | (311) | (188) | (253) | (122) |
| 30 | All other federal fund transfers | — | (5) | 5 | (17) | (26) | — | 9 |
| 31 | Subtotal - Appropriations - All Funds | ($42) | ($46) | $3 | ($756) | ($648) | ($258) | ($108) |
| | **Other Disbursements - All Funds** | | | | | | | |
| 32 | Retirement Contributions | (8) | (5) | (3) | (225) | (222) | (224) | (3) |
| 33 | Tax Refunds & other tax credits (h) (i) | (10) | (25) | 15 | (142) | (165) | (31) | 22 |
| 34 | Title III Costs | (7) | (1) | (6) | (31) | (23) | (21) | (8) |
| 35 | State Cost Share | — | — | — | — | — | (34) | — |
| 36 | Milestone Transfers | — | — | — | — | — | — | — |
| 37 | Other Disbursements | — | — | — | — | (1) | — | 1 |
| 38 | Cash Reserve | — | — | — | — | — | — | — |
| 39 | All Other | — | — | — | (6) | — | (0) | (6) |
| 40 | Subtotal - Other Disbursements - All Funds | ($25) | ($31) | $7 | ($405) | ($411) | ($310) | $6 |
| 41 | **Total Outflows** | ($310) | ($375) | $65 | ($2,084) | ($2,141) | ($1,708) | $57 |
| 42 | **Net Operating Cash Flow** | ($100) | ($163) | $63 | ($207) | $29 | $240 | ($236) |
| 43 | Bank Cash Position, Beginning (j) | 7,594 | 7,893 | (299) | 7,701 | 7,701 | 7,225 | — |
| 44 | **Bank Cash Position, Ending (j)** | $7,494 | $7,730 | ($236) | $7,494 | $7,730 | $7,465 | ($236) |

***Note:*** *Refer to the next page for footnote reference descriptions.*

## Puerto Rico Department of Treasury | AAFAF

*FY20 TSA Cash Flow Actual Results - Footnotes*

Footnotes:
(a) Represents FY2020 actual results through August 9, 2019.
(b) Represents gross tax collections received and deposited from all Hacienda Collection Posts, through the Hacienda Colecturia Virtual (online) and/or SURI. Additionally, as of the date of this report, the "General Fund Collections" line item includes unreconciled collections due to DTPR transition to collecting various gross tax receipts through the new SURI system. The transition from the Hacienda Colecturia collections system to SURI is ongoing and as such, revenue concept detail for the general tax SURI collections is not available at this time for the portion of collections received by the new general tax SURI account.  This resulted in timing-related unreconciled gross collections which will be retroactively allocated to "General Collections" as appropriate once this information becomes available.
(c) These revenues are collected by DTPR and immediately appropriated.
(d) Inflows related to the State Insurance Fund, the Department of Labor and Human Resources, the Commissioner of Financial Institutions, interest earned on TSA bank accounts and others. As of the date this report the TSA has received $1M in interest income in FY21 from earnings on the TSA cash balance.
(e) As of August 7, 2020, there are $1,608M in collections in the SURI sweep account pending reconciliation and transfer to the TSA.
(f) Represents total gross payroll. Gross payroll includes net payroll disbursed to government employees, cash transfers to the Police Department for payroll costs, and other payroll related costs (employee withholdings, social security, insurance, and other deductions).
(g) Includes payments to third-party vendors as well as intergovernmental payments to agencies with separate Treasuries.
(h) Includes Federally Funded Employee Retention Credits.
(i) These line items include transfers out of the TSA related to the COVID-19 Emergency Measures Support Package. Total TSA outflows related to the COVID-19 Emergency Measures Support Package are approximately $465M as of August 7, 2020. Of this amount, $459M was disbursed in FY2020 and $6M in FY2021.
(j) Excludes BPPR Clawback Accounts (for clawback revenues prior to June 2016) of $147M.

