**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONTINUED EXHIBITS OF THE DRA PARTIES**

**To the Honorable United States District Court Judge Laura Taylor Swain:**

AmeriNational Community Services, LLC (the "**Servicer**"), as servicer for the GDB Debt Recovery Authority (the "**DRA**"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "**Collateral Monitor**" and, together with the Servicer, collectively, the "**DRA Parties**"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with bonds the DRA issued, respectfully submit their Continued Exhibits List for the Confirmation Hearing in accordance with paragraph 5 of the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment*, Dkt. No. 18502 (the "**Trial Procedures Order**") and paragraphs 1 through 4 of the *Order Regarding Confirmation Hearing Exhibit Procedures*, Dkt.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

No. 18749 (the "**Exhibit Procedures Order**", and collectively with the Trial Procedures Order, the "**Orders**").[2]

1. Pursuant to the Orders, the DRA Parties submit this Continued Exhibit List, setting forth the exhibits attached to this filing, as described in *The DRA Parties' Confirmation Hearing Amended Exhibit List* ("**Amended Exhibit List**"), Dkt. No. 18768 filed in connection herewith and incorporated in its entirety as if set forth in full herein.

## Continued Exhibit List

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 191 | Treasury Single Account Cash Flow weekly report dated June 11, 2021 |
| DRA Ex. 192 | Treasury Single Account Cash Flow weekly report dated June 18, 2021 |
| DRA Ex. 193 | Treasury Single Account Cash Flow weekly report dated June 25, 2021 |
| DRA Ex. 194 | Treasury Single Account Cash Flow weekly report dated June 30, 2021 |
| DRA Ex. 195 | Treasury Single Account Cash Flow weekly report dated July 9, 2021 |
| DRA Ex. 196 | Treasury Single Account Cash Flow weekly report dated July 16, 2021 |
| DRA Ex. 197 | Treasury Single Account Cash Flow weekly report dated July 23, 2021 |
| DRA Ex. 198 | Treasury Single Account Cash Flow weekly report dated July 30, 2021 |
| DRA Ex. 199 | Treasury Single Account Cash Flow weekly report dated August 6, 2021 |
| DRA Ex. 200 | Treasury Single Account Cash Flow weekly report dated August 13, 2021 |
| DRA Ex. 201 | Treasury Single Account Cash Flow weekly report dated August 20, 2021 |
| DRA Ex. 202 | Treasury Single Account Cash Flow weekly report dated August 27, 2021 |
| DRA Ex. 203 | Treasury Single Account Cash Flow weekly report dated September 3, 2021 |
| DRA Ex. 204 | Treasury Single Account Cash Flow weekly report dated September 10, 2021 |
| DRA Ex. 205 | Treasury Single Account Cash Flow weekly report dated September 17, 2021 |

---

[2] Unless otherwise indicated, all docket references herein refer to the docket of Case No. 17-BK-3283 (LTS).
[3] The descriptions provided herein are for reference only and are not meant to be comprehensive.

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 206 | Treasury Single Account Cash Flow weekly report dated September 24, 2021 |
| DRA Ex. 207 | HTA/CCDA Plan Support Agreement |

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of October, 2021

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:  787-250-5632
Fax:  787-759-9225

By:  /s/ Arturo J. García-Solá
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

/s/ Alejandro J. Cepeda-Díaz
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

/s/ Nayuan Zouairabani
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

/s/Carmen M. Alfonso-Rodríguez
Carmen M. Alfonso-Rodríguez
(USDC No. 225905)
Email: car@mcvpr.com

/s/Leany P. Prieto Rodriguez
Leany P. Prieto Rodriguez
(USDC No. 303407)
Email: lpp@mcvpr.com

/s/Gabriela A. Pérez-Vélez
Gabriela A. Pérez-Vélez
(USDC No. 308210)
Email: gpv@mcvpr.com

*Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority*

By:  /s/ Carmen D. Conde Torres
Carmen D. Conde Torres
(USDC No. 207312)

/s/ Luisa S. Valle Castro
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel:  787-729-2900
Fax:  787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By:  /s/ Douglas S. Mintz
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel:  202-729-7470
Fax:  202-730-4520
E-mail: douglas.mintz@srz.com
         noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel:  212-756-2000
Fax:  212-593-5955

E-mail:   douglas.koff@srz.com
          taleah.jennings@srz.com
          abbey.walsh@srz.com
          peter.amend@srz.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority*