10/11/21, 3:56 PM Jenniffer González anuncia que Medicaid ya cuenta con los $2.9 billones para el próximo año fiscal | Congresswoman Jenniffer ...

Case:17-03283-LTS Doc#:18782-1 Filed:10/27/21 Entered:10/27/21 02:37:01 Desc
Exhibit DRA Exhibit 208 Page 1 of 3

# Jenniffer González anuncia que Medicaid ya cuenta con los $2.9 billones para el próximo año fiscal



September 15, 2021 | Press Release

San Juan, Puerto Rico- La comisionada residente, Jenniffer González Colón, anunció que los fondos para el programa federal de salud Medicaid para el siguiente año fiscal 2021 están asegurados, sumando $2.9 billones según una comunicación oficial del Departamento de Salud de los Estados Unidos

"Salud federal nos acaba de informar que Puerto Rico ya no está en riesgo de perder los fondos para el Medicaid, asegurando $2.9 billones para el próximo año fiscal. Esto es debido a que están interpretando la ley que trabajamos en el 2019, que proveyó los 2 años de fondos adicionales, para el Medicaid en Puerto Rico, de tal manera que la cantidad base de Medicaid para la isla se aumentó a la cantidad del 2020, a la cual se le añade una cantidad por inflación. Asegurar los servicios de salud siempre ha sido mi prioridad, me llena de satisfacción dar esta buena noticia a los más de 1.5 millones de beneficiarios de la tarjeta den salud. No obstante, seguiré abogando por fondos adicionales y ajustes en el FMAP de modo que nuestros beneficiarios de la Tarjeta de Salud tengan acceso a todos los beneficios que el programa establece", expresó la comisionada residente.

El Departamento de Salud de los Estados Unidos (HHS, por sus siglas en inglés) explicó que al preparar los cálculos de las asignaciones de Medicaid para el siguiente año fiscal, los Centros de Servicios de

DRA Ex. 208

10/11/21, 3:38 PM                    Jenniffer González anuncia que Medicaid ya cuenta con los $2.9 billones para el próximo año fiscal 37 | Congresswoman Jenniffer …

Case:17-03283-LTS Doc#:18782-1 Filed:10/27/21 Entered:10/27/21 02:37:01 Desc
                                          Exhibit DRA Exhibit 208 Page 2 of 3

Medicare y Medicaid (CMS) notaron que los cálculos para las asignaciones del año fiscal 22 y cada año fiscal posterior, son significativamente más altos de lo anticipado. Además, la lectura dada con relación a Puerto Rico resulta ser distinta a los demás territorios.

Para los cuatro territorios de Samoa Americana, Islas Marianas del Norte, Guam e Islas Vírgenes, la agencia utilizó el año fiscal 21 como base para los cálculos de años subsiguientes. Como resultado, para el año fiscal 22, CMS multiplicará el aumento porcentual en el CPI-M o índice de inflación médico (2.7%) por los límites del año fiscal 21.

Para Puerto Rico, HHS entiende que se estableció la cantidad del año fiscal 20 como base. Como resultado, para el año fiscal 22, CMS multiplicará el límite del año fiscal 20 por el CPI-M, o $2.7 mil millones, el aumento porcentual en el CPI-M (5.5% para el año fiscal 20 al año fiscal 21, luego 2.7% para el año fiscal 21 al año fiscal 22).

Como resultado de esta lectura, así quedaría las asignaciones a los territorios para el para el año fiscal 22:
• Samoa Americana $ 87,860,000
• Guam $ 133,210,000
• Islas Marianas del Norte. $ 64,010,000
• Islas Vírgenes $ 131,390,000
• Puerto Rico $ 2,943,000,000

Después del año fiscal 22, la asignación anual será igual a la cantidad máxima del año fiscal anterior multiplicada por el IPC-M, para todos los territorios, consecuentemente. Estos montos de financiamiento reducen el riesgo de déficits futuros, pero no eliminarán los déficits por completo. Por ejemplo, es probable que Puerto Rico todavía proyecte un déficit de fondos federales para el año fiscal 22, aunque probablemente llegará más tarde en el año fiscal de lo que se anticipó originalmente.

HHS dijo además que el hecho que hayan interpretado la ley para proveer asignaciones de Medicaid más altas para los territorios, no afecta el FMAP establecido por ley para los territorios. Las disminuciones del FMAP que se producirán a partir del año fiscal 22 (por ejemplo, el FMAP de Puerto Rico se reduce del 76% al 55%) podrían crear desafíos importantes para la capacidad de los territorios de generar fondos locales para mantener los servicios. Por ejemplo, en comparación con un FMAP del 76%, un FMAP del 55% daría lugar a que Puerto Rico tuviera que generar más de $600 millones más de fondos de su propio territorio para obtener la misma cantidad de fondos federales en el año fiscal 22.

DRA Ex. 208

**El FMAP de 55% es el mismo porcentual que tenía Puerto Rico antes de los huracanes del 2017, cuando se ajustó la fórmula.**

DRA Ex. 208