10/11/21, 1:37 AM
Puerto Rico to Get $2.9 Billion Next Fiscal Year for Medicaid | Online Features | theweeklyjournal.com

Case:17-03283-LTS Doc#:18782-2 Filed:10/27/21 Entered:10/27/21 02:37:01 Desc:
Exhibit DRA Exhibit 209 Page 1 of 3

https://www.theweeklyjournal.com/online_features/puerto-rico-to-get-2-9-billion-next-fiscal-year-for-medicaid/article_a56ce6e6-17ca-11ec-baf6-b34144bbb3a3.html

FEATURED

# Puerto Rico to Get $2.9 Billion Next Fiscal Year for Medicaid

Resident Commissioner says funds are ensured

Newsroom, The Weekly Journal
Sep 17, 2021



*Health insurance card for the Puerto Rico government's Mi Salud plan >Archive*

Resident Commissioner Jenniffer González said that in the coming months, she would be focused on carrying out a series of measures for the benefit of Puerto Rico, among which she cited the increase in Medicaid for the next five years.

DRA Ex. 209

Case:17-03283-LTS Doc#:18782-2 Filed:10/27/21 Entered:10/27/21 02:37:01 Desc:
Exhibit DRA Exhibit 209 Page 2 of 3

Although that measure has not yet been approved, she announced that –for now– the funds for the federal Medicaid health program for the Island that are required for next fiscal year are ensured.

This is a total of $2.9 billion, according to an official communication from the United States Department of Health.

"Federal Health has just informed us that Puerto Rico is no longer at risk of losing Medicaid funds, securing $2.9 billion for the next fiscal year. This is because they are interpreting the law that we worked on in 2019, which provided the two years of additional funds for Medicaid in Puerto Rico, in such a way that the base amount of Medicaid for the island was increased to the amount of 2020, to which an amount is added for inflation," the Resident Commissioner explained.

The measure is good news for the more than 1.5 million beneficiaries of the local government's insurance program for the medically indigent, known as Mi Salud, or the Health Card. "However, I will continue to advocate for additional funds and adjustments in the FMAP (Federal Medical Assistance Percentage) so that our Health Card recipients have access to all the benefits that the program establishes," she said.

The FMAP is used to determine the amount of federal matching funds for state spending on assistance payments for certain social services, and medical and health insurance costs.

If Puerto Rico receives parity in funds for Medicaid, the federal government could allocate close to $5.2 billion annually that would increase eligibility for the government's medical plan, improve access and quality of services, and also increase compensation for physicians and health providers.

As a result of U.S. government calculations, the allocations to the U.S. territories for fiscal year 2022 would be as follows:

- Puerto Rico $2,943,000,000

- Guam $133,210,000

DRA Ex. 209

10/11/21, 3:37 PM    Puerto Rico to Get $2.9 Billion Next Fiscal Year for Medicaid | Online Features | theweeklyjournal.com

Case:17-03283-LTS    Doc#:18782-2    Filed:10/27/21    Entered:10/27/21 02:37:01    Desc:
Exhibit DRA Exhibit 209    Page 3 of 3

- U.S. Virgin Islands $131,390,000

- American Samoa $87,860,000

- Northern Mariana Islands $64,010,000

---

newsroom

DRA Ex. 209