DEPARTAMENTO DE ESTADO
GOBIERNO DE PUERTO RICO
DECLARACION DE FINANCIAMIENTO
FINANCING STATEMENT

Favor de seguir c... esta forma.
Please follow ca... this form.

2013004677

Para añadir más in...
To add more information use the addendum form UCC-1A-PR

Reservado para el oficial de archivo / *Reserved for the filing officer*
Sello de fecha y hora: / *Date and time stamp:*

REGISTRO DE TRANSACCIONES COMERCIALES
2013 AUG 29 PM 3:31

Número de registro: / *Registration number:*

A. DEVOLVER COPIA A: / *RETURN COPY TO:* (Nombre y dirección postal / *Name and mailing address*)

Government Development Bank for Puerto Rico
Att. Legal Division
PO Box 42001
San Juan, PR 00940-2001

**1. NOMBRE DEL PRIMER DEUDOR / *FIRST DEBTOR'S NAME*** Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| Puerto Rico Highways and | Transportation Authority | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| PO Box 42007 | San Juan | PR | | 00940-2007 |

d. (Opcional) Información adicional sobre la entidad / *(Optional) Additional Information about the entity*

**2. NOMBRE DE DEUDOR ADICIONAL / *ADDITIONAL DEBTOR'S NAME*** Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| N/A | | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| N/A | | | | |

d. (Opcional) Información adicional sobre la entidad / *(Optional) Additional information about the entity*

**3. NOMBRE DEL ACREEDOR GARANTIZADO / *SECURED PARTY'S NAME*** Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| Government Development | Bank for Puerto Rico | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| PO Box 42001 | San Juan | PR | | 00940 |

**4. ESTA DECLARACIÓN DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTÍCULOS DE PROPIEDAD:**
*THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OR ITEMS OF PROPERTY:*

Pursuant to the Loan Agreement and the Assignment and Security Agreement, both dated August 28, 2013, and executed between the Debtor and Secured Party herein, this Financing Statement covers all revenues allocated to the Puerto Rico Highways and Transportation Authority ("PRHTA") by Acts No. 30 and 31 approved by the Legislature of the Commonwealth of Puerto Rico on June 25, 2013, which shall be junior, inferior and subordinate in all respects to the outstanding bonds of the PRHTA issued pursuant to (i) Resolution No. 98-06, adopted by the PRHTA on February 26, 1998, as amended, and (ii) Resolution No. 13-41, adopted by the PRHTA on August 28, 2013.

**5. MARQUE SI APLICA / *CHECK IF APPLICABLE*** (Describa la propiedad en el apéndice / *Describe the real estate in the addendum*)
Los bienes anteriores habrán de convertirse en inmuebles por su destino. Esta declaración se presentará para registro en el Registro de la Propiedad.
*The goods described above are to become fixtures. This Financing Statement will be filed for record in the Real Estate Registry.*

**6. FIRMA(S) / *SIGNATURES(S)***

| Primer deudor / *First debtor* | Deudor adicional / *Additional debtor* | Acreedor garantizado / *Secured party* |
|---|---|---|
| [signature] | | [signature] |

**7. NOTARÍA (Opcional) / *Notary (Optional)***

AFFIDAVIT NUMERO / *NUMBER:* 971

Jurado y suscrito, ante mi por / *Sworn and subscribed before me by:* Javier E. Ramos Hernández, Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, casado, mayor de edad y residente de Bayamón; Jorge A. Clivillán Díaz, Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, casado, Mayor de edad y residente de San Juan, Puerto Rico a quienes conozco personalmente.

En / *In:* San Juan, Puerto Rico
Fecha / *Date:* 28 de agosto de 2013

Notario Público / *Notary Public* [signature and seal]

Comprobante de Rentas Internas (copia amarilla) por la cantidad de $25.00 a la cifra de ingreso 1701
*$25.00, payable on an Internal Revenue voucher (yellow copy) with income code 1701*

EXENTO DEL PAGO DE ARANCEL LEY 47 DE 4 DE JUNIO DE 1982

DRA Ex. 222