ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE ESTADO
Registro de Transacciones Comerciales

**ENMIENDA DECLARACIÓN DE FINANCIAMIENTO**
*FINANCING STATEMENT AMENDMENT*
SIGA INSTRUCCIONES / FOLLOW INSTRUCTIONS

A. NOMBRE Y TELÉFONO DE PRESENTANTE (opcional) / NAME & PHONE OF CONTACT AT FILER (optional)
Lcda. Marguileán Rivera Amill (787) 729-6438

B. CORREO ELECTRÓNICO DE PRESENTANTE (opcional) / E-MAIL CONTACT AT FILER (optional)
marguilean.rivera@bgfpr.com

C. ENVÍE CONFIRMACIÓN A: (nombre y dirección) / SEND ACKNOWLEDGMENT TO: (Name and Address)

Government Development Bank for Puerto Rico
Att. Legal Division
PO Box 42001
San Juan, PR 00940-2001

15 MAR 31 PM 2:57

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO SÓLAMENTE
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. NÚMERO DE REGISTRO DE DECLARACIÓN DE FINANCIAMIENTO INICIAL / INITIAL FINANCING STATEMENT FILE NUMBER

**2013004677**

1b. ☐ Esta ENMIENDA DE DECLARACIÓN DE FINANCIAMIENTO se presentará [para inscripción] en el REGISTRO DE LA PROPIEDAD / This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Presentante: aneje Anejo de Enmienda (Forma UCC3AdPR) y provea el nombre del Deudor en el renglón 13
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINACIÓN: La efectividad de la Declaración de Financiamiento arriba identificada es terminada con respecto al interés en la colateral del Acreedor Garantizado que autoriza esta Declaración de Terminación / TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ CESIÓN (total o parcial): Provea nombre del Cesionario en renglón 7a o 7b y su dirección en el renglón 7c y nombre del Cedente en el renglón 9. Para cesión parcial, complete renglón 7 y 9 y también indique la colateral afectada en el renglón 8 / ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUACIÓN: La efectividad de la Declaración de Financiamiento identificada arriba con respecto al interés en la colateral del Acreedor Garantizado que autoriza esta Declaración de Continuación se continúa por el periodo adicional provisto por ley / CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by law

5. ☐ CAMBIO DE INFORMACIÓN DE PARTE: PARTY INFORMATION CHANGE:
Marque una de las dos opciones: Check one of these two boxes:
Este Cambio afecta ☐ Deudor o ☐ Acreedor Garantizado de record
This Change affects ☐ Debtor or ☐ Secured Party of record

Y Marque una de estas tres opciones: AND Check one of these three boxes:
☐ CAMBIO nombre y/o dirección. Complete renglón 6a o 6b; y renglón 7a o 7b y renglón 7c  CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ AGREGUE nombre: Complete renglón 7a o 7b, y renglón 7c.  ADD name: Complete item 7a or 7b, and item 7c
☐ Elimine nombre: Provea nombre a ser eliminado en renglón 6a o 6b  DELETE name: Give record name to be deleted in item 6a or 6b

6. INFORMACIÓN ACTUAL DE EXPEDIENTE: Complete para Cambio de Información de Parte – provea sólo un nombre (6a o 6b) / CURRENT RECORD INFORMATION:
Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. NOMBRE DE ENTIDAD / ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |

7. INFORMACIÓN CAMBIADA O AGREGADA: Complete para Cesión o Cambio de Información de Parte – provea solo un nombre (7a o 7b) (use nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre del Deudor) / CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. NOMBRE DE ENTIDAD / ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. APELLIDO / INDIVIDUAL'S SURNAME | | | |
| NOMBRE / INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| SEGUNDO NOMBRE / INDIVIDUAL'S ADDITIONAL NAME | | | SUFIJO / SUFFIX |
| 7c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO/STATE  CÓDIGO POSTAL / POSTAL CODE | PAÍS / COUNTRY |

8. ☑ CAMBIO DE COLATERAL: También marque una de las cuatro alternativas: COLLATERAL CHANGE: Also check one of these four boxes:
☐ AGREGA colateral / ADD collateral   ☐ ELIMINA colateral / DELETE collateral   ☑ REFORMULA colateral cubierta / RESTATE covered collateral   ☐ CEDE colateral / ASSIGN collateral

Indique colateral: / Indicate collateral:
**Pursuant to the Loan Agreement and the Assignment and Security Agreement, both dated August 28, 2013, as amended from time to time, and executed between the Debtor and Secured Party herein, this Financing Statement covers all revenues allocated to the Puerto Rico Highways and Transportation Authority ("PRHTA") by Acts No. 30 and 31 approved by the Legislature of the Commonwealth of Puerto Rico on June 25, 2013, which shall be junior, inferior and subordinate in all respects to the outstanding bonds of the PRHTA issued pursuant to (i) Resolution No. 98-06, adopted by the PRHTA on February 26, 1998, as amended, and (ii) Resolution No. 13-41, adopted by the PRHTA on August 28, 2013.**

9. NOMBRE DE ACREEDOR GARANTIZADO EN RECORD AUTORIZANDO ESTA ENMIENDA: Provea solo un nombre (9a o 9b) (nombre de Cedente, si es una Cesión) Si esto es una Enmienda autorizada por el Deudor, marque aquí ☐ y provea el nombre del Deudor autorizante
NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. NOMBRE DE ENTIDAD / ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Government Development Bank for Puerto Rico (GDB)** | | | |
| OR 9b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |

10. DATOS OPCIONALES DE REFERENCIA PARA PRESENTANTE: / OPTIONAL FILER REFERENCE DATA:

COPIA OFICINA DE REGISTRO — ENMIENDA DE DECLARACIÓN DE FINANCIAMIENTO (Forma UCC3PR) (Rev. 05/11/14)

DRA Ex. 223