# Debtors' Ex. 24

Debtors' Ex. 24

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision



# Fiscal Plan Macroeconomic Overview and Revised Plan of Adjustment Proposal

August 18, 2020

# Executive Summary

**In May 2020, the FOMB certified an updated Fiscal Plan that reflected, among other things, the ongoing impact of COVID-19 on the Commonwealth's economy**

- The Fiscal Plan projections show the rapid impact of COVID-19, partially mitigated by federal and local economic support packages in FY21, followed by return to contraction in FY22 as relief measures expire

- The long-term forecast reflects the negative long-term trend in the economy of Puerto Rico, supported temporarily by federal reconstruction funds

- Since Fiscal Plan certification, the latest data points available regarding the Puerto Rico economy show:

  – Partial recovery from the initial economic shock of the COVID lockdown

  – ~550k individuals currently receiving unemployment insurance benefits according to the Puerto Rico Department of Labor

  – Adjusted unemployment claims data for Puerto Rico suggests a 40% unemployment rate[1]

  – Increased number of COVID-19 cases, with press reports that the Government is considering imposing additional measures to reduce viral spread

- FOMB continues to monitor additional key economic indicators as information becomes available

- The Fiscal Plan projections also include assumptions about the scale and pace of federally funded reconstruction activity, as well as efficiency and effectiveness reforms that the Government of Puerto Rico must take and materially impacts the fiscal outlook

(1)  Adjusting unemployment claims for part-time recipients, potential fraud, and previous unemployed not receiving benefits suggests that the unemployment rate could be 40%. Estimated based on unemployment insurance claims, including UI, PUA, and PEUC benefits.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

2



# Macroeconomic Outlook

The FOMB's current projection included in the May 2020 Fiscal Plan reflects a substantial decline in near-term GNP and a slow recovery over the next five years

- The economic projections contained in the May 2020 Fiscal Plan (i.e., following COVID-19) take a similar profile to that following Hurricane Maria

    – Sharp decline in real GNP anticipated, followed by modest growth in 2021

- The Fiscal Plan incorporates the impact of a number of different factors, which result in net contraction over the course of FY21-25

    – Long-term structural negative growth trends pre-Hurricane Maria and pre-COVID

    – Impact of COVID across the economy, partially offset by local and federal economic support

    – Restart of fiscal measures in FY22, which have contractionary impact

    – Impact of federal reconstruction spending on the local economy



**Puerto Rico GNP**
*(y/y % change)*

U.S. GDP Growth Rate: (5.6%), 2.8%, 1.7%, 1.6%, 1.6%, 1.5%

| Year | PR 2019 Fiscal Plan | PR 2020 Fiscal Plan |
|---|---|---|
| 2020 | 1.5% | (4.0%) |
| 2021 | (0.9%) | 0.5% |
| 2022 | 0.2% | (1.5%) |
| 2023 | 0.1% | (1.9%) |
| 2024 | 0.5% | 0.5% |
| 2025 | (0.2%) | (0.1%) |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

3

# Evidence of Mild Recovery

Economic data suggests that the Puerto Rico economy hit a bottom in April/May 2020, with a modest rebound in June due to short-term stimulus. However, reopening has been scaled back and near-term economic improvement is uncertain

- While April and May appear to have been the low points for the labor market, the recovery has been muted and reopening has been scaled back

- A sample of Puerto Rico payroll data show that hours worked were down ~85% in April compared to March 1, and down 47% as of July 19 compared to March 1. Locations open were also down 36% on July 19 compared to March 1

- Though these indicators are showing recovery since the full closures in April, they are still substantially below where they were in March. Rapid further recovery is uncertain

    – Reopening the island has been scaled back

    – The Homebase data seems to be stabilizing at lower hours worked and fewer people employed

    – Some data for the US mainland suggests that more than ½ of businesses that are still closed may never reopen[3]

**Employees on nonfarm payroll**[1]
*(in 000s, not seasonally adjusted)*



**Homebase employees working, hours worked & locations open**[2]
*(% Change Relative to January 2020)*



Source: BLS, FRED, Homebase, Economic Development Bank for Puerto Rico.
(1) Data are counts of jobs by place of work. All data are considered "preliminary" according to the BLS.
(2) Homebase. Homebase is a payroll company that monitors the number of employees, hours worked and locations open of its client organizations in Puerto Rico. Note: This only applies to 750 companies on the island and is weighted towards food service and accommodation.
(3) Andrew Van Dam, "If a business is still closed at this point in the crisis, it's probably permanent," Washington Post, July 23.



Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

4

# Unemployment Data

Current unemployment data show higher unemployment claims than in the mainland U.S., underscoring a significant risk if Federal Pandemic Unemployment Compensation benefits are not extended

- Approximately 52.5% of Puerto Rico's labor force currently is receiving unemployment compensation (including PUA benefits for the self employed). This compares to about 17% for the U.S.
    - This figure translates to about 550k individuals currently receiving benefits
    - Weekly claims in Puerto Rico dropped to pre-COVID levels in the week ending August 1 and quickly reverted to the higher pandemic levels the following week
    - Number of individuals receiving benefits continues to grow
- Unemployment indicators point to a higher rate in Puerto Rico than on the U.S. mainland
    - Puerto Rican economists have quoted a 40% unemployment rate[1]
    - Adjusted unemployment claims data for Puerto Rico suggests a 40.1% unemployment rate[2] for July
    - The official unemployment rate for Puerto Rico, adjusted for survey interpretation errors, is in the neighborhood of 30%
- Puerto Ricans received about $227 million per week from the federally funded $600/week expanded unemployment compensation payments
    - The loss of income from the payment expiration on July 24 will be significant for recipients and Puerto Rico
    - On August 8, the President signed an Executive Order establishing the "Lost Wages Assistance" program[4]
        - The program provides a supplement of up to $300/week of federal funds to all unemployment beneficiaries whose base level benefits exceed $100/week



**Comparative Unemployment Rates**



**Weekly Unemployment Claims**
*(in 000s)*

Source: BLS, FRED.
(1) The New York Times, "Pandemic Plunges Puerto Rico Into Yet Another Dire Emergency."
(2) Adjusting unemployment claims for part-time recipients, potential fraud, and previous unemployed not receiving benefits suggests that the unemployment rate could be 40%. Estimated based on unemployment insurance claims, including UI, PUA, and PEUC benefits.
(3) Department of Labor began reporting state- / territory-level PUA claims beginning the week of May 23.
(4) Seven States (as of August 16) have agreed to participate in this program including Arizona, Colorado, Iowa, Louisiana, Missouri, New Mexico, and Utah. It is still unclear if these states received funding and if they will anytime soon given potential obstacles.



5

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Structural Impacts to the Economy

The unemployment figures in Puerto Rico, combined with longer term depopulation, may indicate a permanent reduction in employment rather than a return of employment to pre-COVID levels

## Sectoral Impact

- Leisure and hospitality is the hardest hit sector in Puerto Rico, with 42% of employment loss in April (~34,000 jobs). Only 1/3rd of the lost jobs have been recovered by June, indicating slow recovery
- Trade, transportation, and utilities (which includes retail sector) lost about 25,000 jobs in April and recovered only 1/5th of these by June
    - Announced retail and business closures could indicate permanent disruption to consumer spending in Puerto Rico
    - Consumer brands such as Nordstrom, Adidas, Macy's, Microsoft, and several more have permanently closed brick & mortar stores on the island
    - Shift to e-commerce, combined with COVID impact to in-person retail traffic, is expected to further strain employment

## Population Decline

- Puerto Rico's population decline since 2002 has accelerated in the wake of economic crises and natural disasters

**Change in Non-farm Payroll Employment in Puerto Rico, March 2020- June 2020**[1]
*(in 000s, not seasonally adjusted)*

| Industry | Total lost jobs - April 2020 | April lost jobs as a share of March | Total gained jobs - May and June 2020 | Jobs recovered by June (% of job loss in April) |
|---|---|---|---|---|
| Leisure and hospitality | 33.9 | (42%) | 12.1 | 36% |
| Mining and logging | 0.2 | (40%) | 0.1 | 50% |
| Construction | 6.7 | (27%) | 1.6 | 24% |
| Other services | 2.8 | (16%) | 1.6 | 57% |
| Trade, transport, and retail | 25.2 | (15%) | 5.6 | 22% |
| Professional and business services | 12.6 | (10%) | (3.6) | (29%) |
| Manufacturing | 4.4 | (6%) | 3.9 | 89% |
| Education and health services | 6.0 | (5%) | (4.6) | (77%) |
| Information | 0.7 | (4%) | (0.3) | (43%) |
| Financial activities | 1.5 | (3%) | 0.2 | 13% |
| Government | 3.6 | (2%) | (3.1) | (86%) |

