# Debtors' Ex. 29

Debtors' Ex. 29



Debtors Ex. 29 Page 2 of 12

Financial Oversight & Management Board
for Puerto Rico

# Puerto Rico's Proposed Plan of Adjustment Benefits

MURRAY_CONF_27413

# Debt Drastically Reduced

*Key Stakeholders*

| ($ in millions) | Claim[1] | Commonwealth Consideration Cash / Debt | Commonwealth Consideration CVI[2] | Commonwealth Consideration Recovery (%)[3] | Entity Consideration Cash / Debt | Entity Consideration CVI[2] | Aggregate Recovery (%)[3] |
|---|---|---|---|---|---|---|---|
| GO / PBA | $18,754 | $14,438 | $750 | 81.0% | $– | $– | 81.0% |
| ERS[4] | 3,169 | 519 | – | 16.4% | – | – | 16.4% |
| HTA | 6,258 | 54 | 532 | 9.4% | 1,634 | – | 35.5% |
| PRIFA | 1,929 | 260 | 209 | 24.3% | – | 102 | 29.6% |
| CCDA | 384 | 3 | 31 | 8.9% | 112 | – | 38.1% |
| MBA | 30 | – | 3 | 10.3% | – | – | 10.3% |
| **Clawbacks Total** | **$8,600** | **$317** | **$775** | **12.7%** | **$1,746** | **$102** | **34.2%** |
| GUCs[5] | 2,750 | 560 | – | 20.4% | – | – | 20.4% |
| Dairy Producers | 62 | 31 | – | 50.0% | – | – | 50.0% |
| Med Centers[6] | 294 | 147 | – | 50.0% | – | – | 50.0% |
| **Commonwealth** | **$33,628** | **$16,011** | **$1,526** | **52.1%** | **$1,746** | **$102** | **57.6%** |
| Pension Claim[7] | 55,000 | n.a. | n.a. | – | n.a. | n.a. | 96.9% |
| COFINA | 17,637 | – | – | – | 12,021 | – | 68.2% |
| GDB | 4,723 | – | – | – | 2,598 | – | 55.0% |
| PREPA | 9,300 | – | – | – | 6,429 | – | 69.1% |
| PRASA | 4,797 | – | – | – | 4,740 | – | 98.8% |
| **Total** | **$125,085** | **$16,011** | **$1,526** | **14.0%** | **$27,534** | **$102** | **78.7%** |

Note: Includes fees. Discount rate is an illustrative assumption for purposes of the table and does not reflect the FOMB's or its advisors view of valuation.

1) Claims shown as of Commonwealth petition date, with the exception of ERS, which is as of the ERS petition date.
2) CVI assumes (i) 10% discount rate on Clawback SUT CVI and 5% discount rate on Rum Tax CVI, (ii) April 2021 Fiscal Plan SUT Projections, and (iii) the extension of the incremental $2.75 / proof gallon cover over, as applicable.
3) Recoveries calculated on the basis of claims as of Commonwealth petition date, with the exception of ERS.
4) Includes $373 cash, $75 fee, $70.75 private equity portfolio purchase price.
5) Includes Eminent Domain claims. Claims reconciliation process remains ongoing. $2,750 estimated claim amount represents best estimate of claim amounts for this class. The actual claim amount may differ materially from estimates. Does not include net recoveries from the Avoidance Actions Trust. Pursuant to Sections 1.273 and 62.1(a) of the CW Plan, recoveries are subject to a cap of 40%. Any net recoveries by the Avoidance Actions Trust will not count towards attaining that cap. Assumes $15 in cash from the CW GUC Recovery is used to fund the Avoidance Actions Trust.
6) Assumes Med Centers votes to accept Plan.
7) Pension Claim only reflects effect of cut.

# Debt Drastically Reduced and Made More Affordable

*Summary Including COFINA*

1) Debt service FY22-FY49. Excludes HTA debt service in both Pre-Plan and Post-Plan for purposes of comparability. HTA debt to be issued and structured pursuant to HTA Plan of Adjustment.
2) Excluding CABs.

