# Debtors' Ex. 30

**Debtors' Ex. 30**

# 4 Commonwealth Retains Significant Cash

## Highlights of Cash Provision in PoA

- $20 billion, or nearly 67%, of cash is retained by the central government and instrumentalities for operating purposes, emergency needs, use of federal funds, and public corporation funds
- $1.5 billion returned to System 2000, Act 1/447 participants and pay union bonuses
- Almost $1 billion used to settle longstanding claims against the local residents and businesses
- Only 30% of total Commonwealth cash paid to creditors as consideration in the Plan
  - The cash distribution to bondholders represents approximately half of the debt service otherwise due since the beginning of the case

## Uses of Existing Cash per Plan of Adjustment ($ in billions)



- $7,024mm – Upfront cash consideration
- $575mm – General Unsecured Creditors[2]
- $448mm – CW Purchase of ERS Assets
- $279mm – Clawback Creditors
- $229mm – ACR claims
- $178mm – Dairy and 330 Centers[3]

- $1,202mm – System 2000
- $150mm – Union Bonus
- $100mm – Act 1/447

- $4,900mm – CW Public Corps[4]
- $6,026mm – Restricted Funds[5]
- $1,328mm – Extensions into FY22[6]
- $1,000mm – Min cash balance
- $750mm – Disaster Revolver
- $390mm – Emergency Reserve ($1.3bn total over 10 years)
- $144mm – FEMA Cost Share

1) Instrumentalities include PREPA, PRASA, PRIDCO, GDB, UPR, COSSEC, COFINA and CRIM.
2) Total payments to general unsecured creditors are $575mm over 5 years.
3) Total payments to Dairy Producers and 330 Centers are $178mm over 3 years.
4) CW Public Corps includes Housing Finance Corp, Infrastructure Financing Authority, AAFAF, SIFIC Public Finance Corp and ASES.
5) Restricted Funds include COVID funds ($3.5bn), other Federal Funds, Third Party funds, and Tax exempt bond proceeds
6) Preliminary fund extensions as of August 6, 2021.



-1-

1

# The Commonwealth Retains Significant Cash

### Government retains nearly $20 billion, including more than $2 billion for operating and emergency uses

**Pro Forma Available Cash Balance After PoA Payments**



($ in millions)

Callouts on the waterfall chart:
- $29,807[1] — Cash and investments
- $5,200[2] — Non-CW Cash (Represents cash from CRIM, PREPA, PRASA, PRIDCO, GDB, UPR, COSSEC, and COFINA)
- $10,278 — Restricted or unavailable – CW
  - $3,663m held at separately legal entities
  - $3,458m COVID funds
  - $2,568m restricted funds
  - $345m potentially unavailable funds mostly comprised of unemployment and lottery funds
  - $245m not reviewed below the $6.9m legal review threshold
- $14,329[3] — Adjusted cash balance 6/30/2021
- $1,328 — Appropriations extended to FY22
  - $467m FY20 Appropriations extended to FY22
  - $861m FY21 Appropriations extended to FY22[4]
    - $450m Broadband and Business Education
    - $234m Capital Expenditures
    - $66m Police Backpay
    - $111m Other
- $13,001 — Available FY21 ending cash balance
- $7,024 — GO/PBA cash consideration
- $1,302 — System 2000 and Act 1/447
  - $1,202m System 2000
  - $100m Act 1/447
- $832 — Unsecured creditors
  - $229m ACR Reserve
  - $147m for 330 Centers[5]
  - $31m for Milk Producers[5]
  - $575m to UCC[6]
- $449 — ERS creditors
  - $448m CW ERS Asset Purchase
  - $0.5m ERS GUC
- $279 — Clawback creditors
  - $260m PRIFA Consideration
  - $19m Assured/National Structuring Fee
- $150 — Union payments
- $2,815 — Ending Cash
  - $1,000m Minimum TSA Cash
  - $750m FEMA Revolver
  - $390m Emergency Reserve
  - $144m FEMA Cost Share

Legend:
- Cash staying in the Commonwealth
- Cash distributed per the PoA

1) Excludes HTA ($292m) and CCDA Debt Reserve Account ($134m).
2) Represents cash from CRIM, PREPA, PRASA, PRIDCO, GDB, UPR, COSSEC, and COFINA.
3) Adjusted Cash Balance as of 6/30/2021 consists of $11,671m of unrestricted cash in the TSA, $212m of unrestricted cash in the sweep accounts, $2,151m of unrestricted cash outside of the TSA, removal of ($76m) of Federal Funds in the TSA, $164m cash from TRS and JRS, and $208m in PRTF Surplus Funds.
4) Estimates are as of 8/6.
5) Estimated amounts based on 50% claim recovery per 7/30/2021 POA – to be paid over 3 years.
6) $575m to UCC is payable over 5 years.

