# Debtors' Ex. 38

Debtors' Ex. 38

HOURLY NEWS

Play Live Radio
LISTEN LIVE

PLAYLIST



DONATE

# The Two-Way

AMERICA

# Feds And Puerto Rico Reach Deal Allowing Disaster Recovery Loans To Start Flowing

March 22, 2018 · 5:29 PM ET
Heard on Morning Edition

 ADRIAN FLORIDO

2-Minute Listen                                     PLAYLIST        Download
                                                                    Transcript



Case:17-03283-LTS Doc#:18797-9 Filed:10/27/21 Entered:10/27/21 03:04:40 Desc
Debtors Ex. 38 Page 3 of 11

Puerto Rico Gov. Ricardo Rossello and U.S. Treasury Secretary Steven Mnuchin announced a deal that would allow billions of dollars in federal disaster recovery loans to start flowing to the hurricane-devastated island.

*La Fortaleza*

For months, Puerto Rico Gov. Ricardo Rossello has been struggling to get the U.S. Treasury to release $4.7 billion in disaster recovery loans that the U.S. Congress approved in October, weeks after Hurricane Maria devastated the island commonwealth. U.S. Treasury Secretary Steven Mnuchin had delayed releasing the loans because of disagreement over the terms of repayment.

On Thursday, the two men said they had reached a deal to allow the funds to start flowing.

"We've reached an agreement that is beneficial both for the taxpayer and for the people of Puerto Rico," Rossello said shortly after meeting with Mnuchin in Puerto Rico's capital.

The tentative agreement would allow the island's government to start accessing those funds once the cash balance in its treasury falls below $1.1 billion. Mnuchin had earlier wanted to set that number at $800 million. As of March 9, the island had about $1.45 billion in cash.

The agreement ended six months of tense negotiations during which Puerto Rico's governor loudly criticized Mnuchin for what he characterized as overly harsh conditions that the U.S. Treasury sought to impose before disbursing the loans.

**Article continues after sponsor message**

According to a letter Rossello wrote to Congress last month, the Treasury was demanding that repayment of those loans be given the highest priority, even over the funding of essential services on the island. The governor said the Treasury also wanted to rule out the possibility of future loan forgiveness. Disaster recovery loans are often forgiven.

The governor and Treasury secretary said the agreement reached Thursday would grant high priority to repayment of the federal loans — not above the funding of essential services, but presumably above the more than $70 billion the island owes bondholders. They also agreed to postpone conversations about loan forgiveness.

"We want to make sure that the taxpayers are protected," Mnuchin said about possible loan forgiveness. "It's not something we're going to do for the benefit of the bondholders, but it is something we would consider down the road for the benefit of the people if it's needed."

The officials also said the island would be allowed, as needed, to access the full $4.7 billion legislated by Congress, despite an earlier proposal by the Treasury to cap the available amount at about $2 billion.

Rossello has been saying for months that the loan delays were slowing Puerto Rico's ability to recovery from the devastation of Hurricane Maria, which made landfall on Sept. 20, destroying the island's electric grid and damaging hundreds of thousands of homes.

Case:17-03283-LTS Doc#:18797-9 Filed:10/27/21 Entered:10/27/21 03:04:40 Desc:
Debtors Ex. 38 Page 5 of 11

Despite the agreement between the governor and Treasury, the deal must still be approved by Puerto Rico's legislature, the federal oversight board overseeing the island's finances and the federal judge handling the island's bankruptcy proceedings.

disaster recovery     hurricane maria     puerto rico

## Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

What's your email?    SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## More Stories From NPR



NEWS

Case:17-03283-LTS Doc#:18797-9 Filed:10/27/21 Entered:10/27/21 03:04:49 Desc
Debtors Ex: 28 Page 6 of 11

Last 'Two-Way' Post Isn't Our Last Story: A Look Back, And How To Find Us Now



ARTS & LIFE
Kennedy Center Unveils Progress On New Extension For Artistic Projects



TECHNOLOGY
S.C. Mom Says Baby Monitor Was Hacked; Experts Say Many Devices Are Vulnerable



SPORTS
# Former USA Gymnastics CEO Told Staff To Keep Alleged Abuse Quiet, Waited To Tell FBI



WORLD
# U.S.-Led Coalition Accused Of 'Potential War Crimes' In Push To Reclaim Raqqa



**NATIONAL**
**Voters Recall Aaron Persky, Judge Who Sentenced Brock Turner**

# Popular on NPR.org



**WEATHER**
**A historic storm brings heavy rain, flooding and mud flows to Northern California**

A historic storm brings heavy rain and mudflows to Northern California



**OBITUARIES**
**James Michael Tyler, who played Gunther on 'Friends,' dies at 59**



**BUSINESS**
**Thousands of workers are opting to get fired, rather than take the vaccine**



**GLOBAL HEALTH**
**Remembering Zika: Parents offered their kids for studies, then say they were forgotten**

**POLITICS**
**Does the IRS really want to spy on your bank account? The latest tax fight, explained**

**ANIMALS**
**The tongue-eating louse does exactly what its name suggests**

# NPR Editors' Picks

**ARTS & LIFE**
**Alec Baldwin was practicing for a scene when gun went off, affidavit shows**

**MUSIC NEWS**
**Ed Sheeran tests positive for the coronavirus, which may mean he won't perform on SNL**

**TECHNOLOGY**
**How the 'Stop the Steal' movement outwitted Facebook ahead of the Jan. 6 insurrection**

**MUSIC LISTS**
**5 opera scenes to sweep you off your feet**

MUSIC NEWS

MUSIC NEWS
Jay Black, lead singer of pop group The Americans, dies at 82

AUTHOR INTERVIEWS
In 'Dreaming of You,' poet Melissa Lozada-Oliva reimagines Selena's legacy

The **Two-Way**

**READ & LISTEN**

Home

News

Arts & Life

Music

Podcasts

Programs

**CONNECT**

Newsletters

Facebook

Twitter

Instagram

Press

Contact & Help

**ABOUT NPR**

Overview

Diversity

Ethics

Finances

Public Editor

Corrections

**GET INVOLVED**

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Events

NPR Extra

terms of use

privacy

your privacy choices

text only

© 2021 npr