# Debtors' Ex. 43

**Submission by AAFAF/Conway to Ernst & Young dated December 11, 2020**

**Debtors will file a Motion to Seal regarding Ex. 43**

Debtors' Ex. 43