# Debtors' Ex. 44

# City of Detroit

Plan of Adjustment - 40 year projections

The attached Plan of Adjustment preliminary forecast (the "POA Financial Projections"), its assumptions and underlying data are the product of the Client and its management ("Management") and consist of information obtained solely from the Client. With respect to prospective financial information relative to the Client, Ernst & Young LLP ("EY") did not examine, compile or apply agreed upon procedures to such information in accordance with attestation standards established by the AICPA and EY expresses no assurance of any kind on the information presented. It is the Client's responsibility to make its own decision based on the information available to it.  Management has the knowledge, experience and ability to form its own conclusions related to the Client's POA Financial Projections. There will usually be differences between forecasted and actual results because events and circumstances frequently do not occur as expected and those differences may be material. EY takes no responsibility for the achievement of forecasted results.  Accordingly, reliance on this report is prohibited by any third party as the projected financial information contained herein is subject to material change and may not reflect actual results.

City's Exhibit
**778**

POA00753156

**City of Detroit** — Appendix 2b
Plan of Adjustment - 10 year projections
General Fund view
($ in millions)

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2014-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Preliminary forecast | | | | | | |
| **Operating revenues** | | | | | | | | | | | |
| Municipal income tax | $ 247.9 | $ 256.2 | $ 262.3 | $ 268.3 | $ 274.0 | $ 279.9 | $ 286.0 | $ 292.2 | $ 298.5 | $ 304.9 | $ 2,770.3 |
| State revenue sharing | 191.2 | 196.6 | 198.7 | 200.3 | 202.0 | 203.8 | 205.6 | 199.1 | 200.8 | 202.5 | 2,000.5 |
| Wagering taxes | 169.9 | 168.2 | 169.0 | 169.9 | 171.6 | 173.3 | 175.0 | 176.8 | 178.6 | 180.3 | 1,732.6 |
| Property taxes | 114.9 | 102.6 | 100.8 | 102.4 | 102.6 | 103.9 | 106.8 | 109.7 | 113.3 | 117.0 | 1,074.0 |
| Utility users' taxes | 20.1 | 24.5 | 24.9 | 25.5 | 26.0 | 26.4 | 26.8 | 27.2 | 27.6 | 28.0 | 257.2 |
| Other revenue | 307.7 | 309.7 | 293.1 | 259.1 | 254.6 | 250.2 | 247.6 | 244.7 | 229.0 | 226.2 | 2,621.8 |
| Department revenue initiatives | - | 31.9 | 36.1 | 49.7 | 52.9 | 42.5 | 46.9 | 46.8 | 51.3 | 52.5 | 410.6 |
| Operating revenues | 1,051.6 | 1,089.7 | 1,085.0 | 1,075.1 | 1,083.7 | 1,080.0 | 1,094.8 | 1,096.5 | 1,099.0 | 1,111.5 | 10,866.9 |
| **Operating expenditures** | | | | | | | | | | | |
| Salaries/overtime/fringe (a) | (331.0) | (350.2) | (364.8) | (363.6) | (372.5) | (381.8) | (389.4) | (397.1) | (404.8) | (412.9) | (3,768.1) |
| Health benefits | (49.2) | (48.0) | (52.4) | (55.9) | (60.0) | (63.6) | (66.1) | (68.7) | (71.5) | (74.3) | (609.8) |
| OPEB payments - future retirees (a) | - | (6.1) | (3.1) | (3.1) | (3.2) | (3.2) | (3.3) | (3.3) | (3.4) | (3.4) | (32.2) |
| Active pension plan (a) | - | (52.1) | (34.1) | (34.9) | (35.8) | (36.7) | (37.4) | (38.2) | (38.9) | (39.7) | (347.9) |
| Other operating expenses (b) | (291.3) | (320.1) | (326.5) | (303.5) | (304.8) | (302.0) | (302.2) | (303.3) | (309.4) | (310.3) | (3,073.2) |
| Additional operating expenditures | - | (88.9) | (82.3) | (82.7) | (83.6) | (78.3) | (78.7) | (75.0) | (74.1) | (71.9) | (715.7) |
| Cost savings | - | 16.3 | 37.0 | 42.8 | 48.0 | 45.3 | 45.7 | 41.7 | 41.6 | 39.8 | 358.2 |
| Total operating expenditures | $ (671.5) | $ (849.2) | $ (826.3) | $ (801.0) | $ (811.8) | $ (820.3) | $ (831.5) | $ (844.0) | $ (860.5) | $ (872.8) | $ (8,188.7) |
| **Net operating cash flows** | $ 380.2 | $ 240.5 | $ 258.7 | $ 274.2 | $ 271.8 | $ 259.8 | $ 263.3 | $ 252.5 | $ 238.6 | $ 238.6 | $ 2,678.2 |
| **Financing cashflows** | | | | | | | | | | | |
| Secured debt service | $ (35.4) | $ (39.4) | $ (39.4) | $ (39.4) | $ (39.4) | $ (39.4) | $ (39.5) | $ (39.5) | $ (39.5) | $ (39.6) | $ (390.5) |
| Pension | - | (16.0) | (23.5) | (23.5) | (23.4) | (23.2) | (3.3) | (3.2) | (2.0) | (1.7) | (119.8) |
| Contributions to income stabilization fund | - | (2.5) | (2.3) | (2.3) | (2.2) | (2.1) | (2.1) | (2.0) | (1.3) | (1.1) | (17.8) |
| DWSD / other fund contributions for new notes | - | 0.1 | 5.7 | 6.3 | 4.9 | 4.7 | 8.0 | 7.9 | 7.8 | 7.7 | 53.2 |
| Note A1 (UTGO) | - | (45.8) | (41.5) | (41.5) | (40.5) | (38.4) | (37.8) | (37.1) | (24.1) | (20.8) | (327.6) |
| Note A2 (LTGO) | - | (55.0) | - | - | - | - | - | - | - | - | (55.0) |
| Note B (incl. B reserves) | - | (12.6) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (214.9) |
| 36DC cash payments | - | (0.5) | (0.4) | (0.4) | (0.4) | (0.4) | - | - | - | - | (2.2) |
| Note C (POC) | - | (5.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (84.8) |
| Total financing cashflows | $ (35.4) | $ (176.7) | $ (136.7) | $ (136.1) | $ (136.4) | $ (134.1) | $ (109.8) | $ (109.2) | $ (94.4) | $ (90.7) | $ (1,159.4) |
| **Net cash flows available for capital investment** | $ 344.7 | $ 63.8 | $ 122.1 | $ 138.0 | $ 135.5 | $ 125.7 | $ 153.5 | $ 143.3 | $ 144.2 | $ 148.0 | $ 1,518.8 |
| **Investment cashflows** | | | | | | | | | | | |
| Reorganization (Capital investments) | $ - | $ (139.5) | $ (106.4) | $ (65.6) | $ (50.2) | $ (43.6) | $ (51.9) | $ (46.0) | $ (40.4) | $ (38.6) | $ (582.2) |
| Blight (excludes heavy commercial) | - | (82.0) | (46.0) | (50.0) | (50.0) | (51.0) | (52.0) | (45.0) | (25.0) | (19.0) | (420.0) |
| Hardest Hit funds & Fire escrow | - | 63.3 | 9.0 | - | - | - | - | - | - | - | 72.3 |
| PLD decommission | - | (2.5) | (5.0) | (15.0) | (10.0) | (10.0) | (10.0) | (12.5) | (10.0) | - | (75.0) |
| Contingency | - | (11.5) | (10.9) | (10.8) | (10.8) | (10.8) | (10.9) | (11.0) | (11.0) | (11.1) | (98.9) |
| Reinvestment deferrals | - | - | 20.5 | 15.2 | (2.7) | 1.5 | 7.4 | 35.3 | 3.6 | (20.5) | 60.2 |
| Total investment cashflows | $ - | $ (172.2) | $ (138.8) | $ (126.2) | $ (123.7) | $ (113.9) | $ (117.4) | $ (79.2) | $ (82.8) | $ (89.3) | $ (1,043.5) |
| **Bankruptcy-related and other cashflows** | | | | | | | | | | | |
| QOL / exit financing principal/interest payments | $ (0.7) | $ (10.3) | $ (15.8) | $ (15.8) | $ (15.8) | $ (15.8) | $ (39.8) | $ (62.4) | $ (59.6) | $ (56.9) | $ (292.9) |
| QOL / exit financing proceeds (net) | - | 212.8 | 28.6 | - | - | - | - | - | - | - | 241.4 |
| Swap interest set-aside | (45.9) | (57.8) | - | - | - | - | - | - | - | - | (103.7) |
| OPEB payments - current retirees | (143.7) | (19.0) | - | - | - | - | - | - | - | - | (162.8) |
| Escrow proceeds (2012 refunding bonds) | - | 64.7 | - | - | - | - | - | - | - | - | 64.7 |
| Working capital | 13.4 | (33.2) | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | - | - | - | 0.2 |
| Restructuring professional fees (c) | (49.4) | (127.6) | - | - | - | - | - | - | - | - | (177.0) |
| Total bankruptcy cashflows | $ (226.3) | $ 29.6 | $ 16.8 | $ (11.8) | $ (11.8) | $ (11.8) | $ (35.8) | $ (62.4) | $ (59.6) | $ (56.9) | $ (430.1) |
| **Surplus / (deficit)** | $ 118.4 | $ (78.8) | $ (0.0) | $ - | $ 0.0 | $ (0.0) | $ 0.3 | $ 1.7 | $ 1.7 | $ 1.8 | $ 45.2 |
| **Ending cash balance (a)** | $ 154.4 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.9 | $ 77.6 | $ 79.4 | $ 81.2 | $ 81.2 |

