# Debtors' Ex. 47

**Milliman Letter re PRTRS —Benefit Payment and Member Contribution Projections Reflecting the 2018 Voluntary Transition Program (February 20, 2019)**

**Debtors will file a Motion to Seal regarding Ex. 47**