# Debtors' Ex. 48

## Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021

**Debtors will file a Motion to Seal regarding Ex. 48**

Debtors' Ex. 48