# Debtors' Ex. 49

**Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan**

**Debtors will file a Motion to Seal regarding Ex. 49**

**Debtors' Ex. 49**