# Debtors' Ex. 50

Roster de empleados - 4 - enero - 2021

**Debtors will file a Motion to Seal regarding Ex. 50**