# Debtors' Ex. 51

## TRS PayGo Expense Dec 2020

**Debtors will file a Motion to Seal regarding Ex. 51**

**Debtors' Ex. 51**