# Debtors' Ex. 52

## Oversight Board Average Statistics by Pension Class (July 9, 2021)

**Debtors will file a Motion to Seal regarding Ex. 52**