# Debtors' Ex. 53

## Retiree Committee Requests - Employee Contributions for Act 447, Law 3, System 2000 and Act 3; System 2000 Balance Contributions

**Debtors will file a Motion to Seal regarding Ex. 53**

**Debtors' Ex. 53**