# Debtors' Ex. 54

**Estimated headcount by class (July 26, 2021)**

**Debtors will file a Motion to Seal regarding Ex. 54**

**Debtors' Ex. 54**