# Debtors' Ex. 55

Oversight Board POA pension classes and claim (June 24, 2021)

**Debtors will file a Motion to Seal regarding Ex. 55**

Debtors' Ex. 55