# Debtors' Ex. 56

**Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan**

**Debtors will file a Motion to Seal regarding Ex. 56**