# Debtors' Ex. 82

**Debtors' Ex. 82**

**(J.H.R. 551)**

[No. 99]

[*Approved on December 2, 2013*]

## JOINT RESOLUTION

To authorize the General Services Administration to incur in obligations up to the sum of thirty-four million dollars ($34,000,000.00 in order to acquire four (4) helicopters for use by the Puerto Rico Police; to authorize the Puerto Rico Police to negotiate a lease of such helicopters with the General Services Administration; to provide as a mechanism for the payment of such obligations the rents paid by the Puerto Rico Police for such lease; to provide the repayment of any difference between the payment of the obligation and the rents available to honor the same; and for other related purposes.

PREAMBLE

The General Services Administration is authorized to, among others, provide the necessary tools for the Executive Branch to be able to acquire non-professional quality goods and services at the lowest cost possible. To those ends, the Administration creates the necessary policies for the acquisition of goods and services made by the agencies of the Executive Branch, and it is authorized to take money on loan and to execute those contracts and instruments necessary therefor.

On the other hand, it is a commitment of this Administration to back with all support necessary the work of the Puerto Rico Police in the prevention and reduction of the crime that continues affecting the sound coexistence in our country. For that, it is necessary to grant this Body the most and best technological resources, so that it is prepared to face the criminal wave that affects us. The financing that is authorized through this Joint Resolution will allow the Puerto Rico Police to be equipped with four (4) additional helicopters, all with the latest technology available, so that it can continue the arduous work of protecting the citizens and preventing, discovering, investigating, and pursuing crime, as is their statutory and moral obligation.

Consonant therewith, this legislation seeks to authorize the General Services Administration to obtain the corresponding financing, to authorize the Puerto Rico Police to lease the helicopters acquired by the former, and to provide the mechanisms that make viable the repayment of such obligations. That, in recognition of the importance of providing the Puerto Rico Police with the necessary tools to fight crime.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- The General Services Administration is authorized to take money on loan during Fiscal Year 2013-2014 to incur in commitments and obligations up to the sum of thirty-four million dollars ($34,000,000.00), through the Government Development Bank for Puerto Rico or through financing with a private bank, under those terms and

conditions agreed to between the Government Development Bank and the General Services Administration, with the prior approval of the Office of Management and Budget. The purpose of this line of credit will be so that the General Services Administration can acquire four (4) helicopters for use by the Puerto Rico Police.

Section 2.- The Puerto Rico Police is authorized to enter into negotiations with the General Services Administration for the leasing of the four (4) helicopters mentioned in the preceding Section, under the terms and conditions agreed to with the prior consent of the Office of Management and Budget. The source of repayment of this financing will be thee rents that the Puerto Rico Police pay for the leasing of the four (4) helicopters.

Section 3.- The good faith, credit, and power to impose taxes of the Government of the Commonwealth of Puerto Rico are irrevocably pawned for the prompt payment of the principal and interest on the obligations authorized under the provisions of this Law. The Secretary of the Treasury is authorized and he is ordered to pay the principal and interest on the obligations authorized hereby, as they become due, from any funds available for such purpose in the Puerto Rico Treasury in the economic year in which such payment is required and the provisions contained in this Law in connection with the payment of the principal and interest on the obligations authorized hereby will be considered a continuing allocation so that the Secretary of the Treasury can make such payments, even if no specific allocations are made to those ends. Such payments will be made in accordance with the provisions of the laws of Puerto Rico that regulate the disbursement of public funds.

Section 4.- If any provision of this Joint Resolution or the application hereof were declared invalid, such declaration will not affect the other provisions of this law that it may have, and to those ends the provisions of this Law are inseparable.

Section 5. – This Joint Resolution will enter into effect immediately after its approval.

*Approved on December 9, 2013.*

**CERTIFICATION**
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                         January 14, 2020
Olga M. Alicea, fcci, njitce-s                            date
Fed. Cert. No. 98-005                                     Ref: OB-P1701.000