# Debtors' Ex. 85

Debtors' Ex. 85

**(J.H.R. 405)**

[No. 96]

[*Approved on November 27, 2013*]

**JOINT RESOLUTION**

To amend Section 1 of Joint Resolution No. 22-2013, in order to allocate the undistributed balance in the sum of fifty-four million six hundred one thousand six hundred dollars ($54,601,600), from the 2013 Public Improvements Fund approved through Law 47-2013; to add a Section 7 to Joint Resolution No. 22-2013, to provide that the remaining undistributed fifteen million dollars ($15,000,000) be allocated through Joint Resolution determined by the Puerto Rico Senate; to add a Section 8 to Joint Resolution No. 22-2013 to authorize the Government Development Bank for Puerto Rico to advance to the Secretariat of the Treasury the sum of thirty million dollars ($30,000,000), through the granting of a loan as authorized in Article 5 of Law 47-2013, to address the works determined by the Governor; to renumber Section 7 of Joint Resolution No. 22-2013 as Section 9; and for other purposes.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- Section 1 of Joint Resolution No. 22-2013 is amended to add paragraphs 10 through 51 to read as follows:

"The sum of one hundred million dollars ($100,000,000), from the 2013 Public Improvements Fund, is allocated to the public agencies and instrumentalities to be transferred to carry out the purposes described below:

1    …

10.   Infrastructure Financing Authority
      a.   For the development of the San Juan Linear Walk project, which will consist of a route of open spaces where the integration with our natural resources and historical monuments encourages tourism, artistic, and family life, while promoting urban and commercial revitalization through economic, social, and cultural development.                    $13,101,600

b.  For the development of the Salinas Boardwalk project, which proposes the revitalization of recreational areas on the coast where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development.   $2,500,000

c.  For the development of the Patillas Boardwalk project, which proposes the revitalization of recreational areas on the coast where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development.   $2,500,000

d.  For the development of the Santa Isabel Boardwalk project, which proposes the revitalization of recreational areas on the coast where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development.   $2,500,000

e.  For the development of the Arroyo Boardwalk project, which proposes the revitalization of recreational areas on the coast where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development.   $2,500,000

f.  For the development of the Cataño Boardwalk project, which proposes the revitalization of recreational areas on the coast where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development.   $5,000,000

g.  For the development of the Naguabo Boardwalk project, which proposes the revitalization of recreational areas on the coast where various amenities and concessions are incorporated to promote

|  |  |  |  |
|---|---|---|---|
|  |  | tourism, economic, cultural, and social development. | $2,500,000 |
|  | h. | For the development of the Boquerón Town project, which proposes the urban revitalization of recreational areas on the coast and main street of the town where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development. | $5,000,000 |
|  | i. | For the development of the La Parguera Town project, which proposes the urban revitalization of recreational areas on the coast and main street of the town where various amenities and concessions are incorporated to promote tourism, economic, cultural, and social development. | $4,000,000 |
|  |  | Subtotal | $39,601,600 |
| 11. | Municipality of Aguada | | |
|  | a. | For construction of Mini Soccer Stadium in the Mamey Ward. | 350,000 |
|  |  | Subtotal | $350,000 |
| 12. | Department of Transportation and Public Works | | |
|  | a. | For asphalt, sidewalks, and curbs on Rd. PR-467, from km. 3.1 to km 5.6, Camaseyes Ward. | 350,000 |
|  |  | Subtotal | $350,000 |
| 13. | Municipality of Añasco | | |
|  | a. | Construction of Sign at the entrance to the town center, intersection Rd. PR 402 and Rd. PR 109. | 400,000 |
|  |  | Subtotal | $400,000 |
| 14. | Municipality of Arroyo | | |
|  | a. | For permanent improvements in the Cyber Center of the Palmas District and South Train. | 150,000 |
|  | b. | For construction of municipal road infrastructure. | 175,000 |
|  |  | Subtotal | $325,000 |

| | | | |
|---|---|---|---:|
| 15. | Municipality of Bayamón | | |
| | a. | For resurfacing on Hostos Ave., Ninth Section, Santa Juanita. | 75,000 |
| | | Subtotal | $75,000 |
| 16. | Municipality of Caguas | | |
| | a. | For permanent works and improvements in infrastructure, including, but not limited to, roads, streets, schools, parks, community centers, courts, residences, electric lighting, sidewalks, or others in the Cagüeños Wards known as Bairoa, Beatriz, Borinquen, Cañabón, Cañaboncito, Pueblo, San Salvador, Tomás de Castro, and Turabo. | 500,000 |
| | b. | For permanent works and improvements to municipal infrastructure. | 350,000 |
| | | Subtotal | $850,000 |
| 17. | Municipality of Camuy | | |
| | a. | For construction or improvements to municipal road infrastructure. | 200,000 |
| | | Subtotal | $200,000 |
| 18. | Municipality of Carolina | | |
| | a. | For the study, design and construction of a flood control system for the community of Los Angeles, La Marina, and Laguna Gardens. | 500,000 |
| | | Subtotal | $500,000 |
| 19. | Municipality of Cataño | | |
| | a. | For reconstruction of a Rotunda and improvements to sports or recreational facilities in the Las Vegas Community. | 400,000 |
| | b. | Improvements to the Ramón B. López Vocational School. | 50,000 |
| | | Subtotal | $450,000 |

