# Debtors' Ex. 90

Debtors' Ex. 90

I, BERNARDO FIGUEREDO, Executive Vice President of Equity Publishing Corporation, DO HEREBY CERTIFY: That the copies of the Acts and Resolutions of the Second Regular Session and the Second, Third, Fourth, Fifth and Sixth Special Sessions of the Ninth Legislature of the Commonwealth of Puerto Rico, March 23, 1982, to January 12, 1983, herein inserted, are correct transcripts of the text of the original of such Acts and have been checked against the original of such Acts submitted to Equity Publishing Corporation by the Department of State.

Given under my hand at Orford, New Hampshire, this 25th day of January in the year of our Lord one thousand nine hundred and eighty-four.

        EQUITY PUBLISHING CORPORATION

        *Bernardo Figueredo*

              Executive Vice President

Aug. 12         VEHICLES—LICENSE; FEES        Act No. 9

| *If the net income subject to taxation is:* | *The tax shall be:* |
|---|---|
| Over $150,000 but not over $200,000 .................................... | $76,480.20 plus 62.37 percent of the excess over $150,000 |
| Over $200,000 ............................... | $107,665.20 plus 63.99 percent of the excess over $200,000." |

Section 2.—Effectiveness—This act shall take effect immediately after its approval.

*Approved August 12, 1982.*

---

Vehicles and Traffic—Automobile Licenses; Fee Increases

(H.B. 600)

[No. 9]

[*Approved August 12, 1982*]

AN ACT

To amend Section 15-101, and Subsections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 and 21 of Section 15-102 of Act No. 141, approved July 20, 1960, as amended, the Vehicle and Traffic Law of Puerto Rico, in order to increase the fees to be paid for licenses for private and public service automobiles, and for other purposes.

*Be it enacted by the Legislature of Puerto Rico:*

Section 1.—Section 15-101 of Act No. 141, approved July 20, 1960, as amended,[19] is hereby amended to read as follows:

"Section 15-101.—Procedure for the Payment of Fees—

Every owner of a motor vehicle subject to the payment of annual license fees shall pay at the Internal Revenue Office of any municipality the fees corresponding to the vehicle for each fiscal year, as indicated in the notice that the Secretary shall send him for such purpose. The fees for this account shall be paid, in advance, for the whole fiscal year or for the remaining part thereof,

---

[19] 9 L.P.R.A. § 1851.

Act No. 9            4th SPECIAL SESSION—9th ASSEMBLY            Aug. 12

on the date said fees fall due, with fractions of the month being counted as complete months. This provision shall only apply to motor vehicles paying more than forty (40) dollars per year for license fees. The final amount to be paid after the deduction shall never be less than forty (40) dollars. On receipt of the corresponding fees, the Collector shall issue a Motor Vehicle License, consisting of the notice form issued by the Secretary, with the proper notes and the Collector's signature, showing that the fees have been paid. Together with the license, the Collector shall hand over the proper sticker and/or number plate, as the case may be.

In the case of examination fees, including learner's permits, issuing of duplicate licenses, renewal of driving licenses, vehicle transfers, and any other collection of fees, payment vouchers of the Secretary of the Treasury of Puerto Rico shall be used.

The amount of the fees collected under Sections 15-101 and 15-102 of this act[20] shall be covered into the General Fund of the Treasury of the Commonwealth of Puerto Rico.

The Secretary of the Treasury may delegate on the Secretary of Transportation and Public Works the duty of collecting fees."

Section 2.—Subsections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 and 21 of Section 15-102 of Act No. 141 approved July 20, 1960, as amended,[21] are hereby amended to read as follows:

"Section 15-102.—Fees to be Paid—

1. (a) The fees to be paid for private service automobiles registered prior to the effective date of this act:

    (i) If the license fee for fiscal year 1982–83 pursuant to the previous act should be $25.00 per year, or fraction thereof ......................... $ 40.00

    (ii) If the license fee for fiscal year 1982–83 pursuant to the previous act should be less than $25.00, in successive years the fee shall be ................................................................ 25.00

    (iii) Those registered after the effective date of this act, per year ............................................ 40.00

  (b) For public service automobiles registered prior to the effective date of this act:

---

[20] 9 L.P.R.A. §§ 1851, 1852.
[21] 9 L.P.R.A. § 1852.

  (i) If the license fee for fiscal year 1982–83 pursuant to the previous act were $25.00 per year, or per fraction of year .......................... $ 40.00

  (ii) If the license fee for fiscal year 1982–83 pursuant to the previous act were less than $25.00 per year, the corresponding fee pursuant to the previous act shall continue to be paid in the successive years.

  (iii) Automobiles registered after the effective date of this act, per year ................................. 40.00

 The license fees for private service automobiles, starting with the fifth year of registry after the initial registration, if higher than $25, shall pay $25 per year. Provided, that with regard to the license fees for public service automobiles, beginning with the fifth year after the initial registration, if it were more than $10, shall pay $10 per year.

