# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONTINUED EXHIBITS OF THE DRA PARTIES

**To the Honorable United States District Court Judge Laura Taylor Swain:**

AmeriNational Community Services, LLC (the "**Servicer**"), as servicer for the GDB Debt Recovery Authority (the "**DRA**"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "**Collateral Monitor**" and, together with the Servicer, collectively, the "**DRA Parties**"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with bonds the DRA issued, respectfully submit their Continued Exhibits List for the Confirmation Hearing in accordance with paragraph 5 of the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment*, Dkt. No. 18502 (the "**Trial Procedures Order**") and paragraphs 1 through 4 of the *Order Regarding Confirmation Hearing Exhibit Procedures*, Dkt.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

1

No. 18749 (the "**Exhibit Procedures Order**", and collectively with the Trial Procedures Order, the "**Orders**").[2]

1. Pursuant to the Orders, the DRA Parties submit this Continued Exhibit List, setting forth the exhibits attached to this filing, as described in *The DRA Parties' Confirmation Hearing Amended Exhibit List* ("**Amended Exhibit List**"), Dkt. No. 18768 filed in connection herewith and incorporated in its entirety as if set forth in full herein.

## Continued Exhibit List

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 250 | 2020 COFINA Fiscal Plan dated June 19, 2020 |
| DRA Ex. 251 | Certified Budget for the Commonwealth of Puerto Rico, Fiscal Year 2022, dated June 30, 2021 |
| DRA Ex. 252 | Debtors' Preliminary List of Witnesses to Be Offered in Support of Confirmation of Plan of Adjustment |
| DRA Ex. 253 | Reporte R0334- Crudita<br>AAFAF_CONF_0006284 |
| DRA Ex. 254 | PRIFAS Control Sheet dated May 27, 2020<br>AAFAF_CONF_0006285 |
| DRA Ex. 255 | HTA Vouchers received February 15 and September 14, 2017<br>AAFAF_CONF_0006291 |
| DRA Ex. 256 | PRIFAS Control Sheet dated April 15, 2020<br>AAFAF_CONF_0006297 |
| DRA Ex. 257 | PRIFAS Control Sheet dated April 29, 2020<br>AAFAF_CONF_0006300 |
| DRA Ex. 258 | Email Chain Re: HTA – Bank Account dated March 31, 2019<br>Ambac_Cash_2004_002 0022578 |
| DRA Ex. 259 | Oriental Bank Statement for HTA dated December 31, 2019<br>Ambac_Cash_2004_002 0022582 |
| DRA Ex. 260 | Oriental Bank Statement for HTA dated June 30, 2019<br>Ambac_Cash_2004_002 0022585 |
| DRA Ex. 261 | Oriental Bank Statement for HTA dated September 30, 2019<br>Ambac_Cash_2004_002 0022589 |
| DRA Ex. 262 | Email Chain Re: HTA – Bank Account dated October 10, 2019<br>Ambac_Cash_2004_002 0019984 |

---

[2] Unless otherwise indicated, all docket references herein refer to the docket of Case No. 17-BK-3283 (LTS).
[3] The descriptions provided herein are for reference only and are not meant to be comprehensive.

