**DRA Ex. 253, Reporte R0334- Crudita AAFAF_CONF_0006284, The DRA Parties will file a Motion to Seal regarding DRA Ex. 253**