# DRA Ex. 254, PRIFAS Control Sheet dated May 27, 2020 AAFAF_CONF_0006285, The DRA Parties will file a Motion to Seal regarding DRA Ex. 254