**DRA Ex. 255, HTA Vouchers received February 15 and September 14, 2017 AAFAF_CONF_0006291, The DRA Parties will file a Motion to Seal regarding DRA Ex. 255**