**DRA Ex. 256, PRIFAS Control Sheet dated April 15, 2020 AAFAF_CONF_0006297, The DRA Parties will file a Motion to Seal regarding DRA Ex. 256**