# DRA Ex. 257, PRIFAS Control Sheet dated April 29, 2020 AAFAF_CONF_0006300, The DRA Parties will file a Motion to Seal regarding DRA Ex. 257