# DRA Ex. 258, Email Chain Re: HTA – Bank Account dated March 31, 2019 Ambac_Cash_2004_002 0022578, The DRA Parties will file a Motion to Seal regarding DRA Ex. 258