# DRA Ex. 259, Oriental Bank Statement for HTA dated December 31, 2019 Ambac_Cash_2004_002 0022582, The DRA Parties will file a Motion to Seal regarding DRA Ex. 259