**DRA Ex. 260, Oriental Bank Statement for HTA dated June 30, 2019 Ambac_Cash_2004_002 0022585, The DRA Parties will file a Motion to Seal regarding DRA Ex. 260**