# DRA Ex. 261, Oriental Bank Statement for HTA dated September 30, 2019 Ambac_Cash_2004_002 0022589, The DRA Parties will file a Motion to Seal regarding DRA Ex. 261