# DRA Ex. 262, Email Chain Re: HTA – Bank Account dated October 10, 2019 Ambac_Cash_2004_002 0019984, The DRA Parties will file a Motion to Seal regarding DRA Ex. 262