# DRA Ex. 263, Entidades Oficiales ELA - Custodia Hacienda Part 2 Ambac_Cash_2004_002 0023051, The DRA Parties will file a Motion to Seal regarding DRA Ex. 263