**DRA Ex. 264, Oriental Bank Statement for HTA dated June 30, 2020 Ambac_Cash_2004_002 0031934, The DRA Parties will file a Motion to Seal regarding DRA Ex. 264**