# DRA Ex. 265, Puerto Rico Department of Treasury TSA March and Third Quarter FY 2018 Cash Flow CW_STAY0000203, The DRA Parties will file a Motion to Seal regarding DRA Ex. 265