**DRA Ex. 266, Administrative Bulletin OE-2015-046 CW_STAY0000954, The DRA Parties will file a Motion to Seal regarding DRA Ex. 266**