# DRA Ex. 267, PRIFAS Codes Index CW_STAY0010548, The DRA Parties will file a Motion to Seal regarding DRA Ex. 267