# DRA Ex. 268, Undated Letter from OMB responding to Appendix B Request 4 from the Board attaching charts of Revenue Accounts, Expense Accounts, and Accounts Held at Nongovernmental Banks CW_STAY0034228, The DRA Parties will file a Motion to Seal regarding