# DRA Ex. 269, Fund 278 PRIFAS Export CW_STAY0048545, The DRA Parties will file a Motion to Seal regarding DRA Ex. 269