# DRA Ex. 270, Fund 278 Account Mapping CW_STAY0049729, The DRA Parties will file a Motion to Seal regarding DRA Ex. 270