# DRA Ex. 271, Funds 793 and 278 Voucher Tabulation CW_STAY0049730, The DRA Parties will file a Motion to Seal regarding DRA Ex. 271