**DRA Ex. 272, Diesel Revenues Fiscal Year 2015-2016 BDO PR_000068, The DRA Parties will file a Motion to Seal regarding DRA Ex. 272**