# DRA Ex. 273, Gasoline Revenues Fiscal Year 2015-2016 BDO PR_000025, The DRA Parties will file a Motion to Seal regarding DRA Ex. 273