**DRA Ex. 274, Audit Workpaper re Treasury Letter to BDO dated Aug. 6, 2018 BDO PR_000117, The DRA Parties will file a Motion to Seal regarding DRA Ex. 274**