**DRA Ex. 275, Audit Workpaper re Treasury Letter to BDO dated December 12, 2018 BDO PR_000092, The DRA Parties will file a Motion to Seal regarding DRA Ex. 275**