# DRA Ex. 276, Email re: "FW: Item no. 11 - Analysis of the subsquent collections from the Department of the Treasury corresponding to FY 18 and the related PCA to record the bad debt reserva at 6/30/18." dated October 31, 2018 BDO PR_000170, The DRA Parti