# DRA Ex. 277, Email re: "Certificacion de Hacienda" dated July 20, 2017 BDO PR_000164, The DRA Parties will file a Motion to Seal regarding DRA Ex. 277