**DRA Ex. 278, 278 Fund Accreditation FY 2014-2015 HTA_STAY0000207, The DRA Parties will file a Motion to Seal regarding DRA Ex. 278**