# DRA Ex. 279, 278 Fund Accreditation November 2015 – December 2019 HTA_STAY0008372, The DRA Parties will file a Motion to Seal regarding DRA Ex. 279