**DRA Ex. 280, 278 Fund Accreditation November 2015-November 2020 HTA_STAY0054675, The DRA Parties will file a Motion to Seal regarding DRA Ex. 280**