**DRA Ex. 281, Email re: "02-06-2018 Detailed Excise Taxes and License Fees Revenues 2016 - 2017 (Auditoria FY16-17)" dated February 6, 2018. BDO PR_002314, The DRA Parties will file a Motion to Seal regarding DRA Ex. 281**