# DRA Ex. 282, HTA Gasoline Excise Tax Revenues FY 2015-2016 HTA_STAY0000223, The DRA Parties will file a Motion to Seal regarding DRA Ex. 282