**DRA Ex. 283, HTA Vouchers dated March 24-May 18, 2015 HTA_STAY0000454, The DRA Parties will file a Motion to Seal regarding DRA Ex. 283**