**DRA Ex. 284, Treasury Transfer Authorizations April-December 2015 HTA_STAY0000614, The DRA Parties will file a Motion to Seal regarding DRA Ex. 284**