**DRA Ex. 285, HTA Vouchers and Treasury Authorizations June 2015-February 2016 HTA_STAY0000628, The DRA Parties will file a Motion to Seal regarding DRA Ex. 285**