# DRA Ex. 286, HTA Audited Financial Statements for Year Ended June 30, 2015 HTA_STAY0000654, The DRA Parties will file a Motion to Seal regarding DRA Ex. 286