# DRA Ex. 287, Treasury Authorizations January-December 2015 HTA_STAY0007985, The DRA Parties will file a Motion to Seal regarding DRA Ex. 287