# DRA Ex. 288, BNY Mellon Account -8281 Statement June 2015 HTA_STAY0008494, The DRA Parties will file a Motion to Seal regarding DRA Ex. 288