# DRA Ex. 289, BNY Mellon Account -8282 Statement June 2015 HTA_STAY0008496, The DRA Parties will file a Motion to Seal regarding DRA Ex. 289