# DRA Ex. 290, BNY Mellon Account -0267 Statement July 2015 HTA_STAY0008764, The DRA Parties will file a Motion to Seal regarding DRA Ex. 290