# DRA Ex. 291, BNY Mellon Account -0461 Statement August 2015 HTA_STAY0008953, The DRA Parties will file a Motion to Seal regarding DRA Ex. 291