# DRA Ex. 292, BNY Mellon Account -5474 Statement October 2015 HTA_STAY0009259, The DRA Parties will file a Motion to Seal regarding DRA Ex. 292