# DRA Ex. 293, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Feb. 2016 HTA_STAY0011917, The DRA Parties will file a Motion to Seal regarding DRA Ex. 293