**DRA Ex. 294, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2015 HTA_STAY0011921, The DRA Parties will file a Motion to Seal regarding DRA Ex. 294**