**DRA Ex. 295, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jun. 2016 HTA_STAY0011931, The DRA Parties will file a Motion to Seal regarding DRA Ex. 295**