# DRA Ex. 296, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2015 HTA_STAY0011945, The DRA Parties will file a Motion to Seal regarding DRA Ex. 296