# DRA Ex. 297, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jan. 2015 HTA_STAY0011959, The DRA Parties will file a Motion to Seal regarding DRA Ex. 297