# DRA Ex. 298, Bank Reconciliation by the HTA Accounting Office for September 2016 HTA_STAY0012043, The DRA Parties will file a Motion to Seal regarding DRA Ex. 298