# DRA Ex. 299, Oriental Bank Statement for HTA dated Jan. 31, 2015 HTA_STAY0012679, The DRA Parties will file a Motion to Seal regarding DRA Ex. 299