# DRA Ex. 300, Oriental Bank Statement for HTA dated Feb. 28, 2015 HTA_STAY0012691, The DRA Parties will file a Motion to Seal regarding DRA Ex. 300