# DRA Ex. 301, Oriental Bank Statement for HTA dated Mar. 31, 2015 HTA_STAY0012701, The DRA Parties will file a Motion to Seal regarding DRA Ex. 301