# DRA Ex. 302, Oriental Bank Statement for HTA dated Apr. 30, 2015 HTA_STAY0012716, The DRA Parties will file a Motion to Seal regarding DRA Ex. 302