**DRA Ex. 303, Oriental Bank Statement for HTA dated May. 31, 2015 HTA_STAY0012729, The DRA Parties will file a Motion to Seal regarding DRA Ex. 303**