# DRA Ex. 304, Oriental Bank Statement for HTA dated Jun. 30, 2015 HTA_STAY0012742, The DRA Parties will file a Motion to Seal regarding DRA Ex. 304