# DRA Ex. 305, Oriental Bank Statement for HTA dated Jul. 31, 2015 HTA_STAY0012756, The DRA Parties will file a Motion to Seal regarding DRA Ex. 305