# DRA Ex. 306, Oriental Bank Statement for HTA dated Aug. 31, 2015 HTA_STAY0012776, The DRA Parties will file a Motion to Seal regarding DRA Ex. 306