# DRA Ex. 307, Oriental Bank Statement for HTA dated Sept. 30, 2015 HTA_STAY0012793, The DRA Parties will file a Motion to Seal regarding DRA Ex. 307