# DRA Ex. 308, Oriental Bank Statement for HTA dated Oct. 31, 2015 HTA_STAY0012803, The DRA Parties will file a Motion to Seal regarding DRA Ex. 308