# DRA Ex. 309, Oriental Bank Statement for HTA dated Nov. 30, 2015 HTA_STAY0012806, The DRA Parties will file a Motion to Seal regarding DRA Ex. 309