# DRA Ex. 310, Economic Factors and Fiscal Year 2017 Budget, dated Dec. 22, 2017 HTA_STAY0028739, The DRA Parties will file a Motion to Seal regarding DRA Ex. 310