# DRA Ex. 311, BNY Mellon Account -8281 Statement Feb. 2015 HTA_STAY0031520, The DRA Parties will file a Motion to Seal regarding DRA Ex. 311