# DRA Ex. 312, BNY Mellon Account -8281 Statement Mar. 2014-Feb. 2015 HTA_STAY0031601, The DRA Parties will file a Motion to Seal regarding DRA Ex. 312