# DRA Ex. 313, BNY Mellon Account -8282 Statement Mar. 2014-Feb. 2015 HTA_STAY0031681, The DRA Parties will file a Motion to Seal regarding DRA Ex. 313