# DRA Ex. 314, BNY Mellon Account -8281 Account Overview and Statement Feb. 2015 HTA_STAY0031686, The DRA Parties will file a Motion to Seal regarding DRA Ex. 314