# DRA Ex. 315, BNY Mellon Account -8282 Statement Mar. 2015 HTA_STAY0031764, The DRA Parties will file a Motion to Seal regarding DRA Ex. 315