# DRA Ex. 316, BNY Mellon Account -8281 Statement Mar. 2015 HTA_STAY0031768, The DRA Parties will file a Motion to Seal regarding DRA Ex. 316