# DRA Ex. 317, BNY Mellon Account -8282 Statement Apr. 2015 HTA_STAY0031848, The DRA Parties will file a Motion to Seal regarding DRA Ex. 317