# DRA Ex. 318, BNY Mellon Account -8281 Statement Apr. 2015 HTA_STAY0031850, The DRA Parties will file a Motion to Seal regarding DRA Ex. 318