# DRA Ex. 319, BNY Mellon Account -8282 Statement May 2015 HTA_STAY0031933, The DRA Parties will file a Motion to Seal regarding DRA Ex. 319