# DRA Ex. 320, BNY Mellon Account -8281 Statement May 2015 HTA_STAY0031935, The DRA Parties will file a Motion to Seal regarding DRA Ex. 320