**DRA Ex. 321, BNY Mellon Account -8282 Statement Sept. 2015 HTA_STAY0032338, The DRA Parties will file a Motion to Seal regarding DRA Ex. 321**