# DRA Ex. 322, BNY Mellon Account -8281 Statement Sept. 2015 HTA_STAY0032340, The DRA Parties will file a Motion to Seal regarding DRA Ex. 322