# DRA Ex. 323, BNY Mellon Account -8282 Statement Nov. 2015 HTA_STAY0032485, The DRA Parties will file a Motion to Seal regarding DRA Ex. 323