**DRA Ex. 324, BNY Mellon Account -8281 Statement Nov. 2015 HTA_STAY0032487, The DRA Parties will file a Motion to Seal regarding DRA Ex. 324**