# DRA Ex. 325, Oriental Bank Statement for HTA dated Jan. 31, 2019 HTA_STAY0046981, The DRA Parties will file a Motion to Seal regarding DRA Ex. 325