# DRA Ex. 326, Oriental Bank Statement for HTA dated Jan. 31, 2020 HTA_STAY0046984, The DRA Parties will file a Motion to Seal regarding DRA Ex. 326