# DRA Ex. 327, Oriental Bank Statement for HTA dated Feb. 28, 2019 HTA_STAY0046996, The DRA Parties will file a Motion to Seal regarding DRA Ex. 327