# DRA Ex. 328, Oriental Bank Statement for HTA dated Apr. 30, 2019 HTA_STAY0047026, The DRA Parties will file a Motion to Seal regarding DRA Ex. 328