# DRA Ex. 329, Oriental Bank Statement for HTA dated May 31, 2019 HTA_STAY0047039, The DRA Parties will file a Motion to Seal regarding DRA Ex. 329