# DRA Ex. 330, Oriental Bank Statement for HTA dated Jul. 31, 2019 HTA_STAY0047066, The DRA Parties will file a Motion to Seal regarding DRA Ex. 330