# DRA Ex. 331, Oriental Bank Statement for HTA dated Aug. 31, 2019 HTA_STAY0047076, The DRA Parties will file a Motion to Seal regarding DRA Ex. 331