# DRA Ex. 332, Oriental Bank Statement for HTA dated Oct. 31, 2019 HTA_STAY0047102, The DRA Parties will file a Motion to Seal regarding DRA Ex. 332