# DRA Ex. 333, Oriental Bank Statement for HTA dated Nov. 30, 2019 HTA_STAY0047115, The DRA Parties will file a Motion to Seal regarding DRA Ex. 333