# DRA Ex. 334, Oriental Bank Statement for HTA dated Apr. 30, 2030 HTA_STAY0049927, The DRA Parties will file a Motion to Seal regarding DRA Ex. 334