# DRA Ex. 335, Oriental Bank Statement for HTA dated Feb. 29, 2020 HTA_STAY0049936, The DRA Parties will file a Motion to Seal regarding DRA Ex. 335