# DRA Ex. 336, Oriental Bank Statement for HTA dated Jul. 31, 2020 HTA_STAY0049948, The DRA Parties will file a Motion to Seal regarding DRA Ex. 336