# DRA Ex. 337, Oriental Bank Statement for HTA dated Mar. 31, 2020 HTA_STAY0049956, The DRA Parties will file a Motion to Seal regarding DRA Ex. 337