# DRA Ex. 338, Oriental Bank Statement for HTA dated May. 31, 2020 HTA_STAY0049959, The DRA Parties will file a Motion to Seal regarding DRA Ex. 338