# DRA Ex. 339, Oriental Bank Statement for HTA dated Oct. 31, 2020 HTA_STAY0049966, The DRA Parties will file a Motion to Seal regarding DRA Ex. 339