# DRA Ex. 340, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2014 HTA_STAY0050791, The DRA Parties will file a Motion to Seal regarding DRA Ex. 340