**DRA Ex. 342, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Sept. 2014 HTA_STAY0050795, The DRA Parties will file a Motion to Seal regarding DRA Ex. 342**