# DRA Ex. 343, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Oct. 2014 HTA_STAY0050797, The DRA Parties will file a Motion to Seal regarding DRA Ex. 343