# DRA Ex. 345, "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2014 HTA_STAY0050801, The DRA Parties will file a Motion to Seal regarding DRA Ex. 345