**DRA Ex. 346, Commonwealth Central Accounting Package re HTA for FY2015 HTA_STAY0050803, The DRA Parties will file a Motion to Seal regarding DRA Ex. 346**