**DRA Ex. 347, PRIFAS Control Sheet dated Jun. 22, 2015 HTA_STAY0050882, The DRA Parties will file a Motion to Seal regarding DRA Ex. 347**