# DRA Ex. 348, HTA Official Receipt 167277 dated Jul. 21, 2017 HTA_STAY0051048, The DRA Parties will file a Motion to Seal regarding DRA Ex. 348