# DRA Ex. 349, HTA Official Receipt 171850 dated Jun. 26, 2018 HTA_STAY0051703, The DRA Parties will file a Motion to Seal regarding DRA Ex. 349