**DRA Ex. 350, HTA Official Receipt 19032A dated Jun. 24, 2019 HTA_STAY0052026, The DRA Parties will file a Motion to Seal regarding DRA Ex. 350**