# DRA Ex. 351, HTA Vouchers September 2014 – January 2015 HTA_STAY0052948, The DRA Parties will file a Motion to Seal regarding DRA Ex. 351