**DRA Ex. 352, HTA Vouchers July 2018 – October 2020 HTA_STAY0052226, The DRA Parties will file a Motion to Seal regarding DRA Ex. 352**