**DRA Ex. 353, HTA Vouchers July 2018 – October 2020 HTA_STAY0052313, The DRA Parties will file a Motion to Seal regarding DRA Ex. 353**