# DRA Ex. 354, Treasury Electronic Transfer Voucher 00206448 HTA_STAY0052392, The DRA Parties will file a Motion to Seal regarding DRA Ex. 354