# Debtors' Ex. 124



# RESOLUTION ADOPTED ON MARCH 8, 2021

### (Certifying Submission of Second Amended Plan of Adjustment for the Commonwealth, ERS, and PBA)

WHEREAS, on June 30, 2016, the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") was enacted;

WHEREAS, Section 101 of PROMESA created the Financial Oversight and Management Board for Puerto Rico (the "Board");

WHEREAS, on May 3, 2017, the Board issued a restructuring certification pursuant to PROMESA Sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 304(a) of PROMESA, commencing a case under Title III thereof;

WHEREAS, on May 21, 2017, the Board issued a restructuring certification pursuant to PROMESA Sections 104(j) and 206 and filed a voluntary petition for relief for the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS") pursuant to section 304(a) of PROMESA, commencing a case under Title III thereof;

WHEREAS, on May 9, 2019, the Board certified a fiscal plan for the Commonwealth pursuant to Section 201(e)(2) of PROMESA;

WHEREAS, on September 26, 2019 the Board issued a restructuring certification pursuant to PROMESA Sections 104(j) and 206 and, on September 27, 2019, filed a voluntary petition for relief for the Puerto Rico Public Buildings Authority ("PBA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof;

WHEREAS, on September 26, 2019, the Board certified the submission of a plan of adjustment for the Commonwealth, ERS, and PBA (the "Plan") and, on September 27, 2019, filed the Plan in the Title III cases for the Commonwealth, ERS, and PBA;

WHEREAS, on February 9, 2020, the Board, as representative of the Commonwealth, ERS, and PBA, entered into that certain plan support agreement (the "2020 PSA") among the Board, certain holders of general obligation bond claims ("GO Bondholders"), certain holders of bonds guaranteed by the Commonwealth ("CW Guarantee Bondholders"), and certain holders of bonds issued by PBA ("PBA Bondholders"), which: (i) resolves certain litigation between the parties; (ii) set forth the terms of securities to be issued pursuant to the Plan; and (iii) set forth the agreement of the parties to support the terms of an amended plan of adjustment for the Commonwealth, ERS, and PBA consistent with the terms of the PSA (the "Amended Plan");

2

WHEREAS, on February 28, 2020, the Board certified for submission the Amended Plan, and filed the Amended Plan in the Title III cases for the Commonwealth, ERS, and PBA, which Amended Plan contained the material terms set forth in the 2020 PSA, and a corresponding disclosure statement (the "2020 Disclosure Statement");

WHEREAS, due to the onset of the COVID-19 pandemic and its effects on the people and the economy of the Commonwealth, the Board, on behalf of the Commonwealth, ERS, and PBA, determined to adjourn consideration of the 2020 Disclosure Statement and the Amended Plan;

WHEREAS, representatives of the Board, its consultants, and attorneys engaged in good faith, arm's-length negotiations, including, without limitation, with the assistance of the Title III Court-appointed mediation team, with representatives of the Governor of the Commonwealth (the "Government"), certain GO Bondholders and/or CW Guarantee Bondholders, certain PBA Bondholders and other constituencies, to develop a consensus on the terms of a plan of adjustment for the Commonwealth, PBA, and ERS;

WHEREAS, such discussions resulted in the execution of a plan support agreement (the "PSA") on February 22, 2021 among the Board, as representative of the Commonwealth, ERS, and PBA, the GO Bondholders, the CW Guarantee Bondholders, and the PBA Bondholders, which: (i) resolves certain litigation between the parties; (ii) set forth the terms of securities to be issued pursuant to the Plan; and (iii) set forth the agreement of the parties to support the terms of an amended plan of adjustment for the Commonwealth, ERS, and PBA consistent with the terms of the PSA (the "Second Amended Plan");

WHEREAS, by notice, dated February 22, 2021, the 2020 PSA was terminated and is no further force or effect, including, without limitation, the release and waiver of the obligation to make any payments contemplated by the 2020 PSA;

WHEREAS, after execution of the PSA, the Board, through its consultants and attorneys, developed the Second Amended Plan that reflects agreements reached with certain creditors of the Commonwealth, PBA and ERS;

WHEREAS, Section 104(j)(2) of PROMESA provides that the Board must certify the submission or modification of a plan of adjustment before such action is taken;

WHEREAS, Section 104(j)(3) of PROMESA provides that the Board may certify a plan of adjustment only if it determines, in its sole discretion, that such plan of adjustment is consistent with the applicable certified fiscal plan;

WHEREAS, after substantial deliberations, the Board has determined to certify for submission the Second Amended Plan which is consistent with the certified fiscal plan for the Commonwealth.

NOW, THEREFORE, IT IS HEREBY RESOLVED THAT that Board certifies for submission, pursuant to Section 104(j) of PROMESA, the Second Amended Plan as developed by the Board that is consistent with the certified fiscal plans for the Commonwealth, attached hereto at Exhibit 1.