# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONTINUED EXHIBITS OF THE DRA PARTIES

**To the Honorable United States District Court Judge Laura Taylor Swain:**

AmeriNational Community Services, LLC (the "**Servicer**"), as servicer for the GDB Debt Recovery Authority (the "**DRA**"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "**Collateral Monitor**" and, together with the Servicer, collectively, the "**DRA Parties**"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with bonds the DRA issued, respectfully submit their Continued Exhibits List for the Confirmation Hearing in accordance with paragraph 5 of the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment*, Dkt. No. 18502 (the "**Trial Procedures Order**") and paragraphs 1 through 4 of the *Order Regarding Confirmation Hearing Exhibit Procedures*, Dkt.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

No. 18749 (the "**Exhibit Procedures Order**", and collectively with the Trial Procedures Order, the "**Orders**").[2]

1. Pursuant to the Orders, the DRA Parties submit this Continued Exhibit List, setting forth the exhibits attached to this filing, as described in *The DRA Parties' Confirmation Hearing Amended Exhibit List* ("**Amended Exhibit List**"), Dkt. No. 18768 filed in connection herewith and incorporated in its entirety as if set forth in full herein.

**Continued Exhibit List**

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 355 | Bank Reconciliation by the HTA Accounting Office for October 2016 HTA_STAY0054204 |
| DRA Ex. 356 | Bank Reconciliation by the HTA Accounting Office for November 2016 HTA_STAY0054166 |
| DRA Ex. 357 | Bank Reconciliation by the HTA Accounting Office for December 2016 HTA_STAY0054088 |
| DRA Ex. 358 | Bank Reconciliation by the HTA Accounting Office for January 2017 HTA_STAY0052557 |
| DRA Ex. 359 | Bank Reconciliation by the HTA Accounting Office for February 2017 HTA_STAY0052568 |
| DRA Ex. 360 | Bank Reconciliation by the HTA Accounting Office for March 2017 HTA_STAY0052618 |
| DRA Ex. 361 | Bank Reconciliation by the HTA Accounting Office for April 2017 HTA_STAY0052524 |
| DRA Ex. 362 | Bank Reconciliation by the HTA Accounting Office for May 2017 HTA_STAY0052743 |
| DRA Ex. 363 | Bank Reconciliation by the HTA Accounting Office for June 2017 HTA_STAY0052610 |
| DRA Ex. 364 | Bank Reconciliation by the HTA Accounting Office for July 2017 HTA_STAY0054521 |
| DRA Ex. 365 | Bank Reconciliation by the HTA Accounting Office for August 2017 HTA_STAY0054487 |
| DRA Ex. 366 | Bank Reconciliation by the HTA Accounting Office for September 2017 HTA_STAY0054557 |
| DRA Ex. 367 | Bank Reconciliation by the HTA Accounting Office for October 2017 HTA_STAY0054550 |

---

[2] Unless otherwise indicated, all docket references herein refer to the docket of Case No. 17-BK-3283 (LTS).
[3] The descriptions provided herein are for reference only and are not meant to be comprehensive.

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 368 | Bank Reconciliation by the HTA Accounting Office for December 2017 HTA_STAY0054497 |
| DRA Ex. 369 | Bank Reconciliation by the HTA Accounting Office for January 2018 HTA_STAY0054514 |
| DRA Ex. 370 | Bank Reconciliation by the HTA Accounting Office for February 2018 HTA_STAY0054504 |
| DRA Ex. 371 | Bank Reconciliation by the HTA Accounting Office for March 2018 HTA_STAY0054132 |
| DRA Ex. 372 | Bank Reconciliation by the HTA Accounting Office for April 2018 HTA_STAY0054056 |
| DRA Ex. 373 | Bank Reconciliation by the HTA Accounting Office for May 2018 HTA_STAY0054149 |
| DRA Ex. 374 | Bank Reconciliation by the HTA Accounting Office for June 2018 HTA_STAY0054530 |
| DRA Ex. 375 | Bank Reconciliation by the HTA Accounting Office for July 2018 HTA_STAY0054120 |
| DRA Ex. 376 | Bank Reconciliation by the HTA Accounting Office for August 2018 HTA_STAY0054074 |
| DRA Ex. 377 | Bank Reconciliation by the HTA Accounting Office for September 2018 HTA_STAY0054230 |
| DRA Ex. 378 | Bank Reconciliation by the HTA Accounting Office for October 2018 HTA_STAY0054213 |
| DRA Ex. 379 | Bank Reconciliation by the HTA Accounting Office for November 2018 HTA_STAY0054188 |
| DRA Ex. 380 | Bank Reconciliation by the HTA Accounting Office for December 2018 HTA_STAY0054101 |
| DRA Ex. 381 | Oriental Bank Statement for HTA dated November 30, 2017 HTA_STAY0052786 |
| DRA Ex. 382 | Treasury Authorization dated August 7, 2015 HTA_STAY0055723 |
| DRA Ex. 383 | Treasury Authorizations dated September 30, 2014 HTA_STAY0056001 |
| DRA Ex. 384 | Treasury Authorization dated February 25, 2015 HTA_STAY0056790 |
| DRA Ex. 385 | Treasury Authorization dated December 18, 2014 HTA_STAY0056791 |
| DRA Ex. 386 | Treasury Authorization dated November 25, 2014 HTA_STAY0056792 |
| DRA Ex. 387 | Treasury Authorization dated October 22, 2014 HTA_STAY0056793 |
| DRA Ex. 388 | Treasury Authorization dated September 22, 2014 HTA_STAY0056794 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 389 | Treasury Authorization dated August 21, 2014 HTA_STAY0056795 |
| DRA Ex. 390 | Treasury Authorization dated July 22, 2014 HTA_STAY0056796 |
| DRA Ex. 391 | Treasury Authorization dated March 17, 2015 HTA_STAY0056808 |
| DRA Ex. 392 | Treasury Authorization dated February 26, 2015 HTA_STAY0056809 |
| DRA Ex. 393 | Treasury Authorization dated December 18, 2014 HTA_STAY0056810 |
| DRA Ex. 394 | Treasury Authorization dated November 26, 2014 HTA_STAY0056811 |
| DRA Ex. 395 | Treasury Authorization dated November 25, 2014 HTA_STAY0056812 |
| DRA Ex. 396 | Treasury Authorization dated September 19, 2014 HTA_STAY0056813 |
| DRA Ex. 397 | Treasury Authorization dated August 22, 2014 HTA_STAY0056815 |
| DRA Ex. 398 | Treasury Authorization dated July 29, 2014 HTA_STAY0056816 |
| DRA Ex. 399 | Treasury Authorization dated February 23, 2015 HTA_STAY0056827 |
| DRA Ex. 400 | Treasury Authorization dated January 30, 2015 HTA_STAY0056828 |
| DRA Ex. 401 | Treasury Authorization dated January 20, 2015 HTA_STAY0056829 |
| DRA Ex. 402 | Treasury Authorization dated December 19, 2014 HTA_STAY0056830 |
| DRA Ex. 403 | Treasury Authorization dated November 25, 2014 HTA_STAY0056831 |
| DRA Ex. 404 | Treasury Authorization dated October 31, 2014 HTA_STAY0056832 |
| DRA Ex. 405 | Treasury Authorization dated October 30, 2014 HTA_STAY0056833 |
| DRA Ex. 406 | Treasury Authorization dated October 22, 2014 HTA_STAY0056834 |
| DRA Ex. 407 | Treasury Authorization dated September 26, 2014 HTA_STAY0056837 |
| DRA Ex. 408 | Treasury Authorization dated August 26, 2014 HTA_STAY0056838 |
| DRA Ex. 409 | Treasury Authorization dated July 29, 2014 HTA_STAY0056839 |

| Exhibit Identifier | Description of Exhibit[3] |
|---|---|
| DRA Ex. 410 | Treasury Authorization dated July 18, 2014<br>HTA_STAY0056840 |
| DRA Ex. 411 | Oriental Bank Account -9874 Statement dated July 31, 2016<br>Oriental 000001-001768 |
| DRA Ex. 412 | Fiscal Plan – Financial Model 2021 Certified Fiscal Plan<br>FOMB_CONF_88824 |
| DRA Ex. 413 | Best interests test (BIT) model for the CW, ERS, and PBA published on June 10, 2021<br>FOMB_CONF_88825 |
| DRA Ex. 414 | Chart of Plan of Adjustment and Plan Support Agreement Go SUT CVI Waterfall<br>MURRAY_CONF_00089 |
| DRA Ex. 415 | Proof of Claim No. 174309 filed on July 28, 2020 |
| DRA Ex. 416 | Proof of Claim No. 151149 filed on June 29, 2018 |
| DRA Ex. 417 | Administrative Bulletin OE-2015-049 |
| DRA Ex. 418 | Department of Treasury Circular Letter No. 1300-15-16 dated December 17, 2015 |
| DRA Ex. 419 | 1996 CCDA Loans |
| DRA Ex. 420 | AAFAF'S Responses And Objections To The Dra Parties' First Request For Production Of Documents |
| DRA Ex. 421 | Letter from AAFAF to DRA Parties re: DRA Parties' Discovery to AAFAF in Connection with Plan Confirmation dated September 8, 2021 |
| DRA Ex. 422 | HTA Audited Financial Statements Years Ending June 30, 2014 and 2013 |

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of October, 2021

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5632
Fax: 787-759-9225

By: */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

*/s/Carmen M. Alfonso-Rodríguez*
Carmen M. Alfonso-Rodríguez
(USDC No. 225905)
Email: car@mcvpr.com

*/s/Leany P. Prieto Rodriguez*
Leany P. Prieto Rodriguez
(USDC No. 303407)
Email: lpp@mcvpr.com

*/s/Gabriela A. Pérez-Vélez*
Gabriela A. Pérez-Vélez
(USDC No. 308210)
Email: gpv@mcvpr.com

***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority***

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel: 787-729-2900
Fax: 787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7470
Fax: 202-730-4520
E-mail: douglas.mintz@srz.com
noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

E-mail: douglas.koff@srz.com
taleah.jennings@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority***

6