# DRA Ex. 355, Bank Reconciliation by the HTA Accounting Office for October 2016 HTA_STAY0054204, The DRA Parties will file a Motion to Seal regarding DRA Ex. 355