**DRA Ex. 356, Bank Reconciliation by the HTA Accounting Office for November 2016 HTA_STAY0054166, The DRA Parties will file a Motion to Seal regarding DRA Ex. 356**