**DRA Ex. 357, Bank Reconciliation by the HTA Accounting Office for December 2016 HTA_STAY0054088, The DRA Parties will file a Motion to Seal regarding DRA Ex. 357**