**DRA Ex. 358, Bank Reconciliation by the HTA Accounting Office for January 2017 HTA_STAY0052557, The DRA Parties will file a Motion to Seal regarding DRA Ex. 358**