**DRA Ex. 359, Bank Reconciliation by the HTA Accounting Office for February 2017 HTA_STAY0052568, The DRA Parties will file a Motion to Seal regarding DRA Ex. 359**