# DRA Ex. 360, Bank Reconciliation by the HTA Accounting Office for March 2017 HTA_STAY0052618, The DRA Parties will file a Motion to Seal regarding DRA Ex. 360