# DRA Ex. 361, Bank Reconciliation by the HTA Accounting Office for April 2017 HTA_STAY0052524, The DRA Parties will file a Motion to Seal regarding DRA Ex. 361