# DRA Ex. 362, Bank Reconciliation by the HTA Accounting Office for May 2017 HTA_STAY0052743, The DRA Parties will file a Motion to Seal regarding DRA Ex. 362