**DRA Ex. 363, Bank Reconciliation by the HTA Accounting Office for June 2017 HTA_STAY0052610, The DRA Parties will file a Motion to Seal regarding DRA Ex. 363**