# DRA Ex. 364, Bank Reconciliation by the HTA Accounting Office for July 2017 HTA_STAY0054521, The DRA Parties will file a Motion to Seal regarding DRA Ex. 364