**DRA Ex. 365, Bank Reconciliation by the HTA Accounting Office for August 2017 HTA_STAY0054487, The DRA Parties will file a Motion to Seal regarding DRA Ex. 365**