**DRA Ex. 366, Bank Reconciliation by the HTA Accounting Office for September 2017 HTA_STAY0054557, The DRA Parties will file a Motion to Seal regarding DRA Ex. 366**