**DRA Ex. 367, Bank Reconciliation by the HTA Accounting Office for October 2017 HTA_STAY0054550, The DRA Parties will file a Motion to Seal regarding DRA Ex. 367**