# DRA Ex. 368, Bank Reconciliation by the HTA Accounting Office for December 2017 HTA_STAY0054497, The DRA Parties will file a Motion to Seal regarding DRA Ex. 368