# DRA Ex. 369, Bank Reconciliation by the HTA Accounting Office for January 2018 HTA_STAY0054514, The DRA Parties will file a Motion to Seal regarding DRA Ex. 369