# DRA Ex. 370, Bank Reconciliation by the HTA Accounting Office for February 2018 HTA_STAY0054504, The DRA Parties will file a Motion to Seal regarding DRA Ex. 370