# DRA Ex. 371, Bank Reconciliation by the HTA Accounting Office for March 2018 HTA_STAY0054132, The DRA Parties will file a Motion to Seal regarding DRA Ex. 371