**DRA Ex. 372, Bank Reconciliation by the HTA Accounting Office for April 2018 HTA_STAY0054056, The DRA Parties will file a Motion to Seal regarding DRA Ex. 372**