# DRA Ex. 373, Bank Reconciliation by the HTA Accounting Office for May 2018 HTA_STAY0054149, The DRA Parties will file a Motion to Seal regarding DRA Ex. 373