# DRA Ex. 374, Bank Reconciliation by the HTA Accounting Office for June 2018 HTA_STAY0054530, The DRA Parties will file a Motion to Seal regarding DRA Ex. 374