# DRA Ex. 375, Bank Reconciliation by the HTA Accounting Office for July 2018 HTA_STAY0054120, The DRA Parties will file a Motion to Seal regarding DRA Ex. 375