**DRA Ex. 376, Bank Reconciliation by the HTA Accounting Office for August 2018 HTA_STAY0054074, The DRA Parties will file a Motion to Seal regarding DRA Ex. 376**