**DRA Ex. 377, Bank Reconciliation by the HTA
Accounting Office for September 2018
HTA_STAY0054230, The DRA Parties will file a
Motion to Seal regarding DRA Ex. 377**