**DRA Ex. 378, Bank Reconciliation by the HTA Accounting Office for October 2018 HTA_STAY0054213, The DRA Parties will file a Motion to Seal regarding DRA Ex. 378**