**DRA Ex. 379, Bank Reconciliation by the HTA Accounting Office for November 2018 HTA_STAY0054188, The DRA Parties will file a Motion to Seal regarding DRA Ex. 379**