**DRA Ex. 380, Bank Reconciliation by the HTA Accounting Office for December 2018 HTA_STAY0054101, The DRA Parties will file a Motion to Seal regarding DRA Ex. 380**