# DRA Ex. 381, Oriental Bank Statement for HTA dated November 30, 2017 HTA_STAY0052786, The DRA Parties will file a Motion to Seal regarding DRA Ex. 381