# DRA Ex. 382, Treasury Authorization dated August 7, 2015 HTA_STAY0055723, The DRA Parties will file a Motion to Seal regarding DRA Ex. 382