**DRA Ex. 383, Treasury Authorizations dated September 30, 2014 HTA_STAY0056001, The DRA Parties will file a Motion to Seal regarding DRA Ex. 383**