**DRA Ex. 384, Treasury Authorization dated February 25, 2015 HTA_STAY0056790, The DRA Parties will file a Motion to Seal regarding DRA Ex. 384**