# DRA Ex. 385, Treasury Authorization dated December 18, 2014 HTA_STAY0056791, The DRA Parties will file a Motion to Seal regarding DRA Ex. 385