**DRA Ex. 386, Treasury Authorization dated November 25, 2014 HTA_STAY0056792, The DRA Parties will file a Motion to Seal regarding DRA Ex. 386**