# DRA Ex. 387, Treasury Authorization dated October 22, 2014 HTA_STAY0056793, The DRA Parties will file a Motion to Seal regarding DRA Ex. 387