# DRA Ex. 388, Treasury Authorization dated September 22, 2014 HTA_STAY0056794, The DRA Parties will file a Motion to Seal regarding DRA Ex. 388