# DRA Ex. 389, Treasury Authorization dated August 21, 2014 HTA_STAY0056795, The DRA Parties will file a Motion to Seal regarding DRA Ex. 389