**DRA Ex. 390, Treasury Authorization dated July 22, 2014 HTA_STAY0056796, The DRA Parties will file a Motion to Seal regarding DRA Ex. 390**