**DRA Ex. 391, Treasury Authorization dated March 17, 2015 HTA_STAY0056808, The DRA Parties will file a Motion to Seal regarding DRA Ex. 391**