**DRA Ex. 392, Treasury Authorization dated February 26, 2015 HTA_STAY0056809, The DRA Parties will file a Motion to Seal regarding DRA Ex. 392**