# DRA Ex. 393, Treasury Authorization dated December 18, 2014 HTA_STAY0056810, The DRA Parties will file a Motion to Seal regarding DRA Ex. 393