# DRA Ex. 394, Treasury Authorization dated November 26, 2014 HTA_STAY0056811, The DRA Parties will file a Motion to Seal regarding DRA Ex. 394