**DRA Ex. 395, Treasury Authorization dated November 25, 2014 HTA_STAY0056812, The DRA Parties will file a Motion to Seal regarding DRA Ex. 395**