**DRA Ex. 396, Treasury Authorization dated September 19, 2014 HTA_STAY0056813, The DRA Parties will file a Motion to Seal regarding DRA Ex. 396**