# DRA Ex. 397, Treasury Authorization dated August 22, 2014 HTA_STAY0056815, The DRA Parties will file a Motion to Seal regarding DRA Ex. 397