**DRA Ex. 398, Treasury Authorization dated July 29, 2014 HTA_STAY0056816, The DRA Parties will file a Motion to Seal regarding DRA Ex. 398**