# DRA Ex. 399, Treasury Authorization dated February 23, 2015 HTA_STAY0056827, The DRA Parties will file a Motion to Seal regarding DRA Ex. 399