# DRA Ex. 400, Treasury Authorization dated January 30, 2015 HTA_STAY0056828, The DRA Parties will file a Motion to Seal regarding DRA Ex. 400