# DRA Ex. 401, Treasury Authorization dated January 20, 2015 HTA_STAY0056829, The DRA Parties will file a Motion to Seal regarding DRA Ex. 401