# DRA Ex. 402, Treasury Authorization dated December 19, 2014 HTA_STAY0056830, The DRA Parties will file a Motion to Seal regarding DRA Ex. 402