**DRA Ex. 403, Treasury Authorization dated November 25, 2014 HTA_STAY0056831, The DRA Parties will file a Motion to Seal regarding DRA Ex. 403**