# DRA Ex. 404, Treasury Authorization dated October 31, 2014 HTA_STAY0056832, The DRA Parties will file a Motion to Seal regarding DRA Ex. 404