# DRA Ex. 405, Treasury Authorization dated October 30, 2014 HTA_STAY0056833, The DRA Parties will file a Motion to Seal regarding DRA Ex. 405