**DRA Ex. 406, Treasury Authorization dated October 22, 2014 HTA_STAY0056834, The DRA Parties will file a Motion to Seal regarding DRA Ex. 406**