**DRA Ex. 407, Treasury Authorization dated September 26, 2014 HTA_STAY0056837, The DRA Parties will file a Motion to Seal regarding DRA Ex. 407**