# DRA Ex. 408, Treasury Authorization dated August 26, 2014 HTA_STAY0056838, The DRA Parties will file a Motion to Seal regarding DRA Ex. 408