# DRA Ex. 409, Treasury Authorization dated July 29, 2014 HTA_STAY0056839, The DRA Parties will file a Motion to Seal regarding DRA Ex. 409