**DRA Ex. 410, Treasury Authorization dated July 18, 2014 HTA_STAY0056840, The DRA Parties will file a Motion to Seal regarding DRA Ex. 410**