# DRA Ex. 411, Oriental Bank Account -9874 Statement dated July 31, 2016 Oriental 000001-001768, The DRA Parties will file a Motion to Seal regarding DRA Ex. 411