# DRA Ex. 412, Fiscal Plan – Financial Model 2021 Certified Fiscal Plan FOMB_CONF_88824, The DRA Parties will file a Motion to Seal regarding DRA Ex. 412