**DRA Ex. 413, Best interests test (BIT) model for the CW, ERS, and PBA published on June 10, 2021 FOMB_CONF_88825, The DRA Parties will file a Motion to Seal regarding DRA Ex. 413**