# DRA Ex. 414, Chart of Plan of Adjustment and Plan Support Agreement Go SUT CVI Waterfall MURRAY_CONF_00089, The DRA Parties will file a Motion to Seal regarding DRA Ex. 414