UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | |
|---|---|
| ☒ Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523<br>Petition Date:<br>Sept 27, 2019 |

The Puerto Rico Public Building Authority has listed your claim in their Creditor List in Schedule [CreditorList] as a [CUD] claim in an $[ScheduleAmount] amount.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El Autoridad de Edificios Públicos de Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule [CreditorList] como un reclamo [CUD] por un monto de $ [ScheduleAmount]. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

☐ No / No
☒ Yes. From whom?
Sí. ¿De quién?   Government Development Bank of Puerto Rico

DRA Ex. 415

| | | | |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>**¿A dónde deberían**<br><br>**enviarse las notificaciones al acreedor?**<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>**AmeriNational Community Services LLC**<br>**c/o McConnell Valdes LLC**<br>**270 Muñoz Rivera Ave., Suite 7**<br>**San Juan       PR           00918**<br><br>**787-250-5619**<br>Contact phone / Teléfono de contacto<br><br>**nzt@mcvpr.com**<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?**<br>(if different)<br>¿A dónde deberían enviarse los pagos al **acreedor?** (En caso de que sea diferente)<br><br>**AmeriNational Community Services, LLC**<br>**c/o Adrienne Thorson**<br>**Ponce de Leon Ave. #1519, Suite 1406**<br>**San Juan       PR           00908**<br><br>**1-800-943-1988 x 101**<br>Contact phone / Teléfono de contacto<br><br>**athorson@amerinatls.com**<br>Contact email / Correo electrónico de contacto |

| | | |
|---|---|---|
| 4. | **Does this claim amend one already filed?**<br><br>**¿Esta reclamación es una enmienda de otra presentada anteriormente?** | ☒ No / No<br>☐ Yes.   Claim number on court claims registry (if known) _____<br>Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?** | ☒ No / No<br>☐ Yes. Who made the earlier filing? _____<br>Sí.  ¿Quién hizo la reclamación anterior?_____ |

| | |
|---|---|
| **Part 2 / Parte 2** | **Give Information About the Claim as of the Petition Date**<br>**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |

| | | |
|---|---|---|
| 6. | **Do you supply goods and / or services to the government?**<br><br>**¿Proporciona bienes y / o servicios al gobierno?** | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
| 7. | **How much is the claim?**<br><br>**¿Cuál es el importe de la reclamación?** | $ not less than  $207,332,233.40     **Does this amount include interest or other charges?**<br>**¿Este importe incluye intereses u otros cargos?**<br>☐ No / No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

Modified Official Form 410                     **Proof of Claim**                     page 2

**DRA Ex. 415**

| | |
|---|---|
| **8. What is the basis of the claim?**<br><br>**¿Cuál es el fundamento de la reclamación?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>See addendum |

| | |
|---|---|
| **9. Is all or part of the claim secured?**<br><br>**¿La reclamación está garantizada de manera total o parcial?** | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>   Otro. Describir: Proceeds from the sale of certain real property<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>Applicable state law<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?**<br><br>**¿Esta reclamación está basada en un arrendamiento?** | ☒ No / No<br><br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>   Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $ _____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☒ No / No<br><br>☐ Yes. Identify the property /<br>   Sí. Identifique el bien: _____ |

DRA Ex. 415

| 12. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☒ No / No |
|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____ |
| **¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** *Adrienne Thorson*
Adrienne Thorson (Jul 28, 2020 11:19 EDT)

**Email:** nzt@mcvpr.com
Signature / Firma

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Adrienne Thorson | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |
| Title / Cargo | C.E.O. | | |
| Company / Compañía | AmeriNational Community Services LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador. | | |
| Address / Dirección | Ponce de Leon Ave. #1519, Suite 1406 | | |
| | Number / Número | Street / Calle | |
| | San Juan | PR | 00908 |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |
| Contact phone / Teléfono de contacto | 1-800-943-1988 x101 | Email / Correo electrónico | athorson@amerinatls.com |

**DRA Ex. 415**

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[X] have supporting documentation.
(attach below)

[ ] I do not have supporting documentation.

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT
ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS
ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING
DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show
only the last four digits of any social-security, individual's tax-identification, or financial-account number,
only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on
the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid
embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain
information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of
Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel.
Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this
Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the
disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk
of the Court discover that personal identifier data or information concerning a minor individual has been
included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to
redact all such information from the text of the filing and make an entry indicating the correction.

DRA Ex. 415

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                            12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

## How to fill out this form

❋ **Fill in all of the information about the claim as of the petition date.**

❋ **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

❋ **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

❋ **Do not attach original documents because attachments may be destroyed after scanning.**

❋ **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

❋ **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

❋ **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

DRA Ex. 415

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---

| Do not file these instructions with your form |
| --- |

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the district court, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the district court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos                                                                                    12/15

Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.

## Cómo completar este formulario

- ❋ **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- ❋ **Complete el título en la parte superior del formulario.**

- ❋ **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte** que fue propietaria de la reclamación o fue titular de la reclamación y que se transfirió a usted antes de que se presente la reclamación inicial.

- ❋ **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página.)

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- ❋ **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- ❋ **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- ❋ **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona.** Ver la Norma de quiebra 9037.

- ❋ **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor.** Por ejemplo, escriba *A.B., un menor* (*John Doe, padre, calle 123, ciudad, estado*). Ver la Norma de quiebra 9037.

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.

Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 §101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anteriores a la fecha en la que se presentó el caso , en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

DRA Ex. 415

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud el Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final del § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

## Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**No presente estas instrucciones con su formulario**

DRA Ex. 415

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |
| ☑ Puerto Rico Public Building Authority / El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date: Sept 27, 2019 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación          04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a claim according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

DRA Ex. 415

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☐ No / No
☑ Yes. From whom?
Sí. ¿De quién? **Government Development Bank of Puerto Rico**

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| AmeriNational Community Services LLC c/o McConnell Valdes LLC<br>Name / Nombre | AmeriNational Community Services, LLC c/o Adrienne Thorson<br>Name / Nombre |
| 270 Muñoz Rivera Ave., Suite 7<br>Number / Número     Street / Calle | Ponce de Leon Ave. #1519, Suite 1406<br>Number / Número     Street / Calle |
| San Juan     PR     00918<br>City / Ciudad   State / Estado   ZIP Code / Código postal | San Juan     PR     00908<br>City / Ciudad   State / Estado   ZIP Code / Código postal |
| 787-250-5619<br>Contact phone / Teléfono de contacto | 1-800-943-1988 x 101<br>Contact phone / Teléfono de contacto |
| nzt@mcvpr.com<br>Contact email / Correo electrónico de contacto | athorson@amerinatls.com<br>Contact email / Correo electrónico de contacto |

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.  Claim number on court claims registry (if known) _____
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____(MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☑ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

_____

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

DRA Ex. 415

| 8. How much is the claim?  ¿Cuál es el importe de la reclamación? | not less than $207,332,233.40 **Does this amount include interest or other charges?** **¿Este importe incluye intereses u otros cargos?** ☐ No / No ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|

| 9. What is the basis of the claim?  ¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.  Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.  See addendum |
|---|---|

| 10. Is all or part of the claim secured?  ¿La reclamación está garantizada de manera total o parcial? | ☐ No / No ☑ Yes. The claim is secured by a lien on property. Sí. La reclamación está garantizada por un derecho de retención sobre un bien.  **Nature of property / Naturaleza del bien:** ☐ Motor vehicle / Vehículos  ☑ Other. Describe:      Proceeds from the sale of certain real property Otro. Describir:  **Basis for perfection / Fundamento de la realización de pasos adicionales:** Applicable state law  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)  Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)  **Value of property / Valor del bien:**      $_____  **Amount of the claim that is secured /** **Importe de la reclamación que está garantizado:** $_____  **Amount of the claim that is unsecured /** **Importe de la reclamación que no está garantizado:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)  **Amount necessary to cure any default as of the Petition Date /** **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____ _____  **Annual Interest Rate** (on the Petition Date) **Tasa de interés anual** (cuando se presentó el caso)_____% ☐ Fixed / Fija ☐ Variable / Variable |
|---|---|

| 11. Is this claim based on a lease?  ¿Esta reclamación está basada en un arrendamiento? | ☑ No / No ☐ Yes. **Amount necessary to cure any default as of the Petition Date.** Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $ _____ |
|---|---|

DRA Ex. 415

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en los cuales se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $_____ |

---

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☑ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el _____07/28/2020_____ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _s/ Adrienne Thorson_____<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:** |

| | | | |
|---|---|---|---|
| Name | Adrienne | | Thorson |
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |
| Title / Cargo | C.E.O. | | |
| Company / Compañía | AmeriNational Community Services LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador. | | |
| Address / Dirección | Ponce de Leon Ave. #1519, Suite 1406 | | |
| | Number / Número          Street / Calle | | |
| | San Juan | PR | 00908 |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |
| Contact phone / Teléfono de contacto | 1-800-943-1988x101 | Email / Correo electrónico | athorson@amerinatls.com |

DRA Ex. 415

## ADDENDUM TO PROOF OF CLAIM
## FILED BY AMERINATIONAL COMMUNITY SERVICES, LLC

1.     This Addendum to Proof of Claim ("Addendum") shall be deemed a part of, and incorporated by reference in, the attached proof of claim (together with this Addendum, the "Proof of Claim") filed by AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority (the "DRA"), who is authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding including the DRA's participation as a creditor in the instant Title III case (hereafter "AmeriNat"). AmeriNat files this Proof of Claim against the Puerto Rico Public Buildings Authority (the "PBA" or the "Debtor") on account of the DRA's claims arising from certain loans and/or credit relationships.

2.     On September 27, 2019 (the "Petition Date"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition for relief for the PBA pursuant to section 304(a) of title III of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") commencing a case under Title III of PROMESA before the United States District Court for the District of Puerto Rico, which was docketed as Case No. 19-BK-05523 (the "Title III Case").

3.     On June 11, 2020, the Court entered *the Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Notice Thereof* [Docket No. 13403 of Case No. 17-BK-03283] setting July 29, 2020 at 4:00 p.m. AST as the extended general claims bar date in the Title III Case.

### SUMMARY OF CLAIMS

4.     The Debtor is obligated to the DRA under various loans, letters of credits, other type of credit agreements, and/or security agreements and collateral documents (the "Loans") which were previously executed between Debtor and the Governmental Development Bank of Puerto Rico (the "GDB"). The Loans were transferred by GDB to the DRA as a result of the GDB's Qualifying Modification under Title VI of PROMESA[1] and by virtue of the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018. A chart listing each of the relevant Loans is attached hereto as **Exhibit A**.

5.     As of the Petition Date, the outstanding amount of the Loans totals at least $207,332,233.40, as detailed at **Exhibit A** of this Addendum. As of the date of this Proof of Claim, the DRA's claims under the Loans are liquid, due, and owing.

6.     Through the filing of this Proof of Claim, the DRA hereby expressly asserts any and all additional claims it has or may possess against the Debtor, including, without limitation, any contingent, non-contingent, liquidated, or unliquidated rights that it may have against the Debtor for all amounts that are or may be due, chargeable, reimbursable, and/or owing to the DRA under the Loans as well as with respect to any and all constitutional claims, statutory rights, common law rights, claims, or other legal or equitable causes of action, remedies or relief, including, without limitation, claims for contribution, reimbursement, or indemnification,

---

[1] *See* Dkt. No. 270 of Civil Case No. 18-01561 (LTS).

DRA Ex. 415

whether asserted by means of direct claims, counterclaims, affirmative defenses, or otherwise, damages, and reimbursement of fees, costs, and other charges, including, without limitation, legal and other professional fees, expenses and costs previously and hereafter incurred (the "Additional Claims" and jointly with the Loans, the "Claims").

7.      The DRA hereby reserves the right to seek estimation of any and all of its Claims should such estimation become necessary during the course of the Title III Case.

## RESERVATION OF RIGHTS

8.      In filing this Proof of Claim, the DRA expressly reserves all rights and causes of action, including without limitation, additional contingent or unliquidated rights that it may have against the Debtor, its affiliates, instrumentalities or agencies or any other debtor in the title III cases of (i) the Commonwealth of Puerto Rico (the "Commonwealth") [Case No. 17-BK-3283], (ii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") [Case No. 17-BK-3566], (iii) the Puerto Rico Highways and Transportation Authority ("HTA") [ Case No. 17-BK-3567 ], (iv) the Puerto Rico Sales Tax Financing Corporation ("COFINA") [Case No. 17-BK-3284], and/or (v) the Puerto Rico Electric Power Authority ("PREPA") [ Case No. 17-BK-4780], or any other Puerto Rico governmental entity.  The DRA hereby reserves the right to seek estimation of the Claims at the time of allowance.

9.      This description and classification of Claims is not a concession or admission as to the correct characterization or treatment of any such Claims or a waiver of any rights of the DRA.

10.     Nothing contained in this Proof of Claim shall be construed as limiting or impairing any of the DRA's rights, remedies, and interests, including, without limitation, rights, remedies, and interests under the Loans or otherwise. To the extent of any conflict between the terms of this Proof of Claim and the terms of the Loans or any other agreement, the terms and conditions of the Loans shall govern.

11.     The DRA reserves the right to (i) amend, update and/or supplement this Proof of Claim at any time and in any respect, including, without limitation, to (a) reflect the accrual of interest, fees, costs, expenses and other charges, (b) assert any and all additional damages or other Claims not otherwise specifically identified herein, whether arising in contract or in tort, at law or in equity (for the avoidance of doubt, any and all such Claims have already been expressly preserved and asserted through the filing of the instant Proof of Claim, and any amendment, update, or supplement to the Proof of Claim for purposes of clarifying, outlining, or detail such Claim shall not constitute, nor be deemed, interpreted or treated as a filing of a new claim by the DRA), or (c) specify amounts as they become liquidated and/or fixed; (ii) file additional proofs of claim for additional claims which may or may not be based on the same or additional events, transactions, or documents; or (iii) file a request for payment of administrative expenses in accordance with 11 U.S.C. §§ 503 and 507(a)(2) (as incorporated under section 301(a) of PROMESA), or the allowance of post-petition interest and fees.

2

DRA Ex. 415

12.     To the DRA's knowledge, the Claims are not subject to any setoff or counterclaim by the Debtor. The DRA asserts and preserves any and all setoff rights to which it is entitled under 11 U.S.C. § 553 (as incorporated under section 301(a) of PROMESA) or otherwise.

13.     The DRA does not, by this Proof of Claim or any amendment or other action, waive any rights with respect to any scheduled claim or under chapter 5 of the Bankruptcy Code or any other provision of the Code.

14.     The DRA reserves the right to withdraw this Proof of Claim with respect to the Claims asserted herein, or any portion thereof, for any reason whatsoever.

15.     In executing and filing this Proof of Claim, the DRA does not submit itself to the jurisdiction of the Title III Case for any purpose other than with respect to this Proof of Claim and does not waive or release: (i) any rights or remedies against any other person or entity that may be liable for all or part of the Claims set forth herein, whether an affiliate, instrumentality, agency of any Debtor, an assignee, guarantor or otherwise; (ii) any obligation owed to the DRA, or any right to any security that may be determined to be held by any third party, including any debtor, or for the DRA's benefit; (iii) any past, present, or future defaults (or events of default) by the Debtor or others; or (iv) any right to the subordination, in favor of the DRA, of indebtedness or liens held by other creditors of any Debtor. The filing of this Proof of Claim is not, and shall not be construed as, an election of remedies or limitation of rights or remedies.

16.     Nothing contained in this Proof of Claim or in any subsequent appearance, pleading, claim or suit is intended to be a waiver or release of (i) the right of DRA to a jury trial in any proceeding so triable herein or in any case, any controversy, or any proceeding related hereto; (ii) the right of the DRA to have any portions of its Claims determined by applicable Puerto Rico or federal courts with competent jurisdiction; or (iii) any other rights, claims, actions, defenses, setoffs, or recoupments to which the DRA is or may be entitled under agreements, documents, or instruments, in law or equity, all of which rights, claims, actions, defenses, setoff, and recoupments are expressly reserved.

17.     All notices concerning the Claim should be sent to:

### To AmeriNat:

Ponce de Leon Ave. #1519
Firstbank Bldg., Suite 1406
San Juan, PR 00908
Telephone:  855-281-3236
                      851-281-3237
                      787-919-7305
Email: Mark Fredericks: mfredericks@amerinatls.com
            Francisco De Armas: fdearmas@ciacpr.com

### To AmeriNat's Counsel:

Nayuan Zouairabani, Esq.

3

DRA Ex. 415

MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918

-or-

PO Box 364225
San Juan, Puerto Rico 00936-4225

Telephone: 787-250-5619
Facsimile: 787-759-9225
E-mail: nzt@mcvpr.com

18.     The documentation supporting the DRA's Claims are voluminous and AmeriNat understands that copies are already available to the Debtor and its advisors. Copies of the supporting documents to the instant Proof of Claim will be provided to the Debtor, its representatives, and other appropriate parties in interest upon reasonable request to McConnell Valdés, LLC at the address for notices set forth above, subject to addressing any applicable confidentiality concerns (if any) in a manner acceptable to AmeriNat and any other parties to the document(s) in question.

DRA Ex. 415

## Exhibit A

| Loan ID | Loan Documents | Outstanding Principal | Accrued Interest as of September 27, 2019 | Total |
|---|---|---|---|---|
| 20008221500100402 | <ul><li>Loan Agreement, dated April 6, 2006, by and between GDB and PBA.</li><li>Security Agreement, dated April 6, 2006, by and between GDB and PBA.</li><li>Amendment to Loan Agreement and Assignment Agreement for Partial Payment, dated June 30, 2006, by and between GDB and PBA.</li><li>Second Amendment to Loan Agreement, dated January 29, 2010, by and between GDB and PBA.</li></ul> | $48,821,233.11 | $19,832,064.58 | $68,653,297.69 |
| 20008221500100404 | <ul><li>Loan Agreement, dated May 2, 2008, by and between GDB and PBA.</li><li>First Amendment to Loan Agreement, dated December 3, 2008, by and between GDB and PBA.</li><li>Second Amendment to Loan Agreement, dated November 24, 2009, by and between GDB and PBA.</li><li>Third Amendment to Loan Agreement, dated December 3, 2010, by and between GDB and PBA.</li></ul> | $11,826,339.48 | $8,243,137.30 | $20,069,476.78 |

DRA Ex. 415

| | | | | |
|---|---|---|---|---|
| | • Fourth Amendment to Loan Agreement, dated October 31, 2011, by and between GDB and PBA.<br>• Fifth Amendment to Loan Agreement, dated October 19, 2012, by and between GDB and PBA.<br>• Sixth Amendment to Loan Agreement, dated August 21, 2014, by and between GDB and PBA. | | | |
| 20008221500100405 | • Loan Agreement, dated May 2, 2008, by and between GDB and PBA.<br>• First Amendment to Loan Agreement, dated December 3, 2008, by and between GDB and PBA.<br>• Second Amendment to Loan Agreement, dated November 24, 2009, by and between GDB and PBA.<br>• Third Amendment to Loan Agreement, dated December 3, 2010, by and between GDB and PBA.<br>• Fourth Amendment to Loan Agreement, dated October 31, 2011, by and between GDB and PBA.<br>• Fifth Amendment to Loan Agreement, dated October 19, 2012, by and between GDB and PBA.<br>• Sixth Amendment to Loan Agreement, dated August 21, 2014, by and between GDB and PBA. | $38,283,899.12 | $20,409,076.12 | $58,692,975.24 |

DRA Ex. 415

| 20008221500100410 | • Loan Agreement, dated November 16, 2010, by and between GDB and PBA.<br>• First Amendment to Loan Agreement, dated October 19, 2012, by and between GDB and PBA.<br>• Second Amendment to Loan Agreement, dated August 21, 2014, by and between GDB and PBA. | $38,482,677.44 | $21,433,806.25 | $59,916,483.69 |

DRA Ex. 415

# Electronic Proof of Claim_#I$HD27371

Final Audit Report                                                                 2020-07-28

| | |
|---|---|
| Created: | 2020-07-28 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAyStFnfRI3A2GqBA0yOyxUZ0SHPGnXR6C |

## "Electronic Proof of Claim_#I$HD27371" History

📑 Web Form created by Puerto Rico Claims (prclaims@primeclerk.com)
2020-07-28 - 5:28:52 PM GMT

🖉 Adrienne Thorson (nzt@mcvpr.com) uploaded the following supporting documents:
   🖉 Attachment
2020-07-28 - 5:39:21 PM GMT

📑 Web Form filled in by Adrienne Thorson (nzt@mcvpr.com)
2020-07-28 - 5:39:21 PM GMT- IP address: 70.45.255.63

🔧 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/84.0.4147.89 Safari/537.36)
2020-07-28 - 5:39:25 PM GMT- IP address: 70.45.255.63

✅ Signed document emailed to Puerto Rico Claims (prclaims@primeclerk.com) and Adrienne Thorson
(nzt@mcvpr.com)
2020-07-28 - 5:39:25 PM GMT

Prime Clerk | POWERED BY Adobe Sign