Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Contabilidad Central de Gobierno
San Juan, Puerto Rico

**Carta Circular**                                                    **Año Fiscal 2015 - 2016**
**Núm. 1300-15-16**                                          **17 de diciembre de 2015**

**A los Secretarios de Gobierno,
Directores de Dependencias y
Corporaciones Públicas con fondos
bajo la Custodia del Departamento
de Hacienda del Estado Libre Asociado
de  Puerto Rico**

**Asunto:   Guías para el manejo de desembolsos de
Fondos bajo la Custodia del Secretario
de Hacienda**

Estimados señores:

El  Boletín Administrativo Núm.  OE-2015-022, según enmendado, creó el Grupo de
Trabajo para la Recuperación Fiscal y Económica de Puerto Rico, en adelante el
"Grupo de Trabajo", con el fin de atender los retos fiscales que enfrenta el Gobierno del
Estado Libre Asociado de Puerto Rico.  El pasado 30 de noviembre de 2015, se emitió
el Boletín Administrativo Núm. OE-2015-046 con el fin de ordenar la retención de
ciertos recaudos para cumplir con el pago de la deuda pública, activando así lo
dispuesto por la Sección 8 del Artículo VI de la Constitución del Estado Libre Asociado
de Puerto Rico.  De conformidad con lo antes expuesto, el 8 de diciembre de 2015 se
aprobó el Boletín Administrativo Núm. OE-2015-049, cual ordena al Grupo de Trabajo,
a establecer unas guías, en consulta con el Secretario de Hacienda, para manejar el
flujo de efectivo y realizar los desembolsos de los fondos disponibles para el año fiscal
en curso, tomando en consideración, entre otros, los ajustes presupuestarios
realizados por el Director de la OGP.

En conformidad con el Boletín Administrativo Núm. 2015-049, se establecen las guías
que se indican a continuación:

1. Los desembolsos relacionados con fondos federales estarán excluidos de la
   presente guía conforme a los acuerdos suscritos con el Gobierno Federal que
   rigen las normas de administración de dichos fondos.

DRA Ex. 418

CC 1300-15-16
17 de diciembre de 2015
Página 2

2. Los desembolsos relacionados con los fondos públicos del gobierno central del Estado Libre Asociado de Puerto Rico, serán desembolsados a tenor con el siguiente orden:

    a. Intereses y amortización de la deuda pública cobijada por la Constitución, según el orden de vencimiento.

    b. Sentencias finales y firmes dictadas por tribunales en caso de expropiación forzosa, para las que se haya dispuesto una asignación para el año fiscal.

    c. Gastos generados para garantizar los siguientes servicios esenciales:

        i. Salud Pública
        ii. Seguridad
        iii. Educación
        iv. Bienestar Público

    d. Gastos de nómina y pensionados, incluyendo todas las aportaciones relacionadas y retenciones hechas.

    e. Ingresos bajo custodia del gobierno pertenecientes a entidades externas, tales como pero sin limitarse a fondos relacionados con el Seguro Compulsorio, la Administración de Compensaciones por Accidentes de Automóviles ("ACAA"), reintegros, entre otros.

    f. Cualquier otro gasto dispuesto previamente que a discreción del Secretario de Hacienda sea necesario para garantizar el funcionamiento, continuidad y estabilidad del gobierno central del Estado Libre Asociado de Puerto Rico, como los que resulten necesarios para garantizar el bienestar de los habitantes del país.

    g. En caso de suscitarse una emergencia motivada por catástrofe, actos de la naturaleza, accidentes fortuitos o que de alguna manera impacte la seguridad, salud, educación o bienestar de la ciudadanía, se dará preferencia al desembolso necesario para la ejecución de aquello que mejor responda al desenvolvimiento de la vida normal y económica del país.

DRA Ex. 418

CC 1300-15-16
17 de diciembre de 2015
Página 3

3. Se ordena a cada Jefe de agencia, o su representante autorizado, a que de necesitar con carácter de urgencia la liberación de un pago procesado y bajo la custodia del Área del Tesoro del Departamento de Hacienda, justifique en detalle la necesidad del desembolso utilizando el Modelo SC 4605, *Solicitud de Desembolso* que se incluye y se hace formar parte de estas guías.

Se emite esta Carta Circular para establecer los procedimientos a seguir por las Agencias y/o Corporaciones Públicas para solicitar cheques y/o transferencias electrónicas de un pago procesado y bajo la custodia del Área del Tesoro del Departamento de Hacienda.

## PROCEDIMIENTOS PARA EL DESEMBOLSO DE PAGOS CONTABILIZADOS CONTRA ASIGNACIONES DE FONDOS FEDERALES

1. Las Agencias contabilizarán los Comprobantes de Pagos, que estén relacionados con Programas subsidiados por el Gobierno Federal (Fondos Contables Núm. 222 y 272), solamente y exclusivamente contra las asignaciones contables federales en sus respectivas líneas de gasto, e incluirán cualquier deducción requerida por ley en el mismo comprobante. Será responsabilidad de la Agencia seleccionar en la pantalla de "Payment Schedule" la opción de "separate" para que se emita un cheque única y exclusivamente para el comprobante realizado.

2. El Área del Tesoro obtendrá un reporte de los cheques emitidos diarios de Fondos Federales y procederá con la emisión de cheques de Fondos Federales. De ser un cheque que tenga fondos estatales y federales, el mismo seguirá las guías establecidas, en la Sección de Procedimientos para solicitar cheques y/o transferencias electrónicas de desembolsos al Departamento de Hacienda .

3. Las Agencias que tienen sus sistemas contables separados al sistema de Contabilidad Central (PRIFAS), proveerán diariamente a las Áreas del Tesoro y Contabilidad Central de Gobierno del Departamento de Hacienda, un archivo electrónico con la emisión diaria de pagos emitidos. El mismo incluirá el número de fondo presupuestario en el cual fue contabilizado cada uno de los cheques emitidos.

## PROCEDIMIENTOS PARA SOLICITAR CHEQUES Y/O TRANSFERENCIAS ELECTRÓNICAS AL DEPARTAMENTO DE HACIENDA

1. Cada jefe de agencia, o su representante autorizado, cuyos fondos están bajo la custodia del Departamento de Hacienda, identificará los desembolsos urgentes

DRA Ex. 418

CC 1300-15-16
17 de diciembre de 2015
Página 4

para el funcionamiento de la agencia.   El mismo deberá seguir el orden prioritario de desembolsos establecido anteriormente.

2. Una vez identificados los desembolsos prioritarios, en conformidad con estas guías, el Jefe de Agencia o su representante autorizado, completará el Modelo SC 4605 para la solicitud al Departamento de Hacienda del desembolso.

3. El Modelo SC 4605 deberá incluir una descripción de la razón de la urgencia de los desembolsos, la cual justifique que son necesarios para garantizar el funcionamiento, continuidad y estabilidad de la Agencia.

4. El Modelo SC 4605 debidamente completado y firmado será enviado en o antes de las 12:00 medio día al siguiente correo electrónico desembolsos@hacienda.pr.gov o vía fax al 787-724-1319.   No se aceptarán solicitudes de desembolsos realizadas por cualquier otro método que no sea el anterior dispuesto.

5. El Departamento de Hacienda se reserva el derecho de denegar total o parcialmente cualquier solicitud de desembolsos que no cumpla con las directrices aquí establecidas.

**DISPOCISIONES GENERALES**

1. Las Agencias con Sistemas Separados de Contabilidad, solo podrán autorizar un (1) solo ciclo de pago diario.   No se autorizara la emisión de cheques con diversos ciclos de pagos por estas Agencias.

2. El Secretario de la Agencia y/o la persona autorizada designada al firmar el Modelo SC 4605, certificará bajo penalidad de perjurio, lo siguiente: (*i*) que ha realizado una evaluación de los desembolsos pendientes de la Agencia conforme a las Guías para el Manejo de Desembolsos, según descritas en esta Carta Circular,   (*ii*) que los desembolsos solicitados son necesarios para garantizar el funcionamiento, continuidad y estabilidad de la Agencia, (*iii*) que la razón de la urgencia establecida le consta de personal y propio conocimiento, (*iv*) que no ha  sido coaccionado, ni inducido en forma alguna a los fines de establecer las prioridades de desembolso  y (*v*) que la información provista es correcta.

3. El Departamento de Hacienda evaluará el cumplimiento de la solicitud con las guías establecidas y decidirá si procede la liberación del pago a base de la situación del flujo de efectivo.

CC 1300-15-16
17 de diciembre de 2015
Página 5

4. Solicitudes de desembolso debidamente completadas y recibidas después de las 12:00 del mediodía, serán evaluadas y/o procesadas en el próximo día laborable, sujeto a la situación y proyecciones del flujo de efectivo.

5. Las Agencias serán responsables de solicitar los fondos federales, que son por método de rembolso, en un periodo no mayor de 2 días luego de haberse cumplido con los requisitos de solicitud de fondos.

El texto de esta Carta Circular está disponible en nuestra página de Internet en la dirección: http://www.hacienda.gobierno.pr/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central.

Será responsabilidad de las agencias hacer llegar las disposiciones de esta Carta Circular al personal de las oficinas de finanzas, contabilidad y otras relacionadas al pago a los Suplidores.

Cordialmente,

Juan Flores Galarza
Sub Secretario de Hacienda

DRA Ex. 418

Modelo SC 4605
CC 1300-15-16
17-dic-15

**Estado Libre Asociado de Puerto Rico**                                                                                               Anejo

_____                                    _____
Nombre de la Agencia                                                                        Numero de Agencia en PRIFAS

_____
Dirección

**SOLICITUD DE DESEMBOLSO**

Fecha _____

| FECHA | NUMERO DE CHEQUE | NUMERO DE COMPROBANTE DE PAGO | SUPLIDOR | CANTIDAD | DESCRIPCION DE URGENCIA |
|-------|------------------|-------------------------------|----------|----------|-------------------------|
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |
|       |                  |                               |          |          |                         |

**Total Monetario Solicitado**  $ _____ -

CERTIFICO, bajo penalidad de perjurio, (1) que he realizado una evaluación de los desembolsos pendientes de la Agencia conforme a las Guías para el Manejo de Desembolsos, según descritas en la Carta Circular Núm. 1300-15-16, (2) que los desembolsos solicitados son necesarios para garantizar el funcionamiento, continuidad y estabilidad de la Agencia, (3) que la razón de la urgencia descrita en el presente documento, me consta de personal y propio conocimiento, (4) que no he sido coaccionado, ni inducido en forma alguna a los fines de establecer las prioridades de desembolso aquí establecidas y (5) que la información provista en este formulario es correcta.

_____     _____   _____   _____   _____
Firma del Jefe de Agencia o su Representante Autorizado          Nombre en Letra de Molde          Fecha                    Título                              Telefono

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

DRA Ex. 418

CERTIFIED TRANSLATION

Commonwealth of Puerto Rico
**TREASURY DEPARTMENT**
Central Accounting Area of Government
San Juan, Puerto Rico

**Circular Letter**                                                    **Fiscal Year 2015-2016**
**No. 1300-15-16**                                                    **December 17, 2015**

**To the Secretaries of Government,**
**Directors of Offices and Public**
**Corporations with funds in the**
**Custody of the Treasury Department of**
**the Commonwealth of Puerto Rico ("Hacienda")**

**Matter:  Guidelines for the Management**
**of disbursements of Funds in the**
**Custody of the Secretary of the**
**Treasury Department**
**("Hacienda")**

Dear sirs:

The Administrative Bulletin No. OE-2015-022, as amended, created the Work Group for the Fiscal and Economic Recovery of Puerto Rico, hereinafter the "Work Group", to address the fiscal challenges that the Government of the Commonwealth of Puerto Rico faces. This past November 30, 2015, we issued Administrative Bulletin No. OE-2015-046 to order setting aside certain fund collections to comply with the payment of the public debt, activating what is provided in Section 8 of Article VI of the Constitution of Puerto Rico. In accordance with the foregoing, on December 8, 2015 Administrative Bulletin No. OE-2015-049 was approved, which orders the Work Group to establish some guidelines, with the counsel of the Secretary of the Treasury Department, to manage the cash flow and make the disbursements of funds available for the fiscal year in process, taking into consideration, among others, the budgetary adjustments made by the OGP Director.

In accordance with Administrative Bulletin No. 2015-049, the following guidelines are established:

1.  The disbursements related to federal funds shall be excluded from these guidelines in accordance with the agreements executed with the Federal Government which regulate the management norms of those funds.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**DRA Ex. 418**

CERTIFIED TRANSLATION

CC 1300-15-16
December 17, 2015
Page 2

2. The disbursements related to the public funds of the central government of the Commonwealth of Puerto Rico, shall be disbursed pursuant to the following order:

   a. Interest and amortization of the public debt covered by the Constitution, according to the due date order.

   b. Final and firm judgments entered by the courts in cases of eminent domain, for which an allocation of funds has been provided for the fiscal year.

   c. Expenses generated to guarantee the following essential services:

      i.     Public Health
      ii.    Safety
      iii.   Education
      iv.    Public Wellbeing

   d. Payroll and pensioner expenses, including all related contributions and withholdings made.

   e. Income under the custody of the government belonging to external entities, such as but not limited to funds related to Compulsory Insurance, the Administration for Compensation for Automobile Accidents ("ACAA" for its Spanish acronym), refunds, among others.

   f. Any other expense previously provided that in the discretion of the Secretary of the Treasury Department ("Hacienda") is necessary to guarantee the operation, continuity, and stability of the central government of the Commonwealth of Puerto Rico, such as those that are necessary to guarantee the wellbeing of the residents of the country.

   g. In case there is an emergency caused by a catastrophe, acts of nature, accidents or that in any way impacts the safety, health, education, or wellbeing of the citizens, preference shall be given to the disbursement necessary for the execution of that which best serves for the return of normal and economic life of the country.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**DRA Ex. 418**

CERTIFIED TRANSLATION

CC 1300-15-16
December 17, 2015
Page 3

3.  Each agency head or their authorized representative is ordered to justify in detail the need for the disbursement using Model SC 4605, Request for Disbursement that is attached and is made part of these guidelines, if they urgently need the release of a payment processed and in the custody of the Treasury Area of the Treasury Department ("Hacienda").

This Circular Letter is issued to establish the proceedings to follow by the Agencies and/or Public Corporations to request checks and/or wire transfers of a processed payment in the custody of the Treasury Area of the Treasury Department ("Hacienda").

## PROCEDURE FOR THE DISBURSEMENT OF PAYMENTS RECORDED AGAINST FEDERAL GRANTS

1.  The Agencies will account for the Payment Vouchers, that are related to the Programs subsidized by the Federal Government (Accounting Funds No. 222 and 272) only and exclusively against the federal grants in their respective expenditure line items and will include any deduction required by law in the same voucher. It will be the responsibility of the Agency to select the "separate" option in the screen of "Payment Schedule" to issue a check only and exclusively for the voucher made.

2.  The Treasury Area will obtain a report of the daily checks issued from Federal Funds and will proceed with the issuance of checks from Federal Funds. If it is a check with both state and federal funds, it will follow the guidelines established in the Section of Procedures to request checks and/or wire transfers of disbursements to the Treasury Department ("Hacienda").

3.  The Agencies that have their accounting systems separate from the Central Accounting System (PRIFAS) will provide to the Treasury and Central Government Accounting Areas of the Treasury Department ("Hacienda") each day an electronic file with the daily issuance of payments issued. It shall include the number of budgetary fund in which each one of the checks issued was accounted for.

## PROCEDURES TO REQUEST CHECKS AND/OR WIRE TRANSFERS FROM THE TREASURY DEPARTMENT ("HACIENDA")

1.  Each agency head, or their authorized representative, whose funds are under the custody of the Treasury Department ("Hacienda"), shall identify the urgent disbursements.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**DRA Ex. 418**

CERTIFIED TRANSLATION

CC 1300-15-16
December 17, 2015
Page 4

for the operation of the agency. It must follow the priority order of disbursements established previously.

2. Once the priority disbursements are identified, in accordance with these guidelines, the Agency Head or their authorized representative will complete Model SC 4605 for the request for disbursement to the Treasury Department ("Hacienda").

3. Model SC4605 must include a description of the need for the urgency of the disbursements, which justifies that they are necessary to guarantee the operation, continuity and stability of the Agency.

4. Model SC 4605 duly completed and signed will be sent on or before 12:00 noon of to the following e-mail desembolsos@hacienda.pr.gov or by fax to 787-724-1319. Requests for disbursements made by any other method other than the foregoing will not be accepted.

5. The Treasury Department ("Hacienda") reserves the right to deny any request for disbursements totally or partially that does not meet the guidelines established herein.

**GENERAL PROVISIONS**

1. The Agencies with Separate Accounting Systems may only authorize one (1) only cycle of payment daily. The issuance of checks with diverse payment cycles by these Agencies will not be authorized.

2. The Secretary of the Agency and/or the person authorized to sign Model SC 4605, will certify under penalty of perjury the following: *(i)* that they have performed an evaluation of the pending disbursements of the Agency in accordance with the Guidelines for the Management of Disbursements as described in this Circular Letter, *(ii)* that the disbursements requested are necessary to guarantee the operation, continuity and stability of the Agency, *(iii)* that the reason for the urgency established is of their own and personal knowledge, *(iv)* that they have not been coerced or induced in any way to establish the priorities of disbursements and *(v)* that the information provided is correct.

3. The Treasury Department ("Hacienda") will evaluate compliance of the request with the guidelines established and will decide if the release of the payment is appropriate based on the cash flow situation.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**DRA Ex. 418**

CERTIFIED TRANSLATION

CC 1300-15-16
December 17, 2015
Page 5

4.  Requests for disbursement duly completed and received after 12:00 noon will be evaluated and/or processed on the next workday, subject to the cash flow situation and projections.

5.  The Agencies will be responsible for requesting the federal funds that are by reimbursement method, in a period no greater than 2 days after complying with the requirements for request of funds.

The text in this Circular Letter is available in our Internet page at the address: http://www.haciena.gobierno.pr/sobre-hacienda/publicaciones/contabilidad-central-circulares-de-contabilidad-central.

It will be the responsibility of the agency to send the provisions of this Circular Letter to the personnel of finances, accounting and other offices related to the payment to Suppliers.


Cordially,
Signed
Juan Flores-Galarza
Deputy Secretary of Hacienda


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**DRA Ex. 418**

CERTIFIED TRANSLATION

CC 1300-15-16
December 17, 2015
Page 6
Model SC 4506
CC-1300-15-16
Dec 17-15

**Commonwealth of Puerto Rico**                    Attachment

_____          _____
Name of the Agency                    Agency Number in PRIFAS

_____
Address


**REQUEST FOR DISBURSEMENT**

| DATE | CHECK NUMBER | PAYMENT VOUCHER NUMBER | SUPPLIER | AMOUNT | DESCRIPTION OF URGENCY |
|------|------|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Total Money Requested** $_____

I CERTIFY, under penalty of perjury, (1) that I have performed an evaluation of the Agency disbursements pending in accordance with the Guidelines for the Management of Disbursements, as described in Circular Letter No. 1300-15-16 (2), that the disbursements requested are necessary to guarantee the operation, continuity and stability of the Agency, (3) that the reason for the urgency described in this document is of my personal and own knowledge, (4) that I have not been coerced or induced in any way to establish the priorities of disbursement established herein and (5) that the information provided in this form is correct.

_____          _____          _____          _____
Signature of Agency Head or Authorized Representative          Name in Print          Date          Title

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**DRA Ex. 418**