# EXHIBIT A

DRA Ex. 428

**Issuer: Puerto Rico Highways and Transportation Authority**
($ in millions, as of Commonwealth petition date)

| CUSIP | Series | Class | Coupon | Maturity | Principal[1] | Unaccreted Principal | Accrued Interest | Princ. / Int. Payments | Claim[2] |
|---|---|---|---|---|---|---|---|---|---|
| 745181N6 | Series AA | HTA 68s | 5.500% | 7/1/2017 | 16,870,000.00 | - | 311,860.69 | - | 17,181,860.69 |
| 745181N7 | Series AA | HTA 68s | 5.500% | 7/1/2018 | 1,770,000.00 | - | 32,720.42 | - | 1,802,720.42 |
| 745181N8 | Series AA | HTA 68s | 5.500% | 7/1/2019 | 12,310,000.00 | - | 227,564.03 | - | 12,537,564.03 |
| 745181N9 | Series AA | HTA 68s | 5.500% | 7/1/2020 | 13,015,000.00 | - | 240,596.74 | - | 13,255,596.74 |
| 745181XN | Series AA | HTA 68s | 4.500% | 7/1/2021 | 1,515,000.00 | (3,499.65) | 22,914.38 | - | 1,534,414.73 |
| 745181XQ | Series AA | HTA 68s | 4.625% | 7/1/2023 | 1,655,000.00 | (4,931.90) | 25,727.20 | - | 1,675,795.30 |
| 745181XR | Series AA | HTA 68s | 5.000% | 7/1/2028 | 9,570,000.00 | (65,363.10) | 160,829.17 | - | 9,665,466.07 |
| 745181XS | Series AA | HTA 68s | 5.000% | 7/1/2035 | 17,990,000.00 | (254,738.40) | 302,331.94 | - | 18,037,593.54 |
| 745181N5 | Series AA Remarketing | HTA 68s | 4.950% | 7/1/2026 | 110,775,000.00 | - | 1,843,019.06 | - | 112,618,019.06 |
| 745181K9 | Series AA Remarketing | HTA 68s | 5.300% | 7/1/2035 | 65,275,000.00 | - | 1,162,801.60 | - | 66,437,801.60 |
| 745181ZJ | Series BB | HTA 68s | 5.250% | 7/1/2017 | 13,115,000.00 | - | 231,425.10 | - | 13,346,425.10 |
| 745181ZK | Series BB | HTA 68s | 5.250% | 7/1/2018 | 10,055,000.00 | - | 177,428.85 | - | 10,232,428.85 |
| 745181P3 | Series BB | HTA 68s | 5.250% | 7/1/2022 | 39,900,000.00 | - | 704,068.75 | - | 40,604,068.75 |
| 745181B2 | Series CC | HTA 68s | - | 7/1/2021 | 1,305,000.00 | (218,965.95) | - | - | 1,086,034.05 |
| 745181B4 | Series CC | HTA 68s | - | 7/1/2023 | 1,300,000.00 | (312,468.00) | - | - | 987,532.00 |
| 745181B5 | Series CC | HTA 68s | - | 7/1/2024 | 1,300,000.00 | (356,863.00) | - | - | 943,137.00 |
| 745181B6 | Series CC | HTA 68s | - | 7/1/2025 | 1,300,000.00 | (399,620.00) | - | - | 900,380.00 |
| 745181B7 | Series CC | HTA 68s | - | 7/1/2026 | 1,300,000.00 | (440,765.00) | - | - | 859,235.00 |
| 745181B8 | Series CC | HTA 68s | - | 7/1/2027 | 34,545,000.00 | (12,742,959.60) | - | - | 21,802,040.40 |
| 745181B9 | Series CC | HTA 68s | 5.500% | 7/1/2028 | 34,545,000.00 | - | 638,602.71 | - | 35,183,602.71 |
| 745181C2 | Series CC | HTA 68s | 5.500% | 7/1/2029 | 36,445,000.00 | - | 673,726.32 | - | 37,118,726.32 |
| 745181C3 | Series CC | HTA 68s | 5.500% | 7/1/2030 | 38,445,000.00 | - | 710,698.54 | - | 39,155,698.54 |
| 745181C4 | Series CC | HTA 68s | 5.500% | 7/1/2031 | 40,565,000.00 | - | 749,889.10 | - | 41,314,889.10 |
| 745181C5 | Series CC | HTA 68s | 5.250% | 7/1/2032 | 42,790,000.00 | - | 755,065.21 | - | 43,545,065.21 |
| 745181C6 | Series CC | HTA 68s | 5.250% | 7/1/2033 | 45,045,000.00 | - | 794,856.56 | - | 45,839,856.56 |
| 745181C7 | Series CC | HTA 68s | 5.250% | 7/1/2034 | 47,405,000.00 | - | 836,500.73 | - | 48,241,500.73 |
| 745181C8 | Series CC | HTA 68s | 5.250% | 7/1/2036 | 102,410,000.00 | - | 1,807,109.79 | - | 104,217,109.79 |
| 745181NF | Series Y | HTA 68s | 6.250% | 7/1/2021 | 67,300,000.00 | - | 1,413,767.36 | - | 68,713,767.36 |
| 745181M7 | Series Z | HTA 68s | 6.000% | 7/1/2018 | 19,775,000.00 | - | 398,795.83 | - | 20,173,795.83 |
| 745190AU | Series A | HTA 98 Seniors | - | 7/1/2017 | 25,250,000.00 | (207,302.50) | - | - | 25,042,697.50 |
| 745190AV | Series A | HTA 98 Seniors | - | 7/1/2018 | 25,250,000.00 | (1,430,917.50) | - | - | 23,819,082.50 |
| 745190JT | Series A | HTA 98 Seniors | 5.000% | 7/1/2028 | 3,610,000.00 | (48,843.30) | 60,668.06 | - | 3,621,824.76 |
| 745190Y7 | Series A | HTA 98 Seniors | 12.000% | 7/1/2028 | 200,000,000.00 | - | - | - | 200,000,000.00 |
| 745190AY | Series A | HTA 98 Seniors | 4.750% | 7/1/2038 | 206,865,000.00 | (12,382,938.90) | 3,302,657.19 | - | 197,784,718.29 |
| 745190Z9 | Series A | HTA 98 Seniors | 5.000% | 7/1/2038 | 5,025,000.00 | (190,799.25) | 84,447.92 | - | 4,918,648.67 |
| 745190J4 | Series D | HTA 98 Seniors | 5.000% | 7/1/2027 | 36,240,000.00 | (372,184.80) | 609,033.33 | - | 36,476,848.53 |
| 745190ZB | Series D | HTA 98 Seniors | 5.000% | 7/1/2032 | 105,075,000.00 | (1,761,057.00) | 1,765,843.75 | - | 105,079,786.75 |
| 745190HC | Series E | HTA 98 Seniors | 5.500% | 7/1/2017 | 31,550,000.00 | - | 583,236.81 | - | 32,133,236.81 |
| 745190HD | Series E | HTA 98 Seniors | 5.500% | 7/1/2018 | 19,260,000.00 | - | 356,042.50 | - | 19,616,042.50 |
| 745190HE | Series E | HTA 98 Seniors | 5.500% | 7/1/2019 | 13,250,000.00 | - | 244,940.97 | - | 13,494,940.97 |
| 745190HF | Series E | HTA 98 Seniors | 5.500% | 7/1/2020 | 14,110,000.00 | - | 260,839.03 | - | 14,370,839.03 |
| 745190HG | Series E | HTA 98 Seniors | 5.500% | 7/1/2021 | 14,420,000.00 | - | 266,569.72 | - | 14,686,569.72 |
| 745190HH | Series E | HTA 98 Seniors | 5.500% | 7/1/2022 | 15,790,000.00 | - | 291,895.69 | - | 16,081,895.69 |
| 745190HJ | Series E | HTA 98 Seniors | 5.500% | 7/1/2023 | 16,660,000.00 | - | 307,978.61 | - | 16,967,978.61 |
| 745190HK | Series E | HTA 98 Seniors | 5.750% | 7/1/2024 | 8,435,000.00 | - | 163,018.09 | - | 8,598,018.09 |
| 7451902Q | Series G | HTA 98 Seniors | 5.250% | 7/1/2019 | 5,750,000.00 | - | 101,463.54 | - | 5,851,463.54 |
| 7451902R | Series G | HTA 98 Seniors | 5.250% | 7/1/2020 | 255,000.00 | - | 4,499.69 | - | 259,499.69 |
| 745190KC | Series G | HTA 98 Seniors | 5.000% | 7/1/2022 | 11,115,000.00 | - | 186,793.75 | - | 11,301,793.75 |
| 745190KD | Series G | HTA 98 Seniors | 5.000% | 7/1/2023 | 1,150,000.00 | (4,301.00) | 19,326.39 | - | 1,165,025.39 |
| 745190K5 | Series G | HTA 98 Seniors | 5.000% | 7/1/2028 | 2,305,000.00 | (15,743.15) | 38,736.81 | - | 2,327,993.66 |
| 7451902S | Series G | HTA 98 Seniors | 5.000% | 7/1/2033 | 48,990,000.00 | (538,400.10) | 823,304.17 | - | 49,274,904.07 |
| 7451902T | Series G | HTA 98 Seniors | 5.000% | 7/1/2042 | 89,505,000.00 | (2,503,454.85) | 1,504,181.25 | - | 88,505,726.40 |
| 7451902W | Series H | HTA 98 Seniors | 4.250% | 7/1/2018 | 135,000.00 | (113.40) | 1,928.44 | - | 136,815.04 |
| 745190KX | Series H | HTA 98 Seniors | 4.375% | 7/1/2019 | 755,000.00 | (581.35) | 11,102.17 | - | 765,520.82 |
| 745190KY | Series H | HTA 98 Seniors | 4.400% | 7/1/2020 | 790,000.00 | (2,125.10) | 11,683.22 | - | 799,558.12 |
| 745190KZ | Series H | HTA 98 Seniors | 4.500% | 7/1/2021 | 825,000.00 | (1,905.75) | 12,478.13 | - | 835,572.38 |
| 745190LA | Series H | HTA 98 Seniors | 5.000% | 7/1/2022 | 860,000.00 | - | 14,452.78 | - | 874,452.78 |
| 745190LB | Series H | HTA 98 Seniors | 5.000% | 7/1/2023 | 905,000.00 | (3,384.70) | 15,209.03 | - | 916,824.33 |
| 745190L2 | Series H | HTA 98 Seniors | 5.000% | 7/1/2028 | 1,815,000.00 | (12,396.45) | 30,502.08 | - | 1,833,105.63 |

**Issuer: Puerto Rico Highways and Transportation Authority**
($ in millions, as of Commonwealth petition date)

| CUSIP | Series | Class | Coupon | Maturity | Principal[1] | Unaccreted Principal | Accrued Interest | Princ. / Int. Payments | Claim[2] |
|---|---|---|---|---|---|---|---|---|---|
| 7451902X | Series H | HTA 98 Seniors | 5.000% | 7/1/2035 | 3,120,000.00 | (44,179.20) | 52,433.33 | - | 3,128,254.13 |
| 7451903V | Series H Remarketing | HTA 98 Seniors | 5.450% | 7/1/2032 | 12,720,000.00 | - | 233,005.67 | - | 12,953,005.67 |
| 745190PF | Series I | HTA 98 Seniors | 4.000% | 7/1/2017 | 480,000.00 | (91.20) | 6,453.33 | - | 486,362.13 |
| 745190PG | Series I | HTA 98 Seniors | 4.100% | 7/1/2018 | 500,000.00 | (250.00) | 6,890.28 | - | 506,640.28 |
| 745190PH | Series I | HTA 98 Seniors | 4.200% | 7/1/2019 | 520,000.00 | (348.40) | 7,340.67 | - | 526,992.27 |
| 745190PJ | Series I | HTA 98 Seniors | 4.250% | 7/1/2020 | 540,000.00 | (977.40) | 7,713.75 | - | 546,736.35 |
| 745190PK | Series I | HTA 98 Seniors | 4.300% | 7/1/2021 | 565,000.00 | (1,949.25) | 8,165.82 | - | 571,216.57 |
| 7451902Z | Series I | HTA 98 Seniors | 5.000% | 7/1/2022 | 12,125,000.00 | - | 203,767.36 | - | 12,328,767.36 |
| 745190PM | Series I | HTA 98 Seniors | 5.000% | 7/1/2023 | 14,325,000.00 | - | 240,739.58 | - | 14,565,739.58 |
| 745190PN | Series I | HTA 98 Seniors | 5.000% | 7/1/2024 | 15,040,000.00 | - | 252,755.56 | - | 15,292,755.56 |
| 745190PP | Series I | HTA 98 Seniors | 5.000% | 7/1/2025 | 15,790,000.00 | - | 265,359.72 | - | 16,055,359.72 |
| 745190PQ | Series I | HTA 98 Seniors | 5.000% | 7/1/2026 | 16,585,000.00 | - | 278,720.14 | - | 16,863,720.14 |
| 7451903K | Series J | HTA 98 Seniors | 5.000% | 7/1/2017 | 1,075,000.00 | - | 18,065.97 | - | 1,093,065.97 |
| 7451903L | Series J | HTA 98 Seniors | 5.000% | 7/1/2018 | 5,485,000.00 | - | 92,178.47 | - | 5,577,178.47 |
| 745190QH | Series J | HTA 98 Seniors | 5.000% | 7/1/2019 | 6,995,000.00 | - | 117,554.86 | - | 7,112,554.86 |
| 7451903M | Series J | HTA 98 Seniors | 5.000% | 7/1/2020 | 5,660,000.00 | - | 95,119.44 | - | 5,755,119.44 |
| 7451903N | Series J | HTA 98 Seniors | 4.625% | 7/1/2021 | 465,000.00 | (985.80) | 7,228.49 | - | 471,242.69 |
| 745190QM | Series J | HTA 98 Seniors | 4.700% | 7/1/2022 | 260,000.00 | (371.80) | 4,107.28 | - | 263,735.48 |
| 745190QP | Series J | HTA 98 Seniors | 4.750% | 7/1/2023 | 255,000.00 | (420.75) | 4,071.15 | - | 258,650.40 |
| 745190QR | Series J | HTA 98 Seniors | 4.800% | 7/1/2024 | 2,420,000.00 | (7,405.20) | 39,042.67 | - | 2,451,637.47 |
| 7451903P | Series J | HTA 98 Seniors | 5.000% | 7/1/2029 | 51,070,000.00 | - | 858,259.72 | - | 51,928,259.72 |
| 745190TC | Series K | HTA 98 Seniors | 5.000% | 7/1/2017 | 11,400,000.00 | - | 191,583.33 | - | 11,591,583.33 |
| 745190TD | Series K | HTA 98 Seniors | 5.000% | 7/1/2018 | 11,970,000.00 | - | 201,162.50 | - | 12,171,162.50 |
| 745190TE | Series K | HTA 98 Seniors | 5.000% | 7/1/2019 | 12,570,000.00 | - | 211,245.83 | - | 12,781,245.83 |
| 745190TF | Series K | HTA 98 Seniors | 4.300% | 7/1/2020 | 770,000.00 | (716.10) | 11,128.64 | - | 780,412.54 |
| 745190TG | Series K | HTA 98 Seniors | 5.000% | 7/1/2020 | 12,430,000.00 | - | 208,893.06 | - | 12,638,893.06 |
| 745190TH | Series K | HTA 98 Seniors | 5.000% | 7/1/2021 | 13,855,000.00 | - | 232,840.97 | - | 14,087,840.97 |
| 745190TJ | Series K | HTA 98 Seniors | 5.000% | 7/1/2022 | 14,545,000.00 | - | 244,436.81 | - | 14,789,436.81 |
| 745190TK | Series K | HTA 98 Seniors | 5.000% | 7/1/2023 | 15,275,000.00 | - | 256,704.86 | - | 15,531,704.86 |
| 745190TL | Series K | HTA 98 Seniors | 5.000% | 7/1/2024 | 16,035,000.00 | - | 269,477.08 | - | 16,304,477.08 |
| 745190TM | Series K | HTA 98 Seniors | 4.400% | 7/1/2025 | 795,000.00 | (1,661.55) | 11,757.17 | - | 805,095.62 |
| 745190TN | Series K | HTA 98 Seniors | 5.000% | 7/1/2025 | 16,045,000.00 | - | 269,645.14 | - | 16,314,645.14 |
| 745190TP | Series K | HTA 98 Seniors | 5.000% | 7/1/2026 | 17,675,000.00 | - | 297,038.19 | - | 17,972,038.19 |
| 745190TQ | Series K | HTA 98 Seniors | 5.000% | 7/1/2027 | 18,560,000.00 | - | 311,911.11 | - | 18,871,911.11 |
| 745190TR | Series K | HTA 98 Seniors | 5.000% | 7/1/2030 | 61,440,000.00 | - | 1,032,533.33 | - | 62,472,533.33 |
| 745190TS | Series K | HTA 98 Seniors | 4.500% | 7/1/2035 | 1,575,000.00 | (9,765.00) | 23,821.88 | - | 1,589,056.88 |
| 745190UC | Series L | HTA 98 Seniors | 5.250% | 7/1/2017 | 1,000,000.00 | - | 17,645.83 | - | 1,017,645.83 |
| 745190UD | Series L | HTA 98 Seniors | 5.250% | 7/1/2018 | 11,465,000.00 | - | 202,309.48 | - | 11,667,309.48 |
| 745190UE | Series L | HTA 98 Seniors | 5.250% | 7/1/2019 | 12,065,000.00 | - | 212,896.98 | - | 12,277,896.98 |
| 745190UF | Series L | HTA 98 Seniors | 4.000% | 7/1/2020 | 8,735,000.00 | (28,650.80) | 117,437.22 | - | 8,823,786.42 |
| 745190UG | Series L | HTA 98 Seniors | 5.250% | 7/1/2021 | 19,875,000.00 | - | 350,710.94 | - | 20,225,710.94 |
| 745190UH | Series L | HTA 98 Seniors | 5.250% | 7/1/2022 | 7,870,000.00 | - | 138,872.71 | - | 8,008,872.71 |
| 745190UJ | Series L | HTA 98 Seniors | 5.250% | 7/1/2023 | 9,050,000.00 | - | 159,694.79 | - | 9,209,694.79 |
| 745190UK | Series L | HTA 98 Seniors | 5.250% | 7/1/2024 | 7,370,000.00 | - | 130,049.79 | - | 7,500,049.79 |
| 745190UL | Series L | HTA 98 Seniors | 4.125% | 7/1/2025 | 765,000.00 | (1,874.25) | 10,606.41 | - | 773,732.16 |
| 745190UM | Series L | HTA 98 Seniors | 5.250% | 7/1/2030 | 2,525,000.00 | - | 44,555.73 | - | 2,569,555.73 |
| 745190UP | Series L | HTA 98 Seniors | 5.250% | 7/1/2035 | 145,770,000.00 | - | 2,572,233.13 | - | 148,342,233.13 |
| 745190UN | Series L | HTA 98 Seniors | 4.250% | 7/1/2035 | 540,000.00 | (2,737.80) | 7,713.75 | - | 544,975.95 |
| 745190UQ | Series L | HTA 98 Seniors | 5.250% | 7/1/2038 | 166,095,000.00 | - | 2,930,884.69 | - | 169,025,884.69 |
| 745190UR | Series L | HTA 98 Seniors | 5.250% | 7/1/2041 | 148,110,000.00 | - | 2,613,524.38 | - | 150,723,524.38 |
| 745190YB | Series M | HTA 98 Seniors | 4.000% | 7/1/2017 | 3,460,000.00 | (1,003.40) | 46,517.78 | - | 3,505,514.38 |
| 745190YC | Series M | HTA 98 Seniors | 4.125% | 7/1/2018 | 1,055,000.00 | (474.75) | 14,627.14 | - | 1,069,152.39 |
| 745190YD | Series M | HTA 98 Seniors | 5.000% | 7/1/2018 | 2,545,000.00 | - | 42,770.14 | - | 2,587,770.14 |
| 745190YE | Series M | HTA 98 Seniors | 4.125% | 7/1/2019 | 3,770,000.00 | (5,202.60) | 52,269.48 | - | 3,817,066.88 |
| 745190YF | Series M | HTA 98 Seniors | 4.200% | 7/1/2020 | 180,000.00 | (63.00) | 2,541.00 | - | 182,478.00 |
| 745190YG | Series M | HTA 98 Seniors | 5.000% | 7/1/2020 | 3,745,000.00 | - | 62,936.81 | - | 3,807,936.81 |
| 745190YH | Series M | HTA 98 Seniors | 5.000% | 7/1/2021 | 4,120,000.00 | - | 69,238.89 | - | 4,189,238.89 |
| 745190YJ | Series M | HTA 98 Seniors | 4.250% | 7/1/2022 | 105,000.00 | - | 1,499.90 | - | 106,499.90 |
| 745190YK | Series M | HTA 98 Seniors | 5.000% | 7/1/2022 | 4,220,000.00 | - | 70,919.44 | - | 4,290,919.44 |

**Issuer: Puerto Rico Highways and Transportation Authority**
**($ in millions, as of Commonwealth petition date)**

| CUSIP | Series | Class | Coupon | Maturity | Principal[1] | Unaccreted Principal | Accrued Interest | Princ. / Int. Payments | Claim[2] |
|---|---|---|---|---|---|---|---|---|---|
| 745190YL | Series M | HTA 98 Seniors | 4.250% | 7/1/2023 | 1,365,000.00 | (2,265.90) | 19,498.65 | – | 1,382,232.75 |
| 745190YM | Series M | HTA 98 Seniors | 5.000% | 7/1/2023 | 3,180,000.00 | – | 53,441.67 | – | 3,233,441.67 |
| 745190YN | Series M | HTA 98 Seniors | 4.300% | 7/1/2024 | 245,000.00 | – | 3,540.93 | – | 248,540.93 |
| 745190YP | Series M | HTA 98 Seniors | 5.000% | 7/1/2024 | 4,515,000.00 | – | 75,877.08 | – | 4,590,877.08 |
| 745190YQ | Series M | HTA 98 Seniors | 4.300% | 7/1/2025 | 100,000.00 | (142.00) | 1,445.28 | – | 101,303.28 |
| 745190YR | Series M | HTA 98 Seniors | 5.000% | 7/1/2025 | 4,895,000.00 | – | 82,263.19 | – | 4,977,263.19 |
| 745190YS | Series M | HTA 98 Seniors | 4.300% | 7/1/2026 | 200,000.00 | (610.00) | 2,890.56 | – | 202,280.56 |
| 745190YT | Series M | HTA 98 Seniors | 5.000% | 7/1/2026 | 5,045,000.00 | – | 84,784.03 | – | 5,129,784.03 |
| 745190YU | Series M | HTA 98 Seniors | 4.300% | 7/1/2027 | 705,000.00 | (3,482.70) | 10,189.21 | – | 711,706.51 |
| 745190YV | Series M | HTA 98 Seniors | 5.000% | 7/1/2027 | 4,880,000.00 | – | 80,666.67 | – | 4,880,666.67 |
| 745190YW | Series M | HTA 98 Seniors | 5.000% | 7/1/2032 | 31,915,000.00 | – | 536,349.31 | – | 32,451,349.31 |
| 745190YY | Series M | HTA 98 Seniors | 5.000% | 7/1/2037 | 38,955,000.00 | – | 654,660.42 | – | 39,609,660.42 |
| 745190YX | Series M | HTA 98 Seniors | 4.500% | 7/1/2037 | 1,780,000.00 | – | 26,922.50 | – | 1,806,922.50 |
| 7451903D | Series M | HTA 98 Seniors | 5.000% | 7/1/2046 | 103,630,000.00 | – | 1,741,559.72 | – | 105,371,559.72 |
| 745190ZA | Series N | HTA 98 Seniors | – | 7/1/2019 | 9,890,000.00 | (902,264.70) | – | – | 8,987,735.30 |
| 745190ZB | Series N | HTA 98 Seniors | – | 7/1/2020 | 20,935,000.00 | (2,743,950.45) | – | – | 18,191,049.55 |
| 745190ZC | Series N | HTA 98 Seniors | 5.500% | 7/1/2021 | 16,330,000.00 | – | 301,878.19 | – | 16,631,878.19 |
| 745190ZD | Series N | HTA 98 Seniors | 5.500% | 7/1/2022 | 7,025,000.00 | – | 129,864.93 | – | 7,154,864.93 |
| 745190ZE | Series N | HTA 98 Seniors | 5.500% | 7/1/2023 | 10,320,000.00 | – | 190,776.67 | – | 10,510,776.67 |
| 745190ZF | Series N | HTA 98 Seniors | 5.500% | 7/1/2024 | 21,420,000.00 | – | 395,972.50 | – | 21,815,972.50 |
| 745190ZG | Series N | HTA 98 Seniors | 5.500% | 7/1/2025 | 25,480,000.00 | – | 471,026.11 | – | 25,951,026.11 |
| 745190ZH | Series N | HTA 98 Seniors | 5.500% | 7/1/2026 | 26,865,000.00 | – | 496,629.38 | – | 27,361,629.38 |
| 745190ZJ | Series N | HTA 98 Seniors | 3.120% | 7/1/2027 | 28,545,000.00 | – | – | – | 28,545,000.00 |
| 745190ZK | Series N | HTA 98 Seniors | 3.120% | 7/1/2028 | 29,420,000.00 | – | – | – | 29,420,000.00 |
| 745190ZL | Series N | HTA 98 Seniors | 5.500% | 7/1/2029 | 51,580,000.00 | – | 953,513.61 | – | 52,533,513.61 |
| 745190ZM | Series N | HTA 98 Seniors | 5.250% | 7/1/2030 | 60,880,000.00 | – | 1,074,278.33 | – | 61,954,278.33 |
| 745190ZN | Series N | HTA 98 Seniors | 5.250% | 7/1/2031 | 83,890,000.00 | – | 1,480,308.96 | – | 85,370,308.96 |
| 745190ZP | Series N | HTA 98 Seniors | 5.250% | 7/1/2032 | 73,325,000.00 | – | 1,293,880.73 | – | 74,618,880.73 |
| 745190ZQ | Series N | HTA 98 Seniors | 5.250% | 7/1/2033 | 71,145,000.00 | – | 1,255,412.81 | – | 72,400,412.81 |
| 745190ZR | Series N | HTA 98 Seniors | 5.250% | 7/1/2034 | 83,410,000.00 | – | 1,471,838.96 | – | 84,881,838.96 |
| 745190ZS | Series N | HTA 98 Seniors | 5.250% | 7/1/2036 | 170,755,000.00 | – | 3,013,114.27 | – | 173,768,114.27 |
| 745190ZT | Series N | HTA 98 Seniors | 5.250% | 7/1/2039 | 243,315,000.00 | – | 4,293,495.94 | – | 247,608,495.94 |
| 745190ZU | Series N | HTA 98 Seniors | 0.720% | 7/1/2041 | 500,000.00 | – | 310.00 | – | 500,310.00 |
| 745190ZV | Series N | HTA 98 Seniors | 0.720% | 7/1/2045 | 200,000.00 | – | 124.00 | – | 200,124.00 |
| 745190CN | Series 1998 | HTA 98 Subs | 5.000% | 7/1/2018 | 9,805,000.00 | (9,510.85) | 655,028.47 | – | 10,450,517.62 |
| 745190CP | Series 1998 | HTA 98 Subs | 5.000% | 7/1/2022 | 15,520,000.00 | (153,958.40) | 1,036,822.22 | – | 16,402,863.82 |
| 745190CQ | Series 1998 | HTA 98 Subs | 5.000% | 7/1/2028 | 29,770,000.00 | (624,872.30) | 1,988,801.39 | – | 31,133,929.09 |
| 745190MF | Series 2003 Subordinate | HTA 98 Subs | 5.250% | 7/1/2017 | 14,700,000.00 | – | 259,393.75 | – | 14,959,393.75 |
| 745190MG | Series 2003 Subordinate | HTA 98 Subs | 4.100% | 7/1/2017 | 500,000.00 | (145.00) | 6,890.28 | – | 506,745.28 |
| 745190MH | Series 2003 Subordinate | HTA 98 Subs | 5.250% | 7/1/2018 | 15,000,000.00 | – | 264,687.50 | – | 15,264,687.50 |
| 745190MJ | Series 2003 Subordinate | HTA 98 Subs | 4.200% | 7/1/2018 | 110,000.00 | (129.80) | 1,552.83 | – | 111,423.03 |
| 745190MK | Series 2003 Subordinate | HTA 98 Subs | 5.750% | 7/1/2019 | 11,025,000.00 | – | 213,073.44 | – | 11,238,073.44 |
| 745190ML | Series 2003 Subordinate | HTA 98 Subs | 4.750% | 7/1/2019 | 1,320,000.00 | (1,702.80) | 21,074.17 | – | 1,339,371.37 |
| 745190MM | Series 2003 Subordinate | HTA 98 Subs | 5.750% | 7/1/2020 | 15,465,000.00 | – | 298,882.60 | – | 15,763,882.60 |
| 745190MN | Series 2003 Subordinate | HTA 98 Subs | 5.750% | 7/1/2021 | 16,320,000.00 | – | 315,406.67 | – | 16,635,406.67 |
| 745190MP | Series 2003 Subordinate | HTA 98 Subs | 5.750% | 7/1/2022 | 17,045,000.00 | – | 329,418.30 | – | 17,374,418.30 |
| 745190MQ | Series 2003 Subordinate | HTA 98 Subs | 4.875% | 7/1/2022 | 225,000.00 | (1,282.50) | 3,686.72 | – | 227,404.22 |
| 745190MR | Series 2003 Subordinate | HTA 98 Subs | 5.000% | 7/1/2023 | 18,265,000.00 | (96,987.15) | 306,953.47 | – | 18,474,966.32 |
| 745190MS | Series 2003 Subordinate | HTA 98 Subs | 5.000% | 7/1/2028 | 105,985,000.00 | (1,256,982.10) | 1,781,136.81 | – | 106,509,154.71 |
| n.a. | Loan ID: 2000792151410 | HTA GDB Loan | 6.000% | 7/1/2030 | 37,900,000.00 | – | 11,009,950.00 | – | 48,909,950.00 |
| n.a. | Loan ID: 2000792151411 | HTA GDB Loan | 6.000% | 7/1/2035 | 2,686,850.02 | – | 511,397.12 | – | 3,198,247.14 |
| n.a. | Loan ID: 2000792151412 | HTA GDB Loan | 6.000% | 7/1/2035 | 62,027,259.80 | – | 18,018,918.97 | – | 80,046,178.77 |
| n.a. | Loan ID: 2000792151413 | HTA GDB Loan | 6.000% | 7/1/2035 | 115,440,889.93 | – | 21,972,249.38 | – | 137,413,139.31 |
| n.a. | Loan ID: 2000792151414 | HTA GDB Loan | 6.000% | 7/1/2035 | 197,845,162.37 | – | 12,464,245.23 | – | 210,309,407.60 |
| n.a. | Loan ID: 2000792151415 | HTA GDB Loan | 6.000% | 7/1/2035 | 40,539,864.87 | – | 2,797,250.68 | – | 43,337,115.55 |
| n.a. | Loan ID: 2000792151416 | HTA GDB Loan | 6.000% | 7/1/2017 | 87,174,596.38 | – | 6,015,047.15 | – | 93,189,643.53 |
| n.a. | Loan ID: 2000792151417 | HTA GDB Loan | 6.000% | 7/1/2018 | 4,771,605.63 | – | 329,240.79 | – | 5,100,846.42 |
| n.a. | Loan ID: 2000792151418 | HTA GDB Loan | 6.000% | 7/1/2019 | 16,252,489.00 | – | 1,121,421.74 | – | 17,373,910.74 |
| n.a. | Loan ID: 2000792151419 | HTA GDB Loan | 6.000% | 7/1/2020 | 26,654,079.03 | – | 1,839,131.45 | – | 28,493,210.48 |

**Issuer: Puerto Rico Highways and Transportation Authority**
($ in millions, as of Commonwealth petition date)

| CUSIP | Series | Class | Coupon | Maturity | Principal[1] | Unaccreted Principal | Accrued Interest | Princ. / Int. Payments | Claim[2] |
|---|---|---|---|---|---|---|---|---|---|
| n.a. | Loan ID: 200079215142 | HTA GDB Loan | 6.000% | 7/1/2025 | 134,494,228.11 | – | 26,181,543.07 | – | 160,675,771.18 |
| n.a. | Loan ID: 2000792151420 | HTA GDB Loan | 6.000% | 7/1/2021 | 21,791,245.00 | – | 1,503,595.91 | – | 23,294,840.91 |
| n.a. | Loan ID: 2000792151422 | HTA GDB Loan | 6.000% | 7/1/2022 | 167,048,225.02 | – | 48,527,509.37 | – | 215,575,734.39 |
| n.a. | Loan ID: 2000792151423 | HTA GDB Loan | 6.000% | 7/1/2023 | 4,556,604.14 | – | 1,323,693.50 | – | 5,880,297.64 |
| n.a. | Loan ID: 2000792151424 | HTA GDB Loan | 6.000% | 7/1/2024 | 49,325,000.00 | – | 14,328,912.50 | – | 63,653,912.50 |
| n.a. | Loan ID: 2000792151426 | HTA GDB Loan | 6.000% | 7/1/2025 | 9,869,606.01 | – | 2,263,429.64 | – | 12,133,035.65 |
| n.a. | Loan ID: 2000792151427 | HTA GDB Loan | 6.000% | 7/1/2028 | 32,612,861.79 | – | 2,250,287.46 | – | 34,863,149.25 |
| n.a. | Loan ID: 2000792151428 | HTA GDB Loan | 6.000% | 7/1/2028 | 59,048,507.33 | – | 12,774,160.42 | – | 71,822,667.75 |
| n.a. | Loan ID: 2000792151429 | HTA GDB Loan | 6.000% | 7/1/2028 | 14,077,671.14 | – | 2,130,420.90 | – | 16,208,092.04 |
| n.a. | Loan ID: 200079215143 | HTA GDB Loan | 6.000% | 7/1/2026 | 122,158,601.79 | – | 35,487,073.82 | – | 157,645,675.61 |
| n.a. | Loan ID: 200079215147 | HTA GDB Loan | 6.000% | 7/1/2027 | 400,000,000.00 | – | 36,266,666.67 | – | 436,266,666.67 |
| n.a. | Loan ID: 200079215148 | HTA GDB Loan | 6.000% | 7/1/2030 | 111,000,000.00 | – | 32,245,500.00 | – | 143,245,500.00 |
| n.a. | Loan ID: 200079215149 | HTA GDB Loan | 6.000% | 7/1/2030 | 16,422,151.84 | – | 4,770,635.11 | – | 21,192,786.95 |
| **Total** | | | | | **$5,932,217,499.20** | **($40,184,038.60)** | **$365,552,346.82** | **$–** | **$6,257,585,807.42** |

**Notes:**

(1) For zero coupon bonds, represents amount at maturity.

(2) Claim includes principal and accrued interest up to, but not including, the Commonwealth Title III petition date and deducts unmatured interest (i.e., the impact of original issue discount).

DRA Ex. 428