# Natalie Jaresko

## Executive Director & Interim Revitalization Coordinator

Natalie A. Jaresko was designated Executive Director of the Financial Oversight and Management Board for Puerto Rico on March 2017. She has a distinguished international career in public service and the private industry, with over 25 years of successful management experience in strategy and negotiation development and implementation of public policy and business objectives, especially during crisis periods.

As Minister of Finance of Ukraine (2014-16) she served at one of the most critical times in Ukraine's history, when the country was affected by a deep recession, foreign occupation, and war on part of its territory. During her tenure she led the successful negotiation and implementation of the largest IMF program in the institution's history, as well as a complex sovereign and sovereign guaranteed debt restructuring.

Prior to this ministerial position, she spent two decades investing in small and medium-sized business in the region, as co-founder and CEO of Horizon Capital, a fund manager with over $600 million under management, and as President and CEO of the Western NIS Enterprise Fund, creating a platform for private equity investment in the region.

She began her career in public service serving in the U.S. State Department in Washington, D.C. from 1989-92, and as Chief of the Economic Section of the U.S. Embassy in Ukraine from 1992-95, where she was responsible for building a new economic relationship between the United States and newly-independent Ukraine.

Ms. Jaresko is a Certified Public Accountant. She received her Master's Degree in Public Policy from the Harvard University Kennedy School of Government, and her Bachelor of Science Degree in Accounting from DePaul University in Illinois.

Disclaimer: All information contained in this website or accessed from websites to which this website links is

DRA Ex. 437

provided "as is" without warranty of any kind and, in particular, no representation or warranty, express or implied, is made or is to be inferred as to the accuracy, reliability, timeliness or completeness of any such information. This website is to be used for informational purposes only and may not be relied upon for any other purpose. You may be able to link from this website to third party websites. Links to other websites do not constitute our endorsement or sponsorship of such websites or the information, content, products, services, advertising, code, or other materials presented on or through such websites. No representation is made that any statistical or numerical information is without errors or omissions which may be considered material. Under no circumstances shall the Financial Oversight and Management Board for Puerto Rico, its members, directors, officers, agents, employees, or advisors assume any responsibility or liability for the use of the information provided herein.

DRA Ex. 437