

Home    My Network    Jobs

**Monitor Claimants Online -** Tracks activities on Twitter, Facebook, MySpace,



# Adam Chepenik · 2nd
Partner/Principal at Ernst & Young

-  EY
-  Harvard Business School

New York, New York, United States · **Contact info**

500+ connections

 **13 mutual connections:** Antonio J. Sifre-Sein, Mohammad S. Yassin, and 11 others

Connect    🔒 Message    More

---

## About

Adam Chepenik is a Partner/Principal at Ernst & Young where he is overseeing the expansion of EY's public sector restructuring practice. In that role, Adam provides advice to state and local governments in financial distress, including the d ... see more

---

## Featured

**Congress already designed a program to supplement lost state revenue**
Adam Chepenik on LinkedIn

State and local governments around the country are already confronting the staggering

DRA Ex. 438

  

Home    My Network    Jobs

26

## Activity
2,369 followers



**This is a really important case and it's great to see your team is engaging on it Alvin.**

Adam commented



**Incredible news! Great pick.**

Adam commented

See all activity

## Experience



**Partner Principal, Restructuring Advisory Services**
EY
Apr 2017 – Present · 4 yrs 7 mos
Washington D.C. Metro Area

Partner/Principal in Restructuring Advisory Services.



**U.S. Department of the Treasury**
5 yrs 8 mos

**Deputy Director**
May 2014 – Apr 2017 · 3 yrs
Washington D.C. Metro Area

Served as a key liaison between federal officials and the government of Puerto Rico and provided extensive technical assistance to Congress in the drafting of the Puerto Rico Oversight, Management and Economic Stability Act (PROMESA).

**Senior Policy Advisor**
Sep 2011 – May 2014 · 2 yrs 9 mos
Washington, DC

DRA Ex. 438

 

law and legislative proposals involving highly comple: ...see more

### Advisor
Financial Oversight and Management Board for Puerto Rico
Sep 2016 – Jan 2017 · 5 mos
Washington D.C. Metro Area

Short-term detail assignment to assist members of the Oversight
Board and its advisors in the development of initial public policy
recommendations for Puerto Rico and the establishment of
operational protocols.



### Associate, Restructuring & Reorganization
The Blackstone Group
Jul 2010 – Sep 2011 · 1 yr 3 mos

Provide critical advice to senior government officials and
corporate CEOs on a wide assortment of issues including global
strategy and budget reform as well as valuation, capital structure
optimization, bankruptcy, and mergers, acquisitions a ...see more



### Summer Associate, Department of Treasury RMO
Office of Management and Budget
May 2010 – Aug 2010 · 4 mos

Responsible for performing legislative, economic, regulatory,
and organizational policy analysis. Also responsible for assisting
with the coordination and formulation of the mid-session
budget review. Evaluated the efficiency of existing agency

Show 1 more experience ∨

## Education



### Harvard Business School
MBA, Business Administratin
2007 – 2010
Activities and Societies: President, HBS Business, Industry &
Government Club. President, HBS Democrats Club. Executive
Board, HBS Finance Club. Chair, 2009 HBS Washington, DC Trek.
Co-Chair, 2007 HBS Days on Wall Street event. Delegation
Representative for HBS India, Saudi Arabia and Entrepreneurship
Immersions.

DRA Ex. 438

 

Home    My Network    Jobs

businesses.



### Harvard University Kennedy School of Government

MPA, Public Administration

2007 – 2010

Activities and Societies: HBS Democrats Club, President. HKS Public Service Fellowship Recipient. Teaching Fellow and Course Assistant for the following Kennedy School courses: The Business-Government Relationship in the United States, Central Challenges of American National Security, Strategy, and the Press and Management, Finance, and Regulation of Public Infrastructure in the Developing World. Selected among peers and university officials to serve as a student class advisor and orientation coordinator.

Spent three years evaluating complex financial and economic data as the basis for preparation of reports and memos produced in a series of graduate level courses on finance, economics, and accounting. Presented findings to course instructors and colleagues.



### University of Maryland - Robert H. Smith School of Business

BS, Finance, Economics, Information Science & Statistics, 3.98

1999 – 2003

Activities and Societies: Graduated Summa Cum Laude. Economic honors citation. Inducted into Phi Beta Kappa. Omicron Delta Kappa (ODK) 2003 National Leader of the Year. University of Maryland Byrd Award winner for being the graduating senior who during their collegiate career most nearly typified the model citizen and contributed significantly to the general advancement of the interests of the University. ODK, Circle President. Student Senator, University of Maryland Student & Faculty Senate. Zeta Beta Tau Fraternity.

## Volunteer experience



### Board Member

Omicron Delta Kappa

Education

## Skills & endorsements

DRA Ex. 438

 

Home    My Network    Jobs

 Endorsed by **Lance Toler and 2 others who are highly skilled at this**

 Endorsed by **Victor Pizarro (mutual connection)**

**Strategy** · 21

 Endorsed by **Tamara Asamoah and 2 others who are highly skilled at this**

 Endorsed by **Victor Pizarro (mutual connection)**

**Valuation** · 10

 Endorsed by **Matt Wilson, who is highly skilled at this**

 Endorsed by **Victor Pizarro (mutual connection)**

Show more ⌄

## Interests

 **AIRA - Association of Inso**
3,351 members

 **University of Maryland - l**
42,361 followers

**Workout/Restructuring**
11,626 members

 **The Wall Street Journal**
9,105,216 followers

 **Narendra Modi** 
Prime Minister of India
3,666,762 followers

 **Carmine Di Sibio** 
EY Global Chairman and CEO
155,383 followers

See all



Your dream
job is closer

DRA Ex. 438