# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

## AAFAF'S AMENDED EXHIBIT LIST IN CONNECTION WITH THE EXHIBIT ORDER

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), respectfully submits its amended exhibit list in connection with the *Order Regarding Confirmation Hearing Exhibit Procedures* (ECF No. 18749) ("Exhibit Order").

1. On October 22, 2021, in accordance with the *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 18394) ("Procedures Order"),[2] AAFAF filed *AAFAF's Exhibit List in Connection with Plan of Adjustment Confirmation* (ECF No. 18672) ("AAFAF Exhibit List").

2. The AAFAF Exhibit List described AAFAF's Hearing Exhibit No. 1 as "Joint Stipulation to be agreed to between AAFAF and the Oversight Board" ("Stipulation"). AAFAF and the Oversight Board executed the Stipulation on October 25, 2021. AAFAF the same day filed *AAFAF's Amended Exhibit List and Filing of Fact Stipulation in Connection with Plan of Adjustment Confirmation* (ECF No. 18733) ("AAFAF Amended Exhibit List") to reflect that the Stipulation had been executed. The AAFAF Amended Exhibit List did not contain any exhibits that were not already on the AAFAF Exhibit List.

3. Since filing the AAFAF Amended Exhibit List, AAFAF has determined that it will withdraw AAFAF Hearing Exhibit Nos. 14-16, 19-24, and 26-28.

4. The Exhibit Order provides that "[t]he Amended Exhibit List should be identical to the exhibit list filed by the party on or before October 22, 2021." For this reason, AAFAF provides below an Exhibit List identical to AAFAF's October 22, 2021 exhibit list but with an asterisk to identify those exhibits that have been withdrawn, .

---

[2] Capitalized terms not defined have the meaning ascribed in the Procedures Order.

## AAFAF's Exhibit List

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| AAFAF Hearing Ex. 1 | | Joint Stipulation to be agreed to between AAFAF and the Oversight Board |
| AAFAF Hearing Ex. 2 | ECF No. 17627[3] | Seventh Amended Title III Joint Plan of Adjustment (July 30, 2021) ("Plan of Adjustment") |
| AAFAF Hearing Ex. 3 | ECF No. 18470 | Supplement to Plan of Adjustment (Oct. 11, 2021) ("Plan Supplement") |
| AAFAF Hearing Ex. 4 | ECF No. 18470-1 | Plan Supplement, Exhibit A (New GO Bond Trust Agreement) |
| AAFAF Hearing Ex. 5 | ECF No. 18470-2 | Plan Supplement, Exhibit B (CVI Trust Indenture) |
| AAFAF Hearing Ex. 6 | | Oversight Board Statement (Oct. 8, 2021)[4] |
| AAFAF Hearing Ex. 7 | ECF No. 18453 | Reservation of Rights of PSA Creditors (Oct. 11, 2021) |
| AAFAF Hearing Ex. 8 | ECF No. 18479 | Joinder to PSA Creditors' Reservation of Rights (Oct. 13, 2021) |
| AAFAF Hearing Ex. 9 | | Statistics on income from pensions (Pension Rights Center)[5] |
| AAFAF Hearing Ex. 10 | ECF No. 17379 | Disclosure Statement Hearing Transcript (July 14, 2021) |
| AAFAF Hearing Ex. 11 | ECF No. 17628-10 | PROMESA Section 211 Report (Sept. 2019) |
| AAFAF Hearing Ex. 12 | | News article about government press conference (Oct. 12, 2021)[6] |
| AAFAF Hearing Ex. 13 | ECF No. 17628 | Disclosure Statement for Plan of Adjustment (July 30, 2021) |

---

[3] ECF numbers refer to Case No. 17-03283-LTS (D.P.R.) unless stated otherwise.
[4] https://app.reorg.com/documents/20211008/6160a980979df.pdf.
[5] http://www.pensionrights.org/publications/statistic/income-pensions.
[6] https://app.reorg.com/v3#/items/intel/1869?item_id=157190.

| **Exhibit Identifier** | **Docket Entry No.** | **Description of Exhibit** |
|---|---|---|
| AAFAF Hearing Ex. 14* | ECF No. 17680 | Oversight Board Brief in Support of Plan of Adjustment (Aug. 3, 2021) |
| AAFAF Hearing Ex. 15* | ECF No. 5048-1 | COFINA Plan of Adjustment (Jan. 9, 2019) |
| AAFAF Hearing Ex. 16* | Case No. 17-03284, ECF No. 543 | Supplemental Brief of Plan Support Parties in Support of COFINA Plan of Adjustment (Jan. 24, 2019) |
| AAFAF Hearing Ex. 17 | ECF No. 18447 | Proposed Order Confirming Plan of Adjustment (Oct. 8, 2021) |
| AAFAF Hearing Ex. 18 | ECF No. 17628-16 | Best Interests Test Reports (July 30, 2021) |
| AAFAF Hearing Ex. 19* | | Commonwealth Fiscal Plan (Mar. 13, 2017)[7] |
| AAFAF Hearing Ex. 20* | | Commonwealth Fiscal Plan (Apr. 19, 2018)[8] |
| AAFAF Hearing Ex. 21* | | Commonwealth Fiscal Plan (June 29, 2018)[9] |
| AAFAF Hearing Ex. 22* | | Commonwealth Fiscal Plan (Oct. 23, 2018)[10] |
| AAFAF Hearing Ex. 23* | | Commonwealth Fiscal Plan (May 9, 2019)[11] |
| AAFAF Hearing Ex. 24* | | Commonwealth Fiscal Plan (May 27, 2020)[12] |
| AAFAF Hearing Ex. 25 | | Commonwealth Fiscal Plan (Apr. 23, 2021)[13] |
| AAFAF Hearing Ex. 26* | Case No. 21-00072, ECF No. 18 | Oversight Board's Statement of Uncontested Material Facts in Support of Summary Judgment (Aug. 13, 2021) |

---

[7] https://drive.google.com/file/d/1qud_EWxvKHALy8J4A9reP3riQwBFucVk/view.
[8] https://drive.google.com/file/d/1X3JdAwbfo47oZ__6_1aABcmfyzhPFrjE/view.
[9] https://drive.google.com/file/d/1c9LACF1yzSi1sUElNVaZHklo93TJR55M/view.
[10] https://drive.google.com/file/d/17ca0ALe7vpYn0jEzTz3RfykpsFSM0ujK/view.
[11] https://drive.google.com/file/d/13wuVn04--JKMEPKu-u-djZJHqTK-55aV/view.
[12] https://drive.google.com/file/d/1ayjLxr74cKpFo4B2sAToSj-OeJOYvFO5/view.
[13] https://drive.google.com/file/d/1reetKnfKsa1uR-A0u9l3FM6PfGamHCrx/view.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| AAFAF Hearing Ex. 27* | Case No. 19-00393, ECF No. 1 | Oversight Board Complaint (July 3, 2019) |
| AAFAF Hearing Ex. 28* | Case No. 19-00393, ECF No. 77 | Oversight Board Brief in Support of Summary Judgment (Dec. 13, 2019) |

*Remainder of Page Intentionally Left Blank*

Dated: October 27, 2021
      San Juan, Puerto Rico

| | |
|---|---|
| */s/ Peter Friedman*<br>John J. Rapisardi<br>Admitted *Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>-and-<br><br>Peter Friedman<br>(Admitted *Pro Hac Vice*)<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>-and-<br><br>Elizabeth L. McKeen<br>Ashley M. Pavel<br>(Admitted *Pro Hac Vice*)<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 823-6900<br>Fax: (949) 823-6994<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | */s/ Luis C. Marini-Biaggi*<br>Luis C. Marini-Biaggi<br>USDC No. 222301<br>Email: lmarini@mpmlawpr.com<br>Carolina Velaz-Rivero<br>USDC No. 300913<br>Email: cvelaz@mpmlawpr.com<br><br>**MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494<br><br>*Co-attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi