# AAFAF Hearing Exhibit 14

# Exhibit Withdrawn