# AAFAF Hearing Exhibit 15

# Exhibit Withdrawn