# AAFAF Hearing Exhibit 16

# Exhibit Withdrawn