# AAFAF Hearing Exhibit 19

# Exhibit Withdrawn