# AAFAF Hearing Exhibit 20

# Exhibit Withdrawn