# AAFAF Hearing Exhibit 21

# Exhibit Withdrawn