# AAFAF Hearing Exhibit 22

# Exhibit Withdrawn