# AAFAF Hearing Exhibit 23

# Exhibit Withdrawn