# AAFAF Hearing Exhibit 24

# Exhibit Withdrawn