# AAFAF Hearing Exhibit 26

# Exhibit Withdrawn