# AAFAF Hearing Exhibit 27

# Exhibit Withdrawn