# AAFAF Hearing Exhibit 28

# Exhibit Withdrawn