# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## AMBAC ASSURANCE CORPORATION, ASSURED GAURANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S AMENDED EXHIBIT LIST

Attached hereto, and listed below, are Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation's Confirmation Exhibits.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## Amended Exhibit List

The following chart includes the Monolines' currently anticipated Confirmation Hearing Exhibits. The Monolines reserve the right to designate additional Confirmation Hearing Exhibits prior to the Confirmation Hearing.

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| Ex. 1 | HTA_STAY0004323 | n/a | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds |
| Ex. 2 | HTA_STAY0001428 | n/a | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds |
| Ex. 3 | Ambac_Cash_2004 0058651 at Ambac_Cash_2004 0058705-08 | n/a | HTA[4] Resolution No. 83-01 |
| Ex. 4 | HTA_STAY0001569 | n/a | HTA Resolution No. 98-08 |
| Ex. 5 | HTA_STAY0044419-69 | n/a | Resolution 2002-04 excerpted from closing binder for HTA Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Ex. 6 | HTA_STAY0045394 (Bates No. of the Closing Binder Table of Contents) | n/a | Closing binder containing documents from the 2002 HTA bond issuance of Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Ex. 7 | HTA_STAY0045385 | n/a | Security Agreement by and between HTA and Owners of Transportation Revenue Bonds, dated February 7, 2002 and UCC-1 filed by HTA |
| Ex. 8 | HTA_STAY0002741-2846 | n/a | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA |
| Ex. 9 | HTA_STAY0004323-4475 | n/a | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 |
| Ex. 10 | HTA_STAY0056079 | n/a | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 |
| Ex. 11 | HTA_STAY0008154-8218 | n/a | Official Statement, HTA 1977 Series L Highway Revenue Bonds |
| Ex. 12 | HTA_STAY0045783 | n/a | Official Statement, Series Y&Z Highway Bonds |
| Ex. 13 | HTA_STAY0056356 | n/a | 2010 Reoffering Circular re: Series AA and Series H Bonds |

---

[2] For the avoidance of doubt, a Bates Number reference to the first page of a produced document refers to the entirety and/or complete set of that document.
[3] All ECF Numbers refer to Case No. 17-03283-LTS unless otherwise stated.
[4] "HTA" or "PRHTA" means the Puerto Rico Highways and Transportation Authority.

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| Ex. 14 | HTA_STAY0056328-30 | n/a | GDB[5] Resolution EC-2010-18 |
| Ex. 15 | DS-033600 – DS033602 | n/a | GDB Resolution 9179-A |
| Ex. 16 | DS-030696 – DS-030699 | n/a | GDB Resolution EC-1697 |
| Ex. 17 | DS-030427 – DS-030428 | n/a | HTA Resolution No. 2008-31 |
| Ex. 18 | DS-030490 – DS-030492 | n/a | GDB Resolution 8804 |
| Ex. 19 | DS-030499 – DS-030501 | n/a | GDB Resolution 9195 |
| Ex. 20 | DS-057666 – DS-057668 | n/a | GDB Resolution 9296 |
| Ex. 21 | DS-057669 – DS-057670 | n/a | HTA Resolution Num. 2010-15 |
| Ex. 22 | DS-058863 | n/a | HTA Resolution No. 2010-19 |
| Ex. 23 | DS-031275 – DS-031276 | n/a | HTA Resolution 2009-01 |
| Ex. 24 | DS-031278 – DS-031280 | n/a | GDB Resolution 9024 |
| Ex. 25 | DS-046572 – DS-046574 | n/a | GDB Resolution EC-2009-05 |
| Ex. 26 | DS-046492 – DS-046493 | n/a | HTA Resolution 2009-24 |
| Ex. 27 | DS-025154 – DS-025155 | n/a | HTA Resolution 2008-13 |
| Ex. 28 | DS-033775 – DS-033776 | n/a | Letter from GDB to HTA dated 11/10/09 |
| Ex. 29 | DS-030439 – DS-030441 | n/a | Letter from GDB to HTA dated 8/1/2018 |
| Ex. 30 | DS-057664 – DS-057665 | n/a | Letter from GDB to HTA dated 6/24/10 |
| Ex. 31 | DS-037032 - DS-037033 | n/a | Letter from GDB to HTA dated 10/6/09 |
| Ex. 32 | DS-031282 - DS-031283 | n/a | Letter from GDB to HTA dated 1/26/09 |
| Ex. 33 | HTA_STAY0000001 | n/a | Spreadsheet Tracking HTA Revenues 2017-2020 |
| Ex. 34 | AAFAF_CONF_0009292 | n/a | AAFAF FY16-FY21 HTA Flow of Funds Summary |
| Ex. 35 | AAFAF_CONF_0003638, at AAFAF_CONF0003639-43 (loan agreement); AAFAF_CONF_0003531, at AAFAF_CONF0003532-33 (first amendment); AAFAF_CONF_0003547 at AAFAF_CONF_0003554-56 (second amendment); AAFAF_CONF_0003622, at AAFAF_CONF_0003625-28 (third amendment) AAFAF_CONF_0003572, at AAFAF_CONF_0003573-77(fourth amendment); | Second and Seventh Amendments at ECF 16276-13 at pp.7-9, 25-28. | March 19, 2008 Loan Agreement and Amendments |

---

[5] "GDB" means the Government Development Bank for Puerto Rico.

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| | AAFAF_CONF_0003589, at AAFAF_CONF_0003589-91 (fifth amendment); AAFAF_CONF_0003600, at AAFAF_CONF_0003601-03 (sixth amendment) | | |
| Ex. 36 | AAFAF_CONF_0004166, at AAFAF_CONF_0004167-74 (loan agreement); AAFAF_CONF_0004128, at AAFAF_CONF_0004129-31 (first amendment); AAFAF_CONF_0004148, at AAFAF_CONF_0004148-51 (second amendment); AAFAF_CONF_0004155, at AAFAF_CONF_0004155-57 (third amendment); AAFAF_CONF_0004094, at AAFAF_CONF_0004094-97 (fourth amendment) | n/a | August 6, 2008 Loan Agreement and Amendments |
| Ex. 37 | AAFAF_CONF_0004248, at AAFAF_CONF_0004249-52 (loan agreement); AAFAF_CONF_0004193, at AAFAF_CONF_0004194-96 (first amendment); AAFAF_CONF_0004203, at AAFAF_CONF_0004204-06 (second amendment); AAFAF_CONF_0004215, at AAFAF_CONF_0004215-17 (third amendment); AAFAF_CONF_0004226, at AAFAF_CONF_0004227-29 (fourth amendment); DS-046553 at DS-046553-56 (fifth amendment) | Fifth Amendment at ECF 16276-1 at pp. 17-21 | October 30, 2009 Loan Agreement and Amendments |
| Ex. 38 | AAFAF_CONF_0004432, at AAFAF_CONF_0004433-36 (loan agreement); AAFAF_CONF_0003547, at AAFAF_CONF_0003550-52 (first amendment); DS-036907 at DS-036944-46 (second amendment); AAFAF_CONF_0004384, at AAFAF_CONF_0004385-87 (third amendment); AAFAF_CONF_0004397, at AAFAF_CONF_0004398-400 (fourth amendment); AAFAF_CONF_0004410, at | Second Amendment at ECF 16276-15 at pp. 9-11 | October 30, 2009 Loan Agreement II and Amendments |

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| | AAFAF_CONF_0004411-13 (fifth amendment) | | |
| Ex. 39 | DS-030681, at DS-030684-92 (loan agreement); AAFAF_CONF_0003547, at AAFAF_CONF_0003562-64 (first amendment); AAFAF_CONF_0004059, at AAFAF_CONF_0004062-64 (second amendment); AAFAF_CONF_0004077, at AAFAF_CONF_0004078-83 (third amendment); AAFAF_CONF_0004094, at AAFAF_CONF_0004094-97 (fourth amendment); AAFAF_CONF_0004106, at AAFAF_CONF_0004107-09 (fifth amendment) | n/a | October 30, 2009 Amended and Restated Loan Agreement and Amendments |
| Ex. 40 | AAFAF_CONF_0004309, at AAFAF_CONF_0004314-19 (loan agreement); AAFAF_CONF_0004264, at AAFAF_CONF_0004265-67 (first amendment); AAFAF_CONF_0004276, at AAFAF_CONF_0004276-78 (second amendment); AAFAF_CONF_0004287, at AAFAF_CONF_0004288-90 (third amendment); DS-032330 at DS-032333-36 (fourth amendment) | Fourth Amendment at ECF 16276-10 at pp. 20-23. | November 9, 2009 Loan Agreement and Amendments |
| Ex. 41 | AAFAF_CONF_0002933, at AAFAF_CONF_0002934-38 (loan agreement); AAFAF_CONF_0002887, at AAFAF_CONF_0002888-92 (first amendment); AAFAF_CONF_0002902, at AAFAF_CONF_0002903-05 (second amendment); AAFAF_CONF_0002914, at AAFAF_CONF_0002915-18 (third amendment); DS-039399 at DS-039399-402 (fourth amendment) | Fourth Amendment at ECF 16276-3 at pp. 34-37 | June 30, 2010 Loan Agreement and Amendments |
| Ex. 42 | AAFAF_CONF_0002971, at AAFAF_CONF_0002972-77 (loan agreement); AAFAF_CONF_0003107, at AAFAF_CONF_0003108-12 | Fourth Amendment at ECF | July 13, 2010 Loan Agreement and Amendments |

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| | (first amendment); AAFAF_CONF_0003123, at AAFAF_CONF_0003124-26 (second amendment); AAFAF_CONF_0003135, at AAFAF_CONF_0003136-39 (third amendment); DS-057194 at DS-057194-97 (fourth amendment) | 16276-8 at pp. 19-22. | |
| Ex. 43 | AAFAF_CONF_0003154, at AAFAF_CONF_0003155-60 (loan agreement); AAFAF_CONF_0003285, at AAFAF_CONF_0003289-91 (first amendment); AAFAF_CONF_0003304, at AAFAF_CONF_0003305-08 (second amendment); AAFAF_CONF_0003318, at AAFAF_CONF_0003319-23 (third amendment); AAFAF_CONF_0003344, at AAFAF_CONF_0003345-50 (fourth amendment); AAFAF_CONF_0003384, at AAFAF_CONF_0003385-89 (fifth amendment); AAFAF_CONF_0003398, at AAFAF_CONF_0003399-403 (sixth amendment); AAFAF_CONF_0003411, AAFAF_CONF_0003413-17 (seventh amendment); AAFAF_CONF_0003432, at AAFAF_CONF_0003434-39 (eighth amendment); AAFAF_CONF_0003456, at AAFAF_CONF_0003458-63 (ninth amendment) | n/a | August 27, 2010 Loan Agreement and Amendments |
| Ex. 44 | AAFAF_CONF_0003496, at AAFAF_CONF_0003497-506 | n/a | August 27, 2010 Loan Agreement II |
| Ex. 45 | AAFAF_CONF_0003972, at AAFAF_CONF_0003974-80 (loan agreement); AAFAF_CONF_0003954, at AAFAF_CONF_0003955-57 (first amendment) | n/a | August 28, 2013 Loan Agreement and Amendments |
| Ex. 46 | AAFAF_CONF_0003658, at AAFAF_CONF_0003659-68 (loan agreement); | n/a | October 27, 2011 Spanish Language Loan Agreement and Amendments |

- 6 -

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
|  | AAFAF_CONF_0003710, at AAFAF_CONF_0003712-18 (first amendment); AAFAF_CONF_0003683, at AAFAF_CONF_0003684-88 (second amendment); AAFAF_CONF_0003692, at AAFAF_CONF_0003693-98 (third amendment); AAFAF_CONF_0003733, at AAFAF_CONF_0003734-39 (fourth amendment) |  | (certified translation attached) |
| Ex. 47 | AAFAF_CONF_0003752, at AAFAF_CONF_0003753-65 (loan agreement); AAFAF_CONF_0003780, at AAFAF_CONF_0003781-85 (first amendment); AAFAF_CONF_0003792, at AAFAF_CONF_0003793-95 (second amendment); AAFAF_CONF_0003800, at AAFAF_CONF_0003801-05 (third amendment); AAFAF_CONF_0003814, at AAFAF_CONF_0003814-18 (fourth amendment); AAFAF_CONF_0003827, at AAFAF_CONF_0003828-32 (fifth amendment); DS-049487 at DS-049487-92 (sixth amendment) | Certified translation attached as Ex. 20 to Natbony Declaration, 21-00068-LTS, ECF 46-20 | November 29, 2011 Spanish Language Loan Agreement and Amendments |
| Ex. 48 | AAFAF_CONF_0003891, at AAFAF_CONF_0003892-901 (loan agreement); AAFAF_CONF_0003847, at AAFAF_CONF_0003847-52 (first amendment); AAFAF_CONF_0003861, at AAFAF_CONF_0003862-65 (second amendment); AAFAF_CONF_0003873, at AAFAF_CONF_0003874-79 (third amendment); DS-017859 at DS-017859-65 (fourth amendment) | Fourth Amendment at ECF 16276-4 at pp. 27-33. Certified translation attached as Ex. 21 to Natbony Declaration, 21-00068-LTS, ECF 46-21 | September 12, 2012 Spanish Language Loan Agreement and Amendments |
| Ex. 49 | AAFAF_CONF_0003932 (loan agreement), at AAFAF_CONF_0003932-43; DS-040405 at DS-040406-410 (first amendment); DS-040422 at DS-040422-27 (second amendment) | All Amendments at ECF 16276-6 at pp. 13-36. | February 28, 2013 Spanish Language Loan Agreement and Amendments |

- 7 -

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| | | Certified translation attached as Ex. 22 to Natbony Declaration, 21-00068-LTS, ECF 46-22 | |
| Ex. 50 | AAFAF_CONF_0004007, at AAFAF_CONF_0004008-20 (loan agreement) | Certified translation attached as Ex. 13 to Natbony Declaration, 21-00068-LTS, ECF 46-13 | January 16, 2014 Spanish Language Loan Agreement and Amendments |
| Ex. 51 | Promissory Note to March 19, 2008 loan agreement: AAFAF_CONF_0003638 at AAFAF_CONF_0003653-54; Promissory Note to August 6, 2008 loan agreement: AAFAF_CONF_0004166 at AAFAF_CONF_0004176-77; Promissory Note to October 30, 2009 loan agreement: AAFAF_CONF_0004248 at AAFAF_CONF_0004253-54; Promissory Note to October 30, 2009 II loan agreement: AAFAF_CONF_0004432 at AAFAF_CONF_0004439-40; Promissory Note to Nov 9, 2009 loan agreement: AAFAF_CONF_0004309 at AAFAF_CONF_0004313 Promissory Note to June 30, 2010 loan agreement: AAFAF_CONF_0002933 at AAFAF_CONF_0002940-41 Promissory Note to July 13, 2010 loan agreement: AAFAF_CONF_0002971 at AAFAF_CONF_0002980-81 | ECF 16276-16 | GDB-HTA Promissory Notes (certified translations attached for Spanish language promissory notes) |

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
|  | Promissory Note to August 27, 2010 loan agreement: AAFAF_CONF_0003154 at AAFAF_CONF_0003163-64 |  |  |
|  | Promissory Note to August 27, 2010 II loan agreement: AAFAF_CONF_0003496 at AAFAF_CONF_0003507-09 |  |  |
|  | Promissory Note to August 28, 2013 loan agreement: AAFAF_CONF_0003972 at AAFAF_CONF_0003981-83 |  |  |
|  | Promissory Note to October 27, 2011 loan agreement: AAFAF_CONF_0003658 at AAFAF_CONF_0003671-74 |  |  |
|  | Promissory Note to November 9, 2011 loan agreement: AAFAF_CONF_0003752 at AAFAF_CONF_0003768-69 |  |  |
|  | Promissory Note to September 12, 2012 loan agreement: AAFAF_CONF_0003891 at AAFAF_CONF_0003904-3905 |  |  |
|  | Promissory Note to February 28, 2013 loan agreement: AAFAF_CONF_0003932 at AAFAF_CONF_0003946-47 |  |  |
|  | Promissory Note to January 16, 2014 loan agreement: AAFAF_CONF_0004007 at AAFAF_CONF_0004023-24 |  |  |
| Ex. 52 | AAFAF_CONF_0003972 at AAFAF_CONF_0003988-97 (assignment and security agreement); DS-053838 at DS-053838-41 (first amendment); DS-054764 at DS-054814-16 (second amendment); DS-052325 at DS-052352-55 (third amendment); DS-054011 at DS-054082-86 (fourth amendment); DS-052325 at DS-052342-45 (fifth amendment); DS-052325 at DS-052330-34 (sixth amendment) | Amendments to the Assignment and Security Agreement at Case no. 17-03567-LTS, ECF 1036-6 at pp. 11-34. | GDB Assignment and Security Agreement and Amendments |

| Exhibit Number | Bates Range[2] | ECF No.[3] | Description |
|---|---|---|---|
| Ex. 53 | AAFAF_CONF_0003972 at AAFAF_CONF_0003998 (UCC-1 Financing Statement) and DS-053838 at DS-053847 (Financing Statement Amendment) | Case no. 17-03567-LTS, ECF 1036-7 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment |
| Ex. 54 | HTA_STAY0000269 & HTA_STAY0000313 | n/a | UCC Financing Statements filed by Puerto Rico Highway and Transportation Authority |
| Ex. 55 | AAFAF_CONF_0000891 | n/a | GDB Qualifying Modification Solicitation Statement, August 9, 2018 |
| Ex. 56 | HTA_STAY0056408-59 (2008, 2009); HTA_STAY0056237 (2011); FOMB_CONF_57847 (2012, 2013); HTA_STAY0000769 (2016); HTA_STAY0000834 (2017); HTA_STAY0000941 (2018) | n/a | HTA Audited Financial Statements – 2008-2019 (2010, 2014, 2015, 2019 HTA Audited Financial Statements are available on the EMMA online database) |
| Ex. 57 | CW_STAY0009784-10167 (2015); CW_STAY0010168-10543 (2016); CW_STAY0047980 (2017) | n/a | Commonwealth Financial Statements 2008-2018 (Commonwealth Financial Statements from 1998-2018 are available on the Departmento de Hacienda website) |
| Ex. 58 | HTA_STAY0006322 at HTA_STAY0006876-7054 | n/a | Official Statement for HTA Series M and Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution |

Dated: October 27, 2021
San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
Martin A. Sosland (admitted *pro hac vice*)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
Email: martin.sosland@butlersnow.com

James E. Bailey III (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: jeb.bailey@butlersnow.com
        adam.langley@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
Heriberto Burgos Pérez
(USDC-PR No. 204809)
Ricardo F. Casellas-Sánchez
(USDC-PR No. 203114)
Diana Pérez-Seda
(USDC-PR No. 232014)
P.O. Box 364924
San Juan, PR 00936-4924
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
        rcasellas@cabprlaw.com
        dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr. (admitted *pro hac vice*)
Mark C. Ellenberg (admitted *pro hac vice*)
William J. Natbony (admitted *pro hac vice*)
Thomas J. Curtin (admitted *pro hac vice*)
Casey J. Servais (admitted *pro hac vice*)
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Email: howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        bill.natbony@cwt.com
        thomas.curtin@cwt.com
        casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: */s/ Eric Perez-Ochoa*
Eric Perez-Ochoa
(USDC-PR No. 206314)
Luis A. Oliver-Fraticelli
(USDC-PR No. 209204)
208 Ponce de León Ave., Suite 1600
San Juan, PR 00936
Telephone: (787) 756-9000
Facsimile: (787) 756-9010
Email: epo@amgprlaw.com
loliver@amgprlaw.com

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert Berezin*
Jonathan Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
Kelly DiBlasi (admitted *pro hac vice*)
Gabriel A. Morgan (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corporation*