# CERTIFICATE OF SECRETARY OF THE AUTHORITY
## AS TO RESOLUTION 98-08

I, William G. Rios Maldonado, Secretary of Puerto Rico Highways and Transportation Authority, DO HEREBY CERTIFY, that attached hereto is a true and correct copy of Resolution 98-08 which was adopted by the Secretary of Transportation and Public Works of the Commonwealth of Puerto Rico on February 26, 1998. I DO FURTHER CERTIFY that said Resolution has not been in any way amended, annulled, rescinded or revoked and is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Authority, this 19th day of March, 1998.

(SEAL)

_____
Secretary
Puerto Rico Highways
and Transportation Authority

237753

CONFIDENTIAL

HTA_STAY0001569

# RESOLUTION NO. 98-08

**A RESOLUTION PLEDGING CERTAIN FEES TO THE PAYMENT OF BONDS ISSUED PURSUANT TO THE PROVISIONS OF SECTION 208 OF RESOLUTION NO. 68-18, ADOPTED UNDER AUTHORITY AS ACT NO. 74, APPROVED JUNE 23, 1965, AS AMENDED, WHICH AUTHORIZES THE ISSUANCE OF HIGHWAY REVENUE BONDS FOR THE PURPOSE OF PROVIDING FUNDS FOR USE BY THE AUTHORITY FOR CONTINUING THE GOVERNMENT PROGRAM OF PROVIDING HIGHWAYS AND OTHER FACILITIES FOR THE MOVEMENT OF VEHICULAR TRAFFIC.**

I, Dr. Carlos I. Pesquera Morales, Secretary of Transportation and Public works, DO HEREBY DETERMINE AND RESOLVE, as follows:

As authorized by the provisions of Resolution No. 68-18, adopted by the Authority on June 13, 1968, as amended by supplemental resolutions of the Authority adopted on February 17, 1972, October 29, 1990, June 23, 1992, July 15, 1993 (effective September 8, 1993) and August 10, 1993 (said Resolution No. 68-18 as so amended, together with all future amendments and all resolutions supplemental thereto as therein permitted, being herein called the "1968 Resolution") all Existing Toll Facilities Revenues, as defined in Resolution No. 98-06, adopted on February 26, 1998, are hereby pledged by the Authority to the payment of the principal of and premium, if any, and interest on bonds or other obligations heretofore or hereafter issued under the provisions of the 1968 Resolution. Such pledge shall be effective beginning as of February 26, 1998 and shall terminate when the 1968 Resolution shall be repealed and cancelled in accordance with its terms.

Passed and adopted: February 26, 1998

_[signature]_

Secretary of Transportation and Public Works

117950/1

CONFIDENTIAL