February 7, 2002

Puerto Rico Highway and Transportation Authority

$700,855,000 Puerto Rico Highway and Transportation Authority
Transportation Revenue Bonds (Series D)

and

$284,405,000 Puerto Rico Highway and Transportation Authority
Transportation Revenue Refunding Bonds (Series E)

and

$118,615,000 Puerto Rico Highway and Transportation Authority
Transportation Revenue Refunding Bonds (Series F)

**TABLE OF CONTENTS**

|  | ITEM NO. |
|---|---|
| Certificate of an Assistant Secretary of State concerning the Secretary of Transportation and Public Works. | 1. |
| Certificate of Secretary of the Authority with respect to certain officials of the Authority and their terms of office. | 2. |
| Certified copy of Act No. 74, et al. of the Legislature of Puerto Rico. | 3. |
| Certified copy of the By-Laws of the Authority. | 4. |
| Certified copy of Resolution No. 98-06, as amended. | 5. |
| Certified copy of Resolution No. 68-18, as amended. | 6. |
| Certified copy of Resolution No. 2002-04, passed and adopted by the Secretary of Transportation and Public Works, authorizing, among other things, the issuance and details of $700,855,000 Puerto Rico Highway and Transportation Authority Transportation Revenue Bonds (Series D), $284,405,000 Puerto Rico Highway and Transportation Authority Transportation Revenue Refunding Bonds (Series E) and $118,615,000 Puerto Rico Highway and Transportation Authority Transportation Revenue Refunding Bonds (Series F) (collectively, the "Bonds"). | 7. |
| Certified copy of Resolution 7736, adopted by the Board of Directors of Government Development Bank for Puerto Rico, approving the details of the Bonds. | 8. |

380874.8 024312 CLD

CONFIDENTIAL                                                                                                                      HTA_STAY0045394

|  | ITEM NO. |
|---|---|
| Officers and Seal Certificate of Government Development Bank for Puerto Rico. | 9. |
| Certified copy of Preliminary Official Statement. | 10. |
| Certified copy of Official Statement. | 11. |
| Certified copy of the Contract of Purchase. | 12. |
| Certified copy of the Forward Delivery Bond Purchase Agreement. | 13. |
| Certified copy of Continuing Disclosure Agreement. | 14. |
| Executed copies of Reserve Fund Investment Agreement and guarantee thereof, together with opinions of counsel. | 15. |
| Certificate of Secretary of Transportation and Public Works as to the accuracy of the Official Statement. | 16. |
| Certificate of Secretary of the Treasury of the Commonwealth of Puerto Rico, pursuant to Section 5(c)(6) of the Contract of Purchase and Section 12(a)(xiii) of the Forward Delivery Bond Purchase Agreement. | 17. |
| Certificate of the Executive Vice President of Government Development Bank for Puerto Rico, pursuant to Section 5(c)(7) of the Contract of Purchase. | 18. |
| Certificate of Executive Director of the Authority, pursuant to Section 208(c) of Resolution 98-06. | 19. |
| Reserved. | 20. |
| Opinion of counsel to the Authority, pursuant to Sections 208(d) and 209(c) of Resolution 98-06. | 21. |
| Certificate of Executive Director of the Authority as to Financing Expenses. | 22. |
| Transmittal letter of Executive Director. | 23. |
| Certification of General Counsel to the Authority with respect to no adverse legislation. | 24. |
| Opinions of Hawkins, Delafield & Wood approving the Bonds. | 25(a). |
| Opinion of Hawkins, Delafield & Wood pursuant to Sections 12(a)(iv) and 12(a)(v) of the Forward Delivery Bond Purchase Agreement. | 25(b). |
| Reliance Letters of Hawkins, Delafield & Wood, addressed to the Fiscal Agent, to Financial Security Assurance Inc and Salomon Smith Barney Inc. | 25(c). |
| Supplemental opinions of Hawkins, Delafield & Wood, pursuant to Section 5(c)(1)(C) of the Contract of Purchase. | 26. |

380874.8 024312 CLD

CONFIDENTIAL HTA_STAY0045395

|  | ITEM NO. |
|---|---|
| Opinions of general counsel to the Authority, pursuant to Section 5(c)(2) of the Contract of Purchase and Section 12(a)(vi) of the Forward Delivery Bond Purchase Agreement. | 27. |
| Opinion of Pietrantoni Méndez & Alvarez, pursuant to Section 5(c)(3) of the Contract of Purchase and Section 12(a)(viii) of the Forward Delivery Agreement. | 28. |
| Certificate of Secretary of Transportation and Public Works and Secretary of the Authority, pursuant to Section 5(c)(4) of the Contract of Purchase. | 29. |
| Certificate of Secretary of Transportation and Public Works and the Deputy Executive Director for Administration and Finance of the Authority, pursuant to Section 5(c)(5) of the Contract of Purchase. | 30. |
| Certificate of Executive Director of the Authority and the Deputy Executive Director for Administration and Finance of the Authority, pursuant to Section 12(a)(vii) of the Forward Delivery Bond Purchase Agreement. | 31. |
| Signed Letter of Roy Jorgensen Associates, Inc. (the "Traffic Engineers"), pursuant to Section 5(c)(10) of the Contract of Purchase. | 32. |
| Signed Letter of the Traffic Engineers, pursuant to Section 5(c)(11) of the Contract of Purchase. | 33. |
| Letters of Ernst & Young, LLP, pursuant to Sections 5(c)(12) and 5(c)(14) of the Contract of Purchase and Section 12(a)(x) of the Forward Delivery Bond Purchase Agreement. | 34(a). |
| Letters of Deloitte & Touche, LLP, pursuant to Section 12(a)(xii) of the Forward Delivery Bond Purchase Agreement. | 34(b). |
| Verification report of Causey Demgen & Moore Inc. | 35. |
| Tax Certificate. | 36. |
| Form 8038-G — Information Return for Tax Exempt Government Bond Issues. | 37. |
| Signature certificate. | 38. |
| Incumbency certificate of Fiscal Agent. | 39. |
| Certificate of Authentication as to the Bonds. | 40. |
| Fiscal Agent's Certificate of Delivery and Payment. | 41. |
| Delivery Instructions of Underwriters as to the Bonds. | 42. |
| Certificate Concerning Payment of Notes. | 43. |
| Specimen Bonds. | 44. |

380874.8 024312 CLD

CONFIDENTIAL

HTA_STAY0045396

|  | ITEM NO. |
|---|---|
| Escrow Deposit Agreements for Series E (MBIA and Non-MBIA) and Escrow Reinvestment Agreements (MBIA and Non-MBIA). | 45. |
| Certificate of an Assistant Secretary of State of the Commonwealth of Puerto Rico, as to rules relating to the acceptance of collateral securities to guarantee public funds. | 46. |
| Preliminary Blue Sky Survey. | 47. |
| Agreement Among Underwriters. | 48. |
| Ratings Services Letters, pursuant to Section 5(c)(13) of the Contract Purchase and Section 12(a)(ix) of the Forward Delivery Agreement. | 49. |
| Reserved. | 50. |
| Certificate of Representative as to Filing of Official Statement With Nationally Recognized Municipal Securities Information Repositories And the MSRB. | 51. |
| Opinions of General Counsel of the Authority, counsel to the Fiscal Agent and counsel to the Provider required by Escrow Reinvestment Agreements. | 52. |
| Authority's DTC Blanket Letter of Representations. | 53. |
| Reserved. | 54. |
| Letter from the Authority to the Fiscal Agent concerning the performance of its duties under the investment agreements. | 55. |
| Opinions of Gould & Wilkie LLP, counsel to Fiscal Agent, as to Escrow Deposit Agreements. | 56. |
| Security Agreement between the Authority and the Fiscal Agent, as of closing date, along with a copy of the UCC-1 filing. | 57. |
| **Bond Insurance** |  |
| Financial guaranty insurance policy issued by Financial Security Assurance Inc., pursuant to Section 5(c)(16) of the Contract of Purchase. | 58. |
| Financial Security Assurance Inc. Certificate. | 59. |
| Opinion of counsel to Financial Security Assurance Inc. | 60. |
| Letters from Moody's Investors Service, Inc. rating insured bonds. | 61. |
| Letters from Standard & Poor's Ratings Services rating insured bonds. | 62. |

380874.8 024312 CLD

CONFIDENTIAL　　　　HTA_STAY0045397