**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS**
**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

RESOLUTIÓN NO. 2010 - 19

**AMENDMENT TO AUTHORIZATION TO OBTAIN A LINE OF CREDIT OF $63,000,000 FROM THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO TO BE USED TO EXECUTE SETTLEMENT AGREEMENTS WITH VARIOUS ENTITIES**

**WHEREAS:** On June 25, 2010, I, Rubén A. Hernández Gregorat, as Secretary of Transportation and Public Works issued Resolution No. 2010-15 to: (a) authorize the Puerto Rico Highways and Transportation Authority (PRHTA) to obtain financing in an amount not to exceed $63,000,000 from the Government Development Bank (the "Bank") for the purposes of paying the settlement agreements with Siemens Transportation Partnership Puerto Rico, Alternate Concepts, Inc and Juan Requena and Associates (the "Consortium") and Acciona Infraestructuras, SA, Redondo Entrecanales SE and Necso Redondo SE, subject to the terms of the Bank's Resolution No. 9296; and (b) authorize the PRHTA to execute the necessary documents as may be required by the Bank to obtain said financing, including, the execution of a Loan Agreement and a Note in the principal amount of the Loan.

**WHEREAS:** At that time, in addition to providing a guarantee of payment of the settlement amounts, the Bank had executed a Guaranty Agreement for the benefit of the Consortium in case of noncompliance with the financial terms of the settlement agreement between the Consortium and the PRHTA.

**WHEREAS:** Upon receipt of Resolution 2010-15, the Bank has requested that additional language be included in the PRHTA's authorization, to the effect that it be clearly understood that the PRHTA is duly authorized to appear and execute a reimbursement agreement with the Bank in relation to the Guaranty Agreement executed by the Bank in benefit of the Consortium.

**NOW THEREFORE, I,** RUBÉN A. HERNÁNDEZ GREGORAT, as Secretary of Transportation and Public Works, resolve as follows:

The PRHTA is hereby authorized to appear and execute a reimbursement agreement with the Bank in relation to the Guaranty Agreement executed by the Bank in benefit of the Consortium.

In San Juan, Puerto Rico, this 1st day of July de 2010.

RUBÉN A. HERNÁNDEZ GREGORAT
Secretary
Department of Transportation and Public Works

Rebeca F. Rojas Colón
Secretary of the Corporation

DS-058863