PRODUCED  IN NATIVE FORM

AAFAF_CONF_0009292

**FY16-FY21 HTA Summary**

FY16 to FY21

Source: Department of Treasury of Puerto Rico - Unaudited and subject to change

$ in thousands

| Total Revenues | | | | FY16 | FY16 | FY16 | FY16 | FY16 | FY16 | FY16 | FY16 | FY16 | FY16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | | | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
| Petroleum Excise | | | | 16,324 | 15,892 | 17,999 | 17,309 | 16,832 | 13,071 | 18,199 | 14,173 | 22,493 | 14,303 |
| Traffic Fines | | | | - | - | - | - | - | - | - | - | 10 | 14 |
| Motor Vehicle Licenses (excess of first $15) | | | | 5,388 | 4,173 | 4,792 | 5,088 | 4,381 | 6,484 | 4,939 | 4,801 | 5,165 | 4,812 |
| Electronic Tolls Fines | | | | 386 | 340 | 514 | 978 | 561 | 967 | 902 | 742 | 807 | 765 |
| Cigarette Excise | | | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| "DERECHOS ARANCELES" | | | | - | 3 | 113 | - | - | - | - | - | - | - |
| Motor Vehicle Licenses (First $15 per vehicle) | | | | 3,062 | 2,297 | 2,678 | 2,801 | 2,453 | 3,648 | 2,796 | 2,666 | 2,843 | 2,615 |
| Gasoline | | | | 10,942 | 11,902 | 14,251 | 13,964 | 13,380 | 11,370 | 14,501 | 12,199 | 13,924 | 11,930 |
| Diesel | | | | 825 | 742 | 930 | 1,341 | 1,827 | 729 | 1,603 | 1,110 | 970 | 835 |
| **Total Revenues** | | | | **38,593** | **37,015** | **42,943** | **43,146** | **41,101** | **37,935** | **44,607** | **37,357** | **47,878** | **36,941** |
| Revenues retained at the TSA | | | | | | | | | | | | | |
| **Description** | | | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
| Petroleum Excise Tax (First $10MM per month) | | | | | | | | | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Motor Vehicle Licenses (First $15 per vehicle) | | | | | | | | | | | | | |
| Gasoline | | | | | | | | | 27,561 | 16,104 | 13,308 | 14,893 | 16,112 |
| Diesel | | | | | | | | | | | | | |
| Excess of Allocated Revenues | | | | | | | | | - | | - | - | - |
| Other Petroleum Excise | | | | | | | | | - | | - | 24,537 | 5,537 |
| Other | | | | | | | | | - | 6,396 | 1,429 | 21,464 | - |
| Cigarettes | | | | | | | | | - | | - | 4,998 | 1,666 |
| **Total** | | | | **-** | **-** | **-** | **-** | **-** | **47,561** | **32,500** | **24,737** | **75,892** | **33,315** |
| Outflows from TSA to PRHTA | | | | | | | | | | | | | |
| **Description** | | | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
| Cigarrette Tax | | | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | - | - | - | - | - |
| Traffic Fines | | | | - | - | - | - | - | - | - | - | 10 | 14 |
| Petroleum Tax (Excess of $10MM per month) | | | | 6,324 | 5,892 | 7,999 | 7,309 | - | - | - | - | - | - |
| Motor Vehicle Licenses (Excess of the first $15) | | | | 5,388 | 4,173 | 4,792 | 5,088 | - | - | - | - | - | - |
| Derechos de Aranceles | | | | - | 3 | 113 | - | - | - | - | - | - | - |
| Electronic Tolls Fines | | | | 386 | 340 | 514 | 978 | - | - | - | - | - | - |
| Petroleum Excise (First $10MM per month) | | | | 10,000 | 10,000 | 10,000 | 10,000 | - | - | - | - | - | - |
| Motor Vehicle Licenses (First $15 per vehicle) | | | | 3,062 | 2,297 | 2,678 | 2,801 | - | - | - | - | - | - |
| Gasoline | | | | 10,942 | 11,902 | 14,251 | 13,964 | 17,660 | (11,814) | 2,796 | 2,667 | 2,844 | (732) |
| Diesel | | | | 825 | 742 | 930 | 1,341 | - | - | - | - | - | - |
| Unidentified | | | | n/a | n/a | n/a | n/a | 21,775 | 2,188 | 9,311 | 9,953 | (30,868) | 4,344 |
| **Total** | | | | **38,593** | **37,015** | **42,943** | **43,146** | **41,101** | **(9,625)** | **12,107** | **12,620** | **(28,014)** | **3,627** |
| | | **Memo** | | | | | | | - | - | - | - | - |
| | | ck | | - | - | - | - | - | - | - | - | - | - |
| | | **Excess of Allocated Revenues** | | - | - | - | - | - | - | - | - | - | - |
| | | Petroleum | | - | - | - | - | - | - | - | - | - | - |
| | | Traffic Fines | | - | - | - | - | - | - | - | - | - | - |
| | | Motor Vehicles | | - | - | - | - | - | - | - | - | - | - |
| | | E tolls + Derechos areceles | | - | - | - | - | - | - | - | - | - | - |
| | | Other | | - | - | - | - | - | - | - | - | - | - |

| | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | FY16 | FY16 | FY16 | | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 | FY17 |
| 7 | May | Jun | FY16 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| 8 | 16,022 | 15,596 | 198,212 | | 14,932 | 16,673 | 16,136 | 17,188 | 12,436 | 14,662 | 16,662 | 12,310 | 13,448 | 20,348 | 12,962 | 14,884 |
| 9 | 12 | 14 | 51 | | 2 | 1 | (1) | (1) | 1 | 634 | 1,382 | 1,424 | 1,831 | 1,579 | 1,785 | 1,803 |
| 10 | 4,444 | 5,265 | 59,733 | | 4,534 | 4,873 | 4,940 | 4,658 | 4,758 | 6,763 | 5,402 | 4,695 | 5,187 | 4,315 | 5,122 | 5,357 |
| 11 | 660 | 709 | 8,332 | | 581 | 365 | 85 | 92 | 376 | 799 | 992 | 893 | 1,050 | 950 | 1,181 | 1,292 |
| 12 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 13 | - | - | 115 | | 2 | - | - | - | - | 7 | - | - | 13 | 128 | - | - |
| 14 | 2,427 | 2,819 | 33,105 | | 2,505 | 2,714 | 2,704 | 2,547 | 2,607 | 3,765 | 3,028 | 2,515 | 2,806 | 2,300 | 2,782 | 2,818 |
| 15 | 13,725 | 12,799 | 154,886 | | 12,562 | 13,374 | 13,437 | 14,237 | 9,451 | 11,670 | 13,054 | 10,591 | 12,231 | 19,503 | 11,910 | 13,817 |
| 16 | 946 | 1,289 | 13,146 | | 918 | 1,631 | 1,937 | 1,329 | 895 | 1,132 | 625 | 712 | 893 | 1,154 | 968 | 1,060 |
| 17 | 39,901 | 40,157 | 487,574 | | 37,703 | 41,296 | 40,903 | 41,717 | 32,189 | 41,097 | 42,811 | 34,806 | 39,125 | 51,943 | 38,376 | 42,697 |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | May | Jun | FY16 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| 21 | 10,000 | 10,000 | 80,000 | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 22 | | | | | 2,505 | 2,714 | 2,704 | 2,547 | 2,607 | 3,765 | 3,028 | 2,515 | 2,806 | 2,300 | 2,782 | 2,818 |
| 23 | 14,936 | 11,016 | 113,930 | | 12,562 | 13,374 | 13,437 | 14,237 | 9,451 | 11,670 | 13,054 | 10,591 | 12,231 | 19,503 | 11,910 | 13,817 |
| 24 | | | | | 918 | 1,631 | 1,937 | 1,329 | 895 | 1,132 | 625 | 712 | 893 | 1,154 | 968 | 1,060 |
| 25 | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - |
| 26 | 11,208 | 12,357 | 53,638 | | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | 13,793 | 7,849 | 50,931 | | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 | 1,666 | 3,332 | 11,662 | | - | - | - | - | - | - | - | - | - | - | - | - |
| 29 | 51,603 | 44,554 | 310,161 | | 25,986 | 27,718 | 28,078 | 28,114 | 22,953 | 26,566 | 26,707 | 23,818 | 25,931 | 32,957 | 25,660 | 27,695 |
| 30 | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | |
| 33 | May | Jun | FY16 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
| 34 | - | - | 8,330 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 35 | 12 | 14 | 51 | | 2 | 1 | (1) | (1) | 1 | 634 | 1,382 | 1,424 | 1,831 | 1,579 | 1,785 | 1,803 |
| 36 | - | - | 27,523 | | 4,932 | 6,673 | 6,136 | 7,188 | 2,436 | 4,662 | 6,662 | 2,310 | 3,448 | 10,348 | 2,962 | 4,884 |
| 37 | - | - | 19,442 | | 4,534 | 4,873 | 4,940 | 4,658 | 4,758 | 6,763 | 5,402 | 4,695 | 5,187 | 4,315 | 5,122 | 5,357 |
| 38 | - | - | 115 | | 2 | - | - | - | - | 7 | - | - | 13 | 128 | - | - |
| 39 | - | - | 2,218 | | 581 | 365 | 85 | 92 | 376 | 799 | 992 | 893 | 1,050 | 950 | 1,181 | 1,292 |
| 40 | - | - | 40,000 | | - | - | - | - | - | - | - | - | - | - | - | - |
| 41 | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - |
| 42 | 2,162 | 5,891 | 87,208 | | - | - | - | - | - | - | - | - | - | - | - | - |
| 43 | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - |
| 44 | (13,876) | (10,302) | (7,474) | | | | | | | | | | | | | |
| 45 | (11,703) | (4,397) | 177,413 | | 11,717 | 13,578 | 12,825 | 13,603 | 9,236 | 14,531 | 16,104 | 10,988 | 13,195 | 18,986 | 12,716 | 15,002 |
| 46 | - | - | - | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | |
| 48 | - | - | - | | 0 | 0 | - | - | (0) | (0) | 0 | (0) | 0 | - | - | 0 |
| 49 | - | - | - | | 0 | 0 | - | - | (0) | (0) | 0 | (0) | 0 | - | - | 0 |
| 50 | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - |
| 51 | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - |
| 52 | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - |
| 53 | - | - | - | | (0) | - | - | - | - | (0) | - | - | - | - | - | - |
| 54 | - | - | - | | 0 | - | - | - | (0) | 0 | - | (0) | 0 | - | - | 0 |
| 55 | | | | | | | | | | | | | | | | |

| | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | FY17 | | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | FY18 | | FY19 | FY19 | FY19 |
| 7 | FY17 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY18 Total | | Jul | Aug | Sep |
| 8 | 182,640 | | 16,586 | 21,846 | 21,043 | 25,173 | 36,322 | 33,082 | 28,720 | 25,520 | 21,926 | 25,216 | 26,099 | 23,545 | 305,079 | | 22,495 | 20,223 | 23,277 |
| 9 | 10,440 | | 1,651 | 1,427 | 1,235 | 316 | 1,239 | 1,692 | 1,854 | 1,829 | 2,117 | 2,310 | 2,201 | 3,183 | 21,052 | | 3,078 | 3,707 | 3,273 |
| 10 | 60,602 | | 4,880 | 3,281 | 4,817 | 1,670 | 8,790 | 9,108 | 8,997 | 6,320 | 6,163 | 6,605 | 7,134 | 6,864 | 74,629 | | 6,029 | 6,930 | 5,468 |
| 11 | 8,656 | | 1,252 | 956 | 1,057 | 283 | 1,601 | 2,152 | 2,422 | 1,661 | 1,599 | 1,742 | 1,569 | 1,555 | 17,849 | | 1,454 | 1,550 | 898 |
| 12 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 |
| 13 | 150 | | 7 | - | 55 | - | 5 | 4 | - | - | - | - | - | 15 | 87 | | 2 | - | - |
| 14 | 33,092 | | 2,612 | 1,608 | 2,160 | 640 | 3,668 | 3,775 | 3,874 | 2,641 | 2,543 | 2,733 | 2,957 | 2,834 | 32,043 | | 2,500 | 2,879 | 2,228 |
| 15 | 155,837 | | 9,709 | 13,497 | 12,864 | 12,250 | 17,723 | 17,086 | 15,076 | 14,527 | 10,839 | 14,716 | 14,477 | 13,266 | 166,029 | | 12,315 | 10,823 | 13,791 |
| 16 | 13,254 | | 1,167 | 1,238 | 1,572 | 1,888 | 2,581 | 2,551 | 2,158 | 1,606 | 1,627 | 1,453 | 1,720 | 1,633 | 21,196 | | 1,511 | 1,589 | 1,651 |
| 17 | 484,663 | | 39,530 | 45,519 | 46,469 | 43,886 | 73,595 | 71,115 | 64,767 | 55,770 | 48,480 | 56,441 | 57,822 | 54,562 | 657,956 | | 51,051 | 49,366 | 52,252 |
| 20 | FY17 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY18 Total | | Jul | Aug | Sep |
| 21 | 120,000 | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 | | 10,000 | 10,000 | 10,000 |
| 22 | 33,092 | | 2,612 | 1,608 | 2,160 | 640 | 3,668 | 3,775 | 3,874 | 2,641 | 2,543 | 2,733 | 2,957 | 2,834 | 32,043 | | 2,500 | 2,879 | 2,228 |
| 23 | 155,837 | | 9,709 | 13,497 | 12,864 | 12,250 | 17,723 | 17,086 | 15,076 | 14,527 | 10,839 | 14,716 | 14,477 | 13,266 | 166,029 | | 12,315 | 10,823 | 13,791 |
| 24 | 13,254 | | 1,167 | 1,238 | 1,572 | 1,888 | 2,581 | 2,551 | 2,158 | 1,606 | 1,627 | 1,453 | 1,720 | 1,633 | 21,196 | | 1,511 | 1,589 | 1,651 |
| 25 | - | | - | - | - | - | - | 15,904 | 23,659 | 16,995 | 13,471 | 17,537 | (64,727) | 16,813 | 39,652 | | - | - | - |
| 26 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 27 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | 4 | 10 | (13) |
| 28 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 29 | 322,183 | | 23,488 | 26,343 | 26,596 | 24,778 | 33,972 | 49,315 | 54,767 | 45,770 | 38,479 | 46,439 | (35,574) | 44,546 | 378,921 | | 26,330 | 25,300 | 27,657 |
| 33 | FY17 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY18 Total | | Jul | Aug | Sep |
| 34 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 |
| 35 | 10,440 | | 1,651 | 1,427 | 1,235 | 316 | 1,239 | 1,693 | - | 1,829 | 2,117 | 1,729 | 3,632 | 1,469 | 18,336 | | 3,078 | 3,707 | 3,273 |
| 36 | 62,640 | | 6,586 | 11,846 | 11,043 | 15,173 | 26,322 | 7,178 | - | - | - | - | 73,117 | - | 151,266 | | 12,495 | 10,223 | 13,277 |
| 37 | 60,602 | | 4,881 | 3,280 | 4,817 | 1,670 | 8,790 | 9,108 | 8,334 | 6,319 | 6,163 | 6,605 | 7,798 | 6,865 | 74,630 | | 6,029 | 6,930 | 5,468 |
| 38 | 150 | | 7 | - | 55 | - | 5 | 4 | - | - | - | - | - | - | 72 | | 2 | - | - |
| 39 | 8,656 | | 1,252 | 956 | 1,056 | 283 | 1,581 | 2,152 | - | 186 | 54 | - | 7,184 | - | 8,656 | | 1,454 | 1,550 | 898 |
| 40 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 41 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 42 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 43 | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 45 | 162,480 | | 16,043 | 19,175 | 19,873 | 19,108 | 39,603 | 21,800 | 10,000 | 10,000 | 10,000 | 10,000 | 93,397 | 10,000 | 272,951 | | 24,725 | 24,076 | 24,582 |
| 48 | - | | 0 | 0 | (0) | (0) | (0) | - | - | - | - | - | - | 0 | | 0 | (0) | (0) |
| 49 | - | | 0 | 0 | (0) | (0) | (0) | 15,904 | 23,659 | 16,995 | 13,471 | 17,537 | (64,727) | 16,813 | 39,652 | | 0 | (0) | (0) |
| 50 | - | | - | - | - | - | - | 15,904 | 18,720 | 15,520 | 11,926 | 15,216 | (57,018) | 13,545 | 33,813 | | - | - | - |
| 51 | - | | - | - | 0 | (0) | (1) | (0) | 1,854 | 0 | (0) | 580 | (1,431) | 1,714 | 2,716 | | - | - | - |
| 52 | - | | (0) | - | - | - | - | (0) | 663 | 0 | - | - | (664) | (1) | (1) | | - | - | - |
| 53 | - | | (0) | 1 | 0 | (0) | 20 | 0 | 2,422 | 1,475 | 1,546 | 1,742 | (5,616) | 1,570 | 9,209 | | 0 | - | - |
| 54 | - | | 1 | (1) | 0 | - | (20) | 0 | (0) | (0) | (2) | 2 | (16) | (6,084) | | (0) | (0) | (0) |

| | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | FY19 | | FY20 | FY20 | FY20 | FY20 | FY20 | FY20 | FY20 | FY20 |
| 7 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY19 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
| 8 | 20,795 | 21,165 | 16,487 | 21,449 | 12,939 | 32,919 | 17,535 | 19,137 | 18,127 | 246,548 | | 16,501 | 23,094 | 12,355 | 25,284 | 21,492 | 20,785 | 20,204 | 19,241 |
| 9 | 3,867 | 3,492 | 3,785 | 4,682 | 4,214 | 4,893 | 5,190 | 4,771 | 4,509 | 49,462 | | 4,908 | 5,189 | 5,157 | 5,117 | 3,780 | 5,926 | 6,378 | 6,340 |
| 10 | 6,801 | 5,807 | 7,634 | 8,270 | 5,929 | 6,065 | 6,584 | 6,565 | 5,840 | 77,922 | | 7,172 | 6,158 | 5,830 | 6,853 | 6,540 | 6,796 | 8,438 | 6,154 |
| 11 | 106 | 71 | 111 | 95 | 53 | 56 | 53 | 43 | 39 | 4,531 | | 29 | 19 | 16 | 16 | 15 | 53 | 180 | 93 |
| 12 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 13 | 129 | - | 6 | - | 0 | 18 | - | - | - | 155 | | 2 | 47 | - | - | - | 0 | 5 | - |
| 14 | 2,827 | 2,364 | 3,092 | 3,499 | 2,381 | 2,491 | 2,713 | 2,665 | 2,412 | 32,051 | | 3,020 | 2,536 | 2,464 | 2,879 | 2,705 | 2,849 | 3,583 | 2,516 |
| 15 | 12,523 | 12,214 | 10,116 | 13,018 | 5,301 | 22,717 | 11,057 | 10,205 | 9,379 | 143,459 | | 9,744 | 14,274 | 7,128 | 15,436 | 12,793 | 13,028 | 13,229 | 10,261 |
| 16 | 1,238 | 1,066 | 821 | 891 | 215 | 1,471 | 1,077 | 925 | 873 | 13,327 | | 1,126 | 1,385 | 380 | 3,012 | 1,690 | 899 | 976 | 1,471 |
| 17 | 49,953 | 47,846 | 43,717 | 53,569 | 32,697 | 72,297 | 45,875 | 45,977 | 42,846 | 587,446 | | 44,169 | 54,368 | 34,996 | 60,263 | 50,680 | 52,008 | 54,654 | 47,741 |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY19 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
| 21 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 22 | 2,827 | 2,364 | 3,092 | 3,499 | 2,381 | 2,491 | 2,713 | 2,665 | 2,412 | 32,051 | | 3,020 | 2,536 | 2,464 | 2,879 | 2,705 | 2,849 | 3,583 | 2,516 |
| 23 | 12,523 | 12,214 | 10,116 | 13,018 | 5,301 | 22,717 | 11,057 | 10,205 | 9,379 | 143,459 | | 9,744 | 14,274 | 7,128 | 15,436 | 12,793 | 13,028 | 13,229 | 10,261 |
| 24 | 1,238 | 1,066 | 821 | 891 | 215 | 1,471 | 1,077 | 925 | 873 | 13,327 | | 1,126 | 1,385 | 380 | 3,012 | 1,690 | 899 | 976 | 1,471 |
| 25 | - | - | 7,910 | 19,349 | 6,686 | 27,267 | 13,163 | 14,075 | 12,073 | 100,523 | | 14,667 | 20,561 | 9,413 | 23,325 | 17,882 | 19,620 | 21,254 | 17,882 |
| 26 | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - |
| 27 | - | (3) | - | (1,298) | - | - | - | - | - | (1,300) | | - | - | - | - | - | - | - | - |
| 28 | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - |
| 29 | 26,589 | 25,641 | 31,939 | 45,458 | 24,582 | 63,946 | 38,010 | 37,869 | 34,738 | 408,059 | | 38,558 | 48,757 | 29,385 | 54,652 | 45,069 | 46,396 | 49,042 | 42,130 |
| 30 | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | |
| 33 | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY19 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
| 34 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 |
| 35 | 3,867 | 3,492 | 2,367 | 1,171 | 465 | 321 | 3,352 | - | 2,460 | 27,553 | | - | 907 | - | - | - | - | - | 1 |
| 36 | 10,795 | 11,165 | - | - | - | - | - | - | 1,222 | 59,177 | | - | 2,834 | - | - | - | - | - | - |
| 37 | 6,801 | 5,807 | 7,634 | 5,177 | 5,923 | 6,065 | 3,037 | 6,442 | 2,678 | 67,992 | | 3,945 | 205 | 3,945 | 3,945 | 3,945 | 3,945 | 3,945 | 3,945 |
| 38 | 129 | - | 6 | - | 0 | - | - | - | - | 136 | | - | - | - | - | - | - | - | - |
| 39 | 106 | 71 | 111 | 95 | 53 | 56 | 53 | - | 83 | 4,531 | | - | - | - | - | - | - | - | - |
| 40 | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - |
| 41 | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - |
| 42 | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - |
| 43 | - | - | - | - | - | - | - | - | - | - | | - | - | - | - | - | - | - | - |
| 44 | | | | | | | | | | | | | | | | | | | |
| 45 | 23,364 | 22,202 | 11,784 | 8,108 | 8,108 | 8,108 | 8,108 | 8,108 | 8,108 | 179,381 | | 5,611 | 5,611 | 5,611 | 5,611 | 5,611 | 5,611 | 5,611 | 5,611 |
| 46 | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | |
| 48 | (0) | - | - | - | - | - | - | - | - | - | | - | (0) | | | | | | |
| 49 | (0) | - | 7,910 | 19,349 | 6,686 | 27,267 | 13,163 | 14,075 | 12,073 | 100,523 | | 14,667 | 20,561 | 9,413 | 23,325 | 17,882 | 19,620 | 21,254 | 17,882 |
| 50 | - | - | 6,487 | 11,449 | 2,939 | 22,919 | 7,535 | 9,137 | 6,906 | 67,371 | | 6,501 | 10,260 | 2,355 | 15,284 | 11,492 | 10,785 | 10,204 | 9,241 |
| 51 | - | - | 1,418 | 3,511 | 3,748 | 4,572 | 1,838 | 4,771 | 2,049 | 21,909 | | 4,908 | 4,283 | 5,157 | 5,117 | 3,780 | 5,926 | 6,378 | 6,339 |
| 52 | - | - | - | 3,093 | 6 | - | 3,547 | 123 | 3,162 | 9,930 | | 3,227 | 5,952 | 1,885 | 2,908 | 2,594 | 2,851 | 4,493 | 2,209 |
| 53 | - | - | - | - | (0) | 18 | - | 43 | (43) | 18 | | 31 | 66 | 16 | 16 | 15 | 58 | 180 | 93 |
| 54 | (0) | - | 6 | 1,295 | (6) | (243) | 243 | 0 | (0) | 1,294 | | (0) | 0 | 0 | (0) | 0 | 0 | 0 | (0) |
| 55 | | | | | | | | | | | | | | | | | | | |

| # | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ | CA | CB | CC | CD | CE | CF | CG | CH | CI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | |
| 6 | FY20 | FY20 | FY20 | FY20 | FY20 | | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 | FY21 |
| 7 | Mar | Apr | May | Jun | FY20 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY21 Total |
| 8 | 20,129 | 15,239 | 18,028 | 9,429 | 221,780 | | 18,492 | 18,669 | 18,664 | 15,056 | 14,368 | 23,473 | 22,310 | 15,400 | 16,355 | 21,354 | 14,451 | 26,044 | 224,636 |
| 9 | 6,385 | 516 | 2,933 | 12,801 | 65,430 | | 4,568 | 5,315 | 4,996 | 4,093 | 2,933 | 4,196 | 4,195 | 4,632 | 5,770 | (4,636) | 6,227 | 5,485 | 47,774 |
| 10 | 3,975 | 47 | 5,906 | 8,117 | 71,985 | | 7,153 | 8,251 | 6,926 | 8,545 | 6,863 | 9,802 | 6,738 | 7,208 | 7,407 | 6,908 | 6,656 | 7,126 | 89,582 |
| 11 | 143 | 103 | 625 | 341 | 1,632 | | 56 | 74 | 66 | 70 | 62 | 83 | 51 | 41 | 48 | 52 | 32 | 22 | 657 |
| 12 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 |
| 13 | - | - | - | - | 55 | | 3 | | | | | 5 | 15 | | | | 0 | - | 22 |
| 14 | 1,686 | 21 | 2,643 | 3,465 | 30,368 | | 2,990 | 3,366 | 2,905 | 3,556 | 2,947 | 4,158 | 2,980 | 2,954 | 3,096 | 2,860 | 2,741 | 2,964 | 37,517 |
| 15 | 12,135 | 9,549 | 10,550 | 5,038 | 133,165 | | 11,815 | 10,196 | 10,570 | 8,358 | 8,988 | 14,258 | 12,640 | 9,521 | 9,786 | 12,997 | 8,445 | 15,537 | 133,113 |
| 16 | 1,930 | 1,804 | 1,194 | 1,673 | 17,541 | | 1,571 | 1,625 | 1,730 | 1,173 | 891 | 1,055 | 1,043 | 541 | 595 | 819 | 740 | 1,272 | 13,055 |
| 17 | 48,049 | 28,944 | 43,545 | 42,530 | 561,947 | | 48,315 | 49,161 | 47,524 | 42,517 | 38,718 | 58,696 | 51,637 | 41,962 | 44,723 | 42,020 | 40,958 | 60,116 | 566,347 |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | |
| 20 | Mar | Apr | May | Jun | FY20 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY21 Total |
| 21 | 10,000 | 10,000 | 10,000 | 9,429 | 119,429 | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| 22 | 1,686 | 21 | 2,643 | 3,465 | 30,367 | | 2,990 | 3,366 | 2,905 | 3,556 | 2,947 | 4,158 | 2,980 | 2,954 | 3,096 | 2,860 | 2,741 | 2,964 | 37,517 |
| 23 | 12,135 | 9,549 | 10,550 | 5,038 | 133,165 | | 11,815 | 10,196 | 10,570 | 8,358 | 8,988 | 14,258 | 12,640 | 9,521 | 9,786 | 12,997 | 8,445 | 15,537 | 133,113 |
| 24 | 1,930 | 1,804 | 1,194 | 1,673 | 17,541 | | 1,571 | 1,625 | 1,730 | 1,173 | 891 | 1,055 | 1,043 | 541 | 595 | 819 | 740 | 1,272 | 13,055 |
| 25 | 16,686 | 1,960 | 13,547 | 17,314 | 194,110 | | 3,405 | 5,441 | 3,784 | 897 | (2,641) | 10,691 | 6,441 | 413 | 2,713 | (3,189) | 499 | 11,809 | 40,262 |
| 26 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 27 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 29 | 42,438 | 23,333 | 37,934 | 36,919 | 494,614 | | 29,782 | 30,628 | 28,991 | 23,984 | 20,184 | 40,163 | 33,104 | 23,428 | 26,190 | 23,487 | 22,424 | 41,582 | 343,947 |
| 30 | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | |
| 33 | Mar | Apr | May | Jun | FY20 Total | | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY21 Total |
| 34 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 | | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 1,666 | 19,992 |
| 35 | - | 516 | 3,896 | - | 5,320 | | 4,568 | 5,315 | 4,996 | 4,159 | 7,009 | 2,782 | 5,869 | 4,987 | 3,642 | 14,543 | 3,952 | 4,235 | 64,373 |
| 36 | 3,945 | 3,280 | - | - | 10,058 | | 5,087 | 3,228 | 4,880 | | | | | | | | | | |
| 37 | - | 47 | 14 | 3,945 | 31,826 | | 7,153 | 8,251 | 6,926 | 8,545 | 6,863 | 9,802 | 6,738 | 7,208 | 7,407 | 6,908 | 6,656 | 7,126 | 89,582 |
| 38 | | | | | - | | 3 | | | | | 5 | 15 | | | | 0 | - | 22 |
| 39 | | | | | | | 56 | 74 | 66 | 70 | 62 | 83 | 51 | 41 | 48 | 52 | 32 | 22 | 657 |
| 40 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 41 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 42 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 43 | - | - | - | - | - | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 44 | | | | | | | | | | | | | | | | | | | |
| 45 | 5,611 | 5,508 | 5,576 | 5,611 | 67,196 | | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 18,533 | 222,400 |
| 46 | | | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | | | |
| 48 | | | | | (0) | | (0) | | 0 | | | - | 0 | | (0) | | - | - | - |
| 49 | 16,686 | 1,960 | 13,547 | 17,314 | 194,110 | | 3,405 | 5,441 | 3,784 | 897 | (2,641) | 10,691 | 6,441 | 413 | 2,713 | (3,189) | 499 | 11,809 | 40,262 |
| 50 | 6,183 | 1,960 | 8,028 | - | 92,293 | | 3,405 | 5,441 | 3,784 | 897 | (2,641) | 10,691 | 6,441 | 413 | 2,713 | (3,189) | 499 | 11,809 | 40,262 |
| 51 | 6,385 | - | (963) | 12,801 | 60,110 | | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| 52 | 3,975 | - | 5,893 | 4,172 | 40,158 | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 53 | 143 | 103 | 625 | 341 | 1,686 | | - | - | - | - | - | - | - | - | - | - | 0 | - | 0 |
| 54 | 0 | (103) | (35) | 0 | (138) | | - | - | - | - | - | - | - | - | - | - | 0 | - | 0 |
| 55 | | | | | | | | | | | | | | | | | | | |