# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>                    Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

**CONTINUED EXHIBITS OF AMBAC ASSURANCE CORPORATION, ASSURED GAURANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, AND NATIONAL <u>PUBLIC FINANCE GUARANTEE CORPORATION</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 27, 2021
      San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    Jonathan Ohring (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
          amiller@milbank.com
          gmainland@milbank.com
          jhughes2@milbank.com
          johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

| | |
|---|---|
| **REXACH & PICÓ, CSP** | **CASELLAS ALCOVER & BURGOS P.S.C.** |
| By: */s/ María E. Picó* <br> María E. Picó <br> (USDC-PR No. 123214) <br> 802 Ave. Fernández Juncos <br> San Juan, PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> Email: mpico@rexachpico.com | By: */s/ Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> (USDC-PR No. 204809) <br> Ricardo F. Casellas-Sánchez <br> (USDC-PR No. 203114) <br> Diana Pérez-Seda <br> (USDC-PR No. 232014) <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br>       rcasellas@cabprlaw.com <br>       dperez@cabprlaw.com |
| **BUTLER SNOW LLP** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Martin A. Sosland* <br> Martin A. Sosland (admitted *pro hac vice*) <br> 2911 Turtle Creek Blvd., Suite 1400 <br> Dallas, TX 75219 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> Email: martin.sosland@butlersnow.com <br><br> James E. Bailey III (admitted *pro hac vice*) <br> Adam M. Langley (admitted *pro hac vice*) <br> 6075 Poplar Ave., Suite 500 <br> Memphis, TN 38119 <br> Telephone: (901) 680-7200 <br> Facsimile: (901) 680-7201 <br> Email: jeb.bailey@butlersnow.com <br>       adam.langley@butlersnow.com <br><br> ***Attorneys for Financial Guaranty Insurance Company*** | By: */s/ Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr. (admitted *pro hac vice*) <br> Mark C. Ellenberg (admitted *pro hac vice*) <br> William J. Natbony (admitted *pro hac vice*) <br> Thomas J. Curtin (admitted *pro hac vice*) <br> Casey J. Servais (admitted *pro hac vice*) <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6666 <br> Email: howard.hawkins@cwt.com <br>       mark.ellenberg@cwt.com <br>       bill.natbony@cwt.com <br>       thomas.curtin@cwt.com <br>       casey.servais@cwt.com <br><br> ***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*** |

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: */s/ Eric Perez-Ochoa*
Eric Perez-Ochoa
(USDC-PR No. 206314)
Luis A. Oliver-Fraticelli
(USDC-PR No. 209204)
208 Ponce de León Ave., Suite 1600
San Juan, PR 00936
Telephone: (787) 756-9000
Facsimile: (787) 756-9010
Email: epo@amgprlaw.com
   loliver@amgprlaw.com

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert Berezin*
   Jonathan Polkes (admitted *pro hac vice*)
   Gregory Silbert (admitted *pro hac vice*)
   Robert Berezin (admitted *pro hac vice*)
   Kelly DiBlasi (admitted *pro hac vice*)
   Gabriel A. Morgan (admitted *pro hac vice*)
   767 Fifth Avenue
   New York, NY 10153
   Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
   Email: jonathan.polkes@weil.com
      gregory.silbert@weil.com
      robert.berezin@weil.com
      kelly.diblasi@weil.com
      gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corporation*