# CONTRATO DE PRÉSTAMO

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una corporación pública del Gobierno de Puerto Rico, creada en virtud de la Ley Número 17 de 23 de septiembre de 1948, según enmendada, representado en este acto por su Vicepresidente Ejecutivo y Agente Fiscal, Jorge A. Clivillés Díaz, mayor de edad, casado, ejecutivo y residente de San Juan, Puerto Rico (en adelante, el "BANCO").

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, (la "AUTORIDAD") representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo de la AUTORIDAD, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico.

## EXPONEN

**POR CUANTO**: La AUTORIDAD interesa obtener financiamiento para sufragar gastos operacionales del tercer trimestre del Año Fiscal 2013.

**POR CUANTO**: El 17 de enero de 2013, la Junta de Directores del BANCO aprobó la Resolución Núm. 9944 para conceder a la AUTORIDAD una línea de crédito no rotativa hasta un máximo de **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996)**, la cual

29282

AAFAF_CONF_0003932

incluye la cantidad de **Dieciséis Mil Quinientos Noventa y Cinco Dólares ($16,595)** para cubrir el pago de los cargos por asesoría financiera.

**POR LO QUE**, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes acuerdan y convienen otorgar este CONTRATO DE PRÉSTAMO.

## ARTÍCULO 1.

## PRÉSTAMO

1.1    <u>Línea de Crédito:</u>

Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996) para sufragar gastos operacionales de la AUTORIDAD correspondientes al tercer trimestre del Año Fiscal 2013, incluyendo Dieciséis Mil Quinientos Noventa y Cinco Dólares ($16,595) para cubrir el pago de los cargos por asesoría financiera.

La LÍNEA DE CRÉDITO estará evidenciada por un PAGARÉ por la suma principal de TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996), suscrito en la misma fecha que este CONTRATO DE PRÉSTAMO y pagaderos a la orden del BANCO.

29282

AAFAF_CONF_0003933

El dinero proveniente de la LÍNEA DE CRÉDITO sólo podrá ser utilizado para sufragar gastos operacionales del tercer trimestre del Año Fiscal 2013 de la AUTORIDAD y cubrir el pago de los cargos por asesoría financiera.

**1.2    Tasa de Interés:**

La AUTORIDAD acuerda y conviene pagar los intereses mensuales devengados sobre los desembolsos de la LÍNEA DE CRÉDITO computados sobre la tasa *Prime Rate* más 150 puntos base, la cual nunca será menor de seis por ciento (6%), ni mayor de doce por ciento (12%), o cualquier otra tasa de interés que determine el Presidente del BANCO o su designado, de acuerdo con el mercado de tasas de interés. Si en la fecha de vencimiento de la obligación de repago la AUTORIDAD no ha pagado el balance insoluto del principal, la AUTORIDAD pagará intereses sobre dicha suma computados a base de 200 puntos base sobre la tasa que le aplicaría bajo este CONTRATO DE PRÉSTAMO.

**1.3    Término y Fuente de Pago:**

El principal de la LÍNEA DE CRÉDITO será pagadero el 31 de enero de 2014. La fuente de pago será de futuras emisiones de bonos y productos de las alianzas público privadas al igual que de ingresos propios de la AUTORIDAD.

La AUTORIDAD podrá pagar la totalidad del préstamo en cualquier momento antes de su vencimiento sin penalidad o prima.

**1.4    Desembolsos:**

Previo al primer desembolso y para cada desembolso, la AUTORIDAD entregará al BANCO una certificación original igual al **Anejo A** de este Contrato,

29282



AAFAF_CONF_0003934

firmada por el Director Ejecutivo de la AUTORIDAD, o la persona que éste designe, la cual evidenciará que la petición de desembolso cumple con los propósitos para los cuales fue aprobada la LÍNEA DE CRÉDITO.  La AUTORIDAD deberá incluir, además, cualquier otra documentación que el BANCO a su entera discreción le solicite previo al desembolso, incluyendo, pero sin limitarse, a copias de facturas.

Los desembolsos bajo este financiamiento están sujetos al cumplimiento de la AUTORIDAD con el Área de Agencia Fiscal del BANCO para las condiciones estipuladas en el *Fiscal Oversight Agreement* (FOA) que la AUTORIDAD tenga vigente con el BANCO.

## ARTÍCULO 2.

## ACUERDOS AFIRMATIVOS

La AUTORIDAD conviene y acuerda realizar los actos que se exponen a continuación a partir de esta fecha y hasta el pago total y liquidación final del principal y los intereses de la LÍNEA DE CRÉDITO y cualquier otra obligación con relación a la misma, salvo que el BANCO consienta a lo contrario por escrito.

2.1   **Solicitud de Información Adicional para Efectuar Desembolsos:**

El BANCO se reserva el derecho de solicitar a la AUTORIDAD cualquier información adicional que sea necesaria para emitir los desembolsos o para cualquier propósito relacionado con este CONTRATO DE PRÉSTAMO o PAGARÉ.

2.2   **Honorarios por Asesoría Financiera:**

La AUTORIDAD conviene y acuerda pagarle al BANCO la suma de Dieciséis Mil Quinientos Noventa y Cinco Dólares ($16,595), equivalentes a una veinteava parte

29282

AAFAF_CONF_0003935

(1/20) del uno por ciento (1%), por concepto de honorarios correspondientes a esta transacción, según la política vigente del BANCO, los cuales podrán ser incluidos como parte de este financiamiento, de ser necesario.

### 2.3   Causa de Incumplimiento:

La AUTORIDAD notificará al BANCO de cualquier condición, hecho o suceso que pueda constituir causa de incumplimiento o en virtud de cuya notificación o el mero transcurso del tiempo, o ambos, pueda constituir causa de incumplimiento, entregándole al BANCO una certificación suscrita por uno de sus oficiales, especificando la naturaleza de dicha causa, tiempo durante el cual ha existido, y qué curso de acción la AUTORIDAD se propone iniciar con relación a los mismos.  Tal notificación deberá ser cursada al BANCO dentro de los diez (10) días siguientes a la ocurrencia del incumplimiento.

### 2.4   Pago de Gestiones Extrajudiciales de Cobro, Honorarios, Gastos, etc.:

A requerimiento del BANCO, la AUTORIDAD deberá reembolsar prontamente al BANCO el pago de las costas, gastos y honorarios de abogados incurridos por el BANCO en gestiones extrajudiciales de cobro de cualquier plazo en mora en relación con la LÍNEA DE CRÉDITO adeudada por la AUTORIDAD.  La omisión de la AUTORIDAD de reembolsar dichas costas, gastos y honorarios de abogados constituirá causa de incumplimiento en la LÍNEA DE CRÉDITO.

Dichas costas, gastos y honorarios de abogados incurridos por el BANCO de conformidad con las disposiciones de este CONTRATO DE PRÉSTAMO serán reembolsados por la AUTORIDAD de inmediato al serle requeridos.

29282

AAFAF_CONF_0003936

2.5  **Incumplimiento bajo los Documentos Legales:**

La AUTORIDAD conviene que cualquier incumplimiento de los términos del PAGARÉ y/o la carta de compromiso, será considerado simultáneamente incumplimiento con este CONTRATO DE PRÉSTAMO y viceversa, y de ocurrir el mismo, el BANCO tendrá inmediatamente el derecho de ejecutar cualesquiera de los derechos y privilegios que puedan conferir cualquiera de los DOCUMENTOS LEGALES.

2.6  **Autorización para Tomar Prestado:**

La AUTORIDAD ha tomado las medidas apropiadas y necesarias, oficiales o de otro tipo, para autorizar el otorgamiento y entrega de los DOCUMENTOS LEGALES sin limitación alguna.

### ARTÍCULO 3.

### INCUMPLIMIENTOS

3.1  **Causas de Incumplimiento:**

Cada una de las siguientes constituirá una causa de incumplimiento bajo los términos de este CONTRATO DE PRÉSTAMO:

3.1.1  si cualquier representación dada o extendida por la AUTORIDAD al BANCO en cualquiera de los trámites y DOCUMENTOS LEGALES, o si cualquier informe, garantía o certificado financiero o de otra índole provisto al BANCO en relación con este CONTRATO DE PRÉSTAMO resultare falso o engañoso;

29282

AAFAF_CONF_0003937

3.1.2    la falta de pago de principal e intereses y sus penalidades, si alguna, de la LÍNEA DE CRÉDITO a su fecha de vencimiento de acuerdo con los términos de cualquiera de los DOCUMENTOS LEGALES;

3.1.3    el incumplimiento o violación por la AUTORIDAD de cualquiera de los términos, cláusulas y condiciones pactadas con el BANCO en los DOCUMENTOS LEGALES; o

3.1.4    la omisión por la AUTORIDAD de remediar o subsanar dentro de un plazo de treinta (30) días de su ocurrencia, sin notificación previa escrita por parte del BANCO, cualquier incumplimiento a los términos, cláusulas y condiciones de este CONTRATO DE PRÉSTAMO.  Esto no aplica a los términos y condiciones relacionadas con las obligaciones de pago de la LÍNEA DE CRÉDITO, ya que la AUTORIDAD deberá cumplir estrictamente con dicho pago a su vencimiento.



3.2    **Remedios:**

Ante la ocurrencia de cualquiera de las causas de incumplimiento enumeradas en el Artículo 3.1 de este CONTRATO DE PRÉSTAMO, y si dicho incumplimiento no es subsanado o remediado según dispuesto, sin que sea necesario que medie notificación alguna del incumplimiento, a cuyos derechos la AUTORIDAD mediante el presente otorgamiento renuncia, el BANCO podrá:

3.2.1    proceder a reclamar el pago del balance insoluto de la LÍNEA DE CRÉDITO; o

29282

AAFAF_CONF_0003938

3.2.2   radicar un procedimiento judicial solicitando el cumplimiento específico de cualquier término, cláusula o condición de cualquiera de los DOCUMENTOS LEGALES, o un entredicho ("injunction") provisional o permanente para impedir que la AUTORIDAD viole cualquiera de dichos términos, cláusulas y condiciones; o

3.2.3   ejercitar cualquier otro remedio a que tenga derecho bajo las leyes del Estado Libre Asociado de Puerto Rico.

La AUTORIDAD autoriza al BANCO y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación ("*set-off*") a las obligaciones que se originan en este CONTRATO DE PRÉSTAMO, realizando cualquier aplicación de pagos de cualquier suma de dinero perteneciente a la AUTORIDAD en poder del BANCO para el pago de la LÍNEA DE CRÉDITO e intereses acumulados, en caso de incumplimiento por la AUTORIDAD de sus obligaciones de pago bajo el CONTRATO DE PRÉSTAMO.

## ARTÍCULO 4.

## DISPOSICIONES MISCELÁNEAS

4.1   **Documentos Legales:**

Según utilizado en este CONTRATO DE PRÉSTAMO, el término DOCUMENTOS LEGALES significa:

1. PAGARÉ

2. CONTRATO DE PRÉSTAMO

4.2   **Renuncias, Alivios, Prórrogas, Tolerancias y Remedios Adicionales:**

29282

AAFAF_CONF_0003939

Ninguna dilación o demora por parte del BANCO o de cualquier tenedor o dueño del PAGARÉ en el ejercicio de cualquier derecho, facultad o remedio que pueda tener conforme a los términos de cualquiera de los DOCUMENTOS LEGALES se considerará como una renuncia, limitación o disminución de los mismos, como tampoco el ejercicio parcial o exclusivo de cualquiera de los mismos será óbice para que subsiguientemente sean ejercitados en su totalidad, incluyendo, pero sin limitarse a ello, el derecho de compensación.  Los remedios a favor del BANCO dispuestos en los DOCUMENTOS LEGALES se considerarán adicionales a, y no excluyentes de, cualquier otro remedio contemplado en ley.  Para que todo alivio, prórroga o tolerancia extendida por el BANCO a la AUTORIDAD, o cualquier enmienda a este CONTRATO DE PRÉSTAMO, sea efectiva, deberá constar por escrito, suscrito por un oficial autorizado del BANCO, que especificará el alcance del alivio, prórroga, tolerancia o enmienda concedida.  Todo alivio, prórroga, tolerancia o enmienda concedida será válida únicamente para la ocurrencia o eventualidad para la cual se concedió.

4.3     **Direcciones para Notificaciones, etc.:**

Toda notificación, reclamo, directriz o cualquier comunicación dispuesta por los DOCUMENTOS LEGALES  constará por escrito y deberá ser entregada personalmente o enviada por fax o por correo, a las siguientes direcciones:

A LA "AUTORIDAD":

Autoridad de Carreteras y Transportación
Departamento de Transportación y Obras Públicas
P.O. Box 42007

29282

AAFAF_CONF_0003940

San Juan, Puerto Rico 00940-2007
(787) 721-8787

Atención: Director Ejecutivo

AL "BANCO":

Banco Gubernamental de Fomento para Puerto Rico
P.O. Box 42001
San Juan, Puerto Rico  00940-2001
Fax: (787) 721-1443

Atención: Presidente

o a cualquier otra dirección que las partes señalen mediante notificación escrita cursada conforme a lo dispuesto en este Artículo.  Éstas se considerarán perfeccionadas una vez las mismas se depositen debidamente franqueadas en el correo y sean cursadas a las direcciones mencionadas.

4.4   **Sucesores y Causahabientes:**

Los pactos y cláusulas aquí contenidas obligarán y beneficiarán a las partes y a sus respectivos causahabientes, albaceas, administradores, sucesores y cesionarios.

4.5   **Renuncias por la AUTORIDAD a Presentación, Protesto, etc.:**

La AUTORIDAD renuncia a toda notificación de aceptación o demanda o requerimiento a la realización de cualquier condición precedente por parte del BANCO, y así mismo renuncia a los derechos de presentación, protesto, notificación de protesto, requerimiento de pago, notificación de incumplimiento o falta de pago, relevo, compromiso, compensación, transacción, prórroga, renovación o extensión de cualquier derecho contractual o instrumento legal y, en general, a toda otra formalidad legal.

29282

AAFAF_CONF_0003941

4.6   **Declaración de Intención**:

Este CONTRATO DE PRÉSTAMO se otorga como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

[PÁGINA DE FIRMAS A CONTINUACIÓN]

29282

AAFAF_CONF_0003942

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan este

CONTRATO DE PRÉSTAMO en San Juan, Puerto Rico, a _28_ de _febrero_ de 2013.

**BANCO GUBERNAMENTAL DE**
**FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y**
**TRANSPORTACIÓN DE PUERTO RICO**

_____
Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo
y Agente Fiscal

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio 778

    Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a _28_ de _febrero_ de 2013.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982 _____
Notaria Público

Testimonio 780

    Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a _28_ de _febrero_ de 2013.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29282

AAFAF_CONF_003943

## PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE**:  El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo, mayor de edad, casado y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Primera Enmienda a Contrato de Préstamo (la "PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según se define más adelante.

### EXPONEN

**POR CUANTO**: El 17 de enero de 2013, la Junta de Directores del BANCO aprobó la Resolución Núm. 9944 para conceder a la AUTORIDAD una línea de crédito no rotativa hasta un máximo de $33,189,996, incluyendo el pago de los cargos por asesoría financiera.

30199

DS-040406

**POR CUANTO**: De conformidad con lo anterior, el 28 de febrero de 2013, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), mediante el cual se concedió a la AUTORIDAD la LÍNEA DE CRÉDITO por la cantidad máxima de $33,189,996 para sufragar gastos operacionales de la AUTORIDAD correspondientes al tercer trimestre del Año Fiscal 2013 y cubrir el pago de los cargos de asesoría financiera por la cantidad de $16,595.

En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,189,996 a la orden del BANCO y con vencimiento el 31 de enero de 2014.

**POR CUANTO**: Al 31 de octubre de 2013, el balance de principal de la LÍNEA DE CRÉDITO asciende a $32,224,244.47 con intereses acumulados por la cantidad de $564,387.93.

**POR CUANTO**: La AUTORIDAD ha solicitado, y la gerencia del BANCO ha recomendado, enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2015.

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10197 adoptada en reunión celebrada el 20 de noviembre de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2015 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2014-04 emitida el 30 de enero de 2014 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD

30199

DS-040407

3

ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

### ACUERDAN Y CONVIENEN

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, para que lea como sigue:

"El principal de la LÍNEA DE CRÉDITO será pagadero el 31 de enero de 2015."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de Trece Mil Doscientos Setenta y Seis Dólares ($13,276) correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO**:   En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado PRIMERA ENMIENDA A PAGARÉ ("ALLONGE").   Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, según enmendado, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO**: Esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el

30199

DS-040408

4

CONTRATO DE PRÉSTAMO y PAGARÉ. Todos los demás términos y condiciones y

del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado,

permanecerán inalteradas y en pleno vigor.

QUINTO: Esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO se

suscribe de conformidad con la Resolución 10197 adoptada por la Junta de Directores

del BANCO el 20 de noviembre de 2013, la cual se aprobó como una declaración de

intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal

(*U.S. Treasury Department Regulation Section 1.150-2*).


**[FIRMAS EN LA SIGUIENTE PÁGINA]**

30199

DS-040409

5

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

**PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO** en San Juan, Puerto Rico,

a *31* de enero de 2014.

**BANCO GUBERNAMENTAL DE**              **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**            **TRANSPORTACIÓN DE PUERTO RICO**


_____        _____
Jorge A. Clivillés Díaz                 Javier E. Ramos Hernández
Vicepresidente Ejecutivo                Director Ejecutivo
y Agente Fiscal


Testimonio *910*

    Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a *31* de enero de 2014.


_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Testimonio *912*

    Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a *31* de enero de 2014.


_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

DS-040410

## SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE**: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una corporación pública e instrumentalidad del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una corporación pública e instrumentalidad del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Carmen A. Villar Prados, Directora Ejecutiva, mayor de edad, casada y vecina de Guaynabo, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Segunda Enmienda a Contrato de Préstamo (la "SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según se define más adelante.

### EXPONEN

**POR CUANTO**: El 17 de enero de 2013, la Junta de Directores del BANCO aprobó la Resolución Núm. 9944 para conceder a la AUTORIDAD una línea de crédito



31268

DS-040422

2

no rotativa hasta un máximo de $33,189,996, incluyendo el pago de los cargos por asesoría financiera.

**POR CUANTO**: De conformidad con lo anterior, el 28 de febrero de 2013, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), mediante el cual se concedió a la AUTORIDAD la LÍNEA DE CRÉDITO por la cantidad máxima de $33,189,996 para sufragar gastos operacionales de la AUTORIDAD correspondientes al tercer trimestre del Año Fiscal 2013 y cubrir el pago de los cargos de asesoría financiera por la cantidad de $16,595.

En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,189,996 a la orden del BANCO y con vencimiento el 31 de enero de 2014.

**POR CUANTO**: El 31 de enero de 2014, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de extender el vencimiento hasta el 31 de enero de 2015.  En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incorporar dicha enmienda.

**POR CUANTO**: Al 31 de diciembre de 2014, el balance de principal de la LÍNEA DE CRÉDITO asciende a $32,612,861.79 con intereses acumulados por la cantidad de $1,660,706.17.

**POR CUANTO**: La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2016.

31268

DS-040423

3

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10554 adoptada en reunión celebrada el 17 de diciembre de 2014 (la "Resolución 10554"), enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2016 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2015-07 adoptada el 15 de enero de 2015 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

<div align="center"><strong>ACUERDAN Y CONVIENEN</strong></div>

**PRIMERO:** Las partes acuerdan extender la fecha de vencimiento de la LÍNEA DE CRÉDITO e incluir los ingresos asignados a la AUTORIDAD bajo las Leyes Leyes Número 30 y 31 del 25 de junio de 2013 como fuente de pago adicional de la obligación. Por consiguiente, se enmienda el primer párrafo de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, según enmendado, para que lea como sigue:

"El principal de la LÍNEA DE CRÉDITO será pagadero el 31 de enero de 2016. La fuente de pago será de futuras emisiones de bonos y productos de las alianzas público privadas al igual que ingresos propios de la AUTORIDAD, incluyendo los ingresos asignados bajo las Leyes Número 30 y 31 del 25 de junio de 2013, los cuales están cedidos y comprometidos a

31268

DS-040424

4

favor del BANCO mediante el *Assignment and Security Agreement* suscrito el 28 de agosto de 2013 entre el BANCO y la AUTORIDAD."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de **Trece Mil Doscientos Setenta y Seis Dólares ($13,276.00)**, correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO:** En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, según enmendado, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO:** Esta SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y el PAGARÉ, según enmendados. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalterados y en pleno vigor.

**QUINTO:** El Presidente del BANCO, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, está autorizado a canalizar los recursos e ingresos de la AUTORIDAD correspondientes a las Leyes 30 y 31 del 25 de junio de 2013 para el repago de los financiamientos vigentes y cualquiera otras

31268

5

cantidades que el BANCO cobre por concepto de obligaciones pendientes de la AUTORIDAD.

**SEXTO:** El Director Ejecutivo de la AUTORIDAD y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a la Junta de Directores del BANCO sobre las finanzas de la AUTORIDAD y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la AUTORIDAD, más allá de los nuevos ingresos ya legislados. Esta presentación se llevará a cabo previo a cualquier desembolso por parte del BANCO si aún quedan fondos disponibles bajo la LÍNEA DE CRÉDITO.

**SÉPTIMO:** Esta SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10554, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS EN LA SIGUIENTE PÁGINA]**



31268

6

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan esta
SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO en San Juan,
Puerto Rico, a _20_ de mayo de 2015.

**BANCO GUBERNAMENTAL DE**
**FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y**
**TRANSPORTACIÓN DE PUERTO RICO**

_____
Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo
y Agente Fiscal

_____
Carmen A. Villar Prados
Directora Ejecutiva

Testimonio 737

    Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad,
casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo
y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, y por Carmen
A. Villar Prados, mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su
carácter de Directora Ejecutiva de la Autoridad de Carreteras y Transportación de
Puerto Rico, a quienes conozco personalmente.

    En San Juan, Puerto Rico, a _20_ de mayo de 2015.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31268

DS-040427

SEGUNDA ENMIENDA A PAGARÉ
("ALLONGE")

$33,189,996                                          Vencimiento: 31 de enero de 2016

El PAGARÉ por **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE
MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996)**, suscrito el 28 de
febrero de 2013 por Javier E. Ramos Hernández en capacidad de Director Ejecutivo de la
Autoridad de Carreteras y Transportación de Puerto Rico (la "AUTORIDAD") ante la
Notaria Marguileán Rivera Amill, testimonio número 779, según enmendado por la
PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 31 de enero de 2014 por
dicho funcionario ante la Notario Marguileán Rivera Amill, testimonio número 911,
queda por la presente enmendado para extender su fecha de vencimiento hasta el 31 de
enero de 2016.

Los demás términos y condiciones del PAGARÉ, según enmendado, no
inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados
y en pleno vigor.

Esta modificación se consigna en virtud de la SEGUNDA ENMIENDA A
CONTRATO DE PRÉSTAMO que el BANCO y la AUTORIDAD han suscrito en el día
de hoy.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO

_____
Carmen A. Villar Prados
Directora Ejecutiva

Testimonio 736

Reconocido y suscrito ante mí por Carmen A. Villar Prados, Directora Ejecutiva,
mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su carácter como
Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico, a
quien conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31268



ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

Banco Gubernamental de Fomento
para Puerto Rico

## CERTIFICACIÓN

**YO, ALEJANDRO FEBRES JORGE**, Secretario de la Junta de Directores del Banco

Gubernamental de Fomento para Puerto Rico, **CERTIFICO** que la **Resolución 10554**

es una copia fiel y exacta de la original que se encuentra bajo mi custodia. La misma fue adoptada

por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, en reunión

debidamente convocada y celebrada el 17 de diciembre de 2014.

**CERTIFICO, ADEMÁS**, que dicha Resolución no ha sido derogada, revocada o

anulada y se encuentra en toda su fuerza y vigor.

## RESOLUCIÓN 10554

**APRUEBA LA EXTENSIÓN AL VENCIMIENTO DE VARIOS
FINANCIAMIENTOS POR UN TOTAL DE $1,446,197,984.64 QUE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN TIENE
VIGENTES CON EL BANCO GUBERNAMENTAL DE FOMENTO PARA
PUERTO RICO HASTA EL 31 ENERO DE 2016**

AFJ

**POR CUANTO,** al 31 de octubre de 2013, la Autoridad de Carreteras y Transportación
(ACT) tiene varias líneas de crédito vigentes con el Banco Gubernamental de Fomento para
Puerto Rico ("BGF") hasta total máximo de $2,080,094,587.64, de las cuales varias de ellas
están por vencer en enero de 2015. El balance actual de dichos financiamiento es de
$1,446,197,984,984.4, con un balance de principal de $1,223,899,356.04;

**POR CUANTO,** la gerencia del BGF recomendó favorablemente la extensión de los
vencimientos de los financiamientos antes mencionados, con el propósito de que se mantengan
vigentes en el BGF. De ser necesario, los balances disponibles se utilizarán para atender
situaciones de emergencia de la ACT en lo que se realiza la emisión de bonos proyectada a
través de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico; y

**POR TANTO, RESUÉLVASE** por la Junta de Directores del Banco Gubernamental de
Fomento para Puerto Rico aprobar la extensión de las líneas de crédito con vencimiento al 31 de
enero de 2015 que la Autoridad de Carreteras y Transportación tiene vigente con el BGF hasta el
31 de enero de 2016, sujeto a los términos y condiciones siguientes:

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Junta de Directores del BGF
Certificación de la Resolución 10554
Página 2 de 2
Aprobada el 17 de diciembre de 2014

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.

Esta Resolución se aprueba, además, como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

Las disposiciones de esta Resolución son efectivas a la fecha de aprobación.

**Y PARA QUE ASÍ CONSTE**, suscribo y estampo el sello corporativo del Banco Gubernamental de Fomento para Puerto Rico. En San Juan, Puerto Rico, hoy, martes, 13 de enero de 2015.

(SELLO)

**ALEJANDRO FEBRES JORGE**
**SECRETARIO**

40606



**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**

**RESOLUCION NUM. 2015-07**

**PARA AUTORIZAR HASTA EL 31 DE ENERO DE 2016 LA EXTENSION DE LA
FECHA DE VENCIMIENTO DE VARIAS LINEAS DE CREDITO QUE LA AUTORIDAD
DE CARRETERAS Y TRANSPORTACION MANTIENE CON EL BANCO
GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO, CUYA FECHA DE
VENCIMIENTO ES EL 31 DE ENERO DE 2015**

**POR CUANTO:** Mediante la Ley Núm. 41-2014 se creó una Junta de Directores
en la Autoridad de Carreteras y Transportación (en adelante la "Autoridad") y se
dispuso que los poderes y deberes de la Autoridad serán ejercidos por dicha Junta.

**POR CUANTO:** En Reunión Ordinaria de la Junta, celebrada el 15 de enero de
2015, el Director Ejecutivo de la Autoridad sometió a la Junta una solicitud para la
autorización de la extensión de la fecha de vencimiento de varias líneas de crédito que
esta Autoridad mantiene con el Banco Gubernamental de Fomento para Puerto Rico
(BGF). Las referidas líneas de crédito tienen un balance actual de $1,446,197,984.64,
con un balance de principal de $1,223,899,356.04. Se acompaña anejo con un detalle
de dichas líneas de crédito (Anejo 1).

**POR CUANTO:** La Junta de Directores del BGF, mediante la Resolución 10554,
adoptada el 17 de diciembre de 2014, aprobó la extensión de las fechas de vigencia de
estas líneas de crédito hasta el 31 de enero de 2016 (Anejo 2).

**POR CUANTO:** Luego de discutido extensamente el asunto, la Junta aprobó que
la Autoridad de Carreteras y Transportación extienda la fecha de vencimiento de estas
líneas de crédito con el BGF.

**POR TANTO: RESUÉLVASE POR ESTA JUNTA DE DIRECTORES:**

1) Autorizar la extensión hasta el 31 de enero de 2016 de la fecha de
   vencimiento de varias líneas de crédito que la Autoridad de Carreteras y
   Transportación mantiene con el Banco Gubernamental de Fomento para
   Puerto Rico, cuya fecha de vencimiento es el 31 de enero de 2015.

2) La Autoridad pagará al Banco Gubernamental de Fomento los honorarios
   correspondientes por esta transacción, según la política vigente a estos
   efectos.

Resolución Número 2015-07
15 de enero de 2015
Página **2** de **2**

3) Autorizar al(la) Director(a) Ejecutivo(a) de la Autoridad, a aceptar los términos y condiciones establecidos por el Banco Gubernamental de Fomento de Puerto Rico como condición para estas extensiones y a que se firmen los acuerdos necesarios para su ejecución.

4) Autorizar al(la) Director(a) Ejecutivo(a) de la Autoridad, a firmar los documentos legales correspondientes a estas extensiones de fechas de vencimiento.

5) Esta resolución tendrá vigencia inmediata.

**NOSOTROS, HON. MIGUEL A. TORRES DÍAZ,** Presidente de la Junta de Directores, y **LCDA. YASMÍN M. SANTIAGO ZAYAS,** Secretaria de la Junta de Directores de la Autoridad de Carreteras y Transportación, **CERTIFICAMOS** que la que antecede es una Resolución fiel y exacta aprobada por la Junta de Directores en Reunión Ordinaria celebrada en San Juan, Puerto Rico, a 15 de enero de 2015.

**HON. MIGUEL A. TORRES DIAZ**
Presidente de la Junta
Secretario, Departamento de Transportación y Obras Públicas

**LCDA. YASMIN M. SANTIAGO ZAYAS**
Secretaria de la Corporación

**CERTIFICACIÓN**

Yo, Yasmín M. Santiago Zayas, Secretaria de la Corporación, CERTIFICO que los datos precedentes son copia fiel y exacta de la **Resolución Núm. 2015-07** aprobada por la Junta de Directores de la Autoridad de Carreteras y Transportación el **15 de enero de 2015.**

En testimonio de lo cual, firmo y estampo el Sello Oficial de la Autoridad de Carreteras y Transportación, hoy **12 de febrero de 2015.**

**Yasmín M. Santiago Zayas**
Secretaria de la Corporación

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|

**Líneas de crédito individuales que componen parte del financiamiento**

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|
| 31-Jan-15 | PMC | 151,231,756.83 | 134,494,228.11 |
| 31-Jan-15 | Fiscal Emergency Loan | 93,762,401.10 | 70,913,899.42 |
| 31-Jan-15 | Pay PRHTA Series 2008 A | 477,524,339.50 | 405,000,000.00 |
| 31-Jan-15 | ARRA Funds proyects | 21,505,982.71 | 16,422,151.84 |
| 31-Jan-15 | To pay costs of issuance PRHTA 2013 Series AA & H | 3,284,391.27 | 2,636,890.02 |
| 31-Jan-15 | To pay settlement agreements of Consortium and Acciona | 67,119,594.40 | 62,027,259.80 |
| 31-Jan-15 | Swap Collateral Serie N & Swap Termination | 147,011,799.98 | 135,440,889.93 |
| 31-Jan-15 | PMC | 49,325,000.00 | 49,325,000.00 |
| 31-Jan-15 | PMC | 10,536,362.50 | 9,869,895.01 |
| 31-Jan-15 | Operational - January/March 2013 | 93,159,996.00 | 32,612,861.79 |
| 31-Jan-15 | Operational | 51,630,000.00 | 39,048,507.33 |
| | | 1,196,391,618.29 | 952,840,764.25 |

**Líneas de crédito que componen el financiamiento por $156,907,923.71**

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|
| 31-Jan-15 | PMC | 131,907,923.71 | 122,156,601.79 |
| 31-Jan-15 | Operational | 25,000,000.00 | 0.00 |
| | | 156,907,923.71 | 122,156,601.79 |

**Líneas de crédito que componen el financiamiento por $172,928,442.74**

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|
| 31-Jan-15 | To pay suppliers PMC | 129,265,495.00 | 111,000,000.00 |
| 31-Jan-15 | To pay suppliers | 43,662,947.74 | 37,910,000.00 |
| | | 172,928,442.74 | 148,910,000.00 |
| | | 1,446,197,984.69 | 1,223,899,366.04 |





ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Banco Gubernamental de Fomento
para Puerto Rico

## CERTIFICACIÓN

YO, ALEJANDRO FEBRES JORGE, Secretario de la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, CERTIFICO que la Resolución 10554 es una copia fiel y exacta de la original que se encuentra bajo mi custodia. La misma fue adoptada por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, en reunión debidamente convocada y celebrada el 17 de diciembre de 2014.

CERTIFICO, ADEMÁS, que dicha Resolución no ha sido derogada, revocada o anulada y se encuentra en toda su fuerza y vigor.

### RESOLUCIÓN 10554

**APRUEBA LA EXTENSIÓN AL VENCIMIENTO DE VARIOS FINANCIAMIENTOS POR UN TOTAL DE $1,446,197,984.64 QUE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN TIENE VIGENTES CON EL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO HASTA EL 31 ENERO DE 2016**

POR CUANTO, al 31 de octubre de 2013, la Autoridad de Carreteras y Transportación (ACT) tiene varias líneas de crédito vigentes con el Banco Gubernamental de Fomento para Puerto Rico ("BGF") hasta total máximo de $2,080,094,587.64, de las cuales varias de ellas están por vencer en enero de 2015. El balance actual de dichos financiamiento es de $1,446,197,984.984.4, con un balance de principal de $1,223,899,356.04;

POR CUANTO, la gerencia del BGF recomendó favorablemente la extensión de los vencimientos de los financiamientos antes mencionados, con el propósito de que se mantengan vigentes en el BGF. De ser necesario, los balances disponibles se utilizarán para atender situaciones de emergencia de la ACT en lo que se realiza la emisión de bonos proyectada a través de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico; y

POR TANTO, RESUÉLVASE por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico aprobar la extensión de las líneas de crédito con vencimiento al 31 de enero de 2015 que la Autoridad de Carreteras y Transportación tiene vigente con el BGF hasta el 31 de enero de 2016, sujeto a los términos y condiciones siguientes:

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525





BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Junta de Directores del BGF
Certificación de la Resolución 10554
Página 2 de 2
Aprobada el 17 de diciembre de 2014

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualesquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.

Esta Resolución se aprueba, además, como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

Las disposiciones de esta Resolución son efectivas a la fecha de aprobación.

   Y PARA QUE ASÍ CONSTE, suscribo y estampo el sello corporativo del Banco Gubernamental de Fomento para Puerto Rico. En San Juan, Puerto Rico, hoy, martes, 13 de enero de 2015.

(SELLO)

ALEJANDRO FLORES JORGE
SECRETARIO

40606

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

4 de febrero de 2015

Ing. Carmen Villar Prado
Director Ejecutivo
Autoridad de Carreteras y Transportación
Apartado 42007
San Juan, PR 00940-2007

Estimada ingeniera Villar:

La Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico (BGF), mediante su Resolución 10554, aprobó a la Autoridad de Carreteras y Transportación (ACT) la extensión hasta el 31 de enero de 2016 en el vencimiento de varios financiamientos vigentes por un total de $1,446,197,984.64.

La extensión antes mencionada estará sujeta a los siguientes términos y condiciones adicionales:

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.



PO BOX 42001
SAN JUAN, PR 00940-2001
TELÉFONO (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Ing. Carmen Villar Prado
Autoridad de Carreteras y Transportación
Carta Compromiso Extensión Vencimiento
  Varios Financiamientos
Página 2

De estar de acuerdo con los términos y condiciones antes indicados, agradeceremos firme y devuelva la copia que se incluye de esta carta para proceder a preparar la documentación legal necesaria para evidenciar la extensión.

Se incluye la Resolución 10554 como parte de esta carta, la cual manifiesta el compromiso del BGF.

Cordialmente,

Jesús M. García Rivera
Vicepresidente y Director
Departamento de Financiamiento
  de Obligaciones de Rentas

c  Sra. Natalia Guzmán
    Sr. Arnaldo Maestre
    Sra. Miriam Pascual
    Sra. Brenda González

Anejo



ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

## CERTIFICACIÓN

**YO, ALEJANDRO FEBRES JORGE,** Secretario de la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, **CERTIFICO** que la **Resolución 10554** es una copia fiel y exacta de la original que se encuentra bajo mi custodia. La misma fue adoptada por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, en reunión debidamente convocada y celebrada el 17 de diciembre de 2014.

**CERTIFICO, ADEMÁS,** que dicha Resolución no ha sido derogada, revocada o anulada y se encuentra en toda su fuerza y vigor.

## RESOLUCIÓN 10554

**APRUEBA LA EXTENSIÓN AL VENCIMIENTO DE VARIOS FINANCIAMIENTOS POR UN TOTAL DE $1,446,197,984.64 QUE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN TIENE VIGENTES CON EL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO HASTA EL 31 ENERO DE 2016**

**POR CUANTO,** al 31 de octubre de 2013, la Autoridad de Carreteras y Transportación (ACT) tiene varias líneas de crédito vigentes con el Banco Gubernamental de Fomento para Puerto Rico ("BGF") hasta total máximo de $2,080,094,587.64, de las cuales varias de ellas están por vencer en enero de 2015. El balance actual de dichos financiamiento es de $1,446,197,984,984.4, con un balance de principal de $1,223,899,356.04;

**POR CUANTO,** la gerencia del BGF recomendó favorablemente la extensión de los vencimientos de los financiamientos antes mencionados, con el propósito de que se mantengan vigentes en el BGF. De ser necesario, los balances disponibles se utilizarán para atender situaciones de emergencia de la ACT en lo que se realiza la emisión de bonos proyectada a través de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico; y

**POR TANTO, RESUÉLVASE** por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico aprobar la extensión de las líneas de crédito con vencimiento al 31 de enero de 2015 que la Autoridad de Carreteras y Transportación tiene vigente con el BGF hasta el 31 de enero de 2016, sujeto a los términos y condiciones siguientes:

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Junta de Directores del BGF
Certificación de la Resolución 10554
Página 2 de 2
Aprobada el 17 de diciembre de 2014

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.

Esta Resolución se aprueba, además, como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

Las disposiciones de esta Resolución son efectivas a la fecha de aprobación.

**Y PARA QUE ASÍ CONSTE,** suscribo y estampo el sello corporativo del Banco Gubernamental de Fomento para Puerto Rico. En San Juan, Puerto Rico, hoy, martes, 13 de enero de 2015.

(SELLO)

**ALEJANDRO FEBRES JORGE**
**SECRETARIO**

40606

Certified Translation

**LOAN AGREEMENT**

**THE FIRST PARTY**: **THE BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** public corporation of the Government of Puerto Rico, established pursuant to Law Number 17 of September 23, 1948, as amended, represented in this act by its Executive Vice President and Fiscal Agent, Jorge A. Clivillés Díaz, adult, married, with capacity and resident of San Juan, Puerto Rico (hereinafter, the "BANK").

**THE SECOND PARTY**: The **HIGHWAYS AND TRANSPORTATION AUTHORITY OF PUERTO RICO,** a legal entity, established pursuant to Law No. 74 of June 23, 1965, as amended, (the "AUTHORITY") represented in this act by Javier E. Ramos Hernández, Executive Director of the AUTHORITY, adult, married, engineer and residence of Bayamón, Puerto Rico.

**PREAMBLE**

**WHEREAS:** The AUTHORITY is interested in obtaining financing to bear the operational expenses of the third quarter of Fiscal Year 2013.

**WHEREAS:** On January 17, 2013, the Board of Directors of the BANK approved Resolution No. 9944 in order to grant to the AUTHORITY non-revolving credit line for the maximum amount of **THIRTY-THREE MILLION ONE HUNDRED EIGHTY-NINE THOUSAND NINE HUNDRED NINETY-SIX DOLLARS ($33,189,996)**, which

[initials]

29282

includes the sum of **Sixteen Thousand Five Hundred Ninety-Five Dollars ($16,595)** to cover fees for financial consulting services.

 **THEREFORE,** in consideration of the facts confirmed above and the representations, agreements and guarantees that are set forth below, the parties that appear approve and agree to grant this LOAN AGREEMENT.

## ARTICLE 1.

## LOAN

1.1 **Credit Line**:

 After the LEGAL DOCUMENTS referred to in Article 4.1 of this LOAN AGREEMENT are issued and signed, the BANK shall extend to the AUTHORITY a non-rotating CREDIT LINE for the maximum amount of principal of THIRTY-THREE MILLION ONE HUNDRED EIGHTY-NINE THOUSAND NINE HUNDRED NINETY-SIX DOLLARS ($33,189,996) to bear operational expenses of the AUTHORITY corresponding to the third quarter of Fiscal Year 2013, including Sixteen Thousand Five Hundred Ninety-Five Dollars ($16,595) to cover the payment of fees for financial consulting services.

 The CREDIT LINE shall be evidenced by a PROMISSORY NOTE for the principal sum of THIRTY-THREE MILLION ONE HUNDRED EIGHTY-NINE THOUSAND NINE HUNDRED NINETY-SIX DOLLARS ($33,189,996), signed on the same date that this LOAN AGREEMENT is signed and payable to the order of the BANK.

[initials]

29282

The money from the CREDIT LINE shall only be used to bear operational expenses of the third quarter of Fiscal Year 2013 of the AUTHORITY and to cover the payment of fees for financial consulting services.

1.2    **Interest Rate:**

The AUTHORITY approves and agrees to pay interest on the unpaid balance of principal of the CREDIT LINE calculated on the *Prime Rate* plus 150 basis points, which shall never be less than six percent (6%), or higher than twelve percent (12%), or any other interest rate that the President of the BANK or his designee determines, according to the market interest rate. If on the expiration date of the repayment obligation the AUTHORITY has not paid the unpaid balance of the principal, the AUTHORITY shall pay interest on that sum computed based on 200 basis points over the rate that would apply under this LOAN AGREEMENT.

1.3    **Term and Source of Payment:**

The principal of the CREDIT LINE shall be payable on January 31, 2014. The source of payment shall be future issuances of bonds and income from private-public alliances as well as from the income of the AUTHORITY.

The AUTHORITY may pay the full amount of the loan at any time before it expires with no penalty or premium.

1.4    **Disbursements**

Prior to the first disbursement and for each disbursement, the AUTHORITY shall deliver to the BANK an original certificate which is the same as **Annex A** of this Agreement,

[initials]

29282

signed by the Executive Director of the AUTHORITY, or his designee, which shall be evidence that the disbursement request meet the purposes for with the CREDIT LINE was approved. The AUTHORITY shall include, in addition, any other documentation that the BANK in its full discretion requests from it prior to the disbursement, including, but not limited to, copies of invoices.

The disbursements under this financing are subject to compliance by the AUTHORITY with the Fiscal Agency Area of the BANK for the conditions stipulated in the *Fiscal Oversight Agreement* (FOA) that the AUTHORITY may have in effect with the BANK.

<div style="margin-left:-40px; transform: rotate(90deg)">[initials]</div>

### ARTICLE 2.

### AFFIRMATIVE AGREEMENTS

The AUTHORITY approves and agrees to perform the acts set forth below beginning from this date and until the full payment and final settlement of the principal and interest of the CREDIT LINE and any other obligation with respect to it, unless the BANK otherwise agrees in writing.

2.1     **Request for Additional Information to Make Disbursements:**

The BANK reserves the right to request from the AUTHORITY any additional information that may be necessary to issue disbursements or for any purpose in relation to this CREDIT LINE or PROMISSORY NOTE.

2.2     **Professional Fees for Financial Consulting Services:**

The AUTHORITY approves and agrees to pay to the BANK the sum of Sixteen Thousand Five Hundred Ninety-Five Dollars ($16,595), equivalent to one twentieth part

29282

(1/20) of one percent (1%), for professional fees corresponding to this transaction, according to the policy of the BANK in effect, which may be included as part of this financing, if necessary.

2.3    **Ground of Breach**:

The AUTHORITY shall notify the BANK of any condition, fact or occurrence that may constitute a ground of breach or pursuant to the notification of which or the mere passage of time, or both, may constitute a ground of breach, by delivering to the BANK a certification signed by one of its officials, specifying the nature of such ground, the time during which it has existed, and what course of action the AUTHORITY proposes to initiate with respect to them. Such notification shall be sent to the BANK within ten (10) days after the occurrence of the breach.

2.3    **Payment for Extrajudicial Actions for Collection, Fees, Expenses, etc.:**

At the request of the BANK, the AUTHORITY shall promptly reimburse the BANK for the payment of costs, expenses and attorney's fees incurred by the BANK in extrajudicial collection actions of any late instalment in relation to the CREDIT LINE owed by the AUTHORITY. The failure by the AUTHORITY to reimburse such costs, expenses and attorney's fees shall constitute a ground of breach on the CREDIT LINE.

Such costs, expenses and attorney's fees incurred by the BANK in accordance with the provisions of this LOAN AGREEMENT shall be reimbursed by the AUTHORITY immediately upon request.

[initials]

29282

2.5    **Breach under the Legal Documents:**

      The AUTHORITY agrees that any breach of the terms of the PROMISSORY NOTE and/or the obligation letter, shall be deemed to be at the same time a breach of this LOAN AGREEMENT and vice versa, and if such breach occurs, the BANK shall immediately have the right to enforce any of the rights and privileges that may be conferred by any of the LEGAL DOCUMENTS.

2.6    **Authorization to Take Collateral:**

      The AUTHORITY has taken the appropriate and necessary measures, official or of another type, to authorize the issuance and delivery of the LEGAL DOCUMENTS without any limitation.

**ARTICLE 3.**

**BREACHES**

3.1    **Grounds of Breach:**

      Each of the following shall constitute a ground of breach under the terms of this LOAN AGREEMENT:

3.1.1    if any representation given or extended by the AUTHORITY to the BANK in any of the procedures and LEGAL DOCUMENTS or if any report, guarantee or financial certificate or any other type of document provided to the BANK in relation to this LOAN AGREEMENT is found to be false or misleading;

[initials]

29282

3.1.2    failure to pay principal and interest and their penalties, if any, of the CREDIT LINE on their due date in accordance with the terms of any of the LEGAL DOCUMENTS;

3.1.3    breach or violation by the AUTHORITY of any of the terms, clauses and conditions agreed to with the BANK in the LEGAL DOCUMENTS; or

3.1.4    the failure by the AUTHORITY to remedy or cure within a time period of thirty (30) days from its occurrence, without prior written notice by the BANK, any breach of the terms, clauses and conditions of this LOAN AGREEMENT. This does not apply to the terms and conditions related to the obligations to pay the LOAN AGREEMENT, since the AUTHORITY shall strictly comply with such payment when it is due.

3.2    **Remedies:**

When any of the grounds of breach listed in Article 3.1 of this LOAN AGREEMENT occurs, and if such breach is not cured or remedied as provided, without any need to send any notice of breach, the rights to which the AUTHORITY hereby waives the granting, the BANK may:

3.2.1    proceed to claim the payment of the unpaid balance of the CREDIT LINE; or

[initials]

29282

3.2.2    file a court proceeding requesting the specific performance of any term, clause or condition of any of the LEGAL DOCUMENTS, or a temporary or permanent injunction to prevent the AUTHORITY from violating any such terms, clauses or conditions; or

3.2.3    to enforce any other remedy to which it has a right under the laws of the Commonwealth of Puerto Rico.

The AUTHORITY authorizes the BANK and grants it authorization, without any requirement of notice, to apply the right to *set-off* against the obligations that arise in this LOAN AGREEMENT, making any application of payments of any sum of money owned by the AUTHORITY in the possession of the AUTHORITY for the payment of the CREDIT LINE and accumulated interest, in the event of any breach by the AUTHORITY of its payment obligations under the LOAN AGREEMENT.

**ARTICLE 4.**

**MISCELLANEOUS PROVISIONS**

4.1    **Legal Documents:**

As used in this LOAN AGREEMENT, the term LEGAL DOCUMENTS means:

       1. PROMISSORY NOTE

       2. LOAN AGREEMENT

4.2    **Waivers, Relief, Extensions, Forbearance and Additional Remedies:**

[initials]

29282

No delay or late performance by the BANK or by any holder or owner of the PROMISSORY NOTE in the enforcement of any right, authority or remedy that it may have in accordance with the terms of any of the LEGAL DOCUMENTS shall be deemed to be a waiver, limitation or reduction of such rights, authorities or remedies, and the partial or exclusive enforcement of any of them shall not be an impediment for them to subsequently be fully enforced, including, but not limited to, the right to offset. Remedies in favor of the BANK provided in the LEGAL DOCUMENTS shall be deemed to be in addition to, any not to exclude, any other remedy set forth in law. For any relief, extension or forbearance extended by the BANK to the AUTHORITY, or any amendment to this LOAN AGREEMENT to be enforceable, it shall appear in writing signed by an authorized official of the BANK, which shall specifically state the scope of the relief, extension, forbearance or amendment granted. Any relief, extension, forbearance or amendment granted shall be valid only for the occurrence or potential occurrence for which it was granted.

4.3     **Addresses for Notices, etc.:**

Any notice, claim, directive or other communication provided by the LEGAL DOCUMENTS shall be recorded in writing and shall be delivered in person or sent by fax or mail to the following addresses:

TO THE "AUTHORITY":

Highways and Transportation Authority
Department of Transportation and Public Works
P.O. Box 42007

29282

San Juan, Puerto Rico 00940-2007
(787) 721-8787

Attention: Executive Director

TO THE "BANK":

Banco Gubernamental de Fomento para Puerto Rico
P.O. Box 42001
San Juan, Puerto Rico 00940-2001
Fax: (787) 721-1443

Attention: President

or to any other address that the parties indicate by written notice sent in accordance with the provisions

in this Article. These shall be deemed to be perfected after they have been duly deposited postmarked in the mail

and sent to the addresses stated.

4.4    **Successors and Beneficiaries:**

The agreements and clauses contained herein shall obligate and benefit the parties and their respective

beneficiaries, executors, administrators, successors and assignees.

4.5    **Waivers by the AUTHORITY of Presentation, Protest, etc.:**

The AUTHORITY waives any notice of acceptance or demand or requirement to meet any condition

precedent by the BANK, as well as waiver of rights of presentation, protest, notice of protest, payment request,

notice of breach or failure to pay, release, compromise, set-off, settlement, extension, renewal or extension of

any contractual right or legal instrument and, in general, any other legal formality.

29282

4.6   **Statement of Intent**

This LOAN AGREEMENT is granted as an official statement of intent under the regulation of the Department of the Treasury of the United States, Section 1.150-2.

[SIGNATURE PAGE BELOW]

[initials]

29282

**IN WITNESS WHEREOF**, the parties who appear grant this LOAN AGREEMENT, in San Juan,

Puerto Rico, on [hw:] *February* [hw:] *28*, 2013.

**BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO**

**HIGHWAYS AND TRANSPORTATION
AUTHORITY OF PUERTO RICO**

_____[signature]_____

Jorge A. Clivillés Díaz
Executive Vice President
and Fiscal Agent

_____[signature]_____

Javier E. Ramos Hernández
Executive Director

Statement [hw:] *778*

 Acknowledged and signed before me by Javier E. Ramos Hernández, adult, married, engineer and resident of Bayamón, Puerto Rico, in his capacity as Executive Director of the Highways and Transportation Authority of Puerto Rico, whom I know personally.

 In San Juan, Puerto Rico, on [hw:] *February* [hw:] *28*, 2013.

[stamp:]
MARGUILEÁN
RIVERA AMILL
ATTORNEY-NOTARY

EXEMPT FOR PAYMENT OF STAMP TAX
LAW 47 OF JUNE 4, 1982

_____[signature]_____
Public Notary

Statement [hw:] *780*

 Acknowledged and signed before me by Jorge A. Clivillés Díaz, adult, married and resident of San Juan, Puerto Rico, in his capacity as Executive Vice President and Fiscal Agent of the Banco Gubernamental de Fomento para Puerto Rico, whom I know personally.

 In San Juan, Puerto Rico, on [hw:] *February* [hw:] *28*, 2013.

[stamp:]
MARGUILEÁN
RIVERA AMILL
ATTORNEY-NOTARY

EXEMPT FOR PAYMENT OF STAMP TAX
LAW 47 OF JUNE 4, 1982

_____[signature]_____
Public Notary

29282

# FIRST AMENDMENT TO LOAN AGREEMENT

## APPEAR

**THE FIRST PARTY:** The **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** a banking institution organized and existing pursuant to Law No. 17, approved on September 23, 1948, as amended (the "BANK"), represented in the act by Jorge A. Clivillés Díaz, Executive Vice President and Fiscal Agent, adult, married and resident of San Juan, Puerto Rico.

**THE SECOND PARTY:** The **HIGHWAYS AND TRANSPORTATION AUTHORITY OF PUERTO RICO**, a legal entity established pursuant to Law No. 74 of June 23, 1965, as amended (the "AUTHORITY"), represented in this act by Javier E. Ramos Hernández, Executive Director, adult, married and a resident of Bayamón, Puerto Rico.

Unless any term written in capital letters is defined otherwise in this First Amendment to the Loan Agreement (the "FIRST AMENDMENT TO THE LOAN AGREEMENT"), it shall have the meaning given in the LOAN AGREEMENT, as defined below.

## PREAMBLE

**WHEREAS:** On January 17, 2013, the Board of Directors of the BANK approved Resolution No. 9944 to grant to the AUTHORITY a non-revolving line of credit for the maximum amount of $33,189,996, including payment of fees for financial consulting services.

[initials]

30199

2

**WHEREAS:** In accordance with the above, on February 28, 2013, the AUTHORITY and the BANK signed a Loan Agreement (the "LOAN AGREEMENT"), effective on September 12, 2012, granting to the AUTHORITY a non-revolving CREDIT LINE for the maximum amount of $33,189,996, to bear operational expenses of the AUTHORITY corresponding to the third quarter of Fiscal Year 2013 and to cover the payment of fees for financial consulting services for the amount of $16,595.

On the same date of the granting of the LOAN AGREEMENT, the AUTHORITY signed a PROMISSORY NOTE for the sum of $33,189,996 to the order of the BANK and with expiration on January 31, 2014.

**WHEREAS:** On October 31, 2013, the balance of the principal of the CREDIT LINE totals $32,224,244.47 with accrued interest for the amount of $564,387.93.

**WHEREAS:** The AUTHORITY has requested, and the management of the BANK has recommended, to amend the CREDIT LINE for the purpose of extending the expiration of the CREDIT LINE until January 31, 2015.

**WHEREAS:** The Board of Directors of the BANK has authorized by Resolution No. 10197 adopted at a meeting held on November 20, 2013, to amend the LOAN AGREEMENT for purposes of extending the expiration date until January 31, 2015 and to request the payment of professional fees for financial consulting services, among other terms and conditions.

**WHEREAS:** In accordance with Resolution No. 2014-04 issued on January 30, 2014 by the Board of Directors of the AUTHORITY, the AUTHORITY

[initials]

30199

accepted the terms and conditions set forth by the BANK for this amendment.

THEREFORE, in consideration of the facts confirmed above, and of the representations, approvals and guarantees set forth below, the parties that appear:

<div align="center">APPROVE AND AGREE</div>

FIRST: The first sentence of Section 1.3 of Article 1 of the LOAN AGREEMENT is amended to read as follows:

"The principal of the CREDIT LINE shall be payable on January 31, 2015."

SECOND: The AUTHORITY acknowledges, accepts and agrees to pay the BANK professional fees for financial consultancy services equal to one twenty-fifth (1/25) of one percent (1%), for a total of Thirteen Thousand Two Hundred Seventy-Six Dollars ($13,276) corresponding to this transaction and according to the policy of the BANK in effect.

THIRD: On this same date, the AUTHORITY signs and issues a document entitled FIRST AMENDMENT TO THE PROMISSORY NOTE ("ALLONGE"). This ALLONGE shall be made to form a part of the original PROMISSORY NOTE signed by the AUTHORITY, as amended, for the purpose of incorporating the agreements and amendments set forth herein.

FOURTH: This FIRST AMENDMENT TO THE LOAN AGREEMENT and its ALLONGE do not constitute a novation of the obligations of the AUTHORITY under the LOAN AGREEMENT and

[initials]

30199

PROMISSORY NOTE, as amended. Any of the other terms and conditions of the LOAN AGREEMENT and the PROMISSORY NOTE, as amended, that do not violate the provisions herein shall remain unchanged and in full effect.

      **FIFTH:**  This FIRST AMENDMENT TO THE LOAN AGREEMENT is signed in accordance with Resolution 10197 adopted by the Board of Directors of the BANK on November 20, 2013, which was approved as a statement of intent under Section 1.150-2 of *U.S. Treasury Department Regulation Section 1.150-2*.

<div align="center">

**[SIGNATURES ON THE NEXT PAGE]**

</div>

[initials]

30199

**IN WITNESS WHEREOF**, the parties who appear grant this **FIRST AMENDMENT TO THE LOAN AGREEMENT**, in San Juan, Puerto Rico, on January [hw:] *31*, 2014.

**BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO**

     [signature]
Jorge A. Clivillés Díaz
Executive Vice President
and Fiscal Agent

**HIGHWAYS AND TRANSPORTATION
AUTHORITY OF PUERTO RICO**

     [signature]
Javier E. Ramos Hernández
Executive Director

Statement [hw:] *910*

    Acknowledged and signed before me by Javier E. Ramos Hernández, adult, married, engineer and resident of Bayamón, Puerto Rico, in his capacity as Executive Director of the Highways and Transportation Authority of Puerto Rico, whom I know personally. In San Juan, Puerto Rico, on January [hw:] *31*, 2014.

[stamp:]
MARGUILEÁN
RIVERA AMILL
ATTORNEY-NOTARY

EXEMPT FOR PAYMENT OF STAMP TAX
LAW 47 OF JUNE 4, 1982

     [signature]
Public Notary

Statement [hw:] *912*

    Acknowledged and signed before me by Jorge A. Clivillés Díaz, adult, married and resident of San Juan, Puerto Rico, in his capacity as Executive Vice President and Fiscal Agent of the Banco Gubernamental de Fomento para Puerto Rico, whom I know personally. In San Juan, Puerto Rico, on January [hw:] *31*, 2014.

[stamp:]
MARGUILEÁN
RIVERA AMILL
ATTORNEY-NOTARY

EXEMPT FOR PAYMENT OF STAMP TAX
LAW 47 OF JUNE 4, 1982

     [signature]
Public Notary

30199

## SECOND AMENDMENT TO LOAN AGREEMENT

### APPEAR

**THE FIRST PARTY:** The **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** a banking institution organized and existing pursuant to Law No. 17, approved on September 23, 1948, as amended (the "BANK"), represented in the act by Jorge A. Clivillés Díaz, Executive Vice President and Fiscal Agent, adult, married and resident of San Juan, Puerto Rico.

**THE SECOND PARTY:** The **HIGHWAYS AND TRANSPORTATION AUTHORITY OF PUERTO RICO**, a public corporation and instrumentality of the Commonwealth of Puerto Rico established pursuant to Law No. 74 of June 23, 1965, as amended (the "AUTHORITY"), represented in this act by Carmen A. Villar Prados, Executive Director, adult, married and resident of Guaynabo, Puerto Rico.

Unless any term written in capital letters is defined otherwise in this First Amendment to the Loan Agreement (the "SECOND AMENDMENT TO THE LOAN AGREEMENT"), it shall have the meaning given in the LOAN AGREEMENT, as defined below.

### PREAMBLE

**WHEREAS:** On January 17, 2013, the Board of Directors of the BANK approved Resolution No. 9944 to grant to the AUTHORITY a non-revolving line of credit

[initials]

31268

For up to a maximum amount of $33,189,996, including payment of fees for financial consulting services.

     **WHEREAS:** In accordance with the above, on February 28, 2013, the AUTHORITY and the BANK signed a Loan Agreement (the "LOAN AGREEMENT"), effective on September 12, 2012, granting to the AUTHORITY a non-revolving CREDIT LINE for the maximum amount of $33,189,996, to bear operational expenses of the AUTHORITY corresponding to the third quarter of Fiscal Year 2013 and to cover the payment of fees for financial consulting services for the amount of $16,595.

     On the same date of the granting of the LOAN AGREEMENT, the AUTHORITY signed a PROMISSORY NOTE for the sum of $33,189,996 to the order of the BANK and with expiration on January 31, 2014.

     **WHEREAS:** On January 31, 2014, the BANK and the AUTHORITY signed a First Amendment to loan agreement for purposes of extending the expiration until January 31, 2015. On that same date, the AUTHORITY signed a First Amendment to Promissory Note ("Allonge") to incorporate the amendment.

     **WHEREAS:** On December 31, 2014, the balance of the principal of the CREDIT LINE totals $32,612,861.79 with accrued interest for the amount of $1,660,706.17.

     **WHEREAS:** The management of the BANK has recommended, to amend the CREDIT LINE for the purpose of extending the expiration of the CREDIT LINE until January 31, 2016.

[initials]

31268

**WHEREAS:** The Board of Directors of the BANK has authorized by Resolution No. 10554 adopted at a meeting held on December 17, 2014 ("Resolution 10554"), to amend the LOAN AGREEMENT for purposes of extending the expiration date until January 31, 2016 and to request the payment of professional fees for financial consulting services, among other terms and conditions.

**WHEREAS:** In accordance with Resolution No. 2015-07 adopted on January 15, 2015 by the Board of Directors of the AUTHORITY, the AUTHORITY accepted the terms and conditions set forth by the BANK for this amendment.

**THEREFORE,** in consideration of the facts confirmed above, and of the representations, approvals and guarantees set forth below, the parties that appear:

<div align="center">

**APPROVE AND AGREE**

</div>

**FIRST:** The parties agree to extend the expiration date of the CREDIT LINE and to include the income assigned to the AUTHORITY under Laws [sic] Number 30 and 31 of June 25, 2013 as an additional source of payment of the obligation. As a consequence, the first paragraph of Section 1.3 of Article 1 of the LOAN AGREEMENT, as amended, is amended to read as follows:

> "The principal of the CREDIT LINE shall be payable on January 31, 2016. The source of payment shall be future issuances of bonds and income from private-public alliances as well as income of the AUTHORITY, including income assigned under Laws Number 30 and 31 of June 25, 2013, which are assigned and obligated in favor of the BANK through the *Assignment and Security Agreement* signed on August 28, 2013 between the BANK and the AUTHORITY."

31268

[initials]

in favor of the BANK through the *Assignment and Security Agreement* signed on August 28, 2013 between the BANK and the AUTHORITY."

**SECOND:** The AUTHORITY acknowledges, accepts and agrees to pay the BANK professional fees for financial consultancy services equal to one twenty-fifth (1/25) of one percent (1%), for a total of **Thirteen Thousand Two Hundred Seventy-Six Dollars ($13,276.00)** corresponding to this transaction and according to the policy of the BANK in effect.

**THIRD:** On this same date, the AUTHORITY signs and issues a document entitled SECOND AMENDMENT TO THE PROMISSORY NOTE ("ALLONGE"). This ALLONGE shall be made to form a part of the original PROMISSORY NOTE signed by the AUTHORITY, as amended, for the purpose of incorporating the agreements and amendments set forth herein.

**FOURTH:** This SECOND AMENDMENT TO THE LOAN AGREEMENT and its ALLONGE do not constitute a novation of the obligations of the AUTHORITY under the LOAN AGREEMENT and PROMISSORY NOTE, as amended. Any of the other terms and conditions of the LOAN AGREEMENT and the PROMISSORY NOTE, as amended, that do not violate the provisions herein shall remain unchanged and in full effect.

**FIFTH:** The President of the BANK, the Executive Vice President of Financing and any other executive vice president, is authorized to channel the resources and income of the AUTHORITY corresponding to Laws 30 and 31 of June 25, 2013 for the repayment of the financing in effect and any other

31268

[initials]

amounts that the BANK collects for pending obligations of the AUTHORITY.

  **SIXTH:** The Executive Director of the AUTHORITY and the Secretary of the Department of Transportation and Public Works shall make a presentation to the Board of Directors of the BANK on the finances of the AUTHORITY and the progress of the implementation of its medium and long-term plans to quickly and effectively address the fiscal situation of the AUTHORITY, in addition to the new income previously legislated. This presentation shall be carried out before any disbursement by the BANK if any funds still remain available under the CREDIT LINE.

  **SEVENTH:** This SECOND AMENDMENT TO THE LOAN AGREEMENT is signed in accordance with Resolution 10554, which was adopted as a statement of intent under *U.S. Treasury Department Regulation Section 1.150-2.*

<div align="center">

**[SIGNATURES ON THE NEXT PAGE]**

</div>

31268

[initials]

6

**IN WITNESS WHEREOF**, the parties who appear grant this **SECOND AMENDMENT TO THE LOAN**

**AGREEMENT**, in San Juan, Puerto Rico, on May [hw:] *20*, 2015.

| | |
|---|---|
| **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO** | **HIGHWAYS AND TRANSPORTATION AUTHORITY OF PUERTO RICO** |
| _____[signature]_____ | _____[signature]_____ |
| Jorge A. Clivillés Díaz | Carmen A. Villar Prados |
| Executive Vice President | Executive Director |
| and Fiscal Agent | |

Statement [hw:] *737*

  Acknowledged and signed before me by Jorge A. Clivillés Díaz, adult, married, engineer and resident of Bayamón, Puerto Rico, in his capacity as Executive Vice President and Fiscal Agent of the Banco Gubernamental de Fomento para Puerto Rico, and by Carmen A. Villar Prados, adult, married and resident of Guaynabo, Puerto Rico, in her capacity as Executive Director of the Highways and Transportation Authority of Puerto Rico, whom I know personally.

  In San Juan, Puerto Rico, on May [hw:] *20*, 2015.

[stamp:] BELEN
FORNARIS ALFARO
PUERTO RICO
ATTORNEY-NOTARY

EXEMPT FOR PAYMENT OF STAMP TAX
LAW 47 OF JUNE 4, 1982

_____[signature]_____
Public Notary

31268

**SECOND AMENDMENT TO PROMISSORY NOTE**
**("ALLONGE")**

**VALUE: $33,189,996**                    **EXPIRATION: January 31, 2016**

The PROMISSORY NOTE for **THIRTY-THREE MILLION ONE HUNDRED EIGHTY-NINE THOUSAND NINE HUNDRED NINETY-SIX DOLLARS ($33,189,996),** signed on February 28, 2013 by Javier E. Ramos Hernández in capacity as Executive Director of the Highways and Transportation Authority of Puerto Rico (the "AUTHORITY") before the Notary Marguileán Rivera Amill, statement number 779, as amended by the FIRST AMENDMENT TO PROMISSORY NOTE ("ALLONGE") signed on January 31, 2014 by that official before Notary Marguileán Rivera Amill, statement number 911, is hereby amended to extend its expiration date until January 31, 2016.

The other terms and conditions of the PROMISSORY NOTE, as amended, not inconsistent with this SECOND AMENDMENT TO PROMISSORY NOTE, shall remain unchanged and in full effect.

This modification is made pursuant to the SECOND AMENDMENT TO LOAN AGREEMENT that the and the AUTHORITY have signed on this date.

In San Juan, Puerto Rico, on May [hw:] _20_ 2015.

                    **HIGHWAYS AND TRANSPORTATION**
                    **AUTHORITY OF PUERTO RICO**

                    _____[signature]_____
                    Carmen A. Villar Prados
                    Executive Director

Statement [hw:] _736_

Acknowledged and signed before me by Carmen A. Villar Prados, Executive Director, adult, married and resident of Guaynabo, Puerto Rico, in her capacity as Executive Director of the Highways and Transportation Authority of Puerto Rico, whom I know personally.

In San Juan, Puerto Rico, on May [hw:] _20_, 2015.

[stamp:] BELEN
FORNARIS ALFARO
PUERTO RICO
ATTORNEY-NOTARY

EXEMPT FOR PAYMENT OF STAMP TAX
LAW 47 OF JUNE 4, 1982

                    _____[signature]_____
                    Public Notary

31268

[emblem]  COMMONWEALTH OF
PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

<div style="text-align:center"><strong>CERTIFICATION</strong></div>

**I, ALEJANDRO FEBRES JORGE**, Secretary of the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico, **CERTIFY** that **Resolution 10554** is a true and correct copy of the original that is under my custody. It was adopted by the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico, at a meeting duly convened and held on December 17, 2014.

**I CERTIFY, IN ADDITION**, that this Resolution has not been repealed, revoked or cancels and it is in full force and effect.

<div style="text-align:center"><strong>RESOLUTION 10554</strong></div>

**APPROVES THE EXTENSION OF THE EXPIRATION DATE OF VARIOUS FINANCING FOR A TOTAL OF $1,446,197,984.64 THAT THE HIGHWAYS AND TRANSPORTATION AUTHORITY HAS IN EFFECT WITH THE BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO UNTIL JANUARY 31, 2016**

**WHEREAS**, on October 31, 2013, the Highways and Transportation Authority (ACT) has various credit lines in effect with the Banco Gubernamental de Fomento para Puerto Rico ("BGF") up to the total maximum of $2,080,094,587.64, of which some of the credit lines are due to expire in January 2015. The current balance of this financing is $1,446,197,984,984.4, with a principal balance of $1,223,899,356.04;

**WHEREAS**, the management of the BGF favorably recommended the extension of the expiration dates of the above-mentioned financing, for the purpose of maintaining them in effect at the BGF. If necessary, the available balances will be used to address emergency situations of the ACT in which the planned bond issuance through the Authority for Infrastructure Financing of Puerto Rico will be conducted.

**THEREFORE, BE IT RESOLVED** by the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico to approve the extension of the credit lines with expiration on January 31, 2015 that the Highways and Transportation Authority has in effect with the BGF until January 31, 2016, subject to the following terms and conditions:

PO Box 42001                                              [logo:]  BANCO
San Juan, PR 00940-2001                                            GUBERNAMENTAL
Telephone (787) 722-2525                                           DE FORMENTO PARA
                                                                   PUERTO RICO

[initials]

Board of Directors of the BGF
Certification of Resolution 10554
Page 2 of 2
Approved on December 17, 2014

1. The President of the Banco Gubernamental de Fomento para Puerto Rico, the Executive Vice President of Financing or any other executive vice president, may negotiate any additional terms and conditions that may be necessary to protect the interests of the BGF, and may channel resources and income of the ACT (Laws 30 and 31 of June 25, 2013) for the repayment of current financing and any other amounts that the BGF collects for pending obligations of the ACT.

2. The Executive Director at the ACT and the Secretary of the Department of Transportation and Public Works shall make a presentation to this Board of Directors on the finances of the ACT and the progress of implementation of its medium and long-term plans to quickly and effectively address the fiscal situation of the ACT, in addition to the new income previously legislated.

3. The ACT shall pay to the BGF the applicable professional fees for this transaction in accordance with the policy in effect, as reviewed by the Board of Directors by Resolution 9374 of October 20, 2010.

This Resolution is approved, in addition, as an official statement of intent under United States Treasury Department regulation, Section 1.150-2.

The provisions of this Resolution are effective on the date of approval.

**AND IN WITNESS WHEREOF**, I sign and stamp with the corporate seal of the Banco Gubernamental de Fomento para Puerto Rico. In San Juan, Puerto Rico, on this day, Tuesday, January 13, 2015.

[signature]

**(SEAL)**                            **ALEJANDRO FEBRES JORGE**
                                               **SECRETARY**

40606

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
[logo:]
*HIGHWAYS AND TRANSPORTATION AUTHORITY*

**RESOLUTION NO. 2015-07**

**TO AUTHORIZE UNTIL JANUARY 31, 2016 THE EXTENSION OF THE EXPIRATION DATE OF VARIOUS CREDIT LINES THAT THE HIGHWAYS AND TRANSPORTATION AUTHORITY MAINTAINS WITH THE BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO, WITH THE EXPIRATION DATE OF JANUARY 31, 2015**

**WHEREAS:** By Law No. 41-2014 a Board of Directors was established in the Highways and Transportation Authority (hereinafter the "Authority") and it was provided that the authorities and duties of the Authority shall be conducted by this Board.

**WHEREAS:** At an Ordinary Board Meeting, held on January 15, 2015, the Executive Director of the Authority submitted to the Board a request for the authorization of the extension of the expiration date of several credit lines that this Authority maintains with the Banco Gubernamental de Fomento para Puerto Rico (BGF). The referenced credit lines have a current balance of $1,446,197,984.64, with a principal balance of $1,223,899,356.04. An annex is attached with a detailed description of these credit lines (Annex 1).

**WHEREAS:** The Board of Directors of the BGF, by Resolution 10554, adopted on December 17, 2014, approved the extension of the expiration dates of these credit lines until January 31, 2016 (Annex 2).

**WHEREAS:** After extensively discussing the matter, the Board approved that the Highways and Transportation Authority may extend the expiration date of these credit lines with the BGF.

**THEREFORE: BE IT RESOLVED BY THIS BOARD OF DIRECTORS:**

1) To authorize the extension until January 31, 2016 of the expiration date of several credit lines that the Highways and Transportation Authority maintains with the Banco Gubernamental de Fomento para Puerto Rico, which have the expiration date of January 31, 2015.

2) The Authority shall pay to the Banco Gubernamental de Fomento the applicable professional fees for this transaction, according to the policy in effect for these purposes.

[initials]

Resolution Number 2015-07
January 15, 2015
Page 2 of 2

3) Authorize the Executive Director of the Authority to accept the terms and conditions established by the Banco Gubernamental de Fomento para Puerto Rico as a condition for these extensions and for the agreements necessary for their performance to be signed.

4) Authorize the Executive Director of the Authority to sign the legal documents applicable to these extensions of expiration dates.

5) This resolution shall take effect immediately.

**WE, HON. MIGUEL A. TORRES DÍAZ,** President of the Board of Directors, and **LCDA.[1] YASMÍN M. SANTIAGO ZAYAS**, Secretary of the Board of Directors of the Highways and Transportation Authority, **CERTIFY** that the above is a true and correct Resolution approved by the Board of Directors at an Ordinary Meeting held in San Juan, Puerto Rico on January 15, 2015.

[signature]
**HON. MIGUEL A. TORRES DIAZ**
Chairman of the Board
Secretary, Department of Transportation and Public Works

[signature]
**LCDA. YASMIN M. SANTIAGO ZAYAS**
Secretary of the Corporation

[initials]

---

[1]  [Translator's note: The term "Licenciado(a)" is an academic title used by lawyers and others with a Bachelor's Degree in many different fields.]

**CERTIFICATION**

I, Yasmín M. Santiago Zayas, Secretary of the Corporation, CERTIFY that the information above is a true and correct copy of **Resolution No. 2015-07** approved by the Board of Directors of the Highways and Transportation Authority on **January 15, 2015.**

In witness whereof, I sign and stamp the Official Seal of the Highways and Transportation Authority, on this date **February 12, 2015.**


[signature] _____
**Yasmín M. Santiago Zayas**
Secretary of the Corporation

| Expiration | Purpose | Maximum Authorized | Balance as of 11/20/2014 |
|---|---|---|---|
| JAN-31-15 | FMC | 751,231,750.83 | 734,496,228.11 |
| JAN-31-15 | Fiscal Emergency Loan | 98,752,491.10 | 70,916,899.42 |
| JAN-31-15 | Pay [illegible] Series 2000 A | 477,524,385.80 | 405,000,000.00 |
| JAN-31-15 | ARRA Funds [illegible] | 21,505,982.51 | 16,422,151.84 |
| JAN-31-15 | To pay costs of issuance PRHTA 2003 Series AA & H | 3,284,391.27 | 2,686,850.02 |
| JAN-31-15 | To pay settlement agreements of Consortium and Acelona | 67,119,594.40 | 62,027,259.86 |
| JAN-31-15 | Swap Collateral Series N & Swap Termination | 147,011,799.86 | 115,440,889.93 |
| JAN-31-15 | PMC | 49,325,000.00 | 49,325,000.00 |
| JAN-31-15 | PMC | 10,596,362.50 | 9,869,595.01 |
| JAN-31-15 | Operational – January/March 201 [illegible] | 39,389,690.00 | 32,612,861.79 |
| JAN-31-15 | Operational | 50,630,000.00 | 49,019,507.99 |
| | | 1,336,881,518.16 | 952,840,766.35 |

**Credit Lines that form financing for $156,907,923.71**

| | | | |
|---|---|---|---|
| JAN-31-15 | PMC | 141,907,923.71 | 122,150,601.79 |
| JAN-31-15 | Operational | 25,000,000.00 | 0.00 |
| | | 166,907,923.71 | 122,150,601.79 |

**Credit lines that form the financing for $172,928,442.74**

| | | | |
|---|---|---|---|
| JAN-31-15 | To pay PMC suppliers | 129,365,495.00 | 104,000,000.00 |
| JAN-31-15 | To pay suppliers | 43,562,947.74 | 37,900,000.00 |
| | | 172,928,442.74 | 145,900,000.00 |
| | | 1,444,797,984.61 | 1,223,690,356.04 |

[initials]

[stamp:] [illegible]

[emblem]   COMMONWEALTH OF
           PUERTO RICO
           Banco Gubernamental de Fomento
           para Puerto Rico

## CERTIFICATION

**I, ALEJANDRO FEBRES JORGE**, Secretary of the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico, **CERTIFY** that **Resolution 10554** is a true and correct copy of the original that is under my custody. It was adopted by the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico, at a meeting duly convened and held on December 17, 2014.

**I CERTIFY, IN ADDITION**, that this Resolution has not been repealed, revoked or cancels and it is in full force and effect.

## RESOLUTION 10554

**APPROVES THE EXTENSION OF THE EXPIRATION DATE OF VARIOUS FINANCING FOR A TOTAL OF $1,446,197,984.64 THAT THE HIGHWAYS AND TRANSPORTATION AUTHORITY HAS IN EFFECT WITH THE BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO UNTIL JANUARY 31, 2016**

**WHEREAS**, on October 31, 2013, the Highways and Transportation Authority (ACT) has various credit lines in effect with the Banco Gubernamental de Fomento para Puerto Rico ("BGF") up to the total maximum of $2,080,094,587.64, of which some of the credit lines are due to expire in January 2015. The current balance of this financing is $1,446,197,984,984.4, with a principal balance of $1,223,899,356.04;

**WHEREAS**, the management of the BGF favorably recommended the extension of the expiration dates of the above-mentioned financing, for the purpose of maintaining them in effect at the BGF. If necessary, the available balances will be used to address emergency situations of the ACT in which the planned bond issuance through the Authority for Infrastructure Financing of Puerto Rico will be conducted.

**THEREFORE, BE IT RESOLVED** by the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico to approve the extension of the credit lines with expiration on January 31, 2015 that the Highways and Transportation Authority has in effect with the BGF until January 31, 2016, subject to the following terms and conditions:

PO Box 42001                    [stamp:] BGF [illegible]        [logo:]  BANCO
San Juan, PR 00940-2001         [initials]                              GUBERNAMENTAL
Telephone (787) 722-2525                                                DE FORMENTO PARA
                                                                        PUERTO RICO

[initials]

Board of Directors of the BGF
Certification of Resolution 10554
Page 2 of 2
Approved on December 17, 2014

1. The President of the Banco Gubernamental de Fomento para Puerto Rico, the Executive Vice President of Financing or any other executive vice president, may negotiate any additional terms and conditions that may be necessary to protect the interests of the BGF, and may channel resources and income of the ACT (Laws 30 and 31 of June 25, 2013) for the repayment of current financing and any other amounts that the BGF collects for pending obligations of the ACT.

2. The Executive Director at the ACT and the Secretary of the Department of Transportation and Public Works shall make a presentation to this Board of Directors on the finances of the ACT and the progress of implementation of its medium and long-term plans to quickly and effectively address the fiscal situation of the ACT, in addition to the new income previously legislated.

3. The ACT shall pay to the BGF the applicable professional fees for this transaction in accordance with the policy in effect, as reviewed by the Board of Directors by Resolution 9374 of October 20, 2010.

This Resolution is approved, in addition, as an official statement of intent under United States Treasury Department regulation, Section 1.150-2.

The provisions of this Resolution are effective on the date of approval.

**AND IN WITNESS WHEREOF**, I sign and stamp with the corporate seal of the Banco Gubernamental de Fomento para Puerto Rico. In San Juan, Puerto Rico, on this day, Tuesday, January 13, 2015.

[initials]                                    [signature]

**(SEAL)**                        **ALEJANDRO FEBRES JORGE**
                                              **SECRETARY**

40606                                        [stamp:] BGF [illegible]

[emblem]    COMMONWEALTH OF
            PUERTO RICO
            Banco Gubernamental de Fomento
            para Puerto Rico

February 4, 2015


Engineer Carmen Villar Prado
Executive Director                              [signature]
Highways and Transportation Authority           [hw:] *May 26, 2015*
Apartado 42007
San Juan, PR 00940-2007


Dear Engineer Villar:

The Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico (BGF), through ITS Resolution 10554, approved for the Highways and Transportation Authority (ACT) the extension until January 31, 2016 on the expiration of various financing in effect for a total of $1,446,197,984.64.

The above-mentioned extension shall be subject to the following additional terms and conditions:

1.  The President of the Banco Gubernamental de Fomento para Puerto Rico, the Executive Vice President of Financing or any other executive vice president, may negotiate any additional terms and conditions that may be necessary to protect the interests of the BGF, and may channel the resources and income corresponding to the ACT (Laws 30 and 31 of June 25, 2013) for the repayment of the financing in effect and any other amounts that the BGF collects for pending obligations of the ACT.

2.  The Executive Director of the ACT and the Secretary of the Department of Transportation and Public Works shall make a presentation to this Board of Directors on the finances of the ACT and the progress of the implementation of its medium and long-term plans to quickly and effectively address the fiscal situation of the ACT, in addition to the new income previously legislated.

3.  The ACT shall pay to the BGF the corresponding professional fees for this transaction in accordance with the policy in effect, as reviewed by the Board of Directors through Resolution 9374 of October 20, 2010.


[initials]   PO Box 42001              [stamp:] BGF [illegible]        [logo:]   BANCO
             San Juan, PR 00940-2001   [initials]                               GUBERNAMENTAL
             Telephone (787) 722-2525                                           DE FORMENTO PARA
                                                                                PUERTO RICO

Engineer Carmen Villar Prado
Highways and Transportation Authority
Obligation Letter Extension Expiration
  Various Financing
Page 2

---

If you are in agreement with the terms and conditions indicated above, please sign and return the copy of this letter attached in order to proceed to prepare the legal documentation necessary as evidence of the extension.

Resolution 10554 is attached as part of this letter, which states the obligation of the BGF.

Cordially,

[signature]
Jesús M. García Rivera
Vice President and Director
Department of Financing
  of Income Obligations

cc:     Mrs. Natalia Guzmán
        Mr. Arnaldo Maestre
        Mrs. Miriam Pascual
        Mrs. Brenda González

Attachment

[emblem]    COMMONWEALTH OF
PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

<div align="center">

**CERTIFICATION**

</div>

**I, ALEJANDRO FEBRES JORGE**, Secretary of the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico, **CERTIFY** that **Resolution 10554** is a true and correct copy of the original that is under my custody. It was adopted by the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico, at a meeting duly convened and held on December 17, 2014.

**I CERTIFY, IN ADDITION**, that this Resolution has not been repealed, revoked or cancels and it is in full force and effect.

<div align="center">

**RESOLUTION 10554**

</div>

**APPROVES THE EXTENSION OF THE EXPIRATION DATE OF VARIOUS FINANCING FOR A TOTAL OF $1,446,197,984.64 THAT THE HIGHWAYS AND TRANSPORTATION AUTHORITY HAS IN EFFECT WITH THE BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO UNTIL JANUARY 31, 2016**

**WHEREAS**, on October 31, 2013, the Highways and Transportation Authority (ACT) has various credit lines in effect with the Banco Gubernamental de Fomento para Puerto Rico ("BGF") up to the total maximum of $2,080,094,587.64, of which some of the credit lines are due to expire in January 2015. The current balance of this financing is $1,446,197,984,984.4, with a principal balance of $1,223,899,356.04;

**WHEREAS**, the management of the BGF favorably recommended the extension of the expiration dates of the above-mentioned financing, for the purpose of maintaining them in effect at the BGF. If necessary, the available balances will be used to address emergency situations of the ACT in which the planned bond issuance through the Authority for Infrastructure Financing of Puerto Rico will be conducted.

**THEREFORE, BE IT RESOLVED** by the Board of Directors of the Banco Gubernamental de Fomento para Puerto Rico to approve the extension of the credit lines with expiration on January 31, 2015 that the Highways and Transportation Authority has in effect with the BGF until January 31, 2016, subject to the following terms and conditions:

PO Box 42001                         [logo:] BANCO
San Juan, PR 00940-2001                     GUBERNAMENTAL
Telephone (787) 722-2525                     DE FORMENTO PARA
                                             PUERTO RICO

[initials]

Board of Directors of the BGF
Certification of Resolution 10554
Page 2 of 2
Approved on December 17, 2014

1. The President of the Banco Gubernamental de Fomento para Puerto Rico, the Executive Vice President of Financing or any other executive vice president, may negotiate any additional terms and conditions that may be necessary to protect the interests of the BGF, and may channel resources and income of the ACT (Laws 30 and 31 of June 25, 2013) for the repayment of current financing and any other amounts that the BGF collects for pending obligations of the ACT.

2. The Executive Director at the ACT and the Secretary of the Department of Transportation and Public Works shall make a presentation to this Board of Directors on the finances of the ACT and the progress of implementation of its medium and long-term plans to quickly and effectively address the fiscal situation of the ACT, in addition to the new income previously legislated.

3. The ACT shall pay to the BGF the applicable professional fees for this transaction in accordance with the policy in effect, as reviewed by the Board of Directors by Resolution 9374 of October 20, 2010.

This Resolution is approved, in addition, as an official statement of intent under United States Treasury Department regulation, Section 1.150-2.

The provisions of this Resolution are effective on the date of approval.

   **AND IN WITNESS WHEREOF**, I sign and stamp with the corporate seal of the Banco Gubernamental de Fomento para Puerto Rico. In San Juan, Puerto Rico, on this day, Tuesday, January 13, 2015.

                                          [signature]
   **(SEAL)**                    **ALEJANDRO FEBRES JORGE**
                                       **SECRETARY**

40606



**DATE OF TRANSLATION:**     23-Aug-21

**ELECTRONIC FILE NAME:**     February 28, 2013 Agreement

**SOURCE LANGUAGE:**     Spanish

**TARGET LANGUAGE:**     English

**TRANSPERFECT JOB ID:**     US1061278

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0