DEPARTAMENTO DE ESTADO
GOBIERNO DE PUERTO RICO
DECLARACION DE FINANCIAMIENTO
*FINANCING STATEMENT*

Favor de seguir cuidadosamente las instrucciones indicadas al dorso de esta forma.
*Please follow carefully the instructions indicated on the reverse side of this form.*

Para añadir más información utilice la hoja de apéndice UCC-1A-PR
*To add more information use the addendum form UCC-1A-PR*

Reservado para el oficial de archivo / *Reserved for the filing officer*

Sello de fecha y hora:
*Date and time stamp:*

Número de registro:
*Registration number:*

**A. DEVOLVER COPIA A: / *RETURN COPY TO:*** (Nombre y dirección postal / *Name and mailing address*)

**Government Development Bank for Puerto Rico**
**Att. Legal Division**
**PO Box 42001**
**San Juan, PR 00940-2001**

**1. NOMBRE DEL PRIMER DEUDOR / *FIRST DEBTOR'S NAME*** Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| Puerto Rico Highways and | Transportation Authority | | | |

b. Nombre de la entidad / *Entity name*
c. Dirección postal / *Mailing address*

| | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| PO Box 42007 | San Juan | PR | | 00940-2007 |

d. (Opcional) Información adicional sobre la entidad / *(Optional) Additional information about the entity*

**2. NOMBRE DE DEUDOR ADICIONAL / *ADDITIONAL DEBTOR'S NAME*** Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| N/A | | | | |

b. Nombre de la entidad / *Entity name*
c. Dirección postal / *Mailing address*

| | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| N/A | | | | |

d. (Opcional) Información adicional sobre la entidad / *(Optional) Additional information about the entity*

**3. NOMBRE DEL ACREEDOR GARANTIZADO / *SECURED PARTY'S NAME*** Complete sólo un nombre (a o b) / *Insert only one name (a or b)*

| a. Apellido del individuo / *Individual's last name* | Segundo apellido / *Second surname* | Primer Nombre / *First Name* | Segundo Nombre / *Middle name* | Sufijo / *Suffix* |
|---|---|---|---|---|
| Government Development | Bank for Puerto Rico | | | |

b. Nombre de la entidad / *Entity name*
c. Dirección postal / *Mailing address*

| | Ciudad / *City* | Estado / *State* | País / *Country* | Código Postal / *Zip Code* |
|---|---|---|---|---|
| PO Box 42001 | San Juan | PR | | 00940 |

**4. ESTA DECLARACIÓN DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTÍCULOS DE PROPIEDAD:**
*THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OR ITEMS OF PROPERTY:*

Pursuant to the Loan Agreement and the Assignment and Security Agreement, both dated August 28, 2013, and executed between the Debtor and Secured Party herein, this Financing Statement covers all revenues allocated to the Puerto Rico Highways and Transportation Authority ("PRHTA") by Acts No. 30 and 31 approved by the Legislature of the Commonwealth of Puerto Rico on June 25, 2013, which shall be junior, inferior and subordinate in all respects to the outstanding bonds of the PRHTA issued pursuant to (i) Resolution No. 98-06, adopted by the PRHTA on February 26, 1998, as amended, and (ii) Resolution No. 13-41, adopted by the PRHTA on August 28, 2013.

**5. MARQUE SI APLICA / *CHECK IF APPLICABLE*** (Describa la propiedad en el apéndice / *Describe the real estate in the addendum*)
☐ Los bienes anteriores habrán de convertirse en inmuebles por su destino. Esta declaración se presentará para registro en el Registro de la Propiedad.
*The goods described above are to become fixtures. This Financing Statement will be filed for record in the Real Estate Registry.*

**6. FIRMA(S) / *SIGNATURES(S)***

| Primer deudor / *First debtor* | Deudor adicional / *Additional debtor* | Acreedor garantizado / *Secured party* |
|---|---|---|
| *[signature]* | | *[signature]* |

**7. NOTARIA (Opcional) / *Notary (Optional)***

AFFIDAVIT NUMERO / *NUMBER:* **871**
Jurado y suscrito, ante mi por / *Sworn and subscribed before me by:* Javier E. Ramos Hernández, Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, casado, mayor de edad y residente de Bayamón; Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, casado, Mayor de edad y residente de San Juan, Puerto Rico a quienes conozco personalmente.

En / *In:* San Juan, Puerto Rico
Fecha / *Date:* 28 de agosto de 2013

*[signature]*
Notario Público / *Notary Public*

Comprobante de Rentas Internas (copia amarilla) por la cantidad de $25.00 a la cifra de ingreso 1701
*$25.00, payable on an Internal Revenue voucher (yellow copy) with income code 1701*

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE ESTADO
Registro de Transacciones Comerciales

## ENMIENDA DECLARACIÓN DE FINANCIAMIENTO
### FINANCING STATEMENT AMENDMENT

SIGA INSTRUCCIONES / FOLLOW INSTRUCTIONS

**A. NOMBRE Y TELÉFONO DE PRESENTANTE (opcional) / NAME & PHONE OF CONTACT AT FILER (optional)**
Lcda. Marguileán Rivera Amill (787) 729-6438

**B. CORREO ELECTRÓNICO DE PRESENTANTE (opcional) / E-MAIL CONTACT AT FILER (optional)**
marguilean.rivera@bgfpr.com

**C. ENVÍE CONFIRMACIÓN A: (nombre y dirección) / SEND ACKNOWLEDGMENT TO: (Name and Address)**

Government Development Bank for Puerto Rico
Att. Legal Division
PO Box 42001
San Juan, PR 00940-2001

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO SÓLAMENTE
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. NÚMERO DE REGISTRO DE DECLARACIÓN DE FINANCIAMIENTO INICIAL / INITIAL FINANCING STATEMENT FILE NUMBER**

**2013004677**

**1b.** ☐ Esta ENMIENDA DE DECLARACIÓN DE FINANCIAMIENTO se presentará [para inscripción] en el REGISTRO DE LA PROPIEDAD / This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Presentante: aneje Anejo de Enmienda (Forma UCC3AdPR) y provea el nombre del Deudor en el renglón 13
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ TERMINACIÓN: La efectividad de la Declaración de Financiamiento arriba identificada es terminada con respecto al interés en la colateral del Acreedor Garantizado que autoriza esta Declaración de Terminación / TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ CESIÓN (total o parcial): Provea nombre del Cesionario en renglón 7a o 7b y su dirección en el renglón 7c y nombre del Cedente en el renglón 9. Para cesión parcial, complete renglón 7 y 9 y también indique la colateral afectada en el renglón 8 / ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ CONTINUACIÓN: La efectividad de la Declaración de Financiamiento identificada arriba con respecto al interés en la colateral del Acreedor Garantizado que autoriza esta Declaración de Continuación se continúa por el periodo adicional provisto por ley / CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by law

**5.** ☐ CAMBIO DE INFORMACIÓN DE PARTE: PARTY INFORMATION CHANGE:

Marque una de las dos opciones: Check one of these two boxes:   Y Marque una de estas tres opciones: AND Check one of these three boxes:

Este Cambio afecta / This Change affects ☐ Deudor o / Debtor or ☐ Acreedor Garantizado de record / Secured Party of record
☐ CAMBIO nombre y/o dirección. Complete renglón 6a o 6b; y renglón 7a o 7b y renglón 7c / CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ AGREGUE nombre: Complete renglón 7a o 7b, y renglón 7c / ADD name: Complete item 7a or 7b, and item 7c
☐ Elimine nombre: Provea nombre a ser eliminado en renglón 6a o 6b / DELETE name: Give record name to be deleted in item 6a or 6b

**6. INFORMACIÓN ACTUAL DE EXPEDIENTE:** Complete para Cambio de Información de Parte – provea sólo un nombre (6a o 6b) / CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. NOMBRE DE ENTIDAD / ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |

**7. INFORMACIÓN CAMBIADA O AGREGADA:** Complete para Cesión o Cambio de Información de Parte – provea solo un nombre (7a o 7b) (use nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre del Deudor) / CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. NOMBRE DE ENTIDAD / ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. APELLIDO / INDIVIDUAL'S SURNAME | | | |
| NOMBRE / INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| SEGUNDO NOMBRE / INDIVIDUAL'S ADDITIONAL NAME | | | SUFIJO / SUFFIX |

| 7c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO / STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS / COUNTRY |
|---|---|---|---|---|

**8.** ☑ CAMBIO DE COLATERAL: También marque una de las cuatro alternativas: COLLATERAL CHANGE: Also check one of these four boxes:
☐ AGREGA colateral / ADD collateral   ☐ ELIMINA colateral / DELETE collateral   ☑ REFORMULA colateral cubierta / RESTATE covered collateral   ☐ CEDE colateral / ASSIGN collateral

Indique colateral: / Indicate collateral:
Pursuant to the Loan Agreement and the Assignment and Security Agreement, both dated August 28, 2013, as amended from time to time, and executed between the Debtor and Secured Party herein, this Financing Statement covers all revenues allocated to the Puerto Rico Highways and Transportation Authority ("PRHTA") by Acts No. 30 and 31 approved by the Legislature of the Commonwealth of Puerto Rico on June 25, 2013, which shall be junior, inferior and subordinate in all respects to the outstanding bonds of the PRHTA issued pursuant to (i) Resolution No. 98-06, adopted by the PRHTA on February 26, 1998, as amended, and (ii) Resolution No. 13-41, adopted by the PRHTA on August 28, 2013.

**9. NOMBRE DE ACREEDOR GARANTIZADO EN RECORD AUTORIZANDO ESTA ENMIENDA:** Provea solo un nombre (9a o 9b) (nombre de Cedente, si es una Cesión) Si esto es una Enmienda autorizada por el Deudor, marque aquí ☐ y provea el nombre del Deudor autorizante
NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. NOMBRE DE ENTIDAD / ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Government Development Bank for Puerto Rico (GDB) | | | |
| OR 9b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |

**10. DATOS OPCIONALES DE REFERENCIA PARA PRESENTANTE:** / OPTIONAL FILER REFERENCE DATA:

COPIA OFICINA DE REGISTRO — ENMIENDA DE DECLARACIÓN DE FINANCIAMIENTO (Forma UCC3PR) (Rev. 05/11/14)

DS-053847