

Government of Puerto Rico
Search Date: 2nd day of July 2018
Good Through Date: 1st day of July 2018
Standard RA9 Search

**Filer Information**

Name: Gutierrez Elizabeth

Email: egutierrez@rcpsc.com

If you have any questions or concerns regarding this Search Report, please contact a UCC specialist at (787) 722-2121 ext. 4401.

| Search Criteria | |
|---|---|
| **Name as Provided:** | |
| Organization Name | Puerto Rico Highway and Transportation Authority |
| **Name Searched:** | |
| Organization Name | Puerto Rico Highway and Transportation Authority |
| Lien Type Searched: | UCC |
| Lien Status Type Searched: | Active |
| Address: | [Not Provided] |

## Search Results

### Financing Statement

| | |
|---|---|
| File Number | 2014002566 |
| File Number | UCC Financing Statement |
| Filing Date | Fri May 16 00:00:00 AST 2014 |
| Lapse Date | Thu May 16 00:00:00 AST 2019 |

**Debtor**

| | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

**Secured Party**

| | |
|---|---|
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1968 RESOLUTION (AS DEFINED BELOW) |
| Address | ONE WORLD FINANCIAL CENTER, NEW YORK, NY, 10281,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014002566 | UCC1 - UCC Financing Statement | 05/16/2014 | 2 |

### Financing Statement

| | |
|---|---|
| File Number | 2014003809 |
| File Number | UCC Financing Statement |
| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |

**Debtor**

| | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

**Secured Party**

| | |
|---|---|
| Name | HOLDERS OF ALL BONDS ("1998 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 98-06 |
| Address | 1675 BROADWAY, 34TH FLOOR, NEW YORK, NY, 10019,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014003809 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

### Financing Statement

| | |
|---|---|
| File Number | 2014004847 |
| File Number | UCC Financing Statement |
| Filing Date | Tue Sep 09 00:00:00 AST 2014 |
| Lapse Date | Mon Sep 09 00:00:00 AST 2019 |

**Debtor**

| | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

**Secured Party**

| | |
|---|---|
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION |
| Address | ONE WALL STREET, NEW YORK, NY, 10286,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014004847 | UCC1 - UCC Financing Statement | 09/09/2014 | 3 |

### Financing Statement

HTA_STAY0000270

| File Number | 2014002568 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Fri May 16 00:00:00 AST 2014 |
| Lapse Date | Thu May 16 00:00:00 AST 2019 |

| Debtor | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

| Secured Party | |
|---|---|
| Name | ASSURED FIR THE BENEFIT OF HOLDERS OF ALL BONDS UNDER THE 1968 REOLUTION (AS DEFINED BELOW) |
| Address | 31 W. 52ND ST., #26, NEW YORK, NY, 10019,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014002568 | UCC1 - UCC Financing Statement | 05/16/2014 | 2 |

## Financing Statement

| File Number | 2014003810 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |

| Debtor | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

| Secured Party | |
|---|---|
| Name | AMBAC ASSURANCE CORPORATION ("AMBAC") FOR BENEFIT OF HOLDERS OF ALL BONDS ("1998 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 98-06 |
| Address | ONE STATE STREET PLAZA, NEW YORK, NY, 10004,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014003810 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

## Financing Statement

| File Number | 2014004846 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Tue Sep 09 00:00:00 AST 2014 |
| Lapse Date | Mon Sep 09 00:00:00 AST 2019 |

| Debtor | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

| Secured Party | |
|---|---|
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION |
| Address | ONE WALL STREET, NEW YORK, NY, 10286,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014004846 | UCC1 - UCC Financing Statement | 09/09/2014 | 2 |

## Financing Statement

| File Number | 2014003807 |
|---|---|
| File Number | UCC Financing Statement |

HTA_STAY0000271

| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |
| Debtor | |
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |
| Secured Party | |
| Name | AMBAC ASSURANCE CORPORATION (AMBAC) FOR BENEFIT OF HOLDERS OF ALL BONDS ("1968 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 68-18 |
| Address | ONE STATE STREET PLAZA, NEW YORK, NY, 10004,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
| --- | --- | --- | --- |
| 2014003807 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

## Financing Statement

| File Number | 2014003808 |
| File Number | UCC Financing Statement |
| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |
| Debtor | |
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |
| Secured Party | |
| Name | HOLDERS OF ALL BONDS ("1968 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 68-18 |
| Address | 1675 BROADWAY, 34TH FLOOR, NEW YORK, NY, 10019,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
| --- | --- | --- | --- |
| 2014003808 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

## Financing Statement

| File Number | 2014004845 |
| File Number | UCC Financing Statement |
| Filing Date | Tue Sep 09 00:00:00 AST 2014 |
| Lapse Date | Mon Sep 09 00:00:00 AST 2019 |
| Debtor | |
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |
| Secured Party | |
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION |
| Address | ONE WALL STREET, NEW YORK, NY, 10286,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
| --- | --- | --- | --- |
| 2014004845 | UCC1 - UCC Financing Statement | 09/09/2014 | 3 |

HTA_STAY0000272

REGISTRO DE
TRANSACCIONES COMERCIAL

2014002566

2018 MAY 16 AM 10: 49

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Cadwalader, Wickersham & Taft LLP
Attention: Lary Stromfeld
One World Financial Center
New York, NY 10281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Holders of all Bonds issued under the 1968 Resolution (as defined below) | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| One World Financial Center | New York | | NY | 10281 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Pursuant to that certain Resolution 69-18 adopted on June 13, 1968 (the "1968 Resolution"), all of the Debtor's right, title, and interest in and to "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of gasoline tax allocated to the Debtor by Act No. 75 of 1965; (ii) tolls or charges imposed by the Debtor for the use of any of the Debtor's traffic facilities, including, without limitation, (a) all highway, road, thoroughfare, speedway, bridge, and tunnel toll facilities, and (b) all parking lots and similar facilities; (iii) proceeds of any other taxes, fees, or charges which the Legislature has allocated to the Debtor and for which the Debtor is expressly authorized to pledge to the repayment of the Bonds; and (iv) funds and accounts pledged as security for Bonds and investment earnings therein. Capitalized terms used herein and not otherwise defined herein will have the meanings given to such terms in the 1968 Resolution.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | |
|---|---|
| 6a. Check only if applicable and check only one box: ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)

HTA_STAY0000273

## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all instructions, especially Instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B.  To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.
C.  Complete item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1.  **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter only one Debtor name in item 1 — either an organization's name (1a) or an individual's name (1b). If any part of the Individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad). Enter Debtor's correct name. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a.  Organization Debtor Name. "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is not an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b.  Individual Debtor Name. "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors. Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c.  Enter a mailing address for the Debtor named in item 1a or 1b.

2.  **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3.  **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4.  **Collateral.** Use item 4 to indicate the collateral covered by this financing statement. If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note:*  If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5.  If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a.  If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b.  If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7.  **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8.  **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.



ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

DEPARTAMEN

Registro de Transacciones Co 2014003809



14 AUG -4 AM 11:56

## DECLARACIÓN DE FINANCIAMIENTO / FINANCING STATEMENT
SIGA INSTRUCCIONES/ FOLLOW INSTRUCTIONS

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / NAME & PHONE OF CONTACT AT FILER (optional)

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / E-MAIL CONTACT AT FILER (optional)

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / SEND ACKNOWLEDGMENT TO: (Name and Address)

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. NOMBRE DEL DEUDOR / DEBTOR'S NAME: Provea sólo un nombre de Deudor (1a o 1b); no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la Información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 1a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | Puerto Rico Highway and Transportation Authority | | | |
| 1b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO /SUFFIX |

| 1c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR/ DEBTOR'S NAME: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto, no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el el espacios provisto en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 2a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO SUFFIX |

| 2c. DIRECCIÓN / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea solo un nombre de Acreedor Garantizado (3a o 3b) / SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)

| 3a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | Holders of all bonds ("1998 Resolution Bonds") issued under Resolution 98-06. | | | |
| 3b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO SUFFIX |

| 3c. DIRECCIÓN POSAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| 1675 Broadway, 34th Floor | New York | NY | 10019 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / COLLATERAL: This financing statement covers the following collateral:
All of the Debtor's rights, title, and interest in and to (i) all moneys on account of taxes on crude oil and crude oil derivative products received by, or allocated to, the Debtor pursuant to Act No. 34 of 1997, as amended; (ii) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (iii) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels other than those for which 1998 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1998 Resolution Bonds and investment earnings therein; and (v) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated or may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

| 5. Marque solo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto | Check only if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Marque solo si aplica y una sola alternativa / Check only if applicable and check only one box: | 6b. Marque solo si aplica y solo una alternativa / Check only if applicable and check only one box: | |
| ☑ Transacción de Financiamiento Público / Public-Finance Transaction  ☐ Transacción de Casa Prefabricada / Manufactured-Home Transaction  ☐ Un Deudor es una entidad transmisora / A Debtor is a Transmitting Utility | ☐ Gravamen Agrícola / Agricultural Lien | ☐ Inscripción extrajudicial Non-UCC Filing |

| 7. DESIGNACIÓN ALTERNA (si aplica) ALTERNATIVE DESIGNATION (if applicable): | ☐ Arrendador/Arrendatario Lessee/Lessor | ☐ Consignatario/ Consignador Consignee/Consignor | ☐ Vendedor/ Comprador Seller/Buyer | ☐ Depositario/ Fiador Bailee/Bailor | ☐ Concesionario/Concedente Licensee/Licensor |
|---|---|---|---|---|---|

8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / OPTIONAL FILER REFERENCE DATA:

COPIA OFICINA DE REGISTRO DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1DR) (Rev. 05/2014)

HTA_STAY0000275

2014004847

REGISTRO DE
TRANSACCIONES COMERCIAL

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

2014 SEP -9 PM 2: 59

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION * | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| One Wall Street | New York | NY | 10286 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

— REFER TO EXHIBIT A ATTACHED HERETO, INCORPORATED HEREIN BY REFERENCE AND MADE A
PART HEREOF. —

— Exhibit A attached hereto consists of two pages. —

* HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL
AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | | | |
|---|---|---|---|---|
| 6a. Check only if applicable and check only one box: ☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing | | | |
| 7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | | | |

8. OPTIONAL FILER REFERENCE DATA:
Filed with: Services Commercial Transactions Registry of the Puerto Rico Department of State     286583-003

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

REGISTRO DE
~~SACCIONES COMERCIA'

## EXHIBIT A
### TO
~~N ~T° -9 PM 2: 59
## UNIFORM COMMERCIAL CODE FINANCING STATEMENT

### DEBTOR:

PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
Minillas Government Center, South Building
San Juan, Puerto Rico 00921

### SECURED PARTY:

HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26,
1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN
PERMITTED

One Wall Street
New York, New York 10286

### COLLATERAL DESCRIPTION

Pursuant to that certain Resolution No. 98-06 adopted on February 26, 1998 (as the same
may be amended or supplemented from time to time, the "1998 Resolution"), all of the Debtor's
right, title and interest in and to (a) all "Revenues," which include, without limitation, (i) all
moneys received by the Debtor on account of the crude oil tax allocated to the Debtor by Act No.
34, approved July 16, 1997, as amended, (ii) all Existing Tax and Fee Revenues upon the repeal
and cancellation of the 1968 Resolution, (iii) any tolls or other charges imposed by the Debtor
for the use of any of the Toll Facilities other than Existing Toll Facilities Revenues received by
the Debtor prior to the repeal and cancellation of the 1968 Resolution and (iv) the proceeds of
any other taxes, fees or charges which the Legislature of Puerto Rico has allocated or may in the
future allocate to the Debtor and has expressly authorized or in the future expressly authorizes
the Debtor to pledge to the payment of the principal of and interest on bonds or other obligations
of the Debtor and which are pledged by the Debtor to the payment of the principal of and interest
on bonds or other obligations issued under the provisions of the 1998 Resolution, and investment
earnings on deposits to the credit of funds established under the provisions of the 1998
Resolution, (b) the Puerto Rico Highways and Transportation Authority Transportation Revenue
Bonds Interest and Sinking Fund (and all accounts created therein by or pursuant to the 1998
Resolution, including without limitation, the "Senior Bond Service Account," "Senior Bond
Redemption Account," and "Senior Bond Reserve Account") , the Puerto Rico Highways and
Transportation Authority Subordinated Transportation Revenue Bonds Interest and Sinking Fund
(and all accounts created therein by or pursuant to the 1998 Resolution, including without
limitation, the "Subordinated Bond Service Account" and "Subordinated Bond Redemption
Account"), the Puerto Rico Highways and Transportation Authority Subordinated Transportation
Revenue Bonds Reserve Fund (and all accounts created therein by or pursuant to the 1998
Resolution), the Puerto Rico Highways and Transportation Authority Transportation Revenue
Fund (and all accounts created therein by or pursuant to the 1998 Resolution) and the Puerto

HTA_STAY0000277

Rico Highways and Transportation Authority Transportation Construction Fund, a special fund created and designated by the 1998 Resolution and all other accounts and funds created by or pursuant to the 1998 Resolution; and (c) all proceeds and products of the foregoing.

When used herein, the following terms have the following meanings:

"1968 Resolution" means Resolution No. 68-18 adopted by the Debtor on June 13, 1968, as amended by supplemental resolutions of the Debtor adopted on February 17, 1972, October 29, 1990, June 23, 1992, July 15, 1993 (effective September 8, 1993) and August 10, 1993, together with all amendments thereto thereafter as therein permitted.

"1968 Resolution Bonds" means all bonds issued under the 1968 Resolution.

"Existing Tax and Fee Revenues" means (1) the proceeds of the sixteen cents a gallon tax imposed on gasoline and one-half of the eight cents per gallon tax imposed on gas oil and diesel oil imposed by Subtitle B of Act No. 120, approved October 31, 1994, as amended, and allocated to the Debtor by Act No. 223 of November 30, 1995, as amended, and by said Act's predecessor statutes and (2) the proceeds of the $15 increase per vehicle of annual motor vehicle license fees imposed by the Commonwealth of Puerto Rico and allocated to the Debtor by Act No. 9, approved August 12, 1982.

"Existing Toll Facilities Revenues" means the tolls or other charges imposed by the Debtor for the use of any Traffic Facilities financed in whole or in part by the issuance of 1968 Resolution Bonds, including any extensions, betterments or improvements to such Traffic Facilities added after the issuance of bonds under the provisions of Section 207 of the 1998 Resolution however financed or otherwise paid for.

"Toll Facilities" means any Traffic Facilities for which the Debtor imposes tolls.

"Traffic Facilities" means any of the following facilities for which 1968 Resolution Bonds or bonds or other obligations shall be issued by the Debtor under the provisions of the 1998 Resolution the cost of which facilities paid from the proceeds of such bonds or other obligations shall not have been reimbursed to the Debtor from funds not encumbered by the 1998 Resolution or the 1968 Resolution:

(1) roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals and any other land or water facilities necessary or desirable in connection with the movement of persons, freight, vehicles or vessels;
(2) parking lots and structures and other facilities necessary or desirable in connection with parking, loading or unloading of all kinds of vehicles or vessels; and
(3) all property rights, easements, and interests therein necessary or desirable for the construction, maintenance, control, operation or development of such traffic facilities.

HTA_STAY0000278

REGISTRO DE
TRANSACCIONES COMERCIALES

2014002568

2014 MAY 16 AM 10: 48

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Cadwalader, Wickersham & Taft LLP
Attention: Lary Stromfeld
One World Financial Center
New York, NY 10281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Assured for the benefit of Holders of all Bonds under the 1968 Resolution (as defined below) | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 31 W. 52nd St., #26 | | New York | NY | 10019 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Pursuant to that certain Resolution 69-18 adopted on June 13, 1968 (the "1968 Resolution"), all of the Debtor's right, title, and interest in and to "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of gasoline tax allocated to the Debtor by Act No. 75 of 1965; (ii) tolls or charges imposed by the Debtor for the use of any of the Debtor's traffic facilities, including, without limitation, (a) all highway, road, thoroughfare, speedway, bridge, and tunnel toll facilities, and (b) all parking lots and similar facilities; (iii) proceeds of any other taxes, fees, or charges which the Legislature has allocated to the Debtor and for which the Debtor is expressly authorized to pledge to the repayment of the Bonds; and (iv) funds and accounts pledged as security for Bonds and investment earnings therein. "Assured" means Assured Guaranty Corp. and Assured Municipal Corp. (formerly known as Financial Security Assurance Inc.). Capitalized terms used herein and not otherwise defined herein will have the meanings given to such terms in the 1968 Resolution.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | | | | |
|---|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
| ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | | ☐ Agricultural Lien ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | | | |
| 8. OPTIONAL FILER REFERENCE DATA: | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

HTA_STAY0000279

## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all instructions, especially instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.
C. Complete item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1. **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter only one Debtor name in item 1 — either an organization's name (1a) or an individual's name (1b). If any part of the Individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad). Enter Debtor's correct name. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a. Organization Debtor Name. "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is **not** an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b. Individual Debtor Name. "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors. Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c. Enter a mailing address for the Debtor named in item 1a or 1b.

2. **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow instruction 1 for determining and formatting additional names.

3. **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4. **Collateral.** Use item 4 to indicate the collateral covered by this financing statement. If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note:* If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5. If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a. If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b. If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7. **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8. **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
DEPARTAMENTO DE E

Registro de Transacciones Comercial     2014003810



14 AUG -4 AM 11: 55

## DECLARACIÓN DE FINANCIAMIENTO / *FINANCING STATEMENT*
SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)*

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / *E-MAIL CONTACT AT FILER (optional)*

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / *SEND ACKNOWLEDGMENT TO: (Name and Address)*

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

1. NOMBRE DEL DEUDOR / *DEBTOR'S NAME:* Provea sólo un nombre de Deudor (1a o 1b) (usa el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cupiera en el el espacion provisto en la 2b, caje toda la sección 2 en blanco, marque aquí ☐ y provee la Información del Deudor Individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here* ☐ *and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR).*

| 1a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |
| OR 1b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | | SUFIJO /*SUFFIX* |
| 1c. DIRECCIÓN POSTAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE CODE | CÓDIGO POSTAL / *POSTAL* PR | PAÍS COUNTRY |
| VERIFY [Minillas Government Center, South Building] | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR / *DEBTOR'S NAME:* Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el el espacion provisto en la 2b, caje toda la sección 2 en blanco, marque aquí ☐ y provee el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here* ☐ *and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR).*

| 2a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| OR 2b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | | SUFIJO SUFFIX |
| 2c. DIRECCIÓN / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL* CODE | PAÍS COUNTRY |

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea solo un nombre de Acreedor Garantizado (3a o 3b)
*SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)*

| 3a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Ambac Assurance Corporation ("Ambac") for benefit of holders of all bonds ("1998 Resolution Bonds") issued under Resolution 98-06. | | | | |
| OR 3b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | | SUFIJO SUFFIX |
| 3c. DIRECCIÓN POSAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL* CODE | PAÍS COUNTRY |
| One State Street Plaza | New York | NY | 10004 | USA |

4. COLATERAL. Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of taxes on crude oil and crude oil derivative products received by, or allocated to, the Debtor pursuant to Act No. 34 of 1997, as amended; (ii) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (iii) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels other than those for which 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1998 Resolution Bonds and investment earnings therein; and (v) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated or may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

| 5. Marque solo si aplica y solo una opción: Colateral está ☐ en possesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto | Check *only if applicable and* check *only* one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Marque solo si aplica y una sola alternativa / Check *only if applicable and check only* one box: ☐ Transacción de Financiamiento Público / *Public-Finance Transaction* ☐ Transacción de Casa Prefabricada / *Manufactured-Home Transaction* ☐ Un Deudor es una entidad transmisora / A Debtor is a *Transmitting Utility* | 6b. Marque *solo* si aplica y solo una alternativa / Check *only if applicable and check only* one box. ☐ Gravamen Agrícola *Agricultural Lien* ☐ Inscripción extraregistral *Non-UCC Filing* |
| 7. DESIGNACIÓN ALTERNA (si aplica): *ALTERNATIVE DESIGNATION (if applicable):* ☐ Arrendador/Arrendatario *Lessee/Lessor* ☐ Consignatario/ Consignador *Consignee/Consignor* ☐ Consignatario/ Consignador *Consignee/Consignor* ☐ Vendedor/ Comprador *Seller/Buyer* ☐ Depositario/ Fiador *Bailee/Bailor* ☐ Concesionario/Concedente *Licensee/Licensor* | |
| 8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / *OPTIONAL FILER REFERENCE DATA:* | |

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

2014004846

REGISTRO DE
ANSACCIONES COMERCIA

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

᠎᠎ ᠎᠎ -9 PM 3: 00

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| B. E-MAIL CONTACT AT FILER (optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Minillas Government Center, South Building | CITY San Juan | STATE PR | POSTAL CODE 00921 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION * | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS One Wall Street | CITY New York | STATE NY | POSTAL CODE 10286 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:

—REFER TO EXHIBIT A ATTACHED HERETO, INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. —

— Exhibit A attached hereto consists of one page. —

* HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION NO. 98-06, ADOPTED BY THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor's a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: Services Commercial Transactions Registry of the Puerto Rico Department of State    286583-001

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)

**EXHIBIT A**
REGISTRO DE
***US ACCIONES COMERCIA***

**TO**

**UNIFORM COMMERCIAL CODE FINANCING STATEMENT** 2011 FEB -9 PM 3: 00

---

DEBTOR:

> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
> Minillas Government Center, South Building
> San Juan, Puerto Rico 00921

SECURED PARTY:

HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION NO. 98-06, ADOPTED BY
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON
FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER
AS THEREIN PERMITTED

> One Wall Street
> New York, New York 10286

### COLLATERAL DESCRIPTION

The Puerto Rico Highways and Transportation Authority (the "Authority") has executed
and delivered a certain Security Agreement dated as of February 7, 2002 and has granted to the
holders of all bonds issued under the Authority's Resolution No. 98-06, adopted on February 26,
1998, as amended (the "Resolution"), a security interest in (i) all Revenues (as defined in the
Resolution) of the Authority, (ii) the Puerto Rico Highways and Transportation Authority
Transportation Revenue Bonds Interest and Sinking Fund, as such term is defined in the
Resolution (and all accounts therein maintained under the Resolution), (iii) the Puerto Rico
Highways and Transportation Authority Transportation Revenue Fund, as such term is defined in
the Resolution (and all accounts therein maintained under the Resolution), and (iv) all amounts
on deposit and required to be on deposit therein by the terms of the Resolution including all
proceeds and all after-acquired property, subject to application as permitted by the Resolution.

HTA_STAY0000283

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EST    2014003807
Registro de Transacciones Comerciales

CANCTLES OF TRANSACCIONES
THE PERIOD ES

14 AUG -4 AM 11: 53

## DECLARACIÓN DE FINANCIAMIENTO / *FINANCING STATEMENT*
SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)*

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / *E-MAIL CONTACT AT FILER (optional)*

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / *SEND ACKNOWLEDGMENT TO: (Name and Address)*

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

1. NOMBRE DEL DEUDOR / *DEBTOR'S NAME*: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto; no omita, modifique o abrevie ningún componente del nombre); al algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

| 1a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | |
|---|---|---|---|
| Puerto Rico Highway and Transportation Authority ("Debtor") | | | |

OR

| 1b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO /*SUFFIX* |
|---|---|---|---|

| 1c. DIRECCIÓN POSTAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
|---|---|---|---|---|
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR/ *DEBTOR'S NAME*: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

| 2a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | |
|---|---|---|---|

OR

| 2b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO *SUFFIX* |
|---|---|---|---|

| 2c. DIRECCIÓN / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
|---|---|---|---|---|

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea sólo un nombre de Acreedor Garantizado (3a o 3b) / *SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)*

| 3a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | |
|---|---|---|---|
| Ambac Assurance Corporation ("Ambac") for benefit of holders of all bonds ("1968 Resolution Bonds") issued under Resolution 68-18. | | | |

OR

| 3b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO *SUFFIX* |
|---|---|---|---|

| 3c. DIRECCIÓN POSAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
|---|---|---|---|---|
| One State Street Plaza | New York | NY | 10004 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of gasoline tax received by, or allocated to, the Debtor pursuant to Act No. 75 of 1965, as amended; (ii) all moneys on account of tax on gas oil and diesel oil received by, or allocated to, the Debtor pursuant to Act No. 120 of 1994, as amended; (iii) all moneys on account of motor vehicle license fees received by, or allocated to, the Debtor pursuant to Act No. 141 of 1960, as amended; (iv) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (v) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels for which 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1968 Resolution Bonds and investment earnings therein; and (vii) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated o may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

| 5. Marque sólo si aplica y sólo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto | Check only if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Marque sólo si aplica y una sola alternativa / *Check only if applicable and check only one box:* <br> ☐ Transacción de Financiamiento Público / *Public-Finance Transaction* ☐ Transacción de Casa Prefabricada / *Manufactured-Home Transaction* ☐ Un Deudor es una entidad transmisora / *A Debtor is a Transmitting Utility* | 6b. Marque sólo si aplica y sólo una alternativa / *Check only if applicable and check only one box:* <br> ☐ Gravamen Agrícola / *Agricultural Lien* ☐ Inscripción extraregistral *Non-UCC Filing* |

| 7. DESIGNACIÓN ALTERNA (si aplica) *ALTERNATIVE DESIGNATION (if applicable):* | ☐ Arrendador/Arrendatario *Lessee/Lessor* | ☐ Consignatario/ Consignador *Consignee/Consignor* | ☐ Vendedor/ Comprador *Seller/Buyer* | ☐ Depositario/ Fiador *Bailee/Bailor* | ☐ Concesionario/Concedente *Licensee/Licensor* |
|---|---|---|---|---|---|

8. DATOS OPCIONALES DE REFERENCIA PARA EL
SOLICITANTE / *OPTIONAL FILER REFERENCE DATA:*

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

HTA_STAY0000284



ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
DEPARTAMENTO DE ~~~~~~
Registro de Transacciones Comercial       2014003808

14 AUG -4 AM 11: 54

## DECLARACIÓN DE FINANCIAMIENTO / FINANCING STATEMENT
SIGA INSTRUCCIONES/ FOLLOW INSTRUCTIONS

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / NAME & PHONE OF CONTACT AT FILER (optional)

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / E-MAIL CONTACT AT FILER (optional)

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / SEND ACKNOWLEDGMENT TO: (Name and Address)

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. NOMBRE DEL DEUDOR / DEBTOR'S NAME: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 1a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |

OR

| 1b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO /SUFFIX |
|---|---|---|---|
| | | | |

| 1c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR/ DEBTOR'S NAME: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el espacio provisto en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 2a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO SUFFIX |
|---|---|---|---|
| | | | |

| 2c. DIRECCIÓN / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| | | | | |

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea sólo un nombre de Acreedor Garantizado (3a o 3b) SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)

| 3a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Holders of all bonds ("1968 Resolution Bonds") issued under Resolution 68-18. | | | | |

OR

| 3b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO SUFFIX |
|---|---|---|---|
| | | | |

| 3c. DIRECCIÓN POSAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| 1675 Broadway, 34th Floor | New York | NY | 10019 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / COLLATERAL: This financing statement covers the following collateral:

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of gasoline tax received by, or allocated to, the Debtor pursuant to Act No. 75 of 1965, as amended; (ii) all moneys on account of tax on gas oil and diesel oil received by, or allocated to, the Debtor pursuant to Act No. 120 of 1994, as amended; (iii) all moneys on account of motor vehicle license fees received by, or allocated to, the Debtor pursuant to Act No. 141 of 1960, as amended; (iv) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (v) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels for which 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1968 Resolution Bonds and investment earnings therein; and (vii) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated o may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

| 5. Marque sólo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto | Check only if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Marque sólo si aplica y una sola alternativa / Check only if applicable and check only one box: | 6b. Marque sólo si aplica y solo una alternativa / Check only if applicable and check only one box: |
|---|---|
| ☑ Transacción de Financiamiento Público / Public-Finance Transaction   ☐ Transacción de Casa Prefabricada / Manufactured-Home Transaction   ☐ Un Deudor es una entidad transmisora / A Debtor is a Transmitting Utility | ☐ Gravamen Agrícola Agricultural Lien   ☐ Inscripción no-UCC (entrara gistra) Non-UCC Filing |

| 7. DESIGNACIÓN ALTERNA (si aplica) / ALTERNATIVE DESIGNATION (if applicable): | ☐ Arrendador/Arrendatario Lessee/Lessor | ☐ Consignatario/ Consignador Consignee/Consignor | ☐ Vendedor/ Comprador Seller/Buyer | ☐ Depositario/ Fiador Bailee/Bailor | ☐ Concesionario/Concedente Licensee/Licensor |
|---|---|---|---|---|---|

| 8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / OPTIONAL FILER REFERENCE DATA: |
|---|
| |

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

HTA_STAY0000285

2014004845

RESISTRO DE
LWS: CTION, E COMERCIA

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

`'WI SEP -9 PM 3:01`

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | | | | |
| OR | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION * | | | | |
| OR | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| One Wall Street | New York | NY | 10286 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

—— REFER TO EXHIBIT A ATTACHED HERETO, INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. ——

—— Exhibit A attached hereto consists of two pages. ——

\* HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: Services Commercial Transactions Registry of the Puerto Rico Department of State    286583-004

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)

**EXHIBIT A**

REGISTRO DE
TRANSACCIONES COMERCIAL

**TO**

**UNIFORM COMMERCIAL CODE FINANCING STATEMENT** 2021 FEB 2 PM 3: 01

---

DEBTOR:

> PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY
> Minillas Government Center, South Building
> San Juan, Puerto Rico 00921

SECURED PARTY:

HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26,
1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN
PERMITTED

> One Wall Street
> New York, New York 10286

COLLATERAL DESCRIPTION

Pursuant to that certain Resolution No. 98-06 adopted on February 26, 1998 (as the same
may be amended or supplemented from time to time, the "1998 Resolution"), all of the Debtor's
right, title and interest in and to (a) all "Revenues," which include, without limitation, (i) all
moneys received by the Debtor on account of the crude oil tax allocated to the Debtor by Act No.
34, approved July 16, 1997, as amended, (ii) all Existing Tax and Fee Revenues upon the repeal
and cancellation of the 1968 Resolution, (iii) any tolls or other charges imposed by the Debtor
for the use of any of the Toll Facilities other than Existing Toll Facilities Revenues received by
the Debtor prior to the repeal and cancellation of the 1968 Resolution and (iv) the proceeds of
any other taxes, fees or charges which the Legislature of Puerto Rico has allocated or may in the
future allocate to the Debtor and has expressly authorized or in the future expressly authorizes
the Debtor to pledge to the payment of the principal of and interest on bonds or other obligations
of the Debtor and which are pledged by the Debtor to the payment of the principal of and interest
on bonds or other obligations issued under the provisions of the 1998 Resolution, and investment
earnings on deposits to the credit of funds established under the provisions of the 1998
Resolution, (b) the Puerto Rico Highways and Transportation Authority Transportation Revenue
Bonds Interest and Sinking Fund (and all accounts created therein by or pursuant to the 1998
Resolution, including without limitation, the "Senior Bond Service Account," "Senior Bond
Redemption Account," and "Senior Bond Reserve Account") , the Puerto Rico Highways and
Transportation Authority Subordinated Transportation Revenue Bonds Interest and Sinking Fund
(and all accounts created therein by or pursuant to the 1998 Resolution, including without
limitation, the "Subordinated Bond Service Account" and "Subordinated Bond Redemption
Account"), the Puerto Rico Highways and Transportation Authority Subordinated Transportation
Revenue Bonds Reserve Fund (and all accounts created therein by or pursuant to the 1998
Resolution), the Puerto Rico Highways and Transportation Authority Transportation Revenue
Fund (and all accounts created therein by or pursuant to the 1998 Resolution) and the Puerto

HTA_STAY0000287

REGISTRO DE

Rico Highways and Transportation Authority Transportation Construction Fund, a special fund created and designated by the 1998 Resolution and all other accounts and funds created by or pursuant to the 1998 Resolution; and (c) all proceeds and products of the foregoing.

When used herein, the following terms have the following meanings:

"1968 Resolution" means Resolution No. 68-18 adopted by the Debtor on June 13, 1968, as amended by supplemental resolutions of the Debtor adopted on February 17, 1972, October 29, 1990, June 23, 1992, July 15, 1993 (effective September 8, 1993) and August 10, 1993, together with all amendments thereto thereafter as therein permitted.

"1968 Resolution Bonds" means all bonds issued under the 1968 Resolution.

"Existing Tax and Fee Revenues" means (1) the proceeds of the sixteen cents a gallon tax imposed on gasoline and one-half of the eight cents per gallon tax imposed on gas oil and diesel oil imposed by Subtitle B of Act No. 120, approved October 31, 1994, as amended, and allocated to the Debtor by Act No. 223 of November 30, 1995, as amended, and by said Act's predecessor statutes and (2) the proceeds of the $15 increase per vehicle of annual motor vehicle license fees imposed by the Commonwealth of Puerto Rico and allocated to the Debtor by Act No. 9, approved August 12, 1982.

"Existing Toll Facilities Revenues" means the tolls or other charges imposed by the Debtor for the use of any Traffic Facilities financed in whole or in part by the issuance of 1968 Resolution Bonds, including any extensions, betterments or improvements to such Traffic Facilities added after the issuance of bonds under the provisions of Section 207 of the 1998 Resolution however financed or otherwise paid for.

"Toll Facilities" means any Traffic Facilities for which the Debtor imposes tolls.

"Traffic Facilities" means any of the following facilities for which 1968 Resolution Bonds or bonds or other obligations shall be issued by the Debtor under the provisions of the 1998 Resolution the cost of which facilities paid from the proceeds of such bonds or other obligations shall not have been reimbursed to the Debtor from funds not encumbered by the 1998 Resolution or the 1968 Resolution:

(1) roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals and any other land or water facilities necessary or desirable in connection with the movement of persons, freight, vehicles or vessels;

(2) parking lots and structures and other facilities necessary or desirable in connection with parking, loading or unloading of all kinds of vehicles or vessels; and

(3) all property rights, easements, and interests therein necessary or desirable for the construction, maintenance, control, operation or development of such traffic facilities.

HTA_STAY0000288



Government of Puerto Rico
Search Date: 2nd day of July 2018
Good Through Date: 1st day of July 2018
Standard RA9 Search

**Filer Information**

Name: Gutierrez Elizabeth
Email: egutierrez@rcpsc.com

If you have any questions or concerns regarding this Search Report, please contact a UCC specialist at (787) 722-2121 ext. 4401.

**Search Criteria**

Name as Provided:

| Organization Name | Puerto Rico Highway and Transportation Authority |

Name Searched:

| Organization Name | Puerto Rico Highway and Transportation Authority |

Lien Type Searched:        UCC
Lien Status Type Searched: Active
Address:                   [Not Provided]

HTA_STAY0000313

## Search Results

### Financing Statement

| | |
|---|---|
| File Number | 2014002566 |
| File Number | UCC Financing Statement |
| Filing Date | Fri May 16 00:00:00 AST 2014 |
| Lapse Date | Thu May 16 00:00:00 AST 2019 |

Debtor
| | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

Secured Party
| | |
|---|---|
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1968 RESOLUTION (AS DEFINED BELOW) |
| Address | ONE WORLD FINANCIAL CENTER, NEW YORK, NY, 10281,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014002566 | UCC1 - UCC Financing Statement | 05/16/2014 | 2 |

### Financing Statement

| | |
|---|---|
| File Number | 2014003809 |
| File Number | UCC Financing Statement |
| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |

Debtor
| | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

Secured Party
| | |
|---|---|
| Name | HOLDERS OF ALL BONDS ("1998 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 98-06 |
| Address | 1675 BROADWAY, 34TH FLOOR, NEW YORK, NY, 10019,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014003809 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

### Financing Statement

| | |
|---|---|
| File Number | 2014004847 |
| File Number | UCC Financing Statement |
| Filing Date | Tue Sep 09 00:00:00 AST 2014 |
| Lapse Date | Mon Sep 09 00:00:00 AST 2019 |

Debtor
| | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

Secured Party
| | |
|---|---|
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION |
| Address | ONE WALL STREET, NEW YORK, NY, 10286,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014004847 | UCC1 - UCC Financing Statement | 09/09/2014 | 3 |

### Financing Statement

HTA_STAY0000314

| File Number | 2014002568 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Fri May 16 00:00:00 AST 2014 |
| Lapse Date | Thu May 16 00:00:00 AST 2019 |

| Debtor | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

| Secured Party | |
|---|---|
| Name | ASSURED FIR THE BENEFIT OF HOLDERS OF ALL BONDS UNDER THE 1968 REOLUTION (AS DEFINED |
| BELOW) | |
| Address | 31 W. 52ND ST., #26, NEW YORK, NY, 10019,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014002568 | UCC1 - UCC Financing Statement | 05/16/2014 | 2 |

### Financing Statement

| File Number | 2014003810 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |

| Debtor | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

| Secured Party | |
|---|---|
| Name | AMBAC ASSURANCE CORPORATION ("AMBAC") FOR BENEFIT OF HOLDERS OF ALL BONDS ("1998 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 98-06 |
| Address | ONE STATE STREET PLAZA, NEW YORK, NY, 10004,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014003810 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

### Financing Statement

| File Number | 2014004846 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Tue Sep 09 00:00:00 AST 2014 |
| Lapse Date | Mon Sep 09 00:00:00 AST 2019 |

| Debtor | |
|---|---|
| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

| Secured Party | |
|---|---|
| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION |
| Address | ONE WALL STREET, NEW YORK, NY, 10286,US |

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014004846 | UCC1 - UCC Financing Statement | 09/09/2014 | 2 |

### Financing Statement

| File Number | 2014003807 |
|---|---|
| File Number | UCC Financing Statement |

HTA_STAY0000315

| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
|---|---|
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |

**Debtor**

| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
|---|---|
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

**Secured Party**

| Name | AMBAC ASSURANCE CORPORATION (AMBAC) FOR BENEFIT OF HOLDERS OF ALL BONDS ("1968 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 68-18 |
|---|---|
| Address | ONE STATE STREET PLAZA, NEW YORK, NY, 10004,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014003807 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

### Financing Statement

| File Number | 2014003808 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Mon Aug 04 00:00:00 AST 2014 |
| Lapse Date | Sun Aug 04 00:00:00 AST 2019 |

**Debtor**

| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
|---|---|
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

**Secured Party**

| Name | HOLDERS OF ALL BONDS ("1968 RESOLUTION BONDS") ISSUED UNDER RESOLUTION 68-18 |
|---|---|
| Address | 1675 BROADWAY, 34TH FLOOR, NEW YORK, NY, 10019,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014003808 | UCC1 - UCC Financing Statement | 08/04/2014 | 1 |

### Financing Statement

| File Number | 2014004845 |
|---|---|
| File Number | UCC Financing Statement |
| Filing Date | Tue Sep 09 00:00:00 AST 2014 |
| Lapse Date | Mon Sep 09 00:00:00 AST 2019 |

**Debtor**

| Name | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY |
|---|---|
| Address | NOT_AVAILABLE, NOT_AVAILABLE, PR, 00000,US |

**Secured Party**

| Name | HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION |
|---|---|
| Address | ONE WALL STREET, NEW YORK, NY, 10286,US |

History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2014004845 | UCC1 - UCC Financing Statement | 09/09/2014 | 3 |

HTA_STAY0000316

2014002566

REGISTRO DE TRANSACCIOHES COMERCIAL

2018 MAY 16 AM 10: 49

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Cadwalader, Wickersham & Taft LLP
Attention: Lary Stromfeld
One World Financial Center
New York, NY 10281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Holders of all Bonds issued under the 1968 Resolution (as defined below) | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| One World Financial Center | New York | NY | 10281 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Pursuant to that certain Resolution 69-18 adopted on June 13, 1968 (the "1968 Resolution"), all of the Debtor's right, title, and interest in and to "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of gasoline tax allocated to the Debtor by Act No. 75 of 1965; (ii) tolls or charges imposed by the Debtor for the use of any of the Debtor's traffic facilities, including, without limitation, (a) all highway, road, thoroughfare, speedway, bridge, and tunnel toll facilities, and (b) all parking lots and similar facilities; (iii) proceeds of any other taxes, fees, or charges which the Legislature has allocated to the Debtor and for which the Debtor is expressly authorized to pledge to the repayment of the Bonds; and (iv) funds and accounts pledged as security for Bonds and investment earnings therein. Capitalized terms used herein and not otherwise defined herein will have the meanings given to such terms in the 1968 Resolution.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
| 8. OPTIONAL FILER REFERENCE DATA: | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

HTA_STAY0000317

## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all instructions, especially Instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.
C.    Complete item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1.    **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter only one Debtor name in item 1 — either an organization's name (1a) or an individual's name (1b). If any part of the individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad).  Enter Debtor's correct name. Do not abbreviate words that are not already abbreviated in the Debtor's name.  If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a.  Organization Debtor Name.  "Organization Name" means the name of an entity that is not a natural person.  A sole proprietorship is not an organization, even if the individual proprietor does business under a trade name.  If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b.  Individual Debtor Name.  "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name.  The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent.  The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box.  Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors.  Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c.  Enter a mailing address for the Debtor named in item 1a or 1b.

2.    **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1.  For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3.    **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP).  If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4.    **Collateral.** Use item 4 to indicate the collateral covered by this financing statement.  If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note:*   If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5.    If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a.  If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b.  If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7.    **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8.    **Optional Filer Reference Data.** This item is optional and is for filer's use only.  For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful.  Do not include social security numbers or other personally identifiable information.

ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

DEPARTAMEN

Registro de Transacciones Co      2014003809



14 AUG -4 AM 11:56

## DECLARACIÓN DE FINANCIAMIENTO / *FINANCING STATEMENT*
SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)*

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / *E-MAIL CONTACT AT FILER (optional)*

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / *SEND ACKNOWLEDGMENT TO: (Name and Address)*

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

1. NOMBRE DEL DEUDOR / *DEBTOR'S NAME*: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

| 1a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |
| OR 1b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO /*SUFFIX* |
| 1c. DIRECCIÓN POSTAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR/ *DEBTOR'S NAME*: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto, no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el el espacion provisto en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

| 2a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| OR 2b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO *SUFFIX* |
| 2c. DIRECCIÓN / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea solo un nombre de Acreedor Garantizado (3a o 3b) / *SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)*

| 3a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Holders of all bonds ("1998 Resolution Bonds") issued under Resolution 98-06. | | | | |
| OR 3b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO *SUFFIX* |
| 3c. DIRECCIÓN POSAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO *STATE* | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
| 1675 Broadway, 34th Floor | New York | NY | 10019 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of taxes on crude oil and crude oil derivative products received by, or allocated to, the Debtor pursuant to Act No. 34 of 1997, as amended; (ii) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (iii) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels other than those for which 1998 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1998 Resolution Bonds and investment earnings therein; and (v) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated or may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

5. Marque solo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto      Check only if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Marque solo si aplica y una sola alternativa / *Check only if applicable and check only one box:* | | 6b. Marque solo si aplica y solo una alternativa / *Check only if applicable and check only one box:* | | |
|---|---|---|---|---|
| ☑ Transacción de Financiamiento Público / *Public-Finance Transaction* | ☐ Transacción de Casa Prefabricada / *Manufactured-Home Transaction* | ☐ Un Deudor es una entidad transmisora / *A Debtor is a Transmitting Utility* | ☐ Gravamen Agrícola / *Agricultural Lien* | ☐ Inscripción extrarregistral *Non-UCC Filing* |

7. DESIGNACIÓN ALTERNA (si aplica)     ☐ Arrendador/Arrendatario *Lessee/Lessor*     ☐ Consignatario/ Consignador *Consignee/Consignor*     ☐ Vendedor/ Comprador *Seller/Buyer*     ☐ Depositario/ Fiador *Bailee/Bailor*     ☐ Concesionario/Concedente *Licensee/Licensor*
*ALTERNATIVE DESIGNATION (if applicable):*

8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / *OPTIONAL FILER REFERENCE DATA:*

COPIA OFICINA DE REGISTRO   DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/2014)

HTA_STAY0000319

2014004847

REGISTRO DE
TRANSACCIONES COMERCIAL

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

2014 SEP -9 PM 2: 59

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL 62703
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only **one** Debtor name (1a or 1b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | | USA |

2. DEBTOR'S NAME: Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION * | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| One Wall Street | New York | NY | 10286 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:

—— REFER TO EXHIBIT A ATTACHED HERETO, INCORPORATED HEREIN BY REFERENCE AND MADE A
PART HEREOF. ——

—— Exhibit A attached hereto consists of two pages. ——

\* HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL
AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

| 5. Check **only** if applicable and check **only** one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative | | |
|---|---|---|---|
| 6a. Check **only** if applicable and check only one box: ☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check **only** if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing | | |
| 7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: Filed with: Services Commercial Transactions Registry of the Puerto Rico Department of State | 286583-003 | | |

REGISTRO DE
TRANSACCIONES COMERCIAL

**EXHIBIT A**

**TO**

JUN SEP -9 PM 2: 59

**UNIFORM COMMERCIAL CODE FINANCING STATEMENT**

___

DEBTOR:

      PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
      Minillas Government Center, South Building
      San Juan, Puerto Rico 00921

SECURED PARTY:

  HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26,
1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN
PERMITTED

          One Wall Street
          New York, New York 10286

COLLATERAL DESCRIPTION

      Pursuant to that certain Resolution No. 98-06 adopted on February 26, 1998 (as the same
may be amended or supplemented from time to time, the "1998 Resolution"), all of the Debtor's
right, title and interest in and to (a) all "Revenues," which include, without limitation, (i) all
moneys received by the Debtor on account of the crude oil tax allocated to the Debtor by Act No.
34, approved July 16, 1997, as amended, (ii) all Existing Tax and Fee Revenues upon the repeal
and cancellation of the 1968 Resolution, (iii) any tolls or other charges imposed by the Debtor
for the use of any of the Toll Facilities other than Existing Toll Facilities Revenues received by
the Debtor prior to the repeal and cancellation of the 1968 Resolution and (iv) the proceeds of
any other taxes, fees or charges which the Legislature of Puerto Rico has allocated or may in the
future allocate to the Debtor and has expressly authorized or in the future expressly authorizes
the Debtor to pledge to the payment of the principal of and interest on bonds or other obligations
of the Debtor and which are pledged by the Debtor to the payment of the principal of and interest
on bonds or other obligations issued under the provisions of the 1998 Resolution, and investment
earnings on deposits to the credit of funds established under the provisions of the 1998
Resolution, (b) the Puerto Rico Highways and Transportation Authority Transportation Revenue
Bonds Interest and Sinking Fund (and all accounts created therein by or pursuant to the 1998
Resolution, including without limitation, the "Senior Bond Service Account," "Senior Bond
Redemption Account," and "Senior Bond Reserve Account") , the Puerto Rico Highways and
Transportation Authority Subordinated Transportation Revenue Bonds Interest and Sinking Fund
(and all accounts created therein by or pursuant to the 1998 Resolution, including without
limitation, the "Subordinated Bond Service Account" and "Subordinated Bond Redemption
Account"), the Puerto Rico Highways and Transportation Authority Subordinated Transportation
Revenue Bonds Reserve Fund (and all accounts created therein by or pursuant to the 1998
Resolution), the Puerto Rico Highways and Transportation Authority Transportation Revenue
Fund (and all accounts created therein by or pursuant to the 1998 Resolution) and the Puerto

HTA_STAY0000321

REGISTRO DE

Rico Highways and Transportation Authority Transportation Construction Fund, a special fund created and designated by the 1998 Resolution and all other accounts and funds created by or pursuant to the 1998 Resolution; and (c) all proceeds and products of the foregoing. PR 2: 59

When used herein, the following terms have the following meanings:

"1968 Resolution" means Resolution No. 68-18 adopted by the Debtor on June 13, 1968, as amended by supplemental resolutions of the Debtor adopted on February 17, 1972, October 29, 1990, June 23, 1992, July 15, 1993 (effective September 8, 1993) and August 10, 1993, together with all amendments thereto thereafter as therein permitted.

"1968 Resolution Bonds" means all bonds issued under the 1968 Resolution.

"Existing Tax and Fee Revenues" means (1) the proceeds of the sixteen cents a gallon tax imposed on gasoline and one-half of the eight cents per gallon tax imposed on gas oil and diesel oil imposed by Subtitle B of Act No. 120, approved October 31, 1994, as amended, and allocated to the Debtor by Act No. 223 of November 30, 1995, as amended, and by said Act's predecessor statutes and (2) the proceeds of the $15 increase per vehicle of annual motor vehicle license fees imposed by the Commonwealth of Puerto Rico and allocated to the Debtor by Act No. 9, approved August 12, 1982.

"Existing Toll Facilities Revenues" means the tolls or other charges imposed by the Debtor for the use of any Traffic Facilities financed in whole or in part by the issuance of 1968 Resolution Bonds, including any extensions, betterments or improvements to such Traffic Facilities added after the issuance of bonds under the provisions of Section 207 of the 1998 Resolution however financed or otherwise paid for.

"Toll Facilities" means any Traffic Facilities for which the Debtor imposes tolls.

"Traffic Facilities" means any of the following facilities for which 1968 Resolution Bonds or bonds or other obligations shall be issued by the Debtor under the provisions of the 1998 Resolution the cost of which facilities paid from the proceeds of such bonds or other obligations shall not have been reimbursed to the Debtor from funds not encumbered by the 1998 Resolution or the 1968 Resolution:

> (1) roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals and any other land or water facilities necessary or desirable in connection with the movement of persons, freight, vehicles or vessels;
> (2) parking lots and structures and other facilities necessary or desirable in connection with parking, loading or unloading of all kinds of vehicles or vessels; and
> (3) all property rights, easements, and interests therein necessary or desirable for the construction, maintenance, control, operation or development of such traffic facilities.

HTA_STAY0000322

REGISTRO DE
TRANSACCIONES COMERCIALES

2014002568

2014 MAY 16 AM 10: 48

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Cadwalader, Wickersham & Taft LLP
Attention: Lary Stromfeld
One World Financial Center
New York, NY 10281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Assured for the benefit of Holders of all Bonds under the 1968 Resolution (as defined below) | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 31 W. 52nd St., #26 | New York | NY | 10019 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Pursuant to that certain Resolution 69-18 adopted on June 13, 1968 (the "1968 Resolution"), all of the Debtor's right, title, and interest in and to "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of gasoline tax allocated to the Debtor by Act No. 75 of 1965; (ii) tolls or charges imposed by the Debtor for the use of any of the Debtor's traffic facilities, including, without limitation, (a) all highway, road, thoroughfare, speedway, bridge, and tunnel toll facilities, and (b) all parking lots and similar facilities; (iii) proceeds of any other taxes, fees, or charges which the Legislature has allocated to the Debtor and for which the Debtor is expressly authorized to pledge to the repayment of the Bonds; and (iv) funds and accounts pledged as security for Bonds and investment earnings therein. "Assured" means Assured Guaranty Corp. and Assured Municipal Corp. (formerly known as Financial Security Assurance Inc.). Capitalized terms used herein and not otherwise defined herein will have the meanings given to such terms in the 1968 Resolution.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer | | ☐ Bailee/Bailor ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

HTA_STAY0000323

…

## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all instructions, especially instruction 1; use of this correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.
C. Complete item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1. **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter only one Debtor name in item 1 — either an organization's name (1a) or an individual's name (1b). If any part of the Individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad). Enter Debtor's correct name. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a. Organization Debtor Name. "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is not an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b. Individual Debtor Name. "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors. Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c. Enter a mailing address for the Debtor named in item 1a or 1b.

2. **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3. **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4. **Collateral.** Use item 4 to indicate the collateral covered by this financing statement. If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note:* If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5. If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a. If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b. If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7. **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8. **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.

HTA_STAY0000324

ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

DEPARTAMENTO DE E

Registro de Transacciones Comerciali          2014003810



14 AUG -4 AM 11: 55

## DECLARACIÓN DE FINANCIAMIENTO / *FINANCING STATEMENT*
SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)*

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / *E-MAIL CONTACT AT FILER (optional)*

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / *SEND ACKNOWLEDGMENT TO:  (Name and Address)*

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

1. NOMBRE DEL DEUDOR / *DEBTOR'S NAME:* Provea sólo un nombre de Deudor (1a o 1b) (usa el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provee la información del Deudor Individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR).*

| 1a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |

OR

| 1b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | | SUFIJO /*SUFFIX* |
|---|---|---|---|---|

| 1c. DIRECCIÓN POSTAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS COUNTRY |
|---|---|---|---|---|
| VERIFY [Minillas Government Center, South Building] | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR / *DEBTOR'S NAME:* Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cuplera en el espacion provisto en la 2b, caje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completa en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / *Provido only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR).*

| 2a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|

OR

| 2b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | | SUFIJO *SUFFIX* |
|---|---|---|---|---|

| 2c. DIRECCIÓN / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS COUNTRY |
|---|---|---|---|---|

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea sólo un nombre de Acreedor Garantizado (3a o 3b)
*SECURED PARTY'S NAME (or NAME of ASSIGNEE):  Provide only one Secured Party name (3a or 3b)*

| 3a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Ambac Assurance Corporation ("Ambac") for benefit of holders of all bonds ("1998 Resolution Bonds") issued under Resolution 98-06. | | | | |

OR

| 3b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | | SUFIJO *SUFFIX* |
|---|---|---|---|---|

| 3c. DIRECCIÓN POSAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS COUNTRY |
|---|---|---|---|---|
| One State Street Plaza | New York | NY | 10004 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of taxes on crude oil and crude oil derivative products received by, or allocated to, the Debtor pursuant to Act No. 34 of 1997, as amended; (ii) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (iii) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels other than those for which these 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1998 Resolution Bonds and investment earnings therein; and (v) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated or may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

| 5. Marque solo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto | Check *only* if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Marque solo si aplica y una sola alternativa / *Check only if applicable and check only one box:* | | 6b. Marque solo si aplica y solo una alternativa / *Check only if applicable and check only one box:* | |
|---|---|---|---|
| ☐ Transacción de Financiamiento Público / *Public-Finance Transaction* | ☐ Transacción de Casa Prefabricada / *Manufactured-Home Transaction* | ☐ Un Deudor es una entidad transmisora / *A Debtor is a Transmitting Utility* | ☐ Gravamen Agrícola / *Agricultural Lien* ☐ Inscripción extraregistral / *Non-UCC Filing* |

| 7. DESIGNACIÓN ALTERNA (si aplica) / *ALTERNATIVE DESIGNATION (if applicable):* | ☐ Arrendador/Arrendatario / *Lessee/Lessor* | ☐ Consignatario/ Consignador / *Consignee/Consignor* | ☐ Vendedor/ Comprador / *Seller/Buyer* | ☐ Depositario/ Fiador / *Bailee/Bailor* | ☐ Concesionario/Concedente / *Licensee/Licensor* |
|---|---|---|---|---|---|

8. DATOS OPCIONALES DE REFERENCIA PARA EL
SOLICITANTE / *OPTIONAL FILER REFERENCE DATA:*

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

2014004846

REGISTRO DE
TRANSACCIONES COMERCIA...

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

2014 SEP -9 PM 3: 00

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| B. E-MAIL CONTACT AT FILER (optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION * | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| One Wall Street | New York | NY | 10286 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

—REFER TO EXHIBIT A ATTACHED HERETO, INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. —

— Exhibit A attached hereto consists of one page. —

* HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION NO. 98-06, ADOPTED BY THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

| 5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | | | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: ☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | | |

8. OPTIONAL FILER REFERENCE DATA:
Filed with: Services Commercial Transactions Registry of the Puerto Rico Department of State    286583-001

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)

**EXHIBIT A**
**TO**
**UNIFORM COMMERCIAL CODE FINANCING STATEMENT**

REGISTRO DE
US ACCIONES COMERCIA'

2011 FEB -9 PM 3: 00

DEBTOR:

> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
> Minillas Government Center, South Building
> San Juan, Puerto Rico 00921

SECURED PARTY:

HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION NO. 98-06, ADOPTED BY
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON
FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER
AS THEREIN PERMITTED

> One Wall Street
> New York, New York 10286

COLLATERAL DESCRIPTION

The Puerto Rico Highways and Transportation Authority (the "Authority") has executed
and delivered a certain Security Agreement dated as of February 7, 2002 and has granted to the
holders of all bonds issued under the Authority's Resolution No. 98-06, adopted on February 26,
1998, as amended (the "Resolution"), a security interest in (i) all Revenues (as defined in the
Resolution) of the Authority, (ii) the Puerto Rico Highways and Transportation Authority
Transportation Revenue Bonds Interest and Sinking Fund, as such term is defined in the
Resolution (and all accounts therein maintained under the Resolution), (iii) the Puerto Rico
Highways and Transportation Authority Transportation Revenue Fund, as such term is defined in
the Resolution (and all accounts therein maintained under the Resolution), and (iv) all amounts
on deposit and required to be on deposit therein by the terms of the Resolution including all
proceeds and all after-acquired property, subject to application as permitted by the Resolution.

HTA_STAY0000327

ESTADO LIBRE ASOCIADO DE

PUERTO RICO

DEPARTAMENTO DE EST        2014003807

Registro de Transacciones Comerciales

C T T F S LE  TRANSAC' IONE S
T P' ' HI?' ES

14 AUG -4 AM II: 53

## DECLARACIÓN DE FINANCIAMIENTO / *FINANCING STATEMENT*
SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)*

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / *E-MAIL CONTACT AT FILER (optional)*

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección): / *SEND ACKNOWLEDGMENT TO: (Name and Address)*

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

1. NOMBRE DEL DEUDOR / *DEBTOR'S NAME*: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto; no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

| 1a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority ("Debtor") | | | | | |

OR

| 1b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | | SEGUNDO NOMBRE / ADDITIONAL NAME | | SUFIJO /SUFFIX |
|---|---|---|---|---|---|

| 1c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR/ *DEBTOR'S NAME*: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forme UCC1AdPR) / *Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)*

| 2a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|

OR

| 2b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | | SEGUNDO NOMBRE / ADDITIONAL NAME | | SUFIJO SUFFIX |
|---|---|---|---|---|---|

| 2c. DIRECCIÓN / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea sólo un nombre de Acreedor Garantizado (3a o 3b) / *SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)*

| 3a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Ambac Assurance Corporation ("Ambac") for benefit of holders of all bonds ("1968 Resolution Bonds") issued under Resolution 68-18. | | | | | |

OR

| 3b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | | SEGUNDO NOMBRE / ADDITIONAL NAME | | SUFIJO SUFFIX |
|---|---|---|---|---|---|

| 3c. DIRECCIÓN POSAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| One State Street Plaza | New York | NY | 10004 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of gasoline tax received by, or allocated to, the Debtor pursuant to Act No. 75 of 1965, as amended; (ii) all moneys on account of tax on gas oil and diesel oil received by, or allocated to, the Debtor pursuant to Act No. 120 of 1994, as amended; (iii) all moneys on account of motor vehicle license fees received by, or allocated to, the Debtor pursuant to Act No. 141 of 1960, as amended; (iv) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (v) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for the parking, loading or unloading of vehicles and vessels for which 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1968 Resolution Bonds and investment earnings therein; and (vii) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated o may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

5. Marque solo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto / Check *only* if applicable and check *only* one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Marque solo si aplica y una sola alternativa / Check *only* if applicable and check *only* one box: ☐ Transacción de Financiamiento Público / Public-Finance Transaction ☐ Transacción de Casa Prefabricada / Manufactured-Home Transaction ☐ Un Deudor es una entidad transmisora / A Debtor is a Transmitting Utility

6b. Marque solo si aplica y solo una alternativa / Check *only* if applicable and check *only* one box: ☐ Gravamen Agrícola / Agricultural Lien ☐ Inscripción extrarregistral Non-UCC Filing

7. DESIGNACIÓN ALTERNA (si aplica) / ALTERNATIVE DESIGNATION (if applicable): ☐ Arrendador/Arrendatario / Lessee/Lessor ☐ Consignatario/ Consignador Consignee/Consignor ☐ Vendedor/ Comprador/ Seller/Buyer ☐ Depositario/ Fiador/ Bailee/Bailor ☐ Concesionario/Concedente/ Licensee/Licensor

8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / OPTIONAL FILER REFERENCE DATA:

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
DEPARTAMENTO DE ESTADO

Registro de Transacciones Comercial        2014003808

14 AUG -4  AM 11: 54

## DECLARACIÓN DE FINANCIAMIENTO / FINANCING STATEMENT
SIGA INSTRUCCIONES/ FOLLOW INSTRUCTIONS

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / NAME & PHONE OF CONTACT AT FILER (optional)

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / E-MAIL CONTACT AT FILER (optional)

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección) / SEND ACKNOWLEDGMENT TO:  (Name and Address)

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. NOMBRE DEL DEUDOR / DEBTOR'S NAME: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 1a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME |
|---|
| Puerto Rico Highway and Transportation Authority |

OR

| 1b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO /SUFFIX |
|---|---|---|---|
| | | | |

| 1c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

2. NOMBRE DEL DEUDOR/ DEBTOR'S NAME: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el el espacios provisto en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit to line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 2a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME |
|---|
| |

OR

| 2b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO SUFFIX |
|---|---|---|---|
| | | | |

| 2c. DIRECCIÓN / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| | | | | |

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea sólo un nombre de Acreedor Garantizado (3a o 3b)
SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)

| 3a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME |
|---|
| Holders of all bonds ("1968 Resolution Bonds") issued under Resolution 68-18. |

OR

| 3b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO SUFFIX |
|---|---|---|---|
| | | | |

| 3c. DIRECCIÓN POSAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO STATE | CÓDIGO POSTAL / POSTAL CODE | PAÍS COUNTRY |
|---|---|---|---|---|
| 1675 Broadway, 34th Floor | New York | NY | 10019 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / COLLATERAL: This financing statement covers the following collateral:

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of gasoline tax received by, or allocated to, the Debtor pursuant to Act No. 75 of 1965, as amended; (ii) all moneys on account of tax on gas oil and diesel oil received by, or allocated to, the Debtor pursuant to Act No. 120 of 1994, as amended; (iii) all moneys on account of motor vehicle license fees received by, or allocated to, the Debtor pursuant to Act No. 141 of 1960, as amended; (iv) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (v) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels for which 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1968 Resolution Bonds and investment earnings therein; and (vii) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated o may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

| 5. Marque sólo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e Instrucciones) ☐ administrado por Representante de un difunto | Check only if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Marque sólo si aplica y una sola alternativa / Check only if applicable and check only one box: | 6b. Marque sólo si aplica y solo una alternativa / Check only if applicable and check only one box: |
|---|---|
| ☒ Transacción de Financiamiento Público / Public-Finance Transaction    ☐ Transacción de Casa Prefabricada / Manufactured-Home Transaction    ☐ Un Deudor es una entidad transmisora / A Debtor is a Transmitting Utility | ☐ Gravamen Agrícola / Agricultural Lien    ☐ Inscripción (no transacción) / Non-UCC Filing |

| 7. DESIGNACIÓN ALTERNA (si aplica) / ALTERNATIVE DESIGNATION (if applicable): | ☐ Arrendador/Arrendatario Lessee/Lessor | ☐ Consignatario/ Consignador Consignee/Consignor | ☐ Vendedor/ Comprador Seller/Buyer | ☐ Depositario/ Fiador Bailee/Bailor | ☐ Concesionario/Concedente Licensee/Licensor |
|---|---|---|---|---|---|

| 8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / OPTIONAL FILER REFERENCE DATA: |
|---|

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

HTA_STAY0000329

2014004845

RESISTRO DE
<span>LUSE OFION S COMERCIA</span>

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

<span>2011 SEP -9 PM 3: 01</span>

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐                   ¬

       **Corporation Service Company**

       **801 Adlai Stevenson Drive**

       **Springfield, IL 62703**

L                   ⌐

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | | | | |
| OR   1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR   2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HOLDERS OF ALL BONDS ISSUED UNDER THE 1998 RESOLUTION * | | | | |
| OR   3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| One Wall Street | New York | NY | 10286 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

—— REFER TO EXHIBIT A ATTACHED HERETO, INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. ——

—— Exhibit A attached hereto consists of two pages. ——

\* HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | | ☐ being administered by a Decedent's Personal Representative |
|---|---|---|
| 6a. Check only if applicable and check only one box: ☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |

8. OPTIONAL FILER REFERENCE DATA:
Filed with: Services Commercial Transactions Registry of the Puerto Rico Department of State      286583-004

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)

**EXHIBIT A**
**TO**
**UNIFORM COMMERCIAL CODE FINANCING STATEMENT**

REGISTRO DE
TRANSACCIONES COMERCIA

2021 SEP 2  PM 3: 01

DEBTOR:

> PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY
> Minillas Government Center, South Building
> San Juan, Puerto Rico 00921

SECURED PARTY:

HOLDERS OF ALL BONDS ISSUED UNDER RESOLUTION 98-06 ADOPTED BY THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON FEBRUARY 26, 1998, TOGETHER WITH ALL AMENDMENTS THERETO THEREAFTER AS THEREIN PERMITTED

> One Wall Street
> New York, New York 10286

## COLLATERAL DESCRIPTION

Pursuant to that certain Resolution No. 98-06 adopted on February 26, 1998 (as the same may be amended or supplemented from time to time, the "1998 Resolution"), all of the Debtor's right, title and interest in and to (a) all "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of the crude oil tax allocated to the Debtor by Act No. 34, approved July 16, 1997, as amended, (ii) all Existing Tax and Fee Revenues upon the repeal and cancellation of the 1968 Resolution, (iii) any tolls or other charges imposed by the Debtor for the use of any of the Toll Facilities other than Existing Toll Facilities Revenues received by the Debtor prior to the repeal and cancellation of the 1968 Resolution and (iv) the proceeds of any other taxes, fees or charges which the Legislature of Puerto Rico has allocated or may in the future allocate to the Debtor and has expressly authorized or in the future expressly authorizes the Debtor to pledge to the payment of the principal of and interest on bonds or other obligations of the Debtor and which are pledged by the Debtor to the payment of the principal of and interest on bonds or other obligations issued under the provisions of the 1998 Resolution, and investment earnings on deposits to the credit of funds established under the provisions of the 1998 Resolution, (b) the Puerto Rico Highways and Transportation Authority Transportation Revenue Bonds Interest and Sinking Fund (and all accounts created therein by or pursuant to the 1998 Resolution, including without limitation, the "Senior Bond Service Account," "Senior Bond Redemption Account," and "Senior Bond Reserve Account") , the Puerto Rico Highways and Transportation Authority Subordinated Transportation Revenue Bonds Interest and Sinking Fund (and all accounts created therein by or pursuant to the 1998 Resolution, including without limitation, the "Subordinated Bond Service Account" and "Subordinated Bond Redemption Account"), the Puerto Rico Highways and Transportation Authority Subordinated Transportation Revenue Bonds Reserve Fund (and all accounts created therein by or pursuant to the 1998 Resolution), the Puerto Rico Highways and Transportation Authority Transportation Revenue Fund (and all accounts created therein by or pursuant to the 1998 Resolution) and the Puerto

HTA_STAY0000331

REGISTRO DE

Rico Highways and Transportation Authority Transportation Construction Fund, a special fund
created and designated by the 1998 Resolution and all other accounts and funds created by or
pursuant to the 1998 Resolution; and (c) all proceeds and products of the foregoing.

When used herein, the following terms have the following meanings:

"1968 Resolution" means Resolution No. 68-18 adopted by the Debtor on June 13, 1968, as
amended by supplemental resolutions of the Debtor adopted on February 17, 1972, October 29,
1990, June 23, 1992, July 15, 1993 (effective September 8, 1993) and August 10, 1993, together
with all amendments thereto thereafter as therein permitted.

"1968 Resolution Bonds" means all bonds issued under the 1968 Resolution.

"Existing Tax and Fee Revenues" means (1) the proceeds of the sixteen cents a gallon tax
imposed on gasoline and one-half of the eight cents per gallon tax imposed on gas oil and diesel
oil imposed by Subtitle B of Act No. 120, approved October 31, 1994, as amended, and allocated
to the Debtor by Act No. 223 of November 30, 1995, as amended, and by said Act's predecessor
statutes and (2) the proceeds of the $15 increase per vehicle of annual motor vehicle license fees
imposed by the Commonwealth of Puerto Rico and allocated to the Debtor by Act No. 9,
approved August 12, 1982.

"Existing Toll Facilities Revenues" means the tolls or other charges imposed by the Debtor for
the use of any Traffic Facilities financed in whole or in part by the issuance of 1968 Resolution
Bonds, including any extensions, betterments or improvements to such Traffic Facilities added
after the issuance of bonds under the provisions of Section 207 of the 1998 Resolution however
financed or otherwise paid for.

"Toll Facilities" means any Traffic Facilities for which the Debtor imposes tolls.

"Traffic Facilities" means any of the following facilities for which 1968 Resolution Bonds or
bonds or other obligations shall be issued by the Debtor under the provisions of the 1998
Resolution the cost of which facilities paid from the proceeds of such bonds or other obligations
shall not have been reimbursed to the Debtor from funds not encumbered by the 1998 Resolution
or the 1968 Resolution:

(1) roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations,
terminals and any other land or water facilities necessary or desirable in connection
with the movement of persons, freight, vehicles or vessels;
(2) parking lots and structures and other facilities necessary or desirable in connection
with parking, loading or unloading of all kinds of vehicles or vessels; and
(3) all property rights, easements, and interests therein necessary or desirable for the
construction, maintenance, control, operation or development of such traffic facilities.

HTA_STAY0000332