NOTE: THIS WP REPRESENT AUDITED F/S
FOR FY 12-13 OF THE PR HIGHWAYS AND
TRANSPORTATION AUTHORITY

AUDITED FINANCIAL STATEMENTS, REQUIRED
SUPPLEMENTARY INFORMATION AND
SUPPLEMENTAL SCHEDULES

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)
Years Ended June 30, 2013 and 2012
With Report of Independent Auditors

Ernst & Young LLP





Building a better
working world

EXHIBIT
62

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000095
FOMB_CONF_57847

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Audited Financial Statements, Required Supplementary Information and
Supplemental Schedules
Years Ended June 30, 2013 and 2012

# Contents

Report of Independent Auditors ......................................................................................... 1
Management's Discussion and Analysis ............................................................................. 3

Audited Financial Statements

Statements of Net Position ................................................................................................ 20
Statements of Revenues, Expenses and Changes in Net Position ................................... 22
Statements of Cash Flows ................................................................................................. 23
Notes to Financial Statements .......................................................................................... 25

Required Supplementary Information

Schedule of Funding Progress for Retiree Health Plan .................................................... 80

Other Information (Unaudited)

Schedule of Revenues and Expenses by Segment (Unaudited) ....................................... 81

1403-1217371

CONFIDENTIAL
CONFIDENTIAL



Ernst & Young LLP
1000 Scotiabank Plaza
273 Ponce de León Avenue
San Juan, PR 00917-1951

Tel: +1 787 759 8212
Fax: +1 787 753 0808
ey.com

Building a better
working world

## Report of Independent Auditors

Hon. Miguel Torres Díaz, Secretary
Department of Transportation and Public Works
Commonwealth of Puerto Rico

### Report on the Financial Statements

We have audited the accompanying financial statements of the Puerto Rico Highways and
Transportation Authority (the Authority), a component unit of the Commonwealth of Puerto Rico,
as of and for the years ended June 30, 2013 and 2012, and the related notes to the financial
statements, which collective comprise the Authority's basic financial statements as listed in the
table of contents.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements
in conformity with United States generally accepted accounting principles; this includes the
design, implementation, and maintenance of internal control relevant to the preparation and fair
presentation of financial statements that are free from material misstatement, whether due to fraud
or error.

### *Auditor's Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audit. We
conducted our audits in accordance with auditing standards generally accepted in the United States
and the standards applicable to financial audits contained in *Government Auditing Standards*,
issued by Comptroller General of the United States. Those standards require that we plan and
perform the audit to obtain reasonable assurance about whether the financial statements are free of
material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and
disclosures in the financial statements. The procedures selected depend on the auditor's judgment,
including the assessment of the risks of material misstatement of the financial statements, whether
due to fraud or error. In making those risk assessments, the auditor considers internal control
relevant to the entity's preparation and fair presentation of the financial statements in order to
design audit procedures that are appropriate in the circumstances, but not for the purpose of
expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express
no such opinion. An audit also includes evaluating the appropriateness of accounting policies used
and the reasonableness of significant accounting estimates made by management, as well as
evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a
basis for our audit opinion.

1403-1217371

A member firm of Ernst & Young Global Limited

1

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000097
FOMB_CONF_57849



Building a better
working world

*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Authority as of June 30, 2013 and 2012, and the changes in financial position and, where applicable, cash flows thereof for the years then ended in accordance with U.S. generally accepted accounting principles.

**Adoption of GASB No. 60,** *Accounting and Financial Reporting for Service Concession Arrangements*

As discussed in Note 8 and 21 to the financial statements, the Authority adopted GASB No. 60, *Accounting and Financial Reporting for Service Concession Arrangements*, effective for periods beginning after December 15, 2011. Our opinion is not modified with respect to this matter.

**Required Supplementary Information**

U.S. generally accepted accounting principles require that the management's discussion and analysis on pages 3 through 19 and the schedule of funding progress for retiree health plan on page 80 be presented to supplement the basic financial statements. Such information, although not a required part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

**Other Information**

Our audit was conducted for the purpose of forming an opinion on the financial statements that comprise the Authority's basic financial statements. The schedule of revenues and expenses by segment is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has not been subjected to the auditing procedures applied in the audit of the basic financial statements and, accordingly, we do not express an opinion or provide any assurance on it.

*Ernst + Young LLP*

April 29, 2014

Stamp No. E104876
affixed to
original of
this report.

1403-1217371

2

A member firm of Ernst & Young Global Limited

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000098
FOMB_CONF_57850

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis

Years Ended June 30, 2013 and 2012

The following discussion and analysis of the financial performance and activity of the Puerto Rico Highways and Transportation Authority (the Authority) provides an introduction and understanding of the basic financial statements of the Authority for the fiscal years ended June 30, 2013 and 2012. This discussion was prepared by management and should be read in conjunction with the financial statements and the notes thereto, which follows this section.

**June 30, 2013 and 2012**

The Authority's net position totaled $3,245.4 million and $3,385.8 million at June 30, 2013 and 2012, respectively. Net position decreased by $139.5 million in 2013, as compared to a decrease of approximately $357.1 million in 2012.

The Authority's net capital assets, including assets under service concession agreements, totaled $11,159.7 million and $11,201.0 million at June 30, 2013 and 2012, respectively. Net capital assets decreased by 0.37% at June 30, 2013, when compared with the balance at June 30, 2012, and increased by .2% at June 30, 2012, when compared with the balance at June 30, 2011 of $11,169.3 million.

**Financial Statements**

The basic financial statements provide information about the Authority's business-type activities. The financial statements are prepared in accordance with U.S. generally accepted accounting principles as promulgated by the Governmental Accounting Standards Board (GASB).

**Overview of the Financial Statements for Business-Type Activities**

The financial statements consist of the: (1) statements of net position, (2) statements of revenues, expenses, and changes in net position, (3) statements of cash flows, and (4) notes to the financial statements. The financial statements are prepared on the accrual basis of accounting, meaning that all expenses are recorded when incurred and all revenues are recognized when earned, in accordance with U.S. generally accepted accounting principles.

1403-1217371

3

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Statements of Net Position**

The statement of net position reports all financial and capital resources of the Authority. The statement is presented in the format where assets plus deferred outflow of resources equal liabilities plus deferred inflow of resources plus net position. Assets and liabilities are presented in order of liquidity and are classified as current (convertible into cash within one year) and noncurrent. The focus of the statement of net position is to show a picture of the liquidity and financial health of the Authority as of the end of the year.

The Authority's net position is reported in the following categories:

- *Net Investment in Capital Assets* – This component of net position consists of all capital assets, net of accumulated depreciation, reduced by the outstanding balances of any bonds, notes, or other borrowings that are attributable to the acquisition, construction, or improvement of those assets. Although the Authority's investment in its capital assets is reported net of related debt, it is noted that the resources required to repay this debt must be provided annually from toll operations, vehicle license fees, certain investment income, gasoline and petroleum taxes allocated annually by the Commonwealth of Puerto Rico, since the capital assets themselves cannot be used to liquidate liabilities.

- *Restricted for Debt Service* – This component of net position consists of restricted assets for the principal and interest payments of the bonds payable. This restriction is imposed by the bondholders through debt covenants.

- *Restricted for Construction* – This component of net position consists of restricted assets for the specific purpose of paying for construction projects. This restriction is imposed by the grantors and contributors, as well as the bondholders through debt covenants.

- *Unrestricted* – This component consists of net position that does not meet the definition of net investment in capital assets or restricted for debt service or for construction.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000100
FOMB_CONF_57852

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

### Statements of Revenues, Expenses, and Changes in Net Position

The statement of revenues, expenses, and changes in net position includes operating revenues, which consist of toll, train fares, impact fee and other, and operating expenses, such as costs of operating toll roads, the mass transportation system, administrative expenses, and depreciation on capital assets; and "non-operating" revenue and expenses, such as gasoline, diesel, oil and petroleum taxes, vehicle license fee, interest and investment income, and interest expense. The statement also includes capital contributions. The focus of the statement of revenues, expenses, and changes in net position is the change in net position. This is similar to net income or loss, and portrays the results of operations of the Authority for the entire operating period.

### Statements of Cash Flows

The statement of cash flows discloses net cash provided by or used by operating activities, investing activities, noncapital financing activities, and from capital and related financing activities. This statement also portrays the financial health of the Authority in that current cash flows are sufficient to pay current liabilities.

### Notes to Financial Statements

The notes to financial statements are an integral part of the basic financial statements and describe the significant accounting policies, related-party transactions, deposits and investments, capital assets, bonds payable, long-term liabilities, retirement plans, derivative financial instruments, and the commitments and contingencies. The reader is encouraged to review the notes in conjunction with the management discussion and analysis and the financial statements.

1403-1217371

5

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000101
FOMB_CONF_57853

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Financial Analysis of the Authority's Business-Type Activities**

*Statements of Net Position*

The following table reflects a condensed summary of assets, liabilities, and net position of the Authority as of June 30, 2013, 2012 and 2011:

| | | June 30 | |
| --- | --- | --- | --- |
| | **2013** | **2012** | **2011** |
| | | *(as restated)* | *(as restated)* |
| **Assets** | | | |
| Current assets | $ 46,387,073 | $ 63,085,325 | 42,126,457 |
| Restricted assets | 755,784,499 | 774,552,419 | 841,396,278 |
| Capital assets, net | 10,989,776,673 | 11,040,166,343 | 11,097,113,203 |
| Highways and bridge under concession agreement, net | 169,964,172 | 160,820,065 | 72,270,000 |
| Other assets | 77,706,575 | 83,882,693 | 112,483,903 |
| **Deferred outflow of resources** | 10,656,454 | 25,463,629 | 63,299,248 |
| Total assets and deferred outflow of resources | $ 12,050,275,446 | $ 12,147,970,474 | 12,228,689,089 |
| **Liabilities** | | | |
| Current liabilities | $ 581,978,156 | $ 499,944,746 | 583,929,310 |
| Long-term liabilities, net | 7,057,168,149 | 7,077,239,554 | 7,829,544,001 |
| Total liabilities | 7,639,146,305 | 7,577,184,300 | 8,413,473,311 |
| **Deferred inflow of resources** | 1,165,674,255 | 1,184,937,000 | 72,270,000 |
| **Net position** | | | |
| Net investment in capital assets | 2,956,277,114 | 2,863,500,577 | 3,262,710,495 |
| Restricted for debt service | 459,244,329 | 552,636,977 | 520,346,513 |
| Restricted for construction | 41,792,974 | 64,889,718 | 65,696,842 |
| Unrestricted | (211,919,531) | (95,178,098) | (105,808,072) |
| Total net position | 3,245,394,886 | 3,385,849,174 | 3,742,945,778 |
| Total liabilities, deferred inflow of resources and net position | $ 12,050,215,446 | $ 12,147,970,474 | $ 12,228,689,089 |

1403-1217371

6

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000102
FOMB_CONF_57854

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

*June 30, 2013, 2012 and 2011*

Current assets decreased by approximately 26.5% to $46.3 million in 2013, increased by 49.8%
to $63.1 million in 2012 and increased by 14.5% to $42.1 million in 2011. For fiscal year 2013,
the change in current assets is primarily due to a decrease by $12.1 million in accounts
receivable related with the Department of Transportation and Public Works (DTPW) and a
decrease in other assets of approximately $8.0 million related with the cash in excess received in
2012 belonging to interest payments. For fiscal year 2012, the change in current assets is
primarily due to an increase in accounts receivable of approximately $13 million due to transfers
of funds and operational expenses paid related to the Maritime Transportation Authority (MTA)
and an increase of $9.4 million for other assets. In fiscal year 2011, the change in current assets
is primarily due to an increase in accounts receivable of approximately $3.9 million due to
transfers of funds and operational expenses paid related to the MTA.

The restricted assets decreased by 2.3% to $755.7 million in 2013, decreased by 8.0% to $774.6
million in 2012 and increased by .40% to $841.3 million in 2011. During fiscal year 2013, the
Authority's cash and cash equivalents and investments with trustee decreased by approximately
$15.0 million mainly due to the repayment of bonds payable related to current year maturities
and the advance repayment of Grant Anticipation Revenue Bonds Series 2004. For fiscal year
2012, the Authority entered into a toll roads concession and lease agreement. As result of the
transaction, cash and equivalents and investments with trustee decreased by approximately
$170.0 million mainly due to the repayment of debt service funds of the bonds payable related to
the toll roads. In addition, the transaction resulted in an increase of approximately $99.0 million
in cash and cash equivalents in order to meet cash collateral requirements as a result of the toll
roads concession and lease agreement. The net effect results in the decrease of restricted assets.
In fiscal year 2011, the increase consisted of an increase in cash and cash equivalents, and cash
and investments with trustee of approximately $11.9 million.

For fiscal year 2013, capital assets decreased by 0.46% to $10,989.8 million mainly due to the
increase of $427 million in roads, bridges and equipment offset by a net decrease in construction
in progress of $40.0 million and an increase in accumulated depreciation of approximately of
$423 million; fiscal year 2012, capital assets decreased by .01% to $11,040.1 million mainly due
to a transfer of highway and bridge under service concession agreement by $84.9 million as a
result of a toll roads service concession agreement offset by an increase in construction in
progress of approximately $473.1 million and an increase in accumulated depreciation of
approximately $429.9 million; for fiscal year 2011, capital assets decreased by .44% to
$11,097.1 million mainly due to a net decrease in construction in progress of approximately
$106.3 million and an increase in accumulated depreciation of approximately $408.7 million.
Capital assets are funded mainly with the proceeds of bonds and notes and with capital
contributions from the Federal Highways Administration (FHWA). Total capital contributions

J403-1217371

7

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000103
FOMB_CONF_57855

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

from FHWA during fiscal years 2013, 2012 and 2011 used to fund capital assets amounted to approximately $12.0 million each year.

For fiscal year 2013, highways and bridge under service concession agreement assets increased by 5.7% to $169.9 million mainly due to the recognition of $11.3 million in capital improvements made to the Toll Roads PR-5 and PR-22 offset by an increase in accumulated depreciation of the Bridge by $2.2 million. Also as of June 30, 2013, the Authority recognized the Teodoro Moscoso Bridge (the Bridge), a toll bridge at fair value of $109.5 million which was constructed under a service concession agreement with Autopistas de Puerto Rico y Compañía S.E. (Autopistas). Thus, the beginning net position balance was adjusted by $39.4 million to recognize the first eighteen (18) years of operation; fiscal year 2012, increased by 122% to $160.8 million mainly due to a reclassification entry from capital assets to recognize the toll road service concession agreement with Autopistas Metropolitanas Puerto Rico, LLC (the Concessionaire), in which the Authority granted to the Concessionaire the right to operate PR-5 and PR-22 highways (the Toll Roads) for a period of 40 years.

For fiscal year 2013, other non-current assets decreased by 7.3% to $77.7 million due to a decrease in bond issuance cost of $6.1 million related to bonds repayment and the current year amortization. For fiscal year 2012, other non-current assets decreased by 25.4% to $83.9 million due to a decrease in revenue bond issuance costs of $28.4 million related to bonds repaid with cash received as a result of the toll roads concession and lease agreement transaction. For fiscal year 2011, other non-current assets decreased by 4.1% to $112.5 million due to a decrease in revenue bond issuance costs of $4.1 million related to the current year amortization.

For fiscal year 2013, the deferred unrealized loss decreased by 58.2% to $10.7 million due to a decrease in deferred unrealized losses on derivative instruments in 2013 of $14.8 million. For fiscal year 2012, deferred unrealized loss decreased by 60.0% to $25.5 million due to a decrease in deferred unrealized losses on derivative instruments in 2012 of $37.8 million. For fiscal year 2011, the deferred unrealized loss was recorded by the amount of $63.3 million to record this loss in value.

For the years ended June 30, 2013, 2012 and 2011, the current liabilities increased by 16.4% to $581.9 million in 2013, decreased by 14.3% to $499.9 million in 2012 and increased by 6.5% to $583.9 million in 2011. For fiscal year 2013, the increase was mainly due to the increase of $97.6 million of interest payable and an increase of $14.9 million of bonds payable offset by a decrease of $11.3 million of accounts payable and accounts subcontractor payable. In 2012, the drivers of the decrease was mainly due to the net effect of a decrease in accrued interest payable of $90 million and an increase in accounts and subcontractors payable of $48.8 million. In 2011,

1403-1217371

8

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000104
FOMB_CONF_57856

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

the increase was mainly due to the net effect of an increase in accrued interest payable and
current portion of bonds payable and a decrease in accounts payable and accrued liabilities.

For fiscal year 2013, net long-term liabilities decreased by .01% to $7,057.2 million mainly due
to the net effect of an increase of the legal reserve of $68.3 million related with property
expropriations; increase of line of credits of $163.1 million offset by a decrease of fair value of
derivative instruments of $82.3 million and a decrease in bonds payable of $175.1 million. For
fiscal year 2012, net long-term liabilities decreased by 9.6% to $7,077.2 million mainly due to a
decrease in bonds payable of $1,450.9 million, as a result of toll roads concession and lease
agreement transaction and a decrease in fair value of derivative instruments of $127.2 million
offset by an increase of line of credit of $587.6 million. For fiscal year 2011, net long-term
liabilities, net, increased by 3.5% to $7,829.5 million due principally to a net effect of an
increase non-revolving lines of credit and a decrease in bonds payable.

For fiscal year 2013, the deferred inflow of resources decreased by 1.6% to $1,165.6 million due
to the net effect of the recognition of $11.3 million in capital improvements made to the Toll
Roads PR-5 and PR-22 offset by the current year amortization of $28.4 million of the unearned
service concession agreement revenue of the toll roads concession. For fiscal year 2012, the
deferred inflow of resources was recorded by $1,136.1 million as a result of the unearned
revenue of toll roads concession and lease agreement transaction offset by the current year
amortization of $21.3 million.

For fiscal years 2013, 2012 and 2011 the net position decreased by 4.1 % to $3,245.4 million,
decreased by 9.5% to $3,385.8 million, and decreased by 9.6% to $3,742.9 million, respectively,
mainly due to a reduction in the amounts invested in capital assets and unrestricted net position.

CONFIDENTIAL                                                              KPMG-CPR-0000105
CONFIDENTIAL                                                              FOMB_CONF_57857

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Condensed Statements of Revenues, Expenses and Changes in Net Position**

The following table reflects a condensed summary of the revenues, expenses, and changes in net position for the years ended on June 30, 2013, 2012 and 2011.

| | | June 30 | |
|---|---|---|---|
| | 2013 | 2012 | 2011 |
| Total operating revenues | $ 184,877,794 | $ 201,578,228 | $ 230,106,473 |
| Total operating expenses | 314,377,045 | 275,136,952 | 334,654,082 |
| Depreciation and amortization | 438,151,665 | 438,215,062 | 426,231,251 |
| Operating loss | (567,650,916) | (511,773,786) | (530,778,860) |
| Non-operating revenues | 292,597,032 | 292,590,181 | 304,445,431 |
| Non-operating expenses | (294,330,807) | (444,430,852) | (365,683,858) |
| Loss before capital grants | (569,384,692) | (663,614,457) | (592,017,287) |
| Capital contributions | 428,930,404 | 306,517,853 | 182,656,688 |
| Change in net position | (140,454,288) | (357,096,604) | (409,360,599) |
| Net position at beginning of year | 3,385,849,174 | 3,742,945,778 | 4,152,306,377 |
| Net position at end of year | $ 3,245,394,886 | $ 3,385,849,174 | $ 3,742,945,778 |

*Years Ended June 30, 2013, 2011 and 2011*

Operating revenues, which consisted of toll fares, train fares and other revenues decreased by 8.0% to $184.8 million, decreased by 11.0% to $204.7 million and increased by 2.5% to $230.1 million in 2013, 2012 and 2011, respectively. During fiscal year 2013, the decrease was mainly due to the net effect of an increase of $7.1 million of revenue related with toll service concession agreements and other income of $2.2 million and, a decrease of $9.6 million in toll revenues. During fiscal year 2012, the decrease was mainly due to the net effect of a decrease in toll revenues of $63.0 million related with the initiation of the service concession agreement of the Toll Roads PR-5 and PR-22 and an increase of revenues related with the toll roads concession and lease agreement of $30.2 million. During fiscal year 2011, the increase is due to higher retail sales of automobile and light trucks which increased toll revenues.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000106
FOMB_CONF_57858

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

Operating expenses increased by 14.3% to $314.3 million in 2013, decreased by 16.9% to $278.3 million in 2012, increased by 27.9% to $334.6 million in 2011. For 2013, the increase of $55.6 million in operating expenses is the net effect of more expenses related the impairment of capital projects of $33.6 million and increase in bad debt expense of $16.4 million offset by a decrease of integrated transportation system expense of $15.0 million. For 2012, the decrease of $56.4 million in operating expenses is the net effect of less expenses related with the early retirement and economic incentives for voluntary employment termination offered to eligible employees of $67.8 million, a decrease in legal claims of $39.4 million, and an increase of $39.6 million in project expenses. For 2011, the increase is mainly due to a program that provides benefits for early retirement and economic incentives for voluntary employment termination to eligible employees with a financial impact of $77.1 million.

Non-operating revenues, which consist principally of gasoline, oil, diesel and petroleum taxes, and vehicle license fees allocated by the Commonwealth of Puerto Rico to the Authority, remained unchanged in 2013 and reflected a decrease 4.0% and 3.9%, in 2012 and 2011, respectively. During fiscal years 2012 and 2011 the decrease was mainly due to less gasoline, oil, diesel and petroleum taxes collected due to the general economic conditions in Puerto Rico.

Non-operating expenses, which consist principally of interest expense on bonds and lines of credit and the change of fair value upon hedge termination decreased by 33.8% to $294.3 million, by 21.5% to $444.4 million and by 12.0% to $365.6 million in 2013, 2012 and 2011, respectively. For 2013, the decrease was due to the net effect of an increase of interest income of $24 million related with a GIC agreement termination income offset by an increase in fair value upon hedge termination of $230.6 million, and an increase in interest expense on bond and line of credit of $18 million. For 2012, the increase was due to the net effect of a decrease in fair value upon hedge termination of $165.0 million offset by a gain on extinguishment of debt of $83.0 million related to the partial repayment of Series N LIBOR bonds payable. For 2011, this increase is due to the net effect of an increase in interest expense on swap agreements of $4.9 million and a decrease in fair value upon hedge termination of $35 million.

1403-1217371

11

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000107
FOMB_CONF_57859

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

## CAPITAL ASSETS AND DEBT ADMINISTRATION

### Capital Assets

At June 30, 2013, 2012 and 2011, the Authority had invested approximately $10,989.8 million, $11,040.4 million, and $11,040.1 million, respectively, in capital assets (net of related depreciation) including roads, bridges, transportation equipment, buildings, land and equipment and construction in progress.

At the end of fiscal year 2005, the Authority started operating the mass rail transportation system for the San Juan metropolitan area known as "Tren Urbano". The Authority incurred approximately $2.42 billion in costs, of which $685.7 million was paid with federal funds. The Tren Urbano in San Juan consists of approximately 17km. of track running from Bayamón to Santurce. Maintenance services are partially funded with capital contributions from the Federal Transit Administration (FTA). Total capital contributions received from FTA during fiscal years 2013, 2012 and 2011 and used for maintenance services amounted to $12 million each year.

The Authority extended the original five-year contract for the operation and maintenance of the Tren Urbano with a private company, for five (5) additional years ending on June 5, 2015. Under this agreement, the private company is responsible for operating and maintaining Tren Urbano, and is entitled to receive for such services an annual base compensation, subject to inflation adjustment for changes in cost of labor and materials. The base compensation does not include the costs of insurance and electricity, which are paid by the Authority.

On September 22, 2011, the Authority entered into a toll road concession and lease agreement with a private company named "Autopistas Metropolitanas Puerto Rico, LLC" (the Concessionaire), in which the Authority granted to the Concessionaire the right to finance, operate and maintain the PR-22 and PR-5 highways (the Concessioned Toll Roads) for a period of 40 years. During the 40-year term, the Concessionaire will have the right to charge and collect the tolls imposed on the Concessioned Toll Roads. The Authority received an upfront concession fee of $1.136 billion, from which approximately $873.1 million was used to redeem and defease bonds issued and outstanding associated with the Leased Toll Roads.

On December 20, 1992, the Authority and Autopistas entered into a service concession agreement (the Concession Agreement), amended in 1992, 2004 and 2009, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge, which traverses the San José Lagoon between the municipalities of San Juan and Carolina. Autopistas designed and constructed the Bridge and commenced operating the Bridge on February 23, 1994.

1403-1217371

12

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000108
FOMB_CONF_57860

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

The initial term of this agreement was 35 years, expiring on April 3, 2027. On September 9, 2009, the agreement was amended to extend its term to 50 years (2044). As of June 30 2013, the Authority recognized the Bridge at fair value, equivalent to what the Authority might have paid to have the Bridge constructed (replacement cost) at valuation date. The replacement cost was determined to be $109.5 million depreciated over an estimated useful life of 50 years and a deferred inflow of resources of $109.5 million that will be amortized and recognized as revenue over the term of the agreement (50 years). The asset balance related to the Bridge was adjusted to recognize the first 17 years of operation and the remaining amortization will be amortized by 33 years. Refer to Notes 8 and 21 for change in accounting principle's retroactive application.

**Debt Administration**

As of June 30, 2013, 2012 and 2011, the principal amount of the Highways and Senior Transportation, and Grant Anticipation Revenues Bonds outstanding, net of unamortized discounts and net losses on advance refundings which approximated $4,732.8 million, $4,893.0 million and $6,386.9 million, respectively, were insured and rated Baa3 by Moody's Investors Service (Moody's), and BBB by Standard & Poor's (S&P) for the Senior Bonds and BBB+ for the other bonds. The remaining uninsured bonds are rated Baa1 by Moody's and A by S&P, except for the Subordinated Transportation Revenue Bonds, which are rated Aaa and A, respectively.

The Authority's bond sales must be approved by the Secretary of Transportation and Public Works, who exercises the powers of the Governing Board of the Authority in coordination with the Government Development Bank (GDB) for Puerto Rico, the Fiscal Agent of the Commonwealth of Puerto Rico. The Authority must comply with certain rules and regulations of the United States Treasury Department and the United States Securities and Exchange Commission relating to such sales.

In connection with the issuance of the CPI and LIBOR Bonds, the Authority has entered into interest-rate swap agreements. In general, the swap agreements provide that, subject to the terms thereof, the Authority will pay to the swap provider a fixed rate and the swap provider will pay the Authority a floating rate based on the CPI or LIBOR Rate, based on a notional amount equal to the principal amount of the CPI and LIBOR Bonds outstanding. The purpose of the swap agreement is generally to convert the Authority's floating rate obligations with respect to the CPI and LIBOR Bonds to fixed rate obligations.

On June 24, 2013, the Authority paid $86.0 million aggregate principal amount of the outstanding balance of the Grant Anticipation Revenue Bonds, Series 2004 under its Resolution 04-18, adopted by the Authority on April 7, 2004.

CONFIDENTIAL                                                    KPMG-CPR-0000109
CONFIDENTIAL                                                    FOMB_CONF_57861

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)


**ECONOMIC FACTORS AND FISCAL YEAR 2014 BUDGET**

**Interrelation between the Puerto Rican and U.S. Economies**

The economy of Puerto Rico must be analyzed as a region of the United States (U.S.) economy, since it is part of the U.S. monetary and banking system and it is located within its customs and territorial boundaries. The main driver of the Puerto Rican economy is a huge external sector closely tied to the flow of merchandise, tourists, and capital between Puerto Rico and the U.S. Thus, historically, the real growth rate of the Puerto Rican economy has followed that of the U.S. economy, except in periods of energy crisis, when the rise in oil prices exerted a more profound negative effect on the level of economic activity in Puerto Rico than in the United States.

**Behavior of the U.S. Economy during and after the Great Recession**

According to the National Bureau of Economic Research (NBER), the U.S. economy entered into a recessionary period in December 2007, which turned into a deep recession in the third quarter of 2008, concurrently with a U.S. and global financial and housing market crises. The 2007-2010 U.S. recession has been the longest and deepest since the Great Depression of the thirties. In fiscal year 2009, real Gross National Product (GNP) dropped by -2.92% in the United States, suffering a loss of -3.82 million payroll workers and a rise in the unemployment rate to an average of -7.6%. Although the NBER declared that the Great Recession was officially over as of June 2009, the U.S. economy posted a meager increase of 0.39% in real GNP in fiscal year 2010, experiencing an additional loss of 4.23 million workers, while the unemployment rate climbed to 9.75%. Thus, in a short span of two fiscal years, payroll employment declined from 137.78 million payroll workers in FY2008 to 129.73 million workers in FY2010, a significant 8.05 million job losses. After FY2010, the U.S economy started to expand at a moderate pace as compared to previous recoveries, when real GNP advanced by 2.57% in FY2011 and 2.54% in FY2012. Then the recovery lost steam in FY2013, when the U.S. GNP growth rate dropped to 1.86%. In spite of the U.S. moderate recovery, in the period of fiscal years 2011 to 2013, the U.S. economy recovered 5.06 million jobs, or about half the number of jobs lost during the Great Recession, and the unemployment rate dropped to 7.77% in FY2013. In the first semester of FY2014, the U.S. economy continued to recover 2.61 million additional payroll jobs, almost erasing the 8.05 million jobs lost from FY2008 to FY2010. In December 2013, total payroll jobs reached 138.3 million, close to the pre-recession level of December 2007 (139.2 million), and the unemployment rate had declined to 6.7%. According to the latest forecast of IHS Global Insight (February 2013), U.S. real GNP will increase its growth pace to 2.72% in FY2014.

CONFIDENTIAL                                                            KPMG-CPR-0000110
CONFIDENTIAL                                                            FOMB_CONF_57862

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Impact of the Great Recession and the Energy Crisis on the Puerto Rican Economy**

The impact of the Great Recession, coupled with extremely high petroleum product prices, has been significantly more severe on the Puerto Rican economy as compared to the U.S. economy. First, the recession in Puerto Rico started earlier, with a meager growth rate of 0.49% in real GNP during FY2006. Then, real GNP dropped by -1.21% in FY2007, followed by steep declines of -3.83% and -3.57% in fiscal years 2009 and 2010. In fiscal years 2011 and 2012, the Puerto Rican economy experienced a relative improvement, when posting a decline of -1.60% in FY2011 and a positive, although insignificant, advance of 0.1% in FY2012. However, recessionary conditions in Puerto Rico remained in place during FY2013, when the U.S. economic growth faltered, mainly due to a contraction in federal and state government spending, and the energy crisis intensified. According to the latest projections of the Puerto Rico Planning Board, Puerto Rico real GNP declined by -0.03%, in FY2013.

The energy crisis was ignited again in fiscal year 2011, when the U.S. average refiners' acquisition cost increased by 23.0% and the average retail price of gasoline in Puerto Rico rose by 18.7%, advancing from $2.55 to $3.03 per gallon. Furthermore, the overbuilding in the housing and business sectors continued to exert a negative impact on the construction industry. According to the Census of Population and Housing, the number of vacant housing units rose from 157,151 units in April 2000 to 260,415 units in April 2010, posting an increase of 103,264 vacant units, equivalent to +65.7%. Cement consumption contracted again by -5.0% in fiscal year 2011, declining to a level of 18.5 million bags, the lowest level since fiscal year 1983, while payroll construction employment dropped by -20.1%. The average payroll employment in the construction sector in fiscal year 2011 (31,800 workers) was 46.7% of the pre-recession level in fiscal year 2005 (68,200 workers). And finally, the serious fiscal crisis of the Central Government of Puerto Rico developed prior to 2009, continued to restrain government current consumption by -4.8% in fiscal year 2011, due to the strict measures that had to be implemented to resolve the fiscal crisis. However, according to the Planning Board estimates, in fiscal year 2011 public investment in construction increased by 8.2%, the first increase since fiscal year 2004.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000111
FOMB_CONF_57863

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Fiscal Year 2012:  Main Economic Indicators of the Puerto Rican Economy**

In fiscal year 2012, the Puerto Rican economy started to show some signs of recovery.  Cement consumption increased for the first time since fiscal year 2003, reaching 19.89 million bags, thus posting an advance of 1.35 million bags or 7.3%.  Automobile and light truck retail sales continued the upward movement that started in fiscal year 2010, reaching 96,463 units in fiscal year 2012, posting an increase of 5,941 units or 6.6%.  However, according to the Household Survey, total employment (1,035.5 thou.) declined by -1.1%, although the unemployment rate dropped from 16.2% in FY2011 to 15.2% in FY2012, due to the fall in the labor force participation rate.  Instead of a decline, payroll employment, based on establishment data, recorded an increase of 7,600 jobs, equivalent to 0.8%, the first increase since FY2005. In spite of those signs of recovery, real GNP, according to the official figures of the Planning Board, remained virtually stagnant in FY2012.

**Behavior of Authority's Recurrent Revenues in FY2012**

The moderate improvement in some macroeconomic indicators in fiscal year 2012 was not sufficient to offset the negative impact of higher gasoline prices on Authority's revenues derived from the gasoline and petroleum product taxes.  Average retail gasoline prices increased by 15.1% in FY2012 following another hefty increase of 18.7% in FY2011.  The change in the payment method of one of the main importers of gasoline, which became a bonded taxpayer, thus starting to pay petroleum taxes with a one-month delay, also caused a decline of -$4.3 million in cash revenues of the gasoline and petroleum product taxes.  As a consequence of those negative factors, revenues from the gasoline excise tax of 16 cents per gallon measured at 60 degree Fahrenheit, dropped from $169.46 million in FY2011 to $159.75 million in FY2012.  Revenues from the $3.00 per barrel, also measured at 60 degrees Fahrenheit, declined from $94.38 million in FY2011 to $90.61 million in FY2012.

The Public-Private Alliance (PPA) agreement, signed by the Authority, Autopistas Metropolitanas de Puerto Rico, LLC (Metropistas), a consortium formed by Abertis Infrastructure and Goldman Sachs Infrastructure Partners II, LP, to transfer the operation and income of toll plazas of PR-5 and PR-22, starting on September 22, 2011, significantly reduced revenues from toll receipts of the Authority in fiscal year 2012.  Toll revenues were also negatively affected by a significant substitution of traffic from conventional lanes to auto-express lanes in toll plazas retained by the Authority, since toll fares of auto-express lanes are five cents less than toll fares of conventional lanes. As a result of the PPA with Metropistas and the lower toll fares of express lanes, revenues from Authority's toll plazas experienced a significant decline from $212.17 million in FY2011 to $137.40 million in FY2012. Notwithstanding, this reduction in toll revenues was compensated by fund reductions in debt service payments and operation

1403-1217371

16

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000112
FOMB_CONF_57864

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

costs. Finally, the smaller category of recurrent revenues, diesel oil tax and vehicle license fees
did not record any major change, slightly increasing from $40.60 million in FY2011 to $42.24
million in FY2012.

Total recurrent revenues of the Authority declined from $516.61 million in FY2011 to $430.00
million in FY2012, mainly caused by the PPA concession of PR22 and PR-5 and the contraction
in gasoline and petroleum product taxes due to the significant price increases two years in a row,
and the institutional factor of a change of a major petroleum company to a bonded taxpayer
delaying by one month the cash payment of those taxes. In view of the changes in the structure
of recurrent revenues, mainly caused by the PPA agreement with Metropistas, recurrent revenue
figures of FY2011 and FY2012 are not strictly comparable.

**Fiscal Year 2013: Main Economic Indicators of the Puerto Rican Economy**

As stated above, real GNP of the Puerto Rican economy remained stagnant in FY2013 (-0.03).
The main indicators of economic activity demonstrated a mixed behavior. Cement construction,
after a moderate rise in FY2012, dropped from 19.89 million bags in FY2012 to 17.50 million
bags in FY2013. The construction industry is still affected by an excess supply of vacant
housing units within an environment of declining population. The tourist industry continued its
upward trend, although at a lower growth rate. Registration in tourist hotels increased from 2.10
million guests in FY2012 to 2.19 million guests in FY2013, recording an increase of 4.6%. Sales
of automobiles and light trucks continued to advance in FY2013, from 96,463 units in FY2012 to
101,675 units in FY2013, an increase equivalent to 5.4%. However, this percentage increase
was lower than the one recorded in FY2012 (6.6%). According to the Household Survey, total
employment declined at a lower rate in FY2013 (-0.6%) than in FY2012 (-1.1%). However due
to the decline in the labor force (-2.0%), mainly caused by a drop in the participation rate
(-1.5%), the unemployment rate decreased from 15.2% in FY2012 to 14.0% in FY2013.
Gasoline prices experienced a slight decline in FY2013 (-0.9%), after two years of double-digit
growth. This stabilization of the energy crisis was the best indicator contributing to stop the
decline in Authority's revenues from the gasoline excise tax and the petroleum product tax.

**Behavior of Authority's Recurrent Revenues in FY2013**

The stabilization of retail gasoline prices contributed to increase the gasoline excise tax revenues
from $159.75 million in FY2012 to $161.47 million in FY2013. However, revenues from the
petroleum product excise tax experienced a minor decrease, falling from $90.61 million in
FY2012 to $89.40 million in FY2013. Total revenues from taxes on gasoline and petroleum
products remained stable despite a negative macroeconomic environment, amounting to $250.36
million in FY2012 and $250.87 million in FY2013.

1403-1217371

17

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000113
FOMB_CONF_57865

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

Revenues from toll plazas declined from $137.1 million in FY2012 to $121.0 million in FY2013. However, we must stress that this decline was caused by the decline in revenues from Expressways PR-22 and PR-5, which amounted to $20.89 million in the period from July 1, 2011 to September 21, 2011, prior to the start of operations of Metropistas, while in FY2013 the Authority did not receive any revenues from those Expressways. The other minor sources of Authority revenues remained relatively stable around a $40 million level. Thus, the decline in total revenues from $430.0 million in FY2012 to $412.3 million in FY2013 can be also attributed to the loss of $20.89 million from revenues generated by the toll plazas of PR-22 and PR-5, which were transferred to Metropistas on September 22, 2011.

Following is a summary table of non-operating revenues by type:

|  | 2013 | | 2012 |
|---|---|---|---|
| Gasoline tax | $ | 161,470,652 | $ 159,746,529 |
| Diesel tax | | 7,549,135 | 9,485,894 |
| Oil and petroleum tax | | 89,403,741 | 90,609,132 |
| Vehicle license fee | | 32,842,394 | 32,748,626 |
| Other revenues | | 1,331,109 | — |
| | $ | 292,597,031 | $ 292,590,181 |

**Outlook for Fiscal Year 2014**

The Authority will continue to face a negative macroeconomic environment in fiscal year 2014. However, the impact of the energy crisis of retail gasoline prices is expected to remain stable at levels comparable to FY2013. In spite of the increase in the petroleum product taxes in July 2013, which affected the cost of gasoline in almost 15 cents per gallon, measured at 60 degrees Fahrenheit, after September 2013, a decline in the international gasoline prices offset the tax increase. According to the survey conducted by DACO, the average retail gasoline price in the month of November ($3.36 per ambient gallon) was even lower than the average price in July 2013. On the other hand, the retail price of gasoline in the first semester of FY2014 (July-December) averaged $3.53 per ambient gallon, posting only a minor increase of 3.8 cents per gallon or 1.1% over the same period of FY2013, which is extremely low when compared with the 18.7% and 15.1% increases in fiscal years 2011 and 2012.

1403-1217371

18

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000114
FOMB_CONF_57866

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

Finally, the extraordinary legislative action taken by the Central Government in June 2013 to provide new sources of revenues to the Authority has been historically the most important public policy decision to strengthen its financial situation. First, Act No. 31, approved on June 23, 2013, increased the petroleum product tax from $3.00 to $9.25 per barrel, measured at 60 degrees Fahrenheit, and provided increases every four years based on the U.S. CPI plus 1.50 percentage points. This legislation will increase revenues of the petroleum product tax by no less than $160 million in FY2014. Also, the Act. No. 31 increased $20 million of the cigarette excise tax. Second, Act No. 30, also approved on June 25, 2013, transferred to the Authority the General Fund's motor license fees, increasing the Authority's revenues by around $80 million in FY2014. In addition to those legislative measures, on September 2013, the Authority eliminated the 5 cents per fare discount applicable to express in lanes of toll plazas. Additional income will also be generated in FY2014 by a full year operation of Rio Grande Plazas of Expressway PR-66 and the new exclusive lane of PR-22 in the Section of Bayamón-Dorado.

In summary, notwithstanding an adverse macroeconomic environment, recurrent revenues of the Authority in FY2014 are expected to increase by around $250 million or 60.68% in FY2014.

**CONTACTING THE AUTHORITY'S FINANCIAL MANAGEMENT**

This financial report is designed to provide our bondholders, patrons, and other interest parties with a general overview of the Authority's finances and to demonstrate the Authority's accountability for the money it receives. If you have question or need additional financial information, contact the Puerto Rico Highways and Transportation Authority, Finance Area, P.O. Box 42007, San Juan, Puerto Rico 00940-2007.

1403-1217371

19

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000115
FOMB_CONF_57867

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Net Position

|  | June 30 | |
|---|---|---|
|  | 2013 | 2012 |
|  |  | *(as restated)* |
| **Assets** |  |  |
| Current assets: |  |  |
| Cash and cash equivalents | $ 23,303,547 | $ 24,786,228 |
| Accounts receivable, net | 15,665,258 | 23,439,316 |
| Prepaid expenses and other assets | 7,418,268 | 14,859,781 |
| Total current assets | 46,387,073 | 63,085,325 |
|  |  |  |
| Current restricted assets: |  |  |
| Cash and cash equivalents | 130,120,338 | 130,018,205 |
| Cash and cash equivalents and investments with trustee | 595,350,464 | 610,378,810 |
| Receivables: |  |  |
| U.S. federal government | 29,618,824 | 33,828,284 |
| Accrued interest and other | 634,873 | 327,120 |
| Total current restricted assets | 755,724,499 | 774,552,419 |
|  |  |  |
| Non-current assets: |  |  |
| Capital assets, net | 10,989,776,673 | 11,040,166,343 |
| Highways and bridge under concession agreement, net | 169,964,172 | 160,820,065 |
| Revenue bonds issuance cost, net of accumulated amortization of $45,378,188 and $44,027,091 in 2013 and 2012, respectively | 77,706,577 | 83,882,693 |
| Total assets | 12,039,558,993 | 12,122,506,845 |
|  |  |  |
| **Deferred Outflow of Resources** |  |  |
| Deferred unrealized loss on derivative instruments | 10,656,453 | 25,463,629 |
| Total assets and deferred outflow of resources | $ 12,050,215,446 | $ 12,147,970,474 |

*(Continued)*

1403-1217371

20

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000116
FOMB_CONF_57868

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Net Position (continued)

|  | | June 30 | |
|---|---|---|---|
|  | | 2013 | 2012 |
|  | | | *(as restated)* |
| **Liabilities** | | | |
| Current liabilities: | | | |
| Checks issued over bank balance | $ | 10,977,989 | $ 6,916,240 |
| Accounts payable | | 65,672,477 | 41,423,887 |
| Accrued and other liabilities | | 20,694,036 | 29,374,872 |
| Total current liabilities | | 97,344,502 | 77,714,999 |
| | | | |
| Current liabilities payable from restricted assets: | | | |
| Accounts and subcontractors payable | | 128,071,458 | 178,269,023 |
| Accrued interest payable | | 254,687,195 | 157,025,724 |
| Current portion of bonds payable | | 101,875,000 | 86,935,000 |
| Total current liabilities payable from restricted assets | | 484,633,653 | 422,229,747 |
| | | | |
| Noncurrent liabilities: | | | |
| Accrued legal claims | | 139,667,708 | 70,872,402 |
| Accrued vacations and sick leave | | 10,799,142 | 11,656,498 |
| Fair value of derivative instruments | | 142,417,741 | 224,777,280 |
| Voluntary termination incentive plan liability | | 88,201,828 | 81,902,218 |
| Nonrevolving lines of credit | | 2,045,129,887 | 1,881,963,283 |
| Bonds payable, net | | 4,630,951,844 | 4,806,067,873 |
| Total noncurrent liabilities | | 7,057,168,150 | 7,077,239,554 |
| Total liabilities | | 7,639,146,305 | 7,577,184,300 |
| | | | |
| **Deferred inflow of resources:** | | | |
| Deferred inflow of resources concession agreements | | 1,165,674,255 | 1,184,937,000 |
| | | | |
| **Net position:** | | | |
| Net investment in capital assets | | 2,956,277,114 | 2,863,500,577 |
| Restricted for debt service | | 459,244,329 | 552,636,977 |
| Restricted for construction | | 41,792,974 | 64,889,718 |
| Unrestricted | | (211,919,531) | (95,178,098) |
| Total net position | | 3,245,394,886 | 3,385,849,174 |
| Total liabilities, deferred inflow of resources and net position | | $ 12,050,215,446 | $ 12,147,970,474 |

*See accompanying notes.*

1403-1217371

21

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000117
FOMB_CONF_57869

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Revenues, Expenses and Changes in Net Position

| | Year Ended June 30 | |
| --- | --- | --- |
| | 2013 | 2012 |
| | | *(as restated)* |
| Operating revenues: | | |
| Toll and train fares | $    135,613,733 | $    145,215,486 |
| Other income | 6,796,550 | 23,938,604 |
| Concession service | 42,467,512 | 32,424,138 |
| Total operating revenues | 184,877,795 | 201,578,228 |
| | | |
| Operating expenses: | | |
| Salaries and related benefits | 27,399,603 | 30,807,519 |
| Post-employment benefits | 14,360,263 | 11,456,174 |
| Toll highways administration and maintenance | 46,621,095 | 41,312,346 |
| Train operating and maintenance costs | 56,425,240 | 54,461,637 |
| Integrated transportation system | 11,731,867 | 26,727,607 |
| Repairs and maintenance of roads and bridges | 106,937,515 | 67,595,035 |
| Utilities | 15,293,398 | 10,978,694 |
| Other | 35,608,066 | 31,797,940 |
| Total operating expenses | 314,377,047 | 275,136,952 |
| Operating loss before depreciation and amortization | (129,499,251) | (73,558,724) |
| | | |
| Depreciation and amortization | 438,151,665 | 438,215,062 |
| Operating loss | (567,650,916) | (511,773,786) |
| | | |
| Non-operating revenues (expenses): | | |
| Gasoline, diesel, oil and petroleum tax revenues | 258,423,528 | 259,841,555 |
| Vehicle license fee | 32,842,394 | 32,748,626 |
| Other revenues | 1,331,109 | — |
| Interest on bonds and lines of credit | (402,293,448) | (386,418,320) |
| Investment income: | | |
| Interest and other investment income | 42,424,826 | 24,056,543 |
| Increase (decrease) in fair value upon hedge termination | 65,537,816 | (165,066,348) |
| Gain on extinguishment of debt | — | 82,997,273 |
| Total non-operating expenses, net | (1,733,775) | (151,840,671) |
| Loss before capital contributions | (569,384,692) | (663,614,457) |
| | | |
| Capital contributions | 428,930,404 | 306,517,853 |
| Change in net position | (140,454,288) | (357,096,604) |
| | | |
| Net position at beginning of year, *as restated* | 3,385,849,174 | 3,742,945,778 |
| Net position at end of year | $    3,245,394,886 | $    3,385,849,174 |

*See accompanying notes.*

1403-1217371

22

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

### Statements of Cash Flows

| | | Year Ended June 30 | |
| | | 2013 | 2012 |
|---|---|---:|---:|
| | | | *(as restated)* |
| **Operating activities** | | | |
| Receipts from toll and train fares | $ | 135,613,733 | S   145,215,486 |
| Receipts from other sources | | 58,154,485 | 34,328,857 |
| Payments to employees and related benefits | | (36,317,614) | (23,116,383) |
| Payments to suppliers for goods and services | | (181,928,975) | (236,583,297) |
| Net cash flows used in operating activities | | (24,478,371) | (80,155,337) |
| | | | |
| **Noncapital financing activities** | | | |
| Net change in checks issued over bank balance | | 4,061,749 | (1,527,109) |
| Net cash flows provided by (used in) noncapital financing activities | | 4,061,749 | (1,527,109) |
| | | | |
| **Capital and related financing activities** | | | |
| Receipts from government grants | | 433,139,865 | 297,533,658 |
| Acquisition and construction of capital assets, net of capitalized interest | | (440,927,550) | (384,413,250) |
| Receipts from gasoline, petroleum and vehicle license fees | | 292,597,032 | 294,536,853 |
| Net advances from lines of credit | | 163,166,603 | 587,656,259 |
| Advance from concession agreement | | – | 1,136,160,000 |
| Payment of bonds | | (185,425,000) | (1,003,122,486) |
| Interest paid | | (306,646,525) | (453,433,345) |
| Net cash flows (used in) provided by capital and related financing activities | | (44,095,575) | 474,917,689 |
| | | | |
| **Investing activities** | | | |
| Payments for cash and investments with Trustee | | (477,043,177) | (1,286,804,988) |
| Deposits to cash and investments with Trustee | | 488,586,780 | 321,580,269 |
| Investment and interest income received | | 51,588,046 | 664,830,850 |
| Net cash flows provided by (used in) investing activities | | 63,131,649 | (300,393,869) |
| Net (decrease) increase in cash and cash equivalents | | (1,380,548) | 92,841,374 |
| | | | |
| Cash and cash equivalents at beginning of year | | 154,804,433 | 61,963,059 |
| Cash and cash equivalents at end of year | S | 153,423,885 | S   154,804,433 |

*(Continued)*

1403-12:7371

23

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000119

FOMB_CONF_57871

Puerto Rico Highways and Transportation Authority

(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Cash Flows (continued)

| | | Year Ended June 30 | |
| | | 2013 | 2012 |
| --- | --- | --- | --- |
| | | | *(as restated)* |
| **Reconciliation to cash and cash equivalents** | | | |
| **presented in the statements of net assets** | | | |
| Cash and cash equivalents | $ | **23,303,547** | S    24,786,228 |
| Cash and cash equivalents - restricted | | **130,120,338** | 130,018,205 |
| Total | $ | **153,423,885** | S   154,804,433 |
| | | | |
| **Reconciliation of operating loss to net cash flows** | | | |
| **used in operating activities** | | | |
| Operating loss | $ | **(567,650,916)** | S  (511,773,786) |
| Adjustments to reconcile operating loss to net cash | | | |
| flows used in operating activities: | | | |
| Depreciation and amortization | | **438,151,665** | 436,025,062 |
| Provisions for doubtful accounts - governmental entity | | **18,432,013** | 137,944 |
| Net change in operating assets and liabilities: | | | |
| Accounts receivable | | **(10,657,955)** | (19,212,717) |
| Prepaid expenses and other assets | | **7,441,514** | 4,024,080 |
| Accounts payable | | **24,248,588** | 5,087,664 |
| Accrued liabilities | | **(8,680,837)** | (1,117,784) |
| Accrued legal claims | | **68,795,306** | 1,158,526 |
| Accrued vacations and sick leave | | **(857,359)** | 745,491 |
| Accrued voluntary incentive plan liability | | **6,299,610** | 4,770,183 |
| Net cash flows used in operating activities | $ | **(24,478,371)** | S   (80,155,337) |
| | | | |
| **Supplemental cash flows information** | | | |
| Noncash transactions: | | | |
| Capital appreciation bonds | $ | **6,091,971** | S    5,021,358 |
| Change in fair value of derivative instruments | $ | **(3,595,354)** | S     (822,866) |
| Increase (decrease) in fair value upon hedge termination | $ | **65,537,816** | S  (165,066,348) |
| Deferred inflow of resources concession agreements | $ | **19,262,745** | S   23,493,000 |

*See accompanying notes.*

CONFIDENTIAL                                                                KPMG-CPR-0000120
CONFIDENTIAL                                                                FOMB_CONF_57872

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements

June 30, 2013

## 1. Organization

Puerto Rico Highways and Transportation Authority (the Authority) is a public corporation and instrumentality of the Commonwealth of Puerto Rico, created by Act No. 74 of June 23, 1965, as amended, to design, construct and administer toll roads and highways, and other facilities for the movement of persons, vehicles and vessels, and for the planning, promotion and feasibility of mass transportation systems. The Authority is a component unit of the Commonwealth of Puerto Rico and accordingly is included in the basic financial statements of the Commonwealth of Puerto Rico. The powers normally exercised by a Board of Directors are vested with the Secretary of the Department of Transportation and Public Works (DTPW). The Authority is exempt from the payment of any taxes on its revenues and properties.

## 2. Summary of Significant Accounting Policies

### Measurement Focus and Basis of Accounting

The accounting policies of the Authority conform to generally accepted accounting principles in the United States of America, as promulgated in pronouncements of the Governmental Accounting Standards Board (GASB) and the pronouncements of the Financial Accounting Standards Board (FASB), which are not in conflict with GASB pronouncements, as permitted by GASB Statement No. 62, *Codification of Accounting and Financial Reporting Contained in pre-November 30, 1989 FASB and AICPA Pronouncements.*

The Authority's operations are accounted for as a proprietary fund (enterprise fund) using the flow of economic resources measurement focus and the accrual basis of accounting. With this measurement focus, all assets and all liabilities associated with the Authority's operations are included on the statement of net position. Revenue is recognized in the period in which it is earned and expenses are recognized in the period in which incurred.

The Authority accounts for its operations and financings in a manner similar to private business enterprises; the intent is that costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

CONFIDENTIAL                                                                     KPMG-CPR-0000121
CONFIDENTIAL                                                                     FOMB_CONF_57873

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Cash and Cash Equivalents**

The Authority considers as cash and cash equivalents all highly liquid investments with original
maturities at the date of purchase of three months or less.

**Investments**

The Authority follows the provisions of GASB No. 31, *Accounting and Financial Reporting for
Certain Investments and for External Investment Pools*. This statement requires investments to
be reported on the statement of net position at fair value and investment income, including
changes in the fair value of investments, to be reported as non-operating income in the statement
of revenues, expenses and changes in net position. Fair values have been determined using
quoted market values at June 30, 2013 and 2012.

**Allowance for Doubtful Accounts**

The allowance for doubtful accounts is an amount that management believes will be adequate to
absorb possible losses on existing accounts receivable that may become uncollectible based on
evaluations of collectibility of accounts receivable and prior credit loss experience. Because of
uncertainties inherent in the estimation process, management's estimate of credit losses inherent
in the existing accounts receivable and related allowance may change in the future.

**Capital Assets**

*Cost basis* – Capital assets are recorded at historical cost or fair value when estimates are
required. The cost of property and equipment includes costs for infrastructure assets (rights-of-
way and bridge substructures and highways and bridges), toll facilities, equipment and other
related costs (including software), buildings and furniture and equipment. Highways and bridge
substructures include road sub-base, grading, land clearing, embankments, and other related
costs. Costs for infrastructure assets include construction costs, design and engineering fees and
administrative and general expenses paid from construction monies.

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Capital Assets (continued)**

*Capitalization policy* – Infrastructure capital assets (road, bridges, highways, transportation equipment, etc.) are defined by the Authority as assets with an initial, individual cost of more than $500,000 and an estimated useful life of more than one year. Other capital assets, such as equipment, vehicles, etc. are defined by the Authority as assets with an initial individual cost of more than $100 and an estimated life of more than three years.

Costs to acquire additional capital assets, which replace existing assets or otherwise extend their useful lives, are generally capitalized.

The costs of normal maintenance and repairs that do not add to the value of the assets or materially extend assets lives are expensed as incurred.

Interest cost is capitalized as part of the historical cost of acquiring certain assets. To qualify for interest capitalization, assets must require a period of time before they are ready for their intended purpose. Interest earned on proceeds of tax-exempt borrowings arrangements restricted for the acquisition of qualifying assets is offset against interest cost to determine the net amount to be capitalized. Interest cost is not capitalized on costs paid with the proceeds of grants or donations restricted solely for construction.

*Depreciation of capital assets* – Depreciation is provided using the straight-line method over an estimated useful life of 40 years for roads and highways, 50 years for bridges and transportation system (including transportation equipment and facilities) and 10 years for equipment, vehicles and other. Depreciation and amortization for the years ended June 30, 2013 and 2012, amounted to approximately $438.1 million and $441.5 million, respectively.

*Impairment of capital assets* – The Authority has implemented GASB No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries.* The objective of GASB 42 is to establish accounting and financial reporting standards for impairment of capital assets. A capital asset is considered impaired when its service utility has declined significantly and unexpectedly. This statement also clarifies and establishes accounting requirements for insurance recoveries.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000123
FOMB_CONF_57875

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Capital Assets (continued)**

Governments are required to evaluate prominent events or changes in circumstances affecting capital assets to determine whether impairment of a capital asset has occurred. Such events or changes in circumstances that may be indicative of impairment include evidence of physical damage, enactment or approval of laws or regulations or other changes in environmental factors, technological changes or evidence of obsolescence, changes in the manner or duration of use of a capital asset, and construction stoppage among others.

The Authority evaluated its capital assets as required by GASB 42 and an impairment of $33.6 million was identified in the construction in progress account during the year ended June 30, 2013 and it was recorded in the repairs and maintenance line item of these financial statements.

**Service Concession Arrangements**

The Authority follows the provisions of GASB No. 60, *Accounting and Financial Reporting for Service Concession Arrangements* to account for and report service concession arrangements (SCAs), which are a type of public-private or public-public partnership. The term public-private partnership is used to refer to a variety of service arrangements, management arrangements, and SCAs.

The statements establishes that if the facility associated with an SCA is a new facility purchased or constructed by the operator, or an existing facility that has been improved by the operator, the transferor should report (a) the new facility or the improvement as a capital asset at fair value when it is placed in operation, (b) any contractual obligations as liabilities, and (c) a corresponding deferred inflow of resources equal to the difference between (a) and (b). Further, the corresponding deferred inflow of resources should be reduced and revenue should be recognized in a systematic and rational manner over the term of the arrangement, beginning when the facility is placed into operation.

**Claims and Judgments**

The estimated amount of the liability for claims and judgments is recorded on the accompanying statement of net position based on the Authority's evaluation of the probability of an unfavorable outcome in the litigation of such claims and judgments. The Authority consults with legal counsel upon determining whether an unfavorable outcome is expected. Because of uncertainties inherent in the estimation process, management's estimate of the liability for claims and judgments may change in the future.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000124
FOMB_CONF_57876

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

## 2. Summary of Significant Accounting Policies (continued)

### Vacation and Sick Leave

Employees earn annual vacation leave at the rate of 30 days per year up to a maximum permissible accumulation of 30 days for union employees and 60 days for management personnel. Employees accumulate sick leave at the rate of 18 days per year. Sick leave is only payable if the regular employee resigns and has more than 10 years of employment, or retires and takes a pension. Maximum permissible accumulation for sick leave is 90 days for all employees, and the excess is paid within the next year. The Authority records as a liability and as an expense the vested accumulated vacation and sick leave as benefits accrue to employees.

The cost of vacation and sick leave expected to be paid in the next twelve months is classified as current and accrued liabilities while amounts expected to be paid after twelve months are classified as noncurrent liabilities.

### Unamortized Gains/Losses on Advance Refunding

Gains/losses resulting from current or advance refunding of debt are deferred and amortized over the shorter of the life of the new debt and the remaining life of old debt. The amount deferred is reported as a reduction of the debt and the amount amortized is reported as a component of interest expense.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000125
FOMB_CONF_57877

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Bond Premiums (Discounts) and Bond Issuance Costs**

Bond premiums (discounts) are presented in the accompanying statement of net position as an increase/reduction of the face amount of bonds payable. Bond issuance costs are presented as a deferred asset in the accompanying statement of net position. The premiums (discounts) and issuance costs are amortized over the life of the bonds using the effective interest method.

Amortization related to bond premiums (discounts) were approximately $(1.8) million and $23.4 million for the years ended June 30, 2013 and 2012, respectively, and are included as a component of interest expense in the accompanying statements of revenues, expenses and changes in net position.

Depreciation and amortization expense in the accompanying statement of revenues, expenses and changes in net position includes amortization of bond issuance costs for the years ended June 30, 2013 and 2012 of approximately $6.1 million and $11.4 million, respectively.

**Net Position**

Net positions are classified in the following four components in the accompanying statement of net position:

*Net Investment in Capital Assets* – This component of net position consist of capital assets, net of accumulated depreciation, reduced by the outstanding balances of any bonds, mortgages, notes, or other borrowings that are attributable to the acquisition, construction or improvement of those assets. Deferred outflows of resources and deferred inflows of resources that are attributable to the acquisition, construction or improvement of those assets or related debt also should be included in this component of net position. If there are significant unspent related debt proceeds or deferred inflow of resources at year end, the portion of the debt or deferred inflow of resources attributable to the unspent amount should not be included in the calculation of net investment in capital assets. Instead, that portion of the debt or deferred inflows of resources is included in the same net position component (restricted or unrestricted) as the unspent amount.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000126
FOMB_CONF_57878

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

## 2. Summary of Significant Accounting Policies (continued)

### Net Position (continued)

*Restricted for Debt Service* – Net position restricted for debt service consists of restricted assets for payment of principal and interest related to bonds payable. This restriction is imposed by the bondholders through debt covenants.

*Restricted for Construction* – Net position restricted for construction consists of restricted assets for the specific purpose of financing the construction projects. This restriction is imposed by the grantors and contributors, as well as the bondholders through debt covenants.

*Unrestricted* – Unrestricted net position consists of net amount of the assets, deferred outflows of resources, liabilities, and deferred inflows of resources that are not included in the determination of net investments in capital assets or the restricted component of net position.

### Revenue Recognition

The Authority distinguishes operating revenues and expenses from non-operating items. Revenues associated with toll and train fares are recorded as operating revenues when cash is received, except for prepaid amounts which are recognized when earned. Expenses related to the administration and maintenance of toll highways and transportation system, repair and maintenance of roads and bridges, and administrative expenses are recorded as operating expenses. All other revenues and expenses are considered non-operating.

Non-operating revenues consist principally of gasoline, diesel, oil and petroleum taxes and vehicle license fees which are allocated to the Authority by the Commonwealth of Puerto Rico as approved by law to finance the acquisition and construction of capital assets and for the payment of the related debt. These taxes and fees are recorded as non-operating revenues when the Puerto Rico Treasury Department collects such taxes and informs the Authority.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000127
FOMB_CONF_57879

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Contributions**

Contributions are funds assigned by the federal and local governments, agencies and/or private companies such as Federal Highway Administration (FHWA) and Federal Transit Administration (FTA) to the Authority for the exclusive purpose of the construction of specific projects or infrastructure repairs and maintenance. Capital contributions of the Authority are reported as contributions as required by GASB Statement No 33, *Accounting and Financial Reporting for Nonexchange Transactions*.

**Financial Instruments**

The Authority uses derivative financial instruments to manage the economic impact of fluctuations in interest rates. Effective July 1, 2009, the Authority implemented the provisions of GASB No. 53, *Accounting and Financial Reporting for Derivative Instruments*, in accounting for its derivative financial instruments, which requires derivative instruments to be reported at fair value in the statement of net position.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the period. Actual results could differ from those estimates.

The implementation of GASB No. 34, *Basic Financial Statements and Management's Discussion and Analysis for State and Local Governments*, involved the use of assumptions and estimates in the determination of the cost of general infrastructure assets, such as roads, highways, bridges and land. The cost of such assets was estimated based on current costs for similar assets deflated using the general price index through the estimated average age of the assets.

**Reclassification**

Certain reclassifications have been made to the 2012 financial statements to conform to the 2013 financial statements presentation. Such reclassifications had no effect on net income as previously reported.

1403-1217371

32

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000128
FOMB_CONF_57880

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

## 2. Summary of Significant Accounting Policies (continued)

### Risk Financing

The Authority carries commercial insurance to cover casualty, theft, claims and other losses. The current insurance policies have not been cancelled or terminated. The Authority has not settled any claims in excess of its insurance coverage for the years ended June 30, 2013 and 2012.

### New Accounting Pronouncements

GASB has issued the following statements that the Authority has not yet adopted:

| GASB Statement Number | | Adoption Required in Fiscal Year |
|---|---|---|
| 65 | Items Previously Reported as Assets and Liabilities | 2014 |
| 66 | Technical corrections -2012- an amendment of GASB Statement No. 10 and No. 62 | 2014 |
| 67 | Financial Reporting of Pension Plans–an amendment of GASB Statement No. 25 | 2014 |
| 68 | Accounting and Financial Reporting for Pensions - an amendment of GASB Statement No. 27 | 2015 |
| 69 | Government Combinations and Disposals of Government Operations | 2015 |
| 70 | Accounting and Financial Reporting for Nonexchange Financial Guarantees | 2015 |
| 71 | Pension Transition for Contributions Made Subsequent to the Measurement Date, an Amendment of GASB Statement No. 68 | 2015 |

The impact of these statements has not yet been determined by the Authority.

1403-1217371

33

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

## 2. Summary of Significant Accounting Policies (continued)

### Effects of New Accounting Standards

Statement No. 61, *Accounting and Financial Reporting Entity: Omnibus-an amendment of GASB Statement No.14 and No. 34* was effective for fiscal year 2013 had no impact on the basic financial statements of the Authority.

GASB No. 60, *Accounting and Financial Reporting for Service Concession Arrangements* addresses how to account for and report service concession arrangements (SCAs), a type of public-private or public-public partnership that state and local governments are increasingly entering into. The Statement provides guidance on whether the transferor or the operator should report the capital asset in its financial statements, when to recognize up-front payments from an operator as revenue, and how to record any obligations of the transferor to the operator. The Statement also provides guidance for governments that are operators in a SCA. The requirements for this Statement are effective for financial statements for periods beginning after December 15, 2011. In general, its provisions are required to be applied retroactively for all periods presented. The Authority adopted the provisions of the GASB Statement No. 60 for the year ended on June 30, 2013. Refer to Notes 8 and 21 for additional disclosure related to the effect of adoption of GASB No. 60.

GASB No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. The objective of this Statement is to incorporate into the GASB's authoritative literature certain accounting and financial reporting guidance that is included in the following pronouncements issued on or before November 30, 1989, which does not conflict with or contradict GASB pronouncements:

1. Financial Accounting Standards Board (FASB) Statements and Interpretations
2. Accounting Principles Board Opinions
3. Accounting Research Bulletins of the American Institute of Certified Public Accountants' (AICPA) Committee on Accounting Procedure.

The requirements of this Statement are effective for financial statements for periods beginning after December 15, 2011. The provisions of this Statement generally are required to be applied retroactively for all periods presented. The Authority has adopted the provisions of the GASB Statement No.62 for the year ended June 30, 2013. Such adoption had no significant impact on the basic financial statements of the Authority.

1403-1217371

34

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000130
FOMB_CONF_57882

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 2. Summary of Significant Accounting Policies (continued)

#### Effects of New Accounting Standards

GASB No. 63, *Financial Reporting of Deferred Outflows of Resources, Deferred Inflows of Resources and Net Position*, issued on June 2011, changed the structure of government balance sheet. Deferred outflows of resources should be reported in a separate section following assets using the new term and, deferred inflows of resources should be reported in a separate section following liabilities. As a result, assets plus deferred outflows of resources less liabilities and deferred inflows of resources equals to net position. GASB No. 63 indicates that the net position, rather that net assets, should be reported in three components: net investment in capital assets, restricted and unrestricted. GASB No. 63 is effective for financial statements periods beginning after December 15, 2011. The Authority adopted the provisions of the GASB Statement No. 63 for the year ended on June 30, 2013. The adoption of this Statement had no impact on the Authority's basic financial statements other than updating statement categories and titles.

GASB No.64, *Derivative Instruments: Application of Hedge Accounting Termination Provisions*, issued on June 2011, improves financial reporting for state and local governments by clarifying whether an effective hedging relationship continues after the replacement of a swap counterparty or a swap counterparty's credit support provider. As a result of a swap counterparty, or a swap counterparty's credit support provider, committing or experiencing either acts of default or termination events, some governments have replaced their swap counterparty and credit support providers. When these swap agreements have been hedging derivative instruments, questions have arisen regarding the application of the termination of hedge accounting provisions in Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*. Those provisions require a government to cease hedge accounting upon the termination of a hedging derivative instrument, resulting in the immediate recognition of the deferred outflows of resources or deferred inflows of resources as a component of investment income. This Statement clarifies the existing requirements for the termination of hedge accounting. This Statement applies to all state and local governments and amends Statement 53, paragraphs 22 and 82. The hedging derivative instrument is terminated unless an effective hedging relationship continues as provided in this subparagraph. An effective hedging relationship continues when all of the following criteria are met: 1) collectability of swap payments is considered to be probable; 2) the swap counterparty of the interest rate swap or commodity swap, or the swap counterparty's credit support provider, is replaced with an assignment or in-substance assignment; 3) the government enters into the assignment or in-substance assignment in response to the swap counterparty, or the swap counterparty's credit support provider, either committing or experiencing an act of default or a termination event as both are described in the swap agreement. The adoption of this Statement had no impact on the Authority's basic financial statements.

1403-1217371

35

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000131
FOMB_CONF_57883

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**3. Cash and Cash Equivalents**

Cash and cash equivalents at June 30, 2013 and 2012, consisted of:

|  | 2013 | 2012 |
|---|---|---|
| Cash on hand and in banks | $ 8,713,117 | $ 7,097,644 |
| Repurchase agreements | 14,590,430 | 17,688,584 |
| Total | $ 23,303,547 | $ 24,786,228 |

Cash and cash equivalents includes overnight deposits acquired under repurchase agreements with the Economic Development Bank (EDB) and the Government Development Bank (GDB) in the amounts of $14.6 million and $17.7 million at June 30, 2013 and 2012, respectively. These deposits are non-collateralized and, therefore, are subject to custodian credit risk.

**4. Accounts Receivable, Net**

Accounts receivable at June 30, 2013 and 2012, consisted of:

|  | 2013 | 2012 |
|---|---|---|
| Government agencies and other | $ 48,188,827 | $ 42,810,655 |
| Rent receivables | 3,624,092 | 4,350,253 |
| Repairs to highways recoverable from users | 1,521,987 | 1,475,660 |
| Other | 12,195,865 | 6,326,248 |
| Total | 65,530,771 | 54,962,816 |
| Less allowance for doubtful accounts | (49,865,513) | (31,523,500) |
|  | $ 15,665,258 | $ 23,439,316 |

1403-1217371

36

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 5. Restricted Cash, Cash Equivalents, and Investments with Trustee

Restricted cash, cash equivalents and investments with trustee at June 30, 2013 and 2012, consisted of:

|  | 2013 | 2012 |
|---|---|---|
| Cash on hand and in banks | S     447,842 | S     387,032 |
| Cash held by: | | |
| Puerto Rico Treasury Department | 24,279,653 | 21,052,856 |
| Swap Collateral Deposit | 41,543,078 | 68,116,015 |
| Government Development Bank | 48,830,637 | 37,571,610 |
| Puerto Rico State Infrastructure Bank | 15,019,129 | 2,890,692 |
| Total | S 130,120,338 | $ 130,018,205 |
| | | |
| Cash equivalents and investments with trustee: | | |
| Cash equivalents | S 118,380,849 | $  92,988,722 |
| Guaranteed investment contracts | 219,057,320 | 240,019,365 |
| US Government securities | 21,672,000 | 39,723,679 |
| Mortgage backed securities | 236,240,295 | 237,647,044 |
| Total | S 595,350,464 | $ 610,378,810 |

At June 30, 2013, the above amounts were restricted to comply with long-term principal and interest debt service requirements or for construction of transportation facilities. These restricted assets are held by the Fiscal Agent under the Bonds Resolutions in the following funds and accounts:

*1968 Reserve Account* – Reserve for payment of principal of and interest on Highway Revenue Bonds in the event moneys in Bond Service Account or Redemption Account under Resolution 68-18 are insufficient for such purpose.

*1968 Bond Service Account and Redemption Account (Sinking Fund under Resolution 68-18)* –Current year requirements for principal and interest on Highway Revenue Bonds.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000133
FOMB_CONF_57885

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**5. Restricted Cash, Cash Equivalents, and Investments with Trustee (continued)**

*1998 Senior Reserve Account* – Reserve for payment of principal and interest on Senior Transportation Revenue Bonds in the event moneys in Senior Bond Service Account or Senior Bond Redemption Account under Resolution 98-06 are insufficient for such purpose.

*1998 Senior Bond Service Account and Senior Bond Redemption Account (Senior Bond Sinking Fund under Resolution 98-06)* – Current year requirements for principal and interest on Senior Transportation Revenue Bonds.

*1998 Subordinated Reserve Fund* – Reserve for payment of principal of and interest on Subordinated Transportation Revenue Bonds in the event moneys in Subordinated Bond Service Account or Subordinated Bond Redemption Account under Resolution 98-06 are insufficient for such purpose.

*1998 Subordinated Bond Service Account and Subordinated Bond Redemption Account (Subordinated Bond Sinking Fund under Resolution 98-06)* – Current year requirements for principal of and interest on Subordinated Transportation Revenue Bonds.

*1998 Construction Fund* – Special fund created by the Resolution 98-06. The proceeds of any Transportation Revenue Bonds issued for the purpose of paying the cost of acquiring or constructing transportation facilities, together with the money received from any other source for such purpose, except proceeds which are (i) applied to the repayment of advances, (ii) deposited in the 1998 Senior Bond Reserve Account or 1998 Subordinated Bond Reserve Fund, (iii) deposited in the 1998 Senior or Subordinated Bond Service Account as capitalized interest or (iv) used for the payment of financing expenses, shall be deposited in the 1998 Construction Fund and held by the Fiscal Agent in trust.

*2004 Grant Anticipation Bond Reserve Account* – Reserve for payment of principal and interest on 2004 Grant Anticipation Bonds in the event insufficient funds for such purpose are available in the Bond Payment Fund.

CONFIDENTIAL                                                                                  KPMG-CPR-0000134
CONFIDENTIAL                                                                                  FOMB_CONF_57886

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 5. Restricted Cash, Cash Equivalents, and Investments with Trustee (continued)

At June 30, 2013 and 2012, amounts held by Trustee in the above accounts amounts to (in thousands):

|  | 2013 | 2012 |
|---|---|---|
| 1968 Reserve Account | $ 74,357 | $ 72,804 |
| 1968 Sinking Fund | 48,318 | 49,289 |
| 1998 Senior Reserve Account | 245,182 | 245,117 |
| 1998 Senior Sinking Fund | 156,737 | 150,502 |
| 1998 Subordinated Reserved Fund | 26,512 | 26,513 |
| 1998 Subordinated Sinking Fund | 17,588 | 17,366 |
| 1998 Construction Fund | 14,843 | 35,605 |
| 2004 Grant Anticipation Reserve Account | 11,813 | 13,182 |
| Total | $ 595,350 | $ 610,378 |

### 6. Deposits and Investments

The following paragraphs disclose essential risk information about deposits and investments as required by Governmental Accounting Standard Board Statement No. 40, *Deposits and Investments Risk Disclosures*:

> The Authority is restricted by law to deposit funds only in institutions approved by the Puerto Rico Treasury Department, and such deposits are required to be kept in separate accounts in the name of the Authority. Resolutions 68-18, 98-06 and 04-18 (the Bond Resolutions) require that moneys in the debt service funds be held by Bank of New York (the Fiscal Agent) in trust and applied as provided in the Bond Resolutions.

1403-1217371

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000135
FOMB_CONF_57887

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**6. Deposits and Investments (continued)**

Pursuant to the Investment Guidelines for the Commonwealth adopted by Government Development Bank for Puerto Rico (GDB), the Authority may invest in obligations of the Commonwealth, obligations of the United States, certificates of deposit, commercial paper, repurchase agreements, banker's acceptances, or in pools of obligations of the municipalities of Puerto Rico, among others. Monies in the sinking funds can only be invested in direct obligations of the United States government, or obligations unconditionally guaranteed by the United States government, and/or interest-bearing time deposits, or other similar arrangements, as provided by the Bond Resolutions.

**Custodian Credit Risk - Deposits**

For deposits, custodial credit risk is the risk that in the event of bank failure, the Authority's deposits may not be returned. Under Puerto Rico statutes, public funds deposited in commercial banks must be fully collateralized for the amount deposited in excess of federal depository insurance. Deposits maintained in GDB or EDB are exempt from collateral requirement established by the Commonwealth and thus represents custodial credit risk because in the event of GDB's or EDB's failure, the Authority may not be able to recover the deposits.

All moneys deposited with the Trustee or any other depository institution hereunder in excess of the amount guaranteed by the Federal Deposit Insurance Corporation or other federal agency are continuously secured by lodging with a bank or trust company approved by the Authority and by the Trustee as custodian, or, if then permitted by law, by setting aside under control of the trust department of the bank holding such deposit, as collateral security, Government Obligations or other marketable securities.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000136
FOMB_CONF_57888

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

## 6. Deposits and Investments (continued)

### Custodian Credit Risk - Deposits (continued)

At June 30, 2013 and 2012, the Authority was exposed to the following custodial credit risk arising from the balance of deposits maintained in governmental and commercial banks as follows:

| | 2013 | | | |
|---|---|---|---|---|
| | Non-restricted | | Restricted | |
| | Book Balance | Bank Balance | Book Balance | Bank Balance |
| Commercial banks | $ 2,966,274 | $ 5,040,363 | $ 447,842 | $ 447,842 |
| Governmental banks | 20,337,273 | 22,166,243 | 129,672,496 | 129,932,496 |
| | $23,303,547 | $27,206,606 | $130,120,338 | $ 130,380,338 |

| | 2012 | | | |
|---|---|---|---|---|
| | Non-restricted | | Restricted | |
| | Book Balance | Bank Balance | Book Balance | Bank Balance |
| Commercial banks | $19,518,845 | $26,071,826 | $ 387,032 | $ 380,691 |
| Governmental banks | 5,267,383 | 14,535,422 | 129,631,173 | 129,785,172 |
| | $24,786,228 | $40,607,248 | $130,018,205 | $130,165,863 |

### Custodian Credit Risk - Investments

For an investment, custodial credit risk is the risk that in event of the failure of the counterparty, the Authority will not be able to recover the value of its investment or collateral securities that are in the possession of an outside party. The Authority invests in prime investments with a minimum quality rating of Aa1 (Moody's) or AA+(Standard and Poor's). In addition, investment in bond sinking funds are limited to investments in direct obligations of the United States government, or obligations unconditionally guaranteed by the United States government, and/or interest-bearing time deposits, or other similar arrangements, as provided by the Bond Resolutions.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000137
FOMB_CONF_57889

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**6. Deposits and Investments (continued)**

**Custodian Credit Risk - Investments (continued)**

The Authority maintains funds and accounts under the Bonds Resolutions that are held by a trustee. As of June 30, 2013 and 2012, the total account balance amounted to approximately $595.3 million and $610.4 million, respectively. These accounts invest on different types of short-term and long-term securities, including Guaranteed Investment Contracts (GICs). Under these GICs, the financial institution guarantees the Authority a fixed rate of return. As established in the contract, the financial institution has invested such funds in predetermined securities such as cash, U.S. Treasury and U.S. Government Agency securities. These securities are pledged and serve as collateral for the account balance. The fair value of the GICs is determined based on the fair value of the underlying investments based on quoted market prices and then adjusted to contract value. As of June 30, 2013 and 2012, the contract value, which represents amounts deposited plus interest credited less withdrawals, is equal to the fair value.

Providers of guaranteed investment contracts as of June 30, 2013 and 2012, are as follows:

| | 2013 | 2012 |
|---|---|---|
| Société Générale | $ — | $ 64,834,253 |
| Wells Fargo | 37,359,190 | 14,427,410 |
| Bank of America | 71,759,778 | 46,883,778 |
| FSA Capital Management Service | 44,674,424 | 44,674,424 |
| Citigroup Financial Product, Inc. | 13,445,477 | 13,444,462 |
| Wachovia Bank NA | 26,512,201 | 26,512,201 |
| Westdeutsche Landesbank | 25,306,250 | 29,242,837 |
| Total | $ 219,057,320 | $ 240,019,365 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000138
FOMB_CONF_57890

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**6. Deposits and Investments (continued)**

**Interest-Rate Risk**

Interest-rate risk is the risk that changes in interest rates will adversely affect the fair value of an investment. Generally, the longer the maturity of an investment, the greater the sensitivity of its fair value is to changes to market interest rate. Maturities of cash and cash equivalents and investments with Trustee at June 30, 2013 and 2012, are as follows:

| | 2013 | |
| --- | --- | --- |
| | Maturing From/To | Fair Value |
| Cash equivalents | N/A | $ 118,380,849 |
| Guaranteed investment contracts | 07/01/13-07/31/39 | 219,057,320 |
| US Government and agencies securities | 07/01/13-01/21/21 | 21,672,000 |
| Mortgage backed securities | 07/01/13-01/30/24 | 236,240,295 |
| Total | | $ 595,350,464 |

| | 2012 | |
| --- | --- | --- |
| | Maturing From/To | Fair Value |
| Cash equivalents | N/A | $ 92,988,722 |
| Guaranteed investment contracts | 07/01/12-07/31/38 | 240,019,365 |
| US Government and agencies securities | 07/01/12-01/21/20 | 39,723,679 |
| Mortgage backed securities | 07/01/12-01/30/23 | 237,647,044 |
| Total | | $ 610,378,810 |

1403-1217371

43

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 7. Capital Assets, Net

The following schedule summarizes the capital assets, net, held by the Authority as of June 30, 2013 and 2012:

| | Balance at June 30, 2012 | | Increases | Decreases | Balance at June 30, 2013 |
|---|---|---|---|---|---|
| **Assets not being depreciated** | | | | | |
| Land | S | 1,894,798,789 $ | 2,007,325 $ | (2,853) $ | 1,896,803,261 |
| Construction in progress | | 547,566,041 | 380,893,104 | (437,660,882) $ | 490,798,263 |
| Total | | 2,442,364,830 | 382,900,429 | (437,663,735) | 2,387,601,524 |
| | | | | | |
| **Assets being depreciated** | | | | | |
| Transportation system | | 2,419,375,826 | – | – | 2,419,375,826 |
| Roads | | 12,021,019,718 | 382,427,614 | (164,300) | 12,403,283,032 |
| Bridges | | 3,436,668,681 | 11,339,810 | – | 3,448,008,491 |
| Building | | – | 22,500,000 | – | 22,500,000 |
| Equipment, vehicles and other | | 124,383,267 | 18,178,978 | (7,212,380) | 135,349,865 |
| Total | | 18,001,447,492 | 434,446,402 | (7,376,680) | 18,428,517,214 |
| | | | | | |
| Less accumulated depreciation | | (9,403,645,979) | (429,265,677) | 6,569,591 | (9,826,342,065) |
| Total assets being depreciated | | 8,597,801,513 | 5,180,725 | (807,089) | 8,602,175,149 |
| Total capital assets, net | S | 11,040,166,343 $ | 388,081,154 $ | (438,470,824) $ | 10,989,776,673 |

J403-1217371

44

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000140
FOMB_CONF_57892

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 7. Capital Assets, Net (continued)

| | Balance at June 30, 2011 | | Increases | | Decreases | | Balance at June 30, 2012 |
|---|---|---|---|---|---|---|---|
| **Assets not being depreciated** | | | | | | | |
| Land | $ | 1,879,139,949 | S | 15,658,840 | S | – | S | 1,894,798,789 |
| Construction in progress | | 552,989,111 | | 473,080,809 | | (478,503,879) | | 547,566,041 |
| Total | | 2,432,129,060 | | 488,739,649 | | (478,503,879) | | 2,442,364,830 |
| **Assets being depreciated** | | | | | | | |
| Transportation system | | 2,419,375,826 | | – | | – | | 2,419,375,826 |
| Roads | | 11,958,229,032 | | 373,059,338 | | (310,268,652) | | 12,021,019,718 |
| Bridges | | 3,387,529,716 | | 49,138,965 | | – | | 3,436,668,681 |
| Equipment, vehicles and other | | 99,840,740 | | 25,976,279 | | (1,433,752) | | 124,383,267 |
| Total | | 17,864,975,314 | | 448,174,582 | | (311,702,404) | | 18,001,447,492 |
| Less accumulated depreciation | | (9,199,991,171) | | (429,961,026) | | 226,306,218 | | (9,403,645,979) |
| Total assets being depreciated | | 8,664,984,143 | | 18,213,556 | | (85,396,186) | | 8,597,801,513 |
| Total capital assets, net | S | 11,097,113,203 | S | 506,953,205 | S | (563,900,065) | S | 11,040,166,343 |

Interest expense incurred during the years ended June 30, 2013 and 2012, amounted to approximately $402.3 million and $386.4 million, respectively, of which approximately $6.6 million and $10.3 million, respectively, were capitalized as part of construction in progress in the accompanying statements of net position.

On July 17, 2012, the Authority exchanged a land parcel belonging to the Authority for a building with a fair value of $22.5 million belonging to DTPW. This resulted in a gain and payable to DTPW of $7.5 million which was netted against DTPW account receivable balance as of June 30, 2013.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000141
FOMB_CONF_57893

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**8. Highways and Bridge Under Service Concession Agreement**

**Toll Roads Service Concession Agreement (PR-5 and PR-22)**

On September 22, 2011, the Authority entered into a toll road service concession agreement with
Autopistas Metropolitanas Puerto Rico, LLC (the Concessionaire), in which the Authority
granted to the Concessionaire the right to operate PR-5 and PR-22 highways (the Toll Roads) for
a period of 40 year (the Concession Agreement). During the 40-year term, the Concessionaire
will have the right to charge and collect the tolls imposed on the Toll Roads. The Authority
received an upfront concession fee payment of $1.136 billion, from which approximately $1.003
billion was used to redeem or defeased bonds issued and outstanding associated with the Toll
Roads.

In 2012, the Authority recorded a deferred inflow resources of concession agreement of $1.136
billion that will be amortized and recognized as revenue over the 40-year term of the agreement.
In 2012, the Authority recognized $21.0 million of revenue related to this transaction and will
recognize $28.4 million for each subsequent year through 2052. The Toll Roads (capital assets)
will continue to be reported in the statements of net position as a separate item as highways and
bridge under service concession agreement. Toll Roads amounted to approximately $90.3
million, net of accumulated depreciation. Toll Roads should not be depreciated until the end of
the agreement starting on September 22, 2011 since the concession agreement requires the
Concessionaire to return the Toll Roads to the Authority in its original or an enhanced condition.

During fiscal year 2012, and prior to the retroactive restatement, the Authority accounted for the
Concession Agreement as an operating lease, accordingly it recorded depreciation on the capital
asset of $5.4 million for the period between September 1, 2011 (date of the agreement) and year
end, June 30, 2012. Capital assets under operating lease were presented separately in the
Statement of Net Assets. In addition the upfront payment was accounted for as net deferred
revenue on the Authority's books as of June 30, 2012.

The Authority reclassified the net deferred revenue previously recorded as of June 30, 2012, to a
deferred inflow of resources in the amount of $1.114 billion for the up-front payment received on
September 22, 2011 which is the gross amount of $1.136 billion received on September 22, 2011
net of recognized revenue from the date of September 22, 2011 through June 30, 2012 of $21.3
million and will continue to recognize revenue on a straight line basis for the remainder of the 40
years of the agreement in the amount of $28.4 million per year, which began in the fiscal year
ended June 30, 2012. The Authority reported the capital asset as "Highways under service
concession agreement" in their Statement of Net Position as of June 30, 2012 in the amount of
$90.7 million after reversal of previously recorded accumulated depreciation of $5.4 million as
described further below. Refer to Note 21 for change in accounting principle's retroactive
application.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000142
FOMB_CONF_57894

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 8. Highways and Bridge Under Service Concession Agreement (continued)

**Bridge Service Concession Agreement**

On December 20, 1992, the Authority and Autopistas de Puerto Rico y Compañía S.E. (Autopistas) entered into a service concession agreement amended in 2004 and 2009, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge, which traverses the San José Lagoon between the municipalities of San Juan and Carolina. Autopistas designed and constructed the Bridge and commenced operating the Bridge on February 23, 1994 (valuation date). The initial term of this agreement was 35 years, expiring on April 3, 2027. On September 9, 2009, the agreement was amended to extend its term to 50 years (2044). GASB No. 60 establishes that in the first period that this statement is applied, changes resulting from the implementation of this statement should be treated as an adjustment of prior periods, and the financial statements presented for the periods affected should be restated. As of June 30 2013, the Authority recognized the Bridge at fair value, equivalent to what the Authority might have paid to have the Bridge constructed (replacement cost) at valuation date. The replacement cost was determined to be $109.5 million depreciated over an estimated useful life of 50 years and a deferred inflow of resources of $109.5 million that will be amortized and recognized as revenue over the term of the agreement (50 years). The asset balance related to the Bridge was adjusted to recognize the first 17 years of operation and the remaining amortization will be amortized by 33 years.

The highways and bridge under service concession agreement, net at June 30, 2013 and 2012, consisted of:

| | | 2013 | | 2012 |
|---|---|---|---|---|
| | | | | *(as restated)* |
| Toll Roads Concession | S | 90,740,065 | S | 90,740,065 |
| Toll Roads Concession Improvements | | 11,334,107 | | — |
| Bridge Concession | | 67,890,000 | | 70,080,000 |
| Total | S | 169,964,172 | S | 160,820,065 |

The deferred inflows of resources at June 30, 2013 and 2012, consisted of:

| | | 2013 | | 2012 |
|---|---|---|---|---|
| | | | | *(as restated)* |
| Toll Roads Concession | S | 1,097,784,255 | S | 1,114,857,000 |
| Bridge Concession | | 67,890,000 | | 70,080,000 |
| Total | S | 1,165,674,255 | S | 1,184,937,000 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000143
FOMB_CONF_57895

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 9. Bonds Payable

The bond resolutions authorize the issuance of revenue bonds to obtain funds to pay the construction and related costs of transportation facilities. Bonds outstanding under the bond resolutions at June 30, 2013 and 2012, consisted of:

|  | 2013 | 2012 |
|---|---:|---:|
| **RESOLUTION 68-18** | | |
| Serial bonds, maturing through 2034 with interest ranging from 3.30% to 6.50% | $ 474,640,000 | $ 492,270,000 |
| Term bonds, maturing through 2039 with interest ranging from 4.00% to 6.00% | 419,810,000 | 424,610,000 |
| Capital appreciation bonds, maturing through 2026 with interest ranging from 4.36% to 4.58% | 22,349,012 | 21,361,626 |
| Subtotal | 916,799,012 | 938,241,626 |
| **RESOLUTION 98-06** | | |
| Serial bonds, maturing through 2037 with interest ranging from 2.25% to 5.75% | 1,466,125,000 | 1,540,280,000 |
| Term bonds, maturing through 2046 with interest ranging from 2.25% to 5.75% | 2,045,010,000 | 2,045,010,000 |
| Capital appreciation bonds, maturing through 2026 with interest ranging from 4.47% to 5.08% | 107,964,001 | 102,859,416 |
| LIBOR based interest rate bonds maturing through 2045 | 700,000 | 700,000 |
| Consumer Price Index based interest rate bonds maturing through 2028 | 57,965,000 | 57,965,000 |
| Subtotal | 3,677,764,001 | 3,746,814,416 |
| **RESOLUTION 04-18** | | |
| Serial bonds, maturing through 2021 with interest ranging from 2.25% to 5.00% | – | 93,640,000 |
| Total bonds outstanding | 4,594,563,013 | 4,778,696,042 |
| Add: Net unamortized premium | 285,168,010 | 283,349,451 |
| Less: Unamortized loss on advance refundings | (146,904,179) | (169,042,620) |
| Net bonds payable | 4,732,826,844 | 4,893,002,873 |
| Less: Current portion | (101,875,000) | (86,935,000) |
| Long-term portion | $ 4,630,951,844 | $ 4,806,067,873 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000144
FOMB_CONF_57896

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 9. Bonds Payable (continued)

The bonds are secured by a pledge of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes, a maximum of $11.0 million monthly (but not more than $120.0 million annually) derived from excise taxes over crude oil and its derivatives, $15 per vehicle per year from motor vehicle license fees, the proceeds of any other taxes, fees or charges which the Legislature of Puerto Rico may allocate to the Authority in the future and which the Authority may pledge, proceeds of any tolls or other charges which the Authority may impose for the use of any of its traffic facilities and certain investment earnings.

The proceeds of the gasoline tax, the gas oil and diesel oil tax, the crude oil tax and the motor vehicle license fees allocated to the Authority are taxes and revenues available under the Constitution of the Commonwealth of Puerto Rico for the payment of principal and interest of bonds. Accordingly, if needed, they are subject to being applied first to the payment of debt service on the public debt of the Commonwealth, but such taxes and license fees are to be used for such payments only if and to the extent that all other available revenues of the Commonwealth under the Constitution are insufficient for such purpose. The Commonwealth has never applied these revenues for such payments.

The Bond Resolutions further provides that receipts of pledged revenues be deposited in certain accounts with the Fiscal Agent for the payment of interest and principal of the bonds outstanding.

Nothing in the Bond Resolutions is to be construed as preventing the Authority from financing any facilities authorized by the Act that created the Authority, as amended, through the issuance of bonds or other obligations, which are not secured under the provisions of the Bond Resolutions.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000145
FOMB_CONF_57897

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**9. Bonds Payable (continued)**

A summary rollforward of bonds payable at June 30, 2013 and 2012, are as follows:

| | Balance at June 30, 2012 | Issuance/ Accretions | Payments/ Amortization | Balance at June 30, 2013 | Current Portion |
|---|---|---|---|---|---|
| **Serial bonds** | | | | | |
| Resolution 68-18 | $ 492,270,000 | $ — | $ (17,630,000) | $ 474,640,000 | $ (23,975,000) |
| Resolution 98-06 | 1,540,280,000 | — | (74,155,000) | 1,466,125,000 | (77,900,000) |
| Resolution 04-18 | 93,640,000 | — | (93,640,000) | — | — |
| Total | 2,126,190,000 | — | (185,425,000) | 1,940,765,000 | (101,875,000) |
| **Term bonds** | | | | | |
| Resolution 68-18 | 424,610,000 | — | (4,800,000) | 419,810,000 | — |
| Resolution 98-06 | 2,045,010,000 | — | — | 2,045,010,000 | — |
| Total | 2,469,620,000 | — | (4,800,000) | 2,464,820,000 | — |
| **CPI based interest-rate bonds** | | | | | |
| Resolution 98-06 | 57,965,000 | — | — | 57,965,000 | — |
| **LIBOR based interest-rate bonds** | | | | | |
| Resolution 98-06 | 700,000 | — | — | 700,000 | — |
| **Capital appreciation bonds** | | | | | |
| Resolution 68-18 | 21,361,626 | 987,386 | — | 22,349,012 | — |
| Resolution 98-06 | 102,859,416 | 5,104,585 | — | 107,964,001 | — |
| Total | 124,221,042 | 6,091,971 | — | 130,313,013 | — |
| Total bonds outstanding | $ 4,778,696,042 | $ 6,091,971 | $ (190,225,000) | $ 4,594,563,013 | $ (101,875,000) |

1403-1217371

50

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000146
FOMB_CONF_57898

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 9. Bonds Payable (continued)

| | Balance at June 30, 2011 | Issuance/ Accretions | Payments/ Amortization | Balance at June 30, 2012 | Current Portion |
|---|---|---|---|---|---|
| **Serial bonds** | | | | | |
| Resolution 68-18 | $ 777,265,000 | $ – | $ (284,995,000) | $ 492,270,000 | $ (14,495,000) |
| Resolution 98-06 | 1,800,800,000 | – | (260,820,000) | 1,540,280,000 | (64,900,000) |
| Resolution 04-18 | 100,880,000 | – | (7,240,000) | 93,640,000 | (7,540,000) |
| Total | 2,678,945,000 | – | (553,055,000) | 2,126,190,000 | (86,935,000) |
| | | | | | |
| **Term bonds** | | | | | |
| Resolution 68-18 | 562,130,000 | – | (137,520,000) | 424,610,000 | – |
| Resolution 98-06 | 2,354,075,000 | – | (309,065,000) | 2,045,010,000 | – |
| Total | 2,916,205,000 | – | (446,585,000) | 2,469,620,000 | – |
| | | | | | |
| **CPI based interest-rate bonds** | | | | | |
| Resolution 98-06 | 57,965,000 | – | – | 57,965,000 | |
| | | | | | |
| **LIBOR based interest-rate bonds** | | | | | |
| Resolution 98-06 | 389,060,000 | – | (388,360,000) | 700,000 | – |
| | | | | | |
| **Capital appreciation bonds** | | | | | |
| Resolution 68-18 | 24,985,519 | 158,585 | (3,782,478) | 21,361,626 | – |
| Resolution 98-06 | 97,996,643 | 4,862,773 | – | 102,859,416 | – |
| Total | 122,982,162 | 5,021,358 | (3,782,478) | 124,221,042 | – |
| Total bonds outstanding | $ 6,165,157,162 | $ 5,021,358 | $ (1,391,782,478) | $ 4,778,696,042 | $ (86,935,000) |

The LIBOR based interest-rate bonds consisted of $389.0 million of the 2007 Revenue Refunding Bonds Series N, from which approximately $388.4 million were repurchased by the Authority through a "non-revolving" line of credit provided by Government Development Bank in the amount of $294.6 million approximately. This transaction resulted in a gain of $83.0 million for the year ended June 30, 2012. The repurchase portion of the 2007 Revenue Refunding Bonds Series N is held by the Authority; therefore, there is no outstanding balance at year end.

The Series N LIBOR Bonds bear interest from their date of delivery at a per annum rate for each period equal to (a) 67% of the Three-Month LIBOR Rate for such period plus (b) a per annum spread equal to 0.53%. In each case the LIBOR-based interest rate cannot exceed the maximum rate permitted under Puerto Rico law (currently 12%).

1403-1217371

51

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000147
FOMB_CONF_57899

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**9. Bonds Payable (continued)**

The Series 2008A LIBOR bonds (Bond Anticipation Note) matured in August 2009 and bore interest at the index of one-month LIBOR plus a spread of 225 base points not to exceed 12%. The maturity date was subsequently extended.

Interest on the Consumer Price Index (CPI) Bonds will be payable on the first business day of each month commencing on July 2, 2007. The CPI Rate, which will be reset monthly, is an interest rate based on changes in the CPI and cannot exceed the maximum rate permitted under the Puerto Rico law (currently 12%).

In connection with the issuance of the CPI, LIBOR bonds and USD SIFMA index based interest-rate bonds, the Authority has entered into interest-rate swap agreements. In general, the swap agreements provide that, subject to the terms thereof, the Authority will pay to the swap provider a fixed rate and the swap provider will pay to the Authority a floating rate based on the CPI or LIBOR rate, based on a notional amount equal to the principal amount of the CPI and LIBOR bonds outstanding. The purpose of the swap agreement is generally to convert the Authority's floating rate obligations with respect to the CPI and LIBOR bonds to fixed rate obligations. Refer to Note 19 for subsequent events related to derivatives.

On July 1, 2010, the Authority issued $253,670,000 of Highway Revenue Refunding Bonds (Series AA) and $44,275,000 of Transportation Revenue Refunding Bonds (Series H) to convert the interest rate mode from a term rate to a fixed rate. The Series AA which consists of $188,395,000 aggregate principal amount of Series AA-1 Bonds and $65,275,000 aggregate principal amount of Series AA-2 Bonds, bear interest at a fixed rate of 4.95% and 5.30%, respectively, and are due on July 1, 2026 and 2035, respectively. The Series H bears interest at a fixed rate of 5.45% and is due on July 1, 2035.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000148
FOMB_CONF_57900

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 9. Bonds Payable (continued)

On June 24, 2013, the Authority paid $86 million aggregate principal amount of the outstanding balance of the Grant Anticipation Revenue Bonds, Series 2004 under its Resolution 04-18, adopted by the Authority on April 7, 2004. Those securities were deposited in an irrevocable trust with an escrow agent to provide for all future debt service payments on the Series 2004 bonds. The advance refunding resulted in a difference between the reacquisition price and net carrying amount of the old debt of $1.1 million. The difference, reported in the accompanying financial statements as a reduction from bonds payable, is charged through the year using straight line method.

### Debt Maturities

The outstanding bonds as of June 30, 2013, require future payments of principal and interest as follows:

| Fiscal years ended June 30, | Principal | Interest | Total |
|---|---|---|---|
| 2014 | $    101,875,000 | $    245,570,336 | $    347,445,336 |
| 2015 | 130,497,458 | 254,251,013 | 384,748,471 |
| 2016 | 109,877,823 | 249,101,857 | 358,979,679 |
| 2017 | 113,373,285 | 245,105,284 | 358,478,569 |
| 2018 | 117,288,085 | 240,673,972 | 357,962,057 |
| 2019-2023 | 666,386,569 | 1,050,528,060 | 1,716,914,629 |
| 2024-2028 | 805,129,795 | 874,397,773 | 1,679,527,567 |
| 2029-2033 | 918,070,000 | 645,226,379 | 1,563,296,379 |
| 2034-2038 | 1,076,360,000 | 388,666,967 | 1,465,026,967 |
| 2039-2043 | 503,815,000 | 137,620,416 | 641,435,416 |
| 2044-2047 | 51,890,000 | 18,182,549 | 70,072,549 |
| Total | $ 4,594,563,013 | $ 4,349,324,605 | $ 8,943,887,618 |

For variable interest-rate bonds included above, the debt service requirements and net swap payments were computed assuming current interest rates remain the same for their term. As rates vary, variable-rate bond interest payments and net swap payments will vary. Refer Note 19 for swaps cancellation disclosure.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000149
FOMB_CONF_57901

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**9. Bonds Payable (continued)**

**Debt Refunding**

The outstanding balances as of June 30, 2013 and 2012, of the bond issues defeased by the Authority are as follows:

|  | 2013 | 2012 |
|---|---|---|
| Series Y | $ 437,680,000 | $ 437,680,000 |
| Series D | – | 559,540,000 |
| Series K | 487,655,000 | 487,655,000 |
| Series G | 385,435,000 | 386,205,000 |
| Series J | 284,120,000 | 284,120,000 |
| Series H | 12,375,000 | 43,930,000 |
| Series E | – | 12,005,000 |
| Series L | 860,000 | 1,690,000 |
| Series M | 2,940,000 | 2,940,000 |
| Series I | 1,935,000 | 2,335,000 |
| Series AA | 194,380,000 | 276,110,000 |
| Series BB | 22,500,000 | 22,570,000 |
| Series CC | 9,895,000 | 10,915,000 |
| Series W | 61,075,000 | 90,905,000 |
| Series X | 49,890,000 | 54,375,000 |
| Series Z | 28,800,000 | 28,800,000 |
| Series 2004 | 86,100,000 | – |
| Total outstanding defeased bond issued | $ 2,065,640,000 | $ 2,701,775,000 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000150
FOMB_CONF_57902

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 10. Derivatives

In connection with the issuance of the CPI and LIBOR Bonds, the Authority has entered into
interest-rate swap agreements. In general, the swap agreements provides that, subject to the terms
thereof, the Authority will pay to the swap provider a fixed rate and the swap provider will pay
to the Authority a floating rate based on the CPI or LIBOR Rate, based on a notional amount
equal to the principal amount of the CPI and LIBOR Bonds outstanding. The purpose of the
swap agreement is generally to convert the Authority's floating rate obligations with respect to
the CPI and LIBOR Bonds to fixed rate obligations.

The Authority entered into pay fixed, receive variable interest-rate swap agreements in the
following bonds: $389.0 million LIBOR based interest-rate bonds, $200.0 million USD SIFMA
Swap Index based interest rate bonds, and $58.0 million CPI based interest-rate bonds. The
counterparties are Citibank, N.A, (Citibank), Morgan Stanley Capital Services, Inc. (Morgan)
and UBS Financial Services (UBS).

On September 22, 2011, the Authority repurchased approximately $388.4 million the LIBOR
based interest-rate bonds of the 2007 Revenue Refunding Bonds Series N. Given this transaction,
the Citibank derivative instrument hedging was terminated and the changes in fair value are
recorded in the accompanying statement of revenues, expenses and changes in net position.

Based on the provision of GASB No. 53, the Authority has established a derivative liability and
corresponding deferred unrealized loss on derivative instruments as of June 30, 2013 and 2012 of
approximately $142.4 million and $10.6 million in 2013 and $224.8 million and $25.5 million in
2012, respectively.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000151

FOMB_CONF_57903

**Puerto Rico Highways and Transportation Authority**
(A Component Unit of the Commonwealth of Puerto Rico)

**Notes to Financial Statements (continued)**

**10. Derivatives (continued)**

**Terms and Fair Values**

Changes in fair value are recorded in the accompanying statement of net position in the deferred unrealized loss unless a termination event occurred.

The credit ratings of the counterparties, terms and fair value of the outstanding swaps as of June 30, 2013 and 2012, are as follows:

| Counter Party | Rating (1) | Objective | Notional Amount | Effective Date | Fixed Rate | Variable Rate | Maturity Date | 2013 Fair Value | 2012 Fair Value |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow Hedges:** | | | | | | | | | |
| Morgan | A2/A/A | Hedge of changes in cash flows on the Series N bonds | $ 57,965,000 | 3/6/2007 | 4.050% - 4.060% | Consumer price index rate plus a spread of 1.12% | 7/1/2027 - 7/1/2028 | $ (2,240,507) | $ (2,435,659) |
| Morgan | A2/A/A | Hedge of changes in cash flows on the Series A bonds | 150,000,000 | 5/27/2008 | 4.371% | USD SIFMA swap index less a spread of .5% | 7/1/2028 | (28,986,262) | (41,539,498) |
| UBS | Aa3/A+/A+ | Hedge of changes in cash flows on the Series A bonds | 50,000,000 | 5/27/2008 | 4.371% | USD SIFMA swap index less a spread of .5% | 7/1/2028 | (9,647,893) | (13,921,829) |
| **Investment Derivative Instruments:** | | | | | | | | | |
| Citibank | A3/A/A+ | Hedge of changes in cash flows on the Series N bonds | 233,440,000 | 3/6/2007 | 4.106% | 67% of LIBOR interest rate plus a spread of .53% | 7/1/2045 | (61,888,570) | (102,062,136) |
| Citibank | A3/A/A+ | Hedge of changes in cash flows on the Series N bonds | 155,620,000 | 3/6/2007 | 4.107% | 67% of LIBOR interest rate plus a spread of .53% | 7/1/2041 | (39,654,509) | (64,818,158) |
| | | | $ 647,025,000 | | | | | $ (142,417,741) | $ (224,777,280) |

CONFIDENTIAL                                              KPMG-CPR-0000152
CONFIDENTIAL                                              FOMB_CONF_57904

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**10. Derivatives (continued)**

**Terms and Fair Values (continued)**

During fiscal years 2013 and 2012, the derivatives hedging instruments generated a gain of approximately $65.5 million and a loss of approximately $199.3 million, respectively, due to the increase and decrease in the fair value upon hedge termination. These decreases in value have been recorded as a loss in the accompanying statements of revenues, expenses and changes in net position.

The notional amounts of the swaps match the principal amount of the associated debt. The swap agreements contain scheduled reductions to outstanding notional amounts that follow scheduled reductions in the associated debt.

**Fair Values**

The fair value estimates reflected on the statement of net position are based on pertinent information available to management at the statement of net position date. Relevant market interest rates as of June 30, 2013, valuation date of the swaps, were lower than market interest rate on the effective date of the swaps. Consequently, as of the valuation date, the swaps had a negative fair value. The fair values listed in the above table represent the theoretical cost of terminating the swaps. The fair values were estimated using present value models that take into consideration several factors, including volatility. The fair values presented have not been settled for purposes of these financial statements since June 30, 2013, and current estimates of fair value may differ significantly from the amounts presented herein.

As of June 30, 2013 and 2012, the swaps had a negative fair value reported as a liability of approximately $142.4 million and $224.8 million, respectively. The negative fair value of the swaps may be countered by reduction in future net interest payments required on the variable-rate bonds, creating higher synthetic rates. Refer to Note 19 for subsequent events related to swaps cancellation.

*Credit risk* – Because all of the Authority's swaps rely upon the performance of the third parties who serve as swap counterparties, the Authority is exposed to credit risk, or the risk that the swap counterparty fails to perform according to its contractual obligations. The appropriate measurement of this risk at the reporting date is the fair value of the swaps, as shown in the columns labeled fair value in the table above. When the fair value is positive the counterparty owes the Authority, which creates a credit risk for the Authority. When the fair value is negative the Authority owes the counterparty and therefore the Authority does not possess credit risk. The Authority minimizes the credit risk in derivative instruments by entering into transactions with counterparties whose credit rating is acceptable under the investment policies of the Authority.

1403-1217371

57

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000153
FOMB_CONF_57905

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 10. Derivatives (continued)

### Fair Values (continued)

As of June 30, 2013, the Authority was not exposed to credit risk because the swaps had a negative fair value in the amount of the swaps' fair value. However, should interest rates change and the fair value of the swap become positive, the Authority would be exposed to credit risk in the amount of the derivative's fair value.

*Termination risk* – The Authority's swap agreements do not contain any out-of-the-ordinary termination events that would expose it to significant termination risk. In keeping with market standards, the Authority or the counterparty may terminate each swap if the other party fails to perform under the terms of the contract. In addition, the swap documents allow either party to terminate in the event of a significant loss of creditworthiness. If the swap is terminated, the variable-rate bond would no longer carry a fixed interest rate. Also, if at the time of termination the swap has a negative fair value, the Authority would be liable to the counterparty for a payment equal to the swap's fair value. Refer to Note 19 for subsequent events related to swaps cancellation.

*Rollover risk* – the Authority is not exposed to rollover risk since the due date of the swaps is the same due date of the related bonds.

On November 16, 2010, the Authority amended the critical terms of the hedging swap with Morgan Stanley (with notional amount of $150.0 million) and the hedging swap with UBS (with notional amount of $50.0 million), which represents termination of hedging accounting, based on GASB No. 53. Since the fixed rate of the new swaps is higher than the current at-the-market rate for similar swaps, the swaps are considered off-market swaps. The fair value of the new swaps now represents an imputed debt since no cash was involved in the transaction. This imputed debt needs to be amortized over the life of the new swaps. As a result, the deferral amounts of $34.2 million, which equal the fair value of the old swaps at termination date, were reported as investment revenue (decrease in fair value upon hedge termination) in the Authority's statement of revenues, expenses and changes in net position for the years ended June 30, 2011. Amortization of the imputed debt amounting for the years ended June 30, 2013 and 2012 amounted to approximately $2.4 million and was included as interest expense in the accompanying statements of revenues, expenses and changes in net position.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000154
FOMB_CONF_57906

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**10. Derivatives (continued)**

**Fair Values (continued)**

The table that follows represents debt service payments on certain variable-rate bonds and the net payments on associated hedging derivative instruments as of June 30, 2013. Although interest rates on variable rate debt and the current reference rates of hedging derivative instruments change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rates of hedging derivative instruments on June 30, 2013, will remain the same for their term.

| *(In thousands)* | Variable-Rate Bonds | | | | Hedging Derivatives Instruments, Net | | Total | |
|---|---|---|---|---|---|---|---|---|
| Year Ending June 30, | Principal | | Interest | | | | | |
| 2014 | $ | — | $ | 3,200 | $ | 7,512 | $ | 10,712 |
| 2015 | | — | | 3,200 | | 7,512 | | 10,712 |
| 2016 | | — | | 3,200 | | 7,512 | | 10,712 |
| 2017 | | — | | 3,200 | | 7,512 | | 10,712 |
| 2018 | | — | | 3,200 | | 7,512 | | 10,712 |
| 2019-2023 | | 69,095 | | 15,023 | | 31,346 | | 115,464 |
| 2024-2028 | | 135,030 | | 11,220 | | 12,390 | | 158,640 |
| 2029-2033 | | 53,840 | | 97 | | — | | 53,937 |
| Total | $ | 257,965 | $ | 42,340 | $ | 81,296 | $ | 381,601 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000155
FOMB_CONF_57907

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**11. Borrowings under Lines of Credit**

At June 30, 2013 and 2012, lines of credit consist of the following:

| Description | 2013 | 2012 |
|---|---|---|
| Non-revolving line of credit of up to $131,907,924 bearing interest at the Government Development Bank (GDB) cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | $ 122,158,602 | $ 122,113,000 |
| Non-revolving line of credit of up to $151,231,757 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | 140,052,283 | 140,000,000 |
| Non-revolving line of credit of up to $78,300,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | 78,339,046 | 78,300,000 |
| Non-revolving line of credit of up to $477,624,333 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 275 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | 400,000,000 | 400,000,000 |
| Non-revolving line of credit of up to $129,265,495 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.0% and 4.75% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | 111,000,000 | 111,000,000 |
| Non-revolving line of credit of up to $43,662,948 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.0 % and 4.75% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | 37,900,000 | 37,900,000 |

*(continued)*

1403-1217371

60

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

## 11. Borrowings under Lines of Credit (continued)

| Description | 2013 | 2012 |
|---|---|---|
| Revolving line of credit of up to $20,000,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transaction plus a margin of 125 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | **16,422,152** | 16,413,399 |
| Non-revolving line of credit of up to $3,234,391 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | **2,686,850** | 2,685,533 |
| Non-revolving line of credit of up to $67,119,594 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012, respectively), which expired on January 31, 2014. | **62,027,260** | 43,000,000 |
| Non-revolving line of credit of up to $ 107,011,800 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), which expired on January 31, 2014. | **40,423,571** | 65,297,028 |
| Non-revolving line of credit of up to $206,213,757 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), which expired on August 27, 2013. | **206,213,757** | 206,213,757 |
| Non-revolving line of credit of up to $40,539,865 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), respectively, which expired on August 27, 2013. | **40,539,865** | 40,539,865 |

*(continued)*

1403-1217371

61

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 11. Borrowings under Lines of Credit (continued)

| Description | 2013 | 2012 |
|---|---|---|
| Non-revolving line of credit of up to $87,174,596 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), respectively, which expired on August 27, 2013. | 87,174,596 | 79,739,477 |
| Non-revolving line of credit of up to $ 7,350,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), which expired on August 27, 2013. | 3,039,637 | 460,048 |
| Non-revolving line of credit of up to $16,252,489 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), respectively, which expired on August 27, 2013. | 16,252,489 | 16,252,489 |
| Non-revolving line of credit of up to $24,000,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), respectively, which expired on August 27, 2013. | 23,606,255 | 11,865,634 |
| Non-revolving line of credit of up to $21,791,245 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), respectively, which expired on August 27, 2013. | 21,791,245 | 21,791,245 |
| Non-revolving line of credit of up to $ 428,826,447 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), which expired on January 31, 2014. | 294,159,069 | 294,629,534 |

*(continued)*

1403-1217371

62

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000158
FOMB_CONF_57910

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 11. Borrowings under Lines of Credit (continued)

| Description | 2013 | 2012 |
|---|---|---|
| Non-revolving line of credit of up to $185,281,724 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), which expired on August 31, 2013. | 166,745,137 | 165,500,128 |
| Non-revolving line of credit of up to $ 49,325,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), which expired on January 31, 2014. | 49,325,000 | 28,262,146 |
| Non-revolving line of credit of up to $ 12,440,091 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013 and 2012), which expired on August 31, 2013. | 4,556,604 | – |
| Non-revolving line of credit of up to $94,400,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), which expired on January 31, 2014. | 92,086,490 | – |
| Non-revolving line of credit of up to $ 33,960,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), which expired on January 31, 2014. | 4,459,781 | – |
| Non-revolving line of credit of up to $ 33,189,996 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), which expired on January 31, 2014. | 24,170,199 | – |
| Total | $2,045,129,887 | $1,881,963,283 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000159
FOMB_CONF_57911

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**12. Retirement Plan**

Substantially all the Authority's employees participate in the Retirement System of the Commonwealth of Puerto Rico (the System), a cost-sharing multi-employer defined benefit pension plan. Payroll for employees covered by the System for the years ended June 30, 2013 and 2012, were approximately $72.1 million and $74.0 million, respectively.

All Authority's employees, who at the time of employment are 55 years old or less, are eligible to participate in the System. Employees who retire at or after age 55 with 25 years of credited service or age 58 with 10 years of credited service are entitled to a retirement benefit, payable each month for life, computed based on a benefit rate set forth by Commonwealth statute. The System also provides death and disability benefits established by Commonwealth statute. Commonwealth legislation requires employees to contribute 5.775% of the first $550 of their monthly gross salary and 8.275% for the excess over $550 of monthly gross salary. The Authority is required by the same statute to contribute 10.275% of the participant's gross salary.

On September 24, 1999, an amendment to Act No. 447 of May 1, 1951, which created the Retirement System, was enacted with the purpose of establishing a new pension program (System 2000). Employees participating in the current system as of December 31, 1999, may elect to stay in the defined benefit plan or transfer to the new program. Employees joining the Authority on or after January 1, 2001, will only be allowed to become members of System 2000. System 2000 will reduce the retirement age from 65 years to 60 years for those employees who joined the current plan on or after April 1, 1990.

System 2000 is a defined contribution plan, also known as a cash balance plan. Under this new plan, there will be a pool of pension assets, which will be invested by the System, together with those of the current defined benefit plan. The Commonwealth of Puerto Rico will not guarantee benefits at retirement age.

The annuity will be based on a formula which takes into account each year the employee's contribution (with a minimum of 8.275% of the employee's salary up to a maximum of 10%) and investment income as defined in the Plan. Participants will receive periodic account statements similar to those of defined contribution plans showing their accrued balances. Disability pensions will not be granted under System 2000.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000160
FOMB_CONF_57912

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 12. Retirement Plan (continued)

Total employer contributions for the years ended June 30, 2013 and 2012, were approximately as follows:

|                  | 2013          | 2012          |
|------------------|---------------|---------------|
| Traditional Plan | $ 2,953,000   | $ 3,215,000   |
| System 2000      | $ 3,161,200   | $ 3,029,000   |
| Act No. 70       | $ 1,619,000   | $ 1,302,000   |

On April 4, 2013, by means of Act No. 3, an amendment to Act No. 447 of May 15, 1951, which created the System, was enacted for the purpose of establishing a new pension program effective July 1, 2013 for all active participants. Under the Act 3, all active participants at July 1, 2013 under Act No. 447 will join a "hybrid" program, a combination of defined benefits and defined contribution program.

All active participants under Act No. 447 will preserve benefits accrued as of June 30, 2013. The annuity for these participants will be computed based on the average compensation multiplied by the credited years of service as of June 30, 2013 and contributions made to the new defined contribution program after June 30, 2013. For participants under System 2000, all contributions made before June 30, 2013 will be transferred to the new defined contribution program.

To qualify for an annuity under the new "Hybrid Program", participants have to meet two conditions: five years of credited service and $10,000 or more in contributions made under this program. The annuity will be based on a distribution of all contributions made, divided by a factor of life expectancy of the participant at the age of retirement.

Effective July 1, 2013, all participants will contribute a minimum of 10% with no maximum restriction of their gross monthly salary to the program. Commencing fiscal year 2014, the Authority will pay contribution of 12.275% of the employee's gross monthly salary and will increase 1% per year until fiscal year 2016 and 1.25% per year until fiscal year 2021.

The new pension program also establishes a new age for retirement as follows:

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000161
FOMB_CONF_57913

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**12. Retirement Plan (continued)**

For participants who entered the program before April 1, 1990 Act No. 447:

| Age at June 30, 2013 | Age under new program |
|---|---|
| 57 years or more | 59 years |
| 56 years | 60 years |
| 55 years or less | 61 years |

For participants who entered the program after April 1, 1990 through December 31, 1999 (Act No. 1):

| Age at June 30, 2013 | Age under new program |
|---|---|
| 65 years or less | 65 years |

For participants who entered the program after January 1, 2000 through June 30, 2013 (System 2000):

| Age at June 30, 2013 | Age under new program |
|---|---|
| 59 years | 61 years |
| 58 years | 62 years |
| 57 years | 63 years |
| 56 years | 64 years |
| 55 years or less | 65 years |

For participants who entered in to the program after July 1, 2013 (Act No. 3) the retirement age will be sixty-seven (67) years.

Additional information on the Retirement System is provided in its financial statements, a copy of which can be obtained from the Retirement System Administration, Minillas Station, P.O. Box 42003, San Juan, Puerto Rico 00940.

The Authority has a labor union contract that provides all union employees who work for the Authority upon retirement with the following lump-sum bonus payable at the retirement date computed as follows:

| Years of Service | Amount |
|---|---|
| 10-15 years | $100 per year of service |
| 16-30 | $150 per year of service |

In addition, management employees have similar benefits under the same conditions granted to labor union personnel, as detailed above.

1403-1217371

66

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000162
FOMB_CONF_57914

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 13. Other Post-Employment Benefits

The Authority has implemented GASB Statement No. 45, *Accounting and Financial Reporting for Employers for Postemployment Benefits Other Than Pensions* (GASB 45). This Statement establishes the standards for the measurement, recognition, and display of Other Postemployment Benefits (OPEB) expense/expenditures and related liabilities (assets), note disclosures, and, if applicable, required supplementary information (RSI) in the financial reports of state and local governmental employers.

Postemployment benefits are part of an exchange of salaries and benefits for employee services rendered. Most OPEB have been funded on a pay-as-you-go basis and have been reported in financial statements when the promised benefits are paid. GASB 45 requires state and local government's financial reports to reflect systematic, accrual-basis measurement and recognition of OPEB cost (expense) over a period that approximates employees' years of service and provides information about actuarial accrued liabilities associated with the OPEB and whether and to what extent progress is being made in funding the plan.

**Plan Description**

The Authority agreed to provide medical, pharmacy, dental and vision medical insurance coverage to eligible retirees, its spouses and dependents, for a period of two years after retirement as a single employer defined benefit Other Post-Employment Benefits Plan (the Plan) and the voluntary termination benefits as per Act No. 70. Under the Act No. 70, the Authority agreed to pay the pension benefit until the member reaches a specified age and/or service amount. The Plan can be amended by action of the Authority subject to applicable collective bargaining and employment agreements. The Plan does not issue a stand-alone financial report since there are no assets legally segregated for the sole purpose of paying benefits under the Plan.

**Funding Policy**

The obligations of the Plan members' employer are established by action of the Authority pursuant to applicable collective bargaining and employment agreements. The required contribution rates of the employer and the members vary depending on the applicable agreement.

The Authority currently contributes enough money to the Plan to satisfy current obligations on a pay-as-you-go basis. The costs of administering the Plan are paid by the Authority.

1403-1217371

67

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000163
FOMB_CONF_57915

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**13. Other Post-Employment Benefits (continued)**

**Annual OPEB Cost and Net OPEB (Asset) Obligation**

The Authority's annual OPEB cost (expense) is calculated based on the annual required contribution of the employer (ARC). The Authority has engaged an actuary to calculate the ARC and related information per the provisions of GASB Statement 45 for employers in the Plan with more than one hundred total plan members. The ARC represents a level of funding that, if paid on an ongoing basis, is projected to cover normal cost each year and to amortize any unfunded actuarial liabilities (or funding excess) over a period not to exceed thirty years.

The following table shows the components of the Authority's annual OPEB cost for the years ended June 30, 2013 and 2012, the amount actually contributed to the plan, and the Authority's net OPEB obligation to the Plan at June 30:

|  | 2013 | 2012 |
|---|---|---|
| Annual required contribution (ARC) | $ 4,650,460 | $ 4,508,967 |
| Adjustment to annual required contribution | 88,576 | (12,851) |
| Annual OPEB cost (AOC) | 4,739,036 | 4,496,116 |
| Contribution made | 5,336,900 | 6,202,800 |
| (Decrease) increase in net OPEB obligation | (597,864) | (1,706,684) |
| Net OPEB (asset) obligation at beginning of year | (1,452,244) | 254,440 |
| Net OPEB (asset) obligation at end of year | $ (2,050,108) | $ (1,452,244) |

The Authority's annual OPEB cost, percentage of annual OPEB cost contribution to the plan, and net OPEB (asset) obligation for the year ended June 30, 2013, were as follows:

| Fiscal Year Ended | Annual OPEB Cost | Percentage of Annual OPEB Cost Contributed | Net OPEB (Asset)/Obligation |
|---|---|---|---|
| 2013 | $ 4,739,000 | 112.6% | $ (2,050,000) |
| 2012 | 4,496,000 | 138.0% | (1,452,000) |
| 2011 | 4,432,000 | 95.7% | 254,000 |
| 2010 | 753,000 | 110.5% | 65,000 |

1403-1217371

68

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000164
FOMB_CONF_57916

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**13. Other Post-Employment Benefits (continued)**

**Annual OPEB Cost and Net OPEB Obligation (continued)**

As of June 30, 2013 and 2012, the actuarial accrued liability for benefits was $48,781,000 and $49,487,000, respectively, all of which were unfunded. The covered payroll (annual payroll of active employees covered by the plan) were approximately $94,172,000 and $84,158,000 during the years ended June 30, 2013 and 2012, respectively, and the ratio of the unfunded actuarial accrued liability to the covered payroll were approximately 51.8% and 58.0% as of June 30, 2013 and 2012, respectively.

The projection of future benefit payments for an ongoing plan involves estimates of the value of reported amounts and assumptions about the probability of occurrence of events far into the future. Examples include assumptions about future employment, mortality, and the healthcare cost trend. Amounts determined regarding the funded status of the plan and the annual required contributions of the employer are subject to continual revision as actual results are compared with past expectations and new estimates are made about the future.

**Methods and Assumptions**

Projections of benefits for financial reporting purposes are based on the substantive plan (the plan as understood by the employer and plan members) and include the types of benefits provided at the time of each valuation and the historical pattern of sharing of benefit costs between the employer and plan members to the point. The methods and assumptions used include techniques that are designed to reduce the effects of short-term volatility in actuarial accrued liabilities and the actuarial value of assets, consistent with the long-term perspective of the calculations. The valuation date was July 1, 2010 and the *Projected Unit Credit Cost Method* was used. The actuarial assumptions were based on a set of assumptions modified to the Authority.

Turnover rates were taken from a standard actuary table, T-5. This table was chosen so as to match the Authority historical turnover experience. Retirement rates were also based on recent Authority experience, but are less reliable due to the size of the current retiree group and the relative newness of the program.

A discount rate of 4% was used. This rate is the best actuarial estimate of expected long-term experience and is in accordance with guidelines for selection of these rates under GASB 45. The healthcare trend rates are based on the actuarial knowledge of the general healthcare environment and the specific coverage offered by the Authority.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000165
FOMB_CONF_57917

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**14. Voluntary Termination Benefits**

On July 2, 2010, the Commonwealth enacted Act No. 70 to establish a program that provides
benefits for early retirement or economic incentives for voluntary employment termination to
eligible employees, as defined, including employees of the Authority.  Act No. 70 established
that early retirement benefits will be provided to eligible employees that have completed
between 15 years to 29 years of credited service in the Retirement System and will consist of
biweekly benefits ranging from 37.5% to 50% of each employee' salary, as defined. In this early
retirement benefit program, the Authority will make the employee and the employer
contributions to the Retirement System and pay the corresponding pension obligation until the
employee complies with the requirements of age and 30 years of credited service in the
Retirement System. Economic incentives are available to eligible employees who have less than
15 years of credited service in the Retirement System or who have at least 30 years of credited
service in the Retirement System and the age for retirement or who have the age for retirement.
Economic incentives will consist of a lump-sum payment ranging from one-month to six-month
salary based on employment years.  For eligible employees that choose the economic incentives
and have at least 30 years of credited service in the Retirement System and the age for retirement
or have the age for retirement, the Authority will make the employee and the employer
contributions to the Retirement System for a five-year period.

Additionally, eligible employees that choose to participate in the early retirement benefit
program or that choose the economic incentive and have less than 15 years of credited service in
the Retirement System are eligible to receive health plan coverage for up to 12 months in a
health plan selected by management of the Authority.

The financial impact resulting for the benefits granted to participants on this program was the
recognition within the Authority's financial statements of a liability of $88.2 million and $81.0
million in the statements of net position as of June 30, 2013 and 2012, and a charge of $14.3
million and $11.5 million in the statements of revenues, expenses and changes in net position for
the years ended June 30, 2013 and 2012, respectively. At June 30, 2013 and 2012, unpaid long-
term benefits granted on this program was discounted between 2.9% and 1.73%, respectively, for
early retirement benefits that will be provided to eligible employees that have completed
between 15 years to 29 years of credited service in the Retirement System and between .80% and
1.52% and .51% and .71%, respectively, for employee and the employer contributions to the
Retirement System to eligible employees that have 30 years of credited service in the Retirement
System and the age for retirement or have the age for retirement.

1403-1217371

70

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000166
FOMB_CONF_57918

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**15. Related Party Transactions**

Operating administrative and general expenses during the fiscal years ended June 30, 2013 and 2012 included approximately $15.2 million and $10.8 million, respectively, of charges from Puerto Rico Electric Power Authority (PREPA), a component unit of the Commonwealth.

As of June 30, 2013 and 2012, the Authority had approximately $42.5 million and $33.4 million, respectively, of receivables from the Commonwealth and its component units, which were reported in accounts receivable in the accompanying basic financial statements.

Over the years, GDB, as fiscal agent and bank of the Commonwealth, had extended lines of credit to the Authority in order to finance capital improvement projects and operational deficits. As of June 30, 2013 and 2012, the Authority had an outstanding balance of approximately $2,045.1 million and $1,882.0 million, respectively, under these lines of credit.

As of June 30, 2013 and 2012, the Authority has amounts due to other governmental entities for operating leases and other agreements of approximately $38.8 million and $37.0 million, respectively.

**16. Commitments and Contingent Liabilities**

**Construction**

As of June 30, 2013 and 2012, the Authority had commitments of approximately $642.2 million and $734.0 million, respectively, related to construction contracts.

1403-1217371

71

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000167
FOMB_CONF_57919

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 16. Commitments and Contingent Liabilities (continued)

**Leases**

The Authority has various non-cancelable operating leases for office space with the Puerto Rico Public Buildings Authority and Puerto Rico Port Authority, which are related parties, and other lessors. These leases have an initial term of three years or more, the latest of which expires in June 2090, and can be renewed at end of lease term for an additional year. The rental expense for the years ended June 30, 2013 and 2012, was approximately $1,734,897 and $1,262,819, respectively. Future rental payments as of June 30, 2013 under these leases are as follows:

| Year ending June 30, | |
|---|---|
| 2014 | $ 2,118,000 |
| 2015 | 2,118,000 |
| 2016 | 2,118,000 |
| 2017 | 1,818,000 |
| 2018 | 1,818,000 |
| 2019-2023 | 5,615,000 |
| Thereafter | 1,525,000 |
| | $ 17,130,000 |

**Litigation**

The Authority is defendant or co-defendant in various lawsuits for alleged damages in cases principally related to construction projects. These are generally either fully or partially covered by insurance. The contractors are required, under the terms of the construction agreements, to carry adequate public liability insurance and to hold harmless the Authority from lawsuits brought on account of damages relating to the construction of the projects.

As of June 30, 2013 and 2012, the Authority, based on legal advice, has recorded a liability of approximately $139.2 million and $70.8 million, respectively, for probable losses on those claims not fully covered by insurance. In the opinion of legal counsel, any liability in excess of the recorded liability that may arise from such claims would not be significant to the Authority's financial position or results of operations.

J403-1217371

72

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**16. Commitments and Contingent Liabilities (continued)**

**Special Facility Revenue Bonds**

On December 20, 1992, the Authority and Autopistas de Puerto Rico y Compañía S.E. (Autopistas) entered into a service concession agreement (the Concession Agreement), amended in 1992, and again in 2004, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge, which traverses the San José Lagoon between the municipalities of San Juan and Carolina. Autopistas designed and constructed the Bridge and commenced operating the Bridge on February 23, 1994. The initial term of this agreement is 35 years, expiring on April 3, 2027.On September 9, 2009, the agreement was amended to extend its term to 50 years (2044).

In March 1992, the Authority issued Special Facility Revenue Bonds, 1992 Series A, B and C amounting to approximately $117.0 million for the purpose of facilitating the construction of the Bridge. The proceeds from the sale of the bonds were transferred by the Authority to Autopistas, the borrower, pursuant to a loan agreement (the Loan Agreement) by and between Autopistas and the Authority.

On October 30, 2003, the Authority issued Special Facility Revenue Refunding Bonds, 2004 Series A amounting to approximately $153.0 million for the purpose of refunding the Authority's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the Bridge, and to pay the cost of issuance of the bonds. The proceeds from the sale of the bonds were transferred by the Authority to Autopistas, pursuant to a new loan agreement by and between Autopistas and the Authority.

Under certain circumstances, the Concession Agreement may be terminated and the Authority is then obligated to assume all of the Autopistas's obligations to pay principal of, and interest on, the bonds outstanding, which pursuant to the Loan Agreement will be paid from the net revenues of the use and operation of the Bridge. The Authority does not currently expect the Concession Agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2013 and 2012, amounted to approximately $157 million and $159.0 million, respectively.

**Federal Assistance Programs**

The Authority participates in a number of federal financial assistance programs. These programs are subject to audits in accordance with the provisions of OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations,* or to compliance audits by grantor agencies.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000169
FOMB_CONF_57921

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**17. Operation and Maintenance of Urban Train System**

The Authority entered into a System and Test Track Turnkey Contract (STTT Contract) with
Siemens Transportation Partnership Puerto Rico, S.E., Juan R. Requena y Asociados, and
Alternate Concepts, Inc. (all together known as "Siemens") for the purpose of operating and
maintaining the Tren Urbano. During 2005, the STTT Contract became effective upon the
execution of the contract for an initial term of five years with an option by the Authority to
extend the term for an additional five years. The compensation is based on a schedule included in
the master agreement which approximates $4.0 million on a monthly basis. The total annual
operation and maintenance cost, including cost of insurance and electricity, for fiscal year 2013
and 2012, was approximately $75.1 million and $76.4 million, respectively.

Costs incurred in connection with the integrated transportation system financed in part by the
Authority during the years ended June 30, 2013 and 2012, amounted to approximately $11.1
million and $27.0 million, respectively.

As authorized by Resolution 2007-40, the Authority contracted the Metropolitan Bus Authority
(AMA), a public corporation of the Commonwealth of Puerto Rico, to operate the service known
as Metrobus II which consists of a feeder bus service of 21 AMA routes that were changed to
service the Urban Train stations. This feeder bus service is considered a key strategy for
increasing rail ridership.

Metrobus I service consists of two express routes, Metrobus Route I and Metrobus Expreso,
which provides service between the University of Puerto Rico and Old San Juan. The Authority
contracted First Transit to operate this service. The service is provided seven days a week using
24 buses owned by First Transit. The existing service agreement with First Transit expires on
September 30, 2013.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000170
FOMB_CONF_57922

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**18. Other Operational Income**

Other income for the years ended June 30, 2013 and 2012, consisted of:

|  | 2013 | 2012 |
|---|---|---|
| Impact fee | $ 2,277,449 | $ 1,696,195 |
| Electronic toll label sales and fines fees | 18,581,019 | 13,667,176 |
| Metrobus fare fees | 880,755 | 640,874 |
| Bad debt recovery, rent and others | 16,479,217 | 20,018,490 |
| Total | $ 38,218,440 | $ 36,022,735 |

**19. Subsequent Events**

The aforementioned lines of credit expiring on August 31, 2013 and January 31, 2014, were extended for one year as approved by GDB's Board of Directors.

On June 25, 2013, the Act No. 30 was created by the Commonwealth of Puerto Rico to assign the Authority all the revenues generated through with the vehicle license fee.

On June 25, 2013, the Act No. 31 was created by the Commonwealth of Puerto Rico to increase the petroleum tax revenues from $3.00 to $9.25 per petroleum barrel and the assignment of $20.0 million annually from cigarettes taxes.

On August 16, 2013, the Authority entered into a new agreement with GDB for the amount of $10.5 million to decrease the $33.9 million nonrevolving line of credit agreed on August 15, 2012, with the same loan terms and an extension in the maturity date until January 31, 2014.

On August 27, 2013, the Authority entered into a new agreement with GDB for the amount of $61.8 million which expired on February 28, 2014.

On August 29, 2013, the Authority issued 2013A Bond Anticipation Notes (the "Series A Notes") amounting to $400.0 million purchased by a financial institution for the repayment of various Authority's loans with GDB, including the corresponding fee and costs of issuance.

On October 8, 2013, the Authority entered into a new agreement with GDB for the amount of $2.8 million to increase the $24.0 million nonrevolving line of credit agreed on August 27, 2010, with the same loan terms and an extension in the maturity date until August 31, 2014.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000171
FOMB_CONF_57923

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**19. Subsequent Events (continued)**

On January 16, 2014, the Authority entered into a new agreement with GDB for the amount of
$15.0 million which expires on June 30, 2015.

On February 4, 2014, Standard & Poor's Ratings Services ("S&P") lowered its rating on the
general obligation bonds of the Commonwealth of Puerto Rico (the Commonwealth) from
"BBB-" to "BB+," which is a non-investment grade rating. S&P also lowered its rating on the
bonds of GDB to "BB," one notch below the Commonwealth's general obligation rating, and
lowered its rating on the bonds of several other Commonwealth issuers. S&P kept all of these
ratings on "CreditWatch" with negative implications, and noted that further downgrades are
possible.

On February 5, 2014, the Authority entered into a new agreement with GDB for the amount of
$40.0 million to increase the $107.0 million nonrevolving line of credit agreed on December 21,
2012, with the same loan terms and an extension in the maturity date until January 31, 2015.

On February 7, 2014, Moody's Investors Service ("Moody's") lowered its rating on the general
obligation bonds of the Commonwealth two notches, from "Baa3" to "Ba2", which is a non-
investment grade rating. Moody's also lowered its rating on the bonds of several other
Commonwealth issuers to "Ba2," including GDB. Moody's maintained a "negative" outlook on
all these bonds.

On February 10, 2014, Fitch Ratings ("Fitch") lowered its rating on the general obligation bonds
of the Commonwealth by two notches from "BBB-" to "BB", which is a non -investment grade
rating. Fitch also lowered its ratings on the bonds of several other Commonwealth issuers. Fitch
removed the downgraded bonds from Rating Watch negative but maintained its rating outlook
negative on these bonds.

The following table sets forth the ratings of the Authority after giving effect to the recent
downgrades:

| | |
|---|---|
| Highway Revenue Bonds | BB+ Ba1 |
| Transportation Revenue Bonds | BB+ Ba2 |
| Subordinate Transportation Revenue Bonds | BB+ Baa3 |

1403-1217371

76

CONFIDENTIAL
CONFIDENTIAL

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 19. Subsequent Events (continued)

These credit rating downgrades could result in the acceleration of certain Authority's obligations or the termination of certain credit and liquidity facilities that support certain Authority obligations. The downgrades also resulted in additional collateral postings and termination events under certain derivatives agreements.

The most significant of such maturing, accelerable or terminable obligations of the Authority are listed below.

- Bond anticipation notes in an aggregate principal amount of $400.0 million, which were directly purchased by a financial institution, and which matures on September 1, 2015. On February 12, 2014, the Authority amended the documents to its $400.0 million bond anticipation notes, limiting the holder's right to accelerate and waiving covenant defaults due to the downgrades. Principal set-asides will continue as originally scheduled.

- Variable rate demand obligations in an aggregate principal amount of approximately $200.0 million supported by a liquidity facility that expires on May 27, 2014, but that could be subject to acceleration as a result of the downgrade. The provider of the liquidity facility may cause the mandatory tender of the bonds and, thereafter, require the immediate repayment of the amounts disbursed under the liquidity facility.

In addition, the interest rates on certain bonds and notes will increase as a result of the credit downgrades, to rates ranging from 10% to 12.0%. In addition to the possible acceleration of debt instruments described above, the credit rating downgrades have triggered "additional termination events" under interest rate exchange ("swap") and other derivative agreements relating to outstanding bonds and notes of the Authority, making them now subject to termination at the option of the applicable counterparty.

As a result of the credit rating downgrades, the Authority has posted approximately $70 million in additional collateral, which was funded through GDB. In addition, as a result of the downgrades, almost all of the interest rate exchange agreements are now subject to termination at the option of the applicable counterparty. If any such agreements were to be terminated, the Authority, as applicable, would then be subject to variable rate interest risk on any corresponding variable rate indebtedness. Any collateral posted at the time of the terminations could be used to effectively offset a like-amount of liquidity needed to fund the termination payments.

Between February 19 and February 25, 2014, the Authority terminated all its outstanding swap agreements for a total termination payment of $112 million.

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000173
FOMB_CONF_57925

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

**19. Subsequent Events (continued)**

On March 12, 2014, the Act No. 74 of June 23, 1965 was amended to create in the Authority a
Board of Directors composed by seven members which have the power to approve, amend and
revoke any regulations to perform its duties and to control the capital and operational budget.

**20. Fiscal Condition**

The Authority faces a number of business challenges that have been exacerbated by the
Commonwealth's economic recession and the fact that the Authority has not increased tolls to its
customers at sufficient levels to offset the effects of its rising costs. Its principal challenges,
some of which are interrelated, are: (i) reduction of operating costs; (ii) increase in the use of
federal grants; and (iii) improving its liquidity. The Authority is committed to take all necessary
measures to ensure it achieves a healthy financial condition.

**21. Adoption of Accounting Principle**

During the year ended July 1, 2012, the Authority adopted GASB No. 60, *Accounting and
Financial Reporting for Service Concession Arrangements*. The adoption of the accounting
principle is reported through retroactive application. This implementation resulted in an increase
of the net position of $5.4 million as of June 30, 2012 related to the recognition of the deferred
inflow of resources related with the service concession agreement of the Bridge and the book
value of the Toll Roads under service concession agreement. We have restated the opening
June 30, 2012 net position, appearing herein, from amounts previously reported to present
retroactive application of the change in accounting principle. The table below summarizes the
effect of the restatement on previously reported net position as of July 1, 2011 and June 30,
2012:

**2011**

| | |
|---|---|
| Net position as of beginning of the year, July 1, 2011 | $3,742,945,748 |
| **Effects of Adoption:** | |
| Highways and bridge under service concession agreement, net | 72,270,000 |
| Deferred Inflow of resources service concession agreeement | (72,270,000) |
| Net position as of July 1, 2011 Restated | $3,742,945,748 |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000174
FOMB_CONF_57926

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

### 21. Adoption of Accounting Principle (continued)

|  | As reported | Effects of Adoption | | Net Position |
|---|---|---|---|---|
|  |  | (Bridge) | (Highways) |  |
| Net position as of beginning of the year, July 1, 2011 | $ 3,742,945,748 | $         – | $         – | $ 3,742,945,748 |
| **Effects of Adoption:** |  |  |  |  |
| Highways and bridge under service concession agreement, net | – | 72,270,000 | – | 72,270,000 |
| Deferred inflow of resources service concession agreement | – | (72,270,000) | – | (72,270,000) |
| Net position as of July 1, 2011, *restated* | $ 3,742,945,748 | $         – | $         – | $ 3,742,945,748 |

#### 2012

| | | | |
|---|---|---|---|
| Net position as of end of the year, June 30, 2012 | $ 3,380,408,073 | Net position as of end of the year, June 30, 2012 | $ 3,380,408,073 |
| **Effects of Adoption in Statement of Net Position:** | | **Effects of Adoption in Statement of Revenues, Expenses and Changes in Net Position:** | |
| Highways and bridge under service concession agreement, net | 75,521,101 | Concession Service Revenue | 2,190,000 |
| Deferred inflow of resources service concession agreement | (70,080,000) | Depreciation and amortization (Bridge) | 3,251,101 |
| Net position | 5,441,101 | Change in Net position | 5,441,101 |
| Net position at beginning of year, July 1, 2012, *as restated* | $ 3,385,849,174 | Net position at beginning of year, July 1, 2012, *as restated* | $ 3,385,849,174 |

The table below summarizes the effect of the adoption of GASB No.60 on the line items affected on previously reported financial statements:

**Statement of Net Position as of June 30, 2012**

|  | As reported | Effects of Adoption | | As restated |
|---|---|---|---|---|
|  |  | (Bridge) | (Highways) |  |
| **Effects of Adoption:** |  |  |  |  |
| Highways and bridge under service concession agreement, net | $    85,298,964 | $ 70,080,000 | $ 5,441,101 | $   160,820,065 |
| Deferred inflow of resources service concession agreement | (1,114,857,000) | (70,080,000) | – | (1,184,937,000) |
| Net position | 3,380,408,073 | | 5,441,101 | 3,385,849,174 |

**Statement of Revenues, Expenses and Changes in Net Position for the Year Ended June 30, 2012**

|  | As reported | Effects of Adoption | | As restated |
|---|---|---|---|---|
|  |  | (Bridge) | (Highways) |  |
| **Effects of Adoption:** |  |  |  |  |
| Concession Service Revenue | $    (30,234,138) | $ (2,190,000) | $         – | $   (32,424,138) |
| Depreciation and amortization (Bridge) | 441,466,163 | 2,190,000 | (5,441,101) | 438,215,062 |

1403-1217371

79

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000175
FOMB_CONF_57927

# Required Supplementary Information

1403-1217371

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000176
FOMB_CONF_57928

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Schedule of Funding Progress for Retiree Health Plan

Year Ended June 30, 2013
*(In thousands)*

| Actuarial Valuation Date | Actuarial Value of Assets (a) | | Accrued Liability (b) | Unfunded Accrued Liability (UAL) (b)-(a) | Funded Ratio (a)/(b) | Covered Payroll (c) | UAL Percentage of Covered Payroll [(b)-(a)]/(c) |
|---|---|---|---|---|---|---|---|
| July 1, 2012 | $ | — | $   48,781 | $   48,781 | 0.0% | $   94,172 | 51.8% |
| July 1, 2010 | | — | 49,487 | 49,487 | 0.0% | 84,158 | 58.0% |
| June 30, 2009 | | — | 7,185 | 7,185 | 0.0% | 91,396 | 7.9% |

1403-1217371

80

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000177
FOMB_CONF_57929

# Other Information (Unaudited)

1403-1217371

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000178
FOMB_CONF_57930

## Schedule of Revenues and Expenses by Segment (Unaudited)

Year Ended June 30, 2013
(In thousands)

| | Toll | ATI | Non-Toll | Total |
|---|---|---|---|---|
| Operating revenues: | | | | |
| Toll fares | $ 121,002 | $ — | $ — | $ 121,002 |
| Train fares | .. | 8,042 | | 8,042 |
| Other revenues | 26,517 | 1,110 | (2,387) | 25,240 |
| Concession agreement | 30,594 | — | | 30,594 |
| Total operating revenues | 178,113 | 9,152 | (2,387) | 184,878 |
| | | | | |
| Operating expenses: | | | | |
| Salaries and related benefits | 11,724 | 1,538 | 14,137 | 27,399 |
| Post-employments benefits | 2,544 | 155 | 11,661 | 14,360 |
| Toll highways administration and maintenance | 46,621 | — | — | 46,621 |
| Train operating and maintenance costs | — | 56,425 | — | 56,425 |
| Integrated transportation system | — | 11,732 | — | 11,732 |
| Repairs and maintenance of roads and bridges | 12,137 | 4,375 | 90,427 | 106,939 |
| Utilities | 4,161 | 11,132 | — | 15,293 |
| Other | 8,195 | 6,936 | 20,478 | 35,609 |
| Total operating expenses | 85,382 | 92,293 | 136,703 | 314,378 |
| Operating loss before depreciation and amortization | 92,731 | (83,141) | (139,090) | (129,500) |
| | | | | |
| Depreciation and amortization | 60,921 | 48,388 | 328,841 | 438,150 |
| Operating loss | 31,810 | (131,529) | (467,931) | (567,650) |
| | | | | |
| Non-operating revenues (expenses): | | | | |
| Gasoline, diesel, oil and petroleum tax revenues | — | — | 258,424 | 258,424 |
| Vehicle license fee | — | — | 32,842 | 32,842 |
| Other revenues | 346 | 399 | 586 | 1,331 |
| Interest on bonds and lines of credit | (104,596) | (120,688) | (177,009) | (402,293) |
| Investment income: | | | | |
| Interest income | 6,037 | 12,728 | 23,660 | 42,425 |
| Decrease in fair value upon hedge termination | 17,040 | 19,661 | 28,836 | 65,537 |
| Gain on extinguishment of debt | .. | — | — | — |
| Total non-operating expenses, net | (81,173) | (87,900) | 167,339 | (1,734) |
| Loss before capital contributions | (49,363) | (219,429) | (300,592) | (569,384) |
| | | | | |
| Capital contributions | 173,617 | 15,458 | 239,855 | 428,930 |
| Change in net assets | $ 124,254 | $ (203,971) | $ (60,737) | $ (140,454) |

CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000179
FOMB_CONF_57931

EY | Assurance | Tax | Transactions | Advisory

**About EY**
EY is a global leader in assurance, tax, transaction and advisory services.
The insights and quality services we deliver help build trust and confidence
in the capital markets and in economies the world over. We develop
outstanding leaders who team to deliver on our promises to all of our
stakeholders. In so doing, we play a critical role in building a better
working world for our people, for our clients and for our communities.

EY refers to the global organization, and may refer to one or more, of
the member firms of Ernst & Young Global Limited, each of which is a
separate legal entity. Ernst & Young Global Limited, a UK company limited
by guarantee, does not provide services to clients. For more information
about our organization, please visit ey.com.

© 2013 Ernst & Young LLP.
All Rights Reserved.

ey.com



CONFIDENTIAL
CONFIDENTIAL

KPMG-CPR-0000180

FOMB_CONF_57932

# Summary of Comments on Microsoft Word - 1403-1217371 Puerto Rico Highways FS2013_Notes.docx

## Page: 1

Author: abimaelpena          Subject: Text Box      Date: 6/3/2014 2:30:13 PM
NOTE: THIS WP REPRESENT AUDITED F/S FOR FY 12-13 OF THE PR HIGHWAYS AND TRANSPORTATION
AUTHORITY

CONFIDENTIAL
CONFIDENTIAL



COMMONWEALTH OF
**PUERTO RICO**
Government Development Bank
for Puerto Rico

## Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)

**IF THIS FILING RELATES TO A SINGLE BOND ISSUE:**

Name of bond issue exactly as it appears on the cover of the Official Statement:

_____

_____

_____

_____

Nine-digit CUSIP* numbers if available, to which the information relates:

_____

_____

**IF THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name:___**Puerto Rico Highways and Transportation Authority**_____

Other Obligated Person's Name (if any): _____

Six-digit CUSIP* number(s): **745181, 745190 and 745185 (Teodoro Moscoso Bridge)**

## TYPE OF INFORMATION PROVIDED:

A. ☐ **Annual Financial Information and Operating Data pursuant to Rule 15c2-12**
   **Fiscal Period Covered:** _____

B. ☒ **Audited Financial Statements or CAFR pursuant to Rule 15c2-12**
   **Fiscal Period Covered:** _____**2013-2014**_____

C. ☐ **Notice of Failure to Provide Annual Financial Information as Required**

I hereby represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.

Jorge A. Clivillés Díaz
Executive Vice President

Dated: December 23, 2015

PO Box 42001
San Juan, PR 00940-2001
Telephone (787) 722-2525



**GOVERNMENT
DEVELOPMENT
BANK FOR
PUERTO RICO**

AUDITED FINANCIAL STATEMENTS,
REQUIRED SUPPLEMENTARY INFORMATION
AND SUPPLEMENTAL SCHEDULES

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)
Years Ended June 30, 2014 and 2013

With Report of Independent Auditors

1507-1576959

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Audited Financial Statements,
Required Supplementary Information and Supplemental Schedules

Years Ended June 30, 2014 and 2013

# Contents

**Financial Statements:**

Report of Independent Auditors.................................................................. 1

Management's Discussion and Analysis ................................................... 4

Audited Financial Statements:
  Statements of Net Position.................................................................... 24
  Statements of Revenues, Expenses and Changes in Net Position ......... 26
  Statements of Cash Flows..................................................................... 27
  Notes to Financial Statements.............................................................. 29

Required Supplementary Information:
  Schedule of Funding Progress for Retiree Health Plan ....................... 89

Other Information (Unaudited):
  Schedule of Revenues and Expenses by Segment (Unaudited)............ 90

Other Report:
  Report of Independent Auditors on Internal Control Over Financial Reporting
    and on Compliance and Other Matters Based on an Audit of Financial Statements
    Performed in Accordance with *Government Auditing Standards*...................... 91

1507-1576959



Ernst & Young LLP
Plaza 273, 10th Floor
273 Ponce de León Avenue
San Juan, PR 00917-1951

Tel: +1 787 759 8212
Fax: +1 787 753 0808
ey.com

## Report of Independent Auditors

The Board of Directors
Puerto Rico Highways and Transportation Authority

**Report on the Financial Statements**

We have audited the accompanying financial statements of the Puerto Rico Highways and Transportation Authority (the Authority), a component unit of the Commonwealth of Puerto Rico, as of and for the years ended June 30, 2014 and 2013, and the related notes to the financial statements, which collectively comprise the Authority's basic financial statements as listed in the table of contents.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in conformity with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditor's Responsibility*

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States and the standards applicable to financial audits contained in *Government Auditing Standards*, issued by Comptroller General of the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1507-1576959

1

A member firm of Ernst & Young Global Limited



*Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Authority as of June 30, 2014 and 2013, and the changes in financial position and, its cash flows for the years then ended in accordance with U.S. generally accepted accounting principles.

### The Authority's Ability to Continue as a Going Concern

The accompanying financial statements have been prepared assuming that the Authority will continue as a going concern. As discussed in Note 21 to the financial statements, the Authority has significant recurring losses from operations and does not have sufficient funds available to fully repay its various obligations as they come due, which raises substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in Note 21. The financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter.

### Adoption of GASB Statement No. 65, Items Previously Reported as Assets and Liabilities

As discussed in Note 1 and 22 to the financial statements, the Authority changed its method for accounting for bond issue costs and deferred losses related to bond refundings as a result of the adoption of GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities*, effective for periods beginning after July 1, 2012. Our opinion is not modified with respect to this matter.

### Required Supplementary Information

U.S. generally accepted accounting principles require that the management's discussion and analysis on pages 4 through 24 and the schedule of funding progress for retiree health plan on page 90 be presented to supplement the basic financial statements. Such information, although not a required part of the basic financial statements, is required by the Governmental Accounting Standards Board, who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

A member firm of Ernst & Young Global Limited



**EY**
Building a better
working world

*Other Information*

Our audit was conducted for the purpose of forming an opinion on the financial statements that comprise the Authority's basic financial statements. The schedule of revenues and expenses by segment is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has not been subjected to the auditing procedures applied in the audit of the basic financial statements and, accordingly, we do not express an opinion or provide any assurance on it.

**Other Reporting Required by Government Auditing Standards**

In accordance with *Government Auditing Standards*, we have also issued our report dated December 18, 2015, on our consideration of the Puerto Rico Highways and Transportation Authority's internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements and other matters. The purpose of that report is to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on the internal control over financial reporting or on compliance. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering the Authority's internal control over financial reporting and compliance.

*Ernst & Young LLP*

December 18, 2015

Stamp No. E201412
affixed to
original of
this report.

1507-1576959

A member firm of Ernst & Young Global Limited

3

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis

Years Ended June 30, 2014 and 2013

The following discussion and analysis of the financial performance and activity of the Puerto Rico Highways and Transportation Authority (the Authority) provides an introduction and understanding of the basic financial statements of the Authority for the fiscal years ended June 30, 2014 and 2013. This discussion was prepared by management and should be read in conjunction with the financial statements and the notes thereto, which follows this section.

**June 30, 2014 and 2013**

The Authority's net position totaled $2,977.4 million and $3,167.7 million at June 30, 2014 and 2013, respectively. Net position decreased by $190.2 million in 2014, as compared to a decrease of approximately $134.2 million in 2013.

The Authority's net capital assets, including assets under service concession agreements, totaled $10,909.8 million and $11,159.7 million at June 30, 2014 and 2013, respectively. Net capital assets decreased by 2.2% at June 30, 2014, when compared with the balance at June 30, 2013, and decreased by 0.37% at June 30, 2013, when compared with the balance at June 30, 2012 of $11,201.0 million.

**Financial Statements**

The basic financial statements provide information about the Authority's business-type activities. The financial statements are prepared in accordance with U.S. generally accepted accounting principles as promulgated by the Governmental Accounting Standards Board (GASB).

**Overview of the Financial Statements for Business-Type Activities**

The financial statements consist of the: (1) statements of net position, (2) statements of revenues, expenses, and changes in net position, (3) statements of cash flows, and (4) notes to the financial statements. The financial statements are prepared on the accrual basis of accounting, meaning that all expenses are recorded when incurred and all revenues are recognized when earned, in accordance with U.S. generally accepted accounting principles.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Statements of Net Position**

The statement of net position reports all financial and capital resources of the Authority. The statement is presented in the format where assets plus deferred outflow of resources equal liabilities plus deferred inflow of resources plus net position. Assets and liabilities are presented in order of liquidity and are classified as current (convertible into cash within one year) and noncurrent. The focus of the statement of net position is to show a picture of the liquidity and financial health of the Authority as of the end of the year.

The Authority's net position is reported in the following categories:

- *Net Investment in Capital Assets* – This component of net position consists of all capital assets, net of accumulated depreciation, reduced by the outstanding balances of any bonds, notes, or other borrowings that are attributable to the acquisition, construction, or improvement of those assets. Although the Authority's investment in its capital assets is reported net of related debt, it is noted that the resources required to repay this debt must be provided annually from toll operations, vehicle license fees, certain investment income, gasoline and petroleum taxes allocated annually by the Commonwealth of Puerto Rico, since the capital assets themselves cannot be used to liquidate liabilities.

- *Restricted for Debt Service* – This component of net position consists of restricted assets for the principal and interest payments of the bonds payable. This restriction is imposed by the bondholders through debt covenants.

- *Restricted for Construction* – This component of net position consists of restricted assets for the specific purpose of paying for construction projects. This restriction is imposed by the grantors and contributors, as well as the bondholders through debt covenants.

- *Unrestricted* – This component consists of net position that does not meet the definition of net investment in capital assets or restricted for debt service or for construction.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Statements of Revenues, Expenses, and Changes in Net Position**

The statement of revenues, expenses and changes in net position includes operating revenues, which consist of toll, train fares, concession service, and other, and operating expenses, such as costs of operating toll roads, the mass transportation system, administrative expenses, and depreciation on capital assets; and "non-operating" revenue and expenses, such as gasoline, diesel, oil and petroleum taxes, cigarette taxes, vehicle license fee, interest and investment income, and interest expense. The statement also includes capital contributions. The focus of the statement of revenues, expenses, and changes in net position is the change in net position. This is similar to net income or loss, and portrays the results of operations of the Authority for the entire operating period.

**Statements of Cash Flows**

The statement of cash flows discloses net cash provided by or used by operating activities, investing activities, noncapital financing activities, and from capital and related financing activities. This statement also portrays the financial health of the Authority in that current cash flows are sufficient to pay current liabilities.

**Notes to Financial Statements**

The notes to financial statements are an integral part of the basic financial statements and describe the significant accounting policies, related-party transactions, deposits and investments, capital assets, bonds payable, long-term liabilities, retirement plans, derivative financial instruments, and the commitments and contingencies. The reader is encouraged to review the notes in conjunction with the management discussion and analysis and the financial statements.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Financial Analysis of the Authority**

*Statements of Net Position*

The following table reflects a condensed summary of assets, liabilities, and net position of the
Authority as of June 30, 2014, 2013 and 2012:

| | | June 30 | | | | |
|---|---|---|---|---|---|---|
| | | 2014 | | 2013 | | 2012 |
| | | | | (as restated) | | (as restated) |
| **Assets** | | | | | | |
| Current assets | $ | 64,827,245 | $ | 59,356,094 | $ | 63,085,325 |
| Restricted assets | | 800,398,494 | | 740,705,370 | | 774,552,419 |
| Capital assets, net | | 10,736,750,635 | | 10,989,776,672 | | 11,040,166,343 |
| Highways and bridge under concession agreement, net | | 173,108,039 | | 169,964,172 | | 160,820,065 |
| Other non-current asset | | 2,310,955 | | 2,050,108 | | -- |
| Deferred outflow of resources | | 132,041,554 | | 157,560,633 | | 194,506,249 |
| Total assets and deferred outflow of resources | $ | 11,909,436,922 | $ | 12,119,413,049 | $ | 12,233,130,401 |
| | | | | | | |
| **Liabilities** | | | | | | |
| Current liabilities | $ | 776,841,024 | $ | 630,919,529 | $ | 508,892,864 |
| Long-term liabilities, net | | 7,015,913,331 | | 7,155,130,956 | | 7,237,334,056 |
| Total liabilities | | 7,792,754,355 | | 7,786,050,485 | | 7,746,226,920 |
| | | | | | | |
| Deferred inflow of resources | | 1,139,212,885 | | 1,165,674,255 | | 1,184,937,000 |
| | | | | | | |
| **Net position** | | | | | | |
| Net investment in capital assets | | 2,815,239,367 | | 2,956,277,114 | | 2,863,500,577 |
| Restricted for debt service | | 443,377,239 | | 459,244,329 | | 552,636,977 |
| Restricted for construction | | 26,824,139 | | 41,792,974 | | 64,889,718 |
| Unrestricted | | (307,971,063) | | (289,626,108) | | (179,060,791) |
| Total net position | | 2,977,469,682 | | 3,167,688,309 | | 3,301,966,481 |
| Total liabilities, deferred inflow of resources and net position | $ | 11,909,436,922 | $ | 12,119,413,049 | $ | 12,233,130,401 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

*June 30, 2014, 2013 and 2012*

Current assets increased by approximately 9.2% to $64.8 million in 2014, decreased by
approximately 5.9% to $59.3 million in 2013, and increased by 49.8% to $63.1 million in 2012.
For fiscal year 2014, the change in current assets of $5.4 million is primarily due to an increase by
$9.2 million in cash and cash equivalents related with cash in excess received from investment
reserve accounts and less disbursements realized due to less active construction projects, offset by
a decrease of $3.1 million in the accounts receivable. For fiscal year 2013, change in current assets
is primarily due to an increase of $11.5 million in cash and cash equivalents related with cash in
excess received from investment reserve accounts and a decrease by $12.1 million in accounts
receivable related with the Department of Transportation and Public Works (DTPW) and a
decrease in other assets of approximately $8.0 million related with the cash in excess received in
2012 belonging to interest payments. In fiscal year 2012, the change in current assets is primarily
due to an increase in accounts receivable of approximately $13.0 million due to transfers of funds
and operational expenses paid related to the Maritime Transportation Authority (MTA) and an
increase of $9.4 million for other assets.

The restricted assets increased by 8.06% to $800.4 million in 2014, decreased by 7.29% to $740.7
million in 2013, and decreased by 8.0% to $774.6 million in 2012. During fiscal year 2014, the
Authority's cash and cash equivalents and investments with trustee increased by approximately
$44.1 million related with the new of the Bond Anticipation Notes reserve of $52.9 million and an
increase in accounts receivable by approximately $32.4 million from Puerto Rico Department of
Treasury, offset by a decrease of SWAP reserve cancellation by $41.5 million. For fiscal year
2013, the Authority's cash and cash equivalents and investments with trustee decreased by
approximately $18.9 million mainly due to the repayment of bonds payable related to current year
maturities and the advance repayment of Grant Anticipation Revenue Bonds Series 2004. In fiscal
year 2012, the Authority entered into a toll roads concession and lease agreement. As result of the
transaction, cash and equivalents and investments with trustee decreased by approximately $170.0
million mainly due to the repayment of debt service funds of the bonds payable related to the toll
roads. In addition, the transaction resulted in an increase of approximately $99.0 million in cash
and cash equivalents in order to meet cash collateral requirements as a result of the toll roads
concession and lease agreement. The net effect results in the decrease of restricted assets.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

For fiscal year 2014, capital assets decreased by 2.3% to $10,736.7 million mainly due to the increase of $336.3 million in roads, bridges and equipment, offset by a net decrease in construction in progress of $158.8 million and an increase in accumulated depreciation of approximately of $444.4 million; for fiscal year 2013, capital assets decreased by 0.46% to $10,989.8 million mainly due to the increase of $427.0 million in roads, bridges and equipment offset by a net decrease in construction in progress of $40.0 million and an increase in accumulated depreciation of approximately of $423.0 million; for fiscal year 2012, capital assets decreased by .01% to $11,040.1 million mainly due to a transfer of highway and bridge under service concession agreement by $84.9 million as a result of a toll roads service concession agreement offset by an increase in construction in progress of approximately $473.1 million and an increase in accumulated depreciation of approximately $429.9 million. Total capital contributions from FHWA during fiscal years 2014, 2013 and 2012 used to fund capital assets amounted to $137.1 million, $143.4 million and $110.7 million, respectively.

For fiscal year 2014, highways and bridge under service concession agreement increased by 1.8% to $173.1 million mainly due to the recognition of $4.8 million in capital improvements made to the Toll Roads PR-5 and PR-22, offset by an increase in accumulated depreciation of the Teodoro Moscoso Bridge (the Bridge) by $1.8 million. For fiscal year 2013, highways and bridge under service concession agreement increased by 5.7% to $169.9 million mainly due to the recognition of $11.3 million in capital improvements made to the Toll Roads PR-5 and PR-22, offset by an increase in accumulated depreciation of the Bridge by $2.2 million. Also as of June 30, 2013, the Authority recognized the Bridge, a toll bridge at fair value of $109.5 million, which was constructed under a service concession agreement with Autopistas de Puerto Rico y Compañía S.E. (Autopistas). Thus, the beginning net position balance for fiscal year 2013 was adjusted by $39.4 million to recognize the first eighteen (18) years of operation.

For fiscal year 2014, other non-current assets decreased by 100% due to the adoption of the GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities* resulting in a decrease in bonds issuance costs by $77.7 million.  As a result of the implementation of GASB No. 65, all debt issuance costs have to be presented as expense during the year they are incurred. For fiscal year 2013, other non-current assets decreased by 7.3% to $77.7 million due to a decrease in bond issuance cost of $6.1 million related to bonds repayment and the current year amortization. For fiscal year 2012, other non-current assets decreased by 25.4% to $83.9 million due to a decrease in revenue bond issuance costs of $28.4 million related to bonds repaid with cash received as a result of the toll roads concession and lease agreement transaction.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

For fiscal year 2014, the deferred outflows of resources decreased by 16.1% to $132.1 million due to the net effect of the decrease by $10.6 million related with cancellation of all its outstanding swap agreements and the reclassification of the deferred unamortized loss on advance refundings of $132.1 million related with the implementation of the GASB No. 65, *Items Previously Reported as Assets and Liabilities. The deferred unamortized loss on advance refunding was presently as part of bond payable.* For fiscal year 2013, the deferred outflow of resources decreased by 19.0% to $157.6 million due to a decrease in deferred unrealized losses on derivative instruments of $14.8 million and a decrease of $22.1 million of the deferred unamortized loss on advance refundings. For fiscal year 2012, the deferred unrealized loss decreased by 15.7 % to $194.5 million due to a decrease in deferred unrealized losses on derivative instruments of $37.8 million and an increase of $64.3 million of the deferred loss on advance refundings.

For the years ended June 30, 2014, 2013 and 2012, the current liabilities increased by 23.8% to $776.8 million; increased by 24.0% to $631.0 million, and decreased by 15.5% to $508.9 million, respectively. For fiscal year 2014, the increase was mainly due to the increase of $150.0 million of current portion of bonds anticipation notes; increase of $43.1 million of interest payable offset by a decrease of $12.2 million in current portion of bonds payable, offset by a net decrease of $20.6 million of accounts payable and accounts and subcontractors payable, a decrease of $10.9 million in accrued legal claims, and a decrease of $10.3 million in checks issued over bank balance. In 2013, the increase was mainly due to the increase of $97.6 million of interest payable and an increase of $14.9 million of bonds payable offset by a decrease of $11.3 million of accounts payable and accounts and subcontractors payable. In 2012, the drivers of the decrease was mainly due to the net effect of a decrease in accrued interest payable of $90.0 million and an increase in accounts and subcontractors payable of $48.8 million.

For fiscal year 2014, net non-current liabilities decreased by 1.95% to $7,015.9 million mainly due to the net effect of an increase of the bonds anticipation notes of $250.0 million; increase of legal reserve of $98.8 million related with property expropriations, offset by a decrease of line of credits outstanding balance of $231.2 million; decrease of $8.9 million of voluntary termination incentive plan liability; a decrease of fair value of derivative instruments of $142.4 million, and a decrease in bonds payable of $101.2 million. For fiscal year 2013, net non-current liabilities decreased by 1.14% to $7,155.0 million mainly due to the net effect of an increase of the legal reserve of $68.3 million related with property expropriations; increase of line of credits of $163.1 million offset by a decrease of fair value of derivative instruments of $82.3 million and a decrease in bonds payable of $175.1 million.  For fiscal year 2012, net long-term liabilities decreased by 8.6% to $7,237.3 million mainly due to a decrease in bonds payable of $1,450.9 million, as a result of toll roads concession and lease agreement transaction and a decrease in fair value of derivative instruments of $127.2 million offset by an increase of line of credit of $587.6 million.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

For fiscal year 2014, the deferred inflow of resources decreased by 2.3% to $1,139.3 million due
to the net effect of the recognition of $4.8 million in capital improvements made to the Toll Roads
PR-5 and PR-22, offset by the current year amortization of $31.3 million of the unearned service
concession agreement revenue of the toll roads concession. For fiscal year 2013, , the deferred
inflow of resources decreased by 1.6% to $1,165.6 million due to the net effect of the recognition
of $11.3 million in capital improvements made to the Toll Roads PR-5 and PR-22, offset by the
current year amortization of $28.4 million of the unearned service concession agreement revenue
of the toll roads concession. For fiscal year 2012, the deferred inflow of resources was recorded
by $1,136.1 as a result of the unearned revenue of toll roads concession and lease agreement
transaction offset by the current year amortization of $21.3 million.

For fiscal years 2014, 2013 and 2012 the net position decreased by 6.0% to $2,977.4 million,
decreased by 4.1% to $3,167.7 million, and decreased by 9.1% to $3,301.9 million, respectively,
mainly due to a reduction in the amounts invested in capital assets and unrestricted net position.

**Condensed Statements of Revenues, Expenses and Changes in Net Position**

The following table reflects a condensed summary of the revenues, expenses, and changes in net
position for the years ended on June 30, 2014, 2013 and 2012.

|  | | June 30 | | |
|  | 2014 | 2013 | 2012 |
|  | | (as restated) | (as restated) |
|---|---|---|---|
| Total operating revenues | $ 213,726,887 | $ 184,877,795 | $ 201,578,228 |
| Total operating expenses | 391,483,897 | 314,377,046 | 275,136,952 |
| Depreciation and amortization | 448,020,609 | 431,975,550 | 449,615,062 |
| Operating loss | (625,777,619) | (561,474,801) | (523,173,786) |
|  |  |  |  |
| Non-operating revenues | 531,876,833 | 292,597,031 | 292,590,181 |
| Non-operating expenses | (324,715,512) | (294,330,806) | (444,430,850) |
| Loss before capital contribution | (418,616,298) | (563,208,576) | (675,014,455) |
|  |  |  |  |
| Capital contributions | 228,397,671 | 428,930,404 | 306,517,853 |
| Change in net position | (190,218,627) | (134,278,172) | (368,496,602) |
|  |  |  |  |
| Net position at beginning of year | 3,167,688,309 | 3,301,966,481 | 3,670,463,083 |
| Net position at end of year | $ 2,977,469,682 | $ 3,167,688,309 | $ 3,301,966,481 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

*Years Ended June 30, 2014, 2013 and 2012*

Operating revenues, which consisted of toll fares, train fares, concession service and other revenues increased by 16% to $213.7 million, decreased by 8.3% to $184.8 million, and decreased by 11.0% to $201.6 million in 2014, 2013 and 2012, respectively. During fiscal year 2014, the increase was mainly due to the net effect of an increase of $1.7 million of toll fares revenues related with the express lane from Bayamón-Dorado in PR-22 and an increase of $10.6 million in toll fines revenues offset by a decrease in bad debt recovery by $14.4 million. During fiscal year 2013, the decrease was due to a decrease in toll revenues by $10.5 million, offset by an increase of $6.6 million of deferred revenues; and an increase of $8.0 million in toll fines revenues and increase in debt bad recovery by $20.1 million. During fiscal year 2012, the decrease was mainly due to the net effect of a decrease in toll revenues of $63.0 million related with the initiation of the service concession arrangement of the Toll Roads PR-5 and PR-22 and an increase of revenues related with the toll roads concession and lease agreement of $30.2 million.

Operating expenses increased by 24.5% to $391.5 million in 2014, increased by 14.3% to $314.4 million in 2013, and decreased by 16.9% to $275.1 million in 2012. For 2014, the increase of $77.1 million in operating expenses is the net effect of more expenses related with the recognition of the impairment in capital projects by $77.8 million and an increase of toll highways administration and maintenance by $4.5 million, offset by a decrease of the voluntary termination incentive plan expense by $13.4 million, a decrease in salaries and related benefits of $4.9 million and a decrease of utilities expense by $3.4 million. For 2013, the increase of $39.3 million in operating expenses is the net effect of more expenses related the impairment of capital projects of $33.6 million; increase in toll highways administration and maintenance expense of $5.5 million and increase in bad debt expense of $16.4 million offset by a decrease of integrated transportation system expense of $15.0 million. For 2012, the decrease of $56.4 million in operating expenses is the net effect of less expenses related with the early retirement and economic incentives for voluntary employment termination offered to eligible employees of $67.8 million, a decrease in legal claims of $39.4 million, and an increase of $39.6 million in project expenses.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

Non-operating revenues, which consist principally of gasoline, oil, diesel and petroleum taxes, cigarettes tax and vehicle license fees allocated by the Commonwealth of Puerto Rico to the Authority, increased by 81.8% to $531.8, remained unchanged in 2013 and reflected a decrease 4.0% in 2012.

During the fiscal year 2014, the increase was mainly due to an increase of $162.3 million in gasoline, diesel, oil and petroleum tax; an increase of $20.0 million in cigarettes taxes; and an increase of $58.1 in vehicle license fee as a consequence of the tax rate increase from $3.00 to $9.25 per barrel and a new annual transfer of $20 million from the excise tax on the consumption of cigarettes approved by the Act. No. 31, on June 25, 2013 and the transfer to the Authority of all motor vehicle license fees collected by the Department of the Treasury approved by Act No. 30 on June 25, 2013.

During fiscal years 2013 and 2012, the decrease was mainly due to less gasoline, oil, diesel and petroleum taxes collected due to the general economic conditions in Puerto Rico.

Non-operating expenses, which consist principally of interest expense on bonds and lines of credit and the change of fair value upon hedge termination increased by 10.3% to $324.7 million, and decreased by 33.8% to $294.3 million, and by 21.5% to $444.4 million in 2013 and 2012, respectively. For 2014, the increase was due to a decrease in fair value upon hedge termination of $48.1 million; a decrease on investment income by $23.1 million and a decrease in interest expense on bond and line of credit of $40.8 million. For 2013, the decrease was due to the net effect of an increase of interest income of $24.0 million related with a GIC agreement termination income offset by an increase in fair value upon hedge termination of $230.6 million, and an increase in interest expense on bond and line of credit of $18 million. For 2012, the increase was due to the net effect of a decrease in fair value upon hedge termination of $165.0 million offset by a gain on extinguishment of debt of $83.0 million related to the partial repayment of Series N LIBOR bonds payable.

**CAPITAL ASSETS AND DEBT ADMINISTRATION**

**Capital Assets**

At June 30, 2014, 2013 and 2012, the Authority had invested approximately $10,736.8 million, $10,989.8 million, and $11,040.2 million, respectively, in capital assets (net of related depreciation) including roads, bridges, transportation equipment, buildings, land and equipment and construction in progress.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

At the end of fiscal year 2005, the Authority started operating the mass rail transportation system for the San Juan metropolitan area known as "Tren Urbano". The Authority incurred approximately $2.42 billion in costs, of which $685.7 million was paid with federal funds. The Tren Urbano in San Juan consists of approximately 17km. of track running from Bayamón to Santurce. Maintenance services are partially funded with capital contributions from the Federal Transit Administration (FTA). Total capital contributions received from FTA used for maintenance services amounted to $42.7 million during the fiscal year 2014 and $12.0 million for fiscal years 2013 and 2012.

The Authority extended the original five-year contract for the operation and maintenance of the Tren Urbano with a private company, for five (5) additional years ending on June 5, 2015. Under this agreement, the private company is responsible for operating and maintaining Tren Urbano, and is entitled to receive for such services an annual base compensation, subject to inflation adjustment for changes in cost of labor and materials. The base compensation does not include the costs of insurance and electricity, which are paid by the Authority.

On September 22, 2011, the Authority entered into a toll road concession and lease agreement with a private company named "Autopistas Metropolitanas de Puerto Rico, LLC" (the Concessionaire), in which the Authority granted to the Concessionaire the right to finance, operate and maintain the PR-22 and PR-5 highways (the Concessioned Toll Roads) for a period of 40 years. During the 40-year term, the Concessionaire will have the right to charge and collect the tolls imposed on the Concessioned Toll Roads. The Authority received an upfront concession fee of $1.136 billion, from which approximately $873.1 million was used to redeem and defease bonds issued and outstanding associated with the Leased Toll Roads.

On December 20, 1992, the Authority and Autopistas entered into a service concession agreement (the Concession Agreement), amended in 1992, 2004 and 2009, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge, which traverses the San José Lagoon between the municipalities of San Juan and Carolina. Autopistas designed and constructed the Bridge and commenced operating the Bridge on February 23, 1994.

The initial term of this agreement was 35 years, expiring on April 3, 2027. On September 9, 2009, the agreement was amended to extend its term to 50 years (2044). Under the agreement, the counterparty has the right to assign debt totaling $155.1 million to the Authority if certain minimum toll revenues are not achieved. Although this right is currently executable, we have not received notice of an interest to exercise it. As of June 30 2013, the Authority recognized the Bridge at fair value, equivalent to what the Authority might have paid to have the Bridge constructed (replacement cost) at valuation date. The replacement cost was determined to be $109.5 million depreciated over an estimated useful life of 50 years and a deferred inflow of

1507-1576959

14

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

resources of $109.5 million that will be amortized and recognized as revenue over the term of the agreement (50 years). The asset balance related to the Bridge was adjusted to recognize the first 17 years of operation and the remaining amortization will be amortized by 33 years. Refer to Note 8.

**Debt Administration**

As of June 30, 2014, 2013 and 2012, the principal amount of the Highways and Senior Transportation, and Grant Anticipation Revenues Bonds outstanding, net of unamortized discounts which approximated $4,766.3 million, $4,879.7 million, and $5,062.0 million, respectively, were insured and rated Ba3 by Moody's Investors Service (Moody's), and BB+ by Standard & Poor's (S&P) for the Senior Bonds and BBB+ for the other bonds. The remaining uninsured bonds are rated Ba3 by Moody's and BB+ by S&P, except for the Subordinated Transportation Revenue Bonds, which are rated B1.

The ratings were reduced subsequent to year-end as follows:

|  | S&P/Moody's |
|---|---|
| Highway Revenue Bonds | CC/Ca |
| Transportation Revenue Bonds | CC/Ca |
| Subordinate Transportation Revenue Bonds | CC/Ca |

The Authority's bond sales must be approved by the Board of Directors that is composed by seven members. The Authority must comply with certain rules and regulations of the United States Treasury Department and the United States Securities and Exchange Commission relating to such sales.

In connection with the issuance of the CPI and LIBOR Bonds, the Authority has entered into interest-rate swap agreements. In general, the swap agreements provide that, subject to the terms thereof, the Authority will pay to the swap provider a fixed rate and the swap provider will pay the Authority a floating rate based on the CPI or LIBOR Rate, based on a notional amount equal to the principal amount of the CPI and LIBOR Bonds outstanding. The purpose of the swap agreement is generally to convert the Authority's floating rate obligations with respect to the CPI and LIBOR Bonds to fixed rate obligations. Between February 19 and February 25, 2014, the Authority terminated all its outstanding swap agreements for a total termination payment of $112.0 million.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

On June 24, 2013, the Authority paid $86.0 million aggregate principal amount of the outstanding balance of the Grant Anticipation Revenue Bonds, Series 2004 under its Resolution 04-18, adopted by the Authority on April 7, 2004.

A portion amounting to $590.0 million of the Authority's $1.8 billion outstanding lines of credit with the Government Development Bank were in default, as a result of lack of payment on lines of credit which expired on August 1, 2015.

**ECONOMIC FACTORS AND FISCAL YEAR 2015 BUDGET**

**Impact of the Great Recession and the Energy Crisis on the Puerto Rican Economy**

The negative impact of the Great Recession, coupled with extremely high petroleum product prices, has been significantly more severe on the Puerto Rican economy as compared to the U.S. economy. First, the recession in Puerto Rico started earlier, with a meager growth rate of 0.49% in real GNP during FY2006. Then, real GNP dropped by -1.21% in FY2007, followed by steep declines of -3.83% and -3.57% in fiscal years 2009 and 2010. In fiscal years 2011 and 2012, the Puerto Rican economy experienced a relative improvement, when posting a decline of -1.68% in FY2011 and a positive but minor advance of 0.90% in FY2012. However, recessionary conditions in Puerto Rico remained in place during FY2013, when the U.S. economic growth faltered, mainly due to a contraction in federal and state government spending, and the energy crisis intensified. Then, the economic situation in Puerto Rico again worsened in FY2014. The Government Development Bank for Puerto Rico (GDB) Economic Activity Index contracted by -3.0% in FY2014, while payroll employment dropped by -1.3%, clear signs that the recession is still affecting the Puerto Rican economy.

The energy crisis was ignited again in fiscal year 2011, when the U.S. refiners' acquisition average cost increased by 23.0% and the average retail price of gasoline in Puerto Rico rose by 18.7%, advancing from $2.55 to $3.03 per gallon. The energy crisis continued in fiscal years 2012 to 2014. The average gasoline price in FY2014 rose to $3.54 per gallon in FY2014, the highest level in the last ten years. Fortunately, since October 2014, the price of oil in international markets has dropped by more than 50%. According to HIS Global Insights (HIS), the average price of Brent crude oil will average $103.68 per barrel in the first quarter of calendar year 2015, and the price of gasoline in Puerto Rico has already dropped to $2.28 per gallon in February 2015, posting a decline of $1.26 per gallon and -35.7% over the average price of $3.54 per gallon recorded in FY2014. Thus, in fiscal year 2015, the Puerto Rican economy will benefit from the extreme drop in international petroleum products prices.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Fiscal Year 2014: Main Economic Indicators of the Puerto Rican Economy**

Recessionary conditions continued to prevail in the Puerto Rican economy in FY2014. As previously noted, the Index of Economic Activity computed by the GDB declined by -3.0% in FY2014, signaling the probability of another contraction in real GNP growth. The persistent decline in the population of Puerto Rico since FY2006 has been a critical factor that has negatively affected the real levels of consumption and investment. In the period from FY2005 to FY2014, the population of Puerto Rico declined by about 236,000 inhabitants, contracting at a rate of more than 30,000 inhabitants per year in the last four fiscal years. Housing construction has plummeted as a consequence of the severe population decline. New permits for housing construction dropped to a meager level of 2,476 permits, which only represented 13.8% of the average annual number of housing permits approved in fiscal years 2005 and 2006 (17,887 housing permits). As a consequence of the crisis affecting the construction sector, cement consumption dropped from 17.5 million bags in FY2013 to 15.2 million bags in FY2014, the lowest level in more than 40 years and 35% of the annual average of cement consumption in fiscal years 2005 and 2006 (43.6 million bags).

The behavior of other economic indicators confirms the weak macroeconomic environment prevailing in FY2014. Payroll employment dropped by -1.3%, from 937.4 thousand in FY2013 to 924.9 thousand in FY2014, for a loss of 12,500 jobs, while the Household Survey recorded a loss of 22,900 jobs in FY2014, equivalent to -2.2%. Retail sales of automobiles and light trucks, after a process of recovery during fiscal years 2010 to 2013, declined by -5,048 vehicles or -5.0% in fiscal year 2014, dropping from 101,675 units in FY2013 to 96,627 units in FY2014.

**Behavior of Authority's Recurrent Revenues in FY2014 Gasoline Tax Revenues**

Gasoline tax revenues collected in FY2014 registered a decline of $5.45 million, dropping from $161.47 million in FY2013 to $156.02 million in FY2014. However, part of this decline ($2.29 million) was caused by the change of a major gasoline wholesaler to a bonded taxpayer in January 2014. This change resulted in a one-month delay in the payment of the gasoline tax, resulting in payments of the tax on gasoline sales during a period of only eleven months in FY2014. If we adjust for this one-time institutional factor, which reduced the taxable base of the gasoline tax of one major gasoline wholesaler, gasoline tax revenues should have reached $158.31 million in FY2014, posting a decline of $3.16 million or -1.96 percent.

This decline was a consequence of a weak economic environment, as explained above, and the persistence of high gasoline prices, which averaged $3.540 per gallon in FY2014, a level 0.083 per gallon above the FY2013 average ($3.457 per gallon).

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Petroleum Products Tax**

Revenues of the petroleum products tax, also known as "la Crudita," registered a significant increase in FY2014, as a consequence of the tax rate increase from $3.00 to $9.25 per barrel at 60 degrees Fahrenheit, equivalent to 14.88 cents per gallon or 3.83 cents per liter, approved by Act No. 31, on June 25, 2013. Although the increase in the tax rate became effective on July 1st 2013, in the month of July 2013, bonded taxpayers paid the taxes due for gasoline imports in June 2013 which were taxable at the previous rate of $3.00 per barrel measured at 50 degrees Fahrenheit. Thus, in the first quarter of FY2014 (July-September), the average tax rate of "la Crudita'" can be estimated at $7.1159 per barrel, instead of $9.25 per barrel, generating total revenues of $52.47 million. In the other three quarters of FY2014, the $9.25 per barrel was applied to a taxable base of 21,958,977 barrels, yielding revenues amounting to $203.12 million. For the whole of FY2014, revenues from "la Crudita" amounted to $255.59 million ($52.47 + $203.12 = $255.59 million), based on an average tax rate of $8.7141 per barrel applied to a taxable base of 29.33 million barrels. The actual taxable base of "la Crudita" on FY2014 was -1.6% lower than the taxable base of FY2013 (29.80 million barrels). This performance of "la Crudita" tax base demonstrates its resilience, even when faced with a combination of a weak macroeconomic environment and a significant increase in the tax rate. In summary, total revenues from "la Crudita" experienced a significant expansion in FY2014, by increasing from $89.40 million in FY2013 to $255.59 million in 2014. This represented an increase of $166.19 million equivalent to 185.9%. However, the change of one major wholesaler to a bonded taxpayer in January 2014 also had a negative impact of around -$3.2 million on revenues of "la Crudita," that in the absence of this institutional factor should have risen to $258.79 million.

**Revenues from Toll Plazas**

Revenues from toll plazas in fiscal years 2013 and 2014 exclude revenues from PR-22 and PR-5, which were transferred to Autopistas Metropolitanas de Puerto Rico, LLC (Metropistas) in September 2011 as part of an APP transaction. Toll receipts from the Plazas operated by the Authority include Toll Expressways PR-52, PR-53, PR-20 and PR-66, plus the income received from the Bayamón-Dorado express lane of PR-22, amounted to $128.72 million in FY2014. This figure exceeded by $7.7 million, or 6.4%, the amount of toll receipts in FY2013. Part of the increase, amounting to $3.42 million was due to a full year of operation by Río Grande North and South plazas in PR-66 Expressway, and new income from the express lane from Bayamón-Dorado in the PR-22 operated by Metropistas.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

However, even discounting those two special increases in toll receipts, the toll plazas operated by
the Authority, excluding the Río Grande Plazas, generated a total of $121.04 million in FY2014,
surpassing by $4.97 million, or 4.3% the amount of total receipts of the same plazas in FY2013
($116.07 million). This represents a significant positive result considering the weak
macroeconomic environment prevailing in Puerto Rico during FY2014.

**Vehicle License Fees**

Revenues from the $15.00 fee per each motor vehicle license transferred to the Authority amounted
to $32.65 million in FY2014, compared to a similar amount of $32.84 million in FY2013. Thus,
revenues derived from vehicle license fees continued to remain at a stable level in FY2014,
between $32 and $33 million.

**Diesel Oil Tax**

Revenues from the diesel oil tax are a minor source of Authority's revenues, which amounted to
only $9.12 million in FY2014, equivalent to 1.4% of total recurrent revenues of the Authority
($661.02 million).

**New Sources of Revenues**

In addition to the increase in the tax rate of "la Crudita," legislation approved in June 2013
provided two new sources of income to the Authority. Act No. 31, approved on June 25, 2013,
established an annual transfer of $20 million to the Authority from the excise tax on the
consumption of cigarettes, which are first channeled to the General Fund of the Commonwealth
Government. However, funds of the cigarette tax actually transferred to the Authority in FY2014
amounted to $17.96 million. Act No. 30, also approved on June 25th 2013, transferred to the
Authority the amount of motor vehicle fees that were previously deposited in the General Fund of
the Commonwealth Government. In fiscal year 2014, the transfer of those motor vehicle fees to
the Authority amounted to $58.25 million, an amount somewhat below the annual average of $62.9
million of the license fees deposited in the General Fund of the Commonwealth Government
during fiscal years 2009 to 2013. Thus, the amount of revenues from motor vehicle fees transferred
to the Authority from the General Fund of the Commonwealth Government should moderately
increase in coming years.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Total Recurrent Revenues**

In summary, total recurrent revenues of the Authority amounted to $661.02 million in fiscal year 2014, recording a substantial increase of $248.73 million, equivalent to +60.3% over revenues collected in fiscal year 2013 ($412.29 million).

This extraordinary increase was mostly caused by the rise in the tax rate of the petroleum products tax from $3.00 to $9.25 per barrel, measured at 60 degrees Fahrenheit, which yielded $166.17 million of additional revenues, plus the new sources of revenues provided by Act No. 30 and Act No. 31, approved on June 25, 2013, amounting to $78.25 million, as explained above. In addition, toll revenues increased by $8.4 million, more than offsetting a decline of -$5.45 in gasoline tax revenues. The following table summarizes the behavior of Authority's recurrent revenues in fiscal years 2013 and 2014:

| Revenues | FY 2014 (Million $) | FY 2013 (Million $) | Absolute Change (Million $) | Percent Change |
|---|---|---|---|---|
| Gasoline Tax | $156.02 | $161.47 | $ (5.45) | -3.38% |
| Diesel Tax | 9.12 | 7.57 | 1.55 | 20.48% |
| Petroleum Products Tax | 255.59 | 89.40 | 166.19 | 185.89% |
| Vehicle License Fee | 32.65 | 32.84 | (.19) | -0.58% |
| Toll Revenues[a] | 128.72 | 121.00 | 7.72 | 6.38% |
| Transfer of Cigarette Tax Revenues | 17.96 | – | 17.96 | – |
| Transfer of General Fund License Fee Revenues | 58.25 | – | 58.25 | – |
| | $658.31 | $412.28 | $246.03 | 59.67% |

(a)  This total includes revenues by Authority received from the Bayamón-Dorado Express Lane of PR-22 ($1.68 million).

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

**Outlook for Fiscal Year 2015**

Act No. 1, approved on January 15, 2015, as amended, decreed significant structural changes in the operation of the Authority. First, the tax rate of the petroleum products tax was increased from $9.25 to $15.50 per barrel, measured at 60 degrees Fahrenheit, starting on March 15, 2015. The new tax rate of the petroleum products tax was distributed as follows: $6.00 per barrel to the Authority; and $9.50 per barrel to the "Autoridad para el Financiamiento de la Infraestructura - AFI" (Puerto Rico Infrastructure Finance Authority or PRIFA).

The operation of the Metropolitan Area Urban Train will be transferred at the end of fiscal year 2016 from the Authority to a recently created public corporation (Act No. 123, August 3th 2014), named "Autoridad de Transporte Integrado - ATI" (Integrated Transportation Authority), which also will be in charge of the services now provided by the Metropolitan Bus Authority and the Authority of Maritime Transportation.

The plummeting of crude oil and petroleum product prices after September 2014 is an important and unexpected event that is benefitting the Puerto Rican economy in FY2015, and should also exert a positive impact on the Authority's revenues. OPEC Crude Oil Basket Price, after averaging $100.78 per barrel in the first quarter of FY2015, plummeted to $44.38 per barrel in January 2015, and then slightly recovered to $55.98 per barrel in March 2015. WTI crude oil prices also dropped from $97.07 per barrel in the first quarter of FY2015 to an estimated level of $44.66 in the third quarter of FY2015. Brent crude oil prices showed a similar behavior, falling from $103.68 per barrel in the first quarter of FY2015 to an estimated $48.36 per barrel in the third quarter of FY2015.

1507-1576959

21

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

The extraordinary fall in the price of petroleum products in international markets, has been reflected in a substantial fall in the average price of gasoline after the first quarter of FY2015, as shown below:

**Average Price of Gasoline: $ per Gallon**

|  | FY 2014 | FY 2015 | Absolute Change | Percent Change |
|---|---|---|---|---|
| July | $ 3.490 | $ 3.633 | $ 0.143 | 4.10 |
| August | 3.647 | 3.451 | -0.196 | -5.37 |
| September | 3.756 | 3.448 | -0.308 | -8.20 |
| October | 3.439 | 3.282 | -0.157 | -4.57 |
| November | 3.358 | 3.050 | -0.308 | -9.17 |
| December | 3.493 | 2.832 | -0.661 | -18.92 |
| January | 3.490 | 2.276 | -1.214 | -34.79 |
| February | 3.488 | 2.277 | -1.211 | -34.72 |
| July-Feb | 3.520 | 3.031 | -0.489 | -13.89 |

The price of gasoline in FY2015 is expected to register an average of $2.84 per gallon, even after considering the increase of 14.88 cents per gallon, or 3.93 cents per liter, in the tax rate of "la Crudita," which was effective on March 15, 2015. This will represent a fall of -70 cents per gallon as compared to the average price recorded in FY2014 ($3.54 per gallon). Considering that the consumption of gasoline will amount to approximately 1,000 million gallons in FY2015, a drop of -70 cents per gallon in gasoline prices represents an increase of $700 million of additional resources for the Puerto Rican economy mostly from an increase in disposable income of gasoline purchased by individual customers. Taking into consideration total savings in the purchase of energy products in FY2015, at significant lower prices, the benefit for the Puerto Rican economy can be estimated at an amount of approximately $2,500 million, equivalent to 3.3% of Gross National Product. Thus, the plunge of energy prices in FY2015 is a major favorable factor to combat the recessionary condition of the Puerto Rican economy.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Management's Discussion and Analysis (continued)

However, the Authority does not currently have sufficient funds available to fully repay its various obligations as they come due or that are currently in default, and is working on extending the due date of the obligations or obtaining new financing to provide relief and/or funds to repay the existing amounts of principal and interest or bring the outstanding balances current at the various due dates as well as to continue operate and to finance capital improvement projects. Additionally, significant support and funding for obligations of the Authority has previously been provided by sources from the Commonwealth and other entities that are part of the Commonwealth, such as the GDB or other. The Commonwealth and such entities are experiencing significant financial difficulties and may be unable to continue to extend, refinance or otherwise provide the necessary liquidity to the Authority as and when needed. As such, current defaults may not be cured and future defaults on the Authority's obligations may not be avoided. Management has plans to address its liquidity situation and continue its services and believes it will be able to repay or refinance its obligations and also continue to operate as a separate governmental entity. However, there can be no assurance that the Commonwealth will continue to provide adequate support, will continue to allow the Authority to operate as a separate entity or that the affiliated or unaffiliated lenders will be able and willing to refinance or modify the terms of the Authority's obligations. The Commonwealth could utilize taxes and other revenues assigned by law to the Authority to maintain sufficient liquidity to provide essential central government services. As such, there can be no assurance that management's current plans to repay or refinance the obligations or extend their terms will be achieved or that services will not have to be terminated, curtailed or modified.

On December 1, 2015, the Commonwealth announced its intention to utilize such taxes and revenues pledged to certain public corporations and agencies, including the Authority to meet its own obligations as needed.

## CONTACTING THE AUTHORITY'S FINANCIAL MANAGEMENT

This financial report is designed to provide our bondholders, patrons, and other interest parties with a general overview of the Authority's finances and to demonstrate the Authority's accountability for the money it receives. If you have question or need additional financial information, contact the Puerto Rico Highways and Transportation Authority, Finance Area, P.O. Box 42007, San Juan, Puerto Rico 00940-2007.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Net Position

| | June 30 | |
|---|---|---|
| | 2014 | 2013 |
| | | *(as restated)* |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 47,504,557 | $ 38,322,676 |
| Accounts receivable, net | 12,522,567 | 15,665,258 |
| Prepaid expenses and other assets | 4,800,121 | 5,368,160 |
| Total current assets | 64,827,245 | 59,356,094 |
| | | |
| Current restricted assets: | | |
| Cash and cash equivalents | 70,952,665 | 115,101,209 |
| Cash and cash equivalents and investments | | |
| with trustee | 669,570,900 | 595,350,464 |
| Receivables: | | |
| U.S. federal government | 26,823,941 | 29,618,824 |
| P.R. Treasury Department | 32,475,258 | – |
| Accrued interest and other | 575,731 | 634,873 |
| Total current restricted assets | 800,398,495 | 740,705,370 |
| | | |
| Non-current assets: | | |
| Capital assets, net | 10,736,750,635 | 10,989,776,673 |
| Highways and bridge under concession arrangement, net | 173,108,038 | 169,964,172 |
| Other postemployment benefit | 2,310,955 | 2,050,108 |
| Total non-current assets | 10,912,169,628 | 11,161,790,953 |
| Total assets | 11,777,395,368 | 11,961,852,417 |
| | | |
| **Deferred outflows of resources** | | |
| Deferred unrealized loss on derivative instruments | – | 10,656,453 |
| Deferred loss on advance refunding, net | 132,041,554 | 146,904,179 |
| Total deferred outflows of resources | 132,041,554 | 157,560,632 |
| Total assets and deferred outflow of resources | $11,909,436,922 | $12,119,413,049 |

*(Continued)*

24

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Net Position (continued)

|  | June 30 | |
|---|---|---|
|  | 2014 | 2013 |
|  |  | *(as restated)* |
| **Liabilities** |  |  |
| Current liabilities: |  |  |
| Checks issued over bank balance | $ 628,068 | $ 10,977,990 |
| Accounts payable | 78,097,916 | 65,672,477 |
| Accrued and other liabilities | 21,378,936 | 20,694,036 |
| Accounts and subcontractors payable | 107,278,086 | 127,944,443 |
| Accrued interest payable | 297,721,857 | 254,687,195 |
| Current portion of bond anticipation notes | 150,000,000 | — |
| Current portion of bonds payable | 100,378,813 | 119,854,004 |
| Current portion of voluntary termination incentive plan liability | 9,960,349 | 8,712,890 |
| Current portion accrued legal claims | 11,396,999 | 22,376,494 |
| Total current liabilities payable | 776,841,024 | 630,919,529 |
|  |  |  |
| Non-current liabilities: |  |  |
| Accrued legal claims | 204,773,624 | 117,291,213 |
| Accrued vacations and sick leave | 10,806,062 | 10,926,158 |
| Fair value of derivative instruments | — | 142,417,741 |
| Voluntary termination incentive plan liability | 70,542,568 | 79,488,938 |
| Bond anticipation notes | 250,000,000 | — |
| Nonrevolving lines of credit | 1,813,901,822 | 2,045,129,887 |
| Bonds payable, net | 4,665,889,255 | 4,759,877,019 |
| Total non-current liabilities | 7,015,913,331 | 7,155,130,956 |
| Total liabilities | 7,792,754,355 | 7,786,050,485 |
|  |  |  |
| **Deferred inflows of resources** |  |  |
| Deferred inflow of resources - concession agreements | 1,139,212,885 | 1,165,674,255 |
|  |  |  |
| **Net position** |  |  |
| Net investment in capital assets | 2,815,239,367 | 2,956,277,114 |
| Restricted for debt service | 443,377,239 | 459,244,329 |
| Restricted for construction | 26,824,139 | 41,792,974 |
| Unrestricted | (307,971,063) | (289,626,108) |
| Total net position | 2,977,469,682 | 3,167,688,309 |
| Total liabilities, deferred inflow of resources and net position | $11,909,436,922 | $12,119,413,049 |

*See accompanying notes.*

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Revenues, Expenses and Changes in Net Position

|  | Year Ended June 30 | |
|  | 2014 | 2013 |
|  |  | *(as restated)* |
| Operating revenues: |  |  |
| Toll and train fares | $ 137,140,046 | $ 135,613,733 |
| Other income | 32,959,207 | 6,796,550 |
| Concession service | 43,627,634 | 42,467,512 |
| Total operating revenues | 213,726,887 | 184,877,795 |
| | | |
| Operating expenses: |  |  |
| Salaries and related benefits | 22,500,570 | 27,399,603 |
| Post-employment benefits | 989,364 | 14,360,263 |
| Toll highways administration and maintenance | 51,113,725 | 46,621,095 |
| Train operating and maintenance costs | 57,347,874 | 56,425,240 |
| Integrated transportation system | 12,727,546 | 11,731,867 |
| Repairs and maintenance of roads and bridges | 184,717,868 | 106,937,515 |
| Utilities | 11,949,370 | 15,293,398 |
| Other | 50,137,580 | 35,608,065 |
| Total operating expenses | 391,483,897 | 314,377,046 |
| Operating loss before depreciation and amortization | (177,757,010) | (129,499,251) |
| | | |
| Depreciation and amortization | 448,020,609 | 431,975,550 |
| Operating loss | (625,777,619) | (561,474,801) |
| | | |
| Non-operating revenues (expenses): |  |  |
| Gasoline, diesel, oil and petroleum tax revenues | 420,724,581 | 258,423,528 |
| Cigarettes taxes | 20,000,000 | – |
| Vehicle license fee | 90,903,541 | 32,842,394 |
| Other revenues | 248,711 | 1,331,109 |
| Interest on bonds and lines of credit | (361,473,369) | (402,293,448) |
| Investment income: |  |  |
| Interest income | 19,307,041 | 42,424,826 |
| Increase in fair value upon hedge termination | 17,450,816 | 65,537,816 |
| Total non-operating revenues (expenses), net | 207,161,321 | (1,733,775) |
| Loss before capital contributions | (418,616,298) | (563,208,576) |
| | | |
| Capital contributions | 228,397,671 | 428,930,404 |
| Change in net position | (190,218,627) | (134,278,172) |
| | | |
| Net position at beginning of year, *as restated* | 3,167,688,309 | 3,301,966,481 |
| Net position at end of year | $ 2,977,469,682 | $ 3,167,688,309 |

*See accompanying notes.*

1507-1576959

26

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Cash Flows

| | Year Ended June 30 | |
| | 2014 | 2013 |
|---|---|---|
| | | *(as restated)* |
| **Operating activities** | | |
| Receipts from toll and train fares | $ 137,140,046 | $ 135,613,733 |
| Receipts from other sources | 84,836,450 | 58,154,485 |
| Payments to employees and related benefits | (31,181,926) | (36,317,614) |
| Payments to suppliers for goods and services | (283,180,433) | (181,928,975) |
| Net cash used in operating activities | (92,385,863) | (24,478,371) |
| | | |
| **Noncapital financing activities** | | |
| Net change in checks issued over bank balance | (10,349,922) | 4,061,749 |
| Net cash (used in) provided by noncapital financing activities | (10,349,922) | 4,061,749 |
| | | |
| **Capital and related financing activities** | | |
| Receipts from government grants | 231,192,554 | 433,139,865 |
| Acquisition and construction of capital assets, net of capitalized interest | (207,344,410) | (440,927,550) |
| Receipts from gasoline, petroleum, cigarrettes tax and vehicle license fees | 499,401,575 | 292,597,032 |
| Advances from lines of credit | 168,001,195 | 163,166,603 |
| Payments of lines of credit | (399,229,260) | – |
| Payment of bonds | (101,875,000) | (185,425,000) |
| Issuance of bonds anticipation notes (BANS) | 400,000,000 | – |
| Interest paid | (324,232,407) | (306,646,525) |
| Net cash provided by (used in) capital and related financing activities | 265,914,247 | (44,095,575) |
| | | |
| **Investing activities** | | |
| Payments for cash and investments with Trustee | (554,472,021) | (477,043,177) |
| Deposits to cash and investments with Trustee | 426,558,553 | 488,586,779 |
| Investment and interest income received | 19,366,183 | 51,588,047 |
| Payments for swap termination | (89,597,840) | – |
| Net cash (used in) provided by investing activities | (198,145,125) | 63,131,649 |
| Net increase in cash and cash equivalents | (34,966,663) | (1,380,548) |
| | | |
| Cash and cash equivalents at beginning of year | 153,423,885 | 154,804,433 |
| Cash and cash equivalents at end of year | $ 118,457,222 | $ 153,423,885 |

*(Continued)*

1507-1576959

27

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Statements of Cash Flows (continued)

|  | | Year Ended June 30 | | |
|  |  | 2014 |  | 2013 |
|  |  |  |  | *(as restated)* |
| **Reconciliation to cash and cash equivalents** | | | | |
| **presented in the statements of net assets** | | | | |
| Cash and cash equivalents | $ | 47,504,557 | $ | 38,322,676 |
| Cash and cash equivalents - restricted |  | 70,952,665 |  | 115,101,209 |
| Total | $ | 118,457,222 | $ | 153,423,885 |
|  | | | | |
| **Reconciliation of operating loss to net cash flows** | | | | |
| **used in operating activities** | | | | |
| Operating loss | $ | (625,777,619) | $ | (561,474,801) |
| Adjustments to reconcile operating loss to net cash | | | | |
| flows used in operating activities: | | | | |
| Depreciation and amortization |  | 448,020,609 |  | 431,975,550 |
| Provisions for doubtful accounts - governmental entity |  | 5,572,294 |  | 18,432,013 |
| Net change in operating assets and liabilities: | | | | |
| Accounts receivable |  | (2,429,603) |  | (10,657,955) |
| Prepaid expenses and other assets |  | 307,192 |  | 7,441,514 |
| Accounts payable |  | 12,425,441 |  | 24,248,588 |
| Accrued liabilities |  | 684,900 |  | (8,680,837) |
| Accrued legal claims |  | 76,502,916 |  | 68,795,306 |
| Accrued vacations and sick leave |  | 6,919 |  | (857,359) |
| Accrued voluntary incentive plan liability |  | (7,698,912) |  | 6,299,610 |
| Net cash flows used in operating activities | $ | (92,385,863) | $ | (24,478,371) |
|  | | | | |
| **Supplemental cash flows information** | | | | |
| Noncash transactions: | | | | |
| Capital appreciation bonds | $ | 6,391,049 | $ | 6,091,971 |
| Change in fair value of derivative instruments | $ | 455,375 | $ | (3,595,354) |
| Increase in fair value upon hedge termination | $ | 17,450,816 | $ | 65,537,816 |
| Deferred inflow of resources - concession arrangements | $ | 25,752,884 | $ | 19,262,745 |

*See accompanying notes.*

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements

June 30, 2014 and 2013

## 1. Organization

Puerto Rico Highways and Transportation Authority (the Authority) is a public corporation and instrumentality of the Commonwealth of Puerto Rico, created by Act No. 74 of June 23, 1965, as amended, to design, construct and administer toll roads and highways, and other facilities for the movement of persons, vehicles and vessels, and for the planning, promotion and feasibility of mass transportation systems. The Authority is a component unit of the Commonwealth of Puerto Rico and accordingly is included in the basic financial statements of the Commonwealth of Puerto Rico. The powers are exercised by a Board of Directors that is composed by seven members which have the Authority to approve, amend, and revoke any regulations to perform its duties and to control the capital and operational budget. The Authority is exempt from the payment of any taxes on its revenues and properties.

## 2. Summary of Significant Accounting Policies

**Measurement Focus and Basis of Accounting**

The accounting policies of the Authority conform to generally accepted accounting principles in the United States of America, as promulgated in pronouncements of the Governmental Accounting Standards Board (GASB). The Authority follows GASB Statement No. 62, *Codification of Accounting and Financial Reporting Contained in pre-November 30, 1989 FASB and AICPA Pronouncements*, effective July 1, 2012.

The Authority's operations are accounted for as a proprietary fund (enterprise fund) using the flow of economic resources measurement focus and the accrual basis of accounting. With this measurement focus, all assets and all liabilities associated with the Authority's operations are included on the statement of net position. Revenue is recognized in the period in which it is earned and expenses are recognized in the period in which incurred.

The Authority accounts for its operations and financings in a manner similar to private business enterprises; the intent is that costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges. Such accounts and these financial statements have been prepared on the basis that the Authority will continue as a going concern and as a legally separate governmental entity and component unit of the Commonwealth of Puerto Rico. Additional disclosures within the Notes to these financial statements, particularly in Note 9, 10, 11, 13, and 21, should be read in connection with consideration of the future ability of the Authority to continue as such.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 2. Summary of Significant Accounting Policies (continued)

### Cash and Cash Equivalents

The Authority considers as cash and cash equivalents all highly liquid investments with original maturities at the date of purchase of three months or less.

### Investments

The Authority follows the provisions of GASB Statement No. 31, *Accounting and Financial Reporting for Certain Investments and for External Investment Pools*. This statement requires investments to be reported on the statement of net position at fair value and investment income, including changes in the fair value of investments, to be reported as non-operating expense in the statement of revenues, expenses and changes in net position. Fair values have been determined using quoted market values at June 30, 2014 and 2013.

### Allowance for Doubtful Accounts

The allowance for doubtful accounts is an amount that management believes will be adequate to absorb possible losses on existing accounts receivable that may become uncollectible based on evaluations of collectibility of accounts receivable and prior credit loss experience. Because of uncertainties inherent in the estimation process, management's estimate of credit losses inherent in the existing accounts receivable and related allowance may change in the future.

### Capital Assets

*Cost basis* – Capital assets are recorded at historical cost or fair value when estimates are required. The cost of property and equipment includes costs for infrastructure assets (rights-of-way and bridge substructures and highways and bridges), toll facilities, equipment and other related costs (including software), buildings and furniture and equipment. Highways and bridge substructures include road sub-base, grading, land clearing, embankments, and other related costs. Costs for infrastructure assets include construction costs, design and engineering fees and administrative and general expenses paid from construction funds.

*Capitalization policy* – Infrastructure capital assets (road, bridges, highways, transportation equipment, etc.) are defined by the Authority as assets with an initial, individual cost of more than $500,000 and an estimated useful life of more than one year. Other capital assets, such as equipment, vehicles, etc. are defined by the Authority as assets with an initial individual cost of more than $100 and an estimated life of more than three years.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Capital Assets (continued)**

Costs to acquire additional capital assets, which replace existing assets or otherwise extend their useful lives, are generally capitalized.

The costs of normal maintenance and repairs that do not add to the value of the assets or materially extend assets lives are expensed as incurred.

Interest cost is capitalized as part of the historical cost of acquiring certain assets. To qualify for interest capitalization, assets must require a period of time before they are ready for their intended purpose. Interest earned on proceeds of tax-exempt borrowings arrangements restricted for the acquisition of qualifying assets is offset against interest cost to determine the net amount to be capitalized. Interest cost is not capitalized on costs paid with the proceeds of grants or donations restricted solely for construction.

*Depreciation of capital assets* – Depreciation is provided using the straight-line method over an estimated useful life of 40 years for roads and highways, 50 years for bridges and transportation system (including transportation equipment and facilities) and 10 years for equipment, vehicles and other. Depreciation and amortization for the years ended June 30, 2014 and 2013, amounted to approximately $448.0 million and $431.9 million, respectively.

*Impairment of capital assets* – The Authority has implemented GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*. The objective of GASB 42 is to establish accounting and financial reporting standards for impairment of capital assets. A capital asset is considered impaired when its service utility has declined significantly and unexpectedly. This statement also clarifies and establishes accounting requirements for insurance recoveries.

Governments are required to evaluate prominent events or changes in circumstances affecting capital assets to determine whether impairment of a capital asset has occurred. Such events or changes in circumstances that may be indicative of impairment include evidence of physical damage, enactment or approval of laws or regulations or other changes in environmental factors, technological changes or evidence of obsolescence, changes in the manner or duration of use of a capital asset, and construction stoppage among others.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Capital Assets (continued)**

The Authority evaluated its capital assets as required by GASB No. 42 and an impairment of
$110.6 million and $33.6 million was identified in the construction in progress account during the
year ended June 30, 2014 and 2013, respectively, and it was recorded in the repairs and
maintenance of roads and bridges line item of these financial statements.

**Service Concession Arrangements**

The Authority follows the provisions of GASB Statement No. 60, *Accounting and Financial
Reporting for Service Concession Arrangements* to account for and report service concession
arrangements (SCAs), which are a type of public-private or public-public partnership. The term
public-private partnership is used to refer to a variety of service arrangements, management
arrangements, and SCAs.

This statement establishes that if the facility associated with an SCA is a new facility purchased
or constructed by the operator, or an existing facility that has been improved by the operator, the
transferor should report (a) the new facility or the improvement as a capital asset at fair value when
it is placed in operation, (b) any contractual obligations as liabilities, and (c) a corresponding
deferred inflow of resources equal to the difference between (a) and (b). Further, the corresponding
deferred inflow of resources should be reduced and revenue should be recognized in a systematic
and rational manner over the term of the arrangement, beginning when the facility is placed into
operation.

**Claims and Judgments**

The estimated amount of the liability for claims and judgments is recorded on the accompanying
statement of net position based on the Authority's evaluation of the probability of an unfavorable
outcome in the litigation of such claims and judgments. The Authority consults with legal counsel
upon determining whether an unfavorable outcome is expected. Because of uncertainties inherent
in the estimation process, management's estimate of the liability for claims and judgments may
change in the future.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Vacation and Sick Leave**

Employees earn annual vacation leave at the rate of 30 days per year up to a maximum permissible accumulation of 30 days for union employees and 60 days for management personnel. Employees accumulate sick leave at the rate of 18 days per year. Sick leave is only payable if the regular employee resigns and has more than 10 years of employment, or retires and takes a pension. Maximum permissible accumulation for sick leave is 90 days for all employees, and the excess is paid within the next year. The Authority records as a liability and as an expense the vested accumulated vacation and sick leave as benefits accrue to employees.

The cost of vacation and sick leave expected to be paid in the next twelve months is classified as current and accrued liabilities while amounts expected to be paid after twelve months are classified as noncurrent liabilities.

**Unamortized Gains/Losses on Advance Refunding**

Gains/losses resulting from current or advance refunding of debt are deferred and amortized over the shorter of the life of the new debt and the remaining life of old debt. The amount amortized is reported as a component of interest expense.

**Bond Premiums (Discounts) and Bond Issuance Costs**

The bond premiums (discounts) are deferred and amortized to expense over the life of the bonds using the effective interest method.

For fiscal years 2014 and 2013, as a result of the adoption of GASB No. 65, the unamortized debt issuance costs are classified as non-operating expenses and the deferred loss from debt refunding as deferred outflows of resources on the accompanying statements of position.

Amortization related to bond premiums (discounts) were approximately $18.0 million and $(1.8) million for the years ended June 30, 2014 and 2013, respectively, and are included as a component of interest expense in the accompanying statements of revenues, expenses and changes in net position.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Net Position**

Net position is classified in the following four components in the accompanying statements of net position:

*Net Investment in Capital Assets* – This component of net position consists of capital assets, net of accumulated depreciation, reduced by the outstanding balances of any bonds, mortgages, notes, or other borrowings that are attributable to the acquisition, construction or improvement of those assets. Deferred outflows of resources and deferred inflows of resources that are attributable to the acquisition, construction or improvement of those assets or related debt also should be included in this component of net position. If there are significant unspent related debt proceeds or deferred inflow of resources at year end, the portion of the debt or deferred inflow of resources attributable to the unspent amount should not be included in the calculation of net investment in capital assets. Instead, that portion of the debt or deferred inflows of resources is included in the same net position component (restricted or unrestricted) as the unspent amount.

*Restricted for Debt Service* – Net position restricted for debt service consists of restricted assets for payment of principal and interest related to bonds payable. This restriction is imposed by the bondholders through debt covenants.

*Restricted for Construction* – Net position restricted for construction consists of restricted assets for the specific purpose of financing the construction projects. This restriction is imposed by the grantors and contributors, as well as the bondholders through debt covenants.

*Unrestricted* – Unrestricted net position consists of net amount of the assets, deferred outflows of resources, liabilities, and deferred inflows of resources that are not included in the determination of net investments in capital assets or the restricted component of net position.

1507-1576959

34

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Revenue Recognition**

The Authority distinguishes operating revenues and expenses from non-operating items. Revenues associated with toll and train fares are recorded as operating revenues when cash is received, except for prepaid amounts which are recognized when earned. Expenses related to the administration and maintenance of toll highways and transportation system, repair and maintenance of roads and bridges, and administrative expenses are recorded as operating expenses. All other revenues and expenses are considered non-operating.

Non-operating revenues consist principally of gasoline, diesel, petroleum and cigarettes taxes and vehicle license fees which are allocated to the Authority by the Commonwealth of Puerto Rico as approved by law to finance the acquisition and construction of capital assets and for the payment of the related debt. These taxes and fees are recorded as non-operating revenues when the Puerto Rico Treasury Department collects such taxes and informs the Authority.

**Contributions**

Contributions are funds assigned by the federal and local governments, agencies and/or private companies such as Federal Highway Administration (FHWA) and Federal Transit Administration (FTA) to the Authority for the exclusive purpose of the construction of specific projects or infrastructure repairs and maintenance. Capital contributions of the Authority are reported as contributions as required by GASB Statement No. 33, *Accounting and Financial Reporting for Nonexchange Transactions*.

**Financial Instruments**

The Authority uses derivative financial instruments to manage the economic impact of fluctuations in interest rates. Effective July 1, 2009, the Authority implemented the provisions of GASB Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*, in accounting for its derivative financial instruments, which requires derivative instruments to be reported at fair value in the statement of net position.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Reclassification**

Certain reclassifications have been made to the 2013 financial statements to conform to the 2014 financial statements presentation. Such reclassifications had no effect on net income as previously reported.

In connection with the June 30, 2014 audit of the Authority, an error was identified related to the 2013 classification of cash balance presented as restricted for the established of a state infrastructure bank account. The Authority has determined that the effect of correcting the classification from restricted to unrestricted cash and cash equivalents was not material to the financial statements for 2013; however, the 2013 financial statements have been revised for comparability with 2014.

The revision to the financial statements as of and for the year ended June 30, 2013, resulted in a decrease of current restricted cash and cash equivalents and an increase of current unrestricted cash and cash equivalents for $15,019,129 in the Authority's statement of net position and statement of cash flows. In addition, net position has been revised to reflect a decrease in net position restricted for debt service and increase in unrestricted net position in the same amount.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the period. Actual results could differ from those estimates.

The implementation of GASB No. 34, *Basic Financial Statements and Management's Discussion and Analysis for State and Local Governments*, involved the use of assumptions and estimates in the determination of the cost of general infrastructure assets, such as roads, highways, bridges and land. The cost of such assets was estimated based on current costs for similar assets deflated using the general price index through the estimated average age of the assets.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**2. Summary of Significant Accounting Policies (continued)**

**Risk Financing**

The Authority carries commercial insurance to cover casualty, theft, claims and other losses.  The current insurance policies have not been cancelled or terminated.  The Authority has not settled any claims in excess of its insurance coverage for the years ended June 30, 2014, 2013 and 2012.

**New Accounting Pronouncements**

GASB has issued the following statements that the Authority has not yet adopted:

| GASB Statement Number | | Adoption Required in Fiscal Year |
|---|---|---|
| 68 | Accounting and Financial Reporting for Pensions - an amendment of GASB Statement No. 27 | 2015 |
| 69 | Governmental Combinations and Disposals of Government Operations | 2015 |
| 70 | Accounting and Financial Reporting for Nonexchange Financial Guarantee | 2015 |
| 71 | Pension Transition for Contributions Made Subsequent to the Measurement Date, An Amendment of GASB Statement No. 68 | 2015 |
| 72 | Fair Value Measurement and Application | 2016 |
| 73 | Accounting and Financial Reporting for Pensions and Related Assets That Are Not within the Scope of GASB Statement 68, and Amendments to Certain Provisions of GASB Statements 67 and 68 | 2016 |
| 74 | Financial Reporting for Postemployment Benefit Plans Other Than Pension Plans | 2017 |
| 75 | Accounting and Financial Reporting for Postemployment Benefits Other Than Pensions | 2018 |
| 76 | The Hierarchy of Generally Accepted Accounting Principles for State and Local Governments | 2016 |
| 77 | Tax Abatement Disclosures | 2017 |

The impact of these statements has not yet been determined by the Authority.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 2. Summary of Significant Accounting Policies (continued)

**Effects of New Accounting Standards**

The following GASB statements were effective for fiscal year 2014: Statement No. 66, *Technical Corrections – 2012 – an amendment of GASB Statements No. 10 and No. 62*; Statement No. 67, *Financial Reporting for Pension Plans – an amendment of GASB Statement No. 25*; These statements had no impact on the Authority's net position or results of operations.

GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities*, was issued in March 2012. The objective of this statement is to either (a) properly classify certain items previously reported as assets or liabilities as deferred outflows of resources and deferred inflow of resources, (b) recognize certain items that were previously reported as assets and liabilities as outflows of resources (expense) of inflows of resources (revenue).  These determinations are based on the definitions of those elements in Concepts Statement No. 4 – Elements of Financial Statements.

A deferred outflow of resources is a consumption of net assets by government applicable to future periods and deferred inflows of resources is an acquisition of net assets by government applicable to future periods. GASB No. 65 is effective for financial statements periods beginning after December 15, 2012.  The Authority has adopted the provisions of the GASB No. 65 for the year ended on June 30, 2014.  The adoption of this Statement required a restatement of the beginning net position balance of the earliest comparative period presented of the Authority's financial statements. See Note 21 for further discussion.

## 3. Cash and Cash Equivalents

Cash and cash equivalents at June 30, 2014 and 2013, consisted of:

|  | 2014 | 2013 |
|---|---|---|
| Cash on hand and in banks | $ 21,405,254 | $ 23,732,246 |
| Repurchase agreements | 26,099,303 | 14,590,430 |
| Total | $ 47,504,557 | $ 38,322,676 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 3. Cash and Cash Equivalents (continued)

Cash and cash equivalents includes overnight deposits acquired under repurchase agreements with the Economic Development Bank (EDB) and the Government Development Bank for Puerto Rico (GDB) in the amounts of $26.1 million and $14.6 million at June 30, 2014 and 2013, respectively. These deposits are non-collateralized and, therefore, are subject to custodial credit risk.

### 4. Accounts Receivable, Net

Accounts receivable at June 30, 2014 and 2013, consisted of:

|  | 2014 | 2013 |
|---|---|---|
| Government and other agencies | $ 52,945,476 | $ 48,188,827 |
| Rent receivables | 4,628,679 | 3,624,092 |
| Repairs to highways recoverable from users | 1,532,201 | 1,521,987 |
| Others | 6,972,899 | 12,195,865 |
| Total | 66,079,255 | 65,202,103 |
| Less allowance for doubtful accounts | (53,556,688) | (49,865,513) |
|  | $ 12,522,567 | $ 15,665,258 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 5. Restricted Cash, Cash Equivalents, and Investments with Trustee

Restricted cash, cash equivalents and investments with trustee at June 30, 2014 and 2013, consisted of:

|  | 2014 | 2013 |
|---|---|---|
| Cash on hand and in banks | $ 1,298,215 | $ 447,841 |
| Cash held by: | | |
| Puerto Rico Treasury Department | 28,879,684 | 24,279,653 |
| Swap Collateral Deposit | — | 41,543,078 |
| Government Development Bank | 40,742,360 | 48,830,637 |
| Puerto Rico State Infrastucture Bank | 32,406 | — |
| Total | $ 70,952,665 | $ 115,101,209 |
| | | |
| Cash equivalents and investments with trustee: | | |
| Cash equivalents | $ 241,563,000 | $ 118,380,849 |
| Guaranteed investment contracts | 221,704,578 | 219,057,320 |
| US Government securities | 37,130,217 | 21,672,000 |
| Mortgage backed securities | 169,173,105 | 236,240,295 |
| Total | $ 669,570,900 | $ 595,350,464 |

At June 30, 2014 and 2013, the above amounts were restricted to comply with long-term principal and interest debt service requirements or for construction of transportation facilities. These restricted assets are held by the Fiscal Agent under the Bonds Resolutions in the following funds and accounts:

*1968 Reserve Account* – Reserve for payment of principal of and interest on Highway Revenue Bonds in the event moneys in Bond Service Account or Redemption Account under Resolution 68-18 are insufficient for such purpose.

*1968 Bond Service Account and Redemption Account (Sinking Fund under Resolution 68-18)* –Current year requirements for principal and interest on Highway Revenue Bonds.

*1998 Senior Reserve Account* – Reserve for payment of principal and interest on Senior Transportation Revenue Bonds in the event moneys in Senior Bond Service Account or Senior Bond Redemption Account under Resolution 98-06 are insufficient for such purpose.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**5. Restricted Cash, Cash Equivalents, and Investments with Trustee (continued)**

*1998 Senior Bond Service Account and Senior Bond Redemption Account (Senior Bond Sinking Fund under Resolution 98-06)* – Current year requirements for principal and interest on Senior Transportation Revenue Bonds.

*1998 Subordinated Reserve Fund* – Reserve for payment of principal of and interest on Subordinated Transportation Revenue Bonds in the event moneys in Subordinated Bond Service Account or Subordinated Bond Redemption Account under Resolution 98-06 are insufficient for such purpose.

*1998 Subordinated Bond Service Account and Subordinated Bond Redemption Account (Subordinated Bond Sinking Fund under Resolution 98-06)* – Current year requirements for principal of and interest on Subordinated Transportation Revenue Bonds.

*1998 Construction Fund* – Special fund created by the Resolution 98-06. The proceeds of any Transportation Revenue Bonds issued for the purpose of paying the cost of acquiring or constructing transportation facilities, together with the money received from any other source for such purpose, except proceeds which are (i) applied to the repayment of advances, (ii) deposited in the 1998 Senior Bond Reserve Account or 1998 Subordinated Bond Reserve Fund, (iii) deposited in the 1998 Senior or Subordinated Bond Service Account as capitalized interest or (iv) used for the payment of financing expenses, shall be deposited in the 1998 Construction Fund and held by the Fiscal Agent in trust.

*2004 Grant Anticipation Bond Reserve Account* – Reserve for payment of principal and interest on 2004 Grant Anticipation Bonds in the event insufficient funds for such purpose are available in the Bond Payment Fund.

*2014 Bond Anticipation Note Reserve Account* – Reserve for payment of principal and interest on 2014 Bond Anticipation Notes in the event insufficient funds for such purpose are available in the Bond Payment Fund.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 5. Restricted Cash, Cash Equivalents, and Investments with Trustee (continued)

At June 30, 2014 and 2013, amounts held by Trustee in the following accounts amounted to (in thousands):

|  | 2014 | 2013 |
|---|---|---|
| 1968 Reserve Account | $ 75,255 | $ 74,357 |
| 1968 Sinking Fund | 49,032 | 48,318 |
| 1998 Senior Reserve Account | 247,475 | 245,182 |
| 1998 Senior Sinking Fund | 154,387 | 156,737 |
| 1998 Subordinated Reserve Fund | 27,174 | 26,512 |
| 1998 Subordinated Sinking Fund | 22,241 | 17,588 |
| 1998 Construction Fund | – | 14,843 |
| 2004 Grant Anticipation Reserve Account | – | 11,813 |
| 2004 Construction Fund | 26,067 | – |
| 2013 BAN Fund | 52,940 | – |
| SIB Fund | 15,000 | – |
| Total | $ 669,571 | $ 595,350 |

### 6. Deposits and Investments

The following paragraphs disclose essential risk information about deposits and investments as required by Governmental Accounting Standard Board Statement No. 40, *Deposits and Investments Risk Disclosures*:

> The Authority is restricted by law to deposit funds only in institutions approved by the Puerto Rico Treasury Department, and such deposits are required to be kept in separate accounts in the name of the Authority. Resolutions 68-18, 98-06 and 04-18 (the Bond Resolutions) require that moneys in the debt service funds be held by Bank of New York (the Fiscal Agent) in trust and applied as provided in the Bond Resolutions.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**6. Deposits and Investments (continued)**

Pursuant to the Investment Guidelines for the GDB, the Authority may invest in obligations of the Commonwealth, obligations of the United States, certificates of deposit, commercial paper, repurchase agreements, banker's acceptances, or in pools of obligations of the municipalities of Puerto Rico, among others. Monies in the sinking funds can only be invested in direct obligations of the United States government, or obligations unconditionally guaranteed by the United States government, and/or interest-bearing time deposits, or other similar arrangements, as provided by the Bond Resolutions.

**Custodial Credit Risk - Deposits**

For deposits, custodial credit risk is the risk that in the event of bank failure, the Authority's deposits may not be returned. Under Puerto Rico statutes, public funds deposited in commercial banks must be fully collateralized for the amount deposited in excess of federal depository insurance. Deposits maintained in GDB or EDB are exempt from collateral requirement established by the Commonwealth and thus represents custodial credit risk because in the event of GDB's or EDB's failure, the Authority may not be able to recover the deposits.

All moneys deposited with the Trustee or any other depository institution hereunder in excess of the amount guaranteed by the Federal Deposit Insurance Corporation or other federal agency are continuously secured by lodging with a bank or trust company approved by the Authority and by the Trustee as custodian, or, if then permitted by law, by setting aside under control of the trust department of the bank holding such deposit, as collateral security, Government Obligations or other marketable securities.

1507-1576959

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**6. Deposits and Investments (continued)**

**Custodial Credit Risk - Deposits (continued)**

At June 30, 2014 and 2013, the Authority was exposed to the following custodial credit risk arising from the balance of deposits maintained in governmental and commercial banks as follows:

| | 2014 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Non-Restricted | | | | Restricted | | | |
| | Book Balance | | Bank Balance | | Book Balance | | Bank Balance | |
| Commercial banks | $ | 11,730,863 | $ | 12,013,857 | $ | 1,298,215 | $ | 1,298,215 |
| Governmental banks | | 35,773,694 | | 35,752,098 | | 69,654,450 | | 79,537,560 |
| | $ | 47,504,557 | $ | 47,765,954 | $ | 70,952,665 | $ | 80,835,775 |

| | 2013 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Non-Restricted | | | | Restricted | | | |
| | Book Balance | | Bank Balance | | Book Balance | | Bank Balance | |
| Commercial banks | $ | 2,966,274 | $ | 5,040,363 | $ | 447,842 | $ | 447,842 |
| Governmental banks | | 35,356,402 | | 37,185,372 | | 114,653,367 | | 114,913,367 |
| | $ | 38,322,676 | $ | 42,225,735 | $ | 115,101,209 | $ | 115,361,209 |

**Custodial Credit Risk - Investments**

For an investment, custodial credit risk is the risk that in event of the failure of the counterparty, the Authority will not be able to recover the value of its investment or collateral securities that are in the possession of an outside party. The Authority invests in prime investments with a minimum quality rating of Aa1 (Moody's) or AA+ (Standard and Poor's). In addition, investment in bond sinking funds are limited to investments in direct obligations of the United States government, or obligations unconditionally guaranteed by the United States government, and/or interest-bearing time deposits, or other similar arrangements, as provided by the Bond Resolutions.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**6. Deposits and Investments (continued)**

**Custodial Credit Risk – Investments (continued)**

The Authority maintains funds and accounts under the Bonds Resolutions that are held by a trustee. As of June 30, 2014 and 2013, the total account balance amounted to approximately $669.6 million and $610.4 million, respectively. These accounts invest on different types of short-term and long-term securities, including Guaranteed Investment Contracts (GICs). Under these GICs, the financial institution guarantees the Authority a fixed rate of return. As established in the contract, the financial institution has invested such funds in predetermined securities such as cash, U.S. Treasury and U.S. Government Agency securities. These securities are pledged and serve as collateral for the account balance. The fair value of the GICs is determined based on the fair value of the underlying investments based on quoted market prices and then adjusted to contract value. As of June 30, 2014 and 2013, the contract value, which represents amounts deposited plus interest credited less withdrawals, is equal to the fair value.

Providers of guaranteed investment contracts as of June 30, 2014 and 2013, are as follows:

|  | 2014 | 2013 |
|---|---|---|
| Wells Fargo | $ 39,245,588 | $ 37,359,190 |
| Bank Of America | 71,759,778 | 71,759,778 |
| FSA Capital Management Services | 44,674,424 | 44,674,424 |
| Citigroup Financial Products, Inc. | 13,441,521 | 13,445,477 |
| Wachovia Bank, NA | 26,512,201 | 26,512,201 |
| Westdeutsche Landesbank | 26,071,066 | 25,306,250 |
|  | $ 221,704,578 | $ 219,057,320 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**6. Deposits and Investments (continued)**

**Interest-Rate Risk**

Interest-rate risk is the risk that changes in interest rates will adversely affect the fair value of an investment. Generally, the longer the maturity of an investment, the greater the sensitivity of its fair value is to changes to market interest rate. Maturities of cash and cash equivalents and investments with Trustee at June 30, 2014 and 2013, are as follows:

|  | 2014 | | | | |
|---|---|---|---|---|---|
|  | Less than One Year | One to Five Years | Five to Ten Years | Ten to Twenty Years | Total |
| Cash equivalents | $ 241,563,000 | $ – | $ – | $ – | $ 241,563,000 |
| Guaranteed investment contracts | 13,441,521 | 26,512,201 | – | 181,750,856 | 221,704,578 |
| US Government and agencies securities | 37,130,217 | – | – | – | 37,130,217 |
| Mortgage backed securities | 54,400,000 | 68,626,401 | 46,146,704 | – | 169,173,105 |
| Total | $ 346,534,738 | $ 95,138,602 | $ 46,146,704 | $ 181,750,856 | $ 669,570,900 |

|  | 2013 | | | | |
|---|---|---|---|---|---|
|  | Less than One Year | One to Five Years | Five to Ten Years | Ten to Twenty Years | Total |
| Cash equivalents | $ 118,380,849 | $ – | $ – | $ – | $ 118,380,849 |
| Guaranteed investment contracts | 76,110,917 | – | – | 142,946,403 | 219,057,320 |
| US Government and agencies securities | 21,672,000 | – | – | – | 21,672,000 |
| Mortgage backed securities | 184,705,930 | 3,832,830 | 47,701,535 | – | 236,240,295 |
| Total | $ 400,869,696 | $ 3,832,830 | $ 47,701,535 | $ 142,946,403 | $ 595,350,464 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**7. Capital Assets, Net**

The following schedule summarizes the capital assets, net, held by the Authority as of June 30, 2014 and 2013:

| | Balance at June 30, 2013 | Increases | Decreases | Balance at June 30, 2014 |
|---|---|---|---|---|
| **Assets not being depreciated** | | | | |
| Land | $ 1,896,803,261 | $ 17,500,152 | $ – | $ 1,914,303,413 |
| Construction in progress | 490,798,263 | 251,583,207 | (410,420,767) | 331,960,703 |
| Total | 2,387,601,524 | 269,083,359 | (410,420,767) | 2,246,264,116 |
| | | | | |
| **Assets being depreciated** | | | | |
| Transportation system | 2,419,375,826 | – | – | 2,419,375,826 |
| Roads | 12,403,283,032 | 273,497,199 | – | 12,676,780,231 |
| Bridges | 3,448,008,491 | 53,343,240 | – | 3,501,351,731 |
| Building | 22,500,000 | – | – | 22,500,000 |
| Equipment, vehicles and other | 135,349,865 | 9,445,256 | (3,665,437) | 141,129,684 |
| Total | 18,428,517,214 | 336,285,695 | (3,665,437) | 18,761,137,472 |
| | | | | |
| Less accumulated depreciation | (9,826,342,065) | (448,020,609) | 3,711,721 | (10,270,650,953) |
| Total assets being depreciated | 8,602,175,149 | (111,734,914) | 46,284 | 8,490,486,519 |
| Total capital assets, net | $ 10,989,776,673 | $ 157,348,445 | $ (410,374,483) | $ 10,736,750,635 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 7. Capital Assets, Net (continued)

| | Balance at June 30, 2012 | Increases | Decreases | Balance at June 30, 2013 |
|---|---|---|---|---|
| **Assets not being depreciated** | | | | |
| Land | $ 1,894,798,789 | $ 2,007,325 | $ (2,853) | $ 1,896,803,261 |
| Construction in progress | 547,566,041 | 380,893,104 | (437,660,882) | 490,798,263 |
| Total | 2,442,364,830 | 382,900,429 | (437,663,735) | 2,387,601,524 |
| **Assets being depreciated** | | | | |
| Transportation system | 2,419,375,826 | – | – | 2,419,375,826 |
| Roads | 12,021,019,718 | 382,427,614 | (164,300) | 12,403,283,032 |
| Bridges | 3,436,668,681 | 11,339,810 | – | 3,448,008,491 |
| Building | – | 22,500,000 | – | 22,500,000 |
| Equipment, vehicles and other | 124,383,267 | 18,178,978 | (7,212,380) | 135,349,865 |
| Total | 18,001,447,492 | 434,446,402 | (7,376,680) | 18,428,517,214 |
| Less accumulated depreciation | (9,403,645,979) | (431,975,550) | 9,279,464 | (9,826,342,065) |
| Total assets being depreciated | 8,597,801,513 | 2,470,852 | 1,902,784 | 8,602,175,149 |
| Total capital assets, net | $ 11,040,166,343 | $ 385,371,281 | $ (435,760,951) | $ 10,989,776,673 |

Interest expense incurred during the years ended June 30, 2014 and 2013, amounted to approximately $367.2 million and $408.6 million, respectively, of which approximately $5.8 million and $6.6 million, respectively, were capitalized as part of construction in progress in the accompanying statements of net position.

On July 17, 2012, the Authority exchanged a land parcel belonging to the Authority for a building with a fair value of $22.5 million belonging to Department of Transportation and Public Works (DTPW). This resulted in a gain and payable to DTPW of $7.5 million which was netted against DTPW account receivable balance as of June 30, 2013.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**8. Highways and Bridge under Service Concession Arrangement**

**Toll Roads Service Concession Agreement (PR-5 and PR-22)**

On September 22, 2011, the Authority entered into a toll road service concession agreement with
Autopistas Metropolitanas de Puerto Rico, LLC (the Concessionaire), in which the Authority
granted to the Concessionaire the right to operate PR-5 and PR-22 highways (the Toll Roads) for
a period of 40 years (the Concession Agreement). During the 40-year term, the Concessionaire
will have the right to charge and collect the tolls imposed on the Toll Roads.

The Authority received an upfront concession fee payment of $1.136 billion, from which
approximately $873.1 million was used to redeem or defease bonds issued and outstanding
associated with the Toll Roads.

In 2012, the Authority recorded a deferred inflow of resources of concession arrangement of
$1.136 billion that will be amortized and recognized as revenue over the 40-year term of the
agreement. In 2012, the Authority recognized $21.0 million of revenue related to this transaction
and will recognize $28.4 million for each subsequent year through 2052. The Toll Roads (capital
assets) will continue to be reported in the statements of net position as a separate item as highways
and bridge under service concession arrangement. Toll Roads amounted to approximately $90.7
million, net of accumulated depreciation. Toll Roads should not be depreciated until the end of the
agreement starting on September 22, 2011 since the concession agreement requires the
Concessionaire to return the Toll Roads to the Authority in its original or an enhanced condition.

In addition, the Authority capitalized and considered as deferred inflows of resources $4.8 million
and $11.3 million during 2014 and 2013, respectively, for improvements made by the
Concessionaire to the Toll Roads.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**8. Highways and Bridge under Service Concession Arrangement (continued)**

**Bridge Service Concession Arrangement**

On December 20, 1992, the Authority and Autopistas de Puerto Rico y Compañía S.E. (Autopistas) entered into a service concession agreement amended in 2004 and 2009, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge, which traverses the San José Lagoon between the municipalities of San Juan and Carolina. Autopistas designed and constructed the Bridge and commenced operating the Bridge on February 23, 1994 (valuation date). The initial term of this agreement was 35 years, expiring on April 3, 2027. On September 9, 2009, the agreement was amended to extend its term to 50 years (2044). GASB No. 60 establishes that in the first period that this statement is applied, changes resulting from the implementation of this statement should be treated as an adjustment of prior periods, and the financial statements presented for the periods affected should be restated. As of June 30 2013, the Authority recognized the Bridge at fair value, equivalent to what the Authority might have paid to have the Bridge constructed (replacement cost) at valuation date. The replacement cost was determined to be $109.5 million depreciated over an estimated useful life of 50 years and a deferred inflow of resources of $109.5 million that will be amortized and recognized as revenue over the term of the agreement (50 years). The asset balance related to the Bridge was adjusted to recognize the first 17 years of operation and the remaining amortization will be amortized by 33 years.

Under certain circumstances, including if minimum toll revenues are not achieved, the Concession Agreement may be terminated and the Authority is then obligated to assume all of Autopistas' obligations to pay principal of, and interest on, the bonds outstanding, which pursuant to the Loan Agreement will be paid from the net revenues of the use and operation of the Bridge. Although Autopistas currently has the ability to terminate the Concession Agreement and have the Authority to assume the obligations, the Authority has not received such notice and does not currently expect the Concession Agreement to terminate. The outstanding bonds (including accrued interest), which are not reflected in the Authority's statement of net position, at June 30, 2014 or 2013, amounted to approximately $155.1 million and $157.0 million, for each year, respectively.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**8. Highways and Bridge under Service Concession Arrangement (continued)**

**Bridge Service Concession Arrangement (continued)**

The highways and bridge under service concession arrangement, net of accumulated amortization at June 30, 2014 and 2013 consisted of:

|  | 2014 | 2013 |
|---|---|---|
| Toll Roads Concession | $ 90,740,065 | $ 90,740,065 |
| Toll Roads Concession Improvements | 16,175,223 | 11,334,107 |
| Bridge Concession | 66,192,750 | 67,890,000 |
| Total | $ 173,108,038 | $ 169,964,172 |

The deferred inflows of resources at June 30, 2014 and 2013, consisted of:

|  | 2014 | 2013 |
|---|---|---|
| Toll Roads Concession | $ 1,073,512,885 | $ 1,097,784,255 |
| Bridge Concession | 65,700,000 | 67,890,000 |
| Total | $ 1,139,212,885 | $ 1,165,674,255 |

1507-1576959

51

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 9. Long-Term Liabilities

Long-term debt activity for the years ended June 30, 2014 and 2013 was as follows:

| | Balance at June 30, 2013 | Issuance/ Accretions | Payments/ Amortization | Balance at June 30, 2014 | Due Within One Year | Due Thereafter |
|---|---|---|---|---|---|---|
| **Serial bonds** | | | | | | |
| Resolution 68-18 | $ 474,640,000 | $ — | $ (23,975,000) | $ 450,665,000 | $ 25,475,000 | $ 425,190,000 |
| Resolution 98-06 | 1,466,125,000 | — | (77,900,000) | 1,388,225,000 | 82,125,000 | 1,306,100,000 |
| Resolution 04-18 | — | — | — | — | — | — |
| Total | 1,940,765,000 | — | (101,875,000) | 1,838,890,000 | 107,600,000 | 1,731,290,000 |
| **Term bonds** | | | | | | |
| Resolution 68-18 | 419,810,000 | — | — | 419,810,000 | — | 419,810,000 |
| Resolution 98-06 | 1,845,010,000 | — | — | 1,845,010,000 | — | 1,845,010,000 |
| Total | 2,264,820,000 | — | — | 2,264,820,000 | — | 2,264,820,000 |
| **Variable rate bonds** | | | | | | |
| Resolution 98-06 | 200,000,000 | — | — | 200,000,000 | — | 200,000,000 |
| **CPI based interest-rate bonds** | | | | | | |
| Resolution 98-06 | 57,965,000 | — | — | 57,965,000 | — | 57,965,000 |
| **LIBOR based interest-rate bonds** | | | | | | |
| Resolution 98-06 | 700,000 | — | — | 700,000 | — | 700,000 |
| **Capital appreciation bonds** | | | | | | |
| Resolution 68-18 | 22,349,012 | 1,032,710 | — | 23,381,722 | — | 23,381,722 |
| Resolution 98-06 | 107,964,001 | 5,358,339 | — | 113,322,340 | — | 113,322,340 |
| | 130,313,013 | 6,391,049 | — | 136,704,062 | — | 136,704,062 |
| Subtotal | 4,594,563,013 | 6,391,049 | (101,875,000) | 4,499,079,062 | 107,600,000 | 4,391,479,062 |
| Add net bond premium | 285,168,010 | — | (17,979,004) | 267,189,006 | (7,221,187) | 274,410,193 |
| Total bonds outstanding | $ 4,879,731,023 | $ 6,391,049 | $ (119,854,004) | $ 4,766,268,068 | $ 100,378,813 | $ 4,665,889,255 |
| **Other long-term liabilities** | | | | | | |
| Accrued legal claims | $ 139,667,707 | $ 98,879,410 | $ (22,376,494) | $ 216,170,623 | $ 11,396,999 | $ 204,773,624 |
| Accrued vacations and sick leave | 21,161,267 | 2,557,769 | (2,550,849) | 21,168,187 | 10,362,125 | 10,806,062 |
| Fair value of derivative instruments | 142,417,741 | — | (142,417,741) | — | — | — |
| Voluntary termination incentive plan liability | 88,201,828 | 1,013,979 | (8,712,890) | 80,502,917 | 9,960,349 | 70,542,568 |
| Bond anticipation notes | — | 400,000,000 | — | 400,000,000 | 150,000,000 | 250,000,000 |
| Non-revolving lines of credit | 2,045,129,887 | 168,001,195 | (399,229,260) | 1,813,901,822 | — | 1,813,901,822 |
| Total other liabilities | 2,436,578,430 | 670,452,353 | (575,287,234) | 2,531,743,549 | 181,719,473 | 2,350,024,076 |
| Total non-current liabilities | $ 7,316,309,453 | $ 676,843,402 | $ (695,141,238) | $ 7,298,011,617 | $ 282,098,286 | $ 7,015,913,331 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 9. Long-Term Liabilities

| | Balance at June 30, 2012 | Issuance/ Accretions | Payments/ Amortization | Balance at June 30, 2013 | Due Within One Year | Due Thereafter |
|---|---|---|---|---|---|---|
| **Serial bonds** | | | | | | |
| Resolution 68-18 | $ 492,270,000 | $ — | $ (17,630,000) | $ 474,640,000 | $ 23,975,000 | $ 450,665,000 |
| Resolution 98-06 | 1,540,280,000 | | (74,155,000) | 1,466,125,000 | 77,900,000 | 1,388,225,000 |
| Resolution 04-18 | 93,640,000 | | (93,640,000) | — | | |
| Total | 2,126,190,000 | | (185,425,000) | 1,940,765,000 | 101,875,000 | 1,838,890,000 |
| **Term bonds** | | | | | | |
| Resolution 68-18 | 419,810,000 | — | — | 419,810,000 | — | 419,810,000 |
| Resolution 98-06 | 1,845,010,000 | — | | 1,845,010,000 | — | 1,845,010,000 |
| Total | 2,264,820,000 | — | — | 2,264,820,000 | — | 2,264,820,000 |
| **Variable rate bonds** | | | | | | |
| Resolution 98-06 | 200,000,000 | — | | 200,000,000 | — | 200,000,000 |
| **CPI based interest-rate bonds** | | | | | | |
| Resolution 98-06 | 57,965,000 | — | | 57,965,000 | — | 57,965,000 |
| **LIBOR based interest-rate bonds** | | | | | | |
| Resolution 98-06 | 700,000 | — | | 700,000 | — | 700,000 |
| **Capital appreciation bonds** | | | | | | |
| Resolution 68-18 | 21,361,626 | 987,386 | — | 22,349,012 | | 22,349,012 |
| Resolution 98-06 | 102,859,416 | 5,104,585 | | 107,964,001 | — | 107,964,001 |
| Subtotal | 124,221,042 | 6,091,971 | | 130,313,013 | | 130,313,013 |
| Subtotal | 4,773,896,042 | 6,091,971 | (185,425,000) | 4,594,563,013 | 101,875,000 | 4,492,688,013 |
| Add net bond premium | 283,349,451 | | 1,818,559 | 285,168,010 | 17,979,004 | 267,189,006 |
| Total bonds outstanding | $ 5,057,245,493 | $ 6,091,971 | $ (183,606,441) | $ 4,879,731,023 | $ 119,854,004 | $ 4,759,877,019 |
| | | | | | | |
| **Other long-term liabilities:** | | | | | | |
| Accrued legal claims | $ 70,872,402 | $ 74,795,306 | $ (6,000,000) | $ 139,667,708 | $ 22,376,494 | $ 117,291,214 |
| Accrued vacations and sick leave | 21,891,606 | 3,330,285 | (4,060,625) | 21,161,266 | 10,235,108 | 10,926,158 |
| Fair value of derivative instruments | 224,777,280 | — | (82,359,539) | 142,417,741 | | 142,417,741 |
| Voluntary termination incentive plan liability | 81,902,218 | 14,360,263 | (8,060,653) | 88,201,828 | 8,712,890 | 79,488,938 |
| Non-revolving lines of credit | 1,881,963,283 | 163,166,604 | | 2,045,129,887 | | 2,045,129,887 |
| Total other liabilities | 2,281,406,789 | 255,652,458 | (100,480,817) | 2,436,578,430 | 41,324,492 | 2,395,253,938 |
| Total non-current liabilities | $ 7,338,652,282 | $ 261,744,429 | $ (284,087,258) | $ 7,316,309,453 | $ 161,178,496 | $ 7,155,130,957 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**10. Bond Anticipation Notes**

On August 29, 2013, the Authority issued 2013A Bond Anticipation Notes (the "Series A Notes")
amounting to $400.0 million, purchased by a financial institution, for the repayment of various
Authority's loans with GDB or lines of credit (LOC), including the corresponding fee and cost of
issuance. The Series A Notes matures on September 1, 2015. On February 12, 2014, the Authority
amended the documents to its $400.0 million bond anticipation notes, limiting the holder's right
to accelerate and waiving covenant defaults due to the downgrades. Principal set-asides will
continue as originally scheduled. All such notes must be paid no later than maturity date of the
original note. The notes bear interest equal to LIBOR plus applicable spread. On June 30, 2014,
the Authority's outstanding bond anticipation notes were as follows:

| Purpose | Date of Issue | Date of Maturity | Interest Rate | Balance |
|---|---|---|---|---|
| Repayment of LOC | 8/28/2013 | 12/1/2014 | 8.75% | $    50,000,000 |
| Repayment of LOC | 8/28/2013 | 03/01/2015 | 8.75% | 50,000,000 |
| Repayment of LOC | 8/28/2013 | 06/01/2015 | 8.75% | 50,000,000 |
| Repayment of LOC | 8/28/2013 | 09/01/2015 | 8.75% | 250,000,000 |
| | | | | 400,000,000 |
| Less: current portion of bond anticipation notes | | | | (150,000,000) |
| Bond anticipation note, - non current portion | | | | $  250,000,000 |

At June 30, 2014, the Authority has $15.6 million deposited with the trustee to cover principal and
interest on these bond anticipation notes. As noted in Note 23, subsequent to year-end, the Puerto
Rico Infrastructure Finance Authority (PRIFA) and the Authority signed a trust agreement for the
purpose to repay the agreement for the BANS outstanding balance.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 11. Bonds Payable

The bond resolutions authorize the issuance of revenue bonds to obtain funds to pay the construction and related costs of transportation facilities. Bonds outstanding under the bond resolutions at June 30, 2014 and 2013, consisted of:

| | 2014 | 2013 |
|---|---|---|
| | | *(restated)* |
| **RESOLUTION 68-18** | | |
| Serial bonds, maturing through 2034 with interest ranging from 3.30% to 6.50% | $ 450,665,000 | $ 474,640,000 |
| Term bonds, maturing through 2039 with interest ranging from 4.00% to 6.00% | 419,810,000 | 419,810,000 |
| Capital appreciation bonds, maturing through 2026 with interest ranging from 4.36% to 4.58% | 23,381,722 | 22,349,012 |
| Subtotal | 893,856,722 | 916,799,012 |
| | | |
| **RESOLUTION 98-06** | | |
| Serial bonds, maturing through 2037 with interest ranging from 2.25% to 5.75% | 1,388,225,000 | 1,466,125,000 |
| Term bonds, maturing through 2046 with interest ranging from 2.25% to 5.75% | 1,845,010,000 | 1,845,010,000 |
| Variable rate bonds, USD SIFMA swap index less a spread of .5% | 200,000,000 | 200,000,000 |
| Capital appreciation bonds, maturing through 2026 with interest ranging from 4.47% to 5.08% | 113,322,340 | 107,964,001 |
| LIBOR based interest rate bonds maturing through 2045 | 700,000 | 700,000 |
| Consumer Price Index based interest rate bonds maturing through 2028 | 57,965,000 | 57,965,000 |
| Subtotal | 3,605,222,340 | 3,677,764,001 |
| | | |
| Total bonds outstanding | 4,499,079,062 | 4,594,563,013 |
| | | |
| Add: Net unamortized premium | 267,189,006 | 285,168,010 |
| Net bonds payable | 4,766,268,068 | 4,879,731,023 |
| | | |
| Less: Current portion | (100,378,813) | (119,854,004) |
| Long-term portion | $ 4,665,889,255 | $ 4,759,877,019 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**11. Bonds Payable (continued)**

The bonds are secured by a pledge of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes, a maximum of $11.0 million monthly (but not more than $120.0 million annually) derived from excise taxes over crude oil and its derivatives, $15 per vehicle per year from motor vehicle license fees, the proceeds of any other taxes, fees or charges which the Legislature of Puerto Rico may allocate to the Authority in the future and which the Authority may pledge, proceeds of any tolls or other charges which the Authority may impose for the use of any of its traffic facilities and certain investment earnings.

The proceeds of the gasoline tax, the gas oil and diesel oil tax, the crude oil tax and the motor vehicle license fees allocated to the Authority are taxes and revenues available under the Constitution of the Commonwealth of Puerto Rico for the payment of principal and interest of bonds. Accordingly, if needed, they are subject to being applied first to the payment of debt service on the public debt of the Commonwealth, but such taxes and license fees are to be used for such payments only if and to the extent that all other available revenues of the Commonwealth under the Constitution are insufficient for such purpose. The Commonwealth has not previously applied these taxes and revenues for such payments. However, on December 1, 2015, the Commonwealth announced its intention to utilize such taxes and revenues to meet its own obligation as needed.

The Bond Resolutions further provides that receipts of pledged revenues be deposited in certain accounts with the Fiscal Agent for the payment of interest and principal of the bonds outstanding.

Nothing in the Bond Resolutions is to be construed as preventing the Authority from financing any facilities authorized by the Act that created the Authority, as amended, through the issuance of bonds or other obligations, which are not secured under the provisions of the Bond Resolutions.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**11. Bonds Payable (continued)**

The LIBOR based interest-rate bonds consisted of $389.0 million of the 2007 Revenue Refunding Bonds Series N, from which approximately $388.4 million were repurchased by the Authority through a "non-revolving" line of credit provided by Government Development Bank in the amount of $294.6 million approximately. This transaction resulted in a gain of $83.0 million for the year ended June 30, 2012. The repurchase portion of the 2007 Revenue Refunding Bonds Series N is held by the Authority; therefore, there is no outstanding balance at year end. The line of line of credit with GDB was paid in full during 2014.

The Series N LIBOR Bonds bear interest from their date of delivery at a per annum rate for each period equal to (a) 67% of the Three-Month LIBOR Rate for such period plus (b) a per annum spread equal to 0.53%. In each case the LIBOR-based interest rate cannot exceed the maximum rate permitted under Puerto Rico law (currently 12%).

Interest on the Consumer Price Index (CPI) Bonds will be payable on the first business day of each month commencing on July 2, 2007. The CPI Rate, which will be reset monthly, is an interest rate based on changes in the CPI and cannot exceed the maximum rate permitted under the Puerto Rico law (currently 12%).

In connection with the issuance of the CPI, LIBOR bonds and USD SIFMA index based interest-rate bonds, the Authority entered into interest-rate swap agreements. In general, the swap agreements provide that, subject to the terms thereof, the Authority will pay to the swap provider a fixed rate and the swap provider will pay to the Authority a floating rate based on the CPI or LIBOR rate, based on a notional amount equal to the principal amount of the CPI and LIBOR bonds outstanding. The purpose of the swap agreement is generally to convert the Authority's floating rate obligations with respect to the CPI and LIBOR bonds to fixed rate obligations. These swap agreements were terminated during 2014. See Note 12 for additional information.

On July 1, 2010, the Authority issued $253,670,000 of Highway Revenue Refunding Bonds (Series AA) and $44,275,000 of Transportation Revenue Refunding Bonds (Series H) to convert the interest rate mode from a term rate to a fixed rate. The Series AA which consists of $188,395,000 aggregate principal amount of Series AA-1 Bonds and $65,275,000 aggregate principal amount of Series AA-2 Bonds, bear interest at a fixed rate of 4.95% and 5.30%, respectively, and are due on July 1, 2026 and 2035, respectively. The Series H bears interest at a fixed rate of 5.45% and is due on July 1, 2035.

1507-1576959

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**11. Bonds Payable (continued)**

On June 24, 2013, the Authority paid $86 million aggregate principal amount of the outstanding
balance of the Grant Anticipation Revenue Bonds, Series 2004 under its Resolution 04-18, adopted
by the Authority on April 7, 2004. Those securities were deposited in an irrevocable trust with an
escrow agent to provide for all future debt service payments on the Series 2004 bonds. The advance
refunding resulted in a difference between the reacquisition price and net carrying amount of the
old debt of $1.1 million. The difference, reported in the accompanying net position statements as
a part of deferred outflows of resources, is being charged to operations using the straight line
method over the life of the bonds.

**Debt Maturities**

The outstanding bonds as of June 30, 2014, require future payments of principal and interest as
follows:

| Fiscal years ended June 30, | Principal | Interest | Total |
|---|---|---|---|
| 2015 | $ 107,600,000 | $ 254,251,013 | $ 361,851,013 |
| 2016 | 110,964,963 | 249,101,857 | 360,066,820 |
| 2017 | 114,460,425 | 245,105,284 | 359,565,710 |
| 2018 | 118,375,225 | 240,673,972 | 359,049,197 |
| 2019 | 110,713,615 | 223,561,651 | 334,275,266 |
| 2020-2024 | 705,652,021 | 1,013,442,038 | 1,719,094,058 |
| 2025-2029 | 844,313,215 | 835,164,531 | 1,679,477,747 |
| 2030-2034 | 937,825,000 | 598,180,692 | 1,536,005,692 |
| 2035-2039 | 1,093,284,598 | 333,043,739 | 1,426,328,337 |
| 2040-2044 | 315,995,000 | 101,823,292 | 417,818,292 |
| 2045-2047 | 39,895,000 | 9,406,201 | 49,301,201 |
| Total | $ 4,499,079,062 | $ 4,103,754,269 | $ 8,602,833,331 |

For variable interest-rate bonds included above, the debt service requirements and net swap
payments were computed assuming current interest rates remain the same for their term.  As rates
vary, variable-rate bond interest payments and net swap payments will vary. Refer Note 12 for
swaps cancellation disclosure.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**11. Bonds Payable (continued)**

**Debt Refunding**

The outstanding balances as of June 30, 2014 and 2013, of the bond issues defeased by the Authority are as follows:

|  | 2014 | 2013 |
|---|---|---|
| Series Y | $ 437,680,000 | $ 437,680,000 |
| Series K | 485,105,000 | 487,655,000 |
| Series G | – | 385,435,000 |
| Series J | 278,900,000 | 284,120,000 |
| Series H | – | 12,375,000 |
| Serie L | – | 860,000 |
| Serie M | 10,000 | 2,940,000 |
| Serie I | 1,520,000 | 1,935,000 |
| Serie AA | 191,655,000 | 194,380,000 |
| Serie BB | 22,425,000 | 22,500,000 |
| Serie CC | 8,825,000 | 9,895,000 |
| Serie W | 36,990,000 | 61,075,000 |
| Series X | 37,890,000 | 49,890,000 |
| Serie Z | 28,685,000 | 28,800,000 |
| Serie 2004 | – | 86,100,000 |
| Total outstanding defeased bond issued | $ 1,529,685,000 | $ 2,065,640,000 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 12. Derivatives

In connection with the issuance of the CPI and LIBOR Bonds, the Authority entered into interest-rate swap agreements. In general, the swap agreements provided that, subject to the terms thereof, the Authority will pay to the swap provider a fixed rate and the swap provider will pay to the Authority a floating rate based on the CPI or LIBOR Rate, based on a notional amount equal to the principal amount of the CPI and LIBOR Bonds outstanding.   The purpose of the swap agreement is generally to convert the Authority's floating rate obligations with respect to the CPI and LIBOR Bonds to fixed rate obligations.

The Authority entered into pay fixed, receive variable interest-rate swap agreements in the following bonds: $389.0 million LIBOR based interest-rate bonds, $200.0 million USD SIFMA Swap Index based interest rate bonds, and $58.0 million CPI based interest-rate bonds. The counterparties were Citibank, N.A, (Citibank), Morgan Stanley Capital Services, Inc. (Morgan) and UBS Financial Services (UBS).

Between September 26 and October 17, 2011, the Authority repurchased approximately $388.4 million the LIBOR based interest-rate bonds of the 2007 Revenue Refunding Bonds Series N. Given this transaction, the Citibank derivative instrument hedging was terminated and the changes in fair value considered into operations.

Based on the provision of GASB No. 53, the Authority established a derivative liability and corresponding deferred unrealized loss on derivative instruments as of June 30 2013 of approximately $142.4 million and $10.6 million, respectively.

Between February 19 and February 25, 2014, the Authority terminated all its outstanding swap agreements for a total termination net payment of $112.9 million. The Authority entered into an agreement for a $115.4 million revolving line of credit to meet collateral posting requirement and for the termination payment of the swaps cancellation. As of June 30, 2014, there was an outstanding balance of $115.4 million in this line of credit.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**12. Derivatives (continued)**

**Terms and Fair Values**

The credit ratings of the counterparties, terms and fair value of the outstanding swaps as of June 30, 2013, are as follows:

| Counter Party | Rating (1) | Objective | Notional Amount | Effective Date | Fixed Rate | Variable Rate | Maturity Date | 2014 Fair Value | 2013 Fair Value |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow Hedges:** | | | | | | | | | |
| Morgan | A2/A/A | Hedge of changes in cash flows on the Series N bonds | $ 57,965,000 | 3/6/2007 | 4.050% - 4.060% | Consumer price index rate plus a spread of 1.12% | 7/1/2027 - 7/1/2028 | $ — | $ (2,240,507) |
| Morgan | A2/A/A | Hedge of changes in cash flows on the Series A bonds | 150,000,000 | 5/27/2008 | 4.371% | USD SIFMA swap index less a spread of .5% | 7/1/2028 | — | (28,986,262) |
| UBS | Aa3/A+/A+ | Hedge of changes in cash flows on the Series A bonds | 50,000,000 | 5/27/2008 | 4.371% | USD SIFMA swap index less a spread of .5% | 7/1/2028 | — | (9,647,893) |
| **Investment Derivative Instruments:** | | | | | | | | | |
| Citibank | A3/A/A+ | Hedge of changes in cash flows on the Series N bonds | 233,440,000 | 3/6/2007 | 4.106% | 67% of LIBOR interest rate plus a spread of .53% | 7/1/2045 | — | (61,888,570) |
| Citibank | A3/A/A+ | Hedge of changes in cash flows on the Series N bonds | 155,620,000 | 3/6/2007 | 4.107% | 67% of LIBOR interest rate plus a spread of .53% | 7/1/2041 | — | (39,654,509) |
| | | | $ 647,025,000 | | | | | $ — | $ (142,417,741) |

(1) Moody's Investors Service, Standard & Poor's and Fitch, respectively.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**12. Derivatives (continued)**

**Terms and Fair Values (continued)**

During fiscal 2014 and 2013, the derivatives hedging instruments generated a gain of approximately of $17.4 million and $65.5 million, respectively, due to the increase in the fair value upon hedge termination. These increases in value have been recorded as investment income in the accompanying statements of revenues, expenses and changes in net position.

The notional amounts of the swaps matched the principal amount of the associated debt. The swap agreements contained scheduled reductions to outstanding notional amounts that follow scheduled reductions in the associated debt.

**Fair Values**

The fair value estimates reflected on the statement of net position was based on pertinent information available to management at the statement of net position date. Relevant market interest rates as of June 30, 2013, valuation date of the swaps, were lower than market interest rate on the effective date of the swaps. Consequently, as of the valuation date, the swaps had a negative fair value. The fair values listed in the above table represent the theoretical cost of terminating the swaps. The fair values were estimated using present value models that take into consideration several factors, including volatility. The fair values were settled during fiscal year 2014.

As of June 30, 2013, the swaps had a negative fair value reported as a liability of approximately $142.4 million. The negative fair value of the swaps may be countered by reduction in future net interest payments required on the variable-rate bonds, creating higher synthetic rates. There are no swaps at June 30, 2014.

*Credit risk* – Because all of the Authority's swaps relied upon the performance of the third parties who serve as swap counterparties, the Authority was exposed to credit risk, or the risk that the swap counterparty fails to perform according to its contractual obligations. The appropriate measurement of this risk at the reporting date was the fair value of the swaps, as shown in the columns labeled fair value in the table above. When the fair value is positive the counterparty owes the Authority, which creates a credit risk for the Authority. When the fair value is negative the Authority owes the counterparty and therefore the Authority does not possess credit risk. The Authority minimized the credit risk in derivative instruments by entering into transactions with counterparties whose credit rating was acceptable under the investment policies of the Authority.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**12. Derivatives (continued)**

**Fair Values (continued)**

*Termination risk* – In keeping with market standards, the Authority or the counterparty may terminate each swap if the other party fails to perform under the terms of the contract. In addition, the swap documents allowed either party to terminate in the event of a significant loss of creditworthiness. If the swap is terminated, the variable-rate bond no longer carries a fixed interest rate. Also, if at the time of termination the swap has a negative fair value, the Authority would be liable to the counterparty for a payment equal to the swap's fair value. The Authority terminated all outstanding swap agreement between January 19 and February 25, 2014, due to ratings downgrades.

*Rollover risk* – The Authority was not exposed to rollover risk since the due date of the swaps was the same due date of the related bonds.

On November 16, 2010, the Authority amended the critical terms of the hedging swap with Morgan Stanley (with notional amount of $150.0 million) and the hedging swap with UBS (with notional amount of $50.0 million), which represents termination of hedging accounting, based on GASB No. 53. Since the fixed rate of the new swaps is higher than the current at-the-market rate for similar swaps, the swaps are considered off-market swaps. The fair value of the new swaps now represents an imputed debt since no cash was involved in the transaction. This imputed debt needs to be amortized over the life of the new swaps. As a result, the deferral amounts of $34.2 million, which equal the fair value of the old swaps at termination date, were reported as investment revenue (decrease in fair value upon hedge termination) in the Authority's statement of revenues, expenses and changes in net position for the year ended June 30, 2011. Amortization of the imputed debt for the years ended June 30, 2014 and 2013 amounted to approximately $1.3 million and $2.0 million, respectively, and was included as interest expense in the accompanying statements of revenues, expenses and changes in net position. During 2014, the unamortized portion of the imputed debt balance of $28.9 million was eliminated thru operations.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

## 13. Borrowings under Lines of Credit

At June 30, 2014 and 2013, lines of credit consist of the following:

| Description | 2014 | 2013 |
|---|---|---|
| Non-revolving line of credit of up to $131,907,924 bearing interest at the Government Development Bank (GDB) cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | $ 122,158,602 | $ 122,158,602 |
| Non-revolving line of credit of up to $151,231,757 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | 134,494,228 | 140,052,283 |
| Non-revolving line of credit of up to $78,300,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions  plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | 70,913,399 | 78,339,046 |
| Non-revolving line of credit of up to $477,624,333 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 275 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | 400,000,000 | 400,000,000 |
| Non-revolving line of credit of up to $129,265,495 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013), extended through January 31, 2016. | 111,000,0000 | 111,000,000 |
| Non-revolving line of credit of up to $43,662,948 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013), extended through January 31, 2016. | 37,900,000 | 37,900,000 |

*(continued)*

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 13. Borrowings under Lines of Credit (continued)

| Description | 2014 | 2013 |
|---|---|---|
| Non-revolving line of credit of up to $20,000,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transaction plus a margin of 125 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | **16,422,152** | 16,422,152 |
| Non-revolving line of credit of up to $3,234,391 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | **2,686,850** | 2,686,850 |
| Non-revolving line of credit of up to $67,119,594 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | **62,027,260** | 62,027,260 |
| Non-revolving line of credit of up to $115,440,890 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | **115,440,890** | 40,423,571 |
| Non-revolving line of credit of up to $206,213,757 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **206,213,757** | 206,213,757 |
| Non-revolving line of credit of up to $40,539,865 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **40,539,865** | 40,539,865 |

*(continued)*

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 13. Borrowings under Lines of Credit (continued)

| Description | 2014 | 2013 |
|---|---|---|
| Non-revolving line of credit of up to $87,174,596 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **87,174,596** | 87,174,596 |
| Non-revolving line of credit of up to $7,350,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **4,771,606** | 3,039,637 |
| Non-revolving line of credit of up to $16,252,489 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **16,252,489** | 16,252,489 |
| Non-revolving line of credit of up to $24,000,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **26,654,079** | 23,606,255 |
| Non-revolving line of credit of up originally to $21,791,245 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | **21,791,245** | 21,791,245 |
| Non-revolving line of credit of up to $428,826,447 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), was paid in full during 2014. | − | 294,159,069 |

*(continued)*

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 13. Borrowings under Lines of Credit (continued)

| Description | 2014 | 2013 |
|---|---|---|
| Non-revolving line of credit of up to $185,281,724 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | 167,048,225 | 166,745,137 |
| Non-revolving line of credit of up to $49,325,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | 49,325,000 | 49,325,000 |
| Non-revolving line of credit of up to $12,440,091 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), which expired on August 31, 2015. | 4,556,604 | 4,556,604 |
| Non-revolving line of credit of up to $94,400,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2013), was paid in full during 2014. | – | 92,086,490 |
| Non-revolving line of credit of up to $33,960,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | 9,869,606 | 4,459,781 |
| Non-revolving line of credit of up to $33,189,996 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014 and 2013, respectively), extended through January 31, 2016. | 32,612,862 | 24,170,199 |

*(continued)*

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**13. Borrowings under Lines of Credit (continued)**

| Description | 2014 | 2013 |
|---|---|---|
| Non-revolving line of credit of up to $61,830,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014), extended through January 31, 2016. | 59,048,507 | – |
| Non-revolving line of credit of up to $15,000,000 bearing interest at the GDB cost of funding for tax exempt or variable rate loan transactions plus a margin of 150 basis points (6.00% at June 30, 2014), which expired on June 30, 2015. | 15,000,000 | – |
| Total | **$1,813,901,822** | $2,045,129,887 |

The total lines of credit with the Government Development Bank of Puerto Rico as of June 30, 2014, amounted to $1.8 billion as fully described above; $590.0 million of those lines of credit are in default as of the date of this report.

**14. Retirement Plan**

The Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (the Retirement System), created pursuant to Act No. 447 of May 15, 1951, as amended, is a cost-sharing, multiple-employer, defined benefit pension plan sponsored by and reported as a component unit of the Commonwealth. The Retirement System consists of different benefit structures, including a cost-sharing, multi-employer, defined benefit program, a defined contribution program and a defined contribution hybrid program.

*(a) Defined Benefit Program*

Pursuant to Act No. 447 of May 15, 1951, as amended, all regular employees of the Authority hired before January 1, 2000 and less than 55 years of age at the date of employment became members of the Retirement System, under the Defined Benefit Program, as a condition of their employment. No benefits are payable if the participant receives a refund of their accumulated contributions.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**14. Retirement Plan (continued)**

*(a) Defined Benefit Program (continued)*

The Defined Benefit Program provides retirement, death, and disability benefits pursuant to legislation enacted by the Legislature. Retirement benefits depend upon age at retirement and the number of years of creditable service. Benefits vest after 10 years of plan participation. Disability benefits are available to members for occupational and non-occupational disabilities. However, a member must have at least 10 years of service to receive non-occupational disability benefits.'

Members who have attained 55 years of age and have completed at least 25 years of creditable service, or members who have attained 58 years of age and have completed 10 years of creditable service, are entitled to an annual benefit payable monthly for life. The amount of the annuity shall be 1.5% of the average compensation, as defined, multiplied by the number of years of creditable service up to 20 years, plus 2% of the average compensation, as defined, multiplied by the number of years of creditable service in excess of 20 years. The annuity for which the participant is eligible, is limited to a minimum of $500 per month and a maximum of 75% of the average compensation, as defined.

Participants who have completed 30 years of creditable service are entitled to receive the Merit Annuity. Participants who have not attained 55 years of age will receive 65% of the average compensation, as defined; otherwise, they will receive 75% of the average compensation, as defined.

The Commonwealth's legislation requires employees to contribute 10% of their monthly gross salary.

Act No. 1 of February 16, 1990, made certain amendments applicable to new participating employees joining the Retirement System effective April 1, 1990. These changes consist principally of an increase in the retirement date from 55 to 65, a decrease in the benefit percentage of the average compensation in the occupational disability and occupational death benefits annuities from 50% to 40%, and the elimination of the Merit Annuity for participating employees who have completed 30 years of creditable service.

On September 24, 1999, the Legislature enacted Act No. 305, which amended Act No. 447 to establish a new retirement program. In addition, on April 4, 2013, the Legislature enacted Act No. 3, which amended the provisions of the different benefit structures under the Retirement System, including the Defined Benefit Program.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**14. Retirement Plan (continued)**

*(b) System 2000 Program*

The Legislature enacted Act No. 305 on September 24, 1999, which amended Act No. 447 to create, among other things the System 2000 Program, a new benefit structure, similar to a cash balance plan (defined contribution plan). All regular employees hired for the first time on or after January 1, 2000, and former employees who participated in the Defined Benefit Program, received a refund of their contributions, and were rehired on or after January 1, 2000, and became members of the System 2000 Program as a condition to their employment. In addition, employees who at December 31, 1999 were participants of the Defined Benefit Program had the option, up to March 31, 2000, to irrevocably transfer their prior contributions to the Defined Benefit Program plus interest thereon to the System 2000 Program.

Commonwealth's legislation requires employees to contribute 10% of their monthly gross salary to the System 2000 Program. Employee contributions are credited to individual accounts established under the System 2000 Program. Participants have three options to invest their contributions to the system 2000 Program. Investment income is credited to the participant's account semiannually.

Under System 2000 Program, contributions received from participants are pooled and invested by the Retirement System, together with the assets corresponding to the Defined Benefit Program. Future benefit payments under the Defined Benefit Program and the System 2000 Program will be paid from the same pool of assets. As a different benefit structure, the System 2000 Program is not a separate plan and the Commonwealth does not guarantee benefits at retirement age.

Corresponding employers' contributions will be used by the Retirement System to reduce the unfunded status of the Defined Benefit Program.

The System 2000 Program reduced the retirement age from 65 years to 60 years for those employees who joined this plan on or after January 1, 2000.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**14. Retirement Plan (continued)**

*(b) System 2000 Program (continued)*

Upon retirement, the balance in each participant's account will be used to purchase an annuity contract, which will provide for a monthly benefit during the participant's life and 50% of such benefit to the participant's spouse in case of the participant's death. Participants with a balance of $10,000 or less at retirement will receive a lump-sum payment. In case of death, the balance in each participant's account will be paid in a lump sum to the participant's beneficiaries. Participants have the option of receiving a lump sum or purchasing an annuity contract in case of permanent disability.

On April 4, 2013, the Legislature the Legislature enacted Act No. 3 which amended the provisions of the different benefit structures under the Retirement System, including the System 2000 Program.

*(c) Defined Contribution Hybrid Program*

On April 4, 2013, the Legislature enacted Act No. 3, which amended Act No. 447, Act No. 1 and Act No. 305 to establish, among other things, a defined contribution program similar to the System 2000 Program (the Defined Contribution Hybrid Program) to be administered by the Retirement System. All regular employees hired for the first time on or after July 1, 2013, and former employees who participated in the Defined Benefit Program and the System 2000 Program, and were rehired on or after July 1, 2013, become members of the Defined Contribution Hybrid Program as a condition to their employment. In addition, employees who at June 30, 2013, were participants of previous plans will become part of the Defined Contribution Hybrid Program. Act No. 3 froze all retirement benefits accrued through June 30, 2013 under the Defined Benefit Program, and thereafter, all future benefits will accrue under the defined contribution formula used for the 2000 System Program participants.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**14. Retirement Plan (continued)**

Participants in the Defined Benefit Program who as of June 30, 2013, were entitled to retire and receive some type of pension, may retire on any later date and will receive the annuity corresponding to their retirement plan, as well as the annuity accrued under the Defined Contribution Hybrid Program. Participants who as of June 30, 2013, have not reached the age of 58 and completed 10 years of service or have not reached the age of 55 and completed 25 years of service can retire depending on the new age limits defined by the Defined Contribution Hybrid Program and will receive the annuity corresponding to their retirement plan, as well as the annuity accrued under the Defined Contribution Hybrid Program.

Participants in the System 2000 Program who as of June 30, 2013, were entitled to retire because they were 60 years of age may retire on any later date and will receive the annuity corresponding to their retirement plan, as well as the annuity accrued under the Defined Contribution Hybrid Program. Participants in the System 2000 Program who as of June 30, 2013, have not reach the age of 60 can retire depending on the new age limits defined by the Defined Contribution Hybrid Program and will receive the annuity corresponding to their retirement plan, as well as the annuity accrued under the Defined Contribution Hybrid Program.

In addition, Act No. 3 amended the provisions of the different benefit structures under the Retirement System, including, but not limited to, the following:

1.  Increased the minimum pension for current retirees from $400 to $500 per month.

2.  The retirement age for the Act No. 447 participants will be gradually increased from age 58 to age 61.

3.  The retirement age for the active System 2000 Program participants will be gradually increased from age 60 to age 65.

4.  Eliminated the "merit annuity" available to participants who joined the retirement System prior to April 1, 1990.

5.  The retirement age for new employees was increased to age 67.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**14. Retirement Plan (continued)**

6.  The employee contribution rate was increased from 8.275% to 10%.

7.  For the System 2000 Program participants, the retirement benefits will no longer be paid as a lump sum distribution, instead, they will be paid through a lifetime annuity.

8.  Eliminated or reduced various retirement benefits previously granted by special laws, including Christmas and summer bonuses. The Christmas bonus payable to current retirees was reduced from $600 to $200 and was eliminated for future retirees. The summer bonus was eliminated. Resulting employer contribution savings will be contributed to the Retirement System.

9.  Disability benefits were eliminated and substituted for a mandatory disability insurance policy.

10. Survivor benefits were modified.

Employee contributions are credited to individual accounts established under the Defined Contribution Hybrid Program. In addition, a mandatory contribution equal to or less than point twenty five percent (0.25%) is required for the purchase of disability insurance.

Upon retirement, the balance in each participant's account will be used to purchase an annuity contract, which will provide for a monthly benefit during the participant's life. In case of the pensioner's death, the designated beneficiaries will continue receiving the monthly benefit until the contributions of the participant are completely consumed. In case of the participants in active service, a death benefit will be paid in one lump sum in cash to the participant's beneficiaries. Participants with a balance of less than $10,000 or less than five years of computed services at retirement will receive a lump-sum payment. In case of permanent disability the participants have the option of receiving a lump sum or purchasing an annuity contract.

For the year ended June 30, 2014, the Authority was required to contribute 12.275% of each participant's gross salary under the different benefit structures. The Retirement System will use these contributions to increase its level of assets and to reduce the actuarial deficit. Beginning on July 1, 2013, and up until June 30, 2016, the employer's contribution rate shall be annually increased by one percent (1%). Beginning July 1, 2016, and up until June 30, 2021, the employer's contribution rate that is in effect on June 30 of every year shall be annually increased on every successive July 1st by one point twenty-five percent (1.25%).

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**14. Retirement Plan (continued)**

Total employee contributions for the defined benefit pension plan, the defined contribution plan and the defined contribution hybrid program during the year ended June 30, 2014 and 2013, amounted to approximately $5.1 million and $4.5 million, respectively. The Authority's contributions (either paid or accrued) during the year ended June 30, 2014 and 2013 amounted to approximately $8.0 million and $7.7 million, respectively. These amounts represented 100% of the required contribution for the corresponding year. Total payroll subjected to retirement contributions amounted to approximately $51.3 million and $62.8 million for the year ended June 30, 2014 and 2013, respectively. Individual information for each option is not available since the allocation is performed by the Retirement System itself.

Additional information on the Retirement System is provided on its standalone financial statements for the year ended June 30, 2014, a copy of which can be obtained from the Employees' Retirement System of the Commonwealth of Puerto Rico, P.O. Box 42004, San Juan PR 00940-2004.

**15. Other Post-Employment Benefits**

The Authority has implemented GASB Statement No. 45, *Accounting and Financial Reporting for Employers for Postemployment Benefits Other Than Pensions* (GASB 45). This Statement establishes the standards for the measurement, recognition, and display of Other Postemployment Benefits (OPEB) expense/expenditures and related liabilities (assets), note disclosures, and, if applicable, required supplementary information (RSI) in the financial reports of state and local governmental employers.

Postemployment benefits are part of an exchange of salaries and benefits for employee services rendered. Most OPEB have been funded on a pay-as-you-go basis and have been reported in financial statements when the promised benefits are paid. GASB No. 45 requires state and local government's financial reports to reflect systematic, accrual-basis measurement and recognition of OPEB cost (expense) over a period that approximates employees' years of service and provides information about actuarial accrued liabilities associated with the OPEB and whether and to what extent progress is being made in funding the plan.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**15. Other Post-Employment Benefits (continued)**

**Plan Description**

The Authority agreed to provide medical, pharmacy, dental and vision medical insurance coverage to eligible retirees, its spouses and dependents, for a period of two years after retirement as a single employer defined benefit as Other Post-Employment Benefits Plan (the Plan) and the voluntary termination benefits as per Act No. 70. Under the Act No. 70, the Authority agreed to pay the pension benefit until the member reaches a specified age and/or service amount. The Plan can be amended by action of the Authority subject to applicable collective bargaining and employment agreements. The Plan does not issue a stand-alone financial report since there are no assets legally segregated for the sole purpose of paying benefits under the Plan.

**Funding Policy**

The obligations of the Plan members' employer are established by action of the Authority pursuant to applicable collective bargaining and employment agreements. The required contribution rates of the employer and the members vary depending on the applicable agreement.

The Authority currently contributes enough money to the Plan to satisfy current obligations on a pay-as-you-go basis. The costs of administering the Plan are paid by the Authority.

**Annual OPEB Cost and Net OPEB (Asset) Obligation**

The Authority's annual OPEB cost (expense) is calculated based on the annual required contribution of the employer (ARC). The Authority has engaged an actuary to calculate the ARC and related information per the provisions of GASB No. 45 for employers in the Plan with more than one hundred total plan members. The ARC represents a level of funding that, if paid on an ongoing basis, is projected to cover normal cost each year and to amortize any unfunded actuarial liabilities (or funding excess) over a period not to exceed thirty years.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**15. Other Post-Employment Benefits (continued)**

**Annual OPEB Cost and Net OPEB Obligation (continued)**

The following table shows the components of the Authority's annual OPEB cost for the years ended June 30, 2014 and 2013, the amount actually contributed to the plan, and the Authority's net OPEB (asset) obligation to the Plan at June 30:

|  | 2014 | 2013 |
|---|---|---|
| Annual required contribution (ARC) | $ 4,610,120 | $ 4,650,460 |
| Adjustment to annual required contribution | 138,433 | 88,576 |
| Annual OPEB cost (AOC) | 4,748,553 | 4,739,036 |
| Contribution made | 5,009,400 | 5,336,900 |
| Decrease in net OPEB obligation | (260,847) | (597,864) |
| Net OPEB asset at beginning of year | (2,050,108) | (1,452,244) |
| Net OPEB asset at end of year | $ (2,310,955) | $ (2,050,108) |

The OPEB asset is recorded in the Prepaid Expenses and Other Assets accounts in the accompanying financial statements. The Authority's annual OPEB cost, percentage of annual OPEB cost contribution to the plan, and net OPEB (asset) obligation for the year ended June 30, 2014, were as follows:

| Ended | OPEB Cost | OPEB Cost Contributed | (Asset)/ Obligation |
|---|---|---|---|
| 2014 | $ 4,749,000 | 105.5% | $ (2,311,000) |
| 2013 | 4,739,000 | 112.6% | (2,050,000) |
| 2012 | 4,496,000 | 138.0% | (1,452,000) |
| 2011 | 4,432,000 | 95.7% | 254 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**15. Other Post-Employment Benefits (continued)**

**Annual OPEB Cost and Net OPEB Obligation (continued)**

As of June 30, 2014 and 2013, the actuarial accrued liability for benefits was $45,107,000 and $48,781,000, respectively, all of which were unfunded. The covered payroll (annual payroll of active employees covered by the plan) were approximately $66,413,892 and $94,172,000 during the years ended June 30, 2014 and 2013, respectively, and the ratio of the unfunded actuarial accrued liability to the covered payroll were approximately 51.8% as of June 30, 2014 and 2013.

The projection of future benefit payments for an ongoing plan involves estimates of the value of reported amounts and assumptions about the probability of occurrence of events far into the future. Examples include assumptions about future employment, mortality, and the healthcare cost trend. Amounts determined regarding the funded status of the plan and the annual required contributions of the employer are subject to continual revision as actual results are compared with past expectations and new estimates are made about the future.

**Methods and Assumptions**

Projections of benefits for financial reporting purposes are based on the substantive plan (the plan as understood by the employer and plan members) and include the types of benefits provided at the time of each valuation and the historical pattern of sharing of benefit costs between the employer and plan members to the point. The methods and assumptions used include techniques that are designed to reduce the effects of short-term volatility in actuarial accrued liabilities and the actuarial value of assets, consistent with the long-term perspective of the calculations. The valuation date was July 1, 2012 and the *Projected Unit Credit Cost Method* was used. The actuarial assumptions were based on a set of assumptions modified to the Authority.

Turnover rates were taken from a standard actuary table, T-5. This table was chosen so as to match the Authority's historical turnover experience. Retirement rates were also based on recent Authority's experience, but are less reliable due to the size of the current retiree group and the relative newness of the program.

A discount rate of 4% was used. This rate is the best actuarial estimate of expected long-term experience and is in accordance with guidelines for selection of these rates under GASB 45. The healthcare trend rates are based on the actuarial knowledge of the general healthcare environment and the specific coverage offered by the Authority.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 16. Voluntary Termination Benefits

On July 2, 2010, the Commonwealth enacted Act No. 70 to establish a program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined, including employees of the Authority. Act No. 70 established that early retirement benefits will be provided to eligible employees that have completed between 15 years to 29 years of credited service in the Retirement System and will consist of biweekly benefits ranging from 37.5% to 50% of each employee' salary, as defined. In this early retirement benefit program, the Authority will make the employee and the employer contributions to the Retirement System and pay the corresponding pension obligation until the employee complies with the requirements of age and 30 years of credited service in the Retirement System. Economic incentives are available to eligible employees who have less than 15 years of credited service in the Retirement System or who have at least 30 years of credited service in the Retirement System and the age for retirement or who have the age for retirement.

Economic incentives will consist of a lump-sum payment ranging from one-month to six-month salary based on employment years. For eligible employees that choose the economic incentives and have at least 30 years of credited service in the Retirement System and the age for retirement or have the age for retirement, the Authority will make the employee and the employer contributions to the Retirement System for a five-year period.

Additionally, eligible employees that choose to participate in the early retirement benefit program or that choose the economic incentive and have less than 15 years of credited service in the Retirement System are eligible to receive health plan coverage for up to 12 months in a health plan selected by management of the Authority.

The financial impact resulting for the benefits granted to participants on this program was the recognition within the Authority's financial statements of a liability of $80.5 million and $88.2 million in the statements of net position as of June 30, 2014 and 2013, and a charge of $1.0 million and $14.3 million in the statements of revenues, expenses and changes in net position for the years ended June 30, 2014 and 2013, respectively. At June 30, 2014 and 2013, unpaid long-term benefits granted on this program were discounted between 2.84% and 2.9%, respectively, for early retirement benefits that will be provided to eligible employees that have completed between 15 years to 29 years of credited service in the Retirement System and between 1.04% and 1.66% and .80% and 1.52%, respectively, for employee and the employer contributions to the Retirement System to eligible employees that have 30 years of credited service in the Retirement System and the age for retirement or have the age for retirement.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**17. Related Party Transactions**

Operating administrative and general expenses during the fiscal years ended June 30, 2014 and 2013, included approximately $11.8 million and $15.2 million, respectively, of charges from Puerto Rico Electric Power Authority (PREPA), a component unit of the Commonwealth.

As of June 30, 2014 and 2013, the Authority had approximately $46.8 million and $42.5 million, respectively, of receivables from the Commonwealth and its component units, which were reported in accounts receivable in the accompanying statements of net position.

Over the years, GDB, as fiscal agent and bank of the Commonwealth, had extended lines of credit to the Authority in order to finance capital improvement projects and operational deficits. As of June 30, 2014 and 2013, the Authority had an outstanding balance of approximately $1,813.9 million and $2,045.1 million, respectively, under these lines of credit. Related to these lines of credit, the Authority had interest payable accumulative to $186.6 million and $144.9 million at June 30, 2014 and 2013, respectively.

Bonds payable include $200.0 million variable rate bonds, purchased by GDB from a third-party on May 19, 2014.

As of June 30, 2014 and 2013, the Authority has amounts due to other governmental entities for operating leases and other agreements of approximately $47.9 million and $38.8 million, respectively.

**18. Commitments and Contingent Liabilities**

**Construction**

As of June 30, 2014 and 2013, the Authority had commitments of approximately $163.3 million and $199.5 million, respectively, related to construction contracts.

**Employee Related**

On June 24, 2014, the Puerto Rico Public Corporation Debt Enforcement and Recovery Act was approved by the Commonwealth of Puerto Rico in order to establish a debt enforcement, recovery, and restructuring regime for the public corporations and other instrumentalities of the Commonwealth of Puerto Rico during an economic emergency during three years. Resulting from the approval and implementation of this Act, the vacation and sick leave policy was modified in which the employees will earn a vacation benefit at a rate of 15 days and an accumulate sick leave benefit at a rate of 12 days per year.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**18. Commitments and Contingent Liabilities (continued)**

**Leases**

The Authority has various non-cancelable operating leases for office space with the Puerto Rico Public Buildings Authority and Puerto Rico Port Authority, which are related parties, and other lessors. These leases have an initial term of three years or more, the latest of which expires in June 2090, and can be renewed at end of lease term for an additional year. The rental expense net of capitalization for the years ended June 30, 2014 and 2013, was approximately $214.8 thousand and $1.4 million, respectively. Future rental payments as of June 30, 2014 under these leases are as follows:

| Year ending June 30, | |
|---|---:|
| 2015 | $ 2,117,520 |
| 2016 | 2,042,742 |
| 2017 | 1,818,408 |
| 2018 | 1,818,408 |
| 2019 | 1,818,408 |
| 2020-2024 | 5,615,616 |
| Thereafter | 1,445,196 |
| | $ 16,676,298 |

**Litigation**

The Authority is defendant or co-defendant in various lawsuits for alleged damages in cases principally related to construction projects. These are generally either fully or partially covered by insurance. The contractors are required, under the terms of the construction agreements, to carry adequate public liability insurance and to hold harmless the Authority from lawsuits brought on account of damages relating to the construction of the projects.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**18. Commitments and Contingent Liabilities (continued)**

**Litigation (continued)**

As of June 30, 2014 and 2013, the Authority, based on legal advice, has recorded a liability of approximately $216.1 million and $139.7 million, respectively, for probable losses on those claims not fully covered by insurance. Outstanding legal liability is composed of $91.6 million of cases related to construction projects and $124.5 million related to expropriation and related costs. In the opinion of legal counsel, any liability in excess of the recorded liability that may arise from such claims would not be significant to the Authority's financial position or results of operations.

**Special Facility Revenue Bonds**

On December 20, 1992, the Authority and Autopistas de Puerto Rico y Compañía S.E. (Autopistas) entered into a service concession agreement (the Concession Agreement), amended in 1992, and again in 2004, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge, which traverses the San José Lagoon between the municipalities of San Juan and Carolina. Autopistas designed and constructed the Bridge and commenced operating the Bridge on February 23, 1994. The initial term of this agreement is 35 years, expiring on April 3, 2027. On September 9, 2009, the agreement was amended to extend its term to 50 years (2044).

In March 1992, the Authority issued Special Facility Revenue Bonds, 1992 Series A, B and C amounting to approximately $117.0 million for the purpose of facilitating the construction of the Bridge. The proceeds from the sale of the bonds were transferred by the Authority to Autopistas, the borrower, pursuant to a loan agreement (the Loan Agreement) by and between Autopistas and the Authority.

On October 30, 2003, the Authority issued Special Facility Revenue Refunding Bonds, 2004 Series A amounting to approximately $153.0 million for the purpose of refunding the Authority's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the Bridge, and to pay the cost of issuance of the bonds. The proceeds from the sale of the bonds were transferred by the Authority to Autopistas, pursuant to a new loan agreement by and between Autopistas and the Authority.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 18. Commitments and Contingent Liabilities (continued)

**Special Facility Revenue Bonds (continued)**

Under certain circumstances, including if minimum toll revenues are not achieved, the Concession Agreement may be terminated and the Authority is then obligated to assume all of Autopistas' obligations to pay principal of, and interest on, the bonds outstanding, which pursuant to the Loan Agreement will be paid from the net revenues of the use and operation of the Bridge. Although Autopistas currently has the ability to terminate the agreement and has the Authority to assume the obligations, the Authority has not received such notice and does not currently expect the Concession Agreement to terminate. The outstanding bonds (including accrued interest), which are not reflected in the Authority's statement of net position, at June 30, 2014 or 2013, amounted to approximately $155.1 million and $157.0 million, for each year, respectively.

**Federal Assistance Programs**

The Authority participates in a number of federal financial assistance programs. These programs are subject to audits in accordance with the provisions of OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*, or to compliance audits by grantor agencies. On March 31, 2014, the Federal Highway Transportation approved $756.4 million in toll credits that may be applied toward the non-Federal matching share of transit projects. These toll credits will remain available until used.

### 19. Operation and Maintenance of Urban Train System

The Authority entered into a System and Test Track Turnkey Contract (STTT Contract) with Siemens Transportation Partnership Puerto Rico, S.E., Juan R. Requena y Asociados, and Alternate Concepts, Inc. (all together known as "Siemens") for the purpose of operating and maintaining the Tren Urbano. During 2005, the STTT Contract became effective upon the execution of the contract for an initial term of five years with an option by the Authority to extend the term for an additional five years. The compensation is based on a schedule included in the master agreement which approximates $4.0 million on a monthly basis. The total annual operation and maintenance cost, including cost of insurance and electricity, for fiscal year 2014 and 2013, was approximately $91.2 million and $75.1 million, respectively.

Costs incurred in connection with the integrated transportation system financed in part by the Authority during the years ended June 30, 2014 and 2013, amounted to approximately $9.2 million and $11.1 million, respectively.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

### 19. Operation and Maintenance of Urban Train System (continued)

As authorized by Resolution 2007-40, the Authority contracted the Metropolitan Bus Authority (AMA), a public corporation of the Commonwealth of Puerto Rico, to operate the service known as Metrobus II which consists of a feeder bus service of 21 AMA routes that were changed to service the Urban Train stations. This feeder bus service is considered a key strategy for increasing rail ridership.

Metrobus I service consists of two express routes, Metrobus Route I and Metrobus Expreso, which provides service between the University of Puerto Rico and Old San Juan. The Authority contracted First Transit to operate this service. The service is provided seven days a week using 24 buses owned by First Transit. The existing service agreement with First Transit expired on June 30, 2015.

### 20. Other Operational Income

Other income for the years ended June 30, 2014 and 2013, consisted of:

|  | 2014 | 2013 |
|---|---|---|
| Impact fee | $ 2,697,375 | $ 2,277,449 |
| Electronic toll label sales and fines fees | 29,401,815 | 18,764,664 |
| Bridge Fee | 1,534,112 | 668,837 |
| Metrobus fare fees | 588,464 | 880,755 |
| Bad debt recovery, rent and others | (1,262,559) | (15,795,155) |
| Total | $ 32,959,207 | $ 6,796,550 |

### 21. Fiscal Condition and Liquidity

The Authority has experienced significant recurring losses from operations and faces a number of business challenges that have been exacerbated by the Commonwealth's economic recession and the fact that the Authority has not increased tolls to its customers at sufficient levels to offset the effects of its rising costs. Its principal challenges, some of which are interrelated, are: (i) reduction of operating costs; (ii) increase in the use of federal grants; and (iii) improving its liquidity. The Authority is committed to take all necessary measures to ensure it achieves a healthy financial condition.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**21. Fiscal Condition and Liquidity (continued)**

On January 15, 2015, the Act No.1, as amended, was created by the Commonwealth of Puerto
Rico to increase the petroleum tax revenues from $9.25 to $15.50 per petroleum barrel, starting on
March 15, 2015. The new tax rate of the petroleum products tax will be distributed as follows:
$6.00 per barrel to the Authority; and $9.50 per barrel to the Puerto Rico Infrastructure Finance
Authority (PRIFA). The Authority has alternative plans to repay the outstanding debt balance, by
its due date if the bond issuance is not closed.  The Authority's alternative plans are the following:

- During the fiscal years 2014 and 2015, the Authority received a new source of revenues
  of $135.0 million and $145.0 million, respectively from the new tax rate of $6.00 per
  barrel as authorized by the Act No.1, as amended, created by the Commonwealth of
  Puerto Rico on January 15, 2015.

- As authorized by the Act No. 31, approved on June 25th 2013, the Authority will receive
  an annual transfer of $20 million from the excise tax on the consumption of cigarettes.
  The cigarette tax actual amount transferred to the Authority in fiscal years 2014 and
  2015 amounted to $20 million.

- On June 25, 2013, the Act No. 30 established the transfer of motor vehicle fees to the
  Authority that was previously deposited in the General Fund of the Commonwealth
  Government.  In fiscal years 2014 and 2015, the transfer of those motor vehicle fees to
  the Authority amounted to $58.25 million and $57.0 million, respectively.

- On March 31, 2014, the Federal Highway Transportation approved $756.4 million in
  toll credits that may be applied toward the non-Federal matching share of transit
  projects. These toll credits will remain available until used.

- On August 3, 2014, the Governor of the Commonwealth of Puerto Rico signed the Law
  No. 123-2014 to create the Integrated Transportation Authority of Puerto Rico (ATI)
  to establish their purposes, duties, powers and authorities and to authorize the Authority
  to transfer the Urban Train System during fiscal year 2016. According to this Act, ATI
  will be in charge of the Metropolitan Bus Authority and the Authority of Maritime
  Transportation. The train operating and maintenance expense net of revenues will be
  reduced by approximately $58 million annually after the transfer of the Urban Train
  System.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**21. Fiscal Condition and Liquidity (continued)**

- On July 1, 2015, the electronic toll system is administered by a new operator with a new contract for five years ending on July 1, 2019. This agreement decreased the toll operation expense by $10.0 million per year.

- Certain taxes and revenues as discussed above have been previously assigned by law to the Authority. However, the Commonwealth recently announced both its ability and intention to utilize such taxes and other revenues to maintain sufficient liquidity in order to allow it to continue to meet its obligations as well as provide other essential central government services. Such action, if taken, could have a significant negative impact on the liquidity of the Authority.

The Authority does not currently have sufficient funds available to fully repay its various obligations as they come due or that are currently in default, and is working on extending the due date of the obligations or obtaining new financing to provide relief and/or funds to repay the existing amounts of principal and interest or bring the outstanding balances current at the various due dates as well as to continue operate and to finance capital improvement projects. Additionally, significant support and funding for obligations of the Authority has previously been provided by the Commonwealth and sources from other entities that are part of the Commonwealth, such as the GDB or other. The Commonwealth and such entities are experiencing significant financial difficulties and may be unable to continue to extend, refinance or otherwise provide the necessary liquidity to the Authority as and when needed. As such, current defaults may not be cured and future defaults on the Authority's obligations may not be avoided. Management has plans to address its liquidity situation and continue its services and believes it will be able to repay or refinance its obligations and also continue to operate as a separate governmental entity. However, there can be no assurance that the Commonwealth will continue to provide adequate support or continue to allow the Authority to operate as a separate entity or that the affiliated or unaffiliated lenders will be able and willing to refinance or modify the terms of the Authority's obligations. As such, there can be no assurance that management's current plans to repay or refinance the obligations or extend their terms will be achieved or that services will not have to be terminated, curtailed or modified.

In February and October 2015, the Commonwealth of Puerto Rico filed Bill H.R. 870 and Bill H.S. 1774, respectively, to amend the Bankruptcy Code to include the Commonwealth's instrumentalities, as eligible municipalities, under Chapter 9.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**21. Fiscal Condition and Liquidity (continued)**

To the extent, the Commonwealth or any of its public corporations is allowed to and seeks relief under Chapter 9 of the United States Bankruptcy Code or any similar law, creditor rights and remedies may be adversely affected. Moreover, the Commonwealth or such public corporation, as applicable, may not be required to honor its outstanding obligations in full to the extent certain creditors agree to the plan presented by the Commonwealth or such public corporation.

**22. Adoption of Accounting Principle**

On July 1, 2012, GASB No. 65, *Items Previously Reported as Assets and Liabilities* became effective, which requires recording the non-insurance portion of deferred debt issuance costs previously presented as "Other Assets" in the Authority's statements of net position, as operating expenses, and proper classification of certain items previously reported as assets of liabilities as "deferred outflows of resources" and "deferred inflows of resources". As a result of the implementation of GASB No. 65, starting with the 2014 fiscal year, all debt issuance costs will be presented as expense during the year they are incurred.

We have restated the opening June 30, 2013 net position, appearing herein, from amounts previously reported to present retroactive application of change in accounting principle. The table below summarizes the effect of restatement on previously reported net position as of July 1, 2012 and June 30, 2013:

|  |  | 2013 |  | 2012 and prior |
|---|---|---|---|---|
| Unamortized debt issue costs, *as reported* | $ | 77,706,577 | $ | 83,882,693 |
| Restatement, June 30, 2012 |  | (83,882,693) |  | (83,882,693) |
| Restatement, June 30, 2013 |  | 6,176,116 |  | – |
| Total restatement |  | (77,706,577) |  | (83,882,693) |
| Unamortized debt issue costs, *as restated* |  | – |  | – |
| GASB 65 restatement |  | (77,706,577) |  | (83,882,693) |
| Net position, *as previously reported* |  | 3,245,394,886 |  | 3,385,849,174 |
| Net position, *as restated* | $ | 3,167,688,309 | $ | 3,301,966,481 |

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**22. Adoption of Accounting Principle (continued)**

|  | 2013 Balance as Previously Reported | | GASB 65 Adjustments | | 2013 Balance as Restated |
|---|---|---|---|---|---|
| **Other assets** | | | | | |
| Revenue bonds issuance costs | $ | 77,706,577 | $ | (77,706,577) | $ | — |
| **Deferred outflows of resources** | | | | | |
| Deferred loss on advance refunding | $ | — | $ | 146,904,179 | $ | 146,904,179 |
| **Non current liabilities** | | | | | |
| Bonds payable | $ | 4,630,951,844 | $ | 146,904,179 | $ | 4,777,856,023 |
| **Depreciation and amortization** | | | | | |
| Debt issue costs amortization | $ | 6,176,116 | $ | (6,176,116) | $ | — |
| **Change in net position** | | | | | |
| Net position , beginning of year | $ | 3,385,849,174 | $ | (83,882,693) | $ | 3,301,966,481 |
| Net position, end of year | $ | 3,245,394,886 | $ | (77,706,577) | $ | 3,167,688,309 |

**23. Subsequent Events**

On August 3, 2014, the Governor of the Commonwealth of Puerto Rico signed the Law No. 123-2014 to create the Integrated Transportation Authority of Puerto Rico (ATI) to establish their purposes, duties, powers and authorities and to authorize the Authority to transfer the Urban Train System during the fiscal year 2016. According to this Act, ATI will be in charge of the Metropolitan Bus Authority and the Authority of Maritime Transportation.

The lines of credit described in Note 13, expiring on January 1, 2015, were extended for one year as approved by GDB's Board of Directors.

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

Notes to Financial Statements (continued)

June 30, 2014 and 2013

**23. Subsequent Events (continued)**

The lines of credit described in Note 13, expiring on August 31, 2015 (after extension), are in default as of the date of this report.

On January 15, 2015, the Act No.1, as amended, was created by the Commonwealth of Puerto Rico to increase the petroleum tax revenues from $9.25 to $15.50 per petroleum barrel, starting on March 15, 2015. The new tax rate of the petroleum products tax was distributed as follows: $6.00 per barrel to the Authority; and $9.50 per barrel to the Puerto Rico Infrastructure Finance Authority (PRIFA). The $9.25 per barrel received by PRIFA will be used to provide funds for the debt service of the proceeds of a new bond issuance by PRIFA which will be used to pay the twenty four lines of credit with GDB, the $200 million Variable Rate Bonds and the Bonds Anticipation Notes. (See Note 17.)

On March 16, 2015, the Authority and the PRIFA signed a trust agreement to create a Dedicated Tax Fund Revenue Bond Anticipation Notes (PRIFA BANs) for the purpose of repaying the Bonds Anticipation Notes outstanding balance of $227.6 million and the associated fees of issuance relating to the PRIFA BANs. These notes will be secured either by payments made by the Authority and or by certain petroleum and vehicle licenses revenues.

On June 5, 2015, the Authority extended the contract for the operation and maintenance of the Urban Train for one (1) additional year ending on June 6, 2016.

Effective July 1, 2015, the electronic toll system will be administered by a new operator with a new contract for five years ending on July 1, 2019.

On December 1, 2015, the Commonwealth announced that it will have to claw back revenues pledged to certain public corporations and agencies, including the Authority.

# Required Supplementary Information

1507-1576959

# Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

## Schedule of Funding Progress for Retiree Health Plan

Year Ended June 30, 2014
*(In thousands)*

| Actuarial Valuation Date | Actuarial Value of Assets (a) | Accrued Liability (b) | Unfunded Accrued Liability (UAL) (b)-(a) | Funded Ratio (a)/(b) | Covered Payroll (c) | UAL Percentage of Covered Payroll [(b)-(a)]/(c) |
|---|---|---|---|---|---|---|
| July 1, 2012 | $    — | $  48,781 | $  48,781 | 0.0% | $  94,172 | 51.8% |
| July 1, 2010 | — | 49,487 | 49,487 | 0.0% | 84,158 | 58.8% |
| July 1, 2009 | — | 7,185 | 7,185 | 0.0% | 91,396 | 7.9% |

1507-1576959

89

Other Information (Unaudited)

1507-1576959

Puerto Rico Highways and Transportation Authority
(A Component Unit of the Commonwealth of Puerto Rico)

## Schedule of Revenues and Expenses by Segment (Unaudited)

Year Ended June 30, 2014

| | Toll | ATI | Non-Toll | Total |
|---|---|---|---|---|
| Operating revenues: | | | | |
| Toll fares | $ 129,120 | $ – | $ – | $ 129,120 |
| Train fares | – | 8,020 | – | 8,020 |
| Other revenues | 32,281 | 779 | (101) | 32,959 |
| Concession agreement | 43,628 | – | – | 43,628 |
| Total operating revenues | 205,029 | 8,799 | (101) | 213,727 |
| | | | | |
| Operating expenses: | | | | |
| Salaries and related benefits | 9,671 | 1,267 | 12,551 | 23,489 |
| Toll highways administration and maintenance | 51,114 | – | – | 51,114 |
| Train operating and maintenance costs | – | 57,348 | – | 57,348 |
| Integrated transportation system | – | 12,728 | – | 12,728 |
| Repairs and maintenance in projects | 16,116 | 29,587 | 139,015 | 184,718 |
| Utilities | 4,146 | 7,803 | – | 11,949 |
| Other | 6,224 | 5,143 | 38,771 | 50,138 |
| Total operating expenses | 87,271 | 113,876 | 190,337 | 391,484 |
| Operating income (loss) before depreciation and amortization | 117,758 | (105,077) | (190,438) | (177,757) |
| | | | | |
| Depreciation and amortization | 61,382 | 48,388 | 338,251 | 448,021 |
| Operating income (loss) | 56,376 | (153,465) | (528,689) | (625,778) |
| | | | | |
| Non-operating revenues (expenses): | | | | |
| Gasoline, diesel, oil and petroleum tax revenues | – | – | 420,725 | 420,725 |
| Cigarette tax | – | – | 20,000 | 20,000 |
| Vehicle license fee | – | – | 90,903 | 90,903 |
| Other revenues | – | – | 249 | 249 |
| Interest on bonds and lines of credit | (93,983) | (108,442) | (159,048) | (361,473) |
| Investment income: | | | | |
| Interest income | 2,747 | 5,792 | 10,768 | 19,307 |
| Decrease in fair value upon hedge termination | 4,537 | 5,235 | 7,679 | 17,451 |
| Total non-operating (expenses) revenues, net | (86,699) | (97,415) | 391,276 | 207,162 |
| Loss before capital grants | (30,323) | (250,880) | (137,413) | (418,616) |
| | | | | |
| Capital grants | 46,411 | 51,570 | 130,417 | 228,398 |
| Change in net assets | $ 16,088 | $ (199,310) | $ (6,996) | $ (190,218) |



Ernst & Young LLP
Plaza 273, 10th Floor
273 Ponce de León Avenue
San Juan, PR 00917-1951

Tel: +1 787 759 8212
Fax: +1 787 753 0808
ey.com

Building a better
working world

## Report of Independent Auditors on Internal Control Over Financial Reporting and on Compliance and Other Matters Based on an Audit of Financial Statements Performed in Accordance with *Government Auditing Standards*

The Board of Directors
Puerto Rico Highways and Transportation Authority

We have audited, in accordance with auditing standards generally accepted in the United States and the standards applicable to financial audits contained in *Government Auditing Standards* issued by the Comptroller General of the United States, the financial statements of Puerto Rico Highways and Transportation Authority (the Authority), which comprise the statement of financial position as of June 30, 2014, and the related statements of activities, and cash flows for the year then ended, and the related notes to the financial statements, and have issued our report thereon dated December 18, 2015.

### Internal Control Over Financial Reporting

In planning and performing our audit of the financial statements, we considered the Authority's internal control over financial reporting (internal control) to determine the audit procedures that are appropriate in the circumstances for the purpose of expressing our opinion on the financial statements, but not for the purpose of expressing an opinion on the effectiveness of the Authority's internal control. Accordingly, we do not express an opinion on the effectiveness of the Authority's internal control.

Our consideration of internal control was for the limited purpose described in the preceding paragraph and was not designed to identify all deficiencies in internal control that might be material weaknesses or significant deficiencies and therefore, material weaknesses or significant deficiencies may exist that were not identified. However, as described we identified certain deficiencies in internal control that we consider to be material weaknesses.

A *deficiency in internal control* exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct misstatements on a timely basis. A *material weakness* is a deficiency, or a combination of deficiencies, in internal control such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected on a timely basis. We consider the deficiencies described below to be material weaknesses.

A member firm of Ernst & Young Global Limited



**EY**
Building a better
working world

### Finding Number: 2014-001

*Criteria*
The Authority manually processes a significant volume of transactions related to their construction in progress operation. Due to the nature and magnitude of this control deficiency, such control deficiency is considered to be a material weakness.

*Condition*
We selected a sample of projects classified as construction in progress (CIP) at June 30, 2014, and assessed if the project was accurately classified as such based on the supporting evidence provided by project engineers. In addition, we examined details of transactions for a sample of CIP projects. Based on the results of our procedures, management analyzed all open projects and as a result recorded an impairment of $72 million for projects that were deemed to be impaired given significant stoppage of time and lack of funding. Further, management reclassified $113 million of projects from construction in progress to capital assets. The effect on depreciation of capitalized projects amounted to $5.2 million. These overstatements of capital assets were offset by $68.7 million understatement of capital assets related to expropriations and right of way.

In addition, as result of our search for unrecorded liabilities we identified unrecorded construction expenditures for approximately $1.4 million, which were paid during fiscal year 2015 but incurred during fiscal year 2014.

*Effect*
A material misstatement in the financial statements of the Authority may not be detected and information used by management to make decisions may be inaccurate.

*Cause*
The lack of internal controls regarding the reconciliation of records between the accounting and construction divisions impairs the Authority's ability to properly identify and transfer projects from CIP to other capital assets on a timely manner and to identify projects that do not meet the Authority's capitalization policy and/or are determined to be expenses and should be charged to expense.

*Recommendation*
We recommend that the Authority integrate its construction and financial information systems to automate the processes of: maintaining updated status of projects during construction and the monthly reconciliation of the subsidiary with the general ledger. Also, we recommend that the Authority revise its policies and procedures regarding the monitoring of construction projects and requirements to put in service capital projects. Communication among the departments, including project engineers, should be improved. The Authority should establish a quarterly process in which Management performs a thorough review of its capital assets accounts including CIP projects (active and inactive) and related expenses. Evidence of this review should be documented.

A member firm of Ernst & Young Global Limited



**Building a better working world**

*Management's Response and Planned Corrective Actions*
Effective on July 1, 2014, the Authority has an updated subsidiary ledger for CIP which is reviewed as part of the monthly accounting closing. A roll forward of capital assets is also updated as part of this monthly review including property and equipment. At year end, projects with minimum or no movement during the year are analyzed in coordination with the Programming Office and Projects Control Office. Based on a report submitted by the Programming Office and Projects Control Office, it is determined if a project should be classified as Impairment or maintained as CIP and is recorded accordingly in the subsidiary and general ledgers. On a monthly basis, the Costs Section in the Accounting Department determines when a project will be capitalized based on a report submitted by the Projects Control Office. This report indicates when projects are completed and ready to use.

The Authority is in the process of implementing budget controls for projects with the use of a Projects Module integrated to the Oracle financial system which will monitor budget controls for each project and construction offices.

**Finding Number: 2014-002**

*Criteria*
The Authority's financial statement closing process was not performed in a timely manner. Due to the nature and magnitude of this control deficiency, such control deficiency is considered to be a material weakness.

*Condition*
As result of our audit, a total of nineteen (19) audit adjustments were identified. These misstatements include four (4) reclassifications and fifteen (15) misstatements. These misstatements resulted in a change of net position of $84.3 million, of which $72 million are related to capital assets as explained in Finding 2014-001. Audit adjustments to reconcile differences, correct amounts incorrectly recorded, and to correct actual year-end balances of assets and liabilities were required to present fairly stated financial statements in accordance with US GAAP.

As result of our audit procedures, we noted that there is lack of internal controls over the financial statement closing process.



**EY**
Building a better
working world

*Effect*

A material misstatement in the financial statements of the Authority may not be detected and information used by management to make decisions might be inaccurate.

*Cause*

The Authority's year-end financial reporting closing process was not performed in a timely manner. Information initially gathered during phases of the closing process is often incomplete, resulting in several revisions to the Authority's internal assessment and financial statements. This contributes to significant time delays in the completion of accurate financial reporting and additional time spent to complete the audit. The lack of a well-designed closing process results in inefficient use of finance group resources and results in management not receiving timely and fairly stated financial information for decision-making.

*Recommendation*

Management must reassess its monthly financial statement closing procedures to ensure that significant accounts are reconciled on a timely basis and analyzed in order to detect and correct material misstatements. The Authority should develop formal closing instructions and deadlines based upon the revised procedures and distribute them to individuals responsible for specific closing procedures.

*Management's Response and Planned Corrective Actions*

Management has implemented a monthly work plan which assigns the accounting cycle among the accounting staff in order to minimize post-closing and audit adjustments at year-end. Measures have been taken to minimize the adjusting entries at the end of the fiscal year.

The Authority has a formal procedure for accounting closings (Procedure #09-09-38). At year end, projects with minimum or no movement during the year are analyzed in coordination with the Programming Office and Projects Control Office. Based on a report submitted by the Programming Office and Projects Control Office, it is determined if a project should be classified as Impairment or maintained as CIP and is recorded accordingly in the subsidiary and general ledgers. The Fiscal Oversight Agreement (FOA) and the Government Development Bank (GDB) require the closing and issuance of monthly financial statements. This financial package is analyzed by expert personnel at GDB. If questions or doubts arise, these are discussed and required adjustments are recorded, if any.



**Building a better
working world**

**Finding Number: 2014-003**

*Criteria*
The Authority has control deficiencies in its internal controls over monitoring of tolls revenues. Due to the nature and magnitude of this control deficiency, such control deficiency is considered to be a material weakness.

*Condition*
During our documentation of controls over "Auto Expreso" operations, we noted that there is a lack of effective monitoring controls over transactions processed by the service organization that manages the collection and reporting of such revenue. We were not able to ascertain that the information received from the service organization is validated by the Authority.

*Effect*
A material misstatement of the financial statements of the Authority may not be detected and information used by management to make decisions maybe inaccurate.

*Cause*
Lack of effective internal controls over the monitoring and validation of toll revenue information received from the service organization.

*Recommendation*
The Authority should make arrangements with the service organizations to obtain reports with appropriate scope and coverage to evaluate the internal controls implemented within their environment.

*Management's Response and Planned Corrective Actions*
The Authority has a contract agreement with Transcore, a company which manages all transactions related to toll revenues. Transcore has over eighty (80) years' worldwide experience offering services on wireless toll payment systems. Also, the Authority gathers all the information provided for the toll revenues operations. Since the implementation of the electronic toll, capturing of toll revenues has increased and fines have been issued and collected.

A member firm of Ernst & Young Global Limited



**EY**
Building a better
working world

**Finding Number: 2014-004**

*Criteria*
The Authority did not accrue federal expenditures and compiled the Schedule of Federal Expenditures Awards (SEFA) in a timely manner. Due to the nature and magnitude of this control deficiency, such control deficiency is considered to be a material weakness.

*Condition*
During our audit procedures, we noted that the Authority had not properly accrued $1.4 million of Highway Planning and Construction Expenses (CFDA No. 20.205).

*Effects*
The lack of appropriate procedures to ensure a complete compilation of the SEFA and matching of revenues and expenses may cause material omissions of certain grant expenditures and also may cause delays in the audit process. The effect of recording the receivable and recording the capital grant revenue resulted in a net increase of $1.4 million in changes in net position.

*Cause*
There are ineffective internal controls to ensure that the SEFA is accurately and timely prepared and transactions related to Federal grants are timely recorded.

*Recommendation*
We recommend that the Authority establishes policies and procedures to ensure that an accurate compilation of the SEFA is performed on a timely basis. This schedule should include all Federal awards expended during the period and all related revenue transactions.

*Management's Response and Planned Corrective Actions*
Federal Expenditures Revision will be incorporated as part of the Accounting Cycle's  Monthly Work Plan to ensure that they are recorded and reported in the period incurred.

**Finding Number: 2014-005**

*Criteria*
The Authority's lack of control over the accounts payable reconciliation process led to material adjustments in the financial statements. Due to the nature and magnitude of this control deficiency, such control deficiency is considered to be a material weakness.

*Condition*
Lack of controls over contractor's withholdings reconciliations has prevented the Authority from establishing an accounts payable sub-ledger.

A member firm of Ernst & Young Global Limited



EY
Building a better
working world

*Effects*
This resulted in significant adjustments during the audit on the Authority's financial statements. We detected a $6.2 million net understatement of accounts payable as June 30, 2014.

*Cause*
The Authority does not have controls or procedures in place to reconcile all accounts payable and accrued liabilities. Sub-ledgers are not prepared in order to monitor aging and movement of accounts payable and accrued liabilities.

*Recommendation*

We recommend that the Authority should develop procedures to facilitate the accurate monthly recording and reconciliation of accounts payable and accrued liability balances to provide management with accurate information. These procedures should include comparing vendors' monthly statements with the Authority's accounting records. Also, the Authority should prepare a full detail accounts payable sub-ledger.

*Management's Response and Planned Corrective Actions*
The Authority is currently developing procedures to reconcile and record accounts payable and accrued liabilities, including the preparation of the contractors' sub-ledgers with their related withholdings. The procedures will be part of the monthly accounting work plan.

**Finding Number: 2014-006**

*Criteria*
OMB Circular A-133, Subpart C, Section .320 (a) established that the audit shall be completed and the data collection form described in paragraph (b) and reporting package described in paragraph (c) shall be submitted within the earlier of 30 days after receipt of the auditor's reports, or nine months after the end of the audit period, unless a longer period is agreed to in advance by the cognizant or oversight agency for audit.

*Condition*
The Data Collection Form (DCF) and the Single Audit reporting package were not submitted within nine months after the end of the audit period.

*Effects*
The lack of appropriate procedures to ensure a complete financial reporting package may cause delays in the single audit issuance process thus affecting low-risk auditee status and future grant awards.

A member firm of Ernst & Young Global Limited



**EY**

Building a better
working world

*Cause*
The Authority did not compile the Schedule of Expenditures of Federal Awards (SEFA) in a timely manner. There are ineffective internal controls to ensure that the SEFA is accurately and timely prepared and transactions related to federal grants are timely recorded.

*Recommendation*
The Authority should improve the procedures to ensure that the information required to complete the financial statements audit is available for examination by the external auditors with sufficient time to complete and issue the reporting package and submit the required single audit report and data collection form within the required period.

*Management's Response and Planned Corrective Actions*
The main reason the Authority did not comply with the date for submitting the report was the delay in receiving some specialist reports which are related to new GASBs implementations.  To ensure that the situation does not repeat, the next fiscal year the Authority shall arrange for the specialists' recruitment process beforehand.

**Compliance and Other Matters**
As part of obtaining reasonable assurance about whether the Authority's financial statements are free of material misstatement, we performed tests of its compliance with certain provisions of laws, regulations, contracts and grant agreements, noncompliance with which could have a direct and material effect on the determination of financial statement amounts. However, providing an opinion on compliance with those provisions was not an objective of our audit and, accordingly, we do not express such an opinion. The results of our tests disclosed no instances of noncompliance or other matters that are required to be reported under *Government Auditing Standards*.

**The Authority's Response to Findings**
The Authority's response was not subjected to the auditing procedures applied in the audit of the financial statements and, accordingly, we express no opinion on it.

A member firm of Ernst & Young Global Limited



**Purpose of this Report**
The purpose of this report is solely to describe the scope of our testing of internal control and compliance and the result of that testing, and not to provide an opinion on the entity's internal control or on compliance. This report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering the entity's internal control and compliance. Accordingly, this communication is not suitable for any other purpose.

*Ernst & Young LLP*

December 18, 2015

Stamp No.  E201413
affixed to
original of
this report.