**Puerto Rico Department of Treasury | AAFAF**
*General Fund Collections Summary*

### Key Takeaways / Notes

1.) The ongoing transition from Hacienda Colecturia to the new SURI platform has temporarily lengthened the process of reconciling and transferring collections held in a sweep account to the TSA. This has resulted in TSA cash receipts of General Fund revenues being behind forecast, while General Fund revenues including those in the sweep account are ahead of forecast. There are currently $1,608M in collections in the sweep account pending reconciliation and transfer to the TSA. Due to the on-going transition of various gross tax collections from Hacienda Colecturia to SURI, revenue concept detail for general tax SURI collections from August 1, 2020, through the date of this report is not available at this time. Other General Fund revenue includes receipts that have not been allocated to other concepts and this amount is approximately $52M as of the date of this report. DTPR is continuing to reconcile revenues pertaining to FY20 that were collected in FY21 as a result of various deferrals and extensions, as well as other pass-through and moratorium revenues that were previously non-General Fund. The collections schedule will be updated as information becomes available.

### General Fund Collections Year to Date: Actual vs. Forecast ($M)

|  | Actual (a) YTD 8/7 | LP YTD 8/7 | Var $ YTD 8/7 | Var % YTD 8/7 |
|---|---|---|---|---|
| **General Fund Collections** |  |  |  |  |
| Corporations | 238 | 202 | 36 | 18% |
| FY21 Collections | 231 | 81 | 150 | 185% |
| FY21 CIT for FEDE (Act 73-2008) | 6 | 6 | 1 | 10% |
| FY20 Deferrals/Extensions | - | 115 | (115) | -100% |
| Individuals | 309 | 366 | (57) | -16% |
| FY21 Collections | 309 | 153 | 156 | 102% |
| FY20 Deferrals/Extensions | - | 213 | (213) | -100% |
| Act 154 | 179 | 148 | 30 | 20% |
| Non Residents Withholdings | 46 | 40 | 6 | 16% |
| FY21 Collections | 45 | 38 | 6 | 16% |
| FY21 NRW for FEDE (Act 73-2008) | 1 | 1 | (0) | -2% |
| Motor Vehicles | 51 | 26 | 24 | 92% |
| Rum Tax (b) | 22 | 14 | 8 | 61% |
| Alcoholic Beverages | 21 | 19 | 3 | 14% |
| Cigarettes | 16 | 13 | 3 | 21% |
| HTA | 21 | 51 | (30) | -59% |
| Gasoline Taxes | - | 15 | (15) | -100% |
| Gas Oil and Diesel Taxes | - | 2 | (2) | -100% |
| Vehicle License Fees ($15 portion) | 4 | 2 | 2 | 120% |
| Vehicle License Fees ($25 portion) | 10 | 10 | 0 | 4% |
| Petroleum Tax | - | 20 | (20) | -100% |
| Other | 6 | 2 | 5 | 291% |
| CRUDITA | 1 | 22 | (21) |  |
| Transfer Petroleum Tax "CRUDITA" | 1 | 14 | (13) | -95% |
| Crudita to PRIFA (clawback) | - | 8 | (8) | -100% |
| Other General Fund | 257 | 32 | 225 | 698% |
| **Total (e)** | **$1,160** | **$933** | **$227** | **24%** |
|  |  |  |  |  |
| SUT Collections (f) | 172 | 264 | (92) | -35% |
| FY21 Collections | 172 | 109 | 63 | 57% |
| FY20 Deferrals/Extensions | - | 155 | (155) | -100% |
|  |  |  |  |  |
| **Total General Fund Collections** | **$ 1,332** | **$ 1,197** | **$ 136** | **11%** |
|  |  |  |  |  |
| Less YTD Increase in Sweep Account Balance | (584) |  |  |  |
|  |  |  |  |  |
| **Total TSA Cash General Fund Collections** | **$ 749** | **$ 1,197** | **$ (448)** | **-37%** |



YTD General Fund Receipts Cumulative Variance Liquidity Plan vs. Actual Cumulative Variance by Category ($M)

### Footnotes:
(a) General Fund gross cash receipts by concept are approximated using net General Fund revenues adjusted for recurring monthly gross-ups and other adjustments.
(b) This amount includes Rum tax moratorium revenues.
(c) Relates to cigarette tax collections that are subsequently passed through to PRITA, HTA, PRMBA and other.
(d) Relates to income tax reserves that are subsequently passed through to PRIDCO.
(e) Receipts in collections accounts occur approximately two business days prior to being deposited into the TSA, though this has slowed due to COVID-19 and the related lockdown. There are $1,608M collections in a SURI account awaiting transfer to TSA as of August 7, 2020. Note this amount also includes some SRF collections pending reconciliation.
(f) SUT collections excludes PSTBA, FAM & CINE, and only includes the amounts deposited into the TSA for General Fund use.

Source: DTPR

**DRA Ex. 147**

## Puerto Rico Department of Treasury | AAFAF
*Other State Fund Collections Summary (a)*

### Key Takeaways / Notes

1.) Other state fund collections are ahead of the Liquidity Plan. Small overall variance is mostly assumed to be temporary due to timing, as special revenues and other collections may be received with irregular cadence.

### Other State Fund Collections Year to Date: Actual vs. Forecast ($M)

|  | Actual (a) YTD 8/7 | LP YTD 8/7 | Var $ YTD 8/7 | Var % YTD 8/7 |
|---|---:|---:|---:|---:|
| **Other State Fund Collections** | | | | |
| Other Fund Reveues & Pass-Throughs | 24 | 15 | 9 | 63% |
| Electronic Lottery | - | - | - | NA |
| Cigarettes (PRITA) | 6 | 3 | 3 | 91% |
| ASC Pass Through | 2 | 2 | 0 | 4% |
| ACCA Pass Through | 10 | 6 | 5 | 83% |
| Other | 6 | 5 | 2 | 40% |
| **Special Revenue Fund (Agency Collections)** | 63 | 44 | 19 | 43% |
| Department of Education | 10 | 2 | 8 | 494% |
| Department of Health | 3 | 8 | (5) | -65% |
| Department of State | 3 | 1 | 1 | 75% |
| Office of the Commisioner of Insurance | 2 | 2 | 0 | 19% |
| All Other | 46 | 32 | 15 | 46% |
| **Other state collections** | 33 | 39 | (5) | -14% |
| Bayamón University Hospital | 1 | 1 | (0) | -18% |
| Adults University Hospital (UDH) | 3 | 3 | 0 | 9% |
| Pediatric University Hospital | 2 | 2 | 0 | 2% |
| Commisioner of the Financial Institution | 1 | 3 | (1) | -50% |
| Department of Housing | 2 | 1 | 1 | 55% |
| All Other | 24 | 29 | (5) | -16% |
| **Total** | **$121** | **$98** | **$23** | **24%** |



YTD Other State Fund Receipts Cumulative Variance Liquidity Plan vs. Actual Cumulative Variance by Category ($M)

### Footnotes:
(a) These amounts are collected by DTPR and immediately appropriated as set forth in the table on this page.

Source: DTPR

11

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*Sales and Use Tax Collections Summary*

Key Takeaways / Notes

1.) The proceeds from the Puerto Rico 10.5% SUT rate are allocated as follows: Of the 10.5%, 5.5% is deposited into a COFINA BNY Mellon account until the PSTBA cap is reached, and 4.5% is deposited into the General Fund. The remaining 0.5% is remitted to FAM. The PSTBA cap for FY21 is $447.5 million.



YTD Gross SUT Collections - General Fund and PSTB ($M) (a) (b)

- Total: $330
- General Fund Collections: $172
- COFINA (BNY): $144
- FAM: $13
- CINE: $0

Footnotes
(a) This schedule reflects gross cash activity and is subject to revision based on periodic reconciliations and accounting adjustments.
(b) As of August 7, 2020 there is $68M in SUT collected pending verification and allocation. The verification process includes matching receipts with the appropriate returns and reconciling government account information. Once this process is complete, SUT funds are distributed in accordance with the COFINA Plan of Adjustment based on the ownership of funds and otherwise based on the limits on distributions established therein.

Source: DTPR

12

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*Federal Funds Net Cash Flow Summary (a)(b)*

### Key Takeaways / Notes

1.) Receipts for the Nutritional Assistance Program (NAP) and Medicaid (ASES Pass-through) are received in advance of the subsequent pass through disbursements. Federal Funds received for Payroll and Vendor Payments are typically reimbursed following disbursement. Currently, there may be temporary surplus / (deficit) due timing differences relating to prior year carryover. Puerto Rico received $2.24 billion from the Coronavirus Relief Fund (CRF) established under the CARES Act. These funds are held in a separate account outside of TSA and being disbursed according to the Strategic Disbursement Plan. Some of the measures are initially paid out through TSA, and later reimbursed from the CRF account. Additionally, $400 million was transferred out of TSA to advance a portion of the $1,200 CARES Act stimulus checks to individuals on May 1, 2020, and subsequently reimbursed on May 7, 2020. This transfer and reimbursement flowed through the Other Disbursements line of the cash flow summary.

| Weekly FF Net Surplus (Deficit) | FF Inflows | FF Outflows | Net Cash Flow | LP Net Cash Flow | Variance |
|---|---|---|---|---|---|
| Medicaid (ASES) | $ 19 | $ (5) | $ 14 | $ - | $ 14 |
| Nutritional Assistance Program (NAP) | 38 | (38) | 1 | - | 1 |
| Payroll / Vendor Disbursements / Other Federal Programs | 29 | (35) | (6) | (0) | (6) |
| Coronavirus Relief Fund (CRF) | 18 | (0) | 18 | - | 18 |
| Total | $ 105 | $ (78) | $ 27 | $ (0) | $ 27 |

| YTD Cumulative FF Net Surplus (Deficit) | FF Inflows | FF Outflows | Net Cash Flow | LP Net Cash Flow | Variance |
|---|---|---|---|---|---|
| Medicaid (ASES) | $ 429 | $ (428) | $ 0 | $ (25) | $ 26 |
| Nutritional Assistance Program (NAP) | 316 | (311) | 5 | - | 5 |
| Payroll / Vendor Disbursements / Other Federal Programs | 136 | (165) | (30) | - | (30) |
| Coronavirus Relief Fund (CRF) | 71 | (28) | 43 | 42 | 1 |
| Total | $ 951 | $ (933) | $ 19 | $ 17 | $ 2 |



YTD Federal Funds Net Cash Flows ($M)

### Footnotes

(a) Please note that federal fund classification as represented here is based on the fund classification at the point of transaction. Agencies regularly review cash transactions and make accounting adjustments that result in fund reclassifications.
(b) Note that the Liquidity Plan will generally project a YTD deficit and surplus each week for Medicaid and CRF funding, respectively. This is due to deficit and surpluses carried forward from FY20 (FY20 federal receipts in excess of FY20 federal fund outlays and spending prior to CRF reimbursement) that were assumed to unwind throughout the first quarter of FY21 as funds received in FY20 were utilized, thus resulting in projected net cash flow deficits and surpluses for the full year FY21 in Medicaid funding (-$51M) and CRF ($42M), yielding a projected -$9m

Source: DTPR

13

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*Payroll / Vendor Disbursements Summary*

### Key Takeaways / Notes : Gross Payroll

1.) Gross payroll is tracking FY21 forecasts to date, with minimal variance through the first month of the fiscal year. Positive variance in DOE is expected to be timing related and may be offset by future months as the adjusted school year begins. All other agency variances are assumed to be temporary at this time.

| Gross Payroll ($M) (a) Agency | YTD Variance |
|---|---|
| Police | $ 14 |
| Department of Education | 3 |
| Department of Correction & Rehabilitation | (3) |
| Department of Health | (6) |
| All Other Agencies | (16) |
| **Total YTD Variance** | **$ (8)** |



Cumulative YTD Variance - Payroll by Agency ($M) (a) (b)

### Key Takeaways / Notes : Vendor Disbursements

1.) YTD variance in vendor disbursements is mainly driven by lower than expected payments on behalf of the Department of Education, the Department of Housing, and the Department of Labor and Human Resources. This is mostly driven by variance in operating disbursements that are federally-funded and can have irregular cadence that causes temporary timing variances that may be offset in future periods. Positive variances are partially offset by increased spending on behalf of the Department of Health through the first month of the fiscal year.

| Vendor Disbursements ($M) Agency | YTD Variance |
|---|---|
| Department of Education | $ 40 |
| General Court of Justice | 2 |
| Department of Justice | (2) |
| Department of Correction & Rehabilitation | (8) |
| Department of Health | (41) |
| All Other Agencies | 41 |
| **Total YTD Variance** | **$ 32** |



Cumulative YTD Variance - Vendor Disbursements by Agency ($M)

#### Footnotes
(a) Gross Payroll is equal to the sum of: (i) Net Payroll by Agency from the DTPR RHUM system; (ii) Other Payroll and (iii) Cash outlays for wage garnishments by Agency.

Source: DTPR

14

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*State Funded Budgetary Transfers Summary*

### Key Takeaways / Notes

1.) General Fund appropriations are generally executed throughout the year on a consistent basis in the first week of a given month. The amount transferred each month is usually the sum of the receiving entity's budgeted amount for FY21 divided into twelve, subject to a 2.5% holdback through the first nine months of the fiscal year. Other General Fund transfers and Other Fund transfers require the recognition of certain revenues within DTPR accounting records prior to sending funds to a receiving entity. Throughout July, complications with the revenue recognition process at DTPR has slowed the recording of certain revenues and subsequently certain state-funded budgetary transfers from the TSA.



YTD FY2021 Budgeted Appropriations Executed ($M)

| Entity | Actual | Total |
|---|---|---|
| GF - UPR | $91 | $603 |
| GF - HTA | | $281 |
| GF - CRIM | $9 | $132 |
| GF - FOMB | $3 | $58 |
| GF - ASEM | $3 | $17 |
| GF - Other | $90 | $889 |
| OF - ASEM | | $61 |
| OF - PRITA | $2 | $35 |
| OF - Other | $21 | $150 |

**Remaining Appropriation Budget ($M)**

| Entity Name | Actual YTD | Full Year | Remaining |
|---|---|---|---|
| GF - UPR | $ 91 | $ - | $ (91) |
| GF - HTA | - | 281 | 281 |
| GF - CRIM | 22 | 132 | 110 |
| GF - FOMB | 9 | 58 | 48 |
| GF - ASEM | 3 | 17 | 13 |
| GF - Other | 90 | 889 | 799 |
| OF - ASEM | - | 61 | 61 |
| OF - PRITA | 2 | 35 | 34 |
| OF - Other | 21 | 150 | 129 |
| Total | $ 238 | $ 1,623 | $ 1,386 |

**YTD Appropriation Variance ($M)**

| Entity Name | Actual YTD | Liquidity Plan | Variance |
|---|---|---|---|
| GF - UPR | $ 91 | $ 98 | $ 7 |
| GF - HTA | - | 46 | 46 |
| GF - CRIM | 22 | 21 | (0) |
| GF - FOMB | 9 | 9 | - |
| GF - ASEM | 3 | 3 | (1) |
| GF - Other | 90 | 169 | 79 |
| OF - ASEM | - | 5 | 5 |
| OF - PRITA | 2 | 3 | 1 |
| OF - Other | 21 | 18 | (3) |
| Total | $ 238 | $ 373 | $ 135 |

Source: DTPR

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**
*Tax Refunds / PayGo and Pensions Summary*

### Key Takeaways / Notes : Tax Refunds

1.) Tax refunds, which include EITC distributions, refunds to individuals and seniors, and other tax credits, are tracking as expected through the first month of the fiscal year.



YTD Tax Refunds Disbursed ($M)
- Act - Tax Refunds: $142
- LP - Tax Refunds: $165

### Key Takeaways / Notes : Pension PayGo

1.) YTD Pension Paygo and Outflow variance is temporary, and is expected to reverse in subsequent weeks.



YTD Pension PayGo and Outflows ($M)
- Act - PayGo Receipts: $57
- LP - PayGo Receipts: $45
- Act - Pension Outflows: $225
- LP - Pension Outflows: $222

Source: DTPR

16

**DRA Ex. 147**

As of August 7, 2020

**Puerto Rico Department of Treasury | AAFAF**

*Schedule A: Central Government - Live Web Portal AP by Payee Type (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|---|---|---:|---:|---:|
| 071 | Department of Health | $ 105,912 | $ 107,801 | $ 213,713 |
| 081 | Department of Education | 65,525 | 29,214 | 94,739 |
| 025 | Hacienda (entidad interna - fines de contabilidad) | 44,196 | 2,400 | 46,596 |
| 123 | Families and Children Administration | 28,342 | 3 | 28,345 |
| 049 | Department of Transportation and Public Works | 20,568 | 11 | 20,579 |
| 122 | Department of the Family | 19,486 | 0 | 19,486 |
| 050 | Department of Natural and Environmental Resources | 18,865 | 23 | 18,887 |
| 045 | Department of Public Security | 18,728 | 54 | 18,782 |
| 137 | Department of Correction and Rehabilitation | 15,494 | 143 | 15,638 |
| 028 | Commonwealth Election Commission | 14,720 | 11 | 14,732 |
| 038 | Department of Justice | 14,328 | 386 | 14,713 |
| 127 | Adm. for Socioeconomic Development of the Family | 13,968 | - | 13,968 |
| 078 | Department of Housing | 12,483 | 9 | 12,493 |
| 095 | Mental Health and Addiction Services Administration | 9,666 | 133 | 9,799 |
| 087 | Department of Sports and Recreation | 6,743 | 86 | 6,829 |
| 126 | Vocational Rehabilitation Administration | 5,508 | 286 | 5,794 |
| 055 | Department of Agriculture | 5,572 | - | 5,572 |
| 024 | Department of the Treasury | 5,422 | 4 | 5,426 |
| 043 | Puerto Rico National Guard | 5,163 | 158 | 5,321 |
| 067 | Department of Labor and Human Resources | 4,188 | 110 | 4,298 |
| 021 | Emergency Management and Disaster Adm. Agency | 4,262 | - | 4,262 |
| 031 | General Services Administration | 4,135 | - | 4,135 |
| 124 | Child Support Administration | 3,860 | 16 | 3,876 |
| 120 | Veterans Advocate Office | 2,123 | - | 2,123 |
| 016 | Office of Management and Budget | 1,799 | 26 | 1,825 |
| 014 | Environmental Quality Board | 1,248 | 322 | 1,570 |
| 015 | Office of the Governor | 1,498 | - | 1,498 |
| 241 | Administration for Integral Development of Childhood | 887 | 609 | 1,496 |
| 082 | Institute of Puerto Rican Culture | - | 1,310 | 1,310 |
| 152 | Elderly and Retired People Advocate Office | 1,181 | 34 | 1,215 |
| 040 | Puerto Rico Police | 1,081 | - | 1,081 |
| 022 | Office of the Commissioner of Insurance | 1,057 | - | 1,057 |
| 290 | State Energy Office of Public Policy | 917 | - | 917 |
| 018 | Planning Board | 848 | - | 848 |
| 023 | Department of State | 837 | - | 837 |

Source: DTPR

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**

*Schedule A: Central Government - Live Web Portal AP by Payee Type (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 3rd Party Payables | Intergovernmental Payables | Total |
|---|---|---:|---:|---:|
| 105 | Industrial Commission | 637 | 1 | 638 |
| 035 | Industrial Tax Exemption Office | 553 | - | 553 |
| 220 | Correctional Health | 450 | - | 450 |
| 141 | Telecommunication's Regulatory Board | 356 | - | 356 |
| 089 | Horse Racing Industry and Sport Administration | 344 | 5 | 349 |
| 096 | Women's Advocate Office | 294 | - | 294 |
| 273 | Permit Management Office | 294 | - | 294 |
| 065 | Public Services Commission | 267 | - | 267 |
| 155 | State Historic Preservation Office | 223 | 4 | 226 |
| 069 | Department of Consumer Affairs | 160 | 11 | 171 |
| 266 | Office of Public Security Affairs | 162 | - | 162 |
| 075 | Office of the Financial Institutions Commissioner | 117 | - | 117 |
| 226 | Joint Special Counsel on Legislative Donations | 109 | 0 | 109 |
| 139 | Parole Board | 92 | 2 | 94 |
| 037 | Civil Rights Commission | 87 | - | 87 |
| 153 | Advocacy for Persons with Disabilities of the Commonwealth | 47 | 27 | 74 |
| 030 | Office of Adm. and Transformation of HR in the Govt. | 68 | 1 | 69 |
| 281 | Office of the Electoral Comptroller | 65 | - | 65 |
| 042 | Firefighters Corps | 64 | - | 64 |
| 132 | Energy Affairs Administration | 49 | - | 49 |
| 062 | Cooperative Development Commission | 41 | - | 41 |
| 231 | Health Advocate Office | 37 | - | 37 |
| 060 | Citizen's Advocate Office (Ombudsman) | 32 | 0 | 32 |
| 034 | Investigation, Prosecution and Appeals Commission | 25 | - | 25 |
| 224 | Joint Commission Reports Comptroller | 2 | - | 2 |
| 010 | General Court of Justice | - | - | - |
| 221 | Institute of Puerto Rican Culture | - | - | - |
|  | Other | 31,422 | 156 | 31,577 |
|  | **Total** | **$ 496,606** | **$ 143,358** | **$ 639,964** |

Footnotes:

(a) *Data presented above represents the Central Government live AP Web Portal repository of third party and intergovernmental invoices by agency, implemented in FY2019. The full transition to managing central government payables through the web portal is complete, however government agencies and vendors continue to analyze the information contained in this report to ensure its accuracy. Ongoing efforts with the largest agencies and their vendors to implement the appropriate processes and controls needed to realize improvements in reporting and efficiency continue as of the date of this report.*

(b) *On a go-forward basis, vendors submit invoices for approval through the live AP Web Portal where they are logged electronically, matched with the appropriate purchase order or other relevant documentation, and approved / vouchered at the agency level through the online interface.*

(c) *Preliminary data in the amount $69m is currently being reconciled and reviewed for accuracy and will be assigned to the appropriate agency in the above schedule when appropriate.*

Source: DTPR

**DRA Ex. 147**

**Puerto Rico Department of Treasury | AAFAF**

*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued...*

| ID | Agency Name | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Total |
|---|---|---:|---:|---:|---:|---:|
| 071 | Department of Health | $ 30,344 | $ 24,754 | $ 10,303 | $ 148,312 | $ 213,713 |
| 081 | Department of Education | 27,480 | 29,592 | 3,934 | 33,733 | 94,739 |
| 025 | Hacienda (entidad interna - fines de contabilidad) | 25,961 | 3,284 | 860 | 16,491 | 46,596 |
| 123 | Families and Children Administration | 4,953 | 2,804 | 699 | 19,889 | 28,345 |
| 049 | Department of Transportation and Public Works | 397 | 1,757 | 584 | 17,842 | 20,579 |
| 122 | Department of the Family | 2,542 | 1,530 | 450 | 14,964 | 19,486 |
| 050 | Department of Natural and Environmental Resources | 6,100 | 7,945 | 326 | 4,516 | 18,887 |
| 045 | Department of Public Security | 2,444 | 4,132 | 1,930 | 10,276 | 18,782 |
| 137 | Department of Correction and Rehabilitation | 4,320 | 3,054 | 1,907 | 6,356 | 15,638 |
| 028 | Commonwealth Election Commission | 7,263 | 325 | 6,458 | 687 | 14,732 |
| 038 | Department of Justice | 4,783 | 3,328 | 591 | 6,012 | 14,713 |
| 127 | Adm. for Socioeconomic Development of the Family | 639 | 374 | 778 | 12,177 | 13,968 |
| 078 | Department of Housing | 898 | 2,622 | 1,795 | 7,178 | 12,493 |
| 095 | Mental Health and Addiction Services Administration | 3,375 | 2,356 | 565 | 3,503 | 9,799 |
| 087 | Department of Sports and Recreation | 879 | 1,867 | 1,326 | 2,757 | 6,829 |
| 126 | Vocational Rehabilitation Administration | 1,200 | 401 | 433 | 3,761 | 5,794 |
| 055 | Department of Agriculture | 4,058 | 21 | 63 | 1,428 | 5,572 |
| 024 | Department of the Treasury | 1,721 | 2,026 | 845 | 834 | 5,426 |
| 043 | Puerto Rico National Guard | 1,062 | 946 | 1,436 | 1,878 | 5,321 |
| 067 | Department of Labor and Human Resources | 483 | 2,250 | 337 | 1,229 | 4,298 |
| 021 | Emergency Management and Disaster Adm. Agency | 16 | 23 | 214 | 4,009 | 4,262 |
| 031 | General Services Administration | 497 | 589 | 728 | 2,320 | 4,135 |
| 124 | Child Support Administration | 155 | 686 | 264 | 2,770 | 3,876 |
| 120 | Veterans Advocate Office | 552 | 463 | 1 | 1,108 | 2,123 |
| 016 | Office of Management and Budget | 89 | 287 | 997 | 452 | 1,825 |
| 014 | Environmental Quality Board | 44 | 100 | 38 | 1,388 | 1,570 |
| 015 | Office of the Governor | 86 | 74 | 17 | 1,321 | 1,498 |
| 241 | Administration for Integral Development of Childhood | 857 | 73 | 109 | 458 | 1,496 |
| 082 | Institute of Puerto Rican Culture | 1,310 | - | - | - | 1,310 |
| 152 | Elderly and Retired People Advocate Office | 551 | 295 | 89 | 279 | 1,215 |
| 040 | Puerto Rico Police | - | - | - | 1,081 | 1,081 |
| 022 | Office of the Commissioner of Insurance | 7 | 42 | 3 | 1,006 | 1,057 |
| 290 | State Energy Office of Public Policy | - | - | - | 917 | 917 |
| 018 | Planning Board | 295 | 442 | 16 | 96 | 848 |
| 023 | Department of State | 178 | 243 | 166 | 250 | 837 |

Source: DTPR

19

**DRA Ex. 147**

As of August 7, 2020

**Puerto Rico Department of Treasury | AAFAF**
*Schedule B: Central Government - Live Web Portal AP Aging (a) (b)*
*All Agencies*

*(figures in $000s)*
*Continues and Continued…*

| ID | Agency Name | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Total |
|---|---|---:|---:|---:|---:|---:|
| 105 | Industrial Commission | 195 | 48 | 14 | 381 | 638 |
| 035 | Industrial Tax Exemption Office | - | 24 | 22 | 508 | 553 |
| 220 | Correctional Health | 432 | - | - | 18 | 450 |
| 141 | Telecommunication's Regulatory Board | 4 | 69 | 1 | 282 | 356 |
| 089 | Horse Racing Industry and Sport Administration | 139 | 33 | 10 | 167 | 349 |
| 096 | Women's Advocate Office | 74 | 100 | 8 | 112 | 294 |
| 273 | Permit Management Office | 5 | 8 | 10 | 270 | 294 |
| 065 | Public Services Commission | - | 1 | - | 266 | 267 |
| 155 | State Historic Preservation Office | 19 | 42 | 17 | 148 | 226 |
| 069 | Department of Consumer Affairs | 23 | 14 | 43 | 91 | 171 |
| 266 | Office of Public Security Affairs | 1 | 3 | 1 | 157 | 162 |
| 075 | Office of the Financial Institutions Commissioner | 3 | 7 | - | 106 | 117 |
| 226 | Joint Special Counsel on Legislative Donations | 21 | 7 | 5 | 76 | 109 |
| 139 | Parole Board | 1 | 3 | - | 90 | 94 |
| 037 | Civil Rights Commission | 14 | 21 | 14 | 38 | 87 |
| 153 | Advocacy for Persons with Disabilities of the Commonwealth | 7 | 37 | 9 | 22 | 74 |
| 030 | Office of Adm. and Transformation of HR in the Govt. | 51 | 6 | - | 12 | 69 |
| 281 | Office of the Electoral Comptroller | 42 | 20 | - | 3 | 65 |
| 042 | Firefighters Corps | - | - | - | 64 | 64 |
| 132 | Energy Affairs Administration | - | - | - | 49 | 49 |
| 062 | Cooperative Development Commission | 4 | 4 | - | 33 | 41 |
| 231 | Health Advocate Office | 20 | 16 | - | 0 | 37 |
| 060 | Citizen's Advocate Office (Ombudsman) | 10 | 3 | 7 | 13 | 32 |
| 034 | Investigation, Prosecution and Appeals Commission | 8 | 3 | 1 | 12 | 25 |
| 224 | Joint Commission Reports Comptroller | 1 | 0 | - | 1 | 2 |
| 066 | Institute of Puerto Rican Culture | - | - | - | - | - |
| | Other | 5,831 | 14,835 | 1,973 | 8,939 | 31,577 |
| | **Total** | **$ 142,443** | **$ 113,992** | **$ 40,395** | **$ 343,135** | **$ 639,964** |

Footnotes:
(a) *Data presented above represents the Central Government live AP Web Portal repository of third party and intergovernmental invoices by agency, implemented in FY2019. The full transition to managing central government payables through the web portal is complete, however government agencies and vendors continue to analyze the information contained in this report to ensure its accuracy. Ongoing efforts with the largest agencies and their vendors to implement the appropriate processes and controls needed to realize improvements in reporting and efficiency continue as of the date of this report.*
(b) *On a go-forward basis, vendors submit invoices for approval through the live AP Web Portal where they are logged electronically, matched with the appropriate purchase order or other relevant documentation, and approved / vouchered at the agency level through the online interface.*
(c) *Preliminary data in the amount $69m is currently being reconciled and reviewed for accuracy and will be assigned to the appropriate agency in the above schedule when appropriate.*

Source: DTPR

**DRA Ex. 147**