**Population Trend 2012 – 2020**[2]



Source: The Weekly Journal, Forbes, BLS, Fiscal Plan.
(1) Data are counts of jobs by place of work. All data are considered preliminary according to the BLS. The employment estimates are subject to survey error.
(2) Gray shading denotes Hurricane Maria.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## May 2020 Fiscal Plan Projection

- There may be challenges that arise during implementation of the Fiscal Plan that would negatively impact the projected surplus post-measures / post-structural reforms
  - Delayed or no implementation of structural reforms
  - Limited implementation of fiscal measures
  - Poor implementation of near-term economic support programs resulting in less economic stimulus
- In addition, there may be other risks that negatively impact the Commonwealth's financial position
  - Delays or reductions in expected federal reconstruction funding
  - Additional natural disasters



Surplus / (Deficit) After Measures and Structural Reforms in 2019 and 2020 FPs
*(in $mm)*

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

7

## Multiple Risks Weigh on the Forecast

| | Description | Sensitivities | Impact on Surplus ($bn) FY 20-41 | Impact on Surplus ($bn) FY 20-49 |
|---|---|---|---|---|
| **Worse Than Expected Mainland Recovery**[1] | - Timing of recovery for the rest of the U.S. will directly and indirectly impact timing of on-island economic recovery | - Based on IMF analysis which implies a (8.7%) and (0.7%), decline in real US GNP in FY2020 and FY2021 respectively | (13.2) | (17.8) |
| **Lower Disaster Relief Funding** | - Macroeconomic uplift associated with federal disaster relief funds is sensitive to the size and timing of receipts | - 30% reduction to disaster recovery funding levels in Certified Fiscal Plan | (6.4) | (7.6) |
| **Non-Implementation of Structural Reforms** | - Certified Fiscal Plan assumed government action to implement structural reforms<br>- Delays in implementation would have an adverse impact on surplus projections | - No uplift to PR GNP growth from structural reforms | (11.5) | (24.7) |
| **Lack of Agency Efficiency or Healthcare Reform beyond FY21** | - Lack of government action to implement agency and healthcare reform measures would adversely impact available surplus | - No incremental savings derived from agency efficiencies or healthcare reform beyond FY21 | (17.5) | (28.1) |

(1) Downside Scenario in the Certified Fiscal Plan.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# REVISED PLAN OF ADJUSTMENT PROPOSAL

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Proposal for Revised Plan of Adjustment

The revised Plan of Adjustment seeks to make the restructuring sustainable and affordable by increasing the amount of cash consideration by nearly $2 billion and reducing maximum annual debt service to $1.05 billion

**The FOMB has developed the revised proposal to make the Plan of Adjustment sustainable and affordable given the negative effect of the pandemic and economic shutdown**

- <u>Cash</u>: Cash consideration increased by ~$2 billion

    – Materially de-risks securities design elements as compared to the prior Plan of Adjustment

- <u>Maximum Annual Debt Service</u>: Reduced to $1.05 billion, reflecting significantly lower longer-term projections

    – Securities design to be determined in coordination with the Commonwealth, given required legislation

    – Despite lower debt service, the Commonwealth's liquidity remains limited throughout the projection period

- <u>GO Share of Total Consideration</u>: Junior creditor recoveries further limited given key court cases (i.e., HTA and ERS)

- <u>Class Recoveries</u>: Assumed to be reduced pro-rata for decline in total consideration

- <u>Municipal Market Outperformance</u>: While the fiscal outlook for Puerto Rico remains challenged, tax-exempt rates have fallen significantly since the PoA was negotiated

    – Proposal reflects an adjusted coupon structure that could improve secondary market efficiency post-Confirmation

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

10

## Summary of Available Cash at FY2021 End

($ in millions)

|  | FY2020 | FY2021 |
|---|---:|---:|
| **Beginning Cash Balance**[1] | $7,279 | $9,707 |
| Primary surplus/(deficits)[2] | 1,417 | 355 |
| Emergency reserve (segregation/replenishment)[3] | (520) | – |
| Systema 2000 Replenishment | – | (1,500) |
| Surplus Interest[4] | – | 97 |
| Additional unrestricted cash (non-TSA)[5] | 1,531 | – |
| **Ending Cash Balance** | $9,707 | $8,659 |
| (-) Transfers in from/(out to) Pension Trust |  | (175) |
| (-) Minimum Working Capital[6] |  | (2,500) |
| **Available Balance** |  | **$5,984** |

(1) TSA beginning balance as of June 30, 2019. Includes TSA sweep accounts.
(2) Primary surplus as of May 2020 Fiscal Plan. Includes surplus for all entities, including all Public Corporations except PRIDCO. Excludes COR Pension Cut Agreement and surplus at risk.
(3) Emergency reserve for FY17, FY18, FY19 included in beginning TSA balance. Replenishment of FY19 and FY20 reserves.
(4) Assumes annual rate of 1.0% on TSA balances.
(5) Includes non-TSA unrestricted cash as of 6/30/2019. Subject to further analysis.
(6) Inclusive of Commonwealth working capital needs, FEMA advances, and initial liquidity for the PREPA T&D Project.

## Proposed Revised Plan of Adjustment

($ in millions)

|  | Feb-20 Plan of Adjustment | Proposed Revised Plan of Adjustment |
|---|---:|---:|
| **Assumptions:** | | |
| Total MADS Cap | $1,472 | $1,050 |
| **Consideration Summary:** | | |
| Total Debt[(1)(2)] | $10,669 | $4,993 – $5,220 |
| Cash Consideration | 3,809 | 5,984 |
| **Total CW Consideration** | **14,478** | **$10,976 – $11,204** |
| (-) CW Consideration for non-GO/PBA Creditors | (527) | (50) |
| (-) PSA Fee | (400) | (400) |
| **CW Consideration Available for GO / PBA** | **$13,551** | **$10,526 – $10,754** |
| **Memo: Implied Recoveries[(3)]** | | |
| GO / PBA Blended Recovery | 73.6% | 57.2% – 58.4% |
| Discount to POA (%) | N/A | 22.3% – 20.6% |
| Discount to POA ($) | | 3,025 – 2,797 |

- Range of total debt under Proposed Revised Plan of Adjustment reflects illustrative max. GO and max. COFINA Jr. scenarios, respectively
    – Any securities design alternative requires Commonwealth consent

Note: Proposed Revised Plan of Adjustment assumes a 20-year term and deemed issuance date of 7/1/2021.
(1) For Proposed Revised PoA, split between COFINA Jr. and GO to be determined.
(2) Coupon structure to be determined.
(3) As a percent of total GO / PBA claims of $18,413mm.



Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## Liquidity Impact of Revised Structure

- While maximum annual debt service of $1.05 billion provides the Commonwealth with additional liquidity relative to the status quo, liquidity remains challenged over the next 10 years, particularly given the uncertainty underlying current economic indicators
    - Forecast and proposal assume effect of PoA upfront consideration, in addition to pension, debt, and budget reserve payments

**Projected Liquidity Under $1.05bn Maximum Annual Debt Service**
*(in $mm)*



Note: Includes $175mm pension reserve contribution from FY21 to FY28 ($1,400mm total nominal contribution).

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

13



## Debt Service Structure Summary



**Maximum Annual Debt Service under Proposed Revised PoA**
*(in $mm)*

Note: Coupon structure and securities design to be determined.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## Municipal Market Update

- Weekly reporting municipal funds recorded a fourteenth consecutive week of inflows of $2.31 billion for the week ending August 12, following last week's inflows of $1.61 billion

- Municipal yields have returned to record lows driven by strong market technicals

- Treasuries have rallied in a flight to quality and safety driven by COVID-19 uncertainty and have responded to recent measures of monetary support and fiscal stimulus

**Weekly Mutual Fund Flows**[1]



**Municipal Market Yields**[2]



**U.S. Treasury Yields**[3]



(1) Lipper fund flows as of August 12, 2020.
(2) Thomson Reuters rates as of August 12, 2020.
(3) U.S. Treasury Market data as of August 12, 2020.

## COFINA Secondary Trading with Trades Over $1mm

**4.50% A-1 2034 Maturity (CUSIP 74529JPU3)**



Most Recent Trade: 6/29/20 @ 3.53%

**4.55% A-1 2040 Maturity (CUSIP 74529JPV1)**



Most Recent Trade: 7/9/20 @ 4.21%

**4.75% A-1 2053 Maturity (CUSIP 74529JPW9)**



Most Recent Trade: 8/13/20 @ 3.59%

**5.00% A-1 2058 Maturity (CUSIP 74529JPX7)**



Most Recent Trade: 8/14/20 @ 3.70%

Source: EMMA. As of August 17, 2020.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

16

# Disclaimer

This document is solely for informational purposes. You should not rely upon or use it to form the definitive basis for any decision or action whatsoever, with respect to any proposed transaction or otherwise. You and your affiliates and agents must hold this document and any oral information provided in connection with this document, as well as any information derived by you from the information contained herein, in strict confidence and may not communicate, reproduce or disclose it to any other person, or refer to it publicly, in whole or in part at any time except with our prior written consent. If you are not the intended recipient of this document, please delete and destroy all copies immediately.

This document is "as is" and is based, in part, on information obtained from other sources. Our use of such information does not imply that we have independently verified or necessarily agree with any of such information, and we have assumed and relied upon the accuracy and completeness of such information for purposes of this document. Neither we nor any of our affiliates or agents, make any representation or warranty, express or implied, in relation to the accuracy or completeness of the information contained in this document or any oral information provided in connection herewith, or any data it generates and expressly disclaim any and all liability (whether direct or indirect, in contract, tort or otherwise) in relation to any of such information or any errors or omissions therein. Any views or terms contained herein are preliminary, and are based on financial, economic, market and other conditions prevailing as of the date of this document and are subject to change. We undertake no obligations or responsibility to update any of the information contained in this document. Past performance does not guarantee or predict future performance.

This document does not constitute an offer to sell or the solicitation of an offer to buy any security, nor does it constitute an offer or commitment to lend, syndicate or arrange a financing, underwrite or purchase or act as an agent or advisor or in any other capacity with respect to any transaction, or commit capital, or to participate in any trading strategies, and does not constitute legal, regulatory, accounting or tax advice to the recipient. This document does not constitute and should not be considered as any form of financial opinion or recommendation by us or any of our affiliates. This document is not a research report nor should it be construed as such.

This document may include information from the S&P Capital IQ Platform Service. Such information is subject to the following: "Copyright © 2018, S&P Capital IQ (and its affiliates, as applicable). This may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

This document may include information from SNL Financial LC.  Such information is subject to the following: "CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM SNL. FOR RECIPIENT'S INTERNAL USE ONLY."

Copyright © 2020, PJT Partners LP (and its affiliates, as applicable).

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Professional Eyes Only
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

17

# Disclaimer

*IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.*

*In any instance where distribution of this communication is subject to the rules of the US Commodity Futures Trading Commission ("CFTC"), this communication constitutes an invitation to consider entering into a derivatives transaction under U.S. CFTC Regulations §§ 1.71 and 23.605, where applicable, but is not a binding offer to buy/sell any financial instrument.*

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the information contained herein and the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2018 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

Citi believes that sustainability is good business practice. We work closely with our clients, peer financial institutions, NGOs and other partners to finance solutions to climate change, develop industry standards, reduce our own environmental footprint, and engage with stakeholders to advance shared learning and solutions. Highlights of Citi's unique role in promoting sustainability include: (a) releasing in 2007 a Climate Change Position Statement, the first US financial institution to do so; (b) targeting $50 billion over 10 years to address global climate change: includes significant increases in investment and financing of renewable energy, clean technology, and other carbon-emission reduction activities; (c) committing to an absolute reduction in GHG emissions of all Citi owned and leased properties around the world by 10% by 2011; (d) purchasing more than 234,000 MWh of carbon neutral power for our operations over the last three years; (e) establishing in 2008 the Carbon Principles; a framework for banks and their U.S. power clients to evaluate and address carbon risks in the financing of electric power projects; (f) producing equity research related to climate issues that helps to inform investors on risks and opportunities associated with the issue; and (g) engaging with a broad range of stakeholders on the issue of climate change to help advance understanding and solutions.

Citi works with its clients in greenhouse gas intensive industries to evaluate emerging risks from climate change and, where appropriate, to mitigate those risks.

efficiency, renewable energy and mitigation

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Professional Eyes Only
Prepared with the Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

18