MURRAY_CONF_27415

# Government Employees Get Stability and Trust

*Protects workers through long-term CBAs and provides bonuses if the government outperforms*

## Highlights of Labor Terms in CBAs

### Key SPU Terms

| Term | Description |
|---|---|
| **Act 26-2017 Changes** | Amendments to Act 26-2017 to improve Holidays, Sick, Vacation and other leave benefits shall be incorporated into this Agreement if lawfully adopted by the Government |
| **Bonuses** | (1) Signing bonus of $500; (2) any other bonuses provided to other employees; (3) 10% of Excess Cash Surplus |
| **Holidays** | Guarantees 15 holidays in CBA; provides for addition of lawfully enacted holidays (see below) |
| **Other Paid Leaves** | Provides for Leave for Parents with Children with Physical and / or Mental Disabilities; Leave for Elderly Persons |
| **Pension** | (1) Restores $1.2b of employees' contributions to System 2000; provides $2,600 contribution to DC accounts of Act 1/447 participants |
| **Retention / Transfer of Employees / Layoffs** | In the event that the Administration needs to carry out downsizing of personnel (layoffs), the parties agree to the following: temporary suspension, reassignment and relocation, layoffs |
| **Sick Leave** | Accrue 1 ½ days / month (1 day if hired after February 4, 2017); max accrual 90 days; no liquidation allowed |
| **Vacation** | Accrue 1 ¼ days / month; max accrual 60 days; no liquidation except upon termination event |

### Key AMPR (Teachers) Terms[1]

| Term | Description |
|---|---|
| **Bonuses** | $3,000 signing bonus; 10% participation in outperformance |
| **Holidays** | Guarantees 15 holidays in CBA; provides for addition of lawfully enacted holidays |
| **Other Pension Provisions** | (1) Pension multiplier enhancement from 1.8% to 2.0% for certain participants who achieve 30 years of service<br>(2) Eliminates (i) $400 minimum benefit; (ii) future purchase of service; and (iii) pension contributions for those under 55<br>(3) Law 160 account contributions exempt from pension cut |
| **Pension Freeze** | Freeze effective 6 months after POA effective date; requires implementation of DC accounts and access to Social Security |
| **Retention** | In the event that the Administration needs to carry out downsizing of personnel (layoffs), the parties agree to the following: temporary suspension, reassignment and relocation, layoffs and recall provisions |
| **Retirement Eligibility** | (1) Defers retirement eligibility three (3) years to 63 years of age for participants hired after August 2014<br>(2) Maintains retirement eligibility for those over 50 or within three (3) years of retirement, but not yet eligible for retirement<br>(3) Actuarially adjusted early retirement option available |
| **Social Security** | All teachers under the age of 45 will be auto enrolled; all teachers over the age of 45 will have the option to enroll |
| **Vacation/ Sick Leave** | Vacation accrual of 4 days/month, max of 40 days/year; sick time accrued as provided by Law, max 90 days |

1) AMPR tentative agreement and plan treatment are conditioned upon ratification and execution of PSA by AFT/AMPR.

MURRAY_CONF_27416

# The Commonwealth Retains Significant Cash

## Government retains nearly $20 billion, including more than $2 billion for operating and emergency uses

Pro Forma Available Cash Balance After PoA Payments
($ in millions)
Cash staying in the Commonwealth
Cash distributed per the PoA
30,000
25,000
20,000
15,000
10,000
5,000
-
$29,807 1
$5,200 2
$24,607
$7,024
$1,302
$982
$449
$279
$150
$14,422
$1,328
$2,816
$10,278
•$1,202m System 2000
•$100m Act 1/447
•$229m ACR Reserve
•$147m for 330 Centers3
•$31m for Milk Producers3
•$575m to UCC4
•$448m CW ERS Asset Purchase
•$0.5m ERS GUC
•$279m Clawback Creditors
$1,328
•$467m FY20 Appropriations extended to FY22
•$861m FY21 Appropriations extended to FY225
- $450m Broadband and Business Education
- $234m Capital Expenditures
- $66m Police Backpay
- $111m Other
$2,816
•$1,000m Minimum TSA Cash
•$750m FEMA Revolver
•$390m Emergency Reserve
•$144m FEMA Cost Share
•$532m Remaining Cash
$10,278
• $3,663m held at separately legal entities
• $3,458m COVID funds
• $2,568m restricted funds
• $345m potentially unavailable funds mostly comprised of unemployment and lottery funds
• $245m not reviewed below the $6.9m legal review threshold
Cash and investments
Non-CW Cash
CW Cash
GO/PBA cash consideration
System 2000 and Act 1/447
Unsecured creditors
ERS creditors
Clawback creditors
Union payments
Ending Cash

1) Excludes HTA ($292m) and CCDA Debt Reserve Account ($134m).
2) Represents cash from CRIM, PREPA, PRASA, PRIDCO, GDB, UPR, COSSEC, and COFINA.
3) Estimated amounts based on 50% claim recovery per 7/30/2021 POA – to be paid over 3 years.
4) $575m to UCC is payable over 5 years.
5) Preliminary estimates are as of 8/6.

# The Commonwealth Retains Significant Cash

## Pro-forma cash balance after POA effective date payments

### Cash Retained by Instrumentalities

*($ in millions)*

| | |
|---|---|
| Electric Power Authority (PREPA) | $2,238 |
| Puerto Rico Aqueduct and Sewer Authority (PRASA) | 960 |
| Municipal Revenue Collection Center (CRIM) | 631 |
| University of Puerto Rico | 538 |
| Public Corp for the Supervision and Deposit Insurance of PR Cooperatives (COSSEC) | 363 |
| Puerto Rico Sales Tax Financing Corporation (COFINA) | 273 |
| Industrial Development Company | 128 |
| Government Development Bank For Puerto Rico | 69 |
| **Total** | **$5,200** |

### Details of Restricted Cash

*($ in millions)*

| | |
|---|---|
| COVID-19 Emergency Relief Funds | $3,458 |
| Other Federal Funds | 789 |
| Third Party Funds | 1,375 |
| Federal Law | 353 |
| Tax-Exempt Bond Proceeds | 34 |
| Court Order | 17 |
| **Total** | **$6,026** |

### Fund Extensions

*($ in millions)*

**FY21 Fund Extensions** [1]

| | |
|---|---|
| Broadband and Business Education | $450 |
| Capital Expenditures | 234 |
| Police Back Pay | 66 |
| Municipal Incentive | 22 |
| Rural Scholarship | 20 |
| Consent Decrees | 16 |
| Other Non Capex | 52 |
| **Total** | **$861** |

**FY20 Fund Extensions**

| | |
|---|---|
| Healthcare Capex | $142 |
| Capex | 94 |
| COVID-19 Emergency Measures Support Package | 47 |
| Cost Share | 37 |
| Fed Funds at GDB | 30 |
| Scholarship | 10 |
| Consent Decrees | 9 |
| Other | 98 |
| **Total** | **$467** |

# Outperformance

*SUT CVI shares only 7% of debt policy revenue outperformance*

| | Sales and Use Tax ("SUT") CVI |
|---|---|
| **Metric to Measure Outperformance** | ▪ 5.5% SUT collections per **May 2020 Fiscal Plan**<br>▪ Calculated off ~50% of total SUT collections<br>▪ 7.0% of FY20 debt policy revenues |
| **Sharing of Outperformance** | ▪ Lesser of:<br>– 90% of **cumulative** outperformance<br>– 95% of **annual** outperformance |
| **Lifetime Cap** | ▪ GO CVI: $3.9 billion<br>▪ Clawback CVI: $5.2 billion |
| **Annual Cap** | ▪ $375 million |
| **Term** | ▪ GO CVI: 22 years<br>▪ Clawback CVI: 30 years |

**5.5% SUT PROJECTIONS**

($ in millions)

$2,500
$2,000
$1,500
$1,000
$500
$–
2021 Fiscal Plan 5.5% SUT projections exceed 2020 projections. This outperformance is shared between the Commonwealth and creditors.
FY22
FY26
FY30
FY34
FY38
FY42
FY46
FY50
May 2020 CFP Projections
April 2021 CFP Projections

7

MURRAY_CONF_27419

# Outperformance

*Illustrative SUT CVI Payments per April 2021 Fiscal Plan*

**2021 Fiscal Plan Projected Payments**

| | $ Paid[1] | Present Value[2] | % of 5.5% Outperform. |
|---|---|---|---|
| GO / PBA | $2,040 | $750 | 33.6% |
| Clawbacks | 3,432 | 776 | 56.4% |
| Commonwealth | 608 | 170 | 10.0% |
| **Total** | **$6,079** | **$1,695** | **100.0%** |

1) Excludes any payments on account of Rum Tax CVI.
2) Discounted at 10% to July 1, 2021 assuming 10% discount rate and April 2021 Fiscal Plan. Discount rate is an illustrative assumption for purposes of the table and does not reflect the FOMB's or its advisors view of valuation.

# Outperformance

*Rum Tax CVI shares only 0.6% of potential revenue outperformance*

| | Rum Tax CVI |
|---|---|
| **Metric to Measure Outperformance** | ▪ General Fund Rum Tax collections per **April 2021 Fiscal Plan,** including distributions under current legislation<br>▪ Calculated off ~50% rum tax collections<br>▪ 0.6% of FY20 debt policy revenues |
| **Sharing of Outperformance** | ▪ Lesser of:<br>– 40% of **cumulative** outperformance<br>– 50% of **annual** outperformance |
| **Lifetime Cap** | ▪ $1.3 billion (applies to both PRIFA share of Clawback SUT CVI and Rum Tax CVI) |
| **Annual Cap** | ▪ $88 million, if $2.75 supplemental cover over legislation is extended by Congress[1]<br>▪ $30 million on amounts shared with creditors |
| **Term** | ▪ 30 years |

## RUM TAX GENERAL FUND PROJECTIONS

($ in millions)

$300
$200
$100
$–
$15.00
$10.00
$5.00
$–
$13.25
$10.50
FY20
FY24
FY28
FY32
FY36
FY40
FY44
FY48
General Fund Rum Tax Collections (Historical)
General Fund Rum Tax Collections (2021 Fiscal Plan)
Total Cover Over ($ / Proof Gallon) (Historical)
Total Cover Over ($ / Proof Gallon) (2021 Fiscal Plan)

1) "Supplemental cover over" is the $2.75 incremental rum tax cover over (i.e., above the $10.50 base cover over). Legislation to enable such supplemental cover over is passed by Congress and is currently set to expire at the end of CY2021, should Congress not extend the legislation.

MURRAY_CONF_27421



# Outperformance

*Rum Tax CVI Payments Assuming $2.75 Supplemental Cover Over Extended*

($ in millions)
$25
$20
$15
$10
$5
$–
FY22
FY24
FY26
FY28
FY30
FY32
FY34
FY36
FY38
FY40
FY42
FY44
FY46
FY48
FY50
PRIFA Rum Tax CVI Payments
Commonwealth Share
Illustrative Outperformance ($2.75 Cover Over Extended)
If the $2.75 Supplemental Cover Over is extended, Rum Tax CVI payments would total an average of $7mm per year over the 30-year period.

**$2.75 Rum Tax Cover Over Extended**

| | Nominal | PV[1] | Outperform. |
|---|---|---|---|
| PRIFA CVI | $200 | $102 | 34.9% |
| Commonwealth[2] | 374 | 183 | 65.1% |
| **Total** | **$574** | **$285** | **100.0%** |

1) Discounted at 5% to July 1, 2021 assuming 10% discount rate and $2.75 supplemental cover extended. Discount rate is an illustrative assumption for purposes of the table and does not reflect the FOMB's or its advisors view of valuation.
2) General fund outperformance shown without effect of $88mm cap on supplemental cover over revenues.

10

MURRAY_CONF_27422

# Outperformance Benefits Government, Employees, Retirees

*Retirees and Unions*

**The plan shares outperformance with retirees and union members**

- Pension Reserve Fund contributions have a base component and additional contribution, which is dependent on the surplus amount
  - Base contribution is the higher of $175m or 25% of the surplus, provided the surplus for that year is higher than $1,750m
  - An additional contribution may also be made, which is calculated as the surplus for such fiscal year minus the base contribution above and $200m retained by the Government
- Pension benefit restoration and upside participation are available if actual surplus outperformance over projections[1] is $100m or higher in a fiscal year
  - 10% of the outperformance will be allocated pro rata based on the reduction experienced by each retiree
  - 25% of the outperformance will fund the bonus pool to be allocated to eligible public employees[3]

1) Projected fiscal plan surplus contained in the Certified Fiscal Plan in effect as of the effective date for the Plan of Adjustment for the Commonwealth.
2) Additional Contribution based on the 2021 Certified Fiscal Plan.
3) Includes rank and file and permanent positions.