2

# The Commonwealth Retains Significant Cash

**Government retains nearly $20 billion, including more than $2 billion for operating and emergency uses**



Pro Forma Available Cash Balance After PoA Payments

($ in millions)

- Cash staying in the Commonwealth
- Cash distributed per the PoA

Bar labels (left to right):
- $29,807 [1] — Cash and investments
- $5,200 [2] — Non-CW Cash
- $24,607 — CW Cash
- $7,024 — GO/PBA cash consideration
- $1,502 — System 2000 and Act 1/447
- $982 — Unsecured creditors
- $449 — ERS creditors
- $275 — Clawback creditors
- $150 — Union payments
- $14,422 — Ending Cash (split: $1,328 / $2,816 / $10,278)

Annotations:
- $1,202m System 2000
- $100m Act 1/447
- $229m ACR Reserve
- $147m for 330 Centers[3]
- $31m for Milk Producers[3]
- $575m to UCC[4]
- $448m CW ERS Asset Purchase
- $0.5m ERS GUC
- $260m PRIFA Consideration
- $19m Assured/National Structuring Fee

$1,328
- $467m FY20 Appropriations extended to FY22
- $861m FY21 Appropriations extended to FY22[5]
  - $450m Broadband and Business Education
  - $234m Capital Expenditures
  - $66m Police Backpay
  - $111m Other

$2,816
- $1,000m Minimum TSA Cash
- $750m FEMA Revolver
- $390m Emergency Reserve
- $144m FEMA Cost Share
- $532m Remaining Cash

$10,278
- $3,663m held at separately legal entities
- $3,458m COVID funds
- $2,568m restricted funds
- $345m potentially unavailable funds mostly comprised of unemployment and lottery funds
- $245m not reviewed below the $6.9m legal review threshold

1) Excludes HTA ($292m) and CCDA Debt Reserve Account ($134m).
2) Represents cash from CRIM, PREPA, PRASA, PRIDCO, GDB, UPR, COSSEC, and COFINA.
3) Estimated amounts based on 50% claim recovery per 7/30/2021 POA – to be paid over 3 years.
4) $575m to UCC is payable over 5 years.
5) Estimates are as of 8/6.

3

# The Commonwealth Retains Significant Cash

## Pro-forma cash balance after POA effective date payments

### Cash Retained by Instrumentalities

($ in millions)

| | |
|---|---:|
| Electric Power Authority (PREPA) | $2,238 |
| Puerto Rico Aqueduct and Sewer Authority (PRASA) | 960 |
| Municipal Revenue Collection Center (CRIM) | 631 |
| University of Puerto Rico | 538 |
| Public Corp for the Supervision and Deposit Insurance of PR Cooperatives (COSSEC) | 363 |
| Puerto Rico Sales Tax Financing Corporation (COFINA) | 273 |
| Industrial Development Company | 128 |
| Government Development Bank For Puerto Rico | 69 |
| **Total** | **$5,200** |

### Details of Restricted Cash

($ in millions)

| | |
|---|---:|
| COVID-19 Emergency Relief Funds | $3,458 |
| Other Federal Funds | 789 |
| Third Party Funds | 1,375 |
| Federal Law | 353 |
| Tax-Exempt Bond Proceeds | 34 |
| Court Order | 17 |
| **Total** | **$6,026** |

### Fund Extensions

($ in millions)

**FY21 Fund Extensions** [1]

| | |
|---|---:|
| Broadband and Business Education | $450 |
| Capital Expenditures | 234 |
| Police Back Pay | 66 |
| Municipal Incentive | 22 |
| Rural Scholarship | 20 |
| Consent Decrees | 16 |
| Other Non Capex | 52 |
| **Total** | **$861** |

**FY20 Fund Extensions**

| | |
|---|---:|
| Healthcare Capex | $142 |
| Capex | 94 |
| COVID-19 Emergency Measures Support Package | 47 |
| Cost Share | 37 |
| Fed Funds at GDB | 30 |
| Scholarship | 10 |
| Consent Decrees | 9 |
| Other | 98 |
| **Total** | **$467** |

4