**Footnotes:**
(a) Assumes pending DPOA & DFFA deals are cash flow neutral.
(b) The impact of the first decade increase in DDOT subsidy is assumed to be offset by operational savings beyond 2023.
(c) Any incremental professional fees are assumed to be funded by escrow account subject to State approval.

City's Ex 778-002

**City of Detroit**  
Plan of Adjustment - 40 year projections  
General Fund view  
*($ in millions)*

Appendix 2a

| | Preliminary forecast | | | | Total |
|---|---|---|---|---|---|
| | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 2014-2053 |
| **Operating revenues** | | | | | |
| Municipal income tax | $ 2,770.3 | $ 3,510.0 | $ 4,590.6 | $ 6,059.3 | $ 16,930.2 |
| State revenue sharing | 2,000.5 | 2,121.0 | 2,307.1 | 2,533.2 | 8,961.8 |
| Wagering taxes | 1,732.6 | 1,905.6 | 2,105.0 | 2,325.2 | 8,068.4 |
| Property taxes | 1,074.0 | 1,369.6 | 1,640.0 | 1,903.2 | 5,986.8 |
| Utility users' taxes | 257.2 | 304.3 | 353.2 | 409.9 | 1,324.6 |
| Other revenue | 2,621.8 | 2,294.8 | 2,647.0 | 3,200.0 | 10,763.7 |
| Department revenue initiatives | 410.6 | 586.2 | 714.6 | 871.1 | 2,582.5 |
| Operating revenues | 10,866.9 | 12,091.6 | 14,357.4 | 17,301.9 | 54,617.9 |
| **Operating expenditures** | | | | | |
| Salaries/overtime/fringe (a) | (3,768.1) | (4,611.8) | (5,700.3) | (7,120.9) | (21,201.1) |
| Health benefits | (609.8) | (928.2) | (1,373.9) | (2,033.7) | (4,945.6) |
| OPEB payments - future retirees (a) | (32.2) | (37.0) | (43.2) | (51.1) | (163.4) |
| Active pension plan (a) | (347.9) | (443.6) | (547.8) | (683.4) | (2,022.6) |
| Other operating expenses (b) | (3,073.2) | (3,437.4) | (4,190.1) | (5,107.7) | (15,808.5) |
| Additional operating expenditures | (715.7) | (803.6) | (979.5) | (1,194.1) | (3,692.9) |
| Cost savings | 358.2 | 444.5 | 541.9 | 660.5 | 2,005.1 |
| Total operating expenditures | $ (8,188.7) | $ (9,816.8) | $ (12,293.0) | $ (15,530.3) | $ (45,828.9) |
| **Net operating cash flows** | $ 2,678.2 | $ 2,274.8 | $ 2,064.4 | $ 1,771.6 | $ 8,788.9 |
| **Financing cashflows** | | | | | |
| Secured debt service | $ (390.5) | $ (391.0) | $ (67.2) | - | $ (848.6) |
| Pension | (119.8) | (961.8) | (916.0) | (613.8) | (2,611.4) |
| Contributions to income stabilization fund | (17.8) | (2.2) | - | - | (20.0) |
| DWSD / other fund contributions for new notes | 53.2 | 83.6 | 65.5 | 18.9 | 221.2 |
| Note A1 (UTGO) | (327.6) | (40.8) | - | - | (368.5) |
| Note A2 (LTGO) | (55.0) | - | - | - | (55.0) |
| Note B (incl. B reserves) | (214.9) | (470.2) | (450.6) | (68.9) | (1,204.6) |
| 36DC cash payments | (2.2) | - | - | - | (2.2) |
| Note C (POC) | (84.8) | (34.9) | - | - | (119.7) |
| Total financing cashflows | $ (1,159.4) | $ (1,817.4) | $ (1,368.3) | $ (663.8) | $ (5,008.8) |
| **Net cash flows available for capital investment** | $ 1,518.8 | $ 457.4 | $ 696.1 | $ 1,107.8 | $ 3,780.1 |
| **Investment cashflows** | | | | | |
| Reorganization (Capital investments) | $ (582.2) | $ (442.7) | $ (501.4) | $ (605.3) | $ (2,131.5) |
| Blight (excludes heavy commercial) | (420.0) | - | - | - | (420.0) |
| Hardest Hit funds & Fire escrow | 72.3 | - | - | - | 72.3 |
| PLD decommission | (75.0) | - | - | - | (75.0) |
| Contingency | (98.9) | (120.9) | (143.6) | (173.0) | (536.4) |
| Reinvestment deferrals | 60.2 | 204.7 | (51.1) | (213.8) | - |
| Total investment cashflows | $ (1,043.5) | $ (358.9) | $ (696.1) | $ (992.1) | $ (3,090.6) |
| **Bankruptcy-related and other cashflows** | | | | | |
| QOL / exit financing principal/interest payments | $ (292.9) | $ (126.0) | - $ | - | $ (418.9) |
| QOL / exit financing proceeds (net) | 241.4 | 27.5 | - | - | 268.9 |
| Swap interest set-aside | (103.7) | - | - | - | (103.7) |
| OPEB payments - current retirees | (162.8) | - | - | - | (162.8) |
| Escrow proceeds (2012 refunding bonds) | 64.7 | - | - | - | 64.7 |
| Working capital | 0.2 | - | - | - | 0.2 |
| Restructuring professional fees (c) | (177.0) | - | - | - | (177.0) |
| Total bankruptcy cashflows | $ (430.1) | $ (98.5) | - $ | - | $ (528.6) |
| **Surplus / (deficit)** | $ 45.2 | $ 0.0 | $ (0.0) | $ 115.7 | $ 160.9 |
| **Ending cash balance (a)** | $ 81.2 | $ 81.2 | $ 81.2 | $ 196.9 | $ 196.9 |

*Footnotes:*

(a) Assumes pending DPOA & DFFA deals are cash flow neutral.
(b) The impact of the first decade increase in DDOT subsidy is assumed to be offset by operational savings beyond 2023.
(c) Any incremental professional fees are assumed to be funded by escrow account subject to State approval.

POA00753168

City's Ex 778-003

City of Detroit — Appendix 1c
Plan of Adjustment - 40 year projections
Adjustments since 9/25/2014
*($ in millions)*

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 40-year total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financing changes** | | | | | | | | | | | | | | | |
| QOL / exit financing proceeds (net) | - | (27.6) | 1.0 | - | - | - | - | - | - | - | (26.7) | 27.5 | - | - | 0.8 |
| QOL / exit financing principal/interest payments | - | (0.6) | - | - | - | - | - | - | - | - | (0.6) | - | - | - | (0.6) |
| Total | - | (28.2) | 1.0 | - | - | - | - | - | - | - | (27.2) | 27.5 | - | - | 0.3 |
| **FGIC settlement** | | | | | | | | | | | | | | | |
| Note C (POC) | - | (3.8) | (7.6) | (7.6) | (7.6) | (7.6) | (7.6) | (7.6) | (7.6) | (7.6) | (64.4) | (26.5) | - | - | (90.9) |
| Increased other fund reimbursements | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 1.1 | (0.2) | (0.8) | (0.1) | (0.0) |
| Increased DWSD revenue stream | - | 0.4 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 6.8 | 1.7 | (1.3) | (0.2) | 7.1 |
| Total | - | (3.3) | (6.6) | (6.6) | (6.6) | (6.6) | (6.6) | (6.6) | (6.6) | (6.6) | (56.5) | (25.0) | (2.1) | (0.3) | (83.9) |
| **Reinvestment deferrals & other differences** | | | | | | | | | | | | | | | |
| Reinvestment deferrals | - | - | 0.3 | 0.7 | 2.1 | 2.2 | (1.1) | 3.0 | 3.1 | 3.2 | 13.5 | (26.9) | (11.3) | 24.8 | 0.0 |
| Reduction in professional fees | - | 5.0 | - | - | - | - | - | - | - | - | 5.0 | - | - | - | 5.0 |
| Increased Parking EF revenue stream | - | (3.5) | 1.4 | 2.0 | 0.6 | 0.4 | 3.7 | 3.6 | 3.5 | 3.4 | 15.2 | 24.4 | 13.4 | 10.9 | 64.0 |
| Copper wire and other asset sales | - | 5.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | - | - | - | 25.0 | - | - | - | 25.0 |
| Comcast settlement | - | 25.0 | - | - | - | - | - | - | - | - | 25.0 | - | - | - | 25.0 |
| Total | - | 31.5 | 5.7 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 6.6 | 83.7 | (2.5) | 2.1 | 35.7 | 119.0 |
| **Total adjustments (post 9/25/2014)** | $ - | $ 0.0 | $ - | $ - | $ - | $ - | $ (0.0) | $ (0.0) | $ 0.0 | $ (0.0) | $ (0.0) | $ - | $ - | $ 35.4 | $ 35.4 |
| | | | | | | | | | | | | | | | |
| Original ending cash balance (9/25/2014) | $ 154.4 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.9 | $ 77.6 | $ 79.4 | $ 81.2 | $ 81.2 | $ 81.2 | $ 81.2 | $ 161.5 | $ 161.5 |
| Cumulative adjustments | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.0) | (0.0) | (0.0) | (0.0) | 35.4 | 35.4 |
| **Ending cash balance** | $ 154.4 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.9 | $ 77.6 | $ 79.4 | $ 81.2 | $ 81.2 | $ 81.2 | $ 81.2 | $ 196.9 | $ 196.9 |

POA00753167 — 10/13/2014 6:52 PM — City's Ex 778-004

City of Detroit  
Appendix 1b  
**Plan of Adjustment - 40 year projections**  
**Detail of Adjustments since 7/2/2014**  
*($ in millions)*

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 40-year total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financing changes** | | | | | | | | | | | | | | | |
| QOL / exit financing proceeds (net) | - | (39.0) | (12.3) | - | - | - | - | - | - | - | (51.2) | 27.5 | - | - | (23.7) |
| QOL / exit financing principal/interest payments | - | 3.1 | 2.2 | 2.2 | 2.2 | 30.8 | 19.4 | (5.8) | (5.6) | (5.4) | 42.9 | (15.7) | - | - | 27.2 |
| Total | - | (35.9) | (10.1) | 2.2 | 2.2 | 30.8 | 19.4 | (5.8) | (5.6) | (5.4) | (8.3) | 11.8 | - | - | 3.4 |
| **POC settlement** | | | | | | | | | | | | | | | |
| Note C (POC) | - | (5.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (84.8) | (34.9) | - | - | (119.7) |
| Non-bankruptcy settlement items | - | (5.4) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) | (0.7) | (0.6) | (0.6) | (10.9) | (6.3) | (0.3) | - | (17.5) |
| Increased other fund reimbursements | - | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 1.4 | (0.3) | (1.1) | (0.2) | (0.1) |
| Increased DWSD revenue stream | - | 0.5 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 9.0 | 2.4 | (1.6) | (0.2) | 9.5 |
| Total | - | (9.7) | (9.5) | (9.5) | (9.5) | (9.5) | (9.5) | (9.4) | (9.3) | (9.3) | (85.2) | (39.1) | (2.9) | (0.4) | (127.7) |
| **36DC settlement** | - | (0.5) | (0.4) | (0.4) | (0.4) | (0.4) | - | - | - | - | (2.2) | - | - | - | (2.2) |
| **Reinvestment deferrals & other differences** | | | | | | | | | | | | | | | |
| Contingency | - | 1.9 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.4 | 0.1 | 0.0 | - | 2.5 |
| QOL proceeds - timing | (52.5) | 52.5 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Expenditures - timing | 131.2 | (131.2) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Blight - timing | - | 20.0 | - | (10.0) | (7.0) | (3.0) | - | - | - | - | - | - | - | - | - |
| Escrow proceeds (2012 refunding bonds) | - | 44.7 | - | - | - | - | - | - | - | - | 44.7 | - | - | - | 44.7 |
| Increased Parking EF revenue stream | - | (3.5) | 1.4 | 2.0 | 0.6 | 0.4 | 3.7 | 3.6 | 3.5 | 3.4 | 15.2 | 24.4 | 13.4 | 10.9 | 64.0 |
| Copper wire and other asset sales | - | 5.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | - | - | - | 25.0 | - | - | - | 25.0 |
| Comcast settlement | - | 25.0 | - | - | - | - | - | - | - | - | 25.0 | - | - | - | 25.0 |
| Additional professional fees | - | (47.0) | - | - | - | - | - | - | - | - | (47.0) | - | - | - | (47.0) |
| Reinvestment deferrals | - | - | 14.2 | 11.8 | 7.1 | (22.3) | (17.3) | 13.3 | 12.4 | 11.3 | 30.4 | (18.2) | (40.2) | 28.0 | 0.0 |
| Other | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| Total | 78.8 | (32.6) | 20.0 | 7.7 | 4.7 | (20.9) | (9.6) | 16.9 | 16.0 | 14.7 | 95.8 | 6.4 | (26.8) | 38.9 | 114.3 |
| **Total adjustments (Post 7/2/2104)** | $ 78.8 | $ (78.8) | $ (0.0) | $ - | $ (3.1) | $ - | $ 0.3 | $ 1.7 | $ 1.0 | $ (0.0) | $ (0.0) | $ (21.0) | $ (29.7) | $ 38.5 | $ (12.2) |
| | | | | | | | | | | | | | | | |
| Original ending cash balance (7/2/2014) | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 78.7 | $ 78.7 | $ 78.7 | $ 78.7 | $ 79.4 | $ 81.2 | $ 81.2 | $ 102.2 | $ 131.9 | $ 209.1 | $ 209.1 |
| Cumulative adjustments | 78.8 | (0.0) | (0.0) | (0.0) | (3.1) | (3.1) | (2.8) | (1.0) | (0.0) | (0.0) | (0.0) | (21.0) | (50.7) | (12.2) | (12.2) |
| **Ending cash balance** | $ 154.4 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.9 | $ 77.6 | $ 79.4 | $ 81.2 | $ 81.2 | $ 81.2 | $ 81.2 | $ 196.9 | $ 196.9 |

POA00753166
City's Ex 778-005

City of Detroit                                                                                                         Appendix 1a
**Plan of Adjustment - 40 year projections**
**Bridge - 40 year adjustments since 7/2/2014**
*($ in millions)*

|  | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 40-year total |
|---|---:|---:|---:|---:|---:|
| POA (7/2/2014) surplus / (deficit) | $ 45.2 | $ 21.0 | $ 29.7 | $ 77.2 | $ 173.1 |
| **Adjustments (a):** | | | | | |
| Financing changes | (8.3) | 11.8 | - | - | 3.4 |
| POC settlement | (85.2) | (39.1) | (2.9) | (0.4) | (127.7) |
| 36DC settlement | (2.2) | - | - | - | (2.2) |
| Reinvestment deferrals & other differences | 95.8 | 6.4 | (26.8) | 38.9 | 114.3 |
| Total adjustments | (0.0) | (21.0) | (29.7) | 38.5 | (12.2) |
| **Adjusted surplus / (deficit)** | $ 45.2 | $ - | $ - | $ 115.7 | $ 160.9 |
| Original ending cash balance (7/2/2014) | $ 81.2 | $ 102.2 | $ 131.9 | $ 209.1 | $ 209.1 |
| Cumulative adjustments | (0.0) | (21.0) | (50.7) | (12.2) | (12.2) |
| **Ending cash balance** | $ 81.2 | $ 81.2 | $ 81.2 | $ 196.9 | $ 196.9 |

**Footnotes:**
(a) See next page for detailed adjustments.

# Appendices

POA00753164
10/13/2014 6:52 PM
City's Ex 778-007

**City of Detroit**  Exhibit 3b
**Plan of Adjustment - 40 year projections**
**Preliminary forecast and distributions**
*($ in millions)*

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2014-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sources** | | | | | | | | | | | |
| **Funds available for unsecured claims** | $ 138.4 | $ 56.1 | $ 95.0 | $ 94.4 | $ 94.8 | $ 92.5 | $ 68.6 | $ 69.4 | $ 55.3 | 51.8 | $ 816.3 |
| **Revenue stream from DWSD - no transaction** | | | | | | | | | | | |
| Pension | - | 65.4 | 45.4 | 45.4 | 45.4 | 45.4 | 45.4 | 45.4 | 45.4 | 45.4 | 428.5 |
| OPEB (based on 12.1% of OPEB - current retirees payments) | - | 2.6 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 21.7 |
| POC (based on 11.5% of total POC payments) | - | 0.8 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 13.6 |
| **Subtotal: Revenue stream from DWSD** | - | 68.8 | 49.4 | 49.4 | 49.4 | 49.4 | 49.4 | 49.4 | 49.4 | 49.4 | 463.8 |
| **Reimbursement from other funds** | - | (0.3) | 4.7 | 5.3 | 3.9 | 3.7 | 6.9 | 6.8 | 6.7 | 6.6 | 44.3 |
| **Grand Bargain funding** | | | | | | | | | | | |
| Foundation fundraising | - | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 164.7 |
| DIA contributions | - | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 45.0 |
| **State settlement** | - | 194.8 | - | - | - | - | - | - | - | - | 194.8 |
| **Total sources** | $ 138.4 | $ 342.7 | $ 172.4 | $ 172.4 | $ 171.3 | $ 168.9 | $ 148.2 | $ 148.9 | $ 134.7 | 131.1 | $ 1,728.9 |
| | | | | | | | | | | | |
| **Uses** | | | | | | | | | | | |
| **Retiree payments** | | | | | | | | | | | |
| PFRS pension payments | - | (114.3) | (18.3) | (18.3) | (18.3) | (18.3) | (18.3) | (18.3) | (18.3) | (18.3) | (260.7) |
| GRS pension payments | - | (188.2) | (76.9) | (76.9) | (76.8) | (76.6) | (56.5) | (56.5) | (55.2) | (54.9) | (718.5) |
| PFRS OPEB payments - current retirees | (9.1) | - | - | - | - | - | - | - | - | - | (9.1) |
| GRS OPEB payments - current retirees | (10.9) | - | - | - | - | - | - | - | - | - | (10.9) |
| **Subtotal: retiree distributions** | (20.0) | (302.5) | (95.2) | (95.2) | (95.1) | (94.9) | (74.8) | (74.8) | (73.5) | (73.2) | (999.2) |
| **Note and cash payments** | | | | | | | | | | | |
| Note A1 (UTGO) | - | (45.8) | (41.5) | (41.5) | (40.5) | (38.4) | (37.8) | (37.1) | (24.1) | (20.8) | (327.6) |
| Note A2 (LTGO) | - | (55.0) | - | - | - | - | - | - | - | - | (55.0) |
| Note B (incl. B reserves) | - | (12.6) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (25.3) | (214.9) |
| 36DC cash payments | - | (0.5) | (0.4) | (0.4) | (0.4) | (0.4) | - | - | - | - | (2.2) |
| Note C (POC) | - | (5.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (84.8) |
| **Subtotal: note and cash payments** | - | (119.0) | (77.2) | (77.2) | (76.2) | (74.0) | (73.0) | (72.4) | (59.4) | (56.1) | (684.5) |
| **Total distributions / total uses** | $ (20.0) | $ (421.5) | $ (172.4) | $ (172.4) | $ (171.3) | $ (168.9) | $ (147.9) | $ (147.2) | $ (132.9) | (129.3) | $ (1,683.7) |
| Surplus / (deficit) | $ 118.4 | $ (78.8) | $ - | $ - | $ - | $ - | $ 0.3 | $ 1.7 | $ 1.7 | 1.8 | $ 45.2 |
| **Ending cash balance (a)** | $ 154.4 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.6 | $ 75.9 | $ 77.6 | $ 79.4 | 81.2 | $ 81.2 |
| Memo: | | | | | | | | | | | |
| FY14 expenditures to be spent in FY15 | (78.8) | 78.8 | - | - | - | - | - | - | - | - | - |
| **Adjusted surplus / (deficit)** | $ 39.6 | $ - | $ - | $ - | $ - | $ - | $ 0.3 | $ 1.7 | $ 1.7 | 1.8 | $ 45.2 |

**Footnotes:**
(a) Includes 5% of budgeted expenditures as required by State law.

**City of Detroit**  
**Plan of Adjustment - 40 year projections**  
**Preliminary forecast and distributions**  
*($ in millions)*

Exhibit 3b

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2014-2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| Municipal income tax | $ 247.9 | $ 256.2 | $ 262.3 | $ 268.3 | $ 274.0 | $ 279.9 | $ 286.0 | $ 292.2 | $ 298.5 | $ 304.9 | $ 2,770.3 |
| State revenue sharing | 191.2 | 196.6 | 198.7 | 200.3 | 202.0 | 203.8 | 205.6 | 199.1 | 200.8 | 202.5 | 2,000.5 |
| Wagering taxes | 169.9 | 168.2 | 169.0 | 169.9 | 171.6 | 173.3 | 175.0 | 176.8 | 178.6 | 180.3 | 1,732.6 |
| Property taxes | 114.9 | 102.6 | 100.8 | 102.4 | 102.6 | 103.9 | 106.8 | 109.7 | 113.3 | 117.0 | 1,074.0 |
| Utility users' taxes | 20.1 | 24.5 | 24.9 | 25.5 | 26.0 | 26.4 | 26.8 | 27.2 | 27.6 | 28.0 | 257.2 |
| Sales and charges for services | 131.5 | 118.0 | 115.8 | 113.6 | 111.4 | 109.2 | 107.0 | 104.4 | 103.3 | 104.0 | 1,118.0 |
| Other revenue | 79.8 | 86.2 | 78.0 | 66.5 | 65.3 | 65.5 | 65.8 | 66.2 | 66.6 | 66.9 | 706.9 |
| General Fund reimbursements | 29.8 | 42.9 | 41.7 | 21.4 | 21.4 | 21.4 | 21.4 | 21.4 | 21.4 | 21.4 | 264.1 |
| Transfers in for UTGO | 66.5 | 62.6 | 57.7 | 57.6 | 56.5 | 54.1 | 53.4 | 52.7 | 37.7 | 33.9 | 532.8 |
| Restructuring: | | | | | | | | | | | |
| Department revenue initiatives | - | 95.2 | 45.1 | 49.7 | 52.9 | 42.5 | 46.9 | 46.8 | 51.3 | 52.5 | 482.9 |
| QOL / exit financing proceeds (net) | - | 212.8 | 28.6 | - | - | - | - | - | - | - | 241.4 |
| Total revenues | 1,051.6 | 1,365.9 | 1,122.6 | 1,075.1 | 1,083.7 | 1,080.0 | 1,094.8 | 1,096.5 | 1,099.0 | 1,111.5 | 11,180.6 |
| **Expenditures** | | | | | | | | | | | |
| Salaries/overtime/fringe - Public Safety (a) | (245.2) | (263.3) | (276.7) | (277.5) | (284.4) | (291.5) | (297.4) | (303.3) | (309.4) | (315.6) | (2,864.3) |
| Salaries/overtime/fringe - Non-Public Safety | (85.7) | (86.9) | (88.1) | (86.1) | (88.0) | (90.2) | (92.0) | (93.8) | (95.4) | (97.3) | (903.8) |
| Health benefits (b) | (173.0) | (67.1) | (52.4) | (55.9) | (60.0) | (63.6) | (66.1) | (68.7) | (71.5) | (74.3) | (752.6) |
| OPEB payments - future retirees (a) | - | (6.1) | (3.1) | (3.1) | (3.2) | (3.2) | (3.3) | (3.3) | (3.4) | (3.4) | (32.2) |
| Active pension plan (a) | - | (52.1) | (34.1) | (34.9) | (35.8) | (36.7) | (37.4) | (38.2) | (38.9) | (39.7) | (347.9) |
| Other operating expenses (c) | (291.3) | (320.1) | (326.5) | (303.5) | (304.8) | (302.0) | (302.2) | (303.3) | (309.4) | (310.3) | (3,073.2) |
| Restructuring: | | | | | | | | | | | |
| Additional operating expenditures | - | (72.6) | (45.3) | (39.9) | (35.6) | (33.0) | (33.0) | (33.3) | (32.5) | (32.1) | (357.5) |
| Escrow proceeds (2012 refunding bonds) | - | 64.7 | - | - | - | - | - | - | - | - | 64.7 |
| Working capital | 13.4 | (33.2) | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | - | - | - | 0.2 |
| Secured debt service | (35.4) | (39.4) | (39.4) | (39.4) | (39.4) | (39.4) | (39.5) | (39.5) | (39.5) | (39.6) | (390.5) |
| Contributions to income stabilization fund | - | (2.5) | (2.3) | (2.3) | (2.2) | (2.1) | (2.1) | (2.0) | (1.3) | (1.1) | (17.8) |
| Swap interest set-aside | (45.9) | (57.8) | - | - | - | - | - | - | - | - | (103.7) |
| QOL / exit financing principal/interest payments | (0.7) | (10.3) | (15.8) | (15.8) | (15.8) | (15.8) | (39.8) | (62.4) | (59.6) | (56.9) | (292.9) |
| Reorganization (Capital investments) | - | (139.5) | (106.4) | (65.6) | (50.2) | (43.6) | (51.9) | (46.0) | (40.4) | (38.6) | (582.2) |
| Restructuring professional fees | (49.4) | (127.6) | - | - | - | - | - | - | - | - | (177.0) |
| Blight (excludes heavy commercial) | - | (82.0) | (46.0) | (50.0) | (50.0) | (51.0) | (52.0) | (45.0) | (25.0) | (19.0) | (420.0) |
| PLD decommission | - | (2.5) | (5.0) | (15.0) | (10.0) | (10.0) | (10.0) | (12.5) | (10.0) | - | (75.0) |
| Contingency | - | (11.5) | (10.9) | (10.8) | (10.8) | (10.8) | (10.9) | (11.0) | (11.0) | (11.1) | (98.9) |
| Reinvestment deferrals | - | - | 20.5 | 15.2 | (2.7) | 1.5 | 7.4 | 35.3 | 3.6 | (20.5) | 60.2 |
| Total expenditures | (913.3) | (1,309.8) | (1,027.5) | (980.7) | (988.9) | (987.5) | (1,026.2) | (1,027.1) | (1,043.7) | (1,059.6) | (10,364.4) |
| **Funds available for unsecured claims** | $ 138.4 | $ 56.1 | $ 95.0 | $ 94.4 | $ 94.8 | $ 92.5 | $ 68.6 | $ 69.4 | $ 55.3 | $ 51.8 | $ 816.3 |

**Footnotes:**

(a) Assumes pending DPOA & DFFA deals are cash flow neutral.  
(b) Health benefits include $142.8m of OPEB payments for current retirees in FY 2014 ($123.8m) and FY 2015 ($19m).  
(c) The impact of the first decade increase in DDOT subsidy is assumed to be offset by operational savings beyond 2023.

POA00753162

10/13/2014 6:52 PM

City's Ex 778-009

**Plan of Adjustment - 40 year projections**
**Preliminary forecast and distributions**
*($ in millions)*

| | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 40-year total |
|---|---:|---:|---:|---:|---:|
| **Total distributions to creditors** | | | | | |
| PFRS pension (c) | $ (260.7) | $ (617.7) | $ (464.5) | (311.3) | $ (1,654.2) |
| GRS pension (c) | (718.5) | (630.4) | (474.0) | (317.7) | (2,140.7) |
| PFRS OPEB (cash) | (9.1) | - | - | - | (9.1) |
| GRS OPEB (cash) | (10.9) | - | - | - | (10.9) |
| UTGO (Note A1) | (327.6) | (40.8) | - | - | (368.5) |
| LTGO (Note A2) | (55.0) | - | - | - | (55.0) |
| Note B | | | | | |
| PFRS OPEB (incl. B reserves) | (86.3) | (188.9) | (181.0) | (27.7) | (483.9) |
| GRS OPEB (incl. B reserves) | (81.2) | (177.7) | (170.3) | (26.0) | (455.1) |
| LTGO (B reserves) | (5.9) | (12.9) | (12.4) | (1.9) | (33.2) |
| POC - Syncora | (8.0) | (17.5) | (16.8) | (2.6) | (44.8) |
| POC - FGIC (B reserves) | (25.2) | (55.2) | (52.9) | (8.1) | (141.4) |
| DDA | (1.3) | (2.7) | (2.6) | (0.4) | (7.0) |
| Other unsecured items (incl. B reserves) | (7.0) | (15.3) | (14.6) | (2.2) | (39.1) |
| 36DC cash payments | (2.2) | - | - | - | (2.2) |
| POC - Syncora (Note C) | (20.4) | (8.4) | - | - | (28.8) |
| **Total distributions to unsecured creditors** | **(1,683.7)** | **(1,794.1)** | **(1,389.2)** | **(697.8)** | **(5,564.8)** |
| Total secured debt service (including QOL/Exit financing) | (683.4) | (517.0) | (67.2) | - | (1,267.6) |
| **Total distributions to creditors** | **$ (2,367.1)** | **$ (2,311.1)** | **$ (1,456.3)** | **$ (697.8)** | **$ (6,832.4)** |
| Percentage of total revenues (including other sources) | 19.6% | 18.5% | 10.1% | 4.0% | 12.1% |

| | Claims (a) | | 40 years | | | |
|---|---:|---:|---:|---:|---:|---:|
| | $ in millions | % | Nominal (b) | % | PV @ 5.0% (b) | % |
| PFRS pension (c) | 1,250.0 | 13% | 1,325.2 | 106% | 481.8 | 39% |
| GRS pension (c) | 1,879.0 | 19% | 1,808.9 | 96% | 895.5 | 48% |
| PFRS OPEB | 2,207.8 | 23% | 493.1 | 22% | 231.1 | 10% |
| GRS OPEB | 2,095.2 | 22% | 466.0 | 22% | 219.6 | 10% |
| UTGO | 388.0 | 4% | 368.5 | 95% | 288.5 | 74% |
| LTGO | 163.5 | 2% | 88.2 | 54% | 67.6 | 41% |
| POC - Syncora | 354.4 | 4% | 73.6 | 21% | 41.3 | 12% |
| POC - FGIC (B reserves) | 1,118.8 | 12% | 232.3 | 21% | 130.4 | 12% |
| DDA | 33.6 | 0% | 7.0 | 21% | 3.2 | 10% |
| Other unsecured items | 150.0 | 2% | 39.1 | 26% | 17.9 | 12% |
| 36DC claims | 6.0 | 0% | 2.2 | 37% | 1.9 | 32% |
| Total | $ 9,646.4 | 100% | $ 4,904.0 | 51% | $ 2,378.7 | |

**Footnotes:**
(a) Subject to ongoing legal review/negotiation. Final allowed claim amounts under these categories may be materially different.
(b) Nominal pension system payments exclude $661m for PFRS and GRS (State settlement & art proceeds) for the calculation of recoveries.
(c) Retirement system pension claims based on actuarial valuation as of June 30, 2013. Assumes a 6.75% discount rate.

**City of Detroit**  Exhibit 3a
**Plan of Adjustment - 40 year projections**
**Preliminary forecast and distributions**
*($ in millions)*

| | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 40-year total |
|---|---:|---:|---:|---:|---:|
| **Sources** | | | | | |
| **Funds available for unsecured claims** | $ 816.3 | $ 1,424.2 | $ 1,301.1 | $ 779.5 | $ 4,321.1 |
| **Revenue stream from DWSD - no transaction** | | | | | |
| Pension | 428.5 | - | - | - | 428.5 |
| OPEB (based on 12.1% of OPEB - current retirees payments) | 21.7 | 44.3 | 42.4 | 6.5 | 114.8 |
| POC (based on 11.5% of total POC payments) | 13.6 | 12.4 | 8.0 | 1.2 | 35.3 |
| **Subtotal: Revenue stream from DWSD** | 463.8 | 56.7 | 50.5 | 7.7 | 578.6 |
| **Reimbursement from other funds** | 44.3 | 57.0 | 37.6 | 26.3 | 165.2 |
| **Grand Bargain funding** | | | | | |
| Foundation fundraising | 164.7 | 201.3 | - | - | 366.0 |
| DIA contributions | 45.0 | 55.0 | - | - | 100.0 |
| State settlement | 194.8 | - | - | - | 194.8 |
| **Total sources** | $ 1,728.9 | $ 1,794.1 | $ 1,389.2 | $ 813.5 | $ 5,725.7 |
| | | | | | |
| **Uses** | | | | | |
| **Retiree payments** | | | | | |
| PFRS pension payments | (260.7) | (617.7) | (464.5) | (311.3) | (1,654.2) |
| GRS pension payments | (718.5) | (630.4) | (474.0) | (317.7) | (2,140.7) |
| PFRS OPEB payments - current retirees | (9.1) | - | - | - | (9.1) |
| GRS OPEB payments - current retirees | (10.9) | - | - | - | (10.9) |
| **Subtotal: retiree distributions** | (999.2) | (1,248.1) | (938.5) | (628.9) | (3,814.8) |
| **Note and cash payments** | | | | | |
| Note A1 (UTGO) | (327.6) | (40.8) | - | - | (368.5) |
| Note A2 (LTGO) | (55.0) | - | - | - | (55.0) |
| Note B (incl. B reserves) | (214.9) | (470.2) | (450.6) | (68.9) | (1,204.6) |
| 36DC cash payments | (2.2) | - | - | - | (2.2) |
| Note C (POC) | (84.8) | (34.9) | - | - | (119.7) |
| **Subtotal: note and cash payments** | (684.5) | (546.0) | (450.6) | (68.9) | (1,750.0) |
| **Total distributions / total uses** | $ (1,683.7) | $ (1,794.1) | $ (1,389.2) | $ (697.8) | $ (5,564.8) |
| | | | | | |
| **Surplus / (deficit)** | $ 45.2 | $ - | $ - | $ 115.7 | $ 160.9 |
| **Ending cash balance (a)** | $ 81.2 | $ 81.2 | $ 81.2 | $ 196.9 | $ 196.9 |

**Footnotes:**

(a) Includes 5% of budgeted expenditures as required by State law.

**City of Detroit**  Exhibit 3a
**Plan of Adjustment - 40 year projections**
**Preliminary forecast and distributions**
*($ in millions)*

| | Growth after FY23 | 2014-2023 | 2024-2033 | 2034-2043 | 2044-2053 | 40-year total |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Municipal income tax | 2.4% - 2.8% | $ 2,770.3 | $ 3,510.0 | $ 4,590.6 | $ 6,059.3 | $ 16,930.2 |
| State revenue sharing | 0.1% - 1.7% | 2,000.5 | 2,121.0 | 2,307.1 | 2,533.2 | 8,961.8 |
| Wagering taxes | 1.0% | 1,732.6 | 1,905.6 | 2,105.0 | 2,325.2 | 8,068.4 |
| Property taxes | 1.5% - 2.2% | 1,074.0 | 1,369.6 | 1,640.0 | 1,903.2 | 5,986.8 |
| Utility users' taxes | 1.5% - 1.7% | 257.2 | 304.3 | 353.2 | 409.9 | 1,324.6 |
| Sales and charges for services | 2.0% | 1,118.0 | 1,161.2 | 1,415.5 | 1,725.5 | 5,420.2 |
| Other revenue | 2.0% | 706.9 | 747.2 | 918.3 | 1,119.7 | 3,492.1 |
| General Fund reimbursements | 2.0% | 264.1 | 238.8 | 291.1 | 354.9 | 1,149.0 |
| Transfers in for UTGO | n/a | 532.8 | 147.6 | 22.1 | - | 702.4 |
| Restructuring: | | | | | | |
| Department revenue initiatives | 2.0% | 482.9 | 586.2 | 714.6 | 871.1 | 2,654.8 |
| QOL / exit financing proceeds (net) | n/a | 241.4 | 27.5 | - | - | 268.9 |
| Total revenues | | 11,180.6 | 12,119.1 | 14,357.4 | 17,301.9 | 54,959.1 |
| **Expenditures** | | | | | | |
| Salaries/overtime/fringe - Public Safety (a) | 2.0% - 2.25% | (2,864.3) | (3,524.5) | (4,356.5) | (5,442.1) | (16,187.4) |
| Salaries/overtime/fringe - Non-Public Safety | 2.0% - 2.25% | (903.8) | (1,087.2) | (1,343.9) | (1,678.8) | (5,013.7) |
| Health benefits (b) | ~4% inflation cap beg. FY20 | (752.6) | (928.2) | (1,373.9) | (2,033.7) | (5,088.4) |
| OPEB payments - future retirees (a) | $1m per year uniform / 2% of wages non-uniform | (32.2) | (37.0) | (43.2) | (51.1) | (163.4) |
| Active pension plan (a) | 12.25% uniform / 5.75% non-uniform | (347.9) | (443.6) | (547.8) | (683.4) | (2,022.6) |
| Other operating expenses (c) | 2.0% | (3,073.2) | (3,437.4) | (4,190.1) | (5,107.7) | (15,808.5) |
| Restructuring: | | | | | | |
| Additional operating expenditures | 2.0% | (357.5) | (359.1) | (437.7) | (533.5) | (1,687.7) |
| Escrow proceeds (2012 refunding bonds) | n/a | 64.7 | - | - | - | 64.7 |
| Working capital | n/a | 0.2 | - | - | - | 0.2 |
| Secured debt service | n/a | (390.5) | (391.0) | (67.2) | - | (848.6) |
| Contributions to income stabilization fund | n/a | (17.8) | (2.2) | - | - | (20.0) |
| Swap interest set-aside | n/a | (103.7) | - | - | - | (103.7) |
| QOL / exit financing principal/interest payments | n/a | (292.9) | (126.0) | - | - | (418.9) |
| Reorganization (Capital investments) | 2.0% | (582.2) | (442.7) | (501.4) | (605.3) | (2,131.5) |
| Restructuring professional fees | n/a | (177.0) | - | - | - | (177.0) |
| Blight (excludes heavy commercial) | n/a | (420.0) | - | - | - | (420.0) |
| PLD decommission | n/a | (75.0) | - | - | - | (75.0) |
| Contingency | n/a | (98.9) | (120.9) | (143.6) | (173.0) | (536.4) |
| Reinvestment deferrals | n/a | 60.2 | 204.7 | (51.1) | (213.8) | - |
| Total expenditures | | (10,364.4) | (10,694.9) | (13,056.3) | (16,522.4) | (50,638.0) |
| **Funds available for unsecured claims** | | $ 816.3 | $ 1,424.2 | $ 1,301.1 | $ 779.5 | $ 4,321.1 |

**Footnotes:**

(a) Assumes pending DPOA & DFFA deals are cash flow neutral.

(b) Health benefits include $142.8m of OPEB payments for current retirees in FY 2014 ($123.8m) and FY 2015 ($19m).

(c) The impact of the first decade increase in DDOT subsidy is assumed to be offset by operational savings beyond 2023.

Case:17-03283-LTS  Doc#:18800-4  Filed:10/27/21  Entered:10/27/21 03:10:28  Desc:
Debtors Ex. 44  Page 14 of 16

**City of Detroit** — Exhibit 2

**Plan of Adjustment - 40 year projections**
**Recovery summary**
*($ in millions)*

### 10 Years

| Creditor | Class (a) | Claim | State settlement | DIA settlement | Cash | Notes A1 | Notes A2 | Notes B | Notes B (reserves) | Notes C | 10 year $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTGO | 7 | $164 | | | | | $55 | | $6 | | $61 |
| UTGO | 8 | $388 | | | | $328 | | | | | $328 |
| POC - Syncora (b) | 9 | $354 | | | | | | $8 | | $20 | $28 |
| POC - FGIC | 9 | $1,119 | | | | | | $25 | | $64 | $90 |
| PFRS pension | 10 | $1,250 | $96 | $165 | | | | | | | $261 |
| GRS pension (c) | 11 | $1,879 | $99 | $45 | $575 | | | | | | $719 |
| PFRS OPEB | 12 | $2,208 | | | $9 | | | $79 | $7 | | $95 |
| GRS OPEB | 12 | $2,095 | | | $11 | | | $74 | $7 | | $92 |
| DDA | 13 | $34 | | | | | | $1 | | | $1 |
| Other unsecured | 14 | $150 | | | | | | $6 | $1 | | $7 |
| 36DC | 17 | $6 | | | $2 | | | | | | $2 |
| | | $9,646 | $195 | $210 | $597 | $328 | $55 | $193 | $22 | $85 | $1,684 |

### 40 Years

| Creditor | Class (a) | Claim | State settlement | DIA settlement | Cash | Notes A1 | Notes A2 | Notes B | Notes B (reserves) | Notes C | Illustrative Recoveries $ | $ PV (d) | % | Adjusted % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LTGO | 7 | $164 | | | | | $55 | | $33 | | $88 | $68 | 41% | |
| UTGO | 8 | $388 | | | | $368 | | | | | $368 | $288 | 74% | |
| POC - Syncora (b) | 9 | $354 | | | | | | $45 | | $29 | $74 | $41 | 12% | 13% |
| POC - FGIC | 9 | $1,119 | | | | | | $141 | | $91 | $232 | $130 | 12% | 13% |
| PFRS pension | 10 | $1,250 | $96 | $233 | $1,325 | | | | | | $1,654 | $735 | 59% | 39% |
| GRS pension (c) | 11 | $1,879 | $99 | $233 | $1,809 | | | | | | $2,141 | $1,118 | 60% | 48% |
| PFRS OPEB | 12 | $2,208 | | | $9 | | | $442 | $42 | | $493 | $231 | 10% | |
| GRS OPEB | 12 | $2,095 | | | $11 | | | $416 | $40 | | $466 | $220 | 10% | |
| DDA | 13 | $34 | | | | | | $7 | | | $7 | $3 | 10% | |
| Other unsecured | 14 | $150 | | | | | | $31 | $8 | | $39 | $18 | 12% | |
| 36DC | 17 | $6 | | | $2 | | | | | | $2 | $2 | 32% | |
| | | $9,646 | $195 | $466 | $3,156 | $368 | $55 | $1,082 | $122 | $120 | $5,565 | $2,855 | | |

Notes: POC - Syncora "Includes settlement credits". PFRS pension / GRS pension "Excludes State, Foundation, and DIA funding".

### Description of notes

| Note | Face value | Interest rate | Recipients | Term | Comments |
|---|---|---|---|---|---|
| Note A1 | $287.6 | n/a | UTGO | 14 years | Represents ~87% of UTGO scheduled debt service |
| Note A2 | $55.0 | n/a | LTGO | n/a | Upfront payment; City retains the option to repay this note over 23 years |
| Note B (incl. reserves) | $632.0 | 4%, 4%, 6% | OPEB, LTGO, POC, Notes & Other unsec. | 30 years | 10 yrs interest only, and straight-line amortization thereafter |
| Note C | $88.4 | 5% | Syncora & FGIC | 12 years | $10m annual payment |

**Footnotes:**
(a) Excludes Secured Claims (Class 1 through Class 6), Convenience Claims (Class 15), and Subordinated Claims (Class 16).
(b) Distributions and illustrative recoveries do not include settlement credits in the nominal amount of $25m.
(c) Cash payments include DWSD contributions of $429m and other fund reimbursements of $94m (over the 40yr period).
(d) Present value amounts calculated assuming 5% discount rate.

POA00753158
City's Ex 778-013

## Plan of Adjustment - 40 year projections
### Assumptions
*($ in millions)*

### Plan of Adjustment - 40 year projections

| | | |
|---|---|---|
| **General Fund Cash Flows** | GF 40yr cash flows | $4.3b funds available for unsecured claims |
| | Minimum cash requirement | Based on 2 months of payroll through FY23 and the 5% cash reserve thereafter |
| | DIP financing | Quality of Life ($120m @ 3.5% assumed to be refinanced as part of exit facility) |
| | Exit financing | $160.0m tax-exempt note @ 5.75% maturing in FY30 |
| | | $115.0m taxable note @ 5.75% maturing in FY23 |
| | | Allocation and amortization are subject to tax counsel review |
| | Swap treatment | $85m settlement |
| | Contingency | Reflects 1.0% of total revenues |
| **Revenue stream from DWSD** | Pension | $429m for pension in the first 10 years |
| | OPEB | 12.1% of OPEB - current retirees payments |
| | POC | 11.5% of total POC payments |
| **Reimbursement from other funds** | Reimbursements from Parking (non-GF) and Library | |
| **DIA settlement** | Foundations | $366m over 20 years |
| | DIA | $100m over 20 years |
| **State settlement** | Contributions to pension | $195m in FY15 |
| **Unsecured Claims treatment** | | |
| LTGO (Class 7) | Note A2 and Note B reserves | $55m settlement note and $17.4m Note B reserves |
| UTGO (Class 8) | Note A1 | $288m note funded with pass-through UTGO millage |
| POC (Class 9) - Syncora | Notes C and B | $21m of Note C and $23.5m of Note B |
| POC (Class 9) - FGIC | Notes C and B | $67m of Note C and $74.2m of Note B |
| PFRS Pension (Class 10) | *State and DIA Settlements* | |
| | Contributions (years 1-10) | Estimated to be $261m from foundations / State settlement |
| | Contributions (years 11-40) | UAAL as of June 30, 2023 estimated to be ~$681m amortized over |
| | | 30yr, including contributions in second decade from DIA and foundations |
| | Discount rate | 6.75% |
| | Targeted funded status as of 2023 | 78% |
| GRS Pension (Class 11) | *State and DIA Settlements* | |
| | Contributions (years 1-10) | Estimated to be $99m from State settlement; $429m from DWSD; $45m from DIA; $146m from GF & other funds |
| | Contributions (years 11-40) | UAAL as of June 30, 2023 estimated to be ~$695m amortized over |
| | | 30yr, including contributions in second decade from DIA and foundations |
| | Discount rate | 6.75% |
| | Targeted funded status as of 2023 | 70% |
| OPEB (Class 12) | Note B, Note B reserves, and cash | $450m of Note B, $42.7m Note B reserves, and $20m cash |
| DDA (Class 13) | Note B | $4m of Note B |
| Other unsecured (Class 14) | Note B and Note B reserves | $16m of Note B and $4m Note B reserves |
| 36DC (Class 17) | Cash payment | $2.2m cash (~$500k upfront payment, and 4 equal annual payments thereafter of ~$400k) |

POA00753157 — City's Ex 778-014 — Case:17-03283-LTS Doc#:18800-4 Filed:10/27/21 Entered:10/27/21 03:10:28 Desc: Debtors Ex. 44 Page 15 of 16

This page intentionally left blank