| | | | |
|---|---|---|---:|---:|
| 20. | Municipality of Ciales | | |
| | a. | For improvements to the Community Center in the Caliche Sector, improvements to the Recreational Center in the Cialitos Ward, improvements to the Community Center in the Pesas Ward, improvements to the Community Center in the Cordillera Ward, and improvements to the Samuel Rosario Sports Complex. | 100,000 |
| | b. | For the final construction phase of the Urban Baseball Park. | 400,000 |
| | | Subtotal | $500,000 |
| 21. | Municipality of Coamo | | |
| | a. | For an indoor batting field and construction of a skateboarding track in the Osvaldo Seda Municipal recreational area. | 200,000 |
| | | Subtotal | $200,000 |
| 22. | Municipality of Comerío | | |
| | a. | For the construction of the "Plaza Pueblo Project" in the town center. | 500,000 |
| | | Subtotal | $500,000 |
| 23. | Municipality of Corozal | | |
| | a. | For construction or improvements to the municipal road infrastructure. | 200,000 |
| | | Subtotal | $200,000 |
| 24. | Municipality of Culebra | | |
| | a. | For construction of the final phase of the Government Center. | 200,000 |
| | b. | For the construction of the second phase of the Activities Center - Municipal Amphitheater. | 300,000 |
| | | Subtotal | $500,000 |

| | | | |
|---|---|---|---|
| 25. | Municipality of Guayama | | |
| | a. | For permanent improvements to resurface streets and roads in neighborhoods and urbanizations. | 200,000 |
| | b. | For construction or improvements to the municipal road infrastructure. | 325,000 |
| | | Subtotal | $525,000 |
| 26. | Municipality of Guayanilla | | |
| | a. | For paving the urban area and several Municipal Wards. | 200,000 |
| | b. | For the construction of the Julio Rojas Reyes Water Park. | 300,000 |
| | | Subtotal | $500,000 |
| 27. | Municipality of Guaynabo | | |
| | a. | For classroom improvements at the Margarita Janer School. | 25,000 |
| | | Subtotal | $25,000 |
| 28. | Municipality of Hatillo | | |
| | a. | Construction or improvements to the municipal road infrastructure. | 200,000 |
| | | Subtotal | $200,000 |
| 29. | Municipality of Hormigueros | | |
| | a. | For the construction of the Marketplace. | 100,000 |
| | b. | For improvements to the swimming pools of the municipal sports complex. | 200,000 |
| | | Subtotal | $300,000 |
| 30. | Municipality of Isabela | | |
| | a. | For permanent works and improvements. | 100,000 |
| | | Subtotal | $100,000 |
| 31. | Municipality of Jayuya | | |
| | a. | For the construction of a Children's Park in Jayuya Abajo Ward. | 100,000 |

|     |     |                                                                                                                                                                                                                                                                |         |          |
| --- | --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------- | -------- |
|     | b.  | For the construction of the first phase of the agro-tourism project in the Mameyes Ward.                                                                                                                                                                       |         | 400,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | $500,000 |
| 32. | Municipality of Juana Díaz |                                                                                                                                                                                                                                  |         |          |
|     | a.  | For permanent works and improvements in the Río Cañas Abajo Ward, Río Cañas Arriba, Cristina and Guayabal Community and the construction of outdoor gyms in the recreational areas of these Wards.                                                             |         | 100,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | $100,000 |
| 33. | Municipality of Juncos |                                                                                                                                                                                                                                      |         |          |
|     | a.  | For permanent improvements to the municipal landfill.                                                                                                                                                                                                          |         | 500,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | 500,000  |
| 34. | Municipality of Lajas |                                                                                                                                                                                                                                       |         |          |
|     | a.  | For construction of the municipal road infrastructure.                                                                                                                                                                                                         |         | 300,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | 300,000  |
| 35. | Municipality of Las Marías |                                                                                                                                                                                                                                  |         |          |
|     | a.  | For permanent works and improvements                                                                                                                                                                                                                           |         | 100,000  |
|     | b.  | For construction of the municipal road infrastructure.                                                                                                                                                                                                         |         | 300,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | $400,000 |
| 36. | Municipality of Luquillo |                                                                                                                                                                                                                                    |         |          |
|     | a.  | For construction of the municipal road infrastructure.                                                                                                                                                                                                         |         | 200,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | $200,000 |
| 37. | Municipality of Maunabo |                                                                                                                                                                                                                                     |         |          |
|     | a.  | For the reconstruction of the athletic track.                                                                                                                                                                                                                  |         | 100,000  |
|     | b.  | For construction or improvements of sports or recreational facilities.                                                                                                                                                                                         |         | 400,000  |
|     |     | Subtotal                                                                                                                                                                                                                                                       |         | $500,000 |

| | | | |
|---|---|---|---|
| 38. | Municipality of Mayagüez | | |
| | a. | For permanent works and improvements to the Recreation and Sports Palace. | 100,000 |
| | b. | For works and improvements to the Eugenio María de Hostos Airport. | 500,000 |
| | | Subtotal | $600,000 |
| 39. | Municipality of Patillas | | |
| | a. | For the reconstruction of recreational facilities in the Los Pollos Ward. | 100,000 |
| | | Subtotal | $100,000 |
| 40. | Municipality of Peñuelas | | |
| | a. | For construction of the community center in Tallaboa Encarnación. | 200,000 |
| | b. | For rehabilitation and reconstruction of the Cliden Feliciano Athletic Track in the Cuevas Ward. | 475,000 |
| | | Subtotal | $675,000 |
| 41. | Municipality of Quebradillas | | |
| | a. | For permanent works and improvements to the Baseball park of the Cocos Ward. | 100,000 |
| | b. | For construction of the Terranova Ward Community Center. | 100,000 |
| | c. | For improvements and expansion of the Raymond Dalmau Coliseum. | 300,000 |
| | d. | For improvements to the Terranova Ward Baseball Park. | 200,000 |
| | | Subtotal | $700,000 |
| 42. | Municipality of Río Grande | | |
| | a. | For remodeling of the Don Cheo Building for an electronic and traditional Library and Municipal Services Offices. | 400,000 |
| | | Subtotal | 400,000 |

| | | | |
|---|---|---|---|
| 43. | | Municipality of Sábana Grande | |
| | a. | For works and improvements and/or asphalt. | 100,000 |
| | b. | For construction or improvements of municipal or state facilities or municipal road infrastructure. | 300,000 |
| | | Subtotal | $400,000 |
| 44. | | Municipality of Salinas | |
| | a. | For permanent improvements to the recreational facilities of the Alcadio Maldonado community and other recreational facilities. | 100,000 |
| | b. | For improvements to the access road to the Playita Ward. | 300,000 |
| | | Subtotal | $400,000 |
| 45. | | Municipality of San Germán | |
| | a. | For permanent works and improvements to the Luis Muñoz Marín Marketplace. | 100,000 |
| | b. | For the remodeling of the field of the Rosario Ward. | 100,000 |
| | c. | For rehabilitation of the Building to locate the Municipal Historical Archive and classrooms of the School of Fine Arts. | 400,000 |
| | | Subtotal | $600,000 |
| 46. | | Municipality of San Lorenzo | |
| | a. | For construction or improvements to the municipal road infrastructure. | 200,000 |
| | | Subtotal | $200,000 |
| 47. | | Municipality of Toa Baja | |
| | a. | For the construction of a walking path and lighting in the Villa Marisol Community | 75,000 |
| | | Subtotal | $75,000 |

48. Municipality of Trujillo Alto
    a. For the installation of an Outdoor Gymnasium in the Equestrian Family Park of the Lomas de Trujillo Urb., University City Urb., and Ciudad del Lago Urb., improvements to the walking path in the recreational facilities in Inter-American urbanization.      200,000
    b. For construction of the municipal road infrastructure.      200,000
       Subtotal      $400,000

49. Municipality of Vieques
    a. For the construction of the La Ceiba recreational area in the Mosquito Ward      400,000
       Subtotal      $400,000

50. Municipality of Villalba
    a. For the construction of the Softball Park in the Jagueyes Ward.      300,000
       Subtotal      $300,000

51. Municipality of Yabucoa
    a. For the construction of the little league park in the Jácanas Ward.      200,000
       Subtotal      $200,000
       Total Allocated      $85,000,000
       Undistributed Balance      $15,000,000
       Grand Total      $100,000,000"

Section 2.-A Section 7 is added to Joint Resolution No. 22-2013, which will read as follows:

"The undistributed remainder of fifteen million dollars ($15,000,000) identified in Section 1 of this Joint Resolution will be allocated through Joint Resolution determined by the Puerto Rico Senate."

Section 3.-A Section 8 is added to Joint Resolution No. 22-2013, which will read as follows:

"The Government Development Bank will arrange for or grant, subject to the approval of its Board of Directors, and the terms and conditions agreed upon

between the President of the Government Development Bank and the Director of the Office of Management and Budget, a line of credit or some other alternate financing mechanism, of up to thirty million dollars ($30,000,000), in accordance with the mechanisms that were authorized in Section 5 of Law No. 47-2013, to address those works determined by the Governor."

Section 4.- Section 7 of Joint Resolution No. 22-2013 is renumbered as Section 9.

Section 5.- This Joint Resolution will enter into effect immediately after its approval.

*Approved on November 27, 2013.*

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                              January 14, 2020
Olga M. Alicea, fcci, njitce-s                                      date
Fed. Cert. No. 98-005                                         Ref: OB-P1701.000