 2. For drive-yourself automobiles, per year ................ $ 97.50

 3. For school busses engaged in the exclusive transportation of students, of twenty (20) passengers or more, per year ...................................................... 70.00

 4. For public service busses of ten (10) to twenty-four (24) passengers, per year ................................. 92.00

 5. For public service busses of ten (10) to twenty-four (24) passengers, operated only in the municipalities of Vieques and Culebra, per year .............. 81.00

 6. For public service busses of twenty-four (24) passengers or more, operated only in the municipalities of Vieques and Culebra, per year .................... 97.50

 7. For public service busses of twenty-four (24) passengers or more, per year ........................................ 147.00

 8. For tractors or haulers weighing one ton or less, per year .................................................................. 25.00

 9. For tractors or haulers weighing more than one ton, but not more than two (2) tons, per year ...... 40.00

 10. For tractors or haulers weighing more than two tons, but not more than three (3) tons, per year .... 65.00

Act No. 9        4th SPECIAL SESSION—9th ASSEMBLY        Aug. 12

11. For tractors or haulers weighing more than three (3) tons, but not more than four (4) tons, per year .................................................................... 215.00
12. For tractors or haulers weighing
   (i) more than four (4) tons, but not more than five (5) tons, per year .................................... 315.00
   (ii) more than five, but not more than eight (8) tons, per year .................................................. 415.00
   (iii) more than eight (8), but not more than ten (10) tons, per year ......................................... 515.00
   (iv) more than ten (10) tons, per year .................. 715.00
13. For trailers or semitrailers designed to carry freight on their structure and be drawn by another motor vehicle:
   (i) up to a total capacity of cargo not to exceed two tons, without including trailer homes or offices, per year ................................................ 25.00
   (ii) in excess of two tons, without including trailer homes or offices, per year .................... 65.00
   (iii) used as trailer offices, per year ...................... 165.00
   (iv) used as trailer homes ...................................... 16.00
   (v) used by farmers, poultry and livestock producers in agricultural labor, with the previous certification of the Secretary of Agriculture ................................................................... 1.00
14. For a motorcycle license, per year ......................... 21.00
15. For a license for motorcycles equipped to transport merchandise of any kind, per year ................. 33.00
16. For a license for commercial vehicles engaged in private service, per year ........................................... 51.00
17. For a license for commercial vehicles engaged in public service, per year ............................................. 70.00
18. For a license for heavy motor vehicles engaged in private service and having a load capacity of more than one (1) ton, but not exceeding two tons, per year ....................................................................... 75.00
19. For a license for heavy motor vehicles engaged in public service and having a load capacity of more

    than two (2) tons, but not exceeding six (6) tons, per year .................................................................... 111.00

20. For a license for heavy motor vehicles engaged in public service and having a load capacity of more than one (1) ton, but not exceeding two (2) tons, per year .................................................................... 92.00

21. For a license for heavy motor vehicles engaged in public service and having a load capacity of more than two (2) tons, but not exceeding six (6) tons, per year .................................................................... 125.00."

Section 3.—

The total proceeds of the fifteen dollar ($15.00) increase in the fees to be paid for public and private automobile licenses shall be covered into a Special Deposit in behalf and for the benefit of the Highways Authority of Puerto Rico, to be used by the Authority for its corporate purposes. Said Authority is hereby authorized to pledge or pignorate the proceeds of the collection thus received, to the payment of the principal and interest on bonds and other obligations of the Authority, or for any other legal purpose of the Authority; and said pledge or pignoration shall be subject to the provisions of Section 8 of Article VI of the Constitution of Puerto Rico;[22] Provided, however, That the proceeds of said collection shall only be used for the payment of interest and the amortization of the public debt, as provided in said Section 8, until the other resources available, referred to in said section, are insufficient for such purposes, otherwise, the proceeds of said collection in the amount that is necessary shall be used solely for the payment of the principal and interest on bonds and other obligations of the Authority, and to meet whatever other stipulations are agreed upon between the Authority and the holders of said bonds or other obligations.

    The Commonwealth of Puerto Rico hereby agrees and pledges itself to any person, firm or corporation, or to any agency of the United States of America or of any State, or the Commonwealth of Puerto Rico, who subscribes, or acquires bonds of the Highways Authority of Puerto Rico, for the payment of which the proceeds from the increase in the fees paid for public and private service automobile licenses and others, is pignorated as authorized by this article, not to reduce these license fees.

---

[22] Prec. Title 1 L.P.R.A.

Act No. 9     4th SPECIAL SESSION—9th ASSEMBLY     Aug. 12

Section 4.—This act shall take effect immediately after its approval, but its provisions shall apply to the fiscal years commencing after June 30, 1982.

*Approved August 12, 1982.*

---

Government Bonds—Interest; Increase

(H.B. 483)

[No. 10]

[*Approved August 13, 1982*]

AN ACT

To amend Section 1 of Act No. 14 of April 17, 1972, as amended, to fix the maximum rate of interest of fifteen percent (15%) to bonds, promissory notes, and other debentures of the Commonwealth of Puerto Rico, its municipalities, political subdivisions thereof, and the public corporations and instrumentalities of the Commonwealth of Puerto Rico and its municipalities.

*Be it enacted by the Legislature of Puerto Rico:*

Section 1.—Section 1 of Act No. 14 of April 17, 1972, as amended,[23] is hereby amended to read as follows:

"Section 1.—

Bonds, promissory notes and other debentures to be issued by the Commonwealth of Puerto Rico, the municipalities of Puerto Rico, the political subdivisions thereof and instrumentalities of the Commonwealth of Puerto Rico, shall bear interest at a rate or rates that shall not exceed fifteen percent (15%) per annum, and the same may not be sold at a price or prices of less than ninety-five percent of its par value. Provided, that the interest rate or rates referred to herein shall not exceed twelve percent (12%) in the case of bonds, promissory notes and other debentures issued after June 30, 1983."

Section 2.—This act shall take effect immediately after its approval. The provisions contained in Section 1 shall apply to the obligations issued after the date of approval of this act and shall not

---

[23] 13 L.P.R.A. § 56.