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 263 | Entidades Oficiales ELA - Custodia Hacienda Part 2<br>Ambac_Cash_2004_002 0023051 |
| DRA Ex. 264 | Oriental Bank Statement for HTA dated June 30, 2020<br>Ambac_Cash_2004_002 0031934 |
| DRA Ex. 265 | Puerto Rico Department of Treasury TSA March and Third Quarter FY 2018 Cash Flow<br>CW_STAY0000203 |
| DRA Ex. 266 | Administrative Bulletin OE-2015-046<br>CW_STAY0000954 |
| DRA Ex. 267 | PRIFAS Codes Index<br>CW_STAY0010548 |
| DRA Ex. 268 | Undated Letter from OMB responding to Appendix B Request 4 from the Board attaching charts of Revenue Accounts, Expense Accounts, and Accounts Held at Nongovernmental Banks<br>CW_STAY0034228 |
| DRA Ex. 269 | Fund 278 PRIFAS Export<br>CW_STAY0048545 |
| DRA Ex. 270 | Fund 278 Account Mapping<br>CW_STAY0049729 |
| DRA Ex. 271 | Funds 793 and 278 Voucher Tabulation<br>CW_STAY0049730 |
| DRA Ex. 272 | Diesel Revenues Fiscal Year 2015-2016<br>BDO PR_000068 |
| DRA Ex. 273 | Gasoline Revenues Fiscal Year 2015-2016<br>BDO PR_000025 |
| DRA Ex. 274 | Audit Workpaper re Treasury Letter to BDO dated Aug. 6, 2018<br>BDO PR_000117 |
| DRA Ex. 275 | Audit Workpaper re Treasury Letter to BDO dated December 12, 2018<br>BDO PR_000092 |
| DRA Ex. 276 | Email re: "FW: Item no. 11 - Analysis of the subsquent collections from the Department of the Treasury corresponding to FY 18 and the related PCA to record the bad debt reserva at<br>6/30/18." dated October 31, 2018<br>BDO PR_000170 |
| DRA Ex. 277 | Email re: "Certificacion de Hacienda" dated July 20, 2017<br>BDO PR_000164 |
| DRA Ex. 278 | 278 Fund Accreditation FY 2014-2015<br>HTA_STAY0000207 |
| DRA Ex. 279 | 278 Fund Accreditation November 2015 – December 2019<br>HTA_STAY0008372 |
| DRA Ex. 280 | 278 Fund Accreditation November 2015-November 2020<br>HTA_STAY0054675 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 281 | Email re: "02-06-2018 Detailed Excise Taxes and License Fees Revenues 2016 - 2017 (Auditoria FY16-17)" dated February 6, 2018. BDO PR_002314 |
| DRA Ex. 282 | HTA Gasoline Excise Tax Revenues FY 2015-2016 HTA_STAY0000223 |
| DRA Ex. 283 | HTA Vouchers dated March 24-May 18, 2015 HTA_STAY0000454 |
| DRA Ex. 284 | Treasury Transfer Authorizations April-December 2015 HTA_STAY0000614 |
| DRA Ex. 285 | HTA Vouchers and Treasury Authorizations June 2015-February 2016 HTA_STAY0000628 |
| DRA Ex. 286 | HTA Audited Financial Statements for Year Ended June 30, 2015 HTA_STAY0000654 |
| DRA Ex. 287 | Treasury Authorizations January-December 2015 HTA_STAY0007985 |
| DRA Ex. 288 | BNY Mellon Account -8281 Statement June 2015 HTA_STAY0008494 |
| DRA Ex. 289 | BNY Mellon Account -8282 Statement June 2015 HTA_STAY0008496 |
| DRA Ex. 290 | BNY Mellon Account -0267 Statement July 2015 HTA_STAY0008764 |
| DRA Ex. 291 | BNY Mellon Account -0461 Statement August 2015 HTA_STAY0008953 |
| DRA Ex. 292 | BNY Mellon Account -5474 Statement October 2015 HTA_STAY0009259 |
| DRA Ex. 293 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Feb. 2016 HTA_STAY0011917 |
| DRA Ex. 294 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2015 HTA_STAY0011921 |
| DRA Ex. 295 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jun. 2016 HTA_STAY0011931 |
| DRA Ex. 296 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2015 HTA_STAY0011945 |
| DRA Ex. 297 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jan. 2015 HTA_STAY0011959 |
| DRA Ex. 298 | Bank Reconciliation by the HTA Accounting Office for September 2016 HTA_STAY0012043 |
| DRA Ex. 299 | Oriental Bank Statement for HTA dated Jan. 31, 2015 HTA_STAY0012679 |
| DRA Ex. 300 | Oriental Bank Statement for HTA dated Feb. 28, 2015 HTA_STAY0012691 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 301 | Oriental Bank Statement for HTA dated Mar. 31, 2015 HTA_STAY0012701 |
| DRA Ex. 302 | Oriental Bank Statement for HTA dated Apr. 30, 2015 HTA_STAY0012716 |
| DRA Ex. 303 | Oriental Bank Statement for HTA dated May. 31, 2015 HTA_STAY0012729 |
| DRA Ex. 304 | Oriental Bank Statement for HTA dated Jun. 30, 2015 HTA_STAY0012742 |
| DRA Ex. 305 | Oriental Bank Statement for HTA dated Jul. 31, 2015 HTA_STAY0012756 |
| DRA Ex. 306 | Oriental Bank Statement for HTA dated Aug. 31, 2015 HTA_STAY0012776 |
| DRA Ex. 307 | Oriental Bank Statement for HTA dated Sept. 30, 2015 HTA_STAY0012793 |
| DRA Ex. 308 | Oriental Bank Statement for HTA dated Oct. 31, 2015 HTA_STAY0012803 |
| DRA Ex. 309 | Oriental Bank Statement for HTA dated Nov. 30, 2015 HTA_STAY0012806 |
| DRA Ex. 310 | Economic Factors and Fiscal Year 2017 Budget, dated Dec. 22, 2017 HTA_STAY0028739 |
| DRA Ex. 311 | BNY Mellon Account -8281 Statement Feb. 2015 HTA_STAY0031520 |
| DRA Ex. 312 | BNY Mellon Account -8281 Statement Mar. 2014-Feb. 2015 HTA_STAY0031601 |
| DRA Ex. 313 | BNY Mellon Account -8282 Statement Mar. 2014-Feb. 2015 HTA_STAY0031681 |
| DRA Ex. 314 | BNY Mellon Account -8281 Account Overview and Statement Feb. 2015 HTA_STAY0031686 |
| DRA Ex. 315 | BNY Mellon Account -8282 Statement Mar. 2015 HTA_STAY0031764 |
| DRA Ex. 316 | BNY Mellon Account -8281 Statement Mar. 2015 HTA_STAY0031768 |
| DRA Ex. 317 | BNY Mellon Account -8282 Statement Apr. 2015 HTA_STAY0031848 |
| DRA Ex. 318 | BNY Mellon Account -8281 Statement Apr. 2015 HTA_STAY0031850 |
| DRA Ex. 319 | BNY Mellon Account -8282 Statement May 2015 HTA_STAY0031933 |
| DRA Ex. 320 | BNY Mellon Account -8281 Statement May 2015 HTA_STAY0031935 |
| DRA Ex. 321 | BNY Mellon Account -8282 Statement Sept. 2015 HTA_STAY0032338 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 322 | BNY Mellon Account -8281 Statement Sept. 2015 HTA_STAY0032340 |
| DRA Ex. 323 | BNY Mellon Account -8282 Statement Nov. 2015 HTA_STAY0032485 |
| DRA Ex. 324 | BNY Mellon Account -8281 Statement Nov. 2015 HTA_STAY0032487 |
| DRA Ex. 325 | Oriental Bank Statement for HTA dated Jan. 31, 2019 HTA_STAY0046981 |
| DRA Ex. 326 | Oriental Bank Statement for HTA dated Jan. 31, 2020 HTA_STAY0046984 |
| DRA Ex. 327 | Oriental Bank Statement for HTA dated Feb. 28, 2019 HTA_STAY0046996 |
| DRA Ex. 328 | Oriental Bank Statement for HTA dated Apr. 30, 2019 HTA_STAY0047026 |
| DRA Ex. 329 | Oriental Bank Statement for HTA dated May 31, 2019 HTA_STAY0047039 |
| DRA Ex. 330 | Oriental Bank Statement for HTA dated Jul. 31, 2019 HTA_STAY0047066 |
| DRA Ex. 331 | Oriental Bank Statement for HTA dated Aug. 31, 2019 HTA_STAY0047076 |
| DRA Ex. 332 | Oriental Bank Statement for HTA dated Oct. 31, 2019 HTA_STAY0047102 |
| DRA Ex. 333 | Oriental Bank Statement for HTA dated Nov. 30, 2019 HTA_STAY0047115 |
| DRA Ex. 334 | Oriental Bank Statement for HTA dated Apr. 30, 2030 HTA_STAY0049927 |
| DRA Ex. 335 | Oriental Bank Statement for HTA dated Feb. 29, 2020 HTA_STAY0049936 |
| DRA Ex. 336 | Oriental Bank Statement for HTA dated Jul. 31, 2020 HTA_STAY0049948 |
| DRA Ex. 337 | Oriental Bank Statement for HTA dated Mar. 31, 2020 HTA_STAY0049956 |
| DRA Ex. 338 | Oriental Bank Statement for HTA dated May. 31, 2020 HTA_STAY0049959 |
| DRA Ex. 339 | Oriental Bank Statement for HTA dated Oct. 31, 2020 HTA_STAY0049966 |
| DRA Ex. 340 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2014 HTA_STAY0050791 |
| DRA Ex. 341 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Aug. 2014 HTA_STAY0050793 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 342 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Sept. 2014<br>HTA_STAY0050795 |
| DRA Ex. 343 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Oct. 2014<br>HTA_STAY0050797 |
| DRA Ex. 344 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Nov. 2014<br>HTA_STAY0050799 |
| DRA Ex. 345 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2014<br>HTA_STAY0050801 |
| DRA Ex. 346 | Commonwealth Central Accounting Package re HTA for FY2015<br>HTA_STAY0050803 |
| DRA Ex. 347 | PRIFAS Control Sheet dated Jun. 22, 2015<br>HTA_STAY0050882 |
| DRA Ex. 348 | HTA Official Receipt 167277 dated Jul. 21, 2017<br>HTA_STAY0051048 |
| DRA Ex. 349 | HTA Official Receipt 171850 dated Jun. 26, 2018<br>HTA_STAY0051703 |
| DRA Ex. 350 | HTA Official Receipt 19032A dated Jun. 24, 2019<br>HTA_STAY0052026 |
| DRA Ex. 351 | HTA Vouchers September 2014 – January 2015<br>HTA_STAY0052948 |
| DRA Ex. 352 | HTA Vouchers July 2018 – October 2020<br>HTA_STAY0052226 |
| DRA Ex. 353 | HTA Vouchers July 2018 – October 2020<br>HTA_STAY0052313 |
| DRA Ex. 354 | Treasury Electronic Transfer Voucher 00206448<br>HTA_STAY0052392 |

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of October, 2021

*[Remainder of Page Intentionally Left Blank]*

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5632
Fax: 787-759-9225

By: */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

*/s/Carmen M. Alfonso-Rodríguez*
Carmen M. Alfonso-Rodríguez
(USDC No. 225905)
Email: car@mcvpr.com

*/s/Leany P. Prieto Rodriguez*
Leany P. Prieto Rodriguez
(USDC No. 303407)
Email: lpp@mcvpr.com

*/s/Gabriela A. Pérez-Vélez*
Gabriela A. Pérez-Vélez
(USDC No. 308210)
Email: gpv@mcvpr.com

***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority***

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel: 787-729-2900
Fax: 787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7470
Fax: 202-730-4520
E-mail: douglas.mintz@srz.com
noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

E-mail: douglas.koff@srz.com
taleah